BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In re: Hotel Industry Sex  MDL Docket No. 3104
Trafficking Litigation (No. II)

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that, on February 14, 2024, a true and correct copy of the foregoing document was filed with the Panel via the CM/ECF system, which provides electronic service notifications to all counsel of record registered as CM/ECF users.

| | |
|---|---|
| Christopher Moze Cowper<br>Cowper Law LLP<br>12301 Wilshire Boulevard Suite 303 Los Angeles, CA 90025 877-529-3707 Email:<br>mcowper@cowperlaw.com | Annie McAdams<br>Annie McAdams PC<br>2200 Post Oak, Suite 1000<br>11th Floor, PNC Tower<br>Houston, TX 77056<br>713-785-6262<br>Fax: 866-713-6141<br>Email: annie@mcadamspc.com |
| Bryan O. Blevins, Jr<br>Provost Umphrey Law Firm LLP<br>350 Pine Street, Suite 1100<br>Beaumont, TX 77701<br>409-838-8858<br>Fax: 409-813-8610<br>Email: bblevins@pulf.com | Edward D. Fisher<br>Provost Umphrey Law Firm LLC<br>350 Pine Street, Suite 1100<br>Beaumont, TX 77701<br>409-838-8859<br>Fax: 409-813-8682<br>Email: efisher@pulf.com |
| Patrick M. Barrett<br>Provost Umphrey Law Firm<br>4205 Hillsboro Pike, Suite 303<br>Nashville, TN 37207<br>615-466-4000<br>Email: pbarrett@pulf.com | David S. Sager<br>DLA Piper LLP US<br>51 John F. Kennedy Parkway, Suite 120<br>Short Hills, NJ 07078<br>973-520-2570<br>Fax: 973-215-2604<br>Email: david.sager@dlapiper.com |
| Kyle T. Orne<br>DLA Piper LLP<br>2525 East Camelback Road, Suite 1000<br>Suite 1000<br>Phoenix, AZ 85016-4231 | Melissa Anne Reinckens<br>DLA Piper US<br>4365 Executive Drive, Suite 1100<br>San Diego, CA 92121<br>858-677-1400 |

| | |
|---|---|
| 480-606-5172<br>Fax: 480-606-5527<br>Email: kyle.orne@us.dlapiper.com | Fax: 858-677-1401<br>Email: melissa.reinckens@dlapiper.com |
| Oscar M Orozco-Botello<br>DLA Piper LLP<br>North Tower<br>2000 Avenue of the Stars Suite 400<br>Los Angeles, CA 90067<br>310-595-3000<br>Fax: 310-595-3300<br>Email: oscar.orozco-botello@us.dlapiper.com | Frank A Weiser<br>Law Offices of Frank Weiser<br>3460 Wilshire Boulevard Suite 1212<br>Los Angeles, CA 90010<br>213-384-6964<br>Fax: 213-383-7368<br>Email: maimons@aol.com |
| Steven C. Babin, Jr.<br>Jennifer J. El-Kadi<br>Babin Law, LLC<br>10 West Broad Street<br>Suite 900<br>Columbus, OH 43215<br>614-761-8800<br>Fax: 614-706-1775<br>Email: steven.babin@babinlaws.com;<br>jennifer.elkadi@babinlaws.com | Amanda Villalobos<br>Tucker Ellis, LLP<br>515 S. Flower Street<br>42nd Floor<br>Los Angeles, CA 90071<br>213-430-3400<br>Fax: 213-430-3409<br>Email: amanda.villalobos@tuckerellis.com |
| Raymond Paul Boucher<br>Amanda J. G. Walbrun<br>Boucher, LLP<br>21600 Oxnard Street, Suite 600<br>Woodland Hills, CA 91367<br>818-340-5400Fax: 818-340-5401<br>Email: ray@boucher.la | Amanda Kay Seals<br>Bondurant Mixson & Elmore, LLP<br>1201 West Peachtree Street, N.W.<br>Ste 3900<br>Atlanta, GA 30309-3417<br>404-881-4147<br>Email: seals@bmelaw.com |
| Nicholas V. Janizeh<br>Tucker Ellis LLP<br>515 South Flower St.<br>42nd Floor<br>Los Angeles, CA 90071<br>213-430-3320<br>Fax: 213-430-3409<br>Email: nicholas.janizeh@tuckerellis.com | Jonathan Tonge<br>Andersen, Tate & Carr, PC<br>One Sugarloaf Centre<br>1960 Satellite Blvd.<br>Suite 4000<br>Duluth, GA 30097<br>770-822-0900<br>Email: jtonge@atclawfirm.com |
| John Earl Floyd<br>Bondurant Mixson & Elmore, LLP<br>1201 West Peachtree Street, N.W.<br>Ste 3900<br>Atlanta, GA 30309-3417 | Michael Rosen Baumrind<br>Bondurant Mixson & Elmore, LLP<br>1201 West Peachtree Street, N.W.<br>Ste 3900<br>Atlanta, GA 30309-3417 |

| | |
|---|---|
| 404-881-4100<br>Email: floyd@bmelaw.com | 404-881-4195<br>Fax: 404-788-5617<br>Email: baumrind@bmelaw.com |
| Manoj Sam Varghese<br>Bondurant Mixson & Elmore, LLP<br>1201 West Peachtree Street, N.W.<br>Ste 3900 Atlanta, GA 30309-3417<br>404-881-4100<br>Email: varghese@bmelaw.com | Tiana Scogin Mykkeltvedt<br>Bondurant Mixson & Elmore, LLP<br>1201 West Peachtree Street, N.W.<br>Ste 3900<br>Atlanta, GA 30309-3417<br>404-881-4100<br>Email: mykkeltvedt@bmelaw.com |
| Patrick J. McDonough<br>Andersen, Tate & Carr, P.C.<br>One Sugarloaf Centre<br>1960 Satellite Boulevard<br>Suite 4000<br>Duluth, GA 30097<br>770-822-0900<br>Email: pmcdonough@atclawfirm.com | Juliana Mesa<br>Bondurant Mixson & Elmore LLP<br>1201 West Peachtree St NW<br>Ste 3900<br>Atlanta, GA 30309<br>404-881-4100<br>Fax: 404-881-4111<br>Email: mesa@bmelaw.com |
| Amanda Bradley<br>Bondurant Mixson & Elmore LLP<br>1201 West Peachtree St NW<br>Ste 3900<br>Atlanta, GA 30309<br>404-881-4100<br>Email: bradley@bmelaw.com | Sandra Wunderlich<br>Tucker Ellis, LLP-MO<br>100 South 4th Street<br>Suite 600<br>St. Louis, MO 63102<br>314-256-2544<br>Email: sandra.wunderlich@tuckerellis.com |
| Carolyn Ashley Saferight<br>Chelsea R. Mikula<br>Tucker Ellis, LLP -C. OH<br>Suite 1100<br>950 Main Avenue<br>Cleveland, OH 44113-7213<br>216-696-3864; 216-696-2476<br>Fax: 216-592-5009<br>Email: ashley.saferight@tuckerellis.com;<br>chelsea.mikula@tuckerellis.com | C. Shane Keith<br>Hawkins Parnell & Young, LLP-GA<br>Suite 4000<br>303 Peachtree Street, N.E.<br>Atlanta, GA 30308-3243<br>404-614-7400<br>Fax: 404-614-7500<br>Email: skeith@hpylaw.com |
| Marcella Coladangelo Ducca<br>Greenberg Traurig, LLP - Atl<br>Terminus 200, Suite 2500<br>3333 Piedmont Road, NE<br>Atlanta, GA 30305<br>678-553-7375 | Warner S. Fox<br>Hawkins Parnell & Young, LLP-GA<br>Suite 4000<br>303 Peachtree Street, N.E.<br>Atlanta, GA 30308-3243<br>404-614-7400 |

| | |
|---|---|
| Fax: 678-553-2212<br>Email: duccam@gtlaw.com | Fax: 404-614-7500<br>Email: wfox@hpylaw.com |
| Elliott Crawford Ream<br>Hawkins Parnell & Young, LLP-GA<br>Suite 4000<br>303 Peachtree Street, N.E.<br>Atlanta, GA 30308-3243<br>404-614-7424<br>Email: eream@hpylaw.com | Darren Brown<br>Provost Umphrey Law Firm<br>490 Park Street<br>Beaumont, TX 77701<br>409-838-8881<br>Fax: 409-813-8630<br>Email: dbrown@pulf.com |
| Charles Kyle Reed<br>Lewis, Brisbois, Bisgaard & Smith, LLP<br>600 Peachtree Stree, NE<br>Suite 4700<br>Atlanta, GA 30308<br>404-991-2175<br>Fax: 404-467-8845<br>Email: chuck.reed@lewisbrisbois.com | Matthew Matheny<br>Provost Umphrey<br>350 Pine St<br>Beaumont, TX 77701<br>409-838-8826<br>Email: mmatheny@pulf.com |
| Jeffrey M Montpetit<br>SiebenCarey<br>901 Marquette Avenue, Suite 500<br>Minneapolis, MN 55402<br>612-333-4500<br>Fax: 612-333-5970<br>Email:<br>jeffrey.montpetit@knowyourrights.com | Kacie Jo Phillips Tawfic<br>Faegre Drinker Biddle & Reath<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>612-766-1722<br>Email: kacie.tawfic@faegredrinker.com |
| Erica H MacDonald<br>Faegre Drinker Biddle & Reath LLP<br>2200 Wells Fargo Center<br>90 South Seventh street<br>Minneapolis, MN 55402-3901<br>612-766-7000<br>Fax: 612-766-1600<br>Email: erica.macdonald@faegredrinker.com | Peggah Navab<br>Bassford Remele PA<br>Fifth Street Towers, 100 South 5th Street<br>Suite 1500<br>Minneapolis, MN 55402<br>612-376-1612<br>Fax: 612-333-8299<br>Email: pnavab@bassford.com |
| Christopher R Morris<br>Bassford Remele<br>100 South 5th Street<br>Suite 1500<br>Minneapolis, MN 55402<br>612-376-1627<br>Fax: 612-746-1227<br>Email: cmorris@bassford.com | Dathan Weems<br>Dathan L Weems Attorney at Law<br>108 Wellesley Dr., SE<br>Albuquerque, NM 87106<br>505-247-4700<br>Fax: 866- 492-7692<br>Email: dathan@weemslaw.com |

|  |  |
|---|---|
| Bridget J Hazen<br>Weems Law Firm<br>New Mexico<br>108 Wellesley Dr SE<br>Albuquerque, NM 87106<br>505-247-4700<br>Email: bridget@weemslaw.com | Angela Christine Agrusa<br>DLA Piper LLP<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA 90067-4704<br>310-500-3591<br>Email: angela.agrusa@us.dlapiper.com |
| Alex Cameron Walker<br>Modrall, Sperling, Roehl, Harris & Sisk, P.A.<br>500 Fourth St NW<br>Suite 1000<br>Albuquerque, NM 87102<br>505-848-1861<br>Fax: 505-848-1882 | Penny L. Barrick<br>Babin Law, LLC<br>10 West Broad Street, Suite 900<br>Columbus, OH 43215<br>Email: penny.barrick@babinlaws.com |
| Shannon E. Dudic<br>DLA Piper LLP<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA 90067-4704<br>310-595-3078<br>Fax: 310-595-3478<br>Email: shannon.dudic@us.dlapiper.com | Ashley G. Parisi<br>Roetzel & Andress - Columbus<br>21st Floor<br>Huntington Center<br>41 South High Street<br>Columbus, OH 43215<br>614-699-3858<br>Fax: 614-463-9792<br>Email: aparisi@ralaw.com |
| Patrick B. Healy<br>Roetzel & Andress - Cincinnati<br>Ste. 450<br>625 Eden Park Drive<br>Cincinnati, OH 45202<br>513-361-8298<br>Fax: 513-361-0335<br>Email: phealy@ralaw.com | Whitney Cloud<br>DLA Piper - Philadelphia<br>Ste. 5000<br>One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103-7300<br>215-656-2440<br>Fax: 215-606-3340<br>Email: whitney.cloud@us.dlapiper.com |
| Ryan J. Cavanaugh<br>Constantine P. Venizelos<br>Edward J. Kelley , III<br>Constant Legal Group<br>737 Bolivar Road, Ste. 440<br>Cleveland, OH 44115<br>216-333-4119<br>Email: ryan@constantllp.com;<br>dean@constantllp.com; | Elise K. Yarnell<br>Michael R. Reed<br>Hahn Loeser & Parks - Columbus<br>Ste. 2500<br>65 East State Street<br>Columbus, OH 43215<br>614-233-5196<br>Email: eyarnell@hahnlaw.com;<br>mreed@hahnlaw.com |

| | |
|---|---|
| ed@constantllp.com | |
| Christopher B. Donovan<br>DLA Piper (US) - Houston<br>Suite 3800<br>Ste. 3800<br>845 Texas Avenue<br>Houston, TX 77002<br>713-425-8449<br>Fax: 713-300-6040<br>Email: christopher.b.donovan@dlapiper.com | Cynthia G. Burnside<br>Holland & Knight - Atlanta<br>Suite 1800<br>Ste. 1800<br>1180 West Peachtree Street NW<br>Atlanta, GA 30309-3407<br>404-817-8568<br>Fax: 404-881-0470<br>Email: cynthia.burnside@hklaw.com |
| Jennifer S. Heis<br>Ulmer & Berne – Cincinnati<br>Ste. 1400<br>312 Walnut Street<br>Cincinnati, OH 45202<br>513-698-5058<br>Fax: 513-698-5059<br>Email: jheis@ulmer.com | William N. Shepherd<br>Holland & Knight - West Palm Beach<br>Ste. 1900 West Tower<br>777 South Flagler Drive<br>West Palm Beach, FL 33401<br>561-650-8338<br>Fax: 561-650-8399<br>Email: william.shepherd@hklaw.com |
| D Patrick Kasson<br>Thomas N. Spyker<br>Steven A. Chang<br>Reminger Co. - Columbus<br>Ste. 800<br>200 Civic Center Drive<br>Columbus, OH 43215<br>614-228-1311<br>Fax: 614-232-2410<br>Email: pkasson@reminger.com<br>Email: tspyker@reminger.com<br>Email: schang@reminger.com | Giuseppe W. Pappalardo<br>Tucker Ellis - Cleveland<br>Ste. 1100<br>950 Main Avenue<br>Cleveland, OH 44113<br>216-696-4894<br>Fax: 216-592-5009<br>Email: giuseppe.pappalardo@tuckerellis.com |
| John M. Hamrick<br>Holland & Knight - Atlanta<br>Ste. 1800<br>Regions Plaza<br>1180 West Peachtree Street, N.W.<br>Atlanta, GA 30309<br>404-817-8500<br>Email: john.hamrick@hklaw.com | William H. Falin<br>Buckingham, Doolittle & Burroughs<br>Ste. 1700<br>1375 East 9th Street<br>Cleveland, OH 44114<br>216-621-5300<br>Fax: 216-621-5440<br>Email: wfalin@bdblaw.com |
| Elisabeth C. Arko<br>Tucker Ellis - Cleveland<br>Ste. 1100 | Carl A. Anthony<br>Freund, Freeze & Arnold - Columbus<br>Ste. F |

| | |
|---|---|
| 950 Main Avenue<br>Cleveland, OH 44113<br>216-696-3964<br>Fax: 216-592-5009<br>Email: elisabeth.arko@tuckerellis.com | 620 East Broad Street<br>Columbus, OH 43215<br>614-827-7300<br>Fax: 614-827-7303<br>Email: canthony@ffalaw.com |
| Joseph A. Manno<br>Tucker Ellis - Cleveland<br>Ste. 1100<br>950 Main Avenue<br>Cleveland, OH 44113<br>216-696-4465<br>Email: Joseph.manno@tuckerellis.com | Alexandra Gallo-Cook<br>Mintz Levin Cohn Ferris Glovsky & Popeo - New York<br>38th Floor<br>919 Third Avenue<br>New York, NY 10022<br>212-935-3000<br>Email: lgcalistri@mintz.com |
| Bartholomew T. Freeze<br>Freund, Freeze & Arnold - Columbus<br>Ste. F.<br>620 East Broad Street<br>Columbus, OH 43215<br>614-827-7300<br>Fax: 614-827-7303<br>Email: bfreeze@ffalaw.com | Mark C. Engling<br>Freund, Freeze & Arnold - Dayton<br>Ste. 1800<br>One South Main Street<br>Dayton, OH 45402 9<br>37-222-2424<br>Fax: 937-222-5369<br>Email: mengling@ffalaw.com |
| Alec Zadek<br>Mintz, Levin, Cohn, Ferris, Glovsky & Popeo - Boston<br>One Financial Center<br>Boston, MA 02111<br>617-542-6000<br>Fax: 617-542-2241<br>Email: Azadek@mintz.com | Anne M. Markowski<br>Hanna, Campbell & Powell<br>Ste. 100<br>3737 Embassy Parkway A<br>kron, OH 44333<br>330-670-7601<br>Fax: 330-670-7456<br>Email: amarkowski@hcplaw.net |
| Nancy D. Adams<br>Mintz, Levin, Cohn Ferris, Glovsky & Popeo - Boston<br>One Financial Center<br>Boston, MA 02111<br>617-542-6000<br>Fax: 617-542-2241<br>Email: ndadams@mintz.com | Craig G Pelini<br>Pelini, Campbell & Williams - North Canton<br>Ste. 400<br>8040 Cleveland Avenue, NW<br>North Canton, OH 44720<br>330-305-6400<br>Email: cgp@pelini-law.com |
| Kaeanna K. Wood Dzialo<br>Ulmer & Berne - Cincinnati<br>Ste. 1400 | Christopher Tisi<br>Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, |

| | |
|---|---|
| 312 Walnut Street<br>Cincinnati, OH 45202-4029<br>513-698-5130<br>Fax: 513-698-5131<br>Email: kdzialo@ulmer.com | 316 S. Baylen Street<br>Suite 600<br>Pensacola, FL 32502<br>850-435-7123<br>Fax: 850-436-6123<br>Email: ctisi@levinlaw.com |
| Kenneth A. Calderone<br>Hanna, Campbell & Powell<br>Ste. 100<br>3737 Embassy Parkway<br>Akron, OH 44333<br>330-670-7324<br>Fax: 330-670-7440 E<br>mail: kcalderone@hcplaw.net | Emanuella J. Paulos<br>Levin Law Firm<br>316 South Baylen Street<br>Suite 600<br>Pensacola, FL 32502<br>850-435-7107<br>Email: epaulos@levinlaw.com |
| Gianna M. Calzola<br>Pelini,  & Williams - North Canton<br>Ste. 400<br>8040 Cleveland Avenue, NW<br>North Canton, OH 44720<br>330-305-6400<br>Fax: 330-305-0042<br>Email: giannac@pelini-law.com | Kelsie Overton<br>The Zarzaur Law Firm<br>2332 2nd Avenue North<br>Birmingham, AL 35203<br>205.983.7985<br>Email: kelsie@zarzaur.com |
| Denise Wiginton<br>The Zarzaur Law Firm<br>2332 2nd Avenue North<br>Birmingham, AL 35203<br>205-983-7985<br>Email: denise@zarzaur.com | Morgan G. Harper<br>Babin Law, LLC<br>65 E. State Street, Suite 1300<br>Columbus, OH 43215<br>614-761-8800<br>Fax: 614-706-1775<br>Email: Morgan.Harper@babinlaws.com |
| Gregory M. Zarzaur<br>2332 2nd Avenue North<br>Birmingham, AL 35203<br>205.983.7985<br>Email: gregory@zarzaur.com | Nathan Heller<br>DLA PIPER US LLP<br>One Liberty Place<br>1650 Market St., Ste. 4900<br>Philadelphia, PA 19103-7300<br>215-656-3372<br>Fax: 215-606-3372<br>Email: nathan.heller@dlapiper.com |
| Kathryn L Avila<br>Levin Papantonio Rafferty | Karen L Campbell<br>Lewis Brisbois Bisgaard & Smith LLP |

| | |
|---|---|
| 316 S. Baylen Street<br>Suite 600<br>Penscola, FL 32502<br>850-436-6247<br>Fax: 850-436-6347<br>Email: kavila@levinlaw.com | Suite 2100<br>77 Water Street<br>New York, NY 10005<br>212-232-1391<br>Fax: 212-232-1399<br>Email: karen.campbell@lewisbrisbois.com |
| Kimberly Lambert Adams<br>Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA<br>316 S Baylen St - Ste 600<br>PO Box 12308<br>Pensacola, FL 32502<br>850/435-7057<br>Fax: 850/435-7020 E<br>mail: kadams@levinlaw.com | Joseph L Piccin<br>Joseph L Piccin Co LLC 3<br>010 Hayden Road<br>Columbus, OH 43235<br>614-659-9616<br>Fax: 614-798-1935<br>Email: JLP@joepiccin.com |
| Judd R Uhl<br>Lewis Brisbois Bisgaard & Smith<br>250 E. Fifth Street<br>Ste 2000<br>Cincinnati, OH 45202<br>513-808-9911<br>Fax: 513-808-9912<br>Email: judd.uhl@lewisbrisbois.com | Bradley J Barmen<br>Lewis, Brisbois, Bisgaard & Smith LLP<br>1375 East 9th Street<br>Suite 2250<br>Cleveland, OH 44114<br>216-344-9422<br>Fax: 216-344-9421<br>Email: Brad.barmen@lewisbrisbois.com |
| Corey Lee Shulman<br>Lewis Brisbois Bisgaard & Smith<br>77 Water Street<br>Ste 2100<br>New York, NY 10005<br>646-783-1720<br>Fax: 212-232-1399<br>Email: Corey.Shulman@lewisbrisbois.com | M Jason Founds<br>Gallagher, Gams, Tallan, Barnes & Littrell L.L.P.<br>471 East Broad Street, 19th Floor<br>Columbus, OH 43215<br>614-228-5151<br>Email: jfounds@ggtbl.com |
| Gordon Dale Arnold<br>Freund, Freeze & Arnold<br>1 S. Main Street<br>Suite 1800<br>Dayton, OH 45309<br>937-913-0103<br>Email: garnold@ffalaw.com | Ali I. Haque<br>Baker & Hostetler LLP<br>200 Civic Center Drive<br>Suite 1200<br>Columbus, OH 43215<br>614-462-2605<br>Fax: 614-462-2616<br>Email: ahaque@bakerlaw.com |
| Katherine Lynn Kennedy<br>Lewis Brisbois Bisgaard & Smith | Drew H Campbell<br>Bricker Graydon LLP |

| | |
|---|---|
| 250 E. 5th Street<br>Suite 2000<br>Cincinnati, OH 45202<br>513-808-9911<br>Fax: 513-808-9912<br>Email: kate.kennedy@lewisbrisbois.com | 100 South Third Street<br>Columbus, OH 43215<br>614-227-2319<br>Fax: 614-227-2390<br>Email: dcampbell@brickergraydon.com |
| Bradley Scott Fyffe<br>Lewis Brisbois Bisgaard & Smith<br>250 East Fifth Street<br>Suite 2000<br>Cincinnati, OH 45202<br>513-599-4640<br>Fax: 513-808-9912<br>Email: bradley.fyffe@lewisbrisbois.com | Matthew R Planey<br>Amundsen Davis, LLC<br>500 South Front Street<br>Suite 1200<br>Columbus, OH 43215<br>614-229-4514<br>Email: mplaney@cbjlawyers.com |
| Alexis Burgess<br>DLA Piper LLP (US)<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA 90067-4704<br>(310) 595-3132<br>Fax: (310) 595-3363<br>Email: alexis.burgess@us.dlapiper.com | Jane Michele Lynch<br>Green & Green Lawyers<br>109 North Main Street<br>800 Performance Place<br>Dayton, OH 45402<br>937-224-3333<br>Fax: 937-224-4311<br>Email: jmlynch@green-law.com |
| Erin B Moore<br>Green & Green Lawyers<br>109 North Main Street<br>800 Performance Place<br>Dayton, OH 45402<br>937-224-3333<br>Fax: 937-224-4311<br>Email: ebmoore@green-law.com | Kenneth T Fibich<br>Fibich Leebron Copeland Briggs<br>1150 Bissonnet<br>Houston, TX 77005<br>713-751-0025<br>Fax: 713-751-0030<br>Email: tfibich@fibichlaw.com |
| Joseph Corey Asay<br>HKM Employment Attorneys LLP<br>312 Walnut Street<br>Suite 1600<br>Cincinnati, OH 45202<br>513-318-4496<br>Email: casay@hkm.com | Tiffany R. Ellis<br>Peiffer Wolf<br>2229 Trumbull St<br>Detroit, MI 48216<br>313-210-1559<br>Email: tellis@peifferwolf.com |
| Sara J Fendia<br>1150 Bissonnet Street<br>Houston, TX 77005<br>713-751-0025 | Lisa Marie Zaring<br>Montgomery Jonson LLP<br>600 Vine Street<br>Suite 2650 |

| | |
|---|---|
| Fax: 713-751-0030<br>Email: sfendia@fibichlaw.com | Cincinnati, OH 45202-4452<br>513-768-5207<br>Fax: 513-768-9244<br>Email: lzaring@mojolaw.com |
| Michael Kent Hushion<br>Reminger Co., LPA<br>200 Civic Center<br>Suite 800<br>Columbus, OH 43215<br>614-232-2426<br>Fax: 614-232-2410<br>Email: khushion@reminger.com | George Demetrios Jonson<br>Montgomery Jonson<br>600 Vine Street<br>Suite 2650<br>Cincinnati, OH 45202<br>513-768-5220<br>Fax: 513-768-9244<br>Email: gjonson@mojolaw.com |
| Michael Hamilton<br>Provost Umphrey Law Firm<br>2021 Richard Jones Road<br>Suite 300<br>Nashville, TN 37215<br>615-242-0199<br>Fax: 615-256-5922<br>Email: mhamilton@pulf.com | PRINCE P. HOLLOWAY<br>STAMPONE LAW PC<br>500 COTTMAN AVE<br>CHELTENHAM, PA 19012<br>215-663-0400<br>Email: pholloway@stamponelaw.com |
| Edward A Proctor<br>Kim & Associates LLC<br>4100 Embassy Parkway<br>Ste 200<br>Akron, OH 44333<br>330-396-7900<br>Fax: 330-396-7901<br>Email: eproctor@kimassociateslaw.com | Justin Simon Kahn<br>Kahn Law Firm<br>PO Box 31397<br>Charleston, SC 29417<br>843-577-2128<br>Fax: 843-577-3538<br>Email: jskahn@kahnlawfirm.com |
| Belle-Anne B Cooper<br>The Stoddard Firm<br>1534 N Decatur Road NE<br>Atlanta, GA 30307<br>470-467-2200<br>Fax: 470-467-1300<br>Email: ba@legalhelpga.com | Ellen E Dew<br>DLA Piper LLP (MD)<br>The Marybury Building<br>6225 Smith Avenue<br>Baltimore, MD 21209<br>410-580-4127<br>Fax: 410-580-3127<br>Email: ellen.dew@us.dlapiper.com |
| Matthew Britt Stoddard<br>The Stoddard Firm<br>1534 N Decatur Road NE<br>Atlanta, GA 30307<br>470-467-2200 | Jason Michael Hopkins<br>DLA Piper LLP<br>1900 N. Pearl Street<br>Suite 2200<br>Dallas, TX 75201 |

| | |
|---|---|
| Fax: 470-467-1300<br>Email: matt@legalhelpga.com | 214-743-4500<br>Email: jason.hopkins@dlapiper.com |
| James B Hood<br>Hood Law Firm<br>PO Box 1508<br>Charleston, SC 29402<br>843-577-4435<br>Fax: 843-722-1630<br>Email: james.hood@hoodlaw.com | Christopher J Drotzmann<br>DAVIS ROTHWELL EARLE & XOCHIHUA (OR)<br>200 SW MARKET ST<br>STE 1800<br>PORTLAND, OR 97201<br>503-222-4422<br>Email: cdrotzmann@davisrothwell.com |
| Patricia E Anderson<br>LUVERA LAW FIRM (SEA)<br>701 5TH AVE<br>STE 6700<br>SEATTLE, WA 98104<br>206-467-6090<br>Fax: 206-467-6090<br>Email: patricia@luveralawfirm.com | Allison McQueen<br>JONES DAY (IL)<br>110 N WACKER DR<br>STE 4800<br>CHICAGO, IL 60606<br>312-269-1541<br>Email: amcqueen@jonesday.com |
| Nicole M Rhoades<br>DAVIS ROTHWELL EARLE & XOCHIHUA (OR)<br>200 SW MARKET ST<br>STE 1800<br>PORTLAND, OR 97201<br>503-222-4422<br>Email: nrhoades@davisrothwell.com | Nicole Perry<br>JONES DAY (HOUSTON)<br>717 TEXAS<br>STE 3300<br>HOUSTON, TX 77002<br>832-239-3791<br>Email: nmperry@jonesday.com |
| Bethany Biesenthal<br>JONES DAY (IL)<br>110 N WACKER DR<br>STE 4800<br>CHICAGO, IL 60606<br>312-269-4303<br>Email: bbiesenthal@jonesday.com | Daniel J Dunne, Jr.<br>ORRICK HERRINGTON & SUTCLIFFE LLP (SEA)<br>401 UNION ST<br>STE 3300<br>SEATTLE, WA 98101<br>206-839-4300<br>Fax: 839-4301<br>Email: ddunne@orrick.com |
| Aaron Brecher<br>ORRICK HERRINGTON & SUTCLIFFE (WA)<br>401 UNION ST<br>STE 3300<br>SEATTLE, WA 98101 | |

| 206-839-4332<br>Email: abrecher@orrick.com | |

Dated: February 14, 2024

Respectfully submitted,

/s/ *Sara M. Turner*
Sara M. Turner
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
420 20th Street North, Suite 1400
Birmingham, Alabama 35203
(205) 328-0480
smturner@bakerdonelson.com

*Attorneys for Defendant Choice Hotels International, Inc.*