**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MAR - 2 2001

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JESSE D. BOWMAN

VERSUS

OWENS-CORNING FIBERGLASS
CORPORATION, ET AL

CIVIL ACTION

NUMBER 00-898-B-1

### ORDER OF REMAND

A review of the record showed that no appeal to the district judge has been taken from the January 22, 2001, ruling which granted the plaintiff's motion to remand. Therefore;

IT IS ORDERED that this matter is remanded to the Nineteenth Judicial District Court, East Baton Rouge Parish, Louisiana.

Baton Rouge, Louisiana, February 28, 2001.

_____
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

RECEIVED CLERK'S OFFICE 2001 FEB 28 P 12:04

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL- 875
RECOMMENDED ACTION

VACATE CTO-185 + H.O. -- 1 ACTION
Approved/Date: MJB 3/01

DKT. & ENTERED
DATE 2/28/01
NOTICE MAILED TO:
DATE _____ BY PA

INITIALS | DOCKET#
--- | ---
 | 13

IMAGED MAR 7 '01