JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR -2 2001

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Jesse D. Bowman v. Owens-Corning Fiberglas Corp., et al.*, M.D. Louisiana, C.A. No. 3:00-898

### ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE MARCH 29, 2001 HEARING

A conditional transfer order was filed in the above-captioned action (*Bowman*) on December 14, 2000. Prior to expiration of the mandatory fifteen-day stay of execution, plaintiff in *Bowman* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. *Bowman* was then remanded to the Nineteenth Judicial District Court, East Baton Rouge Parish, Louisiana, by the Honorable Stephen C. Riedlinger in an order filed on February 28, 2001.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-185" filed on December 14, 2000, be, and the same hereby is, VACATED insofar as it relates to the above-captioned action.

IT IS FURTHER ORDERED that the Hearing Order and the attached Schedule filed on February 13, 2001, be, and the same hereby are, VACATED insofar as they relate to the above-captioned action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman