JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

*Law Offices of*

# McGarvey, Heberling, Sullivan & McGarvey, P.C.

Dale L. McGarvey
Jon L. Heberling
Roger M. Sullivan, Jr.
Allan M. McGarvey
Anne G. Biby
John F. Lacey

745 South Main
Kalispell, Montana
59901-5399

MAR – 5 2001
FILED
CLERK'S OFFICE

*Telephones:*
(406) 752-5566
1-800-345-1763
*Out-of-State* 1-800-406-7544
*Fax:* (406) 752-7124
*Email:* mhsm@mcgarveylaw.com

March 2, 2001

Judicial Panel on Multidistrict Litigation
ATTN: Michael J. Beck, Clerk of the Panel
1 Columbus Circle NE
Thurgood Marshall Federal Judiciary Bldg.
Room G-255 North Lobby
Washington, D.C.  20002-8004

Re: MDL-875 in re Asbestos Product Liability Litigation (No. VI)

## NOTICE OF OPPOSITION

Dear Mr. Beck:

This office is in receipt of your Conditional Transfer Order (CTO-191) filed on February 26, 2001.  We represent the plaintiffs involved in the Montana case proposed for transfer, entitled *William and Valorie Johnston v. W.R. Grace et al.,* Case No. 1999-127.

Please consider this letter our **Notice of Opposition** to the proposed transfer of these cases to the United States District Court for the Eastern District of Pennsylvania.  A motion and brief will follow this Notice of Opposition as required by Rule 12(d).  The basis of the opposition is that our clients' case does not involve the requisite common basis in fact with asbestos product liability cases as required by 28 USC § 1407.

Yours sincerely,

McGARVEY, HEBERLING, SULLIVAN
& McGARVEY

ALLAN M. McGARVEY

OFFICIAL FILE COPY

IMAGED MAR 7 '01

PLEADING NO 3083
RECEIVED
CLERK'S OFFICE
2001 MAR -4 P 3: 13
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION