JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

Mar. 6, 2001

MICHAEL J. BECK
CLERK OF THE PANEL

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-192)

On July 29, 1991, the Panel transferred 22,003 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 67,634 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 192 F.R.D. 459, 468-69 (2000), the actions on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the opinion and order of July 29, 1991, 771 F.Supp. 415, as corrected on October 1, 1991, October 18, 1991, November 22, 1991, December 9, 1991, January 16, 1992, and March 5, 1992, and with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

IMAGED MAR 7 '01

```
                                    JUDICIAL PANEL ON
                                 MULTIDISTRICT LITIGATION
                                          FILED

                                      Mar. 6, 2001

                                   MICHAEL J. BECK
                                  CLERK OF THE PANEL
```

# SCHEDULE CTO—192 — TAG ALONG CASES
# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

```
DISTRICT DIV CIVIL ACTION#

CALIFORNIA CENTRAL
   CAC   5  01-53         Guajardo v. Burlington Northern & Santa Fe Railway Co.
   CAC   5  01-78         Castillo v. Burlington Northern & Santa Fe Railway Co.

CALIFORNIA NORTHERN
   CAN   3  01-623        Hansen v. Asbestos Defendants, et al.

ILLINOIS NORTHERN
   ILN   1  00-8177       Person v. ACandS, Inc., et al.
   ILN   1  00-8194       Manes v. ACandS, Inc., et al.
   ILN   1  01-952        Passanante v. Soo Line Railroad Co.

LOUISIANA EASTERN
   LAE   2  01-325        Turner, et al. v. Mine Safety Appliances Co., et al.

MASSACHUSETTS
   MA    1  00-11402      Cross v. A.W. Chesterton Co., et al.

NORTH CAROLINA EASTERN
   NCE   2  00-37         Ambrose, et al. v. ACandS, Inc., et al.
   NCE   2  00-38         Clark, et al. v. ACandS, Inc., et al.
   NCE   2  00-39         Downing, et al. v. ACandS, Inc., et al.
   NCE   4  00-73         Carraway, et al. v. ACandS, Inc., et al.
   NCE   4  00-87         Huggins v. ACandS, Inc., et al.
   NCE   4  00-88         Barnes, et al. v. ACandS, Inc., et al.
   NCE   4  00-89         Bellflower, et al. v. ACandS, Inc., et al.
   NCE   4  00-100        Woodard v. ACandS, Inc., et al.
   NCE   4  00-101        Waite, etc. v. ACandS, Inc., et al.
   NCE   4  00-111        Dixon, et al. v. ACandS, Inc., et al.
   NCE   5  00-352        Indence, etc. v. ACandS, Inc., et al.
   NCE   7  00-117        Robinson, et al. v. ACandS, Inc., et al.
   NCE   7  00-118        Kelly, et al. v. ACandS, Inc., et al.
   NCE   7  00-119        Williamson v. ACandS, Inc., et al.
   NCE   7  00-132        Wells, etc. v. ACandS, Inc., et al.
   NCE   7  00-136        Guyton, etc. v. ACandS, Inc., et al.
   NCE   7  00-137        Peterson, et al. v. ACandS, Inc., et al.
   NCE   7  00-138        Fullwood, et al. v. ACandS, Inc., et al.
   NCE   7  00-151        Cottle, etc. v. ACandS, Inc., et al.

NORTH CAROLINA WESTERN
   NCW   5  01-30         Workman, etc. v. ACandS, Inc., et al.

NEW YORK EASTERN
   NYE   1  01-589        Fleitman, et al. v. ACandS, Inc., et al.
   NYE   1  01-590        Wilson, etc. v. A.P. Green Services, Inc., et al.
   NYE   1  01-607        Mack, et al. v. ACandS, Inc., et al.
   NYE   1  01-608        Freedman, et al. v. ACandS, Inc., et al.

WASHINGTON EASTERN
   WAE   2  01-36         Mihalovich, et al. v. W.R. Grace & Co.-Conn., et al.
```