JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 8 2001

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Betty J. Gainey, etc. v. Owens-Corning Fiberglas Corp., et al.*, D. South Carolina, C.A. No. 2:01-101

*Esther S. Walker, etc. v. Owens-Corning Fiberglas Corp., et al.*, D. South Carolina, C.A. No. 2:01-102

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the above-captioned actions (*Gainey* and *Walker*) on February 26, 2001. The Panel has now been advised that both cases were remanded to South Carolina state court by the Honorable Margaret B. Seymour in an order filed on February 22, 2001.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-191" filed on February 26, 2001, be, and the same hereby is, VACATED insofar as it relates to the above-captioned actions.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

IMAGED MAR 9 '01