**LANDYE BENNETT BLUMSTEIN LLP**
ATTORNEYS

JAMES S. CRANE, P.C.
jcrane@landye-bennett.com
Admitted in Oregon and Alaska

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 20 2001

FILED
CLERK'S OFFICE

March 13, 2001

Via Federal Express

Clerk of the Court
Judicial panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E. Room G-255, North Lobby
Washington, D.C. 20002-8004

Attention: Catherine Maida

Re: **Asbestos Products Liability Litigation (No. VI) -- MDL 875**
**Motion to Remand Certain Oregon MDL 875 Cases to Transferor Court**

Dear Ms. Maida:

Per our recent telephone conversations, I write about our recently lodged Motion to Remand Certain Oregon MDL 875 Cases to Transferor Court. I enclose an original plus one copy of a Supplemental Affidavit of Service, which lists the additional counsel served with the motion and supporting pleadings and documents. I also enclose a list of counsel currently shown on your Court's "Involved Counsel List Docket No. 875," whom we believe are no longer involved in the case and who therefore do not need to be served. Further, I enclose a floppy disk containing the Motion to Remand, the supporting memorandum, and the affidavit of Jeffrey S. Mutnick in WordPerfect 8.0 format. Please contact me if you have any difficulty in opening any of the files on the disk.

On Exhibit A to the Motion to Remand, which is entitled "Oregon Malignancy Cases Represented by Jeffrey S. Mutnick," the list erroneously includes Richard Morecroft, case no. 3-91-234, which was previously dismissed. Please strike that reference from the Exhibit.

Also on Exhibit A, the case number for plaintiff Edward Hansen erroneously reads "3-93-1593." The correct case number is "3-93-1181." Thank you for correcting the Exhibit by interlineation.

In regard to the supplemental service of the motion, the Counsel Docket provided to me indicated that we did not serve James L. Hiller of Hitt & Hiller firm. However, the original Certificate of Service shows that we did serve Mr. Hiller.

Also in regard to the supplemental service of the motion, the Counsel Docket indicated that we did not serve Robert W. Swickle of the Jaques Admiralty Law Firm. However, the original Certificate of Service shows that we served Leonard C. Jaques of the same firm

P:\Clients\MDL\jsc\Letters\Judicial Panel Ltr 03-13-01 Maida.doc

Oregon: 3500 Wells Fargo Center • 1300 S.W. Fifth Ave • Portland Oregon 97201 • Tel: 503-224-4100 • Fax: 503-224-4133
Alaska: 701 West Eighth Ave., Suite 1200 • Anchorage, Alaska 99501 • Tel: 907-276-5152 • Fax: 907-276-8433



Clerk of the Court
March 13, 2001
Page 2

---

Although we have now served Mr. Swickle, by copy of this letter, we ask him to tell us whether separate service on him is necessary.

Finally, as indicated in the Supplemental Certificate of Service, we served the Motion for Remand and supporting papers on Steven K. Blackhurst of Ater, Wynne, et al., Ellen B. Furman of Goldfein & Joseph, Peggy N. Lum of Betts, Patterson, & Mines, and Christopher W. Wood of Clapp, Moroney, Bellagamba, et al., and Duane A. Bosworth II of Davis, Wright, Tremaine. By copies of this letter, we ask them to tell us the names of their clients in this matter.

This letter, the Supplemental Certificate of Service, and the list of counsel who are no longer involved in the case will be served on all counsel appearing on the original and supplemental certificates of service.

My thanks to Mr. Mitchell and you for pointing out these issues, and I regret any inconvenience they may have caused. If you have any questions, please contact me.

Very truly yours,

James S. Crane, P.C.

/jlw
Enclosure

cc:  U.S. District Court Eastern District of Pennsylvania w/enc.
     All Counsel of Record Shown on original Certificate of Service and Supplement Certificate of Service w/enc.



**LANDYE BENNETT BLUMSTEIN LLP**
ATTORNEYS

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 20 2001

FILED
CLERK'S OFFICE

Clerk of the Court
March 13, 2001
Page 3

---

## LIST OF COUNSEL NO LONGER INVOLVED

The following is a list of counsel whose names appear on the court's Counsel Docket MDL 875 but whom plaintiff believes are no longer involved.

Laurie A. Anger
Morgenstern & Jubelirer

James R. Balich
Morgenstern & Jubelirer

Larry R. Brisbee
Brisbee & Stockton

Mark E. Chaase
Lane, Powell, Spears & Lubersky

Floyd A. Fredrickson
Williams, Fredrickson, Stark
(Mr. Frederickson's client is now represented by John R. Dudrey of the same firm. Mr. Dudrey is shown on the Counsel Docket MDL 875 and was served).

Mark A. Hiefield
Acker, Underwood, Norwood, & Hiefield

John P. Ashworth
Bullivant, Houser, Bailey

James M. Barron
Hallmark, Keating & Abbott, PC
(Mr. Barron is deceased, and the client changed law firms.)

Jodie A. Bushman
Pozzi, Wilson, Atchison
(The Pozzi, Wilson, Atchison firm has dissolved. Jeffrey S. Mutnick, formerly of that firm and presently a partner in Landye Bennett Blumstein LLP, counsel for plaintiffs in this case, represents its former clients.)


**LANDYE BENNETT BLUMSTEIN** LLP
ATTORNEYS

Clerk of the Court
March 13, 2001
Page 4

---

Douglas G. Combs
Case & Dusterhoff
(Mr. Combs has been replaced by James Case of the same firm, who already appears on the Counsel Docket and who was served.)

Richard A. Hayen
Bogle & Gates
(The Bogle & Gates firm has dissolved.)

Judith A. Bearzi
Gordon, Thomas, Honeywell, Malanca
(Ms. Bearzi's client is now represented by Diane Kero of the same firm, who already appears on the Counsel Docket and who was served.)

Bruce H. Cahn
Bogle & Gates
(The Bogle & Gates firm has dissolved.)

Philip D. Chadsey
Stoel Rives
(Mr. Chadsey's client is now represented by Mark J. Fucile of Stoel Rives, who already appears on the Counsel Docket and who was served.)

Megan A. Flynn
Pozzi, Wilson, Atchison
(The Pozzi, Wilson, Atchison firm has dissolved. Jeffrey S. Mutnick, formerly of that firm and presently a partner in Landye Bennett Blumstein LLP, counsel for plaintiffs in this case, represents its former clients.)

Nelson R. Hall
Pozzi, Wilson, ATchison
(The Pozzi, Wilson, Atchison firm has dissolved. Jeffrey S. Mutnick, formerly of that firm and presently a partner in Landye Bennett Blumstein LLP, counsel for plaintiffs in this case, represents its former clients.)

Daniel M. Holland
Loomis & Holland





Clerk of the Court
March 13, 2001
Page 5

---

Everett W. Jack
Davis, Wright, Tremaine
(Mr. Jack's client is represented by Duane A. Bosworth II of the same firm, who already appears on the Counsel Docket and who has now been served.)

Gregory C. Moore
Fountain & Rhoades, P.C.
(Mr. Moore's client is now represented by James Case of Case & Dusterhoff, who already appears on the Counsel Docket and who was served.)

Michael P. Opton
Opton, Galton & Rosenthal

Gregory A. Parker
Gordon, Thomas, Honeywell, Malanca
(Mr. Parker's client is now represented by Diane J. Kero of the same firm, who already appears on the Counsel Docket and who was served.)

Janice M. Stewart
McEwen, Gisvold, Rankin & Stewart
(Ms. Steward is now a Federal Magistrate Judge. Her client is now represented by Barry Groce of the same firm and who was served.)

Donald W. McEwen
McEwen, Gisvold, Rankin & Stewart
(Mr. Ewen's client is now represented by Barry Groce of the same firm and who was served.)

Gordon L. Osaka
Williams, Zografos, Peck & Atwood

Michael P. Stanley
Brobeck, Phleger & Harrison
(Mr. Stanley's client is now represented by Peter Coleman of the same firm, who already appears on the Counsel Docket and who was served.)

Laurie D. Kohli
George, Hull, Porter, & Kohli
(Ms. Kohli's client is now represented by Howard Hall of Wolfstone, Panchot & Bloch, who already appears on the Counsel Docket and who was served.)



Clerk of the Court
March 13, 2001
Page 6

---

Elizabeth Meyer
Brobeck, Phleger & Harrison
(Ms. Meyer's client is now represented by Peter Coleman of the same firm, who already appears on the Counsel Docket and who was served.)

Robert W. Pardington
Pozzi, Wilson, Atchison
(The Pozzi, Wilson, Atchison firm has dissolved. Jeffrey S. Mutnick, formerly of that firm and presently a partner in Landye Bennett Blumstein LLP, counsel for plaintiffs in this case, represents its former clients.)

Peter W. Preston
Preston, Bunnell & Stone, LLP

Robert W. Roley
Lane, Powell, Spears & Lubersky
(Mr. Roley's client is now represented by Stephen P. McCarthy of the same firm, who was already served with the motion and who was served.)

Keith B. Tichenor
Pozzi, Wilson, Atchison
(The Pozzi, Wilson, Atchison firm has dissolved. Jeffrey S. Mutnick, formerly of that firm and presently a partner in Landye Bennett Blumstein LLP, counsel for plaintiffs in this case, represents its former clients.)

William L. Tomlinson
Lindsay, Hart, Neil & Weigler
(Mr. Tomlinson's client is now represented by James Dumas of the same firm, who is already on the Counsel Docket and who was served.)