MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 20 2001

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON
## MULTI-DISTRICT LITIGATION

| | | |
|---|---|---|
| MOORE C. LINKENHOKER, et al. | * | MDL Docket No. 875 |
| Plaintiffs | * | In Re: Asbestos Products Liability Litigation |
| v. | * | (No. VI) CTO 188 |
| ACandS, INC., et al. | * | D. Maryland, Northern Division C.A. No. AMD-00-3717 |
| Defendants | * | Judge Andre M. Davis |

\* \* \* \* \* \* \* \* \* \* \* \*

### JOHN CRANE INC.'S ADOPTION OF THE OPPOSITION
### OF HOPEMAN BROTHERS, INC. TO PLAINTIFFS'
### MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Defendant, John Crane Inc. ("John Crane"), hereby adopts the Opposition of Hopeman Brothers, Inc.'s to Plaintiffs' Motion to Vacate Conditional Transfer Order as if set forth fully herein. John Crane respectfully requests that this Court deny Plaintiffs' Motion to Vacate the Conditional Transfer Order and issue a Transfer Order transferring the action to the Eastern District of Pennsylvania as a tag-along action to MDL-875.

ROBINSON WOOLSON, P.A.

By: /s/ Melodie A. Mabanta
Deborah L. Robinson, Bar No. 02201
Peter A. Woolson, Bar No. 04448
Melodie M. Mabanta, Bar No. 25782
Redwood Tower, Suite 1500
217 E. Redwood Street
Baltimore, Maryland 21202
(410) 625-0000

Attorneys for John Crane Inc.

PLEADING NO 3094

IMAGED MAR 21 '01

JCLINKENHOKER\ADOPTION2

**OFFICIAL FILE COPY**

2001 MAR 19 P 4:48
RECEIVED
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case MDL No. 875   Document 3094   Filed 03/20/01   Page 2 of 4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 20 2001

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of March 2001, a copy of the foregoing John Crane Inc.'s Adoption of the Opposition of Hopeman Brothers, Inc. to Plaintiffs' Motion to Vacate Conditional Transfer Order was mailed, first-class postage prepaid to:

Richard C. Binzley, Esquire
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass, Esquire
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

David A. Damico, Esquire
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno, Esquire
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman, Esquire
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hanson, Esquire
Stich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

Gene Locks, Esquire
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley, Esquire
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt Pleasant, SC 29464

Donald A. Powell, Esquire
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

John J. Repcheck, Esquire
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven, Esquire
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

David C. Landlin, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Neil Selman, Esquire
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli, Esquire
Kelley, Jasons, McGUire & Spinelli
One Penn Center, Suite 1400
1617 JFK Boulevard
Philadelphia, PA 19103

LINKENHOKERCRT
March 15, 2001

Robert E. Swickle, Esquire
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Richard D. Schuster, Esquire
Vorys, Sater Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Andrew J. Trevelise, Esquire
Reed, Smith Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II, Esquire
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Clerk's Office
United States District Court
 For the District of Maryland
U.S. Court House
101 W. Lombard Street
Baltimore, Maryland 21201

And that on this ___15th___ day of ___March___, 2001, a copy of the foregoing was also hand-delivered, telefaxed or mailed to the following counsel:

Edward J. Lilly, Esquire
Armand J. Volta, Jr., Esquire
Law Offices of Peter G. Angelos
One Charles Center, 22nd Floor
100 North Charles Street
Baltimore, MD  21201

*Attorneys for Plaintiffs*

Robert J. Lynott, Esquire
Peter W. Taliaferro, Esquire
Thomas Swiss, Esquire
Thomas & Libowitz, P.A.
100 Light Street, Suite 100
Baltimore, MD  21202

*Attorneys for Hampshire Industries, Inc. and
  Hopeman Brothers*

Thomas P. Bernier, Esquire
Goldfein & Hosmer
217 E. Redwood St., 21st Floor
Baltimore, MD  21202

*Attorneys for Garlock, Inc. and Anchor Packing
 Company*

Edward F. Houff, Esquire
Church & Houff P.A.
2 North Charles St.
B&O Building, Suite 600
Baltimore, MD  21201

*Attorney for Quigley Company, Inc., U.S.
Gypsum Company, Asbestos Claims
Management Corporation a/k/a National
Gypsum, Dana Corporation, T&N PLC, Pfizer
Inc., Westinghouse Electric Corporation,
Georgia Pacific Corporation, Flexitallic Gasket
Company, Foster Wheeler Energy Corporation,
Foster Wheeler Corporation and Premier
Refractories, Inc.*

B. Ford Davis, Esquire
Whiteford, Taylor & Preston
7 St. Paul Street, Suite 1400
Baltimore, MD  21202

*Attorney for Porter-Hayden Company*

John B. Isbister, Esquire
Gerry Tostanowski, Esquire
Tydings & Rosenberg
100 East Pratt Street
Baltimore, MD 21202

*Attorneys for Owens-Illinois, Inc. and
Fibreboard Corporation*

Donald S. Meringer, Esquire
Danaher, Tedford, Lagnese and Neal
201 N. Charles Street, Suite 2402
Baltimore, MD 21201

*Attorneys for ACandS, Inc. and U.S. Mineral
Products Company*

Sidney G. Leech, Esquire
Thomas Goss, Esquire
David Allen, Esquire
Goodell, DeVries, Leech and Gray
One South Street
Baltimore, MD 21202

*Attorneys for Metropolitan Life Insurance
Company and Jennings H. Mitchell & Son, Inc.*

Geoffrey S. Gavett, Esquire
Gavett & Datt
15850 Crabbs Branch Way, Suite 180
Rockville, MD 20855

*Attorneys for AC&R, Selby Battersby & Co.
and J.H. France Refractories*

Melodie M. Mabanta