BEFORE THE JUDICIAL PANEL ON
MULTI-DISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 0 2001

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| **MOORE C. LINKENHOKER, et al.** | * | **MDL Docket No. 875** |
| Plaintiffs | * | In Re: Asbestos Products Liability Litigation |
| v. | * | (No. VI) CTO 188 |
| **ACandS, INC., et al.** | * | D. Maryland, Northern Division C.A. No. AMD-00-3717 |
| Defendants | * | Judge Andre M. Davis |

\* \* \* \* \* \* \* \* \* \* \* \*

### THE FLINTKOTE COMPANY'S ADOPTION OF THE OPPOSITION OF HOPEMAN BROTHERS, INC. TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Defendant, The Flintkote Company ("Flintkote"), hereby adopts the Opposition of Hopeman Brothers, Inc. to Plaintiffs' Motion to Vacate Conditional Transfer Order as if set forth fully herein. Flintkote respectfully requests that this Court deny Plaintiffs' Motion to Vacate the Conditional Transfer Order and issue a Transfer Order transferring the action to the Eastern District of Pennsylvania as a tag-along action to MDL-875.

ROBINSON WOOLSON, P.A.

By: _____
Deborah L. Robinson, Bar No. 02201
Peter A. Woolson, Bar No. 04448
Melodie M. Mabanta, Bar No. 25782
Redwood Tower, Suite 1500
217 E. Redwood Street
Baltimore, Maryland 21202
(410) 625-0000

Attorneys for The Flintkote Company

IMAGED MAR 2 1 '01

FKLINKENHOKER\ADOPTION

OFFICIAL FILE COPY

Case MDL No. 875   Document 3095   Filed 03/20/01   Page 2 of 3

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 20 2001

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of March, 2001, a copy of the foregoing The Flintkote Company's Adoption of the Opposition of Hopeman Brothers, Inc. to Plaintiffs' Motion to Vacate Conditional Transfer Order was mailed, first-class postage prepaid to:

Richard C. Binzley, Esquire
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass, Esquire
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

David A. Damico, Esquire
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno, Esquire
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman, Esquire
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hanson, Esquire
Stich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

Gene Locks, Esquire
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley, Esquire
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt Pleasant, SC 29464

Donald A. Powell, Esquire
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

John J. Repcheck, Esquire
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven, Esquire
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

David C. Landlin, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Neil Selman, Esquire
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli, Esquire
Kelley, Jasons, McGuire & Spinelli
One Penn Center, Suite 1400
1617 JFK Boulevard
Philadelphia, PA 19103

LINKENHOKERCRT
March 15, 2001

John B. Isbister, Esquire
Gerry Tostanowski, Esquire
Tydings & Rosenberg
100 East Pratt Street
Baltimore, MD 21202

*Attorneys for Owens-Illinois, Inc. and Fibreboard Corporation*

Donald S. Meringer, Esquire
Danaher, Tedford, Lagnese and Neal
201 N. Charles Street, Suite 2402
Baltimore, MD 21201

*Attorneys for ACandS, Inc. and U.S. Mineral Products Company*

Sidney G. Leech, Esquire
Thomas Goss, Esquire
David Allen, Esquire
Goodell, DeVries, Leech and Gray
One South Street
Baltimore, MD 21202

*Attorneys for Metropolitan Life Insurance Company and Jennings H. Mitchell & Son, Inc.*

Geoffrey S. Gavett, Esquire
Gavett & Datt
15850 Crabbs Branch Way, Suite 180
Rockville, MD 20855

*Attorneys for AC&R, Selby Battersby & Co. and J.H. France Refractories*

Melodie M. Mabanta