MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 21 2001

FILED
CLERK'S OFFICE

# MDL DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### CONDITIONAL TRANSFER ORDER (CTO-192) FILED MARCH 6, 2001.

### NOTICE OF OPPOSITION TO CTO-192, TRANSFERRING *TURNER, ET AL. V. MINE SAFETY APPLIANCES CO.* CASE NO. 01-325, U. S. DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA TO THE U. S. DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA.

**MAY IT PLEASE THE COURT**

The plaintiffs, Elnora T. Turner, Marvin Turner, Sandas J. Turner, Gail T. Griffin and Kirby W. Turner, give notice of their opposition to Conditional Transfer Order 192, filed March 6 2001, transferring to this Honorable Court their lawsuit, originally filed in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, from which it was improperly removed to the United States District Court for the Eastern District of Louisiana *sub nom. Turner, et al. v. Mine Safety Appliances Co.* (Case No. 01-325), by the defendant, American Optical Corporation.

PLEADING NO. 3096

IMAGED MAR 27 '01     **OFFICIAL FILE COPY**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 21 2001

FILED
CLERK'S OFFICE

**GERTLER, GERTLER, VINCENT &
PLOTKIN, LLP**

_____
RODNEY P. VINCENT #13090
127 Carondelet Street
New Orleans, Louisiana 70130
#504-581-6411

## PROOF OF SERVICE

I certify that the foregoing pleadings has been served on the parties listed below by U.S. Mail, postage prepaid, by hand or by fax, this 20th day of March, 2001.

_____

American Optical Corporation
through its attorney of record,
Thomas R. Blum, Esq.
Simon, Peragine, Smith & Redfearn, L.L.P.
30th Floor, Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3000

Mine Safety Appliances Company
through its attorney of record
Lawrence J. Centola, Jr., Esq.
Hoffman, Siegel, Seydel, Bienvenu, Centola & Cordes
650 Poydras Street
Suite 2100
New Orleans, Louisiana 70130

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, Louisiana 70130

ATTORNEY IN CHARGE: RODNEY P. VINCENT #13090, GERTLER, GERTLER, VINCENT & PLOTKIN, 127 CARONDELET STREET, NEW ORLEANS, LOUISIANA 70130 #504-581-6411

```
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
       FILED
     Mar. 6, 2001

   MICHAEL J. BECK
  CLERK OF THE PANEL
```

# SCHEDULE CTO–192 — TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DISTRICT DIV CIVIL ACTION#

**CALIFORNIA CENTRAL**
- CAC  5  01-53    Guajardo v. Burlington Northern & Santa Fe Railway Co.
- CAC  5  01-78    Castillo v. Burlington Northern & Santa Fe Railway Co.

**CALIFORNIA NORTHERN**
- CAN  3  01-623   Hansen v. Asbestos Defendants, et al.

**ILLINOIS NORTHERN**
- ILN  1  00-8177  Person v. ACandS, Inc., et al.
- ILN  1  00-8194  Manes v. ACandS, Inc., et al.
- ILN  1  01-952   Passanante v. Soo Line Railroad Co.

**LOUISIANA EASTERN**
- LAE  2  01-325   Turner, et al. v. Mine Safety Appliances Co., et al.

**MASSACHUSETTS**
- MA  1  00-11402  Cross v. A.W. Chesterton Co., et al.

**NORTH CAROLINA EASTERN**
- NCE  2  00-37    Ambrose, et al. v. ACandS, Inc., et al.
- NCE  2  00-38    Clark, et al. v. ACandS, Inc., et al.
- NCE  2  00-39    Downing, et al. v. ACandS, Inc., et al.
- NCE  4  00-73    Carraway, et al. v. ACandS, Inc., et al.
- NCE  4  00-87    Huggins v. ACandS, Inc., et al.
- NCE  4  00-88    Barnes, et al. v. ACandS, Inc., et al.
- NCE  4  00-89    Bellflower, et al. v. ACandS, Inc., et al.
- NCE  4  00-100   Woodard v. ACandS, Inc., et al.
- NCE  4  00-101   Waite, etc. v. ACandS, Inc., et al.
- NCE  4  00-111   Dixon, et al. v. ACandS, Inc., et al.
- NCE  5  00-352   Indence, etc. v. ACandS, Inc., et al.
- NCE  7  00-117   Robinson, et al. v. ACandS, Inc., et al.
- NCE  7  00-118   Kelly, et al. v. ACandS, Inc., et al.
- NCE  7  00-119   Williamson v. ACandS, Inc., et al.
- NCE  7  00-132   Wells, etc. v. ACandS, Inc., et al.
- NCE  7  00-136   Guyton, etc. v. ACandS, Inc., et al.
- NCE  7  00-137   Peterson, et al. v. ACandS, Inc., et al.
- NCE  7  00-138   Fullwood, et al. v. ACandS, Inc., et al.
- NCE  7  00-151   Cottle, etc. v. ACandS, Inc., et al.

**NORTH CAROLINA WESTERN**
- NCW  5  01-30    Workman, etc. v. ACandS, Inc., et al.

**NEW YORK EASTERN**
- NYE  1  01-589   Fleitman, et al. v. ACandS, Inc., et al.
- NYE  1  01-590   Wilson, etc. v. A.P. Green Services, Inc., et al.
- NYE  1  01-607   Mack, et al. v. ACandS, Inc., et al.
- NYE  1  01-608   Freedman, et al. v. ACandS, Inc., et al.

**WASHINGTON EASTERN**
- WAE  2  01-36    Mihalovich, et al. v. W.R. Grace & Co.-Conn., et al.