JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 3 2001

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Canada v. Raytech Corp.*, E.D. North Carolina, C.A. No. 5:89-424

### ORDER VACATING TRANSFER ORDER

The above-captioned action (*Canada*), bearing the Eastern District of North Carolina civil action number of 5:89-424, was included on the Panel's initial transfer order in this docket filed on July 29, 1991. The Panel has very belatedly been advised that on March 13, 1991, several months prior to the Panel's transfer order, the Honorable W. Earl Britt entered an order in *Canada* transferring venue from the Eastern District of North Carolina to the Eastern District of Virginia, where the action was assigned civil action number 2:91-169. That Eastern District of Virginia *Canada* action was subsequently transferred by the Panel to the Eastern District of Pennsylvania pursuant to CTO-5, filed in this docket on December 9, 1991, and finalized on December 27, 1991.

IT IS THEREFORE ORDERED that the Panel's initial transfer order filed on July 29, 1991, be, and the same hereby is, VACATED insofar as it relates to the above-captioned Eastern District of North Carolina action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

IMAGED MAR 27 '01