MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# Brayton◆Purcell

MAR 26 2001

FILED
CLERK'S OFFICE

TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
CHRISTOPHER E. ANDREAS

OF COUNSEL
JEFFERY D. EISENBERG•
JAMES GEAGAN

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
Novato, California 94945-2469
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (310) 727-1900
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

DAVID T. ACHORD
JARED J. BANULA
MARILYNN C. BACHMAYER*
DAVID H. BACKENSTOE
KETT D. BERGMARK
BLAINE J. BROWN*
HUGH C. COOK
MATTHEW DA VEGA
STEPHEN M. PISHBACK
BARBARA B. FOULDS
ROBERT GILCHRIST*
JOHN G. GOLDSTEIN
GREGORY T. HANSON
STEPHEN J. HEALY
GARY V. JUDD
CLAYTON W. KENT

REINA K. KILLEN
LLOYD P. LEROY
MAUREEN C. MCGOWAN
KELLY A. MCMEEKIN
S. BROOK MILLARD*
OREN P. NOAH
DONALD R. ODER
MARK S. PALMER
SPIRO E. PISTIOLAS
CAROLIN K. SHINING
AMY N. SIES
CHRISTINA C. SKUBIC
ERIC C. SOLOMON
DAVID A. STEWART*
ANTHONY E. VIEIRA
NANCY T. WILLIAMS

March 26, 2001

PLEADING NO. 3099

VIA FACSIMILE (202) 502-2888

Michael J. Beck
Clerk of the Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-225, North Lobby
Washington, D.C. 20002

Re: **Notice of Opposition** - Conditional Transfer Order-193
Civil Action Number 00-1460, *Franz v. Armstrong World Industries, Inc. et al.*
NV a

Dear Mr. Beck:

Please take notice that the Plaintiff, Vicky Franz, opposes transfer of civil action number 00-1460 to docket number 875 as proposed in conditional transfer order number 193.

Very truly yours,

Oren P. Noah

OPN:jac

K:\CLIENTS\25333\TRANSOPP.DOC

IMAGED MAR 28 '01

OFFICIAL FILE COPY