JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

Mar. 27, 2001

MICHAEL J. BECK
CLERK OF THE PANEL

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-194)

On July 29, 1991, the Panel transferred 22,003 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 67,634 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 192 F.R.D. 459, 468-69 (2000), the actions on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the opinion and order of July 29, 1991, 771 F.Supp. 415, as corrected on October 1, 1991, October 18, 1991, November 22, 1991, December 9, 1991, January 16, 1992, and March 5, 1992, and with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

IMAGED MAR 28 '01

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
Mar. 27, 2001
MICHAEL J. BECK
CLERK OF THE PANEL

# SCHEDULE CTO—194 — TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

```
DISTRICT DIV CIVIL ACTION#        DISTRICT DIV CIVIL ACTION#        DISTRICT DIV CIVIL ACTION#

ARIZONA                           VAE   2  01-4240                  VAE   2  01-4296
  AZ    4   01-99                 VAE   2  01-4241                  VAE   2  01-4297
                                  VAE   2  01-4242                  VAE   2  01-4298
CALIFORNIA NORTHERN               VAE   2  01-4243                  VAE   2  01-4299
  CAN   3   01-869                VAE   2  01-4244                  VAE   2  01-4300
                                  VAE   2  01-4245                  VAE   2  01-4301
IOWA SOUTHERN                     VAE   2  01-4246                  VAE   2  01-4302
  IAS   3   00-80235              VAE   2  01-4247                  VAE   2  01-4303
                                  VAE   2  01-4248                  VAE   2  01-4304
LOUISIANA EASTERN                 VAE   2  01-4249                  VAE   2  01-4305
  LAE   2   01-557                VAE   2  01-4250                  VAE   2  01-4306
  LAE   2   01-586                VAE   2  01-4251                  VAE   2  01-4307
                                  VAE   2  01-4252                  VAE   2  01-4308
MINNESOTA                         VAE   2  01-4253                  VAE   2  01-4309
  MN    0   01-204                VAE   2  01-4254                  VAE   2  01-4310
  MN    0   01-205                VAE   2  01-4255                  VAE   2  01-4311
                                  VAE   2  01-4256                  VAE   2  01-4312
MISSISSIPPI SOUTHERN              VAE   2  01-4257                  VAE   2  01-4313
  MSS   1   82-290                VAE   2  01-4258                  VAE   2  01-4314
                                  VAE   2  01-4259                  VAE   2  01-4315
NORTH CAROLINA MIDDLE             VAE   2  01-4260                  VAE   2  01-4316
  NCM   1   01-249                VAE   2  01-4261                  VAE   2  01-4317
  NCM   1   01-260                VAE   2  01-4262                  VAE   2  01-4318
                                  VAE   2  01-4263                  VAE   2  01-4319
NORTH CAROLINA WESTERN            VAE   2  01-4264                  VAE   2  01-4320
  NCW   1   01-44                 VAE   2  01-4265                  VAE   2  01-4321
  NCW   5   01-38                 VAE   2  01-4266                  VAE   2  01-4322
                                  VAE   2  01-4267                  VAE   2  01-4323
NEW YORK SOUTHERN                 VAE   2  01-4268                  VAE   2  01-4324
  NYS   1   01-199                VAE   2  01-4269                  VAE   2  01-4325
                                  VAE   2  01-4270                  VAE   2  01-4326
SOUTH CAROLINA                    VAE   2  01-4271                  VAE   2  01-4327
  SC    2   01-571                VAE   2  01-4272                  VAE   2  01-4328
  SC    2   01-572                VAE   2  01-4273                  VAE   2  01-4329
                                  VAE   2  01-4274                  VAE   2  01-4330
TEXAS SOUTHERN                    VAE   2  01-4275                  VAE   2  01-4331
  TXS   4   01-788                VAE   2  01-4276                  VAE   2  01-4332
                                  VAE   2  01-4277                  VAE   2  01-4333
VIRGINIA EASTERN                  VAE   2  01-4278                  VAE   2  01-4334
  VAE   2   01-4223               VAE   2  01-4279                  VAE   2  01-4335
  VAE   2   01-4224               VAE   2  01-4280                  VAE   2  01-4336
  VAE   2   01-4225               VAE   2  01-4281                  VAE   2  01-4337
  VAE   2   01-4226               VAE   2  01-4282                  VAE   2  01-4338
  VAE   2   01-4227               VAE   2  01-4283                  VAE   2  01-4339
  VAE   2   01-4228               VAE   2  01-4284                  VAE   2  01-4340
  VAE   2   01-4229               VAE   2  01-4285                  VAE   2  01-4341
  VAE   2   01-4230               VAE   2  01-4286                  VAE   2  01-4342
  VAE   2   01-4231               VAE   2  01-4287                  VAE   2  01-4343
  VAE   2   01-4232               DCAE  2  01-4288                  VAE   2  01-4344
  VAE   2   01-4233               VAE   2  01-4289                  VAE   2  01-4345
  VAE   2   01-4234               VAE   2  01-4290                  VAE   2  01-4346
  VAE   2   01-4235               VAE   2  01-4291                  VAE   2  01-4347
  VAE   2   01-4236               VAE   2  01-4292                  VAE   2  01-4348
  VAE   2   01-4237               VAE   2  01-4293                  VAE   2  01-4349
  VAE   2   01-4238               VAE   2  01-4294                  VAE   2  01-4350
  VAE   2   01-4239               VAE   2  01-4295                  VAE   2  01-4351
```

Case MDL No. 875   Document 3100   Filed 03/27/01   Page 3 of 3

SCHEDULE CTO-194 TAG-ALONG CASES (Cont.) MDL-875                                                        PAGE 2

```
DISTRICT DIV CIVIL ACTION#

VAE     2  01-4352
VAE     2  01-4353
VAE     2  01-4354
VAE     2  01-4355
VAE     2  01-4356
VAE     2  01-4357
VAE     2  01-4358
VAE     2  01-4359
VAE     2  01-4360
VAE     2  01-4361
VAE     2  01-4362

WISCONSIN EASTERN
WIE     2  00-1566
WIE     2  00-1627
WIE     2  00-1628
WIE     2  00-1629
WIE     2  00-1630
WIE     2  00-1631
WIE     2  00-1632
WIE     2  00-1633
WIE     2  01-68
WIE     2  01-69
WIE     2  01-70
WIE     2  01-71
WIE     2  01-72
WIE     2  01-73
WIE     2  01-74
WIE     2  01-75
WIE     2  01-76
WIE     2  01-77
WIE     2  01-78
WIE     2  01-79
WIE     2  01-101
WIE     2  01-102
WIE     2  01-103
```