JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

Mar. 9, 2001

MICHAEL J. BECK
CLERK OF THE PANEL

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-193)

On July 29, 1991, the Panel transferred 22,003 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 67,634 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 192 F.R.D. 459, 468-69 (2000), the actions on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the opinion and order of July 29, 1991, 771 F.Supp. 415, as corrected on October 1, 1991, October 18, 1991, November 22, 1991, December 9, 1991, January 16, 1992, and March 5, 1992, and with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 27 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

IMAGED MAR 28 '01

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

Mar. 9, 2001

MICHAEL J. BECK
CLERK OF THE PANEL

# SCHEDULE CTO—193 — TAG ALONG CASES
# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DISTRICT DIV CIVIL ACTION#

IOWA SOUTHERN
  IAS   4  01-80088      Whitehair v. Burlington Northern & Santa Fe Railway Co.
  IAS   4  01-80089      Wood v. Burlington Northern & Santa Fe Railroad Co.

ILLINOIS NORTHERN
  ILN   1  01-987        Monroe, etc. v. Soo Line Railroad Co.

MAINE
  ME    2  01-59         Zaleski, et al. v. Eastern Refractories Co., et al.

MICHIGAN EASTERN
  MIE   2  88-71845      Gray v. Apex Marine Corp., et al.

NORTH CAROLINA MIDDLE
  NCM   1  01-207        Edwards, et al. v. ACandS, Inc., et al.
  NCM   1  01-226        Jones, et al. v. ACandS, Inc., et al.
  NCM   1  01-227        Seaford, et al. v. ACandS, Inc., et al.

NORTH CAROLINA WESTERN
  NCW   5  01-33         Shull v. ACandS, Inc., et al.
  NCW   5  01-34         White, etc. v. ACandS, Inc., et al.

NEVADA
  ~~NV    2  00-1460       Franz v. Armstrong World Industries, Inc., et al.~~   opposed 3/26/01

OKLAHOMA WESTERN
  OKW   5  01-334        Hicks, etc. v. A.P. Green Industries, Inc., et al.

OREGON
  OR    3  01-255        Perrine v. Asbestos Corp., Ltd., et al.

SOUTH CAROLINA
  SC    6  01-493        Deas v. American Standard, Inc., et al.
  SC    6  01-534        Blackwelder, et al. v. ACandS, Inc., et al.

WISCONSIN WESTERN
  WIW   3  01-132        McMullin, et al. v. ACandS, Inc., et al.