JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 27 2001

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY :
LITIGATION (NO. VI) :

—————————————————————— x

This Document Relates to: : CIVIL ACTION NO. MDL 875

Law Firm of Klamann & Hubbard :

United States District Court :
District of Kansas :

Clara A. SMITH, C.A.No. 94-2358-GTV :

[In the event the above-listed case :
is a multiple plaintiff (victim) :
action, this transfer is for the :
above-named party only, or said :
party's representative, and any :
spousal or dependent actions.] :

—————————————————————— x

FILED

MAR 29 2001

MICHAEL E. KUNZ, Clerk

By _____ Dep. Clerk

MDL- 875
RECOMMENDED ACTION

SUGGESTION OF REMAND   CRO - 3 actions

Approved/Date: mk 3/6

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the District of Kansas, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action and therefore any claims for punitive or exemplary damages are

ENTERED

MAR 12 2001

CLERK OF COURT

hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the District of Kansas for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 3/9/01

_____
Charles R. Weiner        J.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 27 2001

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :

———————————————————————— x

This Document Relates to:  :  CIVIL ACTION NO. MDL 875

Law Offices of Mark Furney :

United States District Court :
District of Kansas :

Leroy SIMONEAU, C.A.No.6:00-1205-JTM :

[In the event the above-listed case :
is a multiple plaintiff (victim) :
action, this transfer is for the :
above-named party only, or said :
party's representative, and any :
spousal or dependent actions.] :

———————————————————————— x

FILED
MAR 29 2001
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the District of Kansas, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

ENTERED
MAR 12 2001
CLERK OF COURT

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action and therefore any claims for punitive or exemplary damages are

hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the District of Kansas for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: March 9, 2001

_____
Charles R. Weiner        J.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 27 2001

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :

―――――――――――――――――――――――x

This Document Relates to: :   CIVIL ACTION NO. MDL 875

Law Firm of Klamann & Hubbard :

United States District Court :
Western District of Missouri :

Annie SANDERSON, No. 4-90-0097-CV-W-1 :

[In the event the above-listed case :
is a multiple plaintiff (victim) :
action, this transfer is for the :
above-named party only, or said :
party's representative, and any :
spousal or dependent actions.] :
―――――――――――――――――――――――x

FILED

MAR 29 2001

MICHAEL E. KUNZ, Clerk
By _____ _____ Dep. Clerk

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Western District of Missouri, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

ENTERED

MAR 12 2001

CLERK OF COURT

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are

hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Western District of Missouri for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 3/9/01

_____
Charles R. Weiner        J.