MDL DOCKET NO. 875

TO: Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 28 2001

FILED
CLERK'S OFFICE

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN   MAR. 12, 2001

(3) Plaintiffs in Moake --
supports transfer to
E.D. Pa.

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

✓   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing on behalf of the designated party/parties. Panel Rule 16.1(c) states that:

> Except for leave of the Panel on a showing of good cause, only those parties who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present argument.
>
> Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and previously transferred actions.

___   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.2(b).

___   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing on behalf of the designated party/parties pursuant to Rule 16.2.

2-28-2001
Date

_____
Authorized Signature

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

Party/Parties Represented and Caption of Involved Action(s) (list even if waiving):

Weldon R. Moake, et al. v. Reynolds Metals Co.
S.D. Texas, C.A. No. 1:00-869
representing plaintiffs

Name and Address of Attorney Designated to Present Oral Argument:

Kevin D. McHargue
Baron & Budd, P.C.
3102 Oak Lawn Ave. Suite 1100
Dallas, TX 75219

Telephone No.: 214-521-3605

RECEIVED CLERK'S OFFICE
2001 MAR -2 A 10: 18
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*

IMAGED MAR 29 '01

JPML Form 9A (3/00)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on all counsel of record, per the attached list, on this _1st_ day of March, 2001.

_____
KEVIN D. McHARGUE

## PANEL SERVICE LIST (Excerpted from CTO-186)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Richard C. Binzley
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton
& Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hanson
Stich, Angell, Kreidler
& Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

Robin C. Hoblit
Chaves, Gonzales & Hoblit
802 N. Carancahua
Suite 2000
Corpus Christi, TX 78470

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt,
Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

Donald A. Powell
Buckingham, Doolittle
& Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour
& Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire
& Spinelli
One Penn Center, Suite 1400
1617 JFK Boulevard
Philadelphia, PA 19103

Misty D. Farris
Barron & Budd
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

MDL DOCKET NO. 875                                                    THIS FORM MUST BE RETURNED
                                                                      TO THE JUDICIAL PANEL NO
                                                                      LATER THAN  MAR. 12, 2001

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004

(handwritten: Ⓓ Defendant in S.D. Texas Moake potential tag along -- oppose transfer to E.D. Pa.)

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

__X__  This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

> Except for leave of the Panel on a showing of good cause, only those parties who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present argument.
>
> Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and previously transferred actions.

____  This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.2(b).

____  This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing on behalf of the designated party/parties pursuant to Rule 16.2.

March 7, 2001                                   /s/ [signature]
_____                                  _____
Date                                            Authorized Signature

*  *  *  *  *  *  *  *  *  *  *  *  *  *

**Party/Parties Represented and Caption of Involved Action(s) (list even if waiving):**

Weldon R. Moake, et al. v. Reynolds Metals Company, S.D. Tex., C.A. No. 4:00-4226

Representing Defendant Reynolds Metals Company

**Name and Address of Attorney Designated to Present Oral Argument:**

Raymond F. Geoffroy III
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219

Telephone No.: __(804) 788-8200__

**ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.***

JPML Form 9A (3/00)

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing instrument to be served upon plaintiffs' counsel noted below by U.S. regular mail, this 7th day of March, 2001.

Monty Wade Sullivan, Esq.
Kevin D. McHargue, Esq.
BARON & BUDD, P.C.
3102 Oak Lawn, Suite 1100
Dallas, Texas  75219
(214) 521-3605
(214) 520-1181 (facsimile)

Joseph R. Alberts
Wooden & McLaughlin
1600 Capital Center South
201 N. Illinois
Indianapolis, IN  46204

Knight S. Anderson
Hill, Fulwider, McDowell, Funk & Matthews
2000 INB Tower
One Indiana Square
Indianapolis, IN  46204

Robin L. Babbitt
Bingham, Summers, Welsh & Spilman
2700 Market Tower
10 West Market Street
Indianapolis, In  46204

Thomas A. Baiz, Jr.
Baiz Law Office
P. O. Box 1828
Great Falls, MT  59403

Tara R. Beckwith
Sheffer Hutchinson Kenney
115 E. Second Street
Owensboro, KY  42303

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2001 MAR -8  A 11: 06
RECEIVED
CLERK'S OFFICE

Michael A. Bergin
Locke, Reynolds, Boyd & Weisell
201 North Illinois Street
Suite 1000
P. O. Box 44961
Indianapolis, IN  46244

V. Brian Bevon
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P. O. Box 1792
Mt. Pleasant, SC  29465

Robert E. Beyler
Glasser And Glasser, P.L.C.
Crown Center Building
580 E. Main Street
Suite 600
Norfolk, VA  23510

Richard C. Binzley
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH  44114

Jennifer L. Blackwell
Goodin Orzeske And Stevens
9102 N. Meridian Street, Suite 400
Indianapolis, IN  46260

Gregg J. Borri
900 Third Avenue
Suite 1200
New York, NY  10022

James W. Brauer
Stewart & Irwin
Two Market Square Center
Suite 1100
251 East Ohio Street
Indianapolis, IN  46204

Timothy J. Brown
Bruce P. Clark & Associates
419 Ridge Road
Munster, IN 46321

Lisa Nathanson Busch
Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038

Dennis F. Cantrell
Bingham, Summers, Welsh & Spilman
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
403 W. North Avenue
Chicago, IL 60610

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

William T. Causby
Nelson, Mullins, Riley & Scarborough
Keenan Building, 3rd floor
1330 Lady Street
P. O. Box 11070
Columbia, SC 29211

Bruce P. Clark
Bruce P. Clark & Associates
Harrison Ridge Square
419 Ridge Road
Munster, IN 46321

William Connelly
Ness, Motley, Loadholt, Richardson & Poole
P. O. Box 1792
Mt. Pleasant, SC 29465

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA  15222

Andrew J. Detherage
Barnes & Thornburg
11 S. Meridan Street
Suite 1313
Indianapolis, IN  46204

Lisa M. Dillman
Lewis And Wagner
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202

Anna A. Dilonardo
L'Abbate, Balkan, Colvita, & Contini
1050 Franklin Avenue
Garden City, NY  11530

Thomas S. Ehrhardt
Landau, Omahana & Kopka, Ltd.
222 North LaSalle Street
Suite 200
Chicago, IL  60601

Wesley L. Elmore
Allred Unit
2101 FM 369 North
Iowa Park, TX  76367

David G. Field
Stewart & Irwin
251 E. Ohio Street, Suite 1100
Indianapolis, IN  46204

Matthew J. Fischer
Schiff, Hrdin & Waite
233 South Wacker Drive
6600 Sears Tower
Chicago, IL  60606

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall, East
Philadelphia, PA  19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street, 33rd Floor
Philadelphia, PA  19103

Richard s. Glasser
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA  23510

Linda A. Graft
Segal McCambridge Singer & Mahoney
330 North Wabash
Suite 200
Chicago, IL  60611

Gary L. Graham
Garlington, Lohn & Robinson
P. O. Box 7909
199 W. Pine
Missoula, MT  59807

Marc C. Greco
Glasser & Glasser, P.L.C.
999 Waterside Drive
Norfolk, VA  23510

Robert E. Haley
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 2900
Chicago, IL  60606

Susan M. Hanson
Stich, Angell, Kreidler & Muth
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN  55401

Bruce L. Kamplain
Norris, Choplin & Schroeder
101 W. Ohio Street
Suite 900
Indianapolis, IN 46204

Jason L. Kennedy
Segal, McCambridge, Singer & Mahoney
One IBM Plaza, Suite 200
330 North Wabash Avenue
Chicago, IL 60611

Douglas B. King
Wooden & McLaughlin
1600 Capital Center South
201 North Illinois Street
Indianapolis, IN 46204

Karl M. Koons
Locke, Reynolds, Boyd & Weisell
201 North Illinois Street
Suite 1000
P. O. Box 44961
Indianapolis, IN 46244

John J. Kreighbaum
Bruce P Clark And Associates
419 Ridge Road
Munster, IN 46321

H. Seward Lawlor
Glasser & Glasser, P.L.C.
600 Dominion Tower
999 Waterside Drive
Norfolk, VA 23510

Christopher D. Lee
Kahn, Dees, Donovan & Kahn
305 Union Federal Building
P. O. Box 3646
Evansville, IN 47735

Tom L. Lewis
Lewis, Huppert & Slovak
725 Third Avenue North
P. O. Box 2325
Great Falls, MT  59403

Cynthia M. Locke
White & Raub
One North Capitol Avenue
10th Floor
Indianapolis, IN  46204

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA  19102

Daniel M. Long
Locke Reynolds, LLP
201 North Illinois Street
Suite 1000
Indianapolis, IN  46244

Richard J. Lutzel
Wallace & Graham, P.A.
525 N. Main Street
Salisbury, NC  28144

David L. Lyle
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464

Thomas Joseph Marlowe
Camelback Esplanade
2425 E. Cambelback, Suite 880
Phoenix, AZ  85016

Jonathan D. Mattingly
Barnes & Thornburg
11 S Meridian Street
Suite 1313
Indianapolis, IN  46204

Edward J. Matushek
Mathushek & Associates, L.L.C.
One North LaSalle Street
Suite 3210
Chicago, IL 60602

Edward J. McCambridge
Segal, McCambridge, Singer & Mahoney
One IBM Plaza, Suite 200
330 North Wabash Avenue
Chicago, IL 60611

John K. McDavid
Locke, Reynolds, Boyd & Weisell
201 North Illinois Street
Suite 1000
P. O. Box 44961
Indianapolis, IN 46244

Jeffrey L. McKean
Wooden & McLaughlin
1600 Capital Center South
201 N. Illinois
Indianapolis, IN 46204

Susan E. Mehringer
Lewis & Wagner
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P. O. Box 1792
Mt. Pleasant, SC 29464

Jeffrey Mundy
Brobeck Phleger & Harrison
4801 Plaza on the Lake
Austin, TX 78746

Joshua B. Murphy
Segal, McCambridge, Singer & Mahoney
330 North Wabash Street
Suite 200
Chicago, IL  60611

Randall J. Nye
Beckman, Kelly & smith
5920 Hohman Avenue
Hammond, IN  46320

Donald G. Orzeske
McMains, Goodin & Orzeske, P.C.
20 North Meridian Street
Suite 7000
Indianapolis, IN  46204

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P. O. Box 1500
Akron, OH  44309

John J. Repcheck
Marks & O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219

John D. Roven
John Roven & associates
2190 North Loop West, Suite 410
Houston, TX  77018

Mark Scarcello
Feldman & Kieffer
The Dun Building, Suite 400
110 Pearl Street
Buffalo, NY  14202

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P. O. Box 1008
Columbus, OH  43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA  90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
One Penn Center, Suite 1400
1617 JFK Boulevard
Philadelphia, PA  19103

Joseph Stalmack
Joseph Stalmack & Associates, P.C.
221 North LaSalle Street
Suite 840
Chicago, IL  60601

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI  48226

David A. Temple
Stewart & Irwin
Two Market Square Center
Suite 1100
251 East Ohio Street
Indianapolis, IN  46204

Daniel D. Trachtman
Wooden & McLaughlin
1600 Capital Center South
201 North Illinois Street
Indianapolis, IN  46204

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

Tim W. Ueber
Goodin, Orzeske & Stevens
9102 N. Meridian Street
Suite 400
Indianapolis, IN 46260

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P. O. Box 998
Cedar Rapids, IA 52406

James K. Wheeler
Coots, Henke & Wheeler
255 E. Carmel Drive
Carmel, IN 46032

Raymond F. Geoffroy III