MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 28 2001

FILED
CLERK'S OFFICE

## MDL DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### CONDITIONAL TRANSFER ORDER (CTO-192) FILED MARCH 6, 2001.

### MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-192) FILED MARCH 6, 2001, IN RESPECT OF *TURNER, ET AL. V. MINE SAFETY APPLIANCES CO.* CASE NO. 01-325, U. S. DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

**NOW INTO COURT,** through undersigned counsel, come the plaintiffs, Elnora T. Turner, Marvin Turner, Sandas J. Turner, Gail T. Griffin and Kirby W. Turner, and move this Honorable Court to vacate the conditional transfer order filed by the Judicial Panel on Multidistrict Litigation on March 6, 2001 for the reasons discussed in the accompanying memorandum.

**WHEREFORE,** plaintiffs respectfully request that the conditional transfer order be vacated and that this matter be remanded to the United States District Court for the Eastern District of Louisiana.

PLEADING NO. 3106

GERTLER, GERTLER, VINCENT AND PLOTKIN, LLP
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

IMAGED MAR 20 '01

OFFICIAL FILE COPY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 28 2001

FILED
CLERK'S OFFICE

Respectfully submitted,

**GERTLER, GERTLER, VINCENT & PLOTKIN, LLP**

_/s/ Rodney Vincent_

RODNEY P. VINCENT #13090
127 Carondelet Street
New Orleans, Louisiana 70130
#504-581-6411

## CERTIFICATE OF SERVICE

I certify that the foregoing pleadings has been served on the parties listed below and on the attached list by Certified Mail, return receipt requested, this 27 day of March, 2001.

_/s/ Rodney Vincent_

American Optical Corporation
through its attorney of record,
Thomas Blum
Simon, Peragine, Smith & Redfearn, L.L.P.
30th Floor, Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3000

Mine Safety Appliances Company
through its attorney of record
Lawrence J. Centola, Jr.
Hoffman, Siegel, Seydel, Bienvenu, Centola & Cordes
650 Poydras Street
Suite 2100
New Orleans, Louisiana 70130

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, Louisiana 70130

# PANEL SERVICE LIST (Excerpted from CTO-192)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Richard C. Binzley
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH 44114

Thomas R. Blum
Simon, Peragine, Smith & Redfearn
Energy Centre, 30th Floor
1100 Poydras Street
New Orleans, LA 70163

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hanson
Stich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Rodney P. Vincent
Gertler, Gertler, Vincent & Plotkin
Gertler Building, 3rd Floor
127 Carondelet Street
New Orleans, LA 70130

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 28 2001

FILED
CLERK'S OFFICE

MDL DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

CONDITIONAL TRANSFER ORDER (CTO-192) FILED MARCH 6, 2001.

PLAINTIFFS' MEMORANDUM IN SUPPORT OF
MOTION TO VACATE CONDITIONAL TRANSFER ORDER
(CTO-192) FILED MARCH 6, 2001, IN RESPECT
OF *TURNER, ET AL. V. MINE SAFETY APPLIANCES CO.*
CASE NO. 01-325, U.S. DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

INTRODUCTION.

On March 6, 2001, the Judicial Panel on Multidistrict Litigation rendered an order, transferring this suit from the United States District Court for the Eastern District of Louisiana to the United States District Court for the Eastern District of Pennsylvania. The plaintiffs oppose the transfer and move to vacate the conditional transfer order.

The reasons for transferring asbestos cases to Pennsylvania, as stated in the opinion of the Judicial Panel on Multidistrict Litigation of July 29, 1991, do not apply to the present case. The present case involves one defendant-- the

GERTLER, GERTLER, VINCENT AND PLOTKIN, LLP
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

manufacturer of a respirator. The basis of the lawsuit is a products liability claim regarding the defects of that manufacturer's respirator. The MDL's order transferring all asbestos cases to Pennsylvania, to the contrary, is aimed at the problems created by suits against asbestos products manufacturers and suppliers. No asbestos manufacturer or supplier is involved in this suit.

### FACTS AND PROCEDURAL HISTORY.

David Turner, the plaintiffs' decedent, was employed from 1946 through 1979, as a laborer at the Johns-Manville plant in Marrero, Louisiana. In performing his duties, he was regularly exposed to asbestos dust. His employer, recognizing this hazard, provided its employees with respirators manufactured by Mine Safety Appliances Company and American Optical Corporation.

These respirators were marketed and sold as providing adequate protection against the inhalation of pneumoconiosis-producing dust, including asbestos. In reality, they were defective, allowing the penetration of asbestos fibers through the filter and facepiece. As a result, Mr. Turner, while wearing these respirators, inhaled excessive amounts of asbestos fibers leading to his development of asbestos-induced lung cancer.

Mr. Turner filed suit, on September 7, 1999, in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, for damages for his lung cancer. He sued one respirator manufacturer, Mine Safety Appliances Company. On December 9, 1999, Mr. Turner died of lung cancer. His widow and four children then filed a first amending petition on December 8, 2000, substituting themselves

2

as plaintiffs and adding a second defendant, American Optical Corporation, another respirator manufacturer. The plaintiffs have since entered into a settlement agreement with Mine Safety, and only American Optical remains in the suit.

On February 5, 2001, American Optical filed a notice to remove the case to the United States District Court for the Eastern District of Louisiana. In response, the plaintiffs moved to remand the case. On March 28, 2001, the U. S. District Court in the Eastern District of Louisiana will hear the plaintiffs' Motion to Remand. On March 6, 2001, the Judicial Panel on Multidistrict Litigation filed a conditional transfer order transferring this case to the United States District Court for the Eastern District of Pennsylvania. The plaintiffs file, herewith, a Notice of Opposition and Motion to Vacate the Transfer Order.

## LAW AND ARGUMENT.

This case is not against an asbestos manufacturer or supplier. The only defendant in this suit is the manufacturer of a <u>respirator</u>, and the trial will require proof of defects in the respirator. The 1991 order transferring all federal asbestos cases to Pennsylvania was not intended to cover respirator cases. In its opinion filed on July 29, 1991, the Panel cited the following reasons for transferring the cases:

- the sheer number of asbestos cases were overburdening the federal court system;
- the asbestos manufacturers were at risk of becoming insolvent leading to the unfair result that some asbestos claimants would be

3

> compensated and others not;

- the similarity of the asbestos cases recommended them for consolidation to allow consolidated trials, discovery or other litigation processes or procedures.

None of the considerations the Panel cited in that opinion pertains to respirator cases. There is no wave of respirator cases inundating the federal court system. Unlike the asbestos manufacturers and suppliers, the respirator defendants are not on the verge of becoming insolvent. Finally, the respirator cases bear little similarity to the other asbestos cases against asbestos products manufacturers, thereby making irrelevant the major rationale for the transfer order: facilitating common trials, discovery and other procedures.[1]

Moreover, in two other respirator cases in which undersigned counsel has represented the plaintiffs, *Sansonni v. Mine Safety Appliances Company*, and *Russell v. Mine Safety Appliances Company*,[2] the Honorable Charles R. Weiner, acknowledging the difference in respirator cases, remanded the cases to the United

---

[1] The differences in respirator and asbestos products lawsuits are striking. Respirator litigation involves technical, scientific and engineering data regarding respirator efficiency, filter penetration and face fit. In cases against asbestos manufacturers, the paramount issues are identifying the asbestos products to which the victim was exposed and the asbestos manufacturers' pre-existing knowledge of the hazards of asbestos. Consequently, the witnesses and documentary exhibits are completely different in these two types of suits.

[2] *Jarysch Sansonni v. Mine Safety Appliances Co., et al.*, No. 96-2922 (E.D. La. filed 9/6/96); *Lillie Mae Russell, et al. v. Mine Safety Appliances* Co., No. 96-3785 (E.D. La. filed 11/20/96).

GERTLER, GERTLER, VINCENT AND PLOTKIN, LLP
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 28 2001

FILED
CLERK'S OFFICE

States District Court in Louisiana. A remand is similarly appropriate in the present case.

### CONCLUSION.

The present case should be transferred to the United States District Court for the Eastern District of Louisiana. There are no valid reasons, whether legal or policy, for consolidating this case with the other asbestos cases which have been transferred to Pennsylvania. The reasons, cited by the Judicial Panel for Multidistrict Litigation for transferring asbestos cases, do not apply to a lawsuit against a single respirator manufacturer. For the foregoing reasons, the Conditional Transfer Order should be vacated.

GERTLER, GERTLER, VINCENT &
PLOTKIN, LLP

RODNEY P. VINCENT #13090
127 Carondelet Street
New Orleans, Louisiana 70130
#504-581-6411

### CERTIFICATE OF SERVICE

I certify that the foregoing pleadings has been served on the parties listed below and on the attached list by Certified Mail, return receipt requested, this 27 day of March, 2001.

American Optical Corporation
through its attorney of record,
Thomas Blum
Simon, Peragine, Smith & Redfearn, L.L.P.
30th Floor, Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3000

Mine Safety Appliances Company
through its attorney of record
Lawrence J. Centola, Jr.
Hoffman, Siegel, Seydel, Bienvenu, Centola & Cordes
650 Poydras Street
Suite 2100
New Orleans, Louisiana 70130

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, Louisiana 70130

ATTORNEY IN CHARGE: RODNEY P. VINCENT #13090, GERTLER, GERTLER, VINCENT & PLOTKIN, 127 CARONDELET STREET, NEW ORLEANS, LOUISIANA 70130 #504-581-6411

GERTLER, GERTLER, VINCENT AND PLOTKIN, LLP
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

## PANEL SERVICE LIST (Excerpted from CTO-192)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Richard C. Binzley
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH 44114

Thomas R. Blum
Simon, Peragine, Smith & Redfearn
Energy Centre, 30th Floor
1100 Poydras Street
New Orleans, LA 70163

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hanson
Stich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Rodney P. Vincent
Gertler, Gertler, Vincent & Plotkin
Gertler Building, 3rd Floor
127 Carondelet Street
New Orleans, LA 70130

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406