IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

MAR 29 2001

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| HARRY C. DAVIS, and spouse, LOTTIE DAVIS, and SUSAN DAVIS ADKINS | § § § | |
| v. | § § § | CIVIL ACTION NO. 1:00CV869 (JURY) |
| AC&S, INC., ET AL | § | |

### ORDER

CAME ON THIS day to be heard Plaintiffs' Motion to Remand, and the Court having considered said Motion, is of the opinion that said Motion should be GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that the Plaintiffs' Motion to Remand this matter to State Court is hereby GRANTED and this matter is hereby REMANDED to the 58th Judicial District Court of Jefferson County, Texas.

SIGNED this 28th day of March 2001.

_____
JUDGE PRESIDING

MDL- 875
RECOMMENDED ACTION
Vacate HO + CTO-187
Approved/Date: MJB (for TMK) 3/29/01

2001 MAR 29 A 6:27
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

IMAGED MAR 20 '01