JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

MAR 29 2001

FILED
CLERK'S OFFICE

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Harry Davis, et al. v. AcandS, Inc., et al.*, E.D. Texas, C.A. No. 1:00-869

### ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE MARCH 29, 2001 HEARING

A conditional transfer order was filed in the above-captioned action (*Davis*) on January 10, 2001. Prior to expiration of the mandatory fifteen-day stay of execution, plaintiffs in *Davis* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. *Davis* was then remanded to the 58th Judicial District Court of Jefferson County, Texas, by the Honorable Howell Cobb in an order signed on March 28, 2001.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-187" filed on January 10, 2001, be, and the same hereby is, VACATED insofar as it relates to the above-captioned action.

IT IS FURTHER ORDERED that the Hearing Order and the attached Schedule filed on February 13, 2001, be, and the same hereby are, VACATED insofar as they relate to the above-captioned action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

IMAGED MAR 20 '01