JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

Apr. 4, 2001

MICHAEL J. BECK
CLERK OF THE PANEL

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-195)

On July 29, 1991, the Panel transferred 22,003 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 67,634 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 192 F.R.D. 459, 468-69 (2000), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the opinion and order of July 29, 1991, 771 F.Supp. 415, as corrected on October 1, 1991, October 18, 1991, November 22, 1991, December 9, 1991, January 16, 1992, and March 5, 1992, and with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

IMAGED APR 5 '01

```
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
        FILED

      Apr. 4, 2001

   MICHAEL J. BECK
  CLERK OF THE PANEL
```

# SCHEDULE CTO—195 — TAG ALONG CASES
# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DISTRICT DIV CIVIL ACTION#

MINNESOTA
  MN    0  01-508           Thelen, et al. v. Burlington Northern & Santa Fe Railway Co.

MONTANA
  MT    9  01-62            Racicot v. W.R. Grace & Co.-Conn., et al.
  MT    9  01-65            Wagner v. W.R. Grace & Co.-Conn., et al.
  MT    9  01-66            Wagner v. W.R. Grace & Co.-Conn., et al.

SOUTH CAROLINA
  SC    2  01-764           Jirel, et al. v. ACandS, Inc., et al.
  SC    2  01-765           Blackwell, et al. v. ACandS, Inc., et al.
  SC    2  01-766           Winningham, et al. v. ACandS, Inc., et al.

TEXAS SOUTHERN
  TXS   4  01-784           Frazier v. Burlington Northern & Santa Fe Railway Co.
  TXS   4  01-785           Martin v. Norfolk Southern Railway Co.