

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 5 2001

**ORIGINAL FILED**

FILED
CLERK'S OFFICE

MAR 23 2001

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CRAIG HANSEN,

    Plaintiff,

v.

ASBESTOS DEFENDANTS (BHC), et al.,

    Defendants.

No. C-01-0623 PJH

**ORDER GRANTING MOTION TO REMAND**

Now before the court is plaintiff's motion to remand (Docket Nos. 10, 11). Having read the parties' papers and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby GRANTS the motion.[1] The record shows that defendant removed the case more than 30 days after being served with the summons and complaint. Accordingly, removal was untimely under 28 U.S.C. § 1446.

Plaintiff's request for fees and costs is DENIED.

MDL-875
RECOMMENDED ACTION
Vacate CTO-192 (one action)
Approved/Date: MK 4/4/01

**IT IS SO ORDERED.**

Dated: March 23, 2001

PHYLLIS J. HAMILTON
United States District Judge

Copies mailed to counsel of record

---

[1] The court finds the motion to be appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp., 933 F.2d 724, 729 (9th Cir. 1991) (court's consideration of moving and opposition papers is deemed adequate substitute for formal hearing), cert. denied, 503 U.S. 920 (1992).

IMAGED APR 9 '01