JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 5 2001

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Craig Hansen v. Asbestos Defendants, et al., N.D. California, C.A. No. 3:01-623

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the above-captioned action (*Hansen*) on March 6, 2001. In the absence of any opposition, the conditional transfer order was finalized with respect to *Hansen* on March 22, 2001, but pursuant to 28 U.S.C. §1407(c), the Panel's transfer of *Hansen* did not become effective until March 26, 2001, the date the transfer order was filed in the office of the clerk of the transferee court (the Eastern District of Pennsylvania). Prior to that date, however, *Hansen* was remanded to California state court by the Honorable Phyllis J. Hamilton in an order filed on March 23, 2001.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-192" filed on March 6, 2001, be, and the same hereby is, VACATED insofar as it relates to the above-captioned action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

IMAGED APR 9 '01