MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 10 2001

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

Julita Szewczyk, as Administratrix of the
Estate of Jan Szewczyk

 Plaintiff

Civil Action
No. 01 Civ. 0199 (WK)
**MDL- 875**

VS.

Metro-North Railroad Company

 Defendant
_____X

### Notice Of Opposition To Conditional Transfer Order

Pursuant to Rule 7.4 of the Rules of the Judicial Panel On Multi-District Litigation, the plaintiff, Julita Szewczyk, hereby gives notice that she opposes the Court's March 27, 2001 dated Conditional Transfer Order (CTO-194). The plaintiff intends to file a Motion to Vacate The Conditional Transfer Order and Memorandum In Support Thereof pursuant to Rule 7.4(d).

Date: 4/10/01

FOR THE PLAINTIFF,

BY _____
Charles C. Goetsch
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000
[CG9082]

IMAGED APR 12 '01

**OFFICIAL FILE COPY**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 0 2001

## Certificate of Service

FILED
CLERK'S OFFICE

This is to certify that a copy of the foregoing was sent via facsimile and mailed, first class mail, postage prepaid to:

Philip DiBerardino, Esq.
Landman Corsi Ballaine & Ford
120 Broadway - 27th Floor
NY, NY 10271

on this 10th day of April, 2001.

Charles C. Goetsch