

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 10 2001

FILED
CLERK'S OFFICE

### DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*John Lindfors and Bertha Lindfors v. ACandS, Inc., et al.*, D. South Carolina, C/A No. 2:01-0571
*Henry Wood and Jane Wood v. ACandS, Inc., et al.*, D. South Carolina, C/A No. 2:01-0572

### NOTICE OF OPPOSITION
### PURSUANT TO RULE 12 OF THE RULES OF PROCEDURE
### OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Pursuant to Rule 12(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the plaintiffs hereby file Notice of Opposition to the Conditional Transfer Order entered on March 27, 2001, in the above-cited cases by the Clerk of the Panel transferring these actions to U.S. District Court for the Eastern District of Pennsylvania (MDL Docket No. 875).

In accordance with Rule 12(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the plaintiffs, within 15 days of the filing of this Notice of Opposition, will file a motion to vacate the Conditional Transfer Order and brief in support thereof.

Respectfully submitted,

NESS, MOTLEY, LOADHOLT, RICHARDSON
AND POOLE

By: V. Brian Bevon
V. Brian Bevon, Esquire
Federal Court ID No. 6425
28 Bridgeside Boulevard
Post Office Box 1792
Mt. Pleasant, SC 29465
(843) 216-9000

ATTORNEYS FOR PLAINTIFFS

April 9, 2001
Charleston, South Carolina

OFFICIAL FILE COPY

IMAGED APR 12 '01

## INVOLVED COUNSEL FOR SCHEDULE CTO-194
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Gerald Barrett
Ward, Keenan & Barrett, P.C.
3030 North Third Street
Suite 930
Phoenix, AZ 85012

V. Brian Bevon
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

Robert E. Beyler
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

Richard C. Binzley
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH 44114

Lawrence E. Butler
Seyfarth, Shaw, Fairweather, et al.
101 California Street
Suite 2900
San Francisco, CA 94111

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
403 West North Avenue
Chicago, IL 60610

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

William T. Causby
Nelson, Mullins, Riley & Scarborough
Keenan Building, 3rd Floor
1330 Lady Street
P.O. Box 11070
Columbia, SC 29211

John F. Conley
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

John F. Dillon
John F. Dillon, Attorney at Law
1555 Poydras Street
Suite 1700
New Orleans, LA 70112

David R. Donadio
Brayton, Purcell, Curtis & Geagan
222 Rush Landing Road
Novato, CA 94948

John R. Fabry
Williams, Bailey Law Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Mark A. Fredrickson
Rider, Bennett, Egan & Arundel
2000 Metropolitan Center
333 South 7th Street
Minneapolis, MN 55402

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Leon Gary, Jr.
Jones, Walker, Waechter, et al.
8555 United Plaza Blvd., 5th Floor
Baton Rouge, LA 70809

Richard S. Glasser
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

Charles C. Goetsch
Cahill & Goetsch, P.C.
43 Trumbull Street
New Haven, CT 06511

Marc C. Greco
Glasser & Glasser, P.L.C.
999 Waterside Drive
Norfolk, VA 23510

Susan M. Hanson
Stich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Mickey P. Landry
LeBlanc, Maples & Waddell
Place St. Charles, Suite 3204
201 St. Charles Avenue
New Orleans, LA 70170

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Alwyn H. Luckey
P.O. Box 724
Ocean Springs, MS 39566

Richard J. Lutzel
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

Dwight C. Paulsen, III
Lemle & Kelleher, L.L.P.
601 Poydras Street
Suite 2100
New Orleans, LA 70130

INVOLVED COUNSEL FOR SCHEDULE CTO-194 (Cont.) MDL-875                                  PAGE 2

Michael S. Polk
Sieben, Polk, LaVerdiere, Jones
& Hawn
999 Westview Drive
Hastings, MN 55033

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Burtis Stephen Rice
Hayes, McConn, Price & Pickering
1200 Smith Street
400 Two Allen Center
Houston, TX 77002

Trudy Hartzog Robertson
Moore & Van Allen, PLLC
P.O. Box 22828
Charleston, SC 29413

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

J. Bryan Schulte
Ruther, Bauer, Schulte & Hahn
P.O. Box 517
100 Valley Street
Burlington, IA 52601

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Richard J. Serpe
Glasser & Glasser, P.L.C.
600 Dominion Tower
999 Waterside Drive
Norfolk, VA 23510

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406