MDL  875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 10 2001

FILED
CLERK'S OFFICE

1  DAVID R. DONADIO, ESQ., S.B. #154436
OREN P. NOAH, ESQ., S.B. #136310
2  BRAYTON ❖ PURCELL
ATTORNEYS AT LAW
3  222 Rush Landing Road
Novato, California  94945
4  (415) 898-1555

5  Attorneys for Plaintiff

6

7

8              **JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

9

10  VICKY FRANZ,                          )  Case No.: Nevada 2 00-1460
                                          )
11            Plaintiff,                  )  PLAINTIFF'S MOTION TO VACATE
                                          )  CONDITIONAL TRANSFER ORDER;
12  vs.                                   )  BRIEF IN SUPPORT OF MOTION
                                          )
13  ARMSTRONG WORLD INDUSTRIES,           )
    INC., et al.,                         )
14                                        )
              Defendants.                 )
15                                        )

16

17          Plaintiff, VICKY FRANZ, hereby files this Motion to Vacate the Judicial Panel's order

18  transferring this case to the Eastern District of Pennsylvania for consolidation with Multidistrict

19  Litigation Panel (MDL) #875.  Plaintiff bases this motion on the ground that transfer to the

20  MDL is inappropriate because the MDL is designed to deal with common issues of fact

21  occurring in litigation.  This case cannot be found to have common issues of fact with other

22  federal cases because it is not properly a federal case.  This case was improperly removed from

23  the State Court of Nevada in and for Clark County, Nevada.  The notice of removal is deficient

24  on its face.  Plaintiff has filed a motion for remand in the federal district court for the district of

25  Nevada, and this case should not be transferred to the MDL until that court has had an

26  opportunity to rule on plaintiff's motion.  When it does so, no decision will be appropriate but

27  ///

28  ///

K:\CLIENTS\25533\MDLOPP.DOC                                     1
PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER; BRIEF IN
SUPPORT OF M

GED APR 12 '01

OFFICIAL FILE COPY

1  remand to the State Court.  For all these reasons transfer to the MDL at this time is

2  inappropriate.

3  Dated: 4/6/01                          BRAYTON ❖ PURCELL

4

5

6  By

7  DAVID R. DONADIO
   Attorney for Plaintiff

8

9  **PLAINTIFF'S BRIEF IN SUPPORT OF MOTION TO VACATE**

10  I. <u>STATEMENT OF FACTS</u>

11  Plaintiff filed this action on October 16, 2000 in the 8th Judicial District Court of the

12  State of Nevada in and for Clark County, Nevada.  The complaint, on its face, named a total of

13  64 defendants. [Exhibit B.]  Service of process on the first defendant occurred on October 27,

14  2000. [Exhibit C.]  Between that date and November 6, 2000, 14 defendants were served with

15  process. [Exhibit C.]  Defendant Ford Motor Company was served on November 6, 2000.

16  [Exhibit A, page 7, paragraph 4.]  On December 7, 2000, defendant Ford Motor Company filed

17  a Notice of Removal under 28 U.S.C. §1446(b), invoking jurisdiction of the Federal Courts

18  under 28 U.S.C. §1332(a) for diversity of citizenship [Exhibit A, page 5].  The notice of

19  removal contained no consent or joinder by any other defendant who had been served within the

20  preceding 30 days. [Exhibit A.]  To this date, 14 defendants, named and served, have not joined

21  Ford's removal action. [Exhibit C.]

22  Among the 64 defendants named in this action is Meritor Automotive, Inc.  The

23  successor-in-interest to Meritor Automotive, Inc. is Arvin Meritor, Inc.  Records of the Nevada

24  Secretary of State indicate that Arvin Meritor, Inc. is a Nevada Corporation. [Exhibit C.]

25  Plaintiff VICKY FRANZ is also a resident of the State of Nevada where this action was filed.

26  Accordingly diversity of citizenship does not exist.

27  ///

28  ///

## II. BRIEF

Transfer to the MDL is inappropriate because the Federal Courts are without jurisdiction in this case.

### A.   Ford Motor Company's Notice of Removal was Untimely.

28 U.S.C. §1446(b) requires that an action to remove a State Court case to Federal Court be filed within 30 days of the service of the complaint upon the defendant. In its Notice of Removal, Ford admits that it was served with the complaint on November 6, 2000. [Exhibit A at page 7, paragraph 4.] Thirty days from November 6, 2000 was December 6, 2000. Ford's Notice of Removal was filed December 7, 2000. [Exhibit A, page 3.] By failing to file its removal action within 30 days, Ford Motor Company forfeit its right to initiate a removal action in this case. This case is, therefore, not properly in the Federal District Court and not subject to transfer to the MDL.

### B.   Ford Motor Company has not Received the Consent of all Defendants to Remove this Case to Federal Court Within the Statutory 30 day Period.

In any action involving multiple defendants, all defendants must join in a notice or removal. *Chicago, Rock Island & Pacific Railway Co. v. Martin* 178 U.S.245 (1900). If all defendants do not join in the removal, the action cannot be removed. *Hewitt v. City of Stanton*, 798 F.2nd 1232 (9th Cir. 1986) A removal action which does not join all indispensable parties can be grounds for sanctions under Federal Rule of Civil Procedure 11 for filing a frivolous motion. *Id.*

Defendant Ford Motor Company was served with the complaint in this matter on November 6, 2000. [Exhibit A, paragraph 4.] The Notice of Removal in this action was filed on December 7, 2000. [Exhibit A at pg. 3.] The removal itself includes no indication that any other defendant joins, has joined, or will join in the removal action. In fact, of those parties which have filed consents to removal, the earliest was filed on December 18, 2000, more than 41 days after service upon defendant Ford Motor Company. In addition, none of those consents were filed within 30 days of the date that the individual defendant consenting to removal had been served. Most importantly, as of the date of filing this brief, more than four months after the

1  service upon Ford, 13 named and served defendants in this action have not consented to

2  removal. [Exhibit C.]

3         This case cannot be transferred to the Eastern District of Pennsylvania to be

4  consolidated in the Multidistrict Litigation Panel because it is not properly in the Federal

5  Courts.  This is a Nevada State Court action which can only properly be pursued in the Nevada

6  State Court.  For that reason, Plaintiff strongly opposes transfer of this case to the MDL.

7  Plaintiff's Motion for Remand is currently pending in the Federal District Court for the District

8  of Nevada and any action to transfer this case to the MDL should be delayed pending the

9  court's decision on that remand motion.

10

11         C.     Federal Jurisdiction is Improper Because
                  at Least One Defendant is a Nevada Resident.
12

13         Plaintiff named as a defendant in the case Meritor Automotive, Inc.   In an unrelated

14  action, counsel Meritor advised Plaintiff's counsel that the successor-in-interest to Meritor

15  Automotive, Inc. is Arvin Meritor, Inc.  Records of the Nevada Secretary of State's office

16  identified Arvin Meritor, Inc. as a Nevada corporation.  Plaintiff VICKY FRANZ is a Nevada

17  resident.  Because total diversity does not exist in this case, federal jurisdiction is inappropriate.

18         Transfer of this pending case to the MDL would be inappropriate at this time because

19  the case is not properly a federal court case.  The common issues of fact with other asbestos

20  cases cannot be adjudicated because the threshold issue of the appropriateness of removal to the

21  federal district court has not yet been decided.  Plaintiff strongly objects to transfer to the MDL

22  until this threshold issue has been adjudicated on the Motion for Remand now pending before

23  the federal district court for the District of Nevada.

24

25                              III.  CONCLUSION

26         This case cannot be properly transferred to the Eastern District of Pennsylvania under

27  28 U.S.C. §1407 because it is not properly before the Federal Court.  Defendant Ford Motor

28  Company improperly removed this case to the Federal District Court from the 8th Judicial

1  District Court of the State of Nevada, in and for Clark County, Nevada.  That removal was

2  improper because it was not joined by the other defendants in the case and because diversity of

3  citizenship, the basis under which removal was sought, does not exist.  Transfer of this case to

4  the MDL would be a waste of judicial resources.  The threshold issue of federal jurisdiction

5  would have to be resolved in the Eastern District of Pennsylvania.  The case would then be

6  remanded to the District Court in Nevada for remand to the State Court of Nevada.  The

7  threshold issue of federal jurisdiction should be determined by the District Court for the District

8  of Nevada prior to any transfer action by the Judicial Panel On Multidistrict Litigation.

9  Accordingly, Plaintiff objects to the conditional transfer order and requests that the order be

10  stayed pending adjudication of the motion to remand by the Federal District Court for the

11  District of Nevada.

12  Dated  4/6/01

                                    Respectfully submitted,

13                                        BRAYTON ❖ PURCELL

14

15

16                                      By

17                                        DAVID R. DONADIO
                                      Attorney for Plaintiff

18

19

20

21

22

23

24

25

26

27

28

K:\CLIENTS\25533\MDLOPP.DOC

PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER; BRIEF IN SUPPORT OF MOTION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 0 2001

FILED
CLERK'S OFFICE

| 1 | THOMAS C. HOWARD, ESQ.
Nevada Bar No. 0007022 |
| 2 | CURTIS C. BUSBY, ESQ.
Nevada Bar No. 0006581 |
| 3 | **BOWMAN AND BROOKE** LLP
Suite 1700, Phoenix Plaza |
| 4 | 2929 North Central Avenue
Phoenix, Arizona 85012-2761 |
| 5 | (602) 248-0899 |

_____ PARA _____ OTHER
_____ ATTY _____ CLASS ACTION
RECEIVED

DEC 1 5 2000

BRAYTON ◆ PURCELL

HAND _____ OVERNIGHT _____ MAIL _____

12-11-00

6  GREG W. MARSH, ESQ.
   Nevada Bar No. 000322
7  **LAW OFFICES OF GREG W. MARSH,**
      **CHARTERED**
8  731 South Seventh Street
   Las Vegas, Nevada 89101
9  (702) 387-0052

10 Attorneys for Defendant Ford Motor Company

11

12                    **DISTRICT COURT**

13                 **CLARK COUNTY, NEVADA**

14 VICKY FRANZ,                        )
                                       )
15             Plaintiffs,             )
                                       )    Case No. A425692
16 v.                                  )    Dept. No. II
                                       )
17 ARMSTRONG WORLD INDUSTRIES, INC.;   )    **NOTICE OF FILING NOTICE OF**
   ATLAS TURNER, INC.; ASBESTOS CLAIMS )    **REMOVAL TO FEDERAL COURT**
18 MANAGEMENT CORPORATION;             )
   ASBESTOS CORPORATION LIMITED; BELL  )
19 ASBESTOS MINES LTD.; CERTAIN-TEED   )
   CORPORATION; THE FLINTKOTE          )
20 COMPANY; GAF CORPORATION; HILL      )
   BROTHERS CHEMICAL COMPANY; JIM      )
21 WALTER CORPORATION; KEENE           )
   CORPORATION; L.H. BUTCHER           )
22 COMPANY; OWENS CORNING; RAPID-      )
   AMERICAN CORPORATION; SOCO-LYNCH    )
23 CORPORATION; T&N PLC; THORPE        )
   INSULATION COMPANY; UNION CARBIDE   )
24 CORPORATION; UNITED STATES GYPSUM   )
   COMPANY; UNITED STATES MINERAL      )
25 PRODUCTS COMPANY; W.R. GRACE &      )
   CO.--CONN.; METROPOLITAN LIFE       )
26 INSURANCE COMPANY; INTERNATIONAL    )
   TRUCK AND ENGINE CORPORATION;       )
27 BOEING NORTH AMERICAN, INC.;        )
   MERITOR AUTOMOTIVE, INC.;           )
28 HONEYWELL INTERNATIONAL, INC.; THE  )

SJH

**EXHIBIT A**

1  BUDD COMPANY; CARLISLE
   CORPORATION; DAIMLERCHRYSLER
2  CORPORATION; DANA CORPORATION;
   FORD MOTOR COMPANY;
3  BRIDGESTONE/FIRESTONE, INC.;
   GENERAL MOTORS CORPORATION;
4  LEAR-SIEGLER DIVERSIFIED HOLDINGS
   CORPORATION; MAREMONT
5  CORPORATION; MOOG AUTOMOTIVE,
   INC.; PARKER-HANNIFIN CORPORATION;
6  PNEUMO ABEX CORPORATION;
   STANDARD MOTOR PRODUCTS, INC.;
7  SCANDURA, INC.; GATKE CORPORATION;
   BRASSBESTOS BRAKE LINING COMPANY;
8  H. KRASNE MANUFACTURING COMPANY;
   RITESET MANUFACTURING COMPANY;
9  AUTO SPECIALTIES, INC.; BORG-WARNER
   AUTOMOTIVE, INC.; ASBESTOS
10 MANUFACTURING COMPANY; FIBRE &
   METAL PRODUCTS COMPANY; LASCO
11 BRAKE PRODUCTS; L.J. MILEY COMPANY;
   ROSSENDALE-RUBOIL COMPANY;
12 SOUTHERN FRICTION MATERIALS
   COMPANY; U.S. SPRING & BUMPER
13 COMPANY; AUTO FRICTION
   CORPORATION; EMSCO ASBESTOS
14 COMPANY; FORCEE MANUFACTURING
   CORPORATION; MOLDED INDUSTRIAL
15 FRICTION CORPORATION; NATIONAL
   TRANSPORT SUPPLY, INC.; SILVER LINE
16 PRODUCTS, INC.; STANDCO INC.;
   UNIVERSAL FRICTION MATERIALS
17 COMPANY; WHEELING BRAKE BLOCK
   MANUFACTURING COMPANY; AND DOES
18 1 through 500, inclusive,

19                    Defendants.

                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )

20  **NOTICE OF FILING NOTICE OF REMOVAL OF ACTION**
21  **PURSUANT TO 28 USC SECTION 1441**

22          Date of Hearing:   N/A
23          Time of Hearing:   N/A

24  TO:   Stephen J. Healy, Esq.
          BRAYTON, PURCELL
25        222 Rush Landing Road
          PO Box 2109
26        Novato, California 94948

27        Shirley Parraguirre
          Clerk of the Court
28        District Court, Clark County, Nevada
          200 South Third Street
          Las Vegas, NV 89155

1    PLEASE TAKE NOTICE that on the 7TH day of December, 2000, Defendant, Ford

2   Motor Company ("Ford") filed a Notice of Removal, a copy of which is attached hereto and

3   marked as Exhibit "A" of the above-entitled action to the United States District Court for

4   the District of Nevada.

5    You are also advised that Ford, on filing such Notice of Removal in the office of the

6   Clerk of the United States District Court for the District of Nevada, also filed copies with

7   the clerk of the District Court of Clark County, Nevada, to effect removal pursuant to 28

8   USC Section 1446(d).  The above-captioned Court may proceed no further unless and

9   until the case is remanded.

10    DATED this *11TH* day of *DECEMBER*, 2000.

11                                    BOWMAN AND BROOKE LLP

12

13                                    By: _____

14                                    Thomas S. Howard
                                      Curtis J. Busby
15                                    Suite 1700, Phoenix Plaza
                                      2929 North Central Avenue
16                                    Phoenix, Arizona  85012-2761
                                      Attorneys for Defendant Ford Motor Co.

17                                    LAW OFFICES OF GREG W. MARSH
                                      Greg W. Marsh, Esq.
18                                    731 South Seventh Street
                                      Las Vegas, Nevada   82101-6907
19                                    Attorney for Defendant Ford Motor Co.

20

21

22

23

24

25

26

27

28

## MAILING CERTIFICATE

I HEREBY CERTIFY that on the *11th* day of December, 2000, I deposited for mailing, first class postage fully prepaid, a copy of the foregoing NOTICE OF NOTICE OF REMOVAL addressed to the following:

> Stephen J. Healy, Esq.
> Brayton Purcell
> 222 Rush Landing Road
> P.O. Box 2109
> Novato, California  94948
> Attorney for Plaintiffs

An Employee of the Law Offices of Greg W. Marsh, Chartered

1  THOMAS C. HOWARD, ESQ.
   Nevada Bar No. 0007022
2  CURTIS C. BUSBY, ESQ.
   Nevada Bar No. 0006581
3  **BOWMAN AND BROOKE LLP**
   Suite 1700, Phoenix Plaza
4  2929 North Central Avenue
   Phoenix, Arizona 85012-2761
5  (602) 248-0899

6  GREG W. MARSH, ESQ.
   Nevada Bar No. 000322
7  **LAW OFFICES OF GREG W. MARSH,**
      **CHARTERED**
8  731 South Seventh Street
   Las Vegas, Nevada 89101
9  (702) 387-0052

10 Attorneys for Defendant Ford Motor Company

11

12

13                    **UNITED STATES DISTRICT COURT**

14                        **DISTRICT OF NEVADA**

15 VICKY FRANZ,                          )
                                         )
16            Plaintiffs,                )    Case No. _____
                                         )
   v.                                    )
17                                       )
   ARMSTRONG WORLD INDUSTRIES, INC.;     )    **NOTICE OF REMOVAL**
18 ATLAS TURNER, INC.; ASBESTOS CLAIMS   )
   MANAGEMENT CORPORATION;               )      CV-S-00-1460-KJD----
19 ASBESTOS CORPORATION LIMITED; BELL    )
   ASBESTOS MINES LTD.; CERTAIN-TEED     )
20 CORPORATION; THE FLINTKOTE            )
   COMPANY; GAF CORPORATION; HILL        )
21 BROTHERS CHEMICAL COMPANY; JIM        )
   WALTER CORPORATION; KEENE             )
22 CORPORATION; L.H. BUTCHER             )
   COMPANY; OWENS CORNING; RAPID-        )
23 AMERICAN CORPORATION; SOCO-LYNCH      )
   CORPORATION; T&N PLC; THORPE          )
24 INSULATION COMPANY; UNION CARBIDE     )
   CORPORATION; UNITED STATES GYPSUM     )
25 COMPANY; UNITED STATES MINERAL        )
   PRODUCTS COMPANY; W.R. GRACE &        )
26 CO.--CONN.; METROPOLITAN LIFE         )
   INSURANCE COMPANY; INTERNATIONAL      )
27 TRUCK AND ENGINE CORPORATION;         )
   BOEING NORTH AMERICAN, INC.;          )
28 MERITOR AUTOMOTIVE, INC.;             )
   HONEYWELL INTERNATIONAL, INC.; THE    )

1  BUDD COMPANY; CARLISLE
   CORPORATION; DAIMLERCHRYSLER
2  CORPORATION; DANA CORPORATION;
   FORD MOTOR COMPANY;
3  BRIDGESTONE/FIRESTONE, INC.;
   GENERAL MOTORS CORPORATION;
4  LEAR-SIEGLER DIVERSIFIED HOLDINGS
   CORPORATION; MAREMONT
5  CORPORATION; MOOG AUTOMOTIVE,
   INC.; PARKER-HANNIFIN CORPORATION;
6  PNEUMO ABEX CORPORATION;
   STANDARD MOTOR PRODUCTS, INC.;
7  SCANDURA, INC.; GATKE CORPORATION;
   BRASSBESTOS BRAKE LINING COMPANY;
8  H. KRASNE MANUFACTURING COMPANY;
   RITESET MANUFACTURING COMPANY;
9  AUTO SPECIALTIES, INC.; BORG-WARNER
   AUTOMOTIVE, INC.; ASBESTOS
10 MANUFACTURING COMPANY; FIBRE &
   METAL PRODUCTS COMPANY; LASCO
11 BRAKE PRODUCTS; L.J. MILEY COMPANY;
   ROSSENDALE-RUBOIL COMPANY;
12 SOUTHERN FRICTIONS MATERIALS
   COMPANY; U.S. SPRING & BUMPER
13 COMPANY; AUTO FRICTION
   CORPORATION; EMSCO ASBESTOS
14 COMPANY; FORCEE MANUFACTURING
   CORPORATION; MOLDED INDUSTRIAL
15 FRICTION CORPORATION; NATIONAL
   TRANSPORT SUPPLY, INC.; SILVER LINE
16 PRODUCTS, INC.; STANDCO INC.;
   UNIVERSAL FRICTION MATERIALS
17 COMPANY; WHEELING BRAKE BLOCK
   MANUFACTURING COMPANY; AND DOES
18 1 through 500, inclusive,

19                  Defendants.

20

21          Defendants Ford Motor Company ("Ford"), for its Notice of Removal, state as

22  follows:

23  A.    BACKGROUND

24          1.     Plaintiff Vicky Franz has not alleged to be a resident of any state, however it

25  is assumed that she is a resident of the state of Nevada.

26          2.     Ford, is a defendant in this civil action originally filed in the District Court for

27  the State of Nevada, County of Nevada, entitled Vicky Franz, plaintiff v. Armstrong World

28  Industries, INC., et. al., defendants, Case No. A 425693.

3.      Plaintiffs served the Summons and Amended Complaint on CT Corporation System on November 6, 2000.   Answer to plaintiffs' Amended Complaint  was due on November 26, 2000.

B.      **GROUNDS FOR REMOVAL**

1.      This Court has jurisdiction over this matter pursuant to Title 28, section 1332(a), United States Code.  Removal of this action is proper pursuant to United States Code, Title 28, section 1441(a).  This is a civil action between citizens of different states and, according to the allegations in the Amended Complaint, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

2.      Defendant Ford is a Delaware Corporation, with its principal place of business in Michigan.

3.      For purposes of federal diversity jurisdiction, it is assumed that plaintiff is a citizen of the state of Nevada; Defendant Ford is a citizen of the states of Michigan and Delaware; the plaintiff has not identified residences of any of the other defendant's

4.      This action first became removable on November 6, 2000, when Ford was served with the Summons and Amended Complaint.  As required by Title 28, section 1446(b) of the United States Code, this Notice of Removal is filed within thirty (30) days after Ford's receipt of service of the Summons and Amended Complaint.  This was Ford's first notice of the institution of this action.

5.      A copy of this Notice of Removal has been filed with the Clerk of the District Court, Clark County Nevada.  Copies of all process and pleadings served upon the Ford are attached hereto.

THEREFORE, defendant Ford requests that this action now pending in the District Court of the State of Nevada, County of Clark, Case No. A 425692, be removed from that state court to this United States District Court. The defendants demand that the trial of this

. . . . .

1   matter in federal court be heard by a jury.

2   DATED this 7ᵀᴴ day of DECEMBER , 2000.

3                                   BOWMAN AND BROOKE LLP

4

5                                   By:
                                    for : Thomas C. Howard

6                                   John W. Shamblin
                                    Suite 1700, Phoenix Plaza
7                                   2929 North Central Avenue
                                    Phoenix, Arizona  85012-2761
8                                   Attorneys for Defendant Ford Motor Co.

9                                   LAW OFFICES OF GREG W. MARSH
                                    Greg W. Marsh, Esq.
10                                  731 South Seventh Street
                                    Las Vegas, Nevada   82101-6907
11                                  Attorney for Defendant Ford Motor Co.

12                     **CERTIFICATE OF MAILING**

13      I HEREBY CERTIFY that I am an employee of Law Offices of Greg W. Marsh,

14   Chartered, and that on the 7ᵗʰ day of December, 2000, I caused to be deposited in a sealed

15   envelope, a true and correct copy of the foregoing NOTICE OF REMOVAL in the United

16   States mail, with postage fully prepaid, addressed to the following:

17                     Stephen J. Healy, Esq.
                       Brayton Purcell, Esq.
18                     222 Rush Landing Road
                       P.O. Box 2109
19                     Novato, California   94948
                       Attorney for Plaintiffs
20

21

22                     An Employee of Law Offices of Greg W. Marsh,
                       Chartered

23

24

25

26

27

28

1  COMP
   STEPHEN J. HEALY, ESQ.
2  Nevada Bar No. 3510
   BRAYTON ◆ PURCELL
3  Attorneys at Law
   222 Rush Landing Road
4  P.O. Box 2109
   Novato, California  94948
5  (415) 898-1555
   Los Angeles Office Tel: (310) 727-1900
6
7  Attorneys for Plaintiff

8              EIGHTH JUDICIAL DISTRICT COURT

9              STATE OF NEVADA, CLARK COUNTY

10

11  VICKY FRANZ,                              )   Case No. A425692
                                             )   Dept. No. II
12              Plaintiff,                    )
                                             )
13  vs.                                       )
                                             )
14  ARMSTRONG WORLD INDUSTRIES, INC.;         )   COMPLAINT FOR PERSONAL
    ATLAS TURNER, INC.;                       )   INJURY - ASBESTOS
15  ASBESTOS CLAIMS MANAGEMENT                )
      CORPORATION;                            )   _____
16  ASBESTOS CORPORATION LIMITED;             )
    BELL ASBESTOS MINES LTD.;                 )   [Request for Exemption from
17  CERTAIN-TEED CORPORATION;                 )   Arbitration]
    THE FLINTKOTE COMPANY;                    )
18  GAF CORPORATION;                          )
    HILL BROTHERS CHEMICAL COMPANY;           )
19  JIM WALTER CORPORATION;                   )
    KEENE CORPORATION;                        )
20  L.H. BUTCHER COMPANY;                     )
    OWENS CORNING;                            )
21  RAPID-AMERICAN CORPORATION;               )
    SOCO-LYNCH CORPORATION;                   )
22  T&N PLC;                                  )
    THORPE INSULATION COMPANY;                )
23  UNION CARBIDE CORPORATION;                )
    UNITED STATES GYPSUM COMPANY;             )
24  UNITED STATES MINERAL PRODUCTS            )
    COMPANY;                                  )
25  W.R. GRACE & CO.--CONN.;                  )
    METROPOLITAN LIFE INSURANCE               )
26    COMPANY;                                )
    INTERNATIONAL TRUCK AND ENGINE            )
27    CORPORATION;                            )
    BOEING NORTH AMERICAN, INC.;              )
28  MERITOR AUTOMOTIVE, INC.;                 )
    HONEYWELL INTERNATIONAL, INC.;            )

K:\CLIENTS\25531\CMP-PON.WPD                    1
COMPLAINT FOR PERSONAL INJURY - ASBESTOS

EXHIBIT B

| | |
|---|---|
| THE BUDD COMPANY; | ) |
| CARLISLE CORPORATION; | ) |
| DAIMLERCHRYSLER CORPORATION, | ) |
| DANA CORPORATION; | ) |
| FORD MOTOR COMPANY, | ) |
| BRIDGESTONE/FIRESTONE, INC.; | ) |
| GENERAL MOTORS CORPORATION; | ) |
| LEAR-SIEGLER DIVERSIFIED HOLDINGS | ) |
|   CORPORATION; | ) |
| MAREMONT CORPORATION; | ) |
| MOOG AUTOMOTIVE, INC.; | ) |
| PARKER-HANNIFIN CORPORATION; | ) |
| PNEUMO ABEX CORPORATION; | ) |
| STANDARD MOTOR PRODUCTS, INC.; | ) |
| MORTON INTERNATIONAL, INC.; | ) |
| SCANDURA, INC.; | ) |
| GATKE CORPORATION; | ) |
| BRASSBESTOS BRAKE LINING | ) |
|   COMPANY; | ) |
| H. KRASNE MANUFACTURING | ) |
|   COMPANY; | ) |
| RITESET MANUFACTURING COMPANY; | ) |
| AUTO SPECIALTIES, INC.; | ) |
| BORG-WARNER AUTOMOTIVE, INC.; | ) |
| ASBESTOS MANUFACTURING COMPANY; | ) |
| FIBRE & METAL PRODUCTS COMPANY; | ) |
| LASCO BRAKE PRODUCTS; | ) |
| L.J. MILEY COMPANY; | ) |
| ROSSENDALE-RUBOIL COMPANY; | ) |
| SOUTHERN FRICTION MATERIALS | ) |
|   COMPANY; | ) |
| U.S. SPRING & BUMPER COMPANY; | ) |
| AUTO FRICTION CORPORATION; | ) |
| EMSCO ASBESTOS COMPANY; | ) |
| FORCEE MANUFACTURING CORPORATION; | ) |
| MOLDED INDUSTRIAL FRICTION | ) |
|   CORPORATION; | ) |
| NATIONAL TRANSPORT SUPPLY, INC.; | ) |
| SILVER LINE PRODUCTS, INC.; | ) |
| STANDCO, INC.; | ) |
| UNIVERSAL FRICTION MATERIALS | ) |
|   COMPANY; | ) |
| WHEELING BRAKE BLOCK | ) |
|   MANUFACTURING COMPANY; | ) |
| and DOES 1 through 500, inclusive, | ) |
| | ) |
| Defendants. | ) |

///

///

///

DAVID R. DONADIO, ESQ., S.B. #154436
OREN P. NOAH, ESQ., S.B. #136310
LLOYD F. LEROY, ESQ., S.B. #203502
BRAYTON ❖ PURCELL
ATTORNEYS AT LAW
222 Rush Landing Road
Novato, California  94945
(415) 898-1555

Attorneys for Plaintiff

BRAYTON❖PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
NOVATO, CALIFORNIA 94945
(415) 898-1555

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| VICKY FRANZ, | Case No.: Nevada 2 00-1460 |
| Plaintiff, | DECLARATION OF LLOYD F.  LEROY IN SUPPORT OF PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER; BRIEF IN SUPPORT OF MOTION |
| vs. | |
| ARMSTRONG WORLD INDUSTRIES, INC., et al., | |
| Defendants. | |

I, Lloyd F.  LeRoy, declare:

1.     That I am an attorney at law duly licensed to practice before all of the courts of the State of California and am an associate in the law firm of BRAYTON ❖ PURCELL, attorneys of record for the Plaintiff herein.

2.     Exhibit A is a true and correct copy of the defendant Ford Motor Company's Notice of Removal to Federal Court and text of the Notice of Removal.

3.     Exhibit B is a true and correct copy of the face page of a complaint in this action indicating 64 defendants named.

I have caused to be conducted a search of the records online of the Nevada Secretary to State's office.  That search discloses that Arvin Meritor Inc., is a Nevada corporation.

Counsel for Meritor Automotive, Inc., in an unrelated action, has previously


EXHIBIT C

1   advised counsel for Plaintiff in this action that Arvin Meritor is the successor-in-interest to

2   Meritor Automotive, Inc.

3            A thorough review of the records or our firm in this matter indicates that 13

4   individual named and served defendants have not joined in or consented to removal in this

5   action.  Those defendants are DaimlerChrysler, GAF, GM, Armstrong World Industries, Boeing

6   North American Inc., Borg Warner, Carlisle, Gatke, Hill Brothers Chemical, Lear-Siegler,

7   Rapid American, Soco-Lynch Corporation and United States Minerals Products.

8         I declare under penalty of perjury under the laws of the State of California that the

9   foregoing is true and correct.  Executed this 6th day of April 2001, in Novato, California

10

11   _____

12   LLOYD F. LEROY

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF LLOYD F. LEROY IN SUPPORT OF PLAINTIFF'S MOTION TO
VACATE CONDITIONAL TRANSFER ORDER; BRIEF IN SUPPORT OF MOTION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 0 2001

FILED
CLERK'S OFFICE

## PROOF OF SERVICE

I am employed in the County of Marin, State of California.  I am over the age of 18 years and am not a party to the within action.  My business address is 222 Rush Landing Road, Novato, California  94945.

On April 6, 2001, I served the attached:

**PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER;
BRIEF IN SUPPORT OF MOTION**

and on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

Clerk
United States District Court - Las Vegas
333 Las Vegas Blvd. South
Las Vegas, NV 89101

AND

**ALL PARTIES ON ATTACHED SERVICE LIST**

XXX          (BY MAIL)  I am readily familiar with the business practice at my place of business for collection and processing of correspondence for delivery by mail.  Correspondence so collected and processed is deposited with the United States Postal Service on the same day in the ordinary course of business.  On the above date the said envelope was collected for the United States Postal Service following ordinary business practices.

_____          (BY PERSONAL SERVICE)  On this date, I gave a copy of the above document(s) to a BRAYTON ❖ PURCELL Courier to deliver by hand to the offices of the following:

_____          (BY TELECOPIER)  I caused each of the above document(s) to be telecopied this date to the office of the following.

The above document was transmitted by facsimile transmission and the transmission was reported as complete and without error.  The attached transmission report confirming receipt was properly issued by the transmitting facsimile machine.

Executed this **April 6, 2001**, at Novato, California.

I declare under penalty of perjury that the foregoing is true and correct.

JANE A. EHNI

RECEIVED
CLERK'S OFFICE
2001 APR
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
A 11: 18

F:\POS\MULTPL.POS

BRAYTON❖PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
NOVATO, CALIFORNIA 94945
(415) 898-1555

**PANEL SERVICE LIST (Excerpted from CTO-193)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Jack Angaran
Georgeson, Thompson & Angaran
100 West Grove Street
Suite 500
Reno, NV 89509

David B. Beers
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Richard C. Binzley
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, L.L.P.
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Janice J. Brown
Barker, Brown, Busby, et al.
800 Bank of America Plaza
300 South 4th Street
Las Vegas, NV 89101

Curtis Busby
Bowman & Brooke, LLP
2929 North Central Avenue
Suite 1700
Phoenix, AZ 85012

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Jack C. Cherry
Alverson, Taylor, Mortensen, et al.
7401 West Charleston Blvd.
Las Vegas, NV 89117

Stephanie C. Christens
Cooper, Christensen Law Firm, LLP
4411 South Pecos Road
Las Vegas, NV 89121

Douglas Cohen
Jones, Vargas
3773 Howard Hughes Parkway
3rd Floor South
Las Vegas, NV 89101

William Cooper
Cooper Law Offices
601 E. Bridger
Las Vegas, NV 89101

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hanson
Stich, Angell, Kreidler & Muth
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Greg Marsh
Greg W. Marsh Chartered
P.O. Box 1780
Las Vegas, NV 89125

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

Oren P. Noah
Brayton & Purcell
222 Rush Landing Road
P.O. Box 2109
Novato, CA 94945

Troy Peyton
Rumph & Peyton
300 South 4th Street, Suite 800
Las Vegas, NV 89101

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

William Pruitt
Barron, Vivone, Holland, Pruitt, Chtd.
1404 S. Jones Blvd.
Las Vegas, NV 89146

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

PANEL SERVICE LIST (Excerpted from CTO-193) Cont. MDL-875                              PAGE 2

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA  19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI  48226

Edmund J. Towle, III
Kinsella, Boesch, Fujikawa & Towle
1901 Avenue of the Stars
7th Floor
Los Angeles, CA  90067

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA  52406