IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | |
| This Document Relates to:<br><br>Law Firm of Gertler, Gertler, Vincent & Plotkin<br><br>United States District Court Eastern District of Louisiana<br><br>SANSONNI, C.A.No. 96-2922<br>RUSSELL, C.A.No. 96-3785<br><br>[In the event the above-listed case is a multiple plaintiff (victim) action, this transfer is for the above-named party only, or said party's representative, and any spousal or dependent actions.] | CIVIL ACTION NO. MDL 875 |

## SUGGESTION OF REMAND

THESE MATTERS being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Eastern District of Louisiana, and the Court having reviewed these cases and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action,

MDL- 875
RECOMMENDED ACTION

CRO -- 2 ACTIONS
Approved/Date: ML 4/5

IMAGED APR 12 '01

and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from these cases and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the cases listed upon the attachment should now be REMANDED to the United States District Court for the Eastern District of Louisiana for such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 10/4/99

Charles R. Weiner    J.

CLERK'S OFFICE
A TRUE COPY

MAR 2 8 2001

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA