JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 11 2001

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Daniel Rodriguez, Jr. v. ACandS, Inc, et al.*, E.D. Louisiana, C.A. No. 2:01-586

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the above-captioned action (*Rodriguez*) on March 27, 2001. The Panel has now been advised that *Rodriguez* was remanded to Civil District Court for the Parish of Orleans, State of Louisiana, by the Honorable Sarah S. Vance in an order filed on April 4, 2001.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-194" filed on March 27, 2001, be, and the same hereby is, VACATED insofar as it relates to the above-captioned action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel