JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 11 2001

FILED
CLERK'S OFFICE

# Brayton ✦ Purcell

## TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
CHRISTOPHER E. ANDREAS

OF COUNSEL
JEFFERY D. EISENBERG*
JAMES GEAGAN

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
Novato, California 94945-2469
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (310) 727-1900
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

DAVID T. ACHORD
JARED J. BABULA
MARILYNN C. BACHMAYER*
DAVID H. BACKENSTOE
RETT D. BERGMARK
BLAINE J. BROWN*
HUGH C. COOK
MATTHEW DA VEGA
STEPHEN M. FISHBACK
BARBARA B. FOULDS
ROBERT GILCHRIST*
JOHN D. GOLDSTEIN
GREGORY T. HANSON
STEPHEN J. HEALY
GARY V. JUDD
CLAYTON W. KENT

KEINA R. KILLEN
LLOYD F. LeROY
MAUREEN C. McGOWAN
KELLY A. McMEEKIN
S. BROOK MILLARD*
OREN P. NOAH
DONALD R. ODER
MARK S. PALMER
SPIRO E. PISTIOLAS
CAROLIN K. SHINING
AMY N. SIES
CHRISTINA C. SKUBIC
ERIC C. SOLOMON
DAVID A. STEWART*
ANTHONY E. VIEIRA
NANCY T. WILLIAMS

April 9, 2001

PLEADING NO. 3121

<u>VIA FACSIMILE (202) 502-2888</u>

Michael J. Beck
Clerk of the Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-225, North Lobby
Washington, D.C. 20002

   Re: **Notice of Opposition** - Conditional Transfer Order-194
     Civil Action Number C01-0869 *Oxford v. A.H. Voss Company, et al.*

Dear Mr. Beck:

  Please take notice that the Plaintiff, Ricky G. Oxford, opposes transfer of civil action number 01-0869 to docket number 875 as proposed in conditional transfer order number 194.

              Very truly yours,

              Oren P. Noah

OPN:jac

K:\CLIENTS\25533\TRANSOPP.DOC

**OFFICIAL FILE COPY
IMAGED APR 13 '01**