04/13/01 14:35 FAX 206 340 8837    WOLFSTONE PANCHOT & BLOC    JUDICIAL PANEL ON
Case MDL No. 875   Document 3126   Filed 04/16/01   Page 1 of 9   MULTIDISTRICT LITIGATION

MDL 875                                                          APR 16 2001

                                                                 FILED
                                                                 CLERK'S OFFICE

Law Offices of
# Wolfstone, Panchot & Bloch, P.S., Inc.
1500 Norton Building
801 Second Avenue
Seattle, Washington 98104-1577

STANLEY G. BAKUN
LYNN PENIX BARKER
KENNETH A. BLOCH
ROBERT L. DiJULIO
HOWARD (TERRY) HALL
KEVIN D. HULL
DUDLEY PANCHOT
KEVIN MICHAEL PAULICH
ROBERT J. WEBER
BRADLEY S. WOLF
EDWIN G. WOODWARD

STEVEN N. ROSS
Of Counsel

RAYMOND J. PETERSEN
Retired

Leon L. Wolfstone
(1914-1981)
Carl P. Jensen
(1925-1997)

Founded 1939

PHONE: (206) 682-3840
FAX: (206) 340-8837
E-Mail: BWolf@WPBlawfirm.com

April 13, 2001

*Via Facsimile (1+202-502-2888)*

Michael J. Beck
Clerk of the Panel
One Columbus Circle NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

REQUEST FOR EXTENSION OF TIME TO FILE
RESPONSE -- Filed by Deft. ACandS, Inc. --
GRANTED TO DEFT. ACandS, INC., TO AND
INCLUDING APRIL 16, 2001
(4/16/01 - cdm)

Called atty.

RECEIVED CLERK'S OFFICE 2001 APR 16 A 5:01 PANEL ON MULTIDISTRICT LITIGATION

Re:  MDL 875 – In re Asbestos Products Liability Litigation (No. VI)
     **REQUEST FOR EXTENSION OF TIME UNDER RULE 6.2**

Dear Deputy Clerk Beck:

Last week, I sent the response of ACandS, Inc. to the Motion of Plaintiffs Eugene Hill, et. al. for remand of Actions to the District of Oregon. Our response was mailed out on April 9, 2001.

On April 12, 2001, our office received a call from the Judicial Panel, advising us that our response was due on April 9, 2001. We were instructed to file a request for an extension by letter, before our response could be considered.

The reason our response was filed late is as follows. Rule 5.2 of the Rules of the Judicial Panel for Multi-District Litigation provide that service and proof of service shall be made "as provided in Rules 5 and 6 of the Federal Rules of Civil Procedure."

Federal Rule of Civil Procedure 5(b) in turn provides, "Service by mail is *complete upon mailing*." Rule 5(d) continues to state that "All papers after the complaint required to be served upon a party, together with a certificate of service, shall be filed with the court *within a reasonable time after service* . . ."

It was my understanding that based on these two provisions, our response was timely served by mailing it out on the response date of April 9, 2001, and for filing at a reasonable date thereafter. In reviewing Rule 7.2(c) of the Rules of the Judicial Panel for Multi-District Litigation, I now see

PLEADING NO. 3126

OFFICIAL FILE COPY IMAGED APR 17 '01

Michael J. Beck
April 13, 2001
Page 2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 6 2001

FILED
CLERK'S OFFICE

that although the document may be served by mail, the response should be filed within twenty days after the filing of the original motion. In any case, our response was served to the parties on time, and therefore, no one is prejudiced.

Please consider this letter our request for an extension of the filing of ACandS, Inc.'s response to the motion to remand. We request (retroactively) a three day extension, rendering our initial filing timely.

Yours very truly,

Howard (Ty) Hall for

Bradley S. Wolf
WOLFSTONE, PANCHOT & BLOCH, P.S., INC.

BSW:ar/cc

cc:   All Parties of Record
      (Certificate Attached)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 16 2001

FILED
CLERK'S OFFICE

1 Bradley S. Wolf, WSBA #21252
  mailto:bwolf@wpblawfirm.com
2 WOLFSTONE, PANCHOT & BLOCH, P.S., INC.
  1500 Norton Building
3 801 Second Avenue
  Seattle, WA 98104
4 (206) 682-3840
5 Fax (206) 340-8837

**BEFORE THE**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**DOCKET NO. 875**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

DECLARATION OF MAILING

I, Cathy Campbell, hereby declare that I am an employee of the law firm of Wolfstone, Panchot & Bloch, P.S., Inc., Attorneys for ACandS, Inc. in the above-captioned matter, and that on April 13, 2001, I mailed, via U.S. Postal Service, postage-prepaid a copy of the Request for Extension of Time Under Rule 6.2 to the parties listed in the Schedule of Actions, which is attached to this Declaration.

DATED this 13th day of April, 2001.

WOLFSTONE PANCHOT & BLOCH, P.S., INC.

By: _/s/ Cathy Campbell_____
Cathy Campbell, Legal Assistant

RECEIVED
2001 APR 16 A 5:01
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
CLERK'S OFFICE

DECLARATION OF MAILING - 1

Law Offices of
Wolfstone, Panchot & Bloch, P.S., Inc.
801 Second Avenue, Suite 1500
Seattle, Washington 98104
Phone: (206) 682-3840
Fax: (206) 340-8837

The Honorable Charles R. Weiner
601 Market Street, Room 6613
Philadelphia, PA 19106

The Honorable Owen M. Panner
United States Courthouse
1000 SW Third Avenue, Suite 1207
Portland, OR 97204-2902

James H. Gidley
Perkins Coie, LLP
1211 SW 5th Avenue, Suite 1500
Portland, OR 97204

Of Attorneys for Asbestos Corporation, Ltd., Rose City Building Materials. CCR Defendants, Bell Asbestos Mines, Ltd., Atlas Turner, CE Thurston, Dana Corporation

Diane J. Kero
Gordon, Thomas, Honeywell, et al.
One Union Square
600 University, Suite 2100
Seattle, WA 98101-4185

CCR Defendants
Armstrong World
Asbestos Claims Management Corp.
Certain-Teed Corp.
National Gypsum Company
Turner & Newall, PLC
United States Gypsum Company
Union Carbide Chemicals

John DeVoe
Dunn Carney Allen Higgins & Tongue
851 SW 6th Avenue, Suite 1500
Portland, OR 97204-1357

Of Attorneys for AW Chesterton

Barry L. Groce
McEwen, Gisvold, Rankin, et al.
1100 SW Sixth Avenue, Suite 1600
Portland, OR 97204

Of Attorneys for ACandS, Inc., A.P. Green Refractories

Howard L. Hall
Wolfstone, Panchot & Bloch, P.S.
801 Second Avenue, Suite 1500
Seattle, WA 98104-1577

Of Attorneys for A.P. Green Refractories, ACandS, Inc., Dresser Industries, Harbison-Walker

James Hopkins
Law Offices of Skellenger Bender
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101-2605

Of Attorneys for Babcock & Wilcox

James L. Hiller
Hitt, Hiller & Monfils, LLP
510 SW Third Avenue, Suite 309
Portland, OR 97204

Of Attorneys for W.R. Grace

James D. Case
Case & Dusterhoff, LLP
9800 SW Bvtn-Hillsdale Hwy., Suite 200
Beaverton, OR 97005

Of Attorneys for E.J. Bartells Company; U.S. Mineral Products, Pittsburgh Corning Corporation

| | |
|---|---|
| Steven V. Rizzo<br>J. Michael Mattingly<br>Seidl & Rizzo<br>1620 SW Taylor, Suite 350<br>Portland, OR 97205 | Of Attorneys for Paramount Supply, Riley Stoker, Beadex Manufacturing Co., Congoleum Corp., Brandon Drying Fabrics, Inc. |
| Roger K. Stroup<br>Bodyfelt, Mount, Stroup, et al.<br>65 SW Yamhill Street, Suite 300<br>Portland, OR 97204 | Of Attorneys for Georgia-Pacific, DaimlerChrysler Corporation |
| John M. Silk<br>Wilson, Smith, Cochran & Dickerson<br>1700 Financial Center<br>1215 4th Avenue<br>Seattle, WA 98161-1007 | Of Attorneys for Metropolitan Life Insurance Company |
| Leslie Darby<br>Lindsay, Hart, Neil & Weigler<br>1300 S.W. Fifth Avenue, Suite 3400<br>Portland, OR 97201 | Of Attorneys for Owens Corning (Corp.), Garlock, Inc. |
| Bruce M. White<br>Mitchell, Lang & Smith<br>101 SW Main Street, Suite 2000<br>Portland, OR 97204 | Of Attorneys for CH Murphy/Clark-Ullman, Inc., Mar-Dustrial Sales, Boise Cascade |
| Elizabeth Lampson<br>Rudy R. Lachenmeier<br>Lachenmeier Enloe & Rall<br>9600 SW Capitol Highway<br>Portland, OR 97219 | Of Attorneys for Quimby Welding Supplies, Inc. |
| Stephen G. Leatham<br>Heurlin Potter Jahn Leatham, et al.<br>PO Box 611<br>Vancouver, WA 98666 | Of Attorneys for Kaiser Gypsum Co., Inc. |
| Kenneth E. Petty<br>Williams, Kastner & Gibbs, PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380 | Of Attorneys for CBS Corp. (fka Westinghouse Electric and Viacom), Parker Hannifin, Synkoloid Company |
| Heidi L. Mandt<br>Schwabe Williamson & Wyatt PC<br>1211 SW 5th Avenue, Suites 1600-1800<br>Portland, OR 97204 | Of Attorneys for Crown, Cork & Seal; Ford Motor Company; Allied Signal, Inc.; General Refractories, Kaiser Aluminum & Chemical Corporation (Kaiser Refractories), Rapid-American Corporation |
| Paul Fortino<br>Perkins Coie, LLP<br>1211 SW 5th Avenue, Suite 1500<br>Portland, OR 97204 | Of Attorneys for General Electric Company |

PAGE 2 – SCHEDULE OF SERVICE

| | |
|---|---|
| Randy J. Aliment<br>Williams, Kastner & Gibbs, PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380 | Of Attorneys for North American Refractories, Fraser Boiler Service |
| Peter Coleman<br>Brobeck, Phleger & Harrison, LLP<br>Spear Street Tower<br>One Market<br>San Francisco, CA 94105 | Of Attorneys for Fiberboard, Owens Corning (Corp.) |
| George S. Pitcher<br>Tooze Duden Creamer Frank & Hutchison<br>333 SW Taylor Street<br>Portland, OR 97204-2496 | Of Attorneys for GAF Corporation, Linnton Plywood Association, Scapa Holdings Georgia, Inc. |
| Kelly P. Corr<br>Corr Cronin LLP<br>1001 Fourth Avenue, Suite 3700<br>Seattle, WA 98154-1127 | Of Attorneys for Asbestos Corporation Ltd., Bell Asbestos Mines, Atlas Turner |
| Marilyn Litzenberger<br>Bullivant Houser Bailey, PC<br>888 SW 5th Avenue, Suite 300<br>Portland, OR 97204 | Of Attorneys for Mannington Mills, Inc. |
| David P. Morrison<br>Cosgrave, Vergeer & Kester, LLP<br>121 SW Morrison, Suite 1300<br>Portland, OR 97204 | Of Attorneys for Burlington Northern & Santa Fe Railway Co. |
| Ronald E. Bailey<br>Bullivant Houser Bailey<br>888 SW 5th Avenue, Suite 300<br>Portland, OR 97204 | Of Attorneys for Cronin Company, B.F. Goodrich Co. |
| Richard Clinton<br>David M. Jacobson<br>Dorsey & Whitney LLP<br>1420 Fifth Avenue, Suite 3400<br>Seattle, WA 98101 | Of Attorneys for GTS Drywall Supply Co. |
| Mark J. Fucile<br>Stoel Rives Boley Jones & Grey<br>Standard Insurance Center<br>900 SW Fifth Avenue, Suite 2300<br>Portland, OR 97204-1268 | Of Attorneys for Owens-Illinois, Inc., General Motors |
| Alan D. Judy<br>Karr Tuttle Campbell<br>1100 SW 6th Avenue, Suite 1212<br>Portland, OR 97204 | Of Attorneys for The Flintkote Company, Flintkote Mines, Ltd. |

PAGE 3 – SCHEDULE OF SERVICE

| | |
|---|---|
| Lori Dedobbelaere<br>Lachenmeier, Enloe & Rall<br>9600 SW Capitol Highway<br>Portland, OR 97219 | Of Attorneys for Linnton Plywood Association |
| Frantz Ward<br>Frantz Ward LLP<br>55 Public Square Building, 19th Floor<br>Cleveland, OH 44113-1999 | Of Attorneys for The Flintkote Company |
| William B. Crow<br>Miller Nash LLP<br>111 SW 5th Ave., Suite 3500<br>Portland, OR 97204-3699 | Of Attorneys for 3M (aka Minnesota Mining & Manufacturing Company) |
| Paul Silver<br>Lindsay, Hart, Neil & Weigler, LLP<br>1300 SW 5th Avenue, Suite 3400<br>Portland, OR 97201-5696 | Of Attorneys for Carlisle Companies Incorporated, N.I. West |
| Richard Whittemore<br>Bullivant Houser Bailey<br>888 SW 5th Avenue, Suite 300<br>Portland, OR 97204 | Of Attorneys for Black Clawson Company |
| Stewart M. Whipple<br>Attorney at Law<br>6501 SW Macadam Avenue<br>Portland, OR 97201 | Of Attorneys for Metal Clad Insulation |
| Katherine Steele<br>Steele & Sales, P.S.<br>700 5th Avenue, Suite 5511<br>Seattle, WA 98104-5000 | Of Attorneys for Metal Clad Insulation |
| John Tré Kennedy<br>Preston Gates & Ellis<br>222 SW Columbia Street, Suite 1400<br>Portland, OR 97201 | Of Attorneys for Asten, Inc. |
| John R. Dudrey<br>Williams, Fredrickson, Stark & Littlefield, PC<br>1515 SW 5th Avenue, Suite 844<br>Portland, OR 97201-5447 | Of Attorneys for Hamilton Materials, Inc., American Biltrite Co., Inc. |
| Kenneth L. Schubert, III<br>Garvey, Schubert & Barer<br>121 SW Morrison Street, 11th Floor<br>Portland, OR 97204 | Of Attorneys for Goulds Pumps |
| Christine Dinsdale<br>Soha & Lang<br>801 Second Avenue, Suite 1210<br>Seattle, WA 98104 | Of Attorneys for Goulds Pumps (National Counsel) |

PAGE 4 – SCHEDULE OF SERVICE

| | |
|---|---|
| David J. Ryan<br>Tooze Duden Creamer Frank & Hutchison<br>333 SW Taylor Street<br>Portland, OR 97204 | Of Attorneys for Combustion Engineering |
| Ronald W. Atwood<br>Attorney at Law<br>333 SW Fifth Avenue, Suite 200<br>Portland, OR 97204 | Of Attorneys for Anchor Packing Company |
| Stephen P. McCarthy<br>Lane Powell Spears Lubersky, LLP<br>601 SW 2nd Avenue, Suite 2100<br>Portland, OR 97204 | Of Attorneys for Crown, Cork & Seal (Local Counsel) |
| Barry N. Mesher<br>Lane Powell Spears Lubersky, LLP<br>US Bank Center<br>1420 5th Ave., Suite 4100<br>Seattle, WA 98101 | Of Attorneys for Crown, Cork & Seal |

## PANEL SERVICE LIST
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)

Richard C. Binzley
Thompson, Hine & Flory, LLP
127 Public Square, Ste. 3900
Cleveland, OH 44114-1216

Edward J. Cass
Gallagher, Sharp, Fulton, et al.
1501 Euclid Avenue, 7th Floor
Cleveland, OH 44115

David A. Damico
burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Bldg.
Independ. Mall East, Ste. 100
Philadelphia, PA 19106

Susan M. Hanson
Stich, Angell, Kreidler, et al.
The Crossings, Ste. 120
250 2nd Avenue South
Minneapolis, MN 55401

Leonard C. Jaques
Jaques Admiralty Law Firm, PC
1370 Penobscot Bldg.
Detroit, MI 48226

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, et al.
PO Box 1792
Mt. Pleasant, SC 29465

Donald A. Powell
Buckingham, Doolittle, et al.
PO Box 1500
Akron, OH 44309

John J. Repcheck
Sharlock, Repcheck & Mahler
3280 USX Tower
600 Grant Bldg.
Pittsburgh, PA 15219

John D. Roven
2190 North Loop W Suite 410
Houston, TX 77018-8008

Richard D. Schuster
Vorys, Sater, Seymour & Pease
PO Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd., 6th Fl.
Los Angeles, CA 90025

Robert Spinelli
Kelley, Jasons, McGuire, et al.
One Penn Center
1617 JFK Blvd., Suite 1400
Philadelphia, PA 19103

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
PO Box 998
Cedar Rapids, IA 52406

John D. Wilson, Jr.
Wilson, Smith, Cochran, et al.
1215 4th Avenue, 17th Floor
Seattle, WA 98161