MDL 875

ORIGINAL

PLEADING NO. 3127

1  Bradley S. Wolf, WSBA #21252
   mailto:bwolf@wpblawfirm.com
2  WOLFSTONE, PANCHOT & BLOCH, P.S., INC.
   1500 Norton Building
3  801 Second Avenue
   Seattle, WA  98104
4  (206) 682-3840
   Fax (206) 340-8837
5

6                        **BEFORE THE**

7       **JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

8                      **DOCKET NO. 875**

9    **IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

10           MEMORANDUM OF ACandS, INC.
11        IN OPPOSITION TO PLAINTIFF'S MOTION
             TO REMAND CERTAIN OREGON
12       MDL 875 ASBESTOS CASES TO TRANSFEROR COURTS

13

14          Comes Now ACandS, Inc., and submits this memorandum in opposition to the Motion to

15   Remand Certain Oregon MDL 875 cases, submitted by Plaintiff's counsel Jeffrey Mutnick.

16          The transferee court in this action considered this application for remand on November 8,

17   2000.  The response of the court was a reasonable one; to order a settlement conference of these

18   cases only five weeks away, on December 15, 2000.   It is unfortunate that counsel did no see fit

19   to attend that conference.  However, he offers no reason why his mediation conference could not

20   have been *rescheduled*, or why he could not have had *someone else* cover his mediation, or sent

21   *someone else* to the settlement conference.

22
            The principal theme offered in support of this application is that "the just and efficient

23
     conduct of actions are no longer accomplished by continued involvement in the MDL

24
     proceeding."  We strenuously disagree.  The court is fully aware of the long and successful
25

26

IMAGED APR 17 '01

OFFICIAL FILE COPY

MEMO OPPOSING REMAND - 1

Law Offices of
Wolfstone, Panchot & Bloch, P.S., Inc.
801 Second Avenue, Suite 1500
Seattle, Washington  98104
Phone:   (206) 682-3840
Fax:       (206) 340-8837

1   history of resolving cases within MDL 875.  However, it is necessary that the parties do their

2   utmost to take advantage of the settlement opportunities offered by MDL 875.

3   The applicant states that he sought a new settlement conference date.  However, two of

4   these letters were sent out too soon before the scheduled conference to be acted upon, and all of

5   them were sent within the hectic year end holiday period.

6   It is regrettable that the court is not always able to instantly respond to such requests, but

7   this is hardly a reason to throw out the entire process, especially where the applicant bears some

8

9   responsibility for missing the original settlement conference.

10   The Plaintiff has cited his own scheduling difficulties, but has made no allowance for the

11   court's own scheduling issues.  Instead, he seeks to throw aside the whole process, and clog up

12   the District Court in Oregon with 30 new asbestos cases.  The motion should be denied.

13   Respectfully submitted this 8th day of April, 2001

14

15   WOLFSTONE, PANCHOT & BLOCH, P.S., INC.

16

17   By: _____

18        Bradley S. Wolf, WSBA #21252
          Attorneys for ACandS, Inc.

19

20

21

22

23

24

25

26

MEMO OPPOSING REMAND - 2

Law Offices of
Wolfstone, Panchot & Bloch, P.S., Inc.
801 Second Avenue, Suite 1500
Seattle, Washington  98104
Phone:   (206) 682-3840
Fax:       (206) 340-8837

ORIGINAL

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 16 2001

FILED
CLERK'S OFFICE

1   Bradley S. Wolf, WSBA #21252
    mailto:bwolf@wpblawfirm.com
2   WOLFSTONE, PANCHOT & BLOCH, P.S., INC.
    1500 Norton Building
3   801 Second Avenue
    Seattle, WA  98104
4   (206) 682-3840
    Fax (206) 340-8837
5

6                       **BEFORE THE**

7       **JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

8                     **DOCKET NO. 875**

9   **IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

10                  DECLARATION OF MAILING

11
        I, Cathy Campbell, hereby declare that I am an employee of the law firm of Wolfstone,
12
13  Panchot & Bloch, P.S., Inc., Attorneys for ACandS, Inc. in the above-captioned matter, and that

14  on April 9, 2001, I mailed, via U.S. Postal Service, postage-prepaid a copy of the Memorandum

15  of ACandS, Inc. in Opposition to Plaintiff's Motion to Remand Certain Oregon MDL 875

16  Asbestos Cases to Transferor Courts to the parties listed in the Schedule of Actions, which is

17  attached to this Declaration.

18
        DATED this 9th day of April, 2001.
19
20                              WOLFSTONE PANCHOT & BLOCH, P.S., INC.

21
22                              By: _____
23                                  Cathy Campbell, Legal Assistant
24
25
26

DECLARATION OF MAILING - 1                    **Law Offices of**
                                              **Wolfstone, Panchot & Bloch, P.S., Inc.**
                                              **801 Second Avenue, Suite 1500**
                                              **Seattle, Washington  98104**
                                              **Phone:   (206) 682-3840**
                                              **Fax:       (206) 340-8837**

RECEIVED CLERK'S OFFICE
2001 APR 12  P 2: 16
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

The Honorable Charles R. Weiner
601 Market Street, Room 6613
Philadelphia, PA 19106

The Honorable Owen M. Panner
United States Courthouse
1000 SW Third Avenue, Suite 1207
Portland, OR 97204-2902

**James H. Gidley**
Perkins Coie, LLP
1211 SW 5th Avenue, Suite 1500
Portland, OR 97204

Of Attorneys for Asbestos Corporation, Ltd., Rose City
Building Materials. CCR Defendants, Bell Asbestos
Mines, Ltd., Atlas Turner, CE Thurston, Dana
Corporation

**Diane J. Kero**
Gordon, Thomas, Honeywell, et al.
One Union Square
600 University, Suite 2100
Seattle, WA 98101-4185

CCR Defendants
Armstrong World
Asbestos Claims Management Corp.
Certain-Teed Corp.
National Gypsum Company
Turner & Newall, PLC
United States Gypsum Company
Union Carbide Chemicals

**John DeVoe**
Dunn Carney Allen Higgins & Tongue
851 SW 6th Avenue, Suite 1500
Portland, OR 97204-1357

Of Attorneys for AW Chesterton

**Barry L. Groce**
McEwen, Gisvold, Rankin, et al.
1100 SW Sixth Avenue, Suite 1600
Portland, OR 97204

Of Attorneys for ACandS, Inc., A.P. Green Refractories

**Howard I. Hall**
Wolfstone, Panchot & Bloch, P.S.
801 Second Avenue, Suite 1500
Seattle, WA 98104-1577

Of Attorneys for A.P. Green Refractories, ACandS, Inc.,
Dresser Industries, Harbison-Walker

**James Hopkins**
Law Offices of Skellenger Bender
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101-2605

Of Attorneys for Babcock & Wilcox

**James L. Hiller**
Hitt, Hiller & Monfils, LLP
510 SW Third Avenue, Suite 309
Portland, OR 97204

Of Attorneys for W.R. Grace

**James D. Case**
Case & Dusterhoff, LLP
9800 SW Bvtn-Hillsdale Hwy., Suite 200
Beaverton, OR 97005

Of Attorneys for E.J. Bartells Company; U.S. Mineral
Products, Pittsburgh Corning Corporation

Jeffrey S. Mutnick
Landye Bennett Blumstein, LLP
1300 SW Fifth Ave #3500
Portland, OR 97201

Page 1 – SCHEDULE OF SERVICE

Steven V. Rizzo
J. Michael Mattingly
Seidl & Rizzo
1620 SW Taylor, Suite 350
Portland, OR 97205

Of Attorneys for Paramount Supply, Riley Stoker,
Beadex Manufacturing Co., Congoleum Corp., Brandon
Drying Fabrics, Inc.


Roger K. Stroup
Bodyfelt, Mount, Stroup, et al.
65 SW Yamhill Street, Suite 300
Portland, OR 97204

Of Attorneys for Georgia-Pacific, DaimlerChrysler
Corporation


John M. Silk
Wilson, Smith, Cochran & Dickerson
1700 Financial Center
1215 4ᵗʰ Avenue
Seattle, WA 98161-1007

Of Attorneys for Metropolitan Life Insurance Company


Leslie Darby
Lindsay, Hart, Neil & Weigler
1300 S.W. Fifth Avenue, Suite 3400
Portland, OR 97201

Of Attorneys for Owens Corning (Corp.), Garlock, Inc.


Bruce M. White
Mitchell, Lang & Smith
101 SW Main Street, Suite 2000
Portland, OR 97204

Of Attorneys for CH Murphy/Clark-Ullman, Inc.,
Mar-Dustrial Sales, Boise Cascade


Elizabeth Lampson
Rudy R. Lachenmeier
Lachenmeier Enloe & Rall
9600 SW Capitol Highway
Portland, OR 97219

Of Attorneys for Quimby Welding Supplies, Inc.


Stephen G. Leatham
Heurlin Potter Jahn Leatham, et al.
PO Box 611
Vancouver, WA 98666

Of Attorneys for Kaiser Gypsum Co., Inc.


Kenneth E. Petty
Williams, Kastner & Gibbs, PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380

Of Attorneys for CBS Corp. (fka Westinghouse Electric
and Viacom), Parker Hannifin, Synkoloid Company


Heidi L. Mandt
Schwabe Williamson & Wyatt PC
1211 SW 5ᵗʰ Avenue, Suites 1600-1800
Portland, OR 97204

Of Attorneys for Crown, Cork & Seal; Ford Motor
Company; Allied Signal, Inc.; General Refractories,
Kaiser Aluminum & Chemical Corporation (Kaiser
Refractories), Rapid-American Corporation


Paul Fortino
Perkins Coie, LLP
1211 SW 5ᵗʰ Avenue, Suite 1500
Portland, OR 97204

Of Attorneys for General Electric Company


PAGE 2 – SCHEDULE OF SERVICE

**Randy J. Aliment**
Williams, Kastner & Gibbs, PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380

Of Attorneys for North American Refractories, Fraser Boiler Service

**Peter Coleman**
Brobeck, Phleger & Harrison, LLP
Spear Street Tower
One Market
San Francisco, CA 94105

Of Attorneys for Fiberboard, Owens Corning (Corp.)

**George S. Pitcher**
Tooze Duden Creamer Frank & Hutchison
333 SW Taylor Street
Portland, OR 97204-2496

Of Attorneys for GAF Corporation, Linnton Plywood Association, Scapa Holdings Georgia, Inc.

**Kelly P. Corr**
Corr Cronin LLP
1001 Fourth Avenue, Suite 3700
Seattle, WA 98154-1127

Of Attorneys for Asbestos Corporation Ltd., Bell Asbestos Mines, Atlas Turner

**Marilyn Litzenberger**
Bullivant Houser Bailey, PC
888 SW 5th Avenue, Suite 300
Portland, OR 97204

Of Attorneys for Mannington Mills, Inc.

**David P. Morrison**
Cosgrave, Vergeer & Kester, LLP
121 SW Morrison, Suite 1300
Portland, OR 97204

Of Attorneys for Burlington Northern & Santa Fe Railway Co.

**Ronald E. Bailey**
Bullivant Houser Bailey
888 SW 5th Avenue, Suite 300
Portland, OR 97204

Of Attorneys for Cronin Company, B.F. Goodrich Co.

**Richard Clinton**
**David M. Jacobson**
Dorsey & Whitney LLP
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101

Of Attorneys for GTS Drywall Supply Co.

**Mark J. Fucile**
Stoel Rives Boley Jones & Grey
Standard Insurance Center
900 SW Fifth Avenue, Suite 2300
Portland, OR 97204-1268

Of Attorneys for Owens-Illinois, Inc., General Motors

**Alan D. Judy**
Karr Tuttle Campbell
1100 SW 6th Avenue, Suite 1212
Portland, OR 97204

Of Attorneys for The Flintkote Company, Flintkote Mines, Ltd.

PAGE 3 – SCHEDULE OF SERVICE

**Lori Dedobbelaere**
Lachenmeier, Enloe & Rall
9600 SW Capitol Highway
Portland, OR  97219

Of Attorneys for Linnton Plywood Association

**Frantz Ward**
Frantz Ward LLP
55 Public Square Building, 19th Floor
Cleveland, OH  44113-1999

Of Attorneys for The Flintkote Company

**William B. Crow**
Miller Nash LLP
111 SW 5th Ave., Suite 3500
Portland, OR  97204-3699

Of Attorneys for 3M (aka Minnesota Mining & Manufacturing Company)

**Paul Silver**
Lindsay, Hart, Neil & Weigler, LLP
1300 SW 5th Avenue, Suite 3400
Portland, OR  97201-5696

Of Attorneys for Carlisle Companies Incorporated, N.I. West

**Richard Whittemore**
Bullivant Houser Bailey
888 SW 5th Avenue, Suite 300
Portland, OR  97204

Of Attorneys for Black Clawson Company

**Stewart M. Whipple**
Attorney at Law
6501 SW Macadam Avenue
Portland, OR  97201

Of Attorneys for Metal Clad Insulation

**Katherine Steele**
Steele & Sales, P.S.
700 5th Avenue, Suite 5511
Seattle, WA  98104-5000

Of Attorneys for Metal Clad Insulation

**John Tré Kennedy**
Preston Gates & Ellis
222 SW Columbia Street, Suite 1400
Portland, OR  97201

Of Attorneys for Asten, Inc.

**John R. Dudrey**
Williams, Fredrickson, Stark & Littlefield, PC
1515 SW 5th Avenue, Suite 844
Portland, OR  97201-5447

Of Attorneys for Hamilton Materials, Inc., American Biltrite Co., Inc.

**Kenneth L. Schubert, III**
Garvey, Schubert & Barer
121 SW Morrison Street, 11th Floor
Portland, OR  97204

Of Attorneys for Goulds Pumps

**Christine Dinsdale**
Soha & Lang
801 Second Avenue, Suite 1210
Seattle, WA  98104

Of Attorneys for Goulds Pumps (National Counsel)

**PAGE 4 – SCHEDULE OF SERVICE**

**David J.Ryan**                                    Of Attorneys for Combustion Engineering
Tooze Duden Creamer Frank & Hutchison
333 SW Taylor Street
Portland, OR  97204


**Ronald W. Atwood**                                Of Attorneys for Anchor Packing Company
Attorney at Law
333 SW Fifth Avenue, Suite 200
Portland, OR  97204


**Stephen P. McCarthy**                             Of Attorneys for Crown, Cork & Seal (Local Counsel)
Lane Powell Spears Lubersky, LLP
601 SW 2nd Avenue, Suite 2100
Portland, OR  97204


**Barry N. Mesher**                                 Of Attorneys for Crown, Cork & Seal
Lane Powell Spears Lubersky, LLP
US Bank Center
1420 5th Ave., Suite 4100
Seattle, WA  98101


PAGE 5 – SCHEDULE OF SERVICE

## PANEL SERVICE LIST
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)

Richard C. Binzley
Thompson, Hine & Flory, LLP
127 Public Square, Ste. 3900
Cleveland, OH 44114-1216

Edward J. Cass
Gallagher, Sharp, Fulton, et al.
1501 Euclid Avenue, 7th Floor
Cleveland, OH 44115

David A. Damico
burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Bldg.
Independ. Mall East, Ste. 100
Philadelphia, PA 19106

Susan M. Hanson
Stich, Angell, Kreidler, et al.
The Crossings, Ste. 120
250 2nd Avenue South
Minneapolis, MN 55401

Leonard C. Jaques
Jaques Admiralty Law Firm, PC
1370 Penobscot Bldg.
Detroit, MI 48226

David C. Landin
Huton & Williams
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, et al.
PO Box 1792
Mt. Pleasant, SC 29465

Donald A. Powell
Buckingham, Doolittle, et al.
PO Box 1500
Akron, OH 44309

John J. Repcheck
Sharlock, Repcheck & Mahler
3280 USX Tower
600 Grant Bldg.
Pittsburgh, PA 15219

John D. Roven
2190 North Loop W Suite 410
Houston, TX 77018-8008

Richard D. Schuster
Vorys, Sater, Seymour & Pease
PO Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd., 6th Fl.
Los Angeles, CA 90025

Robert Spinelli
Kelley, Jasons, McGuire, et al.
One Penn Center
1617 JFK Blvd., Suite 1400
Philadelphia, PA 19103

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
PO Box 998
Cedar Rapids, IA 52406

John D. Wilson, Jr.
Wilson, Smith, Cochran, et al.
1215 4th Avenue, 17th Floor
Seattle, WA 98161

PAGE 6 – SCHEDULE OF SERVICE