Case MDL No. 875 Document 3131 Filed 04/23/01 Page 1 of 10

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 3 2001

FILED
CLERK'S OFFICE

PLEADING NO. 3131

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: MDL-875 — In re Asbestos Products Liability Litigation (No. VI)

### DOCKET NO. 875
### (CONDITIONAL TRANSFER ORDER: CTO-196)
### MSS 1:01-125

## NOTICE OF OPPOSITION

Notice is hereby given, pursuant to the Panels's April 16, 2001 Conditional Transfer Order, that Plaintiffs oppose submission and/or assignment and/or transfer of Civil Action Number MSS 1:01-125 from the U.S. District Court for the Southern District of Mississippi, Southern Division, to the U. S. District Court for the Eastern District of Pennsylvania.

Respectfully submitted this the 20th day of April 2001.

CHRISTOPHER E. FITZGERALD
One of the Attorneys for Plaintiffs

1

OFFICIAL FILE COPY IMAGED APR 24 '01

ROBERT A. PRITCHARD, MS BAR# 4518
CHRISTOPHER E. FITZGERALD, MS BAR# 10668
LAW OFFICES OF ROBERT A. PRITCHARD
934 JACKSON AVENUE
P.O. DRAWER 1707
PASCAGOULA, MS 39568-1707
TELEPHONE: 228-762-8877
FACSIMILE: 228-762-6005

2

Case MDL No. 875   Document 3131   Filed 04/23/01   Page 3 of 10

## CERTIFICATE OF SERVICE

I, Christopher E. Fitzgerald, in accordance with Multidistrict Litigation Rule 5.2(a) and

Rule 5 of the Federal Rule of Civil Procedure, hereby certify that I have this day mailed by U. S.

Mail, postage prepaid, a true and correct copy of the above foregoing Notice of Opposition to the

Attorneys listed below on the Panel Service List and the Odom Service List:


THIS the 20 day of April, 2001.


CHRISTOPHER E. FITZGERALD
Attorney for Plaintiffs


Robert A. Pritchard, MS Bar#4518
Christopher E. Fitzgerald, Bar#10668
Law Offices of Robert A. Pritchard
934 Jackson Avenue
P.O. Drawer 1707
Pascagoula, MS 39568-1707
Telephone: (228) 762-8877
Facsimile: (228) 762-6005

# INVOLVED COUNSEL FOR SCHEDULE CTO-196
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Michael S. Allred
Allred Law Firm
P.O. Box 3828
Jackson, MS 39207

Philip S. Anderson
Williams & Anderson
111 Center Street
Suite 2200
Little Rock, AR 72201

Peter G. Angelos
Law Offices of Peter G. Angelos
One Charles Center, Suite 810
100 North Charles Street
Baltimore, MD 21201

Cynthia W. Antonbeci
Harris Beach, LLP
2 World Trade Center, 85th Floor
New York, NY 10048

J.R. Baker
Holloway, Dobson, Hudson, et al.
211 North Robinson Avenue
Suite 900
Oklahoma City, OK 73102

Mike Barkley
Barkley, Titus, Hillis & Reynolds
401 South Boston Avenue
Suite 2700
Tulsa, OK 74103

Richard C. Binzley
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH 44114

Gregg J. Borri
900 Third Avenue
Suite 1200
New York, NY 10022

William Bradley, III
Akin, Gump, Strauss, Hauer & Feld
590 Madison Avenue
New York, NY 10022

Randall A. Breshears
Monnet, Hayes, Bullis, Thompson, et al.
120 North Robinson Avenue
Suite 1719
Oklahoma City, OK 73102

Lisa N. Busch
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

James D. Butler
111 John Street
Suite 800
New York, NY 10038

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
403 West North Avenue
Chicago, IL 60610

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Gary Castro
307 Missouri Avenue
Oceanside, CA 92054

Joel R. Clark
McGivney, Kluger, & Gannon, P.C.
23 Vreeland Road
Suite 220
Florham Park, NJ 07932

Dixie L. Coffey
McKinney & Stringer
Corporate Tower, Suite 1300
101 North Robinson
Oklahoma City, OK 73102

Ruth Cohen
333 Las Vegas Blvd., South
Suite 5000
Las Vegas, NV 89101

Robert J. Crotty
Lukins & Annis
1600 Washington Trust Financial Centre
717 West Sprague Avenue
Spokane, WA 99204

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Anna A. DiLonardo
L'Abbate, Balkan, Colvin, & Contini
1050 Franklin Avenue
Garden City, NY 11530

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Fred L. Fottler
1071 Orange Grove Avenue
San Fernando, CA 91340

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Raymond F. Geoffroy, III
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Virginia M. Giokaris
Polsinelli, Shalton & Welte
700 West 47th Street, Suite 1000
Kansas City, MO 64112

Kayce L. Gisinger
Abowitz, Rhodes & Dahnke, P.C.
15 North Robinson
10th Floor
P.O. Box 1937
Oklahoma City, OK 73101

Gary L. Graham
Garlington, Lohn & Robinson, PLLP
199 West Pine
P.O. Box 7909
Missoula, MT 59807

Ira G. Greenberg
Edwards & Angell
750 Lexington Avenue
New York, NY 10022

Suzanne M. Halbardier
Barry, McTiernan & Moore
25 Broadway
7th Floor
New York, NY 10004

INVOLVED COUNSEL FOR SCHEDULE CTO-196 (Cont.) MDL-875

PAGE 2

Susan M. Hanson
Such, Angell, Kreidler & Moth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

Charles J. Kalinoski
Kalinoski & Chaplinsky
100 Court Avenue
Suite 315
Des Moines, IA 50309

David L. Kearney
Gable & Gotwals
211 North Robinson Avenue
15th Floor
Oklahoma City, OK 73102

Dwight A. Kern
McGivney, Kluger & Gannon, P.C.
305 Broadway
Suite 800
New York, NY 10007

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Michael T. Lewandowski
Coblence & Warner
415 Madison Avenue
New York, NY 10017

Tom L. Lewis
Lewis, Huppert & Slovak
725 Third Avenue North
P.O. Box 2325
Great Falls, MT 59403

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Richard J. Lutzel
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Genevieve MacSteel
Ross & Hardies
65 East 55th Street
New York, NY 10022

Richard P. Marin
Law Offices of Richard P. Marin
685 Third Avenue
21st Floor
New York, NY 10017

LeRoy McGrue
2502 West 75th Street
Los Angeles, CA 90043

Timothy J. McHugh
Lavin, Coleman, O'neil, Ricci, et al.
767 Third Avenue
7th Floor
New York, NY 10017

Barry N. Mesher
Lane, Powell, Spears & Lubersky, LLP
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101

Edward O. Moody
Moody & Ritchey
801 West 4th Street
Little Rock, AR 72201

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Paula E. Newcomb
Volgenau & Bosse
750 Main Seneca Building
237 Main Street
Buffalo, NY 14203

Carolyn F. O'Connor
Wilson, Elser, Moskowitz, et al.
33 Washington Street
Newark, NJ 07102

L E. Ogletree
Short, Wiggins, Margo & Butts
210 Park Avenue
Suite 3100
Oklahoma City, OK 73102

Barbara Packer-Rosen
Waters, McPherson, McNeil
233 Broadway
Suite 970
New York, NY 10279

Lisa K. Pantel
Shenck, Price, Smith & King
10 Washington Street
CN905
Morristown, NJ 07963

Jonathan E. Polonsky
Thelen Reid & Priest, LLP
40 West 57th Street
New York, NY 10019

Timothy W. Porter
Porter & Malouf, P.A.
4670 McWillie Drive
P.O. Box 12768
Jackson, MS 39236

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

Robert A. Pritchard
Pritchard Law Firm
P.O. Drawer 1707
Pascagoula, MS 39568

David J. Quigg
Robinson, Woolson & O'Donnell
217 East Redwood Street, Suite 1500
Baltimore, MD 21202

Michael J. Quinn
Lavin, Coleman, O'neil, Ricci, et al.
8000 Midlantic Drive
Suite 201, South
Mount Laurel, NJ 08054

Carl Raper
561 South State Street
Olancha, CA 95249

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West, Suite 410
Houston, TX 77018

Richard H. Rubenstein
Wilson, Elser, Moskowitz, Edelman, et.
150 East 42nd Street
New York, NY 10017

INVOLVED COUNSEL FOR SCHEDULE CTO-196 (Cont.) MDL-875          PAGE 3

Richard D. Schester
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

James R. Webb
McAfee & Taft
Two Leadership Square, 10th Floor
211 North Robinson Avenue
Oklahoma City, OK 73102

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert F. Wilkins
Pritchard Law Firm
542 East Pascagoula Street
Jackson, MS 39201

Scott K. Suchy
King Law Firm
15 North Robinson Avenue
Suite 1100
Oklahoma City, OK 73102

Carl W. Swanson
Lynch, Martin & Kroll
1368 How Lane
North Brunswick, NJ 08902

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Fred Tuck
2906 Fairfield Street
San Diego, CA 92110

Roy Tuck
2906 Fairfield Street
San Diego, CA 92110

Charles J. Watts
Smith, Shew, Scrivner, Corbin & Watts
6520 North Western Avenue
Suite 300
Oklahoma City, OK 73116

Case MDL No. 875   Document 3131   Filed 04/23/01   Page 7 of 10

## ODOM, ET AL. V. ABEX CORPORATION, ET AL.
## SERVICE LIST

Robert A. Pritchard, Esq.
Christopher E. Fitzgerald, Esq.
PRITCHARD LAW FIRM, PLLC
934 Jackson Avenue
P. O. Drawer 1707
Pascagoula, MS 39568-1707
Attorneys for the Plaintiffs

Patrick C. Malouf, Esq.
Timothy W. Porter, Esq.
PORTER & MALOUF, P.A.
4670 McWillie Drive
P. O. Box 12768
Jackson, MS 39236-2768
Attorneys for the Plaintiffs

Michael S. Allred, Esq.
THE ALLRED LAW FIRM
P. O. Box 3828
Jackson, MS 39207
Attorney for Eaton Corporation

Dorrance Aultman, Esq.
William N. Graham
AULTMAN, TYNER, RUFFIN & YARBOROUGH, LTD.
315 Hemphill Street
P. O. Drawer 750
Hattiesburg, MS 39403-0750
Attorneys for Sears, Roebuck and Co.

Monte L. Barton, Jr., Esq.
COPELAND, COOK, TAYLOR & BUSH
P. O. Box 6020
Ridgeland, MS 39158-6020
Attorney for Standard Motor Products

Joe E. Basenberg, Esq.
HAND ARENDALL, LLC
P. O. Box 123
Mobile, AL 36601

Attorney for Lloyd's Auto Parts, Inc.

John W. Davies, Esq.
ATTORNEY AT LAW
P. O. Box 389
Prentiss, MS 39474
Attorney for Napz Auto Parts of Prentiss, Inc.

Scott W. Bates, Esq.
J. Price Coleman, Esq.
Spencer J. Flatgard, Esq.
BAKER, DONELSON, BEARMAN & CALDWELL
P. O. Box 14167
Jackson, MS 39236
Attorneys for DaimlerChrysler Corporation and Ford Motor Company

Katie W. Freiberger, Esq.
WOOD & FREIBERGER
P. O. Box 1639
Natchez, MS 39121
Attorney for Wood's Automotive, Inc.
Mark W. Garriga, Esq.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P. O. Box 22567
Jackson, MS 39225-2567
Attorney for Carquest Auto Parts of Richland, MS, Inc.; Carquest Auto Parts of Prentiss
County, MS, Inc.; Carquest Auto Parts of Jackson, MS, Inc.; and Carquest Corporation

Atley A. Kitchings, Jr., Esq.
C. Paul Cavender, Esq.
John B. Tally, Esq.
Todd M. Higey, Esq.
LANGE, SIMPSON, ROBINSON & SOMERVILLE, LLP
417 20th Street North, Ste. 1700
Birmingham, AL 35203
Attorneys for Carlisle Companies Incorporated

Kathleen P. Morgan, Esq.
WATKINS & EAGER
The Emporium Building, Ste. 300
400 East Capitol Street
Jackson, MS 39201
Attorney for Bridgestone/Firestone, Inc.

Keith D. Obert, Esq.

APR-20-01 13:06 FROM:
APR-20-01 12. Case MDL No. 875   Document 3131   Filed 04/23/01   Page 9 of 10

ID:
ID:

PAGE   10/11

PAGE   8/12

AKERS & OBERT, P.A.
P. O. Box 280
Brandon, MS  39043
Attorney for AutoZone, Inc.

Ronald G. Peresich, Esq.
PAGE, MANNINO, PERESICH & MCDERMOTT, PLLC
P. O. Drawer 289
Biloxi, MS  39533
Attorney for American Standard, Inc.

Thomas W. Tardy, III, Esq.
FORMAN, PERRY, WATKINS, KRUTZ & TARDY, PLLC
P. O. Box 22608
Jackson, MS  39225-2608
Attorney for Ferodo America, Inc.; General Electric Company; Cooper Industries, Inc.;
Federal-Mogul Products, Inc., f/k/a Moog Automotive Products, Inc., f/k/a Moog
Automotive, Inc.; and Pneumo Abex Corporation and as successor in interest to Abex
Corporation

Kimberly P. Turner, Esq.
WELLS, MOORE, SIMMONS & HUBBARD, PLLC
1300 AmSouth Plaza
P. O. Box 1970
Jackson, MS  39215-1970
Attorney for CSK Auto Corporation

Thomas W. Tyner
AULTMAN, TYNER, RUFFIN & YARBOROUGH, LTD.
P. O. Drawer 750
Hattiesburg, MS  39403-0750
Attorney for Garlock, Inc. and BorgWarner

Consuelo Walley, Esq.
JODE & COCO, P.A.
806 Westover Drive
P. O. Box 17499
Hattiesburg, MS  39404-7499
Attorney for Hayes-Lemmerz International, Inc.; Kelsey-Hayes Company;
and TRW, Inc.

Joshua J. Wiener, Esq.
WIENER LAW FIRM
1438 North State Street
P. O. Box 55728

Jackson, MS 39296-5728
Attorney for Genuine Parts Company

Robert W. Wilkinson, Esq.
DOGAN & WILKINSON
P. O. Box 1618
Pascagoula, MS 395689-1618
Attorney for Federal-Mogul Corporation