04/24/01 12:20 BOWMAN & BROOKE → 202 273 2812

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case MDL No. 875   Document 3134   Filed 04/25/01   Page 1 of 1

APR 25 2001

FILED
CLERK'S OFFICE

# Bowman and Brooke LLP

ATTORNEYS AT LAW

MINNEAPOLIS • PHOENIX • DETROIT • SAN JOSE • LOS ANGELES • RICHMOND

Curtis J. Busby
Direct Dial: (602) 351-2402
E-Mail: cbusby@bowman-brooke.com

**PHOENIX**
Phoenix Plaza
2929 North Central Ave.
Suite 1700
Phoenix, AZ 85012-2761
602/248-0899 (Tel)
602/248-0947 (Fax)

**MINNEAPOLIS**
150 South Fifth Street
Suite 2600
Minneapolis, MN 55402-4244
612/339-8682 (Tel)
612/672-3200 (Fax)

**DETROIT**
3011 West Grand Blvd.
Suite 1800
Detroit, MI 48202-3099
313/871-3000 (Tel)
313/871-3006 (Fax)

**SAN JOSE**
160 W. Santa Clara Street
Suite 1150
San Jose, CA 95113-1700
408/279-5393 (Tel)
408/279-5845 (Fax)

**LOS ANGELES**
19191 South Vermont Ave.
Suite 1000
Torrance, CA 90502-1002
310/768-3088 (Tel)
310/719-1019 (Fax)

**RICHMOND**
Riverfront Plaza West Tower
901 East Byrd Street
Suite 1500
Richmond, VA 23219-4027
804/649-8200 (Tel)
804/649-1762 (Fax)

**LAS VEGAS**
Of Counsel
Law Offices of
Greg W. Marsh, Chartered
731 South Seventh Street
P.O. Box 1790
Las Vegas, NV 89101-6907
702/387-0052 (Tel)
702/387-0063 (Fax)

**MINNEAPOLIS**
Of Counsel
Kenneth Ross
4961 Kingsberry Lane
Suite 2600
Minnetonka, MN 55345
952/933-1195 (Tel)
952/933-8474 (Fax)

April 24, 2001

**VIA FACSIMILE:** (202) 502-2888

Judicial Panel on Multi District Litigation
Michael J. Beck
Clerk of Panel
One Columbus circle, NE
Thurgood Marshal Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 2002

REQUEST FOR EXTENSION OF TIME TO FILE
RESPONSE -- Filed by Deft. Ford Motor Co.
-- GRANTED TO DEFT. FORD MOTOR CO. TO
AND INCLUDING APRIL 25, 2001

(4/25/01 - cdm)

Re:   Franz v. Armstrong, et. al, D. Nevada, C.A. No. 2:00-1460
      (asbestos litigation)

Dear Mr. Beck:

I mistakenly attempted to file our opposition to the plaintiff's motion to vacate the conditional transfer order with the MDL in the Eastern District of Pennsylvania. However, I was informed that it needed to be filed in Washington D.C. I was told by a clerk that I could request an extension in which to file our opposition to the plaintiff's motion to vacate the conditional transfer order. I am hereby making this request. You should be receiving our original on April 25, 2001. If you prefer I would be happy to fax a copy today. Please let me know if this would be acceptable. If you have any questions in this regard please feel free to contact me.

Sincerely,

Curtis J. Busby

CJB/slw

::ODMA\PCDOCS\PHX\65550\1

IMAGED APR 26 '01