JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 25 2001

FILED
CLERK'S OFFICE

1   THOMAS C. HOWARD, ESQ.
    Nevada Bar No. 007022
2   CURTIS J. BUSBY, ESQ.
    Nevada Bar No. 006581
3   **BOWMAN AND BROOKE LLP**
    Suite 1700, Phoenix Plaza
4   2929 North Central Avenue
    Phoenix, Arizona 85012-2761
5   (602) 248-0899

6   GREG W. MARSH, ESQ.
    Nevada Bar No. 000322
7   **LAW OFFICES OF GREG W. MARSH,**
      **CHARTERED**
8   731 South Seventh Street
    Las Vegas, Nevada 89101
9   (702) 387-0052

10  Attorneys for Defendant Ford Motor Company

11

12                  **JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

13  VICKY FRANZ,                           )
14              Plaintiff,                 )    Case No. 2 00-1460
15  v.                                     )
16                                         )    **OPPOSITION TO PLAINTIFF'S**
    ARMSTRONG WORLD INDUSTRIES, INC.;      )    **MOTION TO VACATE**
17  ATLAS TURNER, INC.; ASBESTOS CLAIMS    )    **CONDITIONAL TRANSFER ORDER;**
    MANAGEMENT CORPORATION;                )    **BRIEF IN SUPPORT OF**
18  ASBESTOS CORPORATION LIMITED; BELL     )    **OPPOSITION**
    ASBESTOS MINES LTD.; CERTAIN-TEED      )
19  CORPORATION; THE FLINTKOTE             )
    COMPANY; GAF CORPORATION; HILL         )
20  BROTHERS CHEMICAL COMPANY; JIM         )
    WALTER CORPORATION; KEENE              )
21  CORPORATION; L.H. BUTCHER              )
    COMPANY; OWENS CORNING; RAPID-         )
22  AMERICAN CORPORATION; SOCO-LYNCH       )
    CORPORATION; T&N PLC; THORPE           )
23  INSULATION COMPANY; UNION CARBIDE      )
    CORPORATION; UNITED STATES GYPSUM      )
24  COMPANY; UNITED STATES MINERAL         )
    PRODUCTS COMPANY; W.R. GRACE &         )
25  CO.—CONN.; METROPOLITAN LIFE           )
    INSURANCE COMPANY; INTERNATIONAL       )
26  TRUCK AND ENGINE CORPORATION;          )
    BOEING NORTH AMERICAN, INC.;           )
27  MERITOR AUTOMOTIVE, INC.;              )
    HONEYWELL INTERNATIONAL, INC.; THE     )
28  BUDD COMPANY; CARLISLE                 )
    CORPORATION; DAIMLERCHRYSLER           )

PLEADING NO. 3135

::ODMA\PCDOCS\PHX\65328\1

OFFICIAL FILE COPY
IMAGED APR 26 '01

RECEIVED
CLERK'S OFFICE

| | |
|---|---|
| 1 | CORPORATION; DANA CORPORATION; FORD MOTOR COMPANY; |
| 2 | BRIDGESTONE/FIRESTONE, INC.; GENERAL MOTORS CORPORATION; |
| 3 | LEAR-SIEGLER DIVERSIFIED HOLDINGS CORPORATION; MAREMONT |
| 4 | CORPORATION; MOOG AUTOMOTIVE, INC.; PARKER-HANNIFIN CORPORATION; |
| 5 | PNEUMO ABEX CORPORATION; STANDARD MOTOR PRODUCTS, INC.; |
| 6 | SCANDURA, INC.; GATKE CORPORATION; BRASSBESTOS BRAKE LINING COMPANY; |
| 7 | H. KRASNE MANUFACTURING COMPANY; RITESET MANUFACTURING COMPANY; |
| 8 | AUTO SPECIALTIES, INC.; BORG-WARNER AUTOMOTIVE, INC.; ASBESTOS |
| 9 | MANUFACTURING COMPANY; FIBRE & METAL PRODUCTS COMPANY; LASCO |
| 10 | BRAKE PRODUCTS; L.J. MILEY COMPANY; ROSSENDALE-RUBOIL COMPANY; |
| 11 | SOUTHERN FRICTIONS MATERIALS COMPANY; U.S. SPRING & BUMPER |
| 12 | COMPANY; AUTO FRICTION CORPORATION; EMSCO ASBESTOS |
| 13 | COMPANY; FORCEE MANUFACTURING CORPORATION; MOLDED INDUSTRIAL |
| 14 | FRICTION CORPORATION; NATIONAL TRANSPORT SUPPLY, INC.; SILVER LINE |
| 15 | PRODUCTS, INC.; STANDCO INC.; UNIVERSAL FRICTION MATERIALS |
| 16 | COMPANY; WHEELING BRAKE BLOCK MANUFACTURING COMPANY; AND DOES |
| 17 | 1 through 500, inclusive, |
| 18 | Defendants. |

19

20    Defendant Ford Motor Company ("Ford"), hereby files this Opposition to plaintiff's

21 Motion to Vacate the Judicial Panel's order transferring this case to the Eastern District of

22 Pennsylvania for consolidation with Multidistrict Litigation Panel (MDL) #875.  Ford bases

23 this opposition on the brief attached hereto and accompanying points and authorities

24 included therein.

25    DATED this 23 day of __April__, 2001.

26    BOWMAN AND BROOKE LLP

27    By: _Curtis J Busby_

28    Thomas C. Howard
       Curtis J. Busby

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 5 2001

Suite 1700, Phoenix Plaza
2929 North Central Avenue
Phoenix, Arizona  85012-2761
Attorneys for Defendant Ford Motor Co.

FILED
CLERK'S OFFICE

LAW OFFICES OF GREG W. MARSH
Greg W. Marsh, Esq.
731 South Seventh Street
P.O. Box 1780
Las Vegas, Nevada  82101-6907
Attorney for Defendant Ford Motor Co.

**DEFENDANT FORD MOTOR COMPANY'S
BRIEF IN SUPPORT OF ITS OPPOSITION TO
PLAINTIFF'S MOTION TO VACATE**

I.

**STATEMENT OF FACTS**

Ford filed its Notice of Removal when it became evident that there was complete diversity between the plaintiff and all of the defendants.  Plaintiff's counsel represented to Ford that plaintiff was a Nevada citizen and that defendant Meritor Automotive was a Nevada Corporation and attached various print-outs obtained from the Nevada Secretary of State's Web site (Exhibit A).  However, Ford subsequently re-confirmed that there was in fact complete diversity  (Exhibit B).

II.

**LEGAL ARGUMENT**

A.  **There Is Complete Diversity Between Plaintiff And All Defendants**

Plaintiff's complaint listed Meritor Automotive as one of many Defendants in this action.  Meritor Automotive was a Delaware corporation, whose successor in interest is ArvinMeritor (Exhibit C).  ArvinMeritor is an Indiana corporation with its principal place of business in Michigan. (Exhibit D).  ArvinMeritor apparently has a "shell" corporation which exists in Nevada only as a name holder and has never operated any business nor held any assets.  (Exhibit D).

On December 7, 2000 Ford removed these proceedings to federal court.  On January 9, 2001 ArvinMeritor, as the Indiana entity, made its initial appearance in these proceedings and filed its joinder in Ford's removal by stating:

::ODMA\PCDOCS\PHX\65328\1

3

1    ArvinMeritor, Inc., (successor to defendant Meritor
     Automotive, Inc.) submits this memorandum in response to
2    plaintiff's Motion for Order Remanding Action. Plaintiff's motion
     to remand this action is premised on the arguments that
3    ArvinMeritor and Meritor Automotive are corporations organized
     under the laws of Nevada, and that not all defendants have
4    joined in the removal of the action.

5        The named defendant, Meritor Automotive, was
     organized under the laws of Delaware, but was no longer in
6    existence at the time the complaint in this action was filed in
     October 2000. The successor by merger to Meritor Automotive,
7    ArvinMeritor, Inc., is also not organized under the laws of
     Nevada, but under the laws of Indiana, and its principal place of
8    business is in Troy, Michigan. Accordingly neither the named
     defendant nor its successor has been a resident of the State of
9    Nevada at or since the filing of the complaint. This corporate
     history is set out in ArvinMeritor's form 10-K, recently filed with
10   the United States Security and Exchange Commission on
     December 21, 2000. . . . . (Exhibits C and E).

11

12   On December 28, 2000, three weeks after the case had been removed the plaintiff

13   served ArvinMeritor's Nevada subsidiary in an apparent attempt to destroy diversity. On

14   January 19, 2001 ArvinMeritor's Nevada subsidiary answered and alleged:

15        Defendant ArvinMeritor, Inc. (formerly named Meritor
     Automotive, Inc) is a Nevada corporation and a subsidiary of
16   ArvinMeritor, Inc., an Indiana corporation with its principal place
     of business in the State of Michigan. . . .  The Nevada
17   corporation does not believe that the complaint requires a
     response from this defendant because the allegations of the
18   complaint are directed to defendants who allegedly supplied
     asbestos-containing products, and this defendant has never had
19   any assets, has never operated any actual business, and
     functions only as a name-holder in Nevada for the parent
20   Indiana corporation. Service upon the Nevada corporation is, in
     effect, a fraudulent joinder for the sole purpose of destroying
21   diversity jurisdiction. . . (Exhibit D).

22   Ford concurs that this is a fraudulent joinder because the Nevada entity was not

23   served until after the removal and was intended solely to destroy diversity. In determining

24   whether diversity exists, courts must disregard entities which are fraudulently joined.

25   (Gottlieb v. Westin Hotel Co., 990 F. 2d 323, 327 (7th Cir. 1993). A fraudulent joinder has

26   been found where a plaintiff named a non-diverse party as a defendant solely for the

27   purposes of depriving the court of jurisdiction.  (Kelly v. Drake Beam Morin, Inc., 695 F.

28   Supp. 354 (E.D. Mich 1988). The Gottlieb court also held that:

1
2
3
4

> Diversity jurisdiction cannot be destroyed by joinder of nondiverse parties if such joinder is fraudulent. In determining whether there is diversity of citizenship, parties fraudulently joined are disregarded. **Fraudulent joinder occurs when there is no possibility that a plaintiff can state a cause of action against nondiverse defendants**. . . .

5   Gottleib, at 327 (emphasis added). Likewise, "a plaintiff may not defeat a federal court's

6   diversity jurisdiction and a defendant's right of removal by merely joining as defendants

7   parties with no real connection with the controversy." (Pampillonia v. RJR Nabisco, 138

8   F.3d. 459, 460-61 (2nd Cir. 1998).

9   Clearly, by serving ArvinMeritor's Nevada entity after removal, the plaintiff has

10  attempted to destroy diversity. This must be deemed a fraudulent joinder because, as noted

11  by ArvinMeritor, the Nevada entity has never supplied asbestos-containing products, nor has

12  this entity ever had any assets or operated any business. This entity functions solely as a

13  name-holder in Nevada for the parent Indiana corporation. (Exhibit D). The plaintiff's

14  complaint is directed towards entities who allegedly supplied asbestos containing products.

15  Thus, the plaintiff cannot state a cause of action against ArvinMeritor's Nevada entity, which

16  clearly has no connection to this case because the Plaintiff cannot recover anything from this

17  "shell" corporation. For these reasons it is evident that this was a fraudulent joinder and as

18  such cannot destroy diversity.

19  **B.   U.S.C. §1446 (b) Permits Removal Within 30 Days of Receipt of Some "Other Paper" Which Indicates the Case is One in Which Removal is Proper.**

20
21  Although, the original removal papers were filed thirty-one days after Ford was served

    and not all of the relevant defendants joined within thirty days of their being served, Ford's

22  removal and accompanying joinders therein are proper under the "other paper" exception of

23  U.S.C. §1446 (b) which states:

24
25
26
27

> if the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, or a copy of an amended pleading, motion, order or **other paper from which it may first be ascertained that the case is one which is or has become removable**. . . (emphasis added).

28

::ODMA\PCDOCS\PHX\65328\1                                    5

1  Commenting on this section, the United States Supreme court held that a defendant may

2  remove a case to federal court within 30 days of receipt of some "other paper" establishing

3  diversity of citizenship, even though it was more than 30 days beyond the date of service.

4  (Caterpillar v. Lewis, 519 U.S. 61, at 69, 117 S.Ct. 467, at 473, 136 L. Ed. 2d 437 (1996)).

5     Further, the fourth circuit has held that with respect to diversity:

6  [O]nly where an initial pleading reveals a ground for removal will
   the defendant be bound to file a notice of removal within 30
7  days. Where, however, **such details are obscured or omitted,
   or indeed misstated**, that circumstance makes the case 'stated
8  by the initial pleading' not removable, and **the defendant will
   have 30 days from the revelation** of grounds for removal in an
9  amended pleading, motion, order, or other paper to file its notice
   of removal.

10

11  (Lovern v. General Motors, 121 F. 3d 160, at 162 (4th Cir 1997) (emphasis added)).

12  Admittedly the initial pleadings did not reveal a ground for removal because of the confusion

13  created by ArvinMeritor's Nevada subsidiary, which exists merely as a name-holder.  (Exhibit

14  D).  In this instance the details of ArvinMeritor's citizenship have been, and continue to be,

15  obscured, misstated and/or omitted by the plaintiff's counsel.  Plaintiff's counsel previously

16  produced documents, which seemed to support its allegation of a the lack of diversity,

17  however, these documents only added to the confusion.  (Exhibit A).  When ArvinMeritor

18  joined in the removal as a Indiana entity and later indicated that its Nevada entity did not

19  operate any real business or own any assets and existed only as a name-holder, complete

20  diversity was confirmed under the "other papers" exception.  (Exhibit C).

21     ArvinMeritor's joinder was filed on or about January 9, 2001.  Thus, defendants would

22  have had until February 8, 2001 by which to remove and/or join in that removal under the

23  "other papers" exception.  Ford's removal was filed well before this date.  In the Ninth circuit,

24  the removal period begins to run once diversity is established.  (Preseau v. Prudential, 591 F.

25  2d 74, at 76 (9th Cir. 1979)).  Specifically, the court stated that it could not "ascertain the

26  existence of the required diversity until after the dismissal of the Doe defendants because of

27  the possibility that one or more of the Doe Defendants would destroy the required diversity."

28  (Id.).  Likewise, other circuits have agreed that the receipt of some "other paper" establishing

1   diversity begins the 30 days within which to remove an action, even though it is more than

2   thirty days beyond the date of service.  (*See, e.g.* 224 F. 3d 382 (5th Cir. 2000); <u>Addo v.</u>

3   <u>Globe Life and Accident Ins Co.</u>, 230 F. 3d 759 (5th Cir 2000)).  Because of the confusion,

4   misrepresentations and omissions which continue to be made by the plaintiff's counsel,

5   diversity was not finally established until after the date of service.  Thus, Ford's removal and

6   the accompanying joinders by the co-defendants were timely and proper.  The Ninth Circuit

7   has held that defects in removal procedures can subsequently be cured.  (<u>Parrino v. FHP</u>,

8   146 F.3d 699, at 703 (9th Cir. 1998)).  Thus, any alleged defects in Ford's removal were

9   cured by ArvinMeritor's joinder which extended the deadline by which to remove and

10  resolved the confusion surrounding its citizenship.

11  **C. Defendants Can Join in Removal More Than 30 Days After Service.**

12      In addition to the "other paper" exception which extended the removal period, courts

13  have permitted joinder's more than 30 days after service of process.  (<u>Brierly v. Alusuisse</u>

14  <u>Inc.</u>, 184 F. 3d. 527, at 533 (6th Cir. 1999)).  After Ford filed its Notice of Removal, all

15  relevant served defendants joined in the removal.[1]  Most of these defendants joined in the

---

16  1 See the Affidavit (Exhibit G) and accompanying documents attached as (Exhibit F) which provide the

17  following: All of the defendants, which have been served, have joined in the removal, have been or are soon to be dismissed from the case, are contesting service, have filed for Bankruptcy, or have not been served.

18      The following defendants joined in the removal action: Pneumo Abex, Moog Automotive, Certainteed

19  Corp., Dana Corp., Maremont Corp., Union Carbide Corp., United States Gypsum Co., The Budd Co., Parker Hannifin Corp., Standard Motor Products (Successors to EIS Brake Parts)., Boeing Co. (successor to Boeing

20  North American, Inc.), Borg-Warner Automotive, Arvin Meritor, International Truck and Engine Corp., Bridgstone/Firestone, Inc., G-I Holdings (successor by Merger to GAF Corp.), Honeywell Intl., Inc., Lear-Siegler

21  Diversified Holdings Corp., Thorpe Insulation. (Exhibit F).

22      The following Defendants informed Ford they have been served but have not joined in the removal action because they have settled with plaintiff and have been, or expect to be, dismissed shortly: Hill Brother's

23  Chemical, General Motor's Corp., Daimler/Chrysler Corp., Carlisle Corp, Soco-Lynch Corp.

24      The following Defendants informed Ford they are in Bankruptcy:  Armstrong World Industries, Inc., G-I Holdings (Successor to GAF Corp.), W.R. Grace.

25      The following Defendant informed Ford that service was improper and they are in the process of

26  contesting service:  Rapid American.

27      All remaining defendants named in this action have either informed Ford that they have not been served, or Ford has found no evidence of their being served.

28      It is clear that unserved defendants do not need to join in the removal and that only properly served defendants must join in the removal.  (<u>Salveson v. Western States Bankard Ass'n</u>, 731 F.2d 1423, 1428 (9th

1  removal more than 30 days after they were served.   In the Ninth Circuit, defects in the

2  procedural requirements for removal which are cured prior to entry of judgment do not

3  warrant remanding a case to state court.  Parrino v. FHP, 146 F.3d 699, at 703 (9th Cir.

4  1998).  In Parrino, a motion to remand was denied even though one defendant did not join in

5  the removal until nearly two months after service of the complaint.  (Id).  While some courts

6  have upheld the first served defendant rule and held that all served defendants must join in

7  the removal within 30 days of service, Parrino rejects this holding.  (See e.g. Biggs v. Wilen,

8  97 F. Supp. 2d 1040, (D. Nev 2000)).  In addition, many courts outside the 9th Circuit also

9  reject the first served defendant rule.  For example, the Sixth Circuit has concluded that to

10  hold that the:

11       time for removal commences for all purposes upon service of the
      first defendant would require us to insert "first" before

12       "defendant" into the language of the statute.  We are naturally
      reluctant to read additional words into the statute, however, If

13       Congress had intended the 30–day removal period to
      commence upon service of the first defendant, it could have

14       easily so provided.  Brierly v. Alusuisse Inc., 184 F. 3d. 527, at
      533 (6th Cir. 1999).

15

16  Another court also rejected the first served defendant rule and noted that if a defendant fails

17  to file its removal within the time provided, "there is no compelling reason for precluding it

18  from joining in or consenting to another defendant's removal."  (Shannon Ford v. New United

19  Motors Mfg Inc,  857 F. Supp 707, at 710-711 (N.D. Calif. 1994)).   These decisions are

20  consistent with the Ninth circuit ruling in Parrino which permitted procedural defects to be

21  cured prior to the entry of judgment.

22                                      **III. CONCLUSION**

23          There is complete diversity of citizenship between plaintiffs and all of the defendants'

24  and service upon ArvinMeritor's Nevada subsidiary amounts to a fraudulent joinder and as

25  such, does not destroy diversity.  Once the confusion regarding diversity was clarified by

26

27  Cir. 1984).  Furthermore, nominal defendants need not join in the removal.  (Tri Cities Newspapers, Inc. v. Tri-
Cities P.P. & A., 427 F.2d 325, 327).  Certainly the defendants which have filed for Bankruptcy, have been

28  dismissed, or are soon to be dismissed must be deemed to be nominal parties as they are effectively no longer
involved with these proceedings and as such have no bearing on the removal process.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 5 2001

FILED
CLERK'S OFFICE

ArvinMeritor's joinder as an Indiana corporation the time for removal, and all joinders therewith, was extended under the "other papers" exception.   Thus, the removal and accompanying joinders were timely.   Finally, all of the defendants have joined in the removal, other than those, which have not been served or are otherwise not required to join. For these reasons, Defendant Ford Motor Company requests that the plaintiff's motion to vacate be denied in its entirety.

DATED this 23 day of _____Apr. 1_____, 2001.

BOWMAN AND BROOKE LLP

By: _Curtis J Busby_____
Thomas C. Howard
Curtis J. Busby
Suite 1700, Phoenix Plaza
2929 North Central Avenue
Phoenix, Arizona  85012-2761
Attorneys for Defendant Ford Motor Co.

LAW OFFICES OF GREG W. MARSH
Greg W. Marsh, Esq.
731 South Seventh Street
P.O. Box 1780
Las Vegas, Nevada  82101-6907
Attorney for Defendant Ford Motor Co.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that I am an employee of BOWMAN AND BROOKE LLP, and that on the 23 day of _April____, 2001, I caused to be deposited in a sealed envelope, a true and correct copy of the foregoing _Opposition to Plants motion to Vacate Conditional Transfer and Brief_ - in the United States mail, with postage fully prepaid, addressed all parties on attached service list.

_Sandra Wickha_____
An Employee of BOWMAN AND BROOKE LLP

PANEL SERVICE LIST (Excerpted from CTO-193)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Jack Angaran
Georgeson, Thompson & Angaran
100 West Grove Street
Suite 500
Reno, NV 89509

David B. Beers
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Richard C. Binzley
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, L.L.P.
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Janice J. Brown
Barker, Brown, Busby, et al.
800 Bank of America Plaza
300 South 4th Street
Las Vegas, NV 89101

Curtis Busby
Bowman & Brooke, LLP
2929 North Central Avenue
Suite 1700
Phoenix, AZ 85012

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Jack C. Cherry
Alverson, Taylor, Mortensen, et al.
7401 West Charleston Blvd.
Las Vegas, NV 89117

Stephanie C. Christens
Cooper, Christensen Law Firm, LLP
4411 South Pecos Road
Las Vegas, NV 89121

Douglas Cohen
Jones, Vargas
3773 Howard Hughes Parkway
3rd Floor South
Las Vegas, NV 89101

William Cooper
Cooper Law Offices
601 E. Bridger
Las Vegas, NV 89101

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hanson
Stich, Angell, Kreidler & Muth
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Greg Marsh
Greg W. Marsh Chartered
P.O. Box 1780
Las Vegas, NV 89125

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

Oren P. Noah
Brayton & Purcell
222 Rush Landing Road
P.O. Box 2109
Novato, CA 94945

Troy Peyton
Rumph & Peyton
300 South 4th Street, Suite 800
Las Vegas, NV 89101

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

William Pruitt
Barron, Vivone, Holland, Pruitt, Chtd.
1404 S. Jones Blvd.
Las Vegas, NV 89146

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA  19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI  48226

Edmund J. Towle, III
Kinsella, Boesch, Fujikawa & Towle
1901 Avenue of the Stars
7th Floor
Los Angeles, CA  90067

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA  52406

EXHIBIT __A__

FILE No. 865 12/15 '00 00:26  'D:BRAYTON PURCELL          415 8  1247                    PAGE  1

**FILE COPY**          **Brayton☆Purcell**

TCH/CJB/KCH

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
CHRISTOPHER E. ANDREAS

OF COUNSEL
JEFFERY D. EISENBERG•
JAMES GEAGAN

• ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

**TRIAL LAWYERS**
222 Rush Landing Road
Novato, California 94945
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (310) 727-1900
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

DAVID T. ACHORD
JARED J. BABULA
DAVID H. BACKENSTOS
ELAINE J. BROWN·
HUGH C. COOK
MATTHEW DA VEGA
STEPHEN M. FISHBACK
BARBARA B. FOULDS
ANDREA M. FREEMAN
WADE G. GARBERS
ROBERT GILCHRIST·
JOHN B. GOLDSTEIN
GREGORY T. HANSON
STEPHEN J. HEALY
GARY V. JUDD
CLAYTON W. KENT
REINA R. KILLEN

DENNIS B. KNIGHT
LLOYD F. LEROY
MAUREEN C. MCGOWAN
KELLY A. MCMNEKIN
S. BROOK MILLARD·
DARIN P. NOAH
DONALD R. ODER
MARX S. PALMER
SPIRO E. PISTIOLAS
CAROLYN K. SHINING
AMY N. SIMS
ERIC C. SOLOMON
DAVID A. STEWART·
ANTHONY E. VIEIRA
JAMES A. WALL
NANCY T. WILLIAMS

December 15, 2000

<u>VIA FACSIMILE</u> (602) 248-0947

Thomas C. Howard, Esq.
Curtis C. Busby, Esq.
Bowman and Brooke LLP
Suite 1700, Phoenix Plaza
2929 North Central Avenue
Phoenix, AZ 85012-2761

<u>VIA FACSIMILE</u> (702) 387-0063

Greg W. Marsh, Esq.
731 South Seventh Street
Las Vegas, NV 89101

Re:  <u>Vicky Franz vs. Armstrong World Industries, Inc., et al.</u>
     Eighth Judicial District Court, State of Nevada, Clark County Case No. A425692

Dear Counsel:

Please stipulate to vacate the removal notice you served on the parties at once. As you know, my client is dying, and I had pending, before your removal notice, an order shortening time in Nevada State Court to hear an NRCP 27 motion to preserve Ms. Franz's deposition testimony by videotape. Attached please find printouts from the Nevada Secretary of State's web site identifying the following named and served defendants as Nevada corporations: Meritor Automotive, Inc.; Meritor Heavy Vehicle Systems, Inc.; Meritor Light Vehicle Systems, Inc.; and Meritor-Standard Corporation. As an aside, the notice was procedurally defective as well, since you failed to obtain the consent of all defendants. 28 U.S.C. § 1441(a); <u>Hewitt v. City of Stanton</u> (9th Cir. 1986) 798 F.2d 1230, 1232.

Time is of the essence, given Ms. Franz's medical condition. It should go without saying, that I am required to seek attorneys fees and all further relief should a motion for remand be necessary since the federal court will lose jurisdiction of the case once it is remanded. I thank you for your kind and immediate attention to this matter.

Very truly yours,

Stephen J. Healy

SJH:slv
Enclosures

FILE No. 865 12/15 '00 00:27   7:BRAYTON PURCELL        415 8  1247                          PAGE  2

Search Results                                                                    Page 1 of 1



# Dean Heller
# Nevada Secretary of State
## *Corporate Information*



| Name: MERITOR AUTOMOTIVE, INC. | | | |
|---|---|---|---|
| **Type:** Corporation | **File Number:** C16483-1997 | **State:** NEVADA | **Incorporated On:** August 01, 1997 |
| **Status:** Current list of officers on file | | **Corp Type:** Regular | |
| **Resident Agent:** | CORPORATION TRUST COMPANY OF NEVADA (Accepted) | | |
| **Address:** | 6100 NEIL ROAD #500 | | |
| | RENO | NV | 89511 |
| **President:** | V G BAKER II | | |
| **Address:** | 2135 W MAPLE | | |
| | TROY | MI | 48084 |
| **Secretary:** | V G BAKER II | | |
| **Address:** | 2135 W MAPLE | | |
| | TROY | MI | 48084 |
| **Treasurer:** | T A MADDEN | | |
| **Address:** | 2135 W MAPLE | | |
| | TROY | MI | 48084 |

http://sos.state.nv.us/corp_nme.asp

12/14/00

FILE No. 865 12/15 '00 00:27  ID:BRAYTON PURCELL          415 89° 1247                    PAGE  3

Search Results                                                      Page 1 of 1



# Dean Heller
# Nevada Secretary of State
## *Corporate Information*



| Name: MERITOR HEAVY VEHICLE SYSTEMS, INC. | | | |
|---|---|---|---|
| Type: Corporation | File Number: C22277-1996 | State: NEVADA | Incorporated On: October 28, 1996 |
| Status: Reinstated | | Corp Type: Regular | |
| Resident Agent: | CORPORATION TRUST COMPANY OF NEVADA (Accepted) | | |
| Address: | 6100 NEIL ROAD #500 | | |
| | RENO | NV | 89511 |
| President: | V G BAKERILL | | |
| Address: | 2135 W MAPLE RD. | | |
| | TROY | MI | 48084 |
| Secretary: | V G BAKERILL | | |
| Address: | 2135 W MAPLE RD. | | |
| | TROY | MI | 48084 |
| Treasurer: | T A MADDEN | | |
| Address: | 2135 W MAPLE RD. | | |
| | TROY | MI | 48084 |

http://sos.state.nv.us/corp_nme.asp                              12/14/00

Search Results                                                            Page 1 of 1



# Dean Heller
# Nevada Secretary of State
## *Corporate Information*



| Name: MERITOR LIGHT VEHICLE SYSTEMS, INC. | | | |
|---|---|---|---|
| Type: Corporation | File Number: C22279-1996 | State: NEVADA | Incorporated On: October 28, 1996 |
| Status: Reinstated | | Corp Type: Regular | |
| Resident Agent: | CORPORATION TRUST COMPANY OF NEVADA (Accepted) | | |
| Address: | 6100 NEIL ROAD #500 | | |
| | RENO | NV | 89511 |
| President: | V C BAKER II | | |
| Address: | 2135 W MAPLE | | |
| | TROY | MI | 48084 |
| Secretary: | V C BAKER II | | |
| Address: | 2135 W MAPLE | | |
| | TROY | MI | 48084 |
| Treasurer: | T A MADDEN | | |
| Address: | 2135 W MAPLE | | |
| | TROY | MI | 48084 |

Search Results                                                                 Page 1 of 1



# Dean Heller
# Nevada Secretary of State
## *Corporate Information*



| Name: MERITOR-STANDARD CORPORATION |
|---|

| Type: Corporation | File Number: C1515-1967 | State: NEVADA | Incorporated On: September 21, 1967 |
|---|---|---|---|
| Status: Dissolved | | Corp Type: Regular | |
| Resident Agent: | CORPORATION TRUST COMPANY OF NEVADA (Accepted) | | |
| Address: | 6100 NEIL ROAD #500 | | |
| | RENO | NV | 89511 |
| President: | D W GREENFIELD | | |
| Address: | 625 LIBERTY AVENUE | | |
| | PITTSBURGH | PA | 15222 |
| Secretary: | S. S. MCKENNY | | |
| Address: | 625 LIBERTY AVENUE | | |
| | PITTSBURGH | PA | 15222 |
| Treasurer: | D J POPOVEC | | |
| Address: | 625 LIBERTY AVENUE | | |
| | PITTSBURGH | PA | 15222 |

EXHIBIT __B__

FILE COPY

**Bowman and Brooke** LLI

**Bowman and Brooke** LLI

ATTORNEYS AT LAW

MINNEAPOLIS.PHOENIX.DETROIT.SAN JOSE.LOS ANGELES.RICHMONI

Curtis J. Busb

E-Mail: cbusby@bowman-brooke.cor

**PHOENIX**
Phoenix Plaza
2929 North Central Ave.
Suite 1700
Phoenix, AZ 85012-2761
602/248-0899 (Tel)
602/248-0947 (Fax)

**MINNEAPOLIS**
150 South Fifth Street
Suite 2600
Minneapolis, MN 55402-4244
612/339-8682 (Tel)
612/672-3200 (Fax)

**DETROIT**
3011 West Grand Blvd.
Suite 1800
Detroit, MI 48202-3099
313/871-3000 (Tel)
313/871-3006 (Fax)

**SAN JOSE**
160 W. Santa Clara Street
Suite 1150
San Jose, CA 95113-1700
408/279-5393 (Tel)
408/279-5845 (Fax)

**LOS ANGELES**
19191 South Vermont Ave.
Suite 1000
Torrance, CA 90502-1002
310/768-3068 (Tel)
310/719-1019 (Fax)

**RICHMOND**
Riverfront Plaza West Tower
901 East Byrd Street
Suite 1500
Richmond, VA 23219-4080
804/649-8200 (Tel)
804/649-1762 (Fax)

**LAS VEGAS**
Of Counsel
Law Offices of
Greg W. Marsh, Chartered
731 South Seventh Street
Las Vegas, NV 89101-6907
702/387-0052 (Tel)
702/387-0063 (Fax)

**MINNEAPOLIS**
Of Counsel
Kenneth Ross
Attorney At Law
4961 Kingsberry Lane
Minnetonka, MN 55345
952/933-1195 (Tel)
952/933-8474 (Fax)

December 21, 2000

VIA FACSIMILE  415-898-1247

Stephen J. Healy, Esq.
Brayton Purcell
222 Rush Landing Road
PO Box 2109
Novato, California  94948

Re:   Franz v. Armstong, et. al,  (asbestos litigation)

Dear Mr. Healy:

With respect to your request that we remand these proceedings to state court, please note that I have reconfirmed our original understanding that diversity jurisdiction exists regarding the above-referenced matter.  I have spoken with Mr. Esquivel, the attorney for ArvinMeritor, and he has assured me that his client is an Indiana Corporation and he plans to file an answer as such.  Apparently, the Nevada Secretary of State's web site is incorrect.  Thus, we are not prepared to remand this case at this time.  I realize that you are anxious to take your client's deposition and in a spirit of good faith, I would have no objection to your preserving her testimony in this regard.

Sincerely,

Curtis J. Busby

Curtis J. Busby

::ODMA\PCDOCS\PHX\61334\1

# MESSAGE CONFIRMATION

12/21/00          15:04
ID=BOWMAN & BROOKE

| NO. | MODE | BOX | GROUP |
|-----|------|-----|-------|
| 799 | TX |  |  |

| DATE/TIME | TIME | DISTANT STATION ID | PAGES | RESULT | ERROR PAGES | S.CODE |
|-----------|------|--------------------|-------|--------|-------------|--------|
|  |  |  |  |  |  | 0000 |
| 12/21  15:04 | 00'46" | 415-898-1247 | 002 | OK |  |  |

EXHIBIT C

1/9/01

1   WILLIAM H. PRUITT
    Nevada Bar No. 6783
2   **BARRON, VIVONE, HOLLAND & PRUITT, CHTD.**
    1404 South Jones Boulevard
3   Las Vegas, Nevada 89146
    Telephone: (702) 870-3940
4
    SHEA & GARDNER
5   David Booth Beers
    David R. Esquivel
6   1800 Massachusetts Avenue, N.W.
    Washington, D. C. 20036
7   (202) 828-2000
8   Attorneys for Defendant
    ArvinMeritor, Inc. (successor to defendant
9    Meritor Automotive, Inc.)

RECEIVED
BOWMAN AND BROOKE
JAN 12 2001
TO KCH
228125/82238
FILE COPY

10              IN THE UNITED STATES DISTRICT COURT

11              IN AND FOR THE STATE OF NEVADA

12

13   VICKY FRANZ,                          )   CASE NO.: CV-S-00-1460-KJD
                                           )
14                   Plaintiff,            )   **MEMORANDUM OF DEFENDANT**
                                           )   **ARVINMERITOR, INC. REGARDING**
15   vs.                                   )   **REMOVAL AND JOINDER IN**
                                           )   **REMOVAL**
16   ARMSTRONG WORLD INDUSTRIES,           )
     INC., et al.,                         )
17                                         )
                     Defendants.           )
18   _____)

19          ArvinMeritor, Inc., (successor to defendant Meritor Automotive, Inc.) submits this

20   memorandum in response to plaintiff's Motion for Order Remanding Action.  Plaintiff's motion

21   to remand this action is premised on the arguments that ArvinMeritor and Meritor Automotive

22   are corporations organized under the laws of Nevada, and that not all defendants have joined in

23   the removal of the action.

24          The named defendant, Meritor Automotive, was organized under the laws of Delaware,

25   but was no longer in existence at the time the complaint in this action was filed in October 2000.

26   The successor by merger to Meritor Automotive, ArvinMeritor, Inc., is also not organized under

27   the laws of Nevada, but under the laws of Indiana, and its principal place of business is in Troy,

28

BARRON, VIVONE, HOLLAND & PRUITT, CHTD.
ATTORNEYS AT LAW
1404 SOUTH JONES BLVD.
LAS VEGAS, NEVADA 89146
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

1   Michigan.  Accordingly, neither that named defendant nor its successor has been a resident of the

2   State of Nevada at or since the filing of the complaint.  This corporate history is set out in

3   ArvinMeritor's Form 10-K, recently filed with the United States Security and Exchange

4   Commission on December 21, 2000.  A copy is attached hereto as Exhibit "A".

5           With regard to consent to removal, ArvinMeritor, as successor to Meritor Automotive, by

6   and through its counsel, hereby joins in defendant The Ford Motor Company's Notice of

7   Removal to the United States District Court, District of Nevada.

8                           BARRON, VIVONE, HOLLAND & PRUITT, CHTD.

9

10          By: _____

11              William H. Pruitt
                Nevada Bar No. 06783
12              1404 South Jones Boulevard
                Las Vegas, Nevada 89146

13              SHEA & GARDNER
                David Booth Beers
14              David R. Esquivel
                1800 Massachusetts Avenue, N.W.
15              Washington, D. C.  20036
                Attorneys for Defendant
16              ArvinMeritor, Inc. (successor to defendant
                 Meritor Automotive, Inc.)

17

18

19

20

21

22

23

24

25

26

27

28

*(left margin, vertical text)* BARRON, VIVONE, HOLLAND & PRUITT, CHTD.
ATTORNEYS AT LAW
1404 SOUTH JONES BLVD.
LAS VEGAS, NEVADA 89146
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

1

## CERTIFICATE OF MAILING/FACSIMILE

2   I hereby certify that service of the foregoing **MEMORANDUM OF DEFENDANT**

3   **ARVINMERITOR, INC.  REGARDING REMOVAL AND JOINDER IN REMOVAL**  was

4   made on the 9th day of January, 2001, by depositing a true copy of same in the United States

5   Mail, at Las Vegas, Nevada, addressed as follows and by facsimile:

6

7   Stephen J. Healy, Esq.
8   Brayton, Purcell & Geagan
    222 Rush Landing Road
9   P. O. Box 2109
    Novato, California 94945
10  Attorney for Plaintiff
    (415) 898-1555 Fax

11

12  Archer Norris
    P. O. Box 8035
13  2033 N. Main Street, Suite 800
    Walnut Creek, CA 94596-3728
14  Attorney for Genuine Parts Company

15

16  Baronian Law Firm
    301 East Colorado Blvd., Suite 618
17  Pasadena, CA 91101
    Attorney for Carlisle Corporation

18

19

20  Daniel Crowley, Esq.
    Booth, Mitchel & Strange
21  3435 Wilshire Blvd., 30th Floor
    Los Angeles, CA 90010-2050
22  Attorney for Defendant Borg-Warner
    Automotive, Inc.

23  Freeburg, Judy & Nettels
    600 South Lake Avenue, Suite 500
24  Pasadena, CA 91106-3907
    Attorney for Defendant The Flintkote
25  Company

Grace, Genson, et al.
444 South Flower Street, Suite 1100
Las Vegas, Nevada 90071-2912
Attorney for Defendant
General Motors Corporation

Jack C. Cherry, Esq.
Alverson, Taylor, Mortensen
Nelson & Sanders
7401 West Charleston Blvd.
Las Vegas, Nevada 89117
Attorneys for International Truck and
Engine Corporation

Haight, Brown & Bonesteel
100 Bush Street, 27th Floor
San Francisco, CA 94101-3902
Attorneys for Defendants Armstrong World
Industries, Inc.; Maremont Corporation;
Quigley Company, Inc.; T&N PLC; and
United States Gypsum Company

Harrington, Foxx, et al.
650 California Street, 19th Floor
San Francisco, CA 94108
Attorneys for Defendant
John Deere Industrial Equipment

Jackson & Wallace
580 California Street, 15th Floor
San Francisco, CA 94104
Attorneys for Defendants The Budd
Company; Hanson Permaneente Cement,
Inc.; and Plan Insulation Company

26

27

28

BARRON, VIVONE, HOLLAND & PRUITT, CHTD.
ATTORNEYS AT LAW
1404 SOUTH JONES BLVD.
LAS VEGAS, NEVADA 89146
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

-3-

BARRON, VIVONE, HOLLAND & PRUITT, CHTD.
ATTORNEYS AT LAW
1404 SOUTH JONES BLVD.
LAS VEGAS, NEVADA 89146
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

1

2

3

4

Gordon & Reese
275 Battery Street, 20th Floor
San Francisco, CA 94111
Attorneys for Defendants
W.R. Grace & Company and Honeywell
International, Inc.

Koesal, Young & Logan
Four Embaradero Center, Suite 1500
San Francisco, CA 94111
Attorneys for Defendant Lear-Siegler
Diversified Holding

5

6

7

Hassard Bonnington
Two Embaradero Center, Suite 1800
San Francisco, CA 94111-3993
Attorneys for Honeywell International, Inc.

Kinsella, Boesche, et al.
1901 Avenue of the Stars, 7th Floor
Los angeles, CA 90067
Attorneys for Defendant Standard Motor
Products, Inc.

8

9

10

Lombardo & Gilles
318 Cayuga Street
P. O. Box 2119
Salinas, CA 93902-2119
Attorneys for Defendant Morton
International, Inc.

Sedwick, Detert, et al.
801 South Figueroa Street, 18th Floor
Los Angeles, CA 90017
Attorneys for Defendants Caterpillar, Inc. and
Scandura, Inc.

11

12

13

14

McQuaid, Metzler, et al.
The Penthouse
221 Main Street, 16th Floor
San Francisco, CA 94105-1936
Attorneys for Defendant Pneumo ABEX
Corporation

Law Offices of Peter J. Nova
P. O. Box 1328
456 Patten Street
Sonoma, CA 95476
Attorneys for Defendants
Parker, Hannifin Corporation and Standard
Motor Products, Inc.

15

16

17

Stephan, Oringher, et al.
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Attorneys for Defendant Hayes Lemmerz
International

Scadden, Hamilton & Ryan
200 Montgomery Street, 13th Floor
San Francisco, CA 94104-3419
Attorneys for Defendant Parker, Hannifin
Corporation

18

19

20

Stevens, Drummond & Gifford
1910 Olympic Boulevard, Suite 250
Walnut Creek, CA 94596
Attorneys for Defendant Moog Automotive,
Inc.

Theien Reid & Priest, LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3601
Attorneys for Defendants Carlisle
Corporation and Rapid-American Corporation

21

22

23

Perkins Cole
1620 26th Street, 6th Floor
Santa Monica, CA 90404
Attorneys for Defendant W.R. Grace & Co.

Michael McCall, Esq.
Walsworth, Franklin, et al.
1 City Boulevard West, 5th Floor
Orange, CA 92868-3604
Attorneys for Defendant Quintec Industries,
Inc.

24

25

26

Pond, North & Hugo
110 Pine Avenue, Suite 1101
Long Beach, CA 90802
Attorneys for Defendant GAF Corporation

Wait & Shaffer
305 West Moana Lane, Second Floor
P. O. Box 719
Reno, Nevada 89504-0719
Attorneys for Defendant The Flintkote
Company

27

28

-4-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Greg W. Marsh, Esq.
731 South Seventh Street
Las Vegas, Nevada 89101

Ebert, Chase & Christiansen
1160 Town Center Drive, #210
Las Vegas, Nevada 89144

Thomas C. Howard, Esq.
Curtis C. Busby, Esq.
Bowman and Brooke LLP
Suite 1700, Phoenix Plaza
2929 North Central Avenue
Phoenix, Arizona 85012-2761
(602) 248-0947 Fax

Hinshaw & Clubertson
(415) 834-9070 Fax

An employee of BARRON, VIVONE,
HOLLAND & PRUITT, CHTD.

BARRON, VIVONE, HOLLAND & PRUITT, CHTD.
ATTORNEYS AT LAW
1404 SOUTH JONES BLVD.
LAS VEGAS, NEVADA 89146
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

**EXHIBIT 'A'**

of Shareowners of the registrant to be held on February 14, 2001 is incorporated by reference into Part III.

----------------------------------------------------------------------
----------------------------------------------------------------------

<PAGE>   2

PART I

ITEM 1.   BUSINESS.

GENERAL

ArvinMeritor, Inc. (the "Company" or "ArvinMeritor"), headquartered in Troy, Michigan, is a leading global supplier of a broad range of integrated systems, modules and components serving light vehicle, commercial truck, trailer and specialty original equipment manufacturers and certain aftermarkets. The Company also provides coil coating services to the transportation, appliance, construction and furniture industries.

ArvinMeritor was incorporated in Indiana in March 2000 in connection with the merger (the "Merger") of Meritor Automotive, Inc. ("Meritor") and Arvin Industries, Inc. ("Arvin"). The Merger was effected in two steps: (1) Meritor, a Delaware corporation, reincorporated in Indiana by merging into ArvinMeritor, its wholly-owned subsidiary, and (2) immediately thereafter, Arvin merged into ArvinMeritor. The Merger was effective on July 7, 2000.

Prior to the Merger, Meritor was a Delaware corporation formed in connection with the September 30, 1997 distribution by Rockwell International Corporation, Meritor's former parent company ("Rockwell"), to Rockwell shareowners on a pro rata basis of all of the issued and outstanding shares of Meritor's common stock. Prior to this distribution, Rockwell transferred substantially all of its operations, assets and liabilities related to the automotive businesses then owned and operated by Rockwell (including liabilities relating to former operations) to Meritor and its subsidiaries.

As used herein, the terms "Company" and "ArvinMeritor" include subsidiaries and predecessors unless the context indicates otherwise.

Whenever an item of this Annual Report on Form 10-K refers to information under specific captions of the 2000 Annual Report to Shareowners of the Company (the "2000 Annual Report") or to information in the Proxy Statement for the Annual Meeting of Shareowners of the Company to be held on February 14, 2001 (the "2001 Proxy Statement"), the information is incorporated in that item by reference.

References in this Annual Report on Form 10-K to the Company's being a leading supplier or the world's leading supplier, and other similar statements as to the Company's relative market position, are based principally on calculations made by the Company based on information collected by the Company, including Company and industry sales data obtained from internal and available external sources, as well as Company estimates. In addition to such quantitative data, the Company's statements are based on other competitive factors such as the Company's technological capabilities, its research and development efforts and innovations and the quality of its products and services, in each case relative to that of its competitors in its addressed markets.

ArvinMeritor serves a broad range of original equipment manufacturer ("OEM") customers worldwide, including truck OEMs, light vehicle OEMs, semi-trailer producers and off-highway and specialty vehicle manufacturers, and the related aftermarkets. Its ten largest customers accounted for 62% of total fiscal 2000 sales. The Company operated over 150 manufacturing facilities in 26 countries around the world in fiscal 2000. Sales outside the United States accounted for approximately 50% of total sales in fiscal 2000.

ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934
FOR THE FISCAL YEAR ENDED SEPTEMBER 30, 2000
COMMISSION FILE NUMBER 1-15983
--------------------------

ARVINMERITOR, INC.
(EXACT NAME OF REGISTRANT AS SPECIFIED IN ITS CHARTER)

<TABLE>
<S>                                              <C>

INDIANA                                              38-3354643
(STATE OR OTHER JURISDICTION OF                   (I.R.S. EMPLOYER
INCORPORATION OR ORGANIZATION)                   IDENTIFICATION NO.)

2135 WEST MAPLE ROAD                                 48084-7186
TROY, MICHIGAN                                        (ZIP CODE)
(ADDRESS OF PRINCIPAL EXECUTIVE OFFICES)
</TABLE>

REGISTRANT'S TELEPHONE NUMBER, INCLUDING AREA CODE: (248) 435-1000
--------------------------

SECURITIES REGISTERED PURSUANT TO SECTION 12(b) OF THE ACT:

<TABLE>
<CAPTION>
TITLE OF EACH CLASS                      NAME OF EACH EXCHANGE ON WHICH RE
-------------------                      ---------------------------------
<S>                                      <C>
Common Stock, $1 Par Value                   New York Stock Exchange
(including the associated Preferred
Share Purchase Rights)
</TABLE>

SECURITIES REGISTERED PURSUANT TO SECTION 12(g) OF THE ACT:  NONE
--------------------------

Indicate by check mark whether the registrant (1) has filed all reports
required to be filed by Section 13 or 15(d) of the Securities Exchange Act of
1934 during the preceding 12 months (or for such shorter period that the
registrant was required to file such reports), and (2) has been subject to such
filing requirements for the past 90 days.  Yes [X]  No [ ]

Indicate by check mark if disclosure of delinquent filers pursuant to Item
405 of Regulation S-K is not contained herein, and will not be contained, to the
best of registrant's knowledge, in definitive proxy or information statements
incorporated by reference in Part III of this Form 10-K or any amendment to this
Form 10-K  [X]

The aggregate market value of the registrant's voting stock held by
non-affiliates of the registrant on November 30, 2000 was approximately $871.2
million.

66,930,340 shares of the registrant's Common Stock, par value $1 per share,
were outstanding on November 30, 2000.

DOCUMENTS INCORPORATED BY REFERENCE

(1) Certain information contained in the Annual Report to Shareowners of the
    registrant for the fiscal year ended September 30, 2000 is incorporated by
    reference into Part I, Part II and Part IV.

(2) Certain information contained in the Proxy Statement for the Annual Meeting

-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
 MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
 TWSM7vrzLADbmYQa1onwg5sDW3P6oaM5D3tdezXMm7zlT+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
 KVob4vwVZLQR3YXdw3s0djcuF05Wus070I2MQPDR7/TQzWjNe4uVlZU4QybFXLTH
 0xyJLHgZxyDvS+kvMhk2DA==

```
<SEC-DOCUMENT>0000950123-00-011696.txt : 20001222
<SEC-HEADER>0000950123-00-011696.hdr.sgml : 20001222
ACCESSION NUMBER:              0000950123-00-011696
CONFORMED SUBMISSION TYPE:     10-K405
PUBLIC DOCUMENT COUNT:         16
CONFORMED PERIOD OF REPORT:    20000930
FILED AS OF DATE:              20001221

FILER:

        COMPANY DATA:
                COMPANY CONFORMED NAME:               ARVINMERITOR INC .
                CENTRAL INDEX KEY:                    0001113256
                STANDARD INDUSTRIAL CLASSIFICATION:   MOTOR VEHICLE PARTS & ACCE
                IRS NUMBER:                           383354643
                STATE OF INCORPORATION:               IN
                FISCAL YEAR END:                      0930

        FILING VALUES:
                FORM TYPE:            10-K405
                SEC ACT:
                SEC FILE NUMBER:     001-15983
                FILM NUMBER:         793027

        BUSINESS ADDRESS:
                STREET 1:            2135 W MAPLE ROAD
                CITY:                TROY
                STATE:               MI
                ZIP:                 48084
                BUSINESS PHONE:      2484351000

        FORMER COMPANY:
                FORMER CONFORMED NAME:   MU SUB INC
                DATE OF NAME CHANGE:     20000501
</SEC-HEADER>
<DOCUMENT>
<TYPE>10-K405
<SEQUENCE>1
<FILENAME>y43624e10-k405.txt
<DESCRIPTION>ARVINMERITOR, INC.
<TEXT>

<PAGE>   1
```

---

---

### UNITED STATES
### SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

------------------------

### FORM 10-K

EXHIBIT __D__

1    WILLIAM H. PRUITT
     Nevada Bar No. 6783
2    **BARRON, VIVONE, HOLLAND & PRUITT, CHTD.**
     1404 South Jones Boulevard
3    Las Vegas, Nevada 89146
     Telephone: (702) 870-3940
4    ArvinMeritor, Inc. (Formerly named
     Meritor Automotive, Inc.)

RECEIVED
BOWMAN AND BROOKE
JAN 22 2001
TO ___KCH___
228/25 / 82238
FILE COPY
1/9/01

5

6          IN THE UNITED STATES DISTRICT COURT

7          IN AND FOR THE STATE OF NEVADA

8

| | |
|---|---|
| 9   VICKY FRANZ, | CASE NO.: CV-S-00-1460-KJD |
| 10        Plaintiff, | |
| 11   vs. | |
| 12   ARMSTRONG WORLD INDUSTRIES, INC.; ATLAS TURNER, INC.; ASBESTOS CLAIMS MANAGEMENT CORPORATION; | |
| 13   ASBESTOS CORPORATION LIMITED; BELL ASBESTOS MINES LTD.; CERTAIN-TEED | **ANSWER OF DEFENDANT ARVINMERITOR, INC. (FORMERLY NAMED MERITOR AUTOMOTIVE, INC.)** |
| 14   CORPORATION; THE FLINTKOTE COMPANY; GAF CORPORATION; HILL | |
| 15   BROTHERS CHEMICAL COMPANY; JIM WALTER CORPORATION; KEENE | |

ARMSTRONG WORLD INDUSTRIES, INC.;
ATLAS TURNER, INC.; ASBESTOS CLAIMS
MANAGEMENT CORPORATION;
ASBESTOS CORPORATION LIMITED; BELL
ASBESTOS MINES LTD.; CERTAIN-TEED
CORPORATION; THE FLINTKOTE
COMPANY; GAF CORPORATION; HILL
BROTHERS CHEMICAL COMPANY; JIM
WALTER CORPORATION; KEENE
CORPORATION; L.H. BUTCHER
COMPANY; OWENS CORNING; RAPID-
AMERICAN CORPORATION; SOCO-LYNCH
CORPORATION; T&N PLC; THORPE
INSULATION COMPANY; UNION CARBIDE
CORPORATION; UNITED STATES
GYPSUM COMPANY; UNITED STATES
MINERAL PRODUCTS COMPANY; W.R.
GRACE & CO.-CONN.; METROPOLITAN
LIFE INSURANCE COMPANY;
INTERNATIONAL TRUCK AND ENGINE
CORPORATION; BOEING
DAIMLER CHRYSLER CORPORATION;
DANA CORPORATION; FOR MOTOR
COMPANY; BRIDGESTONE/FIRESTONE,
INC.; GENERAL MOTORS CORPORATION;
LEAR-SIEGLER DIVERSIFIED HOLDINGS
CORPORATION; MAREMONT
CORPORATION; MOOG AUTOMOTIVE,
INC.; PARKER-HANNIFIN CORPORATION;
PNEUMO ABEX CORPORATION;
STANDARD MOTOR PRODUCTS, INC.;
MORTON INTERNATIONAL, INC.;

16
17
18
19
20
21
22
23
24
25
26
27
28

*(left margin, vertical text)* BARRON, VIVONE, HOLLAND & PRUITT, CHTD.
ATTORNEYS AT LAW
1404 SOUTH JONES BLVD.
LAS VEGAS, NEVADA 89146
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

SCANDURA, INC.; GATKE CORPORATION;  )
BRASSBESTOS BRAKE LINING              )
COMPANY; H. KRASNE                    )
MANUFACTURING COMPANY; RITESET        )
MANUFACTURING COMPANY; AUTO           )
SPECIALTIES, INC.; BORG-WARNER        )
AUTOMOTIVE, INC.; ASBESTOS            )
MANUFACTURING COMPANY; FIBRE &        )
METAL PRODUCTS COMPANY; LASCO         )
BRAKE PRODUCTS; L. J. MILEY           )
COMPANY; ROSEDALE-RUBOIL              )
COMPANY; SOUTHERN FRICTION            )
MATERIALS COMPANY; U.S. SPRING &      )
BUMPER COMPANY; AUTO FRICTION         )
CORPORATION; EMSCO ASBESTOS           )
COMPANY; FORCEE MANUFACTURING         )
CORPORATION; MOLDED INDUSTRIAL        )
FRICTION CORPORATION; NATIONAL        )
TRANSPORT SUPPLY, INC.; SILVER LINE   )
PRODUCTS, INC.; STANDCO, INC.;        )
UNIVERSAL FRICTION MATERIALS          )
COMPANY; WHEELING BRAKE BLOCK         )
MANUFACTURING COMPANY; and DOES 1     )
through 500, inclusive,               )
                                      )
                    Defendants.       )
                                      )
_____

BARRON, VIVONE, HOLLAND & PRUITT, CHTD.
ATTORNEYS AT LAW
1404 SOUTH JONES BLVD.
LAS VEGAS, NEVADA 89146
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

Defendant ArvinMeritor, Inc. (formerly named Meritor Automotive, Inc.) is a Nevada

corporation and a subsidiary of ArvinMeritor, Inc., an Indiana corporation with its principal place

of business in the State of Michigan.  After this case was removed by the Ford Motor Company in

November 2000, plaintiff served the complaint on the Nevada corporation on December 28, 2000.

The Nevada corporation does not believe that the complaint requires a response from this

defendant because the allegations of the complaint are directed to defendants who allegedly

supplied asbestos-containing products, and this defendant has never had any assets, has never

operated any actual business, and functions only as a named-holder in Nevada for the parent

Indiana corporation.  Service upon the Nevada corporation is, in effect, a fraudulent joinder for the

sole purpose of destroying diversity jurisdiction.  Nonetheless, ArvinMeritor, Inc. answers

plaintiff's complaint as follows:

/  /  /

/  /  /

-2-

1.    Answering paragraph 1 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first two sentences. Defendant denies the allegations in the third sentence.

2.    Answering paragraph 2 of plaintiff's complaint, defendant denies the allegations in this paragraph.

3.    Answering paragraph 3 of plaintiff's complaint, defendant admits and alleges that ArvinMeritor is a corporation organized under the laws of Nevada; defendant denies the rest of the allegations in this paragraph insofar as they relate to it, and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

4.    Answering paragraphs 4 and 5 of plaintiff's complaint, defendant denies the allegations of these paragraphs insofar as they relate to it and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in these paragraphs.

5.    Answering paragraphs 6 and 7 of plaintiff's complaint, defendant denies the allegations in these paragraphs.

6.    Answering paragraphs 8, 9, 10, 11, 12 and 13 of plaintiff's complaint, defendant states that the allegations in these paragraphs are not directed to this defendant and do not require an answer.

7.    Answering paragraph 14 of plaintiff's complaint, defendant denies the allegations in this paragraph.

8.    Answering paragraph 15 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and upon said ground, denies the allegations.

9.    Answering paragraph 16 of plaintiff's complaint, defendant denies the allegations in this paragraph.

10.    Answering paragraph 17 of plaintiff's complaint, defendant admits and alleges that, under some circumstances, exposure to asbestos can cause disease and denies the remaining allegations in this paragraph.

/ / /

BARRON, VIVONE, HOLLAND & PRUITT, CHTD.
ATTORNEYS AT LAW
1404 SOUTH JONES BLVD.
LAS VEGAS, NEVADA 89146
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

1    11.    Answering paragraph 18 of plaintiff's complaint, defendant lacks knowledge or
2    information sufficient to form a belief as to the truth of the allegations in this paragraph and upon
3    said ground, denies the allegations.

4    12.    Answering paragraphs 19, 20, 21, 22, 23 and 24 of plaintiff's complaint, defendant
5    denies the allegations in these paragraphs.

6    13.    Answering paragraph 25 of plaintiff's complaint, defendant repeats and realleges
7    each and every response to paragraphs 1 through 5 and paragraphs 8 through 24, and incorporates
8    them by reference as though fully set forth herein.

9    14.    Answering paragraphs 26, 27, 28, 29, 30, 31, 32, 33, 34, 35 and 36 of plaintiff's
10   complaint, defendant denies the allegations in these paragraphs.

11   15.    Answering paragraph 37 of plaintiff's complaint, defendant repeats and realleges
12   each and every response to paragraphs 1 through 36, and incorporates them by reference as though
13   fully set forth herein.

14   16.    Answering paragraphs 38, 39, 40 and 41 of plaintiff's complaint, defendant denies
15   the allegations in these paragraphs.

16   17.    Answering paragraph 42 of plaintiff's complaint, defendant repeats and realleges
17   each and every response to paragraphs 1 through 24 and paragraphs 37 through 41, and
18   incorporates them by reference as though fully set forth herein.

19   18.    Answering paragraphs 43, 44, 45 and 46 of plaintiff's complaint, defendant denies
20   the allegations in these paragraphs.

21   19.    Answering paragraphs 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62,
22   63, 64, 65,66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76,77,78,79,80, 81,82, 83, 84 and 85 of plaintiff's
23   complaint, defendant states that the allegations in these paragraphs are not directed to this
24   defendant and do not require an answer.

25   /   /   /
26   /   /   /
27   /   /   /
28

BARRON, VIVONE, HOLLAND & PRUITT, CHTD.
ATTORNEYS AT LAW
1404 SOUTH JONES BLVD.
LAS VEGAS, NEVADA 89146
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

-4-

BARRON, VIVONE, HOLLAND & PRUITT, CHTD.
ATTORNEYS AT LAW
1404 SOUTH JONES BLVD.
LAS VEGAS, NEVADA 89146
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable statutes of limitations and repose, and by the doctrine of laches.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims against defendant are barred by the intervening acts and omissions of other persons and entities, including plaintiff's employers, over whom the defendant exercised no control and had no legal duty to control.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims against defendant are barred, or should be dismissed, by plaintiff's contributory or comparative negligence or fault.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, or should be diminished, by plaintiff's assumption of the risk.

### SIXTH AFFIRMATIVE DEFENSE

Defendant is not liable for any insufficiency of warnings of the potential hazards of asbestos because of the state of the art.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are against the defendant are barred on the ground that potential hazards of asbestos exposure were not known and should not reasonably have been known by the defendant.

WHEREFORE, defendant prays that plaintiff take nothing by reason of her complaint against ArvinMeritor, Inc., that the same be dismissed with prejudice; and that judgment be

/   /   /

/   /   /

/   /   /

1  entered in favor of ArvinMeritor, Inc. and against plaintiff for ArvinMeritor, Inc.'s costs of suit

2  incurred herein and such other and further relief as the court may deem appropriate.

3  BARRON, VIVONE, HOLLAND & PRUITT, CHTD.

4  By: _____

5  William H. Pruitt
   Nevada Bar No. 06783

6  1404 South Jones Boulevard
   Las Vegas, Nevada 89146

7  Attorneys for Defendant
   ArvinMeritor, Inc. (Formerly named

8  Meritor Automotive, Inc.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARRON, VIVONE, HOLLAND & PRUITT, CHTD.
ATTORNEYS AT LAW
1404 SOUTH JONES BLVD.
LAS VEGAS, NEVADA 89146
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

-6-

**CERTIFICATE OF MAILING/FACSIMILE**

I hereby certify that service of the foregoing ANSWER OF DEFENDANT

ARVINMERITOR, INC. (FORMERLY NAMED MERITOR AUTOMOTIVE, INC.) was made

on the 19th day of January, 2001, by depositing a true copy of same in the United States Mail, at

Las Vegas, Nevada, addressed as follows and by facsimile:

Stephen J. Healy, Esq.
Brayton, Purcell & Geagan
222 Rush Landing Road
P. O. Box 2109
Novato, California 94945
Attorney for Plaintiff
(415) 898-1555 Fax

Grace, Genson, et al.
444 South Flower Street, Suite 1100
Las Vegas, Nevada 90071-2912
Attorney for Defendant
General Motors Corporation

Archer Norris
P. O. Box 8035
2033 N. Main Street, Suite 800
Walnut Creek, CA 94596-3728
Attorney for Genuine Parts Company

Jack C. Cherry, Esq.
Alverson, Taylor, Mortensen
Nelson & Sanders
7401 West Charleston Blvd.
Las Vegas, Nevada 89117
Attorneys for International Truck and
Engine Corporation

Baronian Law Firm
301 East Colorado Blvd., Suite 618
Pasadena, CA 91101
Attorney for Carlisle Corporation

Haight, Brown & Bonesteel
100 Bush Street, 27th Floor
San Francisco, CA 94101-3902
Attorneys for Defendants Armstrong World
Industries, Inc.; Maremont Corporation;
Quigley Company, Inc.; T&N PLC; and
United States Gypsum Company

Daniel Crowley, Esq.
Booth, Mitchel & Strange
3435 Wilshire Blvd., 30th Floor
Los Angeles, CA 90010-2050
Attorney for Defendant Borg-Warner
Automotive, Inc.

Janice Hodge Jensen
Laxalt & Nomura, Ltd.
Bank of America Plaza
500 West Liberty Street, Suite 700
Reno, Nevada 89501
Attorneys for John Deere Industrial
Equipment Company

Freeburg, Judy & Nettels
600 South Lake Avenue, Suite 500
Pasadena, CA 91106-3907
Attorney for Defendant The Flintkote
Company

Jackson & Wallace
580 California Street, 15th Floor
San Francisco, CA 94104
Attorneys for Defendants The Budd
Company; Hanson Permaneente Cement, Inc.;
and Plan Insulation Company

Gordon & Reese
275 Battery Street, 20th Floor
San Francisco, CA 94111
Attorneys for Defendants
W.R. Grace & Company and Honeywell
International, Inc.

Koesal, Young & Logan
Four Embaradero Center, Suite 1500
San Francisco, CA 94111
Attorneys for Defendant Lear-Siegler
Diversified Holding

BARRON, VIVONE, HOLLAND & PRUITT, CHTD.
ATTORNEYS AT LAW
1404 SOUTH JONES BLVD.
LAS VEGAS, NEVADA 89146
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

-7-

BARRON, VIVONE, HOLLAND & PRUITT, CHTD.
ATTORNEYS AT LAW
1404 SOUTH JONES BLVD.
LAS VEGAS, NEVADA 89146
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Hassard Bonnington
Two Embaradero Center, Suite 1800
San Francisco, CA 94111-3993
Attorneys for Honeywell International, Inc.

Lombardo & Gilles
318 Cayuga Street
P. O. Box 2119
Salinas, CA 93902-2119
Attorneys for Defendant Morton
International, Inc.

McQuaid, Metzler, et al.
The Penthouse
221 Main Street, 16th Floor
San Francisco, CA 94105-1936
Attorneys for Defendant Pneumo ABEX
Corporation

Stephan, Oringher, et al.
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Attorneys for Defendant Hayes Lemmerz
International

Stevens, Drummond & Gifford
1910 Olympic Boulevard, Suite 250
Walnut Creek, CA 94596
Attorneys for Defendant Moog Automotive,
Inc.

Perkins Cole
1620 26th Street, 6th Floor
Santa Monica, CA 90404
Attorneys for Defendant W.R. Grace & Co.

Pond, North & Hugo
110 Pine Avenue, Suite 1101
Long Beach, CA 90802
Attorneys for Defendant GAF Corporation

Greg W. Marsh, Esq.
731 South Seventh Street
Las Vegas, Nevada 89101

Kinsella, Boesche, et al.
1901 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Attorneys for Defendant Standard Motor
Products, Inc.

Sedwick, Detert, et al.
801 South Figueroa Street, 18th Floor
Los Angeles, CA 90017
Attorneys for Defendants Caterpillar, Inc. and
Scandura, Inc.

Law Offices of Peter J. Nova
P. O. Box 1328
456 Patten Street
Sonoma, CA 95476
Attorneys for Defendants
Parker, Hannifin Corporation and Standard
Motor Products, Inc.

Scadden, Hamilton & Ryan
200 Montgomery Street, 13th Floor
San Francisco, CA 94104-3419
Attorneys for Defendant Parker, Hannifin
Corporation

Theien Reid & Priest, LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3601
Attorneys for Defendants Carlisle
Corporation and Rapid-American Corporation

Michael McCall, Esq.
Walsworth, Franklin, et al.
1 City Boulevard West, 5th Floor
Orange, CA 92868-3604
Attorneys for Defendant Quintec Industries,
Inc.

Wait & Shaffer
305 West Moana Lane, Second Floor
P. O. Box 719
Reno, Nevada 89504-0719
Attorneys for Defendant The Flintkote
Company

Thomas C. Howard, Esq.
Curtis C. Busby, Esq.
Bowman and Brooke LLP
Suite 1700, Phoenix Plaza
2929 North Central Avenue
Phoenix, Arizona 85012-2761

-8-

1

Ebert, Chase & Christiansen
1160 Town Center Drive, #210
Las Vegas, Nevada 89144

Hinshaw & Clubertson
(415) 834-9070 Fax

An employee of BARRON, VIVONE,
HOLLAND & PRUITT, CHTD.

BARRON, VIVONE, HOLLAND & PRUITT, CHTD.
ATTORNEYS AT LAW
1404 SOUTH JONES BLVD.
LAS VEGAS, NEVADA 89146
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

EXHIBIT __E__

```
-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
 MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzY2mr6aGjlWyK3XmZv3dTINen
 TWSM7vrzLADDmYQa1onwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
 KVoD4vwVZLQR3YXdw3s0djcuF05Wus070I2MQPDR7/TQzWjNe4uv12U4QyDFXLTh
 0AyJLHgZxyDvS+kvMhk2DA==

<SEC-DOCUMENT>0000950123-00-011696.txt : 20001222
<SEC-HEADER>0000950123-00-011696.hdr.sgml : 20001222
ACCESSION NUMBER:                   0000950123-00-011696
CONFORMED SUBMISSION TYPE:          10-K405
PUBLIC DOCUMENT COUNT:              16
CONFORMED PERIOD OF REPORT:         20000930
FILED AS OF DATE:                   20001221

FILER:

        COMPANY DATA:
                COMPANY CONFORMED NAME:             ARVINMERITOR INC
                CENTRAL INDEX KEY:                  0001113256
                STANDARD INDUSTRIAL CLASSIFICATION: MOTOR VEHICLE PARTS & ACCE
                IRS NUMBER:                         383354643
                STATE OF INCORPORATION:             IN
                FISCAL YEAR END:                    0930

        FILING VALUES:
                FORM TYPE:              10-K405
                SEC ACT:
                SEC FILE NUMBER:        001-15983
                FILM NUMBER:            793027

        BUSINESS ADDRESS:
                STREET 1:               2135 W MAPLE ROAD
                CITY:                   TROY
                STATE:                  MI
                ZIP:                    48084
                BUSINESS PHONE:         2484351000

        FORMER COMPANY:
                FORMER CONFORMED NAME:  MU SUB INC
                DATE OF NAME CHANGE:    20000501
</SEC-HEADER>
<DOCUMENT>
<TYPE>10-K405
<SEQUENCE>1
<FILENAME>y43624e10-k405.txt
<DESCRIPTION>ARVINMERITOR, INC.
<TEXT>

<PAGE>  1
-------------------------------------------------------------------------
-------------------------------------------------------------------------
-------------------------------------------------------------------------
```

                                   UNITED STATES
                    SECURITIES AND EXCHANGE COMMISSION
                          WASHINGTON, D.C. 20549
                          ----------------------

                                  FORM 10-K

ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934
FOR THE FISCAL YEAR ENDED SEPTEMBER 30, 2000
COMMISSION FILE NUMBER 1-15983
-----------------------

ARVINMERITOR, INC.
(EXACT NAME OF REGISTRANT AS SPECIFIED IN ITS CHARTER)

<TABLE>
<S>                                               <C>

              INDIANA                                      38-3354643
(STATE OR OTHER JURISDICTION OF                       (I.R.S. EMPLOYER
  INCORPORATION OR ORGANIZATION)                    IDENTIFICATION NO.)

      2135 WEST MAPLE ROAD                                 48084-7186
        TROY, MICHIGAN                                     (ZIP CODE)
(ADDRESS OF PRINCIPAL EXECUTIVE OFFICES)
</TABLE>

REGISTRANT'S TELEPHONE NUMBER, INCLUDING AREA CODE: (248) 435-1000
-------------------------

SECURITIES REGISTERED PURSUANT TO SECTION 12(b) OF THE ACT:

<TABLE>
<CAPTION>
      TITLE OF EACH CLASS                    NAME OF EACH EXCHANGE ON WHICH RE
      -------------------                    ---------------------------------
<S>                                          <C>
      Common Stock, $1 Par Value                     New York Stock Exchange
  (including the associated Preferred
        Share Purchase Rights)

</TABLE>

SECURITIES REGISTERED PURSUANT TO SECTION 12(g) OF THE ACT:  NONE
-------------------------

      Indicate by check mark whether the registrant (1) has filed all reports
required to be filed by Section 13 or 15(d) of the Securities Exchange Act of
1934 during the preceding 12 months (or for such shorter period that the
registrant was required to file such reports), and (2) has been subject to such
filing requirements for the past 90 days.  Yes [X]  No [ ]

      Indicate by check mark if disclosure of delinquent filers pursuant to Item
405 of Regulation S-K is not contained herein, and will not be contained, to the
best of registrant's knowledge, in definitive proxy or information statements
incorporated by reference in Part III of this Form 10-K or any amendment to this
Form 10-K  [X]

      The aggregate market value of the registrant's voting stock held by
non-affiliates of the registrant on November 30, 2000 was approximately $871.2
million.

      66,530,340 shares of the registrant's Common Stock, par value $1 per share,
were outstanding on November 30, 2000.

DOCUMENTS INCORPORATED BY REFERENCE

(1) Certain information contained in the Annual Report to Shareowners of the
    registrant for the fiscal year ended September 30, 2000 is incorporated by
    reference into Part I, Part II and Part IV.

(2) Certain information contained in the Proxy Statement for the Annual Meeting

2027753074

Jan-02-2001  17:48   From-SHEA GARD                                      F-284

of Shareowners of the registrant to be held on February 14, 2001 is
incorporated by reference into Part III.

----------------------------------------------------------------

----------------------------------------------------------------

----------------------------------------------------------------

<PAGE>   2

PART I

ITEM 1.   BUSINESS.

GENERAL

ArvinMeritor, Inc. (the "Company" or "ArvinMeritor"), headquartered in
Troy, Michigan, is a leading global supplier of a broad range of integrated
systems, modules and components serving light vehicle, commercial truck, trailer
and specialty original equipment manufacturers and certain aftermarkets. The
Company also provides coil coating services to the transportation, appliance,
construction and furniture industries.

ArvinMeritor was incorporated in Indiana in March 2000 in connection with
the merger (the "Merger") of Meritor Automotive, Inc. ("Meritor") and Arvin
Industries, Inc. ("Arvin"). The Merger was effected in two steps: (1) Meritor, a
Delaware corporation, reincorporated in Indiana by merging into ArvinMeritor,
its wholly-owned subsidiary, and (2) immediately thereafter, Arvin merged into
ArvinMeritor. The Merger was effective on July 7, 2000.

Prior to the Merger, Meritor was a Delaware corporation formed in
connection with the September 30, 1997 distribution by Rockwell International
Corporation, Meritor's former parent company ("Rockwell"), to Rockwell
shareowners on a pro rata basis of all of the issued and outstanding shares of
Meritor's common stock. Prior to this distribution, Rockwell transferred
substantially all of its operations, assets and liabilities related to the
automotive businesses then owned and operated by Rockwell (including liabilities
relating to former operations) to Meritor and its subsidiaries.

As used herein, the terms "Company" and "ArvinMeritor" include subsidiaries
and predecessors unless the context indicates otherwise.

Whenever an item of this Annual Report on Form 10-K refers to information
under specific captions of the 2000 Annual Report to Shareowners of the Company
(the "2000 Annual Report") or to information in the Proxy Statement for the
Annual Meeting of Shareowners of the Company to be held on February 14, 2001
(the "2001 Proxy Statement"), the information is incorporated in that item by
reference.

References in this Annual Report on Form 10-K to the Company's being a
leading supplier of the world's leading supplier, and other similar statements
as to the Company's relative market position, are based principally on
calculations made by the Company based on information collected by the Company,
including Company and industry sales data obtained from internal and available
external sources, as well as Company estimates. In addition to such quantitative
data, the Company's statements are based on other competitive factors such as
the Company's technological capabilities, its research and development efforts
and innovations and the quality of its products and services, in each case
relative to that of its competitors in its addressed markets.

ArvinMeritor serves a broad range of original equipment manufacturer
("OEM") customers worldwide, including truck OEMs, light vehicle OEMs,
semi-trailer producers and off-highway and specialty vehicle manufacturers, and
the related aftermarkets. Its ten largest customers accounted for 62% of total
fiscal 2000 sales. The Company operated over 150 manufacturing facilities in 26
countries around the world in fiscal 2000. Sales outside the United States
accounted for approximately 50% of total sales in fiscal 2000.

EXHIBIT __F__

12/18/00

COPY

Mary Price Birk, Esq.
Nevada Reg. No. 6908
BAKER & HOSTETLER LLP
303 E. 17th Avenue, Suite 1100
Denver, Colorado  80203
(303) 861-0600

Troy Peyton, Esq.
RUMPH & PEYTON
800 Bank of America of Plaza
300 South Fourth Street
Las Vegas, Nevada  89101
(702) 388-4466

ATTORNEYS FOR DEFENDANT
PNEUMO ABEX CORPORATION

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| VICKY FRANZ, | ) Civil No. CV-S-001460 |
| Plaintiff, | ) |
| v. | ) |
| ARMSTRONG WORLD INDUSTRIES, INC. et al., | ) |
| Defendant. | ) |

## CONSENT TO REMOVAL

Defendant Pneumo Abex Corporation, ("This Defendant") by its undersigned counsel,

hereby consents to the Removal of this action filed by Defendant Ford Motor Company.  This

Defendant was served with the Complaint on or after November 6, 2000.

Dated this _18th_ day of _December_ 2000.

BAKER & HOSTETLER LLP

By:
Mary Price Birk, Esq.
Nevada Reg. No. 6908

and

RUMPH & PEYTON
Troy Peyton, Esq.

ATTORNEYS FOR DEFENDANT
PNEUMO ABEX CORPORATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF MAILING

     **I HEREBY CERTIFY** that on this 19th day of December, 2000, a true and correct copy of the above and foregoing **Consent to Removal** was placed in the United States mail, postage prepaid and addressed to:

Stephen J. Healy, Esq.
Brayton, Purcell & Geagan
222 Rush Landing Road
P.O. Box 2109
Novato, CA 94945
*Attorneys for Plaintiffs*


Darlene S. Rowland

12/18/01

Mary Price Birk, Esq.
Nevada Reg. No. 6908
BAKER & HOSTETLER LLP
303 E. 17th Avenue, Suite 1100
Denver, Colorado 80203
(303) 861-0600

Troy Peyton, Esq.
RUMPH & PEYTON
800 Bank of America of Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
(702) 388-4466

ATTORNEYS FOR DEFENDANT
MOOG AUTOMOTIVE

**COPY**

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

VICKY FRANZ,

      Plaintiff,

v.

ARMSTRONG WORLD INDUSTRIES,
INC. et al.,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)

Civil No. CV-S-001460

## CONSENT TO REMOVAL

Defendant Moog Automotive, ("This Defendant") by its undersigned counsel, hereby consents to the Removal of this action filed by Defendant Ford Motor Company. This Defendant was served with the Complaint on or after November 6, 2000.

Dated this _18th_ day of _December_, 2000.

BAKER & HOSTETLER LLP

By: _____
Mary Price Birk, Esq.
Nevada Reg. No. 6908

and

RUMPH & PEYTON
Troy Peyton, Esq.

ATTORNEYS FOR DEFENDANT
MOOG AUTOMOTIVE

- 2 -

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this *19th* day of December, 2000, a true and correct copy of the above and foregoing **Consent to Removal** was placed in the United States mail, postage prepaid and addressed to:

Stephen J. Healy, Esq.
Brayton, Purcell & Geagan
222 Rush Landing Road
P.O. Box 2109
Novato, CA 94945
*Attorneys for Plaintiffs*

*Darlene S. Rowland*

12/18/01

COPY

1

Mary Price Birk, Esq.
2   Nevada Reg. No. 6908
BAKER & HOSTETLER LLP
3   303 E. 17th Avenue, Suite 1100
Denver, Colorado 80203
4   (303) 861-0600

5
Troy Peyton, Esq.
6   RUMPH & PEYTON
800 Bank of America of Plaza
7   300 South Fourth Street
Las Vegas, Nevada 89101
8   (702) 388-4466

9   ATTORNEYS FOR DEFENDANTS
CERTAINTEED CORPORATION, DANA
10  CORPORATION, MAREMONT
CORPORATION, UNION CARBIDE
11  CORPORATION, AND UNITED STATES
GYPSUM COMPANY

12                    UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
13

14  VICKY FRANZ,                         )   Civil No. CV-S-001460
                                        )
15            Plaintiff,                 )
                                        )
16                                       )
    v.                                   )
17                                       )
    ARMSTRONG WORLD INDUSTRIES,          )
18  INC. et al.,                         )
                                        )
19            Defendant.                 )
                                        )
20

21                          CONSENT TO REMOVAL

22       Defendants CertainTeed Corporation, Dana Corporation, Maremont Corporation,

23  Union Carbide Corporation and United States Gypsum Company, ("these Defendants") by

24  their undersigned counsel, hereby consent to the Removal of this action filed by Defendant

25  Ford Motor Company.  These Defendants were served with the Complaint on or after

26  November 6, 2000.

27

28

Dated this _18th_ day of _December_ 2000.

BAKER & HOSTETLER LLP

By: _____
Mary Price Birk, Esq.
Nevada Reg. No. 6908

and

RUMPH & PEYTON
Troy Peyton, Esq.

ATTORNEYS FOR DEFENDANTS
CERTAINTEED CORPORATION, DANA
CORPORATION, MAREMONT
CORPORATION, UNION CARBIDE
CORPORATION, AND UNITED STATES
GYPSUM COMPANY

CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this _19th_ day of December, 2000, a true and correct copy of the above and foregoing **Consent to Removal** was placed in the United States mail, postage prepaid and addressed to:

Stephen J. Healy, Esq.
Brayton, Purcell & Geagan
222 Rush Landing Road
P.O. Box 2109
Novato, CA 94945
*Attorneys for Plaintiffs*

_Darlene S. Rowland_

**Watson Wyatt**

DEC 2 6 2000

**RECEIVED**

RECEIVED

BOWMAN AND BROOKE

DEC 2 7 2000

TO _TCH_ */ _CJ8_ */ _KC#_

_228135/82238_

# 1st page only

1 | DOUGLAS M. COHEN, ESQ.      **FILE COPY**
   | Nevada Bar # 1214
2 | JONES VARGAS
   | 3773 Howard Hughes Parkway
3 | Third Floor South
   | Las Vegas, Nevada 89109
4 | Telephone:   (702) 734-2220
   | Facsimile:   (702) 737-7705
5 | *Attorneys for Defendant The Budd Company*

6

7                    **United States District Court**

8                         **DISTRICT OF NEVADA**

9                              **★★★★★★★**

10  VICKY FRANZ,

11            Plaintiff,                         **Case No. CV-S-00-1460-KJD---**

    vs.
12
    ARMSTRONG WORLD INDUSTRIES, INC.;
13  ATLAS TURNER, INC.; ASBESTOS                 **JOINDER IN NOTICE OF**
    CLAIMS MANAGEMENT CORPORATION;
14  ASBESTOS CORPORATION LIMITED;                **REMOVAL FILED BY**
    BELL ASBESTOS MINES LTD.; CERTAIN-
15  TEED CORPORATION; THE FLINTKOTE              **DEFENDANT**
    COMPANY; GAF CORPORATION; HILL
16  BROTHERS CHEMICAL COMPANY; JIM               **FORD MOTOR COMPANY**
    WALTER CORPORATION; KEENE
17  CORPORATION; L.H. BUTCHER
    COMPANY; OWENS CORNING; RAPID-
18  AMERICAN CORPORATION; SOCO-
    LYNCH CORPORATION; T&N PLC;
19  THORPE INSULATION COMPANY; UNION
    CARBIDE CORPORATION; UNITED
20  STATES GYPSUM COMPANY; UNITED
    STATES MINERAL PRODUCTS
21  COMPANY; W.R. GRACE & CO. – CONN;
    METROPOLITAN LIFE INSURANCE
22  COMPANY; INTERNATIONAL TRUCK
    AND ENGINE CORPORATION; BOEING
23  NORTH AMERICAN, INC.; MERITOR
    AUTOMOTIVE, INC.; HONEYWELL
24  INTERNATIONAL, INC.; THE BUDD
    COMPANY; CARLISLE CORPORATION;
25  DAIMLER CHRYSLER CORPORATION;
    DANA CORPORATION; FORD MOTOR
26  COMPANY; BRIDGESTONE/FIRESTONE,
    INC.; GENERAL MOTORS CORPORATION;

27

28

1  LEAR-SIEGLER DIVERSIFIED HOLDINGS
   CORPORATION; MAREMONT
2  CORPORATION; MOOG AUTOMOTIVE,
   INC.; PARKER-HANNIFIN CORPORATION;
3  PNEUMO ABEX CORPORATION;
   STANDARD MOTOR PRODUCTS, INC.;
4  MORTON INTERNATIONAL, INC.;
   SCANDURA, INC.; GATKE
5  CORPOIRATION; BRASSBESTOS BRAKE
   LINING COMPANY, H. KRASNE
6  MANUFACTURING COMPANY; RITESET
   MANUFACTURING COMPANY; AUTO
7  SPECIALTIES, INC.; BORG-WARNER
   AUTOMOTIVE, INC.; ASBESTOS
8  MANUFACTURING COMPANY; FIBRE &
   METAL PRODUCTS COMPANY; LASCO
9  BRAKE PRODUCTS; L.J. MILEY
   COMPANY; ROSSENDALE-RUBOIL
10 COMPANY; SOUTHERN FRICTION
   MATERIALS COMPANY; U.S. SPRING &
11 BUMPER COMPANY; AUTO FRICTION
   CORPORATION; EMSCO ASBESTOS
12 COMPANY; FORCEE MANUFACTURING
   CORPORATION; MOLDED INDUSTRIAL
13 FRICTION CORPORATION; NATIONAL
   TRANSPORT SUPPLY, INC.; SILVER LINE
14 PRODUCTS, INC.; STANDCO, INC.;
   UNIVERSAL FRICTION MATERIALS
15 COMPANY; WHEELING BRAKE BLOCK
   MANUFACTURING COMPANY,
16
                 Defendants.
17
18      THE BUDD COMPANY, Defendant, hereby joins Defendant Ford Motor Company's
19 Notice of Removal to the United States District Court, District of Nevada.
20      DATED this ⸝⸝ day of December, 2000.
21                          JONES VARGAS
22
23
24      By _____
25         DOUGLAS M. COHEN, ESQ.
           Nevada Bar #1214
26         Third Floor South
           3773 Howard Hughes Parkway
27         Las Vegas, Nevada 89109
           Telephone: (702) 734-2220
28            *Attorneys for Defendant The Budd Company*

## CERTIFICATE OF SERVICE BY MAIL

Pursuant to FRCP 5(b), I certify that I am an employee of the law firm of JONES VARGAS, and that on the 21st day of December, 2000, the foregoing **JOINDER IN NOTICE OF REMOVAL FILED BY DEFENDANT FORD MOTOR COMPANY** was served on the parties by facsimile and/or by mailing a copy thereof, first class mail, postage prepaid, as stated, to:

Stephen J. Healey, Esq.  **(Via mail only)**
BRAYTON ♦ PURCELL
222 Rush Landing Road
P O Box 2109
Novato, CA 94948-2109

*Attorneys for Plaintiff*

Thomas C. Howard, Esq. **Fax No. (602) 248-0947**
Curtis C. Busby, Esq.
BOWMAN AND BROOKE LLP
Suite 1700 - Phoenix Plaza
2929 North Central Avenue
Phoenix, AZ 85012-2781

Greg W. Marsh, Esq. **(Via mail only)**
LAW OFFICES OF GREG W. MARSH, CHTD.
731 South Seventh Street
Las Vegas, NV 89101

*Attorneys for Defendant Ford Motor Company*

**Via facsimile only to:**

| | |
|---|---|
| Peter Smith, Esq. | (775) 882-9056 |
| Jack Argaran, Esq. | (775) 827-9256 |
| Edmond Toll, Esq. | (310) 446-5447 |
| Corby Arnold, Esq. | 951-5112 |
| Allen Cap, Esq. | 878-9350 |
| Von Heinz, Esq. | 949-8200 |
| Jack Cherry, Esq. | 385-7000 |
| Mike Hagemeyer | 891-0033 |
| William Cooper, Esq. | 382-7717 |
| Troy Peyton, Esq. | 388-4474 |

*Karin Meister, an Employee of JONES VARGAS*

- 3 -

702 382 2170
WILLIAM E COOPER ESQ   12/22/00   PAGE 02
01/03/2001  14:58   702-38   2170

1  William E. Cooper, Esq.
   William E. Cooper Law Offices
2  Nevada Bar No. 2213
   601 E. Bridger Avenue
3  Las Vegas, Nevada  89101
   (702) 382-5111

4

5       and

6  Edmund J. Towle, III, Esq.
   Towle, Denison, Smith & Tavera, LLP
7  California State Bar No. 63030
   10866 Wilshire Boulevard., Suite 1270
8  Los Angeles, California 90024
   (310) 446-5445

9

10 Attorneys for Defendants,
        Parker Hannifin Corporation
11      Standard Motor Products
        as Successors to EIS Brake Parts

12

13               UNITED STATES DISTRICT COURT

14                    DISTRICT OF NEVADA

15

16 VICKY FRANZ,                    ) Case No. CV-S-00-1460-KJD
                                   )
17                    Plaintiff,   )
                                   ) JOINDER IN NOTICE OF REMOVAL
18         v.                      )
                                   )
19 ARMSTRONG WORLD INDUSTRIES,     )
   INC.; et al.                    )
20                                 )
                      Defendants.  )
21                                 )
                                   )
22                                 )

23 _____

24      Comes now, Parker Hannifin Corporation and Standard Motor
25 Products as Successors to EIS Brake Parts, Defendants in the above-
26 entitled action, and notify the court they have no opposition
27 / / /
28 / / /

                              1

1    to the notice of removal filed by Defendant Ford Motor Company,

2    and do hereby join in the Notice of Removal.

3         Dated this ⟨22⟩ day of December, 2000.

4                        WILLIAM E. COOPER LAW OFFICES

5                        By: William E. Cooper

6                        William E. Cooper, Esq.
                         Nevada Bar No. 2213

7                        601 E. Bridger Avenue
                         Las Vegas, Nevada 89101

8

9                                  and

10                       Edmund J. Towle, III, Esq.
                         Towle, Denison, Smith & Tavera, LLP

11                       California State Bar No. 63030
                         10866 Wilshire Boulevard., Suite 1270

12                       Los Angeles, California 90024

13                       Attorneys for Defendants,
                             Parker Hannifin Corporation

14                           Standard Motor Products
                             as Successors to EIS Brake Parts

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                  2

1                    <u>CERTIFICATE OF SERVICE</u>

2        I hereby certify that on the 22nd day of December, 2000, I

3   deposited a true and correct copy of the JOINDER IN NOTICE OF

4   REMOVAL in the United States Mail, postage prepaid at Las Vegas,

5   Nevada, addressed to the following:

6   Von S. Heinz                    Douglas M. Cohen
7   Ashcraft & Heinz, LLP           Jones Vargas
    3960 Howard Hughes Parkway      3773 Howard Hughes Parkway
8   Fifth Floor                     Third Floor South
    Las Vegas, Nevada 89109         Las Vegas, Nevada 89109

9   Jack C. Cherry                  Peter J. Smith
    Alverson, Taylor, Mortensen,    300 West 2nd Street
10  Nelson & Sanders                Carson City, Nevada 89102 .
    7401 W. Charleston Boulevard
11  Las Vegas, Nevada 89117

12  Jack G. Angaran                 Stephen J. Healy
    Georgeson, Thompson & Angaran   Brayton, Purcell & Geagan
13  100 W. Grove Street             222 Rush Landing Road
    Suite 500                       P.O. Box 2109
14  Reno, Nevada 89509              Novato, California 94945

15  James M. Baker                  Greg W. Marsh
    Gifford, Vernon & Baker         Greg W. Marsh Law Offices
16  723 S. Sixth Street             731 S. Seventh Street
    Suite 100                       Las Vegas, Nevada 89101
17  Las Vegas, Nevada 89101

18  Troy E. Peyton
    Rumph & Peyton
19  300 S. Fourth Street
    800 Bank of America Plaza
20  Las Vegas, Nevada 89101

21

22

23

24

25

26                  By: Diedre N. Garth
27                      Diedre N. Garth, an employee
                        of William E. Cooper Law Offices
28

                            3

FILE COPY

TCH/CJB/KCH

```
 1   WILLIAM H. PRUITT
     Nevada Bar No. 6783
 2   BARRON, VIVONE, HOLLAND & PRUITT, CHTD.
     1404 South Jones Boulevard
 3   Las Vegas, Nevada 89146
     Telephone: (702) 870-3940
 4
     SHEA & GARDNER
 5   David Booth Beers
     David R. Esquivel
 6   1800 Massachusetts Avenue, N.W.
     Washington, D. C. 20036
 7   (202) 828-2000
 8   Attorneys for Defendant
     The Boeing Company
 9   (successor to Boeing North American, Inc.)
```

RECEIVED
AND FILED

JAN 8  9 41 AM '01

LANCE S. WILSON
CLERK

BY_____
                DEPUTY

1/5/01

```
10              IN THE UNITED STATES DISTRICT COURT
11
12              IN AND FOR THE STATE OF NEVADA
13
     VICKY FRANZ,                    )   CASE NO.: CV-S-00-1460-KJD
14
                      Plaintiff,     )   MEMORANDUM OF DEFENDANT THE
15                                   )   BOEING COMPANY REGARDING
          vs.                        )   REMOVAL AND JOINDER IN
16                                   )   REMOVAL
     ARMSTRONG WORLD INDUSTRIES,     )
17   INC., et al.,                   )
                                     )
18                   Defendants.     )
19
```

The Boeing Company, successor to defendant Boeing North America, Inc., by and

through its counsel, hereby joins in defendant Ford Motor Company's Notice of Removal to the

United States District Court, District of Nevada.

Plaintiff has filed a motion to remand this action to state court on the ground that

defendants ArvinMeritor and Meritor Automotive, Inc. are corporations organized under the laws

of Nevada. The Boeing Company observes that defendant Meritor Automotive was organized

under the laws of Delaware, but was no longer in existence at the time the complaint in this

action was filed in October 2000. The successor by merger to Meritor Automotive,

ArvinMeritor, Inc., is also not organized under the laws of Nevada, but under the laws of Indiana,

and its principal place of business is in Troy, Michigan. Accordingly, neither that named

defendant nor its successor has been a resident of the State of Nevada at or since the filing of the

ATTORNEYS AT LAW
1404 SOUTH JONES BLVD.
LAS VEGAS, NEVADA 89146
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

FILE COPY   1/5/01

1  WILLIAM H. PRUITT
   Nevada Bar No. 6783
2  **BARRON, VIVONE, HOLLAND & PRUITT, CHTD.**
   1404 South Jones Boulevard
3  Las Vegas, Nevada 89146
   Telephone: (702) 870-3940
4
   SHEA & GARDNER
5  David Booth Beers
   David R. Esquivel
6  1800 Massachusetts Avenue, N.W.
   Washington, D. C.  20036
7  (202) 828-2000

8  Attorneys for Defendant
   The Boeing Company
9  (successor to Boeing North American, Inc.)

RECEIVED
BOWMAN AND BROOKE

JAN - 8 2001

TO *TCH* / *CJB* / *KCCH*

228135 / 82238

* page 1 only

10          IN THE UNITED STATES DISTRICT COURT

11             IN AND FOR THE STATE OF NEVADA

12

13  VICKY FRANZ,                    )   CASE NO.: CV-S-00-1460-KJD
                                    )
14                Plaintiff,        )   **MEMORANDUM OF DEFENDANT THE**
                                    )   **BOEING COMPANY REGARDING**
15  vs.                             )   **REMOVAL AND JOINDER IN**
                                    )   **REMOVAL**
16  ARMSTRONG WORLD INDUSTRIES,     )
    INC., et al.,                   )
17                                  )
                  Defendants.       )
18  _____     )

19          The Boeing Company, successor to defendant Boeing North America, Inc., by and

20  through its counsel, hereby joins in defendant Ford Motor Company's Notice of Removal to the

21  United States District Court, District of Nevada.

22          Plaintiff has filed a motion to remand this action to state court on the ground that

23  defendants ArvinMeritor and Meritor Automotive, Inc. are corporations organized under the laws

24  of Nevada.  The Boeing Company observes that defendant Meritor Automotive was organized

25  under the laws of Delaware, but was no longer in existence at the time the complaint in this

26  action was filed in October 2000.  The successor by merger to Meritor Automotive,

27  ArvinMeritor, Inc., is also not organized under the laws of Nevada, but under the laws of Indiana,

28  and its principal place of business is in Troy, Michigan.  Accordingly, neither that named

defendant nor its successor has been a resident of the State of Nevada at or since the filing of the

BARRON, VIVONE, HOLLAND & PRUITT, CHTD.
ATTORNEYS AT LAW
1404 SOUTH JONES BLVD.
LAS VEGAS, NEVADA 89146
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3930

1   complaint.  This corporate history is set out in ArvinMeritor's Form 10-K, recently filed with the

2   United States Security and Exchange Commission on December 21, 2000.  A copy is attached

3   hereto as Exhibit "A".

BARRON, VIVONE, HOLLAND & PRUITT, CHTD.

By: _____
William H. Pruitt
Nevada Bar No. 06783
1404 South Jones Boulevard
Las Vegas, Nevada 89146

SHEA & GARDNER
David Booth Beers
David R. Esquivel
1800 Massachusetts Avenue, N.W.
Washington, D. C.  20036
Attorneys for Defendant The Boeing Company
(successor to Boeing North American, Inc.)

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BARRON, VIVONE, HOLLAND & PRUITT, CHTD.
ATTORNEYS AT LAW
1404 SOUTH JONES BLVD.
LAS VEGAS, NEVADA 89146
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

## CERTIFICATE OF MAILING/FACSIMILE

I hereby certify that service of the foregoing **MEMORANDUM OF DEFENDANT THE BOEING COMPANY REGARDING REMOVAL AND JOINDER IN REMOVAL** was made on the 5th day of January, 2001, by depositing a true copy of same in the United States Mail, at Las Vegas, Nevada, addressed as follows and by facsimile:

STEPHEN J. HEALY, ESQ.
S.B. 3510
5150 Mae Anne #213-119
Reno, Nevada 89523
(775) 322-7732

ERIC C. SOLOMON, ESQ., S.B. 119131
BRAYTON PURCELL
222 Rush Landing Road
P. O. Box 2109
Novato, California 94945
(415) 898-1555

Thomas C. Howard, Esq.
Curtis C. Busby, Esq.
Bowman and Brooke LLP
Suite 1700,. Phoenix Plaza
2929 North Central Avenue
Phoenix, Arizona 85012-2761
(602) 248-0947 Fax

Greg W. Marsh, Esq.
731 South Seventh Street
Las Vegas, Nevada 89101
(702) 387-0063 Fax

Hinshaw & Culbertson
(415) 834-9070 Fax

EBERT, CHASE & CHRISTIANSEN
1160 Town Center Drive, #210
Las Vegas, Nevada 89144
(702) 228-9400
(702) 228-8228 Fax

An employee of BARRON, VIVONE,
HOLLAND & PRUITT, CHTD.

BARRON, VIVONE, HOLLAND & PRUITT, CHTD.
ATTORNEYS AT LAW
1404 SOUTH JONES BLVD.
LAS VEGAS, NEVADA 89146
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

-3-

**EXHIBIT 'A'**

of Shareowners of the registrant to be held on February 14, 2001 is
incorporated by reference into Part III.

---

<PAGE>   2

PART I

ITEM 1.  BUSINESS.

GENERAL

ArvinMeritor, Inc. (the "Company" or "ArvinMeritor"), headquartered in
Troy, Michigan, is a leading global supplier of a broad range of integrated
systems, modules and components serving light vehicle, commercial truck, trailer
and specialty original equipment manufacturers and certain aftermarkets. The
Company also provides coil coating services to the transportation, appliance,
construction and furniture industries.

ArvinMeritor was incorporated in Indiana in March 2000 in connection with
the merger (the "Merger") of Meritor Automotive, Inc. ("Meritor") and Arvin
Industries, Inc. ("Arvin"). The Merger was effected in two steps: (1) Meritor, a
Delaware corporation, reincorporated in Indiana by merging into ArvinMeritor,
its wholly-owned subsidiary, and (2) immediately thereafter, Arvin merged into
ArvinMeritor. The Merger was effective on July 7, 2000.

Prior to the Merger, Meritor was a Delaware corporation formed in
connection with the September 30, 1997 distribution by Rockwell International
Corporation, Meritor's former parent company ("Rockwell"), to Rockwell
shareowners on a pro rata basis of all of the issued and outstanding shares of
Meritor's common stock. Prior to this distribution, Rockwell transferred
substantially all of its operations, assets and liabilities related to the
automotive businesses then owned and operated by Rockwell (including liabilities
relating to former operations) to Meritor and its subsidiaries.

As used herein, the terms "Company" and "ArvinMeritor" include subsidiaries
and predecessors unless the context indicates otherwise.

Whenever an item of this Annual Report on Form 10-K refers to information
under specific captions of the 2000 Annual Report to Shareowners of the Company
(the "2000 Annual Report") or to information in the Proxy Statement for the
Annual Meeting of Shareowners of the Company to be held on February 14, 2001
(the "2001 Proxy Statement"), the information is incorporated in that item by
reference.

References in this Annual Report on Form 10-K to the Company's being a
leading supplier or the world's leading supplier, and other similar statements
as to the Company's relative market position, are based principally on
calculations made by the Company based on information collected by the Company,
including Company and industry sales data obtained from internal and available
external sources, as well as Company estimates. In addition to such quantitative
data, the Company's statements are based on other competitive factors such as
the Company's technological capabilities, its research and development efforts
and innovations and the quality of its products and services, in each case
relative to that of its competitors in its addressed markets.

ArvinMeritor serves a broad range of original equipment manufacturer
("OEM") customers worldwide, including truck OEMs, light vehicle OEMs,
semi-trailer producers and off-highway and specialty vehicle manufacturers, and
the related aftermarkets. Its ten largest customers accounted for 62% of total
fiscal 2000 sales. The Company operated over 150 manufacturing facilities in 26
countries around the world in fiscal 2000. Sales outside the United States
accounted for approximately 50% of total sales in fiscal 2000.

ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934
FOR THE FISCAL YEAR ENDED SEPTEMBER 30, 2000
COMMISSION FILE NUMBER 1-15983
--------------------------

ARVINMERITOR, INC.
(EXACT NAME OF REGISTRANT AS SPECIFIED IN ITS CHARTER)

<TABLE>
<S>                                              <C>
              INDIANA                                        38-3354643
(STATE OR OTHER JURISDICTION OF                          (I.R.S. EMPLOYER
INCORPORATION OR ORGANIZATION)                          IDENTIFICATION NO.)

      2135 WEST MAPLE ROAD                                   48084-7186
         TROY, MICHIGAN                                      (ZIP CODE)
(ADDRESS OF PRINCIPAL EXECUTIVE OFFICES)
</TABLE>

REGISTRANT'S TELEPHONE NUMBER, INCLUDING AREA CODE: (248) 435-1000
--------------------------

SECURITIES REGISTERED PURSUANT TO SECTION 12(b) OF THE ACT:

<TABLE>
<CAPTION>
          TITLE OF EACH CLASS                     NAME OF EACH EXCHANGE ON WHICH RE
          -------------------                     ---------------------------------
<S>                                              <C>
      Common Stock, $1 Par Value                     New York Stock Exchange
    (including the associated Preferred
        Share Purchase Rights)
</TABLE>

SECURITIES REGISTERED PURSUANT TO SECTION 12(g) OF THE ACT:  NONE
--------------------------

     Indicate by check mark whether the registrant (1) has filed all reports
required to be filed by Section 13 or 15(d) of the Securities Exchange Act of
1934 during the preceding 12 months (or for such shorter period that the
registrant was required to file such reports), and (2) has been subject to such
filing requirements for the past 90 days.  Yes [X]  No [ ]

     Indicate by check mark if disclosure of delinquent filers pursuant to Item
405 of Regulation S-K is not contained herein, and will not be contained, to the
best of registrant's knowledge, in definitive proxy or information statements
incorporated by reference in Part III of this Form 10-K or any amendment to this
Form 10-K  [X]

     The aggregate market value of the registrant's voting stock held by
non-affiliates of the registrant on November 30, 2000 was approximately $871.2
million.

     66,930,340 shares of the registrant's Common Stock, par value $1 per share,
were outstanding on November 30, 2000.

DOCUMENTS INCORPORATED BY REFERENCE

(1) Certain information contained in the Annual Report to Shareowners of the
    registrant for the fiscal year ended September 30, 2000 is incorporated by
    reference into Part I, Part II and Part IV.

(2) Certain information contained in the Proxy Statement for the Annual Meeting

-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
 MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGj1WyK3XmZv3dTINen
 TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
 KVob4vwVZLQR3YXdw3s0djcuF05Wus070I2MQPDR7/TQzWjNe4uV1ZU4QybFXLTH
 0xyJLHgZxyDvS+kvMhk2DA==

&lt;SEC-DOCUMENT&gt;0000950123-00-011696.txt : 20001222
&lt;SEC-HEADER&gt;0000950123-00-011696.hdr.sgml : 20001222
ACCESSION NUMBER:                0000950123-00-011696
CONFORMED SUBMISSION TYPE:       10-K405
PUBLIC DOCUMENT COUNT:           16
CONFORMED PERIOD OF REPORT:      20000930
FILED AS OF DATE:                20001221

FILER:

        COMPANY DATA:
                COMPANY CONFORMED NAME:               ARVINMERITOR INC
                CENTRAL INDEX KEY:                    0001113256
                STANDARD INDUSTRIAL CLASSIFICATION:   MOTOR VEHICLE PARTS & ACCE
                IRS NUMBER:                           383354643
                STATE OF INCORPORATION:               IN
                FISCAL YEAR END:                      0930

        FILING VALUES:
                FORM TYPE:              10-K405
                SEC ACT:
                SEC FILE NUMBER:        001-15983
                FILM NUMBER:            793027

        BUSINESS ADDRESS:
                STREET 1:       2135 W MAPLE ROAD
                CITY:           TROY
                STATE:          MI
                ZIP:            48084
                BUSINESS PHONE: 2484351000

        FORMER COMPANY:
                FORMER CONFORMED NAME:  MU SUB INC
                DATE OF NAME CHANGE:    20000501
&lt;/SEC-HEADER&gt;
&lt;DOCUMENT&gt;
&lt;TYPE&gt;10-K405
&lt;SEQUENCE&gt;1
&lt;FILENAME&gt;y43624e10-k405.txt
&lt;DESCRIPTION&gt;ARVINMERITOR, INC.
&lt;TEXT&gt;

&lt;PAGE&gt;   1

---
---
---

### UNITED STATES
### SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

---

### FORM 10-K

RECEIVED
BOWMAN AND BROOKE
JAN 1 1 2001
TO ____ KCH

228125/82238

FILE COPY

JOIN
GIFFORD, VERNON & BARKER
JAMES M. BARKER, ESQ.
Nevada Bar No. 5213
732 S. Sixth Street, Suite 100
Las Vegas, Nevada 89101
(702) 383-0110
Attorneys for Defendant,
*Borg-Warner Automotive, Inc.*

*DISTRICT COURT*

*CLARK COUNTY, NEVADA*

| | |
|---|---|
| VICKY FRANZ,<br><br>        Plaintiff,<br><br>vs.<br><br>ARMSTRONG WORLD INDUSTRIES, INC.; ATLAS TURNER, INC.; ASBESTOS CLAIMS MANAGEMENT CORPORATION; ASBESTOS CORPORATION LIMITED; BELL ASBESTOS MINES LTD.; CERTAIN-TEED CORPORATION; THE FLINTKOTE COMPANY; GAF CORPORATION; HILL BROTHERS CHEMICAL COMPANY; JIM WALTER CORPORATION; KEENE CORPORATION; L.H. BUTCHER COMPANY; OWENS CORNING; RAPID-AMERICAN CORPORATION; SOCO-LYNCH CORPORATION; T&N PLC; THORPE INSULATION COMPANY; UNION CARBIDE CORPORATION; UNITED STATES GYPSUM COMPANY; UNITED STATES MINERAL PRODUCTS COMPANY; W.R. GRACE & CO.-CONN.; METROPOLITAN LIFE INSURANCE COMPANY; INTERNATIONAL TRUCK AND ENGINE CORPORATION; BOEING NORTH AMERICAN, INC.; MERITOR AUTOMOTIVE, INC.; HONEYWELL INTERNATIONAL, INC.; THE BUDD COMPANY; CARLISLE CORPORATION; DAIMLERCHRYSLER CORPORATION; DANA CORPORATION; FORD MOTOR COMPANY; BRIDGESTONE/ FIRESTONE, INC.; GENERAL MOTORS CORPORATION; LEAR-SIEGLER DIVERSIFIED | CASE NO.:  A425692<br>DEPT. NO.:  II<br><br><br>**_JOINDER IN NOTICE OF REMOVAL_** |

*(sidebar vertical text)* GIFFORD, VERNON & BARKER  ATTORNEYS AT LAW  732 SOUTH SIXTH STREET, SUITE 100  LAS VEGAS, NEVADA 89101  (702) 383-0110 • (702) 383-7087

1｜8｜01

1  HOLDINGS CORPORATION; MAREMONT          )
2  CORPORATION; MOOG AUTOMOTIVE, INC.;     )
   PARKER-HANNIFIN CORPORATION;            )
3  PNEUMO ABEX CORPORATION; STANDARD       )
   MOTOR PRODUCTS, INC.; MORTON            )
4  INTERNATIONAL, INC.; SCANDURA, INC.;    )
   GATKE CORPORATION; BRASSBESTOS          )
5  BRAKE LINING COMPANY; H. KRASNE         )
   MANUFACTURING COMPANY; RITESET          )
6  MANUFACTURING COMPANY; AUTO             )
7  SPECIALISTS, INC.; BORG-WARNER          )
   AUTOMOTIVE, INC.; ASBESTOS              )
8  MANUFACTURING COMPANY; FIBRE &          )
   METAL PRODUCTS COMPANY; LASCO           )
9  BRAKE PRODUCTS; L.J. MILEY COMPANY;     )
10 ROSSENDALE-RUBOIL COMPANY;              )
   SOUTHERN FRICTION MATERIALS             )
11 COMPANY; U.S. SPRING & BUMPER           )
12 COMPANY; AUTO FRICTION CORPORATION;     )
   EMSCO ASBESTOS COMPANY; FORCEE          )
13 MANUFACTURING CORPORATION;              )
   MOLDED INDUSTRIAL FRICTION              )
14 CORPORATION; NATIONAL TRANSPORT         )
15 SUPPLY, INC.; SILVER LINE PRODUCTS, INC.;)
   STANDCO, INC.; UNIVERSAL FRICTION       )
16 MATERIALS COMPANY; WHEELING BRAKE       )
   BLOCK MANUFACTURING COMPANY; and        )
17 DOES 1 through 500, inclusive,          )
                                           )
18                                         )
                    Defendants.            )
19 ─────────────────────────────────────────)

20              __*JOINDER IN NOTICE OF REMOVAL*__

21         BORG-WARNER AUTOMOTIVE, INC., by and through its undersigned attorney,

22 hereby joins in the Notice of Removal filed by Defendants Ford Motor Company and the

23

24 / / /

25 / / /

26 / / /

27 / / /

28

2

GIFFORD, VERNON & BARKER

ATTORNEYS AT LAW
711 SOUTH SIXTH STREET, SUITE 100
LAS VEGAS, NEVADA 89101
(702) 384-6110 • (702) 384-7867

Flintkote in this action.

DATED this _8th_ day of January, 2001.

GIFFORD, VERNON & BARKER

JAMES M. BARKER, ESQ.
Nevada Bar No. 5213
732 S. Sixth Street, Suite 100
Las Vegas, Nevada 89101
(702) 383-0110
Attorneys for Defendant,
*Borg-Warner Automotive, Inc.*

## CERTIFICATE OF MAILING

I hereby certify that on the _8th_ day of January, 2001, I mailed a copy of the foregoing

*Joinder in Notice of Removal* in a sealed envelope, to the following counsel of record and that

postage was fully prepaid thereon:

Stephen J. Healey, Esq.
Brayton, Purcell, Curtis & Geagan
222 Rush Landing Road
Novato, CA 94945
Attorneys for Plaintiff

Stephanie Cooper Christensen, Esq.
The Cooper Christensen Law Firm
4411 South Pecos Road
Las Vegas, Nevada 89121
Attorney for Defendant, Thorpe
Insulation Company

Prindle, Decker & Amaro
369 Pine Street, Suite 800
San Francisco, CA 94104
Attorneys for Defendant,
A.P. Green Industries, Inc.

Bennett, Samuelsen, et al.
1951 Webster Street, Suite 200
Oakland, CA 94612-2940
Attorneys for Defendant,
Gatke Corporation

Preuss, Walker & Shanagher
225 Bush Street, 15th Floor
San Francisco, CA 94104-4207
Attorneys for Defendant,
Lake Asbestos of Quebec, Inc.

Sedgewick, Detert, et al.
3 Park Plaza, 17th Floor
Irvine, California 92714-8505
Attorneys for Defendant,
Gatke Corporation

GIFFORD, VERNON & BARKER
ATTORNEYS AT LAW
732 SOUTH SIXTH STREET, SUITE 100
LAS VEGAS, NEVADA 89101
(702) 383-0110 • (702) 383-7007

McQuaid, Metzler, et al.
The Penthouse
221 Main Street, 16th Fl.
San Francisco, CA 94105-1936
Attorneys for Defendant,
Georgia-Pacific Corporation

Lynberg & Watkins
888 South Figueroa St., 16th Fl.
Los Angeles, CA 90017
Attorneys for Defendant,
Hill Brothers Chemical Co.

Thelen, Reid & Priest, LLP
101 Second Street, #1800
San Francisco, CA 94105-3601
Attorneys for Defendant,
Carlisle Corporation

Schaffer & Lax
5757 Wilshire Blvd. Suite 600
Los Angeles, CA 90036-3664
Attorneys for Defendant,
United States Mineral Products

Scadden, Hamilton & Ryan
220 Montgomery Street, 13th Fl.
San Francisco, CA 94104-3419
Attorneys for Defendant,
Foster Wheeler Corp.

Mark Rosenthal, P.C.
425 California Street, #2500
San Francisco, CA 94104
Attorneys for Defendant,
Crown Cork & Seal Co., Inc.

Peter J. Smith, Esq.
300 West Second St.
Carson City, Nevada 89703
Attorneys for Defendant,
Carlisle Corporation

Sedgewick, Detert, et al.
One Embarcadero Center
16th Floor
San Francisco, CA 94111
Attorneys for Defendant,
Gatke Corporation and Soco-Lynch Corp.

Lewis & Roca, LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89109
Attorneys for Defendant,
G-I Holdings, Inc.

Knox Ricksen, LLP
2101 Webster Street, #650
Oakland, CA 94612-3069
Attorneys for Defendant,
Combustion Engineering, Inc.

Keesal, Young & Logan
Four Embarcadero Ctr., #1500
San Francisco, CA 94111
Attorneys for Defendant,
Lear-Siegler Diversified Holdings

Jones Vargas
Third Floor South
3773 Howard Hughes Pkwy.
Las Vegas, Nevada 89109-0949
Attorneys for Defendant, The Rudd Co.

Haight, Brown & Bonesteel
100 Bush Street, 27th Floor
San Francisco, CA 94104-3902
Attorneys for Defendant,
T&N, PLC

Georgeson, Thompson & Angaran
100 West Grove St., Suite 500
Reno, Nevada 89509
Attorneys for Defendant,
Honeywell International, Inc.

GIFFORD, VERNON & BARKER
ATTORNEYS AT LAW
733 SOUTH SIXTH STREET, SUITE 100
LAS VEGAS, NEVADA 89101
(702) 382-4411 • (702) 382-7887

4

1  William E. Cooper, Esq.
601 E. Bridger Avenue
2  Las Vegas, Nevada 89101
Attorneys for Defendants,
3  Standard Motor Products, Inc. and
Parker-Hannifin Corporation
4

5  Barron, Vivone, Holland & Pruitt
1404 S. Jones Blvd.
6  Las Vegas, Nevada 89146
Attorneys for Defendant,
7  Boeing North American, Inc.

8

9  Baker & Hostetler, LLP
303 E. 17th Ave, Suite 1100
10  Denver, Colorado 80203
Attorneys for Defendants, United
11  States Gypsum Company, Union
Carbide Corp., Maremont Corp.,
12  Dana Corp., Certainteed Corp. and
Armstrong World Industries, Inc.
13

14

15

16

Bowman & Brook, LLP
2929 North Central Ave., #1700
Phoenix Plaza
Phoenix, AZ 85012-2761
Attorneys for Defendant,
Ford Motor Company

Baronian Law Firm
301 E. Colorado Blvd., #618
Pasadena, CA 91101
Attorneys for Defendant,
Carlisle Corporation

An Employee of Gifford, Vernon & Barker

17

18

19

20

21

22

23

24

25

26

27

28

GIFFORD, VERNON & BARKER
ATTORNEYS AT LAW
711 SOUTH SIXTH STREET, SUITE 100
LAS VEGAS, NEVADA 89101
(702) 384-8114 • (702) 382-7087

5

1/9/01

1  WILLIAM H. PRUITT
   Nevada Bar No. 6783
2  BARRON, VIVONE, HOLLAND & PRUITT, CHTD.
   1404 South Jones Boulevard
3  Las Vegas, Nevada 89146
   Telephone: (702) 870-3940
4
   SHEA & GARDNER
5  David Booth Beers
   David R. Esquivel
6  1800 Massachusetts Avenue, N.W.
   Washington, D. C.  20036
7  (202) 828-2000

8  Attorneys for Defendant
   ArvinMeritor, Inc. (successor to defendant
9  Meritor Automotive, Inc.)

```
┌─────────────────────┐
│     RECEIVED        │
│ BOWMAN AND BROOKE    │
│                     │
│    JAN 12 2001       │
│  TO  KCH             │
└─────────────────────┘
  228125/82238
```

**FILE COPY**

10

11              IN THE UNITED STATES DISTRICT COURT

12              IN AND FOR THE STATE OF NEVADA

13  VICKY FRANZ,                    )    CASE NO.: CV-S-00-1460-KJD
                                    )
14              Plaintiff,          )    MEMORANDUM OF DEFENDANT
                                    )    ARVINMERITOR, INC. REGARDING
15  vs.                             )    REMOVAL AND JOINDER IN
                                    )    REMOVAL
16  ARMSTRONG WORLD INDUSTRIES,     )
    INC., et al.,                   )
17                                  )
                                    )
18              Defendants.         )
   ─────────────────────────────── )
19

20       ArvinMeritor, Inc., (successor to defendant Meritor Automotive, Inc.) submits this

21  memorandum in response to plaintiff's Motion for Order Remanding Action.  Plaintiff's motion

22  to remand this action is premised on the arguments that ArvinMeritor and Meritor Automotive

23  are corporations organized under the laws of Nevada, and that not all defendants have joined in

    the removal of the action.
24
         The named defendant, Meritor Automotive, was organized under the laws of Delaware,
25
    but was no longer in existence at the time the complaint in this action was filed in October 2000.
26
    The successor by merger to Meritor Automotive, ArvinMeritor, Inc., is also not organized under
27
    the laws of Nevada, but under the laws of Indiana, and its principal place of business is in Troy,
28

BARRON, VIVONE, HOLLAND & PRUITT, CHTD.
ATTORNEYS AT LAW
1404 SOUTH JONES BLVD.
LAS VEGAS, NEVADA 89146
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

1  Michigan.  Accordingly, neither that named defendant nor its successor has been a resident of the

2  State of Nevada at or since the filing of the complaint.  This corporate history is set out in

3  ArvinMeritor's Form 10-K, recently filed with the United States Security and Exchange

4  Commission on December 21, 2000.  A copy is attached hereto as Exhibit "A".

5       With regard to consent to removal, ArvinMeritor, as successor to Meritor Automotive, by

6  and through its counsel, hereby joins in defendant The Ford Motor Company's Notice of

7  Removal to the United States District Court, District of Nevada.

8                    BARRON, VIVONE, HOLLAND & PRUITT, CHTD.

9

10     By:  _____
               William H. Pruitt
11               Nevada Bar No. 06783
               1404 South Jones Boulevard
12               Las Vegas, Nevada 89146

13               SHEA & GARDNER
               David Booth Beers
14               David R. Esquivel
               1800 Massachusetts Avenue, N.W.
15               Washington, D. C.  20036
               Attorneys for Defendant
16               ArvinMeritor, Inc. (successor to defendant
                Meritor Automotive, Inc.)

17

18

19

20

21

22

23

24

25

26

27

28

BARRON, VIVONE, HOLLAND & PRUITT, CHTD.
ATTORNEYS AT LAW
1404 SOUTH JONES BLVD.
LAS VEGAS, NEVADA 89146
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

1

## CERTIFICATE OF MAILING/FACSIMILE

2    I hereby certify that service of the foregoing **MEMORANDUM OF DEFENDANT**

3  **ARVINMERITOR, INC.  REGARDING REMOVAL AND JOINDER IN REMOVAL**  was

4  made on the 9th day of January, 2001, by depositing a true copy of same in the United States

5  Mail, at Las Vegas, Nevada, addressed as follows and by facsimile:

6

7  Stephen J. Healy, Esq.
   Brayton, Purcell & Geagan
8  222 Rush Landing Road
   P. O. Box 2109
9  Novato, California 94945
   Attorney for Plaintiff
10 (415) 898-1555 Fax

Grace, Genson, et al.
444 South Flower Street, Suite 1100
Las Vegas, Nevada 90071-2912
Attorney for Defendant
General Motors Corporation

11

12 Archer Norris
   P. O. Box 8035
13 2033 N. Main Street, Suite 800
   Walnut Creek, CA 94596-3728
14 Attorney for Genuine Parts Company

Jack C. Cherry, Esq.
Alverson, Taylor, Mortensen
Nelson & Sanders
7401 West Charleston Blvd.
Las Vegas, Nevada 89117
Attorneys for International Truck and
Engine Corporation

15

16 Baronian Law Firm
   301 East Colorado Blvd., Suite 618
17 Pasadena, CA 91101
   Attorney for Carlisle Corporation

Haight, Brown & Bonesteel
100 Bush Street, 27th Floor
San Francisco, CA 94101-3902
Attorneys for Defendants Armstrong World
Industries, Inc.; Maremont Corporation;
Quigley Company, Inc.; T&N PLC; and
United States Gypsum Company

18

19

20 Daniel Crowley, Esq.
   Booth, Mitchel & Strange
   3435 Wilshire Blvd., 30th Floor
21 Los Angeles, CA 90010-2050
   Attorney for Defendant Borg-Warner
22 Automotive, Inc.

Harrington, Foxx, et al.
650 California Street, 19th Floor
San Francisco, CA 94108
Attorneys for Defendant
John Deere Industrial Equipment

23 Freeburg, Judy & Nettels
   600 South Lake Avenue, Suite 500
24 Pasadena, CA 91106-3907
   Attorney for Defendant The Flintkote
25 Company

Jackson & Wallace
580 California Street, 15th Floor
San Francisco, CA 94104
Attorneys for Defendants The Budd
Company; Hanson Permaneente Cement,
Inc.; and Plan Insulation Company

26

27

28

BARRON, VIVONE, HOLLAND & PRUITT, CHTD.
ATTORNEYS AT LAW
1404 SOUTH JONES BLVD.
LAS VEGAS, NEVADA 89146
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

-3-

BARRON, VIVONE, HOLLAND & PRUITT, CHTD.
ATTORNEYS AT LAW
1404 SOUTH JONES BLVD.
LAS VEGAS, NEVADA 89146
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon & Reese
275 Battery Street, 20th Floor
San Francisco, CA 94111
Attorneys for Defendants
W.R. Grace & Company and Honeywell
International, Inc.

Hassard Bonnington
Two Embaradero Center, Suite 1800
San Francisco, CA 94111-3993
Attorneys for Honeywell International, Inc.

Lombardo & Gilles
318 Cayuga Street
P. O. Box 2119
Salinas, CA 93902-2119
Attorneys for Defendant Morton
International, Inc.

McQuaid, Metzler, et al.
The Penthouse
221 Main Street, 16th Floor
San Francisco, CA 94105-1936
Attorneys for Defendant Pneumo ABEX
Corporation

Stephan, Oringher, et al.
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Attorneys for Defendant Hayes Lemmerz
International

Stevens, Drummond & Gifford
1910 Olympic Boulevard, Suite 250
Walnut Creek, CA 94596
Attorneys for Defendant Moog Automotive,
Inc.

Perkins Cole
1620 26th Street, 6th Floor
Santa Monica, CA 90404
Attorneys for Defendant W.R. Grace & Co.

Pond, North & Hugo
110 Pine Avenue, Suite 1101
Long Beach, CA 90802
Attorneys for Defendant GAF Corporation

Koesal, Young & Logan
Four Embaradero Center, Suite 1500
San Francisco, CA 94111
Attorneys for Defendant Lear-Siegler
Diversified Holding

Kinsella, Boesche, et al.
1901 Avenue of the Stars, 7th Floor
Los angeles, CA 90067
Attorneys for Defendant Standard Motor
Products, Inc.

Sedwick, Detert, et al.
801 South Figueroa Street, 18th Floor
Los Angeles, CA 90017
Attorneys for Defendants Caterpillar, Inc. and
Scandura, Inc.

Law Offices of Peter J. Nova
P. O. Box 1328
456 Patten Street
Sonoma, CA 95476
Attorneys for Defendants
Parker, Hannifin Corporation and Standard
Motor Products, Inc.

Scadden, Hamilton & Ryan
200 Montgomery Street, 13th Floor
San Francisco, CA 94104-3419
Attorneys for Defendant Parker, Hannifin
Corporation

Theien Reid & Priest, LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3601
Attorneys for Defendants Carlisle
Corporation and Rapid-American Corporation

Michael McCall, Esq.
Walsworth, Franklin, et al.
1 City Boulevard West, 5th Floor
Orange, CA 92868-3604
Attorneys for Defendant Quintec Industries,
Inc.

Wait & Shaffer
305 West Moana Lane, Second Floor
P. O. Box 719
Reno, Nevada 89504-0719
Attorneys for Defendant The Flintkote
Company

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Greg W. Marsh, Esq.
731 South Seventh Street
Las Vegas, Nevada 89101

Thomas C. Howard, Esq.
Curtis C. Busby, Esq.
Bowman and Brooke LLP
Suite 1700, Phoenix Plaza
2929 North Central Avenue
Phoenix, Arizona 85012-2761
(602) 248-0947 Fax

Ebert, Chase & Christiansen
1160 Town Center Drive, #210
Las Vegas, Nevada 89144

Hinshaw & Clubertson
(415) 834-9070 Fax

An employee of BARRON, VIVONE, HOLLAND & PRUITT, CHTD.

BARRON, VIVONE, HOLLAND & PRUITT, CHTD.
ATTORNEYS AT LAW
1404 SOUTH JONES BLVD.
LAS VEGAS, NEVADA 89146
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

-5-

**EXHIBIT 'A'**

of Shareowners of the registrant to be held on February 14, 2001 is
incorporated by reference into Part III.

- ------------------------------------------------------------------------
- ------------------------------------------------------------------------
<PAGE>   2

PART I

ITEM 1.  BUSINESS.

GENERAL

ArvinMeritor, Inc. (the "Company" or "ArvinMeritor"), headquartered in
Troy, Michigan, is a leading global supplier of a broad range of integrated
systems, modules and components serving light vehicle, commercial truck, trailer
and specialty original equipment manufacturers and certain aftermarkets. The
Company also provides coil coating services to the transportation, appliance,
construction and furniture industries.

ArvinMeritor was incorporated in Indiana in March 2000 in connection with
the merger (the "Merger") of Meritor Automotive, Inc. ("Meritor") and Arvin
Industries, Inc. ("Arvin"). The Merger was effected in two steps: (1) Meritor, a
Delaware corporation, reincorporated in Indiana by merging into ArvinMeritor,
its wholly-owned subsidiary, and (2) immediately thereafter, Arvin merged into
ArvinMeritor. The Merger was effective on July 7, 2000.

Prior to the Merger, Meritor was a Delaware corporation formed in
connection with the September 30, 1997 distribution by Rockwell International
Corporation, Meritor's former parent company ("Rockwell"), to Rockwell
shareowners on a pro rata basis of all of the issued and outstanding shares of
Meritor's common stock. Prior to this distribution, Rockwell transferred
substantially all of its operations, assets and liabilities related to the
automotive businesses then owned and operated by Rockwell (including liabilities
relating to former operations) to Meritor and its subsidiaries.

As used herein, the terms "Company" and "ArvinMeritor" include subsidiaries
and predecessors unless the context indicates otherwise.

Whenever an item of this Annual Report on Form 10-K refers to information
under specific captions of the 2000 Annual Report to Shareowners of the Company
(the "2000 Annual Report") or to information in the Proxy Statement for the
Annual Meeting of Shareowners of the Company to be held on February 14, 2001
(the "2001 Proxy Statement"), the information is incorporated in that item by
reference.

References in this Annual Report on Form 10-K to the Company's being a
leading supplier or the world's leading supplier, and other similar statements
as to the Company's relative market position, are based principally on
calculations made by the Company based on information collected by the Company,
including Company and industry sales data obtained from internal and available
external sources, as well as Company estimates. In addition to such quantitative
data, the Company's statements are based on other competitive factors such as
the Company's technological capabilities, its research and development efforts
and innovations and the quality of its products and services, in each case
relative to that of its competitors in its addressed markets.

ArvinMeritor serves a broad range of original equipment manufacturer
("OEM") customers worldwide, including truck OEMs, light vehicle OEMs,
semi-trailer producers and off-highway and specialty vehicle manufacturers, and
the related aftermarkets. Its ten largest customers accounted for 62% of total
fiscal 2000 sales. The Company operated over 150 manufacturing facilities in 26
countries around the world in fiscal 2000. Sales outside the United States
accounted for approximately 50% of total sales in fiscal 2000.

ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934
FOR THE FISCAL YEAR ENDED SEPTEMBER 30, 2000
COMMISSION FILE NUMBER 1-15983
---------------------------

ARVINMERITOR, INC.
(EXACT NAME OF REGISTRANT AS SPECIFIED IN ITS CHARTER)

<TABLE>
<S>                                          <C>

                INDIANA                                    38-3354643
    (STATE OR OTHER JURISDICTION OF                   (I.R.S. EMPLOYER
     INCORPORATION OR ORGANIZATION)                  IDENTIFICATION NO.)


        2135 WEST MAPLE ROAD                           48084-7186
          TROY, MICHIGAN                                (ZIP CODE)
   (ADDRESS OF PRINCIPAL EXECUTIVE OFFICES)
</TABLE>

REGISTRANT'S TELEPHONE NUMBER, INCLUDING AREA CODE: (248) 435-1000
---------------------------

SECURITIES REGISTERED PURSUANT TO SECTION 12(b) OF THE ACT:

<TABLE>
<CAPTION>
        TITLE OF EACH CLASS               NAME OF EACH EXCHANGE ON WHICH RE
        -------------------               ---------------------------------
<S>                                          <C>
        Common Stock, $1 Par Value               New York Stock Exchange
     (including the associated Preferred
          Share Purchase Rights)
</TABLE>

SECURITIES REGISTERED PURSUANT TO SECTION 12(g) OF THE ACT:   NONE
         ---------------------------

        Indicate by check mark whether the registrant (1) has filed all reports
required to be filed by Section 13 or 15(d) of the Securities Exchange Act of
1934 during the preceding 12 months (or for such shorter period that the
registrant was required to file such reports), and (2) has been subject to such
filing requirements for the past 90 days.  Yes [X]  No [ ]

        Indicate by check mark if disclosure of delinquent filers pursuant to Item
405 of Regulation S-K is not contained herein, and will not be contained, to the
best of registrant's knowledge, in definitive proxy or information statements
incorporated by reference in Part III of this Form 10-K or any amendment to this
Form 10-K   [X]

        The aggregate market value of the registrant's voting stock held by
non-affiliates of the registrant on November 30, 2000 was approximately $871.2
million.

        66,930,340 shares of the registrant's Common Stock, par value $1 per share,
were outstanding on November 30, 2000.

                    DOCUMENTS INCORPORATED BY REFERENCE

(1) Certain information contained in the Annual Report to Shareowners of the
    registrant for the fiscal year ended September 30, 2000 is incorporated by
    reference into Part I, Part II and Part IV.

(2) Certain information contained in the Proxy Statement for the Annual Meeting

-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
 MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
 TWSM7vrzLADbmYQa1onwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
 KVob4vwVZLQR3YXdw3s0djcuF05Wus070I2MQPDR7/TQzWjNe4uVlZU4QybFXLTH
 0xyJLHgZxyDvS+kvMhk2DA==

<SEC-DOCUMENT>0000950123-00-011696.txt : 20001222
<SEC-HEADER>0000950123-00-011696.hdr.sgml : 20001222
ACCESSION NUMBER:		0000950123-00-011696
CONFORMED SUBMISSION TYPE:	10-K405
PUBLIC DOCUMENT COUNT:		16
CONFORMED PERIOD OF REPORT:	20000930
FILED AS OF DATE:		20001221

FILER:

	COMPANY DATA:
		COMPANY CONFORMED NAME:		ARVINMERITOR INC
		CENTRAL INDEX KEY:		0001113256
		STANDARD INDUSTRIAL CLASSIFICATION:	MOTOR VEHICLE PARTS & ACCE
		IRS NUMBER:			383354643
		STATE OF INCORPORATION:		IN
		FISCAL YEAR END:		0930

	FILING VALUES:
		FORM TYPE:		10-K405
		SEC ACT:
		SEC FILE NUMBER:	001-15983
		FILM NUMBER:		793027

	BUSINESS ADDRESS:
		STREET 1:		2135 W MAPLE ROAD
		CITY:			TROY
		STATE:			MI
		ZIP:			48084
		BUSINESS PHONE:		2484351000

	FORMER COMPANY:
		FORMER CONFORMED NAME:	MU SUB INC
		DATE OF NAME CHANGE:	20000501
</SEC-HEADER>
<DOCUMENT>
<TYPE>10-K405
<SEQUENCE>1
<FILENAME>y43624e10-k405.txt
<DESCRIPTION>ARVINMERITOR, INC.
<TEXT>

<PAGE>   1


- ---------------------------------------------------------------------------
- ---------------------------------------------------------------------------

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549
--------------------------

FORM 10-K

12/28/00

1   **JOIN**
    JACK C. CHERRY, ESQ.
2   Nevada Bar No. 000174
    ALVERSON, TAYLOR, MORTENSEN,
3   NELSON & SANDERS
    7401 West Charleston Boulevard
4   Las Vegas, Nevada 89117
    (702) 384-7000
5   Attorneys for Defendant
    International Truck and Engine Corporation
6

7                      **UNITED STATES DISTRICT COURT**

8                          **DISTRICT OF NEVADA**

9
    VICKI FRANZ,                                    )
10                                                  )
          Plaintiff,                                )   Case No. _____
11                                                  )
          vs.                                       )
12                                                  )
    ARMSTRONG WORLD INDUSTRIES, INC.; ATLAS         )   **INTERNATIONAL TRUCK**
13  TURNER, INC.; ASBESTOS CLAIMS                   )   **AND ENGINE**
    MANAGEMENT CORPORATION; ASBESTOS                )   **CORPORATION'S JOINDER**
14  CORPORATION LIMITED; BELL ASBESTOS              )   **IN NOTICE OF REMOVAL**
    MINES LTD.; CERTAIN-TEED CORPORATION;           )   **FILED BY DEFENDANT**
15  THE FLINTKOTE COMPANY; GAF                      )   **FORD MOTOR COMPANY**
    CORPORATION; HILL BROTHERS CHEMICAL             )
16  COMPANY; JIM WALTER CORPORATION; KEENE          )
    CORPORATION; L.H. BUTCHER COMPANY;              )
17  OWENS CORNING; RAPID-AMERICAN                   )
    CORPORATION; SOCO-LYNCH CORPORATION;            )
18  T&N PLC; THORPE INSULATION COMPANY;             )
    UNION CARBIDE CORPORATION; UNITED               )
19  STATES GYPSUM COMPANY; UNITED STATES            )
    MINERAL PRODUCTS COMPANY; W.R. GRACE &          )
20  CO.–CONN.; METROPOLITAN LIFE INSURANCE          )
    COMPANY; INTERNATIONAL TRUCK AND                )
21  ENGINE CORPORATION; BOEING NORTH                )
    AMERICAN, INC.; MERITOR AUTOMOTIVE, INC.;       )
22  HONEYWELL INTERNATIONAL, INC.; THE BUDD         )
    COMPANY; CARLISLE CORPORATION;                  )
23  DAIMLERCHRYSLER CORPORATION; DANA               )
    CORPORATION; FORD MOTOR COMPANY;                )
24  BRIDGESTONE/FIRESTONE, INC.; GENERAL            )
    MOTORS CORPORATION; LEAR-SIEGLER                )
25  DIVERSIFIED HOLDINGS CORPORATION;               )
    MAREMONT CORPORATION; MOOG                      )
26  AUTOMOTIVE, INC.; PARKER-HANNIFIN               )
    CORPORATION; PNEUMO ABEX CORPORATION;           )
27  STANDARD MOTOR PRODUCTS, INC.; MORTON           )
    INTERNATIONAL, INC.; SCANDURA, INC.; GATKE      )
28

ALVERSON, TAYLOR, MORTENSEN, NELSON & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117
(702) 384-7000

1  CORPORATION; BRASSBESTOS BRAKE LINING   )
   COMPANY; H. KRASNE MANUFACTURING        )
2  COMPANY; RITESET MANUFACTURING          )
   COMPANY; AUTO SPECIALTIES, INC.; BORG-   )
3  WARNER AUTOMOTIVE, INC.; ASBESTOS       )
   MANUFACTURING COMPANY; FIBRE & METAL    )
4  PRODUCTS COMPANY; LASCO BRAKE           )
   PRODUCTS; L.J. MILEY COMPANY; ROSENDALE-  )
5  RUBOIL COMPANY; SOUTHERN FRICTION        )
   MATERIALS COMPANY; U.S. SPRING & BUMPER  )
6  COMPANY; AUTO FRICTION CORPORATION;      )
   EMSCO ASBESTOS COMPANY; FORCEE          )
7  MANUFACTURING CORPORATION; MOLDED       )
   INDUSTRIAL FRICTION CORPORATION;        )
8  NATIONAL TRANSPORT SUPPLY, INC.; SILVER  )
   LINE PRODUCTS, INC.; STANDCO, INC.;      )
9  UNIVERSAL FRICTION MATERIALS COMPANY;    )
   WHEELING BRAKE BLOCK MANUFACTURING      )
10 COMPANY; and DOES 1 through 500, inclusive.  )
                                            )
11      Defendants.                         )
                                            )
12 _____  )

13          **DEFENDANT INTERNATIONAL TRUCK AND ENGINE**
14              **CORPORATION'S JOINDER IN NOTICE OF**
            **REMOVAL FILED BY DEFENDANT FORD MOTOR COMPANY**

15      Defendant Bridgestone/Firestone, Inc. (hereinafter referred to as "BFS"), by and

16 through its counsel of record, Alverson, Taylor, Mortensen, Nelson & Sanders, hereby joins

17 . . .

18

19 . . .

20

21 . . .

22

23 . . .

24

25 . . .

26

27 . . .

28

                                    2

ALVERSON, TAYLOR, MORTENSEN, NELSON & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117
(702) 384-7000

1  in Defendant Ford Motor Company's Notice of Removal to the United States District Court,

2  District of Nevada.

3        DATED this 28th day of December, 2000.

4                          ALVERSON, TAYLOR, MORTENSEN,
                            NELSON & SANDERS

5

6

7

8                          JACK C. CHERRY, ESQ.
                           Nevada Bar No. 000174

9                          7401 West Charleston Boulevard
                           Las Vegas, Nevada 89117

10                         Attorneys for Defendant
                           International Truck and Engine Corporation

11

12        **CERTIFICATE OF SERVICE BY FACSIMILE TRANSMISSION**

13        I hereby certify that on the 28th day of December, 2000, service of the foregoing

14  **INTERNATIONAL TRUCK AND ENGINE CORPORATION'S JOINDER IN NOTICE OF**

15  **REMOVAL FILED BY DEFENDANT FORD MOTOR COMPANY** was made by facsimile

16  transmission only, pursuant to the amendment to the Eighth Judicial District Court Rule 7.26,

17  this date by faxing a true and correct copy of the same to each party addressed as follows:

18  Stephen J. Healy, Esq.
    Brayton, Purcell & Geagan

19  222 Rush Landing Road
    P. O. Box 2109

20  Novato, California 94945
    Attorneys for Plaintiffs

21  fax (415) 898-1247

22

23

24

25                         Employee of Alverson, Taylor, Mortensen,
                           Nelson & Sanders

26

27

28

                                3

*Left margin (vertical):* ALVERSON, TAYLOR, MORTENSEN, NELSON & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117
(702) 384-7000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALVERSON, TAYLOR, MORTENSEN, NELSON & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117
(702) 384-7000

### CERTIFICATE OF MAILING

I hereby certify that I am an employee of the law firm of Alverson, Taylor, Mortensen, Nelson & Sanders, and that on the 28th day of December, 2000, I caused to be deposited, in a sealed envelope, a true and correct copy of the foregoing **INTERNATIONAL TRUCK AND ENGINE CORPORATION'S JOINDER IN NOTICE OF REMOVAL FILED BY DEFENDANT FORD MOTOR COMPANY** in the United States mail, with postage fully prepaid, addressed as follows:

Archer Norris
P. O. Box 8035
2033 N. Main Street, Suite 800
Walnut Creek, CA 94596-3728
Attorney for Genuine Parts Company

Baronian Law Firm
301 East Colorado Blvd., Suite 618
Pasadena, CA 91101
Attorney for Carlisle Corporation

Daniel Crowley, Esq.
Booth, Mitchel & Strange
3435 Wilshire Blvd., 30th Floor
Los Angeles, CA 90010-2050
Attorney for Defendant
Borg-Warner Automotive, Inc.

Filice, Brown, Eassa & McLeod
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Attorney for Defendant
Ford Motor Company

Freeburg, Judy & Nettels
600 South Lake Avenue, Suite 500
Pasadena, CA 91106-3907
Attorney for Defendant
The Flintkote Company

Gordon & Rees
275 Battery Street, 20th Floor
San Francisco, CA 94111
Attorneys for Defendants
W.R. Grace & Company and
Honeywell International, Inc.

Hassard Bonnington
Two Embarcadero Center, Suite 1800
San Francisco, CA 94111-3993
Attorneys for Honeywell International, Inc.

Grace, Genson, et al
444 South Flower Street, Suite 1100
Los Angeles, CA 90071-2912
Attorney for Defendant
General Motor Corporation

Haight, Brown & Bonesteel
100 Bush Street, 27th Floor
San Francisco, CA 94104-3902
Attorneys for Defendants
Armstrong World Industries, Inc.;
Maremont Corporation;
Quigley Company, Inc.;
T & N PLC; and
United States Gypsum Company

Harrington, Foxx, et al
650 California St., 19th Floor
San Francisco, CA 94108
Attorneys for Defendant
John Deere Industrial Equipment

Jackson & Wallace
580 California Street, 15th Floor
San Francisco, CA 94104
Attorneys for Defendants
The Budd Company;
Hanson Permaneente Cement, Inc.; and
Plan Insulation Company

Koesal, Young & Logan
Four Embarcadero Center, Suite 1500
San Francisco, CA 94111
Attorneys for Defendant
Lear-Siegler Diversified Holding

Kinsella, Boesch, et al
1901 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Attorneys for Defendant
Standard Motor Products, Inc.

4

01/08/01 15:37  To:12174/Curtis Busby          From:Yvette Howard          3857000          Page 6/6

ALVERSON, TAYLOR, MORTENSEN, NELSON & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117
(702) 384-7000

1   Lombardo & Gilles
2   318 Cayuga Street
    P. O. Box 2119
3   Salinas, CA 93902-2119
    Attorneys for Defendant
4   Morton International, Inc.

5   McQuaid, Metzler, et al
    The Penthouse
6   221 Main Street, 16th Floor
    San Francisco, CA 94105-1936
7   Attorneys for Defendant
    Pneumo ABEX Corporation

8   Law Offices Peter J. Nova
    P. O. Box 1328
9   456 Patten Street
    Sonoma, CA 95476
10  Attorneys for Defendants
    Parker, Hannifin Corporation and
11  Standard Motor Products, Inc.

12  Scadden, Hamilton & Ryan
    200 Montgomery Street, 13th Floor
13  San Francisco, CA 94104-3419
    Attorneys for Defendant
14  Parker, Hannifin Corporation

15  Perkins Cole
    1620 26th Street, 6th Floor
16  Santa Monica, CA 90404
    Attorneys for Defendant
17  W.R. Grace & Co.

18  Pond, North & Hugo
    110 Pine Avenue, Suite 1101
19  Long Beach, CA 90802
    Attorneys for Defendant
20  GAF Corporation

21  Wait & Shaffer
    305 West Moana Lane, Second Floor
22  P.O. Box 719
    Reno, NV 89504-0719
23  Attorneys for Defendant
    The Flintkote Company

24

25

26

27

28

H:\Z_CLIENT\12176\12176 join removal.wpd

Sedgwick, Detert, et al
801 South Figueroa Street, 18th Floor
Los Angeles, CA 90017
Attorneys for Defendants
Caterpillar, Inc. and
Scandura, Inc.

Shea & Gardner
1800 Massachusetts Ave. N.W.
Washington, D.C. 20036
Attorneys for Defendant
Meritor Automotive, Inc.

Stephan, Oringher, et al
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Attorneys for Defendant
Hayes Lemmerz International

Stevens, Drummond & Gifford
1910 Olympic Boulevard, Suite 250
Walnut Creek, CA 94596
Attorneys for Defendant
Moog Automotive, Inc.

Theien Reid & Priest, LLP
101 Second St., Ste. 1800
San Francisco, CA 94105-3601
Attorneys for Defendants
Carlisle Corporation and
Rapid-American Corporation

Michael McCall, Esq.
Walsworth, Franklin et al
1 City Blvd. West, 5th Floor
Orange, CA 92868-3604
Attorneys for Defendant
Quintec Industries, Inc.

_Sarah Diasland_

Employee of ALVERSON, TAYLOR,
MORTENSEN, NELSON & SANDERS

5

1  **JOIN**
   JACK C. CHERRY, ESQ.
2  Nevada Bar No. 000174
   ALVERSON, TAYLOR, MORTENSEN,
3  NELSON & SANDERS
   7401 West Charleston Boulevard
4  Las Vegas, Nevada 89117
   (702) 384-7000
5  Attorneys for Defendant
   Bridgestone/Firestone, Inc.
6

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**

9

10  VICKI FRANZ,                                    )
                                                    )
11        Plaintiff,                                )        Case No.: CV-S-00-1460-KJD
                                                    )
12        vs.                                       )
                                                    )
13  ARMSTRONG WORLD INDUSTRIES, INC.; ATLAS         )    **BRIDGESTONE/FIRESTONE,**
    TURNER, INC.; ASBESTOS CLAIMS                   )    **INC.'S JOINDER IN NOTICE**
14  MANAGEMENT CORPORATION; ASBESTOS               )    **OF REMOVAL FILED BY**
    CORPORATION LIMITED; BELL ASBESTOS             )    **DEFENDANT FORD MOTOR**
15  MINES LTD.; CERTAIN-TEED CORPORATION;          )    **COMPANY**
    THE FLINTKOTE COMPANY; GAF                     )
16  CORPORATION; HILL BROTHERS CHEMICAL            )
    COMPANY; JIM WALTER CORPORATION; KEENE         )
17  CORPORATION; L.H. BUTCHER COMPANY;             )
    OWENS CORNING; RAPID-AMERICAN                  )
18  CORPORATION; SOCO-LYNCH CORPORATION;           )
    T&N PLC; THORPE INSULATION COMPANY;            )
19  UNION CARBIDE CORPORATION; UNITED              )
    STATES GYPSUM COMPANY; UNITED STATES           )
20  MINERAL PRODUCTS COMPANY; W.R. GRACE &         )
    CO.–CONN.; METROPOLITAN LIFE INSURANCE         )
21  COMPANY; INTERNATIONAL TRUCK AND               )
    ENGINE CORPORATION; BOEING NORTH               )
22  AMERICAN, INC.; MERITOR AUTOMOTIVE, INC.;      )
    HONEYWELL INTERNATIONAL, INC.; THE BUDD        )
23  COMPANY; CARLISLE CORPORATION;                 )
    DAIMLERCHRYSLER CORPORATION; DANA              )
24  CORPORATION; FORD MOTOR COMPANY;               )
    BRIDGESTONE/FIRESTONE, INC.; GENERAL           )
25  MOTORS CORPORATION; LEAR-SIEGLER               )
    DIVERSIFIED HOLDINGS CORPORATION;              )
26  MAREMONT CORPORATION; MOOG                     )
    AUTOMOTIVE, INC.; PARKER-HANNIFIN              )
27  CORPORATION; PNEUMO ABEX CORPORATION;          )
    STANDARD MOTOR PRODUCTS, INC.; MORTON          )
28  INTERNATIONAL, INC.; SCANDURA, INC.; GATKE     )

ALVERSON, TAYLOR, MORTENSEN, NELSON & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117
(702) 384-7000

1    CORPORATION; BRASSBESTOS BRAKE LINING    )
2    COMPANY; H. KRASNE MANUFACTURING         )
     COMPANY; RITESET MANUFACTURING           )
3    COMPANY; AUTO SPECIALTIES, INC.; BORG-    )
     WARNER AUTOMOTIVE, INC.; ASBESTOS         )
4    MANUFACTURING COMPANY; FIBRE & METAL      )
     PRODUCTS COMPANY; LASCO BRAKE             )
5    PRODUCTS; L.J. MILEY COMPANY; ROSENDALE-  )
     RUBOIL COMPANY; SOUTHERN FRICTION         )
6    MATERIALS COMPANY; U.S. SPRING & BUMPER   )
     COMPANY; AUTO FRICTION CORPORATION;       )
7    EMSCO ASBESTOS COMPANY; FORCEE            )
     MANUFACTURING CORPORATION; MOLDED         )
8    INDUSTRIAL FRICTION CORPORATION;          )
     NATIONAL TRANSPORT SUPPLY, INC.; SILVER   )
9    LINE PRODUCTS, INC.; STANDCO, INC.;       )
     UNIVERSAL FRICTION MATERIALS COMPANY;     )
10   WHEELING BRAKE BLOCK MANUFACTURING        )
     COMPANY; and DOES 1 through 500, inclusive. )
11                                             )
         Defendants.                           )
12   _____ )

13              DEFENDANT BRIDGESTONE/FIRESTONE, INC.'S
14              JOINDER IN NOTICE OF REMOVAL FILED BY
                    DEFENDANT FORD MOTOR COMPANY
15

16       Defendant Bridgestone/Firestone, Inc. (hereinafter referred to as "BFS"), by and

17   through its counsel of record, Alverson, Taylor, Mortensen, Nelson & Sanders, hereby joins

18   in Defendant Ford Motor Company's Notice of Removal to the United States District Court,

     District of Nevada.
19
         DATED this 28th day of December, 2000.
20
                              ALVERSON, TAYLOR, MORTENSEN,
21                                NELSON & SANDERS

22

23                            _____

24                            JACK C. CHERRY, ESQ.
                              Nevada Bar No. 000174
25                            7401 West Charleston Boulevard
                              Las Vegas, Nevada 89117
26                            Attorneys for Defendant
                              Bridgestone/Firestone, Inc.
27

28

                                        2

ALVERSON, TAYLOR, MORTENSEN, NELSON & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117
(702) 384-7000

1   VON S. HEINZ
    Nevada Bar No. 859
2   AMELIA DE LOS SANTOS
    Nevada Bar No. 6509
3   LEWIS AND ROCA LLP
    3993 Howard Hughes Parkway
4   Suite 600
    Las Vegas, Nevada 89109
5   (702) 949-8200

6   Attorneys for Defendant
    G-I HOLDINGS, INC.
7   (successor by merger to GAF CORPORATION)

**FILED**

Dec 28  10 58 AM '00

_Shirley B. Parraguirre_
CLERK

8                    DISTRICT COURT

9              CLARK COUNTY, NEVADA

10

11  VICKY FRANZ,

12              Plaintiff,            Case No.:   A 425692
                                      Dept. No.:  II
13        Vs.

14  ARMSTRONG WORLD INDUSTRIES,
    INC.; et al.,                     Date of Hearing:  N/A
15                                    Time of Hearing:  N/A
              Defendants.

16

17           DEFENDANT G-I HOLDINGS, INC.'S
        JOINDER IN DEFENDANT FORD MOTOR COMPANY'S
18                   NOTICE OF REMOVAL

19       Defendant GAF Corporation, by and through its undersigned

20  counsel, hereby joins and adopts defendant Ford Motor Company's

21  . . .

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109

10300.1

1 | notice of removal, as though fully set forth herein.

2 | DATED this _27th_ day of December, 2000.

3 | LEWIS AND ROCA LLP

4 |

5 | By _____
   VON S. HEINZ
6 | Nevada Bar No. 859
   AMELIA DE LOS SANTOS
7 | Nevada Bar No. 6509
   3993 Howard Hughes Parkway
8 | Suite 600
   Las Vegas, Nevada 89109
9 | Attorneys for Defendant
   G-I HOLDINGS, INC.
10 | (successor by merger to GAF
    CORPORATION)

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that service of the foregoing DEFENDANT G-I HOLDINGS, INC.'S JOINDER IN DEFENDANT FORD MOTOR COMPANY'S NOTICE OF REMOVAL was made this date by depositing a true copy of the same for mailing at Las Vegas, Nevada, addressed to the following:

> Stephen J. Healy
> Brayton Purcell
> 222 Rush Landing Road
> P.O. Box 2109
> Novato, California 94948

DATED this 28th day of December, 2000.

_Judith A. Vicenau_

An Employee of Lewis and Roca LLP

**FILE COPY**

RECEIVED
BOWMAN AND BROOKE

DEC 2 7 2000

TO _TCH/RJB/KCH_
228/35/82238

1  JACK G. ANGARAN, ESQ., SBN 711
   GEORGESON, THOMPSON & ANGARAN, CHTD.
2  100 West Grove Street, Suite 500
   Reno, Nevada  89509
3  Telephone:  (775) 827-6440
   Attorneys for Defendant
4  HONEYWELL INTERNATIONAL, INC.

5

                  UNITED STATES DISTRICT COURT
6
                      DISTRICT OF NEVADA
7

8
                                    Case No.    CV-S-00-1460-KJD
9  VICKY FRANZ,

10          Plaintiff,

11      vs.

12  ARMSTRONG WORLD INDUSTRIES,
    INC.; ATLAS TURNER, INC.,
13  ASBESTOS CLAIMS MANAGEMENT
    CORPORATION; ASBESTOS
14  CORPORATION LIMITED; ASBESTOS
    MANUFACTURING COMPANY; BELL
15  ASBESTOS MINES, LTD.; CERTAIN-
    TEED CORPORATION; THE
16  FLINTKOTE COMPANY; GAF
    CORPORATION; HILL BROTHERS
17  CHEMICAL COMPANY; JIM WALTER
    CORPORATION; KEENE
18  CORPORATION; L.H. BUTCHER
    COMPANY; OWENS CORNING;
19  RAPID-AMERICAN CORPORATION;
    SOCO-LYNCH CORPORATION; T&N
20  PLC; THORPE INSULATION
    COMPANY; UNION CARBIDE
21  CORPORATION; UNITED STATES
    GYPSUM COMPANY; UNITED STATES
22  MINERAL PRODUCTS COMPANY;
    W.R. GRACE & CO.--CONN;
23  METROPOLITAN LIFE INSURANCE
    COMPANY; INTERNATIONAL TRUCK
24  AND ENGINE CORPORATION;
    BOEING NORTH AMERICAN, INC.;
25  MERITOR AUTOMOTIVE, INC.;
    HONEYWELL INTERNATIONAL, INC.;

26

27

28

GEORGESON,
THOMPSON &
ANGARAN, CHARTERED
ATTORNEYS AT LAW
SUITE 500
100 WEST GROVE STREET
RENO, NEVADA 89509
(775) 827-6440

-1-

1  THE BUDD COMPANY; CARLISLE
   CORPORATION; DAIMLERCHRYSLER
2  CORPORATION;     DANA
   CORPORATION;   FORD   MOTOR
3  COMPANY;     BRIDGESTONE
   /FIRESTONE,   INC.;   GENERAL
4  MOTORS   CORPORATION;   LEAR-
   SIEGLER DIVERSIFIED HOLDINGS
5  CORPORATION;     MAREMONT
   CORPORATION;     MOOG
6  AUTOMOTIVE,   INC.;   PARKER-
   HANNIFIN CORPORATION; PNEUMO
7  ABEX CORPORATION; STANDARD
   MOTOR PRODUCTS, INC.; MORTON
8  INTERNATIONAL, INC.; SCANDURA,
   INC.;   GATKE   CORPORATION;
9  BRASSBESTOS   BRAKE   LINING
   COMPANY;   H.   KRASNE
10 MANUFCTUIRNG   COMPANY;
   RITESITE   MANUFACTURING
11 COMPANY; AUTO SPECIALTIES, INC.;
   BORG-WARNER AUTOMOTIVE, INC.;
12 ASBESTOS   MANUFACTURING
   COMPANY;   FIBRE   &   METAL
13 PRODUCTS   COMPANY;   LASCO
   BRAKE   PRODUCTS;   L.J.   MILEY
14 COMPANY;   ROSSENDALE-RUBOIL
   COMPANY;   SOUTHERN   FRICTION
15 MATERIALS COMPANY; U.S. SPRING
   &   BUMPER   COMPANY;   AUTO
16 FRICTION  CORPORATION; EMSCO
   ASBESTOS   COMPANY;   FORCEE
17 MANUFACTURING CORPORATION;
   MOLDED  INDUSTRIAL  FRICTION
18 CORPORATION;     NATIONAL
   TRANSPORT SUPPLY, INC.; SILVER
19 LINE PRODUCTS, INC.; STANDCO,
   INC.;   UNIVERSAL   FRICTION
20 MATERIALS COMPANY; WHEELING
   BRAKE  BLOCK  MANUFACTURING
21 COMPANY; and DOES 1 through 500,
   inclusive,
22

                    Defendants.
23

24 _____

25        **JOINDER IN NOTICE OF REMOVAL**
      **FILED BY DEFENDANT FORD MOTOR COMPANY**
26

27    Defendant Honeywell International, Inc. hereby joins in the *Removal* and *Notice of*

28

GEORGESON,
THOMPSON &
ANGARAN, CHARTERED
ATTORNEYS AT LAW
SUITE 500
100 WEST GROVE STREET
RENO, NEVADA 89509
(775) 827-6440

                    -2-                    C:\Files\Franz\Pld\Removal.ntc.wpd

1   *Removal,* by Defendant Ford Motor Company, on or about December 7, 2000.

2          DATED:  December 21, 2000.

3                                      GEORGESON, THOMPSON & ANGARAN, CHTD.
                                       100 West Grove Street, Suite 500
4                                      Reno, Nevada 89509

5

6          By:_____
                                       JACK G. ANGARAN, ESQ., SBN 711
7                                      Attorneys for Defendant
                                       HONEYWELL INTERNATIONAL, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GEORGESON,
THOMPSON &
ANGARAN, CHARTERED
ATTORNEYS AT LAW
SUITE 500
100 WEST GROVE STREET
RENO, NEVADA 89509
(775) 827-6440

-3-                                    C:\Files\Franz\Pld\Removal.ntc.wpd

1

## CERTIFICATE OF SERVICE

2      Pursuant to FRCP 5(b), I certify that I am an employee of GEORGESON, THOMPSON

3  & ANGARAN, CHARTERED, and that on December 21, 2000 I deposited for mailing, at

4  Reno, Nevada, a true copy of the attached document addressed to:

5  STEPHEN J. HEALY, ESQ.
   Brayton, Purcell & Geagan
6  222 Rush Landing Road
   P. O. Box 2109
7  Novato, CA  94945

8  Thomas C. Howard
   John W. Shamblin
9  Suite 1700, Phoenix Plaza
   2929 North Central Avenue
10 Phoenix, AZ 85012-2761

11 Greg W. Marsh, Esq.
   731 South Seventh Street
12 Las Vegas, NV 82101-6907

13

14

15                                    _Sherie L. Nugent_
                                      SHERIE L. NUGENT
16

17

18

19

20

21

22

23

24

25

26

27

28

GEORGESON,
THOMPSON &
ANGARAN, CHARTERED
ATTORNEYS AT LAW
SUITE 300
100 WEST GROVE STREET
RENO, NEVADA 89509
(775) 827-6440

C:\Files\Franz\Pld\Removal.ntc.wpd

# FILE COPY

RECEIVED
BOWMAN AND BROOKE

JAN 12 2001

TO _TCH_/_CJB_/_KCH_
_22_ 8/35 - /82238

1 **JOIN**
BARKER, BROWN, BUSBY,
2 CHRISMAN & THOMAS, P.C.
**JANICE J. BROWN, ESQ.**
3 Nevada Bar No. 1118
800 Bank of America Plaza
4 300 South Fourth Street
Las Vegas, NV 89101
5 Telephone: (702) 386-1086
Fax No.    (702) 384-5386
6 Attorneys For Defendant,
LEAR SIEGLER DIVERSIFIED
7 HOLDINGS CORP.

UNITED STATES DISTRICT COURT

8                          DISTRICT OF NEVADA

9 VICKY FRANZ,                        ) Case No. CV-S-00-1460
                                      )          KJD-KRL
10              Plaintiff,            )
                                      )
11       vs.                          )
                                      )
12 ARMSTRONG WORLD INDUSTRIES, INC.;  )
ATLAS TURNER, INC.; ASBESTOS CLAIMS   )
13 MANAGEMENT CORPORATION;            )
ASBESTOS CORPORATION LIMITED; BELL    )
14 ASBESTOS MINES LTD; CERTAIN-TEED   )
CORPORATION; THE FLINTKOTE            )
15 COMPANY; GAF CORPORATION; HILL     )
BROTHERS CHEMICAL COMPANY; JIM        )
16 WALTER CORPORATION; KEENE          )
CORPORATION; L. H. BUTCHER           )
17 COMPANY; OWEN CORNING; RAPID-       )
AMERICAN CORPORATION; SOCO-LYNCH      )
18 CORPORATION; T&N PLC; THORPE        )
INSULATION COMPANY; UNION CARBIDE     )
19 CORPORATION; UNITED STATES GYPSUM   )
COMPANY; UNITED STATES MINERAL        )
20 PRODUCTS COMPANY; W. R. GRACE &     )
CO.-CONN.; METROPOLITAN LIFE          )
21 INSURANCE COMPANY; INTERNATIONAL    )
TRUCK AND ENGINE CORPORATION;         )
22 BOEING NORTH AMERICAN, INC.;        )
HONEYWELL INTERNATIONAL, INC.; THE    )
23 BUDD COMPANY; CARLISLE             )
CORPORATION; DAIMLERCHRYSLER          )
24 CORPORATION; DANA CORPORATION;      )
FORD MOTOR COMPANY;                   )
25 BRIDGESTONE/FIRESTONE, INC.;        )
GENERAL MOTORS CORPORATION;           )
26 LEAR-SIEGLER DIVERSIFIED HOLDINGS   )
CORPORATION; MAREMONT                 )
27 CORPORATION; MOOG AUTOMOTIVE,       )
INC., PARKER-HANNIFIN CORPORATION;    )
28 PNEUMO ABEX CORPORATION;            )

BARKER, BROWN, BUSBY,
CHRISMAN & THOMAS
800 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
TELEPHONE (702) 386-1086
TELEFAX (702) 384-5386

1/10/01

1  STANDARD MOTOR PRODUCTS, INC.; )
   SCANDURA, INC., GATKE CORPORATION; )
2  BRASSBESTOS BRAKE LINING COMPANY; )
   H. KRASNE MANUFACTURING COMPANY; )
3  RITESET MANUFACTURING COMPANY; )
   AUTO SPECIALTIES, INC.; BORG-WARNER )
4  AUTOMOTIVE, INC.; ASBESTOS )
   MANUFACTURING COMPANY; FIBRE & )
5  METAL PRODUCTS COMPANY; LASCO )
   BRAKE PRODUCTS; L.J. MILEY COMPANY; )
6  ROSSENDALE-RUBOIL COMPANY; )
   SOUTHERN FRICTIONS MATERIALS )
7  COMPANY; U.S. SPRING & BUMPER )
   COMPANY; AUTO FRICTION )
8  CORPORATION; EMSCO ASBESTOS )
   COMPANY FORCEE MANUFACTURING )
9  CORPORATION; MOLDED INDUSTRIAL )
   FRICTION CORPORATION; NATIONAL )
10 TRANSPORT SUPPLY, INC.; SILVER LINE )
   PRODUCTS, INC.; STANDCO INC.; )
11 UNIVERSAL FRICTION MATERIALS )
   COMPANY; WHEELING BRAKE BLOCK )
12 MANUFACTURING COMPANY; AND DOES )
   1 THROUGH 500, inclusive, )
13                                     )
                   Defendants.        )
14 _____)

15    **DEFENDANT LEAR SIEGLER DIVERSIFIED HOLDINGS CORP.'S**
      **JOINDER IN FORD MOTOR COMPANY'S NOTICE REMOVAL**
16
17       LEAR SIEGLER DIVERSIFIED HOLDINGS CORP., a defendant in the

18 above-entitled action, hereby notifies the Court that this

19 defendant has no opposition to the Notice of Removal heretofore

20 filed and does hereby join in the Notice of Removal filed by

21 Defendant FORD MOTOR COMPANY.

22       DATED this __ll__ day of January, 2001.

23                      BARKER, BROWN, BUSBY,
                         CHRISMAN & THOMAS, P.C.
24
         BY:_____
25          JANICE J. BROWN, ESQ.
            Nevada Bar No. 1118
26          800 Bank of America Plaza
            300 South Fourth Street
27          Las Vegas, NV 89101
            Attorneys For Defendant,
28          LEAR SIEGLER DIVERSIFIED HOLDINGS CORP.

                          2

1

## CERTIFICATE OF MAILING

2   Pursuant to NRCP, Rule 5(b), I hereby certify that I am an

3   employee of BARKER, BROWN, BUSBY, CHRISMAN & THOMAS, P.C., and

4   that on the _____ day of January, 2001, I deposited for mailing

5   into the United States Mail, first class postage fully prepaid,

6   at Las Vegas, Nevada, a true copy of the foregoing DEFENDANT LEAR

7   SIEGLER DIVERSIFIED HOLDINGS CORP.'S JOINDER IN FORD MOTOR

8   COMPANY'S NOTICE REMOVAL, addressed to the following:

9

10   Stephen J. Healy, Esq.
     BRAYTON, PURCELL & GEAGAN
11   Attorneys at Law
     222 Rush Landing Road
12   P. O. Box 2109
     Novato, CA 94945
13   Attorneys for Plaintiffs

14   Jack C. Cherry, Esq.
     ALVERSON, TAYLOR, MORTENSON,
15   NELSON & SANDERS
     7401 W. Charleston Blvd.
16   Las Vegas, NV 89117
     Attorneys for Defendant
17   Bridgestone Firestone Inc.

18   William E. Cooper, Esq.
     COOPER LAW OFFICES
19   601 E. Bridger Ave.
     Las Vegas, NV 89101
20   Attorneys for Defendant
     Parker - Hannifin Corp. and
21   Standard Motor Products Inc.

22   Douglas M. Cohen, Esq.
     JONES VARGAS
23   3773 Howard Hughes Pkwy
     Third Floor South
24   Las Vegas, NV 89109
     Attorney for Defendant
25   THE BUDD COMPANY AND HAYES
     LEMMERZ INTERNATIONAL HOWELL,
26   INC.

James M. Barker, Esq.
GIFFORD, VERNON & BARKER
732 S. Sixth #100
Las Vegas, NV 89101
Attorneys for Defendant
Borg-Warner Automotive, Inc.

Jack G. Angaran, Esq.
GEORGESON, THOMPSON & ANGARAN
CHTD.
100 W. Grove St., Suite 500
Reno, NV 89509
Attorneys for Defendant
Honeywell International, Inc.

Von S. Heinz, Esq.
LEWIS & ROCA, LLP.
3993 Howard Hughes Pkwy, #600
Las Vegas, NV 89109
Attorney for Defendant
G-I HOLDINGS, INC.

Curtis Busby, Esq.
BOWMAN & BROOKE, LLP
Phoenix Plaza, Suite 1700
2929 N. Central Avenue
Phoenix, AZ 85012-2761
Attorney for Defendant
THE FORD MOTOR COMPANY

27

28

3

1

Greg W. Marsh, Esq.
731 S. Seventh Street
Las Vegas, NV 89101
Attorney for Defendant
THE FORD MOTOR COMPANY

William H. Pruitt, Esq.
1404 S. Jones Blvd.
Las Vegas, NV 89146
Attorney for Defendant
ARVINMERITOR, INC.

2

3

4

Mary Price Birk, Esq.
Ronald L. Hellbusch, Esq.
BAKER & HOSTETLER, LLP
303 E. 17th Avenue #1100
Denver, CO 80203

Troy E. Peyton, Esq.
RUMPH & PEYTON
300 S. Fourth St., Suite 800
Las Vegas, NV 89101

5

6

7

Stephanie Cooper Christensen
4411 S. Pecos Rd.
Las Vegas, NV 89121
Attorney for Defendant
THORPE INSULATION

Charles Murrin
SEDGEWICK DETERT
1 Embarcadero Center, 16th Floor
San Francisco, CA 94111-3628

8

9

10

11

_An Employee of BARKER, BROWN,_
BUSBY, CHRISMAN & THOMAS, P.C.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RECEIVED
BOWMAN AND BROOKE

JAN 1 2 2001

TO _KCH_

228/25/82238

FILE COPY

1   Stephanie Cooper Christensen, Esq.
     Nevada Bar No. 5919
2   THE COOPER CHRISTENSEN LAW FIRM, LLP
     4411 South Pecos Road
3   Las Vegas, NV 89121
     (702) 435-4175
4   Attorney for Defendant, THORPE INSULATION COMPANY

5             IN THE UNITED STATES DISTRICT COURT

6             IN AND FOR THE STATE OF NEVADA

7
     VICKY FRANZ.                  §   No. CV-S-00-1460-KJD
8
             Plaintiff,        §
9
     v.                        §
10
     ARMSTRONG WORLD INDUSTRIES, INC.; §
11  ATLAS TURNER, INC.; ASBESTOS CLAIMS §
     MANAGEMENT CORPORATION; ASBESTOS §
12  CORPORATION LIMITED; BELL ASBESTOS §
     MINES LTD.; CERTAIN-TEED CORPORATION;§
13  THE FLINTKOTE COMPANY; GAF §
     CORPORATION; HILL BROTHERS CHEMICAL§
14  COMPANY; JIM WALTER CORPORATION; §
     KEENE CORPORATION; L.H. BUTCHER §
15  COMPANY; OWENS CORNING; RAPID- §
     AMERICAN CORPORATION; SOCO-LYNCH §
16  CORPORATION; T&N PLC; THORPE §
     INSULATION COMPANY; UNION CARBIDE §
17  CORPORATION; UNITED STATES GYPSUM §
     COMPANY; UNITED STATES MINERAL §
18  PRODUCTS COMPANY; W.R. GRACE & CO. -§
     CONN.; METROPOLITAN LIFE INSURANCE §
19  COMPANY; INTERNATIONAL TRUCK AND §
     ENGINE CORPORATION; BOEING NORTH §
20  AMERICAN, INC.; MERITOR AUTOMOTIVE, §
     INC.; HONEYWELL INTERNATIONAL, INC.; §
21  THE BUDD COMPANY; CARLISLE §
     CORPORATION; DAIMLER CHRYSLER §
22  CORPORATION; DANA CORPORATION; §
     FORD MOTOR COMPANY; BRIDGESTONE/ §
23  FIRESTONE, INC.; GENERAL MOTORS §
     CORPORATION; LEAR-SIGLER §
24  DIVERSIFIED HOLDINGS CORPORATION; §
     MAREMONT CORPORATION; MOOG §
25  AUTOMOTIVE, INC.; PARKER-HANNIFIN §
     CORPORATION; PNEUMO ABEX §
26  CORPORATION; STANDARD MOTOR §
     PRODUCTS, INC.; MORTON §
27  INTERNATIONAL, INC.; SCANDURA, INC.; §
     GATKE CORPORATION; BRASSBESTOS §
28  BRAKE LINING COMPANY; H. KRASNE. §

**JOINDER IN NOTICE OF REMOVAL**

1  MANUFACTURING COMPANY; RITESET  §
   MANUFACTURING COMPANY; AUTO  §
2  SPECIALTIES, INC.; BORG-WARNER  §
   AUTOMOTIVE, INC.; ASBESTOS  §
3  MANUFACTURING COMPANY; FIBRE &  §
   METAL PRODUCTS COMPANY; LASCO  §
4  BRAKE PRODUCTS; L.J. MILEY COMPANY;  §
   ROSSENDALE-RUBOIL COMPANY;  §
5  SOUTHERN FRICTION MATERIALS  §
   COMPANY; U.S. SPRING & BUMPER  §
6  COMPANY; AUTO FRICTION CORPORATION;  §
   EMSCO ASBESTOS COMPANY; FORCEE  §
7  MANUFACTURING CORPORATION;  §
   MOLDED INDUSTRIAL FRICTION  §
8  CORPORATION; NATIONAL TRANSPORT  §
   SUPPLY, INC.; SILVER LINE PRODUCTS,  §
9  INC.; STANDCO, INC.; UNIVERSAL FRICTION  §
   MATERIALS COMPANY; WHEELING BRAKE  §
10 BLOCK MANUFACTURING COMPANY; and  §
   DOES 1 through 500, inclusive,  §
11                                   §
                  Defendants.        §
12                                   §
   _____  §
13        THORPE INSULATION COMPANY, by and through its undersigned attorney, hereby joins in the

14 Notice of Removal filed by Defendants Ford Motor Company and The Flintkote Company in this action.

15 Thorpe Insulation Company was served with the Complaint on or about November 8, 2000.

16      DATED this _9th_ day of January, 2001.

17                              THE COOPER CHRISTENSEN LAW FIRM, LLP

18

19

20                              Stephanie Cooper Christensen, Esq.
                                Nevada Bar No. 5919
21                              4411 South Pecos Road
                                Las Vegas, NV 89121
22                              Attorneys   for   Defendant   THORPE   INSULATION
                                COMPANY

23

24

25

26

27

28

2

1

## CERTIFICATE OF MAILING

2    I hereby certify that on the 9th day of January, 2001, I placed a true and accurate copy of the
foregoing JOINDER IN NOTICE OF REMOVAL in the U.S. Mail, first class postage fully prepaid thereon,
3    addressed to counsels of record as follows:

4   Stephen J. Healy, Esq.
    BRAYTON PURCELL
5   222 Rush Landing Road
    Novato, CA 94945
6   Attorneys for Plaintiff

7   Bennett, Samuelsen, et al.
    1951 Webster Street, Suite 200
8   Oakland, CA 94612-2940
    Attorneys for Gatke Corporation

9

10  Sedgewick, Detert, et al.
    3 Park Plaza
11  17th Floor
    Irvine, CA 92714-8505
12  Attorneys for Gatke Corporation

13  Sedgewick, Detert, et al.
    One Embarcadero Center
14  16th Floor
    San Francisco, CA 94111
15  Attorneys for Gatke Corporation and Soco-Lynch
    Corporation
16
    Thelen Reid & Priest, LLP
17  101 Second Street, Suite 1800
    San Francisco, CA 94105-3601
18  Attorneys for Carlisle Corporation

19  Schaffer & Lax
    5757 Wilshire Boulevard, Suite 600
20  Los Angeles, CA 90036-3664
    Attorneys for United States Mineral Products
21  Scadden, Hamilton & Ryan
    220 Montgomery Street, 13th Floor
22  San Francisco, CA 94104-3419
    Attorneys for Foster Wheeler Corporation
23
    Mark A. Rosenthal, P.C.
24  425 California Street, Suite 2500
    San Francisco, CA 94104
25  Attorneys for Crown Cork & Seal Company, Inc.

26  Peter J. Smith, Esq.
    300 West Second Street
27  Carson City, NV 89703
    Attorneys for Carlisle Corporation

28

Prindle, Decker & Amaro (SF)
369 Pine Street, Suite 800
San Francisco, CA 94104
Attorneys for A.P. Green Industries, Inc.

Preuss, Walker & Shanagher
225 Bush Street, 15th Floor
San Francisco, CA 94104-4207
Attorneys for Lake Asbestos of Quebec, Inc.

McQuaid, Metzler, et al.
The Penthouse
221 Main Street, 16th Floor
San Francisco, CA 94105-1936
Attorneys for Georgia-Pacific Corporation

Lynberg & Watkins
888 South Figueroa Street, 16th Floor
Los Angeles, CA 90017
Attorneys for Hill Brothers Chemical Company

Lewis & Roca, LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
Attorneys for G-I Holdings, Inc.

Knox Ricksen LLP
2101 Webster Street, Suite 650
Oakland, CA 94612-3069
Attorneys for Combustion Engineering, Inc.

Keesal, Young & Logan
Four Embarcadero Center, Suite 1500
San Francisco, CA 94111
Attorneys for Lear-Siegler Diversified Holdings

Jones Vargas
Third Floor South
3773 Howard Hughes Parkway
Las Vegas, NV 89109-0949
Attorneys for The Rudd Company

Haight, Brown & Bonesteel
100 Bush Street, 27th Floor
San Francisco, CA 94104-3902
Attorneys for T & N, PLC

3

1    **Gifford, Vernon & Baker**
     732 S. Sixth Street, Suite 100
2    Las Vegas, NV 89101
     Attorneys for Borg-Warner Automotive, Inc.
3
     **Georgeson, Thompson & Angaran**
4    100 West Grove Street, Suite 500
     Reno, NV 89509
5    Attorneys for Honeywell International, Inc.

6    **William E. Cooper, Esq.**
     601 E. Bridger Avenue
7    Las Vegas, NV 89101
     Attorney for Standard Motor Products, Inc. and
8    Parker-Hannifin Corporation

9    **Bowman & Brook, LLP**
     2929 North Central Avenue, Suite 1700
10   Phoenix Plaza
     Phoenix, AZ 85012-2761
11   Attorneys for Ford Motor Company

12   **Barron Vivone Holland & Pruitt**
     1404 S. Jones Boulevard
13   Las Vegas, NV 89146
     Attorneys for Boeing North American, Inc.
14
     Baronian Law Firm
15   301 E. Colorado Boulevard, Suite 618
     Pasadena, CA 91101
16   Attorneys for Carlisle Corporation

17   **Baker & Hostetler, LLP**
     303 E. 17th Avenue, Suite 1100
18   Denver, CO 80203
     Attorneys for United States Gypsum Company,
19   Union Carbide Corporation, Maremont
     Corporation, Dana Corporation, Certainteed
20   Corporation and Armstrong World Industries, Inc.

21

22

23   An employee of THE COOPER CHRISTENSEN
     LAW FIRM, LLP
24

25

26

27

28

4

EXHIBIT __G__

**AFFIDAVIT**

STATE OF ARIZONA    )
                     ) ss.
County of   Maricopa   )

       I, CURTIS J. BUSBY, declare as follows:

     1.     I am as associate in the law firm of Bowman and Brooke LLP, representing Defendant FORD MOTOR COMPANY.  I have personal knowledge of the facts contained herein and could competently testify if necessary.

     2.     I am an attorney licensed to practice in Nevada and Arizona. I make this affidavit based upon my personal knowledge.

     3.     That I am informed and believe that the following defendants have been served and joined in the removal: Pneumo Abex, Moog Automotive, Certainteed Corp., Dana Corp., Maremont Corp., Union Carbide Corp., United States Gypsum Co., The Budd Co. , Parker Hannifin Corp., Standard Motor Products (Successors to EIS Brake Parts)., Boeing Co. (successor to Boeing North American, Inc.), Borg-Warner Automotive, Arvin Meritor, International Truck and Engine Corp.,  Bridgstone/Firestone, Inc., G-I Holdings (successor by Merger to GAF Corp.),  Honeywell Intl., Inc., Lear-Siegler Diversified Holdings Corp., Thorpe Insulation. (Exhibit F).

     4.     I have been informed and believe that the following Defendants have been served but have not joined in the removal action because they have reached a settlement agreement with plaintiff and have been, or expect to be, dismissed:  Hill Brother's Chemical, General Motor's Corp., Daimler/Chrysler Corp., Carlisle Corp, and Soco-Lynch Corp.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5.      I have been informed and believe that the following Defendants are in Bankruptcy:  Armstrong World Industries, Inc., G-I Holdings (Successor to GAF Corp.), and W.R. Grace.

6.      I have been informed and believe that the following Defendant is contesting service of process as improper and as such have not made an appearance:   Rapid American.

7.      All remaining defendants named in this action have either informed Ford that they have not been served, or Ford has found no evidence of their being served.

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct and that the attached records are true copies of all the records described herein.

Executed on April _23_, 2001, at Phoenix, Arizona.

Curtis J. Busby, affiant

SUBSCRIBED AND SWORN to before me this 23rd day of _April_, 2001, by _Curtis J. Busby_.

Notary Public

My Commission Expires:

12-11-02



OFFICIAL SEAL
LISA C. JAHNKE
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Dec. 11, 2002