JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APRIL 27, 2001

MICHAEL J. BECK
CLERK OF THE PANEL

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *WM. TERRELL HODGES, CHAIRMAN, LOUIS C. BECHTLE, JOHN F. KEENAN, MOREY L. SEAR, BRUCE M. SELYA, JULIA SMITH GIBBONS, AND D. LOWELL JENSEN, JUDGES OF THE PANEL*

## *HEARING SESSION ORDER*

IT IS ORDERED that on May 31, 2001, a hearing session will be held in Washington, D.C., to consider the matters on the attached Schedule under 28 U.S.C. §1407 and that those matters shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in those matters.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

IMAGED APR 27 '01

## SCHEDULE OF MATTERS FOR HEARING SESSION
May 31, 2001 -- Washington, D.C.

MDL-875 --  In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs David Turner, et al., Moore C. Linkenhoker, et al., Jimmy Barber, et al., William S. Johnston, et al., and Vicky Franz to transfer of their respective following action to the United States District Court for the Eastern District of Pennsylvania:

Eastern District of Louisiana

*David Turner, et al. v. Mine Safety Appliances Co., et al.*, C.A. No. 2:01-325

District of Maryland

*Moore C. Linkenhoker, et al. v. ACandS, Inc., et al.*, C.A. No. 1:00-3717

Southern District of Mississippi

*Jimmy Barber, et al. v. Metropolitan Life Insurance Co., et al.*, C.A. No. 1:00-334

District of Montana

*William S. Johnston, et al. v. W.R. Grace & Co.-Conn., et al.*, C.A. No. 9:99-127

District of Nevada

*Vicky Franz v. Armstrong World Industries, Inc., et al.*, C.A. No. 2:00-1460

Motion of plaintiffs in the actions listed on Attachment A for remand of the actions from the United States District Court for the Eastern District of Pennsylvania to the United States District Court for the District of Oregon.

Schedule of Matters for Hearing Session                                    p.2
Washington, D.C.


## MDL-1061 -- In re The Prudential Insurance Company of America Sales Practices Litigation

Oppositions of plaintiffs Frank La Marra, et al., and Ronald Steinhart, et al., to transfer of their respective following action to the United States District Court for the District of New Jersey:


### Northern District of Illinois

*Frank La Marra, et al. v. Prudential Insurance Co. of America*, C.A. No. 1:01-106

### Northern District of Indiana

*Ronald Steinhart, et al. v. Prudential Insurance Co. of America, et al.*,
    C.A. No. 3:00-258


## MDL-1105 -- In re New England Mutual Life Insurance Company Sales Practices Litigation

Opposition of plaintiffs James E. Nabors, et al., Benita Battles, and Stephanie Dooley, et al., to transfer of their respective following action to the United States District Court for the District of Massachusetts:


### Southern District of Mississippi

*James E. Nabors, et al. v. New England Mutual Life Insurance Co., et al.*,
    C.A. No. 3:00-912
*Benita Battles v. New England Mutual Life Insurance Co., et al.*, C.A. No. 3:00-987
*Stephanie Dooley, et al. v. New England Mutual Life Insurance Co., et al.*,
    C.A. No. 4:00-220

Schedule of Matters for Hearing Session                                          p.3
Washington, D.C.


## MDL-1179 -- In re General American Life Insurance Company Sales Practices Litigation

Opposition of plaintiffs Harlena Jones, et al., to transfer of the following action to the United States District Court for the Eastern District of Missouri:

### Southern District of Mississippi

*Harlena Jones, et al. v. General American Life Insurance Co., et al.*,
   C.A. No. 4:01-10


## MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation

Oppositions of plaintiff John R. Lolley and defendant Melvin Oakley, M.D., to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

### Middle District of Alabama

*John R. Lolley v. American Home Products Corp., et al.*, C.A. No. 2:01-80


Opposition of plaintiff Lewis Gottlieb, M.D., to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

### Southern District of Texas

*Lewis Gottlieb, M.D. v. American Home Products Corp., et al.*, C.A. No. 4:01-354

Schedule of Matters for Hearing Session                                    p.4
Washington, D.C.


## MDL-1285 -- In re Vitamin Antitrust Litigation

Opposition of plaintiff South-Central Products, Inc., to transfer of the following action to the United States District Court for the District of District of Columbia:


### Eastern District of Arkansas

*South-Central Products, Inc. v. Bioproducts, Inc., et al.*, C.A. No. 4:00-795


## MDL-1334 -- In re Managed Care Litigation

Oppositions of plaintiff William Strand and defendants Anthem Blue Cross & Blue Shield of Connecticut and Anthem Health Plans, Inc., to transfer of the following action to the United States District Court for the Southern District of Florida:


### District of Connecticut

*William Strand v. Anthem Blue Cross & Blue Shield of Connecticut, et al.*,
   C.A. No. 3:00-2037


## MDL-1348 -- In re Rezulin Products Liability Litigation

Oppositions of plaintiffs James Abernathy, etc., Herrell Smith, Connie Grubbs, Ruby L. Morrison, Mary Ann Williams, et al., Antoinette Brown, Clinton Andrew Johnson, Jr., et al., Elizabeth McCullum, and Morris Eaves, etc., to transfer of their respective following action to the United States District Court for the Southern District of New York:


### Northern District of Alabama

*James Abernathy, etc. v. Warner-Lambert Co., et al.*, C.A. No. 4:00-3740

### Eastern District of Arkansas

*Herrell Smith v. Pfizer, Inc.*, C.A. No. 4:01-86
*Connie Grubbs v. Pfizer, Inc.*, C.A. No. 4:01-87
*Ruby L. Morrison v. Parke-Davis, et al.*, C.A. No. 4:01-126

Schedule of Matters for Hearing Session                                   p.5
Washington, D.C.


MDL-1348 (Continued)


#### Northern District of Georgia

*Mary Ann Williams, et al. v. Parke-Davis, et al.*, C.A. No. 1:00-3314
*Antoinette Brown v. Parke-Davis, et al.*, C.A. No. 1:00-3315

#### Southern District of Mississippi

*Clinton Andrew Johnson, Jr., et al. v. Warner-Lambert Co., et al.*,
  C.A. No. 3:01-25
*Elizabeth McCullum v. Parke-Davis, et al.*, C.A. No. 4:00-226

#### Eastern District of Texas

*Morris Eaves, etc. v. Warner-Lambert Co., et al.*, C.A. No. 1:01-51


Oppositions of plaintiffs Mona Mauck and Otila Garza and defendants John A. Caras, M.D., Clinics of North Texas, L.L.P., and Marcel B. Twahirwa, M.D., to transfer of their respective following action to the United States District Court for the Southern District of New York:


#### Northern District of Texas

*Mona Mauck v. Warner-Lambert Co., et al.*, C.A. No. 7:01-27

#### Southern District of Texas

*Otila Garza v. Pfizer, Inc., et al.*, C.A. No. 7:01-28

Schedule of Matters for Hearing Session                                           p.6
Washington, D.C.


MDL-1355 -- In re Propulsid Products Liability Litigation

      Opposition of plaintiff Charles Long to transfer of the following action to the United States District Court for the Eastern District of Louisiana:


      Southern District of Illinois

*Charles Long v. Johnson & Johnson Co., et al.*, C.A. No. 3:01-54


MDL-1373 -- In re Bridgestone/Firestone, Inc., ATX, ATX II and Wilderness Tires Products Liability Litigation


      Oppositions of plaintiffs Gilbert Plasencia, Sr., et al., L. Vincent Ramunno, Zinia A. Santos, etc., Mary Ames, et al., and Eduardo Bado-Santana, et al., to transfer of their respective following action to the United States District Court for the Southern District of Indiana:


      Central District of California

*Gilbert Plasencia, Sr., et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 2:01-591

      District of Delaware

*L. Vincent Ramunno v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 1:01-67

      Southern District of Florida

*Zinia A. Santos, etc. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 1:01-1

      Southern District of Mississippi

*Mary Ames, et al. v. Ford Motor Co., et al.*, C.A. No. 5:01-20

Schedule of Matters for Hearing Session                                            p.7
Washington, D.C.


MDL-1373 (Continued)


### District of Puerto Rico

*Eduardo Bado-Santana, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No.
    3:00-2517


Motions of defendants Bridgestone/Firestone, Inc., and/or Ford Motor Company to
transfer the following actions to the United States District Court for the Southern District of
Indiana:


### District of Arizona

*Steven E. Wilkinson, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No.  2:01-286

### Northern District of California

*Peggy J. Schmidt v. Bridgestone Corp., et al.*, C.A. No. 4:00-4515

### Southern District of Florida

*Josefina Torres, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 1:00-4581
*Kathleen Dobert v. Ford Motor Co.*, C.A. No. 1:01-427

### Western District of Wisconsin

*Gary L. Metke v. Ford Motor Co.*, C.A. No. 3:01-85
*Gary L. Metke v. Ernie Von Schledorn, Ltd., et al.*, C.A. No. 3:01-138

Schedule of Matters for Hearing Session                                          p.8
Washington, D.C.


MDL-1382 -- In re Unitrin, Inc., Industrial Life Insurance Litigation

  Opposition of plaintiffs Elsie Brown, et al., and  Christopher Grant, et al., to transfer of their respective following action to the United States District Court for the Eastern District of Louisiana:


    Southern District of Mississippi

   *Elsie Brown, et al. v. Unitrin, Inc., et al.*, C.A. No. 3:01-99
   *Christopher Grant, et al. v. Unitrin, Inc., et al.*, C.A. No. 5:01-35


MDL-1383 -- In re Ciprofloxacin Hydrochloride Antitrust Litigation

  Opposition of plaintiff Barbara A. Meyers to transfer of the following action to the United States District Court for the Eastern District of New York:


    Eastern District of Wisconsin

   *Barbara A. Meyers v. Bayer AG, et al.*, C.A. No. 2:00-1582


MDL-1387 -- In re ProteGen Sling and Vesica System Products Liability Litigation

  Opposition of defendant Boston Scientific Corporation to transfer of the following action to the United States District Court for the District of Maryland:


    District of Utah

   *Debbie Kronberger, et al. v. Boston Scientific Corp.*, C.A. No. 1:01-10

Schedule of Matters for Hearing Session                                   p.9
Washington, D.C.


MDL-1390 -- In re Life Insurance Co. of Georgia Industrial Life Insurance Litigation

Oppositions of plaintiffs Lucy Evon Willis, et al., and Rosie Lee McDonald to transfer
of their respective following action to the United States District Court for the Eastern District
of Louisiana:


Northern District of Mississippi

*Lucy Evon Willis, et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 4:00-323

Southern District of Mississippi

*Rosie Lee McDonald v. Life Insurance Co. of Georgia*, C.A. No. 5:01-38


MDL-1393 -- In re Cooper Tire & Rubber Co. Tires Products Liability Litigation

Opposition of plaintiff Barbara Carr to transfer of the following action to the United
States District Court for the Southern District of Ohio:


District of Kansas

*Barbara Carr v. Cooper Tire & Rubber Co.*, C.A. No. 2:01-2089


MDL-1401 -- In re Inter-Op Hip Prosthesis Products Liability Litigation

Motions of plaintiffs Karen Robinson and Diana Miglets for centralization of certain of
the following actions in the United States District Court for the Northern District of Ohio; and
motion of plaintiff James Ferguson for centralization of certain of the following actions in the
United States District Court for the Northern District of California or in the United States
District Court for the Central District of California:


Central District of California

*Jyl Starkman v. Sulzer Medica, Ltd., et al.*, C.A. No. 2:01-20
*Steve Alvernaz v. Sulzer Medica, et al.*, C.A. No. 2:01-1522

Schedule of Matters for Hearing Session                                    p.10
Washington, D.C.


MDL-1401 (Continued)


#### Central District of California (Continued)

*Sara Carlyle v. Sulzer Medica, et al.*, C.A. No. 2:01-1524
*Sam Rackham v. Sulzer Medica, et al.*, C.A. No. 2:01-1525
*Churchill Campbell v. Sulzer Medica, et al.*, C.A. No. 2:01-1526
*Robert T. Schowe v. Sulzer Medica, et al.*, C.A. No. 2:01-1527
*Marjorie Peterson v. Sulzer Medica, et al.*, C.A. No. 2:01-1528
*Richard Coulter v. Sulzer Orthopedics, Inc., et al.*, C.A. No. 2:01-1591
*Dennis Benson v. Sulzer Medica, et al.*, C.A. No. 2:01-2775
*Leroy Krauss v. Sulzer Medica, et al.*, C.A. No. 2:01-2776
*Gretel Quick v. Sulzer Orthopedics, Inc., et al.*, C.A. No. 2:01-2846

#### Northern District of California

*James Ferguson v. Sulzer Medica, Inc., et al.*, C.A. No. 3:01-660
*M. Bruno Pardini, et al. v. Sulzer Orthopedics, Inc., et al.*, C.A. No. 3:01-696

#### Southern District of Florida

*Judith Connell v. Sulzer Medica, et al.*, C.A. No. 0:01-6222
*Madeline Faircloth v. Sulzer Medica, et al.*, C.A. No. 0:01-6269

#### Northern District of Illinois

*Jean Casey v. Sulzer Medica, Ltd., et al.*, C.A. No. 1:01-403

#### Eastern District of Louisiana

*Mark Rachel, et al. v. Sulzer Orthopedics, Inc.*, C.A. No. 2:01-370

#### District of Maryland

*Susan Berey v. Sulzer Medica, Ltd., et al.*, C.A. No. 8:01-431

Schedule of Matters for Hearing Session                                                p.11
Washington, D.C.


MDL-1401 (Continued)


      <u>Eastern District of Michigan</u>

*Richard Asher, et al. v. Sulzer Orthopedics, Inc., et al.*, C.A. No. 2:01-70502
*David Littlefield v. Sulzer Orthopedics, Inc., et al.*, C.A. No. 2:01-70623

      <u>District of Minnesota</u>

*Donald R. Leeper v. Sulzer Orthopedics, Inc.*, C.A. No. 0:01-250

      <u>District of New Jersey</u>

*Camille Cantatore, et al. v. Sulzer Orthopedics, Inc., et al.*, C.A. No. 2:01-634

      <u>Eastern District of New York</u>

*Nicholas Carillo v. Sulzer Medica, Ltd., et al.*, C.A. No. 1:01-436
*Anthony Graves v. Sulzer Orthopedics, Inc.*, C.A. No. 1:01-688

      <u>Northern District of Ohio</u>

*Thomas L. Pudelski, et al. v. Sulzer Medica, Ltd., et al.*, C.A. No. 1:01-243
*Karen Robinson v. Sulzer Orthopedics, Inc., et al.*, C.A. No. 1:01-272
*Diana Miglets, et al. v. Sulzer Medica, Ltd., et al.*, C.A. No. 1:01-287
*Jean Kaminsky, et al. v. Sulzer Orthopedics, Inc., et al.*, C.A. No. 1:01-352

      <u>Southern District of Ohio</u>

*John R. Sferro, Jr., et al. v. Sulzer Medica, et al.*, C.A. No. 3:01-76

      <u>District of South Carolina</u>

*Frances Peeples v. Sulzer Orthopedics, Inc., et al.*, C.A. No. 3:01-241

      <u>Eastern District of Virginia</u>

*Gary H. O'Dell v. Sulzer Medica USA, Inc., et al.*, C.A. No. 2:01-128

Schedule of Matters for Hearing Session                                    p.12
Washington, D.C.

## MDL-1402 -- In re Microcrystalline Cellulose Antitrust Litigation

Motion as supplemented of plaintiff Marie's Quality Foods, Inc., for centralization of certain of the following actions in the United States District Court for the Eastern District of Pennsylvania; motion of plaintiff Heller Seasoning & Ingredients, Inc., for centralization of the following actions in the United States District Court for the Southern District of New York or in the United States District Court for the Northern District of Illinois; and motion of JAG Industries, Inc., for centralization of certain of the following actions in the United States District Court for the Eastern District of Louisiana:

### Northern District of Illinois

*Consac Industries, Inc. v. FMC Corp., et al.*, C.A. No. 1:01-396
*Marie's Quality Foods, Inc. v. FMC Corp., et al.*, C.A. No. 1:01-600
*International Nutrition v. FMC Corp., et al.*, C.A. No. 1:01-978

### Eastern District of Louisiana

*JAG Industries, Inc. v. FMC Corp., et al.*, C.A. No. 2:01-501

### District of New Jersey

*Walden Farms, Inc. v. FMC Corp., et al.*, C.A. No. 2:01-578

### Southern District of New York

*Heller Seasoning & Ingredients, Inc. v. FMC Corp., et al.*, C.A. No. 1:01-318

### Eastern District of Pennsylvania

*IVAX Corp. v. FMC Corp., et al.*, C.A. No. 2:01-111
*Freeda Vitamins, Inc. v. FMC Corp., et al.*, C.A. No. 2:01-331
*Par Pharmaceutical, Inc. v. FMC Corp., et al.*, C.A. No. 2:01-456
*Keniston's Inc. v. FMC Corp., et al.*, C.A. No. 2:01-632
*Horizon Laboratories, Inc. v. FMC Corp., et al.*, C.A. No. 2:01-685
*Yocream International, Inc. v. FMC Corp., et al.*, C.A. No. 2:01-1024

### Eastern District of Texas

*Blue Bell Creameries v. FMC Corp., et al.*, C.A. No. 6:01-89

Schedule of Matters for Hearing Session                                        p.13
Washington, D.C.


## MDL-1403 -- In re StarLink Corn Products Liability Litigation

Motion, as amended, of defendants Aventis CropScience USA Holding, Inc., Kraft Foods, Inc., Azteca Milling, L.P., Gruma Corporation, and Advanta USA, Inc., for centralization of the following actions in the United States District Court for the Northern District of Illinois:

### Northern District of Iowa

*Marvin Kramer v. Aventis CropScience USA Holding, Inc.*, C.A. No. 1:00-197
*William Furlong v. Aventis CropScience USA Holding, Inc.*, C.A. No. 1:01-17

### Northern District of Illinois

*Merri Place, et al. v. Kraft Foods, Inc., et al.*, C.A. No. 1:00-6865

### Southern District of Indiana

*Garrick Mason Rose v. Aventis CropScience USA Holding, Inc.*, C.A. No. 1:01-201

### District of Minnesota

*Alan Roebke v. Aventis CropScience USA Holding, Inc.*, C.A. No. 0:01-428

### Eastern District of Texas

*Guadalupe C. Vargas v. Kraft Foods, Inc., et al.*, C.A. No. 1:00-850

### Southern District of Texas

*Esteban Reyes, Jr. v. Azteca Milling, L.P., et al.*, C.A. No. 7:00-268

Schedule of Matters for Hearing Session                                    p.14
Washington, D.C.


## MDL-1404 -- In re Philadelphia Life Insurance Co. Sales Practices Litigation

Motion of defendant Conseco Inc. for centralization of the following actions in the United States District Court for the Middle District of Florida:


### Middle District of Florida

*David H. Siegel v. Conseco Life Insurance Co.*, C.A. No. 6:00-1124

### Southern District of Texas

*Gerald Jones v. Conseco Inc.*, C.A. No. 4:01-587


## MDL-1405 -- In re California Wholesale Electricity Antitrust Litigation

Motion of defendants AES Corporation, Duke Energy North America, L.L.C., Duke Energy Trading and Marketing, L.L.C., Dynegy, Inc., Dynegy Power Marketing, Inc., Enron Corp., Enron Energy Services, Inc., Enron Power Marketing, Inc., Mirant Americas Energy Marketing, L.P., Mirant California, L.L.C., Mirant Corporation, Morgan Stanley Capital Group, Inc., Northern States Power Company, Inc., NRG Energy, Inc., PG&E Energy Trading-Power, L.P., PG&E Energy Trading Holdings Corporation, Reliant Energy, Inc., Reliant Energy Resources Corp., Reliant Energy Services, Inc., Sempra Energy Trading Corp., The Southern Company, Williams Energy Marketing and Trading Company, and Xcel Energy, Inc., for centralization of the following actions in the United States District Court for the District of District of Columbia:


### Northern District of California

*The People of the State of California v. Dynegy Power Marketing, Inc., et al.*, C.A. No. 4:01-780
*Pier 23 Restaurant v. PG&E Energy Trading, et al.*, C.A. No. 4:01-838

### Southern District of California

*Ruth Hendricks v. Dynegy Power Marketing, Inc., et al.*, C.A. No. 3:00-2524
*Pamela R. Gordon v. Reliant Energy, Inc., et al.*, C.A. No. 3:00-2525

Schedule of Matters for Hearing Session                                    p.15
Washington, D.C.


MDL-1406 -- In re California Retail Natural Gas and Electricity Antitrust Litigation

Motion of defendants El Paso Energy Corporation, El Paso Merchant Energy, L.P., El Paso Merchant-Gas, L.P., El Paso Merchant Energy Company, El Paso Natural Gas Company, and El Paso Tennessee Pipeline Company for centralization of the following actions in the United States District Court for the District of District of Columbia:

Central District of California

*Continental Forge Co. v. Southern California Gas Co., et al.*, C.A. No. 2:01-358
*Andrew Berg, et al. v. Southern California Gas Co., et al.*, C.A. No. 2:01-359

Southern District of California

*John Phillip v. El Paso Merchant Energy, L.P., et al.*, C.A. No. 3:01-76
*John W.H.K. Phillip v. El Paso Merchant Energy, L.P., et al.*, C.A. No. 3:01-77

**ATTACHMENT A**

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

### Eastern District of Pennsylvania

*George Cote v. Acands, Inc., et al.* (D. Oregon, C.A. No. 3:89-1060)
*Donald Orton v. Acands, Inc., et al.* (D. Oregon, C.A. No. 3:89-1104)
*Frank W. Foley et al. v. Armstrong Cork Co. et al.* (D. Oregon, C.A. No. 3:89-1407)
*George Wood v. Acands, Inc., et al.* (D. Oregon, C.A. No. 3:90-131)
*Frank Larsen v. The Celotex Corp., et al.* (D. Oregon, C.A. No. 3:90-132)
*Lowell Hembree v. Acands, Inc., et al.* (D. Oregon, C.A. No. 3:90-758)
*William Wallace v. Acands, Inc., et al.* (D. Oregon, C.A. No. 3:90-760)
*Robert Maley v. Asbestos Corp., Ltd. et al.* (D. Oregon, C.A. No. 3:90-839)
*Robin M. Counsell v. Acands, Inc., et al.* (D. Oregon, C.A. No. 3:90-1037)
*Robert Ellis v. Armstrong Cork Co. et al.* D. Oregon, C.A. No. 3:90-1145)
*Kenneth Zemlicka v. Acands, Inc., et al.* (D. Oregon, C.A. No. 3:90-1201)
*Lawrence Garside v. Asbestos Corp., Ltd.* (D. Oregon, C.A. No. 3:91-120)
*Viola Jones v. Asbestos Corp., Ltd.* (D. Oregon, C.A. No. 3:91-365)
*Leonard Harlin v. Armstrong World Industries, Inc.* (D. Oregon, C.A. No. 3:91-484)
*Laura Gabelman v. Columbia I & S, Inc., et al.* (D. Oregon, C.A. No. 3:92-549)
*Kenneth T. Lamear v. Armstrong World Industries, Inc., et al.* (D. Oregon,
    C.A. No. 3:92-839)
*John Roberts v. Acands, Inc., et al.* (D. Oregon, C.A. No. 3:92-1202)
*Joseph Hoski v. Armstrong World Industries, Inc., et al.* (D. Oregon,
    C.A. No. 3:92-1227)
*Elmer E. Downing, Jr. v. ACandS, Inc., et al.* (D. Oregon, C.A. No. 3:92-1582)
*Esther L. Leach v. Certain-Teed Products Corp., et al.* (D. Oregon,
    C.A. No. 3:93-377)
*Ella M. Quinlan v. ACandS, Inc., et al.* (D. Oregon, C.A. No. 3:93-1014)
*Edward T. Hansen v. Armstrong World Industries, Inc., et al.* (D. Oregon,
    C.A. No. 3:93-1181
*Karen L. Price v. Armstrong World Industries, Inc., et al.* (D. Oregon,
    C.A. No. 3:93-1595)
*Garry D. Lynch v. ACandS, Inc., et al.* (D. Oregon, C.A. No. 3:94-19)
*Lucia C. Holt v. ACandS, Inc., et al.* (D. Oregon, C.A. No. 3:94-20)
*Everal A. Housley v. Asbestos Corp., Ltd., et al.* (D. Oregon, C.A. No. 3:94-131)
*Donna Lee Melhorn, etc. v. ACandS, Inc., et al.* (D. Oregon, C.A. No. 3:94-147)
*Will Hill Carter v. ACandS, Inc., et al.* (D. Oregon, C.A. No. 3:94-391)
*Tilford Aanderud v. Asbestos Corp., Ltd., et al.* (D. Oregon, C.A. No. 3:94-438)
*Jean V. Tapp v. Asbestos Corp., Ltd., et al.* (D. Oregon, C.A. No. 3:94-568)
*Loretta M. Smith, etc. v. Asbestos Corp., Ltd., et al.* (D. Oregon,  C.A. No. 3:95-55)

- 2 -

**MDL-875 Attachment A (Continued)**

<u>Eastern District of Pennsylvania</u> (Continued)

*Robert L. Hartney v. ACandS, Inc., et al.* (D. Oregon, C.A. No. 3:95-921)
*Harold R. Wilson v. ACandS, Inc., et al.* (D. Oregon, C.A. No. 3:95-953)
*William G. Klock, etc. v. Anchor Packing Co., et al.* (D. Oregon,
   C.A. No. 3:95-1028)
*Michael Vandenburgh v. Anchor Packing Co., et al.* (D. Oregon, C.A. No. 3:95-1233)
*George Weller Probasco, etc. v. Anchor Packing Co., et al.* (D. Oregon,
   C.A. No. 3:95-1289)
*Faye Y. Carlson, etc. v. Anchor Packing Co., et al.* (D. Oregon, C.A. No. 3:95-1337)
*Joseph R. Headley v. Anchor Packing Co., et al.* (D. Oregon, C.A. No. 3:95-1543)
*Harold Wilson, Jr., etc. v. ACandS, Inc., et al.* (D. Oregon, C.A. No. 3:95-1627)
*Gerald Swanson, etc. v. Anchor Packing Co., et al.* (D. Oregon, C.A. No. 3:95-1628)
*Opal Williams v. Anchor Packing Co., et al.* (D. Oregon, C.A. No. 3:95-1630)
*Patricia Ann McClinton, etc. v. A.W. Chesterton Co., et al.* (D. Oregon,
   C.A. No. 3:96-59)
*Timothy Graham v. Asbestos Corp., Ltd., et al.* (D. Oregon, C.A. No. 3:96-116)
*Leonard Pardue v. ACandS, Inc., et al.* (D. Oregon, C.A. No. 3:96-256)
*June Z. Ehman, etc. v. Anchor Packing Co., et al.* (D. Oregon, C.A. No. 3:96-586)
*Richard D. Hein, etc. v. ACandS, Inc., et al.* (D. Oregon, C.A. No. 3:96-617)
*Maxine Bex v. Asbsetos Corp., Ltd., et al.* (D. Oregon, C.A. No. 3:96-1742)
*Jack E. Houx, Jr., etc. v. Asbestos Corp., Ltd., et al.* (D. Oregon, C.A. No. 3:97-372)
*Evelynne J. Mathis v. Asbestos Corp., Ltd., et al.* (D. Oregon, C.A. No. 3:97-1236)
*Thomas F. Norberg v. W.R. Grace & Co.* (D. Oregon, C.A. No. 3:98-295)
*Earl Johnson v. ACandS, Inc., et al.* (D. Oregon, C.A. No. 3:99-146)
*Eugene Anderson v. ACands Inc., et al.* (D. Oregon, C.A. No. 3:99-799)

## PROCEDURES FOR ORAL ARGUMENT BEFORE THE
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001). Rule 16.1(g) allows a maximum of twenty minutes for oral argument in each matter. In most cases, however, less time is necessary for the expression of all views and the Panel reserves the prerogative of reducing the time requested by counsel. Accordingly, counsel should be careful not to overstate the time requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria. <u>See generally</u> <u>In re "East of the Rockies" Concrete Pipe Antitrust Cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L. 1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

## RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)   Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)   Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)   No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
   (i)   the dispositive issue(s) have been authoritatively decided; or
   (ii)   the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)   In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)   Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)   Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)   Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.