MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 1 2001

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:    MDL-875 - - In re Asbestos Product Liability Litigation (No. VI)

DOCKET NO. 875
(CONDITIONAL TRANSFER ORDER: CTO-196)

*Nutt v. Potlatch Corporation, et al.*
U.S. District Court for the Eastern District of Arkansas
Pine Bluff Division, Docket No. 5:01-CV00093GH

## NOTICE OF OPPOSITION

Notice is hereby given, pursuant to the Panel's April 16, 2001, Conditional Transfer Order, that Defendant Potlatch Corporation opposes submission and transfer of *James Herman Nutt v. Potlatch Corporation, Inc. d/b/a Reader Railroad; International Paper Co.; and Georgia-Pacific Corporation*, Docket No. 5:01CV00093GH, from the United States District Court for the Eastern District of Arkansas, Pine Bluff Division, to the United States District Court for the Eastern District of Pennsylvania.

THIS the 1st day of May, 2001.

WILLIAMS & ANDERSON LLP
Twenty-Second Floor
111 Center Street
Little Rock, AR 72201
(501) 372-0800

Philip S. Anderson (AR Bar No. 60001)
Jess Askew III (AR Bar No. 86005)
Paul W. Schrier (AR Bar No. 99137)

Attorneys for Defendant Potlatch
Corporation

PLEADING NO. 3141

OFFICIAL FILE    IMAGED MAY 4 '01

RECEIVED CLERK'S OFFICE 2001 MAY -1 A 9:55

## CERTIFICATE OF SERVICE

I, Philip S. Anderson, in accordance with the Rules of the Judicial Panel on Multidistrict Litigation, Rule 5.2(a) and the Federal Rules of Civil Procedure, Rule 5, hereby certify that I have this 1st day of May, 2001, mailed by United States mail, postage prepaid, the foregoing Notice of Opposition to all counsel listed on the attached Panel Service List and to the following attorneys of record in *Nutt v. Potlatch, et al.*:

Edward O. Moody, Esquire
801 West 4th Street
Little Rock, AR  72201

Robert L. Shults, Esquire
Shults Law Firm, LLP
200 West Capitol Ave., Suite 1600
Little Rock, AR  72201-3637

R. T. Beard, III, Esquire
Mitchell, Williams, Selig, Gates
      & Woodyard, PLLC
425 West Capitol Ave., Suite 1800
Little Rock, AR  72201-3525

*[signature]*
Philip S. Anderson

INVOLVED COUNSEL FOR SCHEDULE CTO-196
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Michael S. Allred
Allred Law Firm
P.O. Box 3828
Jackson, MS 39207

Peter G. Angelos
Law Offices of Peter G. Angelos
One Charles Center, Suite 810
100 North Charles Street
Baltimore, MD 21201

Cynthia W. Antonucci
Harris Beach, LLP
2 World Trade Center, 85th Floor
New York, NY 10048

J. R. Baker
Holloway, Dobson, Hudson, et al.
211 North Robinson Avenue
Suite 900
Oklahoma City, OK 73102

Mike Barkley
Barkley, Titus, Hillis & Reynolds
401 South Boston Avenue
Suite 2700
Tulsa, OK 74103

Richard C. Binzley
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH 44114

Gregg J. Borri
900 Third Avenue
Suite 1200
New York, NY 10022

William Bradley, III
Akin, Gump, Strauss, Hauer & Feld
590 Madison Avenue
New York, NY 10022

Randall A. Breshears
Monnet, Hayes, Bullis, Thompson, et al.
120 North Robinson Avenue
Suite 1719
Oklahoma City, OK 73102

Lisa N. Busch
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

James D. Butler
111 John Street
Suite 800
New York, NY 10038

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
403 West North Avenue
Chicago, IL 60610

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Gary Castro
307 Missouri Avenue
Oceanside, CA 92054

Joel R. Clark
McGivney, Kluger, & Gannon, P.C.
23 Vreeland Road
Suite 220
Florham Park, NJ 07932

Dixie L. Coffey
McKinney & Stringer
Corporate Tower, Suite 1300
101 North Robinson
Oklahoma City, OK 73102

Ruth Cohen
333 Las Vegas Blvd., South
Suite 5000
Las Vegas, NV 89101

Robert J. Crotty
Lukins & Annis
1600 Washington Trust Financial Centre
717 West Sprague Avenue
Spokane, WA 99204

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Anna A. DiLonardo
L'Abbate, Balkan, Colvita, & Contini
1050 Franklin Avenue
Garden City, NY 11530

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building, Suite 1000
Independence Mall East
Philadelphia, PA 19106

Fred L. Fottler
1071 Orange Grove Avenue
San Fernando, CA 91340

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Raymond F. Geoffroy, III
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Virginia M. Giokaris
Polsinelli, Shalton & Welte
700 West 47th Street, Suite 1000
Kansas City, MO 64112

Kayce L. Gisinger
Abowitz, Rhodes & Dahnke, P.C.
15 North Robinson, 10th Floor
P.O. Box 1937
Oklahoma City, OK 73101

Gary L. Graham
Garlington, Lohm & Robinson, PLLP
199 West Pine
P.O. Box 7909
Missoula, MT 59807

Ira G. Greenberg
Edwards & Angell
750 Lexington Avenue
New York, NY 10022

Suzanne M. Halbardier
Barry, McTiernan & Moore
25 Broadway
7th Floor
New York, NY 10004

Susan M. Hanson
Stich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

Charles J. Kalinoski
Kalinoski & Chaplinsky
100 Court Avenue
Suite 315
Des Moines, IA 50309

David L. Kearney
Gable & Gotwals
211 North Robinson Avenue
15th Floor
Oklahoma City, OK 73102

Dwight A. Kern
McGivney, Kluger & Gannon, P.C.
305 Broadway
Suite 800
New York, NY 10007

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Michael T. Lewandowski
Coblence & Warner
415 Madison Avenue
New York, NY 10017

Tom L. Lewis
Lewis, Huppert & Slovak
725 Third Avenue North
P.O. Box 2325
Great Falls, MT 59403

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Richard J. Lutzel
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Genevieve MacSteel
Ross & Hardies
65 East 55th Street
New York, NY 10022

Richard P. Marin
Law Offices of Richard P. Main
685 Third Avenue
21St Floor
New York, NY 10017

LeRoy McGrue
2502 West 75th Street
Los Angeles, CA 90043

Timothy J. McHugh
Lavin, Coleman, O'neil, Ricci, et al.
767 Third Avenue
7th Floor
New York, NY 10017

Barry N. Mesher
Lane, Powell, Spears & Lubersky, LLP
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101

Edward O. Moody
Moody & Ritchey
801 West 4th Street
Little Rock, AR 72201

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
   & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Paula E. Newcomb
Volgenau & Bosse
750 Main Seneca Building
237 Main Street
Buffalo, NY 14203

Carolyn F. O'Connor
Wilson, Elser, Moskowitz, et al.
33 Washington Street
Newark, NJ 07102

L E. Ogletree
Short, Wiggins, Margo & Butts
210 Park Avenue
Suite 3100
Oklahoma City, OK 73102

Barbara Packer-Rosen
Waters, McPherson, McNeil
233 Broadway
Suite 970
New York, NY 10279

Lisa K. Pantel
Shenck, Price, Smith & King
10 Washington Street
CN905
Morristown, NJ 07963

Jonathan E. Polonsky
Thelen Reid & Priest, LLP
40 West 57th Street
New York, NY 10019

Timothy W. Porter
Porter & Malouf, P.A.
4670 McWillie Drive
P. O. Box 12768
Jackson, MS 39236

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P. O. Box 1500
Akron, OH 44309

Robert A. Pritchard
Pritchard Law Firm
P. O. Drawer 1707
Pascagoula, MS 39568

David J. Quigg
Robinson, Woolson & O'Donnell
217 East Redwood Street, Suite 1500
Baltimore, MD 21202

Michael J. Quinn
Lavin, Coleman, O'neil, Ricci, et al.
8000 Midlantic Drive
Suite 201, South
Mount Laurel, NJ 08054

Carl Raper
561 South State Street
Olancha, CA 95249

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West, Suite 410
Houston, TX 77018

Richard H. Rubenstein
Wilson, Elser, Moskowitz, Edelman, et al.
150 East 42nd Street
New York, NY 10017

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P. O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

James R. Webb
McAfee & Taft
Two Leadership Square, 10th Floor
211 North Robinson Avenue
Oklahoma City, OK 73102

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P. O. Box 998
Cedar Rapids, IA 52406

Robert F. Wilkins
Pritchard Law Firm
542 East Pascagoula Street
Jackson, MS 39201

Scott K. Suchy
King Law Firm
15 North Robinson Avenue
Suite 1100
Oklahoma City, OK 73102

Carl W. Swanson
Lynch, Martin & Kroll
1368 How Lane
North Brunswick, NJ 08902

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Fred Tuck
2906 Fairfield Street
San Diego, CA 92110

Roy Tuck
2906 Fairfield Street
San Diego, CA 92110

Charles J. Watts
Smith, Shew, Scrivner, Corbin & Watts
6520 North Western Avenue
Suite 300
Oklahoma City, OK 73116