# MDL 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 1 2001

FILED
CLERK'S OFFICE

IN RE: ASPESTOS PRODUCTS
LIABILITY LITIGATION

MDL Docket Number: MDL-875

* * * * * * * * * * * * * *

Van Pelt

      Plaintiff

v.

AcandS, Inc., et. al

      Defendants

MD
Case Number: 01-CV-0949 (Smalkin)
State Case Number: X01000098

PLEADING NO. 3142

* * * * * * * * * * * * * *

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

Plaintiffs, by their undersigned counsel, oppose the transfer of the above-captioned case to the United States District Court for the Eastern District of Pennsylvania under 28 U.S.C. §1407, as conditionally ordered pursuant to CTO-196 by the Judicial Panel on Multidistrict Litigation on April 16, 2001. Pursuant to MDL Rule 12 (c), a Motion to Vacate the Conditional Transfer Order and a brief in support of such motion will be duly filed by May 16, 2001.

*[signature]*
Peter G. Angelos
Law Offices of Peter G. Angelos
One Charles Center, 22nd Floor
100 North Charles Street
Baltimore, Maryland 21201

**OFFICIAL FILE**

2001 MAY -1 PM 12:23
RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IMAGED MAY 4 '01