JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 2 2001

FILED
CLERK'S OFFICE

# DOCKET NO. 875

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*David Turner, et al. v. Mine Safety Appliances Co., et al.*, E.D. Louisiana,
C.A. No. 2:01-325

## ORDER VACATING CONDITIONAL TRANSFER ORDER
## AND VACATING THE MAY 31, 2001 HEARING SESSION

A conditional transfer order was filed in this action (*Turner*) on March 6, 2001. Prior to expiration of the mandatory fifteen-day stay of execution, plaintiffs in *Turner* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. *Turner* was then remanded to the Twenty-Fourth Judicial District Court for the Parish of Jefferson, Louisiana, by the Honorable Sarah S. Vance in an order filed on April 27, 2001.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-192" filed on March 6, 2001, is hereby VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 27, 2001, are hereby VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

**IMAGED MAY 4 '01**