MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 2 2001

FILED
CLERK'S OFFICE

o:\jas\wk\CCR resp to mot to trans JAS/bec 05/01/01

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

---

IN RE ASBESTOS PRODUCTS
LIAB. LITIG. (NO. VI)

---

This Document Relates to:

THOMAS F. LOWRY, III, Individually and
as Special Administrator of the Estate of
THOMAS F. LOWRY, Deceased; LYNNE
LaVETTA RICCA, Individually, and as
Administrator of the Estate of RICHARD Q.
RICCA, Deceased; and FREDA FRAZEE,
Individually and as Special Administrator of
the Estate of GEORGE JOSEPH FRAZEE,
Deceased,

        Plaintiffs,

vs.

THE CENTER FOR CLAIMS RESOLUTION,
INC.; AMCHEM PRODUCTS, INC.; C.E.
THURSTON & SONS, INC.; CERTAINTEED
CORPORATION; DANA CORPORATION;
PFIZER, INC.; QUIGLEY COMPANY, INC.;
SHOOK & FLETCHER INSULATION CO.;
T & N PLC.; and UNION CARBIDE
CORPORATION (f/n/a UNION CARBIDE
CHEMICALS & PLASTICS COMPANY,
INC.),

        Defendants.

MDL 875 (Hon. Charles Weiner)

Case No. 00-1454
(C.D. of IL - Peoria Div.)



VONACHEN,
LAWLESS, TRAGER
& SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION
## TO TRANSFER AND CONSOLIDATE WITH MDL 875

In response to Defendants' Motion to Transfer and Consolidate with MDL 875,

Plaintiffs, THOMAS F. LOWRY, III, Individually and as Special Administrator of the



Estate of THOMAS F. LOWRY, Deceased; LYNNE LaVETTA RICCA, Individually, and as Administrator of the Estate of RICHARD Q. RICCA, Deceased; and FREDA FRAZEE, Individually and as Special Administrator of the Estate of GEORGE JOSEPH FRAZEE, Deceased, by their attorney, JOHN A. SLEVIN of VONACHEN, LAWLESS, TRAGER & SLEVIN, object to the transfer for the following reasons:

1. This case is a breach of contract case. It does not in any way involve allegations of personal injury or wrongful death caused by asbestos or asbestos containing products. See *In Re Asbestos Products Liability Litigation* (VI) 771 F.Supp. 415 (J.P.M.L. 1991).

2. This case did not originate in federal court or in the MDL, nor was it transferred there. This case arose out of a settlement agreement made in Illinois, which concluded litigation in a state court.

3. The fact that the Defendants involved are also involved in other litigation where claimants are seeking compensation for injuries related to asbestos exposure is immaterial to this lawsuit. Plaintiffs are not seeking such compensations, nor are there any allegations of personal injury or wrongful death caused by asbestos or asbestos containing products. Plaintiffs are seeking damages arising out of a breach of contract entered into between them and Defendants.

4. The Multidistrict Litigation Panel was never created to deal with breach of contract cases. It was created to deal with a plethora of cases arising out of death or injuries related to asbestos exposure.

5. The MDL would not accept a lawsuit where a distributor of insulation products sued a manufacturer for violating a franchise agreement. Such a suit would not be

VONACHEN, LAWLESS, TRAGER & SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

2

within the purpose and function for which the asbestos product liability litigation was based. Nor should it accept this case. Breach of contract disputes are not of such number and frequency that they interfere with the just and efficient conduct of the courts.

6. Unlike other requests in which the plaintiff sought to enforce the settlement, this action is purely on a breach of an agreement in which Plaintiffs seek joint and several liability.

WHEREFORE, Plaintiffs would pray that this Motion to Transfer and Consolidate be denied.

> THOMAS F. LOWRY, III, Individually and as Special Administrator of the Estate of THOMAS F. LOWRY, Deceased; LYNNE LaVETTA RICCA, Individually, and as Administrator of the Estate of RICHARD Q. RICCA, Deceased; and FREDA FRAZEE, Individually and as Special Administrator of the Estate of GEORGE JOSEPH FRAZEE, Deceased, Plaintiffs

By: _____
JOHN A. SLEVIN
One of their Attorneys

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602
Ph:   (309) 676-8986
Fax:  (309) 676-4130

VONACHEN,
LAWLESS, TRAGER
& SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

3

o:\jas\wk\CCR cert of service JAS/bec 05/01/01

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 2 2001

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

---

IN RE ASBESTOS PRODUCTS
LIAB. LITIG. (NO. VI)

---

This Document Relates to:

THOMAS F. LOWRY, III, Individually and as Special Administrator of the Estate of THOMAS F. LOWRY, Deceased; LYNNE LaVETTA RICCA, Individually, and as Administrator of the Estate of RICHARD Q. RICCA, Deceased; and FREDA FRAZEE, Individually and as Special Administrator of the Estate of GEORGE JOSEPH FRAZEE, Deceased,

   Plaintiffs,
vs.

THE CENTER FOR CLAIMS RESOLUTION, INC.; AMCHEM PRODUCTS, INC.; C.E. THURSTON & SONS, INC.; CERTAINTEED CORPORATION; DANA CORPORATION; PFIZER, INC.; QUIGLEY COMPANY, INC.; SHOOK & FLETCHER INSULATION CO.; T & N PLC.; and UNION CARBIDE CORPORATION (f/n/a UNION CARBIDE CHEMICALS & PLASTICS COMPANY, INC.),

   Defendants.

MDL 875 (Hon. Charles Weiner)

Case No. 00-1454
(C.D. of IL - Peoria Div.)

RECEIVED
CLERK'S OFFICE
2001 MAY -2 A 10: 17
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

VONACHEN,
LAWLESS, TRAGER
& SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that *Plaintiff's Response to Defendants' Motion to Transfer and Consolidate with MDL 875* was served upon all involved counsel by enclosing a copy of same in envelope(s) addressed as follows:

To:   All Involved Counsel
      (see attached list)

and by depositing said envelope(s) with first-class postage fully prepaid in the U.S. Mail at Peoria, Illinois, or by hand delivering to the same address, on the ___1st___ day of May, 2001.

                                                                   _____
                                                                   JOHN A. SLEVIN
                                                                   Attorney for Plaintiffs

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602
Ph:   (309) 676-8986
Fax:  (309) 676-4130

VONACHEN,
LAWLESS, TRAGER
& SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

2

INVOLVED COUNSEL LIST
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO.VI)

Richard C. Binzley
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH  44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH  44115

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA  15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA  19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA  19103

Elizabeth R. Geise
Shea & Gardner
1800 Massachusetts Ave. N.W.
Washington, DC  20036

Susan M. Hanson
Stich, Angell, Kreidler & Muth
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN  55401

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA  19102

Joseph B. McDonnell
Greensfelder, Hemker & Gale
33 Bronze Pointe
Suite 100
Swansea, IL  62226

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
 & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH  44309

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX  77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA  90025

John A. Slevin
Vonachen, Lawless, Trager & Slevin
456 Fulton Street
Suite 425
Peoria, IL  61602

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA  19102

Robert E. Swickle
Jaques Admiralty Law Firm
1370 Penobscot Building
Detroit, MI  48226

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA  52406