JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 2 2001

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE ASBESTOS PRODUCTS )<br>LIAB. LITIG. (NO. VI) )<br>_____ ) | MDL 875 (Hon. Charles Weiner) |
| This Document Relates to: )<br>)<br>DOVAL ET AL., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MAREMONT CORPORATION, )<br>)<br>Defendant. )<br>_____ ) | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- Filed by deft. Maremont Corp. -- GRANTED TO DEFT. MAREMONT CORP. TO AND INCLUDING MAY 14, 2001   (5/2/01 - cdm)<br><br>No. C-01-0540 JL (N.D. Cal.)<br><br>✱ Called atty. |

PLEADING NO. 3150

APPLICATION OF MOVANT
MAREMONT CORPORATION FOR
EXTENSION OF TIME TO FILE REPLY BRIEF

Pursuant to Panel Rule 6.2, defendant Maremont Corporation ("Maremont") moves for an additional seven (7) calendar days in which to file its reply brief in support of its motion to transfer this action to Judge Weiner. The grounds for this motion are as follows:

1. On April 5, 2001, Maremont filed its motion to transfer this case to Judge Weiner as part of MDL 875.

2. On or about April 27, 2001, plaintiffs filed their brief in opposition to the motion. Under Panel Rule 7.2(d), Maremont's reply brief is due on Monday, May 7, 2001.



OFFICIAL FILE COPY
IMAGED MAY 4 '01

- 2 -

3.  Counsel for Maremont received the brief on April 30, 2001 -- five working days before the reply brief is due.

4.  Maremont respectfully requests an additional seven (7) calendar days -- until Monday, May 14, 2001 -- in which to file its reply brief. This short extension of time is necessary in order to permit counsel to prepare a reply brief addressing the arguments raised in the opposition brief and to secure their client's approval of that brief.

5.  The granting of this motion will not prejudice the plaintiffs, given the schedule for the Panel's resolution of the motion.

WHEREFORE, movant Maremont respectfully requests an extension of time in which to file its reply brief.

Respectfully submitted,

Richard M. Wyner
Shea & Gardner
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 828-2000

Counsel for Defendant Maremont Corporation

May 2, 2001

Case MDL No. 875   Document 3150   Filed 05/02/01   Page 3 of 6

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 2 2001

FILED
CLERK'S OFFICE

## PROOF OF SERVICE

I hereby certify that copies of the foregoing Application of Maremont Corporation for Extension of Time to File Reply Brief were served on May 2, 2001 by first-class mail on all counsel listed on the attached Panel Service List, as well as the following counsel of record:

> Harry F. Wartnick
> Wartnick, Chaber, Harowitz & Tigerman
> 101 California St., Ste. 2200
> San Francisco, CA  94111
> > Counsel for Plaintiffs.

_____
Christopher L. Sagers

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION                                    April 06, 2001

DOCKET: 875 - In re Asbestos Products Liability Litigation (No. VI)
STATUS: Transferred

TRANSFEREE INFORMATION
    Dist: PAE
    Judge: Weiner, Charles R.
    Date: 07/29/91

Page: 1

| COUNSEL | PHONE / FAX | DESCRIPTION |
|---|---|---|
| Locks, Gene<br>Greitzer & Locks<br>1500 Walnut Street<br>Philadelphia, PA 19102 | (215) 893-0100 | Pltfs. Liaison Counsel |
| Binzley, Richard C.<br>Thompson, Hine & Flory<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | (216) 566-5579<br>(216) 566-5583 | Lead Counsel for Defts. in the Seamen Cases |
| Cass, Edward J.<br>Gallagher, Sharp, Fulton & Norman<br>Bulkley Building<br>7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | (216) 241-5310 | Counsel for the Goodall Defendants. |
| Damico, David A.<br>Burns, White & Hickton<br>2400 Fifth Avenue Place<br>120 Fifth Avenue<br>Pittsburgh, PA 15222 | (412) 394-2500 | Fela Deft. |
| Forceno, Raymond P.<br>Forceno & Hannon<br>Philadelphia Bourse Building<br>Suite 1000<br>Independence Mall East<br>Philadelphia, PA 19106 | (215) 732-1630 | Fela Pltfs. |
| Furman, Ellen B.<br>Goldfein & Joseph<br>1600 Market Street<br>33rd Floor<br>Philadelphia, PA 19103 | (215) 979-8200<br>(215) 979-8201 | National Counsel |
| Hanson, Susan M.<br>Stich, Angell, Kreidler & Muth, P.A.<br>The Crossings, Suite 120<br>250 2nd Avenue South<br>Minneapolis, MN 55401 | (612) 333-6251 | National Counsel |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION                                April 06, 2001

(O Liaison Counsel Continued)

Page: 2

| COUNSEL | PHONE / FAX | DESCRIPTION |
|---|---|---|
| Landin, David C.<br>Hunton & Williams<br>Riverfront Plaza<br>East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | (804) 788-8200<br>(804) 877-8218 | Peripheral Deft. |
| Motley, Ronald L.<br>Ness, Motley, Loadholt, Richardson & Poole<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465 | (843) 216-9000 | Pltfs. Liaison Counsel |
| Powell, Donald A.<br>Buckingham, Doolittle & Burroughs<br>50 South Main Street<br>P.O. Box 1500<br>Akron, OH 44309 | (216) 376-5300 | National Counsel |
| Repcheck, John J.<br>Marks, O'Neill<br>3200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | (412) 391-6171 | Peripheral Deft. |
| Roven, John D.<br>John Roven & Associates<br>2190 North Loop West<br>Suite 410<br>Houston, TX 77018 | (713) 465-8522<br>(713) 465-3658 | Fela pltfs. |
| Schuster, Richard D.<br>Vorys, Sater, Seymour & Pease, LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216 | (614) 464-6438 | National Coordinating Counsel for BFGoodrich Co. |
| Spinelli, Robert N.<br>Kelley, Jasons, McGuire & Spinelli, L.L.P.<br>Centre Square West<br>15th Floor<br>Philadelphia, PA 19102 | (215) 854-0658<br>(215) 854-8434 | Defts. Liaison Counsel |
| Swickle, Robert E.<br>Jaques Admiralty Law Firm, P.C.<br>1370 Penobscot Building<br>Detroit, MI 48226 | (313) 961-1080 | National Counsel |
| Trevelise, Andrew J. | (215) 851-8250 | Defts. Liaison Counsel |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION April 06, 2001

(O Liaison Counsel Continued)

Page: 3

| COUNSEL | PHONE / FAX | DESCRIPTION |
|---|---|---|
| Reed, Smith, Shaw & McClay<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 | | |
| Selman, Neil<br>Selman, Breitman & Burgess<br>11766 Wilshire Boulevard<br>Sixth Floor<br>Los Angeles, CA 90025 | | National Counsel |
| Weston II., James K.<br>Tom Riley Law Firm<br>4040 First Avenue, N.E.<br>P.O. Box 998<br>Cedar Rapids, IA 52406 | (319) 363-4040 | National counsel for Raymark Industries, Inc. per letter dated 4/16/97 |

NOTE: Liaison Counsel Are NOT Listed In Alphabetical Order