JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 7 2001

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*James Herman Nutt v. Potlatch Corp., Inc., et al.*, E.D. Arkansas, C.A. No. 5:01-93

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Nutt*) on April 16, 2001. Prior to expiration of the mandatory fifteen-day stay of execution, defendant Potlatch Corporation (Potlatch) filed a notice of opposition to the proposed transfer of *Nutt*. Potlatch has now notified the Panel that it withdraws its initial opposition to the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-196" filed on April 16, 2001, is hereby LIFTED insofar as it relates to this action, and thus the action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 being conducted by the Honorable Charles R. Weiner.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

IMAGED MAY 8 '01