MDL 875

| | |
|---|---|
| 1 | THOMAS C. HOWARD, ESQ.<br>Nevada Bar No. 007022 |
| 2 | CURTIS J. BUSBY, ESQ.<br>Nevada Bar No. 006581 |
| 3 | **BOWMAN AND BROOKE LLP**<br>Suite 1700, Phoenix Plaza |
| 4 | 2929 North Central Avenue<br>Phoenix, Arizona 85012-2761 |
| 5 | (602) 248-0899 |
| 6 | GREG W. MARSH, ESQ.<br>Nevada Bar No. 000322 |
| 7 | **LAW OFFICES OF GREG W. MARSH, CHARTERED** |
| 8 | 731 South Seventh Street<br>Las Vegas, Nevada 89101 |
| 9 | (702) 387-0052 |
| 10 | Attorneys for Defendant Ford Motor Company |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAY - 9 2001

FILED
CLERK'S OFFICE

PLEADING NO. 3153

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

VICKY FRANZ,

   Plaintiff,

v.

ARMSTRONG WORLD INDUSTRIES, INC.; ATLAS TURNER, INC.; ASBESTOS CLAIMS MANAGEMENT CORPORATION; ASBESTOS CORPORATION LIMITED; BELL ASBESTOS MINES LTD.; CERTAIN-TEED CORPORATION; THE FLINTKOTE COMPANY; GAF CORPORATION; HILL BROTHERS CHEMICAL COMPANY; JIM WALTER CORPORATION; KEENE CORPORATION; L.H. BUTCHER COMPANY; OWENS CORNING; RAPID-AMERICAN CORPORATION; SOCO-LYNCH CORPORATION; T&N PLC; THORPE INSULATION COMPANY; UNION CARBIDE CORPORATION; UNITED STATES GYPSUM COMPANY; UNITED STATES MINERAL PRODUCTS COMPANY; W.R. GRACE & CO.—CONN.; METROPOLITAN LIFE INSURANCE COMPANY; INTERNATIONAL TRUCK AND ENGINE CORPORATION; BOEING NORTH AMERICAN, INC.; MERITOR AUTOMOTIVE, INC.; HONEYWELL INTERNATIONAL, INC.; THE BUDD COMPANY; CARLISLE CORPORATION; DAIMLERCHRYSLER

Case No. 2 00-1460

**RULE 5.3 CORPORATE DISCLOSURE STATEMENT**

RECEIVED
CLERK'S OFFICE
2001 MAY -8 P 8:03
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**IMAGED MAY 10 '01**

::ODMA\PCDOCS\PHX\66071\1

1 CORPORATION; DANA CORPORATION; FORD MOTOR COMPANY;
2 BRIDGESTONE/FIRESTONE, INC.; GENERAL MOTORS CORPORATION;
3 LEAR-SIEGLER DIVERSIFIED HOLDINGS CORPORATION; MAREMONT
4 CORPORATION; MOOG AUTOMOTIVE, INC.; PARKER-HANNIFIN CORPORATION;
5 PNEUMO ABEX CORPORATION; STANDARD MOTOR PRODUCTS, INC.;
6 SCANDURA, INC.; GATKE CORPORATION; BRASSBESTOS BRAKE LINING COMPANY;
7 H. KRASNE MANUFACTURING COMPANY; RITESET MANUFACTURING COMPANY;
8 AUTO SPECIALTIES, INC.; BORG-WARNER AUTOMOTIVE, INC.; ASBESTOS
9 MANUFACTURING COMPANY; FIBRE & METAL PRODUCTS COMPANY; LASCO
10 BRAKE PRODUCTS; L.J. MILEY COMPANY; ROSSENDALE-RUBOIL COMPANY;
11 SOUTHERN FRICTIONS MATERIALS COMPANY; U.S. SPRING & BUMPER
12 COMPANY; AUTO FRICTION CORPORATION; EMSCO ASBESTOS
13 COMPANY; FORCEE MANUFACTURING CORPORATION; MOLDED INDUSTRIAL
14 FRICTION CORPORATION; NATIONAL TRANSPORT SUPPLY, INC.; SILVER LINE
15 PRODUCTS, INC.; STANDCO INC.; UNIVERSAL FRICTION MATERIALS
16 COMPANY; WHEELING BRAKE BLOCK MANUFACTURING COMPANY; AND DOES
17 1 through 500, inclusive,

18         Defendants.

19

20     Defendant Ford Motor Company ("Ford"), hereby files its corporate disclosure
21 statement in accordance with Panel Rule 5.3.
22     Ford Motor Company has no parent corporation and no other corporation has a
23 financial interest in this matter. The following is a list of publicly traded domestic and
24 foreign companies in which Ford Motor Company owns an equity interest of at least 10%
25 but less than 100%.
26     United States -    Ceradyne, Inc.
27                             Collision Team of America, Inc.
                               Ecostar Electric Drive Systems, L.L.C.
28                           Edelson Technology Partners III
                          FRN of San Diego, LLC

|    |              |                                   |
|----|--------------|-----------------------------------|
| 1  |              | FRN of Tulsa, LLC                 |
| 2  |              | J.D. Power Clubs, Inc.            |
|    |              | Metropolitan Realty L.L.C.        |
| 3  |              | Vastera, Inc.                     |
| 4  | Argentina:   | Ford Credit Compañia Financiera S.A. |
| 5  | Belgium:     | Ford Motor Company (Belgium) N.V. |
| 6  | Canada:      | Ballard Power Systems             |
| 7  | Denmark:     | Ford Motor Company A/S            |
| 8  | Finland:     | Oyj Ford Abp                      |
| 9  | Germany:     | Ford Werke-Aktiengesellschaft     |
| 10 | Holland:     | Ford Nederland B.V.               |
| 11 | Japan:       | Mazda Motors Corporation          |
| 12 | Korea:       | Ford Motor Company of Korea       |
| 13 | Norway:      | Ford Motor Norge A/S              |
| 14 | Vietnam:     | Ford Vietnam Limited              |

DATED this **8** day of **May**, 2001.

BOWMAN AND BROOKE LLP

By: _____/s/ Curtis J. Busby_____
Thomas C. Howard
Curtis J. Busby
Suite 1700, Phoenix Plaza
2929 North Central Avenue
Phoenix, Arizona 85012-2761
Attorneys for Defendant Ford Motor Co.

LAW OFFICES OF GREG W. MARSH
Greg W. Marsh, Esq.
731 South Seventh Street
P.O. Box 1780
Las Vegas, Nevada 82101-6907
Attorney for Defendant Ford Motor Co.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**CERTIFICATE OF MAILING**

MAY - 9 2001

FILED
CLERK'S OFFICE

I HEREBY CERTIFY that I am an employee of BOWMAN AND BROOKE LLP, and that on the __8__ day of __May__, 2001, I caused to be deposited in a sealed envelope, a true and correct copy of the foregoing Rule 5.3 Corporate Disclosure Statement in the United States mail, with postage fully prepaid, addressed all parties on attached service list.

_Sandy Wickham_
An Employee of BOWMAN AND BROOKE LLP

::ODMA\PCDOCS\PHX\66071\1

4

## INVOLVED COUNSEL LIST
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Jack Angaran
Georgeson, Thompson & Angaran, Chtd.
100 West Grove Street
Suite 500
Reno, NV 89509

David B. Beers
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Richard C. Binzley
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, L.L.P.
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Janice J. Brown
Barker, Brown, Busby, Chrisman
800 Bank of America Plaza
300 South 4th Street
Las Vegas, NV 89101

Curtis Busby
Bowman & Brooke, LLP
2929 North Central Avenue
Suite 1700
Phoenix, AZ 85012

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Jack C. Cherry
Alverson, Taylor, Mortensen, Nelson
7401 West Charleston Blvd.
Las Vegas, NV 89117

Stephanie C. Christens
Cooper, Christensen Law Firm, LLP
4411 South Pecos Road
Las Vegas, NV 89121

Douglas Cohen
Jones, Vargas
3773 Howard Hughes Parkway
3rd Floor South
Las Vegas, NV 89101

William Cooper
Cooper Law Offices
601 E. Bridger
Las Vegas, NV 89101

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hanson
Stich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219

## INVOLVED COUNSEL LIST (Cont.)

P.2

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Greg Marsh
Greg W. Marsh Chtd.
P.O. Box 1780
Las Vegas, NV 89125

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Oren P. Noah
Brayton Purcell
222 Rush Landing Road
Novato, CA 94945

Troy Peyton
Rumph & Peyton
300 South 4th Street
Suite 800
Las Vegas, NV 89101

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

William Pruitt
Barron, Vivone, Holland, Pruitt, Chtd.
1404 S. Jones Blvd.
Las Vegas, NV 89146

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Edmund J. Towle III
Kinsella, Boesch, Fujikawa & Towle
1901 Avenue of the Stars
7th Floor
Los Angeles, CA 90067

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406