MDL 875

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| CARL TURLEY AND LEVELLA TURLEY, | § § § |
| Plaintiffs, | § § |
| v. | § § CIVIL ACTION NO. 2:01-CV-0141-J |
| ACandS INC., ET AL, | § § |
| Defendants. | § |

PLEADING NO. 3154

## ORDER GRANTING REMAND

Before the Court is Plaintiffs' "Emergency Motion to Remand," filed April 6, 2001 and the response, filed ~~January 30, 1999~~ April 23, 2001. Plaintiffs' motion is GRANTED, and the case is REMANDED to the 69th Judicial District Court of Moore County for lack of subject matter jurisdiction.

It is SO ORDERED.

Signed this the 25th day of April, 2001.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

MDL- 875
RECOMMENDED ACTION
Vacate CTO-197 one action
Approved/Date: MK 5/8

IMAGED MAY 11 '01