HB
TK



| | JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |
|---|---|
| **PORTER & MALOUF, P.A.** ATTORNEYS AT LAW | MAY 10 2001 FILED CLERK'S OFFICE |

TIMOTHY W. PORTER*
*also admitted in Louisiana

4670 McWillie Drive
P. O. Box 12768
Jackson, Mississippi 39236
Telephone (601) 981-9990
Fax (601) 981-9980

PATRICK C. MALOUF

May 8, 2001

PLEADING NO. 3156

**Via Fax & U. S. Mail**                              **(Fax No. 202/502-2888)**

Michael J. Beck, Clerk of the Panel
One Columbus Circle, NE
Thorogood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

RE:   MDL-875–In Re Asbestos Products Liability Litigation (No. VI)
      *Ruby Odom, et al. v. Abex Corporation, et al.*   MSS
      U. S. District Court, Southern District, Southern Division
      Civil Action No. 1:01cv125GR

Dear Mr. Beck:

Please accept this letter in lieu of our Motion and Brief to vacate the Conditional Transfer Order filed on April 16, 2001 in the above captioned matter. With respect to the grounds concerning opposition, we are opposed to the transfer of this case due to the complete lack of diversity jurisdiction that exists to remove this case to federal court. However, Plaintiffs are aware that this is not one of the grounds to present to this panel and therefore choose to take up the removal issue with Judge Weiner rather than waste the Panels' time.

Should you need any additional information, please advise. Otherwise, we appreciate your consideration in this matter.

MDL- 875
RECOMMENDED ACTION
Lift Stay CTO-196
Withdrawal of Opposition - one action
Approved/Date: MJB  5/09/01

**IMAGED MAY 11 '01**

Michael J. Beck, Clerk of Panel
May 8, 2001
Page 2

With kind personal regards,

I am,

PORTER & MALOUF, P.A.

Patrick C. Malouf

PCM:cjm