IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

HILRY A. ANDERSON, *ET AL.*                         PLAINTIFFS

VERSUS                                              CIVIL ACTION NO. 1:01cv32GR

OWENS-ILLINOIS, INC.; *ET AL.*                      DEFENDANTS

### ORDER

This cause comes before the Court on motion of the plaintiffs to remand [5-1] the above referenced action to the Circuit Court of Jefferson County, Mississippi. Also pending before the Court are the plaintiffs' motions to expedite hearing [5-1], for attorney's fees [5-3], and sanctions [5-4]. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that the plaintiffs' motion to remand [5-1] be, and is hereby, granted. The Clerk of this Court is directed to mail the Court file along with a certified copy of this order to the Clerk for the Circuit Court of Jefferson County, Mississippi, after the expiration of ten days of the entry date of this judgment or by no earlier than May 25, 2001. It is further,

ORDERED AND ADJUDGED that the plaintiffs' motion to expedite hearing [5-2] be, and is hereby, denied. It is further,

ORDERED AND ADJUDGED that the plaintiffs' motions for attorneys' fees [5-3] and sanctions [5-4] be, and are hereby, denied. It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs associated

IMAGED MAY 14 '01

with these motions.

    SO ORDERED AND ADJUDGED this the 9th day of May A.D., 2001.

*[signature]*
UNITED STATES DISTRICT JUDGE

US DISTRICT CLERK   ID:228-436-9632   MAY 09'01   13:58 No.007 P.03