JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 14 2001

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Anderson, et al. v. Owens-Illinois*, Inc., et al., S.D. Mississippi, C.A. No. 1:01-32

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Anderson*) on April 26, 2001. The Panel has now been advised that *Anderson* was remanded to the Circuit Court of Jefferson County, Mississippi, by the Honorable Walter J. Gex, III, in an order filed on May 9, 2001.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-197" filed on April 26, 2001, is hereby VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

IMAGED MAY 14 '01