MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 14 2001

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| MOORE C. LINKENHOKER and VIRGINIA LINKENHOKER, his wife : | REQUEST BY PLTFS. MOORE C. LINKENHOKER, ET AL., TO POSTPONE THE MAY 31, 2001 HEARING SESSION -- DENIED 5/14/01 - mjb |
| Plaintiffs : | MDL No.: 975 |
| vs. : | C.A. No.: 1:00-3717 |
| ACandS, Inc., et al : | * Called atty. |
| Defendants : | |

## MOTION FOR POSTPONEMENT

Plaintiffs, by their undersigned attorney, request that the hearing set on the issue of Plaintiffs' Opposition to Transfer of this action to the Eastern District of Pennsylvania, be postponed and reset. The grounds for this motion are as follows:

An order has been entered conditionally transferring these proceedings to the Eastern District of Pennsylvania for inclusion in MDL 875 to which the Plaintiffs have filed an opposition. The Plaintiffs have now received notice from the Judicial Panel Multidistrict Litigation that this matter has been set for a hearing on May 31, 2001. Counsel for Plaintiffs have been previously scheduled for argument before the Maryland Court of Appeals on that date in the case of Eid v. Duke, No. 140, September Term 2000. (Attached is the Notice of the Court of Appeals of the setting of that argument).

Edward J. Lilly is responsible for argument in the Eid case as well as the matters pending before this panel. The Plaintiffs request pursuant to Rule 16.1 (i) that the scheduled argument in this matter be postponed for good cause shown to afford the

PLEADING NO. 3162

IMAGED MAY 16 '01

OFFICIAL FILE COPY

opportunity the present argument in this matter.

                    Respectfully Submitted,

                    Edward J. Lilly, Esquire
                    Federal Bar #07982
                    LAW OFFICES OF PETER G. ANGELOS, P.C.
                    100 N. Charles Street, 20th Floor
                    One Charles Center
                    Baltimore, Maryland 21201
                    (410) 649-2000



ALEXANDER L. CUMMINGS
CLERK

# Court of Appeals
## of Maryland
Robert C. Murphy Courts of Appeal Building
361 Rowe Boulevard
Annapolis, Md. 21401-1699

BESSIE M. DECKER
CHIEF DEPUTY

VIRGINIA A. BUSIK
JOANNE T. DREWRY
LISA R. ZINKAND
CAROL A. HOLT
DEPUTIES

410-260-1500
1-800-926-2583

### OFFICIAL NOTICE

No. 140,   September Term, 2000

Jerry W. Eid et ux. v. Christopher J. Duke et al.

has been set for argument on  Thursday, May 31, 2001

You should report in the Clerk's Office by 9:30 a.m. on that date.

ALEXANDER L. CUMMINGS, Clerk

TTY FOR DEAF: 410-260-1554

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MOORE C. LINKENHOKER
and
VIRGINIA LINKENHOKER, his wife     :

    Plaintiffs     :     MDL No.: 975

vs.     :     C.A. No.: 1:00-3717

ACandS, Inc., et al     :

    Defendants     :

## ORDER

The aforegoing Motion for Postponement is thereupon the Judicial Panel of Multidistrict Litigation  ORDERED, the hearing before the Judicial Panel of Multidistrict Litigation now set for May 31, 2001, it is hereby postponed.

_____
JUDGE

RECEIVED CLERK'S OFFICE 2001 MAY 11 P 2: 44 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAY 14 2001

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___9th___ day of May, 2001, a copy of the Motion for Postponement was mailed, first class, postage pre-paid, to the below listed counsel:

Richard C. Binzley, Esquire
Thompson, Hine & Flory
127 Public Square
Cleveland, Ohio 44114

Edward J. Cass, Esquier
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, Ohio 44115

David A. Damico, Esquire
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, Pennsylvania 15222

Raymond P. Forceno, Esquire
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, Pennsylvania 19106

Ellen B. Furman, Esquire
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, Pennsylvania 19103

Susan M. Hanson, Esquire
Strich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

Gene Locks, Esquire
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, South Carolina 29464

Donald A. Powell, Esquire
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, Ohio 44309

John J. Repcheck, Esquire
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, Pennsylvania 15219

John D. Roven, Esquire
John Roven & Associates
2190 North Loop West
Suite 410
Houston, Texas 77018

Richard D. Schuster, Esquire
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216

David C. Landin, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219

Peter Wilson Taliaferro, Esquire
Thomas & Libowitz
100 Light Street, Ste. 1100
The USF&G Tower
Baltimore, Maryland 21202

Andrew J. Trevelise, Esquire
Reed, Smith, Shaw & McClay
2500 One Liberty Street
1650 Market Street
Philadelphia, Pennsylvania 19103

James K. Weston, II, Esquire
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Neil Selman, Esquire
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, California 90025

Robert N. Spinelli, Esquire
Kelley, Jasons, McGuire & Spinelli
One Penn Center, Suite 1400
1617 JFK Boulevard
Philadelphia, Pennsylvania 19103

Robert E. Swickle, Esquire
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

_____
EDWARD J. LILLY

-3-