MDL 875

# LANDYE BENNETT BLUMSTEIN LLP
### ATTORNEYS

JEFFREY S. MUTNICK, P.C.
*jmutnick@landye-bennett.com*
Admitted in Oregon

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 1 4 2001

FILED
CLERK'S OFFICE

May 11, 2001

**BY FACSIMILE 202-502-2888**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

REQUEST BY OREGON PLTFS. TILFORD AANDERUD, ET AL., TO POSTPONE THE MAY 31, 2001 HEARING SESSION -- DENIED
5/14/01 - mjb

Re:   **Notice of Hearing of May 31, 2001
      Multidistrict Litigation 875**

\* Called atty.

Dear Clerk:

I have been undergoing settlement negotiations under the direction of Judge Weiner in the Eastern District of Pennsylvania with regard to my cases remaining in that jurisdiction. I am hopeful that in the next month or so those matters will be resolved. Therefore, I am writing you to request a postponement of the hearing that has been set for May 31, 2001. I would like to request that it be pushed back 60 days with the possibility that settlement negotiations may obviate the need for the hearing.

Thank you for your consideration of my request. I look forward to your response.

Very truly yours,

*[signature]*

Jeffrey S. Mutnick, P.C.

/amc

PLEADING NO 3163

IMAGED MAY 1 6 '01

P:\Clients\ASBESTOS\MDL Litigation\Cor\Clerk ltr requesting postponement of hrg 5-11-01.doc

OFFICIAL FILE COPY

Oregon:  3500 Wells Fargo Center • 1300 S.W. Fifth Ave. • Portland, Oregon 97201 • Tel: 503.224.4100 • Fax: 503.224.4133
Alaska:  701 West Eighth Ave., Suite 1200 • Anchorage, Alaska 99501 • Tel: 907.276.5152 • Fax: 907.276.8433