**MDL 875**

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 15 2001

FILED
CLERK'S OFFICE

Pursuant to Panel Rule 5.3, CertainTeed Corporation makes the following disclosure:

1) Parent corporations of the party:

   Compagnie de Saint-Gobain

2) Publicly held companies that own 10% or more of the party's stock:

   NONE

_____          Dated: 5/7/01
(Signature of counsel)

PLEADING NO. 3166

RECEIVED CLERK'S OFFICE
2001 MAY 11 P 3:33
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IMAGED MAY 16 '01

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 15 2001

FILED
CLERK'S OFFICE

Pursuant to Panel Rule 5.3, Dana Corporation makes the following disclosure:

1) Parent corporations of the party:

   NONE

2) Publicly held companies that own 10% or more of the party's stock:

   NONE

_____          Dated: 5/7/01
(Signature of counsel)

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 15 2001

FILED
CLERK'S OFFICE

Pursuant to Panel Rule 5.3, Maremont Corporation makes the following disclosure:

1) Parent corporations of the party:

   ArvinMeritor, Inc.

2) Publicly held companies that own 10% or more of the party's stock:

   ArvinMeritor, Inc.

_____
(Signature of counsel)

Dated: 5/7/01

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 875

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAY 15 2001

FILED
CLERK'S OFFICE

Pursuant to Panel Rule 5.3, T&N plc makes the following disclosure:

1) Parent corporations of the party:

   Federal-Mogul Corporation

2) Publicly held companies that own 10% or more of the party's stock:

   NONE


_____          Dated: __5/7/01__
(Signature of counsel)

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 1 5 2001

FILED
CLERK'S OFFICE

Pursuant to Panel Rule 5.3, Union Carbide Corp. makes the following disclosure:

1) Parent corporations of the party:

   Dow Chemical Company

2) Publicly held companies that own 10% or more of the party's stock:

   None, other than Dow Chemical Company

_____   Dated: 5/7/01
(Signature of counsel)

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 15 2001

FILED
CLERK'S OFFICE

Pursuant to Panel Rule 5.3, United States Gypsum Company makes the following disclosure:

1) Parent corporations of the party:

   USG Corporation

2) Publicly held companies that own 10% or more of the party's stock:

   NONE

_____     Dated: __5/7/01__
(Signature of counsel)

## SERVICE LIST

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 15 2001

FILED
CLERK'S OFFICE

Jack Angaran
Georgeson, Thompson & Angaran
100 West Grove Street
Suite 500
Reno, NV  89509

David B. Beers
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, D.C.  20036-1872

Janice J. Brown
Barker, Brown, Busby, et al.
800 Bank of America Plaza
300 South 4th Street
Las Vegas, NV  89101

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH  44115

Stephanie C. Christens
Cooper, Christensen Law Firm, LLP
4411 South Pecos Road
Las Vegas, NV  89121

William Cooper
Cooper Law Offices
601 E. Bridger
Las Vegas, NV  89101

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building, Suite 1000
Independence Mall East
Philadelphia, PA  19106

Richard C. Binzley
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH  44114

Mary P. Birk
Baker & Hostetler, L.L.P.
303 East 17th Avenue
Suite 1100
Denver, CO  80203

Curtis Busby
Bowman & Brooke, LLP
2929 North Central Avenue
Suite 1700
Phoenix, AZ  85012

Jack C. Cherry
Alverson, Taylor, Mortensen, et al.
7401 West Charleston Blvd.
Las Vegas, NV  89117

Douglas Cohen
Jones, Vargas
3773 Howard Hughes Parkway
3rd Floor South
Las Vegas, NV  89101

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA  15222

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA  19103

- 2 -

Susan M. Hanson
Stich, Angell, Kreidler & Muth
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN  55401

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA  19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29464

Troy Peyton
Rumph & Peyton
300 South 4th Street, Suite 800
Las Vegas, NV  89101

William Pruitt
Barron, Vivone, Holland, Pruitt, Chtd.
1404 S. Jones Blvd.
Las Vegas, NV  89146

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX  77018

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA  90025

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Greg Marsh
Greg W. Marsh Chartered
P.O. Box 1780
Las Vegas, NV  89125

Oren P. Noah
Brayton & Purcell
222 Rush Landing Road
P.O. Box 2109
Novato, CA  94945

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH  44309

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA  19102

- 3 -

Robert E. Swickle  
Jacques Admiralty Law Firm, P.C.  
1370 Penobscot Building  
Detroit, MI  48226

Andrew J. Trevelise  
Reed, Smith, Shaw & McClay  
2500 One Liberty Place  
1650 Market Street  
Philadelphia, PA  19103

David R. Donadio  
Oren P. Noah  
Brayton Purcell  
222 Rush Landing Road  
Novato, CA  94945

Edmund J. Towle, III  
Kinsella, Boesch, Fujikawa & Towle  
1901 Avenue of the Stars  
7th Floor  
Los Angeles, CA  90067

James K. Weston, II  
Tom Riley Law Firm  
4040 First Avenue, N.E.  
P.O. Box 998  
Cedar Rapids, IA  52406