# MDL 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 15 2001

FILED
CLERK'S OFFICE

Pursuant to Panel Rule 5.3, Center for Claims Resolution, Inc. makes the following disclosure:

1) Parent corporations of the party:

   NONE

2) Publicly held companies that own 10% or more of the party's stock:

   NONE

_____        Dated: 5/7/01
(Signature of counsel)

PLEADING NO. 3167

IMAGED MAY 16 '01

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 15 2001

FILED
CLERK'S OFFICE

Pursuant to Panel Rule 5.3, Amchem Products, Inc. (now known as Aventis CropScience USA, Inc.) makes the following disclosure:

1) Parent corporations of the party:

   Aventis CropScience Holding SA

2) Publicly held companies that own 10% or more of the party's stock:

   NONE

_____          Dated: 5/7/01
(Signature of counsel)

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 15 2001

FILED
CLERK'S OFFICE

Pursuant to Panel Rule 5.3, C.E. Thurston & Sons, Inc. makes the following disclosure:

1) Parent corporations of the party:

   NONE

2) Publicly held companies that own 10% or more of the party's stock:

   NONE

_____
(Signature of counsel)

Dated: 5/7/01

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 15 2001

FILED
CLERK'S OFFICE

Pursuant to Panel Rule 5.3, CertainTeed Corporation makes the following disclosure:

1) Parent corporations of the party:

   Compagnie de Saint-Gobain

2) Publicly held companies that own 10% or more of the party's stock:

   NONE

_____
(Signature of counsel)

Dated: 5/7/01

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MAY 15 2001
FILED
CLERK'S OFFICE

Pursuant to Panel Rule 5.3, Dana Corporation makes the following disclosure:

1) Parent corporations of the party:

   NONE

2) Publicly held companies that own 10% or more of the party's stock:

   NONE

_____
(Signature of counsel)

Dated: 5/7/01

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 15 2001

FILED
CLERK'S OFFICE

Pursuant to Panel Rule 5.3, Pfizer, Inc. makes the following disclosure:

1) Parent corporations of the party:

   NONE

2) Publicly held companies that own 10% or more of the party's stock:

   NONE

_____   Dated: __5/7/01__
(Signature of counsel)

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MAY 15 2001
FILED
CLERK'S OFFICE

Pursuant to Panel Rule 5.3, Quigley Company, Inc. makes the following disclosure:

1) Parent corporations of the party:

   Pfizer, Inc.

2) Publicly held companies that own 10% or more of the party's stock:

   None, other than Pfizer, Inc.

_____         Dated: 5/7/01
(Signature of counsel)

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 15 2001

FILED
CLERK'S OFFICE

Pursuant to Panel Rule 5.3, Shook & Fletcher Insulation, Co. makes the following disclosure:

1) Parent corporations of the party:

   NONE

2) Publicly held companies that own 10% or more of the party's stock:

   NONE

_____          Dated: __5/7/01__
(Signature of counsel)

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 15 2001

FILED
CLERK'S OFFICE

Pursuant to Panel Rule 5.3, T&N plc makes the following disclosure:

1) Parent corporations of the party:

   Federal-Mogul Corporation

2) Publicly held companies that own 10% or more of the party's stock:

   NONE

_____        Dated: 5/7/01
(Signature of counsel)

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 15 2001

FILED
CLERK'S OFFICE

Pursuant to Panel Rule 5.3, Union Carbide Corp. makes the following disclosure:

1) Parent corporations of the party:

   Dow Chemical Company

2) Publicly held companies that own 10% or more of the party's stock:

   None, other than Dow Chemical Company

_____
(Signature of counsel)

Dated: 5/7/01

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 15 2001

FILED
CLERK'S OFFICE

## SERVICE LIST

Clerk of the Court
United States District Court
Central District of Illinois – Peoria Division
309 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

John A. Slevin
Vonachen, Lawless, Trager & Slevin
456 Fulton Street, Suite 425
Peoria, IL 61602
    Counsel for Plaintiffs

Gene Locke
Greitzer & Locke
1500 Walnut Street
Philadelphia, PA 19102
    Plaintiff's Liaison Counsel

Richard C. Binzley
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH 44114
    Lead Counsel for Defendants in the
    Seamen Cases

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115
    Counsel for the Goodall Defendants

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222
    Counsel for Fela Defendant

Raymond P. Porceno
Porceno & Hannon
Philadelphia Bourse Building, Suite 1000
Independence Mall East
Philadelphia, PA 19103
    Counsel for Fela Plaintiffs

Ellen B. Furman
Goldfein & Joseph
1600 Market Street, 33rd Floor
Philadelphia, PA 19103
    National Counsel

Susan M. Hanson
Stich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401
    National Counsel

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
991 Easy Byrd Street
Richmond, VA 23219
    Counsel for Peripheral Defendant

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
38 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465
    Plaintiff's Liaison Counsel

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309
    National Counsel

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
    Counsel for Peripheral Defendant

John D. Roven
John Roven & Associates
2190 North Loop West, Suite 410
Houston, TX 77018
    Counsel for Fela Plaintiffs

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216
    National Coordinating Counsel for
    BFGoodrich Co.

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, LLP
Centre Square West, 15th Floor
Philadelphia, PA 19102
    Defendant's Liaison Counsel

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226
    National Counsel

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
    Defendant's Liaison Counsel

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025
    National Counsel

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406
    National Counsel for Raymark
    Industries, Inc.

Joseph B. McDonnell
Greensfelder, Hemker, & Gale
33 Bronze Pointe
Suite 100
Swansea, IL 62226
    Counsel for CCR Defendants