# MDL 875

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## LANDMAN CORSI BALLAINE & FORD P.C.

ATTORNEYS AT LAW

**MAY 15 2001**

FILED
CLERK'S OFFICE

120 BROADWAY, 27TH FLOOR
NEW YORK, N.Y. 10271-0079
TELEPHONE (212) 238-4800
FAX (212) 238-4848

LANDMAN CORSI BALLAINE & FORD
ONE GATEWAY CENTER
4TH FLOOR
NEWARK, N.J. 07102-5311
TEL (973) 623-2700
FAX (973) 623-4498

WILLIAM G. BALLAINE
JOHN A. BONVENTRE•▲
LOUIS G. CORSI
GERALD T. FORD•
CATHLEEN GIANNETTA
STEPHEN JACOBS
RONALD E. JOSEPH◊
MARK S. LANDMAN▲
DANIEL S. MORETTI
JAMES M. WOOLSEY III

▲ CT BAR
◊ FL BAR
▪ NJ BAR
■ MASS BAR
◊ PA BAR
•• NJ BAR ONLY
•◊ NJ & PA BARS ONLY

OF COUNSEL

R. CHRISTOPHER BEAVER
ROXANNA S. CAMPBELL•◊
ANDREW B. CHARKOW•
SEAN P. CONSTABLE■
JERRY A. CUOMO•
KAREN R. DALLOW••
PAUL S. DANNER••
JAMES E. DAVIES
JOHN P. DeFILIPPIS
ONOFRIO de GENNARO••
PHILIP J. DiBERARDINO, JR•
REBECCA W. EMBRY
JAMES L. FERRARA•
EILEEN FORDE
JYOTI M. FRIEDLAND
MATTHEW G. FRIEDMAN
BRYAN S. GERSHKOWITZ
KAREN I. GREENBERGER▲
SEAN M. KANE•

ROBERT A. KASUBA••
ANDREW P. KEAVENEY•
CHRISTOPHER S. KOZAK•
KIMBERLY SCURTI LOWE•
JONATHAN R. MIKO•
BRIAN M. MOLINARIA■
STACY N. O'CONNOR•◊
TARA A. ROSCIOLI•◊
JAMES H. ROWLAND
LAURINE M. RUBIN
DIANE J. RUCCIA•◊
AMY L. SMITH••
MELANIE K. SUMRADA•
JOSEPH M. TOMAINO••
JOSHUA J. WELLS
PAULA M. WINTERS•
LORI B. WOLMETZ
MARK I. ZELKO

May 14, 2001

**Via Telecopier & Regular Mail**

Mr. Michael J. Beck
Clerk of the Panel
Judicial Panel of Multidistrict Litigation
Federal Judiciary Building
One Columbus Circle, N.E.
Room G255
Washington, D.C. 20002

REQUEST OF DEFT. METRO-NORTH RAILROAD CO. FOR EXTENSION OF TIME TO FILE RESPONSE – GRANTED TO DEFT. METRO-NORTH RAILROAD TO AND INCLUDING MAY 17, 2001

(5/15/01 - cdm)

✱ Called atty.

Re: Julita Szewczyk, as Administratrix of the Estate of Jan Szewczyk,
-Against-
Metro-North Commuter Railroad
CTO No.: 875
Civil action No.: 01 Civ. 0199 (WK)

Dear Mr. Beck:

Pursuant to my telephone conversation with Deputy Clerk Randolph Mitchell earlier today, this office has been retained to as attorneys for Defendant Metro-North in the above-referenced matter. As I informed Mr. Randolph, defendant Metro-North did not receive plaintiff's Motion to Vacate the Court's Conditional Transfer Order and Memorandum of Law in Support until April 27, 2001 by mail. Defendant respectfully requests that defendant Metro-North's time to oppose plaintiff's motion be extended to May 17, 2001.

Please feel free to contact me if you have any questions or need any further information. We appreciate your consideration of this request.

Respectfully,

*Philip DiBerardino*

Philip DiBerardino

cc:
Mr. Randolph Mitchell
Deputy Clerk
Cahill & Goetsch
Attorneys for Plaintiff

**OFFICIAL FILE COPY** IMAGED MAY 16 '01

297173.1 DocsNY

PLEADING NO. 3168