JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 17 2001

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY      :
LITIGATION (NO. VI)                      :
                                         :
_____ x

This Document Relates to:                :     CIVIL ACTION NO. MDL 875

Law Firm of Deehl & Carlson              :

United States District Court             :
Southern District of Florida             :
                                         :
William F. SAIGER, dec., No. 00-02051    :     FILED   MAY -2 2001
                                         :
[In the event the above-listed case      :
is a multiple plaintiff (victim)         :
action, this transfer is for the         :
above-named party only, or said          :
party's representative, and any          :
spousal or dependent actions.]           :
_____ x

MDL- CRO 875
RECOMMENDED ACTION

CRO - 2 actions            SUGGESTION OF REMAND
Approved/Date: _m/l  5/7_

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Southern District of Florida, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

ENTERED
MAY - 2 2001
CLERK OF COURT

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are

IMAGED MAY 21 '01

hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Southern District of Florida for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 5/2/01

Charles R. Weiner   J.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 17 2001

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASPESTOS PRODUCTS LIABILITY        :
LITIGATION (NO. VI)                       :
                                          :
_____x

This Document Relates to:                 :     CIVIL ACTION NO. MDL 875

Law Firm of Cascino Vaughan               :

United States District Court   ILN        :
~~Western District of Wisconsin~~         :           FILED   MAY - 2 2001

Clarence A. HOSHAW, C.A.No. 00-CV-05077   :

[In the event the above-listed case       :
is a multiple plaintiff (victim)          :
action, this transfer is for the          :
above-named party only, or said           :
party's representative, and any           :
spousal or dependent actions.]            :
_____x

SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Western District of Wisconsin, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

ENTERED
MAY - 2 2001
CLERK OF COURT

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are

hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Western District of Wisconsin for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: May 2, 2001

_____
Charles R. Weiner          J.