**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION   **MAY 18 2001**

FILED
CLERK'S OFFICE

PLEADING NO. 3175

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIAB. LITIG. (NO. VI)<br><br>This Document Relates to:<br><br>PEREZ ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CENTER FOR CLAIMS<br>RESOLUTION ET AL.,<br><br>    Defendants. | MDL 875 (Hon. Charles Weiner)<br><br><br><br><br><br>No. C-01-1627 JCS (N.D. Cal.) |
| YOUNG ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CENTER FOR CLAIMS<br>RESOLUTION ET AL.,<br><br>    Defendants. | No. 4:00-CV-225-P-A (N.D. Miss.) |

### RULE 5.3 DISCLOSURE STATEMENT OF
### DEFENDANT CENTER FOR CLAIMS RESOLUTION, INC.

Pursuant to Panel Rule 5.3, defendant Center for Claims Resolution, Inc. makes the following disclosure:

**IMAGED MAY 21 '01**

1)     Parent corporations of the Party:

       NONE

2)     Publicly held companies that own 10% or more of the party's stock:

       NONE


_____          Dated: _5|10|01_____

Richard M. Wyner

       Counsel for Defendant Center
       for Claims Resolution, Inc.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 1 8 2001

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 875

Pursuant to Panel Rule 5.3, IU North America, Inc. makes the following disclosure:

1)      Parent corporations of the party:

IU International Corporation

2)      Publicly held companies that own 10% or more of the party's stock:

NONE

_____
(Signature of Party's counsel)

Dated: ___5/10/01___

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 1 8 2001

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 875

Pursuant to Panel Rule 5.3, Maremont Corporation makes the following disclosure:

1)      Parent corporations of the party:

ArvinMeritor, Inc.

2)      Publicly held companies that own 10% or more of the party's stock:

NONE

_____
(Signature of Party's counsel)

Dated: __5/10/01__

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 1 8 2001

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 875

Pursuant to Panel Rule 5.3, Nosroc Corporation makes the following disclosure:

1)   Parent corporations of the party:

   IU North America, Inc.

2)   Publicly held companies that own 10% or more of the party's stock:

   NONE


_____

(Signature of Party's counsel)

Dated: __5/10/01__

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 1 8 2001

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 875

Pursuant to Panel Rule 5.3, Pfizer, Inc. makes the following disclosure:

1)   Parent corporations of the party:

     NONE

2)   Publicly held companies that own 10% or more of the party's stock:

     NONE

_____
(Signature of counsel)

Dated: __5/7/01__

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 1 8 2001

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

## MDL NO. 875

Pursuant to Panel Rule 5.3, Shook & Fletcher Insulation, Co. makes the following disclosure:

1)      Parent corporations of the party:

   NONE

2)      Publicly held companies that own 10% or more of the party's stock:

   NONE

_____
(Signature of counsel)

Dated: __5/7/01__

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 1 8 2001

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 875

Pursuant to Panel Rule 5.3, United States Gypsum Company makes the following disclosure:

1)    Parent corporations of the party:

      USG Corporation

2)    Publicly held companies that own 10% or more of the party's stock:

      NONE


_A A C U_
(Signature of counsel)

Dated:  **5/7/01**

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2001, I caused copies of the above-referenced Motion to be served upon the following by first-class mail:

Marcy L. Bryan
Forman, Perry, Watkins, Krutz & Tardy, PLLC
1200 One Jackson Place
188 E. Capitol Street
Jackson, Mississippi 39201

> *Counsel for Defendants Center for Claims Resolution, Inc., Amchem Products, Inc., Dana Corporation, CertainTeed Corporation, Ferodo America, Inc., Flexitallic, Inc., I U North America, Inc., Maremont Corporation, National Service Industries, Inc., Nosroc Corporation, Pfizer, Inc., Quigley Company, Inc., Shook & Fletcher Insulation Co., T&N plc, Union Carbide Corporation, and United States Gypsum Company, Wells, Moore, Simmons & Hubbard, PLLC in* <u>*Young*</u>

Thomas E. Vaughn
Allen, Vaughn, Cobb, & Hood, P.A.
P.O. Drawer 240
Gulfport, MS 39502-0240

> *Counsel for Defendant A P Green in* <u>*Young*</u>

Frank S Thackston, Jr.
Lake Tindall, LLP
Post Office Box 918
Greenville, Mississippi 38702-0918

> *Counsel for Defendant GAF Corporation in* <u>*Young*</u>

Benjamin E. Griffith
Griffith & Griffith
123 South Court Street
Post Office Box 1680
Cleveland, MS 38732-1680

> *Counsel for Defendant Samuel Heyman in* <u>*Young*</u>

Edward Houff
Church & Houff, P.A.
The B&O Building
Suite 600
2 North Charles Street
Baltimore, MD 21201

> *Counsel for Defendant Armstrong World Industries, Inc. in* <u>*Young*</u>

Adam M. Chud

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION                                   April 06, 2001


DOCKET: 875 - In re Asbestos Products Liability Litigation (No. VI)
STATUS: Transferred

TRANSFEREE INFORMATION
    Dist: PAE
    Judge: Weiner, Charles R.
    Date: 07/29/91


|  |  | Page: 1 |
| --- | --- | --- |
| **COUNSEL** | **PHONE** | |
| | **FAX** | **DESCRIPTION** |

Locks, Gene                          (215) 893-0100  Pltfs. Liaison Counsel
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA  19102


Binzley, Richard C.                  (216) 566-5579  Lead Counsel for Defcs. in the Seamen Cases
Thompson, Hine & Flory               (216) 566-5583
127 Public Square
3900 Key Center
Cleveland, OH  44114


Cass, Edward J.                      (216) 241-5310  Counsel for the Goodall Defendants.
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, OH  44115


Damico, David A.                     (412) 394-2500  Fela Deft.
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA  15222


Forceno, Raymond P.                  (215) 732-1630  Fela Pltfs.
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA  19106


Furman, Ellen B.                     (215) 979-8200  National Counsel
Goldfein & Joseph                    (215) 979-8201
1600 Market Street
33rd Floor
Philadelphia, PA  19103


Hanson, Susan M.                     (612) 333-6251  National Counsel
Stich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN  55401

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION                                          April 06, 2001

(0 Liaison Counsel Continued)

| COUNSEL | PHONE FAX | DESCRIPTION |
|---|---|---|
| Landin, David C.<br>Hunton & Williams<br>Riverfront Plaza<br>East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | (804) 788-8200<br>(804) 877-8218 | Peripheral Deft. |
| Motley, Ronald L.<br>Ness, Motley, Loadholt, Richardson & Poole<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465 | (843) 216-9000 | Pltfs. Liaison Counsel |
| Powell, Donald A.<br>Buckingham, Doolittle & Burroughs<br>50 South Main Street<br>P.O. Box 1500<br>Akron, OH 44309 | (216) 376-5300 | National Counsel |
| Repcheck, John J.<br>Marks, O'Neill<br>3200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | (412) 391-6171 | Peripheral Deft. |
| Roven, John D.<br>John Roven & Associates<br>2190 North Loop West<br>Suite 410<br>Houston, TX 77018 | (713) 465-8522<br>(713) 465-3658 | Fela pltfs. |
| Schuster, Richard D.<br>Vorys, Sater, Seymour & Pease, LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216 | (614) 464-6430 | National Coordinating Counsel for BFGoodrich Co. |
| Spinelli, Robert N.<br>Kelley, Jasons, McGuire & Spinelli, L.L.P.<br>Centre Square West<br>15th Floor<br>Philadelphia, PA 19102 | (215) 854-0658<br>(215) 854-8434 | Defts. Liaison Counsel |
| Swickle, Robert E.<br>Jaques Admiralty Law Firm, P.C.<br>1370 Penobscot Building<br>Detroit, MI 48226 | (313) 961-1080 | National Counsel |
| Trevelise, Andrew J. | (215) 851-8250 | Defts. Liaison Counsel |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION                                            April 06, 2001

(O Liaison Counsel Continued)

| COUNSEL | PHONE | |
| | FAX | DESCRIPTION |
| --- | --- | --- |
| Reed, Smith, Shaw & McClay<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA  19103 | | |
| Selman, Neil<br>Selman, Breitman & Burgess<br>11766 Wilshire Boulevard<br>Sixth Floor<br>Los Angeles, CA  90025 | | National Counsel |
| Weston II.. James K.<br>Tom Riley Law Firm<br>4040 First Avenue, N.E.<br>P.O. Box 998<br>Cedar Rapids, IA  52406 | (319) 363-4040 | National counsel for Raymark Industries. Inc. per letter dated 4/16/97 |

NOTE: Liaison Counsel Are NOT Listed In Alphabetical Order