**MDL 875**

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 18 2001

FILED
CLERK'S OFFICE

Pursuant to Panel Rule 5.3, National Service Industries, Inc. makes the following disclosure:

1) Parent corporations of the party:

   NONE

2) Publicly held companies that own 10% or more of the party's stock:

   NONE

_____          Dated: 5/7/01
(Signature of counsel)

PLEADING NO. 3176

IMAGED MAY 21 '01

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 18 2001

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I hereby certify that, on this 14th day of May 2001, I caused an original, eleven

copies, and one computer readable disk copy of the foregoing Opposition of Defendants

Represented by the Center for Claims Resolution – Amchem Products, Inc., Dana Corporation,

National Service Industries, Inc., T&N plc, and United States Gypsum Company –

to plaintiffs' Motion To Vacate CTO-194, along with the requisite Rule 5.3 Corporate Disclosure

Statements, to be served by hand on the Clerk of the Panel:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-225, North Lobby
Washington, D.C. 20002-8004

I further certify that, on this 14th day of May, 2001, I caused copies of the foregoing

Opposition and Corporate Disclosure Statements to be served by first-class mail, postage

prepaid, on counsel on the attached service list.

I finally certify that, on this 14th day of May, 2001, I caused a copy of the foregoing

Opposition and Corporate Disclosure Statements to be served by first-class mail, postage

prepaid, on the Clerk of the transferee court:

Michael E. Kunz
Clerk of the Court
United States District Court for the
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

_____
Adam M. Chud

Trudy Hartzog Robertson
Moore & Van Allen, PLLC
P.O. Box 22828
Charleston, SC 29413

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

C. Michael Evert, Jr.
Evert & Weathersby, LLC
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

Charles H. Gibbs, Jr.
Haynsworth Sinkler Boyd
P.O. Box 340
Charleston, SC 29402

Ronald B. Cox
Bowers, Orr & Dougall, LLP
P.O. Box 25389
Columbia, SC 29224

John D. Roven
John Roven & Associates
2190 North Loop West, Suite 410
Houston, TX 77018

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert E. Swickle
Jaques Admiralty Law Firm
1370 Penobscot Building
Detroit, MI 48226

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

C. Lucas Drake
Hood Law Firm
P.O. Box 1508
Charleston, SC 29402

Michael S. Seekings
Mullen Wylie & Seekings
134 Meeting Street, Suite 500
Charleston, SC 29401

## SERVICE LIST

V. Brian Bevon
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 74th Floor
1501 Euclid Avenue
Cleveland, OH 44115

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Ellen B. Furman
Goldfein & Joseph
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Susan M. Hanson
Stich, Angell, Kreidler & Muth
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

Richard C. Binzley
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH 44114

William T. Causby
Nelson, Mullins, Riley & Scarborough
Keenan Building, 3rd Floor
1330 Lady Street
P.O. Box 11070
Columbia, SC 29211

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building, Suite 1000
Independence Mall East
Philadelphia, PA 19106

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 13390
Charleston, SC 29422

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219