JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 18 2001

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Howard A. Van Pelt v. ACandS, Inc, et al., D. Maryland, C.A. No. 1:01-949

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Van Pelt*) on April 16, 2001. Prior to expiration of the mandatory fifteen-day stay of execution, plaintiff in *Van Pelt* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. *Van Pelt* was then remanded to the Circuit Court of Maryland for Baltimore City by the Honorable Frederic N. Smalkin in an order filed on May 15, 2001.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-196" filed on April 16, 2001, is hereby VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

IMAGED MAY 21 '01