# MDL 875

JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
-------------------------------------------------------X
JULITA SZEWCZYK, as Administratrix of the
Estate of JAN SZEWCZYK,

                Plaintiff,

  - against -

METRO-NORTH RAILROAD COMPANY,

                Defendant.
-------------------------------------------------------X

Conditional Transfer Order (CTO-194)

Civil Action
No. 01 Civ. 0199 (WK)

PLEADING NO. 3179

## RULE 5.3 STATEMENT

METRO-NORTH COMMUTER RAILROAD ("METRO-NORTH") is a public benefit corporation. See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992).

Accordingly, Rule 5.3 does not apply to Metro-North.

Dated:    May 23, 2001
             New York, New York

                              Respectfully submitted,

                              LANDMAN CORSI BALLAINE & FORD P.C.

                 By:   _____
                              Brian M. Molinari (BM 7836)
                              Attorneys for Defendant
                              METRO-NORTH RAILROAD COMPANY
                              120 Broadway, 27th Floor
                              New York, New York 10271-0079
                              (212) 238-4800

RECEIVED CLERK'S OFFICE
2001 MAY 24 A 11:52
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

297729.1

IMAGED MAY 25 '01

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 24 2001

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, Brian M. Molinari, Esq., hereby certify under the penalty of perjury that on this 23rd day of May, 2001, I mailed by first-class mail, postage pre-paid the foregoing "Rule 5.3 Statement" on all attorneys of record as indicated on the attached Involved Counsel List.

Dated: May 23, 2001
New York, New York

Signed: _____
Brian M. Molinari (BM 7836)

RECEIVED
CLERK'S OFFICE
2001 MAY 24 A 11:52
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

297729.1

# INVOLVED COUNSEL LIST
## DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Richard C. Binzley
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Philip DiBerardino, Jr.
Landman, Corsi, Ballaine & Ford, P.C.
120 Broadway
27th Floor
New York, NY 10271

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building,
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hanson
Stich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Scott E. Perry
Cahill & Goetsch, P.C.
43 Trumbull Street
New Haven, CT 06511

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406