MDL DOCKET NO. 875

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN MAY 14, 2001

TO:  Clerk of the Panel
     Judicial Panel on Multidistrict Litigation
     One Columbus Circle, NE
     Thurgood Marshall Federal Judiciary Building
     Room G-255, North Lobby
     Washington, DC 20002-8004

1) Plaintiffs in D. Maryland Linkenhoker potential tag-along -- oppose transfer to E.D.Pa.

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

__X__  This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

____  This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

____  This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

_5/9/01_     _Edward Lilly_     _[signature]_
Date         Name               Authorized Signature

Party/Parties Represented, District(s) & Civil Action Number(s) (list **even if waiving**):

Moore C. Linkenhoker, et al., C.A. No.: 1:00-3717
                              Civil Action No.: 00CV3717

[signature: Michael Reed]
Name and Address of Attorney Designated to Present Oral Argument:
Edward J. Lilly, Esquire, Law Offices of Peter G. Angelos, P.C., 100 N. Charles Street, 20th Floor, Baltimore, Maryland, 21201

Telephone No.: __410-649-2000__

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

IMAGED JUN 1 '01                                          JPML Form 9 (4/02)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___5th___ day of May, 2001, a copy of the Notice of Presentation or Waiver of Oral Argument was mailed, first class, postage pre-paid, to the below listed counsel:

Richard C. Binzley, Esquire
Thompson, Hine & Flory
127 Public Square
Cleveland, Ohio 44114

Edward J. Cass, Esquier
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, Ohio 44115

David A. Damico, Esquire
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, Pennsylvania 15222

Raymond P. Forceno, Esquire
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, Pennsylvania 19106

Ellen B. Furman, Esquire
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, Pennsylvania 19103

Susan M. Hanson, Esquire
Strich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

Gene Locks, Esquire
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, South Carolina 29464

Donald A. Powell, Esquire
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, Ohio 44309

John J. Repcheck, Esquire
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, Pennsylvania 15219

John D. Roven, Esquire
John Roven & Associates
2190 North Loop West
Suite 410
Houston, Texas 77018

Richard D. Schuster, Esquire
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216

David C. Landin, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219

Peter Wilson Taliaferro, Esquire
Thomas & Libowitz
100 Light Street, Ste. 1100
The USF&G Tower
Baltimore, Maryland 21202

Andrew J. Trevelise, Esquire
Reed, Smith, Shaw & McClay
2500 One Liberty Street
1650 Market Street
Philadelphia, Pennsylvania 19103

James K. Weston, II, Esquire
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Neil Selman, Esquire
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, California 90025

Robert N. Spinelli, Esquire
Kelley, Jasons, McGuire & Spinelli
One Penn Center, Suite 1400
1617 JFK Boulevard
Philadelphia, Pennsylvania 19103

Robert E. Swickle, Esquire
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

EDWARD J. LILLY

MDL DOCKET NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 30 2001

FILED
CLERK'S OFFICE

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN MAY 14, 2001

TO:  Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC  20002-8004

(2) Plaintiffs in S.D.
Mississippi Barber potential
tag along -- oppose transfer
to E.D.Pa.

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

[X]  This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

___  This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

___  This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

| 5/11/01 | Larry O. Norris | Larry O. Norris |
|---|---|---|
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) (list even if waiving):

Jimmy Barber, EtAl v. Metropolitan Life Insurance Company, EtAl; United States District Court; Southern District of Mississippi; Western Division; Civil Action # 1:00-334 MDL-875 In re: Asbestos Products Liability Litigation (No. VI)

Name and Address of Attorney Designated to Present Oral Argument:

Larry O. Norris
P.O. Box 8
Hattiesburg, MS 39403-0008
Telephone No.: 601-545-2011

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/02)

# INVOLVED COUNSEL FOR SCHEDULE CTO-190
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO.VI)

Marian S. Alexander
Lake, Tindall, LLP
P.O. Box 918
127 South Poplar
Greenville, MS 38702

Richard C. Binzley
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH 44114

Sheila M. Bossier
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225

Timothy W. Bouch
Leath, Bouch & Crawford
P.O. Box 59
Charleston, SC 29402

Donald E. Britt, Jr.
Law Firm of Donald E. Britt
20 South Fifth Avenue
Wilmington, NC 28401

Alexander M. Bullock
Evert & Weathersby
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Timothy J. Burke
Fennemore & Craig, P.C.
3003 North Central Avenue
Suite 2600
Phoenix, AZ 85012

Lisa Nathanson Busch
Weitz & Luxenberg, P.C.
180 Maiden Lane
17th Floor
New York, NY 10038

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
403 W. North Avenue
Chicago, IL 60610

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Keith E. Coltrain
Ogletree, Deakins, Nash, Smoak, et al.
P.O. Box 31608
Raleigh, NC 27622

Larry J. Crown
Jennings, Haug & Cunningham
2800 North Central Avenue
Suite 1800
Phoenix, AZ 85004

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Harry L. Davis, Jr.
Davis & Hamrick, L.L.P.
P.O. Box 20039
Winston-Salem, NC 27120

Rodney A. Dean
Dean & Gibson, L.L.P.
Cameron Brown Building
Suite 900
301 South McDowell Street
Charlotte, NC 28204

Philip DiBerardino, Jr.
Landman, Corsi, Ballaine & Ford, P.C.
120 Broadway
27th Floor
New York, NY 10271

Karl F. Edgar
Edgar & Paul
P.O. Box 16099
Chapel Hill, NC 27516

W. M. Edwards
Brown, Watt & Buchanan
P. O. Box 2220
Pascagoula, MS 39569

Eric K. Englebardt
Haynsworth, Marion, McKay & Guerard
P.O. Box 2048
Greenville, SC 29602

C. Michael Evert, Jr.
Evert & Weathersby
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Richard L. Forman
Forman, Perry, Watkins & Krutz
1 Jackson Place, Suite 1200
188 East Capitol Street
P.O. Box 22608
Jackson, MS 39225

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Lucien C. Gwin, Jr.
Gwin, Lewis & Punches
P.O. Box 1344
Natchez, MS 39121

Susan M. Hanson
Stich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

Tina Lloyd Hlabse
Young, Moore & Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622

Jeffrey P. Hubbard
Wells, Moore & Simmons
P.O. Box 1970
1300 AmSouth Center
Jackson, MS 39215

Marshall Humphrey, III
Bury, Moeller, Humphrey & O'Meara
2606 East 10th Street
Tucson, AZ 85716

Jeffrey A. Kadis
Hedrick, Eatman, Gardner & Kincheloe
P.O. Box 30397
Charlotte, NC 28230

William B. Kirksey
Kirksey & Associates
P. O. Box 33
Jackson, MS 39205

INVOLVED COUNSEL FOR SCHEDULE CTO-190 (Cont.) MDL-875

PAGE 2

Robert I. Komitor
Levy, Phillips & Konigsberg, LLP
520 Madison Avenue
4th Floor
New York, NY 10022

Kenneth K. Kyre, Jr.
Pinto, Coates, Kyre & Brown
P.O. Box 4848
Greensboro, NC 27404

Thomas J. Lamb
Law Offices of Thomas J. Lamb, P.A.
Lumina Station, Suite 225
1908 Eastwood Road
Wilmington, NC 28403

Carter T. Lambeth
Johnson & Lambeth
P.O. Box 660
Wilmington, NC 28402

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

H. Seward Lawlor
Glasser & Glasser, P.L.C.
600 Dominion Tower
999 Waterside Drive
Norfolk, VA 23510

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Richard J. Lutzel
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

William F. Maready
Law Offices of William F. Maready
1076 West Fourth Street, Suite 100
Winston-Salem, NC 27101

Michael C. Mascia
Smith, Helms, Mulliss & Moore
P.O. Box 21927
Greensboro, NC 27401

Robert O. Meriwether
Nelson, Mullins, Riley & Scarborough
P.O. Box 11070
Columbia, SC 29211

Willard J. Moody, Jr.
Moody, Strople & Kloeppel, Ltd.
500 Crawford Street
Commerce Bank Bldg., Suite 300
P.O. Box 1138
Portsmouth, VA 23705

F. M. Morris
Morris & Sakalarios
610 West Pine St.
Hattiesburg, MS 39401

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

David A. Nash
Hogue, Hill, Jones, Nash & Lynch
P.O. Drawer 2178
Wilmington, NC 28402

Larry O. Norris
P.O. Box 8
Hattiesburg, MS 39403

E. Spencer Parris
Martin & Jones
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Timothy Peck
Smith, Helms, Mulliss & Moore
P.O. Box 21927
Greensboro, NC 27420

John J. Petry
Morgenstein & Jubelirer
Spear Street Tower, 32nd Floor
One Market Plaza
San Francisco, CA 94105

J. A. Phelps
J. Andrew Phelps, Attorney
P. O. Box 1603
Hattiesburg, MS 39403

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

James B. Pressly, Jr.
Haynsworth, Marion, McKay & Guerard
C&S Tower, 11th Floor
75 Beattie Place
P.O. Box 2048
Greenville, SC 29602

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Dan A. Ribble
Youngdahl & Sadin, P.C.
9621 Fourth Street, N.W.
Albuquerque, NM 87114

John D. Roven
John Roven & Associates
2190 North Loop West, Suite 410
Houston, TX 77018

Anthony Sakalarios
Morris & Sakalarios
142 East Front Street
Hattiesburg, MS 39401

Everett T. Sanders
Sanders Law Firm
P. O. Box 565
Natchez, MS 39121

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Britt R. Singletary
Singletary & Thrash
P.O. Box 1229
Biloxi, MS 39533

Sharon G. Slifko
Treon, Strick, Lucia & Aguirre, P.A.
2700 North Central Avenue
Suite 1400
Phoenix, AZ 85004

INVOLVED COUNSEL FOR SCHEDULE CTO-190 (Cont.) MDL-875

PAGE 3

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
One Penn Center, Suite 1400
1617 JFK Boulevard
Philadelphia, PA 19103

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Thomas W. Tardy, III
Forman, Perry, Watkins & Krutz
1200 One Jackson Place
188 East Capitol Street
Jackson, MS 39225

Mark S. Thomas
Maupin, Taylor & Ellis
P.O. Drawer 19764
Raleigh, NC 27619

Michael P. Thornton
Thornton & Naumes, L.L.P.
100 Summer Street
30th Floor
Boston, MA 02110

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502

Kirk G. Warner
Smith, Anderson, Blount, et al.
P.O. Box 2611
Raleigh, NC 27602

Walter G. Watkins, Jr.
Forman, Perry, Watkins & Krutz
P.O. Box 22608
Jackson, MS 39225

Joe D. Wells
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Roy C. Williams
Colingo, Williams, Heidelberg, et al.
P.O. Box 1407
711 Delmas Avenue
Pascagoula, MS 39568

Stephen B. Williamson
Van Winkle, Buck, Wall, et al.
P.O. Box 7376
Ashville, NC 28802