MDL DOCKET NO. __875__

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN __MAY 14, 2001__

TO:   Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC  20002-8004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 30 2001

FILED
CLERK'S OFFICE

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

____   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties.  Panel Rule 16.1(e) states that:

Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

_X_   Suggestion of Bankruptcy of W.R. Grace — see attached

____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

| 5-1-01 | Allan McGarvey | |
|--------|----------------|--|
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) **(list even if waiving):**

William S. Johnston, et al. v. W.R. Grace & Co.-Conn., et al. C.A. No. 9:99-127, D. Montana

Name and Address of Attorney Designated to Present Oral Argument:

Allan M. McGarvey
McGarvey, Heberling, Sullivan & McGarvey
745 South Main
Kalispell, MT  59901

Telephone No.: __(406) 752-5566__

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

IMAGED JUN 1 '01

JPML Form 9 (4/02)

*Finn v*
*JLH COP,*
FILED *AB COP,*
MISSOULA, MT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

2001 APR 25 AM II: 33

IN RE:  ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

LOU ALEKSICH JR CLERK
BY *M. Nut*
DEPUTY CLERK

This Document Relates To:
W.R. Grace & Co. -Conn.
Bankrupt Defendant

CIVIL ACTION NO.   MDL 875
27

CV 98- 80; 90; 112
Cv 99-59; 60; 102; 103; 105; 115;
116; 117; 118; 127; 128; 160;
162; 163; 164) 175, 178; 185

ALL ACTIONS
(See attached schedule
for case list)

CV00 - 36; 130
Cv01- 62; 65; 66

O R D E R    O F    D I S M I S S A L

DEFENDANT, W.R.Grace & Co. -Conn. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

BY THE COURT

Date: 4/16/01

Charles R. Weiner, Judge

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 04/19/01
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

RECEIVED APR 30 2001

## CERTIFICATE OF MAILING AND SERVICE LIST

I, **Shannon K. Jones**, of the law firm of McGarvey, Heberling, Sullivan & McGarvey, P.C., do hereby certify that on the _2nd_ day of May, 2001, a true and correct copy of the foregoing was served by United States mail, first class postage prepaid, upon the following:

Gary L. Graham
David C. Berkoff
Garlington, Lohn & Robinson
P.O. Box 7909
Missoula, MT 59807-7909

Shannon K. Jones

RECEIVED CLERK'S OFFICE
2001 MAY -8 A 8: 23
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

MDL DOCKET NO.  875

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN   MAY 14, 2001

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 3 0 2001

FILED
CLERK'S OFFICE

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

____   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
the Panel hearing session on behalf of the designated party/parties.  Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions
> scheduled for oral argument who have filed a motion or written response to a motion or order
> shall be permitted to appear before the Panel and present oral argument.

> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral
> argument for the purpose of selecting a spokesperson to avoid duplication during oral
> argument.

XXX   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant
to Rule 16.1(d).

____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL
OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
designated attorney shall present oral argument at the Panel hearing session on behalf of the designated
party/parties pursuant to Rule 16.1(d).

| May 8, 2001 | Oren P. Noah | |
| --- | --- | --- |
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) **(list even if waiving)**:
   VICKY FRANZ, Plaintiff, Nevada CV-S-00-1460 KJD

Name and Address of Attorney Designated to Present Oral Argument:

RECEIVED CLERK'S OFFICE
2001 MAY 11  A 11: 23

Telephone No.: _____

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE
WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/02)

1  DAVID R. DONADIO, ESQ., S.B. #154436
2  OREN P. NOAH, ESQ., S.B. #136310
   BRAYTON ❖ PURCELL
   ATTORNEYS AT LAW
3  222 Rush Landing Road
   Novato, California 94945-2469
4  (415) 898-1555

5  Attorneys for Plaintiff

6

7

8               **JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

9

10 VICKY FRANZ,                        )    Nevada, Case No. CV-S-00-1460
                                       )
11              Plaintiff,             )    **CERTIFICATE OF SERVICE**
                                       )    Re: Notice Of Presentation Or Waiver of
12 vs.                                 )    Oral Argument
                                       )
13 ARMSTRONG WORLD INDUSTRIES,         )
   INC. , et al.,                      )
14                                     )
                Defendant.             )
15 ─────────────────────────────── /

16

17         I hereby certify that a true and correct copy of the Notice Of Presentation Or Waiver of

18 Oral Argument has been forwarded to all parties addressed on the attached Brayton Purcell

19 Service List, with a copy going to the following party, this 8th day of May, 2001.

20         Clerk - U.S. District Court - Las Vegas
           333 Las Vegas Blvd. South
21         Las Vegas, NV 89101

22

23

24    By: _____
          Jane A. Ehni, Secretary,
25        Brayton ❖ Purcell
          Attorneys for Plaintiff, Vicky Franz
26

27

28

I:\CERTIFIC                                    1

PROOF OF SERVICE

I am employed in the County of Marin, State of California.  I am over the age of 18 years and am not a party to the within action.  My business address is 222 Rush Landing Road, Novato, California  94945.

On May 8, 2001, I served the attached:

**NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT**
Re: Vicky Franz v. Armstong World Industries, Inc.
U.S.Dist. Ct. # Nevada, 2: 00-1460

and on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

Clerk - U.S. Dist. Court - Las Vegas
333 Las Vegas Blvd. South
Las Vegas, NV 89101

**AND**

**TO ALL PARTIES ON THE ATTACHED BRAYTON PURCELL SERVICE LIST.**

XXX          (BY MAIL)  I am readily familiar with the business practice at my place of business for collection and processing of correspondence for delivery by mail.  Correspondence so collected and processed is deposited with the United States Postal Service on the same day in the ordinary course of business.  On the above date the said envelope was collected for the United States Postal Service following ordinary business practices.

Executed this **May 8, 2001**, at Novato, California.

I declare under penalty of perjury that the foregoing is true and correct.

JANE A. EHNI

RECEIVED CLERK'S OFFICE 2001 MAY 11 A 11: 24 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

K:\CLIENTS\25888\POS

1

```
PRINTED: 05/08/2001 BY JZE                    BRAYTON PURCELL                          PAGE:   1
SORT BY: Attorney                             SERVICE LIST
CLIENTS: Vicky (NV) L. Franz
```

| | | | |
|---|---|---|---|
| BAKER & HOSTETLER LLP | LEAR-SIEGLER DIVERSIFIED HOLDING | BOEING NORTH AMERICAN, INC. | MERITOR AUTOMOTIVE, INC. |
| Baker & Hostetler, LLP | Barker, Brown et al. | Barron Vivone Holland & Pruitt | Barron Vivone Holland & Pruitt |
| 303 East 17th Avenue | 300 South Fourth Street | 1404 South Jones Blvd. | 1404 South Jones Blvd. |
| Suite 1100 | Suite 800 | Las Vegas, NV  89146 | Las Vegas, NV  89146 |
| Denver, CO 80203 | Las Vegas, NV  89101 | (702)870-3940    (702)870-3950 | (702)870-3940    (702)870-3950 |
| (303)861-0600    (303)861-7805 | (702)386-1086    (702)384-5386 | | |

| | | | |
|---|---|---|---|
| BOWMAN AND BROOKE LLP | THORPE INSULATION COMPANY | PARKER-HANNIFIN CORPORATION | STANDARD MOTOR PRODUCTS, INC. |
| Bowman and Brooke LLP | The Cooper Christensen | William E. Cooper | William E. Cooper |
| 2929 North Central Ave | Law Firm, LLP | 601 East Bridger Ave | 601 East Bridger Ave |
| Suite 1700, Phoenix Plaza | 4411 South Pecos Road | Las Vegas, NV 89101 | Las Vegas, NV 89101 |
| Phoenix, AZ 85012-2761 | Las Vegas, NV 89121 | (702)382-5111    (702)382-2892 | (702)382-5111    (702)382-2892 |
| (602)248-0899    (602)248-0947 | (702)435-4175    (702)435-4181 | | |

| | | | |
|---|---|---|---|
| HONEYWELL INTERNATIONAL, INC. | BORG-WARNER AUTOMOTIVE, INC. | BUDD COMPANY, THE | COMBUSTION ENGINEERING, INC. |
| Georgeson, Thompson & Angaran | Gifford, Vernon & Barker | Jones Vargas | Knox Ricksen LLP |
| 100 West Grove St., Ste 500 | 732 S. Sixth St. Ste. 100 | Third Floor South | 2101 Webster Street |
| Reno, NV 89509 | Las Vegas, NV 89101 | 3773 Howard Hughes Parkway | Suite 650 |
| (775)827-6440    (775)827-9256 | (702)383-0110    (702)383-7087 | Las Vegas, NV  89109-0949 | Oakland, CA 94612-3069 |
| | | (702)734-2220    (702)737-7703 | (510)285-2500    *510*285-2505 |

| | | | |
|---|---|---|---|
| HILL BROTHERS CHEMICAL COMPANY | FORD MOTOR COMPANY | GEORGIA-PACIFIC CORPORATION | LAKE ASBESTOS OF QUEBEC, LTD. |
| Lynberg & Watkins | Law Offices of Greg W. Marsh | McQuaid, Metzler, et al. | Preuss,Shanagher, et al. |
| 888 S. Figueroa Street | 731 South 7th Street | The Penthouse | 225 Bush Street |
| 16th Floor | Las Vegas, NV 89101 | 221 Main Street, 16th Floor | 15th Floor |
| Los Angeles, CA  90017 | (702)387-0052 | San Francisco, CA 94105-1936 | San Francisco, CA 94104-4207 |
| (213)624-8700    *213*892-2763 | | (415)905-0200    (415)905-0202 | (415)397-1730    (415)397-1735 |

| | | | |
|---|---|---|---|
| A.P. GREEN INDUSTRIES, INC. | CROWN CORK & SEAL COMPANY, INC. | CERTAINTEED CORPORATION | DANA CORPORATION |
| Prindle, Decker & Amaro (SF) | Mark H. Rosenthal | Rumph & Peyton | Rumph & Peyton |
| 369 Pine Street | A Professional Corporation | 300 South Fourth Street | 300 South Fourth Street |
| Suite 800 | 425 California St., Ste. 2500 | Suite 800 | Suite 800 |
| San Francisco, CA  94104 | San Francisco, CA 94104 | Las Vegas, NV 89101 | Las Vegas, NV 89101 |
| (415)788-8354    (415)788-3625 | (415)986-1364    *415*291-1984 | (702)388-4466    (702)388-4474 | (702)388-4466    (702)388-4474 |

| | | | |
|---|---|---|---|
| MAREMONT CORPORATION | T & N PLC | UNION CARBIDE CORPORATION | UNITED STATES GYPSUM COMPANY |
| Rumph & Peyton | Rumph & Peyton | Rumph & Peyton | Rumph & Peyton |
| 300 South Fourth Street | 300 South Fourth Street | 300 South Fourth Street | 300 South Fourth Street |
| Suite 800 | Suite 800 | Suite 800 | Suite 800 |
| Las Vegas, NV 89101 | Las Vegas, NV 89101 | Las Vegas, NV 89101 | Las Vegas, NV 89101 |
| (702)388-4466    (702)388-4474 | (702)388-4466    (702)388-4474 | (702)388-4466    (702)388-4474 | (702)388-4466    (702)388-4474 |

| | | | |
|---|---|---|---|
| FOSTER WHEELER CORPORATION | UNITED STATES MINERAL PRODUCTS C | SOCO-LYNCH CORPORATION | THELEN, REID & PRIEST, LLP |
| Scadden, Hamilton & Ryan | Schaffer, Lax, et al. | Sedgwick, Detert, et al. | Thelen Reid & Priest, LLP |
| 220 Montgomery Street | 5757 Wilshire Boulevard | One Embarcadero Center | 101 Second St., Ste 1800 |
| 13th Floor | Suite 600 | 16th Floor | San Francisco, CA 94105-3601 |
| San Francisco, CA 94104-3419 | Los Angeles, CA 90036-3664 | San Francisco, CA 94111 | (415)371-1200    *415*644-6519 |
| (415)362-5116    (415)362-4214 | (323)934-4300    (323)931-5680 | (415)781-7900    (415)781-2635 | |

<<END OF REPORT>>

**PANEL SERVICE LIST (Excerpted from CTO-193)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Jack Angaran *(Honeywell)*
Georgeson, Thompson & Angaran
100 West Grove Street
Suite 500
Reno, NV 89509

David B. Beers
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Richard C. Binzley
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk *(Baker & Hostetler)*
Baker & Hostetler, L.L.P.
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Janice J. Brown
Barker, Brown, Busby, et al.
800 Bank of America Plaza
300 South 4th Street
Las Vegas, NV 89101

Curtis Busby *(Bowman)*
Bowman & Brooke, LLP
2929 North Central Avenue
Suite 1700
Phoenix, AZ 85012

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Jack C. Cherry
Alverson, Taylor, Mortensen, et al.
7401 West Charleston Blvd.
Las Vegas, NV 89117

Stephanie C. Christens *(Thorpe)*
Cooper, Christensen Law Firm, LLP
4411 South Pecos Road
Las Vegas, NV 89121

Douglas Cohen *(Budd Co.)*
Jones, Vargas
3773 Howard Hughes Parkway
3rd Floor South
Las Vegas, NV 89101

William Cooper *(Parker)*
Cooper Law Offices
601 E. Bridger
Las Vegas, NV 89101

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hanson
Stich, Angell, Kreidler & Muth
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Greg Marsh *(Ford)*
Greg W. Marsh Chartered
P.O. Box 1780
Las Vegas, NV 89125

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

Oren P. Noah
Brayton & Purcell
222 Rush Landing Road
P.O. Box 2109
Novato, CA 94945

Troy Peyton *(Maremont; T&N; Union Carb.; Certainteed; U.S. Gypsum; Dana Corp.)*
Rumph & Peyton
300 South 4th Street, Suite 800
Las Vegas, NV 89101

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

William Pruitt *(Meritor)*
Barron, Vivone, Holland, Pruitt, Chtd.
1404 S. Jones Blvd.
Las Vegas, NV 89146

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA  19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI  48226

Edmund J. Towle, III
Kinsella, Boesch, Fujikawa & Towle
1901 Avenue of the Stars
7th Floor
Los Angeles, CA  90067

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA  52406

MDL DOCKET NO. 875

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN __MAY 14, 2001__

TO:  Clerk of the Panel
     Judicial Panel on Multidistrict Litigation
     One Columbus Circle, NE
     Thurgood Marshall Federal Judiciary Building
     Room G-255, North Lobby
     Washington, DC  20002-8004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 3 0 2001

FILED
CLERK'S OFFICE

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

— This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties.  Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

X  *See Attached letter*  This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d). *Per call on 5-23-01 AN*

— This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

| 5-11-01 | Jeffrey S. Mutnick | [Authorized Signature] |
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) **(list even if waiving)**:
*See attached list*

Name and Address of Attorney Designated to Present Oral Argument:
*Jeffrey S. Mutnick*
*Landye Bennett Blumstein*
*1300 SW 5th Ave, Suite 3500*
*Portland, OR 97201*

Telephone No.: 503-224-4100

2001 MAY 14  A 4:02
RECEIVED
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/02)

# ATTACHMENT A

## MDL-875 – In re Asbestos Products Liability Litigation (No. VI)

### Eastern District of Pennsylvania

*George Cote v. Acands, Inc., et al.* (D. Oregon, C.A. No. 3:89-1060)

*Donald Orton v. Acands, Inc., et al.* (D. Oregon, C.A. No. 3:89-1104)

*Frank W. Foley et al. v. Armstrong Cork Co. et al.* (D. Oregon, C.A. No. 3:89-1407)

*George Wood v. Acands, Inc., et al.* (D. Oregon, C.A. No. 3:90-131)

*Frank Larsen v. The Celotex Corp., et al.* (D. Oregon, C.A. No. 3:90-132)

*Lowell Hembree v. Acands, Inc., et al.* (D. Oregon, C.A. No. 3:90-758)

*William Wallace v. Acands, Inc., et al.* (D. Oregon, C.A. No. 3:90-760)

*Robert Maley v. Asbestos Corp., Ltd. et al.* (D. Oregon, C.A. No. 3:90-839)

*Robin M. Counsell v. Acands, Inc., et al.* (D. Oregon, C.A. No. 3:90-1037)

*Robert Ellis v. Armstrong Cork Co. et al.* D. Oregon, C.A. No. 3:90-1145)

*Kenneth Zemlicka v. Acands, Inc., et al.* (D. Oregon, C.A. No. 3:90-1201)

*Lawrence Garside v. Asbestos Corp., Ltd.* (D. Oregon, C.A. No. 3:91-120)

*Viola Jones v. Asbestos Corp., Ltd.* (D. Oregon, C.A. No. 3:91-365)

*Leonard Harlin v. Armstrong World Industries, Inc.* (D. Oregon, C.A. No. 3:91-484)

*Laura Gabelman v. Columbia I & S, Inc., et al.* (D. Oregon, C.A. No. 3:92-549)

*Kenneth T. Lamear v. Armstrong World Industries, Inc., et al.* (D. Oregon,
   C.A. No. 3:92-839)

*John Roberts v. Acands, Inc., et al.* (D. Oregon, C.A. No. 3:92-1202)

*Joseph Hoski v. Armstrong World Industries, Inc., et al.* (D. Oregon,
   C.A. No. 3:92-1227)

*Elmer E. Downing, Jr. v. ACandS, Inc., et al.* (D. Oregon, C.A. No. 3:92-1582)

*Esther L. Leach v. Certain-Teed Products Corp., et al.* (D. Oregon,
   C.A. No. 3:93-377)

*Ella M. Quinlan v. ACandS, Inc., et al.* (D. Oregon, C.A. No. 3:93-1014)

*Edward T. Hansen v. Armstrong World Industries, Inc., et al.* (D. Oregon,
   C.A. No. 3:93-1181

*Karen L. Price v. Armstrong World Industries, Inc., et al.* (D. Oregon,
   C.A. No. 3:93-1595)

*Garry D. Lynch v. ACandS, Inc., et al.* (D. Oregon, C.A. No. 3:94-19)

*Lucia C. Holt v. ACandS, Inc., et al.* (D. Oregon, C.A. No. 3:94-20)

*Everal A. Housley v. Asbestos Corp., Ltd., et al.* (D. Oregon, C.A. No. 3:94-131)

*Donna Lee Melhorn, etc. v. ACandS, Inc., et al.* (D. Oregon, C.A. No. 3:94-147)

*Will Hill Carter v. ACandS, Inc., et al.* (D. Oregon, C.A. No. 3:94-391)

*Tilford Aanderud v. Asbestos Corp., Ltd., et al.* (D. Oregon, C.A. No. 3:94-438)

*Jean V. Tapp v. Asbestos Corp., Ltd., et al.* (D. Oregon, C.A. No. 3:94-568)

*Loretta M. Smith, etc. v. Asbestos Corp., Ltd., et al.* (D. Oregon, C.A. No. 3:95-55)

- 2 -

**MDL-875 Attachment A (Continued)**

### Eastern District of Pennsylvania (Continued)

*Robert L. Hartney v. ACandS, Inc., et al.* (D. Oregon, C.A. No. 3:95-921)
*Harold R. Wilson v. ACandS, Inc., et al.* (D. Oregon, C.A. No. 3:95-953)
*William G. Klock, etc. v. Anchor Packing Co., et al.* (D. Oregon,
   C.A. No. 3:95-1028)
*Michael Vandenburgh v. Anchor Packing Co., et al.* (D. Oregon, C.A. No. 3:95-1233)
*George Weller Probasco, etc. v. Anchor Packing Co., et al.* (D. Oregon,
   C.A. No. 3:95-1289)
*Faye Y. Carlson, etc. v. Anchor Packing Co., et al.* (D. Oregon, C.A. No. 3:95-1337)
*Joseph R. Headley v. Anchor Packing Co., et al.* (D. Oregon, C.A. No. 3:95-1543)
*Harold Wilson, Jr., etc. v. ACandS, Inc., et al.* (D. Oregon, C.A. No. 3:95-1627)
*Gerald Swanson, etc. v. Anchor Packing Co., et al.* (D. Oregon, C.A. No. 3:95-1628)
*Opal Williams v. Anchor Packing Co., et al.* (D. Oregon, C.A. No. 3:95-1630)
*Patricia Ann McClinton, etc. v. A.W. Chesterton Co., et al.* (D. Oregon,
   C.A. No. 3:96-59)
*Timothy Graham v. Asbestos Corp., Ltd., et al.* (D. Oregon, C.A. No. 3:96-116)
*Leonard Pardue v. ACandS, Inc., et al.* (D. Oregon, C.A. No. 3:96-256)
*June Z. Ehman, etc. v. Anchor Packing Co., et al.* (D. Oregon, C.A. No. 3:96-586)
*Richard D. Hein, etc. v. ACandS, Inc., et al.* (D. Oregon, C.A. No. 3:96-617)
*Maxine Bex v. Asbsetos Corp., Ltd., et al.* (D. Oregon, C.A. No. 3:96-1742)
*Jack E. Houx, Jr., etc. v. Asbestos Corp., Ltd., et al.* (D. Oregon, C.A. No. 3:97-372)
*Evelynne J. Mathis v. Asbestos Corp., Ltd., et al.* (D. Oregon, C.A. No. 3:97-1236)
*Thomas F. Norberg v. W.R. Grace & Co.* (D. Oregon, C.A. No. 3:98-295)
*Earl Johnson v. ACandS, Inc., et al.* (D. Oregon, C.A. No. 3:99-146)
*Eugene Anderson v. ACands Inc., et al.* (D. Oregon, C.A. No. 3:99-799)

MDL DOCKET NO. __875__

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN __MAY 14, 2001__

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC 20002-8004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 30 2001

FILED
CLERK'S OFFICE

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

_____   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties.  Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

_____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

X   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT, otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

| May 2, 2001 | Gary L. Graham | |
|---|---|---|
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) **(list even if waiving)**:

   William S. Johnston v. W.R. Grace, C.A. No. 9:99-127

Name and Address of Attorney Designated to Present Oral Argument:

   Gary L. Graham, Esq.
   Garlington, Lohn& Robinson, PLLP          Attorneys for W.R. Grace
   199 West Pine, P.O. Box 7909
   Missoula, MT  59807
   (406) 523-2500

Telephone No.: _____

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. ***THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.***

JPML Form 9 (4/02)

**PANEL SERVICE LIST (Excerpted from  CTO – 191)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Richard C. Binzley
Thompson, Hine & Flory
127 Public Square, Suite 3900
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton et al.
Bulkley Building
1501 Euclid Avenue, 7th Floor
Cleveland, OH 44115

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno, & Hannon
Philadelphia Boruse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19102

Gary L. Graham
Garlington, Lohn &
   Robinson, PLLP
199 West Pine - P.O. Box 7909
Missoula, MT  59807

Susan M. Hanson
Stich, Angell, Kreidler & Muth
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Allan M. McGarvey
McGarvey, Heberling, Sullivan
   & McGarvey
745 South Main Street
Kalispell, MT  59901

Ronald L. Motley
Ness, Motley, Loadholt, et al.
28 Bridgeside Blvd.
PO Box 1792
Mt. Pleasant, SC 29402

Donald A. Powell
Buckingham, Doolittle et al.
50 South Main Street
P.O. Box 1500
Akron, OH 44309

John J. Repcheck
Sharlock, Repcheck & Mahler
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breiman & Burgess
11766 Whilshire Blvd
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire
   & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Ave. N.E.
P.O. Box 998
Cedar Rapids, IA 52406

RECEIVED
CLERK'S OFFICE
2001 MAY -8 A 8: 13
JUDICIAL PANEL ON MULTIDISTRICT

MDL DOCKET NO. _875_   **ORIGINAL**   THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN __MAY 14, 2001__

TO:    Clerk of the Panel
       Judicial Panel on Multidistrict Litigation
       One Columbus Circle, NE
       Thurgood Marshall Federal Judiciary Building
       Room G-255, North Lobby
       Washington, DC  20002-8004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 3 0 2001

FILED
CLERK'S OFFICE

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

_____    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
the Panel hearing session on behalf of the designated party/parties.  Panel Rule 16.1(e) states that:

Except for leave of the Panel on a showing of good cause, only those parties to actions
scheduled for oral argument who have filed a motion or written response to a motion or order
shall be permitted to appear before the Panel and present oral argument.

Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral
argument for the purpose of selecting a spokesperson to avoid duplication during oral
argument.

X    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant
to Rule 16.1(d).   Ver Phone Call on 5-24-01

X    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL
OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
designated attorney shall present oral argument at the Panel hearing session on behalf of the designated
party/parties pursuant to Rule 16.1(d).

| 05-14-01 | Stephanie Christensen, Esq. | _(signature)_ |
|----------|------------------------------|---------------|
| Date     | Name                         | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) (**list even if waiving**):

Thorpe Insulation Company

Name and Address of Attorney Designated to Present Oral Argument:

Stephanie Christensen, Esq.
4411 S Pecos Road
Las Vegas, NV 89123

Telephone No.: (702) 435-4175 x 101

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE
WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/02)

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that on the 14th day of May, 2001, service of the foregoing

**NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT** was made by First

Class United States Mail, postage prepaid, on the parties shown on the attached Service List.

An   employee   of   THE   COOPER
CHRISTENSEN LAW FIRM, LLP

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2001 MAY 17 P 2: 21
RECEIVED
CLERK'S OFFICE

## SERVICE LIST

Jack Angaran
Georgeson, Thompson et al.
100 W. Grove Street, Suite 500
Reno, NV 89509
David B. Beers

Mary P. Birk
Baker & Hostetler, LLP
303 E. 17th Avenue, Suite 1100
Denver, CO 80203

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

William Cooper
Cooper Law Offices
601 E. Bridger
Las Vegas, NV 89101

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Oren P. Noah
Brayton Purcell
222 Rush Landing Road
Novato, CA 94945

William Pruitt
Barron, Vivone, Holland, Pruitt, Chtd.
1404 S. Jones Road
Las Vegas, NV 89146

Richard D. Schuster
Vorya, Sater, Seymour & Pease, LLP
52 East Gay Street
PO Box 1008
Columbus, OH 43216

Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Janice J. Brown
Barker, Brown, Busby, Chrisman
800 Bank of America Plaza
300 South 4th Street
Las Vegas, NV 89101

Jack C. Cherry
Alverson, Taylor, Mortensen, et al.
7401 W. Charleston Boulevard
Las Vegas, NV 89117

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Susan M. Hanson
Stich, Angell, Kreider & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

Greg Marsh
Greg W. Marsh, Chtd.
PO Box 1780
Las Vegas, NV 89125

Troy Peyton
Rumph & Peyton
300 South 4th Street
Suite 800
Las Vegas, NV 89101

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Richard C. Binzley
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH 44114

Curtis Busby
Bowman & Brooke, LLP
2929 North Central Avenue
Suite 1700
Phoenix, AZ 85012

Douglas Cohen
Jones Vargas
3773 Howard Hughes Parkway
3rd Floor South
Las Vegas, NV 89109

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building, #1000
Independence Mall East
Philadelphia, PA 19103

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Ronald L. Motley
Ness, Motley, Loadholt, et al.
28 Bridgeside Boulevard
PO Box 1792
Mt. Pleasant, SC 29465

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
PO Box 1500
Akron, OH 44309

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Edmund J. Towle III
Kinsella, Boesch, Fujikawa & Towle
1901 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Andrew J. Trevelise
Reed, Smith, Show & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
PO Box 998
Cedar Rapids, IA 52406

MDL DOCKET NO. _875_

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN __MAY 14, 2001__

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 3 0 2001

FILED
CLERK'S OFFICE

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

____    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
        the Panel hearing session on behalf of the designated party/parties.  Panel Rule 16.1(e) states that:

        Except for leave of the Panel on a showing of good cause, only those parties to actions
        scheduled for oral argument who have filed a motion or written response to a motion or order
        shall be permitted to appear before the Panel and present oral argument.

        Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral
        argument for the purpose of selecting a spokesperson to avoid duplication during oral
        argument.

__X__   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant
        to Rule 16.1(d).

____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL
        OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
        designated attorney shall present oral argument at the Panel hearing session on behalf of the designated
        party/parties pursuant to Rule 16.1(d).

| 5/1/01 | JANICE J. BROWN *Janice J Brown* | *Janice J Brown , Esq.* |
|--------|------------------|----------------------|
| Date   | Name             | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) **(list even if waiving):**

    Lear-Siegler Diversified Holdings Corp., Defendant, Nevada CV-S-00-1460-KJD
    Morton International, Inc., Defendant, Nevada CV-S-00-1460-KJD

Name and Address of Attorney Designated to Present Oral Argument:

Telephone No.: _____

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE*
*SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE*
*WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/02)

1  *Franz v. Armstrong World Industries, Inc., et al.*

2  **INVOLVED COUNSEL LIST**
   **DOCKET NO. 875; LITIGATION NO. VI**
3  **IN RE ASBESTOS PRODUCTS LIABILITY**

4  I HEREBY CERTIFY that on this 14th day of May, 2001, I served

5  a copy of the foregoing NOTICE OF PRESENTATION OR WAIVER OF ORAL

6  ARGUMENT, postage prepaid, addressed as follows:

7  Oren P. Noah, Esq.                    James M. Barker, Esq.
   BRAYTON & PURCELL                     GIFFORD, VERNON & BARKER
8  222 Rush Landing Road                 732 S. Sixth St., Ste. 100
   P.O. Box 2109                         Las Vegas, Nevada 89101
9  Novato, California 94945              Attorneys for Defendant
   Attorneys for Plaintiff              BORG-WARNER AUTOMOTIVE, INC.

10

11 Jack G. Angaran, Esq.                 William E. Cooper, Esq.
   GEORGESON, THOMPSON & ANGARAN,        COOPER LAW OFFICES
   CHTD.                                 601 E. Bridger Ave.
12 100 W. Grove St., Suite 500           Las Vegas, Nevada 89101
   Reno, Nevada 89509                    Attorneys for Defendants
13 Attorneys for Defendant               PARKER-HANNIFIN CORP. and
   HONEYWELL INTERNATIONAL, INC.         STANDARD MOTOR PRODUCTS, INC.

14 Douglas M. Cohen, Esq.                Thomas C. Howard, Esq.
   JONES VARGAS                          Curtis J. Busby, Esq.
15 3773 Howard Hughes Pkwy.              BOWMAN AND BROOKE, LLP
   Third Floor South                     Suite 1700, Phoenix Plaza
16 Las Vegas, Nevada 89109               2929 N. Central Avenue
   Attorney for Defendant                Phoenix, Arizona 85012-2761
17 THE BUDD COMPANY                      Attorney for Defendant
                                         FORD MOTOR COMPANY
18

19 Greg W. Marsh, Esq.                   William H. Pruitt, Esq.
   LAW OFFICES OF GREG W. MARSH          BARRON, VIVONE, HOLLAND & PRUITT
20 731 S. Seventh Street                 1404 S. Jones Blvd.
   Las Vegas, Nevada 89101               Las Vegas, Nevada 89146
21 Attorney for Defendant                Attorney for Defendants
   FORD MOTOR COMPANY                    ARVINMERITOR, INC. and BOEING
                                         NORTH AMERICAN, INC.
22

23 Mary Price Birk, Esq.                 Troy E. Peyton, Esq.
   Ronald L. Hellbusch, Esq.             RUMPH & PEYTON
24 BAKER & HOSTETLER, LLP                800 Bank of America Plaza
   303 E. 17th Ave., Ste. 1100          300 S. Fourth Street
25 Denver, Colorado 80203                Las Vegas, Nevada 89101
   Attorneys for CERTAINTEED CORP.,      Attorneys for CERTAINTEED CORP.,
26 DANA CORP., MAREMONT CORP., T & N     DANA CORP., MAREMONT CORP., T & N
   PLC, UNION CARBIDE CORP., UNITED      PLC, UNION CARBIDE CORP., UNITED
   STATES GYPSUM CO.                     STATES GYPSUM CO.
27

28

CLERK'S OFFICE
RECEIVED

LAW OFFICES
BARKER, BROWN, BUSBY,
CHRISMAN & THOMAS
PROFESSIONAL CORPORATION
800 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
TELEPHONE (702) 386-1086
TELEFAX (702) 384-5386

Ellen B. Furman, Esq.
GOLDFEIN & JOSEPH
1600 Market Street, 33rd Floor
Philadelphia, Pennsylvania 19103

Susan M. Hanson, Esq.
STICH, ANGELL, KREIDLER & MUTH
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, Minnesota 55401

David C. Landin, Esq.
HUNTON & WILLIAMS
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, Virginia 23219

Gene Locks, Esq.
GREITZER & LOCKS
1500 Walnut Street
Philadelphia, Pennsylvania 19102

Ronald L. Motley, Esq.
NESS, MOTLEY, LOADHOLT,
RICHARDSON & POOLE
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, South Carolina
29464

Donald A. Powell, Esq.
BUCKINGHAM, DOOLITTLE & BURROUGHS
50 S. Main Street
P.O. Box 1500
Akron, Ohio 44309

John J. Repcheck, Esq.
MARKS, O'NEILL
3200 Gulf Tower
707 Grant Street
Pittsburgh, Pennsylvania 15219

John D. Roven
JOHN ROVEN & ASSOCIATES
2190 North Loop West
Suite 410
Houston, Texas 77018

Richard D. Schuster, Esq.
VORYS, SATER, SEYMOUR & PEASE,
LLP
52 E. Gay Street
P.O. Box 1008
Columbus, Ohio 43216

Neil Selman, Esq.
SELMAN, BREITMAN & BURGESS
11766 Wilshire Blvd., Sixth Floor
Los Angeles, California 90025

Robert N. Spinelli, Esq.
KELLEY, JASONS, McGUIRE &
SPINELLI
Centre Square West
15th Floor
Philadelphia, Pennsylvania 19102

Robert E. Swickle, Esq.
JACQUES ADMIRALTY LAW FIRM, P.C.
1370 Penobscot Building
Detroit, Michigan 48226

Edmund J. Towle, III, Esq.
KINSELLA, BOESCH, FUJIKAWA &
TOWLE
1901 Avenue of the Stars
7th Floor
Los Angeles, California 90067

Andrew J. Trevelise, Esq.
REED, SMITH, SHAW & McCLAY
2500 One Liberty Place
1650 Market Street
Philadelphia, Pennsylvania 19103

James K. Weston, II, Esq.
TOM RILEY LAW FIRM
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, Iowa 52406

By: _____
An Employee of BARKER, BROWN,
BUSBY, CHRISMAN & THOMAS, P.C.

MDL DOCKET NO. **875**

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN __MAY 14, 2001__

TO:    Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC  20002-8004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 3 0 2001

FILED
CLERK'S OFFICE

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

_____    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
the Panel hearing session on behalf of the designated party/parties.  Panel Rule 16.1(e) states that:

Except for leave of the Panel on a showing of good cause, only those parties to actions
scheduled for oral argument who have filed a motion or written response to a motion or order
shall be permitted to appear before the Panel and present oral argument.

Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral
argument for the purpose of selecting a spokesperson to avoid duplication during oral
argument.

__XX__    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant
to Rule 16.1(d).

_____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL
OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
designated attorney shall present oral argument at the Panel hearing session on behalf of the designated
party/parties pursuant to Rule 16.1(d).

| 05/29/01 | Sidney G. Leech | |
|----------|-----------------|--|
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) (list even if waiving):
   Hopeman Brothers, Inc.
   United States District Court for the District of Maryland
   Civil Action Number: AMD 00-3717

Name and Address of Attorney Designated to Present Oral Argument:

Telephone No.:   __410-783-4017__

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE
WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/02)

## CERTIFICATE OF SERVICE

A copy of Notice of Presentation or Waiver of Oral Argument on behalf of Hopeman Brothers, Inc. was sent by facsimile to the Clerk of the Panel, Judicial Panel on Multidistrict Litigation on Tuesday, May 29, 2001 and was served on Plaintiff's counsel, Edward J. Lilly, by facsimile at 410-649-2150 and was served on all other counsel of record by mail on May 29, 2001.



Sidney G. Leech

MDL DOCKET NO. _875_

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN __MAY 14, 2001__

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004

**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

MAY 3 0 2001

**FILED
CLERK'S OFFICE**

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

____   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
the Panel hearing session on behalf of the designated party/parties.  Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions
> scheduled for oral argument who have filed a motion or written response to a motion or order
> shall be permitted to appear before the Panel and present oral argument.

> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral
> argument for the purpose of selecting a spokesperson to avoid duplication during oral
> argument.

____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant
to Rule 16.1(d).

__X__   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL
OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
designated attorney shall present oral argument at the Panel hearing session on behalf of the designated
party/parties pursuant to Rule 16.1(d).

_5/8/01_        _Curtis J Busby/Tom Howard_        _Curtis J Busby_
Date                           Name                                    Authorized Signature

Party/Parties Represented, District(s) & Civil Action Number(s) **(list even if waiving):**

Ford Motor company

Name and Address of Attorney Designated to Present Oral Argument:

Tom Howard or Curtis Busby
2929 N. central Ave Suite 1700
Phoenix, Arizona  85012-2761

Telephone No.: _(602) 248-0899_

RECEIVED CLERK'S OFFICE
2001 MAY 11 A 11: 22
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING.** *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE
WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/02)

# INVOLVED COUNSEL LIST
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Jack Angaran
Georgeson, Thompson & Angaran, Chtd.
100 West Grove Street
Suite 500
Reno, NV 89509

David B. Beers
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Richard C. Binzley
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, L.L.P.
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Janice J. Brown
Barker, Brown, Busby, Chrisman
800 Bank of America Plaza
300 South 4th Street
Las Vegas, NV 89101

Curtis Busby
Bowman & Brooke, LLP
2929 North Central Avenue
Suite 1700
Phoenix, AZ 85012

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Jack C. Cherry
Alverson, Taylor, Mortensen, Nelson
7401 West Charleston Blvd.
Las Vegas, NV 89117

Stephanie C. Christens
Cooper, Christensen Law Firm, LLP
4411 South Pecos Road
Las Vegas, NV 89121

Douglas Cohen
Jones, Vargas
3773 Howard Hughes Parkway
3rd Floor South
Las Vegas, NV 89101

William Cooper
Cooper Law Offices
601 E. Bridger
Las Vegas, NV 89101

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hanson
Stich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219

INVOLVED COUNSEL LIST (Cont.)

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Greg Marsh
Greg W. Marsh Chtd.
P.O. Box 1780
Las Vegas, NV 89125

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Oren P. Noah
Brayton Purcell
222 Rush Landing Road
Novato, CA 94945

Troy Peyton
Rumph & Peyton
300 South 4th Street
Suite 800
Las Vegas, NV 89101

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

William Pruitt
Barron, Vivone, Holland, Pruitt, Chtd.
1404 S. Jones Blvd.
Las Vegas, NV 89146

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Edmund J. Towle III
Kinsella, Boesch, Fujikawa & Towle
1901 Avenue of the Stars
7th Floor
Los Angeles, CA 90067

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

**THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN** <u>May 14, 2001</u>

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC 20002-8004

> JUDICIAL PANEL ON
> MULTIDISTRICT LITIGATION
>
> MAY 30 2001
>
> FILED
> CLERK'S OFFICE

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

____   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing on behalf of the designated party/parties. Panel Rule 16.1(c) states that:

> Except for leave of the Panel on a showing of good cause, only those parties who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present argument.

> Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and previously transferred actions.

____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.2(b).

__X__   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing on behalf of the designated party/parties pursuant to Rule 16.2.

| May 14, 2001 | _____ |
|---|---|
| Date | Authorized Signature |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Name and Address of Attorney Designated to Present Oral Argument:

      Adam M. Chud
      Shea & Gardner
      1800 Massachusetts Avenue, N.W.
      Suite 800
      Washington, DC 20036

Telephone No.:  202-775-3005

Party/Parties Represented <u>and</u> Caption of Involved Action(s):

   See Attached.

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING. ***THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.***

JPML Form 9A (9/99)

Caption of Involved Action:

Vicky Franz v. Armstrong World Industries, Inc., C.A. No. 2:00-1460

Parties Represented:

Member companies of the Center for Claims Resolution that are defendants in the above actions.

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on May 14, 2001, I served a copy of the foregoing Notice of Presentation of Oral Argument by first-class mail, postage prepaid, on all counsel on the attached list.

_____
Adam M. Chud

## SERVICE LIST

Jack Angaran
Georgeson, Thompson & Angaran
100 West Grove Street
Suite 500
Reno, NV  89509

David B. Beers
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, D.C.  20036-1872

Janice J. Brown
Barker, Brown, Busby, et al.
800 Bank of America Plaza
300 South 4th Street
Las Vegas, NV  89101

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH  44115

Stephanie C. Christens
Cooper, Christensen Law Firm, LLP
4411 South Pecos Road
Las Vegas, NV  89121

William Cooper
Cooper Law Offices
601 E. Bridger
Las Vegas, NV  89101

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building, Suite 1000
Independence Mall East
Philadelphia, PA  19106

Richard C. Binzley
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH  44114

Mary P. Birk
Baker & Hostetler, L.L.P.
303 East 17th Avenue
Suite 1100
Denver, CO  80203

Curtis Busby
Bowman & Brooke, LLP
2929 North Central Avenue
Suite 1700
Phoenix, AZ  85012

Jack C. Cherry
Alverson, Taylor, Mortensen, et al.
7401 West Charleston Blvd.
Las Vegas, NV  89117

Douglas Cohen
Jones, Vargas
3773 Howard Hughes Parkway
3rd Floor South
Las Vegas, NV  89101

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA  15222

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA  19103

Susan M. Hanson
Stich, Angell, Kreidler & Muth
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN  55401

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA  19102

Greg Marsh
Greg W. Marsh Chartered
P.O. Box 1780
Las Vegas, NV  89125

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29464

Oren P. Noah
Brayton & Purcell
222 Rush Landing Road
P.O. Box 2109
Novato, CA  94945

Troy Peyton
Rumph & Peyton
300 South 4th Street, Suite 800
Las Vegas, NV  89101

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH  44309

William Pruitt
Barron, Vivone, Holland, Pruitt, Chtd.
1404 S. Jones Blvd.
Las Vegas, NV  89146

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX  77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA  90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA  19102

Robert E. Swickle
Jacques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI  48226

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

David R. Donadio
Oren P. Noah
Brayton Purcell
222 Rush Landing Road
Novato, CA  94945

Edmund J. Towle, III
Kinsella, Boesch, Fujikawa & Towle
1901 Avenue of the Stars
7th Floor
Los Angeles, CA  90067

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA  52406