MDL 875

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIAB. LITIG. (NO. VI) | ) ) ) ) | MDL 875 (Hon. Charles Weiner) |
| WILLIAM YOUNG, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:00-CV-225-P-A (N.D. Miss.) |
| THE CENTER FOR CLAIMS RESOLUTION, INC., ET AL., | ) ) ) | |
| Defendants. | ) ) ) | |

PLEADING NO. 3183

### MOTION OF DEFENDANT CENTER FOR CLAIMS RESOLUTION, INC. TO STAY ITS MOTION TO TRANSFER AND CONSOLIDATE THIS CASE WITH MDL 875

Defendant Center For Claims Resolution, Inc. ("CCR") respectfully moves the

Judicial Panel on Multidistrict Litigation (the "Panel") to stay CCR's pending motion to

transfer the above-captioned case to MDL 875 (but *not* other pending CCR transfer

motions).[1]  The grounds for this motion are as follows:

1. On May 10, 2001, CCR moved the Panel to transfer the above-captioned case

---

[1] The pending motion to transfer this case also sought transfer of Perez v. Center For
Claims Resolution, Inc., et al., No. C-01-1627 JCS (N.D. Cal.).  The CCR has also moved to
transfer two other cases, Doval, et al. v. Maremont Corp., No. C-01-0540 JL (N.D. Cal.), and
Lowry, et al. v. Center For Claims Resolution, Inc., et al., No. 00-1454 (C.D. Ill.).  The instant
motion does not request that the Panel stay the CCR's motions to transfer these three other cases
to MDL 875.

OFFICIAL FILE COPY

IMAGED JUN 3 '01

to the MDL 875 proceedings.

2. On May 22, 2001, CCR, its member companies and certain former member companies that are defendants in this case,[2] and defendant Wells, Moore, Simmons & Hubbard, PLLC ("WMS&H") entered into an agreement with plaintiffs to settle all claims in this action that were brought against these defendants, effective upon payment of the agreed settlement amount on or before July 6, 2001.

3. As part of the settlement, CCR agreed to move the Panel to stay its motion to transfer this case to MDL 875, pending final payment. Because the May 22 settlement only becomes final upon full payment of the settlement amount on or before July 6, and because CCR has no interest in the transfer of this case to MDL 875 if all claims against it, its members, and WMS&H are resolved, a stay of CCR's motion to transfer is warranted at this time.

4. If the Panel grants the instant motion to stay CCR's motion to transfer, on or about July 6, CCR will either formally withdraw its motion to transfer (if the settlement is consummated), or request that the Panel lift the stay of that motion (if the settlement is not consummated).

---

[2] Those defendants are Amchem Products, Inc., Dana Corporation, CertainTeed Corporation, Ferodo America, Inc., Flexitallic, Inc., I.U. North America, Inc., Maremont Corporation, National Service Industries, Inc., Nosroc Corporation, Pfizer, Inc., Quigley Company, Inc., Shook & Fletcher Insulation Co., T&N plc, Union Carbide Corporation, and United States Gypsum Company.

WHEREFORE, defendant CCR respectfully moves the Panel to stay CCR's

pending motion to transfer the above-captioned case to MDL 875.

Respectfully submitted,

William F. Sheehan
Adam M. Chud
Shea & Gardner
1800 Massachusetts Ave., N.W.
Washington, D.C.  20036
(202) 828-2000

Counsel for Defendant Center For
Claims Resolution, Inc.

May 30, 2001

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## CERTIFICATE OF SERVICE

JUN - 1 2001

FILED
CLERK'S OFFICE

I hereby certify that, on this 30th day of May, 2001, I caused an original, eleven (11)

copies, and a computer readable disk copy of the foregoing to be served by hand on the Clerk of

the Panel:

> Michael J. Beck
> Clerk of the Panel
> Judicial Panel on Multidistrict Litigation
> Thurgood Marshall Federal Judiciary Building
> One Columbus Circle, N.E.
> Room G-225, North Lobby
> Washington, D.C.  20002-8004

I further certify that, on this 30th day of May, 2001, I caused copies of the foregoing to be

served by first-class mail, postage prepaid, on counsel on the attached service list.

I finally certify that, on this 30th day of May, 2001, I caused a copy of the foregoing to be

served by first-class mail, postage prepaid, on the Clerk of the transferee court:

> Michael E. Kunz
> Clerk of the Court
> United States District Court for the
> Eastern District of Pennsylvania
> 601 Market Street
> Philadelphia, PA  19106-1797

Adam M. Chud

# INVOLVED COUNSEL LIST
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Richard C. Binzley
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH 44114

Marcy L. Bryan
Forman, Perry, Watkins & Krutz
1200 One Jackson Place
188 East Capitol Street
Jackson, MS 39201

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Benjamin E. Griffith
Griffith & Griffith
123 South Court Street
P.O. Box 1680
Cleveland, MS 38732

Dean A. Hanley
Paul & Hanley, LLP
4905 Central Avenue
Suite 200
Richmond, CA 94804

Susan M. Hanson
Stich, Angell, Kreidler & Muth
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

Joel J. Henderson
Henderson & Dantone
P.O. Box 778
Greenville, MS 38702

Edward Houff
Church & Houff, P.A.
The B&O Building, Suite 600
2 North Charles Street
Baltimore, MD 21201

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
1300 AmSouth Center
Jackson, MS 39215

Gerald H. Jacks
Jacks, Adams & Norquist
P.O. Box 1209
Cleveland, MS 38732

William B. Kirksey
Kirksey & Associates
P. O. Box 33
Jackson, MS 39205

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Michael T. Lewis
P.O. Box 1209
Cleveland, MS 38614

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

INVOLVED COUNSEL LIST (Cont.) MDL-875

Frank S. Thackston, Jr.
Lake Tindall, LLP
P.O. Box 918
Greenville, MS  38702

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Box 240
1528 East Beach Boulevard
Gulfport, MS  39502

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA  52406