MDL 875

SIMPSON THACHER & BARTLETT
425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 5 2001

FILED
CLERK'S OFFICE

DIRECT DIAL NUMBER

212 455 3136

E-MAIL ADDRESS

REQUEST BY DEFT. SAMUEL J. HEYMAN FOR
EXTENSION OF TIME TO FILE RESPONSE — GRANTED
TO ALL PARTIES IN YOUNG, ET AL. v. CCR, INC., ET AL.,
TO AND INCLUDING JUNE 11, 2001
(mjb 6/5/01)

**URGENT**

BY FACSIMILE

June 5,

Re: MDL 875 - In re Asbestos Products Liability Litigation
(No. VI)
William Young, et al. v. Center for Claims Resolution, Inc.,
et al., N.D. Mississippi, C.A. No. 4:00-225

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

PLEADING NO. 3186

Dear Sir:

We act for Samuel J. Heyman, a defendant in the above proceeding, which is pending in the Northern District of Mississippi. On May 17, 2001, Defendant Center for Claims Resolution (CCR) filed a motion to transfer this proceeding and consolidate it with MDL 875. The deadline for responding to the transfer motion is tomorrow, June 6, 2001.

Subsequently, on May 30, 2001, the CCR filed a motion to stay its own transfer motion, on the basis that a settlement agreement had been entered into, scheduled for completion on July 6, 2001, and that if the settlement is completed, the transfer motion will be withdrawn. We received notice of the CCR's stay request yesterday.

COLUMBUS           HON           **OFFICIAL FILE**           ALTO

LONDON                                                                         SINGAPORE

IMAGED JUN 8 '01

SIMPSON THACHER & BARTLETT

Michael J. Beck      -2-      June 5, 2001

    In view of the fact that the CCR has moved to stay its own transfer motion, and that the motion may be withdrawn on or about July 6, 2001, we respectfully request an extension of time on behalf of Defendant Heyman for responding to the transfer motion, until July 16, 2001. By that date, according to the CCR, the transfer motion will either be withdrawn, or they will ask that it be decided.

    In view of the deadline of June 6, 2001 (tomorrow) for responding to the CCR's original transfer motion, and our need to send any opposition papers to you and other counsel tonight, I would be very grateful for your prompt consideration of this request.

Sincerely,

David J. Woll