JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 6 2001

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Feraidoon Ashna, et al. v. ACandS, Inc., et al.*, S.D. Texas, C.A. No. 2:01-151

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Ashna*) on May 25, 2001. The Panel has now been advised that *Ashna* was remanded to the 148th Judicial District Court of Nueces County, Texas, by the Honorable Janis Graham Jack in an order filed on May 21, 2001.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-198" filed on May 25, 2001, is hereby VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

IMAGED JUN 8 '01