MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 1 2001

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIAB. LITIG. (NO. VI) | MDL 875 (Hon. Charles Weiner) |
| WILLIAM YOUNG, ET AL., | PLAINTIFFS |
| vs. | 4:00CV224-P-D (N.D. Miss.) |
| THE CENTER FOR CLAIMS RESOLUTION, INC., ET AL., | DEFENDANTS |

### PLAINTIFFS' RESPONSE TO CCR'S MOTION TO STAY ITS MOTION TO TRANSFER AND CONSOLIDATE THIS CASE WITH MDL 875

COMES NOW, Plaintiffs, by counsel, and respond to Defendant CCR's motion to stay its pending motion to transfer the above captioned case to MDL 875 as follows:

1) Because of the settlement which occurred on May 22, 2001 and which will be consummated by payment on or before July 6, 2001, Defendant CCR's motion to stay its pending motion to transfer this case to MDL 875 is in the interests of judicial economy and efficiency. Therefore Plaintiffs confess Defendant's motion to stay.

2) On May 10, 2001, Defendant CCR moved the Judicial Panel on Multidistrict Litigation ("Panel") to transfer the above captioned case to the MDL 875 proceeding.

3) On May 22, 2001, CCR and certain other Defendants in this case entered into an agreement with Plaintiffs to settle all the claims brought against these Defendants in this action. This agreement will be effective and final upon payment of the agreed

PLEADING NO. 3190

OFFICIAL FILE COPY
IMAGED JUN 13 '01

settlement amount on or before July 6, 2001.

4) On or around May 30, 2001, CCR filed its motion to stay its motion to transfer and consolidate this case with MDL 875. CCR based its motion to stay on the fact that if the settlement is consummated on or before July 6, 2001, CCR then has no interest in the transfer of this case to MDL 875 because all the claims against it, its members and the other settling Defendants would be resolved.

5) Plaintiffs contend that there is no basis for any transfer of this case to MDL 875. However, even if there is a basis for the transfer, the settlement, if and when consummated by a payment on or before July 6, 2001, would remove any basis that may exist for the requested transfer.

6) In its motion to stay, CCR stated that on or about July 6, 2001, CCR would either formerly withdraw its motion to transfer if the settlement was consummated or request that the Panel lift the stay of the motion to transfer if the settlement is not consummated.

WHEREFORE, PLAINTIFFS respectfully confess CCR's Motion to Stay because the Motion to Stay is in the interests of judicial economy and efficiency. Plaintiffs also request that, if the settlement is not consummated and any stay of the motion to transfer if lifted, the Panel allow Plaintiffs an additional ten (10) days from the lifting of the motion to stay to respond to the motion to transfer.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 1 2001

FILED
CLERK'S OFFICE

Respectfully submitted,

*/s/ Christopher E. Kittell*

CHRISTOPHER E. KITTELL, MSB # 99615

LEWIS & LEWIS, ATTORNEYS
P. O. Box 1600
Clarksdale, MS  38614
(662) 627-4477
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Christopher E. Kittell, attorney for Plaintiffs, do hereby certify that I have this day caused to be mailed, postage prepaid, a true and correct copy of the foregoing PLAINTIFFS' RESPONSE TO CCR'S MOTION TO STAY ITS MOTION TO TRANSFER AND CONSOLIDATE THIS CASE WITH MDL 875 to all counsel listed on the attached Panel Service List as well as to the following:

Hon. Marcy L. Bryan
FORMAN, PERRY, WATKINS
   KRUTZ & TARDY, PLLC
P. O. Box 22608
Jackson, MS  39225-2608

Hon. Adam Chud
Hon. William Sheehan
Shea & Gardner
1800 Massachusetts Avenue NW
Washington, DC  36000

Hon. Benjamin E. Griffith
GRIFFITH & GRIFFITH
P. O. Box 1680
Cleveland, MS  38732-1680

Hon. Thomas E. Vaughn
ALLEN, VAUGHN, COBB
   & HOOD, P. A.
P. O. Drawer 240
Gulfport, MS  39502-0240

Hon. Frank S. Thackston, Jr.
LAKE TINDALL, LLP
P. O. Box 918
Greenville, MS  38702-0918

This the 6th day of June, 2001.

*/s/ Christopher E. Kittell*

CHRISTOPHER E. KITTELL

m:\ll\ccr\asbestos\pld\Ptf Motion to Stay

3

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION                          April 06, 2001

DOCKET: 875 - In re Asbestos Products Liability Litigation (No. VI)
STATUS: Transferred

TRANSFEREE INFORMATION
    Dist: PAE
    Judge: Weiner, Charles R.
    Date: 07/29/91

| COUNSEL | PHONE / FAX | DESCRIPTION |
|---|---|---|
| Locks, Gene<br>Greitzer & Locks<br>1500 Walnut Street<br>Philadelphia, PA 19102 | (215) 893-0100 | Pltfs Liaison Counsel |
| Binzley, Richard C.<br>Thompson, Hine & Flory<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | (216) 566-5579<br>(216) 566-5583 | Lead Counsel for Defts. in the Seamen Cases |
| Cass, Edward J.<br>Gallagher, Sharp, Fulton & Norman<br>Bulkley Building<br>7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | (216) 241-5310 | Counsel for the Goodall Defendants. |
| Damico, David A<br>Burns, White & Hickton<br>2400 Fifth Avenue Place<br>120 Fifth Avenue<br>Pittsburgh, PA 15222 | (412) 394-2500 | Fela Deft. |
| Forceno, Raymond P<br>Forceno & Hannon<br>Philadelphia Bourse Building<br>Suite 1000<br>Independence Mall East<br>Philadelphia, PA 19106 | (215) 732-1650 | Fela Pltfs. |
| Furman, Ellen B<br>Goldfein & Joseph<br>1600 Market Street<br>33rd Floor<br>Philadelphia, PA 19103 | (215) 979-8200<br>(215) 979-8201 | National Counsel |
| Hanson, Susan M.<br>Stich, Angell, Kreidler & Muth, P.A.<br>The Crossings, Suite 120<br>250 2nd Avenue South<br>Minneapolis, MN 55401 | (612) 333-6251 | National Counsel |

Page 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

April 06, 2001

(0 Liaison Counsel Continued)

Page: 2

| COUNSEL | PHONE / FAX | DESCRIPTION |
|---|---|---|
| Landin, David C.<br>Hunton & Williams<br>Riverfront Plaza<br>East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | (804) 788-8200<br>(804) 877-8218 | Peripheral Deft. |
| Motley, Ronald L.<br>Ness, Motley, Loadholt, Richardson & Poole<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465 | (843) 216-9000 | Pltfs Liaison Counsel |
| Powell, Donald A.<br>Buckingham, Doolittle & Burroughs<br>50 South Main Street<br>P.O. Box 1500<br>Akron, OH 44309 | (216) 376-5300 | National Counsel |
| Repcheck, John J.<br>Marks, O'Neill<br>3200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | (412) 391-6171 | Peripheral Deft. |
| Roven, John D.<br>John Roven & Associates<br>2190 North Loop West<br>Suite 410<br>Houston, TX 77018 | (713) 465-8522<br>(713) 465-3658 | Fela pltfs |
| Schuster, Richard D.<br>Vorys, Sater, Seymour & Pease, LLP<br>52 East Gay Street<br>P O Box 1008<br>Columbus, OH 43216 | (614) 464-6439 | National Coordinating Counsel for BFGoodrich Co. |
| Spinelli, Robert N.<br>Kelley, Jasons, McGuire & Spinelli, L.L.P.<br>Centre Square West<br>15th Floor<br>Philadelphia, PA 19102 | (215) 854-0658<br>(215) 854-8434 | Defts. Liaison Counsel |
| Swickle, Robert E.<br>Jaques Admiralty Law Firm, P.C.<br>1370 Penobscot Building<br>Detroit, MI 48226 | (313) 961-1080 | National Counsel |
| Trevelise, Andrew J. | (215) 851-8250 | Defts. Liaison Counsel |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

April 06, 2001

(0 Liaison Counsel Continued)

| COUNSEL | PHONE / FAX | DESCRIPTION | Page |
|---|---|---|---|

Reed, Smith, Shaw & McClay  
2500 One Liberty Place  
1650 Market Street  
Philadelphia, PA 19103

Selman, Neil  
Selman, Breitman & Burgess  
11755 Wilshire Boulevard  
Sixth Floor  
Los Angeles, CA 90025

National Counsel

Weston II., James K.  
Tom Riley Law Firm  
4040 First Avenue, N.E.  
P.O. Box 998  
Cedar Rapids, IA 52406

(319) 363-4040    National counsel for Raymark Industries, Inc per letter dated 4/16/97

NOTE: Liaison Counsel Are NOT Listed In Alphabetical Order