JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUNE 15 , 2001

MICHAEL  J.  BECK
CLERK OF THE PANEL

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## WM. TERRELL HODGES, CHAIRMAN, LOUIS C. BECHTLE, JOHN F. KEENAN, MOREY L. SEAR, BRUCE M. SELYA, JULIA SMITH GIBBONS, AND D. LOWELL JENSEN, JUDGES OF THE PANEL

## HEARING SESSION ORDER

IT IS ORDERED that on July 26, 2001, a hearing session will be held in Chicago, Illinois, to consider the matters on the attached Schedule under 28 U.S.C. §1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).  The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

IMAGED JUN 1 8 '01

SCHEDULE OF MATTERS FOR HEARING SESSION
July 26, 2001 -- Chicago, Illinois


# SECTION A
# MATTERS DESIGNATED FOR ORAL ARGUMENT


<u>MDL-875 --  In re Asbestos Products Liability Litigation (No. VI)</u>

Motions of defendants Maremont Corporation, Inc., Center for Claims Resolution, Inc., Amchem Products, Inc., C.E. Thurston & Sons, Inc., CertainTeed Corporation, Dana Corporation, Pfizer, Inc., Quigley Company, Inc., Shook & Fletcher Insulation Company, T&N, plc, and Union Carbide Corporation for transfer of their following action(s) to the United States District Court for the Eastern District of Pennsylvania:


<u>Northern District of California</u>

*Rolando Doval, et al. v. Maremont Corp.*, C.A. No. 3:01-540
*Joseph Perez, et al. v. Center for Claims Resolution, Inc.*, C.A. No. 3:01-1627

<u>Central District of Illinois</u>

*Thomas F. Lowry, III, et al. v. Center for Claims Resolution, et al.*,
   C.A. No.1:00-1454

<u>Northern District of Mississippi</u>

*William Young, et al. v. Center for Claims Resolution, Inc., et al.*,
   C.A. No. 4:00-225


<u>MDL-1221-- In re Case IH Cotton Picker Products Liability Litigation</u>

Opposition of defendant Case Corporation to remand of the actions listed on Attachment A from the United States District Court for the Eastern District of Arkansas to their respective transferor courts.

## MDL-1274 -- In re Gemstar Development Corporation Patent Litigation

Opposition of plaintiffs EchoStar Communications Corp., et al., to transfer of the following action to the United States District Court for the Northern District of Georgia:

### District of Colorado

*EchoStar Communications Corp., et al. v. Gemstar-TV Guide International, Inc., et al.*, C.A. No. 1:00-2440

## MDL-1296 -- In re Alliance Equipment Lease Program Securities Litigation

Oppositions of plaintiffs and defendants Baker & Hostetler, Frank M. Mock, and Jeffrey E. Decker to transfer of the following actions to the United States District Court for the Southern District of California:

### Middle District of Florida

*Virginia Rice, et al. v. Baker & Hostetler, LLP, et al.*, C.A. No. 6:00-244
*Wilbert Schulz, et al. v. Baker & Hostetler, LLP, et al.*, C.A. No. 6:00-245
*Ruth R. Floyd, et al. v. Baker & Hostetler, LLP, et al.*, C.A. No. 6:00-246
*Bruce Yates, et al. v. Baker & Hostetler, LLP, et al.*, C.A. No. 6:00-247
*Robert Janke, et al. v. Baker & Hostetler, LLP, et al.*, C.A. No. 6:00-248
*Roger Boucher, et al. v. Baker & Hostetler, LLP, et al.*, C.A. No. 6:00-287
*Audrey Boyles, et al. v. Baker & Hostetler, LLP, et al.*, C.A. No. 6:00-288
*Ronald Peil, et al. v. Baker & Hostetler, LLP, et al.*, C.A. No. 6:00-289
*Mary Ann Krapke, et al. v. Baker & Hostetler, LLP, et al.*, C.A. No. 6:00-315
*Sandra Turner Eastwood v. Baker & Hostetler, LLP, et al.*, C.A. No. 6:00-316
*Carol J. Blevins v. Baker & Hostetler, LLP, et al.*, C.A. No. 6:00-317
*Ralph D. Roberts, et al. v. Baker & Hostetler, LLP, et al.*, C.A. No. 6:00-318
*Diane P. Kerkhoff, et al. v. Baker & Hostetler, LLP, et al.*, C.A. No. 6:00-319
*John L. McSwain, et al. v. Baker & Hostetler, LLP, et al.*, C.A. No. 6:00-320
*Sharon Richter, et al. v. Baker & Hostetler, LLP, et al.*, C.A. No. 6:00-466

MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

Motion of plaintiffs Aline Ricks, et al., for centralization of the following actions in the United States District Court for the Eastern District of Louisiana:

### Eastern District of Louisiana

*Aline Ricks, et al. v. American Home Products Corp., et al.*, C.A. No. 2:01-488
*LaJeune W. Torotorich v. Bayer Corp.*, C.A. No. 2:01-780
*Pliney Brown v. American Home Products Corp., et al.*, C.A. No. 2:01-781

### Western District of Louisiana

*Carolyn Yoakum v. Novartis Corp., et al.*, C.A. No. 5:01-522

### District of Massachusetts

*Alexander P. Ziolkowski, etc. v. Novartis Consumer Health, Inc., et al.*,
   C.A. No. 1:01-10324
*Stacey Kerrigan, et al. v. Whitehall-Robins, et al.*, C.A. No. 1:01-10325

### Eastern District of Pennsylvania

*Vicki E. Hollingshead, et al. v. Bayer Corp., et al.*, C.A. No. 2:01-1506

### Northern District of Texas

*Kelley Howard v. Schering-Plough Corp.*, C.A. No. 1:01-47

### Western District of Washington

*Jane M. McCormmach, et al. v. Schering-Plough Corp.*, C.A. No. 2:01-303
*Sandy B. Rasmussen, et al. v. Glaxosmithkline Corp., et al.*, C.A. No. 2:01-304
*Collette Dietschi, et al. v. American Home Products Corp.*, C.A. No. 2:01-306
*Linda Knight, et al. v. Bayer Corp.*, C.A. No. 2:01-307
*Nancy E. French, et al. v. Bristol-Myers Squibb Co.*, C.A. No. 2:01-308
*Linda J. Crichton, et al. v. Novartis Corp., et al.*, C.A. No. 2:01-309

MDL-1408 -- In re Tamoxifen Citrate Antitrust Litigation

Motion of defendants Zeneca Inc. and Barr Laboratories, Inc., for centralization of the following actions in the United States District Court for the Eastern District of New York:

### Northern District of California

*Karen Jo Koonan v. Barr Laboratories, Inc., et al.*, C.A. No. 3:01-779

### Eastern District of Michigan

*Rebecca Bennish, et al. v. Barr Laboratories, Inc., et al.*, C.A. No. 2:00-74948

### Eastern District of New York

*Betty Joblove v. Barr Laboratories, Inc., et al.*, C.A. No. 1:00-6046
*Allied Services Division Welfare Fund v. Barr Laboratories, Inc., et al.*,
   C.A. No. 1:00-6540
*Lynda Knee v. Barr Laboratories, Inc., et al.*, C.A. No. 1:00-6729
*Eugene DeJesus, et al. v Barr Laboratories, Inc., et al.*, C.A. No. 1:00-7521

MDL-1409 -- In re Currency Conversion Fee Antitrust Litigation

Motion of plaintiffs Ester Grace Javier, et al., for centralization of certain of the following actions in the United States District Court for the Northern District of California and motion of plaintiffs Robert Ross, et al., for centralization of the following actions in the United States District Court for the Eastern District of Pennsylvania:

### Northern District of California

*Leslie Cooper v. Visa U.S.A. Inc., et al.*, C.A. No. 1:01-1396
*Ester Grace Javier, et al. v. Visa U.S.A. Inc., et al.*, C.A. No. 3:01-1377

MDL-1409 (Continued)

### Southern District of New York

*Jeffrey Silberman, et al. v. Visa U.S.A. Inc., et al.*, C.A. No. 1:01-3342
*Donald E. Wood v. Visa U.S.A. Inc., et al.*, C.A. No. 1:01-3617
*Inducon Park Associates, Inc. v. Visa U.S.A. Inc., et al.*, C.A. No. 1:01-3683

### Eastern District of Pennsylvania

*Robert Ross, et al. v. Visa U.S.A. Inc., et al.*, C.A. No. 2:01-1006
*Joseph C. Chatham v. Visa U.S.A. Inc., et al.*, C.A. No. 2:01-1682
*Andrea Kune v. Visa U.S.A. Inc., et al.*, C.A. No. 2:01-1683
*Jonathan Lipner v. Visa U.S.A. Inc., et al.*, C.A. No. 2:01-1856
*Julie Finkelman v. Visa U.S.A. Inc., et al.*, C.A. No. 2:01-1890
*Howard Steinlauf v. Visa U.S.A. Inc., et al.*, C.A. No. 2:01-1996

## MDL-1410 -- In re Buspirone Patent Litigation

Motion of defendant Bristol-Myers Squibb Company for centralization of the following actions in the United States District Court for the Southern District of New York:

### District of Connecticut

*Bristol-Myers Squibb Co. v. Danbury Pharmacal, Inc., et al.*, C.A. No. 3:01-304

### Southern District of New York

*Bristol-Myers Squibb Co. v. Mylan Pharmaceuticals, Inc., et al.*, C.A. No. 1:01-414

### District of Vermont

*Bristol-Myers Squibb Co. v. Mylan Technologies, Inc.*, C.A. No. 2:01-18

### Northern District of West Virginia

*Mylan Pharmaceuticals, Inc. v. Bristol-Myers Squibb Co.*, C.A. No. 1:00-205

Schedule of Matters for Hearing Session, Section A                    p. 6
Chicago, Illinois

<u>MDL-1411 -- In re Air Crash Near Scranton, Pennsylvania, on May 21, 2000</u>

    Motion of plaintiffs David Fumanti, et al., for centralization of the following actions in the United States District Court for the Middle District of Pennsylvania:

        <u>Eastern District of New York</u>

*Gerald L. Decker, et al. v. East Coast Aviation Services, Ltd., et al.,*
  C.A. No. 1:00-6906
*Leonard T. Erhardt, etc. v. East Coast Aviation Services, Ltd., et al.,*
  C.A. No. 1:00-6912
*Brian J. Cali, etc. v. East Coast Aviation Services, Ltd., et al.,* C.A. No. 1:00-7276
*Christian J. Pilosi, et al. v. East Coast Aviation Services, Ltd., et al.,*
  C.A. No. 1:00-7278
*Henry Maleski, etc. v. East Coast Aviation Services, Ltd., et al.,* C.A. No. 1:00-7297
*Robin Supatosky, etc. v. East Coast Aviation Services, Ltd., et al.,*
  C.A. No. 1:00-7401

        <u>Middle District of Pennsylvania</u>

*David Fumanti, et al. v. East Coast Aviation Services, Ltd., et al.,*
  C.A. No. 3:00-2087
*David Yanchausky, etc. v. East Coast Aviation Services, Ltd., et al.,*
  C.A. No. 3:00-2091
*Rosemarie Kasper, etc. v. East Coast Aviation Services, Ltd., et al.,*
  C.A. No. 3:00-2092
*Paul Kunkle, etc. v. East Coasst Aviation Services, Ltd., et al.,* C.A. No. 3:00-2093
*Robert Appel, etc. v. East Coast Aviation Services, Ltd., et al.,* C.A. No. 3:01-8

Schedule of Matters for Hearing Session, Section A                    p. 7
Chicago, Illinois


MDL-1413 -- In re Buspirone Antitrust Litigation

Motion of plaintiffs Valerie Meyers, et al., for centralization of certain of the following actions in the United States District Court for the District of District of Columbia; motion of defendant Bristol-Myers Squibb Company for centralization of the following actions in the United States District Court for the Southern District of New York; and motion of plaintiffs Georgia S. Gerstein, Lisa Brooks, and Michelle J. Burns for centralization of the following actions in the United States District Court for the District of New Jersey:


Central District of California

*Marla Gorelick v. Bristol-Myers Squibb Co.*, C.A. No. 5:01-283

Northern District of California

*Dorothy Wallace v. Bristol-Myers Squibb Co.*, C.A. No. 3:01-1523
*Lillian Singer v. Bristol-Myers Squibb Co.*, C.A. No. 3:01-1563
*Robert K. Alderman v. Bristol-Myers Squibb Co.*, C.A. No. 3:01-1615
*Rebecca Harris v. Bristol-Myers Squibb Co.*, C.A. No. 5:01-20342
*California Congress of Seniors, et al. v. Bristol-Myers Squibb Co.*,
    C.A. No. 5:01-20351

Southern District of California

*Hillary Weiss v. Bristol-Myers Squibb Co.*, C.A. No. 3:01-712

District of District of Columbia

*Watson Laboratories, Inc., et al. v. Bristol-Myers Squibb Co., Inc.*,
    C.A. No. 1:01-539
*HIP Health Plan of Florida, Inc. v. Bristol-Myers Squibb Co., Inc.*,
    C.A. No. 1:01-560
*Robert Levine v. Bristol-Myers Squibb Co.*, C.A. No. 1:01-707
*Louisiana Wholesale Drug Co., Inc. v. Bristol-Myers Squibb Co.*,
    C.A. No. 1:01-712
*Gray Panthers v. Bristol-Myers Squibb Co.*, C.A. No. 1:01-803
*Valerie Meyers, et al. v. Bristol-Myers Squibb Co., Inc.*, C.A. No. 1:01-818
*Norman Seabrook, et al. v. Bristol-Myers Squibb Co.*, C.A. No. 1:01-848

Schedule of Matters for Hearing Session, Section A                    p. 8
Chicago, Illinois


## MDL-1413 (Continued)

### Southern District of Florida

*Rhoda Sokoloff v. Bristol-Myers Squibb Co.*, C.A. No. 0:01-6645

### District of Maine

*Marianne Stover v. Bristol-Myers Squibb Co.*, C.A. No. 2:01-118

### Eastern District of Michigan

*Great Lakes Health Plan, Inc. v. Bristol-Myers Sqibb Co.*, C.A. No. 2:01-71586

### District of New Jersey

*Georgia S. Gerstein v. Bristol-Myers Squibb Co.*, C.A. No. 3:01-1625
*Lisa Brooks v. Bristol-Myers Squibb Co.*, C.A. No. 3:01-2009
*Michelle J. Burns v. Bristol-Myers Squibb Co.*, C.A. No. 3:01-2085

### Southern District of New York

*Citizen Action of New York, et al. v. Bristol-Myers Squibb Co.*, C.A. No. 1:01-2943
*Marcy Altman v. Bristol-Myers Squibb Co.*, C.A. No. 1:01-3367


## MDL-1416 -- In re Coal-Fired Electric Utilities Clean Air Act Litigation

Motion of plaintiff The United States of America for centralization of the following actions in a single United States district court:

### Northern District of Alabama

*The United States of America v. Alabama Power Co., et al.*, C.A. No. 2:01-152

### Northern District of Georgia

*The United States of America v. Alabama Power Co., et al.*, C.A. No. 1:99-2859

MDL-1417 -- In re Amsted Industries Inc. "ERISA" Litigation

Motion of defendants Amsted Industries Incorporated, Amsted's Employee Stock Ownership Plan, Matthew J. Hower, Arthur W. Goetschel, Raymond A. Jean, David B. Whitehurst, Lewis Collens, John M. Dixon, John E. Jones, W. Robert Reum, Richard E. Terry, Gordon R. Lohman, Thomas C. Berg, Joseph W. Newman, Paul F. Fischer, O.J. Sopranos, Byron D. Speice, Robert A. Chiappetta, and David A. Pawlowski for centralization of the following actions in the United States District Court for the Northern District of Illinois:

Northern District of Alabama

*Thomas P. Frieburg, et al. v. Amsted Industries Inc., et al.*, C.A. No. 2:01-1006
*Rennie L. Blankenship, et al. v. Amsted Industries, Inc., et al.*, C.A. No. 2:01-1007
*Jackie P. Carlee, et al. v. Amstsed Industries, Inc., et al.*, C.A. No. 2:01-1009

Northern District of Illinois

*Jeffery Bradley v. Amstsed Industries Inc. Employees' Stock Ownership Plan, ("ESOP"), et al.*, C.A. No. 1:01-2963

MDL-1418 -- In re Burlington Northern & Santa Fe Railway Co. Employee Settlement Agreements Litigation

Motion of plaintiffs Norman Harding, et al., James W. Hoffann, Russell Lambert, and Gene Richards for centralization of the following actions in the United States District Court for the Eastern District of Washington:

District of Montana

*Russell Lambert v. Burlington Northern & Santa Fe Railway Co., et al.*, C.A. No. 9:01-94

District of Oregon

*Gene Richards v. Burlington Northern & Santa Fe Railway Co., et al.*, C.A. No. 3:01-1725

Schedule of Matters For Hearing Session, Section A                     p. 10
Chicago, Illinois


MDL-1418 (Continued)


### Eastern District of Washington

*James W. Hoffann v. Burlington Northern & Santa Fe Railway Co., et al.*,
   C.A. No. 2:01-102

### Western District of Washington

*Norman Harding, et al. v. Burlington Northern & Santa Fe Railway Co., et al.*,
   C.A. No. 2:01-452
*Donald D. Butts, et al. v. Burlington Northern & Santa Fe Railway Co., et al.*,
   C.A. No. 2:01-587


## MDL-1419 -- In re K-Dur Antitrust Litigation

Motion of defendant Schering-Plough Corporation for centralization of the following
actions in the United States District Court for the District of New Jersey:


### Northern District of Alabama

*Frances Irene Steadman v. Schering-Plough Corp., et al.*, C.A. No. 2:01-1263

### Central District of California

*Natalie Sutin v. Schering-Plough Corp., et al.*, C.A. No. 2:01-4182

### Northern District of California

*Jacqueline Cundiff v. Schering-Plough Corp., et al.*, C.A. No. 3:01-1835
*Estelle Travers v. Schering-Plough Corp., et al.*, C.A. No. 4:01-1971

### Southern District of Florida

*Mildred Grossman v. Schering-Plough Corp., et al.*, C.A. No. 9:01-8418

MDL-1419 (Continued)

### District of Minnesota

*Consumers for Affordable Healthcare Coalition v. Schering-Plough Corp., et al.*,
   C.A. No. 0:01-820

### District of New Jersey

*HIP Health Plan of Florida, Inc. v. Schering-Plough Corp., et al.*,
   C.A. No. 2:01-1652
*United Food & Commerical Workers Local 56 Health & Welfare Department v.
   Schering-Plough Corp., et al.*, C.A. No. 2:01-1769
*Amy Reichert v. Schering-Plough Corp., et al.*, C.A. No. 2:10-1770
*Carl M. Wallace, et al. v. Schering-Plough Corp., et al.*, C.A. No. 2:01-1771
*Stanley Nemser v. Schering-Plough Corp., et al.*, C.A. No. 2:01-1943
*Stanley Nemser v. Schering-Plough Corp., et al.*, C.A. No. 2:01-1944
*Norman Seabrook, et al. v. Schering-Plough Corp., et al.*, C.A. No. 2:01-2090
*Rose Lipscomb v. Schering-Plough Corp., et al.*, C.A. No. 2:01-2119
*Teamsters Health & Welfare Fund of Philadelphia & Vicinity v. Schering-Plough
   Corp., et al.*, C.A. No. 2:01-2191

### Eastern District of Pennsylvania

*Dawn Maffei v. Schering-Plough Corp., et al.*, C.A. No. 2:01-2012

Schedule of Matters for Hearing Session, Section B                                        p. 12
Chicago, Illinois

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs Ricky Gene Oxford, Julita Szewczyk, etc., John Lindfors, and Henry Wood, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

### Northern District of California

*Ricky Gene Oxford v. A.H. Voss Co., et al.*, C.A. No. 3:01-869

### Southern District of New York

*Julita Szewczyk, etc. v. Metro-North Railroad Co.*, C.A. No. 1:01-199

### District of South Carolina

*John Lindfors v. ACandS, Inc., et al.*, C.A. No. 2:01-571
*Henry Wood, et al. v. ACandS, Inc., et al.*, C.A. No. 2:01-572

MDL-1061 -- In re Prudential Insurance Company of America Sales Practices Litigation

Opposition of plaintiff Joe W. Uresti to transfer of the following action to the United States District Court for the District of New Jersey:

### Western District of Texas

*Joe W. Uresti v. Prudential Insurance Co. of America, et al.*, C.A. No. 5:01-104

Schedule of Matters for Hearing Session, Section B                    p. 13
Chicago, Illinois


MDL-1091 -- In re Metropolitan Life Insurance Co. Sales Practices Litigation

Opposition of plaintiff Burt F. Baker to transfer of the following action to the United States District Court for the Western District of Pennsylvania:

### Middle District of Alabama

*Burt F. Baker v. Metropolitan Life Insurance Co., et al.*, C.A. No. 2:01-319


MDL-1105 -- In re New England Mutual Life Insurance Company Sales Practices Litigation

Opposition of plaintiffs Albert J. Singletary, D.M.D., et al., to transfer of the following action to the United States District Court for the District of Massachusetts:

### Southern District of Mississippi

*Albert J. Singletary, D.M.D., et al. v. New England Mutual Life, et al.*, C.A. No. 3:00-988


MDL-1173 -- In re American Airlines, Inc., Flight 869 Turbulence Incident on January 17, 1996

Opposition of defendant American Airlines, Inc., to remand of the following actions to the United States District Court for the District of Virgin Islands:

### Southern District of Florida

Jane Felix v. American Airlines, Inc., C.A. No. 1:97-2316 (D. Virgin Islands, C.A. No. 1:97-20)
Patricia Simmons, et al. v. American Airlines, Inc., et al., C.A. No. 1:97-2317 (D. Virgin Islands, C.A. No. 1:96-76)

Schedule of Matters for Hearing Session, Section B                     p. 14
Chicago, Illinois

## MDL-1291 -- In re Omeprazole Patent Litigation

Opposition of plaintiffs Astra Aktiebolag, et al., to remand of the following actions to their respective transferor courts:

### Southern District of New York

*Astra Aktiebolag, et al. v. Andrx Pharmaceuticals, Inc., et al.*, C.A. No. 1:99-8926
  (S.D. Florida, C.A. No. 0:98-6521)
*Astra Aktiebolag, et al. v. Andrx Pharmaceuticals, Inc.*, C.A. No. 1:99-9887
  (S.D. Florida, C.A. No. 0:99-6893)
*Astra Aktiebolag, et al. v. Cheminor Drugs, Ltd., et al.*, C.A. No. 1:99-8927
  (D. New Jersey, C.A. No. 2:99-1798)
*Astra Aktiebolag, et al. v. Cheminor Drugs, Ltd., et al.*, C.A. No. 1:00-4467
  (D. New Jersey C.A. No. 2:00-1343)
*Astra Aktiebolag, et al. v. Kremers Urban Development Co., et al.*,
  C.A. No. 1:99-8928 (E.D. Wisconsin, C.A. No. 2:99-131)
*Astra Aktiebolag, et al. v. Kremers Urban Development Co., et al.*,
  C.A. No. 1:99-9888 (E.D. Wisconsin, C.A. No. 2:99-910)

## MDL-1334 --In re Managed Care Litigation

Oppositions of plaintiffs Connecticut State Medical Society, Sue McIntosh, M.D., et al., F. Scott Gray, M.D., et al., and Stephen R. Levinson, et al., and defendant Anthem Health Plans, Inc., to transfer of their respective following actions to the United States District Court for the Southern District of Florida:

### District of Connecticut

*Connecticut State Medical Society v. Aetna Health Plans of Southern New England,*
  *Inc.*, C.A. No. 3:01-411
*Sue McIntosh, M.D., et al. v. Aetna Health Plans of Southern New England, Inc.*,
  C.A. No. 3:01-412
*Connecticut State Medical Society v. Cigna Healthcare of Connecticut, Inc.*,
  C.A. No. 3:01-424

Schedule of Matters for Hearing Session, Section B                                    p. 15
Chicago, Illinois

MDL-1334 (Continued)

      District of Connecticut (Continued)

*F. Scott Gray, M.D., et al. v. Cigna Healthcare of Connecticut, Inc.*,
   C.A. No. 3:01-425
*Stephen R. Levinson, et al. v. Anthem Health Plans, Inc.*, C.A. No. 3:01-426
*Connecticut State Medical Society v. Anthem Health Plans, Inc.*,
   C.A. No. 3:01-428

    Motion of defendant Physicians Health Services of Connecticut to transfer the following
actions to the United States District Court for the Southern District of Florida:

      District of Connecticut

*J. Kevin Lynch, M.D., et al. v. Physicians Health Services of Connecticut*,
   C.A. No. 3:01-416
*Connecticut State Medical Society v. Physical Health Services of Connecticut,
   Inc.*, C.A. No. 3:01-417

MDL-1341 -- In re America Online, Inc., Version 5.0 Software Litigation

    Opposition of plaintiff Scott F. Johnson to transfer of the following action to the United
States District Court for the Southern District of Florida:

      District of New Hampshire

*Scott F. Johnson v. America Online, Inc.*, C.A. No. 1:01-132

Schedule of Matters for Hearing Session, Section B                                       p. 16
Chicago, Illinois


<u>MDL-1344 -- In re Air Crash Near Nantucket Island, Massachusetts, on October 31, 1999</u>

Opposition of plaintiff Ereeny Kamel, etc., to transfer of the following action to the United States District Court for the Eastern District of New York:


<u>Central District of California</u>

*Ereeny Kamel, etc. v. EgyptAir, Inc.*, C.A. No. 2:01-437


Motion of plaintiffs Faith Freeman, et al., Amira Mansour, etc., Melvin Bowman, etc., Richard Seidman, etc., Marilyn Yeager, et al., and Susan Murray, et al., to remand the following actions to their respective transferor courts:


<u>Eastern District of New York</u>

*Faith Freeman, et al. v. EgyptAir, Inc.*, C.A. No. 1:01-173 (C.D. California, C.A. No. 2:00-11685)
*Amira Mansour, etc. v. EgyptAir, Inc.*, C.A. No. 1:01-174 (C.D. California, C.A. No. 2:00-11686)
*Melvin Bowman, etc. v. EgyptAir, Inc.*, C.A. No. 1:01-175 (C.D. California, C.A. No. 2:00-11687)
*Richard Seidman, etc. v. EgyptAir, Inc.*, C.A. No. 1:01-176 (C.D. California, C.A. No. 2:00-11688)
*Marilyn Yeager, et al. v. EgyptAir, Inc.*, C.A. No. 1:01-179 (D. Colorado, C.A. No. 1:00-2147)
*Susan Murray, et al. v. EgyptAir, Inc.*, C.A. No. 1:00-3665 (E.D. Pennsylvania, C.A. No. 1:00-1266)
*Susan Murray, et al. v. EgyptAir, Inc.*, C.A. No. 1:01-1465 (E.D. Pennsylvania, C.A. No. 2:01-80)

Schedule of Matters for Hearing Session, Section B                                    p. 17
Chicago, Illinois


MDL-1348 -- In re Rezulin Products Liability Litigation

    Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Southern District of New York:


### Middle District of Alabama

*Geraldine Stephens, etc. v. Warner-Lambert Co., et al.*, C.A. No. 2:01-266

### Southern District of Alabama

*Ouida Faile, etc. v. Warner-Lambert Co., et al.*, C.A. No. 1:01-259

### Middle District of Florida

*Adeline A. Nichols, etc. v. Warner-Lambert Co.*, C.A. No. 8:01-740

### Southern District of Florida

*Shirley Clow, etc. v. Warner-Lambert Co., et al.*, C.A. No. 1:01-1101

### Eastern District of Louisiana

*Bertha Smith v. Warner-Lambert Co., et al.*, C.A. No. 2:01-1084
*Oray Marks v. Warner-Lambert Co., et al.*, C.A. No. 2:01-1100
*Rodney McKinney v. Warner-Lambert Co., et al.*, C.A. No. 2:01-1103
*Margaret Longuefosse v. Warner-Lambert Co., et al.*, C.A. No. 2:01-1127
*Isidore Falco v. Warner-Lambert Co., et al.*, C.A. No. 2:01-1140
*Lillie Mae Ratliff v. Warner-Lambert Co., et al.*, C.A. No. 2:01-1145
*John Milano v. Warner-Lambert Co., et al.*, C.A. No. 2:01-1155
*Susan Stapler v. Warner-Lambert Co., et al.*, C.A. No. 2:01-1157
*Dolores Smith v. Warner-Lambert Co., et al.*, C.A. No. 2:01-1158
*Rose Ann, et al. Lavigne v. Warner-Lambert Co., et al.*, C.A. No. 2:01-1160

### Middle District of Louisiana

*Betty Deamer, et al. v. Warner-Lambert Co., et al.*, C.A. No. 3:01-297
*Edna Price v. Warner-Lambert Co., et al.*, C.A. No. 3:01-298
*Richard Boudreaux v. Warner-Lambert Co., et al.*, C.A. No. 3:01-300

Schedule of Matters for Hearing Session, Section B                                   p. 18
Chicago, Illinois


MDL-1348 (Continued)


### Western District of Louisiana

*Louise Beverly v. Warner-Lambert Co., et al.*, C.A. No. 6:01-662
*Lillie Freeman v. Warner-Lambert Co., et al.*, C.A. No. 6:01-665
*Gloria Carter v. Warner-Lambert Co., et al.*, C.A. No. 6:01-666
*Tommy Hamilton v. Warner-Lambert Co., et al.*, C.A. No. 6:01-667
*Vernell Lewis v. Warner-Lambert Co., et al.*, C.A. No. 6:01-668


### Northern District of Mississippi

*Deborah Williams Fortney, et al. v. Pfizer, Inc., et al.*, C.A. No. 2:01-93
*Manuel Y. Sifuentes, Jr. v. Parke-Davis, et al.*, C.A. No. 2:01-94
*Edward Hurlbert, et al. v. Parke-Davis, et al.*, C.A. No. 3:01-64


### Southern District of Mississippi

*Cynthia E. Shows, et al. v. Parke-Davis, et al.*, C.A. No. 2:01-106
*Henry Andrews, Jr., et al. v. Parke-Davis, et al.*, C.A. No. 3:01-257
*Mary E. Lewis, et al. v. Warner-Lambert Co., et al.*, C.A. No. 3:01-268
*Louverta King, et al. v. Parke-Davis, et al.*, C.A. No. 5:01-101


### Southern District of Texas

*Quirino Cano, et al. v. Warner-Lambert Co., et al.*, C.A. No. 7:01-55

MDL-1355 -- In re Propulsid Products Liability Litigation

Oppositions of plaintiffs Carol Fountain, et al., and J.C. Jackson, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

### Western District of Missouri

*Carol Fountain, et al. v. Johnson & Johnson Co., et al.*, C.A. No. 4:01-380

### Western District of Tennessee

*J.C. Jackson, et al. v. Johnson & Johnson, Inc., et al.*, C.A. No. 2:01-2113

MDL-1373 -- In re Bridgestone/Firestone, Inc., ATX, ATX II and Wilderness Tires Products Liability Litigation

Oppositions of plaintiffs Jennifer P. Boonlorn, et al., Tyson Smith, etc., Michelle Fayard, Geoffrey Coffin, et al., Lynn Brown Jackson, et al., and Barbara Haffey Bogy, etc., to transfer of their respective following actions to the United States District Court for the Southern District of Indiana:

### District of Arizona

*Jennifer P. Boonlorn, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 2:01-665

### Western District of Arkansas

*Tyson Smith, etc. v. Bridgestone/Firestone, Inc.*, C.A. No. 1:00-1137

### Central District of California

*Michelle Fayard v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 2:01-2477

### District of Connecticut

*Geoffrey Coffin, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 3:01-506

Schedule of Matters for Hearing Session, Section B     p. 20
Chicago, Illinois

MDL-1373 (Continued)

### Southern District of Mississippi

*Lynn Brown Jackson, et al. v. Ford Motor Co., et al.*, C.A. No. 2:01-83
*Barbara Haffey Bogy, etc. v. Ford Motor Co., et al.*, C.A. No. 5:01-116

Motion of defendant Bridgestone/Firestone, Inc., to transfer the following action to the United States District Court for the Southern District of Indiana:

### Middle District of Louisiana

*Heather M. Gaudet v. Bridgestone/Firestone, Inc.*, C.A. No. 3:01-1

### MDL-1382 -- In re Unitrin, Inc., Industrial Life Insurance Litigation

Opposition of plaintiffs Angela Armstrong, et al., to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

### Southern District of Mississippi

*Angela Armstrong, et al. v. Unitrin, Inc., et al.*, C.A. No. 5:01-66

### MDL-1390 -- In re Life Insurance Co. of Georgia Industrial Life Insurance Litigation

Oppositions of plaintiffs Dorothy Roberts, Missouri Martin, et al., Marie Spencer, and Evelene Spencer, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

### Middle District of Alabama

*Dorothy Roberts v. Life Insurance Co. of Georgia, et al.*, C.A. No. 2:01-293
*Missouri Martin, et al. v. Life Insurance Co. of Georgia, Inc., et al.*,
    C.A. No. 2:01-416

MDL-1390 (Continued)

### Northern District of Alabama

*Marie Spencer v. Life Insurance Co. of Georgia, et al.*, C.A. No. 7:01-618
*Evelene Spencer, et al. v. Life Insurance Co. of Georgia, et al.*,
   C.A. No. 7:01-869

### MDL-1393 -- In re Cooper Tire & Rubber Co. Tires Products Liability Litigation

Oppositions of plaintiffs Darrell Lloyd Dorman, et al., Tony Potthoff, Brandon L. Johnson, et al., Kelly Ann Comfort, Daniel A. Fogel, and Janet Crowther, et al., to transfer of their respective following actions to the United States District Court for the Southern District of Ohio:

### District of Idaho

*Darrell Lloyd Dorman, et al. v. Cooper Tire & Rubber Co.*, C.A. No. 1:01-21

### Western District of Missouri

*Tony Potthoff v. Cooper Tire & Rubber Co.*, C.A. No. 4:01-192

### District of Nebraska

*Brandon L. Johnson, et al. v. Cooper Tire & Rubber Co.*, C.A. No. 4:01-146

### Northern District of New York

*Kelly Ann Comfort v. Cooper Tire & Rubber Co.*, C.A. No. 3:01-363

### District of South Carolina

*Daniel A. Fogel v. Cooper Tire & Rubber Co.*, C.A. No. 2:01-426

### District of Utah

*Janet Crowther, et al. v. Cooper Tire & Rubber Co.*, C.A. No. 2:01-191

Schedule of Matters for Hearing Session, Section B                    p. 22
Chicago, Illinois

MDL-1396 -- In re St. Jude Medical, Inc., Silzone Heart Valves Products Liability

Oppositions of plaintiffs Pamela S. Crawford, etc., and Ronald E. Linker, et al., to transfer of their respective following actions to the United States District Court for the District of Minnesota:

### Southern District of Georgia

*Pamela S. Crawford, etc. v. St. Jude Medical, Inc.*, C.A. No. 4:00-330

### District of South Carolina

*Ronald E. Linker, et al. v. St. Jude Medical, Inc.*, C.A. No. 9:00-3765

MDL-1397 -- In re Laidlaw Inc. Securities Litigation

Opposition of defendants Banc of America Securities, LLC, Bank One Corporation, CIBC Openheimer, Goldman, Sachs & Co., The Goldman Sachs Group, Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, and TD Securities (USA), Inc., to transfer of the following action to the United States District Court for the District of South Carolina:

### Southern District of New York

*Westdeutsche Landesbank Girozentrale v. John R. Grainger, et al.*, C.A. No. 1:00-9436

MDL-1412 -- In re America Online, Inc., Version 6.0 Software Litigation

Motion of plaintiffs Mark Chester, Jon Lukin, and Melanie Mars for centralization of the following actions in the United States District Court for the Northern District of Illinois:

### Central District of California

*Melanie Mars v. America Online, Inc.*, C.A. No. 8:00-1202

MDL-1412 (Continued)

### Northern District of Illinois

*Mark Chester v. America Online, Inc.*, C.A. No. 1:00-8139

### Eastern District of New York

*John Lukin v. America Online, Inc.*, C.A. No. 2:00-7674

# ATTACHMENT A

MDL-1221 -- In re Case IH Cotton Picker Products Liability Litigation

### Eastern District of Arkansas

*Terry R. Spivey v. Case Corp.*, C.A. No. 5:99-169 (M.D. Alabama,
  C.A. No. 1:98-1325)
*Georgia Farm Bureau Mutual Insurance Co. v. Case Corp.*, C.A. No. 5:98-486
  (M.D. Georgia, C.A. No. 1:98-186)
*Howard B. Swanson, Jr. v. Case Corp.*, C.A. No. 5:98-557 (M.D. Georgia,
  C.A. No. 1:98-215)
*John A. Braynt, Jr. v. Case Corp.*, C.A. No. 5:98-563 (M.D. Georgia,
  C.A. No. 1:98-216)
*Cotton States Mutual Insurance Co. v. Case Corp.*, C.A. No. 5:98-558 (M.D. Georgia,
  C.A. No. 1:98-217)
*Daniel M. Grebel, Sr. v. Case Corp.*, C.A. No. 5:98-559 (M.D. Georgia,
  C.A. No. 1:98-218)
*Chris McRee, et al. v. Case Corp.*, C.A. No. 5:98-560 (M.D. Georgia,
  C.A. No. 1:98-219)
*J.C. Thaggard v. Case Corp.*, C.A. No. 5:99-280 (M.D. Georgia, C.A. No. 1:99-29)
*Gary Heard v. Case Corp.*, C.A. No. 5:99-324 (M.D. Georgia, C.A. No. 1:99-140)
*Perry T. Brock v. Case Corp.*, C.A. No. 5:99-325 (M.D. Georgia,
  C.A. No. 1:99-141)
*Harold Israel, Jr. v. Case Corp.*, C.A. No. 5:99-326 (M.D. Georgia,
  C.A. No. 1:99-142)
*Dewitt Webb v. Case Corp.*, C.A. No. 5:99-327 (M.D. Georgia, C.A. No. 1:99-143)
*Charles Patterson, et al. v. Case Corp.*, C.A. No. 5:00-58 (M.D. Georgia,
  C.A. No. 1:99-194)
*B&J Co., Inc. v. Case Corp.*, C.A. No. 5:99-8 (M.D. Georgia, C.A. No. 6:98-56)
*Grange Mutual Casualty Co. v. Case Corp.*, C.A. No. 5:99-16 (M.D. Georgia,
  C.A. No. 6:98-57)
*Bobby Yates, et al. v. Case Corp.*, C.A. No. 5:99-9 (M.D. Georgia,
  C.A. No. 6:98-58)
*Robert Braswell, Sr. v. Case Corp.*, C.A. No. 5:99-340 (M.D. Georgia,
  C.A. No. 6:99-54)
*Georgia Farm Bureau Mutual Insurance Co. v. Case Corp.*, C.A. No. 5:98-481
  (M.D. Georgia, C.A. No. 7:98-58)
*Jared Howell, et al. v. Case Corp.*, C.A. No. 5:99-10 (M.D. Georgia,
  C.A. No. 7:98-68)
*Tim E. Lott v. Case Corp.*, C.A. No. 5:99-17 (M.D. Georgia, C.A. No. 7:98-69)
*Julian Joiner, et al. v. Case Corp.*, C.A. No. 5:99-339 (M.D. Georgia,
  C.A. No. 7:99-82)

**MDL-1221 Attachment A (Continued)**

Eastern District of Arkansas (Continued)

*Bennie James Deal v. Case Corp.*, C.A. No. 5:99-27 (S.D. Georgia,
    C.A. No. 2:98-208)
*William G. Crapps, et al. v. Case Corp.*, C.A. No. 5:99-28 (S.D. Georgia,
    C.A. No. 2:98-209)
*Glens Falls Insurance Co., et al. v. Case Corp.*, C.A. No. 5:99-33 (S.D. Georgia,
    C.A. No. 5:98-73)
*Georgia Farm Bureau Mutual Insurance Co., et al. v. Case Corp.*, C.A. No. 5:99-34
    (S.D. Georgia, C.A. No. 6:98-165)
*Georgia Farm Bureau Mutual Insurance Co., et al. v. Case Corp.*, C.A. No. 5:99-35
    (S.D. Georgia, C.A. No. 6:98-166)
*Sam Smith, et al. v. Case Corp.*, C.A. No. 5:99-36 (S.D. Georgia, C.A. No. 6:98-167)
*Commercial Union Insurance Co., et al. v. Case Corp.*, C.A. No. 5:99-37
    (S.D. Georgia, C.A. No. 6:98-168)
*Alan Thigpen v. Case Corp.*, C.A. No. 5:99-38 (S.D. Georgia, C.A. No. 6:98-169)
*Darrin Batchelor v. Case Corp.*, C.A. No. 5:99-338 (S.D. Georgia,
    C.A. No. 6:99-121)
*Lucy McDonald, et al. v. Case Corp.*, C.A. No. 5:98-493 (W.D. Louisiana,
    C.A. No. 3:98-1390)
*Allen Crosthwait v. Case Corp.*, C.A. No. 5:98-337 (N.D. Mississippi,
    C.A. No. 1:97-298)
*Allen Crosthwait v. Case Corp.*, C.A. No. 5:99-197 (N.D. Mississippi,
    C.A. No. 1:98-352)
*Bobby Dee King v. Case Corp.*, C.A. No. 5:01-87 (Adversary Proceeding in
    N.D. Mississippi Bky.Court, C.A. No. 1:00-1247)
*Long Lake Farms v. Case Corp.*, C.A. No. 5:98-27 (N.D. Mississippi,
    C.A. No. 2:98-27)
*Terry Wayne Byrd, et al. v. Case Corp.*, C.A. No. 5:99-26 (N.D. Mississippi,
    C.A. No. 2:98-189)
*E.F. Wooten v. Case Corp.*, C.A. No. 5:98-330 (N.D. Mississippi, C.A. No. 3:98-17)
*Federated Mutual Insurance Co. v. Case Corp.*, C.A. No. 5:99-11 (S.D. Mississippi,
    C.A. No. 5:98-164)
*Franklin Gleason, et al. v. Case Corp.*, C.A. No. 5:98-342 (D. South Carolina,
    C.A. No. 4:98-879)
*John S. McGill, et al. v. Case Corp.*, C.A. No. 5:98-343 (D. South Carolina,
    C.A. No. 4:98-880)
*Emmitt F. Rouse v. Case Corp.*, C.A. No. 5:99-113 (D. South Carolina,
    C.A. No. 9:98-3350)

**MDL-1221 Attachment A (Continued)**

<u>Eastern District of Arkansas</u> (Continued)

*Ralph Hardin v. Case Corp.*, C.A. No. 5:98-354 (W.D. Tennessee,
  C.A. No. 1:98-1055)
*Tennessee Farmers Mutual Insurance Co. v. Case Corp.*, C.A. No. 5:98-303
  (W.D. Tennessee, C.A. No. 1:98-1094)
*Tennessee Farmers Mutual Insurance Co. v. Case Corp.*, C.A. No. 5:98-302
  (W.D. Tennessee, C.A. No. 1:98-1095)
*Tennessee Farmers Mutual Insurance Co. v. Case Corp.*, C.A. No. 5:98-301
  (W.D. Tennessee, C.A. No. 1:98-1096)
*Tennessee Farmers Mutual Insurance Co. v. Case Corp.*, C.A. No. 5:98-300
  (W.D. Tennessee, C.A. No. 1:98-1097)
*Tennessee Farmers Mutual Insurance Co. v. Case Corp.*, C.A. No. 5:98-299
  (W.D. Tennessee, C.A. No. 1:98-1098)
*Tennessee Farmers Mutual Insurance Co. v. Case Corp.*, C.A. No. 5:98-298
  (W.D. Tennessee, C.A. No. 1:98-1099)
*Tennessee Farmers Mutual Insurance Co. v. Case Corp.*, C.A. No. 5:98-294
  (W.D. Tennessee, C.A. No. 1:98-1100)
*Tennessee Farmers Mutual Insurance Co. v. Case Corp.*, C.A. No. 5:98-295
  (W.D. Tennessee, C.A. No. 1:98-1101)
*Tennessee Farmers Mutual Insurance Co. v. Case Corp.*, C.A. No. 5:98-293
  (W.D. Tennessee, C.A. No. 1:98-1102)
*Tennessee Farmers Mutual Insurance Co. v. Case Corp.*, C.A. No. 5:98-296
  (W.D. Tennessee, C.A. No. 1:98-1103)
*Tennessee Farmers Mutual Insurance Co. v. Case Corp.*, C.A. No. 5:98-297
  (W.D. Tennessee, C.A. No. 1:98-1104)
*James A. Turner v. Case Corp.*, C.A. No. 5:99-308 (W.D. Tennessee,
  C.A. No. 1:99-1044)

## RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)     Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)     Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard.  Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)     No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
      (i)     the dispositive issue(s) have been authoritatively decided; or
     (ii)     the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)     In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules.  Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)     Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)     Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)     Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter.  The time shall be divided equally among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.   Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.