# MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 5 2001

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

IN RE ASBESTOS PRODUCTS     §
LIABILITY LITIGATION (No. VI)   §   MDL DOCKET NO. 875
                             §
                             §

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CARL TURLEY              §   CIVIL ACTION
AND LEVELLA TURLEY       §   NO. 2-01-CV-0207J
v.                       §
                         §
ACandS, INC., et al      §

PLEADING NO. 3201

## NOTICE OF OPPOSITION TO TRANSFER

Come now Carl Turley and Levella Turley and file this Notice of Opposition to the Conditional Transfer Order (CTO-166) entered by the Panel on June 21, 2001. Although plaintiffs' counsel have never received a copy of any Conditional Transfer Order, they learned of the issuance of Conditional Transfer Order 199 by the reference made to it in correspondence from opposing counsel.

Carl Turley and Levella Turley are plaintiffs in an action styled CIVIL ACTION NO. 2:01-CV-207J; Carl Turley and Levella Turley, Plaintiffs, v. ACandS, Inc., et al, pending in the United States District Court Northern District of Texas, Amarillo Division. Pursuant to Panel Rule 7.4(c), the plaintiffs file this notice of opposition to apprise the Panel of its opposition to transfer.

Pursuant to Panel Rule 7.4(d), plaintiffs shall file, within 15 days of the filing of this

**OFFICIAL FILE**    **IMAGED JUL 6 '01**

notice, their motion to vacate conditional transfer order and supporting brief.

Respectfully submitted,

Charles S. Siegel
Texas State Bar No. 18341875
Waters & Kraus, LLP
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 telecopier

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition has been served by facsimile on all counsel of record on this 3rd day of July, 2001.

Charles S. Siegel