MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 6 2001

FILED
CLERK'S OFFICE

# Brayton•Purcell

## TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
CHRISTOPHER E. ANDREAS

OF COUNSEL
JEFFERY D. EISENBERG*
PETER W. FISHER
JAMES GEAGAN

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
Novato, California 94945-2469
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (310) 727-1900
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

DAVID T. ACHORD
JARED J. BABULA
DAVID H. BACKENSTOE
RETT D. BERGMARK
ELAINE J. BROWN*
HUGH C. COOK
MATTHEW DA VEGA
STEPHEN M. FISHBACK
BARBARA B. FOULDS
ROBERT GILCHRIST*
JOHN B. GOLDSTEIN
GREGORY T. HANSON
STEPHEN J. HEALY
GARY V. JUDD
CLAYTON W. KENT

REINA R. KILLEN
LLOYD F. LeROY
MAUREEN C. MCGOWAN
KELLY A. MCMEEKIN
S. BROOK MILLARD*
OREN P. NOAH
DONALD R. ODER
MARK S. PALMER
SPIRO E. PISTIOLAS
CAROLIN K. SHINING
AMY N. SIES
CHRISTINA C. SKUBIC
ERIC C. SOLOMON
DAVID A. STEWART*
ANTHONY E. VIEIRA

July 6, 2001

PLEADING NO. 3202

### VIA FACSIMILE (202) 502-2888

Michael J. Beck
Clerk of the Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-225, North Lobby
Washington, D.C. 20002

Re: **NOTICE OF OPPOSITION** - Conditional Transfer Order-199
Civil Action Number C01-1661    CAN 3:01-1661
*Paul Westbrook et al. v. Asbestos Defendants (BHC), et al.*

Dear Mr. Beck:

Please take notice that the Plaintiffs Paul and Marlene Westbrook, oppose transfer of civil action number C01-1661 to docket number MDL-875 as proposed in Conditional Transfer Order number 199.

Very truly yours,

Lloyd F. LeRoy

LFL:jae

K:\CLIENTS\25642\opp-opp.wpd

**OFFICIAL FILE**

IMAGED JUL 6 '01

# PROOF OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, Novato, California 94945.

On July 6, 2001, I served the attached:

## NOTICE OF OPPOSITION
RE: Paul Westbrook et al. v. Asbestos Defendants (BHC), et al.
MDL Conditional Transfer Order - 199, Civil Action No. C01-1661

and on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST**

__xxxxx__   (BY MAIL) I am readily familiar with the business practice at my place of business for collection and processing of correspondence for delivery by mail. Correspondence so collected and processed is deposited with the United States Postal Service on the same day in the ordinary course of business. On the above date the said envelope was collected for the United States Postal Service following ordinary business practices.

Executed this **July 6, 2001** at Novato, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____
JANE A. EHNI

Westbrook et al. v. Asbestos Def.
USDC Northern Dist. C01-1661

BRAYTON♦PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
NOVATO, CALIFORNIA 94945
(415) 898-1555

I:\POS\MULTIP.WPD   1

```
PRINTED: 07/03/2001 BY JZE                           BRAYTON PURCELL                                   PAGE: 1
SORT BY: Attorney                                    SERVICE LIST
CLIENTS: Paul (2000) H. Westbrook
```

| | | | |
|---|---|---|---|
| **OSCAR E. ERICKSON, INCORPORATED**<br>Adams, Nye, Sinunu & Walker<br>One Jackson Place<br>633 Battery Street, 5th Floor<br>San Francisco, CA 94111<br>(415)982-8955   (415)982-2042 | **WALDRON, DUFFY, INC.**<br>Archer Norris<br>P.O. Box 8035<br>2033 N. Main Street, Suite 800<br>Walnut Creek, CA 94596-3728<br>(925)930-6600   (925)930-6620 | **GARLOCK, INC.**<br>Baronian Law Firm<br>301 East Colorado Blvd.<br>Suite 618<br>Pasadena, CA 91101<br>(626)568-0834   (626)449-4568 | **BETHLEHEM STEEL CORPORATION**<br>Bassi, Martini & Blum<br>155 Sansome Street, Suite 700<br>San Francisco, CA 94104<br>(415)397-9006   *415*397-1339 |
| **PARKER-HANNIFIN CORPORATION**<br>Bassi, Martini & Blum<br>155 Sansome Street, Suite 700<br>San Francisco, CA 94104<br>(415)397-9006   *415*397-1339 | **SARGENT CONTROLS & AEROSPACE**<br>Bassi, Martini & Blum<br>155 Sansome Street, Suite 700<br>San Francisco, CA 94104<br>(415)397-9006   *415*397-1339 | **DILLINGHAM CONSTRUCTION, N.A., I**<br>Becherer, Kannett & Schweitzer<br>2200 Powell Street<br>Suite 805<br>Emeryville, CA 94608<br>(510)658-3600   *510*658-1161 | **BERRY & BERRY**<br>Berry & Berry<br>P.O. Box 16070<br>2930 Lakeshore Avenue<br>Oakland, CA 94610<br>(510)835-8330   (510)835-5117 |
| **J.T. THORPE & SON, INC.**<br>Bishop, Barry, et al.<br>Watergate Tower III<br>2000 Powell Street, Suite 1425<br>Emeryville, CA 94608<br>(510)596-0888   *510*596-0899 | **GOLDEN GATE DRYWALL, INC.**<br>Burnham & Brown<br>1901 Harrison Street<br>11th Floor<br>Oakland, CA 94612<br>(510)444-6800   *510*835-6739 | **ACP, INC.**<br>Buty & Curliano<br>383 - 4th Street, Suite 201<br>Oakland, CA 94607<br>(510)267-3000   *510*267-0117 | **C.F. BRAUN**<br>Law Offices of James B. Clapp<br>One Post Street, Suite 2400<br>San Francisco, CA 94111<br>(415)362-8224   (877)398-1569 |
| **DELAVAL STEAM TURBINE**<br>Crawford & Company<br>Mr. Don McLean<br>20301 Ventura Blvd., Suite 350<br>Woodland Hills, CA 91364<br>(818)598-5677   (818)593-2901 | **FORT JAMES OPERATING COMPANY**<br>Crosby, Heafey, et al.<br>P.O. Box 2084<br>1999 Harrison Street<br>Oakland, CA 94612<br>(510)763-2000   (510)273-8832 | **CROWLEY MARITIME CORPORATION**<br>Emard, Danoff, Port & Tamulski<br>49 Stevenson Street<br>Suite 400<br>San Francisco, CA 94105<br>(415)227-9455   (415)227-4255 | **UNION PACIFIC RAILROAD COMPANY**<br>John D. Feeney, Esq.<br>Union Pacific Railroad/Law Dpt<br>49 Stevenson St., 15th Floor<br>San Francisco, CA 94105<br>(415)541-7012   *415*541-7022 |
| **CROWLEY MARITIME CORPORATION**<br>Finnegan, Marks & Hamilton<br>1990 Lombard Street<br>Suite 300<br>San Francisco, CA 94123<br>(415)931-9284   (415)931-6247 | **THORPE INSULATION COMPANY**<br>Fox, Shjeflo, et al.<br>1730 South El Camino Real<br>6th Floor<br>San Mateo, CA 94402<br>(650)341-2901   *650*341-2258 | **FLINTKOTE COMPANY, THE**<br>Freeburg, Judy & Nettels<br>600 South Lake Avenue<br>Suite 500<br>Pasadena, CA 91106-3907<br>(626)585-4150   *626*585-0718 | **FLINTKOTE MINES LTD.**<br>Freeburg, Judy & Nettels<br>600 South Lake Avenue<br>Suite 500<br>Pasadena, CA 91106-3907<br>(626)585-4150   *626*585-0718 |
| **CONGOLEUM CORPORATION**<br>Glaspy & Glaspy (W.C.)<br>One Walnut Creek Center<br>100 Pringle Avenue, Suite 750<br>Walnut Creek, CA 94596<br>(925)947-1300   (925)947-1594 | **GARLOCK, INC.**<br>Glaspy & Glaspy (W.C.)<br>One Walnut Creek Center<br>100 Pringle Avenue, Suite 750<br>Walnut Creek, CA 94596<br>(925)947-1300   (925)947-1594 | **FRASER-EDWARDS CO.**<br>Gordon & Rees<br>275 Battery Street<br>20th Floor<br>San Francisco, CA 94111<br>(415)986-5900   (415)986-8054 | **ROSENDAHL CORPORATION**<br>Gordon & Rees<br>275 Battery Street<br>20th Floor<br>San Francisco, CA 94111<br>(415)986-5900   (415)986-8054 |
| **ALBAY CONSTRUCTION COMPANY**<br>Gordon & Rees, LLP<br>101 West Broadway<br>16th Floor<br>San Diego, CA 92101<br>(619)696-6700   *619*696-7124 | **THORPE INSULATION COMPANY**<br>Hildebrandt & Lucky<br>757 West 9th Street<br>San Pedro, CA 90731-3601<br>(310)548-7802   (310)548-4148 | **ALTA BUILDING MATERIALS COMPANY**<br>Jackson & Wallace<br>580 California Street<br>15th Floor<br>San Francisco, CA 94104<br>(415)982-6300   (415)982-6700 | **CRANE CO.**<br>Jackson & Wallace<br>580 California Street<br>15th Floor<br>San Francisco, CA 94104<br>(415)982-6300   (415)982-6700 |
| **FLUOR CORPORATION**<br>Jackson & Wallace<br>580 California Street<br>15th Floor<br>San Francisco, CA 94104<br>(415)982-6300   (415)982-6700 | **FLUOR MAINTENANCE**<br>Jackson & Wallace<br>580 California Street<br>15th Floor<br>San Francisco, CA 94104<br>(415)982-6300   (415)982-6700 | **FOSTER WHEELER CORPORATION**<br>Jackson & Wallace<br>580 California Street<br>15th Floor<br>San Francisco, CA 94104<br>(415)982-6300   (415)982-6700 | **HANSON PERMANENTE CEMENT, INC.**<br>Jackson & Wallace<br>580 California Street<br>15th Floor<br>San Francisco, CA 94104<br>(415)982-6300   (415)982-6700 |

PRINTED: 07/03/2001 BY J2E
SORT BY: Attorney
CLIENTS: Paul (2000) H. Westbrook

BRAYTON PURCELL
SERVICE LIST

PAGE: 2

KAISER GYPSUM COMPANY, INC.
Jackson & Wallace
580 California Street
15th Floor
San Francisco, CA 94104
(415)982-6300    (415)982-6700

NABISCO, INC.
Jackson & Wallace
580 California Street
15th Floor
San Francisco, CA 94104
(415)982-6300    (415)982-6700

SUN SHIP, INC.
Jackson & Wallace
580 California Street
15th Floor
San Francisco, CA 94104
(415)982-6300    (415)982-6700

ZURN INDUSTRIES, INC.
Jackson & Wallace
580 California Street
15th Floor
San Francisco, CA 94104
(415)982-6300    (415)982-6700

ABB LUMMUS GLOBAL, INC.
Knox Ricksen LLP
2101 Webster Street
Suite 650
Oakland, CA 94612-3069
(510)285-2500    *510*285-2505

C.F. BRAUN
Knox Ricksen LLP
2101 Webster Street
Suite 650
Oakland, CA 94612-3069
(510)285-2500    *510*285-2505

J.S. GUERIN & COMPANY
Mark P. Krinsky Esq.
601 California Street, 20th Fl
San Francisco, CA 94108
(415)217-0060    (415)217-0075

SAN FRANCISCO GRAVEL COMPANY, IN
Mark P. Krinsky Esq.
601 California Street, 20th Fl
San Francisco, CA 94108
(415)217-0060    (415)217-0075

LAKE ASBESTOS OF QUEBEC, LTD.
LAQ Legal Department
Bruce Stanton, Esq.
180 Maiden Lane, 25th Floor
New York, NY 10038
(973)993-4868    (973)993-4870

MOORE DRY DOCK COMPANY
Low, Ball & Lynch
601 California Street
21st Floor
San Francisco, CA 94108
(415)981-6630    (415)982-1634

DANA CORPORATION
McKenna & Cuneo (SF)
One Market, Steuart Street Twr
Lisa Oberg, Esq., 27th Floor
San Francisco, CA 94105
(415)267-4000    (415)267-4198

GASKET HOLDINGS, INC.
McKenna & Cuneo (SF)
One Market, Steuart Street Twr
Lisa Oberg, Esq., 27th Floor
San Francisco, CA 94105
(415)267-4000    (415)267-4198

QUIGLEY COMPANY, INC.
McKenna & Cuneo (SF)
One Market, Steuart Street Twr
Lisa Oberg, Esq., 27th Floor
San Francisco, CA 94105
(415)267-4000    (415)267-4198

T & N PLC
McKenna & Cuneo (SF)
One Market, Steuart Street Twr
Lisa Oberg, Esq., 27th Floor
San Francisco, CA 94105
(415)267-4000    (415)267-4198

UNION CARBIDE CORPORATION
McKenna & Cuneo (SF)
One Market, Steuart Street Twr
Lisa Oberg, Esq., 27th Floor
San Francisco, CA 94105
(415)267-4000    (415)267-4198

BABCOCK BORSIG POWER, INC.
McNamara, Dodge, Ney et al.
P.O. Box 5288
1211 Newell Avenue, 2nd Floor
Walnut Creek, CA 94596
(925)939-5330    *925*939-0203

METALCLAD INSULATION CORPORATION
Misciagna & Colombatto
27 Maiden Lane
Fourth Floor
San Francisco, CA 94108
(415)391-6182    *415*391-2904

GENERAL REFRACTORIES COMPANY
Morgenstein & Jubelirer
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
(415)901-8700    *415*901-8701

OWENS-ILLINOIS, INC.
Morgenstein & Jubelirer
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
(415)901-8700    *415*901-8701

VIACOM, INC.
Morgenstein & Jubelirer
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
(415)901-8700    *415*901-8701

CROWN CORK & SEAL COMPANY, INC.
Morris, Polich & Purdy (LA)
1055 West Seventh St.
24th Floor
Los Angeles, CA 90017-2503
(213)891-9100    (213)488-1178

PARKER-HANNIFIN CORPORATION
Law Offices of Peter J. Nova
P.O. Box 1328
456 Patten Street
Sonoma, CA 95476
(707)938-9610    (707)938-9612

AMERICAN PRESIDENT LINES, LTD.
Paetzold, White & Brodsky
180 Grand Avenue
Suite 330
Oakland, CA 94612-3741
(510)267-0112    (510)267-0113

SEARS, ROEBUCK & CO.
Pond, North & Hugo
110 Pine Avenue, Suite 1101
Long Beach, CA 90802
(562)983-9457    (562)432-5391

LAKE ASBESTOS OF QUEBEC, LTD.
Porzio, Bromberg, et al.
100 Southgate Parkway
Morristown, NJ 07962-1997
973-538-4006    973-538-5146

LAKE ASBESTOS OF QUEBEC, LTD.
Preuss, Shanagher, et al.
225 Bush Street
15th Floor
San Francisco, CA 94104-4207
(415)397-1730    (415)397-1735

TRIPLE A MACHINE SHOP, INC.
Prindle, Decker & Amaro (SF)
369 Pine Street
Suite 800
San Francisco, CA 94104
(415)788-8354    (415)788-3625

A.P. GREEN INDUSTRIES, INC.
Prindle, Decker & Amaro (SF)
369 Pine Street
Suite 800
San Francisco, CA 94104
(415)788-8354    (415)788-3625

A.P. GREEN SERVICES, INC.
Prindle, Decker & Amaro (SF)
369 Pine Street
Suite 800
San Francisco, CA 94104
(415)788-8354    (415)788-3625

ASTRA FLOORING COMPANY
Prindle, Decker & Amaro (SF)
369 Pine Street
Suite 800
San Francisco, CA 94104
(415)788-8354    (415)788-3625

CONSOLIDATED INSULATION COMPANY,
Prindle, Decker & Amaro (SF)
369 Pine Street
Suite 800
San Francisco, CA 94104
(415)788-8354    (415)788-3625

D. CUMMINS CORPORATION
Prindle, Decker & Amaro (SF)
369 Pine Street
Suite 800
San Francisco, CA 94104
(415)788-8354    (415)788-3625

PAGE:  3

PRINTED: 07/03/2001 BY JZE
SORT BY: Attorney
CLIENTS: Paul (2000) H. Westbrook

BRAYTON PURCELL
SERVICE LIST

DRESSER INDUSTRIES, INC.
 Prindle, Decker & Amaro (SF)
 369 Pine Street
 Suite 800
 San Francisco, CA  94104
 (415)788-8354     (415)788-3625

J.T. THORPE, INC.
 Prindle, Decker & Amaro (SF)
 369 Pine Street
 Suite 800
 San Francisco, CA  94104
 (415)788-8354     (415)788-3625

C.H. MURPHY/CLARK ULLMAN INC.
 Prindle, Decker & Amaro (SF)
 369 Pine Street
 Suite 800
 San Francisco, CA  94104
 (415)788-8354     (415)788-3625

NATIONAL STEEL AND SHIPBUILDING
 Prindle, Decker & Amaro (SF)
 369 Pine Street
 Suite 800
 San Francisco, CA  94104
 (415)788-8354     (415)788-3625

A.P. GREEN INDUSTRIES, INC.
 Prindle, Decker & Amaro (LB)
 310 Golden Shore, Fourth Floor
 Long Beach, CA 90802-4246
 (562)436-3946     (562)495-0564

C.F. BRAUN
 Prindle, Decker & Amaro (LB)
 310 Golden Shore, Fourth Floor
 Long Beach, CA 90802-4246
 (562)436-3946     (562)495-0564

J.T. THORPE, INC.
 Prindle, Decker & Amaro (LB)
 310 Golden Shore, Fourth Floor
 Long Beach, CA 90802-4246
 (562)436-3946     (562)495-0564

CROWN CORK & SEAL COMPANY, INC.
 Mark H. Rosenthal
 A Professional Corporation
 425 California St., Ste. 2500
 San Francisco, CA  94104
 (415)986-1364     *415*291-1984

HOPEMAN BROTHERS, INC.
 Rushford & Bonotto
 P.O. Box 255689
 2277 Fair Oaks Blvd., Ste. 495
 Sacramento, CA 95865
 (916)565-0590     (916)565-0599

PARSONS ENERGY & CHEMICAL GROUP
 Sack, Miller & Rosendin
 One Kaiser Plaza
 Suite 340
 Oakland, CA 94612
 (510)286-2200     (510)286-8887

UNITED STATES MINERAL PRODUCTS C
 Schaffer, Lax, et al.
 5757 Wilshire Boulevard
 Suite 600
 Los Angeles, CA 90036-3664
 (323)934-4300     (323)931-5680

ASTRA FLOORING COMPANY
 Sedgwick, Detert, et al.
 801 South Figueroa Street
 18th Floor
 Los Angeles, CA 90017
 (213) 426-6900    (213)426-6921

GENERAL ELECTRIC COMPANY
 Sedgwick, Detert, et al.
 One Embarcadero Center
 16th Floor
 San Francisco, CA 94111
 (415)781-7900     (415)781-2635

SHELL OIL COMPANY
 Sedgwick, Detert, et al.
 One Embarcadero Center
 16th Floor
 San Francisco, CA 94111
 (415)781-7900     (415)781-2635

DOUGLASS INSULATION COMPANY, INC
 Selman Breitman
 Citicorp Center
 One Sansome St., 19th Floor
 San Francisco, CA  94104
 (415)951-4646     *415*951-4676

WESTBURNE SUPPLY, INC.
 Steefel, Levitt & Weiss
 One Embarcadero Center
 30th Floor
 San Francisco, CA 94111
 (415)788-0900     *415*788-2019

NORTH AMERICAN REFRACTORIES COMP
 Stevens, Drummond & Gifford
 1910 Olympic Boulevard
 Suite 250
 Walnut Creek, CA 94596
 (925)944-5550     *925*256-9669

ACANDS, INC.
 The St. Peter Law Group
 20 California St.
 7th Floor
 San Francisco, CA 94111
 (415)955-0700     *415*955-0711

KAISER ALUMINUM & CHEMICAL CORPO
 Thelen Reid & Priest, LLP
 101 Second St., Ste 1800
 San Francisco, CA 94105-3601
 (415)371-1200     *415*644-6519

RAPID-AMERICAN CORPORATION
 Thelen Reid & Priest, LLP
 101 Second St., Ste 1800
 San Francisco, CA 94105-3601
 (415)371-1200     *415*644-651

SEQUOIA VENTURES, INC.
 Thelen Reid & Priest, LLP
 101 Second St., Ste 1800
 San Francisco, CA 94105-3601
 (415)371-1200     *415*644-6519

HILL BROTHERS CHEMICAL COMPANY
 Vasquez & Estrada
 914 Mission Avenue, 2nd Floor
 San Rafael, CA 94901
 (415)453-0555     (415)453-0549

THOMAS DEE ENGINEERING CO., INC.
 Walsworth, Franklin, et al.
 550 Montgomery Street
 Eighth Floor
 San Francisco, CA 94111-2534
 (415)781-7072     (415)391-6258

QUINTEC INDUSTRIES, INC.
 Walsworth, Franklin, et al.
 550 Montgomery Street
 Eighth Floor
 San Francisco, CA 94111-2534
 (415)781-7072     (415)391-625

S.B. DECKING, INC.
 Walsworth, Franklin, et al.
 550 Montgomery Street
 Eighth Floor
 San Francisco, CA 94111-2534
 (415)781-7072     (415)391-6258

INTERNATIONAL BUSINESS MACHINES
 Washburn, Briscoe & McCarthy
 55 Francisco Street
 Suite 600
 San Francisco, CA  94133
 (415)421-3200     *415*421-5044

TODD SHIPYARDS CORPORATION
 Yaron & Associates
 111 Pine Street
 12th Floor
 San Francisco, CA 94111
 (415)658-2929     (415)658-2930

<<END OF REPORT>>