JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 6 2001

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Edna Boudreaux, et al. v. American Optical Corp.*, E.D. Louisiana, C.A. No. 2:00-3174
(Incorrectly Listed as E.D. Louisiana, C.A. No. 2:01-3174)

ORDER CORRECTING CIVIL ACTION NUMBER

This action (*Boudreaux*), bearing an incorrect Eastern District of Louisiana civil action number of 2:01-3174, was included on the Panel's conditional transfer order ("CTO-200") filed on June 26, 2001. The correct Eastern District of Louisiana civil action number of *Boudreaux* is **2:00-3174**.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-200" filed on June 26, 2001, is hereby CORRECTED to reflect the correct Eastern District of Louisiana civil action number of **2:00-3174** in this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

IMAGED JUL 11 '01