UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

BERNARD TAYLOR, et al.,

    Plaintiffs,

vs.

AC&S, INC., et al.,

    Defendants.

CIVIL ACTION NO. 2:01-0485

## REMAND ORDER

Pending is Plaintiffs' motion to remand. Removing Defendant Ford Motor Company "and all defendants which consented to the removal do not oppose or object to the remand of this action to the Circuit Court of Kanawha County." Resp. at 1.

After careful consideration, the Court **REMANDS** this case to the Circuit Court of Kanawha County, West Virginia for all further proceedings. The Court does not deem an attorney fee or cost award appropriate under the circumstances. The remand is fully effective this date, and the Circuit Court may proceed at its discretion.

The Clerk is directed to send a copy of this Remand Order to counsel of record and a certified copy to the Clerk of Court for the Circuit Court of Kanawha County.

ENTER: July 6, 2001

MDL-875
RECOMMENDED ACTION
Vacate CTO-199 as W/S
Approved/Date: MK 7/6

Charles H. Haden II, Chief Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION



MARVIN E. HICKS, et al.,

    Plaintiffs,

vs.                                             CIVIL ACTION NO. 2:01-0483

AC&S, INC., et al.,

    Defendants.

### REMAND ORDER

Pending is Plaintiffs' motion to remand. Removing Defendant Ford Motor Company "and all defendants which consented to the removal do not oppose or object to the remand of this action to the Circuit Court of Kanawha County." Resp. at 1.

After careful consideration, the Court **REMANDS** this case to the Circuit Court of Kanawha County, West Virginia for all further proceedings. The Court does not deem an attorney fee or cost award appropriate under the circumstances. The remand is fully effective this date, and the Circuit Court may proceed at its discretion.

The Clerk is directed to send a copy of this Remand Order to counsel of record and a certified copy to the Clerk of Court for the Circuit Court of Kanawha County.

ENTER: July 6, 2001

Charles H. Haden II, Chief Judge

A TRUE COPY CERTIFIED ON
JUL 6 2001