JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 9 2001

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Marvin E. Hicks, et al. v. AcandS, Inc., et al.*, S.D. West Virginia, C.A. No. 2:01-483
*Bernard Taylor v. AcandS, Inc., et al.*, S.D. West Virginia, C.A. No. 2:01-485

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these two actions (*Hicks* and *Taylor*) on June 21, 2001. The Panel has now been advised that *Hicks* and *Taylor* were remanded to West Virginia state court by the Honorable Charles H. Haden II in orders filed on July 6, 2001.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-199" filed on June 21, 2001, is hereby VACATED insofar as it relates to these two actions.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

**IMAGED JUL 11 '01**