JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

June 21, 2001

MICHAEL J. BECK
CLERK OF THE PANEL

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-199)

On July 29, 1991, the Panel transferred 22,003 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 68,064 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the opinion and order of July 29, 1991, 771 F.Supp. 415, as corrected on October 1, 1991, October 18, 1991, November 22, 1991, December 9, 1991, January 16, 1992, and March 5, 1992, and with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL - 9 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IMAGED   JUL 11 '01

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

June 21, 2001

MICHAEL J. BECK
CLERK OF THE PANEL

# SCHEDULE CTO—199 — TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DISTRICT DIV CIVIL ACTION#

**CALIFORNIA CENTRAL**
CAC     5   01-273

**CALIFORNIA NORTHERN**
~~CAN     3   01-1661~~ opposed 7/6/01

**ILLINOIS CENTRAL**
ILC     1   00-1407
ILC     1   01-1147
ILC     2   00-2342
ILC     2   00-2343
ILC     2   00-2344
ILC     2   01-2014
ILC     2   01-2069
ILC     3   01-3107

**INDIANA NORTHERN**
INN     1   01-31
INN     2   00-782

**KANSAS**
KS      2   01-2155

**LOUISIANA EASTERN**
LAE     2   01-1498

**MARYLAND**
MD      1   86-1277

**MAINE**
ME      2   01-145

**MICHIGAN EASTERN**
MIE     2   01-70529

**NORTH CAROLINA MIDDLE**
NCM     1   01-489
NCM     1   01-499
NCM     1   01-510

**NORTH CAROLINA WESTERN**
NCW     3   01-136
NCW     3   01-293
NCW     5   01-51
NCW     5   01-82
NCW     5   01-86

**NEW MEXICO**
NM      1   01-485

**NEW YORK SOUTHERN**
NYS     1   89-6768
NYS     1   89-6771
NYS     1   89-6774

**RHODE ISLAND**
RI      1   01-129

DISTRICT DIV CIVIL ACTION#

**TEXAS EASTERN**
TXE     5   01-118
TXE     5   01-119
TXE     5   01-120
TXE     5   01-121
TXE     5   01-122
TXE     5   01-123
TXE     5   01-124
TXE     5   01-125
TXE     5   01-126
TXE     5   01-127
TXE     5   01-128
TXE     5   01-129
TXE     5   01-130
TXE     5   01-131
TXE     5   01-132
TXE     5   01-144
TXE     5   01-145
TXE     5   01-146
TXE     5   01-147
TXE     5   01-148
TXE     5   01-149
TXE     5   01-150
TXE     5   01-151
TXE     5   01-152
TXE     5   01-153
TXE     5   01-154
TXE     5   01-155
TXE     5   01-156
TXE     5   01-157
TXE     5   01-158
TXE     5   01-159
TXE     5   01-160
TXE     5   01-161
TXE     5   01-162
TXE     5   01-163

**TEXAS NORTHERN**
~~TXN     2   01-207~~     opposed 7/5/01

**TEXAS SOUTHERN**
TXS     2   01-224
TXS     4   01-1638
TXS     4   01-1703
TXS     4   01-1704
TXS     4   01-1705
TXS     4   01-1732
TXS     4   01-1733
TXS     4   01-1734
TXS     4   01-1735
TXS     4   01-1736
TXS     4   01-1737
TXS     4   01-1744

**WEST VIRGINIA SOUTHERN**
~~WVS     2   01-483~~   CTO vacated 7/9/01
WVS     2   01-484
~~WVS     2   01-485~~   CTO vacated 7/9/01