MDL-875

# MARY CLARE HARTMAN
ATTORNEY AND COUNSELLOR AT LAW

614 TCHOUPITOULAS STREET
NEW ORLEANS, LOUISIANA 70130

TELEPHONE (504) 524-0080
FACSIMILE (504) 566-7185

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 12 2001

FILED
CLERK'S OFFICE

July 11, 2001

<u>VIA FACSIMILE: (202) 502-2888</u>
Michael J. Beck
Clerk of The Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judicial Building
Room G-255, North Lobby
Washington, D. C. 20002

  Re: MDL-875 –In re Asbestos Products Liability Litigation (No. VI)
   CTO-200   This applies to:   LAE  2  01-1824

Dear Mr. Beck:

  Please let this letter serve as NOTICE OF OPPOSITION in behalf of all plaintiffs to the conditional transfer order regarding LOUISIANA EASTERN DISTRICT CA NO: 01-1824, noted on your schedule CTO-200, Docket No. 875 as "LAE  2  01-1824". I understand a Motion and Brief to Vacate the CTO must be filed within 15 days. Please feel free to contact me should you have any questions. I remain

          Respectfully,

          Mary Clare Hartman

          Mary Clare Hartman

MCH:mdb

PLEADING NO. 3208

IMAGED JUL 13 '01   OFFICIAL FILE COPY