JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

June 26, 2001

MICHAEL J. BECK
CLERK OF THE PANEL

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-200)

On July 29, 1991, the Panel transferred 22,003 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 68,064 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the opinion and order of July 29, 1991, 771 F.Supp. 415, as corrected on October 1, 1991, October 18, 1991, November 22, 1991, December 9, 1991, January 16, 1992, and March 5, 1992, and with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 1 2 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IMAGED JUL 13 '01

```
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
       FILED

     June 26, 2001

   MICHAEL J. BECK
  CLERK OF THE PANEL
```

# SCHEDULE CTO—200 — TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DISTRICT DIV CIVIL ACTION# | DISTRICT DIV CIVIL ACTION# | DISTRICT DIV CIVIL ACTION# |
|---|---|---|
| FLORIDA SOUTHERN | VAE 2 01-4476 | VAE 2 01-4534 |
| FLS 1 99-1395 | VAE 2 01-4477 | VAE 2 01-4535 |
|  | VAE 2 01-4478 | VAE 2 01-4536 |
| ILLINOIS NORTHERN | VAE 2 01-4479 | VAE 2 01-4537 |
| ILN 1 01-2421 | VAE 2 01-4480 | VAE 2 01-4538 |
| ILN 1 01-2422 | VAE 2 01-4481 | VAE 2 01-4539 |
| ILN 1 01-2423 | VAE 2 01-4482 | VAE 2 01-4540 |
| ILN 1 01-2427 | VAE 2 01-4483 | VAE 2 01-4541 |
| ILN 1 01-2430 | VAE 2 01-4484 | VAE 2 01-4542 |
| ILN 1 01-2432 | VAE 2 01-4485 | VAE 2 01-4543 |
| ILN 1 01-2434 | VAE 2 01-4486 | VAE 2 01-4544 |
| ILN 1 01-2436 | VAE 2 01-4487 | VAE 2 01-4545 |
| ILN 1 01-2437 | VAE 2 01-4488 | VAE 2 01-4546 |
| ILN 1 01-2440 | VAE 2 01-4489 | VAE 2 01-4547 |
| ILN 1 01-2551 | VAE 2 01-4490 | VAE 2 01-4548 |
| ILN 1 01-3632 | VAE 2 01-4491 | VAE 2 01-4549 |
| ILN 1 01-3703 | VAE 2 01-4492 | VAE 2 01-4550 |
|  | VAE 2 01-4493 | VAE 2 01-4551 |
| ILLINOIS SOUTHERN | VAE 2 01-4494 | VAE 2 01-4552 |
| ILS 3 01-63 | VAE 2 01-4495 | VAE 2 01-4553 |
| ILS 3 01-335 | VAE 2 01-4496 | VAE 2 01-4554 |
| ILS 3 01-354 | VAE 2 01-4497 | VAE 2 01-4555 |
|  | VAE 2 01-4498 | VAE 2 01-4556 |
| LOUISIANA EASTERN | VAE 2 01-4499 | VAE 2 01-4557 |
| ~~LAE 2 01-1824~~ opposed 7/12/01 | VAE 2 01-4500 | VAE 2 01-4558 |
| LAE 2 ~~01-3174~~ 00-3174 | VAE 2 01-4501 | VAE 2 01-4559 |
|  | VAE 2 01-4502 | VAE 2 01-4560 |
| MARYLAND | VAE 2 01-4503 | VAE 2 01-4561 |
| MD 1 00-3040 | VAE 2 01-4504 | VAE 2 01-4562 |
|  | VAE 2 01-4505 | VAE 2 01-4563 |
| MISSISSIPPI SOUTHERN | VAE 2 01-4506 | VAE 2 01-4564 |
| ~~MSS 1 01-237~~ opposed 7/11/01 | VAE 2 01-4507 | VAE 2 01-4565 |
|  | VAE 2 01-4508 | VAE 2 01-4566 |
| NORTH CAROLINA MIDDLE | VAE 2 01-4509 | VAE 2 01-4567 |
| NCM 1 01-571 | VAE 2 01-4510 | VAE 2 01-4568 |
|  | VAE 2 01-4511 | VAE 2 01-4569 |
| NEW YORK SOUTHERN | VAE 2 01-4512 | VAE 2 01-4570 |
| NYS 1 87-4308 | VAE 2 01-4513 | VAE 2 01-4571 |
|  | VAE 2 01-4514 | VAE 2 01-4572 |
| OHIO NORTHERN | VAE 2 01-4515 | VAE 2 01-4573 |
| OHN 1 87-3428 | VAE 2 01-4516 | VAE 2 01-4574 |
|  | VAE 2 01-4517 | VAE 2 01-4575 |
| TEXAS EASTERN | VAE 2 01-4518 | VAE 2 01-4576 |
| TXE 6 00-699 | VAE 2 01-4519 | VAE 2 01-4577 |
|  | VAE 2 01-4520 | VAE 2 01-4578 |
| VIRGINIA EASTERN | VAE 2 01-4521 | VAE 2 01-4579 |
| VAE 2 01-287 | VAE 2 01-4522 | VAE 2 01-4580 |
| VAE 2 01-315 | VAE 2 01-4523 | VAE 2 01-4581 |
| VAE 2 01-316 | VAE 2 01-4524 | VAE 2 01-4582 |
| VAE 2 01-317 | VAE 2 01-4525 | VAE 2 01-4583 |
| VAE 2 01-318 | VAE 2 01-4526 | VAE 2 01-4584 |
| VAE 2 01-319 | VAE 2 01-4527 | VAE 2 01-4585 |
| VAE 2 01-320 | VAE 2 01-4528 | VAE 2 01-4586 |
| VAE 2 01-321 | VAE 2 01-4529 | VAE 2 01-4587 |
| VAE 2 01-322 | VAE 2 01-4530 | VAE 2 01-4588 |
| VAE 2 01-323 | VAE 2 01-4531 | VAE 2 01-4589 |
| VAE 2 01-363 | VAE 2 01-4532 | VAE 2 01-4590 |
| VAE 2 01-4475 | VAE 2 01-4533 | VAE 2 01-4591 |

| DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|---|---|---|---|---|---|
| VAE | 2 | 01-4592 | VAE | 2 | 01-4667 | VAE | 2 | 01-4742 |
| VAE | 2 | 01-4593 | VAE | 2 | 01-4668 | VAE | 2 | 01-4743 |
| VAE | 2 | 01-4594 | VAE | 2 | 01-4669 | VAE | 2 | 01-4744 |
| VAE | 2 | 01-4595 | VAE | 2 | 01-4670 | VAE | 2 | 01-4745 |
| VAE | 2 | 01-4596 | VAE | 2 | 01-4671 | VAE | 2 | 01-4746 |
| VAE | 2 | 01-4597 | VAE | 2 | 01-4672 | VAE | 2 | 01-4747 |
| VAE | 2 | 01-4598 | VAE | 2 | 01-4673 | VAE | 2 | 01-4748 |
| VAE | 2 | 01-4599 | VAE | 2 | 01-4674 | VAE | 2 | 01-4749 |
| VAE | 2 | 01-4600 | VAE | 2 | 01-4675 | VAE | 2 | 01-4750 |
| VAE | 2 | 01-4601 | VAE | 2 | 01-4676 | VAE | 2 | 01-4751 |
| VAE | 2 | 01-4602 | VAE | 2 | 01-4677 | VAE | 2 | 01-4752 |
| VAE | 2 | 01-4603 | VAE | 2 | 01-4678 | VAE | 2 | 01-4753 |
| VAE | 2 | 01-4604 | VAE | 2 | 01-4679 | VAE | 2 | 01-4754 |
| VAE | 2 | 01-4605 | VAE | 2 | 01-4680 | VAE | 2 | 01-4755 |
| VAE | 2 | 01-4606 | VAE | 2 | 01-4681 | VAE | 2 | 01-4756 |
| VAE | 2 | 01-4607 | VAE | 2 | 01-4682 | VAE | 2 | 01-4757 |
| VAE | 2 | 01-4608 | VAE | 2 | 01-4683 | VAE | 2 | 01-4758 |
| VAE | 2 | 01-4609 | VAE | 2 | 01-4684 | VAE | 2 | 01-4759 |
| VAE | 2 | 01-4610 | VAE | 2 | 01-4685 | VAE | 2 | 01-4760 |
| VAE | 2 | 01-4611 | VAE | 2 | 01-4686 | VAE | 2 | 01-4761 |
| VAE | 2 | 01-4612 | VAE | 2 | 01-4687 | VAE | 2 | 01-4762 |
| VAE | 2 | 01-4613 | VAE | 2 | 01-4688 | VAE | 2 | 01-4763 |
| VAE | 2 | 01-4614 | VAE | 2 | 01-4689 | VAE | 2 | 01-4764 |
| VAE | 2 | 01-4615 | VAE | 2 | 01-4690 | VAE | 2 | 01-4765 |
| VAE | 2 | 01-4616 | VAE | 2 | 01-4691 | VAE | 2 | 01-4766 |
| VAE | 2 | 01-4617 | VAE | 2 | 01-4692 | VAE | 2 | 01-4767 |
| VAE | 2 | 01-4618 | VAE | 2 | 01-4693 | VAE | 2 | 01-4768 |
| VAE | 2 | 01-4619 | VAE | 2 | 01-4694 | VAE | 2 | 01-4769 |
| VAE | 2 | 01-4620 | VAE | 2 | 01-4695 | VAE | 2 | 01-4770 |
| VAE | 2 | 01-4621 | VAE | 2 | 01-4696 | VAE | 2 | 01-4771 |
| VAE | 2 | 01-4622 | VAE | 2 | 01-4697 | VAE | 2 | 01-4772 |
| VAE | 2 | 01-4623 | VAE | 2 | 01-4698 | VAE | 2 | 01-4773 |
| VAE | 2 | 01-4624 | VAE | 2 | 01-4699 | VAE | 2 | 01-4774 |
| VAE | 2 | 01-4625 | VAE | 2 | 01-4700 | VAE | 2 | 01-4775 |
| VAE | 2 | 01-4626 | VAE | 2 | 01-4701 | VAE | 2 | 01-4776 |
| VAE | 2 | 01-4627 | VAE | 2 | 01-4702 | VAE | 2 | 01-4777 |
| VAE | 2 | 01-4628 | VAE | 2 | 01-4703 | VAE | 2 | 01-4778 |
| VAE | 2 | 01-4629 | VAE | 2 | 01-4704 | VAE | 2 | 01-4779 |
| VAE | 2 | 01-4630 | VAE | 2 | 01-4705 | VAE | 2 | 01-4780 |
| VAE | 2 | 01-4631 | VAE | 2 | 01-4706 | VAE | 2 | 01-4781 |
| VAE | 2 | 01-4632 | VAE | 2 | 01-4707 | VAE | 2 | 01-4782 |
| VAE | 2 | 01-4633 | VAE | 2 | 01-4708 | VAE | 2 | 01-4783 |
| VAE | 2 | 01-4634 | VAE | 2 | 01-4709 | VAE | 2 | 01-4784 |
| VAE | 2 | 01-4635 | VAE | 2 | 01-4710 | VAE | 2 | 01-4785 |
| VAE | 2 | 01-4636 | VAE | 2 | 01-4711 | VAE | 2 | 01-4786 |
| VAE | 2 | 01-4637 | VAE | 2 | 01-4712 | VAE | 2 | 01-4787 |
| VAE | 2 | 01-4638 | VAE | 2 | 01-4713 | VAE | 2 | 01-4788 |
| VAE | 2 | 01-4639 | VAE | 2 | 01-4714 | VAE | 2 | 01-4789 |
| VAE | 2 | 01-4640 | VAE | 2 | 01-4715 | VAE | 2 | 01-4790 |
| VAE | 2 | 01-4641 | VAE | 2 | 01-4716 | VAE | 2 | 01-4791 |
| VAE | 2 | 01-4642 | VAE | 2 | 01-4717 | VAE | 2 | 01-4792 |
| VAE | 2 | 01-4643 | VAE | 2 | 01-4718 | VAE | 2 | 01-4793 |
| VAE | 2 | 01-4644 | VAE | 2 | 01-4719 | VAE | 2 | 01-4794 |
| VAE | 2 | 01-4645 | VAE | 2 | 01-4720 | VAE | 2 | 01-4795 |
| VAE | 2 | 01-4646 | VAE | 2 | 01-4721 | VAE | 2 | 01-4796 |
| VAE | 2 | 01-4647 | VAE | 2 | 01-4722 | VAE | 2 | 01-4797 |
| VAE | 2 | 01-4648 | VAE | 2 | 01-4723 | VAE | 2 | 01-4798 |
| VAE | 2 | 01-4649 | VAE | 2 | 01-4724 | VAE | 2 | 01-4799 |
| VAE | 2 | 01-4650 | VAE | 2 | 01-4725 | VAE | 2 | 01-4800 |
| VAE | 2 | 01-4651 | VAE | 2 | 01-4726 | VAE | 2 | 01-4801 |
| VAE | 2 | 01-4652 | VAE | 2 | 01-4727 | VAE | 2 | 01-4802 |
| VAE | 2 | 01-4653 | VAE | 2 | 01-4728 | VAE | 2 | 01-4803 |
| VAE | 2 | 01-4654 | VAE | 2 | 01-4729 | VAE | 2 | 01-4804 |
| VAE | 2 | 01-4655 | VAE | 2 | 01-4730 | VAE | 2 | 01-4805 |
| VAE | 2 | 01-4656 | VAE | 2 | 01-4731 | VAE | 2 | 01-4806 |
| VAE | 2 | 01-4657 | VAE | 2 | 01-4732 | VAE | 2 | 01-4807 |
| VAE | 2 | 01-4658 | VAE | 2 | 01-4733 | VAE | 2 | 01-4808 |
| VAE | 2 | 01-4659 | VAE | 2 | 01-4734 | VAE | 2 | 01-4809 |
| VAE | 2 | 01-4660 | VAE | 2 | 01-4735 | VAE | 2 | 01-4810 |
| VAE | 2 | 01-4661 | VAE | 2 | 01-4736 | VAE | 2 | 01-4811 |
| VAE | 2 | 01-4662 | VAE | 2 | 01-4737 | VAE | 2 | 01-4812 |
| VAE | 2 | 01-4663 | VAE | 2 | 01-4738 | VAE | 2 | 01-4813 |
| VAE | 2 | 01-4664 | VAE | 2 | 01-4739 | VAE | 2 | 01-4814 |
| VAE | 2 | 01-4665 | VAE | 2 | 01-4740 | VAE | 2 | 01-4815 |
| VAE | 2 | 01-4666 | VAE | 2 | 01-4741 | VAE | 2 | 01-4816 |

SCHEDULE CTO-200 TAG-ALONG CASES (Cont.) MDL-875                                                                PAGE 3

| DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|---|---|---|---|---|---|
| VAE | 2 | 01-4817 | VAE | 2 | 01-4891 | VAE | 2 | 01-4964 |
| VAE | 2 | 01-4818 | VAE | 2 | 01-4892 | VAE | 2 | 01-4965 |
| VAE | 2 | 01-4819 | VAE | 2 | 01-4893 | VAE | 2 | 01-4966 |
| VAE | 2 | 01-4820 | VAE | 2 | 01-4894 | VAE | 2 | 01-4967 |
| VAE | 2 | 01-4821 | VAE | 2 | 01-4895 | VAE | 2 | 01-4968 |
| VAE | 2 | 01-4822 | VAE | 2 | 01-4896 | VAE | 2 | 01-4969 |
| VAE | 2 | 01-4823 | VAE | 2 | 01-4897 | VAE | 2 | 01-4970 |
| VAE | 2 | 01-4824 | VAE | 2 | 01-4898 | VAE | 2 | 01-4971 |
| VAE | 2 | 01-4825 | VAE | 2 | 01-4899 | VAE | 2 | 01-4972 |
| VAE | 2 | 01-4826 | VAE | 2 | 01-4900 | VAE | 2 | 01-4973 |
| VAE | 2 | 01-4827 | VAE | 2 | 01-4901 | VAE | 2 | 01-4974 |
| VAE | 2 | 01-4828 | VAE | 2 | 01-4902 | VAE | 2 | 01-4975 |
| VAE | 2 | 01-4829 | VAE | 2 | 01-4903 | VAE | 2 | 01-4976 |
| VAE | 2 | 01-4830 | VAE | 2 | 01-4904 | VAE | 2 | 01-4977 |
| VAE | 2 | 01-4831 | VAE | 2 | 01-4905 | VAE | 2 | 01-4978 |
| VAE | 2 | 01-4832 | VAE | 2 | 01-4906 | VAE | 2 | 01-4979 |
| VAE | 2 | 01-4833 | VAE | 2 | 01-4907 | VAE | 2 | 01-4980 |
| VAE | 2 | 01-4834 | VAE | 2 | 01-4908 | VAE | 2 | 01-4981 |
| VAE | 2 | 01-4835 | VAE | 2 | 01-4909 | VAE | 2 | 01-4982 |
| VAE | 2 | 01-4836 | VAE | 2 | 01-4910 | VAE | 2 | 01-4983 |
| VAE | 2 | 01-4837 | VAE | 2 | 01-4911 | VAE | 2 | 01-4984 |
| VAE | 2 | 01-4838 | VAE | 2 | 01-4912 | VAE | 2 | 01-4985 |
| VAE | 2 | 01-4839 | VAE | 2 | 01-4913 | VAE | 2 | 01-4986 |
| VAE | 2 | 01-4840 | VAE | 2 | 01-4914 | VAE | 2 | 01-4987 |
| VAE | 2 | 01-4841 | VAE | 2 | 01-4915 | VAE | 2 | 01-4988 |
| VAE | 2 | 01-4842 | VAE | 2 | 01-4916 | VAE | 2 | 01-4989 |
| VAE | 2 | 01-4843 | VAE | 2 | 01-4917 | VAE | 2 | 01-4990 |
| VAE | 2 | 01-4844 | VAE | 2 | 01-4918 | VAE | 2 | 01-4991 |
| VAE | 2 | 01-4845 | VAE | 2 | 01-4919 | VAE | 2 | 01-4992 |
| VAE | 2 | 01-4846 | VAE | 2 | 01-4920 | VAE | 2 | 01-4993 |
| VAE | 2 | 01-4847 | VAE | 2 | 01-4921 | VAE | 2 | 01-4994 |
| VAE | 2 | 01-4848 | VAE | 2 | 01-4922 | VAE | 2 | 01-4995 |
| VAE | 2 | 01-4849 | VAE | 2 | 01-4923 | VAE | 2 | 01-4996 |
| VAE | 2 | 01-4850 | VAE | 2 | 01-4924 | VAE | 2 | 01-4997 |
| VAE | 2 | 01-4851 | VAE | 2 | 01-4925 | VAE | 2 | 01-4998 |
| VAE | 2 | 01-4852 | VAE | 2 | 01-4926 | VAE | 2 | 01-4999 |
| VAE | 2 | 01-4853 | VAE | 2 | 01-4927 | VAE | 2 | 01-5000 |
| VAE | 2 | 01-4854 | VAE | 2 | 01-4928 | VAE | 2 | 01-5001 |
| VAE | 2 | 01-4855 | VAE | 2 | 01-4929 | VAE | 2 | 01-5002 |
| VAE | 2 | 01-4856 | VAE | 2 | 01-4930 | VAE | 2 | 01-5003 |
| VAE | 2 | 01-4857 | VAE | 2 | 01-4931 | VAE | 2 | 01-5004 |
| VAE | 2 | 01-4858 | VAE | 2 | 01-4932 | VAE | 2 | 01-5005 |
| VAE | 2 | 01-4860 | VAE | 2 | 01-4933 | VAE | 2 | 01-5006 |
| VAE | 2 | 01-4861 | VAE | 2 | 01-4934 | VAE | 2 | 01-5007 |
| VAE | 2 | 01-4862 | VAE | 2 | 01-4935 | VAE | 2 | 01-5008 |
| VAE | 2 | 01-4863 | VAE | 2 | 01-4936 | VAE | 2 | 01-5009 |
| VAE | 2 | 01-4864 | VAE | 2 | 01-4937 | VAE | 2 | 01-5010 |
| VAE | 2 | 01-4865 | VAE | 2 | 01-4938 | VAE | 2 | 01-5011 |
| VAE | 2 | 01-4866 | VAE | 2 | 01-4939 | VAE | 2 | 01-5012 |
| VAE | 2 | 01-4867 | VAE | 2 | 01-4940 | VAE | 2 | 01-5013 |
| VAE | 2 | 01-4868 | VAE | 2 | 01-4941 | VAE | 2 | 01-5014 |
| VAE | 2 | 01-4869 | VAE | 2 | 01-4942 | VAE | 2 | 01-5015 |
| VAE | 2 | 01-4870 | VAE | 2 | 01-4943 | VAE | 2 | 01-5016 |
| VAE | 2 | 01-4871 | VAE | 2 | 01-4944 | VAE | 2 | 01-5017 |
| VAE | 2 | 01-4872 | VAE | 2 | 01-4945 | VAE | 2 | 01-5018 |
| VAE | 2 | 01-4873 | VAE | 2 | 01-4946 | VAE | 2 | 01-5019 |
| VAE | 2 | 01-4874 | VAE | 2 | 01-4947 | VAE | 2 | 01-5020 |
| VAE | 2 | 01-4875 | VAE | 2 | 01-4948 | VAE | 2 | 01-5021 |
| VAE | 2 | 01-4876 | VAE | 2 | 01-4949 | VAE | 2 | 01-5022 |
| VAE | 2 | 01-4877 | VAE | 2 | 01-4950 | VAE | 2 | 01-5023 |
| VAE | 2 | 01-4878 | VAE | 2 | 01-4951 | VAE | 2 | 01-5024 |
| VAE | 2 | 01-4879 | VAE | 2 | 01-4952 | VAE | 2 | 01-5025 |
| VAE | 2 | 01-4880 | VAE | 2 | 01-4953 | VAE | 2 | 01-5026 |
| VAE | 2 | 01-4881 | VAE | 2 | 01-4954 | VAE | 2 | 01-5027 |
| VAE | 2 | 01-4882 | VAE | 2 | 01-4955 | VAE | 2 | 01-5028 |
| VAE | 2 | 01-4883 | VAE | 2 | 01-4956 | VAE | 2 | 01-5029 |
| VAE | 2 | 01-4884 | VAE | 2 | 01-4957 | VAE | 2 | 01-5030 |
| VAE | 2 | 01-4885 | VAE | 2 | 01-4958 | VAE | 2 | 01-5031 |
| VAE | 2 | 01-4886 | VAE | 2 | 01-4959 | VAE | 2 | 01-5032 |
| VAE | 2 | 01-4887 | VAE | 2 | 01-4960 | VAE | 2 | 01-5033 |
| VAE | 2 | 01-4888 | VAE | 2 | 01-4961 | VAE | 2 | 01-5034 |
| VAE | 2 | 01-4889 | VAE | 2 | 01-4962 | VAE | 2 | 01-5035 |
| VAE | 2 | 01-4890 | VAE | 2 | 01-4963 | VAE | 2 | 01-5036 |

SCHEDULE CTO-200 TAG-ALONG CASES (Cont.) MDL-875                                                                                              PAGE 4

| DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|---|---|---|---|---|---|
| VAE | 2 | 01-5037 | VAE | 2 | 01-5109 | VAE | 2 | 01-5181 |
| VAE | 2 | 01-5038 | VAE | 2 | 01-5110 | VAE | 2 | 01-5182 |
| VAE | 2 | 01-5039 | VAE | 2 | 01-5111 | VAE | 2 | 01-5183 |
| VAE | 2 | 01-5040 | VAE | 2 | 01-5112 | VAE | 2 | 01-5184 |
| VAE | 2 | 01-5041 | VAE | 2 | 01-5113 | VAE | 2 | 01-5185 |
| VAE | 2 | 01-5042 | VAE | 2 | 01-5114 | VAE | 2 | 01-5186 |
| VAE | 2 | 01-5043 | VAE | 2 | 01-5115 | VAE | 2 | 01-5187 |
| VAE | 2 | 01-5044 | VAE | 2 | 01-5116 | VAE | 2 | 01-5188 |
| VAE | 2 | 01-5045 | VAE | 2 | 01-5117 | VAE | 2 | 01-5189 |
| VAE | 2 | 01-5046 | VAE | 2 | 01-5118 | VAE | 2 | 01-5190 |
| VAE | 2 | 01-5047 | VAE | 2 | 01-5119 | VAE | 2 | 01-5191 |
| VAE | 2 | 01-5048 | VAE | 2 | 01-5120 | VAE | 2 | 01-5192 |
| VAE | 2 | 01-5049 | VAE | 2 | 01-5121 | VAE | 2 | 01-5193 |
| VAE | 2 | 01-5050 | VAE | 2 | 01-5122 | VAE | 2 | 01-5194 |
| VAE | 2 | 01-5051 | VAE | 2 | 01-5123 | VAE | 2 | 01-5195 |
| VAE | 2 | 01-5052 | VAE | 2 | 01-5124 | VAE | 2 | 01-5196 |
| VAE | 2 | 01-5053 | VAE | 2 | 01-5125 | VAE | 2 | 01-5197 |
| VAE | 2 | 01-5054 | VAE | 2 | 01-5126 | VAE | 2 | 01-5198 |
| VAE | 2 | 01-5055 | VAE | 2 | 01-5127 | VAE | 2 | 01-5199 |
| VAE | 2 | 01-5056 | VAE | 2 | 01-5128 | VAE | 2 | 01-5200 |
| VAE | 2 | 01-5057 | VAE | 2 | 01-5129 | VAE | 2 | 01-5201 |
| VAE | 2 | 01-5058 | VAE | 2 | 01-5130 | VAE | 2 | 01-5202 |
| VAE | 2 | 01-5059 | VAE | 2 | 01-5131 | VAE | 2 | 01-5203 |
| VAE | 2 | 01-5060 | VAE | 2 | 01-5132 | VAE | 2 | 01-5204 |
| VAE | 2 | 01-5061 | VAE | 2 | 01-5133 | VAE | 2 | 01-5205 |
| VAE | 2 | 01-5062 | VAE | 2 | 01-5134 | VAE | 2 | 01-5206 |
| VAE | 2 | 01-5063 | VAE | 2 | 01-5135 | VAE | 2 | 01-5207 |
| VAE | 2 | 01-5064 | VAE | 2 | 01-5136 | VAE | 2 | 01-5208 |
| VAE | 2 | 01-5065 | VAE | 2 | 01-5137 | VAE | 2 | 01-5209 |
| VAE | 2 | 01-5066 | VAE | 2 | 01-5138 | VAE | 2 | 01-5210 |
| VAE | 2 | 01-5067 | VAE | 2 | 01-5139 | VAE | 2 | 01-5211 |
| VAE | 2 | 01-5068 | VAE | 2 | 01-5140 | VAE | 2 | 01-5212 |
| VAE | 2 | 01-5069 | VAE | 2 | 01-5141 | VAE | 2 | 01-5213 |
| VAE | 2 | 01-5070 | VAE | 2 | 01-5142 | VAE | 2 | 01-5214 |
| VAE | 2 | 01-5071 | VAE | 2 | 01-5143 | VAE | 2 | 01-5215 |
| VAE | 2 | 01-5072 | VAE | 2 | 01-5144 | VAE | 2 | 01-5216 |
| VAE | 2 | 01-5073 | VAE | 2 | 01-5145 | VAE | 2 | 01-5217 |
| VAE | 2 | 01-5074 | VAE | 2 | 01-5146 | VAE | 2 | 01-5218 |
| VAE | 2 | 01-5075 | VAE | 2 | 01-5147 | VAE | 2 | 01-5219 |
| VAE | 2 | 01-5076 | VAE | 2 | 01-5148 | VAE | 2 | 01-5220 |
| VAE | 2 | 01-5077 | VAE | 2 | 01-5149 | VAE | 2 | 01-5221 |
| VAE | 2 | 01-5078 | VAE | 2 | 01-5150 | VAE | 2 | 01-5222 |
| VAE | 2 | 01-5079 | VAE | 2 | 01-5151 | VAE | 2 | 01-5223 |
| VAE | 2 | 01-5080 | VAE | 2 | 01-5152 | VAE | 2 | 01-5224 |
| VAE | 2 | 01-5081 | VAE | 2 | 01-5153 | VAE | 2 | 01-5225 |
| VAE | 2 | 01-5082 | VAE | 2 | 01-5154 | VAE | 2 | 01-5226 |
| VAE | 2 | 01-5083 | VAE | 2 | 01-5155 | VAE | 2 | 01-5227 |
| VAE | 2 | 01-5084 | VAE | 2 | 01-5156 | VAE | 2 | 01-5228 |
| VAE | 2 | 01-5085 | VAE | 2 | 01-5157 | VAE | 2 | 01-5229 |
| VAE | 2 | 01-5086 | VAE | 2 | 01-5158 | VAE | 2 | 01-5230 |
| VAE | 2 | 01-5087 | VAE | 2 | 01-5159 | VAE | 2 | 01-5231 |
| VAE | 2 | 01-5088 | VAE | 2 | 01-5160 | VAE | 2 | 01-5232 |
| VAE | 2 | 01-5089 | VAE | 2 | 01-5161 | VAE | 2 | 01-5233 |
| VAE | 2 | 01-5090 | VAE | 2 | 01-5162 | VAE | 2 | 01-5234 |
| VAE | 2 | 01-5091 | VAE | 2 | 01-5163 | VAE | 2 | 01-5235 |
| VAE | 2 | 01-5092 | VAE | 2 | 01-5164 | VAE | 2 | 01-5236 |
| VAE | 2 | 01-5093 | VAE | 2 | 01-5165 | VAE | 2 | 01-5237 |
| VAE | 2 | 01-5094 | VAE | 2 | 01-5166 | VAE | 2 | 01-5238 |
| VAE | 2 | 01-5095 | VAE | 2 | 01-5167 | VAE | 2 | 01-5239 |
| VAE | 2 | 01-5096 | VAE | 2 | 01-5168 | VAE | 2 | 01-5240 |
| VAE | 2 | 01-5097 | VAE | 2 | 01-5169 | VAE | 2 | 01-5241 |
| VAE | 2 | 01-5098 | VAE | 2 | 01-5170 | VAE | 2 | 01-5242 |
| VAE | 2 | 01-5099 | VAE | 2 | 01-5171 | VAE | 2 | 01-5243 |
| VAE | 2 | 01-5100 | VAE | 2 | 01-5172 | VAE | 2 | 01-5244 |
| VAE | 2 | 01-5101 | VAE | 2 | 01-5173 | VAE | 2 | 01-5245 |
| VAE | 2 | 01-5102 | VAE | 2 | 01-5174 | VAE | 2 | 01-5246 |
| VAE | 2 | 01-5103 | VAE | 2 | 01-5175 | VAE | 2 | 01-5247 |
| VAE | 2 | 01-5104 | VAE | 2 | 01-5176 | VAE | 2 | 01-5248 |
| VAE | 2 | 01-5105 | VAE | 2 | 01-5177 | VAE | 2 | 01-5249 |
| VAE | 2 | 01-5106 | VAE | 2 | 01-5178 | VAE | 2 | 01-5250 |
| VAE | 2 | 01-5107 | VAE | 2 | 01-5179 | VAE | 2 | 01-5251 |
| VAE | 2 | 01-5108 | VAE | 2 | 01-5180 | VAE | 2 | 01-5252 |

SCHEDULE CTO-200 TAG-ALONG CASES (Cont.) MDL-875                                                                                              PAGE 5

| DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|---|---|---|---|---|---|
| VAE | 2 | 01-5253 | VAE | 2 | 01-5326 | VAE | 2 | 01-5399 |
| VAE | 2 | 01-5254 | VAE | 2 | 01-5327 | VAE | 2 | 01-5400 |
| VAE | 2 | 01-5255 | VAE | 2 | 01-5328 | VAE | 2 | 01-5401 |
| VAE | 2 | 01-5256 | VAE | 2 | 01-5329 | VAE | 2 | 01-5402 |
| VAE | 2 | 01-5257 | VAE | 2 | 01-5330 | VAE | 2 | 01-5403 |
| VAE | 2 | 01-5258 | VAE | 2 | 01-5331 | VAE | 2 | 01-5404 |
| VAE | 2 | 01-5259 | VAE | 2 | 01-5332 | VAE | 2 | 01-5405 |
| VAE | 2 | 01-5260 | VAE | 2 | 01-5333 | VAE | 2 | 01-5406 |
| VAE | 2 | 01-5261 | VAE | 2 | 01-5334 | VAE | 2 | 01-5407 |
| VAE | 2 | 01-5262 | VAE | 2 | 01-5335 | VAE | 2 | 01-5408 |
| VAE | 2 | 01-5263 | VAE | 2 | 01-5336 | VAE | 2 | 01-5409 |
| VAE | 2 | 01-5264 | VAE | 2 | 01-5337 | VAE | 2 | 01-5410 |
| VAE | 2 | 01-5265 | VAE | 2 | 01-5338 | VAE | 2 | 01-5411 |
| VAE | 2 | 01-5266 | VAE | 2 | 01-5339 | VAE | 2 | 01-5412 |
| VAE | 2 | 01-5267 | VAE | 2 | 01-5340 | VAE | 2 | 01-5413 |
| VAE | 2 | 01-5268 | VAE | 2 | 01-5341 | VAE | 2 | 01-5414 |
| VAE | 2 | 01-5269 | VAE | 2 | 01-5342 | VAE | 2 | 01-5415 |
| VAE | 2 | 01-5270 | VAE | 2 | 01-5343 | VAE | 2 | 01-5416 |
| VAE | 2 | 01-5271 | VAE | 2 | 01-5344 | VAE | 2 | 01-5417 |
| VAE | 2 | 01-5272 | VAE | 2 | 01-5345 | VAE | 2 | 01-5418 |
| VAE | 2 | 01-5273 | VAE | 2 | 01-5346 | VAE | 2 | 01-5419 |
| VAE | 2 | 01-5274 | VAE | 2 | 01-5347 | VAE | 2 | 01-5420 |
| VAE | 2 | 01-5275 | VAE | 2 | 01-5348 | VAE | 2 | 01-5421 |
| VAE | 2 | 01-5276 | VAE | 2 | 01-5349 | VAE | 2 | 01-5422 |
| VAE | 2 | 01-5277 | VAE | 2 | 01-5350 | VAE | 2 | 01-5423 |
| VAE | 2 | 01-5278 | VAE | 2 | 01-5351 | VAE | 2 | 01-5424 |
| VAE | 2 | 01-5279 | VAE | 2 | 01-5352 | VAE | 2 | 01-5425 |
| VAE | 2 | 01-5280 | VAE | 2 | 01-5353 | VAE | 2 | 01-5426 |
| VAE | 2 | 01-5281 | VAE | 2 | 01-5354 | VAE | 2 | 01-5427 |
| VAE | 2 | 01-5282 | VAE | 2 | 01-5355 | VAE | 2 | 01-5428 |
| VAE | 2 | 01-5283 | VAE | 2 | 01-5356 | VAE | 2 | 01-5429 |
| VAE | 2 | 01-5284 | VAE | 2 | 01-5357 | VAE | 2 | 01-5430 |
| VAE | 2 | 01-5285 | VAE | 2 | 01-5358 | VAE | 2 | 01-5431 |
| VAE | 2 | 01-5286 | VAE | 2 | 01-5359 | VAE | 2 | 01-5432 |
| VAE | 2 | 01-5287 | VAE | 2 | 01-5360 | VAE | 2 | 01-5433 |
| VAE | 2 | 01-5288 | VAE | 2 | 01-5361 | VAE | 2 | 01-5434 |
| VAE | 2 | 01-5289 | VAE | 2 | 01-5362 | VAE | 2 | 01-5435 |
| VAE | 2 | 01-5290 | VAE | 2 | 01-5363 | VAE | 2 | 01-5436 |
| VAE | 2 | 01-5291 | VAE | 2 | 01-5364 | VAE | 2 | 01-5437 |
| VAE | 2 | 01-5292 | VAE | 2 | 01-5365 | VAE | 2 | 01-5438 |
| VAE | 2 | 01-5293 | VAE | 2 | 01-5366 | VAE | 2 | 01-5439 |
| VAE | 2 | 01-5294 | VAE | 2 | 01-5367 | VAE | 2 | 01-5440 |
| VAE | 2 | 01-5295 | VAE | 2 | 01-5368 | VAE | 2 | 01-5441 |
| VAE | 2 | 01-5296 | VAE | 2 | 01-5369 | VAE | 2 | 01-5442 |
| VAE | 2 | 01-5297 | VAE | 2 | 01-5370 | VAE | 2 | 01-5443 |
| VAE | 2 | 01-5298 | VAE | 2 | 01-5371 | VAE | 2 | 01-5444 |
| VAE | 2 | 01-5299 | VAE | 2 | 01-5372 | VAE | 2 | 01-5445 |
| VAE | 2 | 01-5300 | VAE | 2 | 01-5373 | VAE | 2 | 01-5446 |
| VAE | 2 | 01-5301 | VAE | 2 | 01-5374 | VAE | 2 | 01-5447 |
| VAE | 2 | 01-5302 | VAE | 2 | 01-5375 | VAE | 2 | 01-5448 |
| VAE | 2 | 01-5303 | VAE | 2 | 01-5376 | VAE | 2 | 01-5449 |
| VAE | 2 | 01-5304 | VAE | 2 | 01-5377 | VAE | 2 | 01-5450 |
| VAE | 2 | 01-5305 | VAE | 2 | 01-5378 | VAE | 2 | 01-5451 |
| VAE | 2 | 01-5306 | VAE | 2 | 01-5379 | VAE | 2 | 01-5452 |
| VAE | 2 | 01-5307 | VAE | 2 | 01-5380 | VAE | 2 | 01-5453 |
| VAE | 2 | 01-5308 | VAE | 2 | 01-5381 | VAE | 2 | 01-5454 |
| VAE | 2 | 01-5309 | VAE | 2 | 01-5382 | VAE | 2 | 01-5455 |
| VAE | 2 | 01-5310 | VAE | 2 | 01-5383 | VAE | 2 | 01-5456 |
| VAE | 2 | 01-5311 | VAE | 2 | 01-5384 | VAE | 2 | 01-5457 |
| VAE | 2 | 01-5312 | VAE | 2 | 01-5385 | VAE | 2 | 01-5458 |
| VAE | 2 | 01-5313 | VAE | 2 | 01-5386 | VAE | 2 | 01-5459 |
| VAE | 2 | 01-5314 | VAE | 2 | 01-5387 | VAE | 2 | 01-5460 |
| VAE | 2 | 01-5315 | VAE | 2 | 01-5388 | VAE | 2 | 01-5461 |
| VAE | 2 | 01-5316 | VAE | 2 | 01-5389 | VAE | 2 | 01-5462 |
| VAE | 2 | 01-5317 | VAE | 2 | 01-5390 | VAE | 2 | 01-5463 |
| VAE | 2 | 01-5318 | VAE | 2 | 01-5391 | VAE | 2 | 01-5464 |
| VAE | 2 | 01-5319 | VAE | 2 | 01-5392 | VAE | 2 | 01-5465 |
| VAE | 2 | 01-5320 | VAE | 2 | 01-5393 | VAE | 2 | 01-5466 |
| VAE | 2 | 01-5321 | VAE | 2 | 01-5394 | VAE | 2 | 01-5467 |
| VAE | 2 | 01-5322 | VAE | 2 | 01-5395 | VAE | 2 | 01-5468 |
| VAE | 2 | 01-5323 | VAE | 2 | 01-5396 | VAE | 2 | 01-5469 |
| VAE | 2 | 01-5324 | VAE | 2 | 01-5397 | VAE | 2 | 01-5470 |
| VAE | 2 | 01-5325 | VAE | 2 | 01-5398 | VAE | 2 | 01-5471 |

SCHEDULE CTO-200 TAG-ALONG CASES (Cont.) MDL-875                                                PAGE 6

DISTRICT DIV CIVIL ACTION#

```
VAE    2   01-5472
VAE    2   01-5473
VAE    2   01-5474
VAE    2   01-5475
VAE    2   01-5476
VAE    2   01-5477
VAE    2   01-5478
VAE    2   01-5479
VAE    2   01-5480
VAE    2   01-5481
VAE    2   01-5482
VAE    2   01-5483
VAE    2   01-5484
VAE    2   01-5485
VAE    2   01-5486
VAE    2   01-5487
VAE    2   01-5488
VAE    2   01-5489
VAE    2   01-5490
VAE    2   01-5491
VAE    2   01-5492
VAE    2   01-5493
VAE    2   01-5494
VAE    2   01-5495
VAE    2   01-5496
VAE    2   01-5497
VAE    2   01-5498
VAE    2   01-5499
VAE    2   01-5500
VAE    2   01-5501
VAE    2   01-5502
VAE    2   01-5503
VAE    2   01-5504
```