JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 18 2001

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*William Young, et al. v. Center for Claims Resolution, Inc., et al.*, N.D. Mississippi, C.A. No. 4:00-225

## ORDER DEEMING MOTION MOOT
## AND VACATING THE JULY 26, 2001 HEARING SESSION

Before the Panel is a motion by defendant Center for Claims Resolution, Inc., to transfer this action (*Young*), *inter alia*, to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 being conducted by the Honorable Charles R. Weiner. The Panel has now been advised that *Young* was remanded to the Circuit Court of Washington County, Mississippi, by the Honorable W. Allen Pepper, Jr., in an order signed on July 12, 2001.

IT IS THEREFORE ORDERED that the motion of defendant Center for Claims Resolution, Inc., for transfer under 28 U.S.C. §1407 is hereby DEEMED MOOT insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 15, 2001, are hereby VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

IMAGED JUL 19 '01