JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 19 2001

FILED
CLERK'S OFFICE

*DOCKET NO. 875*

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-201)***

On July 29, 1991, the Panel transferred 22,003 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 68,064 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the opinion and order of July 29, 1991, 771 F.Supp. 415, as corrected on October 1, 1991, October 18, 1991, November 22, 1991, December 9, 1991, January 16, 1992, and March 5, 1992, and with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

IMAGED JUL 19 '01

# SCHEDULE CTO—201 — TAG ALONG CASES
# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| CALIFORNIA NORTHERN | | |
| CAN | 3 | 01-2422 |
| GEORGIA NORTHERN | | |
| GAN | 1 | 00-1672 |
| HAWAII | | |
| HI | 1 | 01-357 |
| IDAHO | | |
| ID | 4 | 89-4041 |
| INDIANA SOUTHERN | | |
| INS | 1 | 01-110 |
| MISSOURI WESTERN | | |
| MOW | 4 | 01-587 |
| MISSISSIPPI SOUTHERN | | |
| MSS | 1 | 01-251 |
| NORTH CAROLINA EASTERN | | |
| NCE | 4 | 01-64 |
| NCE | 4 | 01-76 |
| NCE | 4 | 01-84 |
| NCE | 4 | 01-85 |
| NCE | 4 | 01-86 |
| NCE | 4 | 01-90 |
| NCE | 5 | 01-351 |
| NCE | 5 | 01-392 |
| NCE | 5 | 01-415 |
| NCE | 7 | 01-101 |
| NCE | 7 | 01-102 |
| NCE | 7 | 01-103 |
| NCE | 7 | 01-104 |
| NCE | 7 | 01-105 |
| NCE | 7 | 01-106 |
| NCE | 7 | 01-107 |
| NORTH CAROLINA MIDDLE | | |
| NCM | 1 | 01-579 |
| NCM | 1 | 01-625 |
| NORTH CAROLINA WESTERN | | |
| NCW | 1 | 01-133 |
| NCW | 3 | 01-346 |
| NCW | 5 | 01-108 |
| NEW MEXICO | | |
| NM | 1 | 01-750 |
| SOUTH CAROLINA | | |
| SC | 2 | 01-2464 |
| SC | 2 | 01-2465 |
| SC | 2 | 01-2668 |
| SC | 6 | 01-2472 |
| SC | 8 | 01-2575 |
| SC | 8 | 01-2724 |
| SC | 8 | 01-2741 |
| SC | 8 | 01-2742 |

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| TEXAS SOUTHERN | | |
| TXS | 2 | 01-288 |
| WEST VIRGINIA SOUTHERN | | |
| WVS | 2 | 01-578 |