JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 19 2001

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | § § § § | MDL DOCKET NO. 875 |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| CARL TURLEY AND LEVELLA TURLEY v. ACandS, INC., et al | § § § § § § | CIVIL ACTION NO. 2-01-CV-0207J |

### WITHDRAWAL OF OPPOSITION TO TRANSFER

Come now Carl and Levella Turley and file this their Withdrawal of Opposition to the Conditional Transfer Order (CTO-13) entered by the Panel on March 28, 2001. Carl and Levella Turley are the plaintiffs in an action styled Carl and Levella Turley v. ACandS Inc., et al cause no. NO. 2-01-CV-0207J, pending in the United States District Court, Northern District of Texas, Amarillo Division. Pursuant to Panel Rule 7.4(c), the plaintiffs filed a notice of opposition to apprise the Panel of its opposition to transfer, which was received by the Panel on July 5, 2001. Plaintiffs now withdraw their opposition to transfer.

MDL- 875
RECOMMENDED ACTION

Lift Stay CTO-199 one action
Approved/Date: ___ 7/18

1

IMAGED JUL 19 '01

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 19 2001

FILED
CLERK'S OFFICE

Respectfully submitted,

Charles S. Siegel
Texas Bar No. 18341875
Waters & Kraus, LLP
3219 McKinney Ave., Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 Fax

## CERTIFICATE OF SERVICE

I certify that on July 17, 2001, a copy of the foregoing Withdrawal of Opposition to Transfer was served via facsimile and U.S. First Class mail upon all counsel for the Defendants.

James A. Lowery, III
Dunn, Kacal, Adams,
Pappas & Law, PC
900 Jackson Street
Dallas, Texas 75206

Robert A. Garner
Garner & Stein, LLP
Amarillo National Plaza Two, Suite 777
500 South Taylor Street, L.B. 233
Amarillo, Texas 79101

William Mahoney
Segal McCambridge Singer & Mahoney, LTD
400 W. 15th Street, Suite 700
Austin, Texas 78701

Benjamin A. White
Dogan, Wilkinson, Kinard,
Smith & Edwards
734 Delmas Avenue
P.O. Box 1618
Pascagoula, MS 39568

George Whittenburg
Whittenburg, Whittenburg & Schachter
1010 S. Harrison St.
Amarillo, TX 79120-1718

_____
Charles S. Siegel