JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 9 2001

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Carl Turley, et al. v. ACandS, Inc., et al.,* N.D. Texas, C.A. No. 2:01-207.

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Turley*) on June 21, 2001. Prior to expiration of the mandatory fifteen-day stay of execution, plaintiffs in *Turley* filed a notice of opposition to the proposed transfer. Plaintiffs have now notified the Panel that they withdraw their initial opposition to the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-199" filed on June 21, 2001, is hereby LIFTED insofar as it relates to this action, and thus the action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 being conducted by the Honorable Charles R. Weiner.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

IMAGED JUL 1 9 '01