Case MDL No. 875   Document 3215   Filed 07/23/01   Page 1 of 1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 23 2001

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : Civil Action No. MDL 875
LITIGATION (NO. VI)                :
---------------------------------- :
                                   :
This Document Relates to:          :
                                   : W.D.N.C., Asheville Division
George Buhel Cochran and Ruth Cochran, wife, : Civil Action No. 1:01CV133-T
                                   :
          Plaintiffs,              :
vs.                                :
                                   :
ACandS, Inc., et al.               :
          Defendants.              :

### ORDER OF DISMISSAL

THIS MATTER is before the Court upon Motion of the plaintiffs to voluntarily dismiss this action, pursuant to the Federal Rules of Civil Procedure, in this action only.

THEREFORE, IT IS NOW ORDERED that this action be dismissed without prejudice.

This the 27th day of June, 2001.

_____
Judge, United States District Court

Charles R. Weiner

MDL- 875
RECOMMENDED ACTION

VACATE CTO-201 -- 1 ACTION
Approved/Date: MK

IMAGED JUL 25 '01