JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 23 2001

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*George Buhel Cochran, et al. v. ACandS, Inc, et al.*, W.D. North Carolina, C.A. No. 1:01-133

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Cochran*) on July 19, 2001. The Panel has now been advised that *Cochran* was closed in the Western District of North Carolina on July 9, 2001, pursuant to an order of dismissal.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-201" filed on July 19, 2001, is hereby VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

**IMAGED** JUL 25 '01