JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 2 3 2001

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

This Document Relates to:

Law Offices of Louis Robles

United States District Court
District of Alaska (FAIRBANKS)

Patrick MITCHELL, No. F:95-070-CIV-JKS

[In the event the above-listed case is a multiple plaintiff (victim) action, this transfer is for the above-named party only, or said party's representative, and any spousal or dependent actions.]

CIVIL ACTION NO. MDL 875

FILED   JUN 2 2 2001

MDL-875

RECOMMENDED ACTION

CRO - actions

Approved/Date: MK 7/2/01

SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the District of Alaska, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are

IMAGED JUL 25 '01

hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the District of Alaska for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 6/22/01

Charles R. Weiner         J.

**ENTERED**

JUN 2 5 2001

**CLERK OF COURT**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 2 3 2001

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : : |
| This Document Relates to: | : CIVIL ACTION NO. MDL 875 |
| Law Offices of Louis Robles | : |
| United States District Court District of Alaska (FAIRBANKS) | : : : |
| Chester VANDERBILT, No.F:96-0062-CV | : FILED   JUN 2 2 2001 |
| [In the event the above-listed case is a multiple plaintiff (victim) action, this transfer is for the above-named party only, or said party's representative, and any spousal or dependent actions.] | : : : : : : : |

SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the District of Alaska, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are

hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the District of Alaska for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 6/21/01

Charles R. Weiner    J.

**ENTERED**

JUN 2 5 2001

**CLERK OF COURT**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 23 2001

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY  :
LITIGATION (NO. VI)                 :
                                    :
_____  x

This Document Relates to:           :    CIVIL ACTION NO. MDL 875

Law Offices of Louis Robles         :

United States District Court        :
Western District of Arkansas        :    FILED   JUN 22 2001

Mack NOBLE, No. 94-1001             :

[In the event the above-listed case :
is a multiple plaintiff (victim)    :
action, this transfer is for the    :
above-named party only, or said     :
party's representative, and any     :
spousal or dependent actions.]      :
_____  x


SUGGESTION OF REMAND


THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Western District of Arkansas, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are

hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Western District of Arkansas for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 6/21/01

_____
Charles R. Weiner       J.

ENTERED

JUN 2 5 2001

CLERK OF COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 23 2001

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :
_____x

This Document Relates to: : CIVIL ACTION NO. MDL 875

Law Offices of Louis Robles :

United States District Court :
District of Colorado :

William MURRAY, No. 96-M-2871 : FILED   JUN 22 2001

[In the event the above-listed case :
is a multiple plaintiff (victim) :
action, this transfer is for the :
above-named party only, or said :
party's representative, and any :
spousal or dependent actions.] :
_____x

SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the District of Colorado, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are

hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the District of Colorado for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 6/21/01

_____
Charles R. Weiner        J.

**ENTERED**

JUN 2 5 2001

**CLERK OF COURT**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 23 2001

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY :
LITIGATION (NO. VI) :
_____x

This Document Relates to: : CIVIL ACTION NO. MDL 875

Law Offices of Louis Robles :

United States District Court :
Southern District of Georgia : FILED   JUN 22 2001

John PATTERSON, No. CV-297-01 :

[In the event the above-listed case :
is a multiple plaintiff (victim)
action, this transfer is for the
above-named party only, or said
party's representative, and any
spousal or dependent actions.]
_____x

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Southern District of Georgia, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are

hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Southern District of Georgia for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 6/21/01

_____
Charles R. Weiner        J.

ENTERED

JUN 2 5 2001

CLERK OF COURT

2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 23 2001

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :
―――――――――――――――――――――――――x

This Document Relates to: : CIVIL ACTION NO. MDL 875

Law Offices of Louis Robles :

United States District Court : FILED  JUN 2 2 2001
Northern District of Indiana :

Larenza EASLEY, No. 3:98-CV-0060-RM :

[In the event the above-listed case :
is a multiple plaintiff (victim)
action, this transfer is for the
above-named party only, or said
party's representative, and any
spousal or dependent actions.] :
―――――――――――――――――――――――――x

### SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Northern District of Indiana, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are

hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Northern District of Indiana for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 6/21/01

_____
Charles R. Weiner            J.

ENTERED

JUN 2 5 2001

CLERK OF COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 23 2001

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : : | |
| This Document Relates to: | : | CIVIL ACTION NO. MDL 875 |
| Law Offices of Louis Robles | : : | |
| United States District Court Northern District of Indiana | : : | FILED  JUN 22 2001 |
| James WHITE, No. 3:98-CV-00335-RM | : : | |
| [In the event the above-listed case is a multiple plaintiff (victim) action, this transfer is for the above-named party only, or said party's representative, and any spousal or dependent actions.] | : : : : : : : | |

SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Northern District of Indiana, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are

hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Northern District of Indiana for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 6/24/01

Charles R. Weiner         J.

**ENTERED**

JUN 2 5 2001

**CLERK OF COURT**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 23 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :
 :
_____x

This Document Relates to: :    CIVIL ACTION NO. MDL 875

Law Offices of Louis Robles :

United States District Court :
Southern District of Ohio :    FILED   JUN 22 2001

Harry MONTONEY, No. C2-99-827 :

[In the event the above-listed case :
is a multiple plaintiff (victim) :
action, this transfer is for the :
above-named party only, or said :
party's representative, and any :
spousal or dependent actions.] :
_____x

SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Southern District of Ohio, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are

hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Southern District of Ohio for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 6/21/01

_____
Charles R. Weiner        J.

**ENTERED**

JUN 2 5 2001

**CLERK OF COURT**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 23 2001

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY  :
LITIGATION (NO. VI)                 :
                                    :
_____ x

This Document Relates to:           :    CIVIL ACTION NO. MDL 875

Law Offices of Louis Robles         :

United States District Court        :    FILED   JUN 22 2001
District of Oregon                  :

Roderick SCHAFFER, No. 97-06012-PA  :

[In the event the above-listed case :
is a multiple plaintiff (victim)    :
action, this transfer is for the    :
above-named party only, or said     :
party's representative, and any     :
spousal or dependent actions.]      :
_____ x

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the District of Oregon, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are

hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the District of Oregon for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 6/21/01

Charles R. Weiner, J.

**ENTERED**

JUN 25 2001

**CLERK OF COURT**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 23 2001

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :
 :
———————————————————————x

This Document Relates to: :   CIVIL ACTION NO. MDL 875

Law Offices of Louis Robles :
 :
United States District Court :
District of Utah :
 :   FILED   JUN 2 2 2001
Eugene BARBER, No. 2:97-CV-0028-G :
 :
[In the event the above-listed case :
is a multiple plaintiff (victim) :
action, this transfer is for the :
above-named party only, or said :
party's representative, and any :
spousal or dependent actions.] :
———————————————————————x

SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the District of Utah, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are

hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the District of Utah for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 6/21/01

Charles R. Weiner           J.

**ENTERED**

JUN 2 5 2001

**CLERK OF COURT**

2