MDL-875

JUL 23 2001

FILED
CLERK'S OFFICE

# DOUG WADE
*ATTORNEY AT LAW*

405 TOMBIGBEE STREET
JACKSON, MS 39201

OFFICE: 601-354-8930
FAX: 601-354-5548

July 23, 2001

✱ Called atty.

Judicial Panel on Multidistrict Litigation
Attn: Mr. Michael J. Beck, Clerk of Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary
Room G-255 North Lobby
Washington, DC 20002

REQUEST OF PLTF. WOOLEY FOR
EXTENSION OF TIME TO FILE MOTION TO
VACATE CTO -- Granted to pltf. Wooley TO
AND INCLUDING AUGUST 6, 2001
(7/23/01 - cdm)

RE: MDL-875 -- In re Asbestos Products Liability Litigation
     (No. VI)

     Wooley vs. International Paper Co, et al.,
     S.D. Mississippi, C.A. No. 1:01-237

PLEADING NO. 3220

Dear Mr. Beck:

The purpose of this letter is to request an extension of time within which to file a Motion and Brief in the above referenced matter. This motion and brief is presently due July 26, 2001. The reasons for requesting the extension of time are as follows:

There are only two (2) lawyers and a very small staff representing the Plaintiff in this matter. It was never contemplated when this suit was filed that there would be any effort to remove it to the Eastern District of Pennsylvania. When the letter from your office dated June 26, 2001, setting out the Notice of Opposition requirement date was received in this office, Mr. John Downey, who is handling the pleadings in this matter, was out of the country. Mr. Downey did not return to his office until July 18, 2001. The letter from your office dated July 11, 2001, which set out the due date for Motion and Brief in this cause was also received while Mr. Downey was out of the country. Mr. Downey had previously scheduled, before he left the country, court appearances which he had to make. Mr. Downey had previously scheduled court appearances set for July 23, 2001 and July 25, 2001. I am the other attorney of record in this case. I have the irremediable loss of 80% of my vision. I am totally unfamiliar with this particular field of law relating to multidistrict litigation and asbestos products litigation. It is impossible for me to do the reading necessary to file the motion and brief as required. Mr. Downey needs the additional time. Further, there is a Motion to Remand to be filed in the Southern District Court on or

OFFICIAL FILE COPY    IMAGED JUL 25 '01

Mr. Michael J. Beck, Clerk of Panel
July 23, 2001
Page 2

before August 1, 2001. A copy of the Minute Entry Order relating to the extension of time in this cause is enclosed. Since we are engaged in premises litigation and not products litigation, it is my belief that there is a excellent chance the Motion to Remand will be sustained.

Therefore, I hereby request an extension of time within which to file the motion and brief in the above reference cause to either after the motion to remand is heard or for a period of ten (10) days so as to allow adequate time to properly prepare the necessary documents.

Sincerely yours,

Doug Wade

LDW/mww
enclosure