Sent By: PAUL, REICH, & MYERS P.C.; 2157353888; Jul-11-01 3:05PM; Page 3/4
07/11/01 00:39 FAX 6109624991    MEALEY PUB INC                              ☒002/003

Case MDL No. 875   Document 3221   Filed 07/24/01   Page 1 of 2

MB
FK
Prep CRO
(3217)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 24 2001

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS          :
LIABILITY LITIGATION (NO. VI)     :
                                  :
_____x
                                  :
This Document Relates to:         :   CIVIL ACTION NO. MDL 875
                                  :
Law Firm of Paul, Reich & Myers   :
                                  :
United States District Court      :
Middle District of North Carolina :       F I L E D
                                  :
Clark SETREE, C.A.No. 4:92CV00322 :      MAR 13 2001
                                  :
[In the event the above-listed case:    MICHAEL E. KUNZ, Clerk
is a multiple plaintiff (victim)  :     By _____ Dep. Clerk
action, this transfer is for the  :
above-named party only, or said   :
party's representative, and any   :
spousal or dependent actions.]    :
_____x

SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Middle District of North Carolina, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are

MDL-_____
RECOMMENDED ACTION

Approved/Date: __n/__ 7/12

IMAGED JUL 27 '01

Sent By: PAUL, REICH, & MYERS, P.C.; 2157353888; Jul-11-01 3:05PM; Page 4/4
07/11/01 00:40 FAX 6109824991 MEALEY PUB INC

Case MDL No. 875   Document 3221   Filed 07/24/01   Page 2 of 2

hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Middle District of North Carolina for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: March 12, 2001

_Charles R. Weiner_       J.

03/14/01
Copies Mailed to:
Liaison Counsel &
Clerk of the Panel

2