MDL DOCKET NO. __875__  
THIS FORM MUST BE RETURNED  
TO THE JUDICIAL PANEL NO  
LATER THAN __JULY 9, 2001__

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 25 2001

FILED
CLERK'S OFFICE

TO: Clerk of the Panel  
Judicial Panel on Multidistrict Litigation  
One Columbus Circle, NE  
Thurgood Marshall Federal Judiciary Building  
Room G-255, North Lobby  
Washington, DC 20002-8004

(1) Moving defendants -- seek transfer of 3 potential -tag- cases to E.D. Pennsylvania

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

__X__    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

| July 9, 2001 | Richard M. Wyner | [signature] |
|---|---|---|
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) **(list even if waiving)**:  
Please see attached.

Name and Address of Attorney Designated to Present Oral Argument:  
Richard M. Wyner  
Shea & Gardner  
1800 Massachusetts Avenue, N.W.  
Suite 800  
Washington, DC 20036

Telephone No.: __202-828-2188__

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/01)

IMAGED JUL 26 '01

Parties represented and Case names and numbers:

Represent movant Maremont Corporation in Rolando Doval v. Maremont Corp., C.A. No. 3:01-540 (N.D. Cal.)

Represent movant Center for Claims Resolution, Inc. in Joseph Perez v. Center for Claims Resolution, Inc., C.A. No. 3:01-1627 (N.D. Cal.)

Represent movant Center for Claims Resolution, Inc. in Thomas F. Lowry, III v. Center for Claims Resolution, Inc., C.A. No. 1:00-1454 (C.D. Ill.)

Represent movant Center for Claims Resolution, Inc. in William Young v. Center for Claims Resolution, Inc., C.A. No. 4:00-225 (N.D. Miss.)

**Please note that all four matters are part of MDL 875 -- In re Asbestos Products Liability Litigation (No. VI)**

Richard M. Wyner
Shea & Gardner
1800 Massachusetts Ave., N.W.
Suite 800
Washington, D.C. 20036
202-828-2188

## CERTIFICATE OF SERVICE

I, hereby, certify that on July 9, 2001, I served a copy of the foregoing Notice of Presentation of Oral Argument by first-class mail, postage prepaid, on all counsel on the attached list.

Richard M. Wyner

## **SERVICE LIST**

Clerk of the Court
United States District Court
Northern District of California
U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA  94102-3489

Clerk of the Court
United States District Court
Central District of Illinois – Peoria Division
309 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

Richard C. Binzley
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH  44114

Marcy L. Bryan
Forman, Perry, Watkins & Krutz
1200 One Jackson Place
188 East Capitol Street
Jackson, MS 39201

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH  44115

David Clark, Esq.
Bradley Arant Rose & White LLP
188 East Capitol Street, Suit 450
Jackson, MS 39201

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building, Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Benjamin E. Griffith
Griffith & Griffith
123 South Court Street
P.O. Box 1680
Cleveland, MS 38732

Dean A. Hanley
Paul & Hanley, LLP
4905 Central Avenue
Suite 200
Richmond, CA 94804

Susan M. Hanson
Stich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

Joel J. Henderson, Esq.
Henderson & Dantone
P.O. Box 778
Greenville, MS 38702-0778

Edward Houff
Church & Houff, P.A.
The B&O Building
Suite 600
2 North Charles Street
Baltimore, MD 21201

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
1300 AmSouth Center
Jackson, MS 39215

Gerald H. Jacks, Esq.
Jacks, Adams, & Westerfield
P.O. Box 1209
Cleveland, MS 38732-1209

William B. Kirksey, Esq.
Kirksey & Associates
P.O. Box 33
Jackson, MS 39205-0033

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
991 East Byrd Street
Richmond, VA 23219

Michael T. Lewis, Esq.
Pauline S. Lewis, Esq.
Lewis & Lewis
519 First Street
P.O. Box 1600
Clarksdale, MS 38614-1600

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
38 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West, Suite 410
Houston, TX 77018

Ronald B. Rubin, Esq.
Rubin & Rubin, Chartered
One Church Street
Suite 301
Rockville, MD 20850

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Russell K. Scott
Joseph B. McDonnell
Greensfelder, Hemker & Gale
33 Bronze Pointe
Belleville (Swansea), IL 62226

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard, Sixth Floor
Lost Angeles, CA  90025

John A. Slevin
Vonachen, Lawless, Trager & Slevin
456 Fulton Street, Suite 425
Peoria, IL 61602

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, LLP
Centre Square West, 15th Floor
Philadelphia, PA  19102

Robet E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobacot Building
Detroit, MI  48226

Frank S. Thackston, Jr., Esq.
Lake Tindall, LLP
127 South Poplar
P.O. Box 918
Greenville, MS 38702-0918

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

Thomas E. Vaughn, Esq.
Allen, Vaughn, Cobb & Hood, P.A.
P.O. Drawer 240
Gulfport, MS 39502-0240

Harry F. Wartnick
Wartnick, Chaber, Harowitz & Tigerman
101 California St., Ste. 2200
San Francisco, CA  94111

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, NE
P.O. Box 998
Cedar Rapids, IA  52406

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 25 2001

FILED
CLERK'S OFFICE

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN __JULY 9, 2001__

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004

(2) Plaintiffs in N.D California and Perey
Doval potential "tag-alongs" oppose
transfer to E.D Pennsylvania

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

**X** ___   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties.  Panel Rule 16.1(e) states that:

Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

___   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

___   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

| Date | Name | Authorized Signature |
|---|---|---|
| | | |

Party/Parties Represented, District(s) & Civil Action Number(s) (**list even if waiving**):

Rolando Doval; Consuelo Doval; Floyd Rogers; Margaret Rogers;
Herbert Grossich; Elaine Grossich; Dall DeWeese; Tomianne Wiley;
Dianna Edwards, as Personal Representative of Maurice Apley, Decedent;
and Joseph Perey, et al.

Name and Address of Attorney Designated to Present Oral Argument:

Harry F. Wartnick, ESQ., State Bar No. 54761
101 California Street, Suite 2200
San Francisco, California 94111
Telephone (415) 986-5566

Telephone No.: _____

**ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.***

JPML Form 9 (4/01)

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

JUL 25 2001

FILED
CLERK'S OFFICE

THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN __JULY 9, 2001__

TO:   Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

(3) Plaintiff in N.D. California Perez potential tag-along -- oppose transfer to E.D Pennsylvania

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

__X__   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

| July 5, 2001 | Dean A. Hanley | /s/ |
|---|---|---|
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) (**list even if waiving**):
Plaintiffs in Joseph Perez, et al. v Center for Claims Resolution
C.A. No. 3:01 - 1627

Name and Address of Attorney Designated to Present Oral Argument:
Harry F. Wartnick
WARTNICK, CHABER, HAROWITZ & TIGERMAN
101 California Street, Suite 2200
San Francisco, CA 94111

Telephone No.: (415) 986-5566

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/01)

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the foregoing Notice of Presentation or Waiver of Oral Argument to be served by first-class mail on July 6, 2001 on all counsel listed on the attached Panel Service List, as well as upon the following persons:

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Richard M. Wyner
Shea & Gardner
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036

DATED: July 6, 2001

Dean A. Hanley

INVOLVED COUNSEL LIST
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Richard C. Binzley
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH 44114

Marcy L. Bryan
Forman, Perry, Watkins & Krutz
1200 One Jackson Place
188 East Capitol Street
Jackson, MS 39201

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Benjamin E. Griffith
Griffith & Griffith
123 South Court Street
P.O. Box 1680
Cleveland, MS 38732

Dean A. Hanley
Paul & Hanley, LLP
4905 Central Avenue
Suite 200
Richmond, CA 94804

Susan M. Hanson
Stich, Angell, Kreidler & Muth
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

Joel J. Henderson
Henderson & Dantone
P.O. Box 778
Greenville, MS 38702

Edward Houff
Church & Houff, P.A.
The B&O Building, Suite 600
2 North Charles Street
Baltimore, MD 21201

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
1300 AmSouth Center
Jackson, MS 39215

Gerald H. Jacks
Jacks, Adams & Norquist
P.O. Box 1209
Cleveland, MS 38732

William B. Kirksey
Kirksey & Associates
P. O. Box 33
Jackson, MS 39205

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Michael T. Lewis
P.O. Box 1209
Cleveland, MS 38614

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

INVOLVED COUNSEL LIST (Cont.) MDL-875                                                              PAGE 2

Frank S. Thackston, Jr.
Lake Tindall, LLP
P.O. Box 918
Greenville, MS  38702

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Box 240
1528 East Beach Boulevard
Gulfport, MS  39502

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA  52406