TO: Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 25 2001

FILED
CLERK'S OFFICE

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

____ This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

__X__ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

____ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

| July 5, 2001 | John A. Slevin | [signature] |
|---|---|---|
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) **(list even if waiving)**:

    Estate of Thomas F. Lowry
    Estate of Richard Q. Ricca
    Estate of George Joseph Frazee

Name and Address of Attorney Designated to Present Oral Argument:



Telephone No.: (309) 676-8986

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

IMAGED JUL 26 '01          JPML Form 9 (4/01)

o:\jas\wk\CCR cert of service2  JAS/bec 07/05/01

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

---

IN RE ASBESTOS PRODUCTS
LIAB. LITIG. (NO. VI)

---

This Document Relates to:

THOMAS F. LOWRY, III, Individually and as Special Administrator of the Estate of THOMAS F. LOWRY, Deceased; LYNNE LaVETTA RICCA, Individually, and as Administrator of the Estate of RICHARD Q. RICCA, Deceased; and FREDA FRAZEE, Individually and as Special Administrator of the Estate of GEORGE JOSEPH FRAZEE, Deceased,

        Plaintiffs,
vs.

THE CENTER FOR CLAIMS RESOLUTION, INC.; AMCHEM PRODUCTS, INC.; C.E. THURSTON & SONS, INC.; CERTAINTEED CORPORATION; DANA CORPORATION; PFIZER, INC.; QUIGLEY COMPANY, INC.; SHOOK & FLETCHER INSULATION CO.; T & N PLC.; and UNION CARBIDE CORPORATION (f/n/a UNION CARBIDE CHEMICALS & PLASTICS COMPANY, INC.),

        Defendants.

MDL 875 (Hon. Charles Weiner)

Case No. 00-1454
(C.D. of IL - Peoria Div.)



**VONACHEN, LAWLESS, TRAGER & SLEVIN**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the *Notice of Presentation or Waiver of Oral Argument* of Plaintiffs' counsel was served upon all involved counsel by enclosing a copy of same in envelope(s) addressed as follows:

To:   All Involved Counsel
      (see attached list)

and by depositing said envelope(s) with first-class postage fully prepaid in the U.S. Mail at Peoria, Illinois, or by hand delivering to the same address, on the ___5___ day of July, 2001.

                                                                               _____
                                                                                JOHN A. SLEVIN
                                                                                Attorney for Plaintiffs

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602
Ph:   (309) 676-8986
Fax:  (309) 676-4130

VONACHEN,
LAWLESS, TRAGER
& SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

2

Involved Counsel List
Docket No. 875
In Re Asbestos Products Liability Litigation (No. VI)

Richard C. Binzley
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Elizabeth R. Geise
Shea & Gardner
1800 Massachusetts Ave. N.W.
Washington, DC 20036

Susan M. Hanson
Stich, Angell, Kreidler & Muth
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Joseph B. McDonnell
Greensfelder, Hemker & Gale
33 Bronze Pointe
Suite 100
Swansea, IL 62226

Ronald L. Motley
Ness, Motley, Loadholdt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd., 6th Floor
Los Angeles, CA 90025

John A. Slevin
Vonachen, Lawless, Trager & Slevin
456 Fulton Street, Suite 425
Peoria, IL 61602

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Center Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406