IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| RICHARD F. BUTCHER<br>207 Norfolk Avenue<br>Colonial Heights, Virginia 23834 | * * * | CIVIL ACTION |
| Plaintiff, | * | |
| v. | * | NO. 2:01cv487 |
| AMERICAN STANDARD, INC., d/b/a<br>WESTINGHOUSE AIR BRAKE CO., et al | * * | MDL- 875 |
| | | RECOMMENDED ACTION |
| Defendants | * | VACATE CTO-200 -- 1 ACTION |
| | * | Approved/Date: MJB(forTMK) 7/25/01 |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DISMISSAL

The plaintiff, Mr. Richard Butcher, individually and by counsel respectfully file this Notice of Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and for good cause state:

1) That this action was erroneously filed in this court as counsel is not admitted to the United States District Court for the Eastern District of Virginia (although counsel is admitted in the United States Court of Appeals for the Fourth Circuit and the United States District Court for the State of Maryland); and,

2) That no defendants have been served in this case; that no summonses have been issued; and that no answer to the complaint has been filed by any of the named defendants.

3) That pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, a plaintiff may dismiss a case without order of court by filing a notice of dismissal (at any time before an answer or motion for summary judgment is filed by any defendant).

WHEREFORE, the plaintiff individually and through counsel, Paul A. Weykamp, hereby dismisses the above-captioned action.

Respectfully submitted:

_____
Mr. Richard Butler
207 Norfolk Avenue
Colonial Heights, Virginia  23834

_____
Paul A. Weykamp
Suite 300
110 Saint Paul Street
Baltimore, MD 21202
Tel: 410-539-2214