JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 26 2001

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Butcher v. American Standard*, E.D. Virginia, C.A. No. 2:01-287

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Butcher*) on June 26, 2001. In the absence of any opposition the conditional transfer order was finalized with respect to *Butcher* on July 12, 2001. The Panel has now been advised, however, that *Butcher* was dismissed and closed in the Eastern District of Virginia on April 25, 2001, pursuant to plaintiff's notice of dismissal.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-200" filed on June 26, 2001, is hereby VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

IMAGED JUL 27 '01