JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUL 27 2001

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY :
LITIGATION (NO. VI) :
_____x

This Document Relates to: : CIVIL ACTION NO. MDL 875

Law Offices of Louis Robles :

United States District Court :
District of Utah :

Ralph MANGEL, No. 2:97-CV-0030-G :   FILED  JUN 2 2 2001

[In the event the above-listed case :
is a multiple plaintiff (victim) :
action, this transfer is for the :
above-named party only, or said :
party's representative, and any :
spousal or dependent actions.] : MDL-_____
_____x  RECOMMENDED ACTION

Approved/Date: _____

SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the District of Utah, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are

IMAGED JUL 31 '01

hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the District of Utah for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 6/21/01

_____
Charles R. Weiner          J.

**ENTERED**

JUN 2 5 2001

**CLERK OF COURT**