**MDL 875**

# KAESKE · REEVES LLP
### ATTORNEYS AT LAW

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 30 2001

FILED
CLERK'S OFFICE

July 27, 2001

VIA FACSIMILE: 202-502-2888

Mr. Michael Beck, Clerk
Judicial Panel on Multi District Litigation
1 Columbus Circle, N.E.
Federal Judiciary Building
Room G-225
Washington, DC 20002

PLEADING NO. 3230

Re:  **Baden, et al. vs. BPU Reynolds, Inc., et al.**, Civil Action No. C-01-288,
Southern District of Texas, Corpus Christi Division.

Dear Mr. Beck:

This letter is to serve as notice that Plaintiffs oppose the Panel's Conditional Transfer Order of the above-mentioned case to MDL Docket No. 875.

Thank you.

Sincerely,

*Judy Bradshaw*

Judy D. Bradshaw
Kaeske-Reeves, L.L.P.

cc: All Counsel of Record (via facsimile)

6301 GASTON AVENUE SUITE ... FAX (214) 821-0977

**OFFICIAL FILE COPY**
IMAGED JUL 31 '01