8-01-2001 2:41PM FROM COXWELL LAW FIRM 601 948-7997 P.3

Case MDL No. 875 Document 3232 Filed 08/02/01 Page 1 of 11

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 2 2001

FILED
CLERK'S OFFICE

# MDL 875

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: § § § | MDL 875 |
| Asbestos Product Liability Litigation (No. VI) § | |
| This Document Relates To: | |
| DON MOSLEY AS WRONGFUL DEATH § BENEFICIARY OF JANIS MOSLEY, ET AL. § § Plaintiffs, § § vs. § § ACANDS, ET AL. § § § § Defendants § | CIVIL ACTION 1:01CV251GR UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, SOUTHERN DIVISION |

## NOTICE OF OPPOSITION TO CTO-201

The Plaintiffs file their Notice of Opposition to Conditional Transfer Order 201 entered July 19, 2001, and would show as follows:

1. This action was recently removed form Mississippi State Circuit Court based upon alleged "federal enclave" jurisdiction. It is a multi-plaintiff case against multiple defendants. Only two plaintiffs allegedly form the basis for the assertion of federal jurisdiction by the Defendants.

2. The Plaintiffs in this case have file a motion to remand in the Southern District of Mississippi, which motion has not yet been ruled upon.

3. The Plaintiffs oppose the transfer of this case because (a) the motion to remand is pending, and will likely be decided in favor of returning the case to state court; (b) the

PLEADING NO. 3232

OFFICIAL FILE COPY IMAGED AUG 6 '01

E:\network\Asbestos\Mosley v Armstrong World.HolmesCounty\Federal Removal Pleadings\Notice of Opposition to CTO-201.doc

Defendant's admit they were not unanimous in their removal based on Federal Enclave Jurisdiction making the remand substantially defective per 5th Circuit precedent; (c) even the tenuous basis for federal jurisdiction allegedly applies only to two plaintiff's claims against four defendants; (d) all "common" asbestos discovery has been completed in MDL 875 as a whole, even before this particular case was filed; and (e) the transfer would cause immeasurable delay in the prosecution and trial of this case.

WHEREFORE, Plaintiff's hereby give notice under Rule 7.4 that they oppose the conditional transfer order, pray that their case not be transferred to MDL 875, and that they receive all other relief to which they are entitled.

Respectfully submitted,

J. CHRISTOPHER KLOTZ
COXWELL & ASSOCIATES, PLLC
213 South Lamar Street
Jackson, Mississippi 39201
Telephone: (601) 948-1600

By: _____
J. CHRISTOPHER KLOTZ
MS Bar No. 9319
Attorneys for Plaintiff

Edward Blackmon, Jr.
Blackmon & Blackmon
907 W. Peace Street
Canton, Mississippi 39046
Telephone: (01) 859-1567

8-01-2001 2:42PM FROM COXWELL LAW FIRM 601 948 7097 P.5

Case MDL No. 875   Document 3232   Filed 08/02/01   Page 3 of 11

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 2 2001

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Opposition was served via U.S. Mail to all counsel of record in the attached counsel list on the 1st day of August, 2001.

J. CHRISTOPHER KLOTZ

Don Mosley, as Wrongful Death Beneficiary for Janis Mosley, et al.
v.
AcandS, Inc., et al.
Holmes County Circuit Court; No. 2000-248

## MOSLEY MASTER SERVICE LIST

| | |
|---|---|
| Dresser Industries, Inc. | Davis A. Barfield, Esquire<br>Kimberly P. Wallace<br>Barfield & Associates<br>Attorneys at Law, P. A.<br>233 East Capitol Street<br>Post Office Drawer 3979<br>Jackson, Mississippi 39207-3979<br>Telephone: 601.968.9420 |
| AcandS, Inc. | David A. Barfield, Esquire<br>Kimberly P. Wallace<br>Barfield & Associates<br>Attorney at Law, P. A.<br>233 East Capitol Street<br>Post Office Drawer 3979<br>Jackson, Mississippi 39207-2979<br>Telephone: 601.968-9420 |
| Kelly-Moore Paint Co. | Ronald G. Peresich<br>Michael E. Whitehead<br>Page, Mannino, Peresich & McDermott, PLLC<br>759 Vieux Marche' Mall<br>Post Office Drawer 289<br>Biloxi, MS 39533<br>Telephone: 228.374.2100<br>Facsimile: 228.432.5539 |
| Harbison Walker Refractories Company | Thomas E. Vaughn, Esquire<br>Allen, Vaughn, Cobb & Hood, P.A.<br>Post Office Drawer 240<br>Gulfport, Mississippi 39502-0240<br>Telephone: 228.863.5575<br>Facsimile: 228.863.5523 |

7/9/01

| | |
|---|---|
| Brandon Drying Fabrics, Inc. | Matthew F. Powers, Esquire<br>SAMSON & POWERS, PLLC<br>2400 13th Street (39501)<br>Post Office Box 1417<br>Gulfport, Mississippi 39502<br>Telephone: 228.822.1109<br>Facsimile: 228.822.2317 |
| Crown Cork & Seal | Michael N. Watts, Esquire<br>HOLCOMB DUNBAR<br>1217 Jackson Avenue<br>Post Office Box 707<br>Oxford, Mississippi 38655-0707<br>Telephone: 662.234.8775<br>Facsimile: 662.238.7552 |
| Champion International Corp. | Phil B. Abernethy<br>Butler, Snow, O'Mara, Stevens & Cannada, PLLC<br>Post Office Box 22567<br>Jackson, Mississippi 39225-2567<br>Telephone: 601.948.5711<br>Facsimile: 601.949.4555 |
| Ford Motor Company | Walker Jones, III, Esq.<br>Baker, Donelson, Bearman & Caldwell<br>4268 I-55 North<br>P. O. Box 14167<br>Jackson, Mississippi 39236-4167<br>Telephone: 601.351-2413<br>Facsimile: 601.592-2413 |
| Federal Mogul Products, Inc.<br>F/k/a Moog Automotive<br>Merged w/ Wagner Electric Corp. | Shiela M. Bossier<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Telephone: 601.960.8600<br>Facsimile: 601.960.8613 |
| BorgWarner Corp. | Thomas W. Tyner, Esquire<br>Aultman, Tyner, Ruffin & Yarborough, Ltd.<br>315 Hemphill Street<br>Post Office Drawer 750<br>Hattiesburg, Mississippi 39403-0750<br>Telephone: 601.583.2671<br>Facsimile: 601.583.2677 |

| | |
|---|---|
| A. W. Chesterton Company | Kevin D. Graham<br>EDWARD B. McDONOUGH, JR., P. C.<br>Post Office Box 1943<br>Mobile, AL 36633<br>Telephone: 334.432.3296 |
| Mt. Vernon Mills Inc. | Walter W. Dukes<br>Dukes, Dukes, Keating & Faneca, P.A.<br>2909 – 13th Street, Sixth Floor<br>Gulfport, Mississippi 39501<br>Telephone: 228.868.1111<br>Facsimile: 228.863.2886 |
| J. T. Thorpe Company | Shiela M. Bossier<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Telephone: 601.960.8600<br>Facsimile: 601.960.8613 |
| Weavexx Corporation | Mark W. Garriga<br>Butler, Snow, O'Mara, Stevens & Cannada, PLLC<br>17th Floor, Am South Plaza<br>210 E. Capitol Street<br>Post Office Box 22567<br>Jackson, Mississippi 39225-2567<br>Telephone: 601.948-5711 |
| Cleaver-Brooks Division of<br>Aqua Chem, Inc. | Patrick R. Buchanan<br>Alan K. Sudduth<br>Brown, Watt & Buchanan, P.A.<br>P. O. Box 2220<br>Pascagoula, MS 39567<br>Telephone: 228.762.0035<br>Facsimile: 228.762.0299 |
| Asten, Inc. | Ronald D. Collins<br>Forrest Ren Wilkes<br>Craig E. Brasfield<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Suite 1200<br>One Jackson Place<br>188 East Capitol Street<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Telephone: 601.960.8600 |

| | |
|---|---|
| AlliedSignal Inc. | Edward J. Currie, Jr.<br>Kristi A. Duncan<br>CURRIE JOHNSON GRIFFIN GAINES & MYERS<br>Mississippi Valley Title Insurance Building<br>315 Tombigbee Street, 5th Floor<br>P. O. Box 750<br>Jackson, MS 39205-0750<br>Telephone: 601.969.1010<br>Facsimile: 601.969.5120 |
| United States Gypsum Company | Walter G. Watkins<br>Marcy L. Bryan<br>James H. Bolin<br>FORMAN PERRY WATKINS KRUTZ & TARDY<br>Suite 1200<br>One Jackson Place<br>188 East Capitol Street<br>Post Office Box 22608<br>Jackson, MS 39225-2608<br>Telephone: 601.960.8600 |
| Quigley Company, Inc. | David W. Clark<br>Bradley, Arant, Rose & White, LLC<br>188 East Capitol Street<br>Post Office Box 1789<br>Jackson, Mississippi 39215-1789<br>Telephone: 601.948.2121<br>Facsimile: 601-948-3000 |
| Amchem Products, Inc. | Walter G. Watkins<br>Marcy L. Bryan<br>James H. Bolin<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Suite 1200<br>One Jackson Place<br>188 East Capitol Street<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Telephone: 601.960.8600 |

| | |
|---|---|
| Shook & Fletcher Insulation Co. | Walter G. Watkins<br>Marcy L. Bryan<br>James H. Bolin<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Suite 1200<br>One Jackson Place<br>188 East Capitol Street<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Telephone: 601.960.8600 |
| Pfizer, Inc. | David W. Clark<br>Bradley, Arant, Rose & White, LLC<br>188 East Capitol Street<br>Post Office Box 1789<br>Jackson, Mississippi 39215-1789<br>Telephone: 601.948.2121<br>Facsimile: 601.948.3000 |
| Armstrong World Industries, Inc. | Walter G. Watkins<br>Marcy L. Bryan<br>James H. Bolin<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Suite 1200<br>One Jackson Place<br>188 East Capitol Street<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Telephone: 601.960.8600 |
| Union Carbide Corporation | Walter G. Watkins<br>Marcy L. Bryan<br>James H. Bolin<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Suite 1200<br>One Jackson Place<br>188 East Capitol Street<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Telephone: 601.960.8600 |

| | |
|---|---|
| Dana Corporation | Walter G. Watkins<br>Marcy L. Bryan<br>James H. Bolin<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Suite 1200<br>One Jackson Place<br>188 East Capitol Street<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Telephone: 601.960.8600 |
| National Service Industries, Inc. | Walter G. Watkins<br>Marcy L. Bryan<br>James H. Bolin<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Suite 1200<br>One Jackson Place<br>188 East Capitol Street<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Telephone: 601.960.8600 |
| Mississippi Rubber and Specialty Co. | Karl R. Steinberger, Esquire<br>Colingo, Williams, Heidelberg, Steinberger &<br>McElhaney, P.A.<br>711 Delmas Avenue<br>Post Office Drawer 1407<br>Pascagoula, Mississippi 39568-1407<br>Telephone: 228.762.8021<br>Facsimile: 228.769.5238 |
| Coastal Rubber & Gasket Co., Inc.<br>A/k/a Industrial Rubber<br>and Specialty Company | Karl R. Steinberger, Esquire<br>Colingo, Williams, Heidelberg, Steinberger &<br>McElhaney, P.A.<br>711 Delmas Avenue<br>Post Office Drawer 1407<br>Pascagoula, Mississippi 39568-1407<br>Telephone: 228.762.8021<br>Facsimile: 228.769.5238 |

7/9/01

| | |
|---|---|
| Gulf Coast Marine Supply Co. | Thomas W. Tardy, III<br>Marcy L. Bryan<br>FORMAN PERRY WATKINS KRUTZ & TARDY<br>Suite 1200<br>One Jackson Place<br>188 East Capitol Street<br>Post Office Box 22608<br>Jackson, MS 39225-2608<br>Telephone: 601.960.8600 |
| DaimlerChrysler | J. Price Coleman<br>Walker Jones III<br>Baker, Donelson, Bearman & Caldwell<br>4268 I-55 North<br>Jackson, MS 39211<br>Telephone: 601.351.2400<br>Facsimile: 601.351.2424 |
| General Motors Corporation<br><br>**SEND ALL PLEADINGS<br>TO THIS ADDRESS** | Paul V. Cassisa, Jr.<br>BERNARD, CASSISA, ELLIOTT & DAVIS<br>P. O. Box 55490<br>Metairie, LA 70055-5490<br>Attn: Paul V. Cassisa, Sr.<br>Telephone: 504.834.2612<br>Facsimile: 504.838.9438 |
| Eagle, Inc. | Thomas W. Tardy, III<br>Stefan G. Bourn<br>FORMAN PERRY WATKINS KRUTZ & TARDY<br>Suite 1200<br>One Jackson Place<br>188 East Capitol Street<br>Post Office Box 22608<br>Jackson, MS 39225-2608<br>Telephone: 601.960.8600 |
| W. R. Grace & Company | William N. Graham<br>Aultman, Tyner, Ruffin & Yarborough, Ltd.<br>P. O. Drawer 750<br>Hattiesburg, MS 39403-0750<br>Telephone: 601.583.2671 |

7/9/01

| | |
|---|---|
| Mills Supplies, Inc. | Kay Hardage<br>Silas W. McCharen<br>Daniel, Cocker, Horton and Bell, P. A.<br>4400 Old Canton Road<br>Suite 1084<br>P. O. Box 1084<br>Jackson, Mississippi 39216-1084<br>Telephone: 601.969.7607<br>Facsimile: 601.969.1116 |
| The McCarty Corporation | David A. Barfield<br>Kimberly P. Wallace<br>Barfield & Associates<br>Attorneys at Law, P.A.<br>233 East Capitol Street<br>P. O. Drawer 3979<br>Jackson, MS 39207-3979<br>Telephone: 601.968.9420 |
| Guard-Line, Inc. | Robert W. Wilkinson<br>Dogan & Wilkinson, PLLC<br>734 Delmas Avenue<br>P. O. Drawer 1618<br>Pascagoula, MS 39568-1618<br>Telephone: 228.762.2272<br>Facsimile: 228.762.3223 or 762.8246 |

7/9/01