

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 6 2001

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL DOCKET NO. 875

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

<u>NOTICE OF OPPOSTION TO THE TRANSFER OF NM 01-750</u>

COMES NOW, the Plaintiff **JIMMY BRANHAM**, (hereinafter referred to as the "Plaintiff"), and submits this *Notice of Opposition to the Transfer of NM 01-750*, (under 28 U.S.C. 1407), to the United States District Court for the Eastern District of Pennsylvania. As grounds for this Notice, Plaintiff would allege and state:

1. NM-01-750 was improperly removed to the United States District Court for the District of New Mexico, in that the United States District Court for the District of New Mexico does not have jurisdiction over NM 01-750, and NM 01-750 cannot therefore be transfered to the United States District Court for the Eastern District of Pennsylvania.

3. A *Motion to Remand*, (and supporting brief), have been submitted in accordance with the Federal Rules of Civil Procedure, (as well as), the Local Rules of Procedure for the United States District Court for the District of New Mexico, seeking to remand NM 01-750 back to the Fifth Judicial District Court, County of Lea, State of New Mexico.

4. NM 01-750 should not be transferred until the motion to remand, (that was submitted timely), has been resolved.

5. Plaintiff has still not been served with the notice, motion, or other pleading which sought the instant transfer, and has only been provided this Court's *Conditional Transfer Order*.

IMAGED AUG 8 '01

OFFICIAL FILE COPY

PLEADING NO. 3233

6. This Notice is being submitted on August 03, 2001, (via facsimile), in accordance with the Conditional Transfer Order filed with the Judicial Panel on July 19, 2001.

Respectfully Submitted,

Bryan Arthur Collopy
COLLOPY LAW OFFICES
Post Office Box 2813
Hobbs, New Mexico 88241-2813
(505) 397-3608
(505) 397-1379 (facsimile)

(Attorney for the Plaintiff in NM 01-750)

## PROOF OF SERVICE

I hereby certify that I caused a true copy of the foregoing to be served on all parties, counsel, or other persons listed in the attached *panel list* of *Involved Counsel for Schedule CTO-201, Docket No. 875, In re Asbestos Products Liability Litigation (No. VI)*, (as well as), to the attached list of all counsel of record involved in NM 01-750, via first class mail, on August 02, 2001.

BRYAN ARTHUR COLLOPY

# INVOLVED COUNSEL FOR SCHEDULE CTO-201
## DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO.VI)

Douglas J. Balfour
Quane, Smith, Howard & Hull
P.O. Box 4229
Pocatello, ID 83205

Eleanore S. Baxendale
Givens, Pursley & Huntley
P.O. Box 2720
Boise, ID 83701

Jean L. Bertrand
Morgenstein & Jubelirer
One Market Spear Street
Spear Tower, 32nd Floor
One Market Plaza
San Francisco, CA 94105

V. Brian Bevon
Ness, Motley, Loadholt,
Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, L.L.P.
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Judy D. Bradshaw
Kaeske-Reeves, L.L.P.
6301 Gaston Avenue
Suite 735
Dallas, TX 75214

Christopher C. Burke
Cosho, Humphrey, Greener &
Welsh, P.A.
Carnegie Building
815 W. Washington Street
Boise, ID 83702

Kathleen G. Cahill
Seyfarth Shaw
101 California Street
Suite 2900
San Francisco, CA 94111

Michael P. Cascino
Cascino Vaughan Law Offices
403 West North Avenue
Chicago, IL 60610

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Paul V. Cassisa, Sr.
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
P.O. Box 55490
Metairie, LA 70055

William T. Causby
Nelson, Mullins, Riley &
Scarborough
Keenan Building, 3rd Floor
1330 Lady Street
P.O. Box 11070
Columbia, SC 29211

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

J. P. Coleman
Baker, Donelson, Bearman &
Caldwell
4268 I 55 North
Jackson, MS 39211

Bryan Arthur Collopy
P.O. Box 2813
Hobbs, NM 88241

P. Jay Cone, II
Ness, Motley, Loadholt,
Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Ronald B. Cox
Bowers, Orr & Dougall, LLP
P.O. Box 25389
Columbia, SC 29224

Edward J. Currie, Jr
Currie, Johnson, Griffin, Gaines
P.O. Box 750
Jackson, MS 39205

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Andrew J. Detherage
Barnes & Thornburg
11 S. Meridan Street
Suite 1313
Indianapolis, IN 46204

John H. Douglas
Smith, Maley & Douglas
201 North Illinois Street
Suite 1900
Indianapolis, IN 46204

Steven J. Estep
King & Spalding
191 Peachtree Street
Atlanta, GA 30303

Scott A. Farrow
Troutman Sanders, L.L.P.
5200 Nationsbank Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308

Tim L. Fields
Modrall, Sperling, Roehl, Harris
P.O. Box 2168
Albuquerque, NM 87103

Daniel T. Fitch
Stradley, Ronon, Stevens &
Young
2600 One Commerce Square
Philadelphia, PA 19103

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Gary O. Galiher
Galiher, DeRobertis, Nakamura
610 Ward Avenue
Suite 200
Honolulu, HI 96814

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Daniel J. Gordon
Stoel Rives LLP
101 South Capitol Blvd.
Suite 1900
Boise, ID 83702

William B. Griffin
Brobeck, Phleger & Harrison
One Market Plaza
Spear Street Tower
San Francisco, CA 94105

Richard E. Hall
Hall, Farley, Oberrecht &
Blanton
P.O. Box 1271
Boise, ID 83701

Susan M. Hanson
Stich, Angell, Kreidler & Muth
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

Robin C. Hoblit
Chaves, Gonzales & Hoblit
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, TX 78470

John C. Holmgreen, Jr.
Gary Thomasson, et al.
P.O. Box 2888
Corpus Christi, TX 78403

Robert H. Hood
Hood Law Firm
172 Meeting Street
P.O. Box 1508
Charleston, SC 29402

Charles Johnson, III
Johnson, Olson
P.O. Box 1725
Pocatello, ID 83204

David E. Kerrick
Alexanderson, Davis, Rainey
P.O. Box 26
Caldwell, ID 83605

Douglas B. King
Wooden & McLaughlin
1600 Capital Center South
201 North Illinois Street
Indianapolis, IN 46204

John M. Klamann
Klamann & Hubbard, P.A.
7101 College Blvd.
Suite 120
Overland Park, KS 66210

J. Christopher Klotz
Coxwell & Associates, PLLC
213 South Lamar Street
Jackson, MS 39201

Laurie D. Kohli
George, Hull & Porter
P.O. Box 2286
Seattle, WA 98111

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Roger B. Lane
Lane & Gossett, P.C.
1601 Reynolds Street
Brunswick, GA 31520

Christopher D. Lee
Kahn, Dees, Donovan & Kahn
501 Main Financial Plaza
Suite 305
P.O. Box 3646
Evansville, IN 47712

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Anthony J. Majestro
Masters & Taylor, L.C.
181 Summers Street
Charleston, WV 25301

Mary A. Malatesta
Tilly & Graves, P.C.
1050 17th Street
Independence Plaza
Suite 2500
Denver, CO 80265

Christopher D. Mauriello
Wallace & Graham, P.A.
525 N. Main Street
Salisbury, NC 28144

Kenneth B. McClain
Humphrey, Farrington &
McClain, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051

John R. McGhee
Kay, Casto & Chaney
P.O. Box 2031
Charleston, WV 25327

Michael W. Moore
Lynch, Moore, Baskin & Parker
P.O. Box 739
Boise, ID 83701

Ronald L. Motley
Ness, Motley, Loadholt,
Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

E. Spencer Parris
Jones, Martin, Parris & Tessener
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

Charles K. Reed
Long, Aldridge & Norman
303 Peachtree Street, N.E.
5300 One Peachtree Center
Atlanta, GA 30308

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Jerry R. Rigby
Rigby, Thatcher, Andrus, Rigby & Kam
P.O. Box 250
Rexburg, ID 83440

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

William D. Serritella
Ross & Hardies, P.C.
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601

N. R. Smith
Merrill & Merrill
P.O. Box 991
Pocatello, ID 83201

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Katherine M. Steele
Steele & Sales, P.S.
700 Fifth Avenue
Suite 5511
Seattle, WA 98104

Robert E. Swickle
Jaques Admiralty Law Firm
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Thomas Tyner
Aultman, Tyner, McNeese
315 Hemphill Street
P.O. Drawer 750
Hattiesburg, MS 39402

Harry F. Wartnick
Wartnick, Chaber, Harowitz
101 California Street
Suite 2200
San Francisco, CA 94111

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Robert W. Wilkinson
Dogan & Wilkinson
P.O. Box 1618
726 Delmas Avenue
Pascagoula, MS 39568

## COUNSEL OF RECORD FOR NM 01-750

John M. Wells, Esquire
Post Office Box 1787
Albuquerque, New Mexico 87103

Attorney for Defendant AC&S, Inc.


William P. Gralow, Esquire
Judicth M. Oliva, Esquire
CIVEROLO, GRALOW and HILL
Post Office Drawer 887
Albuquerque, New Mexico 87103-0887

Attorneys for Defendant Combustion Engineering, Inc.


Robert Warburton, Esquire
SHEEHAN, SHEEHAN and STELZNER, PA
Post Office Box 271
Albuquerque, New Mexico 87102

Attorney for Defendant Crown Cork and Seal


Charlotte Lamont, Esquire
Post Office Box 1276
Albuquerque, New Mexico 87103-1276

Attorney for Defendant Foster-Wheeler Energy Company


Stephen M. Williams, Esquire
Michael C. Ross, Esquire
MILLER, STRATVERT and TORGESON, P.A.
Post Office Box 25687
Albuquerque, New Mexico 87125

Attorneys for Defendant Garlock, Inc.


Tim L. Fields, Esquire
MODRALL, SPERLING, ROEHL, HARRIS and SISK
Post Office Box 2168
Albuquerque, New Mexico 87103-2168

Attorney for Defendant Gasket Holding

Thomas R. Mack, Esquire
MILLER, STRATVERT and TORGESON, P.A.
Post Office Box 25687
Albuquerque, New Mexico 87125

Attorney for Defendant General Refractories Company


Bruce H. Strotz, Esquire
FAIRFIELD, FARROW, FLOWERS, PIERSON and STROTZ
2400 Louisiana Boulevard, North East
Building AFC 3, Suite 100
Albuquerque, New Mexico 87110

Mary Ellen Gambino, Esquire
MORGENSTEIN and JUBELIRER, LLP
One Market, Spear Street Tower, 32nd Floor
San Francisco, California 94105

Attorneys for Defendant Georgia-Pacific Corporation


Robert W. Wilkinson, Esquire
Benjamin A. White, Esquire
DOGAN and WILKINSON
726 Delmas Avenue
Pascagoula, Mississippi 39568-1618

Attorneys for Defendant Guardline


Tim L. Fields, Esquire
MODRALL, SPERLING, ROEHL, HARRIS and SISK
Post Office Box 2168
Albuquerque, New Mexico 87103-2168

Attorney for Defendant Harbison-Walker Refractories


Tim L. Fields, Esquire
MODRALL, SPERLING, ROEHL, HARRIS and SISK
Post Office Box 2168
Albuquerque, New Mexico 87103-2168

Attorney for Defendant Indresco

Thomas R. Mack, Esquire
MILLER, STRATVERT and TORGESON, P.A.
Post Office Box 25687
Albuquerque, New Mexico 87125

Attorney for Defendant Kelly-Moore Paint Company


Douglas G. Schneebeck, Esquire
Megan T. Muirhead, Esquire
MODRALL, SPERLING, ROEHL, HARRIS and SISK
Post Office Box 2168
Albuquerque, New Mexico 87103-2168

Attorneys for Defendant Minnesota Minning and Manufacturing


Dennis H. Markusson, Esquire
William B. Stanton, Esquire
MARKUSSON, GREEN and JARVIS, P.C.
999 Eighteenth Street, Suite 3300
Denver, Colorado 80265

Attorneys for Defendant North American Refractories Company


Bruce H. Strotz, Esquire
FAIRFIELD, FARROW, FLOWERS, PIERSON and STROTZ
2400 Louisiana Boulevard, North East
Building AFC 3, Suite 100
Albuquerque, New Mexico 87110

Mary Ellen Gambino, Esquire
MORGENSTEIN and JUBELIRER, LLP
One Market, Spear Street Tower, 32nd Floor
San Francisco, California 94105

Attorneys for Defendant Owens-Illinois, Inc.


Tim L. Fields, Esquire
MODRALL, SPERLING, ROEHL, HARRIS and SISK
Post Office Box 2168
Albuquerque, New Mexico 87103-2168

Attorney for Defendant Quigley Company

Terrence P. Yenson, Esquire
YENSON, LYNN, ALLEN and WOSICK, P.C.
5100 Indian School Road, North East
Albuquerque, New Mexico 87110

Joel Slowatsky, Esquire
RUBIN BAUM, LLP
30 Rockefeller Plaza
New York, New York 10112

Attorneys for Defendant Rapid American Corporation


Alan C. Torgerson, Esquire
MILLER, STRATVERT and TORGESON, P.A.
Post Office Box 25687
Albuquerque, New Mexico 87125

Paul Hamilton, Esquire
Todd D. Ogden, Esquire
DeHAY and ELLISTON, LLP
3500 Bank of America Plaza
901 Main Street
Dallas, Texas 75202-3736

Attorneys for Defendant Riley Stoker Corporation


Nathan H. Mann, Esquire
GALLAGHER, CASADOS and MANN, PC
317 Commercial North East, Second Floor
Albuquerque, New Mexico 87102

Attorney for Defendant Synkloid Group


Tim L. Fields, Esquire
MODRALL, SPERLING, ROEHL, HARRIS and SISK
Post Office Box 2168
Albuquerque, New Mexico 87103-2168

Attorney for Defendant US Gypsum Company


James R. Payne, Esquire
FAIRCHILD, PRICE, THOMAS, HALEY and WILLINGHAM
440 Louisiana Street, Suite 2110
Houston, Texas 77002-4205

Attorney for Defendant J.T. Thorpe

# COLLOPY LAW OFFICES
ATTORNEYS AND COUNSELORS

MICHAEL JOHN COLLOPY*

BRYAN ARTHUR COLLOPY

*N.M. Board Recognized Specialist in Family Law

*National Board of Trial Advocacy Board Certified Family Law Trial Specialist

Post Office Box 2813
Hobbs, New Mexico 88241

Telephone: (505) 397-3608
Facsimile: (505) 397-1379

203 EAST SANGER STREET
HOBBS, NEW MEXICO 88240

AUXILIARY OFFICE

11 West Central
Lovington, New Mexico 88260

## TELECOPY TRANSMITTAL SHEET

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED BELOW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY UNAUTHORIZED DISSEMINATION, DISTRIUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AT (505) 397-3608. THANK YOU.

Date Transmitted: Friday, August 03, 2001        Time: 1:28 PM

Fax to: Michael J. Beck, Clerk of the Panel
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Telephone: (202) 502-2888

Re: *In re Asbestos Product Liability Litigation (No. VI),*
*MDL-875 (CTO-201)*

*Jimmy Boyd Branham v. Able Supply Co., et al.*
*United States District Court, District of New Mexico, No. CV-01-750*

(X) For your information        (X) As you requested
(X) Please respond              ( ) As we discussed

Comments: Mr. Beck,

Enclosed is Plaintiff's Notice of Opposition to the Conditional Transfer Order. Please file the enclosed, and notify me of any further action(s) on my part. Original to follow via US mail.

You should receive 10 pages of copy including this cover page.
Please notify us immediately at (505) 397-3608 if not received properly.