**MDL 875**

AUG 0 7 2001

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUSTIN SHANE WOOLEY        PLAINTIFF

VS.        MDL NO.: 875

INTERNATIONAL PAPER COMPANY and
F. BRADLEY BIGGAR, INDIVIDUALLY

IN RE: ASBESTOS PRODUCTS

REQUEST OF PLTF. JUSTIN SHANE WOOLEY FOR EXTENSION OF TIME TO FILE MOTION TO VACATE CTO -- GRANTED TO PLTF. JUSTIN SHANE WOOLEY TO AND INCLUDING AUGUST 10, 2001 (8/7/01 - cdm)

PLEADING NO. 3235

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

JUSTIN SHANE WOOLEY        PLAINTIFF

VS.        NO.: 1:01CV237GR

INTERNATIONAL PAPER COMPANY and
F. BRADLEY BIGGAR, INDIVIDUALLY        DEFENDANTS

### MOTION FOR ADDITIONAL TIME TO FILE MOTION
### AND BRIEF TO VACATE CONDITIONAL TRANSFER ORDER

NOW COMES the Plaintiff and moves the panel to grant him an additional twenty (20) days in which to file a Motion and Brief to vacate the Conditional Transfer Order which ordered this action transferred to the United States District Court for the Eastern District of Pennsylvania. In support of this Motion, Movant would show the following:

1.      Plaintiff is represented by two attorneys in this cause, but the undersigned is responsible for filing motions and briefs. This action was originally filed in state court and was removed by the Defendants to the U. S. District Court for the Southern District of Mississippi. A motion to remand has recently been filed in said court and has not yet been determined. Undersigned counsel was out of the United States at the time the Conditional Transfer Order was

**OFFICIAL FILE**      1      **IMAGED AUG 8 '01**

*Left voice message w/ Mr. Doug Wauda 8/7/01 cdm*

entered in this cause, only recently returned, and has had a heavy trial schedule and has had to file several briefs, one of which was filed in connection with the Motion to Remand this action to state court. More time had been obtained by associated counsel in connection with the filing of the Motion to Remand to state court, and the undersigned counsel failed to realize that a Motion and Brief opposing the Conditional Transfer Order entered in this case was due to be filed on August 6.

2. It is believed by the undersigned counsel that the multidistrict litigation in question herein involves only products liability litigation, and the action filed by Wooley against International Paper Company is a premises liability action which does not involve any product liability claim or theory. Furthermore, Plaintiff's counsel are of the opinion that their Motion to Remand this action to state court, from which it was removed to the U. S. District Court for the Southern District of Mississippi, is meritorious and should be sustained.

3. The undersigned counsel has not had time to determine what the multidistrict litigation involves in order to know what common questions of law and fact may or may not be involved in that litigation and in the action brought by the Plaintiff Justin Shane Wooley.

4. The undersigned counsel needs and requests the panel to grant him an additional twenty (20) days in which to submit his Motion to Vacate the Conditional Transfer Order and supporting brief herein.

Respectfully submitted,

**JUSTIN SHANE WOOLEY**

BY: *John H. Downey*
JOHN H. DOWNEY
DOUG WADE
**ATTORNEYS FOR PLAINTIFF**

2

**OF COUNSEL:**

Doug Wade, Esq., MSB# 6852
**ATTORNEY AT LAW**
405 Tombigbee Street
Jackson, MS 39201-4704
Telephone: (601) 354-8930
Facsimile: (601) 354-5548

John H. Downey, MSB #6178
**RHODEN, LACY, DOWNEY & COLBERT**
111 Park Circle Drive
Post Office Box 13762
Jackson, Mississippi 39236-3762
Telephone: (601) 932-1155
Facsimile: (601) 936-2515

## CERTIFICATE OF SERVICE

**THIS WILL CERTIFY** that I, John H. Downey, one of the attorneys for the plaintiff Justin Shane Wooley, have this day served a true and correct copy of the above and foregoing Motion for Additional Time to File Motion and Brief to Vacate Conditional Transfer Order to counsel for the Defendants International Paper Company and F. Brad Biggar by placing same in the United States Mail, postage fully prepaid, addressed as follows:

Michael O. Gwin, Esq.
**WATKINS & EAGER**
Post Office Box 650
Jackson, MS 39205-0650

**SO CERTIFIED** this 6th day of August, 2001.

**JOHN H. DOWNEY**

C:\JHD\WOOLEY\SHA\PLEA\MNOMOR\TIME.REA\...

RECEIVED
CLERK'S OFFICE
2001 AUG -7 A 8:31
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION