JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 8 2001

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WESTBROOK and MARLENE WESTBROOK, | No C-01-1661 VRW |
| Plaintiffs, | ORDER |
| v | |
| ASBESTOS DEFENDANTS (BHC), | |
| Defendants. | |

Invoking the federal officer removal statute, 28 USC § 1442(a)(1), and the military contractor defense, defendant Todd Shipyards Corp removed this asbestos related tort action to federal court on April 27, 2001. According to Todd, to the extent asbestos was used on its property, the United States Navy required it, giving rise to the military contractors defense and allowing removal. Presently before the court is plaintiffs' motion to remand. For the reasons that follow, the motion is GRANTED.

MDL- 875
RECOMMENDED ACTION

VACATE CTO-199 -- 1 ACTION
Approved/Date: _____

IMAGED AUG 10 '01

I

On March 14, 2001, plaintiffs Paul and Marlene Westbrook filed suit in the San Francisco superior court alleging personal injury and loss of consortium against numerous defendants, among them Todd. Plaintiff Paul Westbrook formerly worked with asbestos as an insulator and now suffers from asbestosis and asbestos-related pleural disease. He has an increased risk of developing further conditions, including cancer.

Plaintiffs' suit against Todd arises out of the operation of a facility at which plaintiff worked for certain subcontractors in the 1960s and 1970s. Plaintiff indicates that he worked as an insulator for both Owens Corning Fiberglass Corp (1960s and 1970s) and Roberts Brothers Construction Company (1974) on Todd's premises. Def Exhibits, Exh B, Complaint at 7 & 8. It is not clear from the complaint how much plaintiff worked on United States Navy ships at Todd's facilities.

Against Todd, plaintiffs allege only loss of consortium and "premises owner/contractor liability." Id at 2. This is in contrast with the numerous causes of action brought against other defendants. Plaintiffs allege that Todd:

1. "Should have recognized that the work of said contractors would create during the progress of the work, dangerous, hazardous, and unsafe conditions which could or would harm plaintiff and others unless special precautions were taken;"

2

2. "Knew or had reason to know, that the contractors it had selected and hired to install, remove, abate or otherwise handle asbestos-containing materials were unfit or unqualified to do so;" and

3. "Failed to use reasonable care to discover whether the contractors it selected and hired to install, remove, abate or otherwise handle asbestos-containing materials were competent or qualified to do so."

Id at 2-3. The precise nature of plaintiffs' allegations against Todd is murky in two ways.

First, the portions of the complaint cited above focus on the negligent hiring of subcontractors (numbers 2 and 3). But plaintiffs explicitly disclaim any claims based on negligent hiring in their reply brief in connection with this motion. In that brief, plaintiffs assert that their cause of action for premises owner/contractor liability has two components: (1) failure to warn of a dangerous condition on the premises; and (2) negligent exercise of retained control over the premises. Reply Br at 3 (citing Grahn v Tosco Corporation, 58 Cal App 4th 1373, 68 Cal Rptr 2d 806 (1997)).

The complaint also fails to make clear to what extent the insulating work that caused plaintiff's injuries was done on United States Navy ships. The complaint lists United States Navy ships and no private ships. But plaintiffs have disclaimed, in writing, any claims arising out of work done on United States Navy ships. See Leroy Decl, Exh A.

In any event, on April 27, 2001, Todd removed the case to this court. Plaintiffs now move to remand to state court.

//

## II

Todd bears the burden of establishing that removal is proper. Gaus v Miles, Inc, 980 F2d 564, 566 (9th Cir 1992). To remove a case falling within the federal-question grant of federal jurisdiction, a defendant would have to show that a federal question appears on the face of a well-pleaded complaint. See Louisville & Nashville R Co v Motley, 211 US 149, 152 (1908). An actual or anticipated federal defense would not justify removal. Id. Removal under the federal officer removal statute, however, is different. That statute allows removal on the basis of a federal defense.

Under 28 USC § 1442(a)(1), "[t]he United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, sued in an official or individual capacity for any act under color of such office" may remove to federal court. Removal is proper if the moving party can (1) demonstrate that it acted under the direction of a federal officer; (2) raise a colorable defense to plaintiffs' claims; and (3) demonstrate a causal nexus between plaintiffs' claims and acts it performed under color of federal office. Fung v Abex Corp, 816 F Supp 569, 571-72 (ND Cal 1992) (citing Mesa v California, 489 US 121, 124-25, 134-35 (1989)); Jefferson County, Alabama v Acker, 527 US 423, 431 (1999) (defense need only be colorable).

4

        In this case, Todd claims that it is shielded from liability by military contractors immunity. This doctrine was set forth in <u>Boyle v United Technologies Corp</u>, 487 US 500 (1988). The <u>Boyle</u> Court held that "[l]iability for design defects in military equipment cannot be imposed, pursuant to state law, when (1) the United States approved reasonably precise specifications; (2) the equipment conformed to those specifications; and (3) the supplier warned the United States about the dangers in the use of the equipment that were known to the supplier but not to the United States." Id at 512.

        Applying the <u>Mesa</u> test to the facts of this case, the court concludes that plaintiffs' motion to remand must be granted for two reasons. First, plaintiffs have asserted, in writing in the state court action, that: "Plaintiff's claims against defendant Todd Shipyards Corporation, exclude plaintiff's asbestos exposure at military and federal government jobsites and aboard U.S. Navy vessels." Leroy Decl, Exh A. To the extent this "stipulation" (as plaintiffs call it) is binding, Todd's ground for removal is eviscerated. If plaintiffs' claims arise only from work done on private ships, not under the direction of any federal officers, Todd's military contractor defense is unavailable.

        The question then is whether plaintiffs' written waiver is sufficient. The waiver of claims arising out of work done on federal jobsites and vessels is not a "stipulation" between the parties since Todd has not signed it. But another judge in this district has credited such a written disclaimer in a motion to remand. See <u>Overly v Raybestos-Manhattan</u>, 1996 WL 532150 at *3

1  (ND Cal 1996). In <u>Overly</u>, Judge Illston accepted the
2  plaintiffs' written waiver of claims related to design defects
3  and therefore granted the motion to remand. The court sees no
4  reason not to hold plaintiffs in this case to their waiver of
5  claims arising out of work done on federal jobsites and vessels.
6  This waiver, therefore, justifies remand. If plaintiffs later
7  attempt to reverse course, and are allowed to do so by the state
8  court despite their express waiver, Todd can always file for
9  removal once again.
10       The motion to remand is also appropriate for a second
11 reason. Even if plaintiffs' claims relate to work done on
12 United States Navy ships, it is not clear that they even
13 implicate the military contractors defense. In terms of the
14 <u>Mesa</u> test, prongs (2) or (3) are probably not met. This is
15 because the cause of action plaintiffs bring, based on premises
16 owner/contractor liability, does not turn simply on Todd's use
17 of asbestos. Rather, the claim appears to turn on a failure to
18 warn about the dangers of asbestos and negligent exercise of
19 retained control. The defense: "The Navy made me do it," does
20 not apply to either basis of liability. Todd has shown, through
21 the declaration of Roger B Horne (Exh I), the deposition of Tom
22 Hixson (Exh C) and various military specifications documents
23 (Exh J, K, L & M), that the Navy required Todd to use asbestos
24 insulation. But Todd has not shown that the Navy required it to
25 refrain from issuing warnings. Absent such a showing, Todd has
26 no colorable military contractor defense to a failure to warn
27 claim. See <u>In re Hawaii Federal Asbestos Cases</u>, 960 F2d 806,
28 812-13 (9th Cir 1992); <u>Overly</u>, 1996 WL 532150 at *4; see also

1  <u>Feidt v Owens Corning Fiberglas Corp</u>, 153 F3d 124, 129 (3d Cir
2  1998) (discussing district court's remand of failure to warn
3  claim in the face of a military contractors' defense, but
4  affirming remand based on 28 USC § 1447(d)).
5     Todd's military contractors defense would fare no
6  better with respect to the negligent exercise of retained
7  control claim. That claim, as explained in <u>Grahn v Tosco</u>, 58
8  Cal App 4th 1373, 68 Cal Rptr 2d 806 (1997), is premised on the
9  notion that "One who entrusts work to an independent contractor,
10 but who retains the control of any part of the work, is subject
11 to liability for physical harm to others for whose safety the
12 employer owes a duty to exercise reasonable care, which is
13 caused by his failure to exercise his control with reasonable
14 care." Id at 1393. The degree of control Todd retained in this
15 case is not clear. But accepting Todd's contention that it was
16 required by the Navy to use asbestos, the decision to use
17 asbestos cannot give rise to liability under this theory. Only
18 decisions within Todd's control, whether to have the workers use
19 breathers for example, could give rise to liability. Since Todd
20 alleges that only the use of asbestos was required by the Navy,
21 Todd's military contractor defense cannot shield Todd from
22 liability for negligent exercise of retained control.
23    As the court understands plaintiffs' claims, Todd lacks
24 a colorable military contractor defense. This means that Todd
25 cannot meet prong two of the <u>Mesa</u> test. Another way to describe
26 this situation is to say that Todd does have a colorable
27 military contractor defense, but it is limited to defending
28 against claims arising only out of the choice to use asbestos,

because that is the only action that was directed by the government. Under this rubric, it is prong three of the Mesa test that is not met as there is no causal connection between the acts performed under the government's orders and the claims brought by plaintiffs. Either way, given the court's understanding of plaintiffs' claims, Todd would be unable to demonstrate that removal was appropriate even if plaintiffs had not waived their claims arising out of work at government jobsites and on government vessels.

For these reasons, plaintiffs' motion to remand (Doc #3) is GRANTED. Plaintiffs seek an award of $1563.78, the amount they incurred in attorneys' fees bringing this motion to remand. Under 28 USC § 1447(c), the court may order a removing defendant to pay plaintiffs their "just costs and any actual expenses, including attorney fees, incurred as a result of removal." Whether to grant such an award is within the court's discretion. In this case, the removal was unnecessary. The day before Todd removed this action, plaintiffs waived their claims to damages arising out of work done on federal government jobsites and vessels. As a result, the court concludes that an award of fees is appropriate and awards the requested amount, $1563.78. The amount is supported by the Leroy declaration and appears reasonable.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District

Judge

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**AUG - 8 2001**

FILED
CLERK'S OFFICE

## PROOF OF SERVICE BY FACSIMILE TRANSMISSION

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, Novato, California, 94945.

On August 2, 2001, I transmitted the following documents:

NOTICE OF ENTRY OF ORDER REMANDING CASE TO STATE COURT

on the interested parties in this action by transmitting a true copy thereof to the following parties' facsimile machines:

SEE ATTACHED SERVICE LIST

The above document was transmitted by facsimile transmission and the transmission was reported as complete and without error. The attached transmission report confirming receipt was properly issued by the transmitting facsimile machine.

Executed on August 2, at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Angela Porterfield*
Angela Porterfield

Paul Westbrook, et al. v. Asbestos Defendants (BHC)
Civil Action Number C01-1661

BRAYTON♦PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. BOX 2109
NOVATO, CALIFORNIA 94945
(415) 898-1555

1

PROOF OF SERVICE BY FACSIMILE TRANSMISSION

```
PRINTED: 08/02/2001 BY AH                    BRAYTON PURCELL                              PAGE:   1
SORT BY: Attorney                            SERVICE LIST
CLIENTS: Paul (2000) H. Westbrook
```

| OSCAR E. ERICKSON, INCORPORATED | WALDRON, DUFFY, INC. | GARLOCK, INC. | BETHLEHEM STEEL CORPORATION |
|---|---|---|---|
| Adams, Nye, Sinunu & Walker | Archer Norris | Baronian Law Firm | Bassi, Martini & Blum |
| One Jackson Place | P.O. Box 8035 | 301 East Colorado Blvd. | 155 Sansome Street, Suite 700 |
| 633 Battery Street, 5th Floor | 2033 N. Main Street, Suite 800 | Suite 618 | San Francisco, CA 94104 |
| San Francisco, CA 94111 | Walnut Creek, CA 94596-3728 | Pasadena, CA 91101 | (415)397-9006     *415*397-133 |
| (415)982-8955     (415)982-2042 | (925)930-6600     (925)930-6620 | (626)568-0834     (626)449-4568 | |
| | | | |
| PARKER-HANNIFIN CORPORATION | DILLINGHAM CONSTRUCTION, N.A., I | BERRY & BERRY | J.T. THORPE & SON, INC. |
| Bassi, Martini & Blum | Becherer, Kannett & Schweitzer | Berry & Berry | Bishop, Barry, et al. |
| 155 Sansome Street, Suite 700 | 2200 Powell Street | P.O. Box 16070 | Watergate Tower III |
| San Francisco, CA 94104 | Suite 805 | 2930 Lakeshore Avenue | 2000 Powell Street, Suite 14: |
| (415)397-9006     *415*397-1339 | Emeryville, CA 94608 | Oakland, CA 94610 | -Emeryville, CA 94608 |
| | (510)658-3600     *510*658-1151 | (510)835-8330     (510)835-5117 | (510)596-0888     *510*596-08! |
| | | | |
| GOLDEN GATE DRYWALL, INC. | ACP, INC. | C.F. BRAUN | DELAVAL STEAM TURBINE |
| Burnham & Brown | Buty & Curliano | Law Offices of James B. Clapp | Crawford & Company |
| 1901 Harrison Street | 383 - 4th Street, Suite 201 | One Post Street, Suite 2400 | Mr. Don McLean |
| 11th Floor | Oakland, CA 94607 | San Francisco, CA  94111 | 20301 Ventura Blvd., Suite 3 |
| Oakland, CA 94612 | (510)267-3000     *510*267-0137 | (415)362-8224     (877)398-1569 | Woodland Hills, CA 91364 |
| (510)444-6800    *510*835-6739 | | | (818)598-5677     (818)593-29 |
| | | | |
| FORT JAMES OPERATING COMPANY | SARGENT CONTROLS & AEROSPACE | CROWLEY MARITIME CORPORATION | UNION PACIFIC RAILROAD COMPANY |
| Crosby, Heafey, et al. | Law Offs of James P Cunningham | Emard, Danoff, Port & Tamulski | John D. Feeney, Esq. |
| P.O. Box 2084 | 601 California Street | 49 Stevenson Street | Union Pacific Railroad/Law L |
| 1999 Harrison Street | 20th Floor | Suite 400 | 49 Stevenson St., 15th Floor |
| Oakland, CA 94612 | San Francisco, CA 94108 | San Francisco, CA 94105 | San Francisco, CA 94105 |
| (510)763-2000     (510)273-8832 | (415)781-7605     (415)781-7606 | (415)227-9455     (415)227-4255 | (415)541-7012     *415*541-70 |
| | | | |
| THORPE INSULATION COMPANY | FLINTKOTE COMPANY, THE | FLINTKOTE MINES LTD. | CONGOLEUM CORPORATION |
| Fox, Shjeflo, et al. | Freeburg, Judy & Nettels | Freeburg, Judy & Nettels | Glaspy & Glaspy (W.C.) |
| 1730 South El Camino Real | 600 South Lake Avenue | 600 South Lake Avenue | One Walnut Creek Center |
| 6th Floor | Suite 500 | Suite 500 | 100 Pringle Avenue, Suite 7! |
| San Mateo, CA 94402 | Pasadena, CA 91106-3907 | Pasadena, CA 91106-3907 | Walnut Creek, CA 94596 |
| (650)341-2901     *650*341-2258 | (626)585-4150     *626*585-0718 | (626)585-4150     *626*585-0718 | (925)947-1300     (925)947-1! |
| | | | |
| GARLOCK, INC. | FRASER-EDWARDS CO. | ROSENDAHL CORPORATION | ALBAY CONSTRUCTION COMPANY |
| Glaspy & Glaspy (W.C.) | Gordon & Rees | Gordon & Rees | Gordon & Rees, LLP |
| One Walnut Creek Center | 275 Battery Street | 275 Battery Street | 101 West Broadway |
| 100 Pringle Avenue, Suite 750 | 20th Floor | 20th Floor | 16th Floor |
| Walnut Creek, CA 94596 | San Francisco, CA 94111 | San Francisco, CA 94111 | San Diego, CA 92101 |
| (925)947-1300     (925)947-1594 | (415)986-5900     (415)986-8054 | (415)986-5900     (415)986-8054 | (619)696-6700     *619*696-7 |
| | | | |
| THORPE INSULATION COMPANY | ALTA BUILDING MATERIALS COMPANY | CRANE CO. | PLUOR CORPORATION |
| Hildebrandt & Lucky | Jackson & Wallace | Jackson & Wallace | Jackson & Wallace |
| 757 West 9th Street | 580 California Street | 580 California Street | 580 California Street |
| San Pedro, CA 90731-3601 | 15th Floor | 15th Floor | 15th Floor |
| (310)548-7882     (310)548-4148 | San Francisco, CA 94104 | San Francisco, CA 94104 | San Francisco, CA 94104 |
| | (415)982-6300     (415)982-6700 | (415)982-6300     (415)982-6700 | (415)982-6300     (415)982-( |
| | | | |
| FLUOR MAINTENANCE | FOSTER WHEELER CORPORATION | HANSON PERMANENTE CEMENT, INC. | KAISER GYPSUM COMPANY, INC. |
| Jackson & Wallace | Jackson & Wallace | Jackson & Wallace | Jackson & Wallace |
| 580 California Street | 580 California Street | 580 California Street | 580 California Street |
| 15th Floor | 15th Floor | 15th Floor | 15th Floor |
| San Francisco, CA 94104 | San Francisco, CA 94104 | San Francisco, CA 94104 | San Francisco, CA 94104 |
| (415)982-6300     (415)982-6700 | (415)982-6300     (415)982-6700 | (415)982-6300     (415)982-6700 | (415)982-6300     (415)982- |

BRAYTON PURCELL
SERVICE LIST

PRINTED: 08/02/2001 BY AH
SORT BY: Attorney
CLIENTS: Paul (2000) H. Westbrook

**NABISCO, INC.**
Jackson & Wallace
580 California Street
15th Floor
San Francisco, CA 94104
(415)982-6300    (415)982-6700

**SUN SHIP, INC.**
Jackson & Wallace
580 California Street
15th Floor
San Francisco, CA 94104
(415)982-6300    (415)982-6700

**ZURN INDUSTRIES, INC.**
Jackson & Wallace
580 California Street
15th Floor
San Francisco, CA 94104
(415)982-6300    (415)982-6700

**ABB LUMMUS GLOBAL, INC.**
Knox Ricksen LLP
2101 Webster Street
Suite 650
Oakland, CA 94612-3069
(510)285-2500    *510*285-250(

**C.F. BRAUN**
Knox Ricksen LLP
2101 Webster Street
Suite 650
Oakland, CA 94612-3069
(510)285-2500    *510*285-2505

**J.S. GUERIN & COMPANY**
Mark P. Krinsky Esq.
601 California Street, 20th Fl
San Francisco, CA 94108
(415)217-0060    (415)217-0075

**SAN FRANCISCO GRAVEL COMPANY, IN**
Mark P. Krinsky Esq.
601 California Street, 20th Fl
San Francisco, CA 94108
(415)217-0060    (415)217-0075

**LAKE ASBESTOS OF QUEBEC, LTD.**
LAQ Legal Department
Bruce Stanton, Esq.
180 Maiden Lane, 25th Floor
New York, NY 10038
(973)993-4868    (973)993-48

**MOORE DRY DOCK COMPANY**
Low, Ball & Lynch
601 California Street
21st Floor
San Francisco, CA 94108
(415)981-6630    (415)982-1634

**DANA CORPORATION**
McKenna & Cuneo (SF)
One Market, Steuart Street Twr
Lisa Oberg, Esq., 27th Floor
San Francisco, CA 94105
(415)267-4000    (415)267-4198

**GASKET HOLDINGS, INC.**
McKenna & Cuneo (SF)
One Market, Steuart Street Twr
Lisa Oberg, Esq., 27th Floor
San Francisco, CA 94105
(415)267-4000    (415)267-4198

**QUIGLEY COMPANY, INC.**
McKenna & Cuneo (SF)
One Market, Steuart Street T
Lisa Oberg, Esq., 27th Floor
San Francisco, CA 94105
(415)267-4000    (415)267-41

**T & N PLC**
McKenna & Cuneo (SF)
One Market, Steuart Street Twr
Lisa Oberg, Esq., 27th Floor
San Francisco, CA 94105
(415)267-4000    (415)267-4198

**UNION CARBIDE CORPORATION**
McKenna & Cuneo (SF)
One Market, Steuart Street Twr
Lisa Oberg, Esq., 27th Floor
San Francisco, CA 94105
(415)267-4000    (415)267-4198

**BABCOCK BORSIG POWER, INC.**
McNamara, Dodge, Ney et al.
P.O. Box 5288
1211 Newell Avenue, 2nd Floor
Walnut Creek, CA 94596
(925)939-5330    *925*939-0203

**METALCLAD INSULATION CORPORAT**
Misciagna & Colombatto
27 Maiden Lane
Fourth Floor
San Francisco, CA 94108
(415)391-6182    *415*391-2

**GENERAL REFRACTORIES COMPANY**
Morgenstein & Jubelirer
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
(415)901-8700    *415*901-8701

**OWENS-ILLINOIS, INC.**
Morgenstein & Jubelirer
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
(415)901-8700    *415*901-8701

**VIACOM, INC.**
Morgenstein & Jubelirer
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
(415)901-8700    *415*901-8701

**CROWN CORK & SEAL COMPANY, IN**
Morris, Polich & Purdy (LA)
1055 West Seventh St.
24th Floor
Los Angeles, CA 90017-2503
(213)891-9100    (213)488-1

**PARKER-HANNIFIN CORPORATION**
Law Offices of Peter J. Nova
P.O. Box 1328
456 Patten Street
Sonoma, CA 95476
(707)938-9610    (707)938-9612

**AMERICAN PRESIDENT LINES, LTD.**
Paetzold, White & Brodsky
180 Grand Avenue
Suite 330
Oakland, CA 94612-3741
(510)267-0112    (510)267-0113

**SEARS, ROEBUCK & CO.**
Pond, North & Hugo
110 Pine Avenue, Suite 1101
Long Beach, CA 90802
(562)983-9457    (562)432-5399

**LAKE ASBESTOS OF QUEBEC, LTD.**
Porzio, Bromberg, et al.
100 Southgate Parkway
Morristown, NJ 07962-1997
973-538-4006    973-538-5

**LAKE ASBESTOS OF QUEBEC, LTD.**
Preuss, Shanagher, et al.
225 Bush Street
15th Floor
San Francisco, CA 94104-4207
(415)397-1730    (415)397-1735

**TRIPLE A MACHINE SHOP, INC.**
Prindle, Decker & Amaro (SF)
369 Pine Street
Suite 800
San Francisco, CA 94104
(415)788-8354    (415)788-3625

**A.P. GREEN INDUSTRIES, INC.**
Prindle, Decker & Amaro (SF)
369 Pine Street
Suite 800
San Francisco, CA 94104
(415)788-8354    (415)788-3625

**A.P. GREEN SERVICES, INC.**
Prindle, Decker & Amaro (S
369 Pine Street
Suite 800
San Francisco, CA 94104
(415)788-8354    (415)788-

**ASTRA FLOORING COMPANY**
Prindle, Decker & Amaro (SF)
369 Pine Street
Suite 800
San Francisco, CA 94104
(415)788-8354    (415)788-3625

**CONSOLIDATED INSULATION COMPANY,**
Prindle, Decker & Amaro (SF)
369 Pine Street
Suite 800
San Francisco, CA 94104
(415)788-8354    (415)788-3625

**D. CUMMINS CORPORATION**
Prindle, Decker & Amaro (SF)
369 Pine Street
Suite 800
San Francisco, CA 94104
(415)788-8354    (415)788-3625

**DRESSER INDUSTRIES, INC.**
Prindle, Decker & Amaro (S
369 Pine Street
Suite 800
San Francisco, CA 94104
(415)788-8354    (415)788-

BRAYTON PURCELL
SERVICE LIST

PRINTED: 08/02/2001 BY AH
SORT BY: Attorney
CLIENTS: Paul (2000) H. Westbrook

J.T. THORPE, INC.
Prindle, Decker & Amaro (SF)
369 Pine Street
Suite 800
San Francisco, CA 94104
(415)788-8354   (415)788-3625

C.F. BRAUN
Prindle, Decker & Amaro (LB)
310 Golden Shore, Fourth Floor
Long Beach, CA 90802-4246
(562)436-3946   (562)495-0564

PARSONS ENERGY & CHEMICAL GROUP
Sack, Miller & Rosendin
One Kaiser Plaza
Suite 340
Oakland, CA 94612
(510)286-2200   (510)286-8887

SHELL OIL COMPANY
Sedgwick, Detert, et al.
One Embarcadero Center
16th Floor
San Francisco, CA 94111
(415)781-7900   (415)781-2635

ACANDS, INC.
The St. Peter Law Group
20 California St.
7th Floor
San Francisco, CA 94111
(415)955-0700   *415*955-0711

HILL BROTHERS CHEMICAL COMPANY
Vasquez & Estrada
914 Mission Avenue, 2nd Floor
San Rafael, CA 94901
(415)453-0555   (415)453-0549

INTERNATIONAL BUSINESS MACHINES
Washburn, Briscoe & McCarthy
55 Francisco Street
Suite 600
San Francisco, CA 94133
(415)421-3200   *415*421-5044

C.H. MURPHY/CLARK ULLMAN INC.
Prindle, Decker & Amaro (SF)
369 Pine Street
Suite 800
San Francisco, CA 94104
(415)788-8354   (415)788-3625

J.T. THORPE, INC.
Prindle, Decker & Amaro (LB)
310 Golden Shore, Fourth Floor
Long Beach, CA 90802-4246
(562)436-3946   (562)495-0564

UNITED STATES MINERAL PRODUCTS C
Schaffer, Lax, et al.
5757 Wilshire Boulevard
Suite 600
Los Angeles, CA 90036-3664
(323)934-4300   (323)931-5680

DOUGLASS INSULATION COMPANY, INC
Selman Breitman
Citicorp Center
One Sansome St., 19th Floor
San Francisco, CA 94104
(415)951-4646   *415*951-4676

KAISER ALUMINUM & CHEMICAL CORPO
Thelen Reid & Priest, LLP
101 Second St., Ste 1800
San Francisco, CA 94105-3601
(415)371-1200   *415*644-6519

THOMAS DEE ENGINEERING CO., INC.
Walsworth, Franklin, et al.
550 Montgomery Street
Eighth Floor
San Francisco, CA 94111-2534
(415)781-7072   (415)391-6258

TODD SHIPYARDS CORPORATION
Yaron & Associates
111 Pine Street
12th Floor
San Francisco, CA 94111
(415)658-2929   (415)658-2930

NATIONAL STEEL AND SHIPBUILDING
Prindle, Decker & Amaro (SF)
369 Pine Street
Suite 800
San Francisco, CA 94104
(415)788-8354   (415)788-3625

CROWN CORK & SEAL COMPANY, INC.
Mark H. Rosenthal
A Professional Corporation
425 California St., Ste. 2500
San Francisco, CA 94104
(415)986-1364   *415*291-1984

ASTRA FLOORING COMPANY
Sedgwick, Detert, et al.
801 South Figueroa Street
18th Floor
Los Angeles, CA 90017
(213) 426-6900   (213)426-6921

WESTBURNE SUPPLY, INC.
Steefel, Levitt & Weiss
One Embarcadero Center
30th Floor
San Francisco, CA 94111
(415)788-0900   *415*788-2019

RAPID-AMERICAN CORPORATION
Thelen Reid & Priest, LLP
101 Second St., Ste 1800
San Francisco, CA 94105-3601
(415)371-1200   *415*644-6519

QUINTEC INDUSTRIES, INC.
Walsworth, Franklin, et al.
550 Montgomery Street
Eighth Floor
San Francisco, CA 94111-2534
(415)781-7072   (415)391-6258

A.P. GREEN INDUSTRIES, INC.
Prindle, Decker & Amaro (LB)
310 Golden Shore, Fourth Floor
Long Beach, CA 90802-4246
(562)436-3946   (562)495-05...

HOPEMAN BROTHERS, INC.
Rushford & Bonotto
P.O. Box 255689
2277 Fair Oaks Blvd., Ste. 4
Sacramento, CA 95865
(916)565-0590   (916)565-05...

GENERAL ELECTRIC COMPANY
Sedgwick, Detert, et al.
One Embarcadero Center
16th Floor
San Francisco, CA 94111
(415)781-7900   (415)781-2...

NORTH AMERICAN REFRACTORIES C
Stevens, Drummond & Gifford
1910 Olympic Boulevard
Suite 250
Walnut Creek, CA 94596
(925)944-5550   *925*256-...

SEQUOIA VENTURES, INC.
Thelen Reid & Priest, LLP
101 Second St., Ste 1800
San Francisco, CA 94105-36...
(415)371-1200   *415*644-...

S.B. DECKING, INC.
Walsworth, Franklin, et a...
550 Montgomery Street
Eighth Floor
San Francisco, CA 94111-2...
(415)781-7072   (415)391...

<<END OF REPORT>>

```
ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
LLOYD F. LEROY, ESQ., S.B. #203502
BRAYTON ❖ PURCELL
ATTORNEYS AT LAW
222 Rush Landing Road
Novato, California 94945-2469
(415) 898-1555
(415) 898-1247 fax
Attorneys for Plaintiffs
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL WESTBROOK and MARLENE WESTBROOK, <br><br> Plaintiffs, <br><br> vs. <br><br> ASBESTOS DEFENDANTS (BHC) and DOES 1-800, <br><br> Defendants. | No. C01-1661-VRW <br><br> NOTICE OF ENTRY OF ORDER REMANDING CASE TO STATE COURT |

MDL- 875
RECOMMENDED ACTION
Vacate CTO-199
Approved/Date: _____

K:\CLIENTS\25642\NOE-RMND.WPD
NOTICE OF ENTRY OF ORDER REMANDING CASE TO STATE COURT

1