JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 8 2001

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Paul Westbrook, et al. v. Asbestos Defendants, et al.*, N.D. California, C.A. No. 3:01-1661

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Westbrook*) on June 21, 2001. Prior to expiration of the mandatory fifteen-day stay of execution, plaintiffs in *Westbrook* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. *Westbrook* was then remanded to California state court by the Honorable Vaughn R. Walker in an order entered on August 1, 2001.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-199" filed on June 21, 2001, is hereby VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

IMAGED AUG 1 0 '01