MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 13 2001

# SILBER PEARLMAN, L.L.P.
### Attorneys and Counselors

FILED
CLERK'S OFFICE

TELEPHONE (214) 874-7000     2711 N. HASKELL AVE.; FIFTH FLOOR, L.B 32; DALLAS, TEXAS 75204-2911     FAX (214) 824-8100

August 10, 2001

<u>VIA FACSIMILE 202/502-2888</u>

Michael J. Beck, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

    RE:    MDL-875 In re Asbestos Products Liability Litigation (No. VI)
              Schedule CTO-202 Tag-Along Case

              *AVA LEE COLLINS, et ux vs. BLUE TEE CORP., et al.*
              Case No. 4:01CV2339; United States District Court; Southern District of Texas;
              Houston Division

Dear Mr. Beck:

    Please be advised that, pursuant to Rule 5.2(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, the following attorney is hereby designated as the attorney to receive all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation in the above-referenced case.

Michael J. Hanners, Esq.
SILBER PEARLMAN, L.L.P.
Cityplace—5th Floor, L.B. 32
2711 North Haskell Avenue
Dallas, TX 75204-2911
214/874-7000 Telephone
214/824-8100 Facsimile

Thank you for your attention to this matter.

                          Sincerely,

                          SILBER PEARLMAN, L.L.P.

                          Michael J. Hanners

MJH/bb
cc:    All Involved Counsel listed on attached list

PLEADING NO. 3242

IMAGED AUG 15 '01

**OFFICIAL FILE COPY**

::ODMA\PCDOCS\SPDOCS\326147\1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-202 TAG-ALONG CASE
## DOCKET NO. MDL-875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

AUG 13 2001

FILED
CLERK'S OFFICE

**INVOLVED COUNSEL:**

Murray E. Abowitz / Kayce L. Gisinger
15 N. Robinson Ave., 10th Floor
P. O. Box 1937
Oklahoma City, OK 73101

Harold Abrahamson
Abrahamson, Reed & Adley
200 Russell Street
Hammond, IN 46320

Joseph R. Alberts / Douglas B. King
Jeffery L. McKean / James N. Snyder
Daniel D. Trachtman
Wooden & McLaughlin
1600 Capital Center South
201 N. Illinois St.
Indianapolis, IN 46204

Knight S. Anderson
Hill, Fulwider, McDowell, et al.
2000 INB Tower
One Indiana Square
Indianapolis, IN 46204

Robin L. Babbitt / Dennis F. Cantrell
Bingham, Summers, Welsh, et al.
2700 Market Tower
10 W. Market St.
Indianapolis, IN 46204

Leland Eugene Backus
Backus & Associates
P. O. Box 379004
Las Vegas, NV 89137

J. R. Baker
Holloway, Dobson, Hudson, et al.
211 N. Robinson Ave., Ste. 900
Oklahoma City, OK 73102

Clayton Lance Barker
Spencer, Fane, Britt & Browne
1000 Walnut St., Ste. 1400
Kansas City, MO 64106

James Barker
Gifford, Vernon, Barker & Glade
732 S. 6th St., Ste. 100
Las Vegas, NV 89101

Edward P. Benchik
Jones, Obenchain, Ford, et al.
202 S. Michigan St., Ste. 600
South Bend, IN 46634

Bryce H. Bennett, Jr. / Janelle K. Stehura
Riley, Bennett & Egloff
One American Square, Ste. 1810
P. O. Box 82035
Indianapolis, IN 46282

Michael A. Bergin
Locke Reynolds LLP
201 N. Illinois St., Ste. 1000
P. O. Box 44961
Indianapolis, IN 46204

Richard C. Binzley
Thompson Hine, LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, LLP
303 E. 17th Ave., Ste. 1100
Denver, CO 80203

Robert M. Blakemore
Barkley, Titus, Hillis & Reynolds
401 S. Boston Ave., Ste. 2700
Tulsa, OK 74103

James M. Boyers
Wooden & McLaughlin
201 N. Illinois St.
Indianapolis, IN 46204

Craig E. Brasfield
Forman, Perry, Watkins & Krutz
P. O. Box 22608
Jackson, MS 39225

James W. Brauer / David G. Field
David A. Temple
Stewart & Irwin
Two Market Aquare Center
251 E. Ohio St., Ste. 1100
Indianapolis, IN 46204

Randall A. Breshears
Monnet, Hayes, Bullis, et al.
120 N. Robinson Ave., Ste. 1719
Oklahoma City, OK 73102

Scott A. Britton-Mehlisch
Humphrey, Farrington & McClain
221 W. Lexington, Ste. 400
P. O. Box 900
Independence, MO 64051

Janice J. Brown
Barker, Brown, Busby, et al.
800 Bank of America Plaza
300 S. 4th St.
Las Vegas, NV 89101

Curtis Busby
Bowman & Brooke, LLP
2929 N. Central Ave., Ste. 1700
Phoenix, AZ 85012

Rod Cappy
Grace, Genson, Cosgrove, et al.
444 S. Flower St., Ste. 1100
Los Angeles, CA 90071

Kym Carrier / James R. Webb
McAfee & Taft
Two Leadership Square
211 N. Robinson Ave., 10th Floor
Oklahoma City, OK 73102

Michael P. Cascino / Allen D. Vaughan
Cascino Vaughan Law Offices, Ltd.
403 W. North Ave.
Chicago, IL 60610

Edward J. Cass
Gallagher, Sharp, Fulton, et al.
Bulkley Building, 7th Floor
1501 Euglid Ave.
Cleveland, OH 44115

Stephanie C. Christens
Cooper, Christensen Law Firm, LLP
4411 S. Pecos Rd.
Las Vegas, NV 89121

Adam M. Chud
Shea & Gardner
1800 Massachusetts Ave., NW
Washington, DC 20036

Bruce P. Clark / Andrew M. Yoder
Bruce P. Clark & Associates
Harrison Ridge Square
419 Ridge Rd.
Munster, IN 46321

Gregory L. Cochran
Margaret M. Foster
Bruce B. Marr
McKenna, Storer, Rowe, et al.
200 N. LaSalle St., Ste. 3000
Chicago, IL 60601

Dixie L. Coffey
McKinney & Stringer
Corporate Tower, Ste. 1300
101 N. Robinson Ave.
Oklahoma City, OK 73102

Hubert A. Crouch, III
Crouch & Inabnett
2300 Fountain Place
1445 Ross Ave.
Dallas, TX 75202

Kym Cushing
Edwards, Hale, Sturman, et al.
415 S. 6th St., Ste. 300
Las Vegas, NV 89101

David A. Damico
Burns, White & Hickton
2400 5th Avenue Place
120 5th Ave.
Pittsburgh, PA 15222

Amelia de los Santos
Lewis & Roca
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89109

Andrew J. Detherage
Jonathan D. Mattingly
Barnes & Thornburg
11 S. Meridian St., Ste. 1313
Indianapolis, IN 46204

Lisa M. Dillman / Susan E. Mehringer
Lewis & Wagner
501 Indiana Ave., Ste. 200
Indianapolis, IN 46202

David Duke
Duke Law Firm
201 E. Abram St., Ste. 760
Arlington, TX 76010

Diedre S. Dunn / Andrew E. Kolb
MacCabe & McGuire
77 W. Wacker Dr., Ste. 3333
Chicago, IL 60601

Thomas S. Ehrhardt
Landau, Omahana & Kopka, Ltd.
222 N. LaSalle St., Ste. 200
Chicago, IL 60601

Ike Epstein
Beckley, Singleton, Jemison, et al.
530 Las Vegas Blvd. S.
Las Vegas NV 89101

Mark J. Fellman
Fellman Law Office
213 4th St. E., Ste. 200
St. Paul, MN 55101

Matthew J. Fischer
Schiff, Hardin & Waite
6600 Sears Tower
233 S. Wacker Dr.
Chicago, IL 60606

George Foley
Pearson, Patton, Shea, et al.
6900 Westcliff Dr., Ste. 800
Las Vegas, NV 89128

Raymond P. Forceno
Forceno & Hannon
Independence Mall East, Ste. 1000
Philadelphia Bourse Building
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market St., 33rd Floor
Philadelphia, PA 19103

Robert L. Gauss / David W. Knight
Kevin R. Knight / David M. Mattingly
Germaine W. Willett
Ice, Miller, Donadio, et al.
One American Square
P. O. Box 82001
Indianapolis, IN 46282

George W. Gessler / Terence G. Tiu
Gessler, Hughes & Socol, Ltd.
Three First National Plaza
70 W. Madison, Ste. 2200
Chicago, IL 60602

Virginia M. Giokaris
Polsinelli, White, Vardeman, et al.
700 W. 47th St., Ste. 1000
Kansas City, MO 64112

Richard S. Glasser / Marc C. Grego
Glasser & Glasser, PLC
Crown Center Bldg., Ste. 600
580 E. Main St.
Norfolk, VA 23510

Kenneth M. Gorenberg / Robert E. Haley
Michael A. Kaeding / Robert L. Shuftan
Wildman, Harrold, Allen, et al.
225 W. Wacker Dr., Ste. 2800
Chicago, IL 60606

Susan Gunty
Gunty & McCarthy
150 S. Wacker Dr., Ste. 1025
Chicago, IL 60606

Howard M. Hackman
Howard M. Hackman Offices
P. O. Box 26176
Columbus, OH 43226

Michael A. Hagemeyer
2255-A Renaissance Dr.
Las Vegas, NV 89119

Susan M. Hanson
Stich, Angell, Kreidler, et al.
The Crossings, Ste. 120
250 2nd Ave. S.
Minneapolis, MN 55401

Peter L. Hatton
Schiff, Hardin & Waite
8585 Broadway, Ste. 842
Merrillville, IN 46410

G. R. Heath
Johnson, Smith, Pence, et al.
One Indiana Square, Ste. 1800
Indianapolis, IN 46204

Alex Kachmar / Eugene Wait, Jr.
Wait & Shaffer
305 W. Moana Ln., 2nd Floor
P. O. Box 719
Reno, NV 89504

Charles J. Kalinoski
Kalinoski & Chaplinsky
100 Court Ave., Ste. 900
Indianapolis, IN 46204

Timothy E. Kapshandy
Sidley, Austin, Brown & Wood
Bank One Plaza
10 S. Dearborn St.
Chicago, IL 60603

David L. Kearney / Leasa M. Stewart
Gable & Gotwals
211 N. Robinson Ave., 15th Floor
Oklahoma City, OK 73102

Jason L. Kennedy
Edward J. McCambridge
Segal, McCambridge, Singer, et al.
One IBM Plaza, Ste. 200
330 N. Wabash Ave.
Chicago, IL 60611

John M. Klamann
Klamann & Hubbard, P.A.
7101 College Blvd., Ste. 120
Overland Park, KS 66210

Richard D. Koljack, Sr.
Ronald N. Ricketts
Gable & Gotwals
100 W. 5th St., Ste. 1100
Tulsa, OK 74103

James Krajewski
Howard M. Hackman Offices
303 Ridge Rd.
Munster, IN 46321

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 E. Byrd St.
Richmond, VA 23219

Christopher D. Lee
Kahn, Dees, Donovan & Kahn
501 Main Financial Plaza, Ste. 305
P. O. Box 3646
Evansville, IN 47712

Gene Locks
Greitzer & Locks
1500 Walnut St.
Philadelphia, PA 19102

Lindalea P. Ludwick
Early, Ludwick & Sweeney, L.L.C.
One Seentury Tower, 11th Floor
265 Church St.
New Haven, CT 06510

Edward H. MacCabe
MacCabe & McGuire
77 W. Wacker Dr., Ste. 3333
Chicago, IL 60601

Joseph R. Marconi / H. P. Morris
Johnson & Bell
55 E. Monroe St., Ste. 4100
Chicago, IL 60603

Greg Marsh
Greg W. Marsh Chartered
P.O. Box 1780
Las Vegas, NV 89125

Edward J. Matushek, III
Matushek & Associates, L.L.C.
One N. LaSalle St., Ste., 3210
Chicago, IL 60602

Christopher D. Mauriello
Wallace & Graham, P.A.
525 N. Main St.
Salisbury, NC 28144

Thomas F. Maxwell, Jr.
Pullman & Comley
850 Main St.
P. O. Box 7006
Bridgeport, CT 06601

Ronald L. Motley
Ness, Motley, Loadholt, et al.
28 Bridgeside Blvd.
P. O. Box 1792
Mt. Pleasant, SC 29465

Ronald L. Norton
Jones & Granger
10000 Memorial Dr., Ste. 888
P. O. Box 4340
Houston, TX 77210

Randall J. Nye
Beckman, Kelly & Smith
5920 Hohman Ave.
Hammond, IN 46320

L. E. Ogletree / George F. Short
Robert L. Shuftan / John E. Wiggins
Short, Wiggins, Margo & Butts
210 Park Ave., Ste. 3100
Oklahoma City, OK 73102

E. Spencer Parris
Jones, Martin, Parris, et al.
410 Glenwood Ave., Ste. 200
Raleigh, NC 27603

John J. Petry
Morgenstein & Jubelirer
Spear Street Tower, 32nd Floor
One Market Plaza
San Fransisco, CA 94105

Troy Peyton
Rumph & Peyton
300 S. 4th St., Ste. 800
Las Vegas, NV 89101

Martha J. Phillips
Thomas, Glass, Atkinson, et al.
525 S. Main, Ste. 1500
Tulsa, OK 74102

Michael R. Pontoni
Michael R. Pontoni, Ltd.
64 N. Pecos Rd., Ste. 100
Henderson, NV 89074

Connie J. Postelli
Johnson & Bell, Ltd.
9000 Indianapolis Blvd., Ste. A
Highland, IN 46322

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 S. Main St.
P. . Box 1500
Akron, OH 44309

William Pruitt
Barron, Vivone, Holland, et al.
1404 S. Jones Blvd.
Las Vegas, NV 89146

Micheal D. Ramsey
Hoover, Hull, Baker & Heath
111 Monument Cir.
Indianapolis, IN 46204

John J. Repcheck
Marks, O'Neil
3200 Gulf Tower
707 Grant St.
Pittsburgh, PA 15219

Terry Riedy
Vannah, Costeelo, Canepa, et al.
1850 E. Flamingo Rd., Ste. 236
Las Vegas, NV 89119

Richard H. Reigner
White & Raub
36 S. Pennsylvania St., Ste. 700
Houston, TX 77018

John D. Roben
John Roven & Associates
2190 N. Loop W.., Ste. 410
Houston, TX 77018

Gus Sacopulos
Sacopulos, Johnson, Carter, et al.
31 S. 7th St.
Terre Haute, IN 47807

Richard D. Schuster
Vorys, Sater, Seymour, et al.
52 E. Gay St.
P. O. Box 1008
Colombus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd., 6th Fl.
Los Angeles, CA 90025

Robert N. Spinelli
Kelly, Jasons, McGuire, & Spinelli
Centre Square W., 15th Fl.
Philadelphia, PA 19102

Randy Spitaels
Kindig & Sloat
102 Heritage Pkwy.
Nappanee, IN 46550

Robert Spitkovsky
Johnson & Bell, Ltd.
222 N. LaSalle St., Ste. 2200
Chicago, IL 60601

Joseph Stalmack
Joseph Stalmack & Associates, P.C.
P. O. Box 1150
Hammond, IN 46282

Scott K. Suchy
King Law Firm
15 N. Robinson Ave., 15th Fl.
Oklahoma City, OK 73102

Robert E. Swickle
Jaques Admirality Law Firm, P.C.
1370 Penobscot Building
Detriot, MI 48226

W. M. Thomas
Fairchild, Price, Thomas & Haley
413 Shelbyville St.
P. O. Drawer 1719
Center, TX 75935

Michael P. Thornton
Thornton & Naumes, L.L.P.
100 Summer St., 30th Fl.
Boston, MA 02110

Andrew J. Trevelise
Reed, Smith, Shaw & McClaw
2500 One Liberty Place
1650 Market St.
Philadelphia, PA 19103

Charles J. Watts
Smtih, Shew, Scrivner, et al.
6520 N. Western Ave., Ste. 300
Oklahoma City, OK 73116

James K. Weston, II
Tom Riley Law Firm
4040 First Ave., N.E.
P. O. Box 998
Cedar Rapids, IA 52405

James K. Wheeler
Coots, Henke & Wheeler
255 E. Carmel Dr.
Carmel, IN 46032

Douglas P. Wilson
Wilson Law Offices
6405 N. Cosby
Kansas City, MO 64151

Brad Wilt
Harrison, Kemp & Jones
3800 Howard Hughes Pkwy., 17th Fl.
Las Vegas, NV 89109

# SILBER PEARLMAN, L.L.P.

Attorneys and Counselors

2711 N. Haskell
5th Floor, LB 32
Dallas, Texas 75204
Telephone (214) 874-7000
Facsimile (214) 824-8100

## Facsimile Cover Sheet

Date: 8/10/01

To: Michael J. Beck

Telephone No.: _____

Telecopy No.: 202-502-2888

From: Michael J. Hanners

Number of Pages: 8 (Including this cover sheet)

IF YOU DID NOT RECEIVE ALL OF THE PAGES SENT IN THIS TELECOPY, PLEASE CALL LEROY HECKMAN AT (214) 874-7000.

**Additional Comments:**

### Confidentiality Notice

The document(s) accompanying this facsimile transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named above. If you have received this facsimile in error, please notify us immediately by telephone to arrange for return of the facsimile documents to us. You are hereby notified that any distribution, copying, disclosure or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited.