8-14-2001 3:57PM    FROM COXWELL LAW FIRM 601 948 7097    P.2
Case MDL No. 875   Document 3248   Filed 08/15/01   Page 1 of 14
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 15 2001

FILED
CLERK'S OFFICE

**MDL 875**

# COXWELL & ASSOCIATES, PLLC

### ATTORNEYS AT LAW

MERRIDA COXWELL
FRANK COXWELL
CHARLES R. MULLINS
J. CHRISTOPHER KLOTZ

213 South Lamar Street • P.O. Box 1337
Jackson, Mississippi 39215-1337

Tel: (601) 948-1600
Fax: (601) 948-7097
Toll Free:
1-877-231-1600

August 14, 2001

**REQUEST OF PLTF. DON MOSLEY, ET AL. FOR EXTENSION OF TIME TO FILE MOTION TO VACATE CTO -- GRANTED TO PLTF. DON MOSLEY, ET AL. TO AND INCLUDING AUGUST 24, 2001**

(8/15/01 - cdm)

*called + faxed on 8/15/01*

**VIA FACSIMILE NO. (202)502-2888**

Michael J. Beck, Esq.
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room -255, North Lobby
Washington, D.C. 20002

PLEADING NO. 3248

Re:   Don Mosley, as wrongful death beneficiary of Janis Mosley, et al v.
ACand S f/k/a Armstrong Contract and Supply Company, et al
Civil Action No. 1:01CV251GR
Our File No. 4105-103743

Dear Mr. Beck:

I spoke with one of your assistants today. He advised that the proper avenue to request an extension on the Motion and Brief to Vacate the Conditional Transfer Order in the above case was via this letter to you.

I am requesting an additional seven days, until August 24, 2001 to submit my Motion and Brief. Last Thursday and Friday I had to unexpectedly leave the office for a family member's funeral out of state. This week I have been drafting a Motion to Reconsider on a complicated Chancery matter which is due August 16, 2001. This Friday, the 17th, I have a hearing previously scheduled which requires immediate attention and preparation.

I hate to have to ask for additional time in this matter, but anticipate a need for only seven days.

Michael J. Beck, Esq.
August 14, 2001
Page 2

    Please advise if you are able to accommodate my request for an extension. My thanks in advance for your consideration.

Very truly yours,

J. CHRISTOPHER KLOTZ

JCK/rsg
Enclosure (Certificate of Service)
cc: All Known Counsel of Record

8-14-2001 3:58PM FROM COXWELL LAW FIRM 601 948 7097
Case MDL No. 875 Document 3248 Filed 08/15/01 Page 3 of 14
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 15 2001

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

This is to certify that I, J. Christopher Klotz have this day delivered by U. S. Mail postage prepaid a true and correct copy of the Plaintiff's letter requesting an extension of time to Submit the Plaintiffs' Motion and Brief to Vacate the Conditional Transfer Order to the following:

    All Known Counsel of Record

    Mr. Trent Walker
    Blackmon, Blackmon and Evans
    P. O. Drawer 105
    Canton, MS 39046-0105

    Mr. Taylor Campbell
    Lanier, Parker & Sullivan
    1331 Lamar Street, Suite 1550
    Houston, TX 77010

    Choice Copy Service
    125 S. Congress St. Suite L-150
    Jackson, MS 39201

Respectfully submitted:

8/14/01
J. CHRISTOPHER KLOTZ

MERRIDA COXWELL (MB# 7782)
CHARLES R. MULLINS (MB# 9821)
J. CHRISTOPHER KLOTZ (MB# 9319)
COXWELL & ASSOCIATES, PLLC
213 South Lamar Street
Jackson, Mississippi 39201
Telephone: (601) 948-1600

Don Mosley, as Wrongful Death Beneficiary for Janis Mosley, et al.
v.
AcandS, Inc., et al.
Holmes County Circuit Court; No. 2000-248

MOSLEY MASTER SERVICE LIST

Dresser Industries, Inc.

Davis A. Barfield, Esquire
Kimberly P. Wallace
Barfield & Associates
Attorneys at Law, P. A.
233 East Capitol Street
Post Office Drawer 3979
Jackson, Mississippi 39207-3979
Telephone: 601.968.9420

AcandS, Inc.

David A. Barfield, Esquire
Kimberly P. Wallace
Barfield & Associates
Attorney at Law, P. A.
233 East Capitol Street
Post Office Drawer 3979
Jackson, Mississippi 39207-2979
Telephone: 601.968-9420

Kelly-Moore Paint Co.

Ronald G. Peresich
Michael E. Whitehead
Page, Mannino, Peresich & McDermott, PLLC
759 Vieux Marche' Mall
Post Office Drawer 289
Biloxi, MS 39533
Telephone: 228.374.2100
Facsimile: 228.432.5539

Harbison Walker Refractories Company

Thomas E. Vaughn, Esquire
Allen, Vaughn, Cobb & Hood, P.A.
Post Office Drawer 240
Gulfport, Mississippi 39502-0240
Telephone: 228.863.5575
Facsimile: 228.863.5523

7/9/01

| | |
|---|---|
| Riley Stoker Corporation | William C. Reeves, Esquire<br>Markow, Walker, Reeves & Anderson<br>Post Office Box 3669<br>Jackson, Mississippi 39236-3669<br>Telephone: 601.956.8500<br>Facsimile: 601.956.8423 |
| Ingersoll Rand Company | Thomas W. Tardy, III, Esquire<br>Patrick McMurtray, Esquire<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Telephone: 601.960.8600<br>Facsimile: 601.960.8613 |
| Kaiser Aluminum | William F. Goodman, III, Esquire<br>Katherine Smith, Esquire<br>Douglas J. Gunn<br>Watkins & Eager<br>Post Office Box 650<br>Jackson, Mississippi 39205-0650<br>Telephone: 601.948.6470<br>Facsimile: 601.354.3623 |
| Metropolitan Life Insurance Co. | William F. Goodman, III, Esquire<br>Katherine Smith, Esquire<br>Douglas J. Gunn<br>Watkins & Eager<br>Post Office Box 650<br>Jackson, Mississippi 39205-0650<br>Telephone: 601.948.6470<br>Facsimile: 601.354.3623 |
| Combustion Engineering | Thomas W. Tardy, III, Esquire<br>Patrick McMurtray, Esquire<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Telephone: 601.960.8600<br>Facsimile: 601.960.8613 |

7/9/01

| | |
|---|---|
| Georgia Pacific | Tardy, III, Esquire<br>Patrick McMurtray, Esquire<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Telephone: 601.960.8600<br>Facsimile: 601.960.8613 |
| Owens-Illinois | Thomas W. Tardy, III, Esquire<br>Patrick McMurtray, Esquire<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Telephone: 601.960.8600<br>Facsimile: 601.960.8613 |
| Komp Equipment | Thomas W. Tardy, III, Esquire<br>Patrick McMurtray, Esquire<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Telephone: 601.960.8600<br>Facsimile: 601.960.8613 |
| General Electric Co. | Thomas W. Tardy, III, Esquire<br>Patrick McMurtray, Esquire<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Telephone: 601.960.8600<br>Facsimile: 601.960.8613 |
| Laurel Machinery and Foundry Company | Thomas W. Tardy, III, Esquire<br>Patrick McMurtray, Esquire<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Telephone: 601.960.8600<br>Facsimile: 601.960.8613 |
| Zurn Industries | Thomas W. Tardy, III, Esquire<br>Patrick McMurtray, Esquire<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Telephone: 601.960.8600<br>Facsimile: 601.960.8613 |

7/9/01

| | |
|---|---|
| Minnesota Mining & Manufacturing Co. | Mark W. Garriga, Esquire<br>Christy D. Jones, Esquire<br>Robert C. Galloway, Esquire<br>Butler, Snow, O'Mara, Stevens & Cannada<br>1700 Deposit Guaranty Plaza<br>210 East Capitol Street (39201)<br>Post Office Box 22567<br>Jackson, Mississippi 39225-2567<br>Telephone: 601.948.5711<br>Facsimile: 601.949.4555 |
| Viacom, Inc., Successor to CBS Corp. f/k/a Westinghouse Electric Corp. | Roy C. Williams, Esquire<br>Karl R. Steinberger, Esquire<br>Colingo, Williams, Heidelberg, Steinberger & McElhaney, P.A.<br>711 Delmas Avenue<br>Post Office Drawer 1407<br>Pascagoula, Mississippi 39568-1407<br>Telephone: 228.762.8021<br>Facsimile: 228.769.5238 |
| Garlock, Inc. | Thomas W. Tyner, Esquire<br>William N. Graham, Esquire<br>Aultman, Tyner, Ruffin & Yarborough, Ltd.<br>315 Hemphill Street<br>Post Office Drawer 750<br>Hattiesburg, Mississippi 39403-0750<br>Telephone: 601.583.2671<br>Facsimile: 601.583.2677 |
| General Refractories Company | J. Price Coleman, Esquire<br>Quentin A. Daniels, Esquire<br>Gretchen L. Gentry, Esquire<br>BAKER, DONELSON, BEARMAN & CALDWELL<br>Post Office Box 14167<br>Jackson, Mississippi 39236<br>Asbestos Fax: 601.974.8947 |
| Flintkote Co. | David W. Dogan, III, Esquire<br>David L. Trewolla, Esquire<br>Dogan & Wilkinson<br>Post Office Box 23062<br>Jackson, Mississippi 39225-3062 |

7/9/01

| | |
|---|---|
| Brandon Drying Fabrics, Inc. | Matthew F. Powers, Esquire<br>SAMSON & POWERS, PLLC<br>2400 13th Street (39501)<br>Post Office Box 1417<br>Gulfport, Mississippi 39502<br>Telephone: 228.822.1109<br>Facsimile: 228.822.2317 |
| Crown Cork & Seal | Michael N. Watts, Esquire<br>HOLCOMB DUNBAR<br>1217 Jackson Avenue<br>Post Office Box 707<br>Oxford, Mississippi 38655-0707<br>Telephone: 662.234.8775<br>Facsimile: 662.238.7552 |
| Champion International Corp. | Phil B. Abernethy<br>Butler, Snow, O'Mara, Stevens & Cannada, PLLC<br>Post Office Box 22567<br>Jackson, Mississippi 39225-2567<br>Telephone: 601.948.5711<br>Facsimile: 601.949.4555 |
| Ford Motor Company | Walker Jones, III, Esq.<br>Baker, Donelson, Bearman & Caldwell<br>4268 I-55 North<br>P. O. Box 14167<br>Jackson, Mississippi 39236-4167<br>Telephone: 601.351-2413<br>Facsimile: 601.592-2413 |
| Federal Mogul Products, Inc.<br>F/k/a Moog Automotive<br>Merged w/ Wagner Electric Corp. | Shiela M. Bossier<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Telephone: 601.960.8600<br>Facsimile: 601.960.8613 |
| BorgWarner Corp. | Thomas W. Tyner, Esquire<br>Aultman, Tyner, Ruffin & Yarborough, Ltd.<br>315 Hemphill Street<br>Post Office Drawer 750<br>Hattiesburg, Mississippi 39403-0750<br>Telephone: 601.583.2671<br>Facsimile: 601.583.2677 |

7/9/01

| | |
|---|---|
| A. W. Chesterton Company | Kevin D. Graham<br>EDWARD B. McDONOUGH, JR., P. C.<br>Post Office Box 1943<br>Mobile, AL 36633<br>Telephone: 334.432.3296 |
| Mt. Vernon Mills Inc. | Walter W. Dukes<br>Dukes, Dukes, Keating & Faneca, P.A.<br>2909 – 13th Street, Sixth Floor<br>Gulfport, Mississippi 39501<br>Telephone: 228.868.1111<br>Facsimile: 228.863.2886 |
| J. T. Thorpe Company | Shiela M. Bossier<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Telephone: 601.960.8600<br>Facsimile: 601.960.8613 |
| Weavexx Corporation | Mark W. Garriga<br>Butler, Snow, O'Mara, Stevens & Cannada, PLLC<br>17th Floor, Am South Plaza<br>210 E. Capitol Street<br>Post Office Box 22567<br>Jackson, Mississippi 39225-2567<br>Telephone: 601.948-5711 |
| Cleaver-Brooks Division of<br>Aqua Chem, Inc. | Patrick R. Buchanan<br>Alan K. Sudduth<br>Brown, Watt & Buchanan, P.A.<br>P. O. Box 2220<br>Pascagoula, MS 39567<br>Telephone: 228.762.0035<br>Facsimile: 228.762.0299 |
| Asten, Inc. | Ronald D. Collins<br>Forrest Ren Wilkes<br>Craig E. Brasfield<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Suite 1200<br>One Jackson Place<br>188 East Capitol Street<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Telephone: 601.960.8600 |

7/9/01

| | |
|---|---|
| AlliedSignal Inc. | Edward J. Currie, Jr.<br>Kristi A. Duncan<br>CURRIE JOHNSON GRIFFIN GAINES & MYERS<br>Mississippi Valley Title Insurance Building<br>315 Tombigbee Street, 5th Floor<br>P. O. Box 750<br>Jackson, MS 39205-0750<br>Telephone: 601.969.1010<br>Facsimile: 601.969.5120 |
| United States Gypsum Company | Walter G. Watkins<br>Marcy L. Bryan<br>James H. Bolin<br>FORMAN PERRY WATKINS KRUTZ & TARDY<br>Suite 1200<br>One Jackson Place<br>188 East Capitol Street<br>Post Office Box 22608<br>Jackson, MS 39225-2608<br>Telephone: 601.960.8600 |
| Quigley Company, Inc. | David W. Clark<br>Bradley, Arant, Rose & White, LLC<br>188 East Capitol Street<br>Post Office Box 1789<br>Jackson, Mississippi 39215-1789<br>Telephone: 601.948.2121<br>Facsimile: 601-948-3000 |
| Amchem Products, Inc. | Walter G. Watkins<br>Marcy L. Bryan<br>James H. Bolin<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Suite 1200<br>One Jackson Place<br>188 East Capitol Street<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Telephone: 601.960.8600 |

7/9/01

| | |
|---|---|
| Shook & Fletcher Insulation Co. | Walter G. Watkins<br>Marcy L. Bryan<br>James H. Bolin<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Suite 1200<br>One Jackson Place<br>188 East Capitol Street<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Telephone: 601.960.8600 |
| Pfizer, Inc. | David W. Clark<br>Bradley, Arant, Rose & White, LLC<br>188 East Capitol Street<br>Post Office Box 1789<br>Jackson, Mississippi 39215-1789<br>Telephone: 601.948.2121<br>Facsimile: 601.948.3000 |
| Armstrong World Industries, Inc. | Walter G. Watkins<br>Marcy L. Bryan<br>James H. Bolin<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Suite 1200<br>One Jackson Place<br>188 East Capitol Street<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Telephone: 601.960.8600 |
| Union Carbide Corporation | Walter G. Watkins<br>Marcy L. Bryan<br>James H. Bolin<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Suite 1200<br>One Jackson Place<br>188 East Capitol Street<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Telephone: 601.960.8600 |

7/9/01

| | |
|---|---|
| Dana Corporation | Walter G. Watkins<br>Marcy L. Bryan<br>James H. Bolin<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Suite 1200<br>One Jackson Place<br>188 East Capitol Street<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Telephone: 601.960.8600 |
| National Service Industries, Inc. | Walter G. Watkins<br>Marcy L. Bryan<br>James H. Bolin<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Suite 1200<br>One Jackson Place<br>188 East Capitol Street<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Telephone: 601.960.8600 |
| Mississippi Rubber and Specialty Co. | Karl R. Steinberger, Esquire<br>Colingo, Williams, Heidelberg, Steinberger & McElhaney, P.A.<br>711 Delmas Avenue<br>Post Office Drawer 1407<br>Pascagoula, Mississippi 39568-1407<br>Telephone: 228.762.8021<br>Facsimile: 228.769.5238 |
| Coastal Rubber & Gasket Co., Inc.<br>A/k/a Industrial Rubber<br>and Specialty Company | Karl R. Steinberger, Esquire<br>Colingo, Williams, Heidelberg, Steinberger & McElhaney, P.A.<br>711 Delmas Avenue<br>Post Office Drawer 1407<br>Pascagoula, Mississippi 39568-1407<br>Telephone: 228.762.8021<br>Facsimile: 228.769.5238 |

7/9/01

| | |
|---|---|
| Gulf Coast Marine Supply Co. | Thomas W. Tardy, III<br>Marcy L. Bryan<br>FORMAN PERRY WATKINS KRUTZ & TARDY<br>Suite 1200<br>One Jackson Place<br>188 East Capitol Street<br>Post Office Box 22608<br>Jackson, MS 39225-2608<br>Telephone: 601.960.8600 |
| DaimlerChrysler | J. Price Coleman<br>Walker Jones III<br>Baker, Donelson, Bearman & Caldwell<br>4268 I-55 North<br>Jackson, MS 39211<br>Telephone: 601.351.2400<br>Facsimile: 601.351.2424 |
| General Motors Corporation<br><br>SEND ALL PLEADINGS<br>TO THIS ADDRESS | Paul V. Cassisa, Jr.<br>BERNARD, CASSISA, ELLIOTT & DAVIS<br>P. O. Box 55490<br>Metairie, LA 70055-5490<br>Attn: Paul V. Cassisa, Sr.<br>Telephone: 504.834.2612<br>Facsimile: 504.838.9438 |
| Eagle, Inc. | Thomas W. Tardy, III<br>Stefan G. Bourn<br>FORMAN PERRY WATKINS KRUTZ & TARDY<br>Suite 1200<br>One Jackson Place<br>188 East Capitol Street<br>Post Office Box 22608<br>Jackson, MS 39225-2608<br>Telephone: 601.960.8600 |
| W. R. Grace & Company | William N. Graham<br>Aultman, Tyner, Ruffin & Yarborough, Ltd.<br>P. O. Drawer 750<br>Hattiesburg, MS 39403-0750<br>Telephone: 601.583.2671 |

7/9/01

**Mills Supplies, Inc.**

Kay Hardage
Silas W. McCharen
Daniel, Cocker, Horton and Bell, P. A.
4400 Old Canton Road
Suite 1084
P. O. Box 1084
Jackson, Mississippi 39216-1084
Telephone: 601.969.7607
Facsimile: 601.969.1116

**The McCarty Corporation**

David A. Barfield
Kimberly P. Wallace
Barfield & Associates
Attorneys at Law, P.A.
233 East Capitol Street
P. O. Drawer 3979
Jackson, MS 39207-3979
Telephone: 601.968.9420

**Guard-Line, Inc.**

Robert W. Wilkinson
Dogan & Wilkinson, PLLC
734 Delmas Avenue
P. O. Drawer 1618
Pascagoula, MS 39568-1618
Telephone: 228.762.2272
Facsimile: 228.762.3223 or 762.8246

7/9/01