JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

AUG. 15, 2001

MICHAEL J. BECK
CLERK OF THE PANEL

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, MOREY L. SEAR, BRUCE M. SELYA, JULIA SMITH GIBBONS, D. LOWELL JENSEN, AND J. FREDERICK MOTZ, JUDGES OF THE PANEL*

## HEARING SESSION ORDER

IT IS ORDERED that on October 4, 2001, a hearing session will be held in San Diego, California, to consider the matters on the attached Schedule under 28 U.S.C. §1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

IMAGED AUG 16 '01

SCHEDULE OF MATTERS FOR HEARING SESSION
October 4, 2001 -- San Diego, California

## SECTION A
## MATTERS DESIGNATED FOR ORAL ARGUMENT

MDL-926 -- In re Silicone Gel Breast Implants Products Liability Litigation

Opposition of defendant Minnesota Mining & Manufacturing Company (3M) to remand of the following action to the United States District Court for the Northern District of Texas:

Northern District of Alabama

*June Wood, et al. v. McGhan Medical Corp., et al.*, C.A. No. 2:00-10016 (N.D. Texas C.A. No. 3:00-469)

MDL-997 -- In re Brand-Name Prescription Drugs Antitrust Litigation

Opposition of defendants Ciba-Geigy Corporation, Sandoz Pharmaceuticals Corporation, Novartis Pharmaceuticals Corporation, Abbott Laboratories, American Home Products Corporation, Bristol-Myers Squibb Company, Eli Lilly and Company, G.D. Searle & Company, Glaxo Wellcome Inc., Hoechst Marion Roussel, Hoffmann-LaRoche Inc., Johnson & Johnson, Knoll Pharmaceutical Company, Merck & Company, Inc., Pharmacia & Upjohn Company, Pfizer Inc., The Purdue Frederick Company, Rhone-Poulenc Rorer, Inc., Schering-Plough Corporation, SmithKline Beecham Corporation, Warner-Lambert Company, and Zeneca Inc. to separation and remand of the Sherman Act Claims in the actions listed on Attachment A from the United States District Court for the Northern District of Illinois to their respective transferor courts.

MDL-1321 -- In re MasterCard International, Inc., Internet Gambling Litigation

Opposition of plaintiffs Lisa J. Crocker, et al., to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

Southern District of Illinois

*Lisa J. Crocker, et al. v. Cedric Dempsey, et al.*, C.A. No. 3:01-303

Schedule of Matters for Hearing Session, Section A                    p. 2
San Diego, California

MDL-1420 -- In re Deutsche Telekom AG Securities Litigation

Motion of plaintiff Helen Feitell for centralization of the following actions in the United States District Court for the Eastern District of New York:

Eastern District of New York

*Helen Feitell v. Deutsche Telekom AG, et al.*, C.A. No. 1:00-7178

Southern District of New York

*In re Deutsche Telekom AG Securities Litigation*, C.A. No. 1:00-9475
*Ronald Offner v. Deutsche Telekom AG, et al.*, C.A. No. 1:00-9557
*Horizon International, LLC v. Deutsche Telekom AG, et al.*, C.A. No. 1:00-9571
*Hans Lahmann v. Deutsche Telekom AG, et al.*, C.A. No. 1:00-9640
*Michael Feibelman v. Deutsche Telekom AG, et al.*, C.A. No. 1:01-82
*Sara W. Resh v. Deutsche Telekom AG, et al.*, C.A. No. 1:01-146
*Marlene Sackheim v. Deutsche Telekom AG, et al.*, C.A. No. 1:01-719

MDL-1421-- In re Wireless Telephone Radio Frequency Emissions Products Liability
              Litigation

Motion of defendants Verizon Communications, Inc., Motorola Corporation, Cingular Wireless LLC, Sprint Corporation, and Philips Corporation for centralization of the following actions in the United States District Court for the District of Maryland or the United States District Court for the Eastern District of Louisiana:

Eastern District of Louisiana

*Garrett J. Naquin, et al. v. Nokia Mobile Phones, Inc., et al.*, C.A. No. 2:00-2023

District of Maryland

*J. Douglas Pinney, M.D., et al. v. Nokia Inc., et al.*, C.A. No. 1:01-1456

Schedule of Matters for Hearing Session, Section A                    p. 3
San Diego, California


MDL-1421 (Continued)


### Southern District of New York

*Crystal Gilliam, et al. v. Nokia Inc., et al.*, C.A. No. 1:01-4275

### Eastern District of Pennsylvania

*Francis J. Farina v. Nokia Inc., et al.*, C.A. No. 2:01-2477


### MDL-1422 -- In re Waste Management, Inc., Securities Litigation

Motion of defendant Waste Management, Inc., for centralization of the following
actions in the United States District Court for the Southern District of Texas:


### District of Delaware

*Willard Miller, et al. v. Waste Management, Inc., et al.*, C.A. No. 1:00-702

### Eastern District of Michigan

*Peter J. Rosewig, et al. v. Waste Management, Inc., et al.*, C.A. No. 2:01-72223

### Southern District of Texas

*In re Waste Management Inc. Securities Litigation*, C.A. No. 4:99-2183
*Florida State Board of Administration v. Waste Management, Inc., et al.*,
   C.A. No. 4:01-984

Schedule of Matters for Hearing Session, Section A                    p. 4
San Diego, California

MDL-1423 -- In re Cygnus Telecommunications Technology, LLC, Patent Litigation

       Motion, as amended, of plaintiff Cygnus Telecommunications Technology, LLC, for centralization of the following actions in the United States District Court for the Northern District of California:

Central District of California

*Cygnus Telecommunications Technology, LLC v. Cognigen Networks, Inc.*, C.A. No. 2:01-5943
*Cygnus Telecommunications Technology, LLC v. Dial-Thru International*, C.A. No. 2:01-6052

Northern District of California

*Cygnus Telecommunications Technology, LLC v. TotalAxcess.com, Inc.*, C.A. No. 5:01-20565

Northern District of Illinois

*Cygnus Telecommunications Technology, LLC v. WorldPort Communications, Inc., et al.*, C.A. No. 1:01-4251

Western District of Washington

*Cygnus Telecommunications Technology, LLC v. International Telecom, Ltd., et al.*, C.A. No. 2:01-1158

MDL-1424 -- In re Delta Air Lines, Inc., "ERISA" Litigation

       Motion of plaintiff Robert D. Berger for centralization of the following actions in the United States District Court for the Eastern District of New York:

Central District of California

*James B. Porter v. Delta Air Lines, Inc., et al.*, C.A. No. 2:01-4695

Schedule of Matters for Hearing Session, Section A                    p. 5
San Diego, California

MDL-1424 (Continued)

### Northern District of Georgia

*Darrell G. Aschbacher, et al. v. Delta Pilots Retirement Plan, et al.*,
   C.A. No. 1:00-2127

### District of Massachusetts

*William G. Macaulay v. Delta Air Lines, Inc., et al.*, C.A. No. 1:01-10922

### District of New Mexico

*Ann Braun Goldfein, etc. v. Delta Airlines, Inc., et al.*, C.A. No. 1:01-587

### Eastern District of New York

*Robert D. Berger v. Delta Air Lines, Inc., et al.*, C.A. No. 1:01-2877

### Southern District of Ohio

*Samuel O. Gamble v. Delta Air Lines, Inc., et al.*, C.A. No. 1:01-376


### MDL-1425 -- In re Aimster Copyright Litigation

Motion of plaintiffs Atlantic Recording Corporation, et al., for centralization of the
following actions in the United States District Court for the Southern District of New York:


### Central District of California

*Columbia Pictures Industries, Inc., et al. v. John A. Deep, et al.*, C.A. No. 2:01-5648

### Northern District of New York

*BuddyUSA, Inc. v. Recording Industry Association of America, Inc., et al.*,
   C.A. No. 1:01-631
*AbovePeer, Inc. v. Recording Industry Association of America, Inc., et al.*,
   C.A. No. 1:01-632

Schedule of Matters for Hearing Session, Section A                    p. 6
San Diego, California


MDL-1425 (Continued)


    <u>Northern District of New York</u> (Continued)

*AbovePeer, Inc. v. Zomba Recording Corp., et al.*, C.A. No. 1:01-809
*AbovePeer, Inc. v. Motion Picture Association of America, et al.*,
    C.A. No. 1:01-810
*AbovePeer, Inc. v. Acuff-Rose Music Publishing, Inc., et al.*, C.A. No. 1:01-811


    <u>Southern District of New York</u>

*Zomba Recording Corp., et al. v. John Deep, et al.*, C.A. No. 1:01-4452
*Atlantic Recording Corp., et al. v. AbovePeer, Inc., et al.*, C.A. No. 1:01-4460
*Jerry Leiber, et al. v. AbovePeer, Inc., et al.*, C.A. No. 1:01-5901


<u>MDL-1426 -- In re Automotive Refinishing Paint Antitrust Litigation</u>

    Motion of plaintiffs Car Color & Auto Body Supply Ltd., Golden Motors, Inc.,
Randall Boltz, Sajon Investments, Inc., and Howard J. Walters for centralization of certain
of the following actions in the United States District Court for the Eastern District of
Pennsylvania; motion of plaintiffs Peter Sahagian, Grant Park Garage L.L.C., Sid Kaprelian,
et al., Affordable Auto Body Carstar, Inc., John Sahagian, Anthony Koey, and Stephen Wilson
for centralization of certain of the following actions in the United States District Court for the
Western District of Pennsylvania; and motion of plaintiff AARC Distributors Inc. for
centralization of the following actions in the United States District Court for the District of
Delaware:


    <u>District of Delaware</u>

*AARC Distributors Inc. v. E.I. DuPont De Nemours & Co., et al.*,
    C.A. No. 1:01-448


    <u>District of New Jersey</u>

*Autobody by Caldwell, Inc. v. PPG Industries, Inc., et al.*, C.A. No. 2:01-2898

Schedule of Matters for Hearing Session, Section A                                    p. 7
San Diego, California

MDL-1426 (Continued)

### Eastern District of Pennsylvania

*Car Color & Auto Body Supply Ltd. v. PPG Industries, Inc., et al.*,
  C.A. No. 2:01-2830
*Golden Motors, Inc. v. PPG Industries, Inc., et al.*, C.A. No. 2:01-2906
*Charles Lessard v. PPG Industries, Inc., et al.*, C.A. No. 2:01-2983
*Randall Boltz v. PPG Industries, Inc., et al.*, C.A. No. 2:01-3020
*Yuri Shneyder v. PPG Industries, Inc., et al.*, C.A. No. 2:01-3105
*Sajon Investments, Inc. v. PPG Industries, Inc., et al.*, C.A. No. 2:01-3174
*Howard J. Walters v. PPG Industries, Inc., et al.*, C.A. No. 2:01-3206
*Mark Sharone v. Sherwin-Williams Co., et al.*, C.A. No. 2:01-3226
*Nicastro Industries, Inc. v. Sherwin-Williams Co., et al.*, C.A. No. 2:01-3275
*Crawford's Auto Center, Inc. v. E.I. DuPont de Nemours & Co., et al.*,
  C.A. No. 2:01-3437
*Jacqueline Auto Body, Inc. v. PPG Industries, Inc., et al.*, C.A. No. 2:01-3470
*Pasternacks Paint & Wallpaper Co., Inc. v. Sherwin-Williams Co., et al.*,
  C.A. No. 2:01-3650

### Western District of Pennsylvania

*Peter Sahagian v. PPG Industries, Inc., et al.*, C.A. No. 2:01-1159
*Automotive Body & Tire Center, Inc. v. DuPont Performance Coatings, Inc., et al.*,
  C.A. No. 2:01-1173
*Grant Park Garage, LLC v. PPG Industries, Inc., et al.*, C.A. No. 2:01-1183
*Sid Kaprelian, et al. v. PPG Industries, Inc., et al.*, C.A. No. 2:01-1189
*Affordable Auto Body Carstar, Inc. v. PPG Industries, Inc., et al.*,
  C.A. No. 2:01-1219
*John Sahagian v. PPG Industries, Inc., et al.*, C.A. No. 2:01-1230
*Anthony Koey v. PPG Industries, Inc., et al.*, C.A. No. 2:01-1231
*Stephen Wilson v. PPG Industries, Inc., et al.*, C.A. No. 2:01-1232
*Precise Autobody, Inc. v. PPG Industries, et al.*, C.A. No. 2:01-1271

MDL-1428 -- In re Ski Train Fire in Kaprun, Austria, on November 11, 2000

     Motion of plaintiffs John S. Habblett, et al., Dr. Dick Baker, et al., and Rudolf Kern, et al., for centralization of the following actions in the United States District Court for the Southern District of New York:

           Central District of California

*John S. Habblett, et al. v. Waagner-Biro AG*, C.A. No. 2:01-5815

           District of Colorado

*John S. Habblett, et al. v. Leitner Lifts USA Inc., et al.*, C.A. No. 1:01-1123

           Middle District of Florida

*John S. Habblett, et al. v. Swoboda Karosserie-und Stahlbau GmBH, et al.*, C.A. No. 8:01-1221

           Southern District of New York

*Rudolf Kern, et al. v. Leitner Lifts USA Inc., et al.*, C.A. No. 1:01-264
*John S. Habblett, et al. v. Leitner Lifts USA Inc., et al.*, C.A. No. 1:01-266
*Dr. Dick Baker, et al. v. Leitner Lifts USA Inc., et al.*, C.A. No. 1:01-817


MDL-1429 -- In re American General Life & Accident Insurance Co. Industrial Life Insurance Litigation

     Motion of defendant American General Life & Accident Insurance Company for centralization of the following actions in the United States District Court for the Eastern District of Louisiana:

           Southern District of Alabama

*Katrina Rhodes v. American General Life & Accident Insurance Co., et al.*, C.A. No. 2:01-99

Schedule of Matters for Hearing Session, Section A                                     p. 9
San Diego, California

MDL-1429 (Continued)

### Southern District of Florida

*Edith C. Mack, et al. v. Independent Life & Accident Insurance Co., et al.*,
   C.A. No. 0:00-6718

### Middle District of Georgia

*Nadine Bridges v. American General Life & Accident Insurance Co.*,
   C.A. No. 1:01-80
*Curtis Bridges v. American General Life & Accident Insurance Co.*,
   C.A. No. 1:01-81
*Diane Bridges v. American General Life & Accident Insurance Co.*,
   C.A. No. 1:01-82
*Charles Bridges, Jr. v. American General Life & Accident Insurance Co.*,
   C.A. No. 1:01-83
*Charlie Bridges, Sr. v. American General Life & Accident Insurance Co.*,
   C.A. No. 1:01-84

### Eastern District of Louisiana

*Jeannette L. Smith v. American General Life & Accident Insurance Co.*,
   C.A. No. 2:00-2565

### Southern District of Mississippi

*Maude Graham, et al. v. American General Life & Accident Insurance Co., et al.*,
   C.A. No. 4:00-214
*Thelma L. Gales v. American General Life & Accident Insurance Co., et al.*,
   C.A. No. 5:01-13
*Cammie E. Hutcherson v. American General Life & Accident Insurance Co.*,
   C.A. No. 5:01-14
*Hazel Doss, et al. v. American General Life & Accident Insurance Co., et al.*,
   C.A. No. 5:01-83

### Middle District of Tennessee

*John Earl Marshall, et al. v. American General Life & Accident Insurance Co.,
   et al.*, C.A. No. 3:01-551

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL-875 –  In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs John R. Poynter, Sr., et al., Justin Shane Wooley, and Sylvia Ann Baden, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Eastern District of Louisiana

*John R. Poynter, Sr., et al. v. Kaiser Aluminum & Chemical Corp., et al.*, C.A. No. 2:01-1824

Southern District of Mississippi

*Justin Shane Wooley v. International Paper Co., et al.*, C.A. No. 1:01-237

Southern District of Texas

*Sylvia Ann Baden, et al. v. BPU Reynolds, Inc., et al.*, C.A. No. 2:01-288

MDL-1091 -- In re Metropolitan Life Insurance Co. Sales Practices Litigation

Opposition of plaintiff Brazil Paternostro to transfer of the following action to the United States District Court for the Western District of Pennsylvania:

Eastern District of Louisiana

*Brazil Paternostro v. Metropolitan Life Insurance Co.*, C.A. No. 2:01-1210

MDL-1105 -- In re New England Mutual Life Insurance Company Sales Practices Litigation

Opposition of plaintiff Homer C. Peden to transfer of the following action to the United
States District Court for the District of Massachusetts:

Southern District of Mississippi

*Homer C. Peden v. Fulton A. Jordan, Jr., et al.*, C.A. No. 3:01-319

MDL-1148 -- In re Latex Gloves Products Liability Litigation

Opposition of plaintiffs Charles Mills, et al., to transfer of the following action to the
United States District Court for the Eastern District of Pennsylvania:

District of Massachusetts

*Charles Mills, et al. v. Allegiance Healthcare Corp., et al.*, C.A. No. 1:01-10582

MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products
              Liability Litigation

Opposition of plaintiff Brenda J. Ellis to transfer of the following action to the United
States District Court for the Eastern District of Pennsylvania:

Middle District of Alabama

*Brenda J. Ellis v. American Home Products Corp., et al.*, C.A. No. 2:01-619

Schedule of Matters for Hearing Session, Section B                                    p. 12
San Diego, California

MDL-1291 -- In re Omeprazole Patent Litigation

Oppositions of defendants Andrx Pharmaceuticals Inc., Apotex Corporation, Apotex, Inc., and TorPharm, Inc., to transfer of their respective following actions to the United States District Court for the Southern District of New York:

Southern District of Florida

*Aktiebolaget Hassle, et al. v. Andrx Pharmaceuticals, Inc., et al.,*
    C.A. No. 0:01-6749

Northern District of Illinois

*Astrazeneca AB, et al. v. Apotex Corp., et al.,* C.A. No. 1:01-2796

MDL-1347 -- In re World War II Era Japanese Forced Labor Litigation

Opposition of plaintiffs Heung Bok Park, et al., and Syeong Kyoon Ahn, et al., to transfer of their respective following actions to the United States District Court for the Northern District of California:

Central District of California

*Heung Bok Park, et al. v. Mitsubishi Heavy Industries, Ltd., et al.,*
    C.A. No. 2:01-4852
*Syeong Kyoon Ahn, et al. v. Mitsui & Co., Ltd., et al.,* C.A. No. 2:01-5014

Schedule of Matters for Hearing Session, Section B                     p. 13
San Diego, California

MDL-1348 -- In re Rezulin Products Liability Litigation

Oppositions of plaintiffs Golda Mullins, Dolares Adams, et al., Ulysiss Abadine, et al., Darlene Accardo, et al., Thelma Lee Whitley, Maria Callas, et al., Robert Williams, Aubrey Walter Roberts, et al., Patricia Furlough, Alicia Beaver, Caroline Johnson, and Helen Lopez, et al., to transfer of their respective following actions to the United States District Court for the Southern District of New York:

Eastern District of Kentucky

*Golda Mullins v. Parke-Davis, et al.*, C.A. No. 7:01-135

Eastern District of Louisiana

*Dolares Adams, et al. v. Parke-Davis, et al.*, C.A. No. 2:01-1230
*Ulysiss Abadine, et al. v. Parke-Davis, et al.*, C.A. No. 2:01-1231
*Darlene Accardo, et al. v. Parke-Davis, et al.*, C.A. No. 2:01-1234

Western District of Louisiana

*Thelma Lee Whitley v. Warner-Lambert Co., et al.*, C.A. No. 1:01-689
*Maria Callas, et al. v. Warner-Lambert Co., et al.*, C.A. No. 2:01-705
*Robert Williams v. Warner-Lambert Co., et al.*, C.A. No. 3:01-690
*Aubrey Walter Roberts, et al. v. Warner-Lambert Co., et al.*, C.A. No. 3:01-691
*Patricia Furlough v. Warner-Lambert Co., et al.*, C.A. No. 3:01-704
*Alicia Beaver v. Warner-Lambert Co., et al.*, C.A. No. 5:01-688
*Caroline Johnson v. Warner-Lambert Co., et al.*, C.A. No. 5:01-708

District of New Mexico

*Helen Lopez, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:01-517

Schedule of Matters for Hearing Session, Section B                    p. 14
San Diego, California

MDL-1355 -- In re Propulsid Products Liability Litigation

　　　Opposition of plaintiffs Paul Carter, et al., to transfer of the following action to the
United States District Court for the Eastern District of Louisiana:

　　　　　District of Maryland

　　　*Paul Carter, et al. v. Johnson & Johnson, et al.*, C.A. No. 1:01-1573

MDL-1373 -- In re Bridgestone/Firestone, Inc., Tires Products Liability Litigation

　　　Oppositions of plaintiffs and defendant Costco Warehouse Corporation to transfer of
their respective following actions to the United States District Court for the Southern District
of Indiana:

　　　　　Eastern District of Arkansas

　　　*LaQuita Saunders, etc. v. Ford Motor Co., et al.*, C.A. No. 3:01-170

　　　　　District of Arizona

　　　*Jeffrey Brownlee, et al. v. Bridgestone/Firestone, Inc.*, C.A. No. 2:00-1911
　　　*Steve Schroefe, et al. v. Bridgestone/Firestone, Inc.*, C.A. No. 2:00-1912

　　　　　Central District of California

　　　*Marta Shugart, et al. v. Ford Motor Co., et al.*, C.A. No. 2:01-2451

　　　　　Middle District of Florida

　　　*Bobbie Jo Profitt, etc. v. Bridgestone/Firestone, Inc.*, C.A. No. 8:01-1144

　　　　　Eastern District of Louisiana

　　　*Jerry J. Sterling, Sr., et al. v. Bridgestone/Firestone, Inc.*, C.A. No. 2:01-1926

Schedule of Matters for Hearing Session, Section B                    p. 15
San Diego, California


MDL-1373 (Continued)


    Southern District of Mississippi

*Edward Turnage, et al. v. Ford Motor Co., et al.*, C.A. No. 2:01-138
*Daniel King, et al. v. Ford Motor Co., et al.*, C.A. No. 5:01-186

    Southern District of New York

*Miguel Garcia, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 1:01-4302

    Eastern District of Texas

*Aurelio Antonio Hernandez, et al. v. Ford Motor Co., et al.*, C.A. No. 1:01-402

    Southern District of Texas

*Dora Elia Escalera Toca, et al. v. Ford Motor Co., et al.*, C.A. No. 5:01-68
*Gabriela Rodriguez, etc. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 7:01-67

    District of Utah

*Welles Cannon, etc. v. Ford Motor Co., et al.*, C.A. No. 2:01-384


MDL-1374 -- In re  Assicurazioni Generali S.p.A. Holocaust Era Insurance Litigation

    Opposition of plaintiff Felicia Spirer Haberfeld to transfer of the following action to the
United States District Court for the Southern District of New York:


    Central District of California

*Felicia Spirer Haberfeld v. Assicurazioni Generali, S.p.A.*, C.A. No. 2:01-4685

MDL-1387 -- In re ProteGen Sling and Vesica System Products Liability Litigation

Motion of defendant Boston Scientific Corporation for reconsideration of the Panel's ruling denying transfer of the following action to the United States District Court for the District of Maryland:

Southern District of New York

*Natalie Figueroa v. Boston Scientific Corp.*, C.A. No. 7:00-7922

MDL-1390 -- In re Life Insurance Co. of Georgia Industrial Life Insurance Litigation

Oppositions of plaintiffs Betty Gray, et al., Emmaline Thomas, Mildred Gill, Lula Madison Lanier, et al., and Nellie Manning to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

Middle District of Alabama

*Betty Gray, et al. v. Life Insurance Co. of Georgia*, C.A. No. 2:01-505
*Emmaline Thomas v. Life Insurance Co. of Georgia, et al.*, C.A. No. 3:01-549

Northern District of Alabama

*Mildred Gill v. Life Insurance Co. of Georgia, et al.*, C.A. No. 7:01-982
*Lula Madison Lanier, et al. v. Life Insurance Co. of Georgia, et al.*,
  C.A. No. 7:01-1089
*Nellie Manning v. Life Insurance Co. of Georgia, et al.*, C.A. No. 7:01-1190

Schedule of Matters for Hearing Session, Section B                p. 17
San Diego, California

MDL-1393 -- In re Cooper Tire & Rubber Co. Tires Products Liability Litigation

        Opposition of plaintiff Carolann D. Brown to transfer of the following action to the
United States District Court for the Southern District of Ohio:

              District of Rhode Island

        *Carolann D. Brown v. Cooper Tire & Rubber Co.*, C.A. No. 1:01-4

MDL-1401 -- In re Inter-Op Hip Prosthesis Products Liability Litigation

        Oppositions of plaintiffs Eleanor Smith, Everett R. Worth, Ruth Vivian Frencer,
Robert W. Scott, et al., Rose A. Malone, Walter Baker, et al., and Lydia Scheuring to transfer
of their respective following actions to the United States District Court for the Northern
District of Ohio:

              Central District of California

        *Eleanor Smith v. Sulzer Orthopedics, Inc.*, C.A. No. 2:01-2896

              District of New Jersey

        *Everett R. Worth v. Sulzer Orthopedics, Inc., et al.*, C.A. No. 2:01-1200
        *Ruth Vivian Frencer v. Sulzer Orthopedics, Inc., et al.*, C.A. No. 2:01-1201
        *Robert W. Scott, et al. v. Sulzer Orthopedics, Inc., et al.*, C.A. No. 2:01-1979
        *Rose A. Malone v. Sulzer Orthopedics, Inc., et al.*, C.A. No. 2:01-1980
        *Walter Baker, et al. v. Sulzer Orthopedics, Inc., et al.*, C.A. No. 2:01-1981

              Western District of Oklahoma

        *Lydia Scheuring v. Sulzer Orthopedics, Inc.*, C.A. No. 5:01-440

# ATTACHMENT A

MDL-997 -- In re Brand-Name Prescription Drugs Antitrust Litigation

### Northern District of Illinois

*Ladas Pharmacy, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:94-7431 (ALS, C.A. No. 1:94-394)

*Yesterday's Pharmacy, et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-7329 (ALS, C.A. No. 1:95-262

*Kelly Namour, et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-5689 (ARE, C.A. No. 1:95-23)

*Kelly Namour, et al. v. Abbott Laboratories, et al.*, C.A. No. 1:94-2899 (ARE, C.A. No. 4:94-139)

*Joe McCutcheon's Health Services, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-158 (ARE, C.A. No. 4:94-728)

*Lawrence Adams, et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-2805 (ARE, C.A. No. 4:95-153)

*Jones Drug Co., Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-4812 (AZ, C.A. No. 4:95-189)

*Paradise Drugs Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-1001 (CAN, C.A. No. 5:94-20819)

*Bob's Pharmacy, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-2617 (CAN, C.A. No. 5:95-20105

*Medical Building Pharmacy, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-3298 (CO, C.A. No. 1:95-746)

*Allard's Bell Park Pharmacy, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-2582 (CT, C.A. No. 3:94-1995)

*A.P.R. Drug, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-3333 (CT, C.A. No. 3:95-551)

*Edgehill Drugs, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-5413 (DE, C.A. No. 1:95-195)

*Ossi's Apothecary, Inc. v. Abbott Laboratories, et al.*, C.A. No. 1:96-1150 (FLM, C.A. No. 3:95-1031)

*Bobo's Drugs, Inc., et al. v. American Home Products Corp., et al.*, C.A. No. 1:94-5449 (FLM, C.A. No. 6:94-726)

*Mims Pharmacy, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:94-7586 (FLM, C.A. No. 6:94-1088)

*Mims Pharmacy, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1: 95-3266 (FLM,, C.A. No. 6:95-336)

*Chipley Drugs, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:94-3263 (FLN, C.A. No. 5:94-50354)

*Ace Pharmacy, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:94-1667 (GAS, C.A. No. 5:94-6)

*Anthony B. Meadows, et al. v. Abbott Laboratories, et al.*, 1:95-37 (GAS, C.A. No. 5:94-85)

- 2 -

**MDL-997 Attachment A (Continued)**

<u>Northern District of Illinois</u> (Continued)

*Ace Pharmacy, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-2934 (GAS, C.A. No. 5:95-24)

*Adams Drug Store, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-2932 (GAS, C.A. No. 5:95-31)

*Thompson Dean Drug, Inc., et al. v. Abbott Laboratories, Inc., et al.*, C.A. No. 1:96-6963 (IAN, C.A. No. 5:95-4012)

*Alexander Drug Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-159 (ID, C.A. No. 1:94-462)

*Ronald Baker, et al. v. Abbott Laboratories, et al.*, C.A. No. 1: 95-1874 (ID, C.A. No. 1:95-58)

*Broadway Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1: 95-3242 (ID, C.A. No. 1:95-154)

*Chastains, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1: 95-1873 (ID, C.A. No. 3:95-50)

*Austin Pharmacy, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1: 95-751 (INS, C.A. No. 1:94-1966)

*Butt Rexall Drugs, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1: 95-2923 (INS, C.A. No. 1:95-412)

*Agler Drug Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-482 (KS, C.A. No. 5:94-4194)

*Bill Bond Pharmacies, et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-520 (KS, C.A. No. 5:94-4233)

*F&M Drug Co., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-1506 (KS, C.A. No. 5:94-4256)

*Byrne's Pharmacy, et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-3241 (KS, C.A. No. 5:95-4046)

*Ardery Drug, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:94-7752 (KYE, C.A. No. 3:94-76)

*Arthur G. Jacob, et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-2712 (KYE, C.A. No. 3:95-32)

*Anderson County Discount Pharmacy, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-3553 (KYE, C.A. No. 3:95-41)

*Anward J. Mayeaux, et al. v. Abbott Laboratories, et al.*, C.A. No. 1:94-1666 (LAE, C.A. No. 2:94-242)

*AcKal's Iberia Pharmacy, et al. v. Abbott Laboratories, et al.*, C.A. No. 1:94-7375 (LAE, C.A. No. 2:94-3349)

*Miller Drugs, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-876 (LAE, C.A. No. 2:94-4152)

*Advance Drug, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-3096 (LAE, C.A. No. 2:95-1051)

- 3 -

**MDL-997 Attachment A (Continued)**

Northern District of Illinois (Continued)

*Anward J. Mayeaux, et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-2895 (LAE,
  C.A. No. 2:95-1052)
*Austin Pharmacy, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-3025 (MD,
  C.A. No. 1:95-940)
*Baars Pharmacy, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-1416 (MIE,
  C.A. No. 2:95-70115)
*Bath Pharmacy, et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-3090 (MIE,
  C.A. No. 2:95-71281)
*Rockport Pharmacy, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-643 (MOE,
  C.A. No. 4:94-1471
*Rockport Pharmacy, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-6001 (MOE,
  C.A. No. 4:95-564)
*Sunshine & Shadow Enterprises, Inc., et al. v. American Home Products Corp., et al.*,
  C.A. No. 1:95-5414 (MOE, C.A. No. 4:95-1078)
*Diket's Professional Drugs, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-1365
  (MSS, C.A. No. 1:94-569)
*Bergum Drug, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-2971 (MT,
  C.A. No. 6:95-19)
*RX Center, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:94-7816 (NCE,
  C.A. No. 5:94-807)
*Rhoden Enterprises, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-2896 (NCE,
  C.A. No. 5:95-268)
*Eugene D. Rivard, Partners, et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-6994
  (NH, C.A. No. 1:95-151)
*Clinical Pharmacy, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-2854 (NM,
  C.A. No. 1:95-276)
*Albin L. Kaiser, et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-5634 (NV,
  C.A. No. 3:95-163)
*Drug Mart Pharmacy Corp., et al. v. American Home Products Corp., et al.*,
  C.A. No. 1:94-1206 (NYE, C.A. No. 1:93-5148)
*Marine Park Pharmacy & Surgical, Inc., et al. v. Abbott Laboratories, Inc., et al.*,
  C.A. No. 1:95-2197 (NYE, C.A. No. 1:94-5008)
*Bi-Wise Pharmacy, et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-1866 (NYE,
  C.A. No. 1:95-402)
*Phar-Mor, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-2855 (NYE,
  C.A. No. 1:95-1261)
*Drug Mart Pharmacy Corp., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-3142
  (NYE, C.A. No. 1:95-1292)

- 4 -

**MDL-997 Attachment A (Continued)**

Northern District of Illinois (Continued)

*Bay Parkway Pharmacy, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:96-1497
   (NYE, C.A. No. 1:95-4128)
*Lowen's Drug Store, et al. v. Abbott Laboratories, et al.*, C.A. No. 1:97-3201 (NYE,
   C.A. No. 1:97-100)
*Friendly Pharmacy v. American Home Products Corp., et al.*, C.A. No. 1:94-2355 (NYS,
   C.A. No. 1:93-8271)
*Allen's Pharmacy, et al. v Abbott Laboratories, et al.*, C.A. No. 1:95-481 (OHN,
   C.A. No. 1:94-2151)
*Bay View Pharmacy, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-3339 (OHN,
   C.A. No. 1:95-752)
*Marc Glassman, Inc. v. Abbott Laboratories, et al.*, C.A. No. 1:95-2808 (OHN,
   C.A. No. 1:95-761)
*B.K. Drugs, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-3338 (OHN,
   C.A. No. 1:95-762)
*Al Tell Pharmacy & Gift Shoppe, Inc. v. Abbott Laboratories, Inc., et al.*, C.A. No. 1:95-1668
   (OHN, C.A. No. 4:94-2665)
*Reaman Shawnee Pharmacy, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-7328
   (OHN, C.A. No. 5:95-2131
*Tiger Drug Co., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-662 (OKE,
   C.A. No. 6:94-578)
*Thomas R. Barnett, R.Ph., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-2857
   (OKE, C.A. No. 6:95-152)
*Beaverton Pharmacy Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-1571 (OR,
   C.A. No. 3:94-1526)
*South Salem Pharmacy, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-2696
   (OR, C.A. No. 3:95-400)
*2401 E. York St., Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:94-7272 (PAM,
   C.A. No. 1:94-1694)
*RX USA, Inc. v. Abbott Laboratories, et al.*, C.A. No. C.A. No. 1:94-7034 (PAM,
   C.A. No. 3:94-1497)
*Andrew Brown's Drug Store, Inc., et al. v. Abbott Laboratories, et al.*,
   C.A. No. 1:95-2925 (PAM, C.A. No. 3:95-485)
*Hook-Superx, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-2924 (PAM,
   C.A. No. 3:95-498)
*Rite Aid Corp., et al. v. American Home Products Corp., et al.*, C.A. No. 1:94-1200 (PAM,
   C.A. No. 4:93-1580)
*Savitz Drug Store, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:94-2651 (SC,
   C.A. No. 2:94-179)

**MDL-997 Attachment A (Continued)**

#### Northern District of Illinois (Continued)

*Clinkscales Drugs, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-375 (SC, C.A. No. 2:94-2798)

*Savitz Drug Store, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-3215 (SC, C.A. No. 2:95-869)

*Black's Drug Store, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-3214 (SC, C.A. No. 2:95-870)

*Assam Drug Co., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-2682 (SD, C.A. No. 3:95-3008)

*B&L, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-3033 (SD, C.A. No. 3:95-3011)

*B-Z Inc., et al. v. Abbott Laboratories, Inc., et al.*, C.A. No. 1:95-1266 (TNM, C.A. No. 3:94-909)

*Cherokee Pharmacy & Medical Supply, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-4274 (TNM, C.A. No. 3:95-304)

*Malley's Pharmacy, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:94-2650 (TXE, C.A. No. 1:94-97)

*Brookshire Brothers, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-95-3032 (TXE, C.A. No. 1:95-129)

*Pharmhouse Corp., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-3141 (TXE, C.A. No. 1:95-175)

*F&M Distributors, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-4776 (TXE, C.A. No. 1:95-264)

*Sunny Chin, et al. v. Abbott Laboratories, et al.*, C.A. No. 1:94-1142 (TXS, C.A. No. 3:93-775)

*Mainland Pharmacy, Inc. v. Abbott Laboratories, et al.*, C.A. No. 1:94-2649 (TXS, C.A. No. 3:94-76)

*Tarpley & Smith Drugs, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-6249 (TXS, C.A. No. 3:94-704)

*Sunny Chin, et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-2711 (TXS, C.A. No. 3:95-167)

*Mainland Pharmacy, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-2714 (TXS, C.A. No. 3:95-168)

*H&Z Pharmacy, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-547 (TXS, C.A. No. 3:95-547)

*Randall's Food & Drug Inc. v. Abbott Laboratories, et al.*, C.A. No. 1:94-6416 (TXS, C.A. No. 4:94-2866)

*BTP Ace Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-87 (TXS, C.A. No. 4:94-3546)

- 6 -

**MDL-997 Attachment A (Continued)**

Northern District of Illinois (Continued)

*Randall's Food & Drugs, Inc. v. Abbott Laboratories, et al.*, C.A. No. 1:95-3265 (TXS, C.A. No. 4:95-974)

*Apothecary & Escondico Surgical Supply, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-3026 (TXS, C.A. No. 4:95-976)

*HP Ace, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:94-2104 (TXW, C.A. No. 1:94-29)

*HP Ace, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-2783 (TXW, C.A. No. 1:95-182)

*Alexandria Medicare Supply Co., Inc., et al. v. American Home Products Corp., et al.*, C.A. No. 1:94-6394 (VAE, C.A. No. 3:94-638)

*Albost, Inc. v. Abbott Laboratories, et al.*, C.A. No. 1:95-740 (VAE, C.A. No. 3:94-879)

*Marshall Pharmacies, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-2931 (VAE, C.A. No. 3:95-240)

*Mutual Drug, Inc. et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-2935 (VAE, C.A. No. 3:95-250)

*4 W's, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-796 (WAW, C.A. No. 2:94-1767)

*Bates Drug Stores, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-2937 (WAW, C.A. No. 2:95-473)

*Berkeley Springs Pharmacy, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-679 (WVS, C.A. No. 2:94-1040)

*Family Discount Pharmacy, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-2849 (WVS, C.A. No. 2:95-191)

*Berkeley Springs Pharmacy, Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-2851 (WVS, C.A. No. 2:95-241)

*AJM Corp., et al. v. Abbbott Laboratories, et al.*, C.A. No. 1:95-435 (WY, C.A. No. 1:94-1051)

*Corner Drug, et al. v. Abbott Laboratories, et al.*, C.A. No. 1:95-2921 (WY, C.A. No. 1:95-1018)

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the</u>
<u>Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001). Rule 16.1(g) allows a
maximum of twenty minutes for oral argument in each matter. In most cases, however, less time
is necessary for the expression of all views and the Panel reserves the prerogative of reducing the
time requested by counsel. Accordingly, counsel should be careful not to overstate the time
requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria. <u>See</u> <u>generally</u> <u>In</u>
<u>re "East of the Rockies" Concrete Pipe Antitrust Cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L.
1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)     Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)     Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)     No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
　　　　(i)    the dispositive issue(s) have been authoritatively decided; or
　　　　(ii)   the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)     In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)     Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)     Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)     Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.