**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 17 2001

FILED
CLERK'S OFFICE

IN RE: §
§
ASBESTOS PRODUCTS § DOCKET NO. 875
LIABILITY LITIGATION (NO. VI) §

## OPPOSITION TO CONDITIONAL TRANSFER ORDER NO. 202 (CTO-202)

Plaintiffs in Civil Action No. 4:01-2339, *Ava Lee Collins v. Blue Tee Corp., successor by merger to Gold Fields American Industries, Inc. f/k/a Azcon Corporation f/k/a American Zinc Company of Illinois, et al.*, In the United States District Court for the Southern District of Texas, hereby object to the Conditional Transfer Order No 202 issued by this Panel, and request a hearing on that opposition. Pursuant to Rule 5.2(c) of this court, the undersigned attorney is hereby designated by the *Collins* plaintiff to receive service of all pleadings, notices, orders and other papers in this matter.

Respectfully submitted,

SILBER PEARLMAN, L.L.P.

By: _____
Michael J. Hanners
Texas State Bar No. 00796702

2711 N. Haskell
5th Floor, LB 32
Dallas, Texas 75204
214/874-7000
214/824-8100 (fax)

**OFFICIAL FILE COPY**

OPPOSITION TO CONDITIONAL TRANSFER ORDER NO. 202 (CTO-202) - Page 1
328205.1

IMAGED AUG 20 '01

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this notice of Opposition To Conditional Transfer Order No. 202 was served via facsimile on the Clerk of the Panel, and has been forwarded to counsel for defendant, BLUE TEE CORPORATION, Hubert A. Crouch III and Amy E. Nettle, Crouch & Inabnett, L.L.P., 2300 Fountain Place, 1445 Ross Avenue, Dallas, Texas, 75202 and to counsel for defendant J.T. THORPE COMPANY, W. Miller Thomas and Jim Payne, Fairchild, Price, Thomas, Haley & Willingham, P.O. Drawer 1719, Center, Texas 75935-1719, via certified mail, return receipt requested, this 17th day of August, 2001.

Michael J. Hanners

**OPPOSITION TO CONDITIONAL TRANSFER ORDER NO. 202 (CTO-202) - Page 2**
328205.1