JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 2 2001

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*John Lindfors v. ACandS, Inc., et al.*, D. South Carolina,
C.A. No. 2:01-571
*Henry Wood, et al. v. ACandS, Inc., et al.*, D. South Carolina,
C.A. No. 2:01-572

## ORDER VACATING TRANSFER ORDER

The Panel issued an order on August 14, 2001, directing, inter alia, that these actions (*Lindfors* and *Wood*), pending in the District of South Carolina, be transferred, pursuant to 28 U.S.C. §1407, to the Eastern District of Pennsylvania for inclusion in the centralized pretrial proceedings occurring there in this docket before the Honorable Charles R. Weiner. On July 17, 2001 (before entry of the Panel's order), however, the Honorable Margaret B. Seymour in the District of South Carolina entered an order remanding *Lindfors* and *Wood* to the Circuit Court for the County of Charleston, South Carolina.

IT IS THEREFORE ORDERED that insofar as the Panel's order filed on August 14, 2001, applies to *Lindfors* and *Wood*, the order is hereby VACATED as MOOT.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

IMAGED AUG 24 '01