JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 2 2001

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*John R. Poynter, Sr., et al. v. Kaiser Aluminum & Chemical Corp., et al.,*
  E.D. Louisiana, C.A. No. 2:01-1824

### ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE OCTOBER 4, 2001 HEARING SESSION

A conditional transfer order was filed in this action (*Poynter*) on June 26, 2001. Prior to expiration of the mandatory fifteen-day stay of execution, plaintiff in *Poynter* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. *Poynter* was then remanded to state court by the Honorable Helen G. Berrigan in an order filed on August 21, 2001.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-200" filed on June 26, 2001, be, and the same hereby is, VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 15, 2001, are hereby VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

IMAGED AUG 24 '01