**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 22 2001

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS )
)
_____)
)
THIS DOCUMENT RELATES TO: )
) MDL CIVIL ACTION
_____) NO. 875
)
VIRGINIA R. VANDERBILT, as )
PERSONAL REPRESENTATION OF THE )
ESTATE AND SURVIVORS OF )
CHESTER J. VANDERBILT, Deceased )
)
Plaintiff, )
)
v. )
)
OWENS-CORNING, et al., )
)
Defendants. )
)
UNITED STATES DISTRICT COURT )
DISTRICT OF ALASKA )
)
CIVIL ACTION NO.: FA-96-0062-CV )
)
_____)

PLEADING NO. 3256

## MOTION TO VACATE CONDITIONAL REMAND ORDER

Defendant, D. B. Riley, Inc. ("D.B. Riley"), by and through its counsel, hereby moves pursuant to Rule 7.6(f)(iii) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation to vacate the Conditional Remand Order (Docket No. 875) entered on July 23, 2001, on the grounds that no discovery or other pretrial proceedings have been conducted in this case, and D.B. Riley is willing and agreeable to continuing global

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

**OFFICIAL FILE COPY**

IMAGED AUG 27 '01

settlement negotiations, and those negotiations should have an opportunity to complete prior to remand. A supporting memorandum is submitted herewith.

DATED at Anchorage, Alaska this 21st day of August, 2001.

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
Attorneys for Defendant D.B. Riley, Inc.

*[signature]*

William E. Moseley
ABA No. 7811121

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 2 2001

FILED
CLERK'S OFFICE

**CERTIFICATE OF SERVICE**

This certifies that in am an authorized agent of Delaney, Wiles, Hayes, Gerety & Ellis & Young, Inc., for service of papers pursuant to Civil Rule 5, and that on this 21st day of August, 2001, a copy of the foregoing document was served by U.S. Mail upon the following persons as well as those persons listed on the attached panel service list:

Arthur Lyle Robson, Esq.
Robson Law Office
483 McKinley View Drive
Fairbanks, Alaska 99712

Juan P. Bauta, II, Esq.
Louis S. Robles, P.A.
One Bayfront Plaza
100 South Biscayne Blvd., Suite 900
Miami, FL 33131-2026

Dale W. House, Esq.
Lane Powell Spears Lubersky
420 L Street, Suite 300
Anchorage, Alaska 99501-1937

Joan E. Rohlf, Esq.
Guess & Rudd
510 L Street, Suite 700
Anchorage, AK 99501

Barnaby W. Horton, Esq.
Danaher Tedford, et al.
700 Capitol Place
21 Oak Street
Hartford, CT 06106-8000

*[signature]*

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

3

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 2 2001

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> _____ ) <br> ) <br> VIRGINIA R. VANDERBILT, as ) <br> PERSONAL REPRESENTATIVE OF THE ) <br> ESTATE AND SURVIVORS OF ) <br> CHESTER J. VANDERBILT, Deceased ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OWENS-CORNING, et al., ) <br> ) <br> Defendants. ) <br> ) <br> UNITED STATES DISTRICT COURT ) <br> DISTRICT OF ALASKA ) <br> ) <br> CIVIL ACTION NO.: FA-96-0062-CV ) | MDL CIVIL ACTION <br> NO. 875 |

**MEMORANDUM IN SUPPORT OF MOTION TO VACATE
CONDITIONAL REMAND ORDER**

The Conditional Remand Order (Docket No. 875) entered on July 23, 2001, should be vacated because no discovery or other pretrial proceedings have been conducted in the instant case, and D.B. Riley, Inc. (D.B. Riley) is interested in continuing global settlement negotiations with plaintiff's counsel, and those negotiations should have an

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

opportunity to complete prior to remand.  For these reasons, remand is premature and the Conditional Remand Order should be vacated.

A.	**No Discovery or Other Pretrial Proceedings Have Been Conducted in This Action.**

Remand for trial of the instant case is premature for the reason that there has been no discovery or pretrial proceedings.  There has been no common discovery or other pretrial proceedings.  Nor has plaintiff ever provided probative evidence of exposure to products connected to or supplied, manufactured or installed by D.B. Riley.  Although plaintiff alleged, without any evidence, that Chester Vanderbilt was exposed to D.B. Riley products at the University of Alaska, Adak Naval Base, and maybe at the Fairbanks Fire Department, no supporting evidence was ever forthcoming.  See correspondence dated August 25, 2000 and August 28, 2000 to Allan Marks, attached hereto as Exhibits A and B.  Research of D.B. Riley's records reveal it has no record of any of its products ever being at the University of Alaska, Adak Naval Base, or the Fairbanks Fire Department.  Although requested on at least two different occasions, plaintiff's counsel never provided D.B. Riley with any evidence to support its allegations of exposure.  Id.

Remand is premature until plaintiff is able to demonstrate product identification and exposure evidence against D.B. Riley.  Plaintiff's failure to provide such product exposure evidence as to D.B. Riley should prohibit remand of this case as against D.B. Riley.

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

2

Not only has plaintiff failed to provide product exposure evidence as to D.B. Riley, D.B. Riley has not yet been afforded an opportunity to conduct discovery or conduct motion practice in development of its defense. For example, D.B. Riley has never been able to inquire into plaintiff's allegations of exposure, including the alleged dates and locations of any exposure, the circumstances of any alleged exposure, and plaintiff's exposure to other products. For this reason, remand of the case against D.B. Riley is premature.

**B.      Remand is Premature Because of Ongoing Global Settlement Negotiations.**

Remand is also premature because D.B. Riley, Inc. is interested in continuing global settlement negotiations with plaintiff's counsel encompassing not only the above-referenced case, but all cases prosecuted by plaintiff's counsel against D.B. Riley. The parties should have an opportunity to complete settlement negotiations before remand of any case for trial.

### CONCLUSION

D.B. Riley, Inc., respectfully requests the court to vacate the Conditional Remand Order entered on July 23, 2001, for the foregoing reasons.

DATED at Anchorage, Alaska this 21st day of August, 2001.

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
Attorneys for Defendant D.B. Riley, Inc.

_____
William E. Moseley

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

3

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 2 2001

FILED
CLERK'S OFFICE

### CERTIFICATE OF SERVICE

This certifies that in am an authorized agent of Delaney, Wiles, Hayes, Gerety & Ellis & Young, Inc., for service of papers pursuant to Civil Rule 5, and that on this 21st day of August, 2001, a copy of the foregoing document was served by U.S. Mail upon the following persons as well as those persons listed on the attached panel service list:

Arthur Lyle Robson, Esq.
Robson Law Office
483 McKinley View Drive
Fairbanks, Alaska 99712

Juan P. Bauta, II, Esq.
Louis S. Robles, P.A.
One Bayfront Plaza
100 South Biscayne Blvd., Suite 900
Miami, FL 33131-2026

Dale W. House, Esq.
Lane Powell Spears Lubersky
420 L Street, Suite 300
Anchorage, Alaska 99501-1937

Joan E. Rohlf, Esq.
Guess & Rudd
510 L Street, Suite 700
Anchorage, AK 99501

Barnaby W. Horton, Esq.
Danaher Tedford, et al.
700 Capitol Place
21 Oak Street
Hartford, CT 06106-8000

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

4

PANEL SERVICE LIST CONDITIONAL REMAND ORDER
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Juan P. Bauta, II
Louis S. Robles, P.A.
One Bayfront Plaza
Suite 900
100 S. Biscayne Blvd.
Miami, FL  33131

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH  44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Bldg., 7th Floor
1510 Euclid Avenue
Cleveland, OH  44115

Dale W. House
Lane, Polwell, Spears & Lubersky
420 L Street, Suite 300
Anchorage, AK  99501

Ronald W. Lorensen
Birch, Horton, Bittner & Cherot
One Sealaska Plaza
Suite 301
Juneau, AK  99801

Adam M. Chud
Shea & Gardner
1800   Massachusetts Ave., N.W.
Washington, D.C.  20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA  15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Bldg.
Suite 1000
Independence Mall East
Philadelphia, PA  19106

David C. Landin
Hunton & Williams
Riverfront Plaza, East Power
951 E. Byrd Street
Richmond, VA  23219

Cathleen N. McLaughlin
Hagans, Ahearn, McLaughlin & Webb
310 K Street, Suite 400
Anchorage, AK  99501

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA  19103

Michael C. Geraghty
DeLisio, Moran, Geraghty & Zobel
943 W. 6th Avenue
Anchorage, AK  99501

Susan M. Hanson
Stich, Angell, Kreidler & Muth
The Corssings, Suite 120
250 2nd Avenue South
Minneapolis, MN  55401

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA  19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd
P.O. Box 1792
Mt. Pleasant, SC  29465

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

| | | |
|---|---|---|
| Douglas C. Perkins<br>Hartig, Rhodes, Norman & Mahoney<br>717 K Street<br>Anchorage, AK  99501 | Joan Rohlf<br>Guess & Rudd<br>510 L Street, Suite 700<br>Anchorage, AK  99501 | Robert N. Spinelli<br>Kelley, Jasons, McGuire & Spinelli<br>Centre Square West<br>15th Floor<br>Philadelphia, PA  19102 |
| Donald A. Powell<br>Buckingham, Doolittle & Burroughs<br>50 South Main Street<br>P.O. Box 1500<br>Akron, OH  44309 | John D. Roven<br>John Roven & Associates<br>2190 North Loop West<br>Suite 410<br>Houston, TX  77018 | Robert E. Swickle<br>Jaques Admiralty Law Firm, P.C.<br>1370 Penobscot Bldg.<br>Detroit, MI  48226 |
| John J. Repcheck<br>Marks, O'Neill<br>3200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA  15219 | Richard D. Schuster<br>Vorys, Sater, Seymour & Pease<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH  43216 | Andrew J. Trevelise<br>Reed, Smith, Shaw & McClay<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA  19103 |
| Arthur L. Robson<br>Robson Law Office<br>483 McKinley View Drive<br>Fairbanks, AK  99712 | Neil Selman<br>Selman, Breitman & Burgess<br>11766 Wilshire Blvd<br>6th Floor<br>Los Angeles, CA  90025 | James K. Weston, II<br>Tom Riley Law Firm<br>4040 First Avenue, N.E.<br>P.O. Box 998<br>Cedar Rapids, IA  52406 |

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

**DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.**
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1990
TELEPHONE (907) 279-3581
FAX (907) 277-1331

DANIEL A. GERETY
STEPHEN M. ELLIS
CLAY A. YOUNG
WILLIAM E. MOSELEY
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS

JEFFREY P. STARK
MEGAN R. LUDWIG
RICHARD W. POSTMA

OF COUNSEL
JAMES J. DELANEY
GEORGE N. HAYES
J.D. CELLARS

EUGENE F. WILES
1922-1990

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 22 2001

FILED
CLERK'S OFFICE

August 25, 2000

<u>Transmitted via Telecopier and Mail</u>

Mr. Allan Marks
Louis S. Robles, P.A.
Suite 900
One Bayfront Plaza
100 South Biscayne Blvd.
Miami, FL 33131-2026

Re:   *Vanderbilt v. Riley Stoker, et al.*

Dear Allan:

This letter is to confirm conversations we have had in this matter since July, 2000. As I discussed with you earlier this month, D.B. Riley had no products at the work sites you listed for Chester Vanderbilt. You advised today that you have evidence that Chester Vanderbilt was exposed to D.B. Riley products at the University of Alaska, Adak Naval Base and maybe at the Fairbanks Fire Department. We have been provided none of this information to date. Could you please promptly forward to us any information you have in this regard, including the type and location of the product, the date of exposure and any other information you have so that it can be evaluated prior to the mandatory settlement conference on August 31, 2000.

Very truly yours,

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.

William E. Moseley

WEM:jaf

cc:   Christopher Hunt, Esq.
      Joel Ponte

EXHIBIT A
Page 1 of 1

### DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1990
TELEPHONE (907) 279-3581
FAX (907) 277-1331

DANIEL A. GERETY
STEPHEN M. ELLIS
CLAY A. YOUNG
WILLIAM E. MOSELEY
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS

JEFFREY P. STARK
MEGAN R. LUDWIG
RICHARD W. POSTMA

OF COUNSEL
JAMES J. DELANEY
GEORGE N. HAYES
J. D. CELLARS

EUGENE F. WILES
1922-1990

August 28, 2000

Transmitted via Telecopier (305-372-9138) and Mail

Mr. Allan Marks
Louis S. Robles, P.A.
Suite 900
One Bayfront Plaza
100 South Biscayne Blvd.
Miami, FL 33131-2026

Re: *Vanderbilt v. Riley Stoker, et al.*

Dear Allan:

This letter is to confirm our conversation on August 28, 2000. I advised you today that D.B. Riley has no record of any of its products ever being at the University of Alaska, Adak Naval Base or the Fairbanks Fire Department. To date, your office has provided us with no evidence to support your allegations of exposure. Accordingly, if you have any such evidence, please promptly forward it to us so that it can be evaluated prior to the mandatory settlement conference on August 31, 2000.

Very truly yours,

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.

William E. Moseley

WEM:jaf

cc: Christopher Hunt, Esq.
    Mr. Joel Ponte

EXHIBIT B
Page 1 of 1