JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 23 2001

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : : |
| This Document Relates to:<br><br>Law Firm of Donaldson and Black<br><br>United States District Court<br>Western District of North Carolina<br><br><u>HUGHES</u>, C.A.No. 1:98CV52-T<br><br>[In the event the above-listed case is a multiple plaintiff (victim) action, this transfer is for the above-named party only, or said party's representative, and any spousal or dependent actions.] | : CIVIL ACTION NO. MDL 875<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: MDL-<br>:<br>:<br>: |

RECOMMENDED ACTION
claims of Jack + Sarah Hughes

Approved/Date: _MK_  8/10

<u>SUGGESTION OF REMAND</u>

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Western District of North Carolina, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since only one defendant (Rapid American Corporation) remains for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Southern District of Florida for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 8/8/01

Charles R. Weiner       J.