JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 23 2001

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY :
LITIGATION (NO. VI)                  :
                                     :
_____x

This Document Relates to:            :   CIVIL ACTION NO. MDL 875

Law Firm of Colson, Hicks & Eidson   :
                                     :   MDL- 875
United States District Court         :   RECOMMENDED ACTION
Southern District of Florida         :
                                     :   CRO -- 1 ACTION
MILANOVICH, C.A.No. 00-3434-CIV      :   Approved/Date: _____

[In the event the above-listed case  :
is a multiple plaintiff (victim)     :
action, this transfer is for the     :
above-named party only, or said      :
party's representative, and any      :
spousal or dependent actions.]       :
_____x

## VACATION OF PRIOR ORDER AND SUGGESTION OF REMAND

THIS COURT, having entered an order on July 9, 2001 remanding this action to the Southern District of Georgia, upon review, hereby VACATES said order of remand and enters the following order:

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Southern District of Florida, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

IMAGED AUG 27 '01

hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Western District of North Carolina for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 7/25/01

_____
Charles R. Weiner        J.