MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 3 2001

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re:                                          §
                                                §        **MDL 875**
                                                §
Asbestos Product Liability Litigation (No. VI)  §


This Document Relates To:

DON MOSLEY AS WRONGFUL DEATH          §
BENEFICIARY OF JANIS MOSLEY, ET AL.   §
                                      §
        **Plaintiffs,**               §
                                      §        **CIVIL ACTION**
**vs.**                               §
                                      §        **1:01CV251GR**
**ACANDS, ET AL.**                    §
                                      §        UNITED STATES DISTRICT COURT FOR
                                      §        THE SOUTHERN DISTRICT OF
                                      §        MISSISSIPPI
                                      §        SOUTHERN DIVISION
        **Defendants**                §

---

## PLAINTIFFS' MOTION TO VACATE
## CONDITIONAL TRANSFER ORDER 201
## (ARGUMENT REQUESTED)

TO THE HONORABLE JUDGE OF SAID COURT:

Don Mosley, as wrongful death beneficiary of Janis Mosley, et al. ("Plaintiffs")

have filed their Notice of Opposition to Conditional Transfer Order 201 on August 2,

2001. Plaintiffs respectfully request that this Court vacate Conditional Transfer Order

201 as regards the above styled case and request oral argument on the issue.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that

this Court grant this Motion to Vacate the Conditional Transfer Order and award

**OFFICIAL FILE COPY**

**IMAGED** AUG 27 '01    **IMAGED** AUG 27 '01

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Plaintiffs attorney fees and costs and other further relief to which they may be justly AUG 2 3 2001

entitled.

FILED
CLERK'S OFFICE

Respectfully submitted,

COXWELL & ASSOCIATES, P.L.L.C.

By:  _____
J. CHRISTOPHER KLOTZ
MSB No. 9319
213 South Lamar Street
P. O. Box 1337
Jackson, Mississippi 39215-1337
Telephone:  (601) 948-1600
Facsimile:   (601) 948-7097

ATTORNEYS FOR PLAINTIFFS DON MOSLEY,
AS WRONGFUL DEATH BENEFICIARY OF
JANIS MOSLEY, et al.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Vacate

Conditional Transfer Order 201 was served via U.S. Mail to all counsel of record in the

attached counsel list on the 22nd day of August, 2001.

_____
J. CHRISTOPHER KLOTZ

SERVICE LIST

1.  Jeffrey P. Hubbard, Esquire
    Wells, Moore, Simmons & Hubbard, PLLC
    Post Office Box 1970
    Jackson, Mississippi 39215-1970
    Telephone: 601.354.5400
    Facsimile: 601.355.5850
    **Attorney For Gaf Corporation, Union Carbide Chemicals And Plastics Company, Inc.;
    Scapa Waycross, Inc. F/K/A Scapa Dryer Fabrics, Inc. And Scapa Group**

2.  David A. Barfield, Esquire
    Kirkland & Barfield
    120 North Congress Street, Suite 1000 (39201)
    Post Office Box 22989
    Jackson, Mississippi 39225-2989
    Telephone: 601.352.7500
    Facsimile: 601.353.6234
    **Attorney For Dresser Industries, Inc.; Acands, Inc.; Indresco, Inc.; Mccarty Corp.**

3.  Thomas E. Vaughn, Esquire
    Allen, Vaughn, Cobb & Hood, P.A.
    Post Office Drawer 240
    Gulfport, Mississippi 39502-0240
    Telephone: 228.863.5575
    Facsimile: 228.863.5523
    **Attorney For Foster Wheeler Corporation; A.P. Green Industries, Inc.; Kelly-Moore Paint
    Co.; Harbison Walker Refractories Company**

4.  William C. Reeves, Esquire
    Markow, Walker, Reeves & Anderson
    Post Office Box 3669
    Jackson, Mississippi 39236-3669
    Telephone: 601.956.8500
    Facsimile: 601.956.8423
    **Attorney For Filey Stoker Corporation**

5.  William F. Goodman, III, Esquire
    Katherine Smith, Esquire
    Douglas J. Gunn
    Watkins & Eager
    Post Office Box 650
    Jackson, Mississippi 39205-0650
    Telephone: 601.948.6470
    Facsimile: 601.354.3623
    **Attorney For Kaiser Aluminum; Metropolitan Life Insurance Co.**

6.  Thomas W. Tardy, III, Esquire
    Patrick McMurtray, Esquire
    Forman, Perry, Watkins, Krutz & Tardy, PLLC
    Post Office Box 22608
    Jackson, Mississippi 39225-2608
    Telephone: 601.960.8600
    Facsimile: 601.960.8613
    **Attorney For Combustion Engineering, Georgia-Pacific; Owens-Illinois; Unifoyal; Komp
    Equipment Company; Pfizer, Inc.; T&N Plc; Dana Corpl.; Quigley Company, Inc.; Shook &
    Fletcher Insulation Co.; U.S. Gypsum Company; Amchem Products, Inc.; Gulf Coast
    Marine Supply; Gasket Holding, Inc., F/K/A Flexitallic, Inc.; General Electric Co.; Laurel
    Machinery And Foundry Company; Zurn Industries; J. T. Thorpe; Asten-Hill**


7.  John H. Holloman, Iii, Esquire
    Watkins, Ludlum, Stennis & Winter
    633 North State Street
    Post Office Box 427
    Jackson, Mississippi 39205-0427
    Telephone: 601.949.4900
    Facsimile: 601.949.4804
    **Attorney For Rapid American Corporation**

8.  Robert Gibbs, Esquire
    Lavern Edney, Esquire
    Brunini, Grantham, Grower & Hewes
    1400 Trustmark Building, 248 East Capitol Street (39201)
    Post Office Drawer 119
    Jackson, Mississippi 39205-0119
    Telephone: 601.948.3101
    Facsimile: 601.960.6902
    **Attorneys For A.W. Chesterton Company**

9.  Kevin D. Graham, Esquire
    Edward B. Mcdonough, Jr., Esquire
    Edward B. Mcdonough, Jr., P.C.
    1400 First National Bank Building
    Post Office Box 1943
    Mobile, Alabama 36633
    Telephone: 334.432.3296
    Facsimile: 334.432.3300
    **Attorneys For A. W. Chesterton Company**

10.  Raymond L. Brown, Esquire
     W. Lee Watt, Esquire
     Brown, Watt & Buchanan, P.A.
     3112 Canty Street
     Post Office Box 2220
     Pascagoula, Mississippi 39569-2220
     Telephone: 228.762.0035
     Facsimile: 228.762.0299
     **Attorneys For Aqua-Chem, Inc. (Cleaver Brooks)**

11.  Mark W. Garriga, Esquire
     Christy D. Jones, Esquire
     Robert C. Galloway, Esquire
     Butler, Snow, O'mara, Stevens & Cannada
     1700 Deposit Guaranty Plaza
     210 East Capitol Street (39201)
     Post Office Box 22567
     Jackson, Mississippi 39225-2567
     Telephone: 601.948.5711
     Facsimile: 601.949.4555
     **Attorney For Minnesota Mining & Manufacturing Company (3m)**

12.  Roy C. Williams, Esquire
     Karl R. Steinberger, Esquire
     Colingo, Williams, Heidelberg, Steinberger & Mcelhaney, P.A.
     711 Delmas Avenue
     Post Office Drawer 1407
     Pascagoula, Mississippi 39568-1407
     Telephone: 228.762.8021
     Facsimile: 228.769.5238
     **Attorney For Industrial Rubber & Specialty Co., Inc., F/K/A Coastal Rubber & Gasket Co.;**
     **Mississippi Rubber & Specialty Company; Viacom Inc., Successor To Cbs Corporation**
     **F/K/A Westinghouse Electric Corporation**

13.  Kaye N. Courington, Esquire
     Kay B. Baxter, Esquire
     Duncan & Courington, Plc
     322 Lafayette Street
     New Orleans, Louisiana 70130
     Telephone: 504.524.5566
     Facsimile: 504.524.9003
     **Attorneys For Hopeman Brothers, Inc.**

14.   Thomas W. Tyner, Esquire
      William N. Graham, Esquire
      Aultman, Tyner, Ruffin & Yarborough, Ltd.
      315 Hemphill Street
      Post Office Drawer 750
      Hattiesburg, Mississippi 39403-0750
      Telephone: 601.583.2671
      Facsimile: 601.583.2677
      **Attorneys For W.R. Grace & Co. – Conn.; Borg-Warner Automotives; Garlock, Inc.; The
      Anchor Packing Company; Carborundum**

15.   J. Price Coleman, Esquire
      Quentin A. Daniels, Esquire
      Gretchen L. Gentry, Esquire
      Baker, Donelson, Bearman & Caldwell
      Post Office Box 14167
      Jackson, Mississippi 39236
      Asbestos Fax: 601.974.8947
      **Attorneys For General Refractories Company**

16.   David W. Dogan, Iii, Esquire
      David L. Trewolla, Esquire
      Dogan & Wilkinson
      Post Office Box 23062
      Jackson, Mississippi 39225-3062
      **Attorneys For Flintkote Co.**

17.   Kristi A. Duncan, Esquire
      Edward J. Currie, Jr.
      Currie, Johnson, Griffin Gaines & Myers, P.A.
      Mississippi Valley Title Building
      315 Tombigbee Street
      Post Office Box 750
      Jackson, Mississippi 39205-0750
      Telephone: 601.969.1010
      Facsimile: 601.969.5120
      **Attorney For Allied Signal, Inc.**

18.   Matthew F. Powers, Esquire
      Samson & Powers, Pllc
      2400 13th Street (39501)
      Post Office Box 1417
      Gulfport, Mississippi 39502
      Telephone: 228.822.1109
      Facsimile: 228.822.2317
      **Attorney For Brandon Drying Fabrics, Inc.**

19.    Michael N. Watts, Esquire
       Holcomb Dunbar
       1217 Jackson Avenue
       Post Office Box 707
       Oxford, Mississippi 38655-0707
       Telephone: 662.234.8775
       Facsimile: 662.238.7552
       **Attorney For Crown Cork & Seal**

20.    Roger D. Marlow
       Hulse & Wanek
       404 E. Gibson Street
       Suite A
       Covingtona, Louisiana 70433-2926
       Telephone: 504.892.5953
       Facsimile: 504.893.2932
       **Attorney For Weavexx Corporation**

20.    Walter W. Dukes
       Dukes, Dukes, Keating & Faneca, P.A.
       2909 – 13th Street, Sixth Floor
       Gulfport, Mississippi 39501
       Telephone: 228.868.1111
       Facsimile: 228.863.2886
       **Attorney For Mt. Vernon Mills, Inc.**

21.    Phil B. Abernethy
       Butler, Snow, O'mara, Stevens & Cannada, Pllc
       Post Office Box 22567
       Jackson, Mississippi 39225-2567
       Telephone: 601.948.5711
       Facsimile: 601.949.4555
       **Attorney For Champion International Corporation**

22.    Gregory K. Davis
       Davis, Goss & Williams, Pllc
       1441 Lakeover Road
       Jackson, Mississippi 39213
       Telephone: 601.981.2800
       Facsimile: 601.981.7979
       **Attorney For Ford Motor Company**

23.     Karl R. Steinberger
        Colingo Williams Heidelberg Steinberger & Mcelhaney, P.A.
        711 Delmas Avenue
        Post Office Box 1407
        Pascagoula, Mississippi 39568-1407
        Telephone: 228.762.8021
        Facsimile: 228.762.7589
        **Attorney For Central Pipe And Supply**


        **Counsel Unknown For:**
        Abex Corporation
        Abex Inc./Pneumo Abex Corporation
        Abeny Mills
        Baird & Company
        Brasa, Inc.
        David Kennedy, Inc. F/K/A Kentile Floors
        Eagle Asbestos And Packing Company, Inc.
        General Motors Corporation
        Guard-Line, Inc.
        Homer C. Porter & Sons, Inc.
        Industrial Supply
        Mills Supplies, Inc.
        North Brothers Company
        U.S. Mineral
        Wagner Electric

**PANEL SERVICE LIST (Excerpted from CTO-201)**
**DOCKET NO. 875**
**IN RE ASBESTS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Paul V. Cassisa, Sr.
Bernard, Cassisa, Elliott  Davis
1615 Metairie Road
P. O. Box 55490
Metairie, LA 70055

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Bldg., Ste. 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hanson
Stich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
 & Poole
28 Bridgeside Blvd.
P. O. Box 1792
Mt. Pleasant, SC 29465

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P. O. Box 1500
Akron, OH 44309

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P. O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed, Smith Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P. O. Box 998
Cedar Rapids, IA 52406

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION**

AUG 23 2001

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| In re: | § | |
| | § | **MDL 875** |
| | § | |
| Asbestos Product Liability Litigation (No. VI) | § | |
| | | |
| This Document Relates To: | | |
| | | |
| DON MOSLEY AS WRONGFUL DEATH | § | |
| BENEFICIARY OF JANIS MOSLEY, ET AL. | § | |
| | § | |
| Plaintiffs, | § | **CIVIL ACTION** |
| | § | |
| vs. | § | **1:01CV251GR** |
| | § | |
| ACANDS, ET AL. | § | |
| | § | **UNITED STATES DISTRICT COURT FOR** |
| | § | **THE SOUTHERN DISTRICT OF** |
| | § | **MISSISSIPPI** |
| | § | **SOUTHERN DIVISION** |
| Defendants | § | |

**MEMORANDUM BRIEF IN
SUPPORT OF MOTION TO VACATE CTO 210
(ORAL ARGUMENT REQUESTED)**

TO THE HONORABLE JUDGE OF SAID COURT:

Don Mosley, as wrongful death beneficiary of Janis Mosley, et al. ("Plaintiffs")

file their memorandum brief in support of Plaintiffs' Motion to Vacate CTO No. 210 and

respectfully request that this Court remand this case to the State Court from which it

came, or in the alternative to the U. S. District Court for consideration of the Motion to

Remand currently on file.

Page 1
H:\network\Asbestos\Mosley v Armstrong World.HolmesCounty\Federal Removal Pleadings\Memo Brief in Support of
Motion to Vacate CTO 201.doc

## I.   The Friction Defendants failed to obtain the unanimous consent of all defendants.

### a.   *The Friction Defendants admit that all defendants did not join in the removal.*

In a removal action based on federal enclave issues, each and every Defendant must consent to or join in the removal petition. *See Getty Oil Corp. v. Ins. Co. of N. Am.,* 841 F.2d 1254, 1262 (5th Cir. 1988) and *Vanouwerker v. Owens Corning,* 1999 W.L. 335960 LE.D. Tex). The Friction Defendants claim that they obtained "joinder by all Defendants which are not nominal." However, they admit that at least four Defendants did not join in the removal. The Friction Defendants' removal notice fails because of this. This case should be remanded due to the Defendant's *admission* that four defendants failed to join in the removal. The four non-joining Defendants are: (1) Minnesota Mining and Manufacturing Corporation ("3M"); (2) Champion International Corporation ("Champion"); (3) Flintkote Corporation ("Flintkote"); and (4) Industrial Supply. None of these four Defendants is nominal. At least one of the four defendants, Flintkoke, was identified as an asbestos product by one of the plaintiffs who supposedly gave grounds for the removal. Flintkote is thus not a nominal defendant.

### b.   *Five defendants missed the July 9 deadline.*

As the District Court's docket sheet shows, at least five defendants filed either "waiver of objection" or a "notice of objection," after the June 8, 2001 deadline to join in the removal. (See attached Exhibit "A") And, even if the defendants had thirty-three days to join, which they did not, one of those defendants, Phizer, Inc., still missed that filing deadline as well. In addition to the four non-joining Defendants, these five did not properly join due to missing the deadline for joinder.

     **c.**     *A Defendant's "waiver of objections" or "notice of no objection" is not synonymous consent or joiner.*

All defendants must "join" in a removal. *See Getty Oil*, 841 F.2d at 1262 (citing *Brown v. Demco, Inc.*, 792 F.2d 478, 481 (5th Cir. 1986)). To this extent, "an official filing or *voicing of consent* is necessary to constitute a joinder." *Godman v. Sears, Roebuck & Co.*, 588 F. Supp. 121, 124 (E.D. Mich. 1984)(citing *Mason v. International Bus. Mach., Inc.*, 543 F. Supp. 444, 445 (E.D. Pa. 1982); *Albonetti v. GAF Corp. Chem. Group*, 520 F. Supp. 825, 828 (S.D. Tex. 1981)). Neither the rules nor the case law provide that a "waiver of objection" or "notice of no objection" suffices as consensual joinder. Not objecting is not equal to consent or joinder.

This Court's docket sheet, Exhibit A, shows that twelve defendants filed a "waiver of objections"; two filed a "notice of no objection"; Eleven filed a "joinder." Had the fourteen "waiving, nonobjecting" defendants wanted to join or consent, they would have filed a joinder like the other eleven. But a waiver of objections is not sufficient and should not be considered by this Court for the unanimity requirement.

**II.**    **Contrary to the Friction Defendants' assertion otherwise, this case had a trial setting for October 2001.**

Plaintiffs assert that the resolution of this dispute is an urgent and necessitous matter because a number of Plaintiffs are terminally ill and may not live to see their day in court. The Twenty-First Circuit Court in Holmes County, Mississippi recognized this and gave this case a setting for October 2001. (See attached Exhibit "B") Although now it has come to bear that the actual scheduling order had yet to be officially entered by the Court, the date was scheduled by the Court Administrator on the Court's calendar.

Whether the Friction Defendants wish to acknowledge a trial setting is irrelevant to the issues at hand. Janis Mosley died of mesothelioma just prior to the filing of the suit. Another Plaintiff has died since the suit has been filed. Still another has undergone aggressive chemotherapy for lung cancer. Certain Plaintiffs are dying and the case has been prosecuted so as to expedite the occurrence of a trial on the merits.

Accordingly, Plaintiffs again respectfully request that this Court take notice that this Motion to Vacate is urgent and that the living, but sick Plaintiffs will be denied justice if they die before a trial of their case.

## III. Even if the Friction Defendants had obtained unanimous consent, which they did not, they still failed to meet their burden of proving federal enclave jurisdiction.

The Friction Defendants, not Plaintiffs, carry the burden to establish that this Court has federal enclave jurisdiction. *See Gaus v. Miles, Inc.*, 980 F.2d 564, 566-67 (9th Cir. 1992). The Friction Defendants point out that "Congress shall have the power . . . to exercise exclusive Legislation in all case whatsoever . . . over all places purchased by the Consent of the Legislature of the State . . . for the erection of forts . . . and other needful buildings." *See* U.S. CONST. Art. I, § 8, cl. 2. But, this does not mean that every United States military base on American soil, or in the world, constitutes a federal enclave.

Instead, courts have generally found federal enclave jurisdiction in cases involving "land which had been sold to the federal government, along with the explicit consent of the state in which the land was located to federal government control and authority of the land." *See Nguyen v. Allied Signal, Inc.*, No. C 98-03616 SL, 1998 WL 690854, at *1 (N.D. Cal. 1998)(citing *Mater v. Holley*, 200 F.2d 123 (5th Cir. 1952); *Willis v. Craig*, 555 F.2d 724 (9th Cir. 1977); *Fung v. Abex Corp.*, 816 F. Supp. 569

Page 4
H:\network\Asbestos\Mosley v Armstrong World.HolmesCounty\Federal Removal Pleadings\Memo Brief in Support of
Motion to Vacate CTO 201.doc

(N.D. Cal. 1992).   In the cases cited by the Friction Defendants, whether or not the military base met these requirements was not disputed.   In *Mater*, the Plaintiffs conceded that Fort McPherson was a federal enclave and that Georgia had ceded the authority over it to the United States.   *Mater*, 200 F.2d at 123.   In *Lord v. Local Union No. 2088*, 646 F.2d 1057, 1059 (5th Cir. 1981), the parties did not dispute that both Patrick Air Force Base and Cape Canaveral Air Station in Florida were federal enclaves.   The Plaintiffs in the case at bar dispute federal enclave jurisdiction.

### a.       *George Jones.*

George Jones may have been exposed to asbestos on an overseas military base but the Friction Defendants have utterly failed to prove that this alone confers federal enclave jurisdiction.   In his Supplemental Response, George Jones showed that he worked in the Army from 1966 to 1969.   In his deposition, Mr. Jones made it clear that his service in the United States military occurred in Germany, not the continental United States.

The Friction Defendants do not prove this foreign military base satisfies the sovereignty issues normally involved in a federal enclave analysis.   The Plaintiffs do not concede such.   Nor do the Friction Defendants cite any authority that a foreign military base creates federal enclave jurisdiction.   In fact, the Friction Defendants fail to point out to this Court that at least one federal court has held that a foreign military base does not confer federal enclave jurisdiction.   *See Nguyen*, 1998 WL 690854, at *1.   Thus, like the *Nguyen* defendants, the Friction Defendants have not met their burden of demonstrating federal enclave jurisdiction.   *Id.*

### b.     Alton George.

The same is true for Mr. George.  The Friction Defendants offer no evidence proving that any of the military bases where Mr. George served meet the prerequisites to federal enclave jurisdiction.  And, the Plaintiffs certainly make no such concession.  Accordingly, without the appropriate evidence, the Friction Defendants' federal enclave jurisdiction argument for Mr. George fails.

### c.     William Kennedy.

The Friction Defendants admit that they learned of potential United States military exposure to asbestos containing products by Plaintiff William Kennedy on the day he testified at his deposition – June 19, 2001.  *See Friction Defendants' Opposition* at 6, ¶ 2 & Exhibit "J."  But the Friction Defendants failed to make Mr. Kennedy a basis for their removal.  *See Removal Notice.*  In fact, the first time the Friction Defendants mentioned anything about potential United States military exposure for William Kennedy was in their July 25, 2001 Opposition, well past the deadline.  *See Friction Defendants' Opposition* at 6, ¶ 2.  Thus, the Friction Defendants missed their deadline and cannot now use Plaintiff William Kennedy's alleged exposure as a basis for their removal notice.

### CONCLUSION

In conclusion, the Plaintiffs' position is that unanimous joinder as not obtained by the Defendants to remove the case.  This is a requirement in removal based on federal enclave issues.  Secondly, Defendants have failed to prove that Federal Enclave jurisdiction exists.  Finally, many of the Plaintiffs in the case are sick.  Some have died while waiting for their day in court.  If the case is not returned to the State Court, then it is likely that several more Plaintiffs will not live to see their day in court.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Respectfully, Plaintiffs request that this Court remand this case to the State Court, AUG 2 3 2001

or at least the District Court from which it came.

FILED
CLERK'S OFFICE

Respectfully submitted,

BLACKMON & BLACKMON, P.L.L.C.

BY: _____

ED BLACKMON
MB No. 3354
907 West Peace Street
P.O. Drawer 105
Canton, Mississippi 39046
Telephone: (601) 859-1567
Facsimile: (601-859-2311

COXWELL & ASSOCIATES, P.L.L.C.

BY: _____

J. CHRISTOPHER KLOTZ
MB No. 9919
213 South Lamar Street
P.O. Box 1337
Jackson, Mississippi 39215-1337
Telephone: (601) 948-1600
Facsimile: (601) 948-7097

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Memorandum Brief
in Support of Motion to Vacate CTO No. 210 was served via U.S. Mail to all counsel of
record in the attached counsel list on the 22nd day of August, 2001.

_____

J. CHRISTOPHER KLOTZ

Page 7
H:\network\Asbestos\Mosley v Armstrong World.HolmesCounty\Federal Removal Pleadings\Memo Brief in Support of
Motion to Vacate CTO 201.doc

SERVICE LIST

1.  Jeffrey P. Hubbard, Esquire
    Wells, Moore, Simmons & Hubbard, PLLC
    Post Office Box 1970
    Jackson, Mississippi 39215-1970
    Telephone: 601.354.5400
    Facsimile: 601.355.5850
    **Attorney For Gaf Corporation, Union Carbide Chemicals And Plastics Company, Inc.;
    Scapa Waycross, Inc. F/K/A Scapa Dryer Fabrics, Inc. And Scapa Group**

2.  David A. Barfield, Esquire
    Kirkland & Barfield
    120 North Congress Street, Suite 1000 (39201)
    Post Office Box 22989
    Jackson, Mississippi 39225-2989
    Telephone: 601.352.7500
    Facsimile: 601.353.6234
    **Attorney For Dresser Industries, Inc.; Acands, Inc.; Indresco, Inc.; Mccarty Corp.**

3.  Thomas E. Vaughn, Esquire
    Allen, Vaughn, Cobb & Hood, P.A.
    Post Office Drawer 240
    Gulfport, Mississippi 39502-0240
    Telephone: 228.863.5575
    Facsimile: 228.863.5523
    **Attorney For Foster Wheeler Corporation; A.P. Green Industries, Inc.; Kelly-Moore Paint
    Co.; Harbison Walker Refractories Company**

4.  William C. Reeves, Esquire
    Markow, Walker, Reeves & Anderson
    Post Office Box 3669
    Jackson, Mississippi 39236-3669
    Telephone: 601.956.8500
    Facsimile: 601.956.8423
    **Attorney For Filey Stoker Corporation**

5.  William F. Goodman, III, Esquire
    Katherine Smith, Esquire
    Douglas J. Gunn
    Watkins & Eager
    Post Office Box 650
    Jackson, Mississippi 39205-0650
    Telephone: 601.948.6470
    Facsimile: 601.354.3623
    **Attorney For Kaiser Aluminum; Metropolitan Life Insurance Co.**

Page 8
H:\network\Asbestos\Mosley v Armstrong World.HolmesCounty\Federal Removal Pleadings\Memo Brief in Support of
Motion to Vacate CTO 201.doc

6.      Thomas W. Tardy, III, Esquire
        Patrick McMurtray, Esquire
        Forman, Perry, Watkins, Krutz & Tardy, PLLC
        Post Office Box 22608
        Jackson, Mississippi 39225-2608
        Telephone: 601.960.8600
        Facsimile: 601.960.8613
        **Attorney For Combustion Engineering, Georgia-Pacific; Owens-Illinois; Unifoyal; Komp Equipment Company; Pfizer, Inc.; T&N Plc; Dana Corpl.; Quigley Company, Inc.; Shook & Fletcher Insulation Co.; U.S. Gypsum Company; Amchem Products, Inc.; Gulf Coast Marine Supply; Gasket Holding, Inc., F/K/A Flexitallic, Inc.; General Electric Co.; Laurel Machinery And Foundry Company; Zurn Industries; J. T. Thorpe; Asten-Hill**


7.      John H. Holloman, Iii, Esquire
        Watkins, Ludlum, Stennis & Winter
        633 North State Street
        Post Office Box 427
        Jackson, Mississippi 39205-0427
        Telephone: 601.949.4900
        Facsimile: 601.949.4804
        **Attorney For Rapid American Corporation**

8.      Robert Gibbs, Esquire
        Lavern Edney, Esquire
        Brunini, Grantham, Grower & Hewes
        1400 Trustmark Building, 248 East Capitol Street (39201)
        Post Office Drawer 119
        Jackson, Mississippi 39205-0119
        Telephone: 601.948.3101
        Facsimile: 601.960.6902
        **Attorneys For A.W. Chesterton Company**

9.      Kevin D. Graham, Esquire
        Edward B. Mcdonough, Jr., Esquire
        Edward B. Mcdonough, Jr., P.C.
        1400 First National Bank Building
        Post Office Box 1943
        Mobile, Alabama 36633
        Telephone: 334.432.3296
        Facsimile: 334.432.3300
        **Attorneys For A. W. Chesterton Company**

**Page 9**
H:\network\Asbestos\Mosley v Armstrong World.HolmesCounty\Federal Removal Pleadings\Memo Brief in Support of
Motion to Vacate CTO 201.doc

10. Raymond L. Brown, Esquire
    W. Lee Watt, Esquire
    Brown, Watt & Buchanan, P.A.
    3112 Canty Street
    Post Office Box 2220
    Pascagoula, Mississippi 39569-2220
    Telephone: 228.762.0035
    Facsimile: 228.762.0299
    **Attorneys For Aqua-Chem, Inc. (Cleaver Brooks)**

11. Mark W. Garriga, Esquire
    Christy D. Jones, Esquire
    Robert C. Galloway, Esquire
    Butler, Snow, O'mara, Stevens & Cannada
    1700 Deposit Guaranty Plaza
    210 East Capitol Street (39201)
    Post Office Box 22567
    Jackson, Mississippi 39225-2567
    Telephone: 601.948.5711
    Facsimile: 601.949.4555
    **Attorney For Minnesota Mining & Manufacturing Company (3m)**

12. Roy C. Williams, Esquire
    Karl R. Steinberger, Esquire
    Colingo, Williams, Heidelberg, Steinberger & Mcelhaney, P.A.
    711 Delmas Avenue
    Post Office Drawer 1407
    Pascagoula, Mississippi 39568-1407
    Telephone: 228.762.8021
    Facsimile: 228.769.5238
    **Attorney For Industrial Rubber & Specialty Co., Inc., F/K/A Coastal Rubber & Gasket Co.;**
    **Mississippi Rubber & Specialty Company; Viacom Inc., Successor To Cbs Corporation**
    **F/K/A Westinghouse Electric Corporation**

13. Kaye N. Courington, Esquire
    Kay B. Baxter, Esquire
    Duncan & Courington, Plc
    322 Lafayette Street
    New Orleans, Louisiana 70130
    Telephone: 504.524.5566
    Facsimile: 504.524.9003
    **Attorneys For Hopeman Brothers, Inc.**

**Page 10**
H:\network\Asbestos\Mosley v Armstrong World.HolmesCounty\Federal Removal Pleadings\Memo Brief in Support of
Motion to Vacate CTO 201.doc

14. Thomas W. Tyner, Esquire
    William N. Graham, Esquire
    Aultman, Tyner, Ruffin & Yarborough, Ltd.
    315 Hemphill Street
    Post Office Drawer 750
    Hattiesburg, Mississippi 39403-0750
    Telephone: 601.583.2671
    Facsimile: 601.583.2677
    **Attorneys For W.R. Grace & Co. – Conn.; Borg-Warner Automotives; Garlock, Inc.; The Anchor Packing Company; Carborundum**

15. J. Price Coleman, Esquire
    Quentin A. Daniels, Esquire
    Gretchen L. Gentry, Esquire
    Baker, Donelson, Bearman & Caldwell
    Post Office Box 14167
    Jackson, Mississippi 39236
    Asbestos Fax: 601.974.8947
    **Attorneys For General Refractories Company**

16. David W. Dogan, Iii, Esquire
    David L. Trewolla, Esquire
    Dogan & Wilkinson
    Post Office Box 23062
    Jackson, Mississippi 39225-3062
    **Attorneys For Flintkote Co.**

17. Kristi A. Duncan, Esquire
    Edward J. Currie, Jr.
    Currie, Johnson, Griffin Gaines & Myers, P.A.
    Mississippi Valley Title Building
    315 Tombigbee Street
    Post Office Box 750
    Jackson, Mississippi 39205-0750
    Telephone: 601.969.1010
    Facsimile: 601.969.5120
    **Attorney For Allied Signal, Inc.**

18. Matthew F. Powers, Esquire
    Samson & Powers, Pllc
    2400 13th Street (39501)
    Post Office Box 1417
    Gulfport, Mississippi 39502
    Telephone: 228.822.1109
    Facsimile: 228.822.2317
    **Attorney For Brandon Drying Fabrics, Inc.**

19.     Michael N. Watts, Esquire
        Holcomb Dunbar
        1217 Jackson Avenue
        Post Office Box 707
        Oxford, Mississippi 38655-0707
        Telephone: 662.234.8775
        Facsimile: 662.238.7552
        **Attorney For Crown Cork & Seal**

20.     Roger D. Marlow
        Hulse & Wanek
        404 E. Gibson Street
        Suite A
        Covingtona, Louisiana 70433-2926
        Telephone: 504.892.5953
        Facsimile: 504.893.2932
        **Attorney For Weavexx Corporation**

20.     Walter W. Dukes
        Dukes, Dukes, Keating & Faneca, P.A.
        2909 – 13th Street, Sixth Floor
        Gulfport, Mississippi 39501
        Telephone: 228.868.1111
        Facsimile: 228.863.2886
        **Attorney For Mt. Vernon Mills, Inc.**

21.     Phil B. Abernethy
        Butler, Snow, O'mara, Stevens & Cannada, Pllc
        Post Office Box 22567
        Jackson, Mississippi 39225-2567
        Telephone: 601.948.5711
        Facsimile: 601.949.4555
        **Attorney For Champion International Corporation**

22.     Gregory K. Davis
        Davis, Goss & Williams, Pllc
        1441 Lakeover Road
        Jackson, Mississippi 39213
        Telephone: 601.981.2800
        Facsimile: 601.981.7979
        **Attorney For Ford Motor Company**

**Page 12**
H:\network\Asbestos\Mosley v Armstrong World.HolmesCounty\Federal Removal Pleadings\Memo Brief in Support of
Motion to Vacate CTO 201.doc

23.     Karl R. Steinberger
        Colingo Williams Heidelberg Steinberger & Mcelhaney, P.A.
        711 Delmas Avenue
        Post Office Box 1407
        Pascagoula, Mississippi 39568-1407
        Telephone: 228.762.8021
        Facsimile: 228.762.7589
        **Attorney For Central Pipe And Supply**


        **Counsel Unknown For:**
        Abex Corporation
        Abex Inc./Pneumo Abex Corporation
        Abeny Mills
        Baird & Company
        Brasa, Inc.
        David Kennedy, Inc. F/K/A Kentile Floors
        Eagle Asbestos And Packing Company, Inc.
        General Motors Corporation
        Guard-Line, Inc.
        Homer C. Porter & Sons, Inc.
        Industrial Supply
        Mills Supplies, Inc.
        North Brothers Company
        U.S. Mineral
        Wagner Electric

**PANEL SERVICE LIST (Excerpted from CTO-201)**
**DOCKET NO. 875**
**IN RE ASBESTS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Page 13
H:\network\Asbestos\Mosley v Armstrong World.HolmesCounty\Federal Removal Pleadings\Memo Brief in Support of
Motion to Vacate CTO 201.doc

Paul V. Cassisa, Sr.
Bernard, Cassisa, Elliott  Davis
1615 Metairie Road
P. O. Box 55490
Metairie, LA 70055

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Bldg., Ste. 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hanson
Stich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Page 14
H:\network\Asbestos\Mosley v Armstrong World.HolmesCounty\Federal Removal Pleadings\Memo Brief in Support of
Motion to Vacate CTO 201.doc

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
 & Poole
28 Bridgeside Blvd.
P. O. Box 1792
Mt. Pleasant, SC 29465

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P. O. Box 1500
Akron, OH 44309

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P. O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Page 15
H:\network\Asbestos\Mosley v Armstrong World.HolmesCounty\Federal Removal Pleadings\Memo Brief in Support of
Motion to Vacate CTO 201.doc

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed, Smith Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P. O. Box 998
Cedar Rapids, IA 52406