JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 24 2001

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Jimmy Branham v. Able Supply Co., et al.,* D. New Mexico, C.A. No. 1:01-750

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Branham*) on July 19, 2001. Prior to expiration of the mandatory fifteen-day stay of execution, plaintiffs in *Branham* filed a notice of opposition to the proposed transfer. Plaintiff have failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-201" filed on July 19, 2001, is hereby LIFTED insofar as it relates to this action, and thus the action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 being conducted by the Honorable Charles R. Weiner.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

IMAGED AUG 27 '01