**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 24 2001

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In re: | § | |
| | § | **MDL 875** |
| | § | |
| Asbestos Product Liability Litigation  (No. VI) | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| This Document Relates To: | § | |
| | § | |
| **DON MOSLEY AS WRONGFUL DEATH | § | |
| BENEFICIARY OF JANIS MOSLEY, ET AL.** | § | |
| | § | |
| Plaintiffs, | § | **CIVIL ACTION 1:01CV251GR** |
| | § | |
| ACANDS, ET AL. | § | UNITED STATES DISTRICT COURT FOR |
| | § | THE SOUTHERN DISTRICT OF |
| | § | MISSISSIPPI |
| | § | SOUTHERN DIVISION |
| Defendants | § | |

## SUPPLEMENT TO MEMORANDUM
## IN SUPPORT OF MOTION TO
## VACATE CONDITIONAL TRANSFER ORDER 201
## (ARGUMENT REQUESTED)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Plaintiffs to supplement their previously filed Memorandum

Brief in Support of Motion to Vacate CTO 210.  The two exhibits, A and B, referenced in

**OFFICIAL FILE COPY**

**IMAGED AUG 27 '01**

RECEIVED
CLERK'S OFFICE

2001 AUG 24  A 10: 24

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

the memorandum were inadvertently not attached to the memorandum of law.  They are

attached to this Supplement  as Exhibits A and B.

Respectfully submitted,

COXWELL & ASSOCIATES, P.L.L.C.

By: _____

J. CHRISTOPHER KLOTZ
MSB No. 9319
213 South Lamar Street
P. O. Box 1337
Jackson, Mississippi 39215-1337
Telephone:   (601) 948-1600
Facsimile:   (601) 948-7097

ATTORNEYS FOR PLAINTIFFS DON MOSLEY,
AS WRONGFUL DEATH BENEFICIARY OF
JANIS MOSLEY, et al.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Supplement to

Memorandum in Support of Motion to Vacate Conditional Transfer Order 201 was

served via U. S. Mail to all counsel of record in the attached counsel list on the 23rd day

of August, 2001.

_____

J. CHRISTOPHER KLOTZ

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

AUG 24 2001

## SERVICE LIST

Jeffrey P. Hubbard, Esquire
Wells, Moore, Simmons & Hubbard, PLLC
Post Office Box 1970
Jackson, Mississippi 39215-1970
**Attorney for Gaf Corporation, Union Carbide Chemicals and Plastics Company, Inc.; Scapa Waycross, Inc. F/K.A. Scapa Dryer Fabrics, Inc. and Scapa Group**

David A. Barfield, Esquire
Kirkland & Barfield
Post Office Box 22989
Jackson, Mississippi 39225-2989
**Attorney for Dresser Industries, Inc.; Acands, Inc.; Inc.**

Thomas E. Vaughn, Esquire
Allen, Vaughn, Cobb & Hood, P.A.
Post Office Drawer 240
Gulfport, Mississippi 39502-0240
**Attorney for Foster Wheeler Corporation; A.P. Green Industries, Inc.; Kelly-Moore Paint Co.; Harbison Walker Refractories Company**

William C. Reeves, Esquire
Markow, Walker, Reeves & Anderson
Post Office Box 3669
Jackson, Mississippi 39236-3669
**Attorney for Filey Stoker Corporation**

William F. Goodman, III, Esquire
Katherine Smith, Esquire
Douglas J. Gunn, Esquire
Watkins & Eager
Post Office Box 650
Jackson, Mississippi 39205-0650
**Attorney for Kaiser Aluminum; Metropolitan Life Insurance Co.**

Thomas W. Tardy, III, Esquire
Patrick McMurtray, Esquire
Forman, Perry, Watkins, Krutz & Tardy, PLLC
Post Office Box 22608
Jackson, Mississippi 39225-2608
**Attorney for Combustion Engineering, Georgia-Pacific; Owens-Phillips; Uniroyal; Komp Equipment Company; Pfizer, Inc.; T&N PLC; Dana Corp.; Quigley Company, Inc.; Shook & Fletcher Insulation Co.; U. S. Gypsum Company; Amchem Products, Inc.; Gulf Coast Marine Supply; Gasket Holding, Inc. F/K/A Flexitallic, Inc.; General Electric Co.; Laurel Machinery and Foundry Company; Zurn Industries; J. T. Thorpe; Asten-Hill**

John H. Hollomon, III, Esquire
Watkins, Ludlum, Stennis & Winter
Post Office Box 427
Jackson, Mississippi 39205-0427
**Attorney for Rapid American Corporation**

Robert Gibbs, Esquire
Lavern Edney, Esquire
Brunini, Grantham, Grower & Hewes
Post Office Drawer 119
Jackson, Mississippi 39205-0119
**Attorneys for A. W. Chesterton Company**

Kevin D. Graham, Esquire
Edward B. McDonough, Jr., Esquire
Edward B. McDonough, Jr., P.C.
Post Office 1943
Mobile, Alabama 36633
**Attorneys for A. W. Chesterton Company**

Raymond L. Brown, Esquire
W. Lee Watt, Esquire
Brown, Watt & Buchanan, P.A.
Post Office Box 2220
Pascagoula, Mississippi 39569-2220
**Attorneys for Aqua-Chem, Inc. (Cleaver Brooks)**

Mark W. Garriga, Esquire
Christy D. Jones, Esquire
Robert C. Galloway, Esquire
Butler, Snow, O'Mara, Stevens & Cannada
Post Office Box 22567
Jackson, Mississippi 39225-2567
**Attorney for Minnesota Mining & Manufacturing Company (3m)**

Roy C. Williams, Esquire
Karl R. Steinberger, Esquire
Colingo, Williams, Heidelberg, Steinberger & McElhaney, P.A.
Post Office Drawer 1407
Pascagoula, Mississippi 39568-1407
**Attorney for Industrial Rubber & Specialty Co., Inc., F/K/A Coastal Rubber & Gasket Co.; Mississippi Rubber & Specialty Company; Viacom Inc., Successor to CBS Corporation F/K/A Westinghouse Electric Corporation**

Kaye N. Courington, Esquire
Kay B. Baxter, Esquire
Duncan & Courington, PLC
322 Lafayette Street
New Orleans, Louisiana 70130
**Attorneys for Hopeman Brothers, Inc.**

Thomas W. Tyner, Esquire
William N. Graham, Esquire
Aultman, Tyner, Ruffin & Yarborough, Ltd.
Post Office Drawer 750
Hattiesburg, Mississippi 39403-0750
**Attorneys for W. R. Grace & Co.-Conn.; Borg-Warner Automotive; Garlock, Inc.; The Anchor Packing Company; Carborundum**

J. Price Coleman, Esquire
Quentin A. Daniels, Esquire
Gretchen L. Gentry, Esquire
Baker, Donelson, Bearman & Caldwell
Post Office Box 14167
Jackson, Mississippi 39236
**Attorneys for General Refractories Company**

David W. Dogan, III, Esquire
David L. Trewolla, Esquire
Dogan & Wilkinson
Post Office Box 23062
Jackson, Mississippi 39225-3062
**Attorneys for Flintkote Co.**

Kristi A. Duncan, Esquire
Edward J. Currie, Jr.
Currie, Johnson, Griffin, Gaines & Myers, P.A.
Post Office Box 750
Jackson, Mississippi 39205-0750
**Attorney for Allied Signal, Inc.**

Matthew F. Powers, Esquire
Samson & Powers, PLLC
Post Office Box 1417
Gulfport, Mississippi 39502
**Attorney for Brandon Drying Fabrics, Inc.**

Michael N. Watts, Esquire
Holcomb Dunbar
Post Office Box 707
Oxford, Mississippi 38655-0707
**Attorney for Crown Cork & Seal**

Roger D. Marlow, Esquire
Hulse & Wanek
404 E. Gibson Street, Suite A
Covington, Louisiana 70433-2926
**Attorney for Weavexx Corporation**

Walter W. Dukes, Esquire
Dukes, Dukes, Keating & Faneca, P.A.
2909 – 13th Street, Sixth Floor
Gulfport, Mississippi 39501
**Attorney for Mt. Vernon Mills, Inc.**

Phil B. Abernethy, Esquire
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
Post Office Box 22567
Jackson, Mississippi 39225-2567
**Attorney for Champion International Corporation**

Gregory K. Davis
Davis, Goss & Williams, PLLC
1441 Lakeover Road
Jackson, Mississippi 39213
**Attorney for Ford Motor Company**

Karl R. Steinberger
Colingo Williams Heidelberg Steinberger &
McElhaney, P.A.
Post Office Box 1407
Pascagoula, Mississippi 39568-1407
**Attorney for Central Pipe and Supply**

**Counsel Unknown For:**
Abex Corporation
Abex Inc./Pneumo Abex Corporation
Abeny Mills
Baird & Company
Brasa, Inc.
David Kennedy, Inc. F/K/A Kentile Floors
Eagle Asbestos and Packing Company, Inc.
General Motors Corporation
Guard-Line, Inc.
Homer C. Porter & Sons, Inc.
Industrial Supply
Mills Supplies, Inc.
North Brothers Company
U.S. Mineral
Wagner Electric

**PANEL SERVICE LIST (Excerpted from CTO-201)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkey Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Paul V. Cassissa, Sr.
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
P. O. Box 55490
Metairie, LA  70055

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC  20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA  15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Bldg., Ste. 1000
Independence Mall East
Philadelphia, PA  19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA  19103

Susan M. Hanson
Stich, Angell, Kriedler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN  55401

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA  19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
   & Poole
28 Bridgeside Blvd.
P. O. Box 1792
Mt. Pleasant, SC  29465

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P. O. Box 1500
Akron, OH  44309

John R. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219

John D. Roven
John Roven & Associates
2190 North Loop West, Suite 410
Houston, TX  77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
Post Office Box 1008
Columbus, OH  43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA  90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA  19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI  48226

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P. O. Box 998
Cedar Rapids, IA  52406

# DOCKET   PROCEEDINGS

| DATE | # | DOCKET ENTRY |
|------|---|--------------|

| | | |
|------|---|--------------|
| 6/19/01 | 1 | NOTICE OF REMOVAL by defendants Allied Signal, Inc., Borg Warner, Chrysler Corporation, Ford Motor Company, and General Motors with copies of lower court file; FILING FEE $150.00, RECEIPT #15530;  Notice of Assignment mailed. (pak) [Entry date 06/19/01] |
| 6/19/01 | 1 | DEMAND FOR JURY TRIAL by all plaintiffs. (pak) [Entry date 06/19/01] |
| 6/19/01 | -- | Magistrate Judge John M. Roper Assignment (pak) [Entry date 06/19/01] |
| 6/20/01 | -- | Letter to Patricia Howard, Clerk of the MDL, advising of litigation which may involve issues related to asbestos. (certified copy of docket sheet and third amended complaint mailed to Clerk) (ccs to attorneys) (pak) [Entry date 06/20/01] [Edit date 06/20/01] |
| 6/21/01 | 2 | NOTICE of Related Action by defendants Chrysler Corporation and Ford Motor Company. (copy submitted) (pak) [Entry date 06/21/01] [Edit date 06/21/01] |
| 6/22/01 | 3 | Waiver of objections to removal by defendant, Mount Vernon Mills, Inc. (pak) [Entry date 06/22/01] |
| 6/25/01 | 4 | Joinder by defendant Brandon Drying to [1-1] removal notice by defendants. (pak) [Entry date 06/25/01] |
| 6/27/01 | 5 | NOTICE of WAIVER OF OBJECTION TO REMOVAL by defendant Kelly Moore Paint. (pak) [Entry date 06/27/01] |
| 6/29/01 | 6 | Joinder by defendant Dresser Industries  to [1-1] removal notice (spc) [Entry date 06/29/01] |
| 6/29/01 | 7 | Joinder by defendant AC and S, Inc.  to [1-1] removal notice by defendants (spc) [Entry date 06/29/01] |
| 6/29/01 | 8 | Joinder by defendant McCarty Corporation  to [1-1] removal notice by defendants. (spc) [Entry date 06/29/01] |
| 6/29/01 | 9 | Waiver of Objections by defendant Anchor Packing Co.  to [1-1] removal notice (spc) [Entry date 06/29/01] |
| 6/29/01 | 10 | Waiver of objections by defendant Garlock, Inc. to [1-1] removal notice by defendants (spc) [Entry date 06/29/01] |
| 7/2/01 | 11 | Waiver of Objections by defendant Riley-Stoker to [1-1] removal notice by defendants. (pak) [Entry date 07/03/01] |
| 7/5/01 | 12 | Waiver of Objections by defendant Viacom, Inc. to [1-1] removal notice by defendants. (pak) [Entry date 07/05/01] |
| 7/5/01 | 13 | Waiver of objections by defendant Harbison Walker to [1-1] |

removal notice by defendants. (pak) [Entry date 07/05/01]

7/5/01    14    Joinder by defendant Metropolitan Life to [1-1] removal
                notice by defendants. (pak) [Entry date 07/05/01]

7/5/01    15    Waiver of objections by defendant Scapa Fabrics, Inc. to
                [1-1] removal notice by defendants. (pak)
                [Entry date 07/05/01]

7/5/01    16    Joinder by defendants Amchem Products, Asten-Hill,
                Combustion Eng., Dana Corporation, Eagle Asbestos, General
                Electric Co., Georgia Pacific, Gulf Coast Marine,
                Ingersoll-Rand Co., J.T. Thorpe Co., Kaiser Aluminum, Komp
                Equipment, Laurel Machinery, Owens-Illinois, Inc., Shook &
                Fletcher, Union Carbide Chem., Uniroyal Fiber Div.
                Jamestown Metal Marine Services, National Service
                Industries, U.S. Gypsum Co., Wagner Electric and Zurn
                Industries to [1-1] removal notice by defendants. (pak)
                [Entry date 07/05/01]

7/5/01    17    Joinder by defendant Cleaver-Brooks Co. to [1-1] removal
                notice by defendants. (pak) [Entry date 07/05/01]

7/6/01    18    Joinder by defendant Mills Supplies, Inc. to [1-1] removal
                notice by defendants. (pak) [Entry date 07/06/01]

7/6/01    19    Joinder by defendant Guard-Line, Inc. to [1-1] removal
                notice by defendants. (pak) [Entry date 07/06/01]

7/6/01    20    Joinder/Consent by defendant A.W. Chesterton to [1-1]
                removal notice by defendants. (pak) [Entry date 07/06/01]

7/6/01    21    DISCLOSURE STATEMENT regarding corporate structure as to
                (private corporation and has no stockholders) filed by
                defendant A.W. Chesterton ; Copy forwarded to chambers. (pak)
                [Entry date 07/06/01]

7/9/01    22    Waiver of Objections by defendant Hopeman Brothers Inc to
                [1-1] removal notice by defendants. (pak)
                [Entry date 07/09/01]

7/9/01    23    Joinder by defendant Crown Cork & Seal to [1-1] removal
                notice by defendants. (pak) [Entry date 07/09/01]

7/9/01    24    Notice of objection by defendant Weavexx Corporation to
                [1-1] removal notice by defendants. (pak)
                [Entry date 07/10/01]

7/10/01   25    MOTION by plaintiff Don Mosley, et al. to Remand, for
                Expedited Oral Argument, for Attorney Fees and Costs,
                and for Sanctions (pak) [Entry date 07/10/01]

7/10/01   26    Waiver of Objections by defendant Coastal Rubber Co. to
                [1-1] removal notice by defendants. (pak)
                [Entry date 07/10/01]

7/10/01   27    Waiver of Objections by defendant Mississippi Rubber to
                [1-1] removal notice by defendants. (pak)
                [Entry date 07/10/01]

7/10/01   28    Waiver of objections by defendant Central Pipe to [1-1]
                removal notice by defendants. (pak) [Entry date 07/10/01]

```
7/11/01   29   Notice of objection by defendant General Refractories to
               [1-1] removal notice by defendants. (pak)
               [Entry date 07/11/01]

7/12/01   30   Consent to Joinder by defendant Pfizer, Inc., defendant
               Quigley Company to [1-1] removal notice by defendants. (pak)
               [Entry date 07/12/01]

7/13/01   31   ANSWER by defendant Weavexx Corporation to third amended
               complaint. (pak) [Entry date 07/13/01]

7/26/01   32   RESPONSE by defendant Chrysler Corporation, defendant Ford
               Motor Company  to [25-1] motion to Remand by plaintiff (wl)
               [Entry date 07/26/01]
```

Case Flags:
JMR
JURY

END OF DOCKET: 1:01cv251

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/30/2001 19:41:01 | | | |
| **PACER Login:** | co0223 | **Client Code:** | mosley |
| **Description:** | docket report | **Search Criteria:** | 1:01cv00251 |
| **Billable Pages:** | 13 | **Cost:** | 0.91 |

## **Affidavit**

My name is Helen Freeman.  I am over the age of twenty-one.  I have knowledge of the facts set out in this affidavit as follows:

1.    I am the Court Administrator of the Circuit Court of Holmes County.

2.    As Court Administrator, one of my responsibilities is to maintain the court's trial calendar.

3.    In or about the early part of the year, 2001, one of the attorneys for the plaintiffs, Trent Walker, discussed a date for trial of _**Mosley v. A C & S, et al**_, cause number _**2000-428**_.

4.    I informed Mr. Walker that the case could be a back-up setting on October 4, 2001, and that I would "pencil it in" to be tried October 4, 2001, pending the entry of a scheduling order reflecting that trial date.

5.    When the case management order was entered in the case, no trial date was issued as a part of the schedule, as is normally done with the entry of case management orders and scheduling orders.

Further, Affiant sayeth not.

This the 2 day of August, 2001.

HELEN FREEMAN

STATE OF MISSISSIPPI

COUNTY OF Holmes



PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the County and State herein, the within named Helen Freeman, who after being by me first duly sworn states on oath that the matters, facts and things stated and contained in the above and foregoing Affidavit are true and correct to the best of her knowledge.

HELEN FREEMAN

SWORN TO AND SUBSCRIBED BEFORE ME, this the 2nd day of Aug., 2001.

CIRCUIT CLERK

NOTARY PUBLIC

By: Modora A. Hordon, D.C.

MY COMMISSION EXPIRES:

MY COMMISSION EXPIRES: JANUARY 5, 2004

(SEAL)