MDL-875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 30 2001

FILED
CLERK'S OFFICE

## BEFORE THE JOINT PANEL ON MULTIDISTRICT LITIGATION

This document relates to:          )
                                   )
1.  *Steven J. Lukac v. GATX Corp.*  )
    N.D. Ohio Case No. 1:01CV20000 )  Conditional Transfer Order No. 203
                                   )
2.  *Paula A. Kubik v. GATX Corp.*   )
    N.D. Ohio Case No. 1:01CV20001 )

### PLAINTIFFS' NOTICE OF OPPOSITION TO TRANSFER TO MDL 875

COME NOW Plaintiffs Steven J. Lukac and Paula A. Kubik, pursuant to J.P.M.L. Rule 7.4(c) and respectfully oppose the transfer of their cases to MDL 875 under Conditional Transfer Order No. 203 entered August 27, 2001. These are not "tag-along" actions of the sort encompassed by Rules 1.1 and 7.4(a), and their inclusion in the consolidated multidistrict asbestos docket would be inappropriate. Plaintiffs' Rule 7.4(d) Motion to Vacate with supporting Brief is filed concurrently.

PLEADING NO. 89

Respectfully,

/s/ Dean E. Swartz

DEAN E. SWARTZ, ESQ.
SWARTZ & REED
1825 Jefferson Place, N.W.
Washington, D.C. 20036
Phone: (202) 429-0429
[Ohio State Bar No. 0043469]

AND

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2001 AUG 27 P 1:51

RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**

IMAGED SEP 6 '01

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 30 2001

FILED
CLERK'S OFFICE

_____
RONALD A. MARKS, ESQ.
258 Seneca N.E.
Warren, Ohio 44481
Phone: (330) 373-1028
[Ohio Bar No. 0000977]
*Co-Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiffs' Notice of Opposition to Transfer was mailed, first class postage prepaid, to counsel for Defendant GATX Corp./GATC Stephen H. Daniels, Esq., and Byron J. Horn, Esq., THOMPSON HINE, LLP, 3900 Key Center, 127 Public Square, Cleveland, OH 44114-1216, this 27th day of August 2001.

_____
DEAN E. SWARTZ, ESQ.