**PULLMAN & COMLEY, LLC**

*Attorneys At Law*

ELIZABETH J. AUSTIN
RAYMOND E. BALDWIN, JR.
MORRIS W. BANKS
COLLIN P. BARON
DEBORAH S. BRECK
CHARLES K. CAMPBELL, JR.
FRANK B. CLEARY
SHEILA ANNE DENTON
JAMES G. DOWLING, JR.
COLIN M. GERSHON
ANDREW C. GLASSMAN
LAWRENCE J. GOLDEN
IRVE J. GOLDMAN
BARRY D. GREENE
NANCY A. D. HANCOCK
DAVID O. JACKSON
GEORGE J. KASPER
JOHN J. KINDL
MICHAEL A. KURS
JOSHUA A. HAWKES-LADDS
NANCY DeFONCE LAPERA

MICHAEL N. LAVELLE
JOSEPH M. LODATO
LISA A. MAGLIOCHETTI
LAWRENCE J. MARKS
THOMAS J. MAXWELL, JR.
EDWARD P. McCREERY, III
ANDREW J. McDONALD
ROBERT B. MITCHELL
HERBERT H. MOORIN
D. ROBERT MORRIS
ALAN S. PARKER
MARIE V. PHELAN
ELLIOTT B. POLLACK
MICHAEL G. PROCTOR
LEWIS RABINOVITZ
RICHARD C. ROBINSON
THOMAS A. ROUSE
KATHARINE B. SACKS
ALAN I. SCHEER
GREGORY P. SERVODIDIO
RONALD CASE SHARP

MARGARET M. SHEAHAN
JAMES T. SHEARIN
H. WILLIAM SHURE
CHRISTOPHER J. SMITH
JOHN F. STAFSTROM, JR.
JAMES B. STEWART
GROVE W. STODDARD
MARSHALL J. TOUPONSE
JAMES W. VENMAN
JOHN R. WARD
WILLIAM J. WENZEL
BARRIE K. WETSTONE
JAMES B WHITE, JR.
MARJORIE WILDER

SAMUEL A. GILLILAND
(1930-1994)

CHRISTIAN G. BELTZ
CARRIE L. BERNIER
KATHERINE E. CAULFIELD
ADAM J. COHEN

MARGARET M. SHEAHAN
RICHARD S. DePRETA
KATHERINE DOWD
ROD W. FARRELL
ERIC J. GEORGE
HOLLY H. GRODE
MATTHEW M. HAUSMAN
TRACY WHEELER LENNON
MATTHEW P. LUNDY
NORMA R. MANDULAK
JENNIFER T. McGRATH
JULIE A. MORGAN
PETER S. OLSON
GERALD C. PIA, JR.
MARY BETH KASPER RAPICE
BRIAN C. ROCHE
MARCI J. SILVERMAN
PATRICIA SQUIRES
LORI L. UNDERBERGER
GWEN P. WEISBERG
AIMEE J. WOOD

Reply to: Bridgeport
Telephone: (203) 330-2252
E-Mail: txm@pullcom.com

*Via Facsimile 202/502-2888*

September 4, 2001

Michael J. Beck, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC  20002

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2001 SEP -4  P 3: 44

RECEIVED
CLERK'S OFFICE

Re:     **MDL-875 In re:  Asbestos Products Liability Litigation (No. VI)
Schedule CTO-202 Tag Along Case**

*Elizabeth McIntyre, Executrix, et al v. Viacom, Inc., Successor in Interest by
Merger to CBS Corporation f/k/a Westinghouse Electric Corporation*

**Case No. 3:01CV1006; United States District Court for the District of
Connecticut**

Dear Mr. Beck:

Please be advised that, pursuant to Rule 5.2(c) of the <u>Rules of Procedure of the Judicial Panel on
Multidistrict Litigation</u>, the following attorney is hereby designated as the attorney to receive all
pleadings, notices, orders and other papers relating to practice before the Judicial Panel on
Multidistrict Litigation in the above-referenced case.

Thomas F. Maxwell, Jr.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
Telephone:     (203) 330-2000
Facsimile:     (203) 576-8888

850 MAIN STREET  P.O. BOX 7006  BRIDGEPORT, CT 06601-7006  (203) 330-2000  FAX (203) 576-8888
200 PEQUOT AVENUE  P.O. BOX 510  SOUTHPORT, CT 06490-0510  (203) 254-5000  FAX (203) 254-5070
ONE CENTURY TOWER  265 CHURCH STREET  NEW HAVEN, CT 06510-7000  (203) 773-3006  FAX (203) 776-7075
90 STATE HOUSE SQUARE  HARTFORD, CT 06103-3610  (860) 424-4300  FAX (860) 424-4370
350 BEDFORD STREET  STAMFORD, CT 06901-1714  (203) 363-8500  FAX (203) 363-8659
720 HOPMEADOW STREET  SIMSBURY, CT 06070-2418  (860) 658-4800  FAX (860) 651-6181
www.pullcom.com

PLEADING NO. 3270

OFFICIAL FILE COPY

IMAGED  SEP 6  '01

# PULLMAN & COMLEY, LLC

If you should have any questions, please do not hesitate to give me a call.

Very truly yours,

Thomas F. Maxwell, Jr.

cc:    All Involved Counsel listed on attached list

BPRT/58211.637/TXM/398680v1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 5 2001

FILED
CLERK'S OFFICE

# INVOLVED COUNSEL FOR SCHEDULE CTO-202
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Murray E. Abowitz
15 North Robinson
10th Floor
P.O. Box 1937
Oklahoma City, OK 73101

Harold Abrahamson
Abrahamson, Reed & Adley
200 Russell Street
Hammond, IN 46320

Amber L. Achilles
Wildman Harrold Allen And Dixon
225 West Wacker Drive
Suite 2800
Chicago, IL 60606

Joseph R. Alberts
Wooden & McLaughlin
1600 Capital Center South
201 North Illinois
Indianapolis, IN 46204

Knight S. Anderson
Hill, Fulwider, McDowell, Funk
& Matthews
2000 INB Tower
One Indiana Square
Indianapolis, IN 46204

Robin L. Babbitt
Bingham, Summers, Welsh & Spilman
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204

Leland Eugene Backus
Backus & Associates
P.O. Box 379004
Las Vegas, NV 89137

J.R. Baker
Holloway, Dobson, Hudson, et al.
211 North Robinson Avenue
Suite 900
Oklahoma City, OK 73102

Clayton Lance Barker
Spencer, Fane, Britt & Browne
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

James Barker
Gifford, Vernon, Barker & Glade
732 South Sixth Street
Suite 100
Las Vegas, NV 89101

Edward P. Benchik
Jones, Obenchain, Ford, Pankow,
Lewis & Woods
202 South Michigan Street
Suite 600
South Bend, IN 46634

Bryce H. Bennett, Jr.
Riley, Bennett & Egloff
One American Square
P.O. Box 82035
Indianapolis, IN 46282

Michael A. Bergin
Locke Reynolds LLP
201 North Illinois Street
Suite 1000
P.O. Box 44961
Indianapolis, IN 46244

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, L.L.P.
303 East 17th Avenue, Suite 1100
Denver, CO 80203

Robert M. Blakemore
Barkley, Titus, Hillis & Reynolds
401 South Boston Avenue
Suite 2700
Tulsa, OK 74103

James M. Boyers
Wooden & McLaughlin
201 North Illinois Street
Indianapolis, IN 46204

Craig E. Brasfield
Forman, Perry, Watkins & Krutz
P.O. Box 22608
Jackson, MS 39225

James W. Brauer
Stewart & Irwin
Two Market Square Center
Suite 1100
251 East Ohio Street
Indianapolis, IN 46204

Randall A. Breshears
Monnet, Hayes, Bullis, Thompson
& Edwards
120 North Robinson Avenue
Suite 1719
Oklahoma City, OK 73102

Scott A. Britton-Mehlisch
Humphrey, Farrington & McClain
221 W. Lexington, Suite 400
P.O. Box 900
Independence, MO 64051

Janice J. Brown
Barker, Brown, Busby, Chrisman
& Thomas
800 Bank of America Plaza
300 South 4th Street
Las Vegas, NV 89101

Curtis Busby
Bowman & Brooke, LLP
2929 North Central Avenue
Suite 1700
Phoenix, AZ 85012

Dennis F. Cantrell
Bingham, Summers, Welsh & Spilman
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204

Rod Cappy
Grace, Genson, Cosgrove & Schirm
444 South Flower Street
Suite 1100
Los Angeles, CA 90071

Kym Carrier
McAfee & Taft
211 North Robinson Avenue
10th Floor
Oklahoma City, OK 73102

INVOLVED COUNSEL FOR SCHEDULE  CTO-202  (Cont.) MDL-875                PAGE 2

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
403 West North Avenue
Chicago, IL  60610

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH  44115

Stephanie C. Christens
Cooper, Christensen Law Firm, LLP
4411 South Pecos Road
Las Vegas, NV  89121

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC  20036

Bruce P. Clark
Bruce P. Clark & Associates
Harrison Ridge Square
419 Ridge Road
Munster, IN  46321

Gregory L. Cochran
McKenna, Storer, Rowe, White
& Farrug
200 North LaSalle Street, Suite 3000
Chicago, IL  60601

Dixie L. Coffey
McKinney & Stringer
Corporate Tower, Suite 1300
101 North Robinson
Oklahoma City, OK  73102

Hubert A. Crouch, III
Crouch & Inabnett
2300 Fountain Place
1445 Ross Avenue
Dallas, TX  75202

Kym Cushing
Edwards, Hale, Sturman & Atkin, Ltd.
415 South Sixth Street, Suite 300
Las Vegas, NV  89101

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA  15222

Amelia De Los Santos
Lewis & Roca
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV  89109

Andrew J. Detherage
Barnes & Thornburg
11 South Meridan Street
Suite 1313
Indianapolis, IN  46204

Lisa M. Dillman
Lewis And Wagner
501 Indiana Avenue
Suite 200
Indianapolis, IN  46202

David Duke
Duke Law Firm
201 East Abram
Suite 760
Arlington, TX  76010

Diedre S. Dunn
MacCabe & McGuire
77 West Wacker Drive
Suite 3333
Chicago, IL  60601

Thomas S. Ehrhardt
Landau, Omahana & Kopka, Ltd.
222 North LaSalle Street
Suite 200
Chicago, IL  60601

Ike Epstein
Beckley, Singleton, Jemison, Cobeaga
& List
530 Las Vegas Blvd. South
Las Vegas, NV  89101

Mark J. Fellman
Fellman Law Office
213 4th Street, East
Suite 200
St. Paul, MN  55101

David G. Field
Stewart & Irwin
251 East Ohio Street
Suite 1100
Indianapolis, IN  46204

Matthew J. Fischer
Schiff, Hardin & Waite
233 South Wacker Drive
6600 Sears Tower
Chicago, IL  60606

George Foley
Pearson, Patton, Shea, Foley & Kurtz
6900 Westcliff Drive
Suite 800
Las Vegas, NV  89128

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA  19106

Margaret M. Foster
McKenna, Storer, Rowe, White
& Farrug
200 North Lasalle, Suite 3000
Chicago, IL  60601

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA  19103

Robert L. Gauss
Ice, Miller, Donadio & Ryan
One American Square
Indianapolis, IN  46282

George W. Gessler
Gessler, Hughes & Socol, Ltd.
70 West Madison
Three First National Plaza, Suite 2200
Chicago, IL  60602

Virginia M. Giokaris
Polsinelli, White Vardeman & Shalton
700 West 47th Street
Suite 1000
Kansas City, MO  64112

Kayce L. Gisinger
Abowitz, Rhodes & Dahnke, P.C.
15 North Robinson, 10th Floor
P.O. Box 1937
Oklahoma City, OK  73101

INVOLVED COUNSEL FOR SCHEDULE  CTO-202  (Cont.) MDL-875                    PAGE 3

Richard S. Glasser
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

Kenneth M. Gorenberg
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 2800
Chicago, IL 60606

Marc C. Greco
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

Susan Gunty
Gunty & McCarthy
150 South Wacker Drive
Suite 1025
Chicago, IL 60606

Howard M. Hackman
Howard M. Hackman Offices
P.O. Box 26176
Columbus, OH 43226

Michael A. Hagemeyer
2255-A Renaissance Drive
Las Vegas, NV 89119

Robert E. Haley
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 2900
Chicago, IL 60606

Susan M. Hanson
Stich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

Peter L. Hatton
Schiff, Hardin & Waite
8585 Broadway, Suite 842
Merrillville, IN 46410

G.R. Heath
Johnson, Smith, Pence & Heath, LLP.
One Indiana Square
Suite 1800
Indianapolis, IN 46204

Alex Kachmar
Wait & Shaffer
305 West Moana Lane, 2nd Floor
P.O. Box 719
Reno, NV 89504

Michael A. Kaeding
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 2800
Chicago, IL 60606

Michael J. Hanners
Silber & Pearlman
2711 North Haskell Avenue
Suite 32
Dallas, TX 75204

Charles J. Kalinoski
Kalinoski & Chaplinsky
100 Court Avenue
Suite 315
Des Moines, IA 50309

Bruce L. Kamplain
Norris, Choplin & Schroeder
101 West Ohio Street
Suite 900
Indianapolis, IN 46204

Timothy E. Kapshandy
Sidley, Austin, Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

David L. Kearney
Gable & Gotwals
211 North Robinson Avenue
15th Floor
Oklahoma City, OK 73102

Jason L. Kennedy
Segal, McCambridge, Singer
& Mahoney
One IBM Plaza, Suite 200
330 North Wabash Avenue
Chicago, IL 60611

Douglas B. King
Wooden & McLaughlin
1600 Capital Center South
201 North Illinois Street
Indianapolis, IN 46204

John M. Klamann
Klamann & Hubbard, P.A.
7101 College Blvd., Suite 120
Overland Park, KS 66210

David W. Knight
Ice Miller Donadio And Ryan
One American Square
Indianapolis, IN 46282

Kevin R. Knight
Ice, Miller, Donadio & Ryan
One American Square
P.O. Box 82001
Indianapolis, IN 46282

Andrew E. Kolb
MacCabe & McGuire
77 West Wacker Drive
Suite 3333
Chicago, IL 60601

Richard D. Koljack, Sr.
Gable & Gotwals
100 West 5th Street
Suite 1100
Tulsa, OK 74103

James J. Krajewski
Howard M. Hackman Offices
303 Ridge Road
Munster, IN 46321

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Christopher D. Lee
Kahn, Dees, Donovan & Kahn
501 Main Financial Plaza, Suite 305
P.O. Box 3646
Evansville, IN 47712

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

INVOLVED COUNSEL FOR SCHEDULE CTO-202 (Cont.) MDL-875                    PAGE 4

Lindalea P. Ludwick
Early, Ludwick & Sweeney, L.L.C.
One Century Tower, 11th Floor
265 Church Street
New Haven, CT 06510

Edward H. MacCabe
MacCabe & McGuire
77 West Wacker Drive
Suite 3333
Chicago, IL 60601

Joseph R. Marconi
Johnson & Bell
55 East Monroe Street, Suite 4100
Chicago, IL 60603

Bruce B. Marr
McKenna, Storer, Rowe, White
& Farrug
200 North LaSalle, Suite 3000
Chicago, IL 60601

Greg Marsh
Greg W. Marsh Chartered
P.O. Box 1780
Las Vegas, NV 89125

David M. Mattingly
Ice, Miller, Donadio & Ryan
One American Square
Indianapolis, IN 46282

Jonathan D. Mattingly
Barnes & Thornburg
11 South Meridian Street
Suite 1313
Indianapolis, IN 46204

Edward J. Matushek, III
Matushek & Associates, L.L.C.
One North LaSalle Street
Suite 3210
Chicago, IL 60602

Christopher D. Mauriello
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Edward J. McCambridge
Segal, McCambridge, Singer
& Mahoney
One IBM Plaza, Suite 200
330 North Wabash Avenue
Chicago, IL 60611

Jeffrey L. McKean
Wooden & McLaughlin
1600 Capital Center South
201 North Illinois
Indianapolis, IN 46204

Susan E. Mehringer
Lewis & Wagner
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202

H.P. Morris
Johnson & Bell
55 East Monroe Street
Suite 4100
Chicago, IL 60603

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Robert L. Norton
Jones & Granger
10000 Memorial Drive, Suite 888
P.O. Box 4340
Houston, TX 77210

Randall J. Nye
Beckman, Kelly & Smith
5920 Hohman Avenue
Hammond, IN 46320

L.E. Ogletree
Short, Wiggins, Margo & Butts
210 Park Avenue
Suite 3100
Oklahoma City, OK 73102

E. Spencer Parris
Jones, Martin, Parris & Tessener
Law Offices
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603

John J. Petry
Morgenstein & Jubelirer
Spear Street Tower, 32nd Floor
One Market Plaza
San Francisco, CA 94105

Troy Peyton
Rumph & Peyton
300 South 4th Street
Suite 800
Las Vegas, NV 89101

Martha J. Phillips
Thomas, Glass, Atkinson, et al.
525 South Main, Suite 1500
Tulsa, OK 74102

Michael R. Pontoni
Michael R. Pontini, Ltd.
64 North Pecos Road
Suite 100
Henderson, NV 89074

Connie J. Postelli
Johnson & Bell, Ltd.
9000 Indianapolis Blvd.
Suite A
Highland, IN 46322

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

William Pruitt
Barron, Vivone, Holland, Pruitt, Chtd.
1404 South Jones Blvd.
Las Vegas, NV 89146

Michael D. Ramsey
Hoover, Hull, Baker & Heath
111 Monument Circle
Indianapolis, IN 46204

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronald N. Ricketts
Gable & Gotwals
100 West 5th Street, Suite 1100
Tulsa, OK 74103

INVOLVED COUNSEL FOR SCHEDULE  CTO-202  (Cont.) MDL-875                    PAGE 5

Terry Riedy
Vannah, Costello, Canepa, et al.
1850 East Flamingo Road
Suite 236
Las Vegas, NV  89119

Richard H. Riegner
White & Raub
36 South Pennsylvania Street
Suite 700
Indianapolis, IN  46204

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX  77018

Gus Sacopulos
Sacopulos, Johnson, Carter
& Sacopulos
31 South 7th Street
Terre Haute, IN  47807

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA  90025

George F. Short
Short, Barnes, Wiggins, Margo
& Adler
210 Park Avenue
Suite 3100
New York, NY  73102

Robert L. Shuftan
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 2800
Chicago, IL  60606

James M. Snyder
Wooden & McLaughlin
201 North Illinois Street
Indianapolis, IN  46204

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA  19102

Randy Spitaels
Kindig & Sloat
102 Heritage Parkway
Nappanee, IN  46550

Robert Spitkovsky
Johnson & Bell, Ltd.
222 North Lasalle Street
Suite 2200
Chicago, IL  60601

Joseph Stalmack
Joseph Stalmack & Associates, P.C.
P.O. Box 1150
Hammond, IN  46325

Janelle K. Stehura
Riley, Bennett & Egloff
P.O. Box 82035
Suite 1810
Indianapolis, IN  46282

Leasa M. Stewart
Gable & Gotwals
211 North Robinson Avenue
15th Floor
Oklahoma City, OK  73102

Scott K. Suchy
King Law Firm
15 North Robinson Avenue, Suite 1100
Oklahoma City, OK  73102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI  48226

David A. Temple
Stewart & Irwin
Two Market Square Center
Suite 1100
251 East Ohio Street
Indianapolis, IN  46204

W. M. Thomas
Fairchild, Price, Thomas & Haley
413 Shelbyville Street
P.O. Drawer 1719
Center, TX  75935

Michael P. Thornton
Thornton & Naumes, L.L.P.
100 Summer Street
30th Floor
Boston, MA  02110

Terence G. Tiu
Gessler, Hughes & Socol, Ltd.
70 West Madison Street
Suite 2200
Chicago, IL  60602

Daniel D. Trachtman
Wooden & McLaughlin
1600 Capital Center South
201 North Illinois Street
Indianapolis, IN  46204

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

Allen D. Vaughan
Cascino Vaughan Law Offices, Ltd.
403 West North Avenue
Chicago, IL  60610

Eugene Wait, Jr.
Wait & Shaffer
305 West Moana Lane, 2nd Floor
P.O. Box 179
Reno, NV  89504

Charles J. Watts
Smith, Shew, Scrivner, Corbin
& Watts
6520 North Western Avenue
Suite 300
Oklahoma City, OK  73116

James R. Webb
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square, 10th Floor
Oklahoma City, OK  73102

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA  52406

INVOLVED COUNSEL FOR SCHEDULE  CTO-202  (Cont.) MDL-875                    PAGE 6

James K. Wheeler
Coots, Henke & Wheeler
255 East Carmel Drive
Carmel, IN  46032

John E. Wiggins
Short, Wiggins, Margo & Butts
210 Park Avenue
Suite 3100
Oklahoma City, OK  73102

Germaine W. Willett
Ice, Miller, Donadio & Ryan
One American Square
Indianapolis, IN  46282

Douglas P. Wilson
Wilson Law Offices
6405 North Cosby
Kansas City, MO  64151

Brad Wilt
Harrison, Kemp & Jones
3800 Howard Hughes Parkway
17th Floor
Las Vegas, NV  89109

Andrew M. Yoder
Bruce P. Clark & Associates
419 Ridge Road
Munster, IN  46321