JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 11 2001

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS )<br>)<br>)<br>THIS DOCUMENT RELATES TO: )<br>)<br>VIRGINIA R. VANDERBILT, as )<br>PERSONAL REPRESENTATIVE OF THE )<br>ESTATE AND SURVIVORS OF )<br>CHESTER J. VANDERBILT, Deceased )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OWENS-CORNING, et al., )<br>)<br>Defendants. )<br>)<br>UNITED STATES DISTRICT COURT )<br>DISTRICT OF ALASKA )<br>)<br>CIVIL ACTION NO.: FA-96-0062-CV ) | MDL CIVIL ACTION<br>NO. 875 |

### NOTICE OF WITHDRAWAL OF MOTION TO VACATE
### CONDITIONAL REMAND ORDER

Defendant, D. B. Riley, Inc. ("D.B. Riley"), by and through its counsel, hereby withdraws its Motion to Vacate Conditional Remand order dated August 21, 2001.

MDL- **875**
RECOMMENDED ACTION

Lift Stay 7/23/01 CRO -- 1 ACTION
Approved/Date: MK 9/10

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

IMAGED SEP 18 '01

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 11 2001

FILED
CLERK'S OFFICE

DATED at Anchorage, Alaska this 7th day of September, 2001.

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
Attorneys for Defendant D.B. Riley, Inc.

_/s/ Moseley_

William E. Moseley
ABA No. 7811121

### CERTIFICATE OF SERVICE

This certifies that in am an authorized agent of Delaney, Wiles, Hayes, Gerety & Ellis & Young, Inc., for service of papers pursuant to Civil Rule 5, and that on this 7th day of September, 2001, a copy of the foregoing document was served by U.S. Mail upon those persons listed on the attached panel service list:

_/s/ Joan G. Fujimoto_

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

2

PANEL SERVICE LIST CONDITIONAL REMAND ORDER
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Juan P. Bauta, II
Louis S. Robles, P.A.
One Bayfront Plaza
Suite 900
100 S. Biscayne Blvd.
Miami, FL 33131
(via telecopier and mail)

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Bldg., 7th Floor
1510 Euclid Avenue
Cleveland, OH 44115

Dale W. House
Lane, Polwell, Spears & Lubersky
420 L Street, Suite 300
Anchorage, AK 99501

Ronald W. Lorensen
Birch, Horton, Bittner & Cherot
One Sealaska Plaza
Suite 301
Juneau, AK 99801

Adam M. Chud
Shea & Gardner
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Bldg.
Suite 1000
Independence Mall East
Philadelphia, PA 19106

David C. Landin
Hunton & Williams
Riverfront Plaza, East Power
951 E. Byrd Street
Richmond, VA 23219

Cathleen N. McLaughlin
Hagans, Ahearn, McLaughlin & Webb
310 K Street, Suite 400
Anchorage, AK 99501

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Michael C. Geraghty
DeLisio, Moran, Geraghty & Zobel
943 W. 6th Avenue
Anchorage, AK 99501

Susan M. Hanson
Stich, Angell, Kreidler & Muth
The Corssings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd
P.O. Box 1792
Mt. Pleasant, SC 29465

DELANEY, WILES,
HAYES, GERETY,
LLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Douglas C. Perkins
Hartig, Rhodes, Norman & Mahoney
717 K Street
Anchorage, AK 99501

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Arthur L. Robson
Robson Law Office
483 McKinley View Drive
Fairbanks, AK 99712

Joan Rohlf
Guess & Rudd
510 L Street, Suite 700
Anchorage, AK 99501

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd
6th Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Bldg.
Detroit, MI 48226

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581