JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 11 2001

FILED
CLERK'S OFFICE

DOCKET NO. 875

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Chester Vanderbilt, et al. v. Owens-Corning Fiberglas Corp., et al.*, E.D. Pennsylvania
 (D. Alaska, C.A. No. 4:96-62)

## ORDER LIFTING STAY OF CONDITIONAL REMAND ORDER

On July 23, 2001, the Panel filed an order conditionally remanding, *inter alia*, all claims except the severed claims for punitive or exemplary damages in this action (*Vanderbilt*) to the District of Alaska. Prior to expiration of the mandatory fifteen-day stay of execution, defendant D.B. Riley, Inc. (Riley) filed a notice of opposition to the proposed remand of *Vanderbilt* and the subsequent motion and brief to vacate the conditional remand order. Riley has now advised the Panel that it withdraws its initial opposition to remand of *Vanderbilt*.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional remand order filed on July 23, 2001, is hereby LIFTED insofar as it relates to this action, and thus all claims except the severed claims for punitive or exemplary damages in the action are remanded to the District of Alaska.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

IMAGED SEP 18 '01