MDL 875

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 13 2001

FILED
CLERK'S OFFICE

MDL Docket No. 875

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROBERT D. WILLIAMS, SR., ET AL.
PLAINTIFFS

VS.

CIVIL ACTION NO.
1:01CV213GR

A.P. GREEN INDUSTRIES, INC., ET AL.
DEFENDANTS

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

PLAINTIFFS oppose the transfer of the case captioned above to the United States District Court for the Eastern District of Pennsylvania, under 28 U.S.C.A. § 1407, as conditionally ordered by the Judicial Panel on Multidistrict Litigation on August 27, 2001.

Pursuant to Rule 7.4(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, a Motion to Vacate the Conditional Transfer Order and a brief in support of such motion will be duly filed.

Respectfully submitted,

DAVID E. CHERRY
TEXAS BAR # 04176000

CAMPBELL~CHERRY~HARRISON~DAVIS~DOVE, P.C.
P.O. Drawer 21387
Waco, Texas 76702-1387
Ph. (254) 761-3300
Fx. (254) 757-0522

ATTORNEY FOR PLAINTIFFS

PLEADING NO. 3275

NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER                    PAGE 1

**OFFICIAL FILE COPY**

IMAGED SEP 18 '01

SEP-10-2001 15:07 CAMPBELL CHERRY HARRISON 254 757 0522 P.04/08
Case MDL No. 875 Document 3275 Filed 09/13/01 Page 2 of 4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 13 2001

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, David E. Cherry, one of the attorneys for plaintiffs, do hereby certify that a true and correct copy of this instrument was served upon all counsel per the list of Involved Counsel provided by the Clerk of the Panel.

This the 10th day of September, 2001.

DAVID E. CHERRY

## INVOLVED COUNSEL FOR SCHEDULE CTO-203
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO.VI)

Robert M. Arentson, Jr.
Watkins, Ludlam, Winter & Stennis
P.O. Box 427
Jackson, MS 39205

J. William Ashbaugh
Stafford, Frey, Cooper & Stewart
2500 Rainier Tower
1301 Fifth Avenue
Seattle, WA 98101

David A. Barfield
Barfield & Associates
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207

Richard V. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Robert E. Beyler
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 E Main Street
Norfolk, VA 23510

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

David E. Boelzner
Wright, Robinson, Osthimer & Tatum
411 East Franklin Street
Suite 400
Richmond, VA 23219

Sheila M. Bossier
Forman, Perry, Watkins, Krutz
& Tardy
P.O. Box 22608
Jackson, MS 39225

Stefan G. Bourn
Forman, Perry, Watkins, Krutz
& Tardy
P.O. Box 22608
Jackson, MS 39225

Craig E. Brasfield
Forman, Perry, Watkins & Krutz
P.O. Box 22608
Jackson, MS 39225

Donald E. Britt, Jr.
Law Firm of Donald E. Britt
20 South Fifth Avenue
Wilmington, NC 28401

Marcy L. Bryan
Forman, Perry, Watkins & Krutz
1200 One Jackson Place
188 East Capitol Street
Jackson, MS 39201

Patrick R. Buchanan
Brown, Watt & Buchanan
P.O. Box 2220
3112 Canty Street
Pascagoula, MS 39569

Alexander M. Bullock
Evert & Weathersby
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
403 West North Avenue
Chicago, IL 60610

James Case
Case & Dusterhoff, L.L.P.
9800 SW Beaverton Hillsdale Highway
Suite 200
Beaverton, OR 97005

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Paul V. Cassisa, Sr.
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
P.O. Box 55490
Metairie, LA 70055

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

J. P. Coleman
Baker, Donelson, Bearman & Caldwell
P. O. Box 14167
Jackson, MS 39236

Robert H. Cooper
Blue & William, L.L.P.
3421 N. Causeway Blvd.
Ninth Floor
Metairie, LA 70002

Edward J. Currie, Jr.
Currie, Johnson, Griffin, Gaines
& Myers
P.O. Box 750
Jackson, MS 39205

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Stephen H. Daniels
Thompson Hine, LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114

Leslie F. Darby
Lindsay, Hart, Neil & Weigler
1300 SW 5th Avenue
Suite 3400
Portland, OR 97201

H. Lee Davis, Jr.
Davis & Hamrick, L.L.P.
P.O. Box 20039
Winston-Salem, NC 27120

John C. DeVoe, Jr.
Dunn, Carney, Allen, Higgins
& Tongue
851 S.W. 6th Avenue, Suite 1500
Portland, OR 97204

INVOLVED COUNSEL FOR SCHEDULE CTO-203 (Cont.) MDL-875                                  PAGE 2

Rodney A. Dean
Dean & Gibson, L.L.P.
Cameron Brown Building, Suite 900
301 S. McDowell Street
Charlotte, NC 28204

Lori K. Dedobbelaere
Dunn, Carney, Allen, Higgins
& Tongue
851 SW 6th Avenue, Suite 1500
Portland, OR 97204

Walter W. Dukes
Dukes, Dukes, Keating & Faneca
P.O. Drawer W
Gulfport, MS 39501

S.L. Dumville
Cascino Vaughan Law Offices, Ltd.

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Leon Gary, Jr.
Jones, Walker, Waechter, et al.
8555 United Plaza Boulevard
5th Floor
Baton Rouge, LA 70809

Frank H. Gassler
Fowler, White, Gillen, Boggs, et al.
501 East Kennedy, Suite 1700
P.O. Box 1438
Tampa, FL 33601

James H. Gidley

Susan M. Hanson
Stich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

Sheila J. Hendricks
Campbell, Harrison, Dove, Cherry
& Davis
P.O. Box 24328
Jackson, MS 39225

James L. Hiller
Hitt, Hiller & Monfils, LLP
510 S.W. 3rd Avenue
Suite 309
Portland, OR 97204

Tina Lloyd Hlabse