MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 13 2001

FILED
CLERK'S OFFICE

1  Jeffrey Mutnick, P.C., OSB #72178
   Dain Paulson OSB # 97365
2  jmutnick@landye-bennett.com
   dpaulson@landye-bennett.com
3  LANDYE BENNETT BLUMSTEIN LLP
   Attorneys at Law
4  3500 Wells Fargo Center
   1300 S.W. Fifth Avenue, Suite 3500
5  Portland, Oregon 97201
   503.224.4100
6  503.224.4133 (Facsimile)

7  Of Attorneys for Plaintiff

8           BEFORE THE JUDICIAL PANEL

9           ON MULTIDISTRICT LITIGATION

10                MDL DOCKET NO. 875

11     IN RE ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| 12  DAVID A. STEINER, | NOTICE OF OPPOSITION |
| 13         Plaintiff, | OR Case No. 01-01178-PA |
|     v. | |
| 14  A.P. GREEN REFRACTORIES., et al., | |
| 15         Defendants. | |
| 16  WILLIAM YORATH, | |
|         Plaintiff, | OR Case No. 01-01176-PA |
| 17     v. | |
|     A.P. GREEN REFRACTORIES, et al., | |
| 18         Defendants. | |
| 19  MATTHEW HAGGERTY, | |
| 20         Plaintiff, | OR Case No. 01-01177-PA |
|     v. | |
| 21  A.P. GREEN REFRACTORIES, et al., | |
| 22         Defendants. | |
|     ORVIL DALE KEELING, | |
| 23 | |
|         Plaintiff, | OR Case No. 01-01179-PA |
| 24     v. | |
|     A.P. GREEN REFRACTORIES, et al., | |
| 25 | |
|         Defendants. | |
| 26 | |

PLEADING NO. 3276

Page 1 - NOTICE OF OPPOSITION   OFFICIAL FILE COPY

P:\Clients\STEINERUSM\Asb\Pld\Notice of Opposition.doc

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100

IMAGED SEP 18 '01

1  The Judicial Panel on Multidistrict Litigation filed a Conditional Transfer Order on
2  August 27, 2001. That motion seeks to transfer the above listed cases to the United States
3  District Court for the Eastern District of Pennsylvania. Plaintiffs respectfully oppose transfer.

4  These asbestos personal injury actions were filed in Oregon state court in June and July
5  2000. See Affidavit of Dain Paulson attached hereto. In August 2001, the cases were removed
6  to federal court.

7  Plaintiffs have filed Motions to Remand each of the above noted cases to Oregon state
8  court. Judge Owen Panner of the Federal District of Oregon is hearing these matters. Oral
9  argument was heard on the *Steiner v. A.P. Green Refractories, et al.* case on August 20, 2001.
10 The *Steiner* Motion to Remand is now under advisement. See Exhibit "A" Minute Order
11 Concerning the Motion to Remand. Motions to Remand the *Keeling v. A.P. Green Refractories,*
12 *et al.* (Exhibit "B"); *Haggerty v. A.P. Green Refractories, et al.* (Exhibit "C"); and *Yorath v. A.P.*
13 *Green Refractories, et al.* (Exhibit "D") cases were filed on August 31, 2001. They are now
14 before the District Court.

15 Plaintiffs respectfully oppose transfer to the MDL because these actions are not subject to
16 federal court jurisdiction. Diversity jurisdiction does not exist in any of the transferred cases
17 because state court defendants had not been dismissed from each action prior to removal.
18 Moreover, none of the actions were removed until over one year after the original filings.
19 28 USC §1446(b).

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

Page 2 – NOTICE OF OPPOSITION

P:\Clients\STEINER\JSM\Asb\Pld\Notice of Opposition.doc

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100

## CONCLUSION

Plaintiffs' Motions for Remand are now lodged before Judge Panner. Plaintiffs oppose transfer to the MDL because federal court jurisdiction does not exist in any of the above referenced cases. Plaintiffs respectfully request that none of the above mentioned cases be transferred as the Motions for Remand are now pending.

DATED this 10th day of September, 2001.

LANDYE BENNETT BLUMSTEIN LLP

By: _____
Dain Paulson, OSB #97365
Jeffrey S. Mutnick, P.C., OSB #72178
Of Attorneys for Plaintiff

Page 3 - NOTICE OF OPPOSITION

P:\Clients\STEINER\USM\Asb\Pld\Notice of Opposition.doc

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

Case No.: CV 01-1178-PA                                   Date of Proceeding: 8/20/01

Case Title: David A. Steiner v. A.P. Green Refractories Company, et al.

Presiding Judge: Owen M. Panner                           Courtroom Deputy: Margaret Hunt

Reporter: Robert Stimler                                  Tape No: _____

**DOCKET ENTRY:**

Record of hearing: plaintiff's motion to remand (#3 ) is taken under advisement. The parties have twenty days in which to file additional evidence or briefing.

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
| Jeff Mutnick | William Ashbaugh |

cc:   {1} All counsel

DOCUMENT NO: 23
CIVIL MINUTES

EXHIBIT A

Civil Minutes
Revised 4/23/91

Honorable Owen M. Panner

19

RECEIVED

1   Jeffrey S. Mutnick, OSB #72178
    jmunick@landye-bennett.com
2   LANDYE BENNETT BLUMSTEIN LLP
    Attorneys at Law                              2001 AUG 31  P 3:57
3   3500 Wells Fargo Center
    1300 S.W. Fifth Avenue, Suite 3500            CLERK U.S. DISTRICT COURT
4   Portland, Oregon 97201
    503.224.4100
5   503.224.4133 (Facsimile)

6       Of Attorneys for Plaintiff

7              IN THE UNITED STATES DISTRICT COURT

8                    FOR THE DISTRICT OF OREGON

9

10  ORVIL KEELING,
                                          Case No. 01-01179-PA
11                  Plaintiff,

12             v.                         **PLAINTIFF'S MOTION TO REMAND**
                                          Pursuant to 28 U.S.C. § 1447 (c)
13  A.P. GREEN REFRACTORIES CO., et al.,
                                          **ORAL ARGUMENT REQUESTED**
14                  Defendant.

15      Pursuant to 28 U.S.C. § 1447(c), plaintiff respectfully moves the court for an order

16  remanding this case to the Circuit Court for the State of Oregon, County of Multnomah on the

17  grounds that there is no subject matter jurisdiction for the U.S. District Court in this matter and

18  defendant's Notice of Removal is procedurally defective. This motion is supported by the

19  enclosed Memorandum of Law. Plaintiff also adopts the reasoning set forth in Plaintiff's Motion

20  to Remand and Reply Brief in the *Steiner v. A.P. Green, et al.* Case No. 01-01128-PA, attached

21  hereto as Exhibits A and B.

22      Plaintiff's counsel informed defense counsel and the Court on August 20, 2001 that this

23  motion would be filed.

24  /////

25  /////

26  /////

**EXHIBIT B 1 of 2**

Page 1 - PLAINTIFF'S MOTION TO REMAND

P:\Clients\KEELING\Jsm\Pld\Motion to Remand_8-30-01.doc

1  This motion is supported by the accompanying Memorandum of Law in Support of
2  Plaintiff's Motion to Remand.
3  DATED this 31st day of August, 2001.

4  Respectfully submitted,

5
6  LANDYE BENNETT BLUMSTEIN LLP

7  By: _____
8  Dain Paulson OSB #97365
   Of Attorneys for Plaintiff

Page 2 - PLAINTIFF'S MOTION TO REMAND

EXHIBIT B 2 of 2

P:\Clients\KEELING\Jsm\Pld\Motion to Remand_8-30-01.doc

1  Jeffrey S. Mutnick, OSB #72178
   jmunick@landye-bennett.com
2  LANDYE BENNETT BLUMSTEIN LLP
   Attorneys at Law
3  3500 Wells Fargo Center
   1300 S.W. Fifth Avenue, Suite 3500
4  Portland, Oregon 97201
   503.224.4100
5  503.224.4133 (Facsimile)

6  Of Attorneys for Plaintiff

7            IN THE UNITED STATES DISTRICT COURT

8                 FOR THE DISTRICT OF OREGON

9

10 MATTHEW HAGGERTY,
                                      Case No. 01-01177-PA
11                Plaintiff,

12        v.                          **PLAINTIFF'S MOTION TO REMAND**
                                      Pursuant to 28 U.S.C. § 1447 (c)
13 A.P. GREEN REFRACTORIES CO., et al.,
                                      **ORAL ARGUMENT REQUESTED**
14                Defendant.

15        Pursuant to 28 U.S.C. § 1447(c), plaintiff respectfully moves the court for an order

16 remanding this case to the Circuit Court for the State of Oregon, County of Multnomah on the

17 grounds that there is no subject matter jurisdiction for the U.S. District Court in this matter and

18 defendant's Notice of Removal is procedurally defective. This motion is supported by the

19 enclosed Memorandum of Law. Plaintiff also adopts the reasoning set forth in Plaintiff's Motion

20 to Remand and Reply Briefs in the *Steiner v. A.P. Green, et al.* Case No. 01-01128-PA, attached

21 hereto as Exhibits A and B.

22        Plaintiff's counsel informed defense counsel and the Court on August 20, 2001 that this

23 motion would be filed.

24 /////

25 /////

26 /////

Page 1 - PLAINTIFF'S MOTION TO REMAND

**EXHIBIT C 1 of 2**

P:\Clients\HAGGERTY\Jxm\Pld\Motion to Remand_8-30-01.doc

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100
503.224.4133 (facsimile)

1  This motion is supported by the accompanying Memorandum of Law in Support of
2  Plaintiff's Motion to Remand.
3  DATED this 31st day of August, 2001.

Respectfully submitted,

LANDYE BENNETT BLUMSTEIN LLP

By: _____
Dain Paulson, OSB #97365
Of Attorneys for Plaintiff

Page 2 - PLAINTIFF'S MOTION TO REMAND

EXHIBIT C 2 of 2

P:\Clients\HAGGERTY\Jsm\Pld\Motion to Remand_8-30-01.doc

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100
503.224.4133 (facsimile)

1  Jeffrey S. Mutnick, OSB #72178
   jmunick@landye-bennett.com
2  LANDYE BENNETT BLUMSTEIN LLP
   Attorneys at Law
3  3500 Wells Fargo Center
   1300 S.W. Fifth Avenue, Suite 3500
4  Portland, Oregon 97201
   503.224.4100
5  503.224.4133 (Facsimile)

RECEIVED
2001 AUG 31 P 3:58
U.S. DISTRICT COURT
DISTRICT OF OREGON
PORTLAND, OREGON

6  Of Attorneys for Plaintiff

7  IN THE UNITED STATES DISTRICT COURT

8  FOR THE DISTRICT OF OREGON

9

10 WILLIAM YORATH,

   Case No. 01-01176-PA

11         Plaintiff,

12   v.                                    **PLAINTIFF'S MOTION TO REMAND**
                                           **Pursuant to 28 U.S.C. § 1447 (c)**
13 A.P. GREEN REFRACTORIES CO., et al.,
                                           **ORAL ARGUMENT REQUESTED**
14         Defendant.

15      Pursuant to 28 U.S.C. § 1447(c), plaintiff respectfully moves the court for an order

16 remanding this case to the Circuit Court for the State of Oregon, County of Multnomah on the

17 grounds that there is no subject matter jurisdiction for the U.S. District Court in this matter and

18 defendant's Notice of Removal is procedurally defective. This motion is supported by the

19 enclosed Memorandum of Law. Plaintiff also adopts the reasoning set forth in Plaintiff's Motion

20 to Remand and Reply Brief in the *Steiner v. A.P. Green, et al.* Case No. 01-01128-PA, attached

21 hereto as Exhibits A and B.

22      Plaintiff's counsel informed defense counsel and the Court on August 20, 2001 that this

23 motion would be filed.

24 /////

25 /////

26 /////



EXHIBIT
D 1 of 2

Page 1 – PLAINTIFF'S MOTION TO REMAND

P:\Clients\YORATHUSM\Pld\Motion to Remand_8-30-01.doc

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100
503.224.4133 (facsimile)

1  This motion is supported by the accompanying Memorandum of Law in Support of
2  Plaintiff's Motion to Remand.

3  DATED this 31st day of August, 2001.

4                                          Respectfully submitted,

                                            LANDYE BENNETT BLUMSTEIN LLP

                                            By: _____
                                            Dain Paulson OSB #97365
                                            Of Attorneys for Plaintiff



EXHIBIT
D 2 of 2

Page 2 - PLAINTIFF'S MOTION TO REMAND

P:\Clients\YORATH\JSM\Pld\Motion to Remand_8-30-01.doc

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100

```
 1  Jeffrey Mutnick, P.C., OSB #72178
    Dain Paulson  OSB # 97365
 2  jmutnick@landye-bennett.com
    dpaulson@landye-bennett.com
 3  LANDYE BENNETT BLUMSTEIN LLP
    Attorneys at Law
 4  3500 Wells Fargo Center
    1300 S.W. Fifth Avenue, Suite 3500
 5  Portland, Oregon 97201
    503.224.4100
 6  503.224.4133 (Facsimile)

 7      Of Attorneys for Plaintiff
```

BEFORE THE JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

MDL DOCKET NO. 875

IN RE ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| DAVID A. STEINER,<br><br>   Plaintiff,<br> v.<br>A.P. GREEN REFRACTORIES., et al.,<br><br>   Defendants. | **AFFIDAVIT OF DAIN PAUSLON IN SUPPORT OF NOTICE OF OPPOSITION**<br><br>OR Case No. 01-01128-PA |
| WILLIAM YORATH,<br><br>   Plaintiff,<br> v.<br>A.P. GREEN REFRACTORIES, et al.,<br><br>   Defendants. | OR Case No. 01-01176-PA |
| MATTHEW HAGGERTY,<br><br>   Plaintiff,<br> v.<br>A.P. GREEN REFRACTORIES, et al.,<br><br>   Defendants. | OR Case No. 01-01177-PA |
| ORVIL DALE KEELING,<br><br>   Plaintiff,<br> v.<br>A.P. GREEN REFRACTORIES, et al.,<br><br>   Defendants. | OR Case No. 01-01179-PA |

Page 1 - AFFIDAVIT OF DAIN PAULSON IN SUPPORT OF NOTICE OF OPPOSITION

*P:\Clients\STEINER\USM\Asb\Pld\Aff Paulson re Not Opp.doc*

LANDYE BENNETT BLUMSTEIN LLP
*Attorneys at Law*
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100

1  STATE OF OREGON           )
                              ) ss.
2  County of Multnomah        )

3    **I, DAIN PAULSON**, having been duly sworn, do hereby depose and say:

4    1.   I am one of the attorneys of record for the plaintiffs in the referenced cases and I
5  make the following statements from personal knowledge.

6    2.   Exhibit "A" to the Notice of Opposition is a true copy of docket entry received
7  from Judge Panner concerning the *Steiner v. A.P. Green Refractories, et al.* case.

8    3.   Exhibit "B" is a true copy of the Motion to Remand filed in the *Keeling v.*
9  *A.P. Green Refractories, et al.* case.

10   4.   Exhibit "C" is a true copy of the Motion to Remand filed in the *Haggerty v.*
11 *A.P. Green Refractories, et al.* case.

12   5.   Exhibit "D" is a true copy of the Motion to Remand filed in the *Yorath v.*
13 *A.P. Green Refractories, et al.* case

14   6.   The *Keeling v. A.P. Green Refractories, et al.* case was filed in Multnomah
15 County Court on June 23, 2000. The *Haggerty v. A.P. Green Refractories, et al.; Steiner v.*
16 *A.P. Green Refractories, et al.* and *Yorath v. A.P. Green Refractories, et al.* were filed on
17 July 24, 2000, also in Multnomah County Court.

_____
DAIN PAULSON

SUBSCRIBED AND SWORN to before me this 10th day of September, 2001.



_____
Notary Public for Oregon

OFFICIAL SEAL
LORI STEEN
NOTARY PUBLIC - OREGON
COMMISSION NO. 346480
MY COMMISSION EXPIRES JULY 1, 2005

Page 2 - AFFIDAVIT OF DAIN PAULSON IN SUPPORT OF NOTICE OF OPPOSITION

P:\Clients\STEINER\USM\Asb\Pld\Aff Paulson re Not Opp.doc

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100

```
                                                              JUDICIAL ...  ON
                                                              MULTI...  ...GATION
```

| | |
|---|---|
| 1  Jeffrey S. Mutnick, P.C., OSB #72178<br>    Dain Paulson, OSB #97365 | SEP 13 2001 |
| 2  jmutnick@landye-bennett.com<br>    dpaulson@landye-bennett.com | FILED<br>CLERK'S OFFICE |
| 3  LANDYE BENNETT BLUMSTEIN LLP<br>    Attorneys at Law | |
| 4  3500 Wells Fargo Center<br>    1300 S.W. Fifth Avenue, Suite 3500 | |
| 5  Portland, Oregon 97201<br>    503.224.4100 | |
| 6  503.224.4133 (Facsimile) | |

7       Of Attorneys for Plaintiff

8                     BEFORE THE JUDICIAL PANEL

9                     ON MULTIDISTRICT LITIGATION

10                        MDL DOCKET NO. 875

11       IN RE ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| 12  DAVID A. STEINER, | **CERTIFICATE OF SERVICE** |
| 13              Plaintiff,<br>         v. | Case No. 01-01178-PA |
| 14  A.P. GREEN REFRACTORIES, et al., | |
| 15              Defendants. | |
| 16  WILLIAM YORATH, | |
| 17              Plaintiff,<br>         v. | Case No. 01-01176-PA |
| 18  A.P. GREEN REFRACTORIES, et al., | |
|     Defendants. | |
| 19  MATTHEW HAGGERTY, | |
| 20              Plaintiff,<br>         v. | |
| 21  A.P. GREEN REFRACTORIES, et al., | Case No. 01-01177-PA |
| 22              Defendants. | |
| 23  ORVIL DALE KEELING, | |
| 24              Plaintiff,<br>         v. | Case No. 01-01179-PA |
| 25  A.P. GREEN REFRACTORIES, et al., | |
| 26              Defendants. | |

Page 1 - CERTIFICATE OF SERVICE

P:\Clients\STEINER\USM\Asb\Pld\COS re Notice of Opposition.doc

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100

1  I hereby certify that I served the foregoing **NOTICE OF OPPOSITION** and
2  **AFFIDAVIT OF DAIN PAULSON IN SUPPORT OF NOTICE OF OPPOSITION** on the
3  following:

| | |
|---|---|
| 4  **James H. Gidley** | Of Attorneys for Asbestos Corporation, Ltd., Rose City |
|   Perkins Coie, LLP | Building Materials, CCR Defendants, Bell Asbestos |
| 5  1211 SW 5th Avenue, Suite 1500 | Mines, Ltd., Atlas Turner, CE Thurston, Dana |
|   Portland, OR 97204 | Corporation |
| 6 | |
|   **Diane J. Kero** | CCR Defendants |
| 7  Gordon, Thomas, Honeywell, et al. | Armstrong World |
|   One Union Square | Asbestos Claims Management Corp. |
| 8  600 University, Suite 2100 | Certain-Teed Corp. |
|   Seattle, WA 98101-4185 | Ferodo |
| 9 | National Gypsum Company |
|   | Maremont Corporation |
|   | Turner & Newall, PLC |
| 10 | United States Gypsum Company |
|   | Union Carbide Chemicals |
| 11 | |
|   **John DeVoe** | Of Attorneys for AW Chesterton |
| 12 Dunn Carney Allen Higgins & Tongue | |
|   851 SW 6th Avenue, Suite 1500 | |
| 13 Portland, OR 97204-1357 | |
| 14 **Barry L. Groce** | Of Attorneys for ACandS, Inc., A.P. Green Refractories, |
|   McEwen, Gisvold, Rankin, et al. | Dresser Industries, Harbison-Walker |
| 15 1100 SW Sixth Avenue, Suite 1600 | |
|   Portland, OR 97204 | |
| 16 | |
|   **Howard I. Hall** | Of Attorneys for A.P. Green Refractories, ACandS, Inc., |
| 17 Wolfstone, Panchot & Bloch, P.S. | Dresser Industries, Harbison-Walker |
|   801 Second Avenue, Suite 1500 | |
| 18 Seattle, WA 98104-1577 | |
| 19 **James L. Hiller** | Of Attorneys for W.R. Grace |
|   Hitt, Hiller & Monfils, LLP | |
|   510 SW Third Avenue, Suite 309 | |
| 20 Portland, OR 97204 | |
| 21 **James D. Case** | Of Attorneys for E.J. Bartells Company; U.S. Mineral |
|   Case & Dusterhoff, LLP | Products, Pittsburgh Corning Corporation |
| 22 9800 SW Bvtn-Hillsdale Hwy., Suite 200 | |
|   Beaverton, OR 97005 | |
| 23 | |
|   **Roger K. Stroup** | Of Attorneys for Georgia-Pacific, DaimlerChrysler |
| 24 Bodyfelt, Mount, Stroup, et al. | Corporation |
|   65 SW Yamhill Street, Suite 300 | |
| 25 Portland, OR 97204 | |
| 26 | |

Page 2 - CERTIFICATE OF SERVICE

P:\Clients\STEINER\USM\Asb\Pld\COS re Notice of Opposition.doc

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100

| | | |
|---|---|---|
| 1 | **John M. Silk**<br>Wilson, Smith, Cochran & Dickerson<br>1700 Financial Center<br>1215 4th Avenue<br>Seattle, WA 98161-1007 | Of Attorneys for Metropolitan Life Insurance Company |
| 4 | **William Tomlinson**<br>**Leslie Darby**<br>Lindsay, Hart, Neil & Weigler<br>1300 S.W. Fifth Avenue, Suite 3400<br>Portland, OR 97201 | Of Attorneys for Owens Corning (Corp.), Garlock, Inc. |
| 7 | **Bruce M. White**<br>**Charles D. Harms**<br>Mitchell, Lang & Smith<br>101 SW Main Street, Suite 2000<br>Portland, OR 97204 | Of Attorneys for CH Murphy/Clark-Ullman, Inc., Mar-Dustrial Sales, Boise Cascade |
| 10 | **Rudy R. Lachenmeier**<br>Lachenmeier Enloe & Rall<br>9600 SW Capitol Highway<br>Portland, OR 97219 | Of Attorneys for Quimby Welding Supplies, Inc., Linnton Plywood |
| 12 | **Kenneth E. Petty**<br>Williams, Kastner & Gibbs, PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380 | Of Attorneys for CBS Corp. (fka Westinghouse Electric and Viacom), Parker Hannifin |
| 15 | **Richard K. Hansen**<br>**Heidi L. Mandt**<br>Schwabe Williamson & Wyatt PC<br>1211 SW 5th Avenue, Suites 1600-1800<br>Portland, OR 97204 | Of Attorneys for Ford Motor Company; Allied Signal, Inc.; General Refractories, Kaiser Aluminum & Chemical Corporation (Kaiser Refractories), Rapid-American Corporation, AIRCO |
| 17 | **Randy J. Aliment**<br>Williams, Kastner & Gibbs, PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380 | Of Attorneys for North American Refractories |
| 20 | **Peter Coleman**<br>Brobeck, Phleger & Harrison, LLP<br>Spear Street Tower<br>One Market<br>San Francisco, CA 94105 | Of Attorneys for Fibreboard, Owens Corning (Corp.) |
| 23 | **George S. Pitcher**<br>Tooze Duden Creamer Frank & Hutchison<br>333 SW Taylor Street<br>Portland, OR 97204-2496 | Of Attorneys for GAF Corporation, Linnton Plywood Association, Scapa Holdings Georgia, Inc., Synkoloid Company, Quigley Company, Inc. |
| 25 | **Kelly P. Corr**<br>Corr Cronin LLP<br>1001 Fourth Avenue, Suite 3700<br>Seattle, WA 98154-1127 | Of Attorneys for Asbestos Corporation Ltd., Bell Asbestos Mines, Atlas Turner |

Page 3 - CERTIFICATE OF SERVICE

P:\Clients\STEINER\USM\Asb\Pld\COS re Notice of Opposition.doc

**LANDYE BENNETT BLUMSTEIN** LLP
*Attorneys at Law*
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100

| | | |
|---|---|---|
| 1 | **Mark J. Fucile** | Of Attorneys for Owens-Illinois, Inc., General Motors |
| 2 | Stoel Rives Boley Jones & Grey | |
| | Standard Insurance Center | |
| 3 | 900 SW Fifth Avenue, Suite 2300 | |
| | Portland, OR 97204-1268 | |
| 4 | | |
| | **William B. Crow** | Of Attorneys for 3M (aka Minnesota Mining & Manufacturing Company) |
| 5 | Miller Nash LLP | |
| | 111 SW 5th Ave., Suite 3500 | |
| 6 | Portland, OR 97204-3699 | |
| | **Richard Whittemore** | Of Attorneys for Black Clawson Company |
| 7 | Bullivant Houser Bailey | |
| | 888 SW 5th Avenue, Suite 300 | |
| 8 | Portland, OR 97204 | |
| 9 | **Stewart M. Whipple** | Of Attorneys for Metalclad Insulation |
| | Attorney at Law | |
| 10 | 6501 SW Macadam Avenue | |
| | Portland, OR 97201 | |
| 11 | | |
| | **Katherine Steele** | Of Attorneys for Metalclad Insulation |
| 12 | Stafford Frey Cooper | |
| | 1301 Fifth Avenue, Suite 2500 | |
| 13 | Seattle, WA 98101-2621 | |
| 14 | **Steven V. Rizzo** | Of Attorneys for Beadex Manufacturing, Brandon Drying Fabrics, Congoleum Corporation, Knez Building Materials, Paramount Supply Company, Riley Stoker Corporation |
| | **J. Michael Mattingly** | |
| 15 | Attorney at Law | |
| | 1620 SW Taylor St., Suite 350 | |
| 16 | Portland, OR 97205 | |
| 17 | **Mary Tarbox** | Of Attorneys for Goulds Pumps |
| | Garvey, Schubert & Barer | |
| | 121 SW Morrison Street, 11th Floor | |
| 18 | Portland, OR 97204 | |
| 19 | **Christine Dinsdale** | Of Attorneys for Goulds Pumps (National Counsel) |
| | Soha & Lang | |
| 20 | 801 Second Avenue, Suite 1210 | |
| | Seattle, WA 98104 | |
| 21 | | |
| | **Stephen P. McCarthy** | Of Attorneys for Crown, Cork & Seal (Local Counsel) |
| 22 | Lane Powell Spears Lubersky, LLP | |
| | 601 SW 2nd Avenue, Suite 2100 | |
| 23 | Portland, OR 97204 | |
| 24 | **Carl Forsberg** | Of Attorneys for Fraser Boiler Service, Inc. |
| | Forsberg & Umlauf | |
| 25 | 900 Fourth Avenue, Suite 1700 | |
| | Seattle, WA 98164 | |
| 26 | | |

Page 4 - CERTIFICATE OF SERVICE

*P:\Clients\STEINERUSM\Asb\Pld\COS re Notice of Opposition.doc*

| | | |
|---|---|---|
| 1 | **Coblence & Warner, P.C.** | Of Attorneys for Flexitallic, Inc. |
| 2 | Attorneys at Law<br>415 Madison Avenue<br>New York, NY 10017 | |
| 3 | | |
| 4 | **John Kennedy**<br>Preston Gates & Ellis LLP<br>222 SW Columbia Street, #1400<br>Portland, OR 97201 | Of Attorneys for Asten, Inc. |
| 5 | | |
| 6 | **Clerk of the Court**<br>United States Courthouse<br>1000 SW Third Ave., Suite 740<br>Portland, OR 97205 | (2 Copies) |
| 7 | | |
| 8 | | |

9  by mailing to each a true and correct copy thereof, placed in a sealed envelope and deposited in

10  the U.S. Post Office at Portland, Oregon, with postage prepaid, on September 11, 2001.

11

12  By facsimile and mail to:

13  **Michael J. Beck**                                    (Original, 11 Copies & Diskette)
    **Clerk of the Panel**
14  Judicial Panel on Multidistrict Litigation
15  Thurgood Marshall Federal Judiciary Building
    One Columbus Circle, N.E., Room G-255
16  North Lobby
    Washington, D.C. 20002-8004
17  (202) 502-2888 - Facsimile

18

19

20  _____
    Lori Steen, Legal Assistant to
21  Dain Paulson, OSB No. 97365
    Attorneys for Plaintiff

22

23

24

25

26

Page 5 - CERTIFICATE OF SERVICE

P:\Clients\STEINER\JSM\Asb\Pld\COS re Notice of Opposition.doc

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100