MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 19 2001

FILED
CLERK'S OFFICE



## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI) | ) ) ) | MDL DOCKET NO. 875 |
| | ) | |
| DON MOSLEY AS WRONGFUL DEATH BENEFICIARY OF JANIS MOSLEY, ET AL. | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL DOCKET NO. |
| v. | ) ) | 1:01CV251GR |
| ACANDS, ET AL. | ) ) | |
| Defendants. | ) ) | |

### DEFENDANT ALLIEDSIGNAL INC.'S JOINDER
### IN DEFENDANTS FORD MOTOR COMPANY AND DIAMLER
### CHRYSLER CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION
### TO VACATE CONDITIONAL TRANSFER ORDER NO. 201
### AND MEMORANDUM BRIEF IN SUPPORT THEREOF

TO THE HONORABLE COURT:

COMES NOW, this Defendant AlliedSignal Inc., by and through its counsel of record, and

pursuant to the Federal Rules of Civil Procedure, and files this Joinder in *Defendants Ford Motor*

*Company and Diamler Chrysler Corporations' Opposition to Plaintiffs' Motion to Vacate Conditional*

*Transfer Order No. 201* and Memorandum brief in support thereof filed on or about September

**OFFICIAL FILE COPY**

**IMAGED SEP 20 '01**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 19 2001

10, 2001. Copies of which are attached hereto as Exhibit "A" and Exhibit "B," respectively and

FILED
CLERK'S OFFICE

incorporated herein by reference as if set forth in full herein.

Respectfully submitted,

**ALLIEDSIGNAL, INC.**

By: _____

Edward J. Currie, Jr., MSB #5546
Kristi A. Duncan, MSB #10648

OF COUNSEL:

CURRIE JOHNSON GRIFFIN GAINES & MYERS, P.A.
Mississippi Valley Title Insurance Building
315 Tombigbee Street, 5th Floor
P. O. Box 750
Jackson, MS 39205-0750
Phone:      (601) 969-1010
Fax:   (601) 969-5120

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant AlliedSignal Inc.'s

Joinder in Defendants Ford Motor Company and Diamler Chrysler Corporation's Opposition to

Plaintiffs' Motion to Vacate Conditional Transfer Order No. 201 and Memorandum Brief in Support

Thereof was served via U.S. Mail to all counsel of record in the attached counsel list.

THIS the 13th day of September, 2001.

_____
Kristi A. Duncan

## DON MOSLEY, ET AL. SERVICE LIST

**ATTORNEY FOR PLAINTIFFS**
Ed Blackmon, Esq.
Blackmon & Blackmon, PLLC
P.O. Drawer 105
Canton, MS 39046

Merrida Coxwell, Esq.
Coxwell & Associates, PLLC
P.O. Box 1337
Jackson, MS 39215-1337

C. Taylor Campbell, Esq.
LANIER, PARKER & SULLIVAN P. C.
1331 Lamar Street, Suite 1550
Houston TX 77010

**ATTORNEY FOR ALLIED SIGNAL, INC.**
Ned Currie
CURRIE, JOHNSON, GRIFFIN, GAINES &
MYERS
Post Office Box 750
Jackson, MS 39205

**ATTORNEY FOR CENTRAL PIPE & SUPPLY,
INDUSTRIAL RUBBER & SPECIALTY CO.**
Karl Steinberger
COLINGO, WILLIAMS, HEIDELBERG,
STEINBERGER & MCELHANEY
Post Office Drawer 1407
Pascagoula, MS 39568-1407

**ATTORNEY FOR ANCHOR PACKING CO.,
INC.; BORG-WARNER CORPORATION,
GARLOCK, INC.**
Thomas W. Tyner
AULTMAN, TYNER, RUFFIN & YARBOROUGH, LTD
Post Office Drawer 750
Hattiesburg, MS 39403-0750

Lawrence Currier
GOLDFEIN & JOSEPH
1600 Market St., 33rd Floor
Philadelphia, PA 19103-7288

**ATTORNEY FOR A.W. CHESTERTON**
Kevin D. Graham
EDWARD B. MCDONOUGH, JR., P.C.
Post Office Box 1943
Mobile, AL 36633

Robert L. Gibbs
A. La'Verne Edney
BRUNINI, GRANTHAM, GROWER & HEWES
Post Office Drawer 119
Jackson, MS 39205

**ATTORNEY FOR BAIRD & CO.**
Lawrence D. Wade
Robert N. Warrington
CAMPBELL, DELONG, HAGWOOD & WADE
Post Office Box 1856
Greenville, MS 38702-1856

**ATTORNEY FOR FOSTER WHEELER**
Thomas E. Vaughn
ALLEN, VAUGHN, COBB & HOOD
Post Office Box 4108
Gulfport, MS 39501

**ATTORNEYS FOR A.P. GREEN INDUSTRIES,
INC., FOSTER WHEELER CORP., HARBISON-
WALKER REFRACTORIES, INDRESCO, INC.,**

David W. Dogan, III
DOGAN & WILKINSON, PLLC
Post Office Box 23062
Jackson, MS 39225-3062

Lynn Luker
LUKER, SIBAL & MCMURTRAY
616 Girrod St., Ste. 200
New Orleans, LA 70130

**ATTORNEY FOR MINNESOTA MINING &
MANUFACTURING COMPANY**
Patti Gandy, Esq.
BUTLER, SNOW, O'MARA, STEVENS &
CANNADA
Post Office Box 22567
Jackson, MS 39225-2567

**ATTORNEY FOR GENERAL MOTORS
CORPORATION**
Paul Cassisa, Esq.
BERNARD, CASSISA, ELLIOTT & DAVIS
1727 University Ave, Suite E
Oxford MS 38655

**ATTORNEY FOR ABEX CORPORATION, AMCHEM PRODUCTS, INC., ASTEN-HILL, CARBORUNDUM, COMBUSTION ENGINEERING, INC., DANA CORPORATION, FLEXITALLIC, INC., GENERAL ELECTRIC CO.; GEORGIA PACIFIC CORP., INGERSOLL-RAND CO., J. T. THORP COMPANY, KAISER ALUMINUM & CHEMICAL CORP., KOMP EQUIPMENT CO., LAUREL MACHINE & FOUNDRY CO., NATIONAL SERVICE INDUST., INC., OWENS-ILLINOIS, INC.; SHOOK & FLETCHER, T & N, LTD., UNION CARBIDE, UNIROYAL, INC., ZURN INDUSTRIES, INC.; GULF COAST MARINE SUPPLY CO.; PLIBRICO.**
Thomas W. Tardy, III
Walter G. Watkins, Jr.
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
Post Office Box 22608
Jackson, MS 39225-2608

**ATTORNEY FOR BRANDON DRYING FABRICS, INC.**
Matthew F. Powers
SAMPSON & POWERS
Post Office Box 1417
Gulfport, MS 39502

**ATTORNEY FOR CHAMPION INTERNATIONAL CORP.**
Mark Garriga
BUTLER, SNOW, O'MARA, STEVENS & CANNADA
Post Office Box 22567
Jackson, MS 39225-2567

**ATTORNEY FOR CLEAVER-BROOKS COMPANY, INC.**
Raymond L. Brown
BROWN, WATT & BUCHANAN, P.A.
Post Office Box 2220
Pascagoula, MS 39569-2220

**ATTORNEY FOR CROWN, CORK & SEAL CO., INC.**
Minor C. Sumners, Jr.
1907 Dunbarton, Ste. F
Jackson, MS 39216

Frank G. Harmon, III
3300 Two Houston Center
Houston, TX 77010

Michael N. Watts
HOLCOMB DUNBAR
Post Office Drawer 707
Oxford MS 38655

**ATTORNEY FOR SCAPA FABRICS, INC., SCAPA GROUP, INC.**
Jeff Hubbard
WELLS, MOORE, SIMMONS & HUBBARD
Post Office Box 1970
Jackson, MS 39215

H. Lane Young
HAWKINS & PARNELL
4000 One Peachtree Center
303 Peachtree St., NE
Atlanta, GA 30308-3243

**ATTORNEY FOR GUARD-LINE, INC.**
Robert W. Wilkinson
DOGAN & WILKINSON
Post Office Box 1618
Pascagoula, MS 39568-1618

**ATTORNEY FOR HOPEMAN BROTHERS, INC.**
Kaye Courington
DUNCAN & COURINGTON
322 Lafayette St.
New Orleans, LA 70130

**ATTORNEYS FOR METROPOLITAN LIFE INS. CO.**
Sheila L. Burnbaum
SKADDEN, APPS, SLATE, MEAGHER & FLOM
919 3rd Ave.
New York, NY 10022

William F. Goodman, III
WATKINS & EAGER
Post Office Box 650
Jackson, MS 39205

Richard V. Jones
BRESSLER, AMERY & ROSS
325 Columbia Turnpike
Florham Park, NJ 07932

**ATTORNEY FOR MISSISSIPPI RUBBER &
SPECIALTY CO.**
Roy C. Williams
COLINGO, WILLIAMS, HEIDELBERG,
STEINBERGER & MCELHANEY
Post Office Drawer 1407
Pascagoula, MS 39568-1407

**ATTORNEY FOR M.H. DETRICK CO.**
Susan Coco
Kathryn Jude
JUDE & COCO
Post Office 17499
Hattiesburg, MS 39404-7499

**ATTORNEY FOR MILLS SUPPLIES, INC.**
Silas McCharen
DANIEL, COKER, HORTON & BELL
Post Office Box 1084
Jackson, MS 39215-1084

**ATTORNEYS FOR RAPID AMERICAN CORP.**
John H. Holloman, III
WATKINS, LUDLAM, WINTERS & STENNIS
Post Office Box 427
Jackson, MS 39205-0427

Richard A. Senzer
RUBIN, BAUM, LEVIN, CONSTANT & FRIEDMAN
30 Rockefeller Plaza
New York, NY 10112

**ATTORNEY FOR RILEY STOKER
CORPORATION**
William C. Reeves
MARKOW, WALKER, & REEVES
Post Office Box 13669
Jackson, MS 39236-3669

**ATTORNEY FOR UNITED STATES MINERAL**
Joseph A. O'Connell
BRYAN, NELSON, RANDOLPH & WEATHERS
Post Office Drawer 18109
Hattiesburg, MS 39404-8109

**ATTORNEYS FOR VIACOM, INC.,
SUCCESSOR BY MERGER TO CBS CORP.
f/k/a WESTINGHOUSE ELECTRIC CORP.**
C. Michael Evert, Jr.
EVERT & WEATHERSBY
3405 Piedmont Rd., Ste. 225
Atlanta, GA 30305

Roy C. Williams
COLINGO, WILLIAMS, HEIDELBERG,
STEINBERGER & MCELHANEY
Post Office Drawer 1407
Pascagoula, MS 39568-1407

Reuben V. Anderson
PHELPS DUNBAR, LLP
Post Office Box 23066
Jackson, MS 39225-3066

**ATTORNEYS FOR W.R. GRACE, INC.**
William N. Graham
AULTMAN, TYNER, RUFFIN & YARBOROUGH, LTD
Post Office Drawer 750
Hattiesburg, MS 39403-0750

**ATTORNEY FOR KELLY MOORE PAINT
COMPANY**
Ronald G. Peresich
PAGE, MANNINO, PERESICH & MCDERMOTT,
759 Vieux Marche Mall
Biloxi MS 39533

**ATTORNEY FOR MT. VERNON MILLS, INC.,
MT. VERNON DRYER FELT COMPANY**
Walter Dukes
Derek Cusick
DUKES, DUKES, KEATING & FANECA
2909 13th Street, Suite 601
Gulfport MS 39502

**ATTORNEY FOR DRESSER INDUSTRIES
INC., AC&S, AND MCCARTY INC., THE
MCCARTY CORPORATION**
David Barfield
Kimberly Wallace
BARFIELD & ASSOCIATES, P. A.
233 East Capitol Street
P. O. Drawer 3979
Jackson MS 39207-3979

**ATTORNEY FOR PFIZER, QUIGLEY
COMPANY INC.**
Laura Gibbes
BRADLEY ARANT ROSE & WHITE
188 East Capitol Street
One Jackson Place
P. O. Box 1789
Jackson MS 39215-1789

**ATTORNEY FOR WEAVEXX CORPORATION**
Roger D. Marlow
Hulse & Wanek
404 E. Gibson Street, Ste A
Covington LA 70433-2926

Counsel Unknown

Abney Mills
Brasa, Inc.
David Kennedy, Inc.
Eagle Asbestos & Packing Co., Inc.
Ferro Engineering
Homer C. Porter & Sons, Inc.

Industrial Supply
Peerless Supply Co.
Wagner Electric

## PANEL SERVICE LIST
## DOCKET NO. 875

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Ave
Cleveland OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Ave. N.W.
Washington DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Bldg., Ste. 1000
Independence Mall East
Philadelphia PA 19106

Susan M. Hanson
Stich, Angell, Kreidler & Muth, P. A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis MN 55401

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P. O. Box 1792
Mt. Pleasant SC 29465

Donald A. Powell
Buckingham, Doolittle & Burroughs
50 South Main Street
P. O. Box 1500
Akron OH 44309

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West, Ste 410
Houston TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P. O. Box 1008
Columbus OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd., 6th Floor
Los Angeles CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P. C.
1370 Penobscot Building
Detroit MI 48226

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia PA 19103

James K. Weston, III
Tom Riley Law Firm
4040 First Ave, N. E.
P. O. Box 998
Cedar Rapids IA 52406

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 19 2001

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI) | ) ) ) | MDL DOCKET NO. 875 |
| DON MOSLEY AS WRONGFUL DEATH BENEFICIARY OF JANIS MOSLEY, ET AL. | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:01CV251GR |
| ACANDS, ET AL. | ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS FORD MOTOR COMPANY AND
## DAIMLER CHRYSLER CORPORATIONS' OPPOSITION
## TO PLAINTIFFS' MOTION TO VACATE
## CONDITIONAL TRANSFER ORDER NO. 201

TO THE HONORABLE COURT:

1.  The Panel should deny Plaintiffs' Motion to Vacate Conditional Transfer Order No. 201, transferring the captioned case for coordinated proceedings in the Eastern District of Pennsylvania. This case shares questions of fact in common with other actions that already have been transferred to the Panel, including, without limitation, <u>Odom, et al. v. Abex Corp., et al,</u>

EXHIBIT
"A"

from the United States District Court for the Southern District of Mississippi, Southern Division, Cause No. 1:01CV125GR. Also, the transfer will promote the just and efficient conduct of this and the other coordinated actions.

2. This case shares questions in common with other cases that have been transferred for coordinated proceedings to the Eastern District of Pennsylvania, and transfer will promote the just and efficient conduct of this litigation. Also, Plaintiffs' Motion to Vacate fails to provide any basis for vacating the Conditional Transfer Order. Accordingly, Plaintiffs' Motion to Vacate Conditional Transfer Order No. 201 as to <u>Mosley</u> should be denied, and this case should be transferred to the Eastern District of Pennsylvania for coordinated proceedings. Also, Plaintiffs' request for attorney fees and costs should be denied.

<div style="margin-left: 40%;">

Respectfully submitted,

FORD MOTOR COMPANY,
DAIMLER CHRYSLER CORPORATION

By Their Attorneys,
BAKER, DONELSON, BEARMAN &
CALDWELL, A Professional Corporation

By: _____
   SCOTT W. BATES

</div>

J. Price Coleman (MSB No. 6359)
Robert M. Arentson, Jr. (MSB No. 1612)
Scott W. Bates (MSB No. 9715)
M. Scott Minyard (MSB No. 10047)
BAKER, DONELSON, BEARMAN & CALDWELL
4268 I-55 North, Meadowbrook Office Park (39211)
Post Office Box 14167
Jackson, Mississippi 39236
Phone: 601-351-2400
Fax: 601-351-2424

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Opposition to Plaintiffs'

Motion to Vacate Conditional Transfer Order No. 201 was served via U.S. Mail to all counsel of

record in the attached counsel list.

This the 10th day of September, 2001.

SCOTT W. BATES

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI) ) ) ) | MDL DOCKET NO. 875 |
| DON MOSLEY AS WRONGFUL DEATH BENEFICIARY OF JANIS MOSLEY, ET AL. ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION NO. |
| v. ) ) | 1:01CV251GR |
| ACANDS, ET AL. ) ) ) | |
| Defendants. ) | |

## DEFENDANTS FORD MOTOR COMPANY AND DAIMLER CHRYSLER CORPORATIONS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 201

The Panel should deny Plaintiffs' Motion to Vacate Conditional Transfer Order No. 201,

transferring the captioned case for coordinated proceedings in the Eastern District of

Pennsylvania.  This case shares questions of fact in common with other actions that already have

been transferred to the Panel, including, without limitation, <u>Odom, et al. v. Abex Corp., et al,</u>

from the United States District Court for the Southern District of Mississippi, Southern Division,


EXHIBIT
tabbies
"B"

Cause No. 1:01CV125GR.  Also, the transfer will promote the just and efficient conduct of this and the other coordinated actions.

In the Motion to Vacate, the only asserted ground for objection to the transfer was Plaintiffs' Motion to Remand the action pending before the transferor court.  This objection to the transfer has no merit and has been previously rejected by the Panel many times.  In the Panel's October 24, 2000 Transfer Order, for instance, the Panel wrote (at p. 3):

> Various plaintiffs' principal objection to Section 1407 transfer at this time is rooted in their contention that the Panel's decision should carve out any action that is subject to a motion to remand to state court.  We note, however, that jurisdictional and remand motions can be presented to and decided by the transferor judge.

The Panel reinforced this holding in its January 30, 2001 Transfer Order, when the Panel rejected the identical argument in eight separate actions for the same reason as before, the transferee judge can resolve all motions to remand.  (Jan. 30, 2001 Transfer Order at p. 2).

This Panel as well as other courts have routinely held that pending challenges to remand should not stand in the way of a decision to transfer.  See In re Amino Acid Lysine Antitrust Litigation, 910 F. Supp. 699 (J.P.M.L. 1995); In re Ivy, 901 F.2d 7 (2nd 1990); In re Air Crash Disaster at Florida Everglades on December 29, 2972, 368 F. Supp. 812, 813 (J.P.M.L. 1973).

The issues raised in the Motion to Vacate the Conditional Transfer Order with regard to remand are identical to those previously raised in the Plaintiffs' Motion to Remand.  Because all of these issues have been fully briefed and replied to in our Opposition to the Motion to Remand, they will not set them out here.  However, Defendants believe that this case was properly removed.

This case shares questions in common with other cases that have been transferred for coordinated proceedings to the Eastern District of Pennsylvania, and transfer will promote the

just and efficient conduct of this litigation.  Also, Plaintiffs' Motion to Vacate fails to provide

any basis for vacating the Conditional Transfer Order.  Accordingly, Plaintiffs' Motion to Vacate

Conditional Transfer Order No. 201 as to Mosley should be denied, and this case should be

transferred to the Eastern District of Pennsylvania for coordinated proceedings.

Respectfully submitted,

FORD MOTOR COMPANY,
DAIMLER CHRYSLER CORPORATION

By Their Attorneys,
BAKER, DONELSON, BEARMAN &
CALDWELL, A Professional Corporation

By: _____
SCOTT W. BATES

J. Price Coleman (MSB No. 6359)
Robert M. Arentson, Jr. (MSB No. 1612)
Scott W. Bates (MSB No. 9715)
M. Scott Minyard (MSB No. 10047)
BAKER, DONELSON, BEARMAN & CALDWELL
4268 I-55 North, Meadowbrook Office Park (39211)
Post Office Box 14167
Jackson, Mississippi 39236
Phone: 601-351-2400
Fax: 601-351-2424

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Memorandum in Opposition

to Plaintiffs' Motion to Vacate Conditional Transfer Order No. 201 was served via U.S. Mail to

all counsel of record in the attached counsel list.

This the 10th day of September, 2001.

_____
SCOTT W. BATES

J S_B 131219 v1
139217-00007 9/5/2001