JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 20 2001

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-204)

On July 29, 1991, the Panel transferred 22,003 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 70,066 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the opinion and order of July 29, 1991, 771 F.Supp. 415, as corrected on October 1, 1991, October 18, 1991, November 22, 1991, December 9, 1991, January 16, 1992, and March 5, 1992, and with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

IMAGED SEP 25 '01

# SCHEDULE CTO—204 — TAG ALONG CASES
# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

District Div Civil Action #

**ALABAMA NORTHERN**
ALN  2  01-1288     Vines v. Birmingham Southern Railroad Co.

**CALIFORNIA NORTHERN**
CAN  3  01-3153     Delk, et al. v. A.P. Green Industries, Inc., et al.

**ILLINOIS CENTRAL**
ILC  1  01-1049     Thomas, etc. v. ACandS, Inc., et al.

**ILLINOIS NORTHERN**
ILN  1  92-5406     Watts v. Flintkote Co., et al.
ILN  1  92-6903     Taylor, etc. v. Flintkote Co., et al.
ILN  1  92-7335     May v. Flintkote Co., et al.
ILN  1  94-3436     Poore, etc. v. Flintkote Co., et al.
ILN  1  94-4956     Bolding v. Flintkote Co., et al.
ILN  1  94-5399     Peoples v. Flintkote Co., et al.
ILN  1  94-5616     Trudeau v. Flintkote Co., et al.
ILN  1  94-6167     Summers, etc. v. Flintkote Co., et al.
ILN  1  94-6250     Anderson v. Flintkote Co., et al.
ILN  1  94-7444     Nix v. Flintkote Co., et al.
ILN  1  96-1494     Milam, etc. v. Flintkote Co., et al.
ILN  1  99-1864     Anderson v. Flintkote Co., et al.
ILN  1  99-4616     Stilley, etc. v. Flintkote Co., et al.

**INDIANA NORTHERN**
INN  1  01-300      Davis v. ACandS, Inc., et al.

**LOUISIANA WESTERN**
LAW  2  01-914      Schamerhorn, etc. v. United States Dept. of Army

**MARYLAND**
MD   1  01-2385     Eurice v. ACandS, Inc., et al.

**MAINE**
ME   2  01-195      Morrison, et al. v. Metropolitan Life Insurance Co., et al.

**MINNESOTA**
MN   0  01-1566     Debler, et al. v. Burlington Northern & Santa Fe Railway Co.
MN   0  01-1567     Simons, et al. v. Burlington Northern & Santa Fe Railway Co.

**MISSOURI WESTERN**
MOW  4  01-917      Stevens v. Burlington Northern & Santa Fe Railway Co.
MOW  4  01-918      Atkinson v. Burlington Northern & Santa Fe Railway Co.

**MISSISSIPPI SOUTHERN**
MSS  1  00-577      Foley v. American Standard, Inc., et al.

**NORTH CAROLINA MIDDLE**
NCM  1  01-754      Linder v. ACandS, Inc., et al.
NCM  1  01-769      Turner, et al. v. ACandS, Inc., et al.

**NORTH CAROLINA WESTERN**
NCW  1  01-184      Wells, et al. v. ACandS, Inc., et al.
NCW  5  01-139      Meadows v. ACandS, Inc., et al.
NCW  5  01-141      Lineberger, et al. v. ACandS, Inc., et al.
NCW  5  01-142      Richmond, et al. v. ACandS, Inc., et al.

**OKLAHOMA WESTERN**
OKW  5  01-1191     Vaughn v. A.P. Green Industries, Inc., et al.

**SOUTH CAROLINA**
SC   2  01-3234     Anderson, etc. v. ACandS, Inc., et al.
SC   2  01-3235     Coker, et al. v. ACandS, Inc., et al.
SC   2  01-3448     Knight v. ACandS, Inc., et al.
SC   8  01-3256     Roper, et al. v. ACandS, Inc., et al.
SC   8  01-3257     Long, et al. v. ACandS, Inc., et al.