# LANDYE BENNETT
# BLUMSTEIN LLP
## ATTORNEYS

DAIN PAULSON
*dpaulson@landye-bennett.com*
Admitted in Oregon

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 25 2001

FILED
CLERK'S OFFICE

September 25, 2001

**VIA FACSIMILE & U.S. MAIL**
**(202) 502-2888**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Bldg.
Room G-255, North Lobby
Washington, D.C. 20002

REQUEST OF PLTFS. YORATH, HAGGERTY, STEINER,
AND KEELING FOR EXTENSION OF TIME TO
FILE MOTION TO VACATE CTO – GRANTED TO PLTFS.
YORATH, HAGGERTY, STEINER AND KEELING TO AND
INCLUDING OCTOBER 1, 2001
(9/25/01 - cdm)

☆ Called atty. 9/25/01.
am

PLEADING NO. 3283

Re:   **MDL 875 – In re Asbestos Products Liability Litigation (No. VI)**

*Yorath v. A.P. Green Refractories Co., et al.,* D. Oregon, C.A. No. 3:01-1176
*Haggerty v. A.P. Green Refractories Co., et al.,* D. Oregon, C.A. No. 3:01-1177
*Steiner v. A.P. Green Refractories Co., et al.,* D. Oregon, C.A. No. 3:01-1178
*Keeling v. A.P. Green Refractories Co., et al.,* D. Oregon, C.A. No. 3:01-1179

Dear Mr. Beck:

Your letter dated September 13, 2001, regarding the above matters was received in our office on September 24, 2001, as confirmed by the postmark on the enclosed. In your letter, you requested that we file our Motion and Brief on or before September 27, 2001.

We are requesting an extension of 10 days, or until **October 8, 2001**, to file our Motion and Brief. The reason for this request is due to the late receipt of your September 13, 2001, letter. An extension of 10 days will allow us enough time to write the Motion and Brief and to have it served on all the parties.

We would greatly appreciate a prompt response due to the deadline. Thank you for your assistance. Please feel free to contact this office if you require anything further.

Very truly yours,

Dain Paulson

/jag
Enclosure

IMAGED OCT 1 '01

OFFICIAL FILE COPY

...liant...SBESTO...MDL Litig...t\Corr\Beck ltr re extension for brief_9-25-01.doc

Oregon:  3500 Wells Fargo Center • 1300 S.W. Fifth Ave. • Portland, Oregon 97201 • Tel: 503.224-4100 • Fax: 503.224-4133
Alaska:  701 West Eighth Ave., Suite 1200 • Anchorage, Alaska 99501 • Tel: 907.276-5152 • Fax: 907.276-8433

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Morey L. Sear
United States District Court
Eastern District of Louisiana

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge Julia Smith Gibbons
United States District Court
Western District of Tennessee

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:           [202] 502-2888

http://www.jpml.uscourts.gov

September 13, 2001

Jeffrey S. Mutnick, Esq.
Landye, Benett & Blumstein
3500 Wells Fargo Center
1300 S.W. Fifth Avenue
Portland, OR 97201

LANDYE BENNETT
BLUMSTEIN LLP

SEP 2 4 2001

Re: MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

*Yorath v. A.P. Green Refractories Co., et al.*, D. Oregon, C.A. No. 3:01-1176
*Haggerty v. A.P. Green Refractories Co., et al.*, D. Oregon, C.A. No. 3:01-1177
*Steiner v. A.P. Green Refractories Co., et al.*, D. Oregon, C.A. No. 3:01-1178
*Keeling, et al. v. A.P. Green Refractories Co., et al.*, D. Oregon, C.A. No. 3:01-1179

**DOCKETED**
DATE: 9/24/01 *jag*

Dear Mr. Mutnick:

We have received and filed your Notice of Opposition to the proposed transfer of the above-captioned actions for coordinated or consolidated pretrial proceedings to the transferee district court previously designated by the Panel. In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order is stayed until further order of the Panel. You must adhere to the following filing requirements:

1)   Pursuant to Panel Rules 5.12(a), 5.13 and 7.4(d), an original and eleven copies of your Motion and Brief to Vacate the Conditional Transfer Order, as well as a computer readable disk of the pleading in WordPerfect for Windows format, must be received in the Panel offices by the due date listed above. Fax transmission of your motion and brief will not be accepted. *See* Panel Rule 5.12(d). Counsel filing oppositions in more than one action are encouraged to consider filing a single motion and brief with an attached schedule of actions.

2)   Papers must be served on the enclosed Panel Service List. Please attach a copy of this list to your certificate of service. (Counsel who have subsequently made appearances in your action should be added to your certificate of service).

3)   Failure to file and serve the required motion and brief within the allotted fifteen days will be considered a withdrawal of the opposition and the stay of the conditional transfer order will be lifted.

Any recent official change in the status of the above-captioned actions should be brought to the attention of the clerk's office as soon as possible by facsimile at (202) 502-2888. Your cooperation would be appreciated.

Very truly,

Michael J. Beck
Clerk of the Panel

By_____
           Deputy Clerk

Enclosure

cc:   Panel Service List
       Transferee Judge: Hon. Charles R. Weiner
       Transferor Judge: Hon. Owen M. Panner

JPML Form 37