MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 1 2001

FILED
CLERK'S OFFICE

Jeffrey Mutnick, P.C., OSB #72178
Dain Paulson, OSB # 97365
jmutnick@landye-bennett.com
dpaulson@landye-bennett.com
LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
3500 Wells Fargo Center
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100
503.224.4133 (Facsimile)

Of Attorneys for Plaintiff

# BEFORE THE

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# DOCKET NO. 875

# IN RE ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| DAVID A. STEINER,<br><br>         Plaintiff,<br>v.<br>A.P. GREEN REFRACTORIES., et al.,<br><br>         Defendants. | D. Oregon, C.A. No. 3:01-1178 |
| WILLIAM YORATH,<br><br>         Plaintiff,<br>v.<br>A.P. GREEN REFRACTORIES, et al.,<br><br>         Defendants. | D. Oregon, C.A. No. 3:01-1176 |
| MATTHEW HAGGERTY,<br><br>         Plaintiff,<br>v.<br>A.P. GREEN REFRACTORIES, et al.,<br><br>         Defendants. | D. Oregon, C.A. No. 3:01-1177 |
| ORVIL DALE KEELING,<br><br>         Plaintiff,<br>v.<br>A.P. GREEN REFRACTORIES, et al.,<br><br>         Defendants. | D. Oregon, C.A. No. 3:01-1179<br><br>**MOTION TO VACATE THE<br>CONDITIONAL TRANSFER ORDER** |

RECEIVED
CLERK'S OFFICE
2001 SEP 28 P 4: 23
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Page 1 - MOTION TO VACATE CONDITIONAL TRANSFER ORDER

P:\...ent\ASB\STGS\...\ation\Pld\Motion to Vacate Transfer

LANDYE BENNETT BLUMSTEIN LLP
*Attorneys at Law*
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100
503.224.4133 (facsimile)

IMAGED OCT 9 '01

OFFICIAL FILE COPY

1  COMES NOW Plaintiffs David A. Steiner, Orvil Dale Keeling, Matthew Haggerty and
2  William Yorath pursuant to J.P.M.L. Rule 7.4(d) and respectfully move to vacate that portion of
3  Conditional Transfer Order No. 875, entered August 27, 2001, that transfers their cases to MDL
4  875. The reasons for this Motion are set forth in the accompanying Brief. (Plaintiff's Notice of
5  Opposition pursuant to Rule 7.4(c) was filed on September 11, 2001).

7  DATED this 27th day of September, 2001.

LANDYE BENNETT BLUMSTEIN LLP

By: _____
Dain Paulson, OSB #97365
Jeffrey S. Mutnick, P.C., OSB #72178
Of Attorneys for Plaintiff

Page 2 - **MOTION TO VACATE CONDITIONAL TRANSFER ORDER**

P:\Clients\ASBESTOS\MDL Litigation\Pld\Motion to Vacate Transfer

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100
503.224.4133 (facsimile)

JUDICIAL PANEL
MULTIDISTRICT LITIGATION

OCT - 1 2001

FILED
CLERK'S OFFICE

Jeffrey Mutnick, P.C., OSB #72178
Dain Paulson, OSB # 97365
jmutnick@landye-bennett.com
dpaulson@landye-bennett.com
LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
3500 Wells Fargo Center
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100
503.224.4133 (Facsimile)

Of Attorneys for Plaintiff

# BEFORE THE

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DOCKET NO. 875

#### IN RE ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| DAVID A. STEINER, <br><br> Plaintiff, <br> v. <br> A.P. GREEN REFRACTORIES., et al., <br><br> Defendants. | D. Oregon, C.A. No. 3:01-1178 |
| WILLIAM YORATH, <br><br> Plaintiff, <br> v. <br> A.P. GREEN REFRACTORIES, et al., <br><br> Defendants. | D. Oregon, C.A. No. 3:01-1176 |
| MATTHEW HAGGERTY, <br><br> Plaintiff, <br> v. <br> A.P. GREEN REFRACTORIES, et al., <br><br> Defendants. | D. Oregon, C.A. No. 3:01-1177 |
| ORVIL DALE KEELING, <br><br> Plaintiff, <br> v. <br> A.P. GREEN REFRACTORIES, et al., <br><br> Defendants. | D. Oregon, C.A. No. 3:01-1179 <br><br> **MEMORANDUM IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER** |

Page  1 - **MEMORANDUM IN SUPPORT OF MOTION TO VACATE**

P:\Clients\ASBESTOS\MDL Litigation\Pld\Memo in Support of Motion to

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon  97201
503.224.4100
503.224.4133 (facsimile)

These asbestos personal injury actions were filed in Oregon state court in June and July 2000. *See* Affidavit of Dain Paulson. They were set for trial in August 2001 with the first trial, *Keeling v. A.P. Green Refractories, et al.*, set to begin on August 13, 2001, and the others following thereafter. *See* Affidavit of Dain Paulson. On August 2, 2001, the cases were removed to Federal Court. *See* Affidavit of Dain Paulson.

Plaintiffs have filed Motions to Remand in each of the above noted cases to Oregon state court. Judge Owen Panner of the Federal District of Oregon is hearing these matters. Oral argument was heard on the *Steiner v. A.P. Green Refractories, et al.* case on August 20, 2001. The *Steiner* Motion to Remand is now under advisement. See Exhibit "A" Minute Order Concerning the Motion to Remand. Motions to Remand in the *Keeling v. A.P. Green Refractories, et al.* (Exhibit "B"); *Haggerty v. A.P. Green Refractories, et al.* (Exhibit "C"); and *Yorath v. A.P. Green Refractories, et al.* (Exhibit "D") cases were filed on August 31, 2001. Responses to the respective motions to remand have been filed in each case. The hearing on the *Keeling*, *Yorath*, and *Haggerty* matters is set for October 9, 2001. *See* Affidavit of Dain Paulson.

Plaintiffs respectfully oppose transfer to the MDL for two reasons. First, these actions are not subject to federal court jurisdiction. Diversity jurisdiction does not exist in any of the transferred cases because Oregon state court defendants had not been dismissed from each action prior to removal. Moreover, none of the actions were removed until over one year after the original filings. 28 USC §1446(b). Plaintiffs have presented these arguments to Judge Panner.

Secondly, the purpose of the MDL is to coordinate or consolidate actions for pretrial purposes. 42 U.S.C. Section 1407(a). However, the subject cases were removed on the eve of their respective trials. *See* Affidavit of Dain Paulson. Thus, it makes no sense to coordinate or consolidate these cases for pretrial purposes when they were removed to federal court just before they were set for trial. Transfer of these actions to the MDL would not "promote the just and efficient conduct" of these actions. *Id.* Rather, transfer would simply make the entire process more cumbersome.

Page 2 - **MEMORANDUM IN SUPPORT OF MOTION TO VACATE**

P:\Clients\ASBESTOS\MDL Litigation\Pld\Memo in Support of Motion to

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100
503.224.4133 (facsimile)

## CONCLUSION

Plaintiffs' Motions for Remand are now lodged before Judge Panner. Plaintiffs oppose transfer to the MDL because federal court jurisdiction does not exist in any of the above-referenced cases and because transfer would not promote the "just and efficient conduct" of these actions. Plaintiffs respectfully request that none of the above mentioned cases be transferred to the MDL.

DATED this 27th day of September, 2001.

LANDYE BENNETT BLUMSTEIN LLP

By: _____
Dain Paulson, OSB #97365
Jeffrey S. Mutnick, P.C., OSB #72178
Of Attorneys for Plaintiff

Page 3 - **MEMORANDUM IN SUPPORT OF MOTION TO VACATE**

*P:\Clients\ASBESTOS\MDL Litigation\Pld\Memo in Support of Motion to*

LANDYE BENNETT BLUMSTEIN LLP
*Attorneys at Law*
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100
503.224.4133 (facsimile)

Jeffrey S. Mutnick, P.C., OSB #72178
Dain Paulson, OSB # 97365
jmutnick@landye-bennett.com
dpaulson@landye-bennett.com
LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
3500 Wells Fargo Center
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100
503.224.4133 (Facsimile)

Of Attorneys for Plaintiff

**BEFORE THE**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**DOCKET NO. 875**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

| | |
|---|---|
| DAVID A. STEINER, <br><br> Plaintiff, <br> v. <br> A.P. GREEN REFRACTORIES., et al., <br><br> Defendants. | D. Oregon, C.A. No. 3:01-1178 |
| WILLIAM YORATH, <br><br> Plaintiff, <br> v. <br> A.P. GREEN REFRACTORIES, et al., <br><br> Defendants. | D. Oregon, C.A. No. 3:01-1176 |
| MATTHEW HAGGERTY, <br><br> Plaintiff, <br> v. <br> A.P. GREEN REFRACTORIES, et al., <br><br> Defendants. | D. Oregon, C.A. No. 3:01-1177 |
| ORVIL DALE KEELING, <br><br> Plaintiff, <br> v. <br> A.P. GREEN REFRACTORIES, et al., <br><br> Defendants. | D. Oregon, C.A. No. 3:01-1179 <br><br> **AFFIDAVIT OF DAIN PAULSON** |

Page 1 - **AFFIDAVIT OF DAIN PAULSON**

P:\Clients\ASBESTOS\MDL Litigation\Pld\Affidavit of Dain Paulson_9-

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100
503.224.4133 (facsimile)

| | |
|---|---|
| 1 | STATE OF OREGON      ) |
| | ) ss. |
| 2 | County of Multnomah   ) |

3   I, DAIN PAULSON, having been duly sworn, do hereby depose and say:

4   1.   I am one of the attorneys for plaintiff in each of the above-referenced cases.

5   2.   I make this affidavit upon personal knowledge.

6   3.   The four subject cases were filed in June and July 2000 in Multnomah County Circuit
7   Court. They were set for trial in August 2001.

8   4.   The *Keeling* case was set to be tried first. It was scheduled for trial on August 13,
9   2001. The *Steiner, Yorath* and *Haggerty* cases were to be tried after *Keeling*.

10   5.   Exhibit "A" is a true copy of docket entry received from Judge Panner concerning the
11   *Steiner v. A.P. Green Refactories, et al.* case.

12   6.   Exhibit "B" is a true copy of the Motion to Remand filed in the *Keeling v. A.P. Green*
13   *Refractories, et al.* case.

14   7.   Exhibit "C" is a true copy of the Motion to Remand filed in the *Haggerty v.*
15   *A.P. Green Refractories, et al.* case.

16   8.   Exhibit "D" is a true copy of the Motion to Remand filed in the *Yorath v. A.P. Green*
17   *Refractories, et al.* case.

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

Page 2 - **AFFIDAVIT OF DAIN PAULSON**

P:\Clients\ASBESTOS\MDL Litigation\Pld\Affidavit of Dain Paulson_9-

LANDYE BENNETT BLUMSTEIN LLP
*Attorneys at Law*
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100
503.224.4133 (facsimile)

9. The hearing before Judge Panner on the Motions to Remand in the *Yorath, Keeling* and *Haggerty* cases is set for October 9, 2001.

DATED this 27th day of September, 2001.

LANDYE BENNETT BLUMSTEIN LLP

By: _____
Dain Paulson, OSB #97365
Of Attorneys for Plaintiff(s)

SUBSCRIBED AND SWORN to before me this 27th day of September, 2001.

_____
Notary Public for Oregon

My Commission Expires: 05/08/05

OFFICIAL SEAL
JENNIFER GABLER
NOTARY PUBLIC-OREGON
COMMISSION NO. 345673
MY COMMISSION EXPIRES MAY 8, 2005

Page 3 - **AFFIDAVIT OF DAIN PAULSON**

P:\Clients\ASBESTOS\MDL Litigation\Pld\Affidavit of Dain Paulson_9-

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100
503.224.4133 (facsimile)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 1 2001

FILED
CLERK'S OFFICE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

Case No.: <u>CV 01-1178-PA</u>                                  Date of Proceeding: <u>8/20/01</u>

Case Title: David A. Steiner v. A.P. Green Refractories Company, et al.

**Presiding Judge:** <u>Owen M. Panner</u>                      **Courtroom Deputy:** <u>Margaret Hunt</u>

**Reporter:** <u>Robert Stimler</u>                             Tape No: _____

**DOCKET ENTRY:**

Record of hearing: plaintiff's motion to remand (#3) is taken under advisement. The parties have twenty days in which to file additional evidence or briefing.

| **PLAINTIFF'S COUNSEL** | **DEFENDANT'S COUNSEL** |
|---|---|
| Jeff Mutnick | William Ashbaugh |

cc: {✓} All counsel

DOCUMENT NO: 23
CIVIL MINUTES

EXHIBIT A

Civil Minutes
Revised 4/23/91

Honorable Owen M. Panner

19

RECEIVED

2001 AUG 31 P 3:57

CLERK, U.S. DISTRICT COURT
PORTLAND, OREGON

1  Jeffrey S. Mutnick, OSB #72178
   jmunick@landye-bennett.com
2  LANDYE BENNETT BLUMSTEIN LLP
   Attorneys at Law
3  3500 Wells Fargo Center
   1300 S.W. Fifth Avenue, Suite 3500
4  Portland, Oregon 97201
   503.224.4100
5  503.224.4133 (Facsimile)

6       Of Attorneys for Plaintiff

7              IN THE UNITED STATES DISTRICT COURT

8                   FOR THE DISTRICT OF OREGON

9

10 ORVIL KEELING,
                                        Case No. 01-01179-PA
11                    Plaintiff,

12        v.                            **PLAINTIFF'S MOTION TO REMAND**
                                        Pursuant to 28 U.S.C. § 1447 (c)
13 A.P. GREEN REFRACTORIES CO., et al.,
                                        **ORAL ARGUMENT REQUESTED**
14                    Defendant.

15        Pursuant to 28 U.S.C. § 1447(c), plaintiff respectfully moves the court for an order

16 remanding this case to the Circuit Court for the State of Oregon, County of Multnomah on the

17 grounds that there is no subject matter jurisdiction for the U.S. District Court in this matter and

18 defendant's Notice of Removal is procedurally defective. This motion is supported by the

19 enclosed Memorandum of Law. Plaintiff also adopts the reasoning set forth in Plaintiff's Motion

20 to Remand and Reply Brief in the *Steiner v. A.P. Green, et al.* Case No. 01-01128-PA, attached

21 hereto as Exhibits A and B.

22        Plaintiff's counsel informed defense counsel and the Court on August 20, 2001 that this

23 motion would be filed.

24 /////

25 /////

26 /////

Page 1 - PLAINTIFF'S MOTION TO REMAND

**EXHIBIT B 1 of 2**

1   This motion is supported by the accompanying Memorandum of Law in Support of
2   Plaintiff's Motion to Remand.
3   DATED this 31st day of August, 2001.

Respectfully submitted,

LANDYE BENNETT BLUMSTEIN LLP

By: _____
Dain Paulson OSB #97365
Of Attorneys for Plaintiff



EXHIBIT
B 2 of 2

Page 2 - PLAINTIFF'S MOTION TO REMAND

P:\Clients\KEELING\Jsm\Pld\Motion to Remand_8-30-01.doc

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon  97201

```
 1 │ Jeffrey S. Mutnick, OSB #72178
   │ jmunick@landye-bennett.com                    RECEIVED
 2 │ LANDYE BENNETT BLUMSTEIN LLP
   │ Attorneys at Law
 3 │ 3500 Wells Fargo Center
   │ 1300 S.W. Fifth Avenue, Suite 3500            2001 AUG 31  P 3: 58
 4 │ Portland, Oregon 97201
   │ 503.224.4100                                  CLERK, U.S. DISTRICT COURT
 5 │ 503.224.4133 (Facsimile)                       DISTRICT OF OREGON
                                                    PORTLAND, OREGON
 6 │   Of Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MATTHEW HAGGERTY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A.P. GREEN REFRACTORIES CO., et al.,<br><br>　　　　　Defendant. | Case No. 01-01177-PA<br><br>**PLAINTIFF'S MOTION TO REMAND**<br>**Pursuant to 28 U.S.C. § 1447 (c)**<br><br>**ORAL ARGUMENT REQUESTED** |

　　　　Pursuant to 28 U.S.C. § 1447(c), plaintiff respectfully moves the court for an order remanding this case to the Circuit Court for the State of Oregon, County of Multnomah on the grounds that there is no subject matter jurisdiction for the U.S. District Court in this matter and defendant's Notice of Removal is procedurally defective. This motion is supported by the enclosed Memorandum of Law. Plaintiff also adopts the reasoning set forth in Plaintiff's Motion to Remand and Reply Briefs in the *Steiner v. A.P. Green, et al.* Case No. 01-01128-PA, attached hereto as Exhibits A and B.

　　　　Plaintiff's counsel informed defense counsel and the Court on August 20, 2001 that this motion would be filed.

/////

/////

/////

Page 1 - PLAINTIFF'S MOTION TO REMAND

**EXHIBIT C 1 of 2**

P:\Clients\HAGGERTY\Jsm\Pld\Motion to Remand_8-30-01.doc

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100

1  This motion is supported by the accompanying Memorandum of Law in Support of
2  Plaintiff's Motion to Remand.
3  DATED this 31st day of August, 2001.

Respectfully submitted,

LANDYE BENNETT BLUMSTEIN LLP

By: _____
Dain Paulson, OSB #97365
Of Attorneys for Plaintiff

EXHIBIT C 2 of 2

Page 2 - PLAINTIFF'S MOTION TO REMAND

P:\Clients\HAGGERTY\Usm\Pld\Motion to Remand_8-30-01.doc

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100

1  Jeffrey S. Mutnick, OSB #72178
   jmunick@landye-bennett.com
2  LANDYE BENNETT BLUMSTEIN LLP
   Attorneys at Law
3  3500 Wells Fargo Center
   1300 S.W. Fifth Avenue, Suite 3500
4  Portland, Oregon 97201
   503.224.4100
5  503.224.4133 (Facsimile)

6  Of Attorneys for Plaintiff

7  IN THE UNITED STATES DISTRICT COURT

8  FOR THE DISTRICT OF OREGON

9

10 WILLIAM YORATH,

                                    Case No. 01-01176-PA
11           Plaintiff,

12      v.                          **PLAINTIFF'S MOTION TO REMAND**
                                    Pursuant to 28 U.S.C. § 1447 (c)
13 A.P. GREEN REFRACTORIES CO., et al.,
                                    **ORAL ARGUMENT REQUESTED**
14           Defendant.

15      Pursuant to 28 U.S.C. § 1447(c), plaintiff respectfully moves the court for an order
16 remanding this case to the Circuit Court for the State of Oregon, County of Multnomah on the
17 grounds that there is no subject matter jurisdiction for the U.S. District Court in this matter and
18 defendant's Notice of Removal is procedurally defective. This motion is supported by the
19 enclosed Memorandum of Law. Plaintiff also adopts the reasoning set forth in Plaintiff's Motion
20 to Remand and Reply Brief in the *Steiner v. A.P. Green, et al.* Case No. 01-01128-PA, attached
21 hereto as Exhibits A and B.

22      Plaintiff's counsel informed defense counsel and the Court on August 20, 2001 that this
23 motion would be filed.

24 /////
25 /////
26 /////

Page 1 - PLAINTIFF'S MOTION TO REMAND

P:\Clients\YORATH\JSM\Pld\Motion to Remand_8-30-01.doc

**EXHIBIT D 1 of 2**

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 S.W. Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100

1   This motion is supported by the accompanying Memorandum of Law in Support of
2   Plaintiff's Motion to Remand.

3   DATED this 31st day of August, 2001.

Respectfully submitted,

LANDYE BENNETT BLUMSTEIN LLP

By: _____
Dain Paulson OSB #97365
Of Attorneys for Plaintiff



EXHIBIT D 2 of 2

Page 2 - PLAINTIFF'S MOTION TO REMAND

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER, MEMORANDUM IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER, AND AFFIDAVIT OF DAIN PAULSON** on the following:

**Michael J. Beck**    (Original, 11 copies, diskette)
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Building
Judiciary Building
Room G-255, North Lobby
Washington, DC  20002

The Honorable Owen M. Panner    (courtesy copy)
United States Courthouse
1000 SW Third Avenue, Suite 1207
Portland, OR  97204-2902

**James H. Gidley**
Perkins Coie, LLP
1211 SW 5th Avenue, Suite 1500
Portland, OR  97204

**Diane J. Kero**
Gordon, Thomas, Honeywell, et al.
One Union Square
600 University, Suite 2100
Seattle, WA  98101-4185

**John DeVoe**
Dunn Carney Allen Higgins & Tongue
851 SW 6th Avenue, Suite 1500
Portland, OR  97204-1357

**Barry L. Groce**
McEwen, Gisvold, Rankin, et al.
1100 SW Sixth Avenue, Suite 1600
Portland, OR  97204

**Howard I. Hall**
Wolfstone, Panchot & Bloch, P.S.
801 Second Avenue, Suite 1500
Seattle, WA  98104-1577

**Roger K. Stroup**
Bodyfelt, Mount, Stroup, et al.
65 SW Yamhill Street, Suite 300
Portland, OR  97204

**Richard Lee**
Bodyfelt, Mount, Stroup, et al.
65 SW Yamhill Street, Suite 300
Portland, OR 97204

**John M. Silk**
Wilson, Smith, Cochran & Dickerson
1700 Financial Center
1215 4th Avenue
Seattle, WA 98161-1007

**Leslie Darby**
Lindsay, Hart, Neil & Weigler
1300 S.W. Fifth Avenue, Suite 3400
Portland, OR 97201

**Bruce M. White**
Mitchell, Lang & Smith
101 SW Main Street, Suite 2000
Portland, OR  97204

**Kenneth E. Petty**
Williams, Kastner & Gibbs, PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380

**Richard K. Hansen**
**Heidi L. Mandt**
Schwabe Williamson & Wyatt PC
1211 SW 5th Avenue, Suites 1600-1800
Portland, OR  97204

**Randy J. Aliment**
Williams, Kastner & Gibbs, PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380

**Kelly P. Corr**
Corr Cronin LLP
1001 Fourth Avenue, Suite 3700
Seattle, WA  98154-1127



**Mark J. Fucile**
Stoel Rives Boley Jones & Grey
Standard Insurance Center
900 SW Fifth Avenue, Suite 2300
Portland, OR  97204-1268

**Frantz Ward**
Frantz Ward LLP
55 Public Square Building, 19th Floor
Cleveland, OH  44113-1999

**Stewart M. Whipple**
Attorney at Law
6501 SW Macadam Avenue
Portland, OR  97201

**Mary Tarbox**
Garvey, Schubert & Barer
121 SW Morrison Street, 11th Floor
Portland, OR  97204

**Stephen P. McCarthy**
Lane Powell Spears Lubersky, LLP
601 SW 2nd Avenue, Suite 2100
Portland, OR  97204

**Alan D. Judy**
Karr Tuttle Campbell
1100 SW 6th Avenue, Suite 1212
Portland, OR  97204

**Richard Whittemore**
Bullivant Houser Bailey
888 SW 5th Avenue, Suite 300
Portland, OR  97204

**Katherine Steele**
Stafford Frey Cooper
1301 Fifth Avenue, Suite 2500
Seattle, WA  98101-2621

**Christine Dinsdale**
Soha & Lang
801 Second Avenue, Suite 1210
Seattle, WA  98104

**Carl Forsberg**
**Roy Umlauf**
**Catherine Doudnikoff**
Forsberg & Umlauf
900 Fourth Avenue, Suite 1700
Seattle, WA  98164

PAGE 2 - CERTIFICATE OF SERVICE

**PANEL SERVICE LIST (Excerpted from CTO-203)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)**

Richard C. Binzley
Thompson, Hine & Flory, LLP
127 Public Square, Ste. 3900
Cleveland, OH  44114-1216

Edward J. Cass
Gallagher, Sharp, Fulton, et al.
1501 Euclid Avenue, 7th Floor
Cleveland, OH  44115

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA  15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Bldg.
Independ. Mall East, Ste. 100
Philadelphia, PA  19106

Susan M. Hanson
Stich, Angell, Kreidler, et al.
The Crossings, Ste. 120
250 2nd Avenue South
Minneapolis, MN  55401

J. William Ashbaugh
Stafford, Frey, Cooper & Stewart
1301 Fifth Avenue, Suite 2500
Seattle, WA  98101

David C. Landin
Huton & Williams
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA  23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA  19102

Ronald L. Motley
Ness, Motley, Loadholt, et al.
PO Box 1792
Mt. Pleasant, SC  29465

James Case
Case & Dusterhoff, LLP
9800 SW Bvtn-Hillsdale Hwy, Ste. 200
Beaverton, OR  97005

John J. Repcheck
Marks, O'Neill
707 Grant Street, Suite 3200
Pittsburgh, PA  15219

John D. Roven
2190 North Loop W Suite 410
Houston, TX  77018-8008

Richard D. Schuster
Vorys, Sater, Seymour & Pease
PO Box 1008
Columbus, OH  43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd., 6th Fl.
Los Angeles, CA  90025

Robert Spinelli
Kelley, Jasons, McGuire, et al.
Centre Square West, 15th Floor
Philadelphia, PA  19102

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place, Ste. 1650
Philadelphia, PA  19103

James K. Weston, II
Tom Riley Law Firm
PO Box 998
Cedar Rapids, IA  52406

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC  20036

Lori K. Dedobbelaere
Dunn Carney Allen Higgins & Tongue
851 SW 6th Avenue, Suite 1500
Portland, OR  97204

Ellen B. Furman
Goldfein & Joseph
1600 Market Street, 33rd Floor
Philadelphia, PA  19103

James L. Hiller
Hitt Hiller & Monfils, LLP
510 SW 3rd Avenue, Suite 309
Portland, OR  97204

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH  44308

George S. Pitcher
Tooze Duden, et al.
333 SW Taylor Street
Portland, OR  97204

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI  48226

via Federal Express to Michael J. Beck, Clerk of the Court on September 27, 2001, and by mailing to each of the other individuals a true and correct copy thereof, placed in a sealed envelope and deposited in the U.S. Post Office at Portland, Oregon, with postage prepaid, on September 27, 2001.

_____
Jennifer A. Gabler, Legal Assistant to
Jeffrey S. Mutnick, OSB No. 72178
and Dain Paulson, OSB No. 97365
Attorneys for Plaintiff