JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 4 2001

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-205)

On July 29, 1991, the Panel transferred 22,003 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 70,066 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the opinion and order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991) as corrected on October 1, 1991, October 18, 1991, November 22, 1991, December 9, 1991, January 16, 1992, and March 5, 1992, and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

IMAGED OCT 9 '01

# SCHEDULE CTO-205 — TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| **CALIFORNIA CENTRAL** | | |
| CAC | 2 | 01-7597 |
| CAC | 2 | 01-7599 |
| **DELAWARE** | | |
| DE | 1 | 01-166 |
| DE | 1 | 01-167 |
| DE | 1 | 01-234 |
| DE | 1 | 01-318 |
| DE | 1 | 01-534 |
| DE | 1 | 01-535 |
| DE | 1 | 01-536 |
| **GEORGIA SOUTHERN** | | |
| GAS | 2 | 01-146 |
| GAS | 2 | 01-155 |
| **ILLINOIS NORTHERN** | | |
| ILN | 1 | 01-5332 |
| ILN | 1 | 01-5333 |
| ILN | 1 | 01-5334 |
| ILN | 1 | 01-5335 |
| ILN | 1 | 01-5336 |
| ILN | 1 | 01-5337 |
| ILN | 1 | 01-5364 |
| ILN | 1 | 01-5365 |
| ILN | 1 | 01-5366 |
| ILN | 1 | 01-5367 |
| ILN | 1 | 01-5368 |
| ILN | 1 | 01-5370 |
| ILN | 1 | 01-5371 |
| ILN | 1 | 01-5374 |
| ILN | 1 | 01-5375 |
| ILN | 1 | 01-5376 |
| ILN | 1 | 01-5378 |
| ILN | 1 | 01-5379 |
| ILN | 1 | 01-5752 |
| ILN | 1 | 01-5753 |
| ILN | 1 | 01-5755 |
| ILN | 1 | 01-5756 |
| ILN | 1 | 01-5857 |
| ILN | 3 | 01-50225 |
| **INDIANA NORTHERN** | | |
| INN | 2 | 01-441 |
| INN | 2 | 01-442 |
| INN | 2 | 01-443 |
| INN | 2 | 01-444 |
| INN | 2 | 01-445 |
| INN | 2 | 01-446 |
| INN | 2 | 01-447 |
| INN | 2 | 01-448 |
| INN | 2 | 01-449 |
| INN | 2 | 01-472 |
| INN | 2 | 01-473 |
| INN | 3 | 01-515 |
| INN | 3 | 01-516 |
| **INDIANA SOUTHERN** | | |
| INS | 1 | 01-1041 |
| INS | 1 | 01-1042 |
| INS | 2 | 01-164 |
| INS | 2 | 01-165 |
| INS | 2 | 01-166 |
| INS | 2 | 01-181 |
| **KANSAS** | | |
| KS | 2 | 01-2398 |
| KS | 2 | 01-2399 |
| **LOUISIANA EASTERN** | | |
| LAE | 2 | 01-2670 |
| LAE | 2 | 01-2671 |
| LAE | 2 | 01-2767 |
| **MARYLAND** | | |
| MD | 1 | 01-2664 |
| MD | 1 | 01-2725 |
| **MAINE** | | |
| ME | 2 | 01-216 |
| ME | 2 | 01-223 |
| **MINNESOTA** | | |
| MN | 0 | 01-1564 |
| MN | 0 | 01-1565 |
| MN | 0 | 01-1645 |
| **MISSOURI EASTERN** | | |
| MOE | 4 | 01-1266 |
| MOE | 4 | 01-1294 |
| MOE | 4 | 01-1299 |
| **MISSISSIPPI NORTHERN** | | |
| MSN | 2 | 01-144 |
| **NORTH CAROLINA MIDDLE** | | |
| NCM | 1 | 01-834 |
| **NEW YORK WESTERN** | | |
| NYW | 1 | 01-604 |
| NYW | 1 | 01-605 |
| **OHIO NORTHERN** | | |
| OHN | 1 | 01-10623 |
| OHN | 1 | 01-10624 |
| OHN | 1 | 01-10625 |
| OHN | 1 | 01-10626 |
| OHN | 1 | 01-10627 |
| OHN | 1 | 01-10628 |
| OHN | 1 | 01-10629 |
| OHN | 1 | 01-10630 |
| OHN | 1 | 01-10631 |
| OHN | 1 | 01-10632 |
| OHN | 1 | 01-10633 |
| OHN | 1 | 01-10634 |
| OHN | 1 | 01-10635 |
| OHN | 1 | 01-10636 |
| OHN | 1 | 01-10637 |
| OHN | 1 | 01-10638 |
| OHN | 1 | 01-10639 |
| OHN | 1 | 01-10640 |
| OHN | 1 | 01-10641 |
| OHN | 1 | 01-10642 |
| OHN | 1 | 01-10643 |
| OHN | 1 | 01-10644 |
| OHN | 1 | 01-10645 |
| OHN | 1 | 01-10646 |
| OHN | 1 | 01-10647 |
| OHN | 1 | 01-10648 |
| OHN | 1 | 01-10649 |
| OHN | 1 | 01-10650 |
| OHN | 1 | 01-10651 |
| OHN | 1 | 01-10652 |
| OHN | 1 | 01-10653 |
| OHN | 1 | 01-10654 |
| OHN | 1 | 01-10655 |
| OHN | 1 | 01-10656 |
| OHN | 1 | 01-10657 |
| OHN | 1 | 01-10658 |
| OHN | 1 | 01-10659 |
| OHN | 1 | 01-10660 |
| OHN | 1 | 01-10661 |
| OHN | 1 | 01-10662 |
| OHN | 1 | 01-10663 |
| OHN | 1 | 01-10664 |
| OHN | 1 | 01-10665 |
| OHN | 1 | 01-10666 |
| OHN | 1 | 01-10667 |
| OHN | 1 | 01-10668 |
| OHN | 1 | 01-10669 |
| OHN | 1 | 01-10670 |
| OHN | 1 | 01-10671 |
| OHN | 1 | 01-10672 |
| OHN | 1 | 01-10673 |
| OHN | 1 | 01-10674 |
| OHN | 1 | 01-10675 |
| OHN | 1 | 01-10676 |
| OHN | 1 | 01-10677 |
| OHN | 1 | 01-10678 |
| OHN | 1 | 01-10679 |
| OHN | 1 | 01-10680 |
| OHN | 1 | 01-10681 |
| OHN | 1 | 01-10682 |
| OHN | 1 | 01-10683 |
| OHN | 1 | 01-10684 |
| OHN | 1 | 01-10685 |
| OHN | 1 | 01-10686 |
| OHN | 1 | 01-10687 |
| OHN | 1 | 01-10688 |
| OHN | 1 | 01-10689 |
| OHN | 1 | 01-10690 |
| OHN | 1 | 01-10691 |
| OHN | 1 | 01-10692 |
| OHN | 1 | 01-10693 |
| OHN | 1 | 01-10694 |
| OHN | 1 | 01-10695 |
| OHN | 1 | 01-10696 |

| DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|---|---|---|---|---|---|
| OHN | 1 | 01-10697 | OHN | 1 | 01-10763 | OHN | 1 | 01-10829 |
| OHN | 1 | 01-10698 | OHN | 1 | 01-10764 | OHN | 1 | 01-10830 |
| OHN | 1 | 01-10699 | OHN | 1 | 01-10765 | OHN | 1 | 01-10831 |
| OHN | 1 | 01-10700 | OHN | 1 | 01-10766 | OHN | 1 | 01-10832 |
| OHN | 1 | 01-10701 | OHN | 1 | 01-10767 | OHN | 1 | 01-10833 |
| OHN | 1 | 01-10702 | OHN | 1 | 01-10768 | OHN | 1 | 01-10834 |
| OHN | 1 | 01-10703 | OHN | 1 | 01-10769 | OHN | 1 | 01-10835 |
| OHN | 1 | 01-10704 | OHN | 1 | 01-10770 | OHN | 1 | 01-10836 |
| OHN | 1 | 01-10705 | OHN | 1 | 01-10771 | OHN | 1 | 01-10837 |
| OHN | 1 | 01-10706 | OHN | 1 | 01-10772 | OHN | 1 | 01-10838 |
| OHN | 1 | 01-10707 | OHN | 1 | 01-10773 | OHN | 1 | 01-10839 |
| OHN | 1 | 01-10708 | OHN | 1 | 01-10774 | OHN | 1 | 01-10840 |
| OHN | 1 | 01-10709 | OHN | 1 | 01-10775 | OHN | 1 | 01-10841 |
| OHN | 1 | 01-10710 | OHN | 1 | 01-10776 | OHN | 1 | 01-10842 |
| OHN | 1 | 01-10711 | OHN | 1 | 01-10777 | OHN | 1 | 01-10843 |
| OHN | 1 | 01-10712 | OHN | 1 | 01-10778 | OHN | 1 | 01-10844 |
| OHN | 1 | 01-10713 | OHN | 1 | 01-10779 | OHN | 1 | 01-10845 |
| OHN | 1 | 01-10714 | OHN | 1 | 01-10780 | OHN | 1 | 01-10846 |
| OHN | 1 | 01-10715 | OHN | 1 | 01-10781 | OHN | 1 | 01-10847 |
| OHN | 1 | 01-10716 | OHN | 1 | 01-10782 | OHN | 1 | 01-10848 |
| OHN | 1 | 01-10717 | OHN | 1 | 01-10783 | OHN | 1 | 01-10849 |
| OHN | 1 | 01-10718 | OHN | 1 | 01-10784 | OHN | 1 | 01-10850 |
| OHN | 1 | 01-10719 | OHN | 1 | 01-10785 | OHN | 1 | 01-10851 |
| OHN | 1 | 01-10720 | OHN | 1 | 01-10786 | OHN | 1 | 01-10852 |
| OHN | 1 | 01-10721 | OHN | 1 | 01-10787 | OHN | 1 | 01-10853 |
| OHN | 1 | 01-10722 | OHN | 1 | 01-10788 | OHN | 1 | 01-10854 |
| OHN | 1 | 01-10723 | OHN | 1 | 01-10789 | OHN | 1 | 01-10855 |
| OHN | 1 | 01-10724 | OHN | 1 | 01-10790 | OHN | 1 | 01-10856 |
| OHN | 1 | 01-10725 | OHN | 1 | 01-10791 | OHN | 1 | 01-10857 |
| OHN | 1 | 01-10726 | OHN | 1 | 01-10792 | OHN | 1 | 01-10858 |
| OHN | 1 | 01-10727 | OHN | 1 | 01-10793 | OHN | 1 | 01-10859 |
| OHN | 1 | 01-10728 | OHN | 1 | 01-10794 | OHN | 1 | 01-10860 |
| OHN | 1 | 01-10729 | OHN | 1 | 01-10795 | OHN | 1 | 01-10861 |
| OHN | 1 | 01-10730 | OHN | 1 | 01-10796 | OHN | 1 | 01-10862 |
| OHN | 1 | 01-10731 | OHN | 1 | 01-10797 | OHN | 1 | 01-10863 |
| OHN | 1 | 01-10732 | OHN | 1 | 01-10798 | OHN | 1 | 01-10864 |
| OHN | 1 | 01-10733 | OHN | 1 | 01-10799 | OHN | 1 | 01-10865 |
| OHN | 1 | 01-10734 | OHN | 1 | 01-10800 | OHN | 1 | 01-10866 |
| OHN | 1 | 01-10735 | OHN | 1 | 01-10801 | OHN | 1 | 01-10867 |
| OHN | 1 | 01-10736 | OHN | 1 | 01-10802 | OHN | 1 | 01-10868 |
| OHN | 1 | 01-10737 | OHN | 1 | 01-10803 | OHN | 1 | 01-10869 |
| OHN | 1 | 01-10738 | OHN | 1 | 01-10804 | OHN | 1 | 01-10870 |
| OHN | 1 | 01-10739 | OHN | 1 | 01-10805 | OHN | 1 | 01-10871 |
| OHN | 1 | 01-10740 | OHN | 1 | 01-10806 | OHN | 1 | 01-10872 |
| OHN | 1 | 01-10741 | OHN | 1 | 01-10807 | OHN | 1 | 01-10873 |
| OHN | 1 | 01-10742 | OHN | 1 | 01-10808 | OHN | 1 | 01-10874 |
| OHN | 1 | 01-10743 | OHN | 1 | 01-10809 | OHN | 1 | 01-10875 |
| OHN | 1 | 01-10744 | OHN | 1 | 01-10810 | OHN | 1 | 01-10876 |
| OHN | 1 | 01-10745 | OHN | 1 | 01-10811 | OHN | 1 | 01-10877 |
| OHN | 1 | 01-10746 | OHN | 1 | 01-10812 | OHN | 1 | 01-10878 |
| OHN | 1 | 01-10747 | OHN | 1 | 01-10813 | OHN | 1 | 01-10879 |
| OHN | 1 | 01-10748 | OHN | 1 | 01-10814 | OHN | 1 | 01-10880 |
| OHN | 1 | 01-10749 | OHN | 1 | 01-10815 | OHN | 1 | 01-10881 |
| OHN | 1 | 01-10750 | OHN | 1 | 01-10816 | OHN | 1 | 01-10882 |
| OHN | 1 | 01-10751 | OHN | 1 | 01-10817 | OHN | 1 | 01-10883 |
| OHN | 1 | 01-10752 | OHN | 1 | 01-10818 | OHN | 1 | 01-10884 |
| OHN | 1 | 01-10753 | OHN | 1 | 01-10819 | OHN | 1 | 01-10885 |
| OHN | 1 | 01-10754 | OHN | 1 | 01-10820 | OHN | 1 | 01-10886 |
| OHN | 1 | 01-10755 | OHN | 1 | 01-10821 | OHN | 1 | 01-10887 |
| OHN | 1 | 01-10756 | OHN | 1 | 01-10822 | OHN | 1 | 01-10888 |
| OHN | 1 | 01-10757 | OHN | 1 | 01-10823 | OHN | 1 | 01-10889 |
| OHN | 1 | 01-10758 | OHN | 1 | 01-10824 | OHN | 1 | 01-10890 |
| OHN | 1 | 01-10759 | OHN | 1 | 01-10825 | OHN | 1 | 01-10891 |
| OHN | 1 | 01-10760 | OHN | 1 | 01-10826 | OHN | 1 | 01-10892 |
| OHN | 1 | 01-10761 | OHN | 1 | 01-10827 | OHN | 1 | 01-10893 |
| OHN | 1 | 01-10762 | OHN | 1 | 01-10828 | OHN | 1 | 01-10894 |

SCHEDULE CTO-205 TAG-ALONG CASES (Cont.) MDL-875                                                PAGE 3

| DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|---|---|---|---|---|---|
| OHN | 1 | 01-10895 | OHN | 1 | 01-10961 | OHN | 1 | 01-11027 |
| OHN | 1 | 01-10896 | OHN | 1 | 01-10962 | OHN | 1 | 01-11028 |
| OHN | 1 | 01-10897 | OHN | 1 | 01-10963 | OHN | 1 | 01-11029 |
| OHN | 1 | 01-10898 | OHN | 1 | 01-10964 | OHN | 1 | 01-11030 |
| OHN | 1 | 01-10899 | OHN | 1 | 01-10965 | OHN | 1 | 01-11031 |
| OHN | 1 | 01-10900 | OHN | 1 | 01-10966 | OHN | 1 | 01-11032 |
| OHN | 1 | 01-10901 | OHN | 1 | 01-10967 | OHN | 1 | 01-11033 |
| OHN | 1 | 01-10902 | OHN | 1 | 01-10968 | OHN | 1 | 01-11034 |
| OHN | 1 | 01-10903 | OHN | 1 | 01-10969 | OHN | 1 | 01-11035 |
| OHN | 1 | 01-10904 | OHN | 1 | 01-10970 | OHN | 1 | 01-11036 |
| OHN | 1 | 01-10905 | OHN | 1 | 01-10971 | OHN | 1 | 01-11037 |
| OHN | 1 | 01-10906 | OHN | 1 | 01-10972 | OHN | 1 | 01-11038 |
| OHN | 1 | 01-10907 | OHN | 1 | 01-10973 | OHN | 1 | 01-11039 |
| OHN | 1 | 01-10908 | OHN | 1 | 01-10974 | OHN | 1 | 01-11040 |
| OHN | 1 | 01-10909 | OHN | 1 | 01-10975 | OHN | 1 | 01-11041 |
| OHN | 1 | 01-10910 | OHN | 1 | 01-10976 | OHN | 1 | 01-11042 |
| OHN | 1 | 01-10911 | OHN | 1 | 01-10977 | OHN | 1 | 01-11043 |
| OHN | 1 | 01-10912 | OHN | 1 | 01-10978 | OHN | 1 | 01-11044 |
| OHN | 1 | 01-10913 | OHN | 1 | 01-10979 | OHN | 1 | 01-11045 |
| OHN | 1 | 01-10914 | OHN | 1 | 01-10980 | OHN | 1 | 01-11046 |
| OHN | 1 | 01-10915 | OHN | 1 | 01-10981 | OHN | 1 | 01-11047 |
| OHN | 1 | 01-10916 | OHN | 1 | 01-10982 | OHN | 1 | 01-11048 |
| OHN | 1 | 01-10917 | OHN | 1 | 01-10983 | OHN | 1 | 01-11049 |
| OHN | 1 | 01-10918 | OHN | 1 | 01-10984 | OHN | 1 | 01-11050 |
| OHN | 1 | 01-10919 | OHN | 1 | 01-10985 | OHN | 1 | 01-11051 |
| OHN | 1 | 01-10920 | OHN | 1 | 01-10986 | OHN | 1 | 01-11052 |
| OHN | 1 | 01-10921 | OHN | 1 | 01-10987 | OHN | 1 | 01-11053 |
| OHN | 1 | 01-10922 | OHN | 1 | 01-10988 | OHN | 1 | 01-11054 |
| OHN | 1 | 01-10923 | OHN | 1 | 01-10989 | OHN | 1 | 01-11055 |
| OHN | 1 | 01-10924 | OHN | 1 | 01-10990 | OHN | 1 | 01-11056 |
| OHN | 1 | 01-10925 | OHN | 1 | 01-10991 | OHN | 1 | 01-11057 |
| OHN | 1 | 01-10926 | OHN | 1 | 01-10992 | OHN | 1 | 01-11058 |
| OHN | 1 | 01-10927 | OHN | 1 | 01-10993 | OHN | 1 | 01-11059 |
| OHN | 1 | 01-10928 | OHN | 1 | 01-10994 | OHN | 1 | 01-11060 |
| OHN | 1 | 01-10929 | OHN | 1 | 01-10995 | OHN | 1 | 01-11061 |
| OHN | 1 | 01-10930 | OHN | 1 | 01-10996 | OHN | 1 | 01-11062 |
| OHN | 1 | 01-10931 | OHN | 1 | 01-10997 | OHN | 1 | 01-11063 |
| OHN | 1 | 01-10932 | OHN | 1 | 01-10998 | OHN | 1 | 01-11064 |
| OHN | 1 | 01-10933 | OHN | 1 | 01-10999 | OHN | 1 | 01-11065 |
| OHN | 1 | 01-10934 | OHN | 1 | 01-11000 | OHN | 1 | 01-11066 |
| OHN | 1 | 01-10935 | OHN | 1 | 01-11001 | OHN | 1 | 01-11067 |
| OHN | 1 | 01-10936 | OHN | 1 | 01-11002 | OHN | 1 | 01-11068 |
| OHN | 1 | 01-10937 | OHN | 1 | 01-11003 | OHN | 1 | 01-11069 |
| OHN | 1 | 01-10938 | OHN | 1 | 01-11004 | OHN | 1 | 01-11070 |
| OHN | 1 | 01-10939 | OHN | 1 | 01-11005 | OHN | 1 | 01-11071 |
| OHN | 1 | 01-10940 | OHN | 1 | 01-11006 | OHN | 1 | 01-11072 |
| OHN | 1 | 01-10941 | OHN | 1 | 01-11007 | OHN | 1 | 01-11073 |
| OHN | 1 | 01-10942 | OHN | 1 | 01-11008 | OHN | 1 | 01-11074 |
| OHN | 1 | 01-10943 | OHN | 1 | 01-11009 | OHN | 1 | 01-11075 |
| OHN | 1 | 01-10944 | OHN | 1 | 01-11010 | OHN | 1 | 01-11076 |
| OHN | 1 | 01-10945 | OHN | 1 | 01-11011 | OHN | 1 | 01-11077 |
| OHN | 1 | 01-10946 | OHN | 1 | 01-11012 | OHN | 1 | 01-11078 |
| OHN | 1 | 01-10947 | OHN | 1 | 01-11013 | OHN | 1 | 01-11079 |
| OHN | 1 | 01-10948 | OHN | 1 | 01-11014 | OHN | 1 | 01-11080 |
| OHN | 1 | 01-10949 | OHN | 1 | 01-11015 | OHN | 1 | 01-11081 |
| OHN | 1 | 01-10950 | OHN | 1 | 01-11016 | OHN | 1 | 01-11082 |
| OHN | 1 | 01-10951 | OHN | 1 | 01-11017 | OHN | 1 | 01-11083 |
| OHN | 1 | 01-10952 | OHN | 1 | 01-11018 | OHN | 1 | 01-11084 |
| OHN | 1 | 01-10953 | OHN | 1 | 01-11019 | OHN | 1 | 01-11085 |
| OHN | 1 | 01-10954 | OHN | 1 | 01-11020 | OHN | 1 | 01-11086 |
| OHN | 1 | 01-10955 | OHN | 1 | 01-11021 | | | |
| OHN | 1 | 01-10956 | OHN | 1 | 01-11022 | RHODE ISLAND | | |
| OHN | 1 | 01-10957 | OHN | 1 | 01-11023 | RI | 1 | 01-317 |
| OHN | 1 | 01-10958 | OHN | 1 | 01-11024 | | | |
| OHN | 1 | 01-10959 | OHN | 1 | 01-11025 | | | |
| OHN | 1 | 01-10960 | OHN | 1 | 01-11026 | | | |

SCHEDULE CTO-205 TAG-ALONG CASES (Cont.) MDL-875                                       PAGE 4

DISTRICT DIV CIVIL ACTION#

SOUTH CAROLINA
    SC      2  01-3536
    SC      2  01-3620
    SC      2  01-3621
    SC      6  01-3671
    SC      6  01-3672
    SC      6  01-3673

TENNESSEE EASTERN
    TNE     3  01-432

TEXAS NORTHERN
    TXN     4  01-674
    TXN     4  01-675
    TXN     4  01-676
    TXN     4  01-677
    TXN     4  01-678
    TXN     4  01-679
    TXN     4  01-680
    TXN     4  01-681
    TXN     4  01-682
    TXN     4  01-683
    TXN     4  01-684
    TXN     4  01-685
    TXN     4  01-686
    TXN     4  01-687

TEXAS WESTERN
    TXW     1  01-565

VIRGINIA EASTERN
    VAE     2  01-5741
    VAE     2  01-5742
    VAE     2  01-5743
    VAE     2  01-5744
    VAE     2  01-5745
    VAE     2  01-5746
    VAE     2  01-5747
    VAE     2  01-5748
    VAE     2  01-5749
    VAE     2  01-5750
    VAE     2  01-5751

WEST VIRGINIA SOUTHERN
    WVS     2  01-781