JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 5 2001

FILED
CLERK'S OFFICE

1  Dean A. Hanley, Esq. (State Bar No. 169507)
   T. Scott Hames, Esq. (State Bar No. 197574)
2  PAUL & HANLEY, L.L.P.
   4905 Central Avenue, Suite 200
3  Richmond, California 94804
4  Telephone:   (510) 559-9980
   Facsimile:   (510) 559-9970

FILED

SEP 1 9 2001

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5
6  Attorneys for Plaintiffs
7
8                  UNITED STATES DISTRICT COURT
9
10                NORTHERN DISTRICT OF CALIFORNIA

11  LONZA EARL DELK and VELMA M. DELK,  ) Case No. C-01-3153 WHO
                                        )
12       Plaintiffs,                    ) **ORDER REMANDING CASE TO**
                                        ) **STATE COURT**
13  vs.                                 )
                                        )
14  A.P. GREEN INDUSTRIES, INC., et al.,)
                                        )
15       Defendants.                    )
                                        )
16  _____  )
17

    Counsel for plaintiffs and for defendant TODD SHIPYARDS CORPORATION, the party
18
    who removed this case from San Francisco Superior Court to Federal Court, having stipulated to
19
    dismissal of defendant from this action upon remand to the California State Court, good cause
20
    appearing,
21
        **IT IS SO ORDERED** that this case is remanded to the Superior Court of California,
22
    County of San Francisco.
23
                    SEP 1 9 2001
24  DATED: _____

MDL- 875
RECOMMENDED ACTION

Vacate CTO-204 - one action
Approved/Date: _____ 10/4/01
By: _____
United States District Court Judge

25
26
27
28

IMAGED OCT 9 '01

ORDER FOR REMAND

PAGE 1

1  IT IS ALSO STIPULATED that plaintiffs LONZA EARL DELK and VELMA M.
2  DELK will concurrently herewith present an order of remand to the San Francisco Superior
3  Court pursuant to this stipulation on the grounds that they have stipulated to dismiss TODD
4  SHIPYARDS CORPORATION upon remand.
5
6
7  IT IS SO STIPULATED.
8  DATED: 9/11/01
9
10                                              PAUL & HANLEY, LLP
11                                              By: _____
                                                T. Scott Hames, Esq.
12                                              Attorney for Plaintiffs
13  DATED: 9/12/01
14                                              By: _____
                                                D. David Steele, Esq.
15                                              Attorney for Defendant
                                                TODD SHIPYARDS CORPORATION
16
17                                              IT IS SO ORDERED
18         SEP 1 9 2001
19  DATED: _____              By: _____
                                                UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28

STIPULATION FOR DISMISSAL AND REMAND                                             PAGE 2

OCT 03 2001 5:05 PM FR PAUL AND HANLEY LLP 559 9970 TO 12025022888 P.04
Case MDL No. 875 Document 3287 Filed 10/05/01 Page 3 of 4
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
OCT - 5 2001
FILED
CLERK'S OFFICE

Delk, Lonza E.  pi1035
SFSC Case No. 322825
Sep 24 01         Page 1 of 2

# Service List

**A.P. GREEN INDUSTRIES, INC.**
PRINDLE, DECKER & AMARO2
369 Pine Street, Suite 800
San Francisco, CA 94104
Phone:    (415) 788-8354
FAX       (415) 788-3625

**A.W. CHESTERTON COMPANY**
IMAI, TADLOCK & KEENEY
180 Montgomery Street, Suite 1000
San Francisco, CA 94104
Phone:    (415) 989-8687
FAX       (415) 989-7640

**ACandS, INC.**
ST. PETER LAW GROUP
20 California Street, Seventh Floor
San Francisco, CA 94111
Phone:    (415) 955-0700
FAX       (415) 955-0711

**AMERICAN STANDARD, INC.**
CARROLL, BURDICK & McDONOUGH, LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104-4606
Phone:    (415) 989-5900
FAX       (415) 989-0932

**ASBESTOS CORPORATION, LTD.**
ADAMS, NYE, SINUNU & WALKER, LLP
633 Battery Street, Fifth Floor
San Francisco, CA 94111
Phone:    (415) 982-8955
FAX       (415) 982-2042

**BABCOCK BORSIG POWER, INC.**
McNAMARA, DODGE, NEY, BEATTY, SLATTERY & PFALZER LLP
1211 Newell Avenue, 2nd Floor
Walnut Creek, CA 94596
Phone:    (925) 939-5330
FAX       (925) 939-0203

**BERRY & BERRY**
BERRY & BERRY
Post Office Box 16070
Oakland, CA 94610
Phone:    (510) 835-8330
FAX       (510) 835-5117

**BETHLEHEM STEEL CORPORATION**
BASSI, MARTINI & BLUM, LLP
155 Sansome Street, Suite 700
San Francisco, CA 94104
Phone:    (415) 397-9006
FAX       (415) 397-1339

**CALAVERAS ASBESTOS, LTD.**
BISHOP, BARRY, HOWE, HANEY & RYDER
2000 Powell Street, Suite 1425
Emeryville, CA 94608
Phone:    (510) 596-0888
FAX       (510) 596-0899

**CAPCO PIPE COMPANY, INC.**
DRYDEN, MARGOLES, SCHIRMANEK, HARTMAN, KELLY & WAIT
One California Street, Suite 2600
San Francisco, CA 94111
Phone:    (415) 362-6715
FAX       (415) 362-0638

**CASSIAR MINING CORPORATION**
SHEA & GARDNER
1800 Massachusetts Avenue, N.W.
Washington, DC 20036
Phone:    (202) 828-2000
FAX       (202) 828-2195

**CERTAINTEED CORPORATION**
McKENNA & CUNEO
Steuart Street Tower, One Market
San Francisco, CA 94105-4198
Phone:    (415)267-4000
FAX       (415)267-4198

**COMBUSTION ENGINEERING, INC.**
KNOX RICKSEN
2101 Webster Street, Suite 650
Oakland, CA 94612-3500
Phone:    (510) 285-2500
FAX       (510) 285-2505

**CROWN CORK & SEAL COMPANY, INC.**
OGDIE & ARMSTRONG
One Kaiser Plaza, Suite 625
Oakland, CA 94612
Phone:    (510) 433-1830
FAX       (510) 433-1836

**DURAMETALLIC CORPORATION**
JACKSON & WALLACE, LLP (San Francisco)
580 California Street, 15th Floor
San Francisco, CA 94104
Phone:    (415) 982-6300
FAX       (415) 982-6700

**FAMILIAN CORPORATION**
PRINDLE, DECKER & AMARO2
369 Pine Street, Suite 800
San Francisco, CA 94104
Phone:    (415) 788-8354
FAX       (415) 788-3625

**FLINTKOTE COMPANY THE**
FREEBURG, JUDY & NETTELS
600 South Lake Avenue, Suite 500
Pasadena, CA 91106-3955
Phone:    (626) 585-4150
FAX       (626) 585-0718

**GARLOCK, INC.**
GLASPY & GLASPY
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
Phone:    (925) 947-1300
FAX       (925) 947-1594

**GASKET HOLDINGS, INC.**
McKENNA & CUNEO
Steuart Street Tower, One Market
San Francisco, CA 94105-4198
Phone:    (415)267-4000
FAX       (415)267-4198

**HANSON PERMANENTE CEMENT, INC.**
JACKSON & WALLACE, LLP (San Francisco)
580 California Street, 15th Floor
San Francisco, CA 94104
Phone:    (415) 982-6300
FAX       (415) 982-6700

**HARBISON-WALKER REFRACTORIES COMPANY**
PRINDLE, DECKER & AMARO2
369 Pine Street, Suite 800
San Francisco, CA 94104
Phone:    (415) 788-8354
FAX       (415) 788-3625

**HOPEMAN BROTHERS, INC.**
JACKSON & WALLACE, LLP (San Francisco)
580 California Street, 15th Floor
San Francisco, CA 94104
Phone:    (415) 982-6300
FAX       (415) 982-6700

**J.T. THORPE & SON, INC.**
BISHOP, BARRY, HOWE, HANEY & RYDER
2000 Powell Street, Suite 1425
Emeryville, CA 94608
Phone:    (510) 596-0888
FAX       (510) 596-0899

**J.T. THORPE, INC.**
PRINDLE, DECKER & AMARO2
369 Pine Street, Suite 800
San Francisco, CA 94104
Phone:    (415) 788-8354
FAX       (415) 788-3625

Delk, Lonza E.  pi1035
SFSC Case No. 322825
Sep 24 01                     Page 2 of 2

# Service List

**JOHN CRANE, INC.**
HASSARD BONNINGTON, LLP
Two Embarcadero Center, Suite 1800
San Francisco, CA  94111
Phone:          (415) 288-9800
FAX              (415) 288-9801

**KAISER GYPSUM COMPANY, INC.**
JACKSON & WALLACE, LLP (San Francisco)
580 California Street, 15th Floor
San Francisco, CA  94104
Phone:          (415) 982-6300
FAX              (415) 982-6700

**LAC D'AMIANTE DU QUEBEC, LTEE**
PREUSS, SHANAGHER, ZVOLEFF & ZIMMER, LLP
225 Bush Street, 15th Floor
San Francisco, CA  94104
Phone:          (415) 397-1730
FAX              (415) 397-1735

**METALCLAD INSULATION CORPORATION**
MISCIAGNA & COLOMBATTO
27 Maiden Lane, Fourth Floor
San Francisco, CA  94108
Phone:          (415) 391-6182
FAX              (415) 391-2904

**METROPOLITAN LIFE INSURANCE COMPANY**
KNIGHT, BOLAND & RIORDAN
Fox Plaza, 1390 Market Street, Suite 310
San Francisco, CA  94102
Phone:          (415) 522-8600
FAX              (415) 701-7801

**PLANT INSULATION COMPANY**
JACKSON & WALLACE, LLP (San Francisco)
580 California Street, 15th Floor
San Francisco, CA  94104
Phone:          (415) 982-6300
FAX              (415) 982-6700

**QUIGLEY COMPANY, INC.**
McKENNA & CUNEO
Steuart Street Tower, One Market
San Francisco, CA  94105-4198
Phone:          (415)267-4000
FAX              (415)267-4198

**QUINTEC INDUSTRIES, INC.**
WALSWORTH, FRANKLIN, BEVINS & McCALL
550 Montgomery Street, 8th Floor
San Francisco, CA  94111
Phone:          (415) 781-7072
FAX              (415) 391-6258

**SPECIAL MATERIALS, INC. OF WISCONSIN**
BARBANEL, TREUER & DANTZLER
1925 Century Park East, Suite 350
Los Angeles, CA  90067
Phone:          (310) 282-8088
FAX              (310) 282-8779

**SYD CARPENTER, MARINE CONTRACTOR, INC.**
PRINDLE, DECKER & AMARO2
369 Pine Street, Suite 800
San Francisco, CA  94104
Phone:          (415) 788-8354
FAX              (415) 788-3625

**T & N, plc**
McKENNA & CUNEO
Steuart Street Tower, One Market
San Francisco, CA  94105-4198
Phone:          (415)267-4000
FAX              (415)267-4198

**THORPE INSULATION COMPANY1**
FOX, SHJEFLO, WOHL, NEWKOLD & HARTLEY
1730 S. El Camino Real, 6th Floor
San Mateo, CA  94402
Phone:          (650) 341-2901
FAX              (650) 341-2258

**THORPE INSULATION COMPANY2**
HILDEBRANDT & LUCKY
757 West 9th Street
San Pedro, CA  90731-3601
Phone:          (310) 548-7882
FAX              (310) 548-4148

**TODD SHIPYARDS CORPORATION**
YARON & ASSOCIATES
111 Pine Street, 12th Floor
San Francisco, CA  94111
Phone:          (415) 658-2929
FAX              (415) 658-2930