JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 5 2001

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*Lonza E. Delk v. A.P. Green Industries, Inc., et al.*, N.D. California, C.A. No. 3:01-3153

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Delk*) on September 20, 2001. The Panel has now been advised that *Delk* was remanded to the Superior Court of California, County of San Francisco, by the Honorable William H. Orrick, Jr., in an order filed on September 19, 2001.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-204" filed on September 20, 2001, is hereby VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

IMAGED OCT 9 '01