MDL 875

BEFORE THE JUDICIAL PANEL ON MULTILITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 5 2001

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

RODNEY W. SCHAMERHORN, d/b/a
SCHAMERHORN BACKHOE AND TRUCKING:   CIVIL ACTION NO. CV01-0914

VERSUS                            :   MDL-875

THE UNITED STATES

### NOTICE OF OPPOSITION

RODNEY W. SCHAMERHORN, D/B/A SCHAMERHORN BACKHOE AND TRUCKING, plaintiff in this cause, through his counsel of record does hereby notify the Judicial Panel on Multidistrict Litigation of his opposition to the transfer of this action.

Respectfully Submitted,

WOODLEY, WILLIAMS, BOUDREAU,
NORMAN, BROWN & DOYLE, L.L.C.

BY: _____
JAMES B. DOYLE (#5061)
500 Kirby Street
P.O. Box 3731
Lake Charles, Louisiana 70601
Telephone: (337) 433-6328
Facsimile:  (337) 433-7513

BY: _____
JAMES R. MITCHELL
Attorney at Law
607 S. 5th Street
Leesville, Louisiana 71446
Telephone: (337) 239-6709
Facsimile:  (337) 238-2638

IMAGED OCT 9 '01   **OFFICIAL FILE COPY**