

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 5 2001

FILED
CLERK'S OFFICE

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In Re Asbestos Products Liability Litigation (No. VI)        MDL No. 875

### DEFENDANT PFIZER INTERNATIONAL, INC.'S
### NOTICE OF FILING CORPORATE DISCLOSURE STATEMENT

Defendant, Pfizer International, Inc. (hereinafter "Pfizer"), by and through the undersigned counsel and pursuant to Rule of Procedure of the Judicial Panel on Multidistrict Litigation 5.3(a), hereby submits its Corporate Disclosure Statement for filing. Said document is attached hereto as Exhibit "A" and applies to each matter listed in the Schedule of Actions attached hereto as Exhibit "B."

CLERKS NO. 3290

IMAGED OCT 9 '01

RECEIVED
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
2001 OCT -1 P 4:19

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 5 2001

FILED
CLERK'S OFFICE

Respectfully submitted,

ENGLISH, McCAUGHAN & O'BRYAN, P.A.
Attorneys for Defendant Pfizer International Inc.
100 N.E. Third Avenue, Suite 1100
Fort Lauderdale, Florida 33301-1146
Phone:      (954) 462-3300
Fax:        (954) 763-2439
E-mail:     Hturner@emolaw.com
            Pholcombe@emolaw.com

By: _____
Hugh J. Turner Jr., Esq.
Florida Bar No. 203033
Pamela M.M. Holcombe, Esq.
Florida Bar No. 135010

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail, postage prepaid, this 27 day of September 2001, on the following:[1]

R. Larry Morris, Esq.                                           *Attorneys for Plaintiffs*
Neil D. Overholtz, Esq.
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA.
316 S. Baylen Street, Suite 600
P.O. Box 12308
Pensacola, FL 32581

FLINTKOTE COMPANY and                                           *Co-Defendants*
GEORGIA-PACIFIC CORPORATION
c/o Virginia Johnson, Esq.
Johnson & Tomlin, P.A.
4770 Biscayne Blvd., Suite 1030
Miami, FL 33137

---

[1] United States Gypsum Company has not been served because it is in bankruptcy.

| | |
|---|---|
| GARLOCK, INC.<br>c/o Floyd L. Matthews, Jr., Esq.<br>Spohrer, Wilner, Maxwell & Matthews, P.A.<br>701 West Adams Street, Suite 2<br>Jacksonville, FL  32204 | *Co-Defendant* |
| METROPOLITAN LIFE INSURANCE COMPANY<br>c/o Martin B. Unger, Esq.<br>Unger, Acree, et al.<br>701 Peachtree Road<br>Orlando, FL  32804 | *Co-Defendant* |
| RAPID AMERICAN CORPORATION<br>c/o David Trench, Esq.<br>Bilzin, Sumberg, Dunn & Axelrod<br>200 S. Biscayne Blvd., Suite 2500<br>Miami, FL  33131 | *Co-Defendant* |
| TURNER & NEWALL, PLC<br>c/o J. Bruce Welch, Esq.<br>Hawkins & Parnell, LLP<br>4000 SunTrust Plaza<br>303 Peachtree Street, N.E.<br>Atlanta, GA  30308-3243 | *Co-Defendant* |

By: _____
Hugh J. Turner Jr.

H:\USERS\Tteam\Pfizer Inc\Escambia\MDL\Filing-CorpDisclosure.not.wpd:hoe

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 5 2001

FILED
CLERK'S OFFICE

## CORPORATE DISCLOSURE STATEMENT

Pfizer International, Inc., New York, is 100% controlled by Warner Lambert Corporation, a Delaware corporation. Warner Lambert Company, Morris Plains, is owned 100% by Pfizer Inc., a Delaware company with offices in New York.

# EXHIBIT "A"

## SCHEDULE OF ACTIONS

| CASE NOS. U.S.D.C. Northern District of Florida Pensacola Division | JUDGES | PLAINTIFFS | DEFENDANTS |
|---|---|---|---|
| 3:01CV285/RV/MD | Judge Miles Davis | David L. Autry | Garlock, Inc.; Flintkote Company; Georgia-Pacific Corporation; Rapid American Corporation; Metropolitan Life Insurance Company; United States Gypsum Company; Pfizer International Inc.; Turner & Newall, PLC |
| 3:01CV286/LAC/SMN | Judge Susan M. Novotny | Byron C. Bryan and Patricia Bryan | Garlock, Inc.; Flintkote Company; Georgia-Pacific Corporation; Rapid American Corporation; Metropolitan Life Insurance Company; United States Gypsum Company; Pfizer International Inc.; Turner & Newall, PLC |
| 3:01CV287/LAC/SMN | Judge Susan M. Novotny | Henry N. Etheridge | Garlock, Inc.; Flintkote Company; Georgia-Pacific Corporation; Rapid American Corporation; Metropolitan Life Insurance Company; United States Gypsum Company; Pfizer International Inc.; Turner & Newall, PLC |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 5 2001

FILED
CLERK'S OFFICE

EXHIBIT "B"

| CASE NOS. U.S.D.C. Northern District of Florida Pensacola Division | JUDGES | PLAINTIFFS | DEFENDANTS |
|---|---|---|---|
| 3:01CV288/LAC/SMN | Judge Susan M. Novotny | Harold S. Fiscus and Ruby Fiscus | Garlock, Inc.; Flintkote Company; Georgia-Pacific Corporation; Rapid American Corporation; Metropolitan Life Insurance Company; United States Gypsum Company; Pfizer International Inc.; Turner & Newall, PLC |
| 3:01CV295/RV/SMN | Judge Susan M. Novotny | Ernest S. Gainey and Ollie Gainey | Garlock, Inc.; Flintkote Company; Georgia-Pacific Corporation; Rapid American Corporation; Metropolitan Life Insurance Company; United States Gypsum Company; Pfizer International Inc.; Turner & Newall, PLC |
| 3:01CV 294/LAC/SMN | Judge Susan M. Novotny | James C. Grant and Odessa Grant | Garlock, Inc.; Flintkote Company; Georgia-Pacific Corporation; Rapid American Corporation; Metropolitan Life Insurance Company; United States Gypsum Company; Pfizer International Inc.; Turner & Newall, PLC |
| 3:01CV296/LAC/MD | Judge Miles Davis | Willie C. Jutson and Rosalie Jutson | Garlock, Inc.; Flintkote Company; Georgia-Pacific Corporation; Rapid American Corporation; Metropolitan Life Insurance Company; United States Gypsum Company; Pfizer International Inc.; Turner & Newall, PLC |

EXHIBIT "B"

| CASE NOS. U.S.D.C. Northern District of Florida Pensacola Division | JUDGES | PLAINTIFFS | DEFENDANTS |
|---|---|---|---|
| 3:01CV293/LAC/MD | Judge Miles Davis | Tony L. Philpot and Rose Philpot | Garlock, Inc.; Flintkote Company; Georgia-Pacific Corporation; Rapid American Corporation; Metropolitan Life Insurance Company;  United States Gypsum Company; Pfizer International Inc.;  Turner & Newall, PLC |
| 3:01CV292/RV/MD | Judge Miles Davis | Clauzell Samuel | Garlock, Inc.; Flintkote Company; Georgia-Pacific Corporation; Rapid American Corporation; Metropolitan Life Insurance Company;  United States Gypsum Company; Pfizer International Inc.;  Turner & Newall, PLC |
| 3:01CV291/LAC/SMN | Judge Susan M. Novotny | Frank Sanders | Garlock, Inc.; Flintkote Company; Georgia-Pacific Corporation; Rapid American Corporation; Metropolitan Life Insurance Company;  United States Gypsum Company; Pfizer International Inc.;  Turner & Newall, PLC |
| 3:01CV290/LAC/SMN | Judge Susan M. Novotny | Charles O. Tibbs and Rosa Tibbs | Garlock, Inc.; Flintkote Company; Georgia-Pacific Corporation; Rapid American Corporation; Metropolitan Life Insurance Company;  United States Gypsum Company; Pfizer International Inc.;  Turner & Newall, PLC |
| 3:01CV289/RV/MD | Judge Miles Davis | Henry Walker Jr. and Ella Mae Walker | Garlock, Inc.; Flintkote Company; Georgia-Pacific Corporation; Rapid American Corporation; Metropolitan Life Insurance Company;  United States Gypsum Company; Pfizer International Inc.;  Turner & Newall, PLC |

**EXHIBIT "B"**

| CASE NOS. U.S.D.C. Northern District of Florida Pensacola Division | JUDGES | PLAINTIFFS | DEFENDANTS |
|---|---|---|---|
| 3:01CV284/RV/MD | Judge Miles Davis | John C. Wallace | Garlock, Inc.; Flintkote Company; Georgia-Pacific Corporation; Rapid American Corporation; Metropolitan Life Insurance Company; United States Gypsum Company; Pfizer International Inc.; Turner & Newall, PLC |

H:\USERS\Tteam\Pfizer Inc\Escambia\MDL\ScheduleofActions.wpd:cmm:hoe

EXHIBIT "B"