JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 0 2001

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-204)

On July 29, 1991, the Panel transferred 22,003 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.  Since that time, more than 70,066 additional actions have been transferred to the Eastern District of Pennsylvania.  With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the opinion and order of July 29, 1991, 771 F.Supp. 415, as corrected on October 1, 1991, October 18, 1991, November 22, 1991, December 9, 1991, January 16, 1992, and March 5, 1992, and with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania.  The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT - 9 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IMAGED OCT 10 '01

# SCHEDULE CTO—204 — TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

<u>District</u> <u>Div</u> <u>Civil Action #</u>

**ALABAMA NORTHERN**
ALN     2  01-1288          Vines v. Birmingham Southern Railroad Co.

**CALIFORNIA NORTHERN**
~~CAN     3  01-3153          Delk, et al. v. A.P. Green Industries, Inc., et al.~~   Vacated 10/05/01

**ILLINOIS CENTRAL**
ILC     1  01-1049          Thomas, etc. v. ACandS, Inc., et al.

**ILLINOIS NORTHERN**
ILN     1  92-5406          Watts v. Flintkote Co., et al.
ILN     1  92-6903          Taylor, etc. v. Flintkote Co., et al.
ILN     1  92-7335          May v. Flintkote Co., et al.
ILN     1  94-3436          Poore, etc. v. Flintkote Co., et al.
ILN     1  94-4956          Bolding v. Flintkote Co., et al.
ILN     1  94-5399          Peoples v. Flintkote Co., et al.
ILN     1  94-5616          Trudeau v. Flintkote Co., et al.
ILN     1  94-6167          Summers, etc. v. Flintkote Co., et al.
ILN     1  94-6250          Anderson v. Flintkote Co., et al.
ILN     1  94-7444          Nix v. Flintkote Co., et al.
ILN     1  96-1494          Milam, etc. v. Flintkote Co., et al.
ILN     1  99-1864          Anderson v. Flintkote Co., et al.
ILN     1  99-4616          Stilley, etc. v. Flintkote Co., et al.

**INDIANA NORTHERN**
INN     1  01-300           Davis v. ACandS, Inc., et al.

**LOUISIANA WESTERN**
~~LAW     2  01-914           Schamerhorn, etc. v. United States Dept. of Army~~   Opposed 10/05/01

**MARYLAND**
MD      1  01-2385          Eurice v. ACandS, Inc., et al.

**MAINE**
ME      2  01-195           Morrison, et al. v. Metropolitan Life Insurance Co., et al.

**MINNESOTA**
MN      0  01-1566          Debler, et al. v. Burlington Northern & Santa Fe Railway Co.
MN      0  01-1567          Simons, et al. v. Burlington Northern & Santa Fe Railway Co.

**MISSOURI WESTERN**
MOW     4  01-917           Stevens v. Burlington Northern & Santa Fe Railway Co.
MOW     4  01-918           Atkinson v. Burlington Northern & Santa Fe Railway Co.

**MISSISSIPPI SOUTHERN**
MSS     1  00-577           Foley v. American Standard, Inc., et al.

**NORTH CAROLINA MIDDLE**
NCM     1  01-754           Linder v. ACandS, Inc., et al.
NCM     1  01-769           Turner, et al. v. ACandS, Inc., et al.

**NORTH CAROLINA WESTERN**
NCW     1  01-184           Wells, et al. v. ACandS, Inc., et al.
NCW     5  01-139           Meadows v. ACandS, Inc., et al.
NCW     5  01-141           Lineberger, et al. v. ACandS, Inc., et al.
NCW     5  01-142           Richmond, et al. v. ACandS, Inc., et al.

**OKLAHOMA WESTERN**
OKW     5  01-1191          Vaughn v. A.P. Green Industries, Inc., et al.

**SOUTH CAROLINA**
SC      2  01-3234          Anderson, etc. v. ACandS, Inc., et al.
SC      2  01-3235          Coker, et al. v. ACandS, Inc., et al.
SC      2  01-3448          Knight v. ACandS, Inc., et al.
SC      8  01-3256          Roper, et al. v. ACandS, Inc., et al.
SC      8  01-3257          Long, et al. v. ACandS, Inc., et al.