JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT. 17, 2001

MICHAEL J. BECK
CLERK OF THE PANEL

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, MOREY L. SEAR, BRUCE M. SELYA, JULIA SMITH GIBBONS, D. LOWELL JENSEN, AND J. FREDERICK MOTZ, JUDGES OF THE PANEL

### HEARING SESSION ORDER

IT IS ORDERED that on November 29, 2001, a hearing session will be held in New Orleans, Louisiana, to consider the matters on the attached Schedule under 28 U.S.C. §1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

IMAGED OCT 18 '01

SCHEDULE OF MATTERS FOR HEARING SESSION
November 29, 2001 -- New Orleans, Louisiana


SECTION A
MATTERS DESIGNATED FOR ORAL ARGUMENT


MDL-1430 -- In re Lupron Marketing and Sales Practices Litigation

Motion of defendants TAP Pharmaceutical Products, Inc., and Abbott Laboratories for centralization of the following actions in the United States District Court for the Northern District of Illinois:


Northern District of Illinois

*Leroy Townsend v. TAP Pharmaceutical Products, Inc., et al.,* C.A. No. 1:01-4435

District of Massachusetts

*William Porter v. TAP Pharmaceutical Products, Inc., et al.,* C.A. No. 1:01-10861
*Beacon Health Plans, Inc. v. TAP Pharmaceutical Products, Inc., et al.,*
   C.A. No. 1:01-10897
*Joseph P. Maczak v. TAP Pharmaceutical Products, Inc., et al.,* C.A. No. 1:01-11053


MDL-1431 -- In re Baycol Products Liability Litigation

Motion of plaintiff Diane Rosenthal for centralization of certain of the following actions in the United States District Court for the Western District of Pennsylvania; motion of plaintiffs Ronald Cohen, et al., for centralization of certain of the following actions in the United States District Court for the Northern District of Illinois; motion of plaintiff Otis Smithe for centralization of certain of the following actions in the United States District Court for the District of Connecticut; motion of plaintiff Evelyn Sternberg for centralization of certain of the following actions in the United States District Court for the Eastern District of New York; motion of plaintiffs Raymond Dubberly and William J. Krohn for centralization of certain of the following actions in the United States District Court for the District of Minnesota; and motion of plaintiff Steven L. Sparks for centralization of certain of the following actions in the United States District Court for the Western District of Oklahoma:


Northern District of Alabama

*Mary Swink v. Bayer, A.G., et al.,* C.A. No. 1:01-2275

Schedule of Matters for Hearing Session, Section A                              p. 2
New Orleans, Louisiana

MDL-1431 (Continued)

### Southern District of California

*Arnold Stauss v. Bayer Corp.*, C.A. No. 3:01-1650

### District of Connecticut

*Otis Smithe v. Bayer Corp., et al.*, C.A. No. 3:01-1570
*Susan Corasio v. Bayer, A.G., et al.*, C.A. No. 3:01-1699

### Middle District of Florida

*Dolores Canter v. Bayer Corp.*, C.A. No. 8:01-1543

### Northern District of Florida

*Melissa Elaine Smith v. Bayer Corp.*, C.A. No. 4:01-406

### Northern District of Illinois

*Ronald Cohen, et al. v. Bayer, A.G., et al.*, C.A. No. 1:01-6257

### Southern District of Illinois

*Ronald Weber v. Group Bayer, et al.*, C.A. No. 3:01-545

### District of Kansas

*Ronald O. Davis v. Bayer, A.G., et al.*, C.A. No. 6:01-1272
*Juanita Boling v. Bayer, A.G., et al.*, C.A. No. 6:01-1273

### Eastern District of Louisiana

*Linda Schexnayder v. Bayer Corp.*, C.A. No. 2:01-2495
*John J. Fritzinger, et al. v. Bayer Corp., et al.*, C.A. No. 2:01-2850

MDL-1431 (Continued)

### Middle District of Louisiana

*Ada Jackson, et al. v. Bayer Corp.*, C.A. No. 3:01-771

### Western District of Louisiana

*Carol Arlene Naegele, et al. v. Bayer Corp., et al.*, C.A. No. 2:01-1684
*William Scott Clark, et al. v. Bayer Corp.*, C.A. No. 6:01-1846

### Eastern District of Michigan

*Ionel Glazer v. Bayer, A.G., et al.*, C.A. No. 2:01-73314

### District of Minnesota

*Raymond Dubberly v. Bayer Corp.*, C.A. No. 0:01-1594
*William J. Krohn v. Bayer Corp.*, C.A. No. 0:01-1624

### Southern District of Mississippi

*Johnson Lee Davis, etc. v. Bayer Consumer Care*, C.A. No. 4:01-258

### District of New Jersey

*Salvatore Galasso v. Bayer Corp., et al.*, C.A. No. 2:01-3885
*Lora Gautier v. Bayer Corp., et al.*, C.A. No. 2:01-4245

### District of New Mexico

*Ina Mitchell, et al. v. Bayer Corp.*, C.A. No. 1:01-1041

MDL-1431 (Continued)

### Eastern District of New York

*Evelyn Sternberg v. Bayer, A.G., et al.*, C.A. No. 1:01-5557

### Northern District of Ohio

*Heriberto Rivera v. Bayer Corp., et al.*, C.A. No. 1:01-2117

### Western District of Oklahoma

*Steven L. Sparks v. Bayer Corp.*, C.A. No. 5:01-1265
*Jack Hartman v. Bayer, A.G., et al.*, C.A. No. 5:01-1506
*Gloria Dowling v. Bayer, A.G., et al.*, C.A. No. 5:01-1507

### Western District of Pennsylvania

*Diane Rosenthal v. Bayer Corp.*, C.A. No. 2:01-1574
*Arnold Seiffer v. Bayer Corp., et al.*, C.A. No. 2:01-1583
*Gloria Lighter v. Bayer Corp.*, C.A. No. 2:01-1604
*Barbara Elias-Vecchione v. Bayer Corp., et al.*, C.A. No. 2:01-1606
*Raymond L. Roberts v. Bayer Corp.*, C.A. No. 2:01-1617
*Patricia Srsich, et al. v. Bayer Corp., et al.*, C.A. No. 2:01-1618
*Patricia Hickerson v. Bayer Corp., et al.*, C.A. No. 2:01-1666
*Maude E. Jones v. Bayer Corp.*, C.A. No. 2:01-1670
*Doyle Woods v. Bayer Corp., et al.*, C.A. No. 2:01-1702

## MDL-1432 -- In re DaimlerChrysler Corp. Brake-Shift Interlock Products Liability Litigation

Motion of defendant DaimlerChrysler Corporation for centralization of the following actions in the United States District Court for the Northern District of Georgia:

### Northern District of Georgia

*Carolyn Hyman, et al. v. DaimlerChrysler Corp.*, C.A. No. 1:01-734

Schedule of Matters for Hearing Session, Section A                                   p. 5
New Orleans, Louisiana

MDL-1432 (Continued)

#### Middle District of North Carolina

*Gary Cogburn, et al. v. DaimlerChrysler Corp., et al.*, C.A. No. 1:01-546

#### Northern District of West Virginia

*Cheryl R. Tweel v. DaimlerChrysler Corp.*, C.A. No. 5:01-40

## MDL-1433 -- In re Tidelands Oil & Gas Corp. Contract Litigation

Motion of Tidelands Oil & Gas Corporation for centralization of the following actions in the United States District Court for the Southern District of Texas:

#### Northern District of Georgia

*Swartz Private Equity, LLC v. Tidelands Oil & Gas Corp.*, C.A. No. 1:01-1875

#### Southern District of Texas

*Tidelands Oil & Gas Corp. v. Swartz Private Equity, LLC*, C.A. No. 2:01-260

## MDL-1435 -- In re Wireless Telephone Replacement Protection Programs Litigation

Motion of defendants Verizon Wireless, Inc., ALLTEL Corporation, and Sprint Communications Company, L.P., for centralization of the following actions in the United States District Court for the Northern District of Illinois:

#### Southern District of Georgia

*Joseph R. Wilson v. Sprint Communications Co., L.P.*, C.A. No. 4:01-200

#### Western District of Pennsylvania

*Gregory E. Greiff v. Verizon Wireless, Inc.*, C.A. No. 2:01-1647
*Elaine Ehrheart v. ALLTEL Corp.*, C.A. No. 2:01-1658

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs Don Mosley, et al., Steve J. Lukac, Paula A. Kubik, William Yorath, Matthew A. Haggerty, Davis A. Steiner, Orvil Dale Keeling, et al., and Ava Lee Collins to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

### Southern District of Mississippi

*Don Mosley, et al. v. ACandS, Inc., et al.*, C.A. No. 1:01-251

### Northern District of Ohio

*Steve J. Lukac v. Gatx Corp.*, C.A. No. 1:01-20000
*Paula A. Kubik v. Gatx Corp.*, C.A. No. 1:01-20001

### District of Oregon

*William Yorath v. A.P. Green Refractories Co., et al.*, C.A. No. 3:01-1176
*Matthew A. Haggerty v. A.P. Green Refractories Co., et al.*, C.A. No. 3:01-1177
*Davis A. Steiner v. A.P. Green Refractories Co., et al.*, C.A. No. 3:01-1178
*Orvil Dale Keeling, et al. v. A.P. Green Refractories Co., et al.*, C.A. No. 3:01-1179

### Southern District of Texas

*Ava Lee Collins v. Blue Tee Corp.*, C.A. No. 4:01-2339

MDL-1061 -- In re Prudential Insurance Company of America Sales Practices Litigation

Opposition of plaintiffs Annie Dickowski, et al., to transfer of the following action to the United States District Court for the District of New Jersey:

### Central District of California

*Annie Dickowski, et al. v. Prudential Insurance Co. of America, et al.,*
   C.A. No. 2:01-5650

MDL-1096 -- In re Crown Life Insurance Company Premium Litigation

Opposition of plaintiff Roosevelt McCorvey, M.D., to transfer of the following action to the United States District Court for the Southern District of Texas:

### Middle District of Alabama

*Roosevelt McCorvey, M.D. v. Crown Life Insurance Co., et al.,* C.A. No. 2:01-830

MDL-1122 -- In re Jackson National Life Insurance Company Premium Litigation

Oppositions of plaintiffs Buford B. Jones and Thelma B. Gales, et al., and defendant John Corder to transfer of their respective following actions to the United States District Court for the Western District of Michigan:

### Northern District of Mississippi

*Buford B. Jones v. Jackson National Life Insurance Co.,* C.A. No. 4:01-161

### Southern District of Mississippi

*Thelma B. Gales, et al. v. Jackson National Life Insurance Co., et al.,*
   C.A. No. 5:01-151

## MDL-1148 -- In re Latex Gloves Products Liability Litigation

Opposition of plaintiff Karen Swinson to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

### District of Arizona

*Karen Swinson v. Baxter Healthcare Corp., et al.*, C.A. No. 4:01-378

## MDL-1179 -- In re General American Life Insurance Company Sales Practices Litigation

Oppositions of plaintiffs Joe D. Clark, et al., Thelma Brooks-Geeter, et al., and Terry L. Stennis, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Missouri:

### Southern District of Mississippi

*Joe D. Clark, et al. v. General American Life Insurance Co., et al.*,
   C.A. No. 2:01-153
*Thelma Brooks-Geeter, et al. v. General American Life Insurance Co., et al.*,
   C.A. No. 4:01-110
*Terry L. Stennis, et al. v. General American Life Insurance Co., et al.*,
   C.A. No. 4:01-111

## MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation

Oppositions of plaintiffs Sherry Malbin and Sandra Anderson, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

### Southern District of Florida

*Sherry Malbin v. American Home Products Corp., et al.*, C.A. No. 1:01-3248

### Eastern District of Louisiana

*Sandra Anderson, et al. v. American Home Products Corp., et al.*, C.A. No. 2:01-2143

## MDL-1293 -- In re Natural Gas Royalties Qui Tam Litigation

Opposition of plaintiff Craig A. Clayton to transfer of the following action to the United States District Court for the District of Wyoming:

### Eastern District of Texas

*Craig A. Clayton, et al. v. Tesoro Petroleum Companies, Inc., et al.*,
  C.A. No. 9:00-111

## MDL-1331 -- In re Nicaraguan Contra/Narcotics Trafficking Litigation

Opposition of plaintiff Leroy Carman, Jr., to transfer of the following action to the United States District Court for the Northern District of Florida:

### District of Maryland

*Leroy Carman, Jr. v. Janet Reno, et al.*, C.A. No. 1:00-3619

## MDL-1337 -- In re Holocaust Era German Industry, Bank & Insurance Litigation

Opposition of plaintiffs Chava Steiner Anderman, et al., to transfer of the following action to the United States District Court for the District of New Jersey:

### Central District of California

*Chava Steiner Anderman, et al. v. Federal Republic of Austria, et al.*,
  C.A. No. 2:01-1769

## MDL-1348 -- In re Rezulin Products Liability Litigation

Oppositions of plaintiffs Arthur C. Mosley, etc., Lorraine Cox, etc., and Adolph Bothe, et al., to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### Southern District of Alabama

*Arthur C. Mosley, etc. v. Warner-Lambert Co., et al.*, C.A. No. 1:01-555

### District of Nebraska

*Lorraine Cox, etc. v. Parke-Davis, et al.*, C.A. No. 4:01-397

### Southern District of Texas

*Adolph Bothe, et al. v. Warner-Lambert Co., et al.*, C.A. No. 4:01-1964

## MDL-1355 -- In re Propulsid Products Liability Litigation

Opposition of plaintiff Ella Henson, etc., to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

### Southern District of Alabama

*Ella Henson, etc. v. Johnson & Johnson, et al.*, C.A. No. 1:01-520

## MDL-1373 -- In re Bridgestone/Firestone, Inc., Tires Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Southern District of Indiana:

### Northern District of Alabama

*Bianca Richardson v. Ford Motor Co., et al.*, C.A. No. 4:01-1641

MDL-1373 (Continued)

### Central District of California

*Song Il Pak v. Ford Motor Co., et al.*, C.A. No. 2:01-5867
*Christine Hills, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 2:01-7972

### Southern District of California

*Craig Nielsen, et al. v. Ford Motor Co., et al.*, C.A. No. 3:01-1188
*Tonya Johnson, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 3:01-1473

### Middle District of Florida

*Jackalyn Majors, etc. v. Ford Motor Co., et al.*, C.A. No. 6:01-736

### Southern District of Georgia

*James Echevarria, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 2:01-134
*Charles I. Webb v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 2:01-135
*David S. Tirado, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 2:01-136

### Southern District of Mississippi

*Tom Rice, et al. v. Magdalene Glatfelter, et al.*, C.A. No. 3:01-590

### Eastern District of Texas

*Munif Ali Gattas Bultaif, et al. v. Bridgestone/Firestone, Inc., et al.*,
   C.A. No. 1:01-510
*William C. Young v. Ford Motor Co., et al.*, C.A. No. 1:01-527
*Victor Manuel Coronado Velasquez, et al. v. Bridgestone/Firestone, Inc., et al.*,
   C.A. No. 1:01-556

### Southern District of Texas

*Laura Leticia Valadez Gamez, et al. v. Ford Motor Co., et al.*, C.A. No. 5:01-111

## MDL-1387 -- In re ProteGen Sling and Vesica System Products Liability Litigation

Opposition of plaintiffs Debra Dace, et al., to transfer of the following action to the United States District Court for the District of Maryland:

### Eastern District of Arkansas

*Debra Dace, et al. v. Boston Scientific Corp.*, C.A. No. 4:01-441

## MDL-1390 -- In re Life Insurance Co. of Georgia Industrial Life Insurance Litigation

Opposition of plaintiffs Fred Butler, et al., to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

### Middle District of Alabama

*Fred Butler, et al. v. Life Insurance Co. of Georgia*, C.A. No. 3:01-484

## MDL-1393 -- In re Cooper Tire & Rubber Co. Tires Products Liability Litigation

Oppositions of plaintiffs Larry R. McKinney, Mary E. Bergeron, and Juliet Albertson to transfer of their respective following actions to the United States District Court for the Southern District of Ohio:

### District of Colorado

*Larry R. McKinney v. Cooper Tire & Rubber Co.*, C.A. No. 1:01-1450

### District of New Hampshire

*Mary E. Bergeron v. Cooper Tire & Rubber Co.*, C.A. No. 1:01-254

### Western District of Washington

*Juliet Albertson v. Cooper Tire & Rubber Co.*, C.A. No. 3:01-5400

## MDL-1401 -- In re Inter-Op Hip Prosthesis Products Liability Litigation

Oppositions of plaintiffs Kirk Kimmerling, D.D.S., et al., Joseph Romeo, et al., Sharon Warsaw, et al., Robert A. Haines, Phyllis Martin, Alfred Smith, et al., June E. Rouleau, Marcelina Araujo, Mari Boocock, et al., Robert A. Graves, Jr., and Ruby Ilene Peach to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:

### Northern District of Georgia

*Kirk Kimmerling, D.D.S., et al. v. Sulzer Orthopedics, Inc.*, C.A. No. 1:01-858

### District of Maryland

*Joseph Romeo, et al. v. Sulver Orthopedics, Inc., et al.*, C.A. No. 8:01-995
*Sharon Warsaw, et al. v. Sulzer Orthopedics, Inc., et al.*, C.A. No. 8:01-1939

### Western District of Michigan

*Robert A. Haines v. Sulzer Orthopedics, Inc.*, C.A. No. 1:01-336

### District of New Jersey

*Phyllis Martin v. Sulzer Orthopedics, Inc.*, C.A. No. 2:01-1001
*Alfred Smith, et al. v. Sulzer Orthopedics, Inc., et al.*, C.A. No. 2:01-2696
*June E. Rouleau v. Sulzer Orthopedics, Inc., et al.*, C.A. No. 2:01-2697
*Marcelina Araujo v. Sulzer Orthopedics, Inc., et al.*, C.A. No. 2:01-2698

### District of South Dakota

*Mari Boocock, et al. v. Sulzer Orthopedics, Inc.*, C.A. No. 3:01-3010

### Middle District of Tennessee

*Robert A. Graves, Jr. v. Sulzer Orthopedics, Inc.*, C.A. No. 3:01-594
*Ruby Ilene Peach v. Sulzer Medica, et al.*, C.A. No. 3:01-610

MDL-1406 -- In re California Retail Natural Gas and Electricity Antitrust Litigation

Opposition of plaintiff Philip Hackett to transfer of the following action to the United States District Court for the District of Nevada:


### Northern District of California

*Philip Hackett v. El Paso Corp., et al.*, C.A. No. 3:01-2289


MDL-1419 -- In re K-Dur Antitrust Litigation

Opposition of plaintiff Rena Bellows to transfer of the following action to the United States District Court for the District of New Jersey:


### Western District of Tennessee

*Rena Bellows v. Schering-Plough Corp., et al.*, C.A. No. 2:01-2403

## PROCEDURES FOR ORAL ARGUMENT BEFORE THE
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001). Rule 16.1(g) allows a maximum of twenty minutes for oral argument in each matter. In most cases, however, less time is necessary for the expression of all views and the Panel reserves the prerogative of reducing the time requested by counsel. Accordingly, counsel should be careful not to overstate the time requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria. <u>See generally</u> <u>In re "East of the Rockies" Concrete Pipe Antitrust Cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L. 1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

## RULE 16.1: HEARING SESSIONS AND ORAL ARGUMENT

(a)     Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)     Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)     No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
  (i)     the dispositive issue(s) have been authoritatively decided; or
  (ii)    the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)     In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)     Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)     Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)     Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.