JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL    875

OCT 1 7 2001

FILED
CLERK'S OFFICE

PLEADING NO. 3297

1

2

3

4

5

6

7

8

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875

IN RE ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| MATTHEW A. HAGGERTY, ) | **RESPONSE OF DEFENDANT** |
| ) | **METALCLAD INSULATION** |
| Plaintiff, ) | **CORPORATION TO MOTION TO** |
| vs. ) | **VACATE CONDITIONAL TRANSFER** |
| ) | **ORDER** |
| A.P. GREEN REFRACTORIES, ) | |
| ) | OR Case No. 01-01177-PA |
| Defendants. ) | |
| WILLIAM YORATH, ) | |
| ) | |
| Plaintiff, ) | OR Case No. 01-01176-PA |
| vs. ) | |
| ) | |
| A.P. GREEN REFRACTORIES CO, et al., ) | |
| ) | |
| Defendants. ) | |
| DAVID STEINER, ) | |
| ) | |
| Plaintiff, ) | OR Case No. 01-01178-PA |
| vs. ) | |
| ) | |
| A P GREEN REFRACTORIES CO., et al, ) | |
| ) | |
| Defendants. ) | |
| ORVIL KEELING, ) | |
| ) | OR Case No. 01-01179-PA |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| A.P. GREEN REFRACTORIES CO., et al., ) | |
| ) | |
| Defendants. ) | |

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

RESPONSE OF DEF METALCLAD INSULATION
CORP TO MOTION TO VACATE CTO -1

**OFFICIAL FILE COPY**

IMAGED  OCT 2 4 '01

ORIGINAL

STAFFORD FREY COOPER
*PROFESSIONAL CORPORATION*

A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900
FACSIMILE (206) 624-6885

1

2      Metalclad Insulation Corporation opposes plaintiff's Motion to Vacate the Conditional

3 Transfer Order issued in this case for the following reasons:  1)  these actions are subject

4 to federal court jurisdiction and 2) the Panel has already found that asbestos cases involve

5 common questions of fact and that centralization best serves the convenience of the parties

6

7 and the witnesses and promotes just and efficient conduct of the litigation.

8

9      1.    These actions are subject to federal court jurisdiction

10      Plaintiffs have filed Motions to Remand, which have been granted.  Defendant

11 Metalclad Insulation has filed a Motion for Reconsideration based upon the written decision

12 of another judge in the same district court (USDC OR) on the same issue.  The two

13 decisions directly contradict each other and in the interests of inter-court comity, Defendant

14 is in the process of filing a motion for reconsideration.

15

16      The sole issue on the Motion for Remand was whether or not the fraudulent joinder

17 of a state court defendant must be ascertained from the initial pleading filed in a case or

18 can be determined from later pleadings and facts.  The District Court judge to whom these

19 cases were assigned held the fraudulent joinder must be ascertainable from the original

20 pleading filed in a case.  Three days later, Defendant Metalclad Insulation learned of a

21 August 31, 2001 opinion by another Oregon District Court judge holding that to determine

22 whether a defendant was fraudulently joined, the court is not limited to the allegations in the

23

24 complaint.   It is Defendant Metalclad's position that the fraudulent joinder bars remand

25 whether or not such fraudulent joinder is apparent in the complaint.

26

RESPONSE OF DEF METALCLAD INSULATION
CORP TO MOTION TO VACATE CTO -2

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION

A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900
FACSIMILE (206) 624-6885

1    Because the record on the motions to remand establishes that the local defendants were

2    fraudulently joined, there is federal diversity jurisdiction.

3

4        2.    <u>Transferring these cases will promote just and efficient conduct of the litigation</u>

5              The Panel has held "On the basis of the papers filed and the hearing held, the Panel

6    finds that the actions in this litigation involve common questions of fact relating to injuries or

7    wrongful death allegedly caused by exposure to asbestos or asbestos containing products,

8    and that centralization under § 1407 in the Eastern District of Pennsylvania will best serve

9    the convenience of the parties and witnesses and promote the just and efficient conduct of

10   this litigation." <u>Re Asbestos Products Liability Litigation (1991, Jud Pan Mult Lit) 771 F</u>

11   <u>Supp 415, 417.</u>   The Panel addressed the fact that counsel may argue transfer is

12   inappropriate in certain cases but held it "must weigh the interests of  all the plaintiffs and

13   all the defendants, and must consider multiple litigation as a whole in the light of the

14   purposes of the law. <u>In re Multidistrict Private Civil Treble Damage Litigation Involving</u>

15   <u>Library Editions of Children's Books, 297 F. Supp. 385, 386 (J.P.M.L. 1968)</u>. It is this

16   perspective that leads us to conclude that centralization in a single district of all pending

17   federal personal injury and wrongful death asbestos actions is necessary" <u>Id at 420.</u>

18    //

19    //

20    //

21    //

22    //

23    //

24

25

26

RESPONSE OF DEF METALCLAD INSULATION
CORP TO MOTION TO VACATE CTO -3

Q:\CLIENTS\ASBESTOS\OREGON\STEINER\METALCLAD\RESP MOT VACATE.DOC

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION

A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900
FACSIMILE (206) 624-6885

1                                CONCLUSION

2          Defendant respectfully requests these cases be transferred to MDL-875 pursuant to

3   prior orders of the Panel.

4          DATED: October 12, 2001.

5                                          STAFFORD FREY COOPER

6

7

8                                 By _____

9                                    Katherine M. Steele WSBA 11927
                                     J. William Ashbaugh, OSBA #91197

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

RESPONSE OF DEF METALCLAD INSULATION
CORP TO MOTION TO VACATE CTO -4

Q:\CLIENTS\ASBESTOS\OREGON\STEINER\METALCLAD\RESP MOT VACATE.DOC

STAFFORD FREY COOPER
*PROFESSIONAL CORPORATION*

A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900
FACSIMILE (206) 624-6885

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 1 7 2001

FILED
CLERK'S OFFICE

1

2

3

4

5

6

7          BEFORE THE JUDICIAL PANEL
           ON MULTIDISTRICT LITIGATION
           MDL DOCKET NO. 875

8

          IN RE ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI)

9

| | | |
|---|---|---|
| MATTHEW A. HAGGERTY, | ) | CERTIFICATE OF SERVICE |
| Plaintiff, | ) | OR Case No. 01-01177-PA |
| vs. | ) | |
| A.P. GREEN REFRACTORIES, | ) | |
| Defendants. | ) | |
| WILLIAM YORATH, | ) | |
| Plaintiff, | ) | OR Case No. 01-01176-PA |
| vs. | ) | |
| A.P. GREEN REFRACTORIES CO, et al., | ) | |
| Defendants. | ) | |
| DAVID STEINER, | ) | |
| Plaintiff, | ) | OR Case No. 01-01178-PA |
| vs. | ) | |
| A P GREEN REFRACTORIES COMPANY, et al, | ) | |
| Defendants. | ) | |
| ORVIL KEELING, | ) | |
| Plaintiff, | ) | OR Case No. 01-01179-PA |
| vs. | ) | |
| A.P. GREEN REFRACTORIES CO., et al., | ) | |
| Defendants. | ) | |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE -1

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION

A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900
FACSIMILE (206) 624-6885

Q:\CLIENTS\ASBESTOS\OREGON\STEINER\METALCLAD\MDLSERVICE.DOC

ORIGINAL

1   I hereby certify that I served the following documents: (1) Response of Defendant Metalclad

2   Insulation Corporation to Motion to Vacate Conditional Transfer Order; and (2) Certificate of

3   Service  **on:**        **SEE ATTACHED PANEL SERVICE LIST**

4
    by **mailing** a true and correct copy on October 15th in a sealed, first-class postage prepaid
5
    envelope, addressed to the attorneys listed above, to the last known office address of the
6
7   attorney, deposited same with the United States postal Service at Seattle, WA; and on the

8   date set forth below served on plaintiff's attorney via Federal Express priority overnight

9   mail.

10
            DATED:  October 15, 2001.
11

12                                          By *Kathy J. Titterington*
                                            Kathy J. Titterington,
13                                          Legal Assistant

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE -2

STAFFORD FREY COOPER
———— PROFESSIONAL CORPORATION

A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900
FACSIMILE (206) 624-6885

Q:\CLIENTS\ASBESTOS\OREGON\STEINER\METALCLAD\MDLSERVICE.DOC

**PANEL SERVICE LIST (Excerpted from CTO-203)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Lori K. Dedobbelaere
Dunn, Carney, Allen, Higgins & Tongue
851 S.W. 6th Avenue
Suite 1500
Portland, OR  97204

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH  44114

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA  19106

James Case
Case & Dusterhoff, L.L.P.
9800 S.W. Beaverton Hillsdale Highway
Suite 200
Beaverton, OR  97005

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA  19103

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH  44115

James H. Gidley
Perkins Coie
1211 S.W. Fifth Avenue
1500 PACWest Bldg.
Portland, OR  97204

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC  20036

Howard Hall
Wolfstone, Panchot & Bloch
801 Second Avenue
1500 Norton Building
Seattle, WA  98104

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA  15222

Susan M. Hanson
Stich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN  55401

Leslie F. Darby
Lindsay, Hart, Neil & Weigler
1300 SW 5th Avenue
Suite 3400
Portland, OR  97201

James L. Hiller
Hitt, Hiller & Monfils, LLP
510 S.W. 3rd Avenue
Suite 309
Portland, OR  97204

John C. DeVoe, Jr.
Dunn, Carney, Allen, Higgins & Tongue
851 S.W. 6th Avenue
Suite 1500
Portland, OR  97204

Diane J. Kero
Gordon, Thomas, Honeywell, Malanca, et al.
One Union Square, Suite 2100
600 University
Seattle, WA  98101

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH  44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA  19102

Stephen P. McCarthy
Lane Powell Spears & Lubersky
601 SW Second Avenue
Suite 2100
Portland, OR  97204

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

Jeffrey S. Mutnick
Landye, Benett & Blumstein
3500 Wells Fargo Center
1300 S.W. Fifth Avenue
Portland, OR  97201

George S. Pitcher
Tooze, Duden, Creamer, Frank & Hutchison
333 S.W. Taylor Street
Portland, OR  97204

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX  77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA  90025

John M. Silk
Wilson, Smith, Cochran & Dickerson
1700 Financial Center
1215 4th Avenue
Seattle, WA  98161

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA  19102

Roger K. Stroup
Bodyfelt, Mount, Stroup & Chamberlain
65 SW Yamhill Street
300 Powers Building
Portland, OR  97204

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI  48226

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA  52406

Bruce M. White
Mitchell, Lang & Smith
101 Southwest Main Place
2000 One Main Place
Portland, OR  97204