MDL 875

# LIPSITZ & PONTERIO, LLC
## ATTORNEYS AT LAW

JOHN P. COMERFORD*
NAN L. HAYNES
JOHN NED LIPSITZ
NEIL J. McKINNON**
MICHAEL A. PONTERIO

NICHOLAS CHURCHILL
LEGAL ASSISTANT

* also admitted in Massachusetts
** also admitted in District of Columbia

135 DELAWARE AVENUE
SUITE 506
BUFFALO, NEW YORK 14202-2410
(716) 849-0701

FAX: (716) 849-0708
(NOT FOR SERVICE OF PROCESS)

WEB: WWW.ASBESTOSATTY.COM
E-MAIL: ASBESTOS@ASBESTOSATTY.COM

OF COUNSEL:
HENRY D. GARTNER

NIAGARA FALLS OFFICE:
345 THIRD STREET, SUITE 450
P.O. BOX 788
NIAGARA FALLS, NY 14303
TELEPHONE: (716) 804-0517

(PLEASE ADDRESS ALL
CORRESPONDENCE TO BUFFALO OFFICE)

October 16, 2001

## NOTICE OF OPPOSITION TO TRANSFER

**VIA FACSIMILE (202) 502-2888**
**AND REGULAR MAIL**

Michael J. Beck
Clerk of the Panel
Judicial Panel of Multidistrict Litigation
One Columbus Circle N.E.
Federal Judiciary Building
Suite G-255 North Lobby
Washington, DC 20002-8004

Re: Antonio, et al. vs. Amchem Products, Inc., et al.
Civil Action No. 01 CV 0605S(SC)

Dear Mr. Beck:

Lipsitz & Ponterio, LLC represents the plaintiffs in the above-referenced state law claim for breach of contract. We oppose transfer of this matter from the Western District of New York to the MDL No. 875 docket in the Eastern District of Pennsylvania because pre-trial proceedings coordinated or consolidated with unrelated actions for personal injury or wrongful death would hinder rather than promote the just and efficient conduct of this litigation.

This action is for the defendants' breach of four separate settlement agreements negotiated by defendant, Center for Claims Resolution (hereinafter "CCR"), as sole agent for the other defendants. Each of the four agreements involved several of the 42 individual plaintiffs. Each plaintiff was diagnosed with asbestos-related disease and filed one or more lawsuits in New York State. The four agreements collectively settled plaintiffs' claims for personal injuries and wrongful death alleging exposure to the asbestos containing products of one or more members of the CCR.

IMAGED OCT 24 '01      OFFICIAL FILE COPY

Michael J. Beck
October 16, 2001
Page 2

In exchange for defendants' joint and several promise to pay the settlements in full, each plaintiff executed a release prepared by defendant CCR and delivered those releases to the CCR in accordance with the timetable prescribed by the CCR. Each plaintiff has endured hardship, personal grief, economic loss, and unending Court procedures. They legitimately believed their endless wait for justice in these matters was over via the settlement agreements.

Plaintiffs commenced this action in New York State Supreme Court by the filing of a motion for summary judgment in lieu of complaint on July 26, 2001. This expedious civil procedure is available in New York State Supreme Court only on a claim, such as the present one, that is based on "an instrument for the payment of money only" or on a judgment. N.Y.Civ.Prac. L.& R. 3213. The plaintiffs' motion papers required the defendants to appear and argue the motion for summary judgment in New York Supreme Court on October 4, 2001.

The plaintiffs have not yet had the opportunity to argue their motion for summary judgment because on August 26, 2001 some of the defendants removed the present action to United States District Court, Western District of New York on their assertion that the action could have an effect on the bankruptcy of Armstrong World Industries, Inc. Armstrong is not even a party to this action. Plaintiffs have fully briefed a motion for dismissal and remand or abstention and remand already scheduled for oral argument in the Western District of New York on November 28, 2001.

The only legal issue is whether given the language in the release prepared by CCR the defendants are jointly and severally liable under New York State law. It is respectfully submitted this issue should be decided expeditiously by a judge sitting in New York State.

Respectfully submitted,

LIPSITZ & PONTERIO, LLC

By: Nan L. Haynes

JNL:ds
cc: All Counsel of Record

## COUNSEL LIST

Bonnie T. O'Connor, Esq.
Smith, Murphy & Schoepperle
**Counsel for Defendants**
**Amchem Products, Inc.**
**Center for Claims Resolution**
**Certain Teed Corporation**
**C.E. Thurston & Sons, Inc.**
**Dana Corporation**
**I.U. North America, Inc.**
**Maremont Corporation**
**National Service Industries, Inc.**
**Nosroc Corp.**
**Pfizer, Inc.**
**Quigley Company, Inc.**
**Union Carbide Corporation**
786 Ellicott Square Bldg.
Buffalo, NY 14203

Judith Yavitz, Esq.
Anderson, Kill & Olick, P.C.
**Counsel for Defendants**
**Amchem Products, Inc.**
**Center for Claims Resolution**
**Certain Teed Corporation**
**C.E. Thurston & Sons, Inc.**
**Dana Corporation**
**I.U. North America, Inc.**
**Maremont Corporation**
**National Service Industries, Inc.**
**Nosroc Corp.**
**Pfizer, Inc.**
**Quigley Company, Inc.**
**Union Carbide Corporation**
44th Floor
1251 Avenue of the Americas
New York, NY 10020

John C. Canoni, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
**Counsel for Defendants**
**Amchem Products, Inc.**
**Certain Teed Corporation**
**C.E. Thurston & Sons, Inc.**
**Dana Corporation**
**I.U. North America, Inc.**
**Maremont Corporation**
**National Service Industries, Inc.**
**Nosroc Corp.**
**Union Carbide Corporation**
1633 Broadway
New York, NY 10019

John P. Hooper, Esq.
Edwards & Angell, LLP
**Counsel for Defendants**
**Pfizer, Inc.**
**Quigley Company, Inc.**
750 Lexington Avenue
New York, NY 10022

Jayne Conroy, Esq.
Coblence & Warner
**Counsel for Defendant**
**Federal-Mogul Corp.**
415 Madison Avenue
New York, NY 10017

Matthew H. Lemke, Esq.
Bradley Arant Rose & White
**Counsel for Defendant**
**Shook & Fletcher Insulation Co.**
2001 Park Place, Suite 1400
Birmingham, AL 35283

Gary Casimir, Esq.
Anderson Kill & Olick, P.C.
**Counsel for Defendant**
**Shook & Fletcher Insulation Co.**
44th Floor
1251 Avenue of the Americas
New York, NY 10020