MDL 875

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION IN RE

## ASBESTOS PRODUCTS LIABILITY LITIGATION (NO.VI.)

### PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-205)

TO THE CLERK OF THE PANEL, MICHAEL J. BECK:

NOW COME Plaintiffs, Janie Adams, George Midgett and James Parris, (collectively hereinafter referred to as "Plaintiffs"), pursuant to Rule 7.4 (c) of the JPMDL Rules, and timely provide this Notice of Opposition to Conditional Transfer Order and would show as follows:

Plaintiffs oppose transfer of Case No. A-01-CA-565-SS, (which appears in the attachment to CTO-205 as "Texas Western, TXW 1-01-565"), Plaintiffs have a Motion for Remand now under consideration by the Hon. Sam Sparks, U.S. District Judge for the Western District of Texas, Austin Division.

Respectfully submitted,

TURNER, SCHWARTZ & HEARNE, L.L.P.
804 Rio Grande
Austin, Texas 78701
512-494-8811 telephone
512-494-8819 facsimile

BY: _____
Mark Schwartz
Texas State Bar No. 17867833

IMAGED OCT 24 '01      OFFICIAL FILE COPY

## CERTIFICATE OF SERVICE

The undersigned forwarded on October 18, 2001, by facsimile and First Class U.S. Mail, the above Plaintiffs' Notice of Opposition to Conditional Transfer Order (CTO-205) to the Counsel of record listed below:

Mr. Lawrence Germer
GERMER, BERNSEN & GERTZ, L.L.P.
805 Park Street
Beaumont, Texas 77704
PH.: 409-838-2080  FX: 409-838-4050

Mark Schwartz

RECEIVED
CLERK'S OFFICE
2001 OCT 18  A 11: 48
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION