MDL 875

### WOODLEY, WILLIAMS, BOUDREAU, NORMAN, BROWN & DOYLE
A LIMITED LIABILITY COMPANY

ATTORNEYS AT LAW

500 KIRBY STREET

LAKE CHARLES, LOUISIANA 70601

LAKE CHARLES OFFICE:
P. O. Box 3731
LAKE CHARLES, LOUISIANA 70602-3731
TELEPHONE: (337) 433-6328
FAX: (337) 433-7513
E-MAIL: woodley@woodleywilliams.com

ATTORNEYS ALSO ADMITTED IN
COLORADO & TEXAS

October 19, 2001

**REQUEST BY PLAINTIFF RODNEY
SCHAMERHORN FOR EXTENSION OF TIME
TO FILE MOTION AND BRIEF TO VACATE
CTO -- GRANTED TO AND INCLUDING
NOVEMBER 1, 2001      mjb 10/19/01**

VIA FACSIMILE: (202) 502-2888
Michael J. Beck
Clerk of the Panel
One Columbus circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

*# Atty. notified on 10/19/01 am*

2001 OCT 19 P 2:16

RECEIVED
CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

Re:   RODNEY W. SCHAMERHORN, d/b/a
SCHAMERHORN BACKHOE AND TRUCKING
VERSUS
DEPARTMENT OF THE ARMY
Louisiana Western District-01-914
MDL-875

Dear Mr. Beck:

Plaintiff's Motion to Vacate Conditional Transfer Order and Brief in support thereof in the above mater is due to the Panel on Monday, October 22, 2001.

The undersigned counsel had unexpected surgery which has delayed his schedule considerably and pursuant to U.S.C.A 28§ 1407, Rule 6.2, hereby requests a ten day extension of time in which to file the above motion and brief. Counsel has conferred with Mr. Henry Miller at the United States Department of Justice and Mr. Miller has no objection to this extension.

With best regards, I am

Very truly yours,

JAMES B. DOYLE

IMAGED OCT 24 '01      OFFICIAL FILE COPY

CONSIDERING THE FOREGOING:

PLAINTIFF'S REQUEST FOR EXTENSION OF TIME UNTIL NOVEMBER 1, 2001 TO FILE ITS MOTION TO VACATE CONDITIONAL TRANSFER AND BRIEF IN SUPPORT IS GRANTED.


JUDICIAL PANEL ON MULTIDISTRICT LITIGATION