MDL 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL DOCKET No. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| DAVID A. STEINER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 3:01-1178 (D. Or.) |
| ) | |
| A.P. GREEN REFRACTORIES, ET AL., ) | |
| ) | |
| Defendants. ) | |
| WILLIAM YORATH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 3:01-1176 (D. Or.) |
| ) | |
| A.P. GREEN REFRACTORIES, ET AL., ) | |
| ) | |
| Defendants. ) | |
| MATTHEW HAGGERTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 3:01-1177 (D. Or.) |
| ) | |
| A.P. GREEN REFRACTORIES, ET AL., ) | |
| ) | |
| Defendants. ) | |

PLEADING NO. 3304

IMAGED OCT 24 '01   OFFICIAL FILE COPY

RECEIVED CLERK'S OFFICE
2001 OCT 19 P 1:43
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| ORVIL DALE KEELING, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> A.P. GREEN REFRACTORIES, ET AL., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 3:01-1179 (D. Or.) |

## OPPOSITION OF DEFENDANT DANA CORPORATION TO PLAINTIFFS' MOTION TO VACATE CTO-203

Defendant Dana Corporation respectfully submits this Opposition to plaintiffs' Motion To Vacate Conditional Transfer Order ("CTO") 203, which was filed on October 1, 2001, and docketed as pleading 3284. Plaintiffs ask the Panel to vacate CTO-203 as it pertains to the four actions transferred from the United States District Court for the District of Oregon that are listed above.

Dana opposes plaintiffs' motion. As discussed below, plaintiffs' motion contradicts well-settled Panel precedent, and is premised on a fundamental misunderstanding of the co-equal competence of federal courts. For these reasons, the Panel should deny plaintiffs' motion.

These cases clearly fall within the scope of the Panel's 1991 decision creating MDL 875. See Pl. Mem. at 2 (the cases are "asbestos personal injury cases"). Plaintiffs nonetheless oppose transfer, arguing that removal from state court was improper and that motions to remand are pending before the transferor court. Id. Plaintiffs also allege that the cases "were removed on the eve of * * * trial[]" and that it therefore "makes no sense to coordinate or consolidate these cases for pretrial purposes." Id.

Plaintiffs' arguments against transfer have been rejected by this Panel over and over again. First, the pendency of a motion to remand before the transferor court is not a reason to deny transfer. See In re Asbestos Prods. Liab. Litig. (No. VI), MDL No. 875 (J.P.M.L. Aug. 14, 2001) (transfer order), at 1-2 ("distinctions based on such matters as the pendency of motions or other matters before the transferor court" do not present a basis "for carving out exceptions to transfer in this extraordinary docket") (citing In re Asbestos Prods. Liab. Litig. (No. VI), 771 F. Supp. 415 (J.P.M.L. 1991)). The Panel has repeatedly reaffirmed this position,[1] and has explicitly held that the pendency of a motion for remand to state court is not a proper basis for denial of transfer. See In re Asbestos Prods. Liab. Litig. (No. VI), MDL No. 875 (J.P.M.L. Aug. 14, 2001) (transfer order), at 1 n.1. Moreover, the transferee court, the United States District Court for the Eastern District of Pennsylvania, is just as competent as the transferor court to determine whether federal court jurisdiction exists in these cases. Therefore, in keeping with Panel precedent, plaintiffs should avail themselves of Panel Rule 7.6 before the transferee court rather than seeking relief here.

Second, plaintiffs' assertion that the cases were removed "on the eve of * * * trial[]" is irrelevant to transfer. The Panel's original opinion creating MDL 875 transferred all asbestos cases "not in trial." 771 F. Supp. at 424. The Panel has repeatedly confirmed that cases not "in trial" are subject to transfer, and that "the stage of pretrial proceedings" is not a basis for denying transfer. In re Asbestos Prods. Liab. Litig. (No. VI), MDL No. 875 (J.P.M.L. Aug. 14, 2001) (transfer order), at 1-2; In re Asbestos Prods. Liab. Litig. (No. VI), MDL No. 875 (J.P.M.L. June

---

[1]   E.g., In re Asbestos Prods. Liab. Litig. (VI), MDL No. 875 (J.P.M.L. June 11, 2001) (transfer order), at 1-2; In re Asbestos Prods. Liab. Litig. (VI), MDL No. 875 (J.P.M.L. Jan. 26, 2001) (transfer order), at 2.

11, 2001) (transfer order), at 1-2.

In short, plaintiffs have presented no basis on which the Panel should vacate CTO-203 with respect to these cases. For these reasons, the Panel should deny plaintiffs' motion.

Respectfully submitted,

John D. Aldock
William R. Hanlon
Adam M. Chud

SHEA & GARDNER
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036
(202) 828-2000

Attorneys for defendant Dana Corporation

October 19, 2001

# CERTIFICATE OF SERVICE

I hereby certify that, on this 19th day of October, 2001, I caused an original, eleven (11) copies, and a computer readable disk copy of the foregoing Opposition of defendant Dana Corporation to plaintiffs' Motion To Vacate CTO-203 to be served by hand on the Clerk of the Panel:

> Michael J. Beck
> Clerk of the Panel
> Judicial Panel on Multidistrict Litigation
> Thurgood Marshall Federal Judiciary Building
> One Columbus Circle, N.E.
> Room G-225, North Lobby
> Washington, D.C. 20002-8004

I further certify that, on this 19th day of October, 2001, I caused copies of the foregoing Opposition to be served by first-class mail, postage prepaid, on counsel on the attached service list.

I finally certify that, on this 19th day of October, 2001, I caused a copy of the foregoing Opposition to be served by first-class mail, postage prepaid, on the Clerk of the transferee court:

> Michael E. Kunz
> Clerk of the Court
> United States District Court for the
> Eastern District of Pennsylvania
> 601 Market Street
> Philadelphia, PA 19106-1797

_____
Adam M. Chud

**SERVICE LIST**

Jeffrey Mutnick
Dain Paulson
LANDYE BENNETT BLUMSTEIN, LLP
3500 Well Fargo Center
1300 S.W. Fifth Avenue, Suite 3500
Portland, OR 97201

Michael J. Beck, Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Building
Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

James H. Gidley
Perkins Cole, LLP
1211 SW 5th Avenue, Suite 1500
Portland, OR 97204

John DeVoe
Dunn Carney Allen Higgins & Tongue
851 SW 6th Avenue, Suite 1500
Portland, OR 97204-1357

Howard L. Hall
Wolfstone, Panchot & Bloch, P.S.
801 Second Avenue, Suite 1500
Seattle, WA 98104-1577

Richard Lee
Bodyfelt, Mount, Stroup, et al.
65 SW Yamhill Street, Suite 300
Portland, OR 97204

Leslie Darby
Lindsay, Hart, Neil & Weigler
1300 S.W. Fifth Avenue, Suite 3400
Portland, OR 97201

Kenneth E. Petty
Williams, Kasmer & Gibbs, PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380

Randy J. Aliment
Williams, Kasmer & Gibbs, PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380

Diane J. Kero
Gordon, Thomas, Honeywell, et al.
One Union Square
600 University, Suite 2100
Seattle, WA 98101-4185

Barry L. Groce
McEwen, Gisvold, Rankin, et al.
1100 SW Sixth Avenue, Suite 1600
Portland, OR 97204

Roger K. Stroup
Bodyfelt, Mount, Stroup, et al.
65 SW Yamhill Street, Suite 300
Portland, OR 97204

John M. Silk
Wilson, Smith, Cochran & Dickerson
1700 Financial Center
1215 4th Avenue
Seattle, WA 98161-1007

Bruce M. White
Mitchell, Lang & Smith
101 SW Main Street, Suite 2000
Portland, OR 97204

Richard K. Hansen
Heidi L. Mandt
Schwabe Williamson & Wyatt PC
1211 SW 5th Avenue, Suites 1600-1800
Portland, OR 97204

Kelly P. Corr
Corr Cronin LLP
1001 Fourth Avenue, Suite 3700
Seattle, WA 98154-1127

Mark J. Fucile
Stoel Rives Boley Jones & Grey
Standard Insurance Center
900 SW Fifth Avenue, Suite 2300
Portland, OR 97204-1268

Frantz Ward
Frantz Ward LLP
55 Public Square Building, 19th Floor
Cleveland, OH 44113-1999

Stewart M. Whipple
Attorney at Law
6501 SW Macadam Avenue
Portland, OR 97201

Mary Tarbox
Garvey, Schubert & Barer
121 SW Morrison Street, 11th Floor
Portland, OR 97204

Stephen P. McCarthy
Lane Powell Spears Lubersky, LLP
601 SW 2nd Avenue, Suite 2100
Portland, OR 97204

Alan D. Judy
Karr Tuttle Campbell
1100 SW 6th Avenue, Suite 1212
Portland, OR 97204

Richard Whittemore
Bullivant Houser Bailey
888 SW 5th Avenue, Suite 300
Portland, OR 97204

Katherine Steele
Stafford Frey Cooper
1301 Fifth Avenue, Suite 2500
Seattle, WA 98101-2621

Christine Dinsdale
Soha & Lang
801 Second Avenue, Suite 1210
Seattle, WA 98104

Carl Forsberg
Roy Umlauf
Catherine Doudnikoff
Forsbert & Umlauf
900 Fourth Avenue, Suite 1700
Seattle, WA 98164

Richard C. Binzley
Thompson, Hine & Flory, LLP
127 Public Square, Suite 3900
Cleveland, OH 44114-1216

Edward J. Cass
Gallagher, Sharp, Fulton, et al.
1501 Euclid Avenue, 7th Floor
Cleveland, OH 44115

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Harmon
Philadelphia Bourse Building
Independence Mall East, Suite 100
Philadelphia, PA 19106

Susan M. Hanson
Stich, Angell, Kreidler, et al.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

J. William Ashbaugh
Stafford, Frey, Cooper & Stewart
1301 Fifth Avenue, Suite 2500
Seattle, WA 98101

David C. Landin
Huton & Williams
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, et al.
P.O. Box 1792
Mt. Pleasant, SC 29465

James Case
Case & Dusterhoff, LLP
9800 SW Bvtn-Hillsdale Hwy, Suite 200
Beaverton, OR 97005

John J. Repcheck
Marks, O'Neill
707 Grant Street, Suite 3200
Pittsburgh, PA 15219

John D. Roven
2190 North Loop W Suite 410
Houston, TX 77018-8008

Richard D. Schuster
Vorys, Sater, Seymour & Pease
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard, 6th Floor
Los Angeles, CA 90025

Robert Spinelli
Kelley, Jasons, McGuire, et al.
Centre Square West, 15th Floor
Philadelphia, PA 19102

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place, Suite 1650
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
PO Box 998
Cedar Rapids, IA 52406

Lori K. Dedobbelacre
Dunn Carney Allen Higgins & Tongue
851 SW 6th Avenue, Suite 1500
Portland, OR 97204

Ellen B. Furman
Goldfein & Joseph
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

James L. Hiller
Hitt Hiller & Monfils, LLP
510 SW 3rd Avenue, Suite 309
Portland, OR 97204

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308

George S. Pitcher
Tooze Duden, et al.
333 SW Taylor Street
Portland, OR 97204

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226