T-698 P.003/003 F-510

MDL 875

OCT 22 2001

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION

\*

\*

CTO-205

MDL Docket Number: MDL-875

\* \* \* \* \* \* \*

John Todd, et. al.

\* \* \* \* \* \* \* \* \* \*

Plaintiffs

\*

v.

\*

DELAWARE

AcandS, Inc., et. al

\*

Case Number: 01-0234

Defendants

\*

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

Plaintiffs, by their undersigned counsel, oppose the transfer of the above-captioned case to the United States District Court for the Eastern District of Pennsylvania under 28 U.S.C. §1407, as conditionally ordered by the Judicial Panel on Multidistrict Litigation on October 4, 2001. Pursuant to MDL Rule 12 (c), a Motion to Vacate the Conditional Transfer Order and a brief in support will be duly filed on November 5, 2001.

Edward J. Lilly
Law Offices of Peter G. Angelos
One Charles Center, 22nd Floor
100 North Charles Street
Baltimore, Maryland 21201

PLEADING NO. 8305

IMAGED OCT 24 '01 OFFICIAL FILE COPY