MDL 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 22 2001

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION

CTO-205

MDL Docket Number: MDL-875

Clyde Bowman, et. al.

Plaintiffs

v.

AcandS, Inc., et. al

Defendants

DELAWARE
Case Number: 01-0318

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

Plaintiffs, by their undersigned counsel, oppose the transfer of the above-captioned case to the United States District Court for the Eastern District of Pennsylvania under 28 U.S.C. §1407, as conditionally ordered by the Judicial Panel on Multidistrict Litigation on October 4, 2001. Pursuant to MDL Rule 12 (c), a Motion to Vacate the Conditional Transfer Order and a brief in support will be duly filed on November 5, 2001.

Edward J. Lilly
Law Offices of Peter G. Angelos
One Charles Center, 22nd Floor
100 North Charles Street
Baltimore, Maryland 21201

PLEADING NO. 3306

IMAGED OCT 24 '01   OFFICIAL FILE COPY