JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 23 2001

FILED
CLERK'S OFFICE

# RATINER, REYES & O'SHEA, P.A.
### ATTORNEYS AT LAW

1101 BRICKELL AVENUE
SUITE 1601
MIAMI, FLORIDA 33131-3104

TELEPHONE (305) 374-8110
1-800-443-3008
FAX (305) 374-8112

October 18, 2001

**VIA FEDERAL EXPRESS**

Mr. Michael J. Beck, Clerk of the Panel
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C.   20002

RE: Notice of Opposition to Transfer
Missouri Eastern MOE 4 01-1299

Dear Mr. Beck:

The above-referenced case is one of many cases which are the subject of Conditional Transfer Order No. 205 entered October 4, 2001 before the Judicial panel on Multidistrict Litigation 875 In Re Asbestos Products Liability Litigation (No. VI). Pursuant to said Order, the transmittal of the order shall be stayed until October 19, 2001 to allow any party to file a Notice of Opposition with your office. If such a Notice of Opposition is filed, then the transmittal of Conditional Transfer Order 205 shall be stayed until further order of the Panel.

This letter shall serve as Notice to your office of Plaintiffs' opposition to the transfer of the above referenced cases to the Eastern District of Pennsylvania. This case is presently pending in the United States District Court for the Eastern District of Missouri. This action was originally filed in State Court in St. Louis, Missouri. It was removed to Federal Court by Defendant Dresser Industries, Inc. Plaintiffs have filed a Motion to Remand based on lack of timely consent to the removal. Plaintiffs are confident that this action will be remanded to State Court.

This Notice of Opposition is being filed pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. Pursuant to the requirement of Rule 5.2 of the Rules of Procedure of the Judicial Panel of Multidistrict Litigation, a copy of this Notice has been served on all parties on the attached service list and on the Clerk of the originating District Court.

Sincerely,

Daniel F. O'Shea, Esq.

PLEADING NO. 3307

IMAGED OCT 24 '01

OFFICIAL FILE COPY

RECEIVED CLERK'S OFFICE
2001 OCT 19 A 10: 23
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DFO/pjs
Enclosure - Service List

## SERVICE LIST

Richard E. Boyle, Esq.
Gundlach, Lee, Eggman, Boyle & Roessler
5000 West Main Street
P.O. Box 23560
Belleville, IL   62223-0560
**Attorneys for Minnesota Mining & Manufacturing Company (3M)**

Reed W. Sugg, Esq.
Sandberg, Phoenix & vonGontard, P.C.
One City Centre, 15th Floor
St. Louis, MO           63101
**Attorneys for Dresser Industries and Worthington Corporation**

Ken Nussbaumer, Esq.
Donovan, Rose, Nester & Joley
8 E. Washington Street
Belleville, IL   62220
**Attorneys for Metropolitan Life Insurance Company**