

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 22 2001

FILED
CLERK'S OFFICE

DOCKET NO.875
BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
CONDITIONAL TRANSFER ORDER (CTO-205)
WVS 2 0--781

## NOTICE OF OBJECTION TO CONDITIONAL TRANSFER ORDER

The plaintiffs, by counsel, in action no. WVS 2 0-781, pending in the Southern District of West Virginia, hereby serve notice of objection to the conditional transfer order, and state as follows:

1. This action was brought in the Kanawha County Circuit Court, State of West Virginia, for the purpose of enforcing settlement agreements by and between the individual plaintiffs and certain members of the Center for Claims resolution, which settlements have not been paid.

2. Each of the settlements is less than the jurisdictional amount.

3. The defendants removed these cases to the Southern District of West Virginia. Pending before that court is a motion to remand.

4. There are no grounds for federal jurisdiction.

5. The plaintiffs object to being deprived of their right to have heard their motion to remand before the Southern District.

PLEADING NO. 3308

IMAGED OCT 24 '01    OFFICIAL FILE COPY

6. The plaintiffs object that there is no basis to transfer these cases, which are breach of contract claims, for substantially less than the jurisdictional amount.

7. In accordance with the notice of conditional transfer, the plaintiffs object to the conditional transfer, and will file a motion to vacate and brief in support thereof in accordance with Rule 7.4(d).

The plaintiffs,
By counsel.

_/s/ John H. Skaggs_
John H. Skaggs
THE LAW OFFICE OF STUART CALWELL, PLLC.
P. O. Box 113
Charleston, West Virginia 25321
(304) 343-4323
(304) 344-3684 (fax)
jskaggs@calwelllaw.com

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 22 2001

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has served the foregoing **Notice of Objection** upon the following counsel of record by depositing true copies thereof in the United States Mail, postage prepaid, this 19th day of October, 2001:

J. Tyler Dinsmore
Flaherty Sensabaugh & Bonasso
200 Capitol St.
PO Box 3843
Charleston, WV 25301

Thomas E. Buck, Esq.
Charles R. Bailey, Esq.
Bailey & Wyant
1219 Chapline St.
Wheeling, WV 26003

Jane Conroy, Esq.
Clinton B. Fisher, Esq.
Coblence & Warner
415 Madison Ave.
New York, NY 10017

Albert Parnell, Esq.
Margaret Droppleman, Esq.
Hawkins & Parnell
4000 Suntrust Plaza
303 Peachtree St., NE
Atlanta, GA 30308-3243

John H. Skaggs (WV Bar No. 3432)
The Law Offices of Stuart Calwell, PLLC
405 Capitol St., Suite 607
Charleston, WV 25301