WILLIAM J. SAYERS (SBN 078038)
FARAH S. NICOL (SBN 162293)
KAREN B. GOLDBERG (SBN 179709)
McKENNA & CUNEO, L.L.P.
444 South Flower Street, 8th Floor
Los Angeles, California 90071-2901
Telephone: (213) 688-1000
Facsimile: (213) 243-6330

Attorneys for Defendant
CENTER FOR CLAIMS RESOLUTION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BAIN; DOYLESS BAIN; NANCY BOTELHO; JANE BRONCO; ELIAS CHIMARIOS; ROGER EVANS; ARCHIE FABBRI; RAY FLORES; PAT GLENWINKEL; SHERYL GLENWINKEL; LAURI HAMER; BRENDA GOMEZ; JENNIFER GOMEZ, MINOR; ROBERT GOMEZ; RICHARD GRANGER; MARGARETTA HEGARTY; MARILYN GRAHAM; GAYLE OWENS; ROBERT HOFF; RONALD HUSTON; JOHN KING; CAREY LOFTIN; MITSUKO WEAVER; GARY ROBBINS; ALFARD SMITH; PAUL SPIESE; QUINCY STURGESS; CHARLES TABER; VERNON VUOLAS; CLARENCE WILLIAMS; ETHEL WILLIAMS; JAMES WILLIAMS; BARBARA WYMAN; MARK WYMAN; and WILLIAM WYMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> CENTER FOR CLAIMS RESOLUTION, a New Jersey based consortium; and DOES 1-50 inclusive, <br><br> Defendants. | CASE NO. CV01-07597GHK (PJWX) <br><br> STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED by and between the parties to this action through their

1 designated counsel that the above-captioned action be and hereby is dismissed with prejudice
2 pursuant to *Federal Rules of Civil Procedure* 41(a)(1).
3
4 Dated: 9/24/01       ROSE, KLEIN & MARIAS, L.L.P.
5
6                      By _____
7                         David Rosen
8                      Attorneys for Plaintiffs
9
10
11 Dated: 9/24/01       McKENNA & CUNEO, L.L.P.
12
13                      By _____
14                         William J. Sayers
                           Farah S. Nicol
15                         Karen B. Goldberg
16                      Attorneys for Defendant
                        CENTER FOR CLAIMS RESOLUTION, INC.
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

```
                                                          JUDICIAL PANEL ON
                                                        MULTIDISTRICT LITIGATION
```

# PROOF OF SERVICE BY MAIL

OCT 22 2001

FILED
CLERK'S OFFICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **444 South Flower Street, Los Angeles, California 90071.**

On September 24, 20001, I served the STIPULATION OF DISMISSAL on the interested parties in this action by placing the **true copy/original** thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

David A. Rosen, Esq.
Rose, Klein & Marias LLP
801 South Grand Avenue
18th Floor
Los Angeles, CA 90017-4645          *Counsel for Plaintiffs*

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service.

The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of such business.

[X] (FEDERAL)     I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 24, 2001 at Los Angeles, California.

*[Signature]*
Signature

Mary Jean Delaney
Print Name