JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 22 2001

FILED
CLERK'S OFFICE

1  WILLIAM J. SAYERS (SBN 078038)
   FARAH S. NICOL (SBN 162293)
2  KAREN B. GOLDBERG (SBN 179709)
   McKENNA & CUNEO, L.L.P.
3  444 South Flower Street, 8th Floor
   Los Angeles, California 90071-2901
4  Telephone: (213) 688-1000
   Facsimile: (213) 243-6330
5

6  Attorneys for Defendant
   CENTER FOR CLAIMS RESOLUTION, INC.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 AYDA AVEDISSIAN; ARSHALUIS AZIZIAN;          CASE NO. CV01-07599AHM (RZX)
   CHRISTOPHER AZIZIAN; SETA
12 ROSTOMIAN; SONIA SENANE; CHARLIE              STIPULATION FOR DISMISSAL
   BENNET; JACK BRIDGES; LINSDAY
13 BRIDGES, JR; MICHAEL BRIDGES; SANDRA
   BRIDGES; ERICA JOHNSON; MALCOLM
14 BROWN; ANNIE CAMPBELL; RODNEY
   CAMPBELL; TOMMIE TAYLOR; ANTHONY
15 COLLURA, JR.; BARBARA COLLURA;
   JOANNE COLLURA; MARY ANNE WATSON;
16 DAVID FUENTES; ROGER FUENTES; JIMMY
   FUENTES; GLORIA LOMELI; LUCY
17 MAYNEZ; PATRICIA MENDOZA; ANNA
   GRADY; ERIK GRADY; JEREMY GRADY;
18 PATRICIA GRADY; JOSE GUTIERREZ; TRUE
   HEMRY; BEVERLY HENLEY; CONSTANCE
19 HENLEY; JUDITH HENLEY; SUSAN
   HENLEY; MARY HOLLYFIELD; MICHAEL
20 HOLLYFIELD; MARY MIRA; DORIS
   HOWARD; JOHN HOWARD, JR.; WAYNE
21 HOWARD; JAMES HUHN; FREDERICK
   JANES; HILAIRE LABERGE, JR.; JOSEPH
22 LABERGE; ANNETTE MCDONALD; MARY
   LANDGREN; WALTER LAWETZKI;
23 CHARLES LEWIS; ALBERT LOPEZ, JR.;
   DANIEL LOPEZ; GENEVIEVE LOPEZ;
24 LORIANN LOPEZ; MICHELLE LOPEZ; JOSE
   LOZANO; MELVIN MANSFIELD; ERNEST
25 MARTEL; GILBERT MARTEL; HENRY
   MARTEL, JR.; LUPE MARTEL; RICHARD
26 MARTEL; DEBORA CAUDLE; DAVID
   MARTIN; MICHAEL MARTIN; DONALD
27 MASON; DONALD NELSON; DEBORAH
   NELSON; EVA NELSON; JOHN NELSON;
28 EDWARD

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

MDL- 875
RECOMMENDED ACTION
Vacate CTO-205  2 CAC actions
                + 1 TNC action
Approved/Date: MA 10/19

ENTER ON ICMS

| | |
|---|---|
| 1 | RANDOLPH; JOSEPH SOLIS; KENNETH SPENCER; BOHDAN STUS; TIMMIE HITT; TOMMIE KINDLE; KAREN MILLAN; JOHNNIE PERDOMO; JULIA QUEEN; BOBBIE RUSSELL; STEPHEN THOMPSON; LESLIE WATTS; RICHARD WELLS; PATRICIA WRIGHT; and RICHARD WRIGHT, |
| 5 | Plaintiffs, |
| 6 | vs. |
| 7 | CENTER FOR CLAIMS RESOLUTION, a New Jersey based consortium; and DOES 1-50 inclusive, |
| 9 | Defendants. |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to *Federal Rules of Civil Procedure* 41(a)(1).

Dated: 9/24/01

ROSE, KLEIN & MARIAS, L.L.P.

By _____
David Rosen

Attorneys for Plaintiffs

Dated: 9/24/01

McKENNA & CUNEO, L.L.P.

By _____
William J. Sayers
Farah S. Nicol
Karen B. Goldberg

Attorneys for Defendant
CENTER FOR CLAIMS RESOLUTION, INC.

IT IS SO ORDERED
Dated _____

_____
United States District Judge

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 22 2001

FILED
CLERK'S OFFICE

# PROOF OF SERVICE BY MAIL

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **444 South Flower Street, Los Angeles, California 90071**.

On September 24, 20001, I served the STIPULATION OF DISMISSAL on the interested parties in this action by placing the **true copy/original** thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

David A. Rosen, Esq.
Rose, Klein & Marias LLP
801 South Grand Avenue
18th Floor
Los Angeles, CA 90017-4645     *Counsel for Plaintiffs*

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service.

The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of such business.

[X] **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 24, 2001 at Los Angeles, California.

*Mary J. Delaney*
Signature

Mary Jean Delaney
Print Name