MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 22 2001

FILED
CLERK'S OFFICE

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

2001 OCT 15 P 12: 06

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY _____ DEP. CLERK

| | |
|---|---|
| JAMES C. SPIRES and Spouse JUNE O. SPIRES, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3-01-CV-432 |
| A-BEST PRODUCTS COMPANY, et al., | ) ) ) |
| Defendants. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL

Come now the parties, by and through counsel, and pursuant to Rule 41 (a)(1)(ii), <u>Federal Rules of Civil Procedure</u>, stipulate that Plaintiffs are taking a voluntary dismissal, without prejudice, in the above styled and numbered action.

The costs of this action are taxed to the Plaintiffs, for which execution may issue if necessary.

Respectfully submitted,

*[signature]*

MIKE G. NASSIOS (PID No. 359581)
RANDALL E. REAGAN (PID No. 150)
TIMOTHY M. McLAUGHLIN (PID No. 402338)
ROBERT S. PATTERSON (PID No. 127776)
J. PATRICK HAWKINS (PID No. 304248)
ATTORNEYS FOR PLAINTIFF

LAW OFFICES OF PETER G. ANGELOS, P.C.
2643 KINGSTON PIKE, FIRST FLOOR
KNOXVILLE, TENNESSEE 37919
(865) 673-9900

IMAGED OCT 24 '01

RECEIVED CLERK'S OFFICE 2001 OCT 16 P 2:45 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

APPROVED FOR ENTRY:

*Thomas A. Bickers by JPH with permission*
THOMAS A. BICKERS, ESQ.
Attorney for Union Carbide Corporation
Paine, Tarwater, Bickers and Tillman, LLP
800 S. Gay Street
Suite 1100, First Tennessee Plaza
Knoxville, Tennessee 37929

*Michael J. King by JPH with permission*
MICHAEL J. KING, ESQ.
Attorney for National Service Industries, Inc.
Woolf, McClane, Bright, Allen & Carpenter, PLLC
900 Gay Street, 9th Floor
900 Riverview Tower
Knoxville, Tennessee 37901

*Martin L. Ellis by JPH with permission*
MARTIN L. ELLIS, ESQ.
Attorney for ACandS, Inc.
Butler, Vines & Babb, PLLC
P.O. Box 2649
Knoxville, Tennessee 37901

*Barbara J. Moss by JPH with permission*
BARBARA J. MOSS, ATTORNEY
Attorney for Rapid American Corporation
Wyatt, Tarrant & Combs, LLP
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203

*Thomas A. Bickers by JPH with permission*
THOMAS A. BICKERS, ESQ.
Attorney for General Electric Company
Paine, Tarwater, Bickers & Tillman, LLP
800 S. Gay Street
Suite 1100, First Tennessee Plaza
Knoxville, Tennessee 37929

10-16-01; 2:20PM;PETER ANGELOS ;423 524 2858 # 5/ 6

Case MDL No. 875   Document 3311   Filed 10/22/01   Page 3 of 4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 22 2001

FILED
CLERK'S OFFICE

## Certificate of Service

I certify that a true and correct copy of the Stipulation of Voluntary Dismissal filed herein was served via facsimile and via United States Mail, first-class postage prepaid, on the following:

Michael J. Beck
Clerk of the Panel
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, D.C. 20002

And via U.S. Mail, first class postage prepaid, on the following:

U.S.D.C.-MDL Court Clerk
ATTN: Ida Ayala
601 Market Street
Room 2609
Philadelphia, Pennsylvania 19106

John W. Baker, Esq.
Baker, McReynolds, Byrne, O'Kane, Shea & Townsend
P.O. Box 1708
Knoxville, Tennessee 37901
*Attorneys for A-Best Products Company and Foster-Wheeler Corporation*

Martin L. Ellis, Esq.
Attorney for ACandS, Inc.
Butler, Vines & Babb, PLLC
P.O. Box 2649
Knoxville, Tennessee 37901
*Attorneys for ACandS, Inc.*

Debra L. Fulton, Esq.
Frantz, McConnell & Seymour
550 W. Main Street, Suite 500
Knoxville, Tennessee 37902
*Attorneys for ACME Plastering, Inc.*

Stephen C. Daves, Esq.
O'Neil, Parker & Williamson
416 Cumberland Avenue, S.W.
Knoxville, Tennessee 37902
*Attorneys for Atlas Turner, Inc.*

David L. Hill, Esq.
O'Neil, Parker & Williamson
416 Cumberland Avenue, S.W.
Knoxville, Tennessee 37902
*Attorneys for General Refractories Company*

Steven L. Hurdle, Esq.
Arnett, Draper & Hagood
800 S. Gay Street, Suite 2300
Knoxville, Tennessee 37929
*Attorneys for Breeding Insulation Company, Inc.,
Minnesota Mining & Mfg. Company and Uniroyal, Inc.*

James D. Gandy, III, Esq.
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, South Carolina 29413
*Attorneys for Gasket Holdings, Inc., Shook & Fletcher Insulation Co., and Turner-Newall, Ltd.*

Harold T. Pinkley, Jr., Esq.
Miller & Martin
1200 First Union Tower
150 Fourth Avenue, North
Nashville, Tennessee 37219
*Attorneys for Harbison-Walker Refractories Company*

Michael J. King, Esq.
Woolf, McClane, Bright, Allen & Carpenter, PLLC
900 Gay Street, 9th Floor
900 Riverview Tower
Knoxville, Tennessee 37902
*Attorneys for National Service Industries, Inc.*

Barbara J. Moss, Attorney
Wyatt, Tarrant & Combs, LLP
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203
*Attorneys for Rapid American Corporation*

Russell B. Morgan, Esq.
Boult, Cummings, Conners & Berry, PLC
P.O. Box 198062
Nashville, Tennessee 37219
*Attorneys for Treco Construction Services, Inc.*

Thomas A. Bickers, Esq.
Paine, Tarwater, Bickers and Tillman, LLP
800 S. Gay Street
Suite 1100, First Tennessee Plaza
Knoxville, Tennessee 37929
*Attorneys for Union Carbide Corporation and General Electric Company*

This the _____ day of October, 2001.