JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 22 2001

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*David Bain, et al. v. Center for Claims Resolution*, C.D. California, C.A. No. 2:01-7597
*Ayda Avedissian, et al. v. Center for Claims Resolution*, C.D. California,
  C.A. No. 2:01-7599
*James Spires, et al. v. A-Best Products Co., et al.*, E.D. Tennessee, C.A. No. 3:01-432

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these three actions (*Bain*, *Avedissian* and *Spires*) on October 4, 2001. The Panel has now been advised that: 1) *Bain* was closed in the Central District of California pursuant to a stipulation of dismissal filed on September 24, 2001; 2) *Avedissian* was dismissed in the Central District of California by the Honorable A. Howard Matz in an order filed on September 26, 2001; and 3) *Spires* was closed in the Eastern District of Tennessee pursuant to a stipulation of dismissal filed on October 15, 2001.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-205" filed on October 5, 2001, is VACATED insofar as it relates to these three actions.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

IMAGED OCT 24 '01