MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 24 2001

FILED
CLERK'S OFFICE

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| CHARLES E. WARD, | ) |
| | ) TNE |
| Plaintiff, | ) |
| v. | ) No. 3-01-CV-433 |
| | ) |
| A-BEST PRODUCTS COMPANY, INC., et al., | ) Knox County Circuit Court No. |
| | ) 2-496-01 |
| Defendants. | ) |

### PLAINTIFFS' NOTICE OF OPPOSITION TO THE CONDITIONAL TRANSFER ORDER

Comes now the Plaintiff, by and through counsel, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and files his Notice of Opposition to the Conditional Transfer of the above-styled cause of action.

Respectfully submitted this 23 day of October, 2001.

THE LAW OFFICES OF PETER G. ANGELOS, P.C.

by: _____
MIKE G. NASSIOS (PID No. 359581)
RANDALL E. REAGAN (PID No. 150)
TIMOTHY M. McLAUGHLIN (PID No. 402338)
ROBERT S. PATTERSON (PID No. 127776)
JAMES PATRICK HAWKINS (PID No. 304248)

PLEADING NO. 3314

IMAGED OCT 26 '01 **OFFICIAL FILE COPY**

RECEIVED CLERK'S OFFICE 2001 OCT 23 A 9:58 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 24 2001

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a true and exact copy of the foregoing Notice of Opposition to the Conditional Transfer Order by United States Mail, first-class postage pre-paid to the following:

    Michael J. King, Esq.
    Woolf, McClane, Bright, Allen & Carpenter
    900 Gay Street, 9th Floor
    Post Office Box 900
    Knoxville, Tennessee 37901

    Thomas A. Bickers, Esq.
    800 S. Gay Street
    Suite 1100
    Knoxville, Tennessee 37929

    Stephen Daves, Esq.
    David L. Hill, Esq.
    O'Neil, Parker & Williamson
    416 Cumberland Avenue
    Post Office Box 217
    Knoxville, Tennessee 37901

    James Gandy, Esquire
    Pierce, Herns, Sloan & McLeod, LLC
    P.O. Box 22437
    Charleston, SC 29413

    Steven L. Hurdle, Esq.
    Arnett, Draper & Hagood
    P.O. Box 300
    Knoxville, Tennessee 37901

    Martin L. Ellis, Esq.
    Butler, Vines & Babb
    507 South Gay Street
    Post Office Box 2649
    Knoxville, Tennessee 37901

John Rose, Esq.
Wyatt, Tarrant & Combs, LLP
2525 West End Avenue
Suite 1500
Nashville, Tennessee 37203

John W. Baker, Esq.
Baker, McReynolds, Byrne, O'Kane, Shea & Townsend
Post Office Box 1708
Knoxville, Tennessee 37901-1708

Russell B. Morgan, Esq.
Boult, Cummings, Conners & Berry, PLC
P.O. Box 198062
Nashville, Tennessee 37219

Harold T. Pinkley, Jr.
Miller & Martin
1200 First Union Tower
150 Fourth Avenue, North
Nashville, Tennessee 37219

Debra L. Fulton
Frantz, McConnell & Seymour
550 West Main Street, Suite 500
Knoxville, Tennessee 37902

This 23 day of October, 2001.

_____
ATTORNEY