**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 26 2001

FILED
CLERK'S OFFICE

# SHEA & GARDNER

1800 MASSACHUSETTS AVENUE, N.W.

WASHINGTON, D.C. 20036-1872

(202) 828-2000
FAX: (202) 828-2195

ROBERT T. BASSECHES
BENJAMIN W. BOLEY
RALPH J. MOORE, JR.
MARTIN J. FLYNN
STEPHEN J. POLLAK
DAVID BOOTH BEERS
JOHN D. ALDOCK
WILLIAM S. MOORE
JOHN TOWNSEND RICH
JAMES R. BIEKE
WILLIAM F. SHEEHAN
R. JAMES WOOLSEY
FREDERICK C. SCHAFRICK
DAVID B. COOK
FRANKLIN D. KRAMER
PATRICK M. HANLON

TIMOTHY K. SHUBA
MICHAEL S. GIANNOTTO
JEFFREY C. MARTIN
WILLIAM R. HANLON
ELIZABETH RUNYAN GEISE
COLLETTE C. GOODMAN
LAURA S. WERTHEIMER
RICHARD M. WYNER
THOMAS J. MIKULA
NANCY B. STONE
CHRISTOPHER E. PALMER
MARK S. RAFFMAN
VALERIE E. ROSS
MICHAEL K. ISENMAN
JOHN MOUSTAKAS

HEATHER H. ANDERSON
REENA N. GLAZER
HOWARD R. RUBIN
DONALD J. MUNRO
TIMOTHY G. LYNCH
MATTHEW M. HOFFMAN
JAMES CHAD OPPENHEIMER
M. DAVID DOBBINS
CHRISTOPHER L. SAGERS
JEFFREY M. KLEIN

JILL ILAN INBAR
TIMOTHY H. EDGAR
LISA M. HARRISON
MICHELE L. SVONKIN
ADAM M. CHUD
ELENA A. BAYLIS
ROSS E. DAVIES
RICHARD A. PASCHAL
RICHARD L. MATHENY III
DOMINICK V. FREDA

SENIOR COUNSEL
WARNER W. GARDNER         LAWRENCE J. LATTO
OF COUNSEL
RICHARD T. CONWAY         EUGENIA LANGAN
WILLIAM H. DEMPSEY        ERIC C. JEFFREY
ANTHONY A. LAPHAM

FRANCIS M. SHEA (1905-1989)

October 25, 2001

**Via Hand Delivery**

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E. - Room G-255, North Lobby
Washington, D.C. 20002-8004

    Re:    MDL No. 875; Dana Corporation's withdrawal of its Opposition to plaintiffs' Motion to Vacate Conditional Transfer Order 203 in Steiner v. A.P. Green Refractories, et al., No. 3:01-1178 (D. Or.); Yorath v. A.P. Green Refractories, et al., No. 3:01-1176 (D. Or.); Haggerty v. A.P. Green Refractories, et al., No. 3:01-1177 (D. Or.); Keeling v. A.P. Green Refractories, et al., No. 3:01-1179 (D. Or.)

Dear Mr. Beck:

On October 19, 2001, defendant Dana Corporation ("Dana") filed with the Panel its Opposition to plaintiffs' Motion To Vacate CTO 203 in the above-referenced cases. Dana respectfully withdraws that Opposition at this time, as Dana has settled the claims against it in those cases, and therefore takes no position as to the propriety of transfer therein. Thank you for your assistance.

Respectfully,

*[signature]*

Adam M. Chud

Enclosure
cc:    All counsel on service list

**OFFICIAL FILE COPY** IMAGED OCT 30 '01

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 25th day of October, 2001, I caused a copy of the foregoing to be served by first-class mail, postage prepaid, upon the counsel on the attached service list.

Adam M. Chud

## SERVICE LIST

Jeffrey Mutnick
Dain Paulson
LANDYE BENNETT BLUMSTEIN, LLP
3500 Well Fargo Center
1300 S.W. Fifth Avenue, Suite 3500
Portland, OR 97201

Michael J. Beck, Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Building
Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

James H. Gidley
Perkins Cole, LLP
1211 SW 5th Avenue, Suite 1500
Portland, OR 97204

John DeVoe
Dunn Carney Allen Higgins & Tongue
851 SW 6th Avenue, Suite 1500
Portland, OR 97204-1357

Howard L. Hall
Wolfstone, Panchot & Bloch, P.S.
801 Second Avenue, Suite 1500
Seattle, WA 98104-1577

Richard Lee
Bodyfelt, Mount, Stroup, et al.
65 SW Yamhill Street, Suite 300
Portland, OR 97204

Leslie Darby
Lindsay, Hart, Neil & Weigler
1300 S.W. Fifth Avenue, Suite 3400
Portland, OR 97201

Kenneth E. Petty
Williams, Kasmer & Gibbs, PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380

Randy J. Aliment
Williams, Kasmer & Gibbs, PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380

Diane J. Kero
Gordon, Thomas, Honeywell, et al.
One Union Square
600 University, Suite 2100
Seattle, WA 98101-4185

Barry L. Groce
McEwen, Gisvold, Rankin, et al.
1100 SW Sixth Avenue, Suite 1600
Portland, OR 97204

Roger K. Stroup
Bodyfelt, Mount, Stroup, et al.
65 SW Yamhill Street, Suite 300
Portland, OR 97204

John M. Silk
Wilson, Smith, Cochran & Dickerson
1700 Financial Center
1215 4th Avenue
Seattle, WA 98161-1007

Bruce M. White
Mitchell, Lang & Smith
101 SW Main Street, Suite 2000
Portland, OR 97204

Richard K. Hansen
Heidi L. Mandt
Schwabe Williamson & Wyatt PC
1211 SW 5th Avenue, Suites 1600-1800
Portland, OR 97204

Kelly P. Corr
Corr Cronin LLP
1001 Fourth Avenue, Suite 3700
Seattle, WA 98154-1127

Mark J. Fucile
Stoel Rives Boley Jones & Grey
Standard Insurance Center
900 SW Fifth Avenue, Suite 2300
Portland, OR 97204-1268

Frantz Ward
Frantz Ward LLP
55 Public Square Building, 19th Floor
Cleveland, OH 44113-1999

Stewart M. Whipple
Attorney at Law
6501 SW Macadam Avenue
Portland, OR 97201

Mary Tarbox
Garvey, Schubert & Barer
121 SW Morrison Street, 11th Floor
Portland, OR 97204

Stephen P. McCarthy
Lane Powell Spears Lubersky, LLP
601 SW 2nd Avenue, Suite 2100
Portland, OR 97204

Alan D. Judy
Karr Tuttle Campbell
1100 SW 6th Avenue, Suite 1212
Portland, OR 97204

Richard Whittemore
Bullivant Houser Bailey
888 SW 5th Avenue, Suite 300
Portland, OR 97204

Katherine Steele
Stafford Frey Cooper
1301 Fifth Avenue, Suite 2500
Seattle, WA 98101-2621

Christine Dinsdale
Soha & Lang
801 Second Avenue, Suite 1210
Seattle, WA 98104

Carl Forsberg
Roy Umlauf
Catherine Doudnikoff
Forsbert & Umlauf
900 Fourth Avenue, Suite 1700
Seattle, WA 98164

Richard C. Binzley
Thompson, Hine & Flory, LLP
127 Public Square, Suite 3900
Cleveland, OH 44114-1216

Edward J. Cass
Gallagher, Sharp, Fulton, et al.
1501 Euclid Avenue, 7th Floor
Cleveland, OH 44115

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Harmon
Philadelphia Bourse Building
Independence Mall East, Suite 100
Philadelphia, PA 19106

Susan M. Hanson
Stich, Angell, Kreidler, et al.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

J. William Ashbaugh
Stafford, Frey, Cooper & Stewart
1301 Fifth Avenue, Suite 2500
Seattle, WA 98101

David C. Landin
Huton & Williams
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, et al.
P.O. Box 1792
Mt. Pleasant, SC 29465

James Case
Case & Dusterhoff, LLP
9800 SW Bvtn-Hillsdale Hwy, Suite 200
Beaverton, OR 97005

John J. Repcheck
Marks, O'Neill
707 Grant Street, Suite 3200
Pittsburgh, PA 15219

John D. Roven
2190 North Loop W Suite 410
Houston, TX 77018-8008

Richard D. Schuster
Vorys, Sater, Seymour & Pease
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard, 6th Floor
Los Angeles, CA 90025

Robert Spinelli
Kelley, Jasons, McGuire, et al.
Centre Square West, 15th Floor
Philadelphia, PA 19102

Andrew J. Trevelise
Reed, Smith, Shaw & McClay
2500 One Liberty Place, Suite 1650
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
PO Box 998
Cedar Rapids, IA 52406

Lori K. Dedobbelacre
Dunn Carney Allen Higgins & Tongue
851 SW 6th Avenue, Suite 1500
Portland, OR 97204

Ellen B. Furman
Goldfein & Joseph
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

James L. Hiller
Hitt Hiller & Monfils, LLP
510 SW 3rd Avenue, Suite 309
Portland, OR 97204

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308

George S. Pitcher
Tooze Duden, et al.
333 SW Taylor Street
Portland, OR 97204

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226