DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Strausberg v. Hilti, Inc., et al.*, E.D. New York, C.A. No. 1:01-3802

### ORDER VACATING CONDITIONAL TRANSFER ORDER

This action (*Strausberg*) was included on a conditional transfer order ("CTO-206") filed in this docket on October 16, 2001. The Panel has now learned that *Strausberg* is not related to the asbestos litigation and was included on CTO-206 as the result of an automation error.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-206" filed on October 16, 2001, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

IMAGED OCT 31 '01