JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 30 2001

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI)                :
                                    :
_____ x

This Document Relates to:           :      CIVIL ACTION NO. MDL 875

Law Firm of Donaldson and Black     :

United States District Court        :
Western District of North Carolina  :

GARMON, C.A.No. 5:98CV2-T           :

[In the event the above-listed case :
is a multiple plaintiff (victim)    :
action, this transfer is for the    :
above-named party only, or said     :
party's representative, and any     :
spousal or dependent actions.]      :
_____ x

FILED
AUG 14 2001
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Western District of North Carolina, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since only one defendant (Rapid American Corporation) remains for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are

hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Western District of North Carolina for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 8/10/01

Charles R. Weiner     J.

ENTERED

AUG 1 5 2001

CLERK OF COURT