MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2001

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

In Re Asbestos Products Liability
Litigation (No. VI)

Civil Action No. MDL 875

This Document Relates To:

PAMELA OELRICH, individually and as
heir and Special Administrator of the Estate of
ROBERT V. OELRICH, deceased, et al.,

Plaintiffs,

vs.

ANDCO, INC., in its own right and as
successor in interest to and liable for A.E.
Anderson Construction Corp., et al.,

Defendants.

District of Nevada

No. CV-S-01-1039-PMP (RJJ)

PLEADING NO. 3320

**PLAINTIFFS' NOTICE OF OPPOSITION TO CTO-206 WITH RESPECT TO DISTRICT DIV. CIVIL ACTION NO. NV 2 01-1039 ONLY AND CONSOLIDATED MOTION AND BRIEF TO VACATE CTO-206 WITH RESPECT TO DISTRICT DIV. CIVIL ACTION NO. NV 2 01-1039 ONLY**

Comes Now Plaintiffs, by and through their counsel Harrison, Kemp & Jones, Chtd., and hereby file their Notice of Opposition to Conditional Transfer Order 206 with respect to District Div. Civil Action No. NV 2 01-1039, only, and their Motion and Brief to Vacate CTO-206 with respect to District Div. Civil Action No. NV 2 01-1039, only. The Notice and Motion are based on the fact that Plaintiffs' Motion to Remand is currently pending before the United States District Court, District of Nevada, Civil Case No. CV-S-01-1039-PMP-RJJ. The Notice and Motion are based upon the attached Points and Authorities, the papers and other records on file

. . .

. . .

**OFFICIAL FILE COPY**
IMAGED NOV 2 '01

in the United States District Court, District of Nevada, Civil Case No. CV-S-01-1039-PMP-RJJ, and upon such other evidence and argument as may be received or heard by the Court.

DATED this 31st day of October, 2001.

HARRISON, KEMP & JONES, CHARTERED

By: _____
Brad Wilt, Esquire
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89109
Attorneys for Plaintiffs

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### PROCEDURAL HISTORY

On April 27, 2001, Plaintiffs filed their Complaint in the Eighth Judicial District Court, Clark County, Nevada, against Defendants alleging, inter alia, that Plaintiffs have been injured as a result of Robert V. Oelrich's exposure to asbestos-containing products mined, manufactured, processed, imported, converted, compounded, sold or distributed by Defendants. On or about September 4, 2001, Defendant The Flintkote Company filed its Notice of Removal. Plaintiffs timely filed and served their Motion to Remand on or about October 5, 2001, a copy of which is attached hereto as Exhibit 1 (without exhibits). On or about October 17, 2001, Defendant The Flintkote Company served and filed its Opposition to Plaintiffs' Motion to Remand. Plaintiffs' reply brief in response to this Opposition is currently calendered to be filed and served on or before November 1, 2001.

### II.

### ARGUMENT

Plaintiffs' Motion to Remand the action back to state court is currently pending before the United States District Court, District of Nevada in Case No. CV-S-01-1039-PMP-RJJ. This jurisdictional issue must be resolved prior to this case being transferred to the Judicial Panel on Multidistrict Litigation. Farkas v. Bridgestone/Firestone, Inc., 113 F. Supp.2d 1107, 1115 n. 8

(W.D. Ky. 2000)(holding that "the jurisdictional issue *must* be resolved before deciding whether to stay or transfer the case to the MDL panel") (emphasis added).

It would be premature to whisk Plaintiffs' case to mass litigation across the country before Plaintiffs' motion to remand Case No. CV-S-01-1039-PMP-RJJ back to state court is considered. The United States District Court, District of Nevada, must be given an opportunity to rule on Plaintiffs' Motion to Remand. See Meyers v. Bayer, 143 F. Supp.2d 1044, 1049 (E.D. Wis. 2001) ("[A] court should first give preliminary scrutiny to the merits of the motion to remand. If this preliminary assessment suggests that removal was improper, the court should promptly complete its consideration and remand the case to state court.")

## III.

## CONCLUSION

Based on the foregoing, Plaintiffs respectfully request the Judicial Panel on Multidistrict Litigation to Vacate CTO-206 with respect to District Div. Civil Action No. NV 2 01-1039, only, until the United Sates District Court, District of Nevada, has ruled on Plaintiffs motion to remand this action back to state court.

DATED this 31st day of October, 2001.

HARRISON, KEMP & JONES, CHARTERED

By: _/s/ Brad Wilt_
Brad Wilt, Esquire
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89109
Attorneys for Plaintiffs

- 3 -

10-31-01 14:14 HARRISON KEMP & JONES, CHTD 7023851284 T-704 P.04/18 F-543

Case HARRISON KEMP & JONES, CHTD Document 3320 Filed 51281/01/01 Page 4 of 18

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2001

FILED
CLERK'S OFFICE

## CERTIFICATE OF MAILING

I hereby certify that on the 31st day of October, 2001, the foregoing **PLAINTIFFS' NOTICE OF OPPOSITION TO CTO-206 WITH RESPECT TO DISTRICT DIV. CIVIL ACTION NO. NV 2 01-1039 ONLY AND CONSOLIDATED MOTION AND BRIEF TO VACATE CTO-206 WITH RESPECT TO DISTRICT DIV. CIVIL ACTION NO. NV 2 01-1039 ONLY** was served on the following person(s) listed on the attached list by mailing a copy thereof, first class mail, postage prepaid, to:

_____
An Employee of Harrison, Kemp & Jones,
Chartered

HARRISON, KEMP, & JONES, CHARTERED
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89109
(702) 385-6000
Fax (702) 385-6001

RECEIVED CLERK'S OFFICE
2001 OCT 31 P 4: 29
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

- 4 -

HARRISON, KEMP, & JONES, CHARTERED
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89109
(702) 385-6000
Fax (702) 385-6001

| | | |
|---|---|---|
| 1 | **AT&T Corporation** | **Andco, Inc., In its own right and as** |
|   | c/o CT Corporation System | **success-or in interest to A.E. Anderson** |
| 2 | 111 Eighth Avenue | **Constr Corp.** |
|   | New York, NY 10011 | c/o CT Corporation System |
| 3 |  | Union Commerce Bldg. |
|   |  | Cleveland, OH 44115 |
| 4 |  |  |
|   | **Courter & Company, Inc.** | **Robert A. Keasbey Company** |
| 5 | Secretary of State of the State of New York | 141 W.19th Street |
|   | 41 State Street | New York, NY 10011 |
| 6 | Albany, NY 12207-2874 |  |
|   |  | **Robert A. Keasbey Company** |
| 7 | **CSR Limited** | c/o NY State, Dept of State, Div of Corp |
|   | (CSR LLC) | 41 State Street |
| 8 | c/o NYS Dept of State, Div. of | Albany, NY 12207-2874 |
|   | Corporations |  |
| 9 | 41 State Street | **Kohler Co.** |
|   | Albany, NY 12207-2874 | c/o CT Corporation System |
| 10 |  | 111 Eighth Avenue |
|   | **CSR Limited** | New York, NY 10011 |
| 11 | 1-3 O'Connell Street |  |
|   | Sidney, N.S.W., Australia | **R.E. Kramig, Inc.** |
| 12 |  | c/o George Kulesza, Registered Agent |
|   | **Work Safe Industries, Inc. f/k/a Eastco** | 323 S. Wayne Avenue |
| 13 | **Industrial Safety Corporation** | Cincinnati, OH 45215 |
|   | 130 West Street |  |
| 14 | Huntington Station, NY 11746 | **Mario & Dibono Plastering Co., Inc.** |
|   |  | Secretary of State - State of New York |
| 15 | **Foseco, Inc.** | 41 State Street |
|   | c/o CT Corporation System | Albany, NY 12207-2874 |
| 16 | 111 Eighth Avenue |  |
|   | New York, NY 10011 | **Moog Automotive Products Company fka** |
| 17 |  | **Cooper Industries fka Wagner Electric** |
|   | **Gibraltar Industrial Services, Inc.** | **Corporation** |
| 18 | 92 Cooper Street | The Corporation Trust Company |
|   | Tonawanda, NY 14150 | 100 West 10th Street |
| 19 |  | Wilmington, DE 19801 |
|   | **Gibraltar Industrial Services, Inc.** |  |
| 20 | 92 Copper Hts. | **Morse-Diesel Construction Co., Inc.** |
|   | Buffalo, NY 14226 | c/o Secretary of State |
| 21 |  | 41 State Street |
|   | **Gibraltar Industrial Services, Inc.** | Albany, NY 12231-0001 |
| 22 | 8352 Main Street |  |
|   | Williamsville, NY 14221 | **Nicolet-Keasbey & Mattison** |
| 23 |  | c/o Nicolet, Inc. |
|   | **Indresco, Inc.** | Wissahickin Street |
| 24 | 2121 San Jacinto Street, Suite 2500, LB 31 | Ambler, PA 19002 |
|   | Dallas, TX 75201 |  |
| 25 |  | **Nicolet-Keasbey & Mattison** |
|   | **Robert A. Keasbey Company** | c/o T&N (Turner & Newall) |
| 26 | LaAbbate Balkin Covalita Contini LLP | Manchester Hall Office |
|   | 1050 Franklin Avenue | Center Style Road |
| 27 | Garden City, NY 11530 | Manchester, 22, England |
| 28 |  |  |

- 5 -

| | | |
|---|---|---|
| 1 | **Verizon New York, Inc. f/k/a New York Telephone Company** | **Treadwell Corporation** c/o New York State, Department of State, Division of Corporations 41 State Street Albany, NY 12231-0001 |
| 2 | 1095 Avenue of the Americas New York, NY 10036 | |
| 3 | | |
| 4 | **Oakfabco, Inc.** 210 W. 22nd Street, Suite 105 Oak Brook, IL 60523 | **Westinghouse Electric Corporation** Westinghouse Boulevard Gateway Center Pittsburgh, PA 15222 |
| 5 | | |
| 6 | **O'Connor CONSTRUCTORS, Inc. fka Thomas O'Connor & Company, Inc.** | **Wheeler Protective Apparel, Inc.** c/o Hudson L. Wheeler 436 Frontage Road Northfield, IL 60093 |
| 7 | c/o Corporation Service Company 80 State Street | |
| 8 | Albany, NY 12207-2543 | |
| 9 | **The Okonite Company** c/o U.S.C. Company | |
| 10 | 70 Pine Street, 14th Floor New York, NY 10005 | **Wheeler Protective Apparel, Inc.** c/o H .L. Wheeler 4330 West Belmont Avenue Chicago, IL 60641 |
| 11 | | |
| 12 | **Plibrico Sales & Service, Inc.** 1800 N. Kingsbury Street Chicago, IL 60614 | |
| 13 | **Puerto Rico Safety Equipment Corporation** | **Wheeler Protective Apparel, Inc.** Wheeler Sales Company fka Wheeler Protective Apparel, Inc. c/o Hudson L. Wheeler 436 Frontage Road Northfield, IL 60093 |
| 14 | | |
| 15 | c/o New York State, Department of State, Division of Corporations 41 State Street | |
| 16 | Albany, NY 12231-0001 | **York Industries Corporation** d/o New York State, Department of State, Division of Corporations 41 State Street Albany, NY 12231-0001 |
| 17 | **Rapid-American Corporation, a New York corporation** | |
| 18 | c/o McCrory Corporation 1700 Broadway, Suite 1403 | |
| 19 | New York, NY 10019 | |
| 20 | **Rapid American Corporation, a New York corporation** | James L. Edwards, Esq. Beckley, Singleton 530 Las Vegas Blvd. Las Vegas, NV 89101 Attorneys for J.T. Thorpe, Inc.; and A.P. Greene Industries (Refractories) |
| 21 | Corporation Service Co. 1013 Centre Road | |
| 22 | Wilmington, DE 19805 | |
| 23 | **George P. Reintjes Co.** c/o CT Corporation System | Richard A. Salvatore, Esq. Georgeson, Thompson & Angaran, Chtd. 100 West Grove Street, Suite 500 Reno, NV 89509 Attorneys for Allied Signal, Inc./Bendix |
| 24 | 111 Eighth Avenue New York, NY 10011 | |
| 25 | | |
| 26 | **Synkoloid Company, a Div. of Muralo Co.** 148 East 5th Street Bayonne, NJ 07002 | |
| 27 | | |
| 28 | | |

HARRISON, KEMP, & JONES, CHARTERED
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89109
(702) 385-6000
Fax (702) 385-6001

| | | |
|---|---|---|
| 1 | Nicholas M. Wieczorek, Esq.<br>Wieczorek & Associates<br>3980 Howard Hughes Parkway, Suite 400<br>Las Vegas, NV 89109<br>Attorneys for Crown Cork & Seal Company | Elizabeth Goff Gonzalez, Esq.<br>Gonzalez & Associates Ltd.<br>1830 E. Sahara Avenue, #102<br>Las Vegas, NV 89104<br>Attorneys for General Refractories Co. |
| 4 | Ike Lawrence Epstein, Esq.<br>Beckley, Singleton<br>530 Las Vegas Blvd.<br>Las Vegas, NV 89101<br>Attorneys for Sequoia Ventures, Inc.; and<br>Kaiser Aluminum | J. Christopher Jorgensen, Esq.<br>Beckley, Singleton<br>530 Las Vegas Blvd.<br>Las Vegas, NV 89101<br>Attorneys for Carlisle Companies, Inc.; and<br>International Minerals & Chem. Corp. |
| 8 | George W. Foley, Jr., Esq.<br>Pearson, Patton, Shea, Foley & Kurtz, P.C.<br>6900 Westcliff Dr., #800<br>Las Vegas, NV 89145<br>Attorneys for ACandS, Inc | Leland Eugene Backus, Esq.<br>Backus & Associates, Ltd.<br>7670 W. Lake Mead Blvd., Suite 200<br>P.O. Box 379004<br>Las Vegas, NV 89137-9004<br>Attorneys for Kewanee Boiler Mfg. Co. and<br>Frank W. Schaefer, Inc. |
| 12 | Larry J. Crown, Esq.<br>Jennings, Haug & Cunningham, LLP<br>2800 North Central Avenue, Suite 1800<br>Phoenix, AZ 85004-1049<br>Attorneys for A.W. Chesterton Company,<br>Anchor Packing Co., and Garlock, Inc. | Curtis J. Busby, Esq.<br>Thomas C. Howard, Esq.<br>Bowman and Brooke LLP<br>2929 North Central Avenue, Suite 1700<br>Phoenix, AZ 85012-2761<br>Attorneys for Ford Motor Company and<br>Durabla Manufacturing Company |
| 16 | William H. Pruitt, Esq.<br>Barron, Vivone, Holland & Pruitt, Chtd.<br>1404 S. Jones Blvd.<br>Las Vegas, NV 89146<br>Attorneys for Cummins Engine Co., Inc.;<br>Plibrico Co.; and Weil-McLain Co., Inc. | John L. Thorndal, Esq.<br>Thorndal, Armstrong, Delk, Balkenbush & Eisinger<br>1100 E. Bridger Avenue<br>Las Vegas, NV 89101<br>Attorneys for BMCE, Inc. fka United<br>Centrifugal Pump |
| 19 | Steven C. Lynes, Esq.<br>MRF Law Group<br>1331 Garden Highway, Suite 300<br>Sacramento, CA 95833-9773<br>Attorneys for John Crane, Inc. | Craig M. Burkett, Esq.<br>Perry & Spann<br>6130 Plumas Street<br>Reno, NV 89509<br>Attorneys for 3M Company |
| 22 | James Kachmar, Esq.<br>Wait Law Firm<br>305 West Moana Lane, Second Floor<br>P.O. Box 719<br>Reno, NV 89504-0719<br>Attorneys for Flintkote Co.; Ingersoll-Rand;<br>A.O. Smith Water; and A-Best Products | Janice J. Brown, Esq.<br>Barker, Brown, Busby, Chrisman & Thomas, P.C<br>800 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, NV 89101<br>Attorneys for Keeler-Dorr-Oliver Boiler Co. |
| 26 | Kym S. Cushing, Esq.<br>Edwards, Hale, Sturnam, Atkin & Cushing<br>415 S. Sixth St., #300<br>Las Vegas, NV 89101<br>Attorney for Fulton Boiler Works, Inc. | Paul Eisinger, Esq.<br>Thorndal, Armstrong, Delk, Balkenbush & Eisinger<br>1100 E. Bridger Avenue<br>Las Vegas, NV 89101<br>Attorneys for Industrial Holdings Corp |

HARRISON, KEMP, & JONES, CHARTERED
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89109
(702) 385-6000
Fax (702) 385-6001

- 7 -

| | | |
|---|---|---|
| 1 | Dana Jonathon Nitz, Esq.<br>Rawlings, Olson | Jack Cherry, Esq.<br>Alverson, Taylor, Mortensen, Nelson & Sanders |
| 2 | 301 East Clark Avenue, Suite 1000<br>Las Vegas, NV 89101-6597 | 7401 W. Charleston Blvd.<br>Las Vegas, NV 89117 |
| 3 | Attorneys for Burnham Corp.; and Gould<br>Pumps, Inc. | Attorneys for Union Boiler Company,<br>Bethlehem Steel Corp.; General Electric; |
| 4 | | and A.P. Green Services (Bigelow-Liptak) |
| 5 | Michael R. Pontoni, Esq.<br>Michael R. Pontoni, Ltd. | Bruce Scott Dickinson, Esq.<br>Stephenson & Dickinson Law Office |
| 6 | 64 N. Pecos Road, Suite 100<br>Henderson, NV 89014 | 302 East Carson Avenue, Suite 700<br>Las Vegas, NV 89101-5908 |
| 7 | Attorneys for Dresser Industries, Inc.;<br>Worthington Corp; and Harbison-Walker | Attorneys for PACCAR, Inc. |
| 8 | | |
| 9 | Troy Peyton, Esq.<br>Rumph & Peyton | Mary Price Birk, Esq.<br>Baker & Hostetler, Llp |
| 10 | 800 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, NV 89101 | 303 E. 17th Avenue, Suite 1100<br>Denver, CO 80203<br>Attorneys for Union Carbide; Maremont; |
| 11 | Attorneys for Union Carbide; Maremont;<br>Pneumo Abex; Patterson-Kelley; Amchem; | Pneumo Abex; Patterson-Kelley; Amchem;<br>Dana; Certainteed; Pfizer, Inc.; Quigley Co.; |
| 12 | Dana; Certainteed; Pfizer, Inc.; Quigley Co.;<br>National Services, Inc.; and McGraw/ | National Services, Inc.; and McGraw/<br>Kokosing, Inc. |
| 13 | Kokosing, Inc. | |
| 14 | | |
| 15 | | |
| 16 | Holly S. Stoberski, Esq.<br>Laxalt & Nomura, Ltd. | Greg W. Marsh, Esq.<br>Law Offices of Greg W. Marsh |
| 17 | 201 Las Vegas Blvd. South, #200<br>Las Vegas, NV 89101 | 731 South Seventh Street<br>Las Vegas, NV 89101-6907 |
| 18 | Attorneys for Lincoln Electric Co.; and<br>Teledyne Industries, Inc. | Attorneys for Ford Motor Company and<br>Durabla Manufacturing Company |
| 19 | Steve Morris, Esq.<br>Morris, Pickering & Sanner | Tishman Construction Corporation<br>c/o Diane DeLuca, Claims Manager |
| 20 | 300 S. Fourth Street, #500<br>Las Vegas, NV 89101 | 666 5th Avenue<br>New York, NY 10103 |
| 21 | Attorneys for American Standard, Inc. | |
| 22 | Greg Gilbert, Esq.<br>Curtis & Associates | Bret Hayman, Esq.<br>Suitter Axland |
| 23 | 3960 Howard Hughes Parkway, #500<br>Las Vegas, NV 89109 | 175 South West Temple, Suite 700<br>Salt Lake City, UT 84101 |
| 24 | Attorneys for Beazer East, Inc. | Attorneys for D.B. Riley, Inc. |
| 25 | James M. O'Reilly, Esq.<br>3321 North Buffalo Drive, Suite 200 | George R. Lyles, Esq.<br>Lyles & Hawley |
| 26 | Las Vegas, NV 89129<br>Attorneys for D.B. Riley, Inc. | 2080 E. Flamingo Road, #106<br>Las Vegas, NV 89119 |
| 27 | | Attorneys for McCord Corp; and<br>Mobile Oil Corporation |
| 28 | | |

HARRISON, KEMP, & JONES, CHARTERED
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89109
(702) 385-6000
Fax (702) 385-6001

- 8 -

HARRISON, KEMP, & JONES, CHARTERED
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89109
(702) 385-6000
Fax (702) 385-6001

| | | |
|---|---|---|
| 1 | Joni Mangino, Esq.<br>Zimmer Kunz<br>3300 USX Tower<br>Pittsburg, PA 15219<br>Attorneys for Insul Co., Inc. | A. Scott Goldberg, Esq.<br>Selman Breitman LLP<br>11766 Wilshire Blvd., Sixth Floor<br>Los Angeles, CA 90025-6538<br>Attorneys for HB Fuller Co.; Cleaver Brooks; Lipe-Rollway; and Eastern Refract. |
| 5 | Von S. Heinz, Esq.<br>Lewis and Roca, LLP<br>3993 Howard Hughes Pkwy, #600<br>Las Vegas, NV 89109<br>Attorneys for Viacom, Inc. successor to CBS Corp. f/k/a Westinghouse Electric Corp. | Janice J. Brown, Esq.<br>Barker Brown Busby Chrisman & Thomas<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Attorneys for North American Refractories |
| 8 | John S. Worden, Esq.<br>Hughes Center II<br>3753 Howard Hughes Pkwy, Suite 200<br>Las Vegas, NV 89109<br>Attorneys for Owens-Illinois, Inc. | Marsha H. Tarte, Esq.<br>PICO & MITCHELL<br>2000 South Eastern Avenue<br>Las Vegas, NV 89104<br>Attorneys for J.H. France Refractories Co.; and Foster Wheeler |
| 12 | Terry Kinnally, Esq.<br>Earley Savage<br>7251 W. Lake Mead, Suite 550<br>Las Vegas, NV 89128<br>Attorneys for Metalclad Corp. | Michael A. Hagemeyer, Esq.<br>Law Office of Michael A. Hagemeyer<br>2255-A Renaissance Drive<br>Las Vegas, NV 89119<br>Attorneys for Daimler Chrysler; General Motors; and Uniroyal Holding, Inc. |
| 15 | Kristina Pickering, Esq.<br>Morris Pickering & Sanner<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, NV 89101<br>Attorneys for Metropolitan Life Ins. | Perry Braunstein, Esq.<br>Skadden Arps Slate Meagher Flom LLP<br>Four Times Square<br>New York, NY 10036<br>Co-Counsel for Metropolitan Life Ins. |
| 19 | James M. Barker, Esq.<br>Gifford, Vernon & Barker<br>732 S. Sixth Street, #100<br>Las Vegas, NV 89101<br>Attorneys for Borg-Warner Corp. | Paul J. Vames, Esq.<br>Affiliated w/Selman Breitman LLP<br>Vames & Associates<br>7251 Lake Mead Blvd., #300<br>Las Vegas, NV 89128<br>Co-Counsel for HB Fuller Co.; Cleaver Brooks; Lipe-Rollway; and Eastern Refract. |
| 23 | Thomas W. Davis, II, Esq.<br>Haney, Woloson & Mullins<br>301 E. Clark, #700<br>Las Vegas, NV 89101<br>Counsel for Navistar Int'l. Transportation | Jay McConnell, Esq.<br>Meyers & McConnell<br>11859 Wilshire Blvd, 4th Floor<br>Los Angeles, CA 90025<br>Attorneys for Peerless Industries, Inc. |
| 26 | Stephanie Cooper Christensen, Esq.<br>The Cooper Christensen Law Firm LLP<br>4411 South Pecos Road<br>Las Vegas, NV 89121<br>Attorneys for Thorpe Insulation | Brian K. Terry, Esq.<br>Thorndal, Armstrong, Delk, et al<br>1100 East Bridger Avenue<br>P.O. Drawer 2070<br>Las Vegas, NV 89125-2070<br>Attorneys for Peerless Heater Co., Inc. |

| | |
|---|---|
| William F. Kiniry, Jr., Esq.<br>Piper Marbury Rudnick & Wolfe<br>3400 Two Logan Square<br>18th and Arch Streets<br>Philadelphia, PA 19103<br>Attorneys for Perkins Engines, Inc. | Paul Doolittle, Esquire<br>Ness, Motley, Loadholt, Richardson & Poole<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465<br>Co-Counsel for Plaintiffs |

HARRISON, KEMP, & JONES, CHARTERED
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89109
(702) 385-6000
Fax (702) 385-6001

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2001

FILED
CLERK'S OFFICE

# EXHIBIT 1

```
Brad Wilt, Esquire
Nevada Bar #6867
HARRISON, KEMP & JONES, CHTD.
3800 Howard Hughes Parkway
17th Floor
Las Vegas, NV 89109
Telephone: (702) 385-6000

ATTORNEY FOR THE PLAINTIFFS
```

RECEIVED AND FILED
Oct 5  3 27 PM '01
LANCE S. WILSON
CLERK
BY_____
DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

PAMELA OELRICH, individually and as heir and Special Administrator for the Estate of ROBERT V. OELRICH, deceased; BERYL OELRICH, individually and as heir for the Estate of ROBERT V. OELRICH, deceased; GLEN A. OELRICH, individually and as heir for the Estate of ROBERT V. OELRICH, deceased,

Plaintiffs,

vs.

ANDCO, INC. In its own right and as successor in interest to and liable for A.E. Anderson Construction Corp., et al.,

Defendants.

Civil Case No. CV-S-01-1039-PMP-RJJ

## MOTION TO REMAND

The Plaintiffs, by and through their attorneys, Harrison, Kemp & Jones, Chartered, hereby request this Court to remand this action back to the Eighth Judicial District Court, Clark County, Nevada. Removal of Plaintiffs' state court action is improper in that all Defendants have not joined in Defendant The Flintkote Company's Notice of Removal. This Motion is based upon 28

///
///
///

HARRISON, KEMP, & JONES, CHARTERED
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89109
(702) 385-6000
Fax (702) 385-6001

1 U.S.C. Section 1332, 28 U.S.C. Section 1441 and 28 U.S.C. Section 1446, and the following
2 Memorandum of Points and Authorities.
3     DATED this 5th day of October, 2001.

HARRISON, KEMP & JONES, CHARTERED

By _____
Brad Wilt, Esquire
Nevada Bar # 6867
3800 Howard Hughes Parkway
17th Floor
Las Vegas, NV 89109
Telephone: (702) 385-6000
ATTORNEYS FOR PLAINTIFFS

## MEMORANDUM OF POINT AND AUTHORITIES

### I. STATEMENT OF FACTS

1. On April 27, 2001, Plaintiffs filed their Complaint in the Eighth Judicial District Court, Clark County, Nevada, against Defendants alleging, inter alia, that Plaintiffs have been injured as a result of Robert V. Oelrich's exposure to asbestos-containing products mined, manufactured, processed, imported, converted, compounded, sold or distributed by Defendants. See Complaint, a copy of which is attached hereto as Exhibit 1.

2. Between August 22, 2001 and September 13, 2001, Defendants were served with a copy of the Summons and Complaint pursuant to NRS 14.080.[1]

3. On or about September 4, 2001, Defendant The Flintkote Company filed its Notice of

---

[1] **NRS 14.080 Service of process on foreign manufacturers, producers and suppliers of products.**
1. Any company, firm, partnership, corporation or association created and existing under the laws of any other state, territory, foreign government or the Government of the United States, which manufactures, produces, makes, markets or otherwise supplies directly or indirectly any product for distribution, sale or use in this state may be lawfully served with any legal process in any action to recover damages for an injury to a person or property resulting from such distribution, sale or use in this state by mailing to the last known address of the company, firm, partnership, corporation or association, by registered or certified mail return receipt requested, a copy of the summons and a copy of the complaint.
2. In all cases of such service, the defendant has 40 days, exclusive of the day of service, within which to answer or plead.
3. This section provides an additional manner of serving process and does not invalidate any other service.

- 2 -

1 Removal.

2     4. To date, according to the papers served on Plaintiffs in this action, several of the Defendants have not joined in The Flintkote Company's Notice of Removal including, but not limited to, Defendants Certainteed Corp., Flexitallic, Inc., Metalclad Corp., Owens-Illinois, Inc., Pittico Co., Rapid American Corp., and Thorpe Insulation Co.

## II. ARGUMENT.

The removal statutes are to be strictly construed against removal jurisdiction. Prize Frize, inc. v. Matrix, Inc., 167 F.3d 1261, 1265 (9th Cir. 1999) (reversing lower court and holding that "case was improperly removed because not all defendants consented to the removal.") When an action is removed under these statutes, all defendants must join in the removal. Parrino v. FHP, Inc., 146 F.3d 699, 703 (9th Cir. 1998) ("All defendants must join a notice of removal."); Delew v. Las Vegas Metro. Police Dep't, 108 F. Supp.2d 1146, 1147 (D.Nev. 2000)("[T]he law is clear that all defendants must join in the notice for removal within thirty days of service.") Since several of the defendants have declined to join in The Flintkote Company's Notice of Removal, an Order remanding this action back to the Eighth Judicial District Court, Clark County, Nevada is proper.

## III. CONCLUSION.

Based on the foregoing, Plaintiffs respectfully request an Order remanding this action back to the Eighth Judicial District Court, Clark County, Nevada.

DATED this 5th day of October, 2001.

HARRISON, KEMP & JONES, CHARTERED

By _____
Brad Wilt, Esquire
Nevada Bar # 6867
3800 Howard Hughes Parkway
17th Floor
Las Vegas, NV 89109
Telephone: (702) 385-6000
ATTORNEYS FOR PLAINTIFFS

HARRISON, KEMP, & JONES, CHARTERED
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89109
(702) 385-6000
Fax (702) 385-6001

- 3 -

## CERTIFICATE OF MAILING

I hereby certify that on the 5th day of October, 2001, the foregoing **MOTION TO REMAND (without exhibits)** was served on the following person(s) by mailing a copy thereof, first class mail, postage prepaid, to parties listed on the attached Service List:

_____
An employee of Harrison, Kemp & Jones, Chartered

HARRISON, KEMP, & JONES, CHARTERED
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89109
(702) 385-6000
Fax (702) 385-6001

*Pamela Oelrich vs. Andco, Inc., et al.*
**SERVICE LIST - 10/02/01**

James L. Edwards, Esq.
Beckley, Singleton, Jemison, Cobeaga & List, Chtd.
530 Las Vegas Blvd.
Las Vegas, NV 89101
Attorneys for J.T. Thorpe, Inc.

Nicholas M. Wieczorek, Esq.
Wieczorek & Associates
3980 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89109
Attorneys for Crown Cork & Seal Company

Ike Lawrence Epstein, Esq.
Beckley, Singleton, Jemison, Cobeaga & List, Chtd.
530 Las Vegas Blvd.
Las Vegas, NV 89101
Attorneys for Sequoia Ventures, Inc.;
Carlisle Companies, Inc.; Kaiser Aluminum;
and International Minerals & Chem. Corp.

Leland Eugene Backus, Esq.
Backus & Associates, Ltd.
7670 W. Lake Mead Blvd., Suite 200
P.O. Box 379004
Las Vegas, NV 89137-9004
Attorneys for Kewanee Boiler Mfg. Co. and
Frank W. Schaefer, Inc.

Curtis J. Busby, Esq.
Thomas C. Howard, Esq.
Bowman and Brooke LLP
2929 North Central Avenue, Suite 1700
Phoenix, AZ 85012-2761
Attorneys for Ford Motor Company and
Durabla Manufacturing Company

John L. Thorndal, Esq.
Thorndal, Armstrong, Delk, Balkenbush & Eisinger
1100 E. Bridger Avenue
Las Vegas, NV 89101
Attorneys for BMCE, Inc. fka United
Centrifugal Pump

Richard A. Salvatore, Esq.
Georgeson, Thompson & Angaran, Chtd.
100 West Grove Street, Suite 500
Reno, NV 89509
Attorneys for Allied Signal, Inc./Bendix

Elizabeth Goff Gonzalez, Esq.
Gonzalez & Associates Ltd.
1830 E. Sahara Avenue, #102
Las Vegas, NV 89104
Attorneys for General Refractories Company

George W. Foley, Jr., Esq.
Pearson, Patton, Shea, Foley & Kurtz, P.C.
6900 Westcliff Dr., #800
Las Vegas, NV 89145
Attorneys for ACandS, Inc

Larry J. Crown, Esq.
Jennings, Haug & Cunningham, LLP
2800 North Central Avenue, Suite 1800
Phoenix, AZ 85004-1049
Attorneys for A.W. Chesterton Company,
Anchor Packing Co., and Garlock, Inc.

William H. Pruitt, Esq.
Barron, Vivone, Holland & Pruitt, Chtd.
1404 S. Jones Blvd.
Las Vegas, NV 89146
Attorneys for Cummins Engine Co., Inc.;
and Weil-McLain Company, Inc.

Steven C. Lynes, Esq.
MRF Law Group
1331 Garden Highway, Suite 300
Sacramento, CA 95833-9773
Attorneys for John Crane, Inc.

Craig M. Burkett, Esq.  
Perry & Spann  
6130 Plumas Street  
Reno, NV 89509  
Attorneys for 3M Company  

Janice J. Brown, Esq.  
Barker, Brown, Busby, Chrisman & Thomas, P.C.  
800 Bank of America Plaza  
300 South Fourth Street  
Las Vegas, NV 89101  
Attorneys for Keeler-Dorr-Oliver Boiler Co.  

Paul Eisinger, Esq.  
Thorndal, Armstrong, Delk, Balkenbush & Eisinger  
1100 E. Bridger Avenue  
Las Vegas, NV 89101  
Attorneys for Industrial Holdings Corp  

Jack Cherry, Esq.  
Alverson, Taylor, Mortensen, Nelson & Sanders  
7401 W. Charleston Blvd.  
Las Vegas, NV 89117  
Attorneys for A.P. Greene, Union Boiler Company, Bethlehem Steel Corp. and General Electric  

Bruce Scott Dickinson, Esq.  
Stephenson & Dickinson Law Office  
302 East Carson Avenue, Suite 700  
Las Vegas, NV 89101-5908  
Attorneys for PACCAR, Inc.  

Mary Price Birk, Esq.  
Baker & Hostetler, Llp  
303 E. 17th Avenue, Suite 1100  
Denver, CO 80203  
Attorneys for Union Carbide Corp.; Maremont Corp.; Ferodo America, Inc.; Pneumo Abex Corp; and Patterson-Kelley  

James Kachmar, Esq.  
Wait Law Firm  
305 West Moana Lane, Second Floor  
P.O. Box 719  
Reno, NV 89504-0719  
Attorneys for Flintkote Co.; Ingersoll-Rand; Felt Products Mfg.; and A-Best Products  

Kym S. Cushing, Esq.  
Edwards, Hale, Sturnam, Atkin & Cushing  
415 S. Sixth St., #300  
Las Vegas, NV 89101  
Attorney for Fulton Boiler Works, Inc.  

Dana Jonathon Nitz, Esq.  
Rawlings, Olson  
301 East Clark Avenue, Suite 1000  
Las Vegas, NV 89101-6597  
Attorneys for Burnham Corp.; and Gould Pumps, Inc.  

Michael R. Pontoni, Esq.  
Michael R. Pontoni, Ltd.  
64 N. Pecos Road, Suite 100  
Henderson, NV 89014  
Attorneys for Dresser Industries, Inc.; Worthington Corp; and Harbison-Walker  

Troy Peyton, Esq.  
Rumph & Peyton  
800 Bank of America Plaza  
300 South Fourth Street  
Las Vegas, NV 89101  
Attorneys for Union Carbide Corp.; Maremont Corp.; Ferodo America, Inc., Pneumo Abex Corp; and Patterson-Kelley  

Holly S. Stoberski, Esq.  
Laxalt & Nomura, Ltd.  
201 Las Vegas Blvd. South, #200  
Las Vegas, NV 89101  
Attorneys for Lincoln Electric Co.; and Teledyne Industries, Inc.

Greg W. Marsh, Esq.
Law Offices of Greg W. Marsh
731 South Seventh Street
Las Vegas, NV 89101-6907
Attorneys for Ford Motor Company and
Durabla Manufacturing Company

Steve Morris, Esq.
Morris, Pickering & Sanner
300 S. Fourth Street, #500
Las Vegas, NV 89101
Attorneys for American Standard, Inc.

Greg Gilbert, Esq.
Curtis & Associates
3960 Howard Hughes Parkway, #500
Las Vegas, NV 89109
Attorneys for Beazer East, Inc.

George R. Lyles, Esq.
Lyles & Hawley
2080 E. Flamingo Road, #106
Las Vegas, NV 89119
Attorneys for McCord Corp; and
Mobile Oil Corporation

A. Scott Goldberg, Esq.
Selman Breitman LLP
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025-6538
Attorneys for HB Fuller Company; Cleaver
Brooks; and Eastern Refractories

Janice J. Brown, Esq.
Barker Brown Busby Chrisman & Thomas
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Attorneys for North American Refractories

Marsha H. Tarte, Esq.
PICO & MITCHELL
2000 South Eastern Avenue
Las Vegas, NV 89104
Attorneys for J.H. France Refractories Co.;
and Foster Wheeler

Robert Bull, Esq.
Crivello Carlson
710 N. Plankinton Avenue
Milwaukee, WI 53203
Attorneys for A.O. Smith Water Products

Tishman Construction Corporation
c/o Diane DeLuca, Claims Manager
666 5th Avenue
New York, NY 10103

Brent Hayman, Esq.
Suitter Axland
175 South West Temple, Suite 700
Salt Lake City, UT 84101
Attorneys for D.B. Riley, Inc.

Joni Mangino, Esq.
Zimmer Kunz
3300 USX Tower
Pittsburg, PA 15219
Attorneys for Insul Co., Inc.

Von S. Heinz, Esq.
Lewis and Roca, LLP
3993 Howard Hughes Pkwy, #600
Las Vegas, NV 89109
Attorneys for Viacom, Inc. successor to CBS
Corp. f/k/a Westinghouse Electric Corp.

John S. Worden, Esq.
Hughes Center II
3753 Howard Hughes Pkwy, Suite 200
Las Vegas, NV 89109
Attorneys for Owens-Illinois, Inc.

Paul Doolittle, Esquire
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
Co-Counsel for Plaintiffs