JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 16 2001

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-206)

On July 29, 1991, the Panel transferred 22,003 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 71,576 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the opinion and order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

NOV - 1 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IMAGED NOV 2 '01

# SCHEDULE CTO-206 — TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| ARIZONA | | |
| AZ | 2 | 01-1715 |
| AZ | 2 | 01-1723 |
| AZ | 2 | 01-1724 |
| AZ | 2 | 01-1725 |
| AZ | 2 | 01-1726 |
| AZ | 2 | 01-1727 |
| AZ | 2 | 01-1728 |
| AZ | 2 | 01-1729 |
| AZ | 2 | 01-1730 |
| AZ | 2 | 01-1736 |
| AZ | 2 | 01-1737 |
| AZ | 2 | 01-1738 |
| AZ | 4 | 01-454 |
| AZ | 4 | 01-455 |
| AZ | 4 | 01-456 |
| AZ | 4 | 01-457 |
| AZ | 4 | 01-458 |
| AZ | 4 | 01-459 |
| AZ | 4 | 01-460 |
| AZ | 4 | 01-461 |
| AZ | 4 | 01-462 |
| AZ | 4 | 01-463 |
| AZ | 4 | 01-464 |
| AZ | 4 | 01-465 |
| AZ | 4 | 01-466 |
| AZ | 4 | 01-467 |
| AZ | 4 | 01-468 |
| AZ | 4 | 01-469 |
| CONNECTICUT | | |
| CT | 3 | 01-1614 |
| IDAHO | | |
| ID | 3 | 01-441 |
| ILLINOIS CENTRAL | | |
| ILC | 1 | 01-1383 |
| ILLINOIS NORTHERN | | |
| ILN | 1 | 01-6024 |
| ILN | 3 | 01-50266 |
| INDIANA SOUTHERN | | |
| INS | 1 | 01-1130 |
| INS | 1 | 01-1131 |
| INS | 2 | 01-184 |
| INS | 2 | 01-185 |
| KENTUCKY EASTERN | | |
| KYE | 5 | 01-325 |
| LOUISIANA EASTERN | | |
| LAE | 2 | 01-2826 |
| LAE | 2 | 01-2827 |
| LAE | 2 | 01-2828 |
| LAE | 2 | 01-2829 |
| MASSACHUSETTS | | |
| MA | 1 | 01-10844 |
| MA | 1 | 01-11289 |

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| MINNESOTA | | |
| MN | 0 | 01-1644 |
| MISSOURI WESTERN | | |
| MOW | 3 | 01-5120 |
| MOW | 4 | 01-1071 |
| NEW MEXICO | | |
| NM | 1 | 01-1104 |
| NEVADA | | |
| ~~NV~~ | ~~2~~ | ~~01-1039~~ Opposed 11/1/01 |
| NEW YORK EASTERN | | |
| NYE | 1 | 01-1307 |
| NYE | 1 | 01-1424 |
| NYE | 1 | 01-1425 |
| NYE | 1 | 01-1426 |
| NYE | 1 | 01-1428 |
| NYE | 1 | 01-1443 |
| NYE | 1 | 01-1458 |
| NYE | 1 | 01-1462 |
| NYE | 1 | 01-1548 |
| NYE | 1 | 01-1549 |
| NYE | 1 | 01-1625 |
| NYE | 1 | 01-1743 |
| NYE | 1 | 01-1744 |
| NYE | 1 | 01-1748 |
| NYE | 1 | 01-1749 |
| NYE | 1 | 01-1750 |
| NYE | 1 | 01-1850 |
| NYE | 1 | 01-1876 |
| NYE | 1 | 01-1877 |
| NYE | 1 | 01-1878 |
| NYE | 1 | 01-1969 |
| NYE | 1 | 01-1970 |
| NYE | 1 | 01-1971 |
| NYE | 1 | 01-2067 |
| NYE | 1 | 01-2133 |
| NYE | 1 | 01-2135 |
| NYE | 1 | 01-2137 |
| NYE | 1 | 01-2181 |
| NYE | 1 | 01-2182 |
| NYE | 1 | 01-2233 |
| NYE | 1 | 01-2239 |
| NYE | 1 | 01-2247 |
| NYE | 1 | 01-2256 |
| NYE | 1 | 01-2331 |
| NYE | 1 | 01-2361 |
| NYE | 1 | 01-2365 |
| NYE | 1 | 01-2367 |
| NYE | 1 | 01-2368 |
| NYE | 1 | 01-2369 |
| NYE | 1 | 01-2370 |
| NYE | 1 | 01-2422 |
| NYE | 1 | 01-2425 |
| NYE | 1 | 01-2430 |
| NYE | 1 | 01-2628 |
| NYE | 1 | 01-2629 |
| NYE | 1 | 01-2630 |
| NYE | 1 | 01-2711 |
| NYE | 1 | 01-2744 |
| NYE | 1 | 01-2745 |

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| NYE | 1 | 01-2802 |
| NYE | 1 | 01-2842 |
| NYE | 1 | 01-2845 |
| NYE | 1 | 01-2846 |
| NYE | 1 | 01-2847 |
| NYE | 1 | 01-2932 |
| NYE | 1 | 01-2933 |
| NYE | 1 | 01-2934 |
| NYE | 1 | 01-2935 |
| NYE | 1 | 01-2936 |
| NYE | 1 | 01-2937 |
| NYE | 1 | 01-3086 |
| NYE | 1 | 01-3087 |
| NYE | 1 | 01-3090 |
| NYE | 1 | 01-3275 |
| NYE | 1 | 01-3276 |
| NYE | 1 | 01-3277 |
| NYE | 1 | 01-3278 |
| NYE | 1 | 01-3360 |
| NYE | 1 | 01-3362 |
| NYE | 1 | 01-3363 |
| NYE | 1 | 01-3364 |
| NYE | 1 | 01-3365 |
| NYE | 1 | 01-3402 |
| ~~NYE~~ | ~~1~~ | ~~01-3802~~ Vacated 10/29/01 |
| NYE | 1 | 01-3804 |
| NYE | 1 | 01-3823 |
| NYE | 1 | 01-3824 |
| NYE | 1 | 01-3825 |
| NYE | 1 | 01-3895 |
| NYE | 1 | 01-3897 |
| NYE | 1 | 01-3898 |
| NYE | 1 | 01-3899 |
| NYE | 1 | 01-3900 |
| NYE | 1 | 01-3901 |
| NYE | 1 | 01-3905 |
| NYE | 1 | 01-3906 |
| NYE | 1 | 01-3907 |
| NYE | 1 | 01-3908 |
| NYE | 1 | 01-3909 |
| NYE | 1 | 01-3910 |
| NYE | 1 | 01-3913 |
| NYE | 1 | 01-3914 |
| NYE | 1 | 01-3915 |
| NYE | 1 | 01-3920 |
| NYE | 1 | 01-3921 |
| NYE | 1 | 01-3922 |
| NYE | 1 | 01-3923 |
| NYE | 1 | 01-4041 |
| NYE | 1 | 01-4055 |
| NYE | 1 | 01-4070 |
| NYE | 1 | 01-4072 |
| NYE | 1 | 01-4136 |
| NYE | 1 | 01-4137 |
| NYE | 1 | 01-4225 |
| NYE | 1 | 01-4226 |
| NYE | 1 | 01-4227 |
| NYE | 1 | 01-4228 |
| NYE | 1 | 01-4256 |
| NYE | 1 | 01-4304 |
| NYE | 1 | 01-4305 |
| NYE | 1 | 01-4306 |
| NYE | 1 | 01-4393 |

SCHEDULE CTO-206 TAG-ALONG CASES (Cont.) MDL-875                                                                                    PAGE 2

| DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|---|---|---|---|---|---|
| NYE | 1 | 01-4394 | NYE | 1 | 01-5609 | NYE | 1 | 01-6440 |
| NYE | 1 | 01-4395 | NYE | 1 | 01-5611 | NYE | 1 | 01-6441 |
| NYE | 1 | 01-4461 | NYE | 1 | 01-5612 | NYE | 1 | 01-6442 |
| NYE | 1 | 01-4462 | NYE | 1 | 01-5620 | NYE | 1 | 01-6443 |
| NYE | 1 | 01-4463 | NYE | 1 | 01-5621 | NYE | 1 | 01-6444 |
| NYE | 1 | 01-4464 | NYE | 1 | 01-5679 | NYE | 1 | 01-6445 |
| NYE | 1 | 01-4466 | NYE | 1 | 01-5680 | NYE | 1 | 01-6447 |
| NYE | 1 | 01-4468 | NYE | 1 | 01-5681 | NYE | 1 | 01-6448 |
| NYE | 1 | 01-4472 | NYE | 1 | 01-5682 | NYE | 1 | 01-6449 |
| NYE | 1 | 01-4577 | NYE | 1 | 01-5683 | NYE | 1 | 01-6450 |
| NYE | 1 | 01-4578 | NYE | 1 | 01-5684 | | | |
| NYE | 1 | 01-4579 | NYE | 1 | 01-5685 | OREGON | | |
| NYE | 1 | 01-4580 | NYE | 1 | 01-5691 | OR | 3 | 01-1379 |
| NYE | 1 | 01-4581 | NYE | 1 | 01-5692 | | | |
| NYE | 1 | 01-4582 | NYE | 1 | 01-5693 | TENNESSEE EASTERN | | |
| NYE | 1 | 01-4583 | NYE | 1 | 01-5694 | ~~TNE~~ | ~~3~~ | ~~01-433~~ Opposed 10/24/01 |
| NYE | 1 | 01-4636 | NYE | 1 | 01-5700 | | | |
| NYE | 1 | 01-4637 | NYE | 1 | 01-5716 | VIRGINIA EASTERN | | |
| NYE | 1 | 01-4638 | NYE | 1 | 01-5717 | VAE | 2 | 01-5752 |
| NYE | 1 | 01-4686 | NYE | 1 | 01-5718 | VAE | 2 | 01-5753 |
| NYE | 1 | 01-4687 | NYE | 1 | 01-5719 | VAE | 2 | 01-5754 |
| NYE | 1 | 01-4688 | NYE | 1 | 01-5720 | VAE | 2 | 01-5755 |
| NYE | 1 | 01-4690 | NYE | 1 | 01-5721 | VAE | 2 | 01-5756 |
| NYE | 1 | 01-4783 | NYE | 1 | 01-5778 | VAE | 2 | 01-5757 |
| NYE | 1 | 01-4784 | NYE | 1 | 01-5813 | VAE | 2 | 01-5758 |
| NYE | 1 | 01-4785 | NYE | 1 | 01-5814 | VAE | 2 | 01-5759 |
| NYE | 1 | 01-4788 | NYE | 1 | 01-5957 | VAE | 2 | 01-5760 |
| NYE | 1 | 01-4789 | NYE | 1 | 01-5958 | VAE | 2 | 01-5761 |
| NYE | 1 | 01-4790 | NYE | 1 | 01-5959 | VAE | 2 | 01-5762 |
| NYE | 1 | 01-4822 | NYE | 1 | 01-6067 | VAE | 2 | 01-5763 |
| NYE | 1 | 01-4823 | NYE | 1 | 01-6068 | VAE | 2 | 01-5764 |
| NYE | 1 | 01-4824 | NYE | 1 | 01-6069 | VAE | 2 | 01-5765 |
| NYE | 1 | 01-5027 | NYE | 1 | 01-6070 | VAE | 2 | 01-5766 |
| NYE | 1 | 01-5028 | NYE | 1 | 01-6071 | VAE | 2 | 01-5767 |
| NYE | 1 | 01-5135 | NYE | 1 | 01-6244 | VAE | 2 | 01-5768 |
| NYE | 1 | 01-5228 | NYE | 1 | 01-6246 | VAE | 2 | 01-5769 |
| NYE | 1 | 01-5330 | NYE | 1 | 01-6247 | VAE | 2 | 01-5770 |
| NYE | 1 | 01-5331 | NYE | 1 | 01-6248 | VAE | 2 | 01-5771 |
| NYE | 1 | 01-5333 | NYE | 1 | 01-6249 | VAE | 2 | 01-5772 |
| NYE | 1 | 01-5334 | NYE | 1 | 01-6250 | VAE | 2 | 01-5773 |
| NYE | 1 | 01-5336 | NYE | 1 | 01-6251 | VAE | 2 | 01-5774 |
| NYE | 1 | 01-5338 | NYE | 1 | 01-6252 | VAE | 2 | 01-5775 |
| NYE | 1 | 01-5375 | NYE | 1 | 01-6253 | VAE | 2 | 01-5776 |
| NYE | 1 | 01-5377 | NYE | 1 | 01-6263 | VAE | 2 | 01-5777 |
| NYE | 1 | 01-5379 | NYE | 1 | 01-6264 | VAE | 2 | 01-5778 |
| NYE | 1 | 01-5413 | NYE | 1 | 01-6265 | VAE | 2 | 01-5779 |
| NYE | 1 | 01-5415 | NYE | 1 | 01-6266 | VAE | 2 | 01-5780 |
| NYE | 1 | 01-5419 | NYE | 1 | 01-6361 | VAE | 2 | 01-5781 |
| NYE | 1 | 01-5420 | NYE | 1 | 01-6362 | VAE | 2 | 01-5782 |
| NYE | 1 | 01-5421 | NYE | 1 | 01-6363 | VAE | 2 | 01-5783 |
| NYE | 1 | 01-5422 | NYE | 1 | 01-6364 | VAE | 2 | 01-5784 |
| NYE | 1 | 01-5424 | NYE | 1 | 01-6365 | VAE | 2 | 01-5785 |
| NYE | 1 | 01-5510 | NYE | 1 | 01-6366 | VAE | 2 | 01-5786 |
| NYE | 1 | 01-5515 | NYE | 1 | 01-6367 | VAE | 2 | 01-5787 |
| NYE | 1 | 01-5516 | NYE | 1 | 01-6368 | VAE | 2 | 01-5788 |
| NYE | 1 | 01-5517 | NYE | 1 | 01-6390 | VAE | 2 | 01-5789 |
| NYE | 1 | 01-5518 | NYE | 1 | 01-6391 | VAE | 2 | 01-5790 |
| NYE | 1 | 01-5519 | NYE | 1 | 01-6392 | VAE | 2 | 01-5791 |
| NYE | 1 | 01-5520 | NYE | 1 | 01-6394 | VAE | 2 | 01-5792 |
| NYE | 1 | 01-5523 | NYE | 1 | 01-6395 | VAE | 2 | 01-5793 |
| NYE | 1 | 01-5527 | NYE | 1 | 01-6396 | VAE | 2 | 01-5794 |
| NYE | 1 | 01-5537 | NYE | 1 | 01-6397 | VAE | 2 | 01-5795 |
| NYE | 1 | 01-5602 | NYE | 1 | 01-6400 | VAE | 2 | 01-5796 |
| NYE | 1 | 01-5603 | NYE | 1 | 01-6404 | VAE | 2 | 01-5797 |
| NYE | 1 | 01-5604 | NYE | 1 | 01-6405 | VAE | 2 | 01-5798 |
| NYE | 1 | 01-5607 | NYE | 1 | 01-6406 | VAE | 2 | 01-5799 |

SCHEDULE CTO-206 TAG-ALONG CASES (Cont.) MDL-875                                    PAGE 3

DISTRICT DIV CIVIL ACTION#

    VAE    2   01-5800
    VAE    2   01-5801
    VAE    2   01-5802
    VAE    2   01-5803
    VAE    2   01-5804
    VAE    2   01-5805
    VAE    2   01-5806
    VAE    2   01-5807
    VAE    2   01-5808
    VAE    2   01-5809
    VAE    2   01-5810
    VAE    2   01-5811
    VAE    2   01-5812
    VAE    2   01-5813
    VAE    2   01-5814
    VAE    2   01-5815
    VAE    2   01-5816
    VAE    2   01-5817
    VAE    2   01-5818
    VAE    2   01-5819
    VAE    2   01-5820
    VAE    2   01-5821