JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 7 2001

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Marlon B. Salmon, et al. v. Amchem Products, Inc., et al.*, W.D. New York, C.A. No. 1:01-604
*Samuel F. Antonio, et al. v. Amchem Products, Inc., et al.*, W.D. New York, C.A. No. 1:01-605

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these two actions (*Salmon* and *Antonio*) on October 4, 2001. Prior to expiration of the mandatory fifteen-day stay of execution, plaintiffs in *Salmon* and *Antonio* filed notices of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motions and briefs to vacate the conditional transfer order with respect to these actions.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-205" filed on October 4, 2001, is LIFTED insofar as it relates to these two actions, and thus the actions are transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 being conducted by the Honorable Charles R. Weiner.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel