IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JANIE W. ADAMS, et al., §
§
   Plaintiffs §
§
-vs- §   Case No. A-01-CA-565-SS
§
ARMSTRONG WORLD INDUSTRIES, §
INC., et al., §
§
   Defendants. §

### FINAL ORDER OF DISMISSAL

Pursuant to the Order of November 1, 2001, the Court orders the Clerk to remand this case to the County Court for Travis County for further proceedings. All costs and fees are assessed against the removing defendants, pursuant to 28 U.S.C. 1447(c), for which let execution issue.

SIGNED this the **1st** day of November 2001.

SAM SPARKS
UNITED STATES DISTRICT JUDGE

MDL- 875
RECOMMENDED ACTION
Vacate CTO-205 - on action
Approved/Date: MK 11/5

19

1:01cv565 #19   Page 1/1

IMAGED NOV 9 '01

TOTAL P.07