JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 7 2001

FILED
CLERK'S OFFICE

DOCKET NO. 875

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*Janie W. Adams, et al. v. Pfizer Inc., et al.*, W.D. Texas, C.A. No. 1:01-565

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Adams*) on October 4, 2001. Prior to expiration of the mandatory fifteen-day stay of execution, plaintiffs in *Adams* filed a notice of opposition to the proposed transfer. *Adams* was then remanded to the County Court for Travis County, Texas, by the Honorable Sam Sparks in an order filed on November 1, 2001.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-205" filed on October 4, 2001, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

IMAGED NOV 9 '01