JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 13 2001

FILED
CLERK'S OFFICE

DOCKET NO. 875

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*ORDER VACATING CONDITIONAL TRANSFER ORDER*
*AND VACATING THE NOVEMBER 29, 2001 HEARING SESSION*

A conditional transfer order was filed in the four District of Oregon actions listed on the attached Schedule A on August 27, 2001. Prior to expiration of the mandatory fifteen-day stay of execution, plaintiffs in the four actions filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The four actions were then remanded to Oregon state court by the Honorable Owen M. Panner in separate orders filed on October 12, 2001.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-203" filed on August 27, 2001, is VACATED insofar as it relates to the four actions listed on the attached Schedule A.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 17, 2001, are VACATED insofar as they relate to the four actions listed on Schedule A.

FOR THE PANEL:

*[signature]*

Wm. Terrell Hodges
Chairman

IMAGED NOV 14 '01

## SCHEDULE A

MDL-875 — In re Asbestos Products Liability Litigation (No. VI)

### District of Oregon

*William Yorath v. A.P. Green Refractories Co., et al.*, C.A. No. 3:01-1176
*Matthew A. Haggerty v. A.P. Green Refractories Co., et al.*, C.A. No. 3:01-1177
*Davis A. Steiner v. A.P. Green Refractories Co., et al.*, C.A. No. 3:01-1178
*Orvil Dale Keeling, et al. v. A.P. Green Refractories Co., et al.*, C.A. No. 3:01-1179