MDL 875

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

NOV 15 2001

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re Asbestos Products Liability Litigation (No. VI) | Civil Action No. MDL 875 |
| This Document Relates To:<br><br>PAMELA OELRICH, individually and as heir and Special Administrator of the Estate of ROBERT V. OELRICH, deceased, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDCO, INC., in its own right and as successor in interest to and liable for A.E. Anderson Construction Corp., et al.,<br><br>Defendants. | District of Nevada<br><br>No. CV-S-01-1039-PMP (RJJ) |

**PLAINTIFFS' MOTION AND BRIEF TO VACATE CTO-206
WITH RESPECT TO D. NEVADA C.A. NO. 2:01-1039 ONLY**

Comes Now Plaintiffs, by and through their counsel Harrison, Kemp & Jones, Chtd., and hereby file their Motion and Brief to Vacate CTO-206 with respect to D. Nevada C.A. No. 2:01-1039, only. The Motion and Brief are based on the fact that Plaintiffs' Motion to Remand is currently pending before the United States District Court, District of Nevada, Civil Case No. CV-S-01-1039-PMP-RJJ. The Motion and Brief are further based upon the attached Points and Authorities, the papers and other records on file in the United States District Court, District of

///
///
///
///

PLEADING NO. 3334

HARRISON, KEMP, & JONES, CHARTERED
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89109
(702) 385-6000
Fax (702) 385-6001

OFFICIAL FILE COPY
IMAGED NOV 20 '01

Nevada, Civil Case No. CV-S-01-1039-PMP-RJJ, and upon such other evidence and argument as may be received or heard by the Court.

DATED this 13 day of November, 2001.

HARRISON, KEMP & JONES, CHARTERED

By: _____
Brad Wilt, Esquire
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89109
Attorneys for Plaintiffs

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### PROCEDURAL HISTORY

On April 27, 2001, Plaintiffs filed their Complaint in the Eighth Judicial District Court, Clark County, Nevada, against Defendants alleging, inter alia, that Plaintiffs have been injured as a result of Robert V. Oelrich's exposure to asbestos-containing products mined, manufactured, processed, imported, converted, compounded, sold or distributed by Defendants. On or about September 4, 2001, Defendant The Flintkote Company filed its Notice of Removal. Plaintiffs timely filed and served their Motion to Remand on or about October 5, 2001, a copy of which is attached hereto as Exhibit 1(without exhibits). On or about October 17, 2001, Defendant The Flintkote Company served and filed its Opposition to Plaintiffs' Motion to Remand. Plaintiffs' reply brief in response to this Opposition was filed and served on or about November 1, 2001. The United States Federal Court, District of Nevada, has set Plaintiffs' Motion to Remand for hearing on November 20, 2001.

### II.

### ARGUMENT

Plaintiffs' Motion to Remand the action back to state court is currently pending before the United States District Court, District of Nevada in Case No. CV-S-01-1039-PMP-RJJ. This

- 2 -

jurisdictional issue must be resolved prior to this case being transferred to the Judicial Panel on Multidistrict Litigation. Farkas v. Bridgestone/Firestone, Inc., 113 F. Supp.2d 1107, 1115 n. 8 (W.D. Ky. 2000)(holding that "the jurisdictional issue *must* be resolved before deciding whether to stay or transfer the case to the MDL panel") (emphasis added).

It would be premature to whisk Plaintiffs' case to mass litigation across the country before Plaintiffs' motion to remand Case No. CV-S-01-1039-PMP-RJJ back to state court is considered. The United States District Court, District of Nevada, must be given an opportunity to rule on Plaintiffs' Motion to Remand. See Meyers v. Bayer, 143 F. Supp.2d 1044, 1049 (E.D. Wis. 2001) ("[A] court should first give preliminary scrutiny to the merits of the motion to remand. If this preliminary assessment suggests that removal was improper, the court should promptly complete its consideration and remand the case to state court.")

### III.
### CONCLUSION

Based on the foregoing, Plaintiffs respectfully request the Judicial Panel on Multidistrict Litigation to Vacate CTO-206 with respect to District Div. Civil Action No. NV 2 01-1039, only, until the United Sates District Court, District of Nevada, has ruled on Plaintiffs motion to remand this action back to state court.

DATED this 13 day of November, 2001.

HARRISON, KEMP & JONES, CHARTERED

By: _____
Brad Wilt, Esquire
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89109
Attorneys for Plaintiffs

///
///
///
///

Case MDL No. 875 Document 3334 Filed 11/15/01 Page 4 of 9

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 15 2001

FILED
CLERK'S OFFICE

# CERTIFICATE OF MAILING

I hereby certify that on the 14th day of November, 2001, the foregoing **PLAINTIFFS' MOTION AND BRIEF TO VACATE CTO-206 WITH RESPECT TO D. NEVADA C.A. NO. 2:01-1039 ONLY** was served on the following person(s) by mailing a copy thereof, first class mail, postage prepaid, to:

AT&T Corporation
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

Andco, Inc., In its own right and as successor in interest to A.E. Anderson Constr Corp.
c/o CT Corporation System
Union Commerce Bldg.
Cleveland, OH 44115

Courter & Company, Inc.
Secretary of State of the State of New York
41 State Street
Albany, NY 12207-2874

CSR Limited (CSR LLC)
c/o NYS Dept of State, Div. of Corp.
41 State Street
Albany, NY 12207-2874

CSR Limited
1-3 O'Connell Street
Sidney, N.S.W., Australia

Foseco, Inc.
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

Gibraltar Industrial Services, Inc.
92 Cooper Street
Tonawanda, NY 14150

Gibraltar Industrial Services, Inc.
92 Copper Hts.
Buffalo, NY 14226

Gibraltar Industrial Services, Inc.
8352 Main Street
Williamsville, NY 14221

Indresco, Inc.
2121 San Jacinto Street, Suite 2500, LB 31
Dallas, TX 75201

Robert A. Keasbey Company
LaAbbate Balkin Covalita Contini LLP
1050 Franklin Avenue
Garden City, NY 11530

Robert A. Keasbey Company
141 W.19th Street
New York, NY 10011

Robert A. Keasbey Company
c/o NY State, Dept of State, Div of Corp
41 State Street
Albany, NY 12207-2874

R.E. Kramig, Inc.
c/o George Kulesza, Registered Agent
323 S. Wayne Avenue
Cincinnati, OH 45215

Mario & Dibono Plastering Co., Inc.
Secretary of State - State of New York
41 State Street
Albany, NY 12207-2874

Morse-Diesel Construction Co., Inc.
c/o Secretary of State
41 State Street
Albany, NY 12231-0001

Nicolet-Keasbey & Mattison
c/o Nicolet, Inc.
Wissahickin Street
Ambler, PA 19002

Nicolet-Keasbey & Mattison
c/o T&N (Turner & Newall)
Manchester Hall Office
Center Style Road
Manchester, 22, England

Verizon New York, Inc. f/k/a New York Telephone Company
1095 Avenue of the Americas
New York, NY 10036

HARRISON, KEMP, & JONES, CHARTERED
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89109
(702) 385-6000
Fax (702) 385-6001

HARRISON, KEMP, & JONES, CHARTERED
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89109
(702) 385-6000
Fax (702) 385-6001

| | | |
|---|---|---|
| 1 | Oakfabco, Inc.<br>210 W. 22nd Street, Suite 105 | Wheeler Protective Apparel, Inc.<br>c/o Hudson L. Wheeler |
| 2 | Oak Brook, IL 60523 | 436 Frontage Road<br>Northfield, IL 60093 |
| 3 | O'Connor Constructors, Inc. fka Thomas<br>O'Connor & Company, Inc. | Wheeler Protective Apparel, Inc.<br>c/o H .L. Wheeler |
| 4 | c/o Corporation Service Company<br>80 State Street | 4330 West Belmont Avenue<br>Chicago, IL 60641 |
| 5 | Albany, NY 12207-2543 | |
| 6 | The Okonite Company<br>c/o U.S.C. Company | Wheeler Sales Company fka Wheeler<br>Protective Apparel, Inc. |
| 7 | 70 Pine Street, 14th Floor<br>New York, NY 10005 | c/o Hudson L. Wheeler<br>436 Frontage Road |
| 8 | | Northfield, IL 60093 |
| 9 | Plibrico Sales & Service, Inc.<br>1800 N. Kingsbury Street<br>Chicago, IL 60614 | York Industries Corporation<br>c/o NY State, Dept of State, Div of Corps.<br>41 State Street |
| 10 | | Albany, NY 12231-0001 |
| 11 | Puerto Rico Safety Equipment Corporation<br>c/o NY State, Dept of State, Div of Corps<br>41 State Street | James L. Edwards, Esq.<br>Beckley, Singleton |
| 12 | Albany, NY 12231-0001 | 530 Las Vegas Blvd.<br>Las Vegas, NV 89101 |
| 13 | Rapid-American Corp, a New York corp.<br>c/o McCrory Corporation | Attorneys for J.T. Thorpe, Inc.; and A.P. |
| 14 | 1700 Broadway, Suite 1403<br>New York, NY 10019 | Greene Industries (Refractories) |
| 15 | | Richard A. Salvatore, Esq.<br>Georgeson, Thompson & Angaran, Chtd. |
| 16 | Rapid American Corp, a New York corp.<br>Corporation Service Co. | 100 West Grove Street, Suite 500<br>Reno, NV 89509 |
| 17 | 1013 Centre Road<br>Wilmington, DE 19805 | Attorneys for Allied Signal, Inc./Bendix |
| 18 | George P. Reintjes Co.<br>c/o CT Corporation System | Nicholas M. Wieczorek, Esq.<br>Wieczorek & Associates |
| 19 | 111 Eighth Avenue<br>New York, NY 10011 | 3980 Howard Hughes Parkway, Suite 400<br>Las Vegas, NV 89109 |
| 20 | | Attorneys for Crown Cork & Seal Company |
| 21 | Synkoloid Company, a Div. of Muralo Co.<br>148 East 5th Street | Elizabeth Goff Gonzalez, Esq.<br>Gonzalez & Associates Ltd. |
| 22 | Bayonne, NJ 07002 | 1830 E. Sahara Avenue, #102<br>Las Vegas, NV 89104 |
| 23 | Treadwell Corporation<br>c/o NY State, Dept of State, Div of Corps.<br>41 State Street | Attorneys for General Refractories Co. |
| 24 | Albany, NY 12231-0001 | Ike Lawrence Epstein, Esq.<br>Beckley, Singleton |
| 25 | Westinghouse Electric Corporation<br>Westinghouse Boulevard | 530 Las Vegas Blvd.<br>Las Vegas, NV 89101 |
| 26 | Gateway Center<br>Pittsburgh, PA 15222 | Attorneys for Sequoia Ventures and Kaiser |
| 27 | | |
| 28 | | |

HARRISON, KEMP, & JONES, CHARTERED
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89109
(702) 385-6000
Fax (702) 385-6001

| | |
|---|---|
| J. Christopher Jorgensen, Esq.<br>Beckley, Singleton<br>530 Las Vegas Blvd.<br>Las Vegas, NV 89101<br>Attorneys for Carlisle Companies, Inc.; and<br>International Minerals & Chem. Corp. | Craig M. Burkett, Esq.<br>Perry & Spann<br>6130 Plumas Street<br>Reno, NV 89509<br>Attorneys for 3M Company |
| George W. Foley, Jr., Esq.<br>Pearson, Patton, Shea, Foley & Kurtz, P.C.<br>6900 Westcliff Dr., #800<br>Las Vegas, NV 89145<br>Attorneys for ACandS, Inc | James Kachmar, Esq.<br>Wait Law Firm<br>305 West Moana Lane, Second Floor<br>P.O. Box 719<br>Reno, NV 89504-0719<br>Attorneys for Flintkote Co.; Ingersoll-Rand;<br>A.O. Smith Water |
| Leland Eugene Backus, Esq.<br>Backus & Associates, Ltd.<br>7670 W. Lake Mead Blvd., Suite 200<br>P.O. Box 379004<br>Las Vegas, NV 89137-9004<br>Attorneys for Kewanee Boiler Mfg. Co. and<br>Frank W. Schaefer, Inc. | Janice J. Brown, Esq.<br>Barker, Brown, Busby<br>800 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, NV 89101<br>Attorneys for Keeler-Dorr-Oliver Boiler Co.;<br>and North American Refractories |
| Larry J. Crown, Esq.<br>Jennings, Haug & Cunningham, LLP<br>2800 North Central Avenue, Suite 1800<br>Phoenix, AZ 85004-1049<br>Attorneys for A.W. Chesterton Company,<br>Anchor Packing Co., and Garlock, Inc. | Kym S. Cushing, Esq.<br>Edwards, Hale, Sturnam, Atkin & Cushing<br>415 S. Sixth St., #300<br>Las Vegas, NV 89101<br>Attorney for Fulton Boiler Works, Inc. |
| Curtis J. Busby, Esq.<br>Thomas C. Howard, Esq.<br>Bowman and Brooke LLP<br>2929 North Central Avenue, Suite 1700<br>Phoenix, AZ 85012-2761<br>Attorneys for Ford Motor Company and<br>Durabla Manufacturing Company | Paul Eisinger, Esq.<br>Thorndal, Armstrong<br>1100 E. Bridger Avenue<br>Las Vegas, NV 89101<br>Attorneys for Industrial Holdings Corp. |
| William H. Pruitt, Esq.<br>Barron, Vivone, Holland & Pruitt, Chtd.<br>1404 S. Jones Blvd.<br>Las Vegas, NV 89146<br>Attorneys for Cummins Engine Co., Inc.;<br>Plibrico Co.; and Weil-McLain Co., Inc. | Dana Jonathon Nitz, Esq.<br>Rawlings, Olson<br>301 East Clark Avenue, Suite 1000<br>Las Vegas, NV 89101-6597<br>Attorneys for Burnham; and Gould Pumps |
| John L. Thorndal, Esq.<br>Thorndal, Armstrong<br>1100 E. Bridger Avenue<br>Las Vegas, NV 89101<br>Attorneys for BMCE, Inc. fka United<br>Centrifugal Pump | Jack Cherry, Esq.<br>Alverson, Taylor<br>7401 W. Charleston Blvd.<br>Las Vegas, NV 89117<br>Attorney for Union Boiler; General Electric;<br>and A.P. Green (Bigelow-Liptak) |
| Steven C. Lynes, Esq.<br>MRF Law Group<br>1331 Garden Highway, Suite 300<br>Sacramento, CA 95833-9773<br>Attorneys for John Crane, Inc. | Michael R. Pontoni, Esq.<br>64 N. Pecos Road, Suite 100<br>Henderson, NV  89014<br>Attorneys for Dresser Industries, Inc.;<br>Worthington Corp; and Harbison-Walker |

HARRISON, KEMP, & JONES, CHARTERED
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89109
(702) 385-6000
Fax (702) 385-6001

| | |
|---|---|
| Bruce Scott Dickinson, Esq.<br>Stephenson & Dickinson Law Office<br>302 East Carson Avenue, Suite 700<br>Las Vegas, NV 89101-5908<br>Attorneys for PACCAR, Inc. | James M. O'Reilly, Esq.<br>3321 North Buffalo Drive, Suite 200<br>Las Vegas, NV 89129<br>Attorneys for D.B. Riley, Inc. |
| Troy Peyton, Esq.<br>Rumph & Peyton<br>800 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, NV 89101<br>Attorneys for Union Carbide; Maremont;<br>Pneumo Abex; Patterson-Kelley; Amchem;<br>Dana; Certainteed; Pfizer; Quigley; National<br>Services, Inc | George R. Lyles, Esq.<br>Lyles & Hawley<br>2080 E. Flamingo Road, #106<br>Las Vegas, NV 89119<br>Attorneys for Mobile Oil<br><br>Joni Mangino, Esq.<br>Zimmer Kunz<br>3300 USX Tower<br>Pittsburg, PA 15219<br>Attorneys for Insul Co., Inc. |
| Mary Price Birk, Esq.<br>Baker & Hostetler, Llp<br>303 E. 17th Avenue, Suite 1100<br>Denver, CO 80203<br>Attorneys for Union Carbide; Maremont;<br>Pneumo Abex; Patterson-Kelley; Amchem;<br>Dana; Certainteed; Pfizer; Quigley; National<br>Services, Inc. | A. Scott Goldberg, Esq.<br>Selman Breitman LLP<br>11766 Wilshire Blvd., Sixth Floor<br>Los Angeles, CA 90025-6538<br>Attorneys for HB Fuller Co.; Cleaver<br>Brooks; Lipe-Rollway; and Eastern Refract. |
| Holly S. Stoberski, Esq.<br>Laxalt & Nomura, Ltd.<br>201 Las Vegas Blvd. South, #200<br>Las Vegas, NV 89101<br>Attorneys for Lincoln Electric; and Teledyne | Von S. Heinz, Esq.<br>Lewis and Roca, LLP<br>3993 Howard Hughes Pkwy, #600<br>Las Vegas, NV 89109<br>Attorneys for Viacom, Inc. successor to CBS<br>Corp. f/k/a Westinghouse Electric Corp. |
| Greg W. Marsh, Esq.<br>Law Offices of Greg W. Marsh<br>731 South Seventh Street<br>Las Vegas, NV 89101-6907<br>Attorneys for Ford Motor Co.; and Durabla | John S. Worden, Esq.<br>Hughes Center II<br>3753 Howard Hughes Pkwy, Suite 200<br>Las Vegas, NV 89109<br>Attorneys for Owens-Illinois, Inc. |
| Steve Morris, Esq.<br>Morris, Pickering & Sanner<br>300 S. Fourth Street, #500<br>Las Vegas, NV 89101<br>Attorneys for American Standard, Inc. | Marsha H. Tarte, Esq.<br>PICO & MITCHELL<br>2000 South Eastern Avenue<br>Las Vegas, NV 89104<br>Attorneys for JH France; and Foster Wheeler |
| Greg Gilbert, Esq.<br>Curtis & Associates<br>3960 Howard Hughes Parkway, #500<br>Las Vegas, NV 89109<br>Attorneys for Beazer East, Inc. | Terry Kinnally, Esq.<br>Earley Savage<br>7251 W. Lake Mead, Suite 550<br>Las Vegas, NV 89128<br>Attorneys for Metalclad Corp. |
| Bret Hayman, Esq.<br>Suitter Axland<br>175 South West Temple, Suite 700<br>Salt Lake City, UT 84101<br>Attorneys for D.B. Riley, Inc. | Michael A. Hagemeyer, Esq.<br>Law Office of Michael A. Hagemeyer<br>2255-A Renaissance Drive<br>Las Vegas, NV 89119<br>Attorneys for Daimler Chrysler; General<br>Motors; and Uniroyal Holding, Inc. |

| | | |
|---|---|---|
| 1 | Kristina Pickering, Esq.<br>Morris Pickering & Sanner | Richard C. Binzley, Esq.<br>Thompson Hine, LLP |
| 2 | 300 South Fourth Street, Suite 900<br>Las Vegas, NV 89101 | 127 Public Square 3900 Key Center<br>Cleveland, OH 44114 |
| 3 | Attorneys for Metropolitan Life Ins. | |
| 4 | Perry Braunstein, Esq. | Edward J. Cass, Esq.<br>Gallagher, Sharp, Fulton & Norman |
| 5 | Skadden Arps Slate Meagher Flom LLP<br>Four Times Square | Bulkley Building, 7th Floor<br>1501 Euclid Avenue |
| 6 | New York, NY 10036<br>Co-Counsel for Metropolitan Life Ins. | Cleveland, OH 44115 |
| 7 | James M. Barker, Esq. | Adam M. Chud, Esq.<br>Shea & Gardner |
| 8 | Gifford, Vernon & Barker<br>732 S. Sixth Street, #100 | 1800 Massachusetts Avenue, N.W.<br>Washington, DC 20036 |
| 9 | Las Vegas, NV 89101<br>Attorneys for Borg-Warner Corp. | David A. Damico, Esq. |
| 10 | Paul J. Vames, Esq. | Burns, White & Hickton<br>2400 Fifth Avenue Place |
| 11 | Vames & Associates<br>7251 Lake Mead Blvd., #300 | 120 Fifth Avenue<br>Pittsburgh, PA 15222 |
| 12 | Las Vegas, NV 89128<br>Co-Counsel for HB Fuller Co.; Cleaver | Kevin Diamond, Esq. |
| 13 | Brooks; Lipe-Rollway; and Eastern Refract. | Parnell & Associates<br>6140 W. Coley Avenue |
| 14 | Thomas W. Davis, II, Esq.<br>Haney, Woloson & Mullins | Las Vegas, NV 89146 |
| 15 | 301 E. Clark, #700<br>Las Vegas, NV 89101 | Raymond P. Forceno, Esq.<br>Forceno & Hannon |
| 16 | Counsel for Navistar Int'l. Transportation | Philadelphia Bourse Building, Suite 1000<br>Independence Mall East |
| 17 | Jay McConnell, Esq.<br>Meyers & McConnell | Philadelphia, PA 19106 |
| 18 | 11859 Wilshire Blvd, 4th Floor<br>Los Angeles, CA 90025 | Ellen B. Furman, Esq.<br>Goldfein & Joseph |
| 19 | Attorneys for Peerless Industries, Inc. | 1600 Market Street, 33rd Floor<br>Philadelphia, PA 19103 |
| 20 | Stephanie Cooper Christensen, Esq.<br>The Cooper Christensen Law Firm LLP | Susan M. Hanson, Esq. |
| 21 | 4411 South Pecos Road<br>Las Vegas, NV 89121 | Stich, Angell, Kreidler & Muth, P.A.<br>The Crossings, Sutie 120 |
| 22 | Attorneys for Thorpe Insulation | 250 2nd Avenue South<br>Minneapolis, MN 55401 |
| 23 | Brian K. Terry, Esq.<br>Thorndal, Armstrong, Delk, et al | Janice Jensen, Esq. |
| 24 | 1100 East Bridger Avenue<br>P.O. Drawer 2070 | Laxalt & Nomura, Ltd.<br>50 W. Liberty Street, Suite 700 |
| 25 | Las Vegas, NV 89125-2070<br>Attorneys for Peerless Heater Co., Inc. | Reno, NV 89501 |
| 26 | Paul Doolittle, Esquire | Reginald S. Kramer, Esq.<br>Oldham & Dowling |
| 27 | Ness, Motley, Loadholt, Richardson & Poole<br>28 Bridgeside Blvd. | 195 South Main Street, Suite 300<br>Akron, OH 44308 |
| 28 | P.O. Box 1792<br>Mt. Pleasant, SC 29465<br>Co-Counsel for Plaintiffs | |

HARRISON, KEMP, & JONES, CHARTERED
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89109
(702) 385-6000
Fax (702) 385-6001

| | |
|---|---|
| David C. Landlin, Esq.<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Robert N. Spinelli, Esq.<br>Kelley, Jasons, McGurie & Spinelli<br>Centre Square West, 15th Floor<br>Philadelphia, PA 19102 |
| Gene Locks, Esq.<br>Greitzer & Locks<br>1500 Walnut Street<br>Philadelphia, PA 19102 | Robert E. Swickle, Esq.<br>Jaques Admiralty Law Firm, P.C.<br>1370 Penobscot Building<br>Detroit, MI 48226 |
| John J. Repcheck, Esq.<br>Marks, O'Neill<br>3200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Andrew J. Trevelise, Esq.<br>Reed Smith LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 |
| John D. Roven, Esq.<br>John Roven & Associates<br>2190 North Loop West, Suite 410<br>Houston, TX 77018 | James K. Weston, II<br>Tom Riley Law Firm<br>4040 First Avenue, N.E.<br>P.O. Box 998<br>Cedar Rapids, IA 52406 |
| Richard D. Schuster, Esq.<br>Vorys, Sater, Seymour & Pease, LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216 | Ronald L. Motley, Esq.<br>Ness, Motley, Loadholt, Richardson & Poole<br>28 Bridgeside Blvd<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465 |
| Neil Selman, Esq.<br>Selman, Breitman & Burgess<br>11766 Wilshire Boulevard, Sixth Floor<br>Los Angeles, CA 90025 | |

*[signature]*

An Employee of Harrison, Kemp & Jones, Chartered

HARRISON, KEMP, & JONES, CHARTERED
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89109
(702) 385-6000
Fax (702) 385-6001