IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

*JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*SOUTHERN DISTRICT OF MISSISSIPPI*
*FILED*
*NOV 1 5 2001*
*J.T. NOBLIN, CLERK*
*_____ DEPUTY*

NOV 1 9 2001

FILED
CLERK'S OFFICE

| | |
|---|---|
| DON MOSELY, AS WRONGFUL DEATH BENEFICIARY OF JANIS MOSELY, ET AL. | PLAINTIFFS |
| VERSUS | CIVIL ACTION NO. 1:01cv251GR |
| ACandS f/k/a ARMSTRONG CONTRACTING AND SUPPLY CO.; ET AL. | DEFENDANTS |

## ORDER

This cause comes before the Court on motion of the plaintiffs to remand [25-1] the above referenced action to the Circuit Court of Holmes County, Mississippi. Also pending before the Court are the plaintiffs' motion to expedite oral argument [25-2], for attorney's fees [25-3], and sanctions [25-4]. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that the plaintiffs' motion to remand [25-1] be, and is hereby, granted. The Clerk of this Court is directed to mail the Court file along with a certified copy of this order to the Clerk for the Circuit Court of Holmes County, Mississippi, after the expiration of ten days of the entry date of this judgment or by no earlier than December 4, 2001. It is further,

ORDERED AND ADJUDGED that the plaintiffs' motion to expedite hearing [25-2] be, and is hereby, denied as moot. It is further,

MDL- 875
RECOMMENDED ACTION
Vacate CTO -201 +HO
Approved/Date: MK 11/16

**IMAGED NOV 21 '01**

ORDERED AND ADJUDGED that the plaintiffs' motions for attorneys' fees [25-3] and sanctions [25-4] be, and are hereby, denied. It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs associated with these motions.

SO ORDERED AND ADJUDGED this the 14th day of November, A.D. 2001.

                                              UNITED STATES DISTRICT JUDGE

# COXWELL & ASSOCIATES, PLLC

### ATTORNEYS AT LAW

MERRIDA COXWELL
FRANK COXWELL
CHARLES R. MULLINS
J. CHRISTOPHER KLOTZ

500 North State Street • P.O. Box 1337
Jackson, Mississippi 39215-1337

Tel: (601) 948-1600
Fax: (601) 948-7097
Toll Free:
1-877-231-1600

November 16, 2001

**Via Fax (202) 502-2888**

Michael Beck
Clerk of the Panel
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-225, North Lobby
Washington, D.C. 20002

    Re:    Don Mosley, et al v. AC&S, Inc. et al
             Civil Action No. 1:01-251

Dear Mr. Beck:

    Enclosed is a copy of Judge Gex's Order remanding the above styled case to the Mississippi State Circuit Court of Holmes County. Please take all necessary steps to affect the remand of this case to state court.

    Please be advised that this case has been set for a hearing session in the U.S. District Court in New Orleans, Louisiana on November 29, 2001. By copy of this letter I will inform the Court Clerk of the Order to Remand.

    Thank you for your assistance.

                                                                 Very truly yours,

                                                                  J. Christopher Klotz

JCK/tb
Enclosure
Cc:     All counsel of record

# COXWELL & ASSOCIATES, PLLC
## ATTORNEYS AT LAW

MERRIDA COXWELL
FRANK COXWELL
CHARLES R. MULLINS
J. CHRISTOPHER KLOTZ

500 NORTH STATE STREET * P. O. Box 1337
JACKSON, MS 39215-1337
(601) 948-1600 * FAX (601) 948-7097

## FACSIMILE COVER LETTER

**DATE:** 11-16-01

**TO:** Michael Beck
Clerk of the Panel

**FACSIMILE NO.:** (202) 502-2888

**FROM:** J. Christopher Klotz

**FACSIMILE NO.:** (601) 948-7097

**NUMBER OF PAGES, INCLUDING THIS COVER LETTER:** 4

**COMMENTS:**

**CONFIDENTIALITY NOTICE:** The information contained in this facsimile transmittal is, unless otherwise indicated, attorney privileged and confidential information intended only for the above named recipient, or an employee or agent responsible for delivering it to the recipient. You are hereby notified that any dissemination, distribution or copying of this facsimile, or the taking of any action in reliance on its contents, is without our consent and is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the entire facsimile transmission to us at the above address via the U.S. Postal Service at our expense.
**Thank you.**

Transmitted: Date: Time: Operator: