JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 19 2001

FILED
CLERK'S OFFICE

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Don Mosley, et al. v. AcandS, Inc., et al.*, S.D. Mississippi, C.A. No.1:01-251

### ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE NOVEMBER 29, 2001 HEARING SESSION

A conditional transfer order was filed in this action (*Mosley*) on July 19, 2001. Prior to expiration of the mandatory fifteen-day stay of execution, plaintiffs in *Mosley* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. *Mosley* was then remanded to the Circuit Court of Holmes County, Mississippi, by the Honorable Walter J. Gex, III, in an order filed on November 15, 2001.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-201" filed on July 19, 2001, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 17, 2001, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

IMAGED NOV 21 '01