MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 26 2001

## MDL DOCKET NO. 875

FILED
CLERK'S OFFICE

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

#### NOTICE OF OBJECTION TO CONDITIONAL TRANSFER ORDER

**COME NOW** the Plaintiffs, by and through their attorneys, and hereby file their objection to the Conditional Transfer Order transferring Jimmie Dixon, et al v. CCR, Inc, Samuel Heyman, et al, Civil Action No. 4:01cv227-M-B from the U.S. District Court for the Northern District of Mississippi to the Multidistrict Litigation involving Asbestos.

Respectfully submitted this the 21st day of November, 2001.

JIMMIE DIXON, ET AL

BY: _____
FRANK J. DANTONE, MSB #5792

**OF COUNSEL**

**HENDERSON DANTONE, P.A.**
241 Main Street
P.O. Box 778
Greenville, MS 38702-0778
Telephone: 662/378-3400
Facsimile: 662/378-3413

**MERKEL & COCKE**
Walter Stephens Cox, Esquire
30 Delta Avenue
P.O. Box 1388
Clarksdale, MS 38614-1388
Telephone:  662-627-9641
Facsimile:   662-627-3592

OFFICIAL FILE COPY
IMAGED NOV 26 '01

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 26 2001

FILED
CLERK'S OFFICE

**PERKINS LAW OFFICE**
Stanley Simmons Perkins, Esquire
608-A Fairview
P.O. Box 291
Greenville, MS 38701
Telephone:   662-335-2667
Facsimile:    662-335-1662

**LEWIS and LEWIS**
Michael T. Lewis, Esquire
Lewis & Lewis
Post Office Drawer 1600
Clarksdale, MS 38614-1600
Telephone:  662-627-4477
Facsimile:    662-627-2267

## CERTIFICATE OF SERVICE

I, Frank J. Dantone, one of the Attorneys for Plaintiffs, hereby certify that I have mailed, via United States Mail, postage pre-paid, a true and correct copy of the foregoing document to the following:

Marcy L. Bryan, Esquire
Forman, Perry, Watkins, Krutz,
 And Tardy, PLLC
1200 One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, MS 39225-2608

William F. Sheehan, Esquire
Adam M. Chud, Esquire
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036
Attorneys for Defendants, Amchem Products, Inc., C.E. Thurston & Sons, Inc., Dana Corporation, I.U. North America, Inc., Nosroc Corporation, Center for Claims Resolution, Inc., Certainteed Corporation, Maremont Corporation and Wells, Moore, Simmons & Hubbard, PLLC

Benjamin E. Griffith, Esquire
Griffith and Griffith
123 South Court Street
Post Office Box 1680
Cleveland, MS 38732

Simpson, Thacher & Bartlett
Barry R. Ostager, Esquire
Mark W. Thompson, Esquire
David J. Woll
425 Lexington Avenue
New York, NY 10017-3964
Attorneys for Defendant, Samuel J. Heyman

Ferodo America, Inc. (fka Nuturn Corp.)
c/o Its Registered Agent
Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

Flexitallic, Inc.
c/o Its Registered Agent
Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

A.P. Green, Inc.
Green Blvd.
Mexico, CO 65265

Pfizer, Inc.
c/o Its Registered Agent
C.T. Corporation
631 Lakeland East Drive
Flowood, MS 39208

Union Carbide Corp.
c/o Its Registered Agent
C.T. Corporation
631 Lakeland East Drive

Flowood, MS 39208

Shook & Fletcher Insulation Co.
c/o Its Registered Agent
C.T. Corporation
631 Lakeland East Drive
Flowood, MS 39208

National Services, Industries, Inc.
c/o Its Registered Agent
Corporation Service Company
506 S. President Street
Jackson, MS 39201-5301

T&N, Plc
Bowden House
Ashburton Road West
Trafford Park
Manchester, England M171RA

Quigley Company, Inc.
c/o Its Registered Agent
C.T. Corporation System
111 Eighth Avenue
New York, NY 10011

This the 21st day of November, 2001.

*(signature)*

FRANK J. DANTONE

# INVOLVED COUNSEL FOR SCHEDULE CTO-207
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Robert A. Barnaby, II
Carter & Ansley
Peachtree Tower, Suite 1000
191 Peachtree Street, N.E.
Atlanta, GA 30303

V. Brian Bevon
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Lisa N. Busch
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

William T. Causby
Nelson, Mullins, Riley & Scarborough
Keenan Building, 3rd Floor
1330 Lady Street
P.O. Box 11070
Columbia, SC 29211

Daniel J. Cheely
Bellande Cheely, O'Flaherty, Sargis
& Ayres
19 South LaSalle Street, Suite 1203
Chicago, IL 60603

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Ian P. Cloud
Robins, Cloud, Greenwood & Lubel
910 Travis, Suite 2020
Houston, TX 77002

Lina Coloca
Ratiner, Reyes & O'Shea, P.C.
1101 Brickell Avenue, Suite 1601
Miami, FL 33131

John F. Conley
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Frank John Dantone, Jr.
Henderson Dantone, P.A.
P.O. Box 778
Greenville, MS 38702

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Scott J. Frank
Butler Burnette Pappas
Alfred I. du Pont Building
169 E. Flagler Street, Suite 1300
Miami, FL 33129

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

William P. Gavin
Gavin Law Firm
17 Park Place
Professional Centre
Belleville, IL 62226

Charles Darrell Gossett
Lane & Gossett, P.C.
1601 Reynolds Street
Brunswick, GA 31520

Benjamin E. Griffith
Griffith & Griffith
123 South Court Street
P.O. Box 1680
Cleveland, MS 38732

Susan M. Hanson
Stich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

Edward F. Houff
Church & Houff, P.A.
2 North Charles Street
B&O Building, Suite 600
Baltimore, MD 21201

Christopher E. Kittell
Twiford, Webster & Gresham
P.O. Box 760
Clarksdale, MS 38614

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Michael T. Lewis
Lewis & Lewis
P.O. Box 1600
Clarksdale, MS 38614

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

INVOLVED COUNSEL FOR SCHEDULE CTO-207 (Cont.) MDL-875                                           PAGE 2

Willard J. Moody, Jr.
Moody, Strople & Kloeppel, Ltd.
500 Crawford Street
Commerce Bank Bldg., Suite 300
P.O. Box 1138
Portsmouth, VA 23705

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Michael D. Mulvihill
Cooney & Conway
120 North LaSalle, 30th Floor
Chicago, IL 60602

Robert L. Norton
Jones & Granger
10000 Memorial Drive, Suite 888
P.O. Box 4340
Houston, TX 77210

James B. Pressly, Jr.
Haynsworth, Marion, McKay
& Guerard
C&S Tower, 11th Floor
75 Beattie Place
P.O. Box 2048
Greenville, SC 29602

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Burtis Stephen Rice
Hayes, McConn, Price & Pickering
1200 Smith Street
400 Two Allen Center
Houston, TX 77002

Michael A. Rosenthal
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201

John D. Roven
John Roven & Associates
2190 North Loop West, Suite 410
Houston, TX 77018

Stephanie Ann Scharf
Jenner & Block
One IBM Plaza
Suite 4400
Chicago, IL 60611

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Dan Shaked
Shaked & Posner
225 West 34th Street
New York, NY 10122

Richard A. Sheehy
Sheehy, Serpe & Ware, P.C.
909 Fannin Street
Suite 2500
Houston, TX 77010

E. Terry Sibbernsen
P.O. Box 24268
Omaha, NE 68124

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Morris Stern
Sterns, Dubrow & Marcus
111 Dunnell Road
Maplewood, NJ 07040

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Thomas W. Tyner
Aultman, Tyner, Ruffin & Yarborough
315 Hemphill Street
P.O. Drawer 750
Hattiesburg, MS 39403

Beth E. Valocchi
Valocchi & Sasso, P.A.
1200 Pennsylvania Avenue
Suite 303
Wilmington, DE 19806

Walter G. Watkins, Jr.
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Douglas P. Wilson
Wilson Law Offices
5775 N.W. 64th Terrace
Suite 202
Kansas City, MO 64151

Bright Kinnett Wright
Smith, Helms, Mulliss & Moore, LLP
1355 Peachtree Street, N.E.
Suite 750
Atlanta, GA 30309