JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 8 2001

FILED
CLERK'S OFFICE

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-207)

On July 29, 1991, the Panel transferred 22,003 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 71,576 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the opinion and order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

NOV 2 6 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IMAGED NOV 26 '01

# SCHEDULE CTO—207 — TAG ALONG CASES
# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

District Div Civil Action #

**DELAWARE**
- DE  1  01-538        Aaron, et al. v. Armstrong World, et al.
- DE  1  01-656        Adams, et al. v. Center for Claims Resolution, et al.

**GEORGIA SOUTHERN**
- GAS  2  01-186       Lightsey v. Garlock, Inc., et al.

**ILLINOIS SOUTHERN**
- ILS  3  01-633       Lockhart v. Burlington Northern & Santa Fe Railway Co.

**KANSAS**
- KS  2  01-2466       Dicicco v. Burlington Northern & Santa Fe Railway Co.
- KS  2  01-2467       Tustin v. Burlington Northern & Santa Fe Railway Co.
- KS  2  01-2468       Hefner v. Burlington Northern & Santa Fe Railway Co.
- KS  2  01-2469       Gleason v. Burlington Northern & Santa Fe Railway Co.
- KS  2  01-2470       Lolley v. Burlington Northern & Santa Fe Railway Co.
- KS  2  01-2471       Michaelson v. Burlington Northern & Santa Fe Railway Co
- KS  2  01-2472       Stadler v. Burlington Northern & Santa Fe Railway Co.

**MISSISSIPPI NORTHERN**
- ~~MSN  4  01-227        Dixon, et al. v. CCR, Inc., et al.~~   Opposed 11/26/01

**NEBRASKA**
- NE  4  01-528        Jacobs v. Burlington Northern & Santa Fe Railway Co.
- NE  4  01-530        Kucera v. Burlington Northern & Santa Fe Railway Co.
- NE  4  01-531        Lamphear v. Burlington Northern & Santa Fe Railway Co.
- NE  4  01-534        Neitzel v. Burlington Northern & Santa Fe Railway Co.
- NE  8  01-532        Samson v. Burlington Northern & Santa Fe Railway Co.
- NE  8  01-533        Oxentenko v. Burlington Northern & Santa Fe Railway Co.

**NEW YORK EASTERN**
- NYE  1  01-307       Evans, et al. v. ACandS, Inc., et al.
- NYE  1  01-308       Wyrick v. ACandS, Inc., et al.

**NEW YORK SOUTHERN**
- NYS  1  01-7269      Miller, etc. v. United States Lines, Inc. Reorganization

**SOUTH CAROLINA**
- SC  2  01-3942       Ratcliff, et al. v. Owens-Illinois, Inc., et al.

**TEXAS SOUTHERN**
- TXS  3  01-532       Berg, et al. v. Todd Shipyards Corp.
- TXS  4  01-3341      Folger, et al. v. Phillips Petroleum Co.