MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 27 2001

FILED
CLERK'S OFFICE

LAW OFFICES

# NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE
### PROFESSIONAL ASSOCIATION

1555 POYDRAS STREET
SUITE 1700
NEW ORLEANS, LOUISIANA 70112

SCOTT M. GALANTE
DIRECT DIAL: 504-636-3480
FAX: 504-636-3499

OTHER OFFICES:
MOUNT PLEASANT, SOUTH CAROLINA
CHARLESTON, SOUTH CAROLINA
BARNWELL, SOUTH CAROLINA
PROVIDENCE, RHODE ISLAND
RALEIGH, NORTH CAROLINA

November 26, 2001

*Via Fax: 1-202-502-2888*

Mr. Michael J. Beck
Clerk of The Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E., Rm. G-255, North Lobby
Washington, D.C. 20002

REQUEST OF PLTFS. JAMES C. TURNER, ET AL.
FOR EXTENSION OF TIME TO FILE REPLY –
GRANTED TO AND INCLUDING DECEMBER 3,
2001

(11/27/01 - cdm)

*Re:* M.D.L. No. 875 - In re Asbestos Products Liab
James C. Turner et al. v. Anchor Packing Co., et al.
U.S.D.C., E.D. La., C.A. No. 2:01-2767, Sect. S.

Dear Mr. Beck,

*Called atty. 11/27/01* *am*

This letter is being sent to request an extension of time of FIVE business days for Plaintiffs to file a reply brief to Defendant Viacom, Inc.'s Opposition to Motion to Vacate Conditional Transfer Order filed with the Judicial Panel on Multidistrict Litigation No. 875.

One issue that Plaintiffs in the instant matter have briefed to the Panel and the Federal District Court for the Eastern District of Louisiana revolves around proper service of pleadings Viacom has filed and continues to file. There has been yet another frustration of undersigned counsel's ability to effectively litigate this matter. Counsel for Viacom drafted a letter to undersigned counsel's office bearing the date November 15, 2001. (Attached hereto as exhibit "A"). The pleading which it covered bears a certificate of service stating it was served on all counsel of record on November 16, 2001. (Attached hereto as exhibit "B"). However, the postage meter on the "carbon-copy's" envelope containing the letter and pleading indicates that it was not actually posted for mailing to undersigned's office until November 19, 2001. (Attached hereto as exhibit "C"). That service was not received until today at 12:00 PM. Undersigned has yet to receive the original letter with attachments that was supposed to have been mailed three days prior.

Counsel for Viacom faxed a "proof of service" in the form of a date-stamped certified mailing receipt dated the 16th of November to undersigned's office earlier today. (Attached hereto as exhibit "D"). Inexplicably, that mailing has yet to be received, while the "carbon-copy" mailing sent out three days later has been received.

In any event, Plaintiffs have received their only copy of Viacom's pleading just four hours prior to the deadline for filing a reply memorandum.

According to the MDL Rules, Plaintiffs have five business days in which to file a reply to Viacom's memorandum. The fifth day expires this afternoon at 5:00 pm. Plaintiffs have been rendered unable to effectively respond to the arguments made by Viacom. Therefore, Plaintiffs respectfully request an additional five days in which to appropriately respond to Viacom's Opposition.

**OFFICIAL FILE COPY**



IMAGED NOV 28 '01

October 18, 2001
Page 2

     Thank you for your attention in this matter. If you have any further question, please contact me immediately at (800) 427-0959.

                                  Sincerely,

                                  Scott M. Galante

encl.
SMG
cc: All Counsel of Record.



# JONES WALKER

William L. Schuette
Avery Lea Griffin
Olivia S. Tomlinson
Direct Dial 225-248-2000
Fax 225-248-3051

November 15, 2001

CERTIFIED MAIL 7001 0320 0001 3927 2520
RETURN RECEIPT REQUESTED

Donni E. Young
Suite 1700
1555 Poydras Street
New Orleans, LA 70112

Re: James C. Turner, et al v. Anchor Packing Company, et al
Number 91847 "C"
Our File: 20364/94123-00

Dear Ms. Young:

Please find enclosed a copy of the Opposition to Motion to Vacate Conditional Transfer Order which has been submitted for filing with the Judicial Panel on Multidistrict Litigation on behalf of Viacom, Inc., successor in interest to CBS Corporation formerly known as Westinghouse Electric Corporation.

If you have any questions, please contact my office.

Very truly yours,

Olivia Tomlinson

Olivia S. Tomlinson

OST/as
Enclosures
c:   All counsel of record (w/enc.)

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENEGRE L.L.P.
8555 UNITED PLAZA BOULEVARD  BATON ROUGE, LOUISIANA 70809-7000  225-248-2000  FAX 225-248-2010 · E-MAIL info@joneswalker.com  www.joneswalker.com
BATON ROUGE   LAFAYETTE   NEW ORLEANS   WASHINGTON, D.C.

EXHIBIT
A

BEFORE THE JUDICIAL PANEL
ON MULTI DISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS                           MDL DOCKET NO. 875

LIABILITY LITIGATION (NO. IV)

*Turner, et al. v. Anchor Packing Co., et al.*
E.D. Louisiana, C.A. No. 2001-2767

### DECLARATION OF SERVICE

Olivia S. Tomlinson hereby declares as follows:

I hereby certify that copies of Westinghouse's Opposition to Plaintiffs' Motion to Vacate the Conditional Transfer Order have been served upon counsel of record for all parties by depositing copies with the United Parcel Service and/or United States Postal Service properly addressed and postage prepaid to the addresses on the attached list.

Baton Rouge, Louisiana, the 16th day of November, 2001.

*Olivia Tomlinson*
Olivia S. Tomlinson

B0171779.1                                21

EXHIBIT
B

## PANEL SERVICE LIST (Excerpted from CTO-205)
## DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Scott M. Galante
Ness, Motley, Loadholt, Richardson
& Poole
1555 Poydras Street
Suite 1700
New Orleans, LA 70112

Leon Gary, Jr.
Jones, Walker, Waechter, et al.
8555 United Plaza Boulevard
5th Floor
Baton Rouge, LA 70809

Susan M. Hanson
Stich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Donni E. Young
Suite 1700
1555 Poydras Street
New Orleans, LA 70112

Glen L. Swetman
David E. Redman, Jr.
Aultman, Tyner
Texaco Center, Suite 2250
400 Poydras Street
New Orleans, LA 70130

Patrick J. Veters
Jones Walker
201 Place St. Charles
50th Floor
New Orleans, LA 70170

Edward J. Castaing, Jr.
2323 Pan American Life Center
601 Poydras Street
New Orleans, LA 70130

Andrew Plauche
201 St. Charles Avenue
New Orleans, LA 70170

Lawrence G. Pugh
3200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

Dominic Ovella
Valerie Scvhexnayder
Kelly Lightfoot
One Galleria Blvd
Suite 1400
Metairie, LA 70011

Lynn Luker
616 Girod Street
Suite 200
New Orleans, LA 70130

David E. Redman, Jr.
The Texaco Center
400 Poydras Street
Suite 1900
New Orleans, LA 70130

Benjamin R. Slater, III
Don Miester
650 Poydras Street
Suite 2600
New Orleans, LA 70130

John Cosmich
188 East Capital Street
P. O. Box 22608
Jackson, MS 39225

Jennie P. Pellegrin
1001 West Pinhook Road
Suite 200, P. O. Drawer 52828
Lafayette, LA 70503

Richard P. Sulzer
201 Holiday Blvd.
Suite 335
Covington, LA 70433

Susan B. Kohn
The Energy Centre
30th Floor
1100 Poydras Street
New Orleans, LA 70163-3000

Ann Sico
Bernard, Cassisa
1615 Metairie Road
Metairie, LA 70005





# First Class Mail




JONES WALKER
8555 UNITED PLAZA BOULEVARD
BATON ROUGE, LOUISIANA 70809-7000

Scott M Galante
Ness, Motley, Loadholt, Richardson
& Poole
1555 Poydras Street
Suite 1700
New Orleans, LA 70112





# JONES WALKER

William L. Schuette
Avery Lea Griffin
Olivia S. Tomlinson
Direct Dial 225-248-2000
Fax 225-248-3051

November 26, 2001

## FAX COVER SHEET

TO:      Scott Galante          FAX NUMBER: 1-504-636-3499

FROM:    Olivia S. Tomlinson

FILE NO: 20364/94123-00

NUMBER OF PAGES FOLLOWING COVER SHEET:   2

If you have any problems concerning this fax, call fax operator **Anne** at **225-248-3431**

**ADDITIONAL MESSAGE:**

Please see attached correspondence dated November 26, 2001 regarding the dated proof of mailing we discussed on the phone today.

CONFIDENTIAL

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSACTION IS CONFIDENTIAL AND INTENDED ONLY FOR THE NAMED RECIPIENT. ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THE INFORMATION INCLUDED IN THIS FACSIMILE TRANSMISSION IS STRICTLY PROHIBITED IF YOU ARE NOT THE NAMED RECIPIENT. IF THIS TRANSMISSION HAS BEEN RECEIVED IN ERROR, PLEASE CALL **ANNE** IMMEDIATELY AT (224) 248-3431 AND THE ORIGINAL TRANSMISSION SHOULD BE RETURNED TO THE SENDER AT THE ADDRESS SHOWN ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

8555 UNITED PLAZA BOULEVARD • BATON ROUGE, LOUISIANA 70809-7000 • 225-248-2000 • FAX 225-248-2010 • E-MAIL info@joneswalker.com

BATON ROUGE    HOUSTON    LAFAYETTE    MIAMI    NEW ORLEANS    WASHINGTON, D.C.




# JONES WALKER

William L. Schuette
Avery Lea Griffin
Olivia S. Tomlinson
Direct Dial 225-248-2000
Fax 225-248-3051

November 26, 2001

**VIA FACSIMILE ONLY 1-504-636-3499**

Scott M. Galante
Suite 1700
1555 Poydras Street
New Orleans, LA 70112

    Re:    James C. Turner, et al v. Anchor Packing Company, et al
             Number 91847-"C"
             Our File: 20364/94123-00

Dear Scott:

    Attached is a copy of the proof of mailing dated November 16, 2001 transmitting a copy of Westinghouse's Opposition to Plaintiff's Motion to Vacate the Conditional Transfer Order. This dated proof of mailing was provided by the United States Postal Service and not fabricated by our office as you alleged.

    If you have any further questions, please contact my office.

Very truly yours,

Olivia S. Tomlinson

OST/as
Attachment

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

8555 UNITED PLAZA BOULEVARD • BATON ROUGE, LOUISIANA 70809-7000 • 225-248-2000 • FAX 225-248-2010 • E-MAIL info@joneswalker.com • www.joneswalker.com

BATON ROUGE   HOUSTON   LAFAYETTE   MIAMI   NEW ORLEANS   WASHINGTON, D.C.

# JONES WALKER

RECEIVED
NOV 19 2001
ASBESTOS

William L. Schuette
Avery Lea Griffin
Olivia S. Tomlinson
Direct Dial 225-248-2000
Fax 225-248-3051

November 15, 2001

CERTIFIED MAIL 7001 0320 0001 3927 2520
RETURN RECEIPT REQUESTED

Donni E. Young
Suite 1700
1555 Poydras Street
New Orleans, LA 70112

Re: James C. Turner, et al v. Anchor Packing Company, et al
Number 91847 "C"
Our File: 20304/94123-00

Dear Ms. Young:

Please find enclosed a copy of the Opposition to Motion to Vacate Conditional Transfer Order which has been submitted for filing with the Judicial Panel on Multidistrict Litigation on behalf of Viacom, Inc., successor in interest to CBS Corporation formerly known as Westinghouse Electric Corporation.

If you have any questions, please contact my office.

Very truly yours,

Olivia Tomlinson

Olivia S. Tomlinson

OST/as
Enclosures
c: All counsel of record (w/enc.)

JONES, WALKER, WAECHTER, POITEVEN
8555 UNITED PLAZA BOULEVARD  BATON ROUGE, LOUISIANA 70809-7000  225-248-200
BATON ROUGE  LAFAYETTE  NEW OR

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $

Sent To: Donni E. Young
          Suite 1700
Street, Apt. No.: 1555 Poydras Street
or PO Box No.
City, State, ZIP+4: New Orleans, LA 70112