MDL 875

BEFORE THE JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DEC - 3 2001

FILED
CLERK'S OFFICE

In Re Asbestos Products Liability Litigation (No. VI)

Civil Action No. MDL 875

| This Document Relates To: | District of Nevada |
|---|---|
| PAMELA OELRICH, individually and as heir and Special Administrator of the Estate of ROBERT V. OELRICH, deceased, et al., | No. CV-S-01-1039-PMP (RJJ) |
| Plaintiffs, | |
| vs. | |
| ANDCO, INC., in its own right and as successor in interest to and liable for A.E. Anderson Construction Corp., et al., | |
| Defendants. | |

<u>OPPOSITION TO PLAINTIFFS' MOTION AND BRIEF TO VACATE CTO-206 WITH RESPECT TO D. NEVADA C.A. NO. 2:01-1039 ONLY</u>

Defendant THE FLINTKOTE COMPANY ("FLINTKOTE") submits it Opposition to "Plaintiffs' Motion and Brief to Vacate CTO-206 with Respect to D. Nevada C.A. No. 2:01-1039 Only", served November 14, 2001, as follows:

I.  <u>PRELIMINARY STATEMENT</u>

Plaintiffs seek to vacate the CTO and prevent the transfer of this asbestos case to the MDL on the ground that their Motion to Remand is pending in the United States District Court, District of Nevada. Plaintiffs' Motion relies on irrelevant case law and ignores numerous decisions from MDL panels that an action

IMAGED DEC 5 '01    OFFICIAL FILE COPY

may be transferred to an MDL panel despite a pending motion to remand. Plaintiffs' Motion is meritless and should be denied. This action should be transferred forthwith to the MDL.

II.   LEGAL AUTHORITIES AND ARGUMENT

   A.   NUMEROUS MDL PANELS HAVE ORDERED THE TRANSFER OF ACTIONS DESPITE PENDING MOTIONS TO REMAND.

The Judicial Panel on Multidistrict Litigation was established "to promote judicial economy and to prevent inconsistent rulings." See Falgoust v. Microsoft Corp., 2000 U.S. Dist. LEXIS 5417, at *3-4 (E.D.La. Apr. 20, 2000). To promote this policy, numerous MDL panels have transferred actions despite pending motions to remand.

In the recent case, In re K-Dur Antitrust Litigation, 162 F.Supp. 2d 688 (JPML Aug. 15, 2001), a plaintiff opposed the transfer of her action to an MDL panel on the ground that she had a motion to remand pending in the district court. The MDL Panel rejected plaintiff's argument and ordered her action transferred to the MDL Panel. The MDL Panel reasoned: "we note that the remand motion in one of the Northern California actions can be presented to and decided by the transferee judge." 162 F.Supp. 2d at 689 (citations omitted).

Numerous MDL panels have repeatedly ordered the transfer of actions despite pending motions to remand. See, e.g., In re California Retail Natural Gas & Elec. Antitrust Litig., 150 F.Supp. 2d 1383 (JPML June 25, 2001); In re Starlink Corn Prod. Liability Litig., 152 F.Supp. 2d 1378 (JPML June 20, 2001); In re Bridgestone/Firestone, Inc., Tire Prod. Liability Litig., 150 F.Supp. 2d 1381 (JPML June 15, 2001); In re Waste Management,

Inc., Sec. Litig., 2001 U.S. Dist. LEXIS 18503 (JPML Nov. 7, 2001); In re Chrysler Corp. Vehicle Paint Litig., 1998 U.S. Dist. LEXIS 15675 (JPML Oct. 2, 1998); In re Cooper Tire & Rubber Co. Tires Prod. Liability Litig., 2001 U.S. Dist. LEXIS 2099 (JPML Feb. 23, 2001); In re Microsoft Corp. Windows Operating Systems Antitrust Litig., 2000 U.S. Dist. LEXIS 5559 (JPML Apr. 25, 2000).

Here, Plaintiffs' pending Motion to Remand can properly be decided by the MDL Panel. Plaintiffs' Motion to vacate the CTO and prevent the transfer of this asbestos action to the MDL should be denied. This action should be transferred forthwith to the MDL.

B. **PLAINTIFFS FAIL TO CITE ANY CASE AUTHORITY PERMITTING THEM TO BLOCK THE TRANSFER OF THIS ACTION BECAUSE OF A PENDING MOTION TO REMAND**.

Plaintiffs cite two cases, Farkas v. Bridgestone/Firestone, Inc., 113 F.Supp. 2d 1107 (W.D. Ky. 2000) and Meyers v. Bayer AG, 143 F.Supp. 2d 1044 (E.D. Wis. 2001), in support of their attempt to vacate the CTO. Plaintiffs' reliance on these two cases is misplaced. Neither case involved an attempt to vacate a Conditional Transfer Order. Rather, these cases involved motions to stay proceedings filed by various defendants in the district court. More importantly, other courts have expressly rejected the reasoning set forth in these irrelevant cases. See Weinke v. Microsoft Corp., 84 F.Supp. 2d 989, 990 (E.D.Wis. 2000) (granting defendant's motion to stay proceedings and ruling that "[a]ll proceedings in this action, including ruling on plaintiff Robert Wienke's motion to remand, are STAYED pending a determination by the Judicial Panel on Multidistrict Litigation as to whether this

action should be transferred..."); <u>Faloust</u>, <u>supra</u>, 2000 U.S. Dist. LEXIS 5417 (reaching similar conclusion).

III.     <u>CONCLUSION</u>

The MDL panel should reject Plaintiffs' attempt to block the transfer of this asbestos case to the MDL because of a pending motion to remand. The MDL Panel has the jurisdiction to determine Plaintiffs' Motion to Remand. Thus, this action can be properly transferred to the MDL.

Wherefore, FLINTKOTE respectfully requests the MDL Panel to deny Plaintiffs' Motion to Vacate the CTO and order the transfer of this action to the MDL panel.

Respectfully submitted.

Dated:   November 30, 2001.

WAIT LAW FIRM

By: *James C*
James Kachmar
Nevada Bar #006369

Attorneys for Defendant
THE FLINTKOTE COMPANY

4

Case MDL No. 875   Document 3346   Filed 12/03/01   Page 5 of 8

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 3 2001

FILED
CLERK'S OFFICE

CERTIFICATE OF SERVICE

I certify that I am an employee of WAIT LAW FIRM and that on November 30, 2001, I deposited for mailing at Reno, Nevada, a true copy of the attached document addressed to:

Richard C. Binzley, Esq.
Thompson Hine LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Brad A. Wilt, Esq.
Harrison, Kemp & Jones, Chtd.
3800 Howard Hughes Parkway
17th Floor
Las Vegas, Nevada 89109

Ronald L. Motley, Esq.
Ness, Motley, Loadholt,
 Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

James L. Edwards, Esq.
Law Offices of
 Beckley Singleton, Chtd.
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101

Craig M. Burkett, Esq.
Perry & Spann
6130 Plumas Street
Reno, Nevada 89509

Jack G. Angaran, Esq.
Richard A. Salvatore, Esq.
Georgeson, Thompson
 & Angaran, Chtd.
100 West Grove Street
Suite 500
Reno, Nevada 89509

Nicholas M. Wieczorek, Esq.
Wieczorek & Associates
3980 Howard Hughes Parkway
Suite 400
Las Vegas, Nevada 89109

Elizabeth Goff Gonzalez, Esq.
Gonzalez & Associates, Ltd.
1830 E. Sahara Avenue
Suite 102
Las Vegas, Nevada 89104

Attn: Joan Murphy, Paralegal
Kelley, Drye & Warren
101 Park Avenue
New York, New York 10178-0002

Ike Lawrence Epstein, Esq.
Law Offices of Beckley,
Singleton, Chtd.
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101

George W. Foley, Jr., Esq.
Pearson, Patton, Shea,
 Foley & Kurtz, P.C.
6900 Westcliff Drive
Suite 800
Las Vegas, Nevada 89145

David C. Auther, Esq.
Curtis J. Busby, Esq.
Thomas C. Howard, Esq.
Bowman and Brooke LLP
2929 North Central Avenue
Suite 1700
Phoenix, Arizona 85012-2761

Greg W. Marsh, Esq.
Law Offices of Greg W. Marsh
731 South Seventh Street
Las Vegas, Nevada 89101-6907

William H. Pruitt, Esq.
Barron, Vivone, Holland
 & Pruitt, Chtd.
1404 S. Jones Boulevard
Las Vegas, Nevada 89146

Steven C. Lynes, Esq.
MRF Law Group
1331 Garden Highway
Suite 300
Sacramento, CA 95833-9773

John L. Thorndal, Esq.
Thorndal, Armstrong, Delk,
 Balkenbush & Eisinger
1100 E. Bridger Avenue
Las Vegas, Nevada 89101

WAIT LAW FIRM
Attorneys At Law
305 W. Moana Lane, Second Floor, Reno, Nevada 89509
Tel: (775) 827-5500 • Fax (775) 827-6663

| | | |
|---|---|---|
| 1 | Leland Eugene Backus, Esq.<br>Backus & Associates | George R. Lyles, Esq.<br>Lyles & Hawley |
| 2 | 7670 West Lake Mead Boulevard<br>Suite 200 | 2080 E. Flamingo Road<br>Suite 106 |
| 3 | P.O. Box 379004<br>Las Vegas, Nevada 89137-9004 | Las Vegas, Nevada 89119 |

```
 1   Leland Eugene Backus, Esq.           George R. Lyles, Esq.
     Backus & Associates                   Lyles & Hawley
 2   7670 West Lake Mead Boulevard         2080 E. Flamingo Road
     Suite 200                             Suite 106
 3   P.O. Box 379004                       Las Vegas, Nevada   89119
     Las Vegas, Nevada   89137-9004
 4                                         Michael R. Pontoni, Esq.
     Kym S. Cushing, Esq.                  Michael R. Pontoni, Ltd.
 5   Edwards, Hale, Sturman,               64 N. Pecos Road
      Atkin & Cushing                      Suite 100
 6   415 S. Sixth Street                   Henderson, Nevada   89074
     Suite 300
 7   Las Vegas, Nevada   89101             M. Kristina Pickering, Esq.
                                           Morris Pickering & Sanner
 8   Janice J. Brown, Esq.                 900 Bank of America Plaza
     Barker, Brown, Busby,                 300 South Fourth Street
 9    Chrisman & Thomas, P.C.              Las Vegas, Nevada   89101
     800 Bank of America Plaza
10   300 South Fourth Street               Perry Braunstein, Esq.
     Las Vegas, Nevada   89101             Skadden, Arps, Slate,
11                                          Meagher & Flom, LLP
     Larry J. Crown, Esq.                  Four Times Square
12   Jennings, Haug & Cunningham, LLP      New York, New York   10036
     2800 North Central Avenue
13   Suite 1800                            Steve Morris, Esq.
     Phoenix, Arizona   85004-1049         Morris Pickering & Sanner
14                                         900 Bank of America Plaza
     Holly S. Stoberski, Esq.              300 South Fourth Street
15   Laxalt & Nomura, Ltd.                 Las Vegas, Nevada   89101
     201 Las Vegas Boulevard South
16   Suite 200                             James M. Barker, Esq.
     Las Vegas, Nevada   89101             Gifford, Vernon & Barker
17                                         732 S. Sixth Street
     Von S. Heinz, Esq.                    Suite 100
18   Lewis and Roca, LLP                   Las Vegas, Nevada   89101
     Suite 600
19   3993 Howard Hughes Parkway            Paul J. Vames, Esq.
     Las Vegas, Nevada   89109             Vames & Associates
20                                         7251 Lake Mead Boulevard
     Troy E. Peyton, Esq.                  Suite 300
21   Rumph & Peyton                        Las Vegas, Nevada   89128
     800 Bank of America Plaza
22   300 South Fourth Street               A. Scott Goldberg, Esq.
     Las Vegas, Nevada   89101             Neil Selman, Esq.
23                                         Selman Breitman LLP
     Mary Price Birk, Esq.                 11766 Wilshire Boulevard
24   Baker & Hostetler, LLP                6th Floor
     Attorneys at Law                      Los Angeles, CA   90025-6538
25   303 E. 17th Street
     Suite 1100                            James M. O'Reilly, Esq.
26   Denver, Colorado   80203              3321 North Buffalo Drive
                                           Suite 200
27   Paul F. Eisinger, Esq.                Las Vegas, Nevada   89129
     Thorndal, Armstrong, Delk,
28    Balkenbush & Eisinger                Gregory S. Gilbert, Esq.
     1100 E. Bridger Avenue                Curtis & Associates, affiliated
     P.O. Box 2070                         with SNELL & WILMER, LLP
     Las Vegas, Nevada   89125-2070        3800 Howard Hughes Parkway
                                           Suite 1000
                                           Las Vegas, Nevada   89109
```

WAIT LAW FIRM
Attorneys At Law
305 W. Moana Lane, Second Floor, Reno, Nevada 89509
Tel: (775) 827-5500 • Fax (775) 827-6663

2

| | |
|---|---|
| Brian K. Terry, Esq.<br>Thorndal, Armstrong, Delk,<br> Balkenbush & Eisinger<br>1100 E. Bridger Avenue<br>P.O. Box 2070<br>Las Vegas, Nevada  89125-2070 | David A. Damico, Esq.<br>Burns, White & Hickton<br>2400 Fifth Avenue Place<br>120 Fifth Avenue<br>Pittsburgh, PA 15222 |
| James F. Pico, Esq.<br>Marsha H. Tarte, Esq.<br>Pico & Mitchell<br>2000 South Eastern Avenue<br>Las Vegas, Nevada  89104 | Kevin Diamond, Esq.<br>Parnell & Associates<br>6140 W. Coley Avenue<br>Las Vegas, Nevada 89146 |
| John S. Worden, Esq.<br>Hughes Center II<br>3753 Howard Hughes Parkway<br>Suite 200<br>Las Vegas, Nevada  89109 | Raymond P. Forceno, Esq.<br>Forceno & Hannon<br>Philadelphia Bourse Building<br>Suite 1000<br>Independence Mall East<br>Philadelphia, PA 19103 |
| Dana Jonathon Nitz, Esq.<br>Rawlings, Olson, Cannon,<br> Gormley & Desruisseaux<br>301 E. Clark Avenue<br>Suite 1000<br>Las Vegas, Nevada  89101 | Ellen B. Furman, Esq.<br>Goldfein & Joseph<br>1600 Market Street<br>33rd Floor<br>Philadelphia, PA 19103 |
| Bruce Scott Dickinson, Esq.<br>Stephenson & Dickinson<br>302 East Carson Avenue<br>Suite 700<br>Las Vegas, Nevada  89101-5908 | Susan M. Hanson, Esq.<br>Stich, Angell, Kriedler<br> & Muth, P.A.<br>The Crossings, Suite 120<br>250 2nd Avenue South<br>Minneapolis, MN 55401 |
| Jack C. Cherry, Esq.<br>Alverson, Taylor, Mortensen,<br> Nelson & Sanders<br>7401 W. Charleston Boulevard<br>Las Vegas, Nevada  89117 | Reginald S. Kramer, Esq.<br>Oldham & Dowling<br>195 South Main Street<br>Suite 300<br>Akron, OH 44308 |
| Nancy D. Savage, Esq.<br>Terry Kinnally, Esq.<br>Earley & Savage<br>7251 W. Lake Mead Boulevard<br>Suite 550<br>Las Vegas, Nevada  89128 | David C. Landin, Esq.<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 19102 |
| Edward J. Cass, Esq.<br>Gallagher, Sharp, Fulton<br> & Norman<br>Bulkley Building, 7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | Gene Locks, Esq.<br>Greitzer & Locks<br>1500 Walnut Street<br>Philadelphia, PA 19102 |
| Adam M. Chud, Esq.<br>Shea & Gardner<br>1800 Massachusetts Avenue, N.W.<br>Washington, D.C.  20036 | John J. Repcheck, Esq.<br>Marks, O'Neill<br>3200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 |
| | John D. Roven, Esq.<br>John Roven & Associates<br>2190 North Loop West<br>Suite 410<br>Houston, TX 77018 |

| | |
|---|---|
| Richard D. Schuster, Esq.<br>Vorys, Sater, Seymour<br>  & Pease, LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216 | Andrew J. Trevelise, Esq.<br>Reed Smith LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 |
| Robert N. Spinelli, Esq.<br>Kelley, Jasons, McGuire<br>  & Spinelli<br>Centre Square West<br>15th Floor<br>Philadelphia, PA 19102 | James K. Weston, II, Esq.<br>Tom Riley Law Firm<br>4040 First Avenue, N.E.<br>P.O. Box 998<br>Cedar Rapids, IA 52406 |
| Robert E. Swickle, Esq.<br>Jaques Admiralty Law Firm, P.C.<br>1370 Penobscot Building<br>Detroit, MI 48226 | |

*Holly W. Longe* (signature)

WAIT LAW FIRM
Attorneys At Law
305 W. Moana Lane, Second Floor, Reno, Nevada 89509
Tel: (775) 827-5500 • Fax (775) 827-6663

RECEIVED CLERK'S OFFICE
2001 DEC -3 A 10:28
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION