REQUEST BY PLTFS. JIMMIE DIXON,
ET AL., FOR EXTENSION OF TIME TO FILE
MOTION AND BRIEF TO VACATE -- DENIED
mjb 12/5/01



**DOCKET NO. 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 5 2001

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### MOTION FOR EXTENSION OF TIME

**COME NOW** *Jimmie Dixon, et al*, in the case of *Dixon, et al v CCR, Inc., et al, N.D. Mississippi, CA NO 4:01 - 217*, by and through undersigned counsel and file this their Motion for Extension of Time in which to file their Motion and Brief to Vacate the Conditional Transfer Order and in support thereof would show unto the Court the following:

1. Jimmie Dixon, et al's Motion and Brief to Vacate the Conditional Transfer Order is currently due on December 10, 2001. Because of previous commitments and a heavy caseload, Jimmie Dixon, et al's attorneys are in need of several additional days to prepare their Motion and Brief to Vacate the Conditional Transfer Order. Jimmie Dixon, et al, requests an extension of eleven (11) days to file their Motion and Brief to Vacate the Conditional Transfer Order.

**WHEREFORE, PREMISES CONSIDERED** Jimmie Dixon, et al, requests that the Panel grant their Motion for Additional Time and grant Jimmie Dixon, et al, an eleven (11) day extension in which to file their Motion and Brief to Vacate the Conditional Transfer Order, making the Motion and Brief to Vacate the Conditional Transfer Order due on December 21, 2001.

**OFFICIAL FILE COPY**

IMAGED DEC 6 '01

This the __4th__ day of December, 2001.

*[Signature]*

**FRANK J. DANTONE, MSB #5792**
**HENDERSON DANTONE, P.A.**
Post Office Box 778
Greenville, MS 38702-0778
ATTORNEY FOR JIMMIE DIXON, ET AL

## CERTIFICATE OF SERVICE

I, Frank J. Dantone, Jr., one of the Attorneys for Plaintiffs, do hereby certify that I have, this date, mailed, via United States Mail, postage pre-paid, a true and correct copy of the foregoing document to the following:

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfien & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Benjamin E. Griffith
Griffith & Griffith
123 South Court Street
Post Office 1680
Cleveland, MS 38732

Susan M. Hanson
Stich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300 Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt,
Richardson & Poole
28 Bridgeside Blvd.
Post Office Box 1792
Mt. Pleasant, SC 29465

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymor & Pease, LLP
52 East Gay Street
Post Office Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Walter G. Watkins, Jr.
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Honorable Michael P. Mills
United States District Court Judge
911 Jackson Avenue, Suite 335
Oxford, MS 38655


This the ___4th___ day of December, 2001.

                                                                               _____
                                                                               FRANK J. DANTONE, JR., MSB 5792