Case MDL No. 875   Document 3349   Filed 12/10/01   Page 1 of 1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 10 2001

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY   :
LITIGATION (NO. VI)                  :
                                     :
―――――――――――――――――――――――――――――――― x

This Document Relates to:            :   CIVIL ACTION NO. MDL 875

Law Firm of Ness, Motley, Loadholt,  :
Richardson & Poole                   :
                                     :
United States District Court         :
District of South Carolina           :
                                     :
Margie Brown, No. 2:97-165           :
Mallie McDUFFIE, No. 2:95-3453       :
                                     :
[In the event any of the above-      :
listed cases are multiple plaintiff  :
(victim) actions, this transfer is   :           FILED   NOV - 5 2001
for the above-named party only, or   :
said party's representative, and any :
spousal or dependent actions.]       :   MDL-_____CRO - 2001_____
                                     x          RECOMMENDED ACTION
―――――――――――――――――――――――――――――――― 

                                         Approved/Date: MR - 11/21/01
SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Transfer to the Court of Common Pleas for Charleston County, South Carolina, and the Court having reviewed these cases and having had settlement conferences with the parties, and now believing that such motion is appropriate;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are

IMAGED DEC 12 '01