JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 11 2001

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRYSO ADAMS, et al., )<br>)<br>      Plaintiff(s), )<br>)<br>  v. )<br>)<br>UNION CARBIDE, et al., )<br>)<br>      Defendants. )<br>_____) | No. C01-3685 BZ<br><br>**ORDER GRANTING PLAINTIFFS'<br>MOTION TO REMAND CASE TO<br>STATE COURT** |

For the reasons given during oral argument on December 3, 2001, **IT IS HEREBY ORDERED** that this case is immediately remanded to Alameda County Superior Court.

Dated: December 3, 2001

                            /s/Bernard Zimmerman
                              Bernard Zimmerman
                       United States Magistrate Judge

G:\BZALL\-BZCASES\ADAMS\REMAND.ORD

MDL- 875
RECOMMENDED ACTION

Vacate CTO-20 as one action
Approved/Date: MJR 12/10

1

IMAGED DEC 13 '01

**PROOF OF SERVICE**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 11 2001

FILED
CLERK'S OFFICE

I declare that:

I, Margaret M. Ramirez, am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 171 Twelfth Street, Third Floor, Oakland, California 94607.

On December 3, 2001, I served the following document(s):

**DECEMBER 3, 2001, LETTER TO MICHAEL J. BECK CLERK OF THE PANEL OF MDL WITH ATTACHED ORDER GRANTING PLAINTIFFS' MOTION TO REMAND CASE TO STATE COURT**

by transmitting a true copy to:

**VIA FACSIMILE AND U.S. MAIL**
415 267 4198
Lisa Oberg, Esq.
Camille K. Fong, Esq.
McKenna & Cuneo, LLP
One Market Street Plaza
Steuart Street Tower
San Francisco, CA 94105
Counsel for Union Carbide Corp. & Certainteed Corp.

**VIA HAND DELIVERY**
510 839 7940
Bruce McLeod, Esq.
Gennaro A. Filice, III
Filice Brown Eassa & McLeod, LLP
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Counsel for Dow Chemical Company

**VIA FACSIMILE AND U.S. MAIL**
949 851 1554
Scott R. Carpenter Esq.
Palmieri Tyler, Wiener
2603 Main Street
East Tower, Suite 1300
Irvine, California 92614
Counsel for Pfizer, Inc. and Quigley Co., Inc.

**VIA FACSIMILE AND U.S. MAIL**
202 828 2195
William F. Sheehan
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

via the following method:

__X__ **(By Mail SEE ABOVE)** I am readily familiar with this office's business practice for collection and processing of correspondence for mailing with the United States Postal Service. This document, which is in an envelope addressed as stated above, will be sealed with postage fully prepaid and will be deposited with the United States Postal Service this date in the ordinary course of business.

_____ **(Overnight Mail)** I am readily familiar with this office's business practice for overnight mail procedure. This document will be deposited in the FEDEX/UPS overnight mail box for delivery to the above listed addresses for next day delivery.

__X__ **(By Facsimile Machine [FAX] SEE ABOVE)** by personally transmitting a true copy of the above listed documents via an electronic facsimile machine between the hours of 9:00 a.m. and 5:00 p.m.

KAZAN, McCLAIN,
EDISES, SIMON &
ABRAMS
A PROFESSIONAL
LAW CORPORATION
171 TWELFTH STREET
THIRD FLOOR
OAKLAND, CA 94607
(510) 465-7728
(510) 893-7211
FAX (510) 835-4913

166043

1

1  ____ (By Courier/Hand Delivery) By causing to have personally hand served, via courier service, on the above listed defendant a true copy of the above listed document(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 3, 2001, at Oakland, California.

Margaret M. Ramirez

KAZAN, McCLAIN,
EDISES, SIMON &
ABRAMS
A PROFESSIONAL
LAW CORPORATION
171 TWELFTH STREET
THIRD FLOOR
OAKLAND, CA 94607
(510) 465-7728
(510) 563-7211
FAX (510) 835-4913

166043

2