JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 11 2001

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Chryso Adams, et al. v. Union Carbide Corp., et al.*, N.D. California,
C.A. No. 3:01-3685

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Adams*) on November 28, 2001. The Panel has now been advised that *Adams* was remanded to Alameda County Superior Court, California, by the Honorable Bernard Zimmerman in an order signed on December 3, 2001.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-208" filed on November 28, 2001, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

IMAGED DEC 13 '01