

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 11 2001

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL Docket No. 875 |

MARILYN TRIPLETT, Executrix of the Estate of )
JAMES K. TRIPLETT deceased, and )
MARILYN E. TRIPLETT, individually )
)
   Plaintiff )   Case No: 3:01-CV-11-S
)   W.D. Kentucky
v. )   Judge Charles R. Simpson, III
)
MINNESOTA MINING AND )
MANUFACTURING CO. )
)
   Defendant )

## CORPORATE DISCLOSURE STATEMENT

* * * * *

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Defendant, Minnesota Mining and Manufacturing Company, makes the following disclosure:

1.    Is said party a subsidiary of a parent corporation? **NO**

2.    Does any publicly held company own 10% or more of the party's stock? **NO**

IMAGED DEC 13 '01

Case MDL No. 875   Document 3354   Filed 12/11/01   Page 2 of 5

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 11 2001

FILED
CLERK'S OFFICE

Respectfully submitted,

THOMPSON MILLER & SIMPSON PLC

*[signature]*

Byron N. Miller
The LG&E Building, Suite 1700
220 W. Main Street
Louisville, Kentucky 40202
(502) 585-9900
COUNSEL FOR DEFENDANT
MINNESOTA MINING AND
MANUFACTURING COMPANY

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served via U.S. Mail this 10th day of December, 2001 upon the following:

| Counsel | Phone / Fax | Description |
| --- | --- | --- |
| Wodka, Steven H.<br>577 Little Silver Point Road<br>P.O. Box 66<br>Little Silver, New Jersey 07739-0066 | (732) 530-2815<br>(732) 530-3627 | Co-Counsel for Plaintiff |
| Scott, David V.<br>Scott & Forrest<br>409 Bank Street<br>P. O. Box 785<br>New Albany, Indiana 47151-0785 | (812) 945-9151<br>(812) 945-6131 | Co-Counsel for Plaintiff |
| Priddy, Alton D.<br>Priddy, Isenberg, Miller & Meade P.S.C.<br>Suite 800<br>429 W. Muhammad Ali Blvd.<br>Louisville, Kentucky 40202 | (502) 587-8600<br>(502) 569-2744 | Co-Counsel for Plaintiff |

| Counsel | Phone<br>Fax | Description |
|---|---|---|
| Basil A. DiSipio, Esq.<br>LAVIN, COLEMAN, O'NEIL,<br>RICCI, FINARELLI &<br>GRAY<br>Suite 1000<br>510 Walnut Street<br>Philadelphia, Pennsylvania 19106 | (215)351-7929<br>(215)627-2551 | Counsel for Minnesota Mining and Manufacturing Company |
| United States District Court<br>Western District of Kentucky<br>106 Gene Snyder, U. S. Courthouse<br>601 W. Broadway<br>Louisville, KY 40202-2249 | (502) 625-3500<br>(502) 625-3880 | |
| Locks, Gene<br>Greitzer & Locke<br>1500 Walnut Street<br>Philadelphia, PA 19102 | (215) 893-0100 | Plfs. Liaison Counsel |
| Binzley, Richard C.<br>Thompson Hine, LLP<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | (215) 566-5579<br>(216) 566-5583 | Lead Counsel for Defts. in the Seamen Cases |
| Case, Edward J.<br>Gallagher, Sharp, Fulton & Norman<br>Bulkey Building<br>7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | (216) 241-5310 | Counsel for the Goodall Defts. |
| Damico, David A.<br>Burns, White & Hickton<br>2400 Fifth Avenue Place<br>120 Fifth Avenue<br>Pittsburgh, PA 15222 | (412) 394-2500 | FELA Defts. |
| Forceno, Raymond P.<br>Forceno & Hannon<br>Philadelphia Bourse Building<br>Suite 1000<br>Independence Mall East<br>Philadelphia, PA 19106 | (215) 732-1630 | FELA Pltfs. |

| Counsel | Phone<br>Fax | Description |
|---|---|---|
| Furman, Ellen E.<br>Goldfein & Joseph<br>1600 Market Street<br>33rd Floor<br>Philadelphia, PA 19103 | (215) 979-8200<br>(215) 979-8201 | National Counsel |
| Hansen, Susan M.<br>Brownson & Ballou<br>4800 US Bank Place<br>601 Second Avenue S.<br>Minneapolis, MN 55402 | (612) 332-4020 | National Counsel |
| Landin, David C.<br>Hunton & Williams<br>Riverfront Plaza<br>East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | (804) 788-8200<br>(804) 877-8218 | Peripheral Deft. |
| Motley, Ronald L.<br>Ness, Motley, Loadholt, Richardson & Poole<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465 | (843) 216-9000 | Pltfs. Liaison Counsel |
| Kramer, Reginald S.<br>Oldham & Dowling<br>195 South Main Street<br>Suite 300<br>Akron, OH 44308 | (330) 762-7377<br>(330) 762-7390 | National Counsel |
| Repcheck, John J.<br>Marke O'Neill<br>3200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | (412) 391-6171 | Peripheral Deft. |
| Roven, John D.<br>John Roven & Associates<br>2190 North Loop West<br>Suite 410<br>Houston, TX 77018 | (713) 465-8522<br>(713) 465-3658 | FELA Pltfs. |

| Counsel | Phone<br>Fax | Description |
|---|---|---|
| Schuster, Richard D.<br>Vorys, Jasons, McGuire & Spinelli, L.L.P.<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216 | (614) 464-6438 | National Coordinating Counsel for BF Goodrich Co. |
| Spinelli, Robert N.<br>Kelley, Jasons, McGuire & Spinelli, L.L.P.<br>Centre Square West<br>19th Floor<br>Philadelphia, PA 19102 | (215) 854-0658<br>(215) 854-8434 | Defts. Liaison Counsel |
| Swickle, Robert E.<br>Jaques Admiralty Law Firm, P.C.<br>1370 Penobscot Building<br>Detroit, MI 48226 | (313) 961-1080 | National Counsel |
| Trevelise, Andrew J.<br>Reed Smith LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 | (215) 851-8250 | Defts. Liaison Counsel |
| Selman, Neil<br>Selman, Breitman & Burgess<br>11766 Wilshire Boulevard<br>Sixth Floor<br>Los Angeles, CA 90025 | | National Counsel |
| Weston, II., James K.<br>Tom Riley Law Firm<br>4040 First Avenue, N.E.<br>P.O. Box 998<br>Cedar Rapids, IA 52406 | (319) 363-4040 | National Counsel for Raymark Industries, Inc. per letter dated 4/16/97 |
| Chud, Adam.<br>Shea & Gardner<br>1800 Massachusetts Avenue, N.W.<br>Washington, DC 20036 | (202) 828-3005<br>(202) 828-2195 | JPML Service Counsel for Center for Claims Resolution |

Byron N. Miller
COUNSEL FOR DEFENDANT