JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DEC. 13, 2001

MICHAEL J. BECK
CLERK OF THE PANEL

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, MOREY L. SEAR, BRUCE M. SELYA, JULIA SMITH GIBBONS, D. LOWELL JENSEN AND J. FREDERICK MOTZ, JUDGES OF THE PANEL

## HEARING SESSION ORDER

IT IS ORDERED that on January 31, 2002, a hearing session will be held in Fort Lauderdale, Florida, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

# SCHEDULE OF MATTERS FOR HEARING SESSION
## January 31, 2002 -- Fort Lauderdale, Florida

## SECTION A
### MATTERS DESIGNATED FOR ORAL ARGUMENT

### MDL-1093 -- In re Commercial Explosives Antitrust Litigation

Opposition of plaintiffs Orville L. Hamilton, et al., to transfer of the following action to the United States District Court for the District of Utah:

#### Eastern District of Kentucky

*Orville L. Hamilton, et al. v. Atlas Powder Co., et al.*, C.A. No. 7:01-279

### MDL-1118 -- In re Recomm International Display, Inc.. Contract Litigation

Oppositions of Colonial Pacific Leasing Corporation, n/k/a Waterview Resolution Corporation, Lease Partners, Inc., Bell Atlantic TriCon Leasing Corporation, Finova Capital Corporation, GreatAmerica Leasing Corporation, Amerus Leasing, Inc., and Textron Financial Corporation to remand of the actions listed on Attachment A from the United States District Court for the Middle District of Florida to their respective transferor courts.

### MDL-1437 -- In re McDonald's Corp. Promotional Games Litigation

Motion of defendant McDonald's Corporation for centralization of the following actions in the United States District Court for the Northern District of Illinois:

#### District of Arizona

*Alison Reiter v. Simon Worldwide, Inc., et al.*, C.A. No. 2:01-1899

#### Eastern District of Arkansas

*Lee Ohaber, et al. v. McDonald's Corp.*, C.A. No. 4:01-543

#### Northern District of Florida

*Cameron McCoy, et al. v. McDonald's Corp.*, C.A. No. 4:01-431

Schedule of Matters for Hearing Session, Section A                    p. 2
Fort Lauderdale, Florida

MDL-1437 (Continued)

### Southern District of Florida

*Annette Hoyos, et al. v. McDonald's Corp., et al.*, C.A. No. 1:01-4069

### Northern District of Illinois

*Nick Popovich v. McDonald's Corp., et al.*, C.A. No. 1:01-6622

### District of New Jersey

*Maria Casagrande v. McDonald's Corp., et al.*, C.A. No. 1:01-4038

### Eastern District of Pennsylvania

*Donald R. Stone v. McDonald's Corp., et al.*, C.A. No. 2:01-5043

### Western District of Tennessee

*David Allen v. McDonald's Corp., et al.*, C.A. No. 2:01-2801

## MDL-1438 -- In re Chromated Copper Arsenate (CCA) Treated Wood Products Liability Litigation

Motion of plaintiff Jerry Jacobs for centralization of the following actions in the United States District Court for the Southern District of Florida:

### Southern District of Florida

*Jerry Jacobs v. Osmose, Inc., et al.*, C.A. No. 1:01-944

### Western District of Louisiana

*Albert Miller, et al. v. Home Depot, USA, Inc., et al.*, C.A. No. 2:01-859

MDL-1439 -- In re Farmers Insurance Exchange Claims Representatives' Overtime Pay
                Litigation

Motion, as amended, of defendants Farmers Insurance Exchange, Farmers Insurance
Company, Inc., Farmers Insurance Company of Washington, Rick M. Shriver, Rion Groves,
Susan Bithell, Marty Draper, Texas Farmers Insurance Company, Farmers Insurance Group of
Companies, and Farmers Group, Inc., for centralization of the following actions in the United
States District Court for the District of Oregon or in the United States District Court for the
District of New Mexico:

District of Colorado

*Paula Chase, et al. v. Farmers Insurance Exchange, et al.*, C.A. No. 1:01-2012

Eastern District of Michigan

*Mark Severn, et al. v. Farmers Insurance Exchange, et al.*, C.A. No. 2:01-74460

District of Minnesota

*Gary J. Milner, et al. v. Farmers Insurance Exchange, et al.*, C.A. No. 0:01-2030

District of Nevada

*Randy McLeod, et al. v. Farmers Insurance Exchange, et al.*, C.A. No. 2:01-1183

District of New Mexico

*Robert Salcido, et al. v. Farmers Insurance Exchange, et al.*, C.A. No. 1:01-1196

District of Oregon

*Robert C. Westcott, et al. v. Farmers Insurance Exchange*, C.A. No. 3:01-1105

Schedule of Matters for Hearing Session, Section A                    p. 4
Fort Lauderdale, Florida


MDL-1439 (Continued)


### Eastern District of Texas

*Robbie S. Puckett v. Farmers Insurance Exchange*, C.A. No. 5:01-259

### Southern District of Texas

*Roland Miller, Jr., et al. v. Texas Farmers Insurance Co. et al.*, C.A. No. 5:01-244

### Western District of Washington

*Robert B. Dietz, et al. v. Farmers Insurance Exchange Co., Inc.*, C.A. No. 2:01-1500
*Jennifer Petre v. Farmers Insurance Exchange, et al.*, C.A. No. 2:01-1657


## MDL-1440 -- In re Monochloroacetic Acid (MCAA) Antitrust Litigation

Motion of defendants Atofina S.A. and Atofina Chemicals, Inc., for centralization of the following actions in the United States District Court for the Middle District of Louisiana:


### District of District of Columbia

*Diamond Chemical Co., Inc. v. Akzo Nobel Chemicals BV, et al.*, C.A. No.1:01-2118

### Middle District of Louisiana

*Crompton Corp. v. Clariant Corp., et al.*, C.A. No. 3:01-84

## MDL-1441 -- In re DaimlerChrysler Corp. Jeep Grand Cherokee Transmission Products Liability Litigation

Motion of defendant DaimlerChrysler Corporation for centralization of the following actions in the United States District Court for the Eastern District of Michigan or in the United States District Court for the District of District of Columbia:

### Northern District of California

*Dan Kent, et al. v. DaimlerChrysler Corp.*, C.A. No. 3:01-3293
*Gene Kwon v. DaimlerChrysler Corp.*, C.A. No. 3:01-3589

### Southern District of Illinois

*Tracey Cooley v. DaimlerChrysler Corp.*, C.A. No. 3:01-704

## MDL-1442 -- In re General Motors Corp. Chevrolet Malibu Brake System Products Liability Litigation

Motion of defendant General Motors Corporation for centralization of the following actions in the United States District Court for the District of Massachusetts:

### District of Massachusetts

*Jeff Auerbach, et al. v. General Motors Corp.*, C.A. No. 1:01-11723

### Southern District of New York

*Chris Post v. General Motors Corp.*, C.A. No. 1:01-9410

# SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs John Todd, Clyde Bowman, et al., James C. Turner, et al., Rodney W. Schamerhorn, etc., Jimmie Dixon, et al., Lowell Abbott, Jr., et al., Pamela Oelrich, Charles E. Ward, and Cam L. Atkins, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

### District of Delaware

*John Todd v. Porter-Hayden Co., et al.*, C.A. No. 1:01-234
*Clyde Bowman, et al. v. Armstrong World Industries, Inc., et. al.*, C.A. No. 1:01-318

### Eastern District of Louisiana

*James C. Turner, et al. v. Anchor Packing Co., et al.*, C.A. No. 2:01-2767

### Western District of Louisiana

*Rodney W. Schamerhorn, etc. v. United States Dept. of Army*, C.A. No. 2:01-914

### Northern District of Mississippi

*Jimmie Dixon, et al. v. CCR, Inc., et al.*, C.A. No. 4:01-227

### Eastern District of Missouri

*Lowell Abbott, Jr., et al. v. Metropolitan Life Insurance Co., et al.*,
   C.A. No. 4:01-1299

### District of Nevada

*Pamela Oelrich v. Andco, Inc., et al.*, C.A. No. 2:01-1039

MDL-875 (Continued)

### Eastern District of Tennessee

*Charles E. Ward v. A-Best Products Co., et al.*, C.A. No. 3:01-433

### Southern District of West Virginia

*Cam L. Atkins, et al. v. A.P. Green Services, Inc., et al.*, C.A. No. 2:01-781

Motion of defendant Minnesota Mining and Manufacturing Company for transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

### Western District of Kentucky

*Marilyn E. Triplett, etc. v. Minnesota Mining & Manufacturing Co.*,
   C.A. No. 3:01-11

### MDL-1091 -- In re Metropolitan Life Insurance Co. Sales Practices Litigation

Oppositions of plaintiffs Patricia Diane Whitesides and Rickey L. Chambers to transfer of their respective following actions to the United States District Court for the Western District of Pennsylvania:

### Eastern District of Texas

*Patricia Diane Whitesides v. Metropolitan Life Insurance Co., et al.*, C.A. No.6:01-405
*Rickey L. Chambers v. Metropolitan Life Insurance Co., et al.*, C.A. No. 6:01-406

## MDL-1096 -- In re Crown Life Insurance Company Premium Litigation

Opposition of plaintiff Donald H. Mintz to transfer of the following action to the United States District Court for the Southern District of Texas:

### District of New Jersey

*Donald H. Mintz v. Crown Life Insurance Co., et al.*, C.A. No. 2:01-4652

## MDL-1098 -- In re Masonite Corp. Hardboard Siding Products Liability Litigation

Opposition of plaintiff Rose M. Boyles to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

### District of South Carolina

*Rose M. Boyles v. Masonite Corp.*, C.A. No. 9:01-3453

## MDL-1105  -- In re New England Mutual Life Insurance Company Sales Practices Litigation

Oppositions of plaintiffs Mary Dayle McCormick, et al., Patsy Blackwell, et al., Debra J. Andrews, et al., and John F. Peters, et al., to transfer of the following actions to the United States District Court for the District of Massachusetts:

### Southern District of Mississippi

*Mary Dayle McCormick, et al. v. Metropolitan Life Insurance Co., et al.*,
  C.A. No. 2:00-325
*Patsy Blackwell, et al. v. Metropolitan Life Insurance Co., et al.*, C.A. No. 3:01-523
*Debra J. Andrews, et al. v. Metropolitan Life Insurance Co., et al.*, C.A. No. 3:01-689
*John F. Peters, et al. v. Metropolitan Life Insurance Co., et al.*, C.A. No. 5:00-321

Schedule of Matters for Hearing Session, Section B                    p. 9
Fort Lauderdale, Florida

## MDL-1132 -- In re Exterior Insulation Finish System (EIFS) Products Liability Litigation

Oppositions of third party defendants Paul L. Kess, Inc., and Innovative Homes and Design, Inc., to transfer of the following action to the United States District Court for the Eastern District of North Carolina:

### District of Nebraska

*Michael G. Wagner, et al. v. Dryvit Systems, Inc.*, C.A. No. 4:00-3072

## MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

### Northern District of Alabama

*William F. Neil, Jr. v. American Home Products Corp., et al.*, C.A. No. 2:01-2316

### Middle District of Florida

*Anna Marie Delorme v. American Home Products Corp., et al.*, C.A. No. 8:01-1587
*Darrell Hutter v. American Home Products Corp., et al.*, C.A. No. 8:01-1588
*Merrial Hudson v. American Home Products Corp., et al.*, C.A. No. 8:01-1589
*Cynthia Wines, et al. v. American Home Products Corp., et al.*, C.A. No. 8:01-1591
*Ted Mallen v. American Home Products Corp., et al.*, C.A. No. 8:01-1592
*Ruth Banks v. American Home Products Corp., et al.*, C.A. No. 8:01-1593
*Karen Oxendine v. American Home Products Corp., et al.*, C.A. No. 8:01-1594
*Marie Salley, et al. v. American Home Products Corp., et al.*, C.A. No. 8:01-1595
*Ann Mullen, et al. v. American Home Products Corp., et al.*, C.A. No. 8:01-1596
*Rose Franklin v. American Home Products Corp., et al.*, C.A. No. 8:01-1597
*Jerry Peterson v. American Home Products Corp., et al.*, C.A. No. 8:01-1598
*Rose Hutter v. American Home Products Corp., et al.*, C.A. No. 8:01-1599

MDL-1203 (Continued)

Middle District of Florida (Continued)

Anita Burnett, et al. v. American Home Products Corp., et al., C.A. No. 8:01-1603
William Parsons, et al. v. American Home Products Corp., et al., C.A. No. 8:01-1604
Carolyn Wilfong v. American Home Products Corp., et al., C.A. No. 8:01-1605
Kim White, et al. v. American Home Products Corp., et al., C.A. No. 8:01-1606
Mary Williams v. American Home Products Corp., et al., C.A. No. 8:01-1607
Denise Lowden, et al. v. American Home Products Corp., et al., C.A. No. 8:01-1608
Keith Mathias, et al. v. American Home Products Corp., et al., C.A. No. 8:01-1609
Pamela Desmond, et al. v. American Home Products Corp., et al., C.A. No. 8:01-1610
Rosemary Harasym, et al. v. American Home Products Corp., et al., C.A. No. 8:01-1611
Sharon Martinez v. American Home Products Corp., et al., C.A. No. 8:01-1612
Carolyn Thronson, et al. v. American Home Products Corp., et al.,
    C.A. No. 8:01-1613
Annette Teig, et al. v. American Home Products Corp., et al., C.A. No. 8:01-1614
Gayle Petterson v. American Home Products Corp., et al., C.A. No. 8:01-1615
Wandra Minter v. American Home Products Corp., et al., C.A. No. 8:01-1616
Junia Schlangen, et al. v. American Home Products Corp., et al., C.A. No. 8:01-1618
Barbara Castleman, et al. v. American Home Products Corp., et al., C.A. No. 8:01-1619
Barbara Leblanc, et al. v. American Home Products Corp., et al., C.A. No. 8:01-1620
Helen Spencer, et al. v. American Home Products Corp., et al., C.A. No. 8:01-1622
Zola Hunt v. American Home Products Corp., et al., C.A. No. 8:01-1623
Judy Ivan v. American Home Products Corp., et al., C.A. No. 8:01-1624
Jill Sedlar, et al. v. American Home Products Corp., et al., C.A. No. 8:01-1625
William Hughes, et al. v. American Home Products Corp., et al., C.A. No. 8:01-1626
Annie Nunnery v. American Home Products Corp., et al., C.A. No. 8:01-1627
Marianne Rasmussen, et al. v. American Home Products Corp., et al.,
    C.A. No. 8:01-1628
Marie McDonald v. American Home Products Corp., et al., C.A. No. 8:01-1629
Fred Gilman, et al. v. American Home Products Corp., et al., C.A. No. 8:01-1630
Craig Edling, et al. v. American Home Products Corp., et al., C.A. No. 8:01-1631
Freda Mathena, et al. v. American Home Products Corp., et al., C.A. No. 8:01-1632
Susan Reynolds, et al. v. American Home Products Corp., et al., C.A. No. 8:01-1633
Lucille Godtland, et al. v. American Home Products Corp., et al., C.A. No. 8:01-1634
Cathy Sockol, et al. v. American Home Products Corp., et al., C.A. No. 8:01-1635

Schedule of Matters for Hearing Session, Section B                          p. 11
Fort Lauderdale, Florida


MDL-1203 (Continued)


### Middle District of Florida (Continued)

*Dorothy Watson, et al. v. American Home Products Corp.*, C.A. No. 8:01-1673
*Linda C. Smith, et al. v. American Home Products Corp.*, C.A. No. 8:01-1674
*Hazel Settles, et al. v. American Home Products Corp.*, C.A. No. 8:01-1675
*Betty West, et al. v. American Home Products Corp.*, C.A. No. 8:01-1676
*Brenda Peach, et al. v. American Home Products Corp.*, C.A. No. 8:01-1677
*Wendell Morris, et al. v. American Home Products Corp.*, C.A. No. 8:01-1678
*Pam Tanner v. American Home Products Corp.*, C.A. No. 8:01-1679
*Gail Paulk v. American Home Products Corp.*, C.A. No. 8:01-1680
*Carol Hannah v. American Home Products Corp.*, C.A. No. 8:01-1681
*Wanda Runner, et al. v. American Home Products Corp.*, C.A. No. 8:01-1682
*Theresa Nissen v. American Home Products Corp.*, C.A. No. 8:01-1683
*Connie Fisher, et al. v. American Home Products Corp.*, C.A. No. 8:01-1684
*Saundria Duvall v. American Home Products Corp.*, C.A. No. 8:01-1685
*Brenda Catlett, et al. v. American Home Products Corp.*, C.A. No. 8:01-1686
*Shirley Brauner v. American Home Products Corp.*, C.A. No. 8:01-1687
*Meta Binion, et al. v. American Home Products Corp.*, C.A. No. 8:01-1688
*Pamela Abby, et al. v. American Home Products Corp.*, C.A. No. 8:01-1689
*Doris McMahan v. American Home Products Corp.*, C.A. No. 8:01-1690
*Cynthia Hounshell v. American Home Products Corp.*, C.A. No. 8:01-1691
*Mattie Marie Hinkle v. American Home Products Corp.*, C.A. No. 8:01-1692
*Mary Beth Hivick, et al. v. American Home Products Corp.*, C.A. No. 8:01-1693
*Georgia Kelly v. American Home Products Corp.*, C.A. No. 8:01-1694
*Dorothy Jones, et al. v. American Home Products Corp.*, C.A. No. 8:01-1695
*Phyllis McGuffin, et al. v. American Home Products Corp.*, C.A. No. 8:01-1696
*Leslie Wintner v. American Home Products Corp., et al.*, C.A. No. 8:01-1702
*Patricia Cooney, et al. v. American Home Products Corp., et al.*, C.A. No. 8:01-1703
*Janet Lockhart v. American Home Products Corp., et al.*, C.A. No. 8:01-1704
*Jack Shepherd, et al. v. American Home Products Corp., et al.*, C.A. No. 8:01-1705
*Roland Warfield v. American Home Products Corp., et al.*, C.A. No. 8:01-1724

### Southern District of Mississippi

*Duwanda Robbins, et al. v. Wyeth-Ayerst Pharmaceuticals, Inc., et al.*,
    C.A. No. 4:01-281
*Linda Harmon, et al. v. Wyeth-Ayerst Pharmaceuticals, Inc., et al.*, C.A. No. 4:01-282

Schedule of Matters for Hearing Session, Section B                           p. 12
Fort Lauderdale, Florida

## MDL-1334 -- In re Managed Care Litigation

Oppositions of plaintiff Dr. Richard P. Bartlett and defendants Oxford Health Plans, Inc., and Oxford Health Plans of Connecticut, Inc., to transfer of their respective following action to the United States District Court for the Southern District of Florida:

### District of Connecticut

*Jit C. Patel, et al. v. Oxford Health Plans of Connecticut, Inc., et al.,*
C.A. No. 3:00-2444

### Western District of Texas

*Dr. Richard P. Bartlett v. Provider Networks of America, Inc.,* C.A. No. 7:01-65

## MDL-1348 -- In re Rezulin Products Liability Litigation

Oppositions of plaintiffs and defendant Russell County Medical Center to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### District of Alaska

*Rosemary Alto v. Parke-Davis, et al.,* C.A. No. 3:01-278
*Pauline Bates v. Safeway, Inc., et al.,* C.A. No. 3:01-279

### Eastern District of Kentucky

*Henry Baker v. Parke-Davis, et al.,* C.A. No. 6:01-323

### Western District of Louisiana

*Mary Hawkins v. Warner-Lambert Co., et al.,* C.A. No. 6:01-1648
*Calvin Collins v. Warner-Lambert Co., et al.,* C.A. No. 6:01-1649
*Jacqueline Bourda v. Warner-Lambert Co., et al.,* C.A. No. 6:01-1653
*Debra Charles v. Warner-Lambert Co., et al.,* C.A. No. 6:01-1654

MDL-1348 (Continued)

### Western District of Louisiana (Continued)

*Maria Jack v. Warner-Lambert Co., et al.*, C.A. No. 6:01-1655
*Shirley Williams v. Warner-Lambert Co., et al.*, C.A. No. 6:01-1656
*Annie Brown v. Warner-Lambert Co., et al.*, C.A. No. 6:01-1657
*John Collins, Jr. v. Warner-Lambert Co., et al.*, C.A. No. 6:01-1658
*Betty Alexander v. Warner-Lambert Co., et al.*, C.A. No. 6:01-1659

### District of Maryland

*Jose Lopez, Jr. etc. v. Warner-Lambert Co.*, C.A. No. 1:01-2661

### Northern District of Mississippi

*Quinnie Mae Denton, etc. v. Pfizer, Inc., et al.*, C.A. No. 4:01-254
*Melissa Marshall, et al. v. Pfizer, Inc., et al.*, C.A. No. 4:01-255

### Southern District of Mississippi

*Mattie Cooley, et al. v. Warner-Lambert Co., et al.*, C.A. No. 2:01-261
*Sarah H. Boykin v. Warner-Lambert Co., et al.*, C.A. No. 3:01-796

### Southern District of Ohio

*Priscilla J. Henson, et al. v. Warner-Lambert Co., et al.*, C.A. No. 2:01-920

### Eastern District of Texas

*Marcella Askew, et al. v. Warner-Lambert Co., et al.*, C.A. No. 1:01-688
*Esly Alvarado-Umanzor, et al. v. Warner-Lambert Co., et al.*, C.A. No. 1:01-689
*Lillie Barnes, et al. v. Warner-Lambert Co., et al.*, C.A. No. 1:01-690
*Jerry Albright, et al. v. Warner-Lambert Co., et al.*, C.A. No. 1:01-691

### Northern District of Texas

*Johnny Adams, etc. v. Warner-Lambert Co.*, C.A. No. 3:01-1980

Schedule of Matters for Hearing Session, Section B                    p. 14
Fort Lauderdale, Florida


MDL-1348 (Continued)


### Southern District of Texas

*David Abudei, et al. v. Warner-Lambert Co., et al.*, C.A. No. 3:01-604
*Rex Ann Simmons, etc. v. Parke-Davis, et al.*, C.A. No. 4:01-2832

### Western District of Virginia

*Mary Shreve, et al. v. Parke-Davis, et al.*, C.A. No. 1:01-82


## MDL-1373 -- In re Bridgestone/Firestone, Inc., Tires Products Liability Litigation

Oppositions of plaintiffs Rita O'Brien, et al., Mary Anne Griffiths, etc., Darlene Kozac, et al., Lila Reinales Serra, etc., Thomas Adams, et al., and Brenda Mayo, et al., and defendant State Farm Mutual Automobile Insurance Company to transfer of their respective following actions to the United States District Court for the Southern District of Indiana:


### Southern District of Alabama

*Rita O'Brien, et al. v. Ford Motor Co., et al.*, C.A. No. 1:01-708

### District of Connecticut

*Mary Anne Griffiths, etc. v. Ford Motor Co., et al.*, C.A. No. 3:01-1817

### Southern District of Florida

*Darlene Kozac, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 0:01-7406
*Lila Reinales Serra, etc. v. Bridgestone/Firestone, Inc., et al.*, C.A. No.1:01-3581
*Loree Feiler, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 1:01-3744

### Eastern District of Louisiana

*Thomas Adams, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 2:01-3002

Schedule of Matters for Hearing Session, Section B
Fort Lauderdale, Florida

p. 15

MDL-1373 (Continued)


### Southern District of Mississippi

*Brenda Mayo, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 3:01-644


### MDL-1382 -- In re Unitrin, Inc., Industrial Life Insurance Litigation

Oppositions of plaintiffs Shirley Cork, Maggie Baggett, et al., and Virginia Durham, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:


### Northern District of Mississippi

*Shirley Cork v. Unitrin, Inc., et al.*, C.A. No. 4:01-200
*Maggie Baggett, et al. v. United Insurance Co. of America, et al.*, C.A. No. 4:01-239

### Southern District of Mississippi

*Virginia Durham, et al. v. United Insurance Co. of America, et al.*, C.A. No. 3:01-698


### MDL-1390 -- In re Life Insurance Co. of Georgia Industrial Life Insurance Litigation

Opposition of plaintiffs Gertrude Garvis, et al., to transfer of the following action to the United States District Court for the Eastern District of Louisiana:


### Northern District of Mississippi

*Gertrude Garvis, et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 4:01-244

## MDL-1401 -- In re Sulzer Orthopedics Inc. Hip Prosthesis and Knee Prosthesis Products Liability Litigation

Oppositions of plaintiffs Gloria McCarthy, Alvin R. Haveson, and Holly B. Donaldson to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:

### District of Arizona

*Gloria McCarthy v. Sulzer Medica Ltd., et al.*, C.A. No. 4:01-429

### Central District of California

*Alvin R. Haveson v. Sulzer Medica USA, Inc., et al.*, C.A. No. 2:01-7633
*Holly B. Donaldson v. Sulzer Medica USA, Inc., et al.*, C.A. No. 2:01-7634

## MDL-1403 -- In re StarLink Corn Products Liability Litigation

Opposition of plaintiff AgriFarm Industries, LLC, to transfer of the following action to the United States District Court for the Northern District of Illinois:

### Northern District of Texas

*AgriFarm Industries, LLC v. Aventis CropScience USA Holding, Inc., et al.*, C.A. No. 2:01-325

## MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Western District of Washington:

### Northern District of Alabama

*Kenneth Bevis, et al. v. Glaxosmithkline Corp., et al.*, C.A. No. 3:01-1294
*Phillip Wiggins, et al. v. American Home Products Corp., et al.*, C.A. No. 3:01-2303

Schedule of Matters for Hearing Session, Section B                    p. 17
Fort Lauderdale, Florida


MDL-1407 (Continued)


#### District of Arizona

*Melissa Ann Kobar, etc. v. Novartis Corp., et al.*, C.A. No. 2:01-156

#### Southern District of Mississippi

*Dorothy U. Newell, et al. v. American Home Products Corp., et al.*, C.A. No. 2:01-198
*Gregory L. Davis, et al. v. American Home Products Corp., et al.*, C.A. No. 2:01-212
*Edna M. Barnett, et al. v. American Home Products Corp., et al.*, C.A. No. 4:01-169
*Bobby Robinson v. Bayer Corp., et al.*, C.A. No. 5:01-263
*Bridgette Pollard, etc. v. Bayer Corp., et al.*, C.A. No. 5:01-264
*Marjorie M. McQuirter v. Chattem, Inc., et al.*, C.A. No. 5:01-266


Oppositions of defendants Metabolife International, Inc., and Chemins Company, Inc., to transfer of the following action to the United States District Court for the Western District of Washington:


#### Southern District of Alabama

*Joy Laster, etc. v. Metabolife, Inc., et al.*, C.A. No. 1:01-335

## ATTACHMENT A TO JANUARY HEARING SESSION
## MDL-1118
## IN RE RECOMM INTERNATIONAL DISPLAY, INC., CONTRACT LITIGATION

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
| FLM | 8 | 96-2138 ALM | 2 | | 96-781 | Watson Animal Clinic v. Copelco Capital Inc., et al. |
| FLM | 8 | 97-1282 ALN | 2 | | 97-234 | AmerUs Leasing, Inc. v. Marbourg |
| FLM | 8 | 96-2139 ALN | 7 | | 96-1078 | Carrollton Prescription Shop v. Finova Capital, et al. |
| FLM | 8 | 96-2032 ALN | 8 | Adv | 96-80084 | Moultrie v. Recomm Int'l Display, Ltd., et al. |
| FLM | 8 | 96-2301 ALN | 8 | Adv | 96-80110 | Finova Capital Corp. v. Valley Drug, Inc., et al. |
| FLM | 8 | 96-2302 ALN | 8 | Adv | 96-80111 | B.C.&F., Inc. v. Finova Capital Corp., et al. |
| FLM | 8 | 96-2303 ALN | 8 | Adv | 96-80112 | L. Edward Davis, Jr. v. Finova Capital Corp., et al. |
| FLM | 8 | 96-2140 ALS | 1 | | 96-552 | Mac's Drugs, Inc. v. Copelco Capital, Inc. |
| FLM | 8 | 96-2590 ALS | 1 | | 96-1080 | Mark Wise v. Textron Financial Corp. |
| FLM | 8 | 96-2141 ARE | 3 | | 96-76 | James G. Crone, et al. v. Recomm Operations, Inc., et al. |
| FLM | 8 | 96-2142 ARE | 3 | | 96-158 | Kelly Graham, et al. v. Bank of Mississippi, et al. |
| FLM | 8 | 97-212 CAC | 2 | | 96-3109 | Finova Capital Corp. v. Century Pharmacy, et al. |
| FLM | 8 | 96-2143 CAC | 2 | | 96-3115 | Finova Capital Corp. v. Loe Enterprises, Inc., et al. |
| FLM | 8 | 96-2144 CAC | 2 | | 96-3116 | Finova Capital Corp. v. West Hollywood Pharmacy, et al. |
| FLM | 8 | 96-2145 CAC | 2 | | 96-3117 | Copelco Credit Corp. v. Rox San Pharmacy |
| FLM | 8 | 96-2146 CAC | 2 | | 96-4220 | Super Care, Inc. v. Colonial Pacific Leasing, et al. |
| FLM | 8 | 96-2147 CAC | 2 | | 96-4335 | Super Care, Inc. v. Colonial Pacific Leasing, et al. |
| FLM | 8 | 97-13 CAC | 2 | | 96-6037 | Amerus Leasing, Inc. v. Joseph D'Angelo, et al. |
| FLM | 8 | 97-355 CAC | 2 | | 96-9093 | Nations Credit v. Beebe-Shilton Corp., et al. |
| FLM | 8 | 97-356 CT | 3 | | 97-29 | Amerus Leasing, Inc. v. Alan G. Ford, et al. |
| FLM | 8 | 96-2380 FLS | 0 | | 96-7154 | Fellerdom Pharmacy v. Recomm International Display Corp |
| FLM | 8 | 97-1055 FLS | 1 | | 97-428 | Steve Sheldon, et al. v. Recomm Operations, Inc., et al. |
| FLM | 8 | 96-2148 GAM | 4 | Adv | 96-402 | Finova Capital Corp. v. Roy A. Carroll, D.V.M. |
| FLM | 8 | 96-2363 HI | 1 | | 96-406 | Finova Capital Corp. v. Honolulu Pet Clinic, et al. |
| FLM | 8 | 97-409 IAN | 1 | | 97-9 | Greatamerica Leasing Corp. v. Allard's Bell, et al. |
| FLM | 8 | 97-410 IAN | 1. | | 97-10 | Greatamerica Leasing Corp. v. George C. Punches, et al. |
| FLM | 8 | 97-411 IAN | 1 | | 97-11 | Greatamerica Leasing Corp. v. Your Druggist, Inc. |
| FLM | 8 | 97-412 IAN | 1 | | 97-12 | Greatamerica Leasing Corp. v. William C. Ballard |
| FLM | 8 | 97-413 IAN | 1 | | 97-13 | Greatamerica Leasing Corp. v. Gasaway Pharmacy, Inc. |
| FLM | 8 | 97-414 IAN | 1 | | 97-14 | Greatamerica Leasing Corp. v. Jaffe Drug Stores, Inc. |
| FLM | 8 | 97-415 IAN | 1 | | 97-15 | Greatamerica Leasing Corp. v. Alton Kanak |
| FLM | 8 | 97-416 IAN | 1 | | 97-16 | Greatamerica Leasing Corp. v. Jack A. Linder, et al. |
| FLM | 8 | 97-417 IAN | 1 | | 97-17 | Greatamerica Leasing Corp. v. Mid Ozark Animal, et al. |
| FLM | 8 | 97-1616 IAN | 1 | | 97-91 | GreatAmerica Leasing Corp. v. SGJ&P, Inc., et al. |
| FLM | 8 | 96-2381 IAS | 4 | | 96-70502 | Amerus Leasing, Inc. v. Hylton & Hylton, et al. |
| FLM | 8 | 96-2040 INN | 2 | | 96-56 | John R. DeVries, Inc. v. Recomm Int'l Display, et al. |
| FLM | 8 | 97-213 KS | 2 | | 96-2375 | Blue Valley Animal Hospital v. Colonial Pacific, et al. |
| FLM | 8 | 96-2150 LAE | 2 | | 96-1113 | First Natl Bank St. Mary Parish v. Faust Vet., et al. |
| FLM | 8 | 96-2591 LAE | 2 | | 96-3713 | Amerus Leasing, Inc. v. Michel's Pharmacy, Inc., et al. |
| FLM | 8 | 96-2154 LAW | 6 | | 96-940 | Sidney Dupois v. Finova Capital Corp., et al. |
| FLM | 8 | 97-214 LAW | 6 | | 96-1495 | Whitney National Bank v. W. Paul Bockewitz |
| FLM | 8 | 97-215 LAW | 6 | | 96-1496 | Whitney National Bank v. Ashok K. Gupta |
| FLM | 8 | 97-216 LAW | 6 | | 96-1572 | Whitney National Bank v. Union Avenue Pharmacy, et al. |
| FLM | 8 | 97-217 LAW | 6 | | 96-1573 | Whitney National Bank v. Southern Illinois Medicap, Inc |
| FLM | 8 | 97-219 LAW | 6 | | 96-1614 | Whitney National Bank v. Bratlands Prescrip. Shop, et al. |
| FLM | 8 | 97-220 LAW | 6 | | 96-1618 | Whitney National Bank v. Cherry Hill Pharmacy, et al. |
| FLM | 8 | 97-221 LAW | 6 | | 96-1619 | Whitney National Bank v. Alfors Apothecary, Inc., et al. |
| FLM | 8 | 97-222 LAW | 6 | | 96-1620 | First Natl. Bank-St. Mary v. Roger Prof. Pharm., et al. |
| FLM | 8 | 97-225 LAW | 6 | | 96-1623 | Whitney National Bank v. Robert T. Shaw |
| FLM | 8 | 97-226 LAW | 6 | | 96-1631 | Whitney National Bank v. W. Richard Wilborn, et al. |
| FLM | 8 | 97-227 LAW | 6 | | 96-1632 | Whitney National Bank v. Ed Potts |
| FLM | 8 | 97-228 LAW | 6 | | 96-1684 | Whitney National Bank v. Donohoo Pharmacy, Inc., et al. |
| FLM | 8 | 97-229 LAW | 6 | | 96-1925 | Whitney National Bank v. Trenton Pharmacy, Inc., et al. |
| FLM | 8 | 97-230 LAW | 6 | | 96-2066 | Whitney National Bank v. Cramar, Inc., et al. |
| FLM | 8 | 97-232 LAW | 6 | | 96-2120 | Whitney National Bank v. Eldon R. Hall |
| FLM | 8 | 97-233 LAW | 6 | | 96-2165 | Whitney National Bank v. Underriner Pharmacy, et al. |
| FLM | 8 | 96-2382 LAW | 6 | | 96-2242 | Whitney National Bank v. Value Village, Inc., et al. |
| FLM | 8 | 96-2383 LAW | 6 | | 96-2315 | Whitney National Bank v. B&L Pharmacy, Inc., et al. |
| FLM | 8 | 97-16 MA | 1 | | 96-12250 | Amerus Leasing, Inc. v. Nabeel Khudairi, O.D. |
| FLM | 8 | 97-2330 MA | 1 | | 97-10118 | Amerus Leasing, Inc. v. Richard M. Danubio |
| FLM | 8 | 96-2155 MA | 4 | Adv | 96-4202 | Finova Capital Corp. v. Serio Brother, Inc., et al. |

MDL-1118 Attachment A (Continued)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FLM | 8 | 97-17 | MD | 1 | Adv | 96-5493 | Copelco Capital Corp. v. Park Oak Pharmacy, et al. |
| FLM | 8 | 96-2304 | MIW | 1 | | 96-357 | Richard C. Annis, III v. Colonial Pacific Leasing Corp. |
| FLM | 8 | 96-2156 | MOE | 1 | | 96-151 | Twin City Pharmacy v. Recomm International, et al. |
| FLM | 8 | 96-2157 | MOE | 4 | | 96-863 | Veterinary Associates v. Recomm International, et al. |
| FLM | 8 | 96-2158 | MOE | 4 | Adv | 96-4123 | Veterinary Associates v. Recomm International, et al. |
| FLM | 8 | 96-2159 | MOE | 4 | Adv | 96-4162 | Medley Pharmacy, Inc. v. Recomm International, et al. |
| FLM | 8 | 96-2042 | MOE | 4 | Adv | 96-4163 | Hometown Pharmacy, Inc. v. Finova Capital Corp., et al. |
| FLM | 8 | 96-2160 | MOW | 4 | Adv | 96-4054 | Drug Depot, Inc. v. Recomm Operations, Inc., et al. |
| FLM | 8 | 96-2041 | MSS | 3 | | 96-218 | Glenn Allen Adair, et al. v. Amerus Leasing, Inc., et al. |
| FLM | 8 | 96-2044 | MT | 9 | | 96-43 | Patrick Kane v. Recomm Int'l Display, Ltd., et al. |
| FLM | 8 | 96-2161 | MT | 9 | | 96-53 | Michael Larson, et al. v. Recomm International Display, Ltd., et al. |
| FLM | 8 | 96-2162 | MT | 9 | | 96-72 | Robert Sperry, et al. v. Recomm International Display, et al. |
| FLM | 8 | 96-2163 | MT | 9 | | 96-78 | Curtis Schwaderer v. Recomm International Display Corp., et al |
| FLM | 8 | 97-18 | NCW | 3 | Adv | 96-3389 | Springs Leasing Corp. v. Gremar, Inc., et al. |
| FLM | 8 | 96-2045 | NJ | 2 | Adv | 96-2180 | ACY Corp. v. Recomm Int'l Display, Ltd., et al. |
| FLM | 8 | 96-2164 | NJ | 2 | Adv | 96-2425 | In-Sight Optics, Inc. v. Colonial Pacific Leasing Corp. |
| FLM | 8 | 96-2520 | NJ | 2 | Adv | 96-2637 | Amerus Leasing, Inc. v. E&M Pharmacies, Inc. |
| FLM | 8 | 97-548 | NM | 1 | | 96-1643 | Nations Financial Credit Corp. v. Fidel Tabet |
| FLM | 8 | 96-2385 | NYE | 1 | | 96-4678 | Republic Leasing Co., Inc. v. Richmond Pharmacy, et al. |
| FLM | 8 | 97-360 | NYN | 1 | | 96-2007 | Nations Financial Capital v. Peru Pharmacy, et al. |
| FLM | 8 | 97-418 | NYN | 1 | | 97-55 | Nations Financial Capital v. Pleasant Valley, et al. |
| FLM | 8 | 96-2046 | NYW | 1 | | 96-1099 | Kenneth R. Nimon v. Gowanda Pharmacy, Inc., et al. |
| FLM | 8 | 96-2047 | OKW | 5 | Adv | 96-1100 | Ken Hawkins, et al. v. Recomm International Display Ltd., et al. |
| FLM | 8 | 96-2048 | OKW | 5 | Adv | 96-1128 | Max E. Rust, D.V.M., et al. v. Colonial Pacific Leasing, et al. |
| FLM | 8 | 96-2050 | PAE | 2 | | 96-320 | WEG, Inc. v. Recomm Operations, Inc., et al. |
| FLM | 8 | 96-2305 | PAE | 2 | | 96-6388 | Amerus Leasing, Inc. v. A.H. Martin Drugs, Inc., et al. |
| FLM | 8 | 96-2165 | PAW | 2 | | 96-722 | Linda Stiller, et al. v. Recomm International Display, Ltd., et al. |
| FLM | 8 | 96-2306 | SC | 3 | | 96-670 | L.H. Ahrens v. Recomm International Display Corp., et al. |
| FLM | 8 | 96-2166 | SC | 3 | | 96-1282 | Republic Leasing Co. v. Edmundson Drug Co., et al. |
| FLM | 8 | 96-2167 | SC | 3 | | 96-1388 | Republic Leasing Co., Inc. v. D.F. Deily |
| FLM | 8 | 96-2051 | SD | 4 | | 96-4065 | Lewis Drugs v. Longwater Funding Resources, et al. |
| FLM | 8 | 97-1056 | TNE | 1 | | 97-73 | Amerus Leasing v. Pediatric Center of Cleveland, et al. |
| FLM | 8 | 97-1617 | TNM | 3 | Adv | 96-2002 | Charles A. Rice. O.D. v. First Federal Leasing |
| FLM | 8 | 97-1618 | TNM | 3 | Adv | 96-2003 | William Logan McCord, O.D. v. First Federal Leasing |
| FLM | 8 | 97-235 | TNW | 2 | Adv | 96-8009 | United American Bank of Memphis v. Duvall Drugs, et al. |
| FLM | 8 | 97-236 | TNW | 2 | Adv | 96-8010 | United American Bank of Memphis v. Holt's, et al. |
| FLM | 8 | 97-237 | TNW | 2 | Adv | 96-8011 | United American Bank of Memphis v. Jack W., et al. |
| FLM | 8 | 97-238 | TNW | 2 | Adv | 96-8012 | United American Bank of Memphis v. Waterproof, et al. |
| FLM | 8 | 97-239 | TNW | 2 | Adv | 96-8013 | United American Bank of Memphis v. Service Drug, et al. |
| FLM | 8 | 97-240 | TNW | 2 | Adv | 96-8014 | United American Bank of Memphis v. Steve Miller, et al. |
| FLM | 8 | 97-241 | TNW | 2 | Adv | 96-8015 | United American Bank of Memphis v. Standard Drug Co. of Troy |
| FLM | 8 | 97-815 | TNW | 2 | | 96-8016 | United American Bank of Memphis v. Osborne Animal Clinic, et al. |
| FLM | 8 | 97-816 | TNW | 2 | | 96-8017 | United American Bank of Memphis v. Whitesburg Animal Hosp., et al. |
| FLM | 8 | 97-242 | TNW | 2 | Adv | 96-8018 | United American Bank of Memphis v. Alfors, et al. |
| FLM | 8 | 97-243 | TNW | 2 | Adv | 96-8019 | United American Bank of Memphis v. Burns Drug, et al. |
| FLM | 8 | 97-244 | TNW | 2 | Adv | 96-8020 | United American Bank of Memphis v. C.D.S. #10, et al. |
| FLM | 8 | 97-245 | TNW | 2 | Adv | 96-8021 | United American Bank of Memphis v. Kilgore, et al. |
| FLM | 8 | 97-246 | TNW | 2 | Adv | 96-8022 | United American Bank of Memphis v. M. Rogers, et al. |
| FLM | 8 | 97-247 | TNW | 2 | Adv | 96-8023 | United American Bank of Memphis v. Larry Routt, et al. |
| FLM | 8 | 97-248 | TNW | 2 | Adv | 96-8024 | United American Bank of Memphis v. Tyson Drugs, Inc., et al. |
| FLM | 8 | 97-249 | TNW | 2 | Adv | 96-8025 | United American Bank of Memphis v. North Fork, et al. |
| FLM | 8 | 97-250 | TNW | 2 | Adv | 96-8026 | United American Bank of Memphis v. Pharmacy, et al. |
| FLM | 8 | 97-251 | TNW | 2 | Adv | 96-8027 | United American Bank of Memphis v. Saverite, et al. |
| FLM | 8 | 97-252 | TNW | 2 | Adv | 96-8028 | United American Bank of Memphis v. Anderson, et al. |
| FLM | 8 | 97-253 | TNW | 2 | Adv | 96-8029 | United American Bank of Memphis v. Meramec, et al. |
| FLM | 8 | 97-254 | TNW | 2 | Adv | 96-8030 | United American Bank of Memphis v. Halman, Inc., et al. |
| FLM | 8 | 97-255 | TNW | 2 | Adv | 96-8031 | United American Bank of Memphis v. Wilmot, et al. |
| FLM | 8 | 97-256 | TNW | 2 | Adv | 96-8032 | United American Bank of Memphis v. Town, et al. |
| FLM | 8 | 97-257 | TNW | 2 | Adv | 96-8033 | United American Bank of Memphis v. Emerson's, et al. |
| FLM | 8 | 97-258 | TNW | 2 | Adv | 96-8034 | United American Bank of Memphis v. DBM, et al. |
| FLM | 8 | 97-259 | TNW | 2 | Adv | 96-8035 | United American Bank of Memphis v. Aumack's, et al. |
| FLM | 8 | 97-260 | TNW | 2 | Adv | 96-8036 | United American Bank of Memphis v. Patterson, et al. |
| FLM | 8 | 97-261 | TNW | 2 | Adv | 96-8037 | United American Bank of Memphis v. B&L Pharmacy, et al. |
| FLM | 8 | 97-262 | TNW | 2 | Adv | 96-8038 | United American Bank of Memphis v. Collie Drugs Pharm., et al |
| FLM | 8 | 97-263 | TNW | 2 | Adv | 96-8040 | United American Bank of Memphis v. Vidor, et al. |
| FLM | 8 | 97-731 | TNW | 2 | Adv | 96-8043 | United American Bank of Memphis v. Stephens Drug, Inc., et al. |
| FLM | 8 | 97-732 | TNW | 2 | Adv | 96-8044 | United American Bank of Memphis v. Highland Heights, et al. |
| FLM | 8 | 97-733 | TNW | 2 | Adv | 96-8045 | United American Bank of Memphis v. Blandford Pharmacy, et al. |
| FLM | 8 | 97-734 | TNW | 2 | Adv | 96-8046 | United American Bank of Memphis v. Boelling Pharmacy, et al. |

MDL-1118 Attachment A (Continued)

| | | | | | | |
|---|---|---|---|---|---|---|
| FLM | 8 | 97-817 | TNW | 2 | | 96-8039 | United American Bank of Memphis v. Lyon Drug Co. Maunellel, et al.
| FLM | 8 | 97-818 | TNW | 2 | | 96-8041 | United American Bank of Memphis v. Thomas G. Brelage, et al.
| FLM | 8 | 97-819 | TNW | 2 | | 96-8048 | United American Bank of Memphis v. Allen's Drug Store
| FLM | 8 | 97-820 | TNW | 2 | | 97-8002 | United American Bank of Memphis v. Hedges Prescription, et al.
| FLM | 8 | 98-1746 | TXE | 4 | Adv | 98-4075 | Dr. Glenn Davis v. Colonial Pacific Leasing Corp.
| FLM | 8 | 96-2168 | TXN | 2 | | 96-80 | Mahnken Pharmacy, Inc. v. Recomm International et al.
| FLM | 8 | 96-2052 | TXN | 2 | | 96-102 | Mahnken Pharmacy v. Recomm Int'l Display, Ltd., et al.
| FLM | 8 | 97-264 | TXN | 2 | | 96-132 | David Riddlespurger v. Textron Financial Corp.
| FLM | 8 | 97-265 | TXN | 2 | | 96-245 | Cled T. Click v. Colonial Pacific Leasing Corp., et al.
| FLM | 8 | 96-2307 | TXN | 2 | | 96-336 | Area Eye Center, P.C. v. Colonial Pacific, et al.
| FLM | 8 | 97-19 | TXN | 3 | | 96-3052 | Copelco Capital, Inc. v. Steve Pirkey
| FLM | 8 | 97-127 | TXN | 4 | | 96-887 | Amerus Leasing v. Park Row Animal Hospital, et al.
| FLM | 8 | 97-266 | TXS | 2 | | 96-119 | Pat L. Hubert v. Recomm International Display, Ltd., et al.
| FLM | 8 | 96-2169 | TXS | 4 | | 96-1506 | Amerus Leasing, Inc. v. Dr. Albert D. Love, et al.
| FLM | 8 | 96-2308 | TXS | 4 | | 96-2080 | Amerus Leasing, Inc. v. Dorsey C. Blair, et al.
| FLM | 8 | 96-2053 | TXS | 4 | Adv | 96-4190 | Lake Olympia Animal v. Recomm International, et al.
| FLM | 8 | 96-2309 | TXS | 4 | Adv | 96-4685 | Amerus Leasing, Inc. v. Doan-Ahn Pham, O.D., et al.
| FLM | 8 | 97-20 | TXS | 4 | Adv | 96-4719 | Amerus Leasing, Inc. v. Marcia L. DuBois
| FLM | 8 | 97-128 | TXS | 4 | Adv | 96-4819 | Amerus Leasing, Inc. v. Ann Fingold
| FLM | 8 | 97-736 | TXS | 4 | Adv | 97-4086 | First Interstate Financial v. Rice Village, et al.
| FLM | 8 | 97-737 | TXS | 4 | Adv | 97-4101 | First Interstate Financial Services v. John Gee
| FLM | 8 | 97-1057 | TXS | 4 | Adv | 97-4102 | First Interstate Financial Services, Inc. v. Lee Ford
| FLM | 8 | 97-468 | TXW | 1 | | 97-17 | Amerus Leasing, Inc. v. Dr. Lester Kitchen, et al.
| FLM | 8 | 96-2170 | VAW | 2 | | 96-161 | Wise County Animal v. Colonial Pacific Leasing Corp.
| FLM | 8 | 96-2171 | WIW | 3 | Adv | 96-1098 | Hillcrest Animal Hospital v. Recomm International, et a
| FLM | 8 | 96-2172 | WVN | 1 | | 96-85 | George Seiler, D.V.M., et al. v. Colonial Pacific Leasing Corp., et al.

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the</u>
<u>Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001).  Rule 16.1(g) allows a
maximum of twenty minutes for oral argument in each matter.  In most cases, however, less time
is necessary for the expression of all views and the Panel reserves the prerogative of reducing the
time requested by counsel.  Accordingly, counsel should be careful not to overstate the time
requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria.  <u>See</u> <u>generally</u> <u>In</u>
<u>re "East of the Rockies" Concrete Pipe Antitrust Cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L.
1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

## RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)      Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel.  The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman.  The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)      Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard.  Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)      No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
      (i)      the dispositive issue(s) have been authoritatively decided; or
      (ii)     the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)      In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised.  If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules.  Failure to do so shall be deemed a waiver of oral argument by that party.  If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)      Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)      Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)      Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter.  The time shall be divided equally among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.