MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES DISTRICT COURT
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
### DOCKET NO. 875

DEC 13 2001

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
CONDITIONAL TRANSFER ORDER CTO-208

THIS DOCUMENT RELATES TO CTO-208 AS IT PERTAINS TO THE FOLLOWING ACTIONS WHICH WERE TRANSFERRED FROM THE FEDERAL DISTRICT COURT, WESTERN DISTRICT OF KENTUCKY AT PADUCAH

| | | |
|---|---|---|
| 5:01CV-254 | J. PAUL and MARY CARNEAL | |
| 5:01CV-249 | RONNIE D. BEAN | |
| 5:01CV-260 | HORACE and MARTHA GARLAND | PLAINTIFFS |

v.

TRIANGLE ENTERPRISES, INC., ET AL                           DEFENDANTS

---

## NOTICE OF OPPOSITION

---

Come the Plaintiffs, by counsel, and hereby oppose this Panel's Conditional Transfer Order CTO-208, dated November 28, 2001. Plaintiffs oppose transfer to the Panel because there is a pending motion to remand due to lack of subject matter jurisdiction filed by the Plaintiffs. Also, Third Party Defendant, Tennessee Valley Authority has filed a Motion to Dismiss Triangle's Complaint. If the district court dismisses Triangle's Third Party Complaint against Tennessee Valley Authority, the Court should remand these cases back to McCracken Circuit Court. Plaintiffs attach an Order entered December 12, 2001 where the Western Kentucky District Court granted a similar motion, along the same set of facts, and dismissed Tennessee Valley Authority and remanded the Plaintiff's case to state court. The basis for Plaintiffs' opposition will be further elaborated in their motion to vacate the Conditional Transfer Order.

OFFICIAL FILE COPY   IMAGED DEC 19 '01

PLEADING NO. 3358

For these reasons, Plaintiffs respectfully request that the transmittal of the Panel's Conditional Transfer Order be stayed until further order of the Panel, which such other and further relief as the Panel deems just and equitable.

Respectfully submitted,

SALES, TILLMAN & WALLBAUM

Joseph D. Satterley
1900 Waterfront Plaza
325 West Main Street
Louisville, KY 40202
Telephone: (502) 589-5600
**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I t is hereby certified that a true and correct copy of the foregoing was this __12th__ day of December, 2001, mailed to all counsel of record per the attached Service List.

COUNSEL FOR PLAINTIFFS

Case MDL No. 875   Document 3358   Filed 12/13/01   Page 3 of 16

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 13 2001

FILED
CLERK'S OFFICE

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## OWENSBORO DIVISION

**CIVIL ACTION NUMBER: 4:01CV-191-M**

FRANCES DEE HALL, Individually and as                    PLAINTIFF
Executrix of the Estate of Burl R. Hall

v.

OWENS-CORNING FIBERGLAS, ET AL.                          DEFENDANTS


TRIANGLE ENTERPRISES, INC.          DEFENDANT/THIRD PARTY PLAINTIFF

v.

TENNESSEE VALLEY AUTHORITY               THIRD PARTY DEFENDANT


### ORDER

The Third Party Defendant, TVA, properly removed this case from the

Daviess Circuit Court after the Defendant/Third Party Plaintiff, Triangle Enterprises, Inc.,

filed its Third Party Complaint. This matter is now before the Court upon TVA's motion to

dismiss for failure to state a claim [DN 3, 9]. The Third Party Complaint was filed for

purposes of apportionment, and in addition, Triangle asserts a claim against TVA for

common law indemnity, claiming that its negligence is passive compared to the active

negligence of TVA.

A claim has been asserted against TVA, therefore, if there is proof of fault on

the part of TVA an apportionment instruction is proper under Kentucky law. The only claim,

however, that would preclude dismissal is the indemnity claim. Triangle cites the Kentucky



Supreme Court case of <u>Degener v. Hall Contracting Corp.</u>, 27 S.W.3d 775 (2000), which held that common law indemnity was not abrogated by the adoption of comparative fault. While this is true, the facts of this case as alleged in the Third Party Complaint do not support a claim of common law indemnity.

This area of the law has generated much confusion but the simple answer in this case is that the allegations of the Third Party Complaint do not state an indemnity claim. Burl Hall was allegedly exposed to asbestos while working at TVA. Even accepting as true Triangle's assertion that it was not a supplier or manufacturer of asbestos material, but only an installer, its fault, if any, in this case, will be limited by comparative fault to that which the jury decides it directly caused through its own conduct.

An indemnity claim "is available to one exposed to liability because of the wrongful act of another with whom he/she is not in pari delicto." <u>Id.</u> at 780. Unlike the facts of the seminal case of <u>Brown Hotel Co. v. Pittsburgh Fuel Co.</u>, 311 Ky. 396, 224 S.W.2d 165 (1949), and the facts of <u>Degener</u>, and the cases cited therein, the wrongful acts of TVA, if any, will not expose Triangle to liability. It is only the wrongful acts of Triangle which will expose it to liability. Therefore, TVA's motions to dismiss are **granted**, and this case is **remanded** to the Daviess Circuit Court.

THIS the 11th day of December, 2001.

ENTERED

DEC 1 2 2001

JEFFREY APION GIBSON, CLERK
BY
DEPUTY CLERK

JOSEPH H. McKINLEY, JR. JUDGE
UNITED STATES DISTRICT COURT

Copies to:     Counsel of record

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

### CIVIL ACTION NUMBER: 4:01CV-191-M

**FRANCES DEE HALL, Individually and
as Executrix of the Estate of Burl R. Hall**                                **PLAINTIFF**

**V.**

**OWENS-CORNING FIBERGLAS, ET AL**                                **DEFENDANTS**


**TRIANGLE ENTERPRISES, INC.**          **DEFENDANT/THIRD PARTY PLANITIFF**

**V.**

**TENNESSEE VALLEY AUTHORITY**                     **THIRD PARTY DEFENDANT**

## JUDGMENT

This matter having come before the Court on motion(s) to dismiss filed

by Third Party Defendant, TVA, and the Court on this date having granted said

motion(s).

**IT IS HEREBY ORDERED** that judgment be entered in favor of Third

Party Defendant consistent with the Court's Order.

**THIS IS A FINAL AND APPEALABLE ORDER AND THERE IS NO**

**JUST CAUSE FOR DELAY.**

ENTERED

THIS the 11th day of December, 2001.

DEC 1 2 2001

JEFFREY A. APPERSON, CLERK
BY

DEPUTY CLERK

Copies to: Counsel of record

By: _____
Erica A. Skinner, Deputy Clerk

# Ronald Bean - Service List

John B. Moore
**Phillips, Parker, Orberson, & Moore**
716 West Main Street - Suite 300
Louisville, Kentucky 40202
*Counsel for Owens Illinois;*
*National Service Industries*

Hugh B. Bright, Jr.
M. Denise Moretz
Michael J King
Woolf, McClane, Bright, Allen & Carpenter
P.O. Box 900
900 S. Gay Street
900 Riverview Tower
Knoxville, TN 37901-0900
*Counsel for National Service Industries*

Stephen Bowers
**Hawkins & Parnell**
4000 Sun Trust Plaza
303 Peachtree Street, N.E.
Atlanta GA 30308-3243
*Counsel for Flexitallic, Inc.*

Frank P. Hilliard
**Hawkins & Parnell**
380 Starks Building
455 South Fourth Avenue
Louisville, Kentucky 40202
*Counsel for Flexitallic, Inc and North Brothers*

John K. Gordinier
**Pedley, Zielke, Gordinier, & Pence**
1150 Starks Building
455 South Fourth Avenue
Louisville, Kentucky 40202
*Counsel for Anchor Packing Co., Garlock*

Christopher D. Lee
Robert F. Barron II
**Kahn, Dees, Donovan & Kahn**
P.O. Box 3646
305 Federal Union Building
Evansville, IN 47735
*Counsel for Combustion Engineering, Inc.*

Scott T. Dickens
**Tachau, Maddox, Hovious & Dickens**
200 South Fifth Street
Suite 200 North
First Trust Centre
Louisville, Kentucky 40202
*Counsel for General Electric Co*

Albert F Grasch, Jr.
**Grasch, Walters, & Cowen**
302 West High Street
Lexington, Kentucky 40507
606-253-9506
*Counsel for Westinghouse Electric Corp.*

Max S Hartz
**McCarroll, Nunley & Hartz**
111 East Third Street
P O. Box 925
Owensboro, Kentucky 42303-0925
*Counsel for John Crane*

Joseph Myers
**Frost Brown Todd**
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202
*Counsel for Triangle Insulation*

Richard C. Roberts
**Whitlow, Roberts, Houston & Straub**
P.O. Box 995
Paducah, Kentucky 42002
*Counsel for 3M*

Thomas C. Smith
**Ziegler & Schneider**
541 Buttermilk Pike, Suite 500
P.O. Box 175710
Covington, Kentucky 41017
*Counsel for Flintkote*

Robert C. Ewald
**Wyatt, Tarrant & Combs**
Citizens Plaza
Louisville, Kentucky 40202
*Counsel for Rapid American Corp*

## Paul Carneal - Service List

John B. Moore
**Phillips, Parker, Orberson, & Moore**
716 West Main Street - Suite 300
Louisville, Kentucky 40202
*Counsel for Owens Illinois;*
*National Service Industries*

Hugh B. Bright, Jr.
M. Denise Moretz
Michael J. King
**Woolf, McClane, Bright, Allen & Carpenter**
P O. Box 900
900 S. Gay Street
900 Riverview Tower
Knoxville, TN 37901-0900
*Counsel for National Service Industries*

Stephen Bowers
**Hawkins & Parnell**
4000 Sun Trust Plaza
303 Peachtree Street, N E.
Atlanta GA 30308-3243
*Counsel for Flexitallic, Inc*

Frank P. Hilliard
**Hawkins & Parnell**
380 Starks Building
455 South Fourth Avenue
Louisville, Kentucky 40202
*Counsel for Flexitallic, Inc*

John K Gordinier
**Pedley, Zielke, Gordinier, & Pence**
1150 Starks Building
455 South Fourth Avenue
Louisville, Kentucky 40202
*Counsel for Anchor Packing Co., Garlock*

Scott T. Dickens
**Tachau, Maddox, Hovious & Dickens**
200 South Fifth Street
Suite 200 North
First Trust Centre
Louisville, Kentucky 40202
*Counsel for General Electric Co.*

Albert F. Grasch, Jr.
**Grasch, Walters, & Cowen**
302 West High Street
Lexington, Kentucky 40507
606-253-9506
*Counsel for Westinghouse Electric Corp.*

Max S. Hartz
**McCarroll, Nunley & Hartz**
111 East Third Street
P.O. Box 925
Owensboro, Kentucky 42303-0925
*Counsel for John Crane*

Joseph Myers
**Frost Brown Todd**
3200 Aegon Center
400 West Market Street
Louisville, Kentucky 40202
*Counsel for Triangle Insulation*

Richard C. Roberts
**Whitlow, Roberts, Houston & Straub**
P.O. Box 995
Paducah, Kentucky 42002
*Counsel for 3M*

John Sheffer
National City Tower
101 South Fifth Street, Suite 1600
*Counsel for Lincoln Electric*

D. Patterson Gloor
Michael J. Hennig
**Cassiday, Schade & Gloor**
20 North Wacker Drive, Suite 1040
Chicago, Illinois 60606
*Counsel for Lincoln Electric*

Thomas C Smith
**Ziegler & Schneider**
541 Buttermilk Pike, Suite 500
P.O. Box 175710
Covington, Kentucky 41017
*Counsel for Flintkote*

Robert C Ewald
**Wyatt, Tarrant & Combs**
Citizens Plaza
Louisville, Kentucky 40202
*Counsel for Rapid American Corp*

## HORACE GARLAND - SERVICE LIST

David P. Chervenick
**Goldberg, Persky, Jennings & White**
1030 Fifth Avenue, Third Floor
Pittsburgh, PA 15219-6295
*Co-Counsel for Plaintiffs*

Joseph Myers
**Frost Brown Todd**
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202
*Counsel for Triangle Insulation*

John B. Moore
**Phillips, Parker, Orberson, & Moore**
716 West Main Street - Suite 300
Louisville, Kentucky 40202
*Counsel for National Service Industries*
*(North Brothers)*

Hugh B. Bright, Jr.
M. Denise Moretz
Michael J. King
**Woolf, McClane, Bright, Allen & Carpenter**
P.O. Box 900
900 S Gay Street
900 Riverview Tower
Knoxville, TN 37901-0900
*Counsel for National Service Industries*
*(North Brothers)*

Stephen Bowers
**Hawkins & Parnell**
4000 Sun Trust Plaza
303 Peachtree Street, N.E.
Atlanta GA 30308-3243
*Counsel for Certainteed Corp., Flexitallic;*
*Quigley Co.; Pfizer, Inc ; Federal Mogul*
*Products, Inc f/k/a Turner & Newell*

Frank P. Hilliard
380 Starks Building
455 South Fourth Avenue
Louisville, KY 40202
*Counsel for Certainteed Corp , Flexitallic,*
*Quigley Co. and Pfizer, Inc.*

Rebecca Schupbach
**Stites & Harbison**
1800 Aegon Center
400 West Market Street
Louisville, KY 40202
*Counsel for AcandS;*
*Georgia-Pacific Corporation*

Albert F. Grasch, Jr.
**Grasch, Walters, & Cowen**
302 West High Street
Lexington, Kentucky 40507
*Counsel for Westinghouse Electric Corp.*

Scott T. Dickens
**Tachau, Maddox, Hovious & Dickens**
200 South Fifth Street
Suite 200 North
First Trust Centre
Louisville, Kentucky 40202
*Counsel for General Electric Co.*

Robert C. Ewald
**Wyatt, Tarrant & Combs**
Citizens Plaza
Louisville, Kentucky 40202
*Counsel for Rapid American Corp.*

Craig R. Banford
**Huddleston, Bolen, Beatty, Porter & Copen**
611 Third Avenue
P.O. Box 2185
Huntington, WV 25722-2185
*Counsel for A.P. Green, Harbison Walker, and*
*Dresser Industries*

Wendell S. Roberts
**Gray, Woods & Cooper**
1505 Carter Avenue, Suite 200
P.O. Box 70
Ashland, KY 41105-0070
*Counsel for North American Refractories Co.*

Linda M. Hopgood
771 Corporate Drive
Suite 610
Lexington, KY 40503
*Counsel for General Refractories*

Brent D. Benjamin
Jack M. Rife, Jr.
**Robinson & McElwee**
P.O. Box 1791
Charleston, WV 25326
*Counsel for Kaiser Aluminum & Chemical*

Dennis F. Wolford
**Reed, Luce, Tosh, Wolford & Douglass**
804 Turnpike Street
Beaver, PA 15009-2114
*Counsel for Plibrico Company;*
*Robertson-Ceco Corporation*

Thomas C Smith
**Ziegler & Schneider**
541 Buttermilk Pike, Suite 500
P. O. Box 175710
Covington, KY 41017-5710
*Counsel for The Flintkote Company*

Max S. Hartz
**McCarroll, Nunley & Hartz**
111 East Third Street
P.O. Box 925
Owensboro, Kentucky 42303-0925
*Counsel for John Crane*

John K. Gordinier
**Pedley, Zielke, Gordinier & Pence**
1150 Starks Building
455 South Fourth Avenue
Louisville, KY 40202
*Counsel for Anchor Packing & Garlock*

Harry K. Herren
Jill F. Lowenbraun
**Woodward, Hobson & Fulton**
2500 National City Tower
Louisville, KY 40202-3175
*Counsel for Metropolitan Life*

Sheila L. Birnbaum
**Skadden, Arps, Slate, Meagher & Flom**
919 Third Avenue
New York, NY 10022
*Counsel for Metropolitan Life*

Whitni J. Cayce
**Boehl, Stopher & Graves**
410 Broadway
Paducah, KY 42001
*Counsel for Lucey Boiler Co.*

Palmer G. Vance II
Bennett Clark
**Stoll, Keenon & Park**
300 West Vine Street, Suite 2100
Lexington, KY 40507
*Counsel for Brauer Supply Co.*

Stephen E. Smith, Jr.
**McMurry & Livingston**
P.O. Box 1700
Paducah, KY 42002-1700
*Counsel for Henry A. Petter Supply Co.*

James B. Brien, Jr.
**Neely & Brien**
238 North 7th Street
P.O. Box 708
Mayfield, KY 42066-0708
*Counsel for Lapp Insulator*

Edwin W. Small
Asst General Counsel
Tennessee Valley Authority
400 W. Summit Hill Drive
Knoxville, TN 37902-1499

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 13 2001

FILED
CLERK'S OFFICE

# INVOLVED COUNSEL FOR SCHEDULE CTO-208
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO.VI)

Michael S. Allred
Allred Law Firm
P.O. Box 3828
Jackson, MS 39207

Paul H Aloe
Rubin, Baum, Levin, Constant &
Friedman
30 Rockefeller Plaza
New York, NY 10112

Steven B. Anderson
Holland & Hart
P.O. Box 2527
Boise, ID 83701

Gary D. Babbin
Hawley, Troxell, Ennis & Hawley
P.O. Box 1617
Boise, ID 83701

Curtis R. Bailey
Kurowski & Bailey, P.C.
24 Bronze Pointe
Belleville, IL 62226

Craig R Banford
Huddleston, Bolen, Beatty, Porter &
Copen
611 Third Avenue
P.O. Box 2185
Huntington, WV 25722

James M. Barber
Law Office of James M. Barber
604 Virginia Street, East
Suite 200
Charleston, WV 25301

Robert F Barron, II
Kahn, Dees, Donovan & Kahn
305 Union Federal Building
P O. Box 3646
Evansville, IN 47735

Joe E. Basenberg
Hand, Arendall, LLC
P. O Box 123
Mobile, AL 36601

Brent D. Benjamin
Robinson & McElwee
500 Virginia Street, East
600 United Center
P.O. Box 1791
Charleston, WV 25326

Richard V. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

V. Brian Bevon
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, L.L.P.
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Sheila L. Birnbaum
Skadden, Arps, Slate, Meagher &
Flom
Four Times Square
New York, NY 10036

Janet W. Black
Donaldson & Black, P.A.
208 West Wendover Avenue
Greensboro, NC 27401

Sheila M. Bossier
Forman, Perry, Watkins, Krutz &
Tardy
P.O. Box 22608
Jackson, MS 39225

Timothy W. Bouch
Leath, Bouch & Crawford
P.O. Box 59
Charleston, SC 29402

Stefan G Bourn
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225

Stephen M. Bowers
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308

Craig E. Brasfield
Forman, Perry, Watkins & Krutz
P.O. Box 22608
Jackson, MS 39225

Michael J. Brickman
Ness, Motley, Loadholt, Richardson & Poole
P. O. Box 1137
Charleston, SC 29401

James B. Brien, Jr.
Neely & Brien
238 N. Seventh Street
P O Box 708
Mayfield, KY 42066

Britain H. Bryant
47 King Street
P.O. Box 4589
Christiansted, VI 00822

Patrick R. Buchanan
Brown, Watt & Buchanan
P.O. Box 2220
3112 Canty Street
Pascagoula, MS 39569

Alexander M. Bullock
Evert & Weathersby
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

INVOLVED COUNSEL FOR SCHEDULE CTO-208 (Cont.) MDL-875          PAGE 2

Scott R. Carpenter
Palmieri, Tyler, Wiener, Wilhelm &
Waldron
East Tower, Suite 1300
2603 Main Street
Irvine, CA 92614

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
403 West North Avenue
Chicago, IL 60610

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Andrew M. Chasan
Bohner, Chasan, Walton & Bauer
P.O. Box 1069
Boise, ID 83701

David P. Chervenick
Goldberg, Persky, Jennings & White
1030 Fifth Avenue
Third Floor
Pittsburgh, PA 15219

Adam M Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Ian P. Cloud
Robins, Cloud, Greenwood & Lubel
910 Travis
Suite 2020
Houston, TX 77002

Susan Coco
Jude & Coco, P.A.
P.O. Box 17499
Hattiesburg, MS 39404

Keith E. Coltrain
Ogletree, Deakins, Nash, Smoak &
Stewart
P.O Box 31608
Raleigh, NC 27622

Nancy D'Anna
P.O. Box 8330
St. John, VI 00831

Taylor T. Daly
Nelson, Mullins, Riley & Scarborough
999 Peachtree Street, N.E.
1400 First Union Plaza
Atlanta, GA 30309

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

H. Lee Davis, Jr.
Davis & Hamrick, L.L.P.
P.O. Box 20039
Winston-Salem, NC 27120

Scott T. Dickens
Tachau, Maddox, Hovious & Dickens
200 South 5th Street
Suite 200 North
Louisville, KY 40202

Daniel G. Donahue
Herzog, Crebs & McGhee, LLP
One City Centre, 24th Floor
515 North Sixth Street
St. Louis, MO 63101

Thomas F. Dougall
Bowers, Orr & Dougall, LLP
P.O. Box 25389
Columbia, SC 29224

Matthew J. Duensing
D'mour, Jones & Stryker
Upper Drake's Passage
P.O. Box 6785
St Thomas, VI 00804

Walter W. Dukes
Dukes, Dukes, Keating & Faneca
P O. Drawer W
Gulfport, MS 39501

Michael C. Dunston
12 D. Bjerge Gade
St. Thomas, VI 00802

Eric K. Englebardt
Haynsworth, Marion, McKay & Guerard
P.O. Box 2048
Greenville, SC 29602

Robert C. Ewald
Wyatt, Tarrant & Combs
500 West Jefferson Street
2600 Citizens Plaza
Louisville, KY 40202

Melissa K. Ferrell
Segal, McCambridge, Singer & Mahoney
400 West 15th Street
Suite 700
Austin, TX 78701

Camille K. Fong
McKenna & Cueno, LLP
Steuart Street Tower
One Market
San Francisco, CA 94105

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

William F Ford
Lathrop & Gage, L C.
2345 Grand Boulevard
Suite 2800
Kansas City, MO 64108

John T. Fort
705 MacLellan Building
Chattanooga, TN 37402

Reed N. Fountain
Young, Moore & Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622

Simone R.D Francis
Dudley, Topper & Feuerzeig
1A Frederiksberg Gade
P.O. Box 756
St. Thomas, VI 00804

INVOLVED COUNSEL FOR SCHEDULE CTO-208  (Cont.) MDL-875                    PAGE 3

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA  19103

Michael J. Gallagher
700 Peck's Plaza
1044 Main Street
Kansas City, MO  64105

James M. Gary
Weber & Rose, P.S.C.
2700 Aegon Center
400 West Market Street
Louisville, KY  40202

William P. Gavin
Gavin Law Firm
17 Park Place
Professional Centre
Belleville, IL  62226

Wilfredo Geigel
P.O. Box 25749
20 Anchor Way
Gallowsbay
St. Croix, VI  00824

John S. Gersch
Bryan Cave, LLP
3500 One Kansas City Place
1200 Main Street
Kansas City, MO  64105

Virginia M. Giokaris
Polsinelli, Shalton & Welte
700 West 47th Street
Suite 1000
Kansas City, MO  64112

Richard S. Glasser
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA  23510

D. Patterson Gloor
Cassiday, Schade & Gloor
20 North Wacker Drive, Cook Co.
Suite 1040
Chicago, IL  60606

John K. Gordinier
Pedley, Zielke, Gordinier, Olt &
Pence
Starks Building, Suite 1150
455 South Fourth Avenue
Louisville, KY  40202

Daniel J. Gordon
Stoel Rives, LLP
101 South Capitol Blvd.
Suite 1900
Boise, ID  83702

William N. Graham
Aultman, Tyner, McNeese & Ruffin
P.O. Drawer 750
Hattiesburg, MS  39401

Albert F. Grasch, Jr.
Grasch, Walters & Cowen
302 West High Street
Lexington, KY  40507

Tim D Gray
Forman, Perry, Watkins, Krutz &
Tardy
P.O. Box 22608
Jackson, MS  39225

Marc C. Greco
Glasser & Glasser, P L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA  23510

Mark D. Haas
Haas & Goleman
P.O Box 3007
Conroe, TX  77305

Susan M. Hanson
Stich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN  55401

Max S. Hartz
McCarroll, Nunley & Hartz
111 East Third Street
P.O. Box 925
Owensboro, KY  42302

Donald D. Heck
Kopsky & Heck, P.C.
16020 Swingley Ridge Road
Suite 130
Chesterfield, MO  63017

Harry K. Herren, Jr.
Woodward, Hobson & Fulton, LLP
2500 National City Tower
101 S. Fifth Street
Louisville, KY  40202

Frank P. Hilliard
Starks Building, Suite 380
455 S. Fourth Avenue
Louisville, KY  40202

Robin C. Hoblit
Chaves, Gonzales & Hoblit
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, TX  78470

Linda M. Hopgood
771 Corporate Drive
Suite 610
Lexington, KY  40503

Alben N. Hopkins
Hopkins & Associates
2701 24th Avenue
Gulfport, MS  39501

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
1300 AmSouth Center
Jackson, MS  39215

Richard H. Hunter
Hunter, Colianni, Cole & Turner
1138 King Street
3rd Floor
Christiansted, VI  00820

James L. Hymes
Law Office of Hymes & Zebedee
P.O. Box 990
St. Thomas, VI  00804

INVOLVED COUNSEL FOR SCHEDULE CTO-208 (Cont.) MDL-875                               PAGE 4

Nikki M. Jensen
John Arthur Eaves Law Office
101 North State Street
Jackson, MS 39201

Charles Johnson, III
Johnson, Olson
P.O. Box 1725
Pocatello, ID 83204

Shelby A. Jordan
Jordan Hyden, et al.
500 North Shoreline
Suite 900 North
Corpus Christi, TX 78471

Christopher M. Kelly
Gallivan, White & Boyd, P.A.
P O. Box 10589
Greenville, SC 29603

William R Kenealy
Sales, Tillman & Wallbaum
1900 Waterfront Plaza
325 West Main Street
Louisville, KY 40202

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

Peter A. Kraus
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

Kenneth K. Kyre, Jr.
Pinto, Coates, Kyre & Brown, PLLC
P.O. Box 4848
Greensboro, NC 27404

Carter T Lambeth
Johnson & Lambeth
P.O. Box 660
Wilmington, NC 28402

Daphne M. Lancaster
Aultman, Tyner, McNeese, Ruffin &
Yarborough
P. O. Box 750
Hattiesburg, MS 39403

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

George H. Logan
Nichols, Newman & Silverlight, et al.
1131 King Street
Suite 204, Christiansted
St. Croix, VI 00820

David H. Maguire
Maguire & Kress
P.O. Box 4758
Pocatello, ID 83205

Armer H. Mahan, Jr
Lynch, Cox, Gilman & Mahan, PSC
2200 Aegon Center
400 West Market Street
Louisville, KY 40202

William F. Maready
Law Offices of William F. Maready
1076 West Fourth Street
Suite 100
Winston-Salem, NC 27101

Christopher D Mauriello
Wallace & Graham, P.A.
525 N Main Street
Salisbury, NC 28144

Bruce McLeod
Filice, Brown, Eassa & McLeod
1999 Harrison Street
18th Floor
Oakland, CA 94612

John B. McLeod
Haynsworth, Sinkler & Boyd
75 Beattie Place
11th Floor
Greenville, SC 29601

Patrick D. McMurtray
Luker, Sibal & McMurtray, L L.C.
616 Girod Street
Suite 200
New Orleans, LA 70130

Craig L. Meadows
Hawley, Troxell, Ennis & Hawley
P.O. Box 1617
Boise, ID 83701

James A. Meaney
Alkon, Rhea & Hart
2115 Queen Street
Christiansted, VI 00820

Donald S. Meringer
Danaher, Tedford, Lagnese & Neal, P.C.
201 North Charles Street
Suite 1702
Baltimore, MD 21201

Robert O. Meriwether
Nelson, Mullins, Riley & Scarborough
P.O. Box 11070
Columbia, SC 29211

John A. Michaels
Michaels & Oettinger, P.A.
P.O. Box 101
Raleigh, NC 27602

John B. Moore
Phillips, Parker, Orberson & Moore, PLC
716 West Main Street
Suite 300
Louisville, KY 40202

Denise Moretz
Woolf, McClane, Bright, Allen & Carpenter
Riverview Tower
P.O. Box 900
Knoxville, TN 37901

INVOLVED COUNSEL FOR SCHEDULE  CTO-208  (Cont.) MDL-875                        **PAGE 5**

Ronald L. Motley
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

Joseph B. Myers, Jr.
Frost, Brown & Todd, L.L.C.
400 West Market Street
3200 Aegon Center
Louisville. KY  40202

David A. Nash
Hogue, Hill, Jones, Nash & Lynch
P.O. Drawer 2178
Wilmington, NC  28402

Robert L. Norton
Jones & Granger
10000 Memorial Drive, Suite 888
P.O. Box 4340
Houston, TX  77210

James L. Oberman
Kazan, McClain, Edises, Simon &
Abrams
171 Twelfth Street
3rd Floor
Oakland, CA  94607

E. Spencer Parris
Martin & Jones Law Offices
410 Glenwood Avenue
Suite 200
Raleigh, NC  27603

Michael W. Patrick
Law Office of Michael W Patrick
P.O. Box 16848
Chapel Hill, NC  27516

Timothy Peck
Smith, Helms, Mulliss & Moore, LLP
P.O. Box 21927
Greensboro, NC  27420

Ronald G Peresich
Page, Mannino, Peresich &
McDermott
P.O Drawer 289
759 Vieux Marche' Mall
Biloxi, MS  39533

Steven P. Perlmutter
Robinson & Cole
One Boston Place
Boston, MA  02108

Matthew F. Powers
Samson & Powers, PLLC
P. O. Box 1417
Gulfport, MS  39502

James B. Pressly, Jr.
Haynsworth Sinkler Boyd, PA
C&S Tower, 11th Floor
75 Beattie Place
P.O. Box 2048
Greenville, SC  29602

William M. Quin, II
Allred Law Firm
P.O. Box 3828
Jackson, MS  39207

Kevin A. Rames
2111 Company Street
Suite 3, Christiansted
St. Croix, VI  00820

William C Reeves
Markow, Walker, Reeves & Anderson
805 South Wheatley, Suite 475
P.O. Box 13669
Jackson, MS  39236

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219

Wendell S. Roberts
Gray, Woods & Cooper
P.O. Box 70
Ashland, KY  41105

R. B. Rock
Moffatt, Thomas, Barrett, Rock &
Fields
P O Box 829
Boise, ID  83701

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX  77018

Ronald B. Rubin
Rubin & Rubin
One Church Street
Suite 301
Rockville, MD  20850

Kenneth L. Sales
Sales, Tillman & Wallbaum
1900 Waterfront Plaza
325 West Main Street
Louisville, KY  40202

Rebecca F. Schupbach
Stites & Harbison
1800 Aegon Center
400 W. Market Street
Louisville, KY  40202

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216

Stephen F. Schuster
Ogden, Newell & Welch
500 West Jefferson Street
1700 Citizens Plaza
Louisville, KY  40202

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA  90025

William F. Sheehan
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC  20036

John A. Sheffer
Sheffer & Sheffer
101 East Second Street
Owensboro, KY  42301

INVOLVED COUNSEL FOR SCHEDULE CTO-208 (Cont.) MDL-875                    PAGE 6

Stacey L. Sims
Morris, Sakalarios & Blackwell, PLLC
201 Hardy Street
Hattiesburg, MS 39401

Edwin W. Small
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, TN 37902

Arthur L. Smith
Husch & Eppenberger
100 North Broadway
Suite 1300
St. Louis, MO 63102

Mark R. Smith
Holcomb Dunbar, P.A.
P. O. Drawer 707
Oxford, MS 38655

Philip J. Smith
Van Winkle, Buck, Wall, Starnes &
Davis
P.O. Box 7376
Ashville, NC 28802

Stephen E Smith, Jr.
McMurry & Livingston
P.O. Box 1700
Paducah, KY 42002

Thomas C. Smith
Ziegler & Schneider, PSC
541 Buttermilk Pike, Suite 500
P.O. Box 175710
Covington, KY 41017

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Karl R. Steinberger
Bryant, Colingo, Williams & Clark
P.O. Drawer H
Pascagoula, MS 39568

Adam Stone
Dogan & Wilkinson
P.O. Box 1618
Pascagoula, MS 39568

Daniel S. Stratemeyer
Boehl, Stopher & Graves
410 Broadway
Paducah, KY 42001

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Mark S. Thomas
Maupin, Taylor & Ellis
P.O. Drawer 19764
Raleigh, NC 27619

Stephen R. Thomas
Moffatt, Thomas, Barrett, Rock &
Fields
P.O. Box 829
Boise, ID 83701

Robert P. Thompson
Copeland, Cook, Taylor & Bush
P. O. Box 6020
Ridgeland, MS 39158

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Thomas W. Tyner
Aultman, Tyner, McNeese, Ruffin &
Yarborough
P. O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403

Palmer G. Vance, II
Stoll, Keenon & Park
300 W. Vine Street
Suite 2100
Lexington, KY 40507

Allen D. Vaughan
Cascino Vaughan Law Offices, Ltd.
403 W. North Avenue
Chicago, IL 60610

Andrew S. Wainwright
Thornton & Naumes, L.L.P.
100 Summer Street, 30th Floor
Boston, MA 02110

Charles S. Wakefield, Jr.
108 Church Street
Tolbert Building, Suite C
Leesburg, VA 20175

Jeffrey M. Wakefield
Flaherty, Sensabaugh & Bonasso
P.O. Box 3843
Charleston, WV 25338

Consuelo W. Walley
Jude & Coco, P.A.
P.O. Box 17499
Hattiesburg, MS 39404

Joe D. Wells
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

W. Mark Wilczynski
International Plaza 2F
P O Box 1150
St. Thomas, VI 00804

Stephen B. Williamson
Van Winkle, Buck, Wall, Starnes & Davis
P.O. Box 7376
Ashville, NC 28802

Douglas P. Wilson
Wilson Law Offices
200 Firstar Bank Building
6405 North Cosby Avenue
Kansas City, MO 64151

Joseph C. Wilson, IV
Pierce, Herns, Sloan & McLeod
P O Box 22437
Charleston, SC 29413

Kenneth J. Wilson
Ness, Motley, Loadholt, Richardson & Poole
1730 Jackson Street
P.O. Box 365
Barnwell, SC 29812

INVOLVED COUNSEL FOR SCHEDULE CTO-208 (Cont.) MDL-875 PAGE 7

Dennis F. Wolford
Reed, Luce, Tosh, Wolford & Douglas
804 Turnpike Street
Beaver, PA 15009

David L. Wyant
Bailey & Wyant, PLLC
1219 Chapline Street
Wheeling, WV 26003