

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**DEC 1 4 2001**

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | § § § § | MDL DOCKET NO. 875 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HARRY JOE HYDER and CAROL HYDER, et al<br>*Plaintiffs*<br><br>v.<br><br>ACandS, INC., et al<br>*Defendants* | § § § § § § § § | CIVIL ACTION NO. H-01-3602 |
| DONALD COY and LOIS COY; et al<br>*Plaintiffs*<br><br>v.<br><br>ABLE SUPPLY CO., et al<br>*Defendants* | § § § § § § § | CIVIL ACTION NO. H-01-3603 |
| MARTIN LABOUNTY and ELIZABETH LABOUNTY; et al<br>*Plaintiffs*<br><br>v.<br><br>ACandS, INC., et al<br>*Defendants* | § § § § § § § § | CIVIL ACTION NO. H-01-3604 |
| MICHAEL MILLER and SHERRY MILLER; et al<br>*Plaintiffs*<br><br>v.<br><br>ACandS, Inc., et al<br>*Defendants.* | § § § § § § § § | CIVIL ACTION NO. H-01-3605 |

**OFFICIAL FILE COPY**   IMAGED DEC 1 9 '01

| | |
|---|---|
| MELISSA ANDERSON and § | CIVIL ACTION |
| MAYDELL ROY, Individually and as § | NO. H-01-3606 |
| Personal Representative of the Heirs and § | |
| Estate of MILTON BABINEAUX, et al § | |
| *Plaintiffs* § | |
| v. § | |
| § | |
| ABLE SUPPLY CO., et al § | |
| *Defendants* § | |

## NOTICE OF OPPOSITION TO TRANSFER

Come now Plaintiffs in the above-numbered causes of action and file this Notice of Opposition to the Conditional Transfer Order (CTO-208) entered by the Panel on November 28, 2001.

(1) HARRY JOE HYDER and CAROL HYDER; KIM RIXSE ALVARADO and DONNA RIXSE, Individually and as Personal Representative of the Heirs and Estate of FRANK RIXSE, Deceased; and JULIA TOWLER, Individually and as Personal Representative of the Heirs and Estate of JESSE TOWLER, Deceased, are plaintiffs in an action styled, No. H-01-3602; HARRY JOE HYDER and CAROL HYDER; et al v. ACandS, Inc., et al, pending in the United States District Court Southern District of Texas, Houston Division; (2) DONALD COY and LOIS COY; ROY BARTLETT and EDNA BARTLETT; and JERRELL KNIGHT and VIRDINE KNIGHT are plaintiffs in an action styled, No. H-01-3603; DONALD COY and LOIS COY; et al v. ACandS, Inc., et al, pending in the United States District Court Southern District of Texas, Houston Division; (3) MARTIN LABOUNTY and ELIZABETH LABOUNTY; DELMER BUSSELL and BEATRICE BUSSELL; RONALD LEFF and CAROL LEFF; BEVERLY MITCHELL, Individually and as Personal Representative of the Heirs and Estate of JESSIE MITCHELL, Deceased; HAROLD SECOR and JANET SECOR, are plaintiffs in an action styled, No. H-01-3604; MARTIN

LABOUNTY and ELIZABETH LABOUNTY; et al v. ACandS, Inc., et al, pending in the United States District Court Southern District of Texas, Houston Division; (4) MICHAEL MILLER and SHERRY MILLER; FRANCES SCOTT and RALPH SCOTT; LARRY WHEELER and LOU WHEELER; and GORDON WICKER and PATRICIA WICKER are plaintiffs in an action styled, No. H-01-3605; MICHAEL MILLER and SHERRY MILLER; et al v. ACandS, Inc., et al, pending in the United States District Court Southern District of Texas, Houston Division; and (5) MELISSA ANDERSON and MAYDELL ROY, Individually and as Personal Representative of the Heirs and Estate of MILTON BABINEAUX, Deceased; CHARLES FAGG and NORMA JEAN FAGG; CAROL KOTARA, Individually and as Personal Representative of the Heirs and Estate of BARTLEY MCLEAN, Deceased; MELISSA WILLIAMS, Individually and as Personal Representative of the Heirs and Estate of HUEY SONNIER, Deceased; and MORGAN CHRISTINE WARD, Individually and as Personal Representative of the Heirs and Estate of JIMMY WARD, Deceased are plaintiffs in an action styled, No. H-01-3606; MELISSA ANDERSON and MAYDELL ROY, Individually and as Personal Representative of the Heirs and Estate of MILTON BABINEAUX, Deceased; et al v. ACandS, Inc., et al, pending in the United States District Court Southern District of Texas, Houston Division, and listed on the Conditional Transfer Order (CTO-208), attached as Exhibit A. Pursuant to Panel Rule 7.4(c), the plaintiffs file this notice of opposition to apprise the Panel of their opposition to transfer.

Pursuant to Panel Rule 7.4(d), plaintiffs shall file, within 15 days of the filing of this notice, their motion to vacate conditional transfer order and supporting brief.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 14 2001

FILED
CLERK'S OFFICE

# SCHEDULE CTO-208 — TAG ALONG CASES
## DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| District | Div | Civil Action # |
|---|---|---|
| **CALIFORNIA NORTHERN** | | |
| CAN | 3 | 01-3685 |
| **IDAHO** | | |
| ID | 1 | 01-31 |
| **ILLINOIS NORTHERN** | | |
| ILN | 1 | 01-7101 |
| ILN | 1 | 01-7103 |
| ILN | 1 | 01-7104 |
| ILN | 1 | 01-7106 |
| ILN | 1 | 01-7107 |
| ILN | 1 | 01-7159 |
| **ILLINOIS SOUTHERN** | | |
| ILS | 3 | 01-712 |
| **INDIANA NORTHERN** | | |
| INN | 2 | 01-530 |
| INN | 2 | 01-531 |
| INN | 2 | 01-532 |
| **KANSAS** | | |
| KS | 2 | 01-2486 |
| KS | 2 | 01-2487 |
| **KENTUCKY WESTERN** | | |
| KYW | 5 | 01-249 |
| KYW | 5 | 01-254 |
| KYW | 5 | 01-260 |
| **MASSACHUSETTS** | | |
| MA | 1 | 01-11764 |
| **MISSOURI WESTERN** | | |
| MOW | 6 | 01-3435 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS | 1 | 01-162 |
| **NORTH CAROLINA EASTERN** | | |
| NCE | 4 | 01-122 |
| NCE | 5 | 01-691 |
| NCE | 7 | 01-170 |
| NCE | 7 | 01-171 |
| NCE | 7 | 01-191 |
| **NORTH CAROLINA MIDDLE** | | |
| NCM | 1 | 00-55 |
| **NORTH CAROLINA WESTERN** | | |
| NCW | 3 | 01-604 |
| **SOUTH CAROLINA** | | |
| SC | 2 | 01-4202 |
| **TEXAS SOUTHERN** | | |
| TXS | 4 | 01-3254 |
| TXS | 4 | 01-3255 |
| TXS | 4 | 01-3256 |
| TXS | 4 | 01-3602 |
| TXS | 4 | 01-3603 |
| TXS | 4 | 01-3604 |
| TXS | 4 | 01-3605 |
| TXS | 4 | 01-3606 |
| TXS | 4 | 01-3607 |
| TXS | 4 | 01-3664 |

| District | Div | Civil Action # |
|---|---|---|
| **VIRGINIA EASTERN** | | |
| VAE | 2 | 01-5822 |
| VAE | 2 | 01-5823 |
| VAE | 2 | 01-5824 |
| VAE | 2 | 01-5825 |
| VAE | 2 | 01-5826 |
| VAE | 2 | 01-5827 |
| VAE | 2 | 01-5828 |
| VAE | 2 | 01-5829 |
| VAE | 2 | 01-5830 |
| VAE | 2 | 01-5831 |
| VAE | 2 | 01-5832 |
| VAE | 2 | 01-5833 |
| VAE | 2 | 01-5834 |
| **VIRGIN ISLANDS** | | |
| VI | 1 | 01-126 |
| VI | 1 | 01-127 |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS | 3 | 01-437 |
| WVS | 3 | 01-438 |



EXHIBIT A

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 14 2001

FILED
CLERK'S OFFICE

Respectfully submitted,

Charles S. Siegel
Texas State Bar No. 18341875
Federal ID No. 15736
Waters & Kraus, LLP
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition has been served by facsimile on all counsel of record on this 13th day of December July, 2001.

Charles S. Siegel