JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 28 2001

FILED
CLERK'S OFFICE

**DOCKET NO. 875**

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-208)*

On July 29, 1991, the Panel transferred 22,003 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 71,576 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the opinion and order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC 14 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IMAGED DEC 19 '01

## SCHEDULE CTO-208 — TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

District Div Civil Action #

CALIFORNIA NORTHERN
~~CAN       3  01-3685~~  Vacated 12/11/01

IDAHO
ID       1  01-31

ILLINOIS NORTHERN
ILN      1  01-7101
ILN      1  01-7103
ILN      1  01-7104
ILN      1  01-7106
ILN      1  01-7107
ILN      1  01-7159

ILLINOIS SOUTHERN
ILS      3  01-712

INDIANA NORTHERN
INN      2  01-530
INN      2  01-531
INN      2  01-532

KANSAS
KS       2  01-2486
KS       2  01-2487

KENTUCKY WESTERN
~~KYW      5  01-249~~  Opposed 12/13/01
~~KYW      5  01-254~~  Opposed 12/13/01
~~KYW      5  01-260~~  Opposed 12/13/01

MASSACHUSETTS
MA       1  01-11764

MISSOURI WESTERN
MOW      6  01-3435

MISSISSIPPI SOUTHERN
MSS      1  01-162

NORTH CAROLINA EASTERN
NCE      4  01-122
NCE      5  01-691
NCE      7  01-170
NCE      7  01-171
NCE      7  01-191

NORTH CAROLINA MIDDLE
NCM      1  00-55

NORTH CAROLINA WESTERN
NCW      3  01-604

SOUTH CAROLINA
SC       2  01-4202

TEXAS SOUTHERN
TXS      4  01-3254
TXS      4  01-3255
TXS      4  01-3256
~~TXS      4  01-3602~~  Opposed 12/14/01
~~TXS      4  01-3603~~  Opposed 12/14/01
~~TXS      4  01-3604~~  Opposed 12/14/01
~~TXS      4  01-3605~~  Opposed 12/14/01
~~TXS      4  01-3606~~  Opposed 12/14/01
TXS      4  01-3607
TXS      4  01-3664

District Div Civil Action #

VIRGINIA EASTERN
VAE      2  01-5822
VAE      2  01-5823
VAE      2  01-5824
VAE      2  01-5825
VAE      2  01-5826
VAE      2  01-5827
VAE      2  01-5828
VAE      2  01-5829
VAE      2  01-5830
VAE      2  01-5831
VAE      2  01-5832
VAE      2  01-5833
VAE      2  01-5834

VIRGIN ISLANDS
VI       1  01-126
VI       1  01-127

WEST VIRGINIA SOUTHERN
WVS      3  01-437
WVS      3  01-438