# MDL 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 19 2001

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ASBESTOS PRODUCTS ) | MDL Docket No. 875 |
| LIABILITY LITIGATION ) | |
| ) | |

*THIS PLEADING RELATES TO THE FOLLOWING ACTION*:

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| ROSEMARY VALADEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3-01-05120-JTM |
| ) | |
| JOHNS-MANVILLE CORPORATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant International Truck and Engine Corporation f/k/a Navistar International Corp. ("International") hereby identifies all its parent corporations and publicly held companies that own 10% or more of its stock:

**Navistar International Corp.**

Respectfully submitted,

BAKER STERCHI COWDEN & RICE, L.L.C.

_____
James T. Seigfreid, Jr.     MO #34293
Todd W. Amrein              MO #45869

IMAGED DEC 21 '01

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 19 2001

FILED
CLERK'S OFFICE

Crown Center
2400 Pershing Road
Suite 500
Kansas City, Missouri 64108-2504
(816) 471-2121
(816) 472-0288 Facsimile

ATTORNEYS FOR DEFENDANT
INTERNATIONAL TRUCK AND ENGINE
CORPORATION f/k/a NAVISTAR
INTERNATIONAL CORP.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the CORPORATE DISCLOSURE STATEMENT was served via U.S. Mail, postage prepaid, this 26th day of November, 2001, to:

Thomas E. Klinginsmith, Esq.
131 East 3rd Street
P.O. Box 573
Carthage, Missouri 64836

ATTORNEY FOR PLAINTIFF

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ASBESTOS PRODUCTS ) | MDL Docket No. 875 |
| LIABILITY LITIGATION ) | |
| ) | |

*THIS PLEADING RELATES TO THE FOLLOWING ACTION:*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ROSEMARY VALADEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3-01-05120-JTM |
| ) | |
| JOHNS-MANVILLE CORPORATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

Pursuant to Rule 5.2(a) of the Judicial Panel on Multidistrict Litigation, defendant International Truck and Engine Corporation f/k/a Navistar International Corp. ("International") hereby certifies that copies of DEFENDANT INTERNATIONAL TRUCK AND ENGINE CORPORATION f/k/a NAVISTAR INTERNATIONAL CORP.'S CORPORATE DISCLOSURE STATEMENT were served via U.S. Mail, postage prepaid, this 17th day of December, 2001, to those attorneys appearing on the attached Involved Counsel List.

Respectfully submitted,

BAKER STERCHI COWDEN & RICE, L.L.C.

| | |
|---|---|
| James T. Seigfreid, Jr. | MO #34293 |
| Todd W. Amrein | MO #45869 |

Crown Center
2400 Pershing Road
Suite 500
Kansas City, Missouri 64108-2504
(816) 471-2121
(816) 472-0288 Facsimile

ATTORNEYS FOR DEFENDANT
INTERNATIONAL TRUCK AND ENGINE
CORPORATION f/k/a NAVISTAR
INTERNATIONAL CORP.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of PROOF OF SERVICE was served via U.S. Mail, postage prepaid, this 17th day of December, 2001, to the attorneys appearing on the attached Involved Counsel List.

2

# INVOLVED COUNSEL LIST
## CORPORATE DISCLOSURE STATEMENT
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Rosemary Valadez v. Johns-Manville Corp., et al.*, W.D. Missouri, C.A. No. 3:01-5120

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Ave., N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Thomas E. Klinginsmith
P.O. Box 573
Carthage, MO 64836

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 500
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

James T. Seigfreid, Jr.
Baker, Sterchi, Cowden & Rice
2400 Pershing Road
Suite 500
Kansas City, MO 64108

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406