DEC-19-2001 10:22 P.02

ENTERED AND SERVED
NOV 30 2001
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
DEC 20 2001
FILED
CLERK'S OFFICE

RECEIVED AND FILED
Nov 30 10 20 AM '01
CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| PAMELA OELRICH, et al., | ) | |
| Plaintiffs, | ) | CV-S-01-1039-PMP (RJJ) |
| v. | ) | |
| ANDCO, INC., etc., et al., | ) | **ORDER** |
| Defendants. | ) | |

This action was commenced on April 27, 2001, by the filing of Plaintiffs' Complaint in the Eighth Judicial District Court in and for the County of Clark, State of Nevada. It appears from a review of the record of these proceedings that Defendants were served with a copy of the Summons and Complaint pursuant to Nevada law between August 22 and September 13, 2001. However, on September 4, 2001, Defendant The Flintkote Company filed its Notice of Removal (#1) removing the action to this Court.

On October 5, 2001, Plaintiffs filed a Motion to Remand (#189) in which Plaintiffs contend removal of the action from State Court is improper because all Defendant have not joined in Defendant The Flintkote Company's Notice of Removal. <u>Parrino v. FHP, Inc.</u>, 146 F.3d 699, 703 (9th Cir. 1998). Numerous Responses have been filed by the vast majority of Defendants in this action and on November 2, 2001, Plaintiffs filed a Reply Memorandum in support of Plaintiffs' Motion to Remand (#338). On November 20, 2001, the Court conducted a hearing regarding Plaintiffs' Motion to Remand and at the close of said hearing, the Court directed Plaintiffs to submit a list of

1  Defendants that Plaintiffs have either dismissed from the action or intend to dismiss from
2  the action, thereby enabling the Court to determine which Defendants will remain a party to
3  this action for purposes of resolving Plaintiffs' Motion to Remand.
4      On November 29, 2001, Plaintiffs filed a Submittal of Information Requested by
5  this Court on November 20, 2001 (#421). Having reviewed Plaintiffs' Submittal, it is
6  apparent that because not all of the Defendants properly served with a Summon and
7  Complaint in accord with N.R.S. 14.080 have not timely joined in Defendant The Flintkote
8  Company's Notice of Removal, Plaintiffs' Motion to Remand (#189) must be granted.
9      IT IS THEREFORE ORDERED that Plaintiffs' Motion to Remand (#189) is
10 hereby granted and this action is remanded to the Eighth Judicial District Court in and for
11 the County of Clark, State of Nevada.
12
13 DATED: November 30, 2001

PHILIP M. PRO
United States District Judge



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

### LANCE S. WILSON, CLERK

# FACSIMILE TRANSMITTAL SHEET

DATE: 12/19/01

NUMBER OF PAGES INCLUDING THIS COVER SHEET: 3

THE FOLLOWING PAGES ARE BEING FAXED TO:

NAME: April

FAX NO. 202-502-2888

FROM: U.S. DISTRICT COURT, OFFICE OF THE CLERK

NAME: Faye

ADDRESS: 333 LAS VEGAS BLVD., SO., ROOM 1334
LAS VEGAS, NV 89101

PHONE: (702) 464-5400 or 5411 - Faye's #
FAX NO: (702) 464-5409

If you do not receive all the pages indicated above or the message is poorly received, please contact our office as soon as possible at the above number.

ADDITIONAL COMMENTS:
2 pages order remand.
CV-S-01-1039