JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 20 2001

FILED
CLERK'S OFFICE

DOCKET NO. 875

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Pamela Oelrich v. Andco, Inc., et al.*, D. Nevada, C.A. No. 2:01-1039

## ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE JANUARY 31, 2002 HEARING SESSION

A conditional transfer order was filed in this action (*Oelrich*) on October 16, 2001. Prior to expiration of the mandatory fifteen-day stay of execution, plaintiff in *Oelrich* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. *Oelrich* was then remanded to the Eighth Judicial District Court in and for the County of Clark, State of Nevada, by the Honorable Philip M. Pro in an order filed on November 30, 2001.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-206" filed on October 16, 2001, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 13, 2001, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman