MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 27 2001

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
DOCKET NO. 875**

**IN RE:   ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
CONDITIONAL TRANSFER ORDER CTO-208**

THIS DOCUMENT RELATES TO CTO-208 AS IT PERTAINS TO THE FOLLOWING
ACTIONS WHICH WERE TRANSFERRED FROM THE FEDERAL DISTRICT COURT,
WESTERN DISTRICT OF KENTUCKY AT PADUCAH

| | | |
|---|---|---|
| 5:01CV-254 | J. PAUL and MARY CARNEAL | |
| 5:01CV-249 | RONNIE D. BEAN | |
| 5:01CV-260 | HORACE and MARTHA GARLAND | PLAINTIFFS |

v.

TRIANGLE ENTERPRISES, INC., ET AL                              DEFENDANTS

---

### PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

---

Plaintiffs, by counsel, respectfully move this Court to vacate the Conditional Transfer Order.

Since the original Order by this Court transferring these cases to the Multi-District Litigation, the

United States District Court for the Western District of Kentucky have remanded these cases back

to the state court as it was determined that there was no federal subject matter jurisdiction for these

cases. Plaintiffs attach the Orders entered by Judge Tom Russell and Judge Edward Johnstone

remanding these matters back to McCracken Circuit Court. Accordingly, Plaintiff request this Court

to enter the attached Order vacating the Conditional Transfer Order.

**OFFICIAL FILE COPY**

IMAGED JAN 2 '02

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 27 2001

FILED
CLERK'S OFFICE

Respectfully submitted,

**SALES, TILLMAN & WALLBAUM**

_____
Joseph D. Satterley
1900 Waterfront Plaza
325 West Main Street
Louisville, KY 40202
Telephone: (502) 589-5600
**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I t is hereby certified that a true and correct copy of the foregoing was this _____ day of December, 2001, mailed to all counsel of record per the attached Service List.

_____
**COUNSEL FOR PLAINTIFFS**

**PANEL SERVICE LIST (Excerpted from CTO-208)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Bean v. Owens-Corning Fiberglas Corp., et al.*, W.D. Kentucky, C.A. No. 5:01-249
*Carneal, et al. v. Owens-Corning Fiberglas Corp., et al.*, W.D. Kentucky, C.A. No. 5:01-254
*Garland, et al. v. Triangle Enterprises, Inc., et al.*, W.D. Kentucky, C.A. No. 5:01-260

Paul H. Aloe
Rubin Baum Levin Constant &
Friedman
30 Rockefeller Plaza
New York, NY 10112

Craig R. Banford
Huddleston, Bolen, Beatty, Porter &
Copen
611 Third Avenue
P.O. Box 2185
Huntington, WV 25722

Robert F. Barron, II
Kahn, Dees, Donovan & Kahn
305 Union Federal Building
P.O. Box 3646
Evansville, IN 47735

Brent D. Benjamin
Robinson & McElwee
500 Virginia Street, East
600 United Center
P.O. Box 1791
Charleston, WV 25326

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Sheila L. Birnbaum
Skadden, Arps, Slate, Meagher &
Flom
Four Times Square
New York, NY 10036

Stephen M. Bowers
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308

James B. Brien, Jr.
Neely & Brien
238 N. Seventh Street
P.O. Box 708
Mayfield, KY 42066

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Taylor T. Daly
Nelson, Mullins, Riley & Scarborough
999 Peachtree Street, N.E.
1400 First Union Plaza
Atlanta, GA 30309

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Scott T. Dickens
Tachau, Maddox, Hovious & Dickens
200 South 5th Street
Suite 200 N.
Louisville, KY 40202

Robert C. Ewald
Wyatt, Tarrant & Combs, LLP
500 West Jefferson Street
2600 Citizens Plaza
Louisville, KY 40202

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

John T. Fort
705 MacLellan Building
Chattanooga, TN 37402

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

James M. Gary
Weber & Rose, P.S.C.
2700 Aegon Center
400 West Market Street
Louisville, KY 40202

D. Patterson Gloor
Cassiday, Schade & Gloor
20 North Wacker Drive
Suite 1040
Chicago, IL 60606

John K. Gordinier
Pedley, Zielke, Gordinier, Olt & Pence
Starks Building, Suite 1150
455 South Fourth Avenue
Louisville, KY 40202

Albert F. Grasch, Jr.
Grasch, Walters & Cowen
302 West High Street
Lexington, KY 40507

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Max S. Hartz
McCarroll, Nunley & Hartz
111 East Third Street
P.O. Box 925
Owensboro, KY 12302

Harry K. Herren, Jr.
Woodward, Hobson & Fulton, LLP
2500 National City Tower
Louisville, KY 40202

Frank P. Hilliard
Starks Building, Suite 380
455 S. Fourth Avenue
Louisville, KY 40202

Linda M. Hopgood
771 Corporate Drive
Suite 610
Lexington, KY 40503

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Armer H. Mahan, Jr.
Lynch, Cox, Gilman & Mahan, P.S.C.
2200 Aegon Center
400 West Market Street
Louisville, KY 40202

Donald S. Meringer
Danaher, Tedford, Lagnese & Neal,
P.C.
201 North Charles Street
Suite 1702
Baltimore, MD 21201

John B. Moore
Phillips, Parker, Orberson & Moore
716 West Main Street
Suite 300
Louisville, KY 40202

Denise Moretz
Woolf, McClane, Bright, Allen &
Carpenter
Riverview Tower
P.O. Box 900
Knoxville, TN 37901

Ronald L. Motley
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Joseph B. Myers, Jr.
Frost, Brown & Todd, L.L.C.
400 West Market Street
3200 Aegon Center
Louisville, KY 40202

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Wendell S. Roberts
Gray, Woods & Cooper
P.O. Box 70
Ashland, KY 41105

John D. Roven
John Roven & Associates
2190 North Loop West, Suite 410
Houston, TX 77018

Joseph D. Satterley
Sales, Tillman & Wallbaum
1900 Waterfront Plaza
325 West Main Street
Louisville, KY 40202

Rebecca F. Schupbach
Stites & Harbison
1800 Aegon Center
400 W. Market Street
Louisville, KY 40202

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Stephen F. Schuster
Ogden, Newell & Welch
500 West Jefferson Street
1700 Citizens Plaza
Louisville, KY 40202

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

John A. Sheffer
Sheffer & Sheffer
101 East Second Street
Owensboro, KY 42301

Edwin W. Small
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, TN 37902

Stephen E. Smith, Jr.
McMurry & Livingston
P.O. Box 1700
Paducah, KY 42002

Thomas C. Smith
Ziegler & Schneider, PSC
541 Buttermilk Pike, Suite 500
P.O. Box 175710
Covington, KY 41017

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Daniel S. Stratemeyer
Boehl, Stopher & Graves
410 Broadway
Paducah, KY 42001

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Palmer G. Vance, II
Stoll, Keenon & Park
300 W. Vine Street
Suite 2100
Lexington, KY  40507

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA  52406

Dennis F. Wolford
Reed, Luce, Tosh, Wolford & Douglas
804 Turnpike Street
Beaver, PA  15009

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:01CV-254-R

J. PAUL CARNEAL, et-al.                                                    PLAINTIFFS

v.

OWENS-CORNING FIBERGLAS CORP., et al.                         DEFENDANTS

TRIANGLE INSULATION AND SHEETMETAL CO., INC.                DEFENDANT/
                                                              THIRD PARTY PLAINTIFF

v.

TENNESSEE VALLEY AUTHORITY, et al.              THIRD PARTY DEFENDANTS

### MEMORANDUM OPINION AND ORDER

This matter is before the Court on the motion of Third Party Defendant, the Tennessee Valley

Authority ("TVA"), to dismiss for failure to state a claim (dkt # 3). TVA properly removed to this

Court pursuant to 28 U.S.C. § 1442(a)(1) as an "agency" of the United States. *See Edwards v. TVA*,

255 F.3d 318, 322 (6th Cir. 2001)("TVA is a wholly-owned corporate agency and instrumentality

of the United States.")(quotation and citation omitted). TVA removed after it was added as a third

party defendant by Defendant/Third Party Plaintiff Triangle Insulation and Sheetmetal Co., Inc. a/k/a

Triangle Enterprises, Inc. ("Triangle") for purposes of apportionment and to assert a claim of

common law indemnity. TVA now seeks dismissal of the complaint against it, arguing that Triangle

cannot state a claim for common law indemnity under Kentucky law.

### STANDARD

A motion to dismiss under Fed. R. Civ. P. 12(b)(6) should be granted only if "there is no set

of facts that would allow plaintiff to recover." *Persian Galleries, Inc. v. Transcontinental Ins. Co.*,

1

38 F.3d 253, 258 (6th Cir. 1994). "When considering a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the district court must accept all of the allegations in the complaint as true, and construe the complaint liberally in favor of the plaintiff." *Lawrence v. Chancery Court of Tennessee*, 188 F.3d 687, 691 (6th Cir. 1999)(citing *Miller v. Currie*, 50 F.3d 373, 377 (6th Cir. 1995)). However, a "complaint must contain either direct or inferential allegations respecting all the material elements to sustain a recovery under some viable legal theory." *Andrews v. Ohio*, 104 F.3d 803, 806 (6th Cir. 1997) (citing *In re DeLorean Motor Co.*, 991 F.2d 1236, 1240 (6th Cir.1993)).

## DISCUSSION

Judge McKinley recently addressed this question in a parallel proceeding, and the Court adopts his reasoning in this case as well:

> A claim has been asserted against TVA; therefore, if there is proof of fault on the part of TVA, an apportionment instruction is proper under Kentucky law. The only claim, however, that would preclude dismissal is the indemnity claim. Triangle cites the Kentucky Supreme Court case of *Degener v. Hall Contracting Corp.*, Ky., 27 S.W.3d 775 (2000), which held that common law indemnity was not abrogated by the adoption of comparative fault. While this is true, the facts of this case as alleged in the Third Party Complaint do not support a claim of common law indemnity.

> This area of the law has generated much confusion but the simple answer in this case is that the allegations of the Third Party Complaint do not state an indemnity claim. [J. Paul Carneal] was allegedly exposed to asbestos while working at TVA. Even accepting as true Triangle's assertion that it was not a supplier or manufacturer of asbestos material, but only an installer, its fault, if any, in this case will be limited by comparative fault to that which the jury decides it directly caused through its own conduct.

> An indemnity claim "is available to one exposed to liability because of the wrongful act of another with whom he/she is not in pari delicto." *Degener*, 27 S.W.3d, at 780. Unlike the facts of the seminal case of *Brown Hotel Co. v. Pittsburgh Fuel Co.*, 311 Ky. 396, 224 S.W.2d 165 (1949),and the facts of *Degener*

2

and the cases cited therein, the wrongful acts of TVA, if any, will not expose Triangle to liability. It is only the wrongful acts of Triangle which will expose it to liability.

*Frances Dee Hall v. Owens-Corning Fiberglas, et al.*, 4:01CV-191-M, slip op. at 1-2.

Since the dismissal of TVA removes this Court's jurisdiction over this case, this matter will

be remanded to McCracken Circuit Court.

This is the ___17___ day of December, 2001.


                            _____
                            Thomas B. Russell, Judge
                            United States District Court


ENTERED

DEC 1 8 2001

JEFFREY A. PERSON, CLERK
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:01CV-254-R

J. PAUL CARNEAL, et-al.                                                    PLAINTIFFS

v.

OWENS-CORNING FIBERGLAS CORP., et al.                     DEFENDANTS

TRIANGLE INSULATION AND SHEETMETAL CO., INC.          DEFENDANT/
                                                              THIRD PARTY PLAINTIFF

v.

TENNESSEE VALLEY AUTHORITY, et al.          THIRD PARTY DEFENDANTS

## ORDER

This matter having come before the Court on the motion of the Third Party Defendant to

dismiss (dkt # 3), the Third Party Plaintiff having responded thereto (dkt # 13), a timely reply having

been filed (dkt # 14), and the Court otherwise being sufficiently advised,

**IT IS ORDERED:**

The motion to dismiss (dkt # 3) is **GRANTED**.  This matter is hereby **REMANDED** to

McCracken County Circuit Court.

Entered this 17 day of December, 2001.

Thomas B. Russell, Judge
United States District Court

cc: Counsel of record

1

ENTERED

DEC 1 8 2001

JEFFh. A. PERSON, CLERK
BY
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION
### CASE NO. 5:01-249-J

**RONNIE D. BEAN,**                                                                        Plaintiff

**v.**

DEC 2 0 2001

**OWENS-CORNING FIBERGLASS CORP., et. al.**                         Defendants

**TRIANGLE INSULATION AND**
**SHEETMETAL CO., INC.**                               Defendant / Third-Party Plaintiff

**v.**

**TENNESSEE VALLEY AUTHORITY, et. al.**                        Third-Party Defendants

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on a motion by Third Party Defendant, the Tennessee

Valley Authority ("TVA"), to dismiss for failure to state a claim.  TVA properly removed this

case from the McCracken Circuit Court after the Defendant / Third-Party Plaintiff, Triangle

Insulation and Sheetmetal  Co., Inc. ("Triangle") filed its third-party complaint.  The third-party

complaint was filed for purposes of apportionment  and to state a claim of common law

indemnity.  TVA now seeks a dismissal of the complaint against them.  The question before this

court is whether Kentucky law prohibits Triangle from stating a common law claim against TVA.

## STANDARD

When considering a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of

Civil Procedure, the district court must accept all of the allegations in the complaint as true, and

construe the complaint liberally in favor of the plaintiff.  *See Lawrence v. Chancery Court of*

*Tennessee*, 188 F.3d 687, 691 (6th Cir. 1999).  Denial of the motion is proper "unless it can be

established beyond a doubt that the plaintiff can prove no set of facts in support of his claim which

would entitle him to relief." *Achterhof v. Selvaggio*, 886 F.2d 826, 831 (6th Cir.1989) (citing

*Conley v. Gibson*, 355 U.S. 41, 45-46, 78 S.Ct. 99, 2 L.Ed.2d 80 (1957)).

## DISCUSSION

In a parallel proceeding[1], Judge McKinley recently addressed this question.  This Court

has reviewed the opinion and adopts the reasoning it set forth.

A claim has been asserted against TVA; therefore, if there is proof of fault on the part of TVA, an apportionment instruction is proper under Kentucky law. The only claim, however, that would preclude dismissal is the indemnity claim. Triangle cites the Kentucky Supreme Court case of *Degener v. Hall Contracting Corp.*, Ky., 27 S.W.3d 775 (2000), which held that common law indemnity was not abrogated by the adoption of comparative fault.  While this is true, the facts of this case alleged in the Third Party Complaint do not support a claim of common law indemnity.

This area of the law has generated much confusion but the simple answer in this case is that the allegations of the Third Party Complaint do not state an indemnity claim.  [Ronnie D. Bean] was allegedly exposed to asbestos while working at TVA.  Even accepting as true Triangle's assertion that it was not a supplier or manufacturer of asbestos material, but only an installer, its fault, if any, in this case will be limited by comparative fault to that which the jury decides it directly  caused through its own conduct.

An indemnity claim "is available to one exposed to liability because of the wrongful act of another wit who he/she is not in pari delicto." *Id.* at 780.  Unlike the facts of the seminal case of *Brown Hotel Co. v. Pittsburgh Fuel Co.*, 311 Ky. 396, 224 S.W.2d 165 (1949), and the facts of *Degener* and the cases cited therein, the wrongful acts of TVA, if any, will not expose Triangle to liability.  It is only the wrongful acts of Triangle which will expose it to liability.

**IT IS SO ORDERED** that:

1) TVA motion to dismiss is **GRANTED**
2) This case is remanded back to the McCracken Circuit Court.

This is the ⎯⎯ 17th ⎯⎯ day of December, 2001

*(signature)*

Edward H. Johnston, Senior Judge
United States District Court

ENTERED

DEC 1 8 2001

JEFFREY A. PERSON, CLERK
BY
DEPUTY CLERK

---

[1]*Hall v. Owens- Corning Fiberglass*, No. 4:01CV-191-M, slip op. at 1-2.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:01CV-260-R

HORACE GARLAND, et al.                                          PLAINTIFFS

v.

TRIANGLE ENTERPRISES, INC., et al.                             DEFENDANTS

                                                    DEC 2 1 2001

TRIANGLE ENTERPRISES, INC.                                     DEFENDANT/
                                                        THIRD PARTY PLAINTIFF

v.

TENNESSEE VALLEY AUTHORITY                    THIRD PARTY DEFENDANT

### MEMORANDUM OPINION AND ORDER

This matter is before the Court on the motion of Third Party Defendant, the Tennessee Valley

Authority ("TVA"), to dismiss for failure to state a claim (dkt # 3). TVA properly removed to this

Court pursuant to 28 U.S.C. § 1442(a)(1) as an "agency" of the United States. *See Edwards v. TVA*,

255 F.3d 318, 322 (6th Cir. 2001)("TVA is a wholly-owned corporate agency and instrumentality

of the United States.")(quotation and citation omitted). TVA removed after it was added as a third

party defendant by Defendant/Third Party Plaintiff Triangle Enterprises, Inc. ("Triangle") for

purposes of apportionment and to assert a claim of common law indemnity. TVA now seeks

dismissal of the complaint against it, arguing that Triangle cannot state a claim for common law

indemnity under Kentucky law.

### STANDARD

A motion to dismiss under Fed. R. Civ. P. 12(b)(6) should be granted only if "there is no set

of facts that would allow plaintiff to recover." *Persian Galleries, Inc. v. Transcontinental Ins. Co.*,

1

38 F.3d 253, 258 (6th Cir. 1994).  "When considering a motion to dismiss pursuant to Rule 12(b)(6)

of the Federal Rules of Civil Procedure, the district court must accept all of the allegations in the

complaint as true, and construe the complaint liberally in favor of the plaintiff."  *Lawrence v.*

*Chancery Court of Tennessee*, 188 F.3d 687, 691 (6th Cir. 1999)(citing *Miller v. Currie*, 50 F.3d

373, 377 (6th Cir. 1995)).  However, a "complaint must contain either direct or inferential allegations

respecting all the material elements to sustain a recovery under some viable legal theory." *Andrews*

*v. Ohio*, 104 F.3d 803, 806 (6th Cir. 1997) (citing *In re DeLorean Motor Co.*, 991 F.2d 1236, 1240

(6th Cir.1993)).

## DISCUSSION

Judge McKinley recently addressed this question in a parallel proceeding, and the Court

adopts his reasoning in this case as well:

> A claim has been asserted against TVA; therefore, if there is proof of fault on
> the part of TVA, an apportionment instruction is proper under Kentucky law.  The
> only claim, however, that would preclude dismissal is the indemnity claim.  Triangle
> cites the Kentucky Supreme Court case of *Degener v. Hall Contracting Corp.*, Ky.,
> 27 S.W.3d 775 (2000), which held that common law indemnity was not abrogated
> by the adoption of comparative fault.  While this is true, the facts of this case as
> alleged in the Third Party Complaint do not support a claim of common law
> indemnity.
>
> This area of the law has generated much confusion but the simple answer in
> this case is that the allegations of the Third Party Complaint do not state an indemnity
> claim. [Horace Garland] was allegedly exposed to asbestos while working at TVA
> [and other worksites in McCracken County].  Even accepting as true Triangle's
> assertion that it was not a supplier or manufacturer of asbestos material, but only an
> installer, its fault, if any, in this case will be limited by comparative fault to that
> which the jury decides it directly caused through its own conduct.
>
> An indemnity claim "is available to one exposed to liability because of the
> wrongful act of another with whom he/she is not in pari delicto."  *Degener*, 27
> S.W.3d, at 780.  Unlike the facts of the seminal case of *Brown Hotel Co. v.
> Pittsburgh Fuel Co.*, 311 Ky. 396, 224 S.W.2d 165 (1949),and the facts of *Degener*

2

and the cases cited therein, the wrongful acts of TVA, if any, will not expose Triangle to liability.  It is only the wrongful acts of Triangle which will expose it to liability.

*Frances Dee Hall v. Owens-Corning Fiberglas, et al.*, 4:01CV-191-M, slip op. at 1-2.

Since the dismissal of TVA removes this Court's jurisdiction over this case, this matter will be remanded to McCracken Circuit Court.

This is the 17 day of December, 2001.

Thomas B. Russell, Judge
United States District Court

ENTERED
DEC 18 2001
JEFF... APPERSON, CLERK
BY
DEPUTY CLERK

3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:01CV-260-R

HORACE GARLAND, et al.                                          PLAINTIFFS

v.

TRIANGLE ENTERPRISES, INC., et al.                             DEFENDANTS

TRIANGLE ENTERPRISES, INC.                                     DEFENDANT/
                                                        THIRD PARTY PLAINTIFF

v.

TENNESSEE VALLEY AUTHORITY                      THIRD PARTY DEFENDANT

## ORDER

This matter having come before the Court on the motion of the Third Party Defendant to

dismiss (dkt # 3), the Third Party Plaintiff having responded thereto (dkt # 14), a timely reply having

been filed (dkt # 16), and the Court otherwise being sufficiently advised,

**IT IS ORDERED:**

The motion to dismiss (dkt # 3) is **GRANTED**.  This matter is hereby **REMANDED** to

McCracken County Circuit Court.

Entered this 17 day of December, 2001.

Thomas B. Russell, Judge
United States District Court

cc: Counsel of record

ENTERED
DEC 18 2001
JEFFREY A. PERSON, CLERK
BY
DEPUTY CLERK

1

# UNITED STATES DISTRICT COURT
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
### DOCKET NO. 875

## IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
### CONDITIONAL TRANSFER ORDER CTO-208

THIS DOCUMENT RELATES TO CTO-208 AS IT PERTAINS TO THE FOLLOWING ACTIONS WHICH WERE TRANSFERRED FROM THE FEDERAL DISTRICT COURT, WESTERN DISTRICT OF KENTUCKY AT PADUCAH

| | | |
|---|---|---|
| 5:01CV-254 | J. PAUL and MARY CARNEAL | |
| 5:01CV-249 | RONNIE D. BEAN | |
| 5:01CV-260 | HORACE and MARTHA GARLAND | PLAINTIFFS |

v.

TRIANGLE ENTERPRISES, INC., ET AL                    DEFENDANTS

---

## ORDER

---

Upon Motion of the Plaintiffs to vacate the Conditional Transfer Order for lack of jurisdiction, and this Court having the considered the Orders of Judge Thomas Russell and Judge Edward Johnstone for the United States District Court for the Western District of Kentucky at Paducah, and this Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED and the Conditional Transfer Order is hereby vacated.

ENTERED this _____ date of _____, 200____.


_____
**Judge, Multi-District Litigation**

Tendered by:

Joseph D. Satterley
Sales, Tillman & Wallbaum
325 West Main Street, Suite 1900
Louisville, KY 40202
**COUNSEL FOR PLAINTIFFS**

## Paul Carneal - Service List

John B. Moore
**Phillips, Parker, Orberson, & Moore**
716 West Main Street - Suite 300
Louisville, Kentucky 40202
*Counsel for Owens Illinois;*
*National Service Industries*

Hugh B. Bright, Jr.
M. Denise Moretz
Michael J. King
**Woolf, McClane, Bright, Allen & Carpenter**
P.O. Box 900
900 S. Gay Street
900 Riverview Tower
Knoxville, TN 37901-0900
*Counsel for National Service Industries*

Stephen Bowers
**Hawkins & Parnell**
4000 Sun Trust Plaza
303 Peachtree Street, N.E.
Atlanta GA 30308-3243
*Counsel for Flexitallic, Inc.*

Frank P. Hilliard
**Hawkins & Parnell**
380 Starks Building
455 South Fourth Avenue
Louisville, Kentucky 40202
*Counsel for Flexitallic, Inc.*

John K. Gordinier
**Pedley, Zielke, Gordinier, & Pence**
1150 Starks Building
455 South Fourth Avenue
Louisville, Kentucky 40202
*Counsel for Anchor Packing Co.; Garlock*

Scott T. Dickens
**Tachau, Maddox, Hovious & Dickens**
200 South Fifth Street
Suite 200 North
First Trust Centre
Louisville, Kentucky 40202
*Counsel for General Electric Co.*

Albert F. Grasch, Jr.
**Grasch, Walters, & Cowen**
302 West High Street
Lexington, Kentucky 40507
606-253-9506
*Counsel for Westinghouse Electric Corp.*

Max S. Hartz
**McCarroll, Nunley & Hartz**
111 East Third Street
P.O. Box 925
Owensboro, Kentucky 42303-0925
*Counsel for John Crane*

Joseph Myers
**Frost Brown Todd**
3200 Aegon Center
400 West Market Street
Louisville, Kentucky 40202
*Counsel for Triangle Insulation*

Richard C. Roberts
**Whitlow, Roberts, Houston & Straub**
P.O. Box 995
Paducah, Kentucky 42002
*Counsel for 3M*

John Sheffer
National City Tower
101 South Fifth Street, Suite 1600
Louisville, KY 40202
*Counsel for Lincoln Electric*

D. Patterson Gloor
Michael J. Hennig
**Cassiday, Schade & Gloor**
20 North Wacker Drive, Suite 1040
Chicago, Illinois 60606
*Counsel for Lincoln Electric*

Thomas C. Smith
**Ziegler & Schneider**
541 Buttermilk Pike, Suite 500
P.O. Box 175710
Covington, Kentucky 41017
*Counsel for Flintkote*

Robert C. Ewald
**Wyatt, Tarrant & Combs**
Citizens Plaza
Louisville, Kentucky 40202
*Counsel for Rapid American Corp.*

## Ronald Bean - Service List

John B. Moore
**Phillips, Parker, Orberson, & Moore**
716 West Main Street - Suite 300
Louisville, Kentucky 40202
*Counsel for Owens Illinois;*
*National Service Industries*

Hugh B. Bright, Jr.
M. Denise Moretz
Michael J. King
Woolf, McClane, Bright, Allen & Carpenter
P.O. Box 900
900 S. Gay Street
900 Riverview Tower
Knoxville, TN 37901-0900
*Counsel for National Service Industries*

Stephen Bowers
**Hawkins & Parnell**
4000 Sun Trust Plaza
303 Peachtree Street, N.E.
Atlanta GA 30308-3243
*Counsel for Flexitallic, Inc.*

Frank P. Hilliard
**Hawkins & Parnell**
380 Starks Building
455 South Fourth Avenue
Louisville, Kentucky 40202
*Counsel for Flexitallic, Inc. and North Brothers*

John K. Gordinier
**Pedley, Zielke, Gordinier, & Pence**
1150 Starks Building
455 South Fourth Avenue
Louisville, Kentucky 40202
*Counsel for Anchor Packing Co.; Garlock*

Christopher D. Lee
Robert F. Barron II
**Kahn, Dees, Donovan & Kahn**
P.O. Box 3646
305 Federal Union Building
Evansville, IN 47735
*Counsel for Combustion Engineering, Inc.*

Scott T. Dickens
**Tachau, Maddox, Hovious & Dickens**
200 South Fifth Street
Suite 200 North
First Trust Centre
Louisville, Kentucky 40202
*Counsel for General Electric Co.*

Albert F. Grasch, Jr.
**Grasch, Walters, & Cowen**
302 West High Street
Lexington, Kentucky 40507
606-253-9506
*Counsel for Westinghouse Electric Corp.*

Max S. Hartz
**McCarroll, Nunley & Hartz**
111 East Third Street
P.O. Box 925
Owensboro, Kentucky 42303-0925
*Counsel for John Crane*

Joseph Myers
**Frost Brown Todd**
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202
*Counsel for Triangle Insulation*

Richard C. Roberts
**Whitlow, Roberts, Houston & Straub**
P.O. Box 995
Paducah, Kentucky 42002
*Counsel for 3M*

Thomas C. Smith
**Ziegler & Schneider**
541 Buttermilk Pike, Suite 500
P.O. Box 175710
Covington, Kentucky 41017
*Counsel for Flintkote*

Robert C. Ewald
**Wyatt, Tarrant & Combs**
Citizens Plaza
Louisville, Kentucky 40202
*Counsel for Rapid American Corp.*

## HORACE GARLAND  -  SERVICE LIST

David P. Chervenick
**Goldberg, Persky, Jennings & White**
1030 Fifth Avenue, Third Floor
Pittsburgh, PA 15219-6295
*Co-Counsel for Plaintiffs*

Joseph Myers
**Frost Brown Todd**
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202
*Counsel for Triangle Insulation*

John B. Moore
**Phillips, Parker, Orberson, & Moore**
716 West Main Street - Suite 300
Louisville, Kentucky 40202
*Counsel for National Service Industries
(North Brothers)*

Hugh B. Bright, Jr.
M. Denise Moretz
Michael J. King
**Woolf, McClane, Bright, Allen & Carpenter**
P.O. Box 900
900 S. Gay Street
900 Riverview Tower
Knoxville, TN 37901-0900
*Counsel for National Service Industries
(North Brothers)*

Stephen Bowers
**Hawkins & Parnell**
4000 Sun Trust Plaza
303 Peachtree Street, N.E.
Atlanta GA 30308-3243
*Counsel for Certainteed Corp., Flexitallic;
Quigley Co.; Pfizer, Inc.; Federal Mogul
Products, Inc. f/k/a Turner & Newell*

Frank P. Hilliard
380 Starks Building
455 South Fourth Avenue
Louisville, KY 40202
*Counsel for Certainteed Corp., Flexitallic,
Quigley Co. and Pfizer, Inc.*

Rebecca Schupbach
**Stites & Harbison**
1800 Aegon Center
400 West Market Street
Louisville, KY 40202
*Counsel for AcandS;
Georgia-Pacific Corporation*

Albert F. Grasch, Jr.
**Grasch, Walters, & Cowen**
302 West High Street
Lexington, Kentucky 40507
*Counsel for Westinghouse Electric Corp.*

Scott T. Dickens
**Tachau, Maddox, Hovious & Dickens**
200 South Fifth Street
Suite 200 North
First Trust Centre
Louisville, Kentucky 40202
*Counsel for General Electric Co.*

Robert C. Ewald
**Wyatt, Tarrant & Combs**
Citizens Plaza
Louisville, Kentucky 40202
*Counsel for Rapid American Corp.*

Craig R. Banford
**Huddleston, Bolen, Beatty,  Porter & Copen**
611 Third Avenue
P.O. Box 2185
Huntington, WV  25722-2185
*Counsel for A.P. Green, Harbison Walker, and
Dresser Industries*

Wendell S. Roberts
**Gray, Woods & Cooper**
1505 Carter Avenue, Suite 200
P.O. Box 70
Ashland, KY  41105-0070
*Counsel for North American Refractories Co.*

Linda M. Hopgood
771 Corporate Drive
Suite 610
Lexington, KY  40503
*Counsel for General Refractories*

Brent D. Benjamin
Jack M. Rife, Jr.
**Robinson & McElwee**
P.O. Box 1791
Charleston, WV  25326
*Counsel for Kaiser Aluminum & Chemical*

Dennis F. Wolford
**Reed, Luce, Tosh, Wolford & Douglass**
804 Turnpike Street
Beaver, PA  15009-2114
*Counsel for Plibrico Company;*
*Robertson-Ceco Corporation*

Thomas C. Smith
**Ziegler & Schneider**
541 Buttermilk Pike, Suite 500
P. O. Box 175710
Covington, KY 41017-5710
*Counsel for The Flintkote Company*

Max S. Hartz
**McCarroll, Nunley & Hartz**
111 East Third Street
P.O. Box 925
Owensboro, Kentucky 42303-0925
*Counsel for John Crane*

John K. Gordinier
**Pedley, Zielke, Gordinier & Pence**
1150 Starks Building
455 South Fourth Avenue
Louisville, KY 40202
*Counsel for Anchor Packing  & Garlock*

Harry K. Herren
Jill F. Lowenbraun
**Woodward, Hobson & Fulton**
2500 National City Tower
Louisville, KY 40202-3175
*Counsel for Metropolitan Life*

Sheila L. Birnbaum
**Skadden, Arps, Slate, Meagher & Flom**
919 Third Avenue
New York, NY 10022
*Counsel for Metropolitan Life*

Whitni J. Cayce
**Boehl, Stopher & Graves**
410 Broadway
Paducah, KY 42001
*Counsel for Lucey Boiler Co.*

Palmer G. Vance II
Bennett Clark
**Stoll, Keenon & Park**
300 West Vine Street, Suite 2100
Lexington, KY 40507
*Counsel for Brauer Supply Co.*

Stephen E. Smith, Jr.
**McMurry & Livingston**
P.O. Box 1700
Paducah, KY 42002-1700
*Counsel for Henry A. Petter Supply Co.*

James B. Brien, Jr.
**Neely & Brien**
238 North 7th Street
P.O. Box 708
Mayfield, KY 42066-0708
*Counsel for Lapp Insulator*

Edwin W. Small
Asst General Counsel
Tennessee Valley Authority
400 W. Summit Hill Drive
Knoxville, TN 37902-1499