12/28/01 FRI 15:47 FAX 662 378 3413   HENDERSON DANTONE   @003

Case MDL No. 875   Document 3369   Filed 01/02/02   Page 1 of 1

A4B

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 2 2002

FILED
CLERK'S OFFICE

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

JIMMIE DIXON, ET AL.                                          PLAINTIFFS

V.                                                            CAUSE NO. 4:01CV227-M-B

CCR, INC., SAMUEL J. HEYMAN, ET AL.                           DEFENDANTS

## ORDER

In accordance with the memorandum opinion this day issued, it is **ORDERED** that the plaintiffs' motion to remand and motion for abstention be **GRANTED**. This case is hereby remanded to the Circuit Court of Washington County, Mississippi, for further proceedings.

This the 21st day of December, 2001.

*[signature]*

MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE

MDL- 875
RECOMMENDED ACTION

Vacate CTO-207 + HO
Approved/Date: MJL  1/2

IMAGED JAN 4 '02