JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 2 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Jimmie Dixon, et al. v. CCR, Inc., et al.*, N.D. Mississippi, C.A. No. 4:01-227

### ORDER VACATING CONDITIONAL TRANSFER ORDER
### AND VACATING THE JANUARY 31, 2002 HEARING SESSION

A conditional transfer order was filed in this action (*Dixon*) on November 8, 2001. Prior to expiration of the mandatory fifteen-day stay of execution, plaintiffs in *Dixon* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. *Dixon* was then remanded to the Circuit Court of Washington County, Mississippi, by the Honorable Michael P. Mills in an order signed on December 21, 2001.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-207" filed on November 8, 2001, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 13, 2001, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

IMAGED JAN 4 '02