JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 875**

JAN - 7 2002

FILED
CLERK'S OFFICE

REQUEST BY DEFT. MINNESOTA MINING
& MANUFACTURING CO. FOR EXTENSION
OF TIME TO FILE REPLY -- DENIED
mjb 1/7/02

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL Docket No. 875 |

MARILYN TRIPLETT, Executrix of the Estate of )
JAMES K. TRIPLETT deceased, and )
MARILYN E. TRIPLETT, individually )
                                              )
         Plaintiff                            )
                                              )   Case No: 3:01-CV-11-S
                                              )   W.D. Kentucky
v.                                            )   Judge Charles R. Simpson, III
                                              )
MINNESOTA MINING AND                          )
MANUFACTURING CO.                             )
                                              )
         Defendant                            )

### MINNESOTA MINING AND MANUFACTURING COMPANY'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR TRANSFER OF CASE TO THE EASTERN DISTRICT OF PENNSYLVANIA FOR INCLUSION IN THE MDL-875 DOCKET AS A TAG-ALONG ACTION

* * * * *

Comes now the Defendant, Minnesota Mining and Manufacturing Company ("3M"), by counsel, for its motion for extension of time to file a reply brief in support of its motion to transfer this case to the Eastern District of Pennsylvania for inclusion in the MDL-875 Docket as a "tag-along action" and states as follows:

**OFFICIAL FILE COPY**     IMAGED JAN 8 '02

Pursuant to the Rules of Procedure of the J.P.M.L., 3M was entitled to file a reply brief in support of its motion to transfer this case to the MDL-875 docket. On December 28, 2001, 3M filed in the Western District of Kentucky a motion for extension of time until January 15, 2002 to file a reply brief on 3M's motion to stay proceedings in that Court and inadvertently filed a motion in the same court requesting an extension of time to file its reply brief in support of its motion to transfer to the Eastern District of Pennsylvania. (Copy enclosed).

3M now respectfully moves the Court to grant it an extension until January 15, 2002 to file its reply brief in support of its motion for transfer of this case to the Eastern District of Pennsylvania for inclusion in the MDL-875 docket as a "tag-along action." 3M apologizes for any inconvenience to the Court for the inadvertent filing of this motion in the Western District of Kentucky, although it submits that no party has been prejudiced as a result.

A tendered order is attached.

Respectfully submitted,

THOMPSON MILLER & SIMPSON PLC

Byron N. Miller
The LG&E Building, Suite 1700
220 W. Main Street
Louisville, Kentucky 40202
(502) 585-9900
COUNSEL FOR DEFENDANT
MINNESOTA MINING AND
MANUFACTURING COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served via U.S. Mail this 4th day of January, 2002 upon the following:

| Counsel | Phone<br>Fax | Description |
| --- | --- | --- |
| Wodka, Steven H.<br>577 Little Silver Point Road<br>P.O. Box 66<br>Little Silver, New Jersey 07739-0066 | (732) 530-2815<br>(732) 530-3627 | Co-Counsel for Plaintiff |
| Scott, David V.<br>Scott & Forrest<br>409 Bank Street<br>P. O. Box 785<br>New Albany, Indiana 47151-0785 | (812) 945-9151<br>(812) 945-6131 | Co-Counsel for Plaintiff |
| Priddy, Alton D.<br>Priddy, Isenberg, Miller & Meade P.S.C.<br>Suite 800<br>429 W. Muhammad Ali Blvd.<br>Louisville, Kentucky 40202 | (502) 587-8600<br>(502) 569-2744 | Co-Counsel for Plaintiff |
| United States District Court<br>Western District of Kentucky<br>106 Gene Snyder, U. S. Courthouse<br>601 W. Broadway<br>Louisville, KY 40202-2249 | (502) 625-3500<br>(502) 625-3880 | |
| Locks, Gene<br>Greitzer & Locke<br>1500 Walnut Street<br>Philadelphia, PA 19102 | (215) 893-0100 | Plfs. Liaison Counsel |
| Binzley, Richard C.<br>Thompson Hine, LLP<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | (215) 566-5579<br>(216) 566-5583 | Lead Counsel for Defts. in the Seamen Cases |
| Case, Edward J.<br>Gallagher, Sharp, Fulton & Norman<br>Bulkey Building<br>7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | (216) 241-5310 | Counsel for the Goodall Defts. |

| Counsel | Phone Fax | Description |
|---|---|---|
| Damico, David A. Burns, White & Hickton 2400 Fifth Avenue Place 120 Fifth Avenue Pittsburgh, PA 15222 | (412) 394-2500 | FELA Defts. |
| Forceno, Raymond P. Forceno & Hannon Philadelphia Bourse Building Suite 1000 Independence Mall East Philadelphia, PA 19106 | (215) 732-1630 | FELA Pltfs. |
| Furman, Ellen E. Goldfein & Joseph 1600 Market Street 33rd Floor Philadelphia, PA 19103 | (215) 979-8200 (215) 979-8201 | National Counsel |
| Hanson, Susan M. Stitch, Angell, Kridler & Muth, P.A. The Crossings, Suite 120 250 2nd Avenue South Minneapolis, MN 55401 | (612) 333-6251 | National Counsel |
| Landin, David C. Hunton & Williams Riverfront Plaza East Tower 951 East Byrd Street Richmond, VA 23219 | (804) 788-8200 (804) 877-8218 | Peripheral Deft. |
| Motley, Ronald L. Ness, Motley, Loadholt, Richardson & Poole 28 Bridgeside Blvd. P.O. Box 1792 Mt. Pleasant, SC 29465 | (843) 216-9000 | Pltfs. Liaison Counsel |
| Kramer, Reginald S. Oldham & Dowling 195 South Main Street Suite 300 Akron, OH 44308 | (330) 762-7377 (330) 762-7390 | National Counsel |

| | | |
|---|---|---|
| Repcheck, John J.<br>Marke O'Neill<br>3200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | (412) 391-6171 | Peripheral Deft. |
| Roven, John D.<br>John Roven & Associates<br>2190 North Loop West<br>Suite 410<br>Houston, TX 77018 | (713) 465-8522<br>(713) 465-3658 | FELA Pltfs. |
| Schuster, Richard D.<br>Vorys, Jasons, McGuire & Spinelli, L.L.P.<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216 | (614) 464-6438 | National Coordinating Counsel for BF Goodrich Co. |
| Spinelli, Robert N.<br>Kelley, Jasons, McGuire & Spinelli, L.L.P.<br>Centre Square West<br>19th Floor<br>Philadelphia, PA 19102 | (215) 854-0658<br>(215) 854-8434 | Defts. Liaison Counsel |
| Swickle, Robert E.<br>Jaques Admiralty Law Firm, P.C.<br>1370 Penobscot Building<br>Detroit, MI 48226 | (313) 961-1080 | National Counsel |
| Trevelise, Andrew J.<br>Reed Smith LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 | (215) 851-8250 | Defts. Liaison Counsel |
| Selman, Neil<br>Selman, Breitman & Burgess<br>11766 Wilshire Boulevard<br>Sixth Floor<br>Los Angeles, CA 90025 | | National Counsel |
| Weston, II., James K.<br>Tom Riley Law Firm<br>4040 First Avenue, N.E.<br>P.O. Box 998<br>Cedar Rapids, IA 52406 | (319) 363-4040 | National Counsel for Raymark Industries, Inc. per letter dated 4/16/97 |

| Chud, Adam. Shea & Gardner 1800 Massachusetts Avenue, N.W. Washington, DC 20036 | (202) 828-3005 (202) 828-2195 | JPML Service Counsel for Center for Claims Resolution |
|---|---|---|

Byron N. Miller
COUNSEL FOR DEFENDANT



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CAUSE NO. 3:01-CV-11-S

MARILYN E. TRIPLETT, Executrix of the                           PLAINTIFF
Estate of JAMES K. TRIPLETT, deceased,
and MARILYN E. TRIPLETT, Individually

v.        **DEFENDANT 3M'S
          MOTION FOR EXTENTION OF TIME**

MINNESOTA MINING AND MANUFACTURING CO.,                         DEFENDANT

* * * * *

Defendant, Minnesota Mining and Manufacturing Company ("3M"), by counsel, respectfully moves the Court pursuant to Federal Rule of Civil Procedure 6 and Local Rule 7.1(b) for an extension of time to file its Response to Plaintiff's Motion to Compel, its Reply in Support of 3M's Motion for Protective Order and for a Temporary Stay, and its Reply in Support of 3M's Motion to Transfer this Action to the Eastern District of Pennsylvania.

In plaintiff's Response to 3M's Motion for a Temporary Stay, plaintiff submitted a proposal to address the discovery dispute intertwined within all of these motions. Plaintiff's response was mailed on December 18, 2001 -- three (3) business days before the Christmas holiday. Given that many persons are unavailable over the holiday season, and given the fact that plaintiff's proposal must be vetted with 3M's national counsel and 3M itself, a response is not feasible until after the holiday season.

Additionally, 3M must prepare three legal memorandua; one due on New Year's Eve and two due on the day after New Year's. As such, 3M respectfully requests a brief extension of

12/28/01

time until January 15, 2002 to file its Response to Plaintiff's Motion to Compel, its Reply in Support of 3M's Motion for Protective Order and for a Temporary Stay, and its Reply in Support of 3M's Motion to Transfer.

A tendered Order is attached.

        Respectfully submitted,

        THOMPSON MILLER & SIMPSON PLC

        Byron N. Miller
        Clay M. Stevens
        The LG&E Building, Suite 1700
        220 W. Main Street
        Louisville, Kentucky 40202
        (502) 585-9900
        COUNSEL FOR DEFENDANT
        MINNESOTA MINING AND
        MANUFACTURING COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served via U.S. Mail this 28th day of December, 2001 upon the following:

Steven H. Wodka
577 Little Silver Point Road
P.O. Box 66
Little Silver, New Jersey 07739-0066
Co-Counsel for Plaintiff

David V. Scott
Scott & Forrest
409 Bank Street
P. O. Box 785
New Albany, Indiana 47151-0785
Co-Counsel for Plaintiff

_____
Clay M. Stevens

3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CAUSE NO. 3:01-CV-11-S

MARILYN E. TRIPLETT, Executrix of the　　　　　　　　　　　　　　　PLAINTIFF
Estate of JAMES K. TRIPLETT, deceased,
and MARILYN E. TRIPLETT, Individually

v.　　　　　　　　　　　　　　**ORDER**

MINNESOTA MINING AND MANUFACTURING CO.,　　　　　　　　　DEFENDANT

\* \* \* \* \*

Motion having been made by the Defendant, 3M, by counsel, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Defendant 3M's motion for extension of time is **GRANTED** and Defendant 3M shall file by January 15, 2002 its Response to Plaintiff's Motion to Compel, its Reply in Support of 3M's Motion for Protective Order and to Stay Proceedings, and its Reply in Support of 3M's Motion to Transfer.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE,
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Date

Tendered by:

*[signature]*

Byron N. Miller, Esq.
Clay M. Stevens
THOMPSON MILLER & SIMPSON PLC
The LG&E Building, Suite 1700
220 W. Main Street
Louisville, Kentucky 40202
(502) 585-9900

COUNSEL FOR DEFENDANT
MINNESOTA MINING AND
MANUFACTURING COMPANY