**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 8 2002

FILED
CLERK'S OFFICE

# WATERS & KRAUS, LLP

C. ANDREW WATERS*
PETER A. KRAUS**

Gayle M. Moriola
David C. Greenstone
Barry L. Bobbitt
B. Scott Kruka
Rhonda Sullivan Cleaves
Ashley Watkins McDowell
Troyce G. Wolf
F. Leighton Durham, III
Jeffrey B. Simon
Darren P. McDowell

*Licensed in Texas, California,
North Carolina, and District of
Columbia
**Licensed in Texas and Virginia

3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
Telephone 214-357-6244
Telecopier 214-357-7252

200 Oceangate, Suite 520
Long Beach, California 90802
Telephone 562-436-8833
Telecopier 562-590-7296

10231 Warwick Blvd.
Newport News, Virginia 23601
Telephone 757-223-1275
Telecopier 757-223-1276

Of Counsel:
Charles S. Siegel
†Jonathan A. Smith-George
Charles E. Lance

‡Michael L. Armitage
Ron C. Eddins
Melissa A. Miles
Leslie C. MacLean
††George G. Tankard, III
‡‡Maryam Hosseini
Dana Casselli Fox
Tanja K. Martini
Michelle B. Norton
Nelda Talamantes

†Licensed in Virginia only
‡Licensed in California and
Louisiana
††Licensed in Maryland,
District of Columbia and Texas
‡‡Licensed in California only

PLEASE RESPOND TO THE DALLAS OFFICE

January 8, 2002

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

**VIA FACSIMILE**

Re:   MDL Docket No. 875 as to:

Harry Joe Hyder, et al v. ACandS, Inc., et al; Civil Action No. H-01-3602
U.S. District Court, Southern District of Texas – Houston Division

Donald Coy, et al v. ACandS, Inc., et al; Civil Action No. H-01-3603
U.S. District Court, Southern District of Texas – Houston Division

Marin LaBounty, et al v. ACandS, Inc., et al; Civil Action No. H-01-3604
U.S. District Court, Southern District of Texas – Houston Division

Michael Miller and Sherry Miller v. AcandS, Inc., et al; Civil Action No. H-01-3605
U.S. District Court, Southern District of Texas – Houston Division

Melissa Anderson and Maydell Roy, Individually and as Personal Representative of the
Heirs and Estate of Milton Babineaux, Deceased, et al., v. ACandS, Inc., et al;
Civil Action No. H-01-3606
U.S. District Court, Southern District of Texas – Houston Division

PLEADING NO. 3372

**OFFICIAL FILE COPY**

IMAGED JAN 11 '02

Dear Mr. Beck:

This letter is in reference to the Motion and Brief to Vacate the Conditional Transfer Order (CTO-208) filed on December 28, 2001, in the above-referenced cases as well as the subsequently filed Notice of Supplemental Authority. This letter serves to correct the style name for Civil Action No. H-01-3605.

Please find attached the correct style name for this case. By copy of this letter, all involved counsel are also being served with this corrected case style.

Thank you for your attention to this matter.

Sincerely,

Michelle B. Norton

cc:   Involved Counsel for Schedule CTO-208 – Docket No. 875 (see attached list)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL MILLER and SHERRY MILLER; FRANCES SCOTT and RALPH SCOTT; LARRY WHEELER and LOU WHEELER; and GORDON WICKER and PATRICIA WICKER | § § § § § § | |
| Plaintiffs | § § § | Case No. H-01-3605 |
| v. | § § § | |
| ACandS, Inc., Defendants. | § § § | |

**PANEL SERVICE LIST (Excerpted from CTO-208)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Hyder, et al. v. Able Supply Co., et al.*, S.D. Texas, C.A. No. 4:01-3602
*Coy, et al. v. Able Supply Co., et al.*, S.D. Texas, C.A. No. 4:01-3603
*LaBounty, et al. v. ACandS, Inc., et al.*, S.D. Texas, C.A. No. 4:01-3604
*Miller, et al. v. Able Supply Co., et al.*, S.D. Texas, C.A. No. 4:01-3605
*Anderson, et al. v. Able Supply Co., et al.*, S.D. Texas, C.A. No. 4:01-3606

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Melissa K. Ferrell
Segal, McCambridge, Singer
& Mahoney
400 West 15th Street
Suite 700
Austin, TX 78701

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Shelby A. Jordan
Jordan Hyden, et al.
500 North Shoreline
Suite 900 North
Corpus Christi, TX 78471

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Charles S. Siegel
Waters & Kraus, LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

| MDL FAX LIST | FAX NUMBERS |
| --- | --- |
| Richard C. Binzley | 216-566-5800 |
| Susan M. Hansen | 612-332-4025 |
| John D. Roven | 713-465-3658 |
| Edward J. Cass | 216-241-1608 |
| Shelby A. Jordan | 361-888-5555 |
| Richard D. Schuster | 614-464-6350 |
| Adam M. Chud | 202-828-2195 |
| Reginald S. Kramer | 330-762-7390 |
| Neil Selman | 310-473-2525 |
| David A. Damico | 412-281-1352 |
| David C. Landin | 804-788-8218 |
| Melissa K. Ferrell | 512-476-7832 |
| Gene Locks | 215-985-2960 |
| Robert N. Spinelli | 215-854-8434 |
| Raymond P. Forceno | 215-923-8507 |
| Ronald L. Motley | 843-216-9450 |
| Robert E. Swickle | 313-961-5275 |
| Ellen B. Furman | 215-979-8201 |
| John J. Repcheck | 412-391-8804 |
| Andrew J. Trevelise | 215-851-1420 |
| James K. Weston, II | 319-363-9789 |

# WATERS & KRAUS, LLP

3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
Telephone: 214-357-6244
Facsimile: 214-357-7252

## TRANSMITTAL SHEET

**DATE:** January 8, 2002

**TO:** Ms. Reed
Judicial Panel

**FAX #:** 202-502-2888

**FROM:** Michelle Norton

**RE:** Motion and Brief to Vacate CTO-208 and Notice of Supplemental Authority

NUMBER OF PAGES: 2
COMMENTS:
Ms. Reed,
Thank you again for your attention to this matter. Please call and confirm that the correction has been made. Thank you again.

This message is intended only for the use of the addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

IF ANY PART OF THIS TRANSMISSION WAS INCOMPLETE OR IF YOU HAVE ANY QUESTIONS, PLEASE CALL (214) 357-6244 and ask for extension 244.
THANK YOU.