# MDL 875

# THOMPSON MILLER & SIMPSON PLC
## Attorneys At Law

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 0 9 2002

FILED
CLERK'S OFFICE

BYRON N. MILLER, ESQ.
bmiller@tmlawplc.com
Direct Dial: (502) 357-1903

REQUEST BY DEFT. MINNESOTA MINING
& MANUFACTURING CO. FOR EXTENSION
OF TIME TO FILE REPLY -- GRANTED TO
AND INCLUDING JANUARY 9, 2002
mjb 1/9/02

January 9, 2002

**VIA FACSIMILE AND U.S. MAIL**

Michael J. Beck, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

Re:   MDL Docket No. 875
      **Triplett, et al. v. Minnesota Mining and Manufacturing Company**
      Civil Action No. 3:01-CV-11-S

Dear Mr. Beck:

Please accept for filing Minnesota Mining and Manufacturing Company's Reply Brief in Support of Its Motion for Transfer of Case to the Eastern District of Pennsylvania for Inclusion in the MDL-875 Docket as a Tag-Along Action. Thank you for your kind assistance.

Very truly yours,

THOMPSON MILLER & SIMPSON PLC

Byron N. Miller

BNM/dlf

IMAGED JAN 11 '02

The LG&E Building • Suite 1700 • 220 West Main Street
Louisville, Kentucky 40202
Telephone (502)-585-9900  Fax (502)-585-9993

**OFFICIAL FILE COPY**