**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 10 2002

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*James E. Bass and Helen A. Bass v. Owens-Illinois Inc., et al.*, D. South Carolina, C/A No. 2:01-4455

NOTICE OF OPPOSITION
PURSUANT TO RULE 12 OF THE RULES OF PROCEDURE
OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Pursuant to Rule 12(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the plaintiffs hereby file Notice of Opposition to the Conditional Transfer Order entered on December 28, 2001, in the above-cited case by the Clerk of the Panel transferring this action to the U.S. District Court for the Eastern District of Pennsylvania (MDL Docket No. 875).

In accordance with Rule 12(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the plaintiffs, within 15 days of the filing of this Notice of Opposition, will file a motion to vacate the Conditional Transfer Order and brief in support thereof.

Respectfully submitted,

NESS, MOTLEY, LOADHOLT, RICHARDSON
AND POOLE

By: _____
V. Brian Bevon, Esquire
Federal Court ID No. 6425
28 Bridgeside Boulevard
Post Office Box 1792
Mt. Pleasant, SC 29465
(843) 216-9000

ATTORNEYS FOR PLAINTIFFS

January _____, 2002
Charleston, South Carolina

IMAGED JAN 11 '02

OFFICIAL FILE COPY

*James E. Bass and Helen A. Bass v. Owens-Illinois Inc., et al.*, D. South Carolina, C/A No. 2:01-4455

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was sent by facsimile and Federal Express to Mr. Michael J. Beck, Clerk of the Panel, One Columbus Circle, NE, Thurgood Marshall Federal Judiciary Building, Room G-255, North Lobby, Washington, DC 20002-8004 and mailed to all counsel of record as shown on the attached Panel Service List, this ___ day of January, 2002.

Polly McGillivray

# INVOLVED COUNSEL FOR SCHEDULE CTO-209
## DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

John E. Ansbach
Heygood Orr & Reyes
4245 North Central Expressway
6th Floor
Dallas, TX 75205

Mel Bailey
Bailey Crowe & Kugler
4600 Bank of America Plaza
901 Main Street
Dallas, TX 75202

David A. Barfield
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207

David B. Barlow
Sidley, Austin, Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Steven T. Baron
Silber & Pearlman
2711 North Haskell Avenue
Suite 32
Dallas, TX 75204

Thomas P. Bernier
Goldfein & Hosmer
217 E. Redwood Street
21st Floor
Baltimore, MD 21202

V. Brian Bevon
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Paula H. Blazek
Bernsen, Jamail & Goodson, LLP
550 Fannin Street
P.O. Box 4915
Beaumont, TX 77004

Jack L. Block
Sachnoff & Weaver, Ltd.
30 South Wacker Drive
29th Floor
Chicago, IL 60606

Leslie J. Bobo
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225

John J. Boyd, Jr.
Lord & Whip, P.A.
120 West Layette Street
800 One Center Plaza
Baltimore, MD 21201

Michael J. Brickman
Ness, Motley, Loadholt, Richardson & Poole
P. O. Box 1137
Charleston, SC 29401

Pamela T. Broache
Lord & Whip, P.A.
800 Once Center Plaza
120 West Layette Street
Baltimore, MD 21201

W. Scott Brown
Forman, Perry, Watkins, Krutz & Tardy
1515 Poydras Street
Suite 1420
New Orleans, LA 70112

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 2220
3112 Canty Street
Pascagoula, MS 39569

Lisa N. Busch
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

Isaac K. Byrd, Jr.
Byrd & Associates
P.O. Box 19
Jackson, MS 39205

Larry G. Canada
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square, Suite 4040
701 Poydras Street
New Orleans, LA 70139

James R. Carter
Carter Law Offices
Commerce Bank Building, Suite 529
416 Main Street
Peoria, IL 61602

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
403 West North Avenue
Chicago, IL 60610

Michael P. Casey
Lewis, Rice & Fingersh
500 North Broadway, Suite 2000
St. Louis, MO 63102

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Paul V. Cassisa, Jr.
Bernard, Cassisa, Elliott & Davis
P.O. Box 1138
Oxford, MS 38655

William T. Causby
Nelson, Mullins, Riley & Scarborough
Keenan Building, 3rd Floor
1330 Lady Street
P.O. Box 11070
Columbia, SC 29211

INVOLVED COUNSEL FOR SCHEDULE CTO-209 (Cont.) MDL-875

PAGE 2

Damon J. Chargois
Foster & Sear
1201 N Watson
Suite 145
Arlington, TX 76006

Daniel J. Cheely
Bellande Cheely, O'Flaherty, Sargis & Ayres
19 South LaSalle Street, Suite 1203
Chicago, IL 60603

Stanley M. Chow
Char, Hamilton, Campbell & Thom
Mauka Tower, Suite 2100
737 Bishop Street
Honolulu, HI 93813

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David W. Clark
Bradley, Arant, Rose & White
188 East Capitol Street, Suite 450
P.O. Box 1789
Jackson, MS 39215

Gregory L. Cochran
McKenna, Storer, Rowe, White & Farrug
200 North LaSalle Street, Suite 3000
Chicago, IL 60601

J. P. Coleman
Baker, Donelson, Bearman & Caldwell
P. O. Box 14167
Jackson, MS 39236

P. J. Cone
Ness Motley Loadholt Richardson & Poole
2202 Jackson Street
P.O. Box 365
Barnwell, SC 29812

P. Jay Cone, II
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

John F. Conley
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

Larry E. Cotten
Kirkley, Schmidt & Cotten, L.L.P.
City Center II, Suite 2700
301 Commerce Street
Fort Worth, TX 76102

Kaye N. Courington
Duncan & Courington, L.L.C.
322 Lafayette Street
New Orleans, LA 70130

Ronald B. Cox
Bowers, Orr & Dougall, LLP
P.O. Box 25389
Columbia, SC 29224

Edward M. Crane
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Andrew J. Cross
Polsinelli, Shalton & Welte
100 South Fourth Street
Suite 1100
St. Louis, MO 63102

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Charles P. Dargo
Bruce P. Clark & Associates
Harrison Ridge Square
419 Ridge Road
Munster, IN 46321

William S. Davies, Jr.
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Building, 3rd Floor
P.O. Box 11070
Columbia, SC 29211

Maxon R. Davis
Davis, Hatley, Haffeman & Tighe, P.C.
100 River Drive North, Third Floor
Box 2103
Great Falls, MT 59401

L. Richard DeRobertis
Galiher, DeRobertis, Nakamura, Ono & Takitani
610 Ward Avenue, Suite 200
Honolulu, HI 96814

Mike Desautels
Delaney & Desautels
80 Wolf Road
6th Floor
Albany, NY 12205

Dennis J. Dobbels
Polsinelli, Shalton & Welte
700 West 47th Street
Suite 1000
Kansas City, MO 64112

David W. Dogan, III
Dogan & Wilkinson
P.O. Box 23062
Jackson, MS 39225

Thomas F. Dougall
Bowers, Orr & Dougall, LLP
P.O. Box 25389
Columbia, SC 29224

Jerome J. Duchowicz
O'Hagan, Smith & Amundsen, LLC
150 North Michigan Avenue
Suite 3300
Chicago, IL 60601

David Duke
Duke Law Firm
201 East Abram
Suite 760
Arlington, TX 76010

Maja C. Eaton
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

INVOLVED COUNSEL FOR SCHEDULE CTO-209 (Cont.) MDL-875                                    PAGE 3

Gary D. Elliston
DeHay & Elliston, L.L.P.
3500 Bank of America Plaza
901 Main Street
Dallas, TX 75202

James T. Estes, Jr.
Burke, Sakai, McPheeters, et al.
Grosvenor Center, Mauka Tower
737 Bishop Street
Honolulu, HI 96813

C. Michael Evert, Jr.
Evert & Weathersby
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

James J. Fabian
Pfeifer & Fabian
326 Saint Paul Place
Suite 100
Baltimore, MD 21202

Mark J. Fellman
Fellman Law Office
213 4th Street, East
Suite 200
St. Paul, MN 55101

Richard Young Ferguson
Johnson, Ferguson, Pipkin & Phillips
4900 Woodway
Suite 1100
Houston, TX 77056

Matthew J. Fischer
Schiff, Hardin & Waite
233 South Wacker Drive
6600 Sears Tower
Chicago, IL 60606

James L. Fletcher, Jr.
Duncan & Courington
322 Lafayette Street
New Orleans, LA 70130

James T. Foley
Foley & Boyd
First City Place
Suite 404
Tyler, TX 75702

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Richard L. Forman
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225

Laura A. Frase
Forman, Perry, Watkins, Krutz & Tardy
1349 Empire Central
Suite 400
Dallas, TX 75247

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

William Allen Galerston
Kleberg Law Firm
1800 Bering
Suite 400
Houston, TX 77057

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Beverly D. Garner
11720 Borman Drive
P.O. Box 28500
St. Louis, MO 63146

Mark W. Garriga
Butler, Snow, O'Mara, Stevens & Cannada
P. O. Box 22567
Jackson, MS 39225

William P. Gavin
Gavin Law Firm
17 Park Place
Professional Centre
Belleville, IL 62226

Charles H. Gibbs, Jr.
Sinkler & Boyd, P.A.
P.O. Box 340
Charleston, SC 29402

Robert L. Gibbs
Brunini, Grantham, Grower & Hewes
248 East Capitol Street
P.O. Box 119
Jackson, MS 39205

Donald E. Godwin
Godwin, White & Gruber, P.C.
901 Main Street
Suite 2500
Dallas, TX 75202

William F. Goodman, III
Watkins & Eager
P.O. Box 650
Jackson, MS 39205

Demarcus J. Gordon
Johnson & Bell, Ltd.
55 East Monroe Street
Suite 4100
Chicago, IL 60603

Kenneth M. Gorenberg
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 2800
Chicago, IL 60606

Leonard R. Gouveia, Jr.
888 Mililani Street
8th Floor
Honolulu, HI 96813

Dennis J. Graber
Hinshaw & Culbertson
521 West Main Street
Suite 300
Belleville, IL 62222

Robert M. Greenberg
Law Office Of Robert Greenberg
1201 North Watson Road
Suite 117
Arlington, TX 76006

INVOLVED COUNSEL FOR SCHEDULE CTO-209 (Cont.) MDL-875                                PAGE 4

Susan Gunty
Gunty & McCarthy
150 South Wacker Drive
Suite 1025
Chicago, IL 60606

Patrick N. Haines
Lanier Parker & Sullivan
1331 Lamar
Suite 1550
Houston, TX 77010

Robert E. Haley
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, IL 60606

Andrew S. Halio
Halio & Halio
P.O. Box 747
Charleston, SC 29402

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

G.P. Hardy, III
Hardy & Johns
500 Two Houston Center
909 Fannin
Houston, TX 77010

James M. Harris, Jr.
Harris, Lively & Duesler
550 Fannin Street
Suite 650
Beaumont, TX 77701

Sherman S. Hee
1164 Bishop Street
Suite 1415
Honolulu, HI 96813

John R. Henderson
Brown, McCarroll, Oaks & Hartline
2000 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201

John L. Hill, Jr.
Locke Liddell & Sapp, LLP
3400 Texas Commerce Tower
600 Travis Street
Houston, TX 77002

M. King Hill, III
Venable, Baetjer & Howard, LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, MD 21285

Timothy J. Hogan
Bierne, Maynard & Parsons
1300 Post Oak Boulevard
25th Floor
Houston, TX 77056

John H. Holloman, III
Watkins, Ludlam, Winter & Stennis
P.O. Box 427
Jackson, MS 39205

Russell J. Hoover
Jenner & Block
One IBM Plaza
Suite 4400
Chicago, IL 60611

H. Forest Horne, Jr.
Jones, Martin, Parris & Tessener Law
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

D L. Jackson
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

Barry D. Jenkins
Jenkins & Parron
801 Cherry, Suite 2000
P.O. Box 1287
Fort Worth, TX 76102

William V. Johnson
Johnson & Bell, Ltd.
55 East Monroe Street
Suite 4100
Chicago, IL 60603

Steven M. Jupiter
LeBlanc & Waddell, LLC
201 St. Charles Avenue
Suite 3204
New Orleans, LA 70170

George J. Kacal, Jr.
Dunn, Kacal, Adams, Pappas & Law
One Riverway
Suite 1200
Houston, TX 77056

Jeffery T. Kale
Enserch Corporation
300 South St. Paul
Suite 1200
Dallas, TX 75201

Jennifer A. Kinder
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

Peter A. Kraus
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

Robert Kropp, Jr.
Geffner & Bush
3500 West Olive Street
Suite 1100
Burbank, CA 91505

Craig T. Kugisaki
Pacific Tower
1001 Bishop Street, Suite 2727
Honolulu, HI 96813

John J. Kurowski
Kurowski & Bailey, P.C.
24 Bronze Pointe
Belleville, IL 62226

INVOLVED COUNSEL FOR SCHEDULE CTO-209 (Cont.) MDL-875

PAGE 5

Patrick J. Lamb
Butler, Rubin, Saltarelli & Boyd
1800 Three First National Plaza
70 West Madison Street
Chicago, IL 60602

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Mickey P. Landry
Landry & Swarr
330 Camp Street
New Orleans, LA 70130

W. M. Lanier
Lanier Parker & Sullivan
1331 Lamar
Suite 1550
Houston, TX 77010

Bruce Earl Larson
Karr, Tuttle & Campbell
1201 3rd Avenue
Suite 2900
Seattle, WA 98101

Christopher P. Larson
Heyl & Royster
600 Bank One Building
124 Southwest Adams
Peoria, IL 61602

H. Seward Lawlor
Glasser & Glasser, P.L.C.
580 East Main Street
600 Crown Center
Norfolk, VA 23510

Sidney G. Leech
Goodell, DeVries, Leech & Dann
Commerce Place, 20th Floor
One South Street
Baltimore, MD 21202

Tom L. Lewis
Lewis, Huppert & Slovak
725 Third Avenue North
P.O. Box 2325
Great Falls, MT 59403

Craig T. Liljestrand
Hinshaw & Culbertson
222 N. LaSalle Street
Suite 300
Chicago, IL 60601

Caren K. Lock
Kern & Wooley
5215 North O'Connor Blvd
Suite 1700
Irving, TX 75039

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Richard P. Long
Warner & Meihofer, LLC
218 N. Jefferson
Suite 300
Chicago, IL 60661

Melodie M. Mabanta
Robinson, Woolson & O'Donnell
217 E. Redwood Street
Suite 1500
Baltimore, MD 21202

Leslie MacLean
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

Donald C. Machado
Central Pacific Plaza
220 S. King Street, Suite 2100
Honolulu, HI 96813

Eric Manchin
Kaeske Reeves
6301 Gaston Ave
Suite 735
Dallas, TX 75214

Jerold T. Matayoshi
Fukunaga, Matayoshi, Hershey & Ching
Davies Pacific Center, Suite 1200
841 Bishop Street
Honolulu, HI 96813

Christopher D. Mauriello
Wallace & Graham, P.A.
525 N. Main Street
Salisbury, NC 28144

Edward J. McCambridge
Segal, McCambridge, Singer & Mahoney
One IBM Plaza, Suite 200
330 North Wabash Avenue
Chicago, IL 60611

Silas W. McCharen
Daniel, Coker, Horton & Bell
P.O. Box 1084
111 East Capitol Street, Suite 600
Jackson, MS 39215

Charles S. McCowan, Jr.
Kean, Miller, Hawthorne, et al.
One American Place, 22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821

Daniel W. McGrath
Hinshaw & Culbertson
222 North Lasalle Street
Suite 300
Chicago, IL 60601

Kim M. Meaders
Crouch & Inabnett
2300 Fountain Place
1445 Ross Avenue
Dallas, TX 75202

Lewis Charles Miltenberger
Cordray, Goodrich & Miltenberger
108 West 8th Street, Suite 500
Ft. Worth, TX 76102

Willard J. Moody, Jr.
Moody, Strople, Kloeppel & Basilone
500 Crawford Street
Commerce Bank Bldg., Suite 300
P.O. Box 1138
Portsmouth, VA 23705

Marty A. Morris
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

## INVOLVED COUNSEL FOR SCHEDULE CTO-209 (Cont.) MDL-875

PAGE 6

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard I. Nemeroff
Baron & Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

John Nishimoto
Ayabe, Chong, Nishimoto, Sia & Nakamura
Pauahi Tower
1001 Bishop Street, Suite 2500
Honolulu, HI 96813

Robert L. Norton
Jones & Granger
10000 Memorial Drive, Suite 888
P.O. Box 4340
Houston, TX 77210

E. R. Nunnally
Bell, Nunnally & Martin
3232 McKinney Avenue
Suite 1400
Dallas, TX 75204

Michael F. O'Connor
Oliver, Lau, Lawhn, Ogawa & Nakamura
Ocean View Center, Suite 600
707 Richards Street
Honolulu, HI 96813

John M. O'Quinn
O'Quinn & Laminack
2300 Lyric Centre Building
440 Louisiana Street
Houston, TX 77002

James R. Old, Jr.
Germer & Gertz
805 Park Street
Beaumont, TX 77701

Aimee H. Oyasato
White & Tom
820 Mililani Street, Suite 701
Honolulu, HI 96813

Peter T. Paladino, Jr.
Ketchum Center, 3rd Floor
1030 Fifth Avenue
Pittsburgh, PA 15219

Trevor L. Pearlman
Silber & Pearlman
2711 North Haskell Avenue
Suite 32
Dallas, TX 75204

Ronald G. Peresich
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
759 Vieux Marche' Mall
Biloxi, MS 39533

Joseph S. Pevsner
Thompson & Knight, P.C.
3300 First City Center
1700 Pacific Avenue
Dallas, TX 75201

Joseph Stuart Pevsner
Thompson & Knight
1700 Pacific Avenue
Suite 3300
Dallas, TX 75201

Kent L. Plotner
Heyl & Royster
Mark Twain Plaza II, Suite 100
103 North Main Street
P.O. Box 467
Edwardsville, IL 62025

James B. Pressly, Jr.
Haynsworth Sinkler Boyd
75 Beattie Place
11th Floor
Greenville, SC 29601

Robert A. Pritchard
Pritchard Law Firm
P.O. Drawer 1707
Pascagoula, MS 39568

Christopher J. Raistrick
Bellande, Cheely, O'Flaherty, Sargis & Ayers
19 South Lasalle Street, Suite 1203
Chicago, IL 60603

Mark E. Rakoczy
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

William C. Reeves
Markow, Walker, Reeves & Anderson
805 South Wheatley, Suite 475
P.O. Box 13669
Jackson, MS 39236

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Robert H. Riley
Schiff, Hardin & Waite
6600 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

Trudy Hartzog Robertson
Moore & Van Allen, PLLC
P.O. Box 22828
Charleston, SC 29413

Dawn Smith Rodrigue
LeBlanc & Waddell, LLC
The Essen Centre
5353 Essen Lane, Suite 420
Baton Rouge, LA 70809

Arthur F. Roeca
Roeca, Louie & Hiraoka
Davies Pacific Center, Suite 900
841 Bishop Street
Honolulu, HI 96813

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Paul L. Sadler
Wellborn, Houston, Adkison, Mann & Sadler
P.O. Box 1109
Henderson, TX 75653

INVOLVED COUNSEL FOR SCHEDULE CTO-209 (Cont.) MDL-875                                PAGE 7

Stephanie Ann Scharf
Jenner & Block
One IBM Plaza
Suite 4400
Chicago, IL 60611

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Mark Steven Scudder
Strasburger & Price, L.L.P.
901 Main Street
Suite 4300
Dallas, TX 75202

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert L. Shuftan
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, IL 60606

Donald L. Sime
Hinshaw & Culbertson
110 North West Street
Waukegan, IL 60085

Melissa Skilken
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, IL 60606

Andrew C. Skinner
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Edward M. Slaughter
Foster & Sear
1201 North Watson
Suite 145
Arlington, TX 76006

Patrick C. Smith
Church & Houff, PA
2 North Charles Street, Suite 600
Baltimore, MD 21201

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert Spitkovsky
Johnson & Bell, Ltd.
222 North Lasalle Street
Suite 2200
Chicago, IL 60601

Joseph Stalmack
Joseph Stalmack & Associates, P.C.
5253 Hohman Avenue
Hammond, IN 45210

Minor C. Sumners, Jr.
1907 Dunbarton Drive
Suite F
Jackson, MS 39216

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Thomas R. Sylvester
Pacific Tower, Suite 2200
1001 Bishop Street
Honolulu, HI 96813

William K. Tapscott
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

Thomas W. Taylor
Andrews & Kurth
600 Travis
Suite 4200
Houston, TX 77002

Robert E. Thackston
Jenkens & Gilchrist
3200 Allied Bank Tower
1445 Ross Avenue
Dallas, TX 75202

William M. Thomas
Fairchild, Price, Thomas & Haley
413 Shelbyville Street
P.O. Drawer 1719
Center, TX 75935

Michael P. Thornton
Thornton & Naumes, L.L.P.
100 Summer Street
30th Floor
Boston, MA 02110

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Willis R. Tribler
Tribler, Orpett & Crone
30 North LaSalle Street
Suite 2200
Chicago, IL 60602

Thomas W. Tyner
Aultman, Tyner, McNeese, Ruffin & Yarborough
P. O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403

Robert T. Varney
Robert T. Varney & Associates
121 N. Main Street
4th Floor
Bloomington, IL 61701

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502

Lawrence D. Wade
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS 38702

Michael R. Walzel
Stevens, Baldo & Freeman, L.L.P.
550 Fannin Street, Suite 400
P.O. Box 4950
Beaumont, TX 77704

# INVOLVED COUNSEL FOR SCHEDULE CTO-209 (Cont.) MDL-875

PAGE 8

Frank J. Wathen
Foster & Sear
1201 N Watson
Suite 145
Arlington, TX 76006

Scott W. Wert
Foster & Sear
360 Place Office Park
1201 N. Watson, Suite 145
Arlington, TX 76006

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Eric D. Wewers
DeHay & Elliston, L.L.P.
3500 NationsBank Plaza
901 Main Street
Dallas, TX 75202

Kenneth Charles Whalen
Moody, Strople, Kloeppel & Basilone
9280 Bay Plaza Blvd.
Bay Plaza II, Suite 714
Tampa, FL 33619

Clay M. White
Sammons & Parker, P.C.
218 North College
Tyler, TX 75702

Daniel B. White
Gallivan, White & Boyd, P.A.
P.O. Box 10589
Greenville, SC 29603

Robert W. Wilkinson
Dogan & Wilkinson
P.O. Box 1618
726 Delmas Avenue
Pascagoula, MS 39568

Gene M. Williams
Mehaffy & Weber, P.C.
P.O. Box 16
Beaumont, TX 77002

Roy C. Williams
Colingo, Williams, Heidelberg, et al.
P.O. Box 1407
711 Delmas Avenue
Pascagoula, MS 39568

Douglas P. Wilson
Wilson Law Offices
200 Firstar Bank Building
6405 North Cosby Avenue
Kansas City, MO 64151

Troyce G. Wolf
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

Dawn M. Wright
Thompson & Knight
1700 Pacific Ave
Suite 3300
Dallas, TX 75201

Jamshyd M. Zadeh
Bourland Kirkman Seidler & Evans
201 Main Street
Suite 1400
Fort Worth, TX 76102

J. Chad Bomar, Esquire
Davis & Hamrick, LLP
PO Drawer 20039
Winston-Salem, NC 27120-0039

Charles J. Cole, Esquire
Owen, Gleaton, Egan, Jones & Sweeney, LLP
230 Peachtree St., NW
Suite 1900
Atlanta, GA 30303-1514

Michael S. Seekings, Esquire
Mullen, Wylie & Seekings
134 Meeting Street, Suite 500
Charleston, SC 29401