**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# KAESKE • REEVES LLP
### ATTORNEYS AT LAW

JAN 11 2002

FILED
CLERK'S OFFICE

January 10, 2002

**VIA FACSIMILE** - 202.502.2888

Mr. Michael J. Beck
Clerk of the Panel
Judicial Panel on MDL
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

PLEADING NO. 3378

Re:   MDL-875 - Cause Nos. 3 01-2350, 3 01-2419, and 3 01-2470 - Texas Northern;
      *Notice of Opposition to Transfer.*

Dear Mr. Beck:

I received your Conditional Transfer Order listing three of my cases - 01-2350, 01-2419 **and 01-2470 (Beaty-Sturdevant-Salter Claimants)** - as having been transferred to the MDL on or about December 28, 2001. *This letter is to serve as notice that Plaintiffs oppose the Panel's Conditional Transfer Order of the above-mentioned cases to MDL Docket No. 875.*

Please advise me of the Panel's briefing schedule at your first opportunity and don't hesitate to call if you have comments or questions. Thank you so much for your help.

Sincerely,

Judy D. Bradshaw
Kaeske-Reeves, L.L.P.

JB/hs

cc:   All Counsel of Record - via facsimile

**OFFICIAL FILE COPY**

C:\letters\salter sturdevant beaty.mdl.notice of opp.wpd(jdb)(1.10.02)

6301 GASTON AVENUE SUITE 735   DALLAS, TEXAS 75214   (214) 821-1221   FAX (214) 821-0977

**IMAGED JAN 15 '02**