# HARDY & JOHNS
### ATTORNEYS AT LAW
1177 WEST LOOP SOUTH, SUITE 700
HOUSTON, TEXAS 77027

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 11 2002

FILED
CLERK'S OFFICE

FAX: (713) 759-9650

January 9, 2002

## NOTICE OF OPPOSITION

Michael J. Beck                                  Via Facsimile 202-502-2888
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Bldg.
Room G-255, North Lobby
Washington, D.C. 20002

Re:   In Re Asbestos Products Liability Litigation (No. VI);   Docket No. MDL-875
      **Civil Action No. NO. V-01-119**, Southern District of Texas
      *Tracy Burns, Elizabeth Powell, Kelly Wyatt, and Lesley Wright v. E.I. Du Pont de Nemours and Company*
      CTO-209

Dear Mr. Beck:

Pursuant to Rule 7.4 (c) of the *Rules of Procedure of the Judicial Panel on Multidistrict Litigation*, 199 F.R.D. 425, 435-36 (2001), Plaintiffs, Tracy Burns, Elizabeth Powell, Kelly Wyatt, and Lesley Wright file this Notice of Opposition to the transfer of Civil Action No. V-01-119, Southern District of Texas to the United States District Court for the Eastern District of Pennsylvania. Plaintiffs' causes of action against E.I. Du Pont de Nemours and Company are not based on any theory of product liability. Further, Plaintiffs have not sued any manufacturer or distributor of asbestos products.

Therefore, Plaintiffs' believe that their suit against E.I. Du Pont de Nemours has no common issues with the asbestos products liability cases currently consolidated in the United States District Court for the Eastern District of Pennsylvania.

Very truly yours,

G. P. Hardy, III

cc:   Larry E. Cotton
      Robert D. Martinez
      Kirkley Schmidt & Cotten, L.L.P.
      301 Commerce Street, Suite 2700
      Fort Worth, Texas 76102-4127

IMAGED JAN 16 '02    **OFFICIAL FILE COPY**      TOTAL P.02