MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 14 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS ) CASE NO. MDL DOCKET NO. 875
LIABILITY LITIGATION (NO. VI), )
 )  **NOTICE OF OPPOSITION TO**
 )  **CONDITIONAL TRANSFER ORDER;**
 )  **CERTIFICATE OF SERVICE**
 )

D:\04373.01\pleading\pm01 nte.doc

*CLEMENT LEE v. OWENS CORNING, et al.*
CASE NO. CV01-797 DAE/BMK
U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

Plaintiffs CLEMENT LEE and WAI SIM LEE oppose transfer of the case captioned above to the U.S. District Court for the Eastern District of Pennsylvania under 28 U.S.C. § 1407, as conditionally ordered by the Judicial Panel of Multidistrict litigation on December 28, 2001.

Pursuant to Rule 12(c) of the Rules of Procedure of the Judicial Panel of Multidistrict litigation, a motion to vacate the conditional transfer order and a brief in support of such motion will be duly filed.

DATED: Honolulu, Hawaii, January 11, 2002.

Respectfully submitted,

L. RICHARD DeROBERTIS
610 Ward Avenue, Suite 200
Honolulu, Hawaii 96814-3308
Telephone: (808) 597-1400
Facsimile: (808) 591-2608
Attorneys for Plaintiffs

**OFFICIAL FILE COPY**

IMAGED JAN 16 '02