MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 14 2002

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DOCKET NO. MDL-875

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER

TO: Michael J. Beck, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Federal Judiciary Building
One Columbus Circle, NE, Room G-255, North Lobby
Washington, D.C. 20002-8004

Notice is hereby given, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, that the Plaintiffs in Civil Action No. 1:01cv442GR in the United States District Court for the Southern District of Mississippi, Southern Division, styled *Donna Herschberger etal v. A C & S, etal.*, hereby oppose the transfer of Civil Action No. 1:01cv442 GR, which has been identified as a potential "tag-along action," to the Eastern District of Pennsylvania..

RESPECTFULLY SUBMITTED, this the 14 day of January 2002.

HERSHBERGER, ET AL.

BY: _Suzanne Keys_
ISAAC K. BYRD JR., MSB #7646
SUZANNE KEYS, MSB #5032
KATRINA M. GIBBS, MSB #9545
PRECIOUS T. MARTIN, MSB #10619
HIAWATHA NORTHINGTON II, MSB #10831

PETER KRAUS
LEIGHTON DURHAM

COUNSEL FOR THE PLAINTIFFS IN CIVIL
ACTION NO. 1:00cv442GR (S.D. Miss)

IMAGED JAN 16 '02      OFFICIAL FILE COPY

Case MDL No. 875   Document 3383   Filed 01/14/02   Page 2 of 2

OF COUNSEL:

BYRD & ASSOCIATES
427 EAST FORTIFICATION STREET (39202)
P.O. BOX 19
JACKSON, MS 39205-0019
PHONE: 601.354.1210
FAX:   601.354.1254

WATERS AND KRAUS
3219 MCKINNEY AVENUE, SUITE 3000
DALLAS, TX 75201
PHONE; 214-357-6244