MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 15 2002

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE ASBESTOS PRODUCTS           :
                                  :           Civil Action No. MDL-875
LIABILITY LITIGATION (NO. VI)     :
                                  :

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

REBECCA JOHNSON, et al.,          §
                                  §
        Plaintiffs,               §
                                  §
v.                                §    Civil Action No. 01-CV-2511D
                                  §
DAIMLER CHRYSLER CORPORATION,     §
GENERAL MOTORS CORPORATION,       §
and FORD MOTOR COMPANY,           §
                                  §
        Defendants.               §

## NOTICE OF OPPOSITION

Rebecca Johnson files this her notice of opposition. Rebecca Johnson opposes transfer of this action from the United States District Court for the Northern District of Texas to the United States District Court for the Eastern District of Pennsylvania. Plaintiff Rebecca Johnson also notes that this case was provisionally transferred from the United States District Court for the Northern District of Texas to the United States District Court for the District of Delaware on December 10, 2001.

IMAGED JAN 16 '02    **OFFICIAL FILE COPY**

FROM O'QUINN　　Case MDL No. 875　Document 3384　Filed 01/15/02　Page 2 of 2
(MON) 1. 14' 02 13:56/ST. 13:55/NO. 4260390401 P 5
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 15 2002

FILED
CLERK'S OFFICE

Respectfully submitted,

*M. Michael Meyer* (signature)

M. Michael Meyer
Texas Bar Number 13993850

Attorney-in-Charge for Plaintiff
Rebecca Johnson

Of Counsel:

O'QUINN, LAMINACK & PIRTLE
440 Louisiana Street
2300 Lyric Centre Building
Houston, Texas 77002
(713) 223-1000 (Telephone)
(713) 222-6903 (Telecopier)

## Certificate of Service

I, M. Michael Meyer, certify by my signature below that on this the 14th day of January, 2002, a true and correct copy of the foregoing document was served on the following persons in accordance with the Federal Rules of Civil Procedure:

Mr. Robert E. Thackston
JENKINS & GILCHRIST, P.C.
1445 Ross Avenue
Suite 3200
Dallas, Texas 75202

*Via* Certifed Mail
Return Receipt Requested

*M. Michael Meyer* (signature)

M. Michael Meyer