JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 15 2002

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| In re: | § | |
| | § | **MDL** |
| | § | |
| Asbestos Product Liability Litigation (No. VI) | § | |
| | § | |
| | § | |
| This Document Relates To: | § | |
| | § | |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **THOMAS E. STAPP and JIMMIE STAPP** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | **CIVIL ACTION: <u>3:011V2370M</u>** |
| vs. | § | |
| | § | |
| **DAIMLERCHRYSLER CORPORATION,** | § | |
| **FORD MOTOR COMPANY and GENERAL** | § | |
| **MOTORS CORPORATION,** | § | |
| | § | |
| Defendants. | § | |

## <u>NOTICE OF OPPOSITION TO CTO-209</u>

The Plaintiffs file their Notice of Opposition to Conditional Transfer Order 209 entered December 28, 2001, and would show as follows:

1.      This action was removed on November 21, 2001 from Dallas County Judicial Court by Defendants Ford Motor Company, DaimlerChrysler Corporation and The General Motors Company based upon alleged cross claims for indemnification and/or contribution against recently bankrupt defendant Federal-Mogul. On December, 20 2001, Defendant, Honeywell, formally known as AliedSignal, Inc. removed to federal court on the same basis. It is a multi-plaintiff personal injury and/or wrongful death case asserted against multiple defendants.

IMAGED  JAN 16 '02    OFFICIAL FILE COPY

2.      The Plaintiffs in this case have filed a motion to remand in the Northern District of Texas. Said motion has not yet been ruled upon.

3.      United States District Court Judge of the District of New Jersey, Alfred M. Wolin conditionally transferred this action to his court on December 18, 2001. Judge Wolin later issued a letter opinion and Order of Clarification on January 3, 2002 further clarifying this case's transfer to the United States District Court of New Jersey. Attached hereto as Exhibits "A" and "B" respectively.

4.      The Plaintiffs oppose the transfer of this case because (a) the motion to remand is pending, and will likely be decided in favor of returning the case to state court;  (b) even if Plaintiffs' Motion for Remand is denied, the New Jersey bankruptcy court has jurisdiction under it's provisional transfer order issued on December 18, 2001; (c) all "common" asbestos discovery has been completed in MDL 875 as a whole, even before this particular case was filed; and (d) the transfer would cause immeasurable delay in the prosecution and trial of this case (e) a Multidistrict Litigation transfer would be an unnecessary interference with the Order of Chief Judge Becker of the Third Circuit assigning Judge Wolin to preside over the Federal Mogul (and four other asbestos-related) bankruptcies; (f) a Multidistrict Litigation transfer could create a jurisdictional tug-of-war between the Panel (under 28 U.S.C. § 1407) and Judge Wolin (under 28 U.S.C. § 157(b)(5)); and (g) no purpose would be served by Multidistrict consolidation here since all "common" asbestos discovery has been completed in MDL 875 as a whole, even before these particular cases were filed.

WHEREFORE, Plaintiffs hereby give notice under Rule 7.4 that they oppose the conditional transfer order, pray that their case not be transferred to MDL 875, and that they receive all other relief to which they are entitled.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 15 2002

FILED
CLERK'S OFFICE

Respectfully submitted,

LANIER, PARKER & SULLIVAN P.C.

By: _____

    W. Mark Lanier
    State Bar No. 11934600
    Kevin Parker
    State Bar No. 15494020
    Patrick N. Haines
    State Bar No. 00784191
    1331 Lamar, Suite 1550
    Houston, Texas 77010
    PHONE: 713-659-1232
    FAX: 713-659-2204

    ATTORNEYS FOR THE
    NORMAN CLAIMANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Opposition was served via U.S. Mail to all counsel of record in the attached counsel list on the 14 day of January, 2002.

_____
Kevin Parker

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 1 5 2002

FILED
CLERK'S OFFICE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

CHAMBERS OF
**ALFRED M. WOLIN**
JUDGE

MARTIN LUTHER KING JR. FEDERAL BUILDING
50 WALNUT ST., ROOM 4069
P.O. BOX 999
NEWARK, NJ 07101-0999
(973)645-2580

January 3, 2002

**LETTER OPINION – NOT FOR PUBLICATION**
**ORIGINAL FILED WITH THE CLERK OF THE COURT**

IN RE: FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, et al.
    Case Nos. 01-10578, et al.[1]

TO ALL COUNSEL:

This matter is opened before the Court upon its own motion.
Familiarity with the motions to transfer and to provisionally
transfer so-called "Friction Products Claims" to this Court is
assumed.  It has come to the attention of the Court through
examination of certain papers submitted in support of motions to
transfer and provisionally transfer by additional Friction
Products Defendants and through informal communications of
counsel that the Court's prior Orders have been interpreted
inconsistently with either their terms, the Court's intent and/or
the law.

First, only claims against the moving Friction Products
Defendants were transferred to this Court by the Provisional

_____

[1]See attached list.



Transfer Orders.  The bankruptcy removal statute only permits the removal to a district court of a "claim or cause of action" within the federal bankruptcy jurisdiction.  28 U.S.C. § 1452(a). This does not authorize the wholesale removal of an entire case regardless of the existence of non-bankruptcy "claims or causes of action" or parties with no connection to a debtor.  In taking this position, the Court speaks only for itself, of course, and does not purport to bind any transferor district court in which the balance of a case may still be pending following an improvident, overbroad removal.  Nor should the Court be understood to endorse the proposition that federal bankruptcy jurisdiction is indeed correctly asserted with respect to the claims actually subject to the Provisional Transfer Orders.

Second, the only claims transferred to this Court are those that had already been removed to federal court on the date the relevant Provisional Transfer Order was entered.  The Provisional Transfer Orders were entered by the Court in reliance on the representation that the movant Friction Products Defendants had already removed or were in the process of removing the claims against them.  Regardless of whether section 157 of Title 28 empowers this Court to transfer claims to itself directly out of the state courts, and regardless of the retrospectively perceived desirability of interpreting the Provisional Transfer Order to transfer claims from state court, that was not the factual

2

context within which the Court understood its ruling would operate.  Therefore, the Court's Orders do not effect the transfer of Friction Products Claims not already pending within the federal court system on the date the applicable Provisional Transfer Order was entered.  Any claim removed subsequent to the date of the relevant Provisional Transfer Order is still pending in the district to which it was originally removed.

On the other hand, it makes no sense to leave these subsequently removed claims in procedural limbo due to an accident of timing.  The Court will order that any Friction Product Claim now removed to federal court that would have been subject to one of the extant Provisional Transfer Orders had that removal been timely will also be provisionally transferred to this Court.  The newly transferred plaintiffs may feel aggrieved due to lack of time to oppose the plenary hearing on the transfer motions, particularly in light of the peremptory briefing schedule now in effect.  To obviate this problem, the Court will adjourn _sine_ _die_ any briefing of plenary transfer of these late-removed claims.

For the foregoing reasons, the Court is satisfied that an Order clarifying its previous Provisional Transfer Orders and governing any future Provisional Transfer Orders will advance the orderly conduct of these proceedings.

An appropriate Order is attached.

_/s/_____
ALFRED M. WOLIN, U.S.D.J.

### IN RE: FEDERAL-MOGUL GLOBAL, INC.
### Case Numbers

| | | | |
|---|---|---|---|
| 01-10578 | 01-10643 | 01-10700 | 01-10750 |
| 01-10580 | 01-10644 | 01-10701 | 01-10751 |
| 01-10582 | 01-10646 | 01-10702 | 01-10752 |
| 01-10585 | 01-10647 | 01-10703 | 01-10753 |
| 01-10586 | 01-10649 | 01-10704 | 01-10754 |
| 01-10587 | 01-10650 | 01-10705 | 01-10755 |
| 01-10589 | 01-10651 | 01-10706 | 01-10756 |
| 01-10591 | 01-10652 | 01-10707 | 01-10757 |
| 01-10593 | 01-10653 | 01-10708 | 01-10758 |
| 01-10594 | 01-10654 | 01-10710 | 01-10759 |
| 01-10596 | 01-10655 | 01-10711 | 01-10760 |
| 01-10598 | 01-10656 | 01-10712 | 01-10761 |
| 01-10599 | 01-10657 | 01-10713 | 01-10762 |
| 01-10600 | 01-10658 | 01-10714 | 01-10763 |
| 01-10601 | 01-10659 | 01-10715 | 01-10764 |
| 01-10603 | 01-10660 | 01-10716 | 01-10765 |
| 01-10604 | 01-10661 | 01-10717 | 01-10766 |
| 01-10605 | 01-10662 | 01-10718 | 01-10767 |
| 01-10606 | 01-10664 | 01-10719 | 01-10768 |
| 01-10608 | 01-10665 | 01-10721 | 01-10769 |
| 01-10610 | 01-10666 | 01-10722 | 01-10770 |
| 01-10611 | 01-10668 | 01-10723 | 01-10771 |
| 01-10613 | 01-10669 | 01-01724 | 01-10772 |
| 01-10614 | 01-10672 | 01-10726 | 01-10773 |
| 01-10615 | 01-10673 | 01-10727 | 01-10774 |
| 01-10617 | 01-10675 | 01-10728 | |
| 01-10618 | 01-10682 | 01-10729 | |
| 01-10619 | 01-10683 | 01-10730 | |
| 01-10620 | 01-10684 | 01-10731 | |
| 01-10621 | 01-10685 | 01-10732 | |
| 01-10622 | 01-10686 | 01-10733 | |
| 01-10623 | 01-10687 | 01-10734 | |
| 01-10625 | 01-10688 | 01-10736 | |
| 01-10626 | 01-10689 | 01-10737 | |
| 01-10627 | 01-10690 | 01-10739 | |
| 01-10629 | 01-10691 | 01-10741 | |
| 01-10630 | 01-10692 | 01-10742 | |
| 01-10632 | 01-10693 | 01-10743 | |
| 01-10633 | 01-10694 | 01-10744 | |
| 01-10634 | 01-10695 | 01-10745 | |
| 01-10637 | 01-10696 | 01-10746 | |
| 01-10638 | 01-10697 | 01-10747 | |
| 01-10640 | 01-10698 | 01-10748 | |
| 01-10641 | 01-10699 | 01-10749 | |

5

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: FEDERAL-MOGUL        :    Chapter 11
GLOBAL, INC., T&N           :    Case Nos. 01-10578, et al.[1]
LIMITED, et al.,            :
                            :
            Debtors.        :
--------------------------

### ORDER OF CLARIFICATION RE:
### PROVISIONAL TRANSFER OF FRICTION PRODUCTS CLAIMS

This matter having been opened upon the Court's own motion; and the Court having withdrawn the reference with respect to several motions to transfer and to provisionally transfer (the "Transfer Motions") claims pending in the several United States District Courts against defendant manufacturers of so-called "friction products" (respectively the "Friction Products Claims" and the "Friction Products Defendants") previously removed by the Friction Products Defendants from the several state courts; and for the reasons set forth in the letter opinion of the Court filed herewith; and for good cause shown

It is this    day of January, 2002

ORDERED that this Order governs all Provisional Transfer Orders whether already issued by the Court or that may be issued in the future and those Orders shall not be construed in a manner inconsistent with the terms of this Order, and it is further

ORDERED that the Provisional Transfer Orders are limited in

---

[1]See attached list.



EXHIBIT
B

effect to only those claims against the Friction Products Defendant(s) identified in the respective moving papers and Provisional Transfer Orders and that no other claims and no other parties are affected by the Provisional Transfer Orders, and it is further

ORDERED that any Friction Product Claim that would have been subject to a Provisional Transfer Order previously issued by this Court but for the fact that such Friction Product Claim had not yet been removed on the date the Provisional Transfer Order was issued is hereby provisionally transferred to this Court subject to further Order of this Court, and it is further

ORDERED that counsel identified in the Court's previous Provisional Transfer Orders shall provide to claimants provisionally transferred by this Order such notice and waivers of further service as was specified in the relevant previous Orders, and it is further

ORDERED that claimants provisionally transferred by this Order shall not be subject to the briefing schedule with respect to the Transfer Motion, and shall file no papers in opposition to the Transfer Motion except as provided by further Order of this Court.

/s/_____
ALFRED M. WOLIN, U.S.D.J.

2

IN RE: FEDERAL-MOGUL GLOBAL, INC.
Case Numbers

| | | | |
|---|---|---|---|
| 01-10578 | 01-10643 | 01-10700 | 01-10750 |
| 01-10580 | 01-10644 | 01-10701 | 01-10751 |
| 01-10582 | 01-10646 | 01-10702 | 01-10752 |
| 01-10585 | 01-10647 | 01-10703 | 01-10753 |
| 01-10586 | 01-10649 | 01-10704 | 01-10754 |
| 01-10587 | 01-10650 | 01-10705 | 01-10755 |
| 01-10589 | 01-10651 | 01-10706 | 01-10756 |
| 01-10591 | 01-10652 | 01-10707 | 01-10757 |
| 01-10593 | 01-10653 | 01-10708 | 01-10758 |
| 01-10594 | 01-10654 | 01-10710 | 01-10759 |
| 01-10596 | 01-10655 | 01-10711 | 01-10760 |
| 01-10598 | 01-10656 | 01-10712 | 01-10761 |
| 01-10599 | 01-10657 | 01-10713 | 01-10762 |
| 01-10600 | 01-10658 | 01-10714 | 01-10763 |
| 01-10601 | 01-10659 | 01-10715 | 01-10764 |
| 01-10603 | 01-10660 | 01-10716 | 01-10765 |
| 01-10604 | 01-10661 | 01-10717 | 01-10766 |
| 01-10605 | 01-10662 | 01-10718 | 01-10767 |
| 01-10606 | 01-10664 | 01-10719 | 01-10768 |
| 01-10608 | 01-10665 | 01-10721 | 01-10769 |
| 01-10610 | 01-10666 | 01-10722 | 01-10770 |
| 01-10611 | 01-10668 | 01-10723 | 01-10771 |
| 01-10613 | 01-10669 | 01-01724 | 01-10772 |
| 01-10614 | 01-10672 | 01-10726 | 01-10773 |
| 01-10615 | 01-10673 | 01-10727 | 01-10774 |
| 01-10617 | 01-10675 | 01-10728 | |
| 01-10618 | 01-10682 | 01-10729 | |
| 01-10619 | 01-10683 | 01-10730 | |
| 01-10620 | 01-10684 | 01-10731 | |
| 01-10621 | 01-10685 | 01-10732 | |
| 01-10622 | 01-10686 | 01-10733 | |
| 01-10623 | 01-10687 | 01-10734 | |
| 01-10625 | 01-10688 | 01-10736 | |
| 01-10626 | 01-10689 | 01-10737 | |
| 01-10627 | 01-10690 | 01-10739 | |
| 01-10629 | 01-10691 | 01-10741 | |
| 01-10630 | 01-10692 | 01-10742 | |
| 01-10632 | 01-10693 | 01-10743 | |
| 01-10633 | 01-10694 | 01-10744 | |
| 01-10634 | 01-10695 | 01-10745 | |

| | | |
|---|---|---|
| 01-10637 | 01-10696 | 01-10746 |
| 01-10638 | 01-10697 | 01-10747 |
| 01-10640 | 01-10698 | 01-10748 |
| 01-10641 | 01-10699 | 01-10749 |

4