Case MDL No. 875   Document 3394   Filed 01/17/02   Page 1 of 9

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 17 2002

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Jerry R. Fulmer, et al. v. Acand S, Inc. et al.*, D. South Carolina, C.A. No. 2:01-4523
*Ronald P. Jahn, et al. v. AcandS, Inc. et al.*, D. South Carolina, C.A. No. 2:01-4555

MOTION TO VACATE CONDITIONAL TRANSFER ORDER
AND BRIEF IN SUPPORT THEREOF

Pursuant to Rule 12(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the plaintiffs hereby move to vacate the Conditional Transfer Order entered by the Clerk of the Panel on December 28, 2001, transferring these actions to the U.S. District Court for the Eastern District of Pennsylvania (MDL Docket No. 875) previously designated as the transferee district court for actions alleging asbestos related personal injury. Plaintiffs aver as follows in support of this motion.

2. The plaintiffs bring claims for asbestos-related injuries against a number of defendants including a South Carolina corporation previously engaged in the distribution of asbestos-containing products.

3. The defendants contend that the U.S. District Court has jurisdiction over these cases pursuant to diversity jurisdiction (28 USC §1332).

4. The plaintiffs have filed a Motion with the U.S. Court for the District of South Carolina to remand the action to State Court based upon the belief that the Motion for Removal is procedurally defective under 28 USC § 1446(a) and (b).

IMAGED JAN 22 '02
OFFICIAL FILE COPY

5. The plaintiffs contend that the U.S. District Court for the District of South Carolina is best suited to decide the Motion to Remand and that, therefore, these cases should remain in South Carolina until such time as the Motion has been resolved.

6. The plaintiffs further submit the accompanying brief in support of this Motion.

THEREFORE, for the foregoing reasons, the plaintiffs respectfully move the Panel to vacate the Conditional Transfer Order previously entered by the Clerk of the Panel on December 28, 2001.

Respectfully submitted,

NESS, MOTLEY, LOADHOLT, RICHARDSON
AND POOLE

By: _____
V. Brian Bevon, Esquire
Federal Court ID No. 6425
28 Bridgeside Blvd.
Post Office Box 1792
Mt. Pleasant, SC 29465
(843) 216-9000

ATTORNEYS FOR PLAINTIFF

January 15, 2002
Charleston, South Carolina

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 17 2002

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Jerry R. Fulmer, et al. v. Acand S, Inc. et al., D. South Carolina, C.A. No. 2:01-4523
Ronald P. Jahn, et al. v. AcandS, Inc. et al., D. South Carolina, C.A. No. 2:01-4555

BRIEF IN SUPPORT OF
MOTION TO VACATE CONDITIONAL TRANSFER ORDER
PURSUANT TO RULE 10 OF THE RULES OF PROCEDURE
OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

The plaintiff submits the instant brief in support of his Motion to Vacate the Conditional Transfer Order entered by the Clerk on the Panel on December 28, 2001. The Plaintiffs contend that removal is defective because the Defendants failed to comply with the procedural requirements of 28 USC §1446. In particular, not all of the Defendants filed pleadings consenting to the removal within the thirty (30) day period prescribed in 28 USC § 1446(b).

As the Panel is aware, asbestos personal injury actions in Federal Court are automatically transferred to the Eastern District of Pennsylvania, Judge Charles R. Weiner, for proceedings under the Rules of the Judicial Panel on Multidistrict Litigation. (MDL Docket-No.875).

In a previous case against Owens-Corning Fiberglas Corporation, one of the defendants to these actions, the Court held

> The purpose of the MDL Panels' referring of asbestos cases to Judge Weiner was not to make one Judge rule on the various difficult issues that might come up on different factual contexts. Rather, cases are supposed to be referred to Judge Weiner for determination of issues common to asbestos litigation. To

force difficult and fact-sensitive jurisdictional issues from all types of cases onto one Court would impossibly overburden that Court and not serve the goal of efficiency that underlies the MDL Program.

Thus this Court refuses to defer on this motion to remand and elects to address the merits.

*Viala v. Owens-Corning Fiberglas Corp.*, 1994 WL 139287 (N.D. Cal.) at pp. 1-2.

Like *Viala*, the transferor court in South Carolina is in the best position to rule on the issue of whether the Defendants complied with the procedural requirements of 28 USC § 1446.

Respectfully submitted,

NESS, MOTLEY, LOADHOLT, RICHARDSON AND POOLE

By: _____
V. Brian Bevon, Esquire
Federal Court ID No. 6425
28 Bridgeside Blvd.
Post Office Box 1792
Mt. Pleasant, SC 29465
(843) 216-9000

ATTORNEYS FOR PLAINTIFF

January 15, 2001
Charleston, South Carolina

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 17 2002

FILED
CLERK'S OFFICE

John Lindfors and Bertha Lindfors v. ACandS, Inc., et al., D. South Carolina, C/A No. 2:01-571
Henry Wood and Jane Wood v. ACandS, Inc., et al., D. South Carolina, C/A No. 2:01-572

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was sent by Federal Express to Mr. Michael J. Beck, Clerk of the Panel, One Columbus Circle, NE, Thurgood Marshall Federal Judiciary Building, Room G-255, North Lobby, Washington, DC 20002-8004 and mailed to all counsel of record as shown on the attached Service Lists, this 16th day of January, 2002.

Lee Avancena

## SERVICE LIST

I, Lee Avancena, do hereby certify that on the 16th day of January, 2002, a copy of:

▸   PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER AND BRIEF IN SUPPORT THEREOF

was placed in an envelope, with first-class postage thereon prepaid, and mailed to the attorneys for

Defendants in the foregoing action:


Trudy Y. Hartzog-Robertson
MOORE & VAN ALLEN
40 Calhoun Street
Charleston, SC 29413-2828
*COUNSEL FOR DEFENDANT UNIROYAL*

James D. Gandy, III, Esq.
James G. Kennedy, Esq.
Carl E. Pierce, II, Esq.
PIERCE, HERNS, SLOAN & McLEOD
321 East Bay Street (29413)
P O Box 22437
Charleston, SC 29413-2437
*COUNSEL FOR DEFENDANTS NATIONAL SERVICES INDUSTRIES f/k/a North Brothers*

Timothy W. Bouch, Esq.
LEATH, BOUCH & CRAWFORD
134 Meeting Street, 4th Floor
P O Box 59 (29402)
Charleston, SC 29401
*COUNSEL FOR DEFENDANTS*
*THE ANCHOR PACKING COMPANY*

W. Thomas Causby, Esq.
NELSON MULLINS RILEY &
 SCARBOROUGH
1330 Lady Street, 3rd Floor
Columbia, SC 29211
*COUNSEL FOR DEFENDANTS AC&S*

William S. Davies, Jr., Esq.
NELSON MULLINS RILEY &
 SCARBOROUGH
1330 Lady Street, 3rd Floor (29201)
P O Box 11070
Columbia, SC 29211
*COUNSEL FOR DEFENDANTS GREFCO*

James B. Pressly, Jr., Esq.
HAYNSWORTH SINKLER BOYD
75 Beattie Place, 11th Floor (29601)
P O Box 2048
Greenville, SC 29602
*COUNSEL FOR DEFENDANTS CERTAINTEED, AMCHEM, DANA CORP., UNION CARBIDE*

C. Michael Evert, Jr., Esq.
Roger C. Wilson, Esq.
EVERT & WEATHERSBY
3405 Piedmont Road, Suite 225
Atlanta, GA 30305
*COUNSEL FOR DEFENDANTS*
*A.P. GREEN INDUSTRIES AND*
*HARBISON -WALKER REFRACTORIES*

H. Lee Davis, Jr., Esq.
Chad Bomar, Esq.
DAVIS & HAMRICK, LLP
115 West 3rd Street
P.O. BOX 20039
Winston-Salem, NC 27120-0039

*COUNSEL FOR DEFENDANTS*
*KAISER AND DRESSER IND.*

Roger Wilson, Esq.
EVERT & WEATHERSBY
3405 Piedmont Road, Suite 225
Atlanta, GA 30305
*COUNSEL FOR DEFENDANT A.P. GREEN INDUSTRIES*

Rolf M. Martin, Esq.
Charles J. Cole, Esq.
Owen, Gleaton, et al.
230 Peachtree Street, NW
Suite 1900
Atlanta, GA 30303 1514
*COUNSEL FOR DEFENDANTS A.W. CHESTERSON*

Lee Avancena

# PANEL SERVICE LIST (Excerpted from CTO-209)
# DOCKET NO. 875
# IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Jerry R. Fulmer, et al. v. ACandS, Inc., et al.,* D. South Carolina, C.A. No. 2:01-4523

*Ronald P. Jahn, et al. v. ACandS, Inc., et al.,* D. South Carolina, C.A. No. 2:01-4555

V. Brian Bevon
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH  44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, OH  44115

William T. Causby
Nelson, Mullins, Riley & Scarborough
Keenan Building, 3rd Floor
1330 Lady Street
P.O. Box 11070
Columbia, SC  29211

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC  20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA  15222

William S. Davies, Jr.
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Building, 3rd Floor
P.O. Box 11070
Columbia, SC  29211

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA  19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA  19103

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC  29413

Andrew S. Halio
Halio & Halio
P.O. Box 747
Charleston, SC  29402

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN  55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH  44308

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA  23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA  19102

PANEL SERVICE LIST (Excerpted from CTO-209  (Cont.) MDL-875       PAGE 2

Ronald L. Motley  
Ness, Motley, Loadholt, Richardson & Poole  
28 Bridgeside Blvd.  
P.O. Box 1792  
Mt. Pleasant, SC  29465  

James B. Pressly, Jr.  
Haynsworth Sinkler Boyd  
75 Beattie Place  
11th Floor  
Greenville, SC  29601  

John J. Repcheck  
Marks, O'Neill  
3200 Gulf Tower  
707 Grant Street  
Pittsburgh, PA  15219  

Trudy Hartzog Robertson  
Moore & Van Allen, PLLC  
P.O. Box 22828  
Charleston, SC  29413  

John D. Roven  
John Roven & Associates  
2190 North Loop West  
Suite 410  
Houston, TX  77018  

Richard D. Schuster  
Vorys, Sater, Seymour & Pease, LLP  
52 East Gay Street  
P.O. Box 1008  
Columbus, OH  43216  

Neil Selman  
Selman, Breitman & Burgess  
11766 Wilshire Boulevard  
Sixth Floor  
Los Angeles, CA  90025  

Robert N. Spinelli  
Kelley, Jasons, McGuire & Spinelli  
Centre Square West  
15th Floor  
Philadelphia, PA  19102  

Robert E. Swickle  
Jaques Admiralty Law Firm, P.C.  
1370 Penobscot Building  
Detroit, MI  48226  

Andrew J. Trevelise  
Reed Smith LLP  
2500 One Liberty Place  
1650 Market Street  
Philadelphia, PA  19103  

James K. Weston, II  
Tom Riley Law Firm  
4040 First Avenue, N.E.  
P.O. Box 998  
Cedar Rapids, IA  52406