Case MDL No. 875   Document 3395   Filed 01/22/02   Page 1 of 2

FILED
SOUTHERN DISTRICT OF MISSISSIPPI
JAN 18 2002
BY _____ J.T. NOBLIN, CLERK
                              DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

DONNA MAE HERSHBERGER, *ET AL.*                                **PLAINTIFFS**

VERSUS                                   CIVIL ACTION NO. 1:01cv442GR

ACandS f/k/a ARMSTRONG CONTRACTING
AND SUPPLY CO.; *ET AL.*                                      **DEFENDANTS**

## O R D E R

This cause comes before the Court on motion of the plaintiffs to remand [23-1] the above referenced action to the Circuit Court of Holmes County, Mississippi. Also pending before the Court are the plaintiffs' motions to sever [30-1] the claims of Dee Greer from those of the remaining plaintiffs and to expedite consideration of the motion to remand [31-1]. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that the plaintiffs' motion to remand [23-1] be, and is hereby, granted. The Clerk of this Court is directed to mail the Court file along with a certified copy of this order to the Clerk for the Circuit Court of Holmes County, Mississippi, after the expiration of ten days of the entry date of this judgment or by no earlier than February 4, 2002. It is further,

ORDERED AND ADJUDGED that the plaintiffs' motion to sever the claims of Dee Greer from those of the remaining plaintiffs [30-1] be, and is hereby, denied as moot. It is further,

MDL-*875*
RECOMMENDED ACTION *(opposed)*
*Vacate CTO-209   one mss action*
Approved/Date:  *MK   1/22*

*OB 2002 @ 50-51*

IMAGED JAN 24 '02

ORDERED AND ADJUDGED that the plaintiffs' motion to expedite consideration of the motion to remand [31-1] be, and is hereby, denied as moot. It is further,

ORDERED AND ADJUDGED that the plaintiffs' motion for attorneys' fees be, and is hereby, denied. It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs associated with these motions.

SO ORDERED AND ADJUDGED this the 17th day of January, A.D., 2002.

UNITED STATES DISTRICT JUDGE

2