JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 22 2002

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Donna Mae Hershberger, et al. v. ACandS, Inc., et al.*, S.D. Mississippi,
C.A. No. 1:01-442

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Hershberger*) on December 28, 2001. Prior to expiration of the mandatory fifteen-day stay of execution, plaintiffs in *Hershberger* filed a notice of opposition to the proposed transfer. *Hershberger* was then remanded to the Circuit Court of Holmes County, Mississippi, by the Honorable Walter J. Gex III in an order filed on January 18, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-209" filed on December 28, 2001, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

IMAGED JAN 24 '02