JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 23 2002

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY   :
LITIGATION (NO. VI)                  :
                                     :
_____x

This Document Relates to:            :     CIVIL ACTION NO. MDL 875

Law Offices of Herschel L. Hobson    :

United States District Court         :
Eastern District of Texas            :
                                     :
Patricia WILLIAMS, No. 1:99 CV 157   :
Patricia WILLIAMS, No. 1:99 CV 267   :
                                     :
[In the event the above-listed cases :
are multiple plaintiff (victim)      :
actions, this transfer is for the    :
above-named party only, or said      :
party's representative, and any      :
spousal or dependent actions.]       :
                                     :     FILED   DEC 1 3 2001
_____x


SUGGESTION OF REMAND


THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Eastern District of Texas, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action,

MDL- 875
RECOMMENDED ACTION

CRO -- 2 ACTIONS
Approved/Date: MT 1/9

IMAGED JAN 25 '02

and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Eastern District of Texas for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: December 14, 2001

_____
Charles R. Weiner      J.

**ENTERED**

DEC 1 3 2001

**CLERK OF COURT**