**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JAMES J. BULEY,

    Plaintiff,

v.

    CASE NO: 8:01-cv-2005-T-26TGW

FLORIDA EAST COAST RAILWAY,
LLC, a Florida corp.,

    Defendant.

_____/

## ORDER

Upon due consideration of the Plaintiff's Response to Defendant's Motion to Transfer Venue (Dkt. 7) in which the Plaintiff does not dispute the facts contained in the affidavit of Jerry Hall accompanying the Defendant's Motion to Transfer Venue, see dockets 4 and 5, the Court concludes that venue in this case more properly lies in the Jacksonville Division of the Middle District of Florida. See Local Rule 1.02(c).

ACCORDINGLY, it is **ORDERED AND ADJUDGED** as follows:

1) The Motion to Transfer Venue (Dkt. 4) is granted.

2) The Clerk is directed to transfer this case to the Jacksonville Division.

3) The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, on January 10, 2002.

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of Record

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JAN 25 2002

FILED
CLERK'S OFFICE

IMAGED JAN 29 '02