JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 2 5 2002

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*James J. Buley v. Florida East Coast Railway, L.L.C.*, M.D. Florida, C.A. No. 3:02-29 (Formerly Listed as M.D. Florida, C.A. No. 8:01-2005)

### ORDER CORRECTING CIVIL ACTION NUMBER

This action (*Buley*), bearing the Middle District of Florida civil action number of 8:01-2005, was included on the Panel's conditional transfer order filed on December 28, 2001, and finalized on January 15, 2002. The Panel has now been advised that on January 10, 2002, *Buley* was transferred from the Tampa Division of the Middle District of Florida to the Jacksonville Division of the same district. Coincident to the transfer to the Jacksonville Division, the action was assigned a new Middle District of Florida civil action number of **3:02-29**.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-209" filed on December 28, 2001, and finalized on January 15, 2002, is CORRECTED to reflect the correct Middle District of Florida civil action number of **3:02-29** in this action, and thus this action is transferred to the Eastern District of Pennsylvania pursuant to CTO-209.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

IMAGED JAN 29 '02