MDL 875

BEFORE THE JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | ) CASE NO. MDL DOCKET NO. 875 )<br>) **MOTION TO VACATE CONDITIONAL**<br>) **TRANSFER ORDER AND BRIEF IN**<br>) **SUPPORT THEREOF; DECLARATION**<br>) **OF COUNSEL; EXHIBITS A-B;**<br>) **CERTIFICATE OF SERVICE** |

D:\04373a01\pleading\jmt02mtn.doc

*Clement Lee, et al. v. Owens-Corning, et al.*
CASE NO. CV 01-797 DAE/BMK
U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

**MOTION TO VACATE CONDITIONAL TRANSFER ORDER
AND BRIEF IN SUPPORT THEREOF**

1.  Pursuant to Rule 12(d) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, the Plaintiffs hereby move to vacate the Conditional Transfer Order entered by the Clerk of the Panel on December 28, 2001, transferring the above-captioned action to the U.S. District Court for the Eastern District of Pennsylvania (MDL Docket No. 875) previously designated as the transferee district court for actions alleging asbestos related personal injury. Plaintiffs aver as follows in support of this motion.

2.  The Plaintiffs bring claims for asbestos-related lung cancer against a number of defendants in a person who never smoked cigarettes and was occupationally exposed to asbestos at Pearl Harbor Naval Shipyard. (See, Declaration of Counsel and Exhibits A and B attached hereto).

**OFFICIAL FILE COPY**   IMAGED FEB 1 '02

3. Defendant Viacom, Successor by Merger to CBS Corporation, formerly known as Westinghouse Electric Corporation contends that the U.S. District Court has jurisdiction over this case pursuant to federal officer removal jurisdiction.

4. On December 6, 2001, Plaintiffs filed a Motion with the U.S. Court for the District of Hawaii to remand the action to State Court based upon the relief that the Removal Petition is defective under 28 U.S.C. § 1446, (a) in that Westinghouse did not timely file its removal petition (i.e., filed more than 30 days after service received) and (b) that there is no federal officer removal jurisdiction. Hearing is set before U.S. District Judge Robert Jones (sitting by designation in Hawaii District Court) and it has been fully briefed.

5. The Plaintiffs contend that the U.S. District Court for the District of Hawaii is best suited to decide the Motion to Remand and that, therefore, these cases should remain in Hawaii until such time as the Motion has been resolved. This principle of allowing the transferor court to decide dispositive motions before transfer to an MDL transferee court has been upheld in prior decisions of this court. *In Re L.E. Lay & Co. Antitrust Litigation*, 391 F.Supp. 1054, 1056 (Jud. Pan. Multi. Lit. 1975) ("on principles of comity, we are reluctant to transfer any action that has an important motion under submission with a court"); *In Re Resource Exploration, Inc. Securities Litigation*, 483 F.Supp. 817, 822 (Jud. Pan. Multi. Lit. 1980), and cases cited therein ("we are persuaded, on principles of comity, to defer our decision concerning transfer of the Pennsylvania action because of the pendency of the defendants' motion for summary judgment, which is fully submitted to the potential transferor judge.").

6. The Plaintiffs further submit the accompanying brief in support of this Motion.

THEREFORE, for the foregoing reasons, the Plaintiffs respectfully move the Panel to vacate the Conditional Transfer Order previously entered by the Clerk of the Panel on December 28, 2001.

Respectfully submitted,

GALIHER, DeROBERTIS, NAKAMURA,
   ONO TAKITANI

GARY O. GALIHER
L. RICHARD DeROBERTIS
610 Ward Avenue, Suite 200
Honolulu, Hawaii  96814-3308
Telephone:    (808) 597-1400
Facsimile:    (808) 591-2608
Attorneys for Plaintiffs

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL

**JAN 2 8 2002**

ON MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

|  |  |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | )  CASE NO. MDL DOCKET NO. 875 |
|  | ) |
|  | )  **BRIEF IN SUPPORT OF MOTION TO** |
|  | )  **VACATE CONDITIONAL TRANSFER** |
|  | )  **ORDER PURSUANT TO RULE 10 OF** |
|  | )  **THE RULES OF PROCEDURE OF THE** |
|  | )  **JUDICIAL PANEL ON MULTIDISTRICT** |
|  | )  **LITIGATION** |
|  | ) |
|  | ) |

*Clement Lee, et al. v. Owens-Corning, et al.*
CASE NO. CV 01-797 DAE/BMK
U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

## BRIEF IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER PURSUANT TO RULE 10 OF THE RULES OF PROCEDURE OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

The Plaintiffs submit the instant brief in support of their Motion to Vacate the Conditional Transfer Order entered by the Clerk of the Panel on December 28, 2001. The Plaintiffs contend that removal is defective because the Defendants failed to comply with the procedural requirements of 28 U.S.C. § 1446. In particular, Defendant did not file the Removal Petition within the thirty (30) day period prescribed in 28 U.S.C. § 1446(b). Also, Plaintiffs contend that there is no federal officer removal jurisdiction because there is no colorable federal defense based on the government contract defense, given the Ninth Circuit Court's decisions of *In Re Hawaii Federal Asbestos Cases*, 960 F.2d 806 (9th Cir. 1992) and *Snell v. Bell Helicopter*, 107 F.3d 744 (9th Cir. 1992).

As the Panel is aware, asbestos personal injury actions in Federal Court are automatically transferred to the Eastern District of Pennsylvania, Judge Charles R. Weiner, for proceedings under the Rules of the Judicial Panel on Multidistrict Litigation. (MDL Docket No. 875).

In a previous case against Owens-Corning Fiberglas Corporation, one of the defendants to these actions, the U.S. District Court held:

> The purpose of the MDL Panels' referring of asbestos cases to Judge Weiner was not to make one Judge rule on the various difficult issues that might come up on different factual contexts. Rather, cases are supposed to be referred to Judge Weiner for determination of issues common to asbestos litigation. To force difficult and fact-sensitive jurisdictional issues from all types of cases onto one Court would impossibly overburden that Court and not serve the goal of efficiency that underlies the MDL Program.
>
> Thus, this Court refuses to defer on this motion to remand and elects to address the merits.

*Viala v. Owens-Corning Fiberglas Corp.*, 1994 WL 139287 (N.D. Cal.) at pp. 1-2.

Like *Viala*, the transferor court in Hawaii is in the best position to rule on the issues of whether the Defendants complied with the procedural requirements of 28 U.S.C. § 1446.

Also, Plaintiffs contend that it is inappropriate to transfer living non-smoker lung cancer cases to MDL-875. The Multidistrict Litigation procedure was designed to facilitate consolidated discovery of similar cases to avoid repetitious and duplicative discovery efforts undergoing throughout numerous federal district courts around the country. See, *In Re Asbestos Product Liability Litigation (No. VI)*, 771 F.Supp. 415, 422 (JPML 1991) ("We note that . . . § 1407 transfer is primarily for pretrial"). Asbestos litigation is mature litigation where such discovery efforts have been ongoing since the 1970's. See, *Borel v. Fibreboard*, 493 F.2d 1076

2

(5th Cir. 1973). Thirty years of asbestos litigation in state and federal courts have obviated the need for MDL discovery coordination. Indeed, Plaintiffs' counsel are not aware of any coordinated discovery efforts being supervised by the transferee court. But even more to the point, the main discovery necessary in most cases resolves around facts that are individual to specific cases. Such case-specific discovery is best supervised by the original courts (i.e., deposition of plaintiffs and identification of asbestos exposure of plaintiff with the asbestos-related disease).

Unfortunately, the MDL-875 appears to give certain defendants the incentive to remove to federal court, in the expectation of transfer to MDL-875 where the asbestos cancer victim will die before the case is transferred back to the original court for trial.

Respectfully submitted,

GALIHER, DeROBERTIS, NAKAMURA,
ONO TAKITANI

GARY O. GALIHER
L. RICHARD DeROBERTIS
610 Ward Avenue, Suite 200
Honolulu, Hawaii 96814-3308
Telephone:    (808) 597-1400
Facsimile:    (808) 591-2608
Attorneys for Plaintiffs

BEFORE THE JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | ) ) ) ) ) ) ) ) ) ) | CASE NO. MDL DOCKET NO. 875 **DECLARATION OF COUNSEL** |

*Clement Lee, et al. v. Owens-Corning, et al.*
CASE NO. CV 01-797 DAE/BMK
U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

## DECLARATION OF COUNSEL

I, L. Richard DeRobertis, hereby declare pursuant 28 U.S.C. §1746, as follows:

1.     My name is L. Richard DeRobertis, and I am competent to testify and I have personal knowledge of the following facts, unless otherwise indicated.

2.     I am an attorney with Galiher DeRobertis Nakamura Ono Takitani, counsel for Plaintiffs in the above-entitled lawsuit.

3.     Attached hereto and marked as Exhibit A is a true and correct copy of the verified Plaintiff's Asbestos Summary Sheet signed under penalty of perjury by Plaintiff Clement Lee attesting to his work exposure, smoking history and medical diagnosis.

4.     Attached hereto and marked as Exhibit B is a true and correct copy of a letter dated December 21, 2001 from William S. Loui, M.D. regarding his patient Clement Lee stating that Mr. Clement Lee's expectant median survival would be 12 months after treatment.

5.     On December 6, 2001, Plaintiffs filed a Motion to Remand this action back to Hawaii State court. This remand motion has been fully briefed and has been assigned for hearing before visiting U.S. District Judge Robert E. Jones sitting by designation from the District of Oregon.

I, L. Richard DeRobertis, do declare under penalty of perjury that the foregoing is true and correct.

DATED:  Honolulu, Hawaii, January 24, 2002.

_____
L. RICHARD DeROBERTIS

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 2 8 2002

FILED
CLERK'S OFFICE

EXHIBIT A

## ASBESTOS PLAINTIFF SUMMARY SHEET

D:\04373A01\pleading\Ety02ssh.doc

**PRIMARY PLAINTIFF**: Clement S. Lee

Social Security No: 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

Periods of Exposure: Approx. 1934 - 1946; 1950 - 1980's

Date/Birth: 07/03/1918

Date/Death: n/a

Cause/Death: n/a

Retirement

  Year: 1989

  Age: 71

Disability

  Year: 2001

  Age: 82

  Cause: Lung cancer

**Smoking History**:

  No. of Cigarettes per day: n/a

  No. of years smoked: n/a

  Brand(s): n/a

**EMPLOYMENT**:

1.  (a)  Name:      Civilian Conservation Corps
         Address:  Volcano, Hawaii
    (b)  Employed From:      Approx. 1932      To:      Approx. 1934
    (c)  Job Description:   Labor at Volcano National Park


2.  (a)  Name:      Kekaha Sugar Mill
         Address:  Kekaha, Hawaii
    (b)  Employed From:      Approx. 1934      To:      Approx. 1941
    (c)  Job Description:   Field worker; cleaned boilers on weekends


3.  (a)  Name:      PNAB 5 Co. (Pacific Navy Air Base)
         Address:  Honolulu, HI
    (b)  Employed From:      Approx. 1941      To:      Approx. 01/1943
    (c)  Job Description:   Electrician, underground fuel storage in Red
                           Hill tunnel


3.  (a)  Name:      U.S. Army, 1758 Engineer
         Address:  Schofield Barracks, Hawaii
    (b)  Employed From:      Approx. 1946      To:      Approx. 1947
    (c)  Job Description:   Infantry


4.  (a)  Name:      War Engineers Headquarters
         Address:  Honolulu, HI
    (b)  Employed From:      Approx. 01/1943      To:      Approx. 01/1946
    (c)  Job Description:   Electrician, tunnel and dredging in Oahu
                           military tunnels, including at Diamond Head,
                           Punchbowl, Kahe Point, and Kaneohe Base


5.  (a)  Name:      Pearl Harbor Naval Shipyard
         Address:  Pearl Harbor, HI
    (b)  Employed From:      12/14/1950      To:      02/22/1980
    (c)  Job Description:   Electrician, navy vessels worker

6.   (a)   Name:      Windjammer Cruise
           Address:   Honolulu, HI
     (b)   Employed From:      Approx. 01/1986    To:    Approx. 01/1987
     (c)   Job Description:    Electrician

7.   (a)   Name:      Pacific Marine
           Address:   Honolulu, HI
     (b)   Employed From:      Approx. 08/1986    To:    Approx. 03/1987
     (c)   Job Description:    Electrician, ship repair

8.   (a)   Name:      Marisco Company
           Address:   Honolulu, HI
     (b)   Employed From:      Approx. 1988    To:    Approx. 1989
     (c)   Job Description:    Electrician, ship repair


## ASBESTOS PRODUCTS:

(Asbestos cement/mud, cloth, pipe; block covering, brake lining, clutch pads)


Type:  Refractory/Boiler

Trade Name(s):

Manufacturer:


Dates of Exposure: Approx. 1934 - 1946; 1950 - 1980's


Type:  Pipe covering

Trade Name(s):

Manufacturer:

Dates of Exposure: Approx. 1934 - 1946; 1950 - 1980's

Type: <u>Cloth</u>

Trade Name(s):

Manufacturer:

Dates of Exposure: Approx. 1934 - 1946; 1950 - 1980's

Type: <u>Wire/Cable</u>

Trade Name(s):

Manufacturer:

Dates of Exposure: Approx. 1934 - 1946; 1950 - 1980's

Type: <u>Other</u>

Trade Name(s):  Insulation

Manufacturer:  Westinghouse; General Electric

Dates of Exposure: Approx. 1934 - 1946; 1950 - 1980's

## PRIOR CLAIMS FOR ASBESTOS RELATED INJURY:

Workmen's Comp.: <u>n/a</u>

Disability: <u>n/a</u>

Lawsuit: <u>n/a</u>

## MEDICAL HISTORY:

Diagnosis: <u>Lung cancer</u>

Date:  Approx. 05/15/2001 - present

Symptoms:  Evaluation for chemotherapy (treatment for less than 2 months) and
follow-up to present

Treating Physician:  William S. Loui, M.D. (medical oncology; Queen's POB II, Suite 307)

Diagnosis: <u>Lung cancer</u>

Date:  08/2001

Symptoms:  Pulmonary evaluation (2nd opinion) re possible thoracic surgery

Treating Physician:  George L. Druger, M.D. (pulmonary medicine; Queen's POB II, Suite 704)

Diagnosis: <u>Lung cancer</u>

Date:  Approx. 06/2001

Symptoms:  Read pulmonary function test for Dr. Lee (testing at Queen's, part of evaluation for possible thoracic surgery)

Treating Physician:  John P. Callan, M.D. (pulmonary medicine; Queen's POB II, Suite 601)

Diagnosis: <u>Lung cancer</u>

Date:  06/2001

Symptoms:  Evaluation for possible surgery

Treating Physician:  Jeffrey Y. D. Lee, M.D. (cardiovascular and thoracic surgery; Queen's POB II, Suite 709)

Diagnosis: <u>Lung cancer</u>

Date:  04/2001

Symptoms:  Fall (04/14/2001); abnormal chest film; biopsy at Pali Momi (04/19/2001)

Treating Physician:  Kheng See Ang, M.D. (Pali Momi Medical Center, Suite 250)

Diagnosis: <u>Prostate cancer:  Follow-up</u>

Date:  To present

Symptoms:  In remission; monitoring

Treating Physician:  William J. Yarbrough, M.D. (urology; Queen's POB II, Suite 602)

Diagnosis: <u>Prostate cancer:  follow-up, complications from treatment</u>

Date: 11/04/1997

Symptoms:  Surgery:  Repair colostomy and prostate

Treating Physician:  Ronald J. Wong, M.D. (colon and rectal surgery; Queen's POB I, Suite 614); The Queen's Medical Center (surgery)

Diagnosis: <u>Prostate cancer:  complications from treatment</u>

Date:  11/02/1994

Symptoms:  Surgery:  Cystoscopy; colostomy; drainage of pelvic lesion

Treating Physician:  Straub Clinic & Hospital

Diagnosis: <u>Prostate cancer treatment</u>

Date:  09/13/1994

Symptoms:  Treatment (frozen)

Treating Physician:  University Hospital, San Francisco, CA

Diagnosis: <u>Prostate cancer</u>

Date:  About 1992

Symptoms:  Radiation therapy

Treating Physician:  Pacific Radiation Oncology

Diagnosis: <u>Prostate cancer</u>

Date:  1992

Symptoms:

Treating Physician:  Stephen K. B. Chinn, M.D. (urology, Straub Clinic & Hospital)

Diagnosis: _____

Date:  Approx. 1982 to present

Symptoms:  Internist

Treating Physician:  Kheng See Ang, M.D.

**SPOUSE AND DEPENDENTS**:

Name:  <u>Wai Sim Lee</u>

Relation:  Spouse

Date of Birth:  11/29/1938

Date of Marriage:  11/20/1957

**SPECIAL DAMAGES CLAIMED**:

Medical/Hospital:  $<u>To be provided</u>

Loss of Wages:  $<u>To be provided</u>

Burial:  $<u>n/a</u>

## DECLARATION UNDER PENALTY OF PERJURY

D:\04373A01\pleading\Ety01dec.doc

I, CLEMENT S. LEE, hereby declare pursuant to Circuit Rule 7(g), Rules of the Circuit Court of the State of Hawaii, that I have personal knowledge of the following facts and I am competent to testify as follows:

1. I declare that the foregoing Asbestos Plaintiff Summary Sheet is true and correct to the best of my knowledge.

2. I declare under penalty of perjury that the foregoing is true and correct.

Date: __August 28,__ , 2001 .

CLEMENT S. LEE

EXHIBIT B

RECEIVED JAN 0 3 2002

## WILLIAM S. LOUI, M.D.

Diplomate American Board of Internal Medicine
Medical Oncology and Hematology

**THE QUEEN'S PHYSICIAN'S OFFICE BLDG.II**
1329 Lusitana Street, Suite 307
Honolulu, Hawaii 96813
Phone: (808) 524-6115
FAX: (808) 528-1711

**PALI MOMI MEDICAL CENTER**
98-1079 Moanalua Road, Suite 580
Aiea, Hawaii 96701
Phone: (808) 488-7797

December 21, 2001

L. Richard DeRobertis, Esq.
610 Ward Ave  Suite 200
Honolulu HI  96814-3308

Re:  LEE, Clement

Dear Mr. DeRobertis:

I received your letter dated December 12, 2001 regarding Mr. Clement Lee.

I have reviewed Mr. Lee's chart, and he has a T3, NO, MO non-small-cell lung cancer. Under the staging by the American Joint Committee on Cancer, the patient has a stage III A non-small-cell lung cancer. Under the revised International Staging System for staging of lung cancer, he would have a stage II B disease. Using the revised international classification, Mr. Clement Lee's expected median survival would be twelve months after treatment.

I hope this information assists you with Mr. Lee's legal case.  If there is any more information or assistance we can provide, please do not hesitate to contact us.

Sincerely yours,

William S. Loui, MD

WSL/ds

TD 12/21/01 # 20557

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that an original and 11 copies of the foregoing was sent by

Federal Express to Mr. Michael J. Beck, Clerk of the Panel, One Columbus Circle, NE,

Thurgood Marshall Federal Judicial Building, Room G-255, North Lobby, Washington, DC

20002-8004 and a copy mailed to all counsel of record as shown below at their last known

address and the Panel Service List attached hereto on ___JAN 2 4 2002___, by the method

indicated below.

| HAND DELIVER | U.S. MAIL | FAX | |
|:---:|:---:|:---:|---|
| ( ) | ( ✓ ) | ( ) | PETER C.P. CHAR, Esq.<br>Char Hamilton Campbell & Thom<br>Suite 2100, Pacific Guardian Center<br>737 Bishop Street<br>Honolulu, HI  96813<br>Attorney for COMBUSTION ENGINEERING, INC. |
| ( ) | ( ✓ ) | ( ) | STEVEN K. HISAKA, Esq.<br>Hisaka Stone Goto Yoshida Cosgrove & Ching<br>Suite 3000, Pacific Guardian Center<br>737 Bishop Street<br>Honolulu, HI  96813<br>Attorneys for CENTER FOR CLAIMS RESOLUTION DEFENDANTS |
| ( ) | ( ✓ ) | ( ) | CRAIG T. KUGISAKI, Esq.<br>Law Offices of Craig Kugisaki<br>Suite 2727, Pacific Tower<br>1001 Bishop Street<br>Honolulu, HI  96813<br>Attorneys for METROPOLITAN LIFE INSURANCE COMPANY |

| ( ) | ( / ) | ( ) | DONALD C. MACHADO, JR., Esq.<br>Suite 2100, Central Pacific Plaza<br>220 South King Street<br>Honolulu, HI 96813<br>Attorneys for FOSTER WHEELER CORPORATION |
|-----|-------|-----|---|
| ( ) | ( / ) | ( ) | JEROLD T. MATAYOSHI, Esq.<br>Fukunaga Matayoshi Hershey & Ching<br>Suite 1200, Davies Pacific Center<br>841 Bishop Street<br>Honolulu, HI 96813<br>Attorneys for OWENS-ILLINOIS, INC.; |
| ( ) | ( / ) | ( ) | MICHAEL F. O'CONNOR, Esq.<br>Oliver Lau Lawhn Ogawa Nakamura<br>Suite 600, Ocean View Center<br>707 Richards Street<br>Honolulu, HI 96813<br>Attorneys for GARLOCK, INC.;<br>VIACOM INC., successor by merger to CBS<br>CORPORATION, formerly known as WESTINGHOUSE<br>ELECTRIC CORPORATION |
| ( ) | ( / ) | ( ) | ARTHUR F. ROECA, Esq.<br>Roeca Louie & Hiraoka<br>Suite 900, Davies Pacific Center<br>841 Bishop Street<br>Honolulu, HI 96813<br>Attorneys for THE LYNCH CO., INC. |
| ( ) | ( / ) | ( ) | STEPHEN D. TOM, Esq.<br>AIMEE H. OYASATO, Esq.<br>White & Tom<br>Suite 711, Haseko Center<br>820 Mililani Street<br>Honolulu, HI 96813-2972<br>Attorneys for THE LYNCH CO., INC.<br>and JOHN CRANE, INC. |

| ( ) | (✓) | ( ) | JOHN S. NISHIMOTO, Esq.<br>PATRICIA T. FUJII, Esq.<br>Ayabe Chong Nishimoto Sia Nakamura<br>Suite 2500, Pauahi Tower<br>1001 Bishop Street<br>Honolulu, HI 96813<br>Attorneys for RAPID-AMERICAN CORPORATION |
|-----|-----|-----|---|
| ( ) | (✓) | ( ) | SHERMAN S. HEE, Esq.<br>1164 Bishop Street, Suite 1415<br>Honolulu, HI 96813<br>Attorneys for DRESSER INDUSTRIES, INC.;<br>HARBISON-WALKER REFRACTORIES COMPANY;<br>A.P. GREEN INDUSTRIES, INC. |
| ( ) | (✓) | ( ) | WAYNE S. SAKAMOTO, Esq.<br>Kendall Building, 8th Floor<br>888 Mililani Street<br>Honolulu, Hawaii 96813<br>Attorneys for A.P GREEN SERVICES INC., formerly known as BIGELOW-LIPTAK CORPORATION |
| ( ) | (✓) | ( ) | JAMES T. ESTES, JR., Esq.<br>Burke Sakai McPheeters Bordner Iwanaga Estes<br>Suite 3100, Pacific Guardian Center<br>737 Bishop Street<br>Honolulu, HI 96813<br>Attorneys for A.W. CHESTERTON COMPANY |
| ( ) | (✓) | ( ) | THOMAS R. SYLVESTER, Esq.<br>Carlsmith Ball<br>Suite 2200, Pacific Tower<br>1001 Bishop Street<br>Honolulu, HI 96813<br>Attorneys for GENERAL ELECTRIC COMPANY |

DATED: Honolulu, Hawaii, _____ JAN 2 4 2002 _____

_____

GARY O. GALIHER
L. RICHARD DeROBERTIS
Attorneys for Plaintiffs

PANEL SERVICE LIST (Excerpted from CTO-209)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Lee, et al. v. Owens-Illinois, Inc., et al.*, D. Hawaii, C.A. No. 1:01-797

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH  44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH  44115

Stanley M. Chow
Char, Hamilton, Campbell & Thom
Mauka Tower, Suite 2100
737 Bishop Street
Honolulu, HI  93813

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC  20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA  15222

L. Richard DeRobertis
Galiher, DeRobertis, Nakamura, Ono & Takitani
610 Ward Avenue
Suite 200
Honolulu, HI  96814

James T. Estes, Jr.
Burke, Sakai, McPheeters, Bordner, et al.
Grosvenor Center, Mauka Tower, Suite
737 Bishop Street
Honolulu, HI  96813

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA  19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA  19103

Leonard R. Gouveia, Jr.
888 Mililani Street
8th Floor
Honolulu, HI  96813

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN  55402

Sherman S. Hee
1164 Bishop Street
Suite 1415
Honolulu, HI  96813

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH  44308

Craig T. Kugisaki
Pacific Tower
1001 Bishop Street, Suite 2727
Honolulu, HI  96813

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA  19102

Donald C. Machado
Central Pacific Plaza
220 S. King Street, Suite 2100
Honolulu, HI  96813

Jerold T. Matayoshi
Fukunaga, Matayoshi, Hershey & Ching
Davies Pacific Center, Suite 1200
841 Bishop Street
Honolulu, HI 96813

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

John Nishimoto
Ayabe, Chong, Nishimoto, Sia & Nakamura
Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, HI 96813

Michael F. O'Connor
Oliver, Lau, Lawhn, Ogawa & Nakamura
Ocean View Center, Suite 600
707 Richards Street
Honolulu, HI 96813

Aimee H. Oyasato
White & Tom
820 Mililani Street
Suite 701
Honolulu, HI 96813

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Arthur F. Roeca
Roeca, Louie & Hiraoka
Davies Pacific Center, Suite 900
841 Bishop Street
Honolulu, HI 96813

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Thomas R. Sylvester
Pacific Tower, Suite 2200
1001 Bishop Street
Honolulu, HI 96813

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406