MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 31 2002

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **In re:** | § § § | **MDL 875** |
| **Asbestos Product Liability Litigation (No. VI)** | § | |

================================

*This Document Relates to:*

| | | |
|---|---|---|
| **VARIOUS PLAINTIFFS** | § § § § § § § § § § § § § § § | *from the* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS |
| *Plaintiffs,* | | |
| vs. | | |
| DAIMLERCHRYSLER, FORD MOTOR COMPANY and GENERAL MOTORS CORPORATION | | |
| *Defendants.* | | |

## MOTION TO VACATE CTO-209 AND BRIEF IN SUPPORT

The Plaintiffs' file their Motion to Vacate Conditional Transfer Order 209, entered December 28, 2001, and would show as follows:

### I.

### PROCEDURAL BACKGROUND

Plaintiffs have previously filed a timely Notice of Opposition to Conditional Transfer Order 209, and now move to vacate the order.

These actions were recently removed from various Texas state district courts by the Big Three Automobile Manufacturers (Ford, General Motors and DaimlerChrysler) citing alleged bankruptcy "related to" jurisdiction 28 U.S.C. § 1334,

PLEADING NO. 3412

based upon the bankruptcy proceeding of Federal Mogul Global, Inc. and related entities. The Big Three allege that all claims made against them based upon the sale of brake products are related to the Federal Mogul bankruptcy because, allegedly, the Big Three purchased brake products from a Federal Mogul debtor and therefore the Big Three have contribution or indemnity claims against a debtor. This basis for federal bankruptcy jurisdiction is, however, wholly devoid of merit. *See, e.g., Pacor, Inc. v. Higgins (In re Pacor)*, 743 F.2d 984 (3rd Cir. 1984). Consequently, the Plaintiffs in these cases filed motions to remand in the Northern District of Texas which motions have not yet been ruled upon.[1]

After the removals, these actions were "provisionally transferred" to the venue of the Federal Mogul Bankruptcy by Judge Alfred Wolin,[2] presiding over said bankruptcy by assignment of the Third Circuit.[3] Judge Wolin has set a briefing schedule on the thousands of remand motions in these and other similarly situated cases, and the matter will be submitted on February 4, 2002.[4]

---

[1] Two courts (Southern District of Texas and Southern District of West Virginia) have already remanded 179 other identical cases. No court has denied such remand motions.

[2] *See* Order attached hereto as Exhibit B. Nothing in this Notice should be taken as acquiescence in or agreement that the provisions of 28 U.S.C § 157(b)(5) can be or was properly used in relation to these cases to transfer claims against *non-debtors* to the bankruptcy court venue. Indeed, that section can be used only to transfer claims against debtors.

[3] *See* Order attached hereto as Exhibit C.

[4] *See* Order attached hereto as Exhibit D.

## II.

## **ARGUMENT**

The Plaintiffs oppose the transfer if this case because:

(a) the motions to remand are pending, and will likely to be decided in favor of returning the cases to state court;

(b) Judge Wolin has signed a "provisional" transfer order in these cases, and further transfer would neither aid in the resolution of the cases nor fulfill any of the purposes of the Multidistrict Litigation statute in general or the Order establishing MDL 875 in particular;

(c) a Multidistrict Litigation transfer would be an unnecessary interference with the Order of Chief Judge Becker of the Third Circuit assigning Judge Wolin to preside over the Federal Mogul (and four other asbestos-related) bankruptcies;

(d) a Multidistrict Litigation transfer would create a jurisdictional tug-of-war between the Panel (under 28 U.S.C. § 1407) and Judge Wolin (under 28 U.S.C. § 157(b)(5).

(e) no purpose would be served by Multidistrict consolidation here since all "common" asbestos discovery has been completed in MDL 875 as a whole, even before these particular cases were filed; and

(f) the transfer would cause immeasurable delay in the prosecution and trial of these cases.

In the interests of comity, the Panel ought to delay ruling on the transfer until either the local federal courts or Judge Wolin have had an opportunity to rule on the motions to remand, currently set for submission (before Judge Wolin) on February 4, 2002. *See In Re Plumbing Fixture Cases*, 298 F. Supp. 484, 496 (J.P.M.L. 1968) ("On principles of comity where appropriate, the Panel has in the past timed its actions and constructed its orders in a manner which will permit the transfer court...to reach timely decisions on particular issues without abrupt, disconcerting, untimely or inappropriate orders of transfer by the Panel.")

Judge Wolin has already signed an order purportedly transferring these cases (and thousands of others) to himself as the District Judge assigned to preside over the Federal Mogul bankruptcy, i.e. to a single forum, and yet another transfer to the Eastern District of Pennsylvania is not necessary, and would not fulfill any of the purposes of Section 1407.

The Chief Judge of the Third Circuit has specially assigned Judge Wolin to preside over the Federal Mogul bankruptcy, as well as over four other asbestos company bankruptcies pending in the District of Delaware. Transferring the causes to the Eastern District of Pennsylvania would facially interfere with the Chief Judge's Order.

While the Plaintiffs certainly are not advocating the correctness of the position, one can easily see how a putative transfer under Section 157(b)(5), followed by yet another transfer under Section 1407, could create jurisdictional havoc - as even thereafter, a further Section 157(b)(5) transfer could be entered (by Judge Wolin under Section 157, transferring the cases from the Eastern District of Pennsylvania, to the District of Delaware)

followed by yet another Section 1407 transfer (by the Panel, transferring the cases to the Eastern District of Pennsylvania from the District of Delaware). The Panel's assumption of jurisdiction over this matter could, therefore, create this kind of unnecessary jurisdictional tug-of-war between the district court sitting in bankruptcy, and the Panel acting for the Multidistrict Litigation court.

## III.

## CONCLUSION

Plaintiffs move under Rule 7.4(d) that the conditional transfer order be vacated, that transfer be denied, and that these cases remain in the Transferee Court, until they are remanded to the state district court, and that they receive all other relief to which they are entitled.

Respectfully Submitted,

**FOSTER & SEAR, L.L.P.**
360 Place Office Park
1201 N. Watson, Suite 145
Arlington, Texas 76006
Telephone (817) 633-3355
Facsimile (817) 633-5507

By:_____
EDWARD M. SLAUGHTER
State Bar No. 24015112

Attorneys for Plaintiffs

SENT BY: FOS; Case MDL No. 875 Document 3412 Filed 01/31/02 Page 6 of 16 PAGE 4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 31 2002

FILED
CLERK'S OFFICE

# SCHEDULE CTO-209 — TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|---|---|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | **NEW YORK EASTERN** | | | NYE | 1 | 01-7873 |
| CAC | 5 | 01-909 | NYE | 1 | 01-7362 | NYE | 1 | 01-7875 |
| | | | NYE | 1 | 01-7363 | NYE | 1 | 01-7876 |
| **FLORIDA MIDDLE** | | | NYE | 1 | 01-7364 | NYE | 1 | 01-7877 |
| FLM | 8 | 01-2005 | NYE | 1 | 01-7365 | NYE | 1 | 01-7878 |
| | | | NYE | 1 | 01-7366 | NYE | 1 | 01-7880 |
| **HAWAII** | | | NYE | 1 | 01-7489 | NYE | 1 | 01-7881 |
| HI | 1 | 01-797 | NYE | 1 | 01-7491 | NYE | 1 | 01-7883 |
| | | | NYE | 1 | 01-7492 | NYE | 1 | 01-7890 |
| **ILLINOIS CENTRAL** | | | NYE | 1 | 01-7493 | NYE | 1 | 01-7891 |
| ILC | 1 | 00-1457 | NYE | 1 | 01-7495 | NYE | 1 | 01-7892 |
| ILC | 1 | 00-1458 | NYE | 1 | 01-7496 | NYE | 1 | 01-7893 |
| ILC | 1 | 01-1048 | NYE | 1 | 01-7497 | NYE | 1 | 01-7898 |
| ILC | 1 | 01-1291 | NYE | 1 | 01-7498 | NYE | 1 | 01-7899 |
| ILC | 2 | 01-2168 | NYE | 1 | 01-7499 | | | |
| ILC | 2 | 01-2169 | NYE | 1 | 01-7501 | **SOUTH CAROLINA** | | |
| ILC | 2 | 01-2170 | NYE | 1 | 01-7502 | SC | 2 | 01-4041 |
| ILC | 2 | 01-2188 | NYE | 1 | 01-7503 | SC | 2 | 01-4388 |
| ILC | 2 | 01-2189 | NYE | 1 | 01-7504 | SC | 2 | 01-4455 |
| ILC | 4 | 01-4008 | NYE | 1 | 01-7505 | SC | 2 | 01-4523 |
| ILC | 4 | 01-4063 | NYE | 1 | 01-7506 | SC | 2 | 01-4555 |
| | | | NYE | 1 | 01-7531 | | | |
| **ILLINOIS NORTHERN** | | | NYE | 1 | 01-7532 | **TEXAS EASTERN** | | |
| ILN | 1 | 00-8189 | NYE | 1 | 01-7533 | TXE | 5 | 01-309 |
| ILN | 1 | 01-1968 | NYE | 1 | 01-7534 | | | |
| ILN | 1 | 01-1969 | NYE | 1 | 01-7535 | **TEXAS NORTHERN** | | |
| ILN | 1 | 01-1973 | NYE | 1 | 01-7576 | TXN | 3 | 01-2341 |
| ILN | 1 | 01-1978 | NYE | 1 | 01-7577 | TXN | 3 | 01-2343 |
| ILN | 1 | 01-2006 | NYE | 1 | 01-7578 | TXN | 3 | 01-2344 |
| ILN | 1 | 01-2019 | NYE | 1 | 01-7579 | TXN | 3 | 01-2346 |
| ILN | 1 | 01-2428 | NYE | 1 | 01-7580 | TXN | 3 | 01-2347 |
| | | | NYE | 1 | 01-7584 | TXN | 3 | 01-2348 |
| **ILLINOIS SOUTHERN** | | | NYE | 1 | 01-7585 | TXN | 3 | 01-2349 |
| ILS | 3 | 01-723 | NYE | 1 | 01-7586 | TXN | 3 | 01-2350 |
| | | | NYE | 1 | 01-7587 | TXN | 3 | 01-2351 |
| **KANSAS** | | | NYE | 1 | 01-7588 | TXN | 3 | 01-2352 |
| KS | 2 | 01-2542 | NYE | 1 | 01-7607 | TXN | 3 | 01-2353 |
| | | | NYE | 1 | 01-7608 | TXN | 3 | 01-2354 |
| **LOUISIANA EASTERN** | | | NYE | 1 | 01-7609 | TXN | 3 | 01-2355 |
| LAE | 2 | 01-3442 | NYE | 1 | 01-7610 | TXN | 3 | 01-2356 |
| | | | NYE | 1 | 01-7611 | TXN | 3 | 01-2357 |
| **MARYLAND** | | | NYE | 1 | 01-7617 | TXN | 3 | 01-2358 |
| MD | 1 | 01-1990 | NYE | 1 | 01-7618 | TXN | 3 | 01-2359 |
| | | | NYE | 1 | 01-7619 | TXN | 3 | 01-2360 |
| **MAINE** | | | NYE | 1 | 01-7640 | TXN | 3 | 01-2361 |
| ME | 2 | 01-285 | NYE | 1 | 01-7641 | TXN | 3 | 01-2362 |
| | | | NYE | 1 | 01-7733 | TXN | 3 | 01-2363 |
| **MINNESOTA** | | | NYE | 1 | 01-7734 | TXN | 3 | 01-2364 |
| MN | 0 | 01-2150 | NYE | 1 | 01-7735 | TXN | 3 | 01-2365 |
| | | | NYE | 1 | 01-7737 | TXN | 3 | 01-2366 |
| **MISSISSIPPI SOUTHERN** | | | NYE | 1 | 01-7739 | TXN | 3 | 01-2367 |
| MSS | 1 | 01-442 | NYE | 1 | 01-7742 | TXN | 3 | 01-2368 |
| MSS | 1 | 01-470 | NYE | 1 | 01-7771 | TXN | 3 | 01-2369 |
| MSS | 1 | 01-473 | NYE | 1 | 01-7772 | TXN | 3 | 01-2370 |
| | | | NYE | 1 | 01-7781 | TXN | 3 | 01-2376 |
| **MONTANA** | | | NYE | 1 | 01-7783 | TXN | 3 | 01-2379 |
| MT | 4 | 01-159 | NYE | 1 | 01-7784 | TXN | 3 | 01-2380 |
| | | | NYE | 1 | 01-7785 | TXN | 3 | 01-2382 |
| **NORTH CAROLINA MIDDLE** | | | NYE | 1 | 01-7786 | TXN | 3 | 01-2383 |
| NCM | 1 | 01-1012 | NYE | 1 | 01-7787 | TXN | 3 | 01-2384 |
| NCM | 1 | 01-1021 | NYE | 1 | 01-7788 | TXN | 3 | 01-2385 |
| | | | NYE | 1 | 01-7789 | TXN | 3 | 01-2386 |
| **NORTH CAROLINA WESTERN** | | | NYE | 1 | 01-7790 | TXN | 3 | 01-2387 |
| NCW | 1 | 01-271 | NYE | 1 | 01-7871 | TXN | 3 | 01-2388 |
| | | | NYE | 1 | 01-7872 | TXN | 3 | 01-2389 |

SCHEDULE CTO-209 TAG-ALONG CASES (Cont.) MDL-875

PAGE 2

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| TXN | 3 | 01-2390 |
| TXN | 3 | 01-2391 |
| TXN | 3 | 01-2392 |
| TXN | 3 | 01-2393 |
| TXN | 3 | 01-2394 |
| TXN | 3 | 01-2395 |
| TXN | 3 | 01-2396 |
| TXN | 3 | 01-2397 |
| TXN | 3 | 01-2398 |
| TXN | 3 | 01-2399 |
| TXN | 3 | 01-2400 |
| TXN | 3 | 01-2409 |
| TXN | 3 | 01-2410 |
| TXN | 3 | 01-2411 |
| TXN | 3 | 01-2412 |
| TXN | 3 | 01-2413 |
| TXN | 3 | 01-2414 |
| TXN | 3 | 01-2415 |
| TXN | 3 | 01-2416 |
| TXN | 3 | 01-2417 |
| TXN | 3 | 01-2418 |
| TXN | 3 | 01-2419 |
| TXN | 3 | 01-2426 |
| TXN | 3 | 01-2427 |
| TXN | 3 | 01-2428 |
| TXN | 3 | 01-2429 |
| TXN | 3 | 01-2430 |
| TXN | 3 | 01-2431 |
| TXN | 3 | 01-2432 |
| TXN | 3 | 01-2434 |
| TXN | 3 | 01-2435 |
| TXN | 3 | 01-2436 |
| TXN | 3 | 01-2437 |
| TXN | 3 | 01-2438 |
| TXN | 3 | 01-2439 |
| TXN | 3 | 01-2440 |
| TXN | 3 | 01-2441 |
| TXN | 3 | 01-2442 |
| TXN | 3 | 01-2443 |
| TXN | 3 | 01-2444 |
| TXN | 3 | 01-2445 |
| TXN | 3 | 01-2446 |
| TXN | 3 | 01-2447 |
| TXN | 3 | 01-2448 |
| TXN | 3 | 01-2449 |
| TXN | 3 | 01-2450 |
| TXN | 3 | 01-2451 |
| TXN | 3 | 01-2452 |
| TXN | 3 | 01-2453 |
| TXN | 3 | 01-2454 |
| TXN | 3 | 01-2455 |
| TXN | 3 | 01-2456 |
| TXN | 3 | 01-2457 |
| TXN | 3 | 01-2458 |
| TXN | 3 | 01-2459 |
| TXN | 3 | 01-2460 |
| TXN | 3 | 01-2461 |
| TXN | 3 | 01-2463 |
| TXN | 3 | 01-2464 |
| TXN | 3 | 01-2465 |
| TXN | 3 | 01-2466 |
| TXN | 3 | 01-2467 |
| TXN | 3 | 01-2468 |
| TXN | 3 | 01-2469 |
| TXN | 3 | 01-2470 |
| TXN | 3 | 01-2471 |
| TXN | 3 | 01-2472 |
| TXN | 3 | 01-2473 |
| TXN | 3 | 01-2474 |

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| TXN | 3 | 01-2475 |
| TXN | 3 | 01-2476 |
| TXN | 3 | 01-2477 |
| TXN | 3 | 01-2478 |
| TXN | 3 | 01-2479 |
| TXN | 3 | 01-2489 |
| TXN | 3 | 01-2496 |
| TXN | 3 | 01-2497 |
| TXN | 3 | 01-2498 |
| TXN | 3 | 01-2499 |
| TXN | 3 | 01-2500 |
| TXN | 3 | 01-2506 |
| TXN | 3 | 01-2508 |
| TXN | 3 | 01-2511 |
| TXN | 3 | 01-2512 |
| TXN | 3 | 01-2513 |
| TXN | 3 | 01-2514 |
| TXN | 4 | 01-901 |
| TXN | 4 | 01-902 |
| TXN | 4 | 01-903 |
| TXN | 4 | 01-904 |
| TXN | 4 | 01-905 |
| TXN | 4 | 01-906 |
| TXN | 4 | 01-907 |
| TXN | 4 | 01-908 |
| TXN | 4 | 01-909 |
| TXN | 4 | 01-910 |
| TXN | 4 | 01-911 |
| TXN | 4 | 01-912 |
| TXN | 4 | 01-937 |
| TXN | 4 | 01-938 |
| TXN | 4 | 01-939 |
| TXN | 4 | 01-940 |
| TXN | 4 | 01-941 |
| TXN | 4 | 01-942 |
| TXN | 4 | 01-943 |
| TXN | 4 | 01-944 |
| TXN | 4 | 01-945 |
| TXN | 4 | 01-946 |
| TXN | 4 | 01-947 |
| TXN | 4 | 01-948 |
| TXN | 4 | 01-949 |
| TXN | 4 | 01-950 |
| TXN | 4 | 01-951 |
| TXN | 4 | 01-952 |
| TXN | 4 | 01-953 |
| TXN | 4 | 01-954 |
| TXN | 4 | 01-955 |
| TXN | 4 | 01-957 |
| TXN | 4 | 01-958 |
| TXN | 4 | 01-961 |
| TXN | 4 | 01-962 |
| TXN | 4 | 01-963 |
| TXN | 4 | 01-964 |
| TXN | 4 | 01-965 |
| TXN | 4 | 01-966 |
| TXN | 4 | 01-968 |

TEXAS SOUTHERN
| TXS | 6 | 01-119 |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 31 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Vacate and Brief in Support was served via United States mail to all counsel of record on the attached service list on the ___ day of January, 2002.

EDWARD M. SLAUGHTER

## CERTIFICATE OF CONFERENCE

I hereby certify that on the ___ of January, 2002, I conferred with counsel for the defendants and that they oppose the relief sought by this motion.

EDWARD M. SLAUGHTER

## INVOLVED COUNSEL FOR SCHEDULE CTO-209
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

John E. Ansbach
Heygood Orr & Reyes
4245 North Central Expressway
6th Floor
Dallas, TX 75205

Mel Bailey
Bailey Crowe & Kugler
4600 Bank of America Plaza
901 Main Street
Dallas, TX 75202

David A. Barfield
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207

David B. Barlow
Sidley, Austin, Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Steven T. Baron
Silber & Pearlman
2711 North Haskell Avenue
Suite 32
Dallas, TX 75204

Thomas P. Bernier
Goldfein & Hosmer
217 E. Redwood Street
21st Floor
Baltimore, MD 21202

V. Brian Bevon
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Paula H. Blazek
Bernsen, Jamail & Goodson, LLP
550 Fannin Street
P.O. Box 4915
Beaumont, TX 77004

Jack L. Block
Sachnoff & Weaver, Ltd.
30 South Wacker Drive
29th Floor
Chicago, IL 60606

Leslie J. Bobo
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225

John J. Boyd, Jr.
Lord & Whip, P.A.
120 West Layette Street
800 One Center Plaza
Baltimore, MD 21201

Michael J. Brickman
Ness, Motley, Loadholt, Richardson & Poole
P. O. Box 1137
Charleston, SC 29401

Pamela T. Broache
Lord & Whip, P.A.
800 Once Center Plaza
120 West Layette Street
Baltimore, MD 21201

W. Scott Brown
Forman, Perry, Watkins, Krutz & Tardy
1515 Poydras Street
Suite 1420
New Orleans, LA 70112

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 2220
3112 Canty Street
Pascagoula, MS 39569

Lisa N. Busch
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

Isaac K. Byrd, Jr.
Byrd & Associates
P.O. Box 19
Jackson, MS 39205

Larry G. Canada
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square, Suite 4040
701 Poydras Street
New Orleans, LA 70139

James R. Carter
Carter Law Offices
Commerce Bank Building, Suite 529
416 Main Street
Peoria, IL 61602

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
403 West North Avenue
Chicago, IL 60610

Michael P. Casey
Lewis, Rice & Fingersh
500 North Broadway, Suite 2000
St. Louis, MO 63102

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Paul V. Cassisa, Jr.
Bernard, Cassisa, Elliott & Davis
P.O. Box 1138
Oxford, MS 38655

William T. Causby
Nelson, Mullins, Riley & Scarborough
Keenan Building, 3rd Floor
1330 Lady Street
P.O. Box 11070
Columbia, SC 29211

INVOLVED COUNSEL FOR SCHEDULE CTO-209 (Cont.) MDL-875                                    PAGE 2

Damon J. Chargois
Foster & Sear
1201 N Watson
Suite 145
Arlington, TX 76006

Daniel J. Cheely
Bellande Cheely, O'Flaherty, Sargis & Ayres
19 South LaSalle Street, Suite 1203
Chicago, IL 60603

Stanley M. Chow
Char, Hamilton, Campbell & Thom
Mauka Tower, Suite 2100
737 Bishop Street
Honolulu, HI 93813

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David W. Clark
Bradley, Arant, Rose & White
188 East Capitol Street, Suite 450
P.O. Box 1789
Jackson, MS 39215

Gregory L. Cochran
McKenna, Storer, Rowe, White & Farrug
200 North LaSalle Street, Suite 3000
Chicago, IL 60601

J. P. Coleman
Baker, Donelson, Bearman & Caldwell
P. O. Box 14167
Jackson, MS 39236

P. J. Cone
Ness Motley Loadholt Richardson & Poole
2202 Jackson Street
P.O. Box 365
Barnwell, SC 29812

P. Jay Cone, II
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

John F. Conley
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

Larry E. Cotten
Kirkley, Schmidt & Cotten, L.L.P.
City Center II, Suite 2700
301 Commerce Street
Fort Worth, TX 76102

Kaye N. Courington
Duncan & Courington, L.L.C.
322 Lafayette Street
New Orleans, LA 70130

Ronald B. Cox
Bowers, Orr & Dougall, LLP
P.O. Box 25389
Columbia, SC 29224

Edward M. Crane
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Andrew J. Cross
Polsinelli, Shalton & Welte
100 South Fourth Street
Suite 1100
St. Louis, MO 63102

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Charles P. Dargo
Bruce P. Clark & Associates
Harrison Ridge Square
419 Ridge Road
Munster, IN 46321

William S. Davies, Jr.
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Building, 3rd Floor
P.O. Box 11070
Columbia, SC 29211

Maxon R. Davis
Davis, Hatley, Haffeman & Tighe, P.C.
100 River Drive North, Third Floor
Box 2103
Great Falls, MT 59401

L. Richard DeRobertis
Galiher, DeRobertis, Nakamura, Ono & Takitani
610 Ward Avenue, Suite 200
Honolulu, HI 96814

Mike Desautels
Delaney & Desautels
80 Wolf Road
6th Floor
Albany, NY 12205

Dennis J. Dobbels
Polsinelli, Shalton & Welte
700 West 47th Street
Suite 1000
Kansas City, MO 64112

David W. Dogan, III
Dogan & Wilkinson
P.O. Box 23062
Jackson, MS 39225

Thomas F. Dougall
Bowers, Orr & Dougall, LLP
P.O. Box 25389
Columbia, SC 29224

Jerome J. Duchowicz
O'Hagan, Smith & Amundsen, LLC
150 North Michigan Avenue
Suite 3300
Chicago, IL 60601

David Duke
Duke Law Firm
201 East Abram
Suite 760
Arlington, TX 76010

Maja C. Eaton
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

INVOLVED COUNSEL FOR SCHEDULE CTO-209 (Cont.) MDL-875     PAGE 3

Gary D. Elliston  
DeHay & Elliston, L.L.P.  
3500 Bank of America Plaza  
901 Main Street  
Dallas, TX 75202

James T. Estes, Jr.  
Burke, Sakai, McPheeters, et al.  
Grosvenor Center, Mauka Tower  
737 Bishop Street  
Honolulu, HI 96813

C. Michael Evert, Jr.  
Evert & Weathersby  
3405 Piedmont Road, N.E.  
Suite 225  
Atlanta, GA 30305

James J. Fabian  
Pfeifer & Fabian  
326 Saint Paul Place  
Suite 100  
Baltimore, MD 21202

Mark J. Fellman  
Fellman Law Office  
213 4th Street, East  
Suite 200  
St. Paul, MN 55101

Richard Young Ferguson  
Johnson, Ferguson, Pipkin & Phillips  
4900 Woodway  
Suite 1100  
Houston, TX 77056

Matthew J. Fischer  
Schiff, Hardin & Waite  
233 South Wacker Drive  
6600 Sears Tower  
Chicago, IL 60606

James L. Fletcher, Jr.  
Duncan & Courington  
322 Lafayette Street  
New Orleans, LA 70130

James T. Foley  
Foley & Boyd  
First City Place  
Suite 404  
Tyler, TX 75702

Raymond P. Forceno  
Forceno & Hannon  
Philadelphia Bourse Building  
Suite 1000  
Independence Mall East  
Philadelphia, PA 19106

Richard L. Forman  
Forman, Perry, Watkins, Krutz  
& Tardy  
P.O. Box 22608  
Jackson, MS 39225

Laura A. Frase  
Forman, Perry, Watkins, Krutz  
& Tardy  
1349 Empire Central  
Suite 400  
Dallas, TX 75247

Ellen B. Furman  
Goldfein & Joseph  
1600 Market Street  
33rd Floor  
Philadelphia, PA 19103

William Allen Galerston  
Kleberg Law Firm  
1800 Bering  
Suite 400  
Houston, TX 77057

James D. Gandy, III  
Pierce, Herns, Sloan & McLeod  
P.O. Box 22437  
Charleston, SC 29413

Beverly D. Garner  
11720 Borman Drive  
P.O. Box 28500  
St. Louis, MO 63146

Mark W. Garriga  
Butler, Snow, O'Mara, Stevens  
& Cannada  
P. O. Box 22567  
Jackson, MS 39225

William P. Gavin  
Gavin Law Firm  
17 Park Place  
Professional Centre  
Belleville, IL 62226

Charles H. Gibbs, Jr.  
Sinkler & Boyd, P.A.  
P.O. Box 340  
Charleston, SC 29402

Robert L. Gibbs  
Brunini, Grantham, Grower & Hewes  
248 East Capitol Street  
P.O. Box 119  
Jackson, MS 39205

Donald E. Godwin  
Godwin, White & Gruber, P.C.  
901 Main Street  
Suite 2500  
Dallas, TX 75202

William F. Goodman, III  
Watkins & Eager  
P.O. Box 650  
Jackson, MS 39205

Demarcus J. Gordon  
Johnson & Bell, Ltd.  
55 East Monroe Street  
Suite 4100  
Chicago, IL 60603

Kenneth M. Gorenberg  
Wildman, Harrold, Allen & Dixon  
225 West Wacker Drive  
Suite 2800  
Chicago, IL 60606

Leonard R. Gouveia, Jr.  
888 Mililani Street  
8th Floor  
Honolulu, HI 96813

Dennis J. Graber  
Hinshaw & Culbertson  
521 West Main Street  
Suite 300  
Belleville, IL 62222

Robert M. Greenberg  
Law Office Of Robert Greenberg  
1201 North Watson Road  
Suite 117  
Arlington, TX 76006

INVOLVED COUNSEL FOR SCHEDULE CTO-209 (Cont.) MDL-875

Susan Gunty
Gunty & McCarthy
150 South Wacker Drive
Suite 1025
Chicago, IL 60606

Patrick N. Haines
Lanier Parker & Sullivan
1331 Lamar
Suite 1550
Houston, TX 77010

Robert E. Haley
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, IL 60606

Andrew S. Halio
Halio & Halio
P.O. Box 747
Charleston, SC 29402

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

G.P. Hardy, III
Hardy & Johns
500 Two Houston Center
909 Fannin
Houston, TX 77010

James M. Harris, Jr.
Harris, Lively & Duesler
550 Fannin Street
Suite 650
Beaumont, TX 77701

Sherman S. Hee
1164 Bishop Street
Suite 1415
Honolulu, HI 96813

John R. Henderson
Brown, McCarroll, Oaks & Hartline
2000 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201

John L. Hill, Jr.
Locke Liddell & Sapp, LLP
3400 Texas Commerce Tower
600 Travis Street
Houston, TX 77002

M. King Hill, III
Venable, Baetjer & Howard, LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, MD 21285

Timothy J. Hogan
Bierne, Maynard & Parsons
1300 Post Oak Boulevard
25th Floor
Houston, TX 77056

John H. Holloman, III
Watkins, Ludlam, Winter & Stennis
P.O. Box 427
Jackson, MS 39205

Russell J. Hoover
Jenner & Block
One IBM Plaza
Suite 4400
Chicago, IL 60611

H. Forest Horne, Jr.
Jones, Martin, Parris & Tessener Law
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

D L. Jackson
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

Barry D. Jenkins
Jenkins & Parron
801 Cherry, Suite 2000
P.O. Box 1287
Fort Worth, TX 76102

William V. Johnson
Johnson & Bell, Ltd.
55 East Monroe Street
Suite 4100
Chicago, IL 60603

Steven M. Jupiter
LeBlanc & Waddell, LLC
201 St. Charles Avenue
Suite 3204
New Orleans, LA 70170

George J. Kacal, Jr.
Dunn, Kacal, Adams, Pappas & Law
One Riverway
Suite 1200
Houston, TX 77056

Jeffery T. Kale
Enserch Corporation
300 South St. Paul
Suite 1200
Dallas, TX 75201

Jennifer A. Kinder
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

Peter A. Kraus
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

Robert Kropp, Jr.
Geffner & Bush
3500 West Olive Street
Suite 1100
Burbank, CA 91505

Craig T. Kugisaki
Pacific Tower
1001 Bishop Street, Suite 2727
Honolulu, HI 96813

John J. Kurowski
Kurowski & Bailey, P.C.
24 Bronze Pointe
Belleville, IL 62226

INVOLVED COUNSEL FOR SCHEDULE CTO-209 (Cont.) MDL-875                                PAGE 5

Patrick J. Lamb
Butler, Rubin, Saltarelli & Boyd
1800 Three First National Plaza
70 West Madison Street
Chicago, IL 60602

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Mickey P. Landry
Landry & Swarr
330 Camp Street
New Orleans, LA 70130

W. M. Lanier
Lanier Parker & Sullivan
1331 Lamar
Suite 1550
Houston, TX 77010

Bruce Earl Larson
Karr, Tuttle & Campbell
1201 3rd Avenue
Suite 2900
Seattle, WA 98101

Christopher P. Larson
Heyl & Royster
600 Bank One Building
124 Southwest Adams
Peoria, IL 61602

H. Seward Lawlor
Glasser & Glasser, P.L.C.
580 East Main Street
600 Crown Center
Norfolk, VA 23510

Sidney G. Leech
Goodell, DeVries, Leech & Dann
Commerce Place, 20th Floor
One South Street
Baltimore, MD 21202

Tom L. Lewis
Lewis, Huppert & Slovak
725 Third Avenue North
P.O. Box 2325
Great Falls, MT 59403

Craig T. Liljestrand
Hinshaw & Culbertson
222 N. LaSalle Street
Suite 300
Chicago, IL 60601

Caren K. Lock
Kern & Wooley
5215 North O'Connor Blvd
Suite 1700
Irving, TX 75039

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Richard P. Long
Warner & Meihofer, LLC
218 N. Jefferson
Suite 300
Chicago, IL 60661

Melodie M. Mabanta
Robinson, Woolson & O'Donnell
217 E. Redwood Street
Suite 1500
Baltimore, MD 21202

Leslie MacLean
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

Donald C. Machado
Central Pacific Plaza
220 S. King Street, Suite 2100
Honolulu, HI 96813

Eric Manchin
Kaeske Reeves
6301 Gaston Ave
Suite 735
Dallas, TX 75214

Jerold T. Matayoshi
Fukunaga, Matayoshi, Hershey & Ching
Davies Pacific Center, Suite 1200
841 Bishop Street
Honolulu, HI 96813

Christopher D. Mauriello
Wallace & Graham, P.A.
525 N. Main Street
Salisbury, NC 28144

Edward J. McCambridge
Segal, McCambridge, Singer & Mahoney
One IBM Plaza, Suite 200
330 North Wabash Avenue
Chicago, IL 60611

Silas W. McCharen
Daniel, Coker, Horton & Bell
P.O. Box 1084
111 East Capitol Street, Suite 600
Jackson, MS 39215

Charles S. McCowan, Jr.
Kean, Miller, Hawthorne, et al.
One American Place, 22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821

Daniel W. McGrath
Hinshaw & Culbertson
222 North Lasalle Street
Suite 300
Chicago, IL 60601

Kim M. Meaders
Crouch & Inabnett
2300 Fountain Place
1445 Ross Avenue
Dallas, TX 75202

Lewis Charles Miltenberger
Cordray, Goodrich & Miltenberger
108 West 8th Street, Suite 500
Ft. Worth, TX 76102

Willard J. Moody, Jr.
Moody, Strople, Kloeppel & Basilone
500 Crawford Street
Commerce Bank Bldg., Suite 300
P.O. Box 1138
Portsmouth, VA 23705

Marty A. Morris
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

INVOLVED COUNSEL FOR SCHEDULE CTO-209 (Cont.) MDL-875                                                PAGE 6

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard I. Nemeroff
Baron & Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

John Nishimoto
Ayabe, Chong, Nishimoto, Sia & Nakamura
Pauahi Tower
1001 Bishop Street, Suite 2500
Honolulu, HI 96813

Robert L. Norton
Jones & Granger
10000 Memorial Drive, Suite 888
P.O. Box 4340
Houston, TX 77210

E. R. Nunnally
Bell, Nunnally & Martin
3232 McKinney Avenue
Suite 1400
Dallas, TX 75204

Michael F. O'Connor
Oliver, Lau, Lawhn, Ogawa & Nakamura
Ocean View Center, Suite 600
707 Richards Street
Honolulu, HI 96813

John M. O'Quinn
O'Quinn & Laminack
2300 Lyric Centre Building
440 Louisiana Street
Houston, TX 77002

James R. Old, Jr.
Germer & Gertz
805 Park Street
Beaumont, TX 77701

Aimee H. Oyasato
White & Tom
820 Mililani Street, Suite 701
Honolulu, HI 96813

Peter T. Paladino, Jr.
Ketchum Center, 3rd Floor
1030 Fifth Avenue
Pittsburgh, PA 15219

Trevor L. Pearlman
Silber & Pearlman
2711 North Haskell Avenue
Suite 32
Dallas, TX 75204

Ronald G. Peresich
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
759 Vieux Marche' Mall
Biloxi, MS 39533

Joseph S. Pevsner
Thompson & Knight, P.C.
3300 First City Center
1700 Pacific Avenue
Dallas, TX 75201

Joseph Stuart Pevsner
Thompson & Knight
1700 Pacific Avenue
Suite 3300
Dallas, TX 75201

Kent L. Plotner
Heyl & Royster
Mark Twain Plaza II, Suite 100
103 North Main Street
P.O. Box 467
Edwardsville, IL 62025

James B. Pressly, Jr.
Haynsworth Sinkler Boyd
75 Beattie Place
11th Floor
Greenville, SC 29601

Robert A. Pritchard
Pritchard Law Firm
P.O. Drawer 1707
Pascagoula, MS 39568

Christopher J. Raistrick
Bellande, Cheely, O'Flaherty, Sargis & Ayers
19 South Lasalle Street, Suite 1203
Chicago, IL 60603

Mark E. Rakoczy
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

William C. Reeves
Markow, Walker, Reeves & Anderson
805 South Wheatley, Suite 475
P.O. Box 13669
Jackson, MS 39236

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Robert H. Riley
Schiff, Hardin & Waite
6600 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

Trudy Hartzog Robertson
Moore & Van Allen, PLLC
P.O. Box 22828
Charleston, SC 29413

Dawn Smith Rodrigue
LeBlanc & Waddell, LLC
The Essen Centre
5353 Essen Lane, Suite 420
Baton Rouge, LA 70809

Arthur F. Roeca
Roeca, Louie & Hiraoka
Davies Pacific Center, Suite 900
841 Bishop Street
Honolulu, HI 96813

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Paul L. Sadler
Wellborn, Houston, Adkison, Mann & Sadler
P.O. Box 1109
Henderson, TX 75653

## INVOLVED COUNSEL FOR SCHEDULE CTO-209 (Cont.) MDL-875

Stephanie Ann Scharf
Jenner & Block
One IBM Plaza
Suite 4400
Chicago, IL 60611

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Mark Steven Scudder
Strasburger & Price, L.L.P.
901 Main Street
Suite 4300
Dallas, TX 75202

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert L. Shuftan
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, IL 60606

Donald L. Sime
Hinshaw & Culbertson
110 North West Street
Waukegan, IL 60085

Melissa Skilken
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, IL 60606

Andrew C. Skinner
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Edward M. Slaughter
Foster & Sear
1201 North Watson
Suite 145
Arlington, TX 76006

Patrick C. Smith
Church & Houff, PA
2 North Charles Street, Suite 600
Baltimore, MD 21201

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert Spitkovsky
Johnson & Bell, Ltd.
222 North Lasalle Street
Suite 2200
Chicago, IL 60601

Joseph Stalmack
Joseph Stalmack & Associates, P.C.
5253 Hohman Avenue
Hammond, IN 45210

Minor C. Sumners, Jr.
1907 Dunbarton Drive
Suite F
Jackson, MS 39216

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Thomas R. Sylvester
Pacific Tower, Suite 2200
1001 Bishop Street
Honolulu, HI 96813

William K. Tapscott
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

Thomas W. Taylor
Andrews & Kurth
600 Travis
Suite 4200
Houston, TX 77002

Robert E. Thackston
Jenkens & Gilchrist
3200 Allied Bank Tower
1445 Ross Avenue
Dallas, TX 75202

William M. Thomas
Fairchild, Price, Thomas & Haley
413 Shelbyville Street
P.O. Drawer 1719
Center, TX 75935

Michael P. Thornton
Thornton & Naumes, L.L.P.
100 Summer Street
30th Floor
Boston, MA 02110

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Willis R. Tribler
Tribler, Orpett & Crone
30 North LaSalle Street
Suite 2200
Chicago, IL 60602

Thomas W. Tyner
Aultman, Tyner, McNeese, Ruffin & Yarborough
P. O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403

Robert T. Varney
Robert T. Varney & Associates
121 N. Main Street
4th Floor
Bloomington, IL 61701

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502

Lawrence D. Wade
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS 38702

Michael R. Walzel
Stevens, Baldo & Freeman, L.L.P.
550 Fannin Street, Suite 400
P.O. Box 4950
Beaumont, TX 77704

INVOLVED COUNSEL FOR SCHEDULE CTO-209 (Cont.) MDL-875     PAGE 8

Frank J. Wathen
Foster & Sear
1201 N Watson
Suite 145
Arlington, TX 76006

Scott W. Wert
Foster & Sear
360 Place Office Park
1201 N. Watson, Suite 145
Arlington, TX 76006

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Eric D. Wewers
DeHay & Elliston, L.L.P.
3500 NationsBank Plaza
901 Main Street
Dallas, TX 75202

Kenneth Charles Whalen
Moody, Strople, Kloeppel & Basilone
9280 Bay Plaza Blvd.
Bay Plaza II, Suite 714
Tampa, FL 33619

Clay M. White
Sammons & Parker, P.C.
218 North College
Tyler, TX 75702

Daniel B. White
Gallivan, White & Boyd, P.A.
P.O. Box 10589
Greenville, SC 29603

Robert W. Wilkinson
Dogan & Wilkinson
P.O. Box 1618
726 Delmas Avenue
Pascagoula, MS 39568

Gene M. Williams
Mehaffy & Weber, P.C.
P.O. Box 16
Beaumont, TX 77002

Roy C. Williams
Colingo, Williams, Heidelberg, et al.
P.O. Box 1407
711 Delmas Avenue
Pascagoula, MS 39568

Douglas P. Wilson
Wilson Law Offices
200 Firstar Bank Building
6405 North Cosby Avenue
Kansas City, MO 64151

Troyce G. Wolf
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

Dawn M. Wright
Thompson & Knight
1700 Pacific Ave
Suite 3300
Dallas, TX 75201

Jamshyd M. Zadeh
Bourland Kirkman Seidler & Evans
201 Main Street
Suite 1400
Fort Worth, TX 76102