1-30-02; 3:29PM;PETER ANGELOS ;423 524 2858 # 3/ 3

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
FILED

JAN 31 2002

JAN 29 10 19 AM '02

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY _____ DEP. CLERK

| | |
|---|---|
| CHARLES E. WARD, | ) |
| Plaintiff, | ) |
| v. | ) No. 3-01-CV-433 |
| A-BEST PRODUCTS COMPANY, INC., et al., | ) Knox County Circuit Court No. 2-496-01 |
| Defendants. | ) |

## ORDER TO REMAND ACTION TO STATE COURT

Plaintiff by and through counsel having filed a motion to remand and the Court having found the motion well taken,

It is, **ORDERED, ADJUDGED AND DECREED,** that the plaintiff's motion to remand is **GRANTED** and this civil action is **REMANDED** to the Circuit Court for Knox County, Tennessee from which it was removed.

ENTER this the _____ day of _____, 2002.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

ENTERED AS A JUDGMENT

PATRICIA L. McNUTT, CLERK
BY _____
DEP. CLERK

_____
MIKE G. NASSIOS (PID No. 359581)
RANDALL E. REAGAN (PID No. 150)
TIMOTHY M. McLAUGHLIN (PID No. 402338)
ROBERT S. PATTERSON (PID No. 127776)
J. PATRICK HAWKINS (PID No. 304248)
ATTORNEYS FOR PLAINTIFF

LAW OFFICES OF PETER G. ANGELOS, P.C.
2643 KINGSTON PIKE, FIRST FLOOR
KNOXVILLE, TENNESSEE 37919
(865) 673-9900

Date 1-29-02
Order Book 188 Page 33

IMAGED FEB 4 '02

MDL- 875 RECOMMENDED ACTION
VACATE CTO-20 FHSC (ACTION
Approved/Date: m/B (not TNR 1/25/02