JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

JAN 31 2002

**DOCKET NO. 875**

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Charles E. Ward v. A-Best Products Co., et al.*, E.D. Tennessee, C.A. No. 3:01-433

## ORDER VACATING CONDITIONAL TRANSFER ORDER
## AND VACATING THE JANUARY 31, 2002 HEARING SESSION

A conditional transfer order was filed in this action (*Ward*) on October 16, 2001.  Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Ward* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order.  *Ward* was then remanded to the Circuit Court for Knox County, Tennessee, by the Honorable James H. Jarvis in an order filed on January 29, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-206" filed on October 16, 2001, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 13, 2001, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

IMAGED FEB 4 '02