875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 0 1 2002

FILED
CLERK'S OFFICE

# WATERS & KRAUS, LLP

C. ANDREW WATERS*
PETER A. KRAUS**

Gayle M. Mortola
David C. Greenstone
Barry L. Bobbitt
B. Scott Kruka
Rhonda Sullivan Cleaves
Ashley L. Watkins
Troyce G. Wolf
F. Leighton Durham, III

*Licensed in Texas, California,
North Carolina, and District of
Columbia
**Licensed in Texas and Virginia

CHARLES S. SIEGEL
siegel@awpk.com

3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
Telephone 214-357-6244
Telecopier 214-357-7252

------

200 Oceangate, Suite 520
Long Beach, California 90802
Telephone 562-436-8833
Telecopier 562-590-7296

------

10231 Warwick Blvd.
Newport News, Virginia 23601
Telephone 757-223-1275
Telecopier 757-223-1276

PLEASE RESPOND TO THE DALLAS OFFICE

Of Counsel:
†Jonathan A. Smith-George
Charles E. Lance

Jeffrey B. Simon
Darren P. McDowell
‡Michael L. Armitage
Ron C. Eddins
Melissa A. Miles
Leslie C. MacLean
††George G. Tankard, III

†Licensed in Virginia only
‡Licensed in California and
Louisiana
††Licensed in Maryland and
District of Columbia

January 29, 2002

(*Via Federal Express*)

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

Re:    MDL Docket No. 875 as to:

Harry Joe Hyder, et al v. ACandS, Inc., et al; Civil Action No. H-01-3602
U.S. District Court, Southern District of Texas – Houston Division

Donald Coy, et al v. ACandS, Inc., et al; Civil Action No. H-01-3603
U.S. District Court, Southern District of Texas – Houston Division

Marin LaBounty, et al v. ACandS, Inc., et al; Civil Action No. H-01-3604
U.S. District Court, Southern District of Texas – Houston Division

Michael Miller and Sherrie Miller v. ACandS, Inc., et al; Civil Action No. H-01-3605
U.S. District Court, Southern District of Texas – Houston Division

Melissa Anderson and Maydell Roy, Individually and as Personal Representative of the
Heirs and Estate of Milton Babineaux, Deceased, et al., v. ACandS, Inc., et al;
Civil Action No. H-01-3606
U.S. District Court, Southern District of Texas – Houston Division

PLEADING NO. 3415

IMAGED FEB 5 '02

January 29, 2002
Page 2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 0 1 2002

FILED
CLERK'S OFFICE

Dear Mr. Beck:

Please be advised that a hearing has been set by the United States District Court for the Southern District of Texas on plaintiff's motion for remand in the above cases for February 8, 2002. Plaintiffs will apprise the Panel of the district court's decision promptly. A copy of the notice of hearing is attached.

Respectfully,

Charles S. Siegel

cc:     Involved Counsel for Schedule CTO-208 – Docket No. 875     *(list attached)*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JAN 2 4 2002

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| HARRY JOE HYDER, et al. | § § | |
| versus | § § | CIVIL ACTION NO. H-01-3602 |
| ABLE SUPPLY CO, et al. | § | |

## NOTICE OF HEARING

Parties are advised that a **Hearing** is set for **February 08, 2002 @ 2:00 p.m.** before United States District Judge Vanessa D. Gilmore, in courtroom 9-A, 9th Floor of the United States Courthouse located at 515 Rusk, Houston Texas.

To insure full notice, each party receiving a copy of this notice shall serve a copy of it upon all other parties.

Michael Milby, Clerk

By B. Thomas, Relief Case Manager to
U. S. District Judge Vanessa D. Gilmore

Date: January 23, 2002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
JAN 24 2002
Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| MARTIN LABOUNTY, et al. | § § § | |
| versus | § | CIVIL ACTION NO. H-01-3604 |
| ACANDS INC., et al. | § § | |

## NOTICE OF HEARING

Parties are advised that a **Hearing** is set for **February 08**, 2002 @ **2:00 p.m.** before United States District Judge Vanessa D. Gilmore, in courtroom 9-A, 9th Floor of the United States Courthouse located at 515 Rusk, Houston Texas.

To insure full notice, each party receiving a copy of this notice shall serve a copy of it upon all other parties.

Michael Milby, Clerk

By B. Thomas, Relief Case Manager to
U. S. District Judge Vanessa D. Gilmore

Date: January 23, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JAN 2 4 2002

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| MICHAEL MILLER, et al. | § § | |
| versus | § § | CIVIL ACTION NO. H-01-3605 |
| ABLE SUPPLY CO., et al. | § | |

## NOTICE OF HEARING

Parties are advised that a **Hearing** is set for **February  08 , 2002 @  2:00 p.m.**  before United States District Judge Vanessa D. Gilmore, in courtroom 9-A, 9th Floor of the United States Courthouse located at 515 Rusk, Houston Texas.

To insure full notice, each party receiving a copy of this notice shall serve a copy of it upon all other parties.

Michael Milby, Clerk

By B. Thomas, Relief Case Manager to
U. S. District Judge Vanessa D. Gilmore

Date: January 23, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JAN 2 4 2002

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| MELISSA ANDERSON, et al. | § § | |
| versus | § | CIVIL ACTION NO. H-01-3606 |
| ABLE SUPPLY CO., et al. | § § | |

## NOTICE OF HEARING

Parties are advised that a **Hearing** is set for **February 08**, 2002 @ **2:00 p.m.** before United States District Judge Vanessa D. Gilmore, in courtroom 9-A, 9th Floor of the United States Courthouse located at 515 Rusk, Houston Texas.

To insure full notice, each party receiving a copy of this notice shall serve a copy of it upon all other parties.

Michael Milby, Clerk

By B. Thomas, Relief Case Manager to
U. S. District Judge Vanessa D. Gilmore

Date: January 23, 2002

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JAN 24 2002

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DONALD COY, et al. | § § § | |
| versus | § § | CIVIL ACTION NO. H-01-3603 |
| ABLE SUPPLY CO, et al. | § § | |

## NOTICE OF HEARING

Parties are advised that a **Hearing** is set for **February  08 , 2002 @  2:00 p.m.**  before United States District Judge Vanessa D. Gilmore, in courtroom 9-A, 9th Floor of the United States Courthouse located at 515 Rusk, Houston Texas.

To insure full notice, each party receiving a copy of this notice shall serve a copy of it upon all other parties.

Michael Milby, Clerk

By B. Thomas, Relief Case Manager to
U. S. District Judge Vanessa D. Gilmore

Date: January 23, 2002

**PANEL SERVICE LIST (Excerpted from CTO-206)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Hyder, et al. v. Able Supply Co., et al., S.D. Texas, C.A. No. 4:01-3602*
*Coy, et al. v. Able Supply Co., et al., S.D. Texas, C.A. No. 4:01-3603*
*LaBounty, et al. v. ACandS, Inc., et al., S.D. Texas, C.A. No. 4:01-3604*
*Miller, et al. v. Able Supply Co., et al., S.D. Texas, C.A. No. 4:01-3605*
*Anderson, et al. v. Able Supply Co., et al., S.D. Texas, C.A. No. 4:01-3606*

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Melissa K. Ferrell
Segal, McCambridge, Singer & Mahoney
400 West 15th Street
Suite 700
Austin, TX 78701

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Shelby A. Jordan
Jordan Hyden, et al.
500 North Shoreline
Suite 900 North
Corpus Christi, TX 78471

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Charles S. Siegel
Waters & Kraus, LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406