MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 4 2002

FILED
CLERK'S OFFICE

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

| | | |
|---|---|---|
| In re: | § | MDL 875 |
| | § | |
| **Asbestos Product Liability Litigation (No. VI)** | § | |

This Document Relates To:

| | | |
|---|---|---|
| **VARIOUS PLAINTIFFS** (*see attached* | § | |
| schedule (**Exhibit A)**). | § | *from the* |
| | § | UNITED STATES DISTRICT COURT |
| *Plaintiffs,* | § | FOR THE NORTHERN DISTRICT OF |
| | § | TEXAS |
| vs. | § | |
| | § | |
| DAIMLER CHRYSLER, FORD MOTOR | § | Case Numbers: *See Attached Schedule* |
| COMPANY and GENERAL MOTORS | § | (Exhibit A) |
| CORPORATION, | § | |
| | § | |
| *Defendants.* | § | |

## SUPPLEMENTAL AND AMENDED RESPONSE OF DAIMLERCHRYSLER CORPORATION, FORD MOTOR COMPANY, AND GENERAL MOTORS CORPORATION TO PLAINTIFFS' MOTION TO VACATE CT0-209

DaimlerChrysler Corporation, Ford Motor Company, and General Motors Corporation file this Supplemental and Amended Response clarifying their January 30, 2002 Response to Plaintiffs' Motion to Vacate CTO-209 and to respond to certain additional motions to vacate CTO-209, which were filed on January 30, 2002.

### Background

On November 20, 2001, the automobile manufacturers filed with the United States District Court for the District of Delaware a motion pursuant to 28 U.S.C. § 157(b)(5) to transfer all brake friction claims pending against the automobile manufacturers to the Delaware federal court. On November 27, 2001, Chief Judge Edward Becker of the United States Court of Appeals for the Third Circuit designated Judge Alfred M. Wolin of the United States District Court for the District

OFFICIAL FILE COPY

IMAGED FEB 5 '02

of New Jersey as a judge of the United States District Court for the District of Delaware for the specific purpose of ruling on the motions being filed in Delaware. Chief Judge Becker stated it was his "considered judgment that these bankruptcy cases, which carry with them tens of thousands asbestos claims, need to be consolidated before a single judge so that a coordinated plan for management can be developed and implemented." *Order Concerning Specific Bankruptcy Cases with Asbestos Claims* (November 27, 2001) (www.ded.uscourts.gov/AnnounceMain.htm).

On December 10, 2001, Judge Wolin invoked his authority under 28 U.S.C. §§ 157(b)(5) and 1334(b) to provisionally transfer to the District of Delaware all friction product claims pending against the automobile manufacturers in federal court pending a final ruling on the automobile manufacturers' transfer motion. The transfer motion pending before Judge Wolin has been fully briefed and is currently scheduled for hearing on February 8, 2002.

In order to facilitate transfer to the United States District Court for the District of Delaware and following the model established in the *Dow Corning* breast implant litigation, the automobile manufacturers at the same time removed brake friction claims asserted against them to various federal courts throughout the country pursuant to 28 U.S.C. § 1452. *See, e.g., In re Dow Corning Corp.*, No. 95-20512, 1995 WL 495978, at *2 (Bankr. E.D. Mich. Aug. 9, 1995) (discussing procedures followed in *Dow Corning* breast implant litigation).

On December 28, 2001, approximately two weeks after Judge Wolin entered his provisional transfer order, this Panel entered CTO-209, transferring several of the removed claims to MDL 875. On January 9, 2002, certain plaintiffs represented by the Baron & Budd firm filed a Motion to Vacate CTO-209. On January 30, 2002, the automobile manufacturers filed their Response. The automobile manufacturers requested that the Panel conditionally transfer these and

2

all other brake friction claims against them pursuant to Judge Wolin's December 10 provisional transfer order in order to assist in enforcing Judge Wolin's order.

Since that time, the automobile manufacturers have been served with additional motions to vacate CTO-209 filed on behalf of plaintiffs represented by the Kaeske-Reeves, Lanier, Parker & Sullivan, and O'Quinn, Laminack & Pirtle firms, which appear to contain arguments similar to those raised by the Baron & Budd firm in its January 9 Motion. In responding to these new motions, the automobile manufacturers hereby incorporate by reference the arguments contained in their previous Response, which for the Panel's convenience is attached (without the accompanying exhibits) as Exhibit B. In addition, the automobile manufacturers also wish to clarify certain aspects of their previous Response.

## Argument

The automobile manufacturers request that the Panel conditionally transfer these and all other brake friction claims to Judge Wolin for the purpose of issuing a final ruling on the automobile manufacturers' transfer motion.[1] The reasons such a transfer is warranted are fully briefed in the automobile manufacturers previous Response (*see* Exhibit B). Should Judge Wolin issue a final ruling granting the automobile manufacturers' transfer motion, the claims would remain before Judge Wolin. However, should Judge Wolin issue a final ruling denying the transfer motion, the claims should reside with Judge Charles Weiner as part of MDL 875. To that end, the automobile manufacturers attach a proposed order, which would conditionally transfer these and all other brake friction claims to Judge Wolin pending his final ruling on the automobile manufacturers'

---

[1] The transfer motion pending before Judge Wolin has been fully briefed, and a hearing has been scheduled for February 8, 2002.

transfer motion and which would automatically transfer the brake friction claims to Judge Weiner should Judge Wolin issue a final order denying the automobile manufacturers' transfer motion.

The automobile manufacturers believe that this proposed conditional transfer order is consistent with both Judge Wolin's December 10 provisional transfer order and Judge Weiner's January 15 order entered after CTO-209 in which Judge Weiner ruled that all remand proceedings regarding brake friction claims against the automobile manufacturers that had been removed to his court would be held in abeyance pending a final ruling on the transfer motion currently pending before Judge Wolin:

> The Court having been advised that the issues raised in each of these actions are also presently pending before the Honorable District Court Judge Alfred Wolin. Judge Wolin has been specially designated to sit in the District of Delaware and preside over these matters. Further, the Judge has set a schedule and will proceed appropriately. In the interest of judicial economy and for a prompt resolution of all outstanding issues this Court will hold its action in abeyance and await the ruling by the Bankruptcy Court.

(1/15/02 Order at 1 (attached as Ex.J to Automobile Manufacturers Response to Plaintiffs' Motion to Vacate CTO-209) (Weiner, J.).) Moreover, by making clear that these and all other brake friction claims against the automobile manufacturers shall be automatically transferred to Judge Weiner as part of MDL 875 in the event that Judge Wolin issues a final ruling denying the pending transfer motion, the Panel will obviate the need for any further proceedings before this Panel regarding its conditional transfer order.

## Conclusion

For the foregoing reasons, the automobile manufacturers respectfully request that the Panel modify its conditional transfer order and transfer these and all other brake friction claims asserted against them to the Honorable Alfred M. Wolin for the purpose of issuing a final ruling on the

4

automobile manufacturers' transfer motion.  The automobile manufacturers also request that the

Panel make clear that, should Judge Wolin deny the automobile manufacturers' transfer motion, all

brake friction claims asserted against the automobile manufacturers would then automatically be

returned to Judge Weiner for further proceedings as part of MDL 875.

Dated: January 31, 2002             Respectfully submitted,

KIRKLAND & ELLIS
David M. Bernick
John Donley
Douglas G. Smith
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000
(312) 861-2200 (fax)

Attorneys for DaimlerChrysler Corp., Ford
Motor Company, and General Motors Corp.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 4 2002

FILED
CLERK'S OFFICE

A

**OPPOSITIONS RECEIVED (CTO-209)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Northern District of Texas

| | |
|---|---|
| *Carraway v. Daimlerchrysler Corp., C.A. No. 3:01-2341* | (Hon. Jorge A. Solis) |
| *Holmes v. Daimlerchrysler Corp., C.A. No. 3:01-2343* | (Hon. Barbara M.G. Lynn) |
| *Coffman v. Daimlerchrysler Corp., C.A. No. 3:01-2344* | (Hon. Sidney A. Fitzwater) |
| *Dorn v. Daimlerchrysler Corp., C.A. No. 3:01-2348* | (Hon. Barefoot Sanders) |
| *Goeyns v. Daimlerchrysler Corp., C.A. No. 3:01-2352* | (Hon. Sam A. Lindsay) |
| *Killen v. Daimlerchrysler Corp., C.A. No. 3:01-2357* | (Hon. Sidney A. Fitzwater) |
| *Cressionnie v. Daimlerchrysler Corp., C.A. No. 3:01-2359* | (Hon. Jorge A. Solis) |
| *Mantooth v. Daimlerchrysler Corp., C.A. No. 3:01-2361* | (Hon. Sam A. Lindsay) |
| *Batson v. General Motors Corp., C.A. No. 3:01-2365* | (Hon. Sidney A. Fitzwater) |
| *Culwell v. Daimlerchrysler Corp., C.A. No. 3:01-2368* | (Hon. Jerry Buchmeyer) |
| *Bowers v. Daimlerchrysler Corp., C.A. No. 3:01-2380* | (Hon. Barefoot Sanders) |
| *McReynolds v. Daimlerchrysler Corp., C.A. No. 3:01-2383* | (Hon. A.J. Fish) |
| *Grebe v. Daimlerchrysler Corp., C.A. No. 3:01-2386* | (Hon. Joe Kendall) |
| *Cotton v. Daimlerchrysler Corp., C.A. No. 3:01-2388* | (Hon. Barefoot Sanders) |
| *Conn v. Daimlerchrysler Corp., C.A. No. 3:01-2389* | (Hon. Barbara M.G. Lynn) |
| *Foster v. Daimlerchrysler Corp., C.A. No. 3:01-2391* | (Hon. Sam A. Lindsay) |
| *Bowser v. Daimlerchrysler Corp., C.A. No. 3:01-2393* | (Hon. Barbara M.G. Lynn) |
| *Burke v. Daimlerchrysler Corp., C.A. No. 3:01-2399* | (Hon. Barbara M.G. Lynn) |
| *Snyder v. Daimlerchrysler Corp., C.A. No. 3:01-2411* | (Hon. Sidney A. Fitzwater) |
| *McClain v. Daimlerchrysler Corp., C.A. No. 3:01-2413* | (Hon. Joe Kendall) |
| *Degnan v. Daimlerchrysler Corp., C.A. No. 3:01-2414* | (Hon. Jorge A. Solis) |
| *Andries v. Daimlerchrysler Corp., C.A. No. 3:01-2418* | (Hon. Sam A. Lindsay) |
| *Neff v. Daimlerchrysler Corp., C.A. No. 3:01-2426* | (Hon. Jerry Buchmeyer) |
| *Beshears v. Daimlerchrysler Corp., C.A. No. 3:01-2431* | (Hon. Sidney A. Fitzwater) |
| *Dishongh v. Daimlerchrysler Corp., C.A. No. 3:01-2432* | (Hon. Sidney A. Fitzwater) |
| *Bass v. Daimlerchrysler Corp., C.A. No. 3:01-2440* | (Hon. Joe Kendall) |
| *Berryman v. Daimlerchrysler Corp., C.A. No. 3:01-2441* | (Hon. Jorge A. Solis) |
| *Carroll v. Daimlerchrysler Corp., C.A. No. 3:01-2443* | (Hon. Jerry Buchmeyer) |
| *Clark v. Daimlerchrysler Corp., C.A. No. 3:01-2446* | (Hon. Barbara M.G. Lynn) |
| *Culbertson v. Daimlerchrysler Corp., C.A. No. 3:2001-2448* | (Hon. Sidney A. Fitzwater) |
| *Gray v. Daimlerchrysler Corp., C.A. No. 3:01-2450* | (Hon. Jerry Buchmeyer) |
| *Stringer v. Daimlerchrysler Corp., C.A. No. 3:01-2452* | (Hon. Jerry Buchmeyer) |
| *Abbott v. Daimlerchrysler Corp., C.A. No. 3:01-2454* | (Hon. Barbara M.G. Lynn) |
| *Meek v. Daimlerchrysler Corp., C.A. No. 3:01-2460* | (Hon. Jorge A. Solis) |
| *Hackney v. Daimlerchrysler Corp., C.A. No. 3:01-2461* | (Hon. Barefoot Sanders) |
| *Kitchens v. Daimlerchrysler Corp., C.A. No. 3:01-2464* | (Hon. Sam A. Lindsay) |
| *Holloway v. Daimlerchrysler Corp., C.A. No. 3:01-2465* | (Hon. Barbara M.G. Lynn) |
| *Clark v. Daimlerchrysler Corp., C.A. No. 3:01-2467* | (Hon. Sam A. Lindsay) |
| *Alexander v. Daimlerchrysler Corp., C.A. No. 3:01-2468* | (Hon. Jorge A. Solis) |
| *Burleson v. Daimlerchrysler Corp., C.A. No. 3:01-2469* | (Hon. A.J. Fish) |
| *Gant v. Daimlerchrysler Corp., C.A. No. 3:01-2473* | (Hon. Sam A. Lindsay) |
| *McMannis v. Daimlerchrysler Corp., C.A. No. 3:01-2474* | (Hon. Sidney A. Fitzwater) |
| *Graning v. Daimlerchrysler Corp., C.A. No. 3:01-2478* | (Hon. Joe Kendall) |
| *Groom v. Daimlerchrysler Corp., C.A. No. 3:01-2479* | (Hon. A.J. Fish) |
| *Cooley v. Daimlerchrysler Corp., C.A. No. 3:01-2498* | (Hon. A.J. Fish) |
| *Garner v. Daimlerchrysler Corp., C.A. No. 3:01-2499* | (Hon. A.J. Fish) |

*Gore v. Daimlerchrysler Corp., C.A. No. 3:01-2506*          (Hon. Jorge A. Solis)
*Martin v. Daimlerchrysler Corp., C.A. No. 3:01-2513*         (Hon. A.J. Fish)
*Dirks v. Daimlerchrysler Corp., C.A. No. 3:01-2514*         (Hon. Jorge A. Solis)
*Arnic v. Daimlerchrysler Corp., C.A. No. 3:01-947*         (Hon. Terry R. Means)
*Johnson v. Daimlerchrysler Corp., C.A. No. 01-CV-2511D*
*Norman v. Daimlerchrysler Corp., C.A. No. 3:01-CV-2476-M*
*Stapp v. Honeywell Int'l, C.A. No. 3:01-CV-2811-L*
*Benavidez v. Honewell Int'l, Inc., C.A. No. 3:01-CV-2708H*
*Salter, C.A. No. 3:01-CV 2470-R*
*Sturdevant, C.A. No. 3:01-CV-2350-P*
*Beaty, C.A. No. 3:01-CV-2419-D*

B

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

| | | |
|---|---|---|
| **In re:** | § | **MDL 875** |
| | § | |
| **Asbestos Product Liability Litigation (No. VI)** | § | |

---

***This Document Relates To:***

| | | |
|---|---|---|
| **VARIOUS PLAINTIFFS** (*see attached* | § | |
| schedule (**Exhibit A**)). | § | |
| | § | *from the* |
| | § | UNITED STATES DISTRICT COURT |
| *Plaintiffs,* | § | FOR THE NORTHERN DISTRICT OF |
| | § | TEXAS |
| vs. | § | |
| | § | |
| DAIMLER CHRYSLER, FORD MOTOR | § | Case Numbers: *See Attached Schedule* |
| COMPANY and GENERAL MOTORS | § | (Exhibit A) |
| CORPORATION, | § | |
| | § | |
| *Defendants.* | § | |

## RESPONSE OF DAIMLERCHRYSLER CORPORATION, FORD MOTOR COMPANY, AND GENERAL MOTORS CORPORATION TO PLAINTIFFS' MOTION TO VACATE CT0-209

DaimlerChrysler Corporation, Ford Motor Company, and General Motors Corporation request that the Panel deny plaintiffs' motion and conditionally transfer the brake friction claims against the automobile manufacturers that are the subject of CTO-209 (as well as all other brake friction claims removed by the automobile manufacturers) to the Honorable Alfred M. Wolin to assist in enforcing the Provisional Transfer Order entered by Judge Wolin on December 10, 2001.    Under Judge Wolin's order, these and all other brake friction claims against the automobile manufacturers have been provisionally transferred to the United States District Court for the District of Delaware.    Nonetheless, because plaintiffs refuse to accept that order and have taken affirmative steps to circumvent and undermine that order, conditional transfer to Judge Wolin by this Panel is necessary to assist in enforcing Judge Wolin's provisional transfer order.

I.    **The Automobile Manufacturers' Transfer Motion and Judge Wolin's Provisional Transfer Order.**

On November 20, 2001, the automobile manufacturers filed a motion to transfer these and all other brake friction claims asserted against them to the United States District Court for the District of Delaware for consolidated resolution within the Chapter 11 proceedings involving Federal-Mogul, a supplier of brake friction products to the automobile manufacturers. Following the model established in the *Dow Corning* breast implant litigation, at the same time, the automobile manufacturers removed the brake friction claims against them to various federal courts pursuant to 28 U.S.C. § 1452 in order to facilitate transfer to the District of Delaware. *See, e.g., In re Dow Corning Corp.*, No. 95-20512, 1995 WL 495978, at *2 (Bankr. E.D. Mich. Aug. 9, 1995) (discussing procedures followed in *Dow Corning* breast implant litigation).

On November 27, 2001, Chief Judge Edward Becker of the United States Court of Appeals for the Third Circuit designated Judge Alfred Wolin of the United States District Court for the District of New Jersey to rule upon the motions being filed in Delaware. Chief Judge Becker stated that it was his "considered judgment that these bankruptcy cases, which carry with them tens of thousands asbestos claims, need to be consolidated before a single judge so that a coordinated plan for management can be developed and implemented." (*See* Order Concerning Specific Bankruptcy Cases with Asbestos Claims at 2 (11/27/01) (Ex.B).)

Soon thereafter, Judge Wolin granted the automobile manufacturers' request for a provisional transfer order to "preserve the *status quo*" pending a final ruling on the automobile manufacturers' transfer motion. ( Provisional Transfer Order at 1 (12/10/01) (Ex.C).) A similar provisional transfer order was entered in the *Dow Corning* litigation. *See In re Dow Corning Corp.*,

2

1995 WL 495978, at *2 (observing that court had entered an order provisionally transferring claims brought against the "implant co-defendants").

In subsequent rulings (which plaintiffs fail to cite in their motion), Judge Wolin made clear that plaintiffs should raise all issues relating to remand in briefing on the transfer motion currently pending in Delaware. For example, in his December 21 Case Management Order, Judge Wolin stated that plaintiffs may "in the course of briefing their opposition to the Transfer Motions, raise arguments directed to the subject matter jurisdiction of this Court and/or the propriety of remand to the several state courts in which the Friction Product Claims were originally pending." (Case Management Order at 3-4 (12/21/01) (Ex.D).) Indeed, pursuant to the briefing schedule established by Judge Wolin, on January 7 plaintiffs (including those represented by the Baron & Budd firm) submitted lengthy briefs in opposition to the transfer motion, which argued that all of the brake friction claims that were subject to Judge Wolin's provisional transfer order should be remanded to state court.

## II.     Plaintiffs' Coordinated Remand Campaign in Response to Judge Wolin's Provisional Transfer Order.

Nonetheless, since Judge Wolin entered the provisional transfer order, and as they acknowledge in their motion, plaintiffs have engaged in a coordinated and unrelenting campaign asking federal courts across the country to remand brake friction claims. Plaintiffs' campaign began immediately and in earnest after Judge Wolin entered the December 10 order – as is evidenced by correspondence among various plaintiffs' counsel, which was circulated on December 11:

> As I predicted several weeks ago, we are in *imminent peril* in the Third Circuit Court of Appeals. Some people called me Chicken Little a month ago and I take no joy in being correct that *the federalization of asbestos claims has begun.*

For those of you who care to participate in *trying to prevent this disaster* we will have a meeting at 4:00 p.m. Eastern Standard Time in Newark, New Jersey, at the Short Hills Hilton Hotel on Thursday, December 13, 2001.

I enclose Judge Wolin's Order and for reference an Order by Chief Judge Haden which we obtained thankfully prior to Judge Wolin's Order.

(Letter from Ronald L. Motley to various asbestos counsel (12/11/01) (attached as Ex. B to Pls.' Em. Mot. to Stay Transfer, *In re Asbestos Brake Litig.*, No. 01-794-GPM (S.D. Ill. 12/17/01)) (Ex.E) (emphasis added).)  Immediately following this communication (and, indeed, before), the federal courts were flooded with *hundreds* of remand motions, many of which failed to mention Judge Wolin's provisional transfer order at all.[1] Those that did maintained that Judge Wolin's order should be "disregarded" and "ignored":

[Section 157(b)(5) does not] permit a Federal District Court in Delaware to *run roughshod* over sister district courts, including this Court, throughout the United States that are even now entertaining remand and abstention motions in the many cases the Big Three have removed from the state courts as a step in their transfer campaign. . . .

Asbestos claimants are responding as required by the rules, and *district judges throughout the land are thus receiving and entertaining remand motions. This is as it should be,* for the exercise of discretion to remand is vested by statute in the removal districts, and not in a Delaware District Court. . . . The Big Three's suggestion that a Delaware District Court can ignore the statutory scheme and claim for itself the exclusive jurisdiction of other federal district courts, all with the aim of leap-frogging over removal and remand proceedings altogether, is simply contrary to law.

\* \* \*

*This* Court, not a Federal District Court in Delaware, maintains *sole* jurisdiction to make the decision to either remand part or all of this case back to state court or to transfer part or all of this case [to the Delaware Court]. The Big Three erroneously claim that the Honorable Alfred M. Wolin now has sole jurisdiction of this case pursuant to his order allegedly provisionally transferring this case to the

---

[1] (*See, e.g.,* Plaintiffs' Memorandum in Support of Motion to Remand, *Pipes v. Mobile Oil Co.*, No. CV01-2560-M (W.D. La. 12/20/01) (filed by the Ness, Motley firm) (Ex.F); Memorandum in Support of Plaintiff's Motion to Remand, *Jackson v. General Motors Corp.*, No. 01-CV-1793-PA (D. Or. 12/26/01) (Ex.G).)

Delaware Court. The Big Three's assertion that a Federal District Judge in Delaware has the authority to **usurp** this Court's authority and unilaterally transfer cases pending in this Court is not supported by the relevant statutory or case law. Accordingly, the Big Three's claim that this Court is without jurisdiction over this case is incorrect, and should therefore be **ignored** by this Court in its disposition of this case.

* * *

Plaintiffs urge this Court to **disregard** the Notice, continue to exercise its exclusive authority and jurisdiction over the removal and remand proceedings of this case and make a determination of the merits of Plaintiffs' Supplemental Motion to Remand which has been on this day filed by Plaintiffs with this Court.

(Pls.' Response to Notice of Order Provisionally Transferring Friction Product Claims, *Noble v. E.H. O'Neil Co.*, No. 1:01CCV391GR, at 2-7 (S.D. Miss. Dec. 28, 2001) (filed by Baron & Budd firm) (Ex.H) (emphasis added); *see also* Pls.' Resp. to Notice of Order Provisionally Transferring Friction Product Claims, *Ward v. DaimlerChrylser Corp.*, No. W01CA336 (W.D. Tex. Dec. 18, 2001) (Ex.I), at 3, 6-7 (same).)

The vast majority of courts have ruled that remand would be inappropriate in light of Judge Wolin's provisional transfer order. Indeed, MDL Judge Charles R. Weiner recently ruled that cases that had been removed to federal court in Pennsylvania could not be remanded given Judge Wolin's order. (1/15/02 Order (Ex.J).) Nonetheless, some courts have remanded claims in clear violation of that order. Indeed, Judge Kendall in Texas, one of the judges presiding over claims that are the subject of the conditional transfer order, remanded five other cases that the automobile manufacturers had removed to his court. Judge Kendall did so before the automobile manufacturers could even file a response (and indeed, in certain of the cases plaintiffs had not even filed a remand motion). As a result, the automobile manufacturers have had to seek a writ of mandamus from the United States Court of Appeals for the Fifth Circuit. (*See, e.g., Dunn v. DaimlerChrysler*, Nos. 02-10029 and 02-10034 through 02-10037 (filed Jan. 8, 2002).) As is clear from the history of the

5

proceedings thus far, the inevitable result should plaintiffs' remand campaign continue unabated is an increasing and unnecessary expenditure of judicial resources as both federal district and appellate courts are asked to address issues that can only be resolved by Judge Wolin. Granting the conditional transfer order and transferring these and all other brake friction claims against the automobile manufacturers would prevent this unnecessary expenditure of resources and would assist in enforcing Judge Wolin's provisional transfer order.

## III.   The Inconsistent and Contradictory Position Plaintiffs Adopt Before the Panel to Avoid Conditional Transfer.

Moreover, in the various remand motions they have filed in federal courts across the country, plaintiffs take a very different position than the one they have adopted here. Plaintiffs assert before this Panel that conditional transfer is inappropriate because "Judge Wolin has signed a 'provisional' transfer order in these cases, and further transfer would neither aid in the resolution of the cases nor fulfill any of the purposes of the Multidistrict Litigation statute in general or the Order establishing MDL 875 in particular." (Motion at 3.) Indeed, plaintiffs go so far as to argue that "a Multidistrict Litigation transfer would be an unnecessary interference with the Order of Chief Judge Becker of the Third Circuit assigning Judge Wolin to preside over the Federal Mogul (and four other asbestos-related) bankruptcies." (*Id.*)

Yet, as is clear from the remand pleadings filed by plaintiffs and quoted above, at the same time, plaintiffs are asking other federal courts to "ignore" and "disregard" Judge Wolin's order. In fact, this is the *first time* plaintiffs have shown any concern about "interference" with Judge Wolin and Judge Becker's orders. Rather, they have engaged in a massive campaign for the express purpose of *undermining* and *circumventing* those orders. (*See, e.g.,* Combined Response to Petitions for Writs of Mandamus 3 (1/22/02) (Ex.K) (filed by Baron & Budd) (claiming that Judge

Wolin's provisional transfer was "entered without jurisdiction"). Accordingly, while the automobile manufacturers believe that Judge Wolin's provisional transfer order transferred these and all other brake friction claims to his court, because plaintiffs are continuing their efforts to undermine and circumvent that order and refuse to accept it, conditional transfer by this Panel to Judge Wolin is warranted to aid in enforcing Judge Wolin's provisional transfer order.

IV.   **Conditional Transfer is Necessary to Assist in Enforcing Judge Wolin's Provisional Transfer Order.**

Accordingly, the automobile manufacturers request that the Panel assist in putting an end to this coordinated remand campaign and conditionally transfer these and all other brake friction claims to Judge Wolin to help preserve the *status quo* as Judge Wolin intended. While plaintiffs argue that conditional transfer would create "jurisdictional havoc," in fact it would end the "jurisdictional havoc" that has been wrought by plaintiffs' campaign, as numerous federal courts are now being asked by plaintiffs to decide whether they -- or Judge Wolin -- should determine whether the brake friction claims against the automobile manufacturers should be remanded. Moreover, there will be no "conflict" if this Panel agrees that under Judge Wolin's order, these and all other brake friction claims are properly before Judge Wolin.

A similar circumstance was faced in the *Dow Corning* breast implant litigation where this Panel ordered consolidation of breast implant claims pending in federal court before they were transferred to the district court presiding over Dow Corning's bankruptcy proceedings. *In re Silicone Gel Breast Implants Prods. Liab. Litig.*, 793 F. Supp. 1098 (J.P.M.L.1992). The history of those proceedings was recounted in the Sixth Circuit's decision regarding the transfer of breast implant claims to the district court presiding over the Dow Corning bankruptcy proceedings:

On June 25, 1992, prior to Dow Corning's filing of its Chapter 11 petition, the Federal Judicial Panel on Multidistrict Litigation ordered the consolidation of all breast implant actions pending in federal courts for coordinated pretrial proceedings, and transferred those actions to Chief Judge Pointer of the Northern District of Alabama. . . . On June 12, 1995, Dow Corning filed a motion pursuant to 28 U.S.C. § 157(b)(5) to transfer to the Eastern District of Michigan opt-out breast implant claims pending against it and its shareholders, Dow Chemical and Corning Incorporated. Dow Corning's motion covered claims that had been removed to federal court and were pending in the multidistrict forum, as well as claims pending in state courts which were in the process of being removed to federal courts pursuant to 28 U.S.C. § 1452(a). Dow Corning envisioned its transfer motion as the first step in ensuring a feasible plan of reorganization, and indicated that it would seek to have the transferred actions consolidated for a threshold jury trial on the issue of whether silicone gel breast implants cause the diseases claimed.

*In re Dow Corning Corp.*, 86 F.3d 482, 485-86 (6th Cir. 1996).

As in *Dow Corning*, the brake friction claims at issue here "involve common questions of fact," and conditional transfer "will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation." *See In re Silicone Gel Breast Implants Prods. Liab. Litig.* 793 F. Supp. at 1099-100. Moreover, here conditional transfer is even more appropriate given that it will assist in enforcing Judge Wolin's provisional transfer order by putting an end to plaintiffs' coordinated remand campaign, which is designed to circumvent and undermine that order.

## <u>CONCLUSION</u>

For the foregoing reasons, the automobile manufacturers respectfully request that the Panel conditionally transfer these and all other brake friction claims asserted against them to Judge Wolin in order to assist in enforcing Judge Wolin's provisional transfer order.

Dated: January 29, 2002

Respectfully submitted,

KIRKLAND & ELLIS
David M. Bernick
John Donley
Douglas G. Smith
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000
(312) 861-2200 (fax)

Attorneys for DaimlerChrysler Corp., Ford Motor Company, and General Motors Corp.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Response of DaimlerChrysler Corporation, Ford Motor Company, and General Motors Corporation to Plaintiffs' Motion to Vacate CTO-209 was served via United States mail to all counsel of record on the attached service list on the 29th day of January, 2002

_____
Douglas G. Smith

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 4 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Supplemental and Amended Response of DaimlerChrysler Corporation, Ford Motor Company, and General Motors Corporation to Plaintiffs' Motion to Vacate CTO-209 was served via United States mail to all counsel of record on the attached service list on the 31st day of January, 2002.

_____
Douglas Ø. Smith

**INVOLVED COUNSEL FOR SCHEDULE CTO-209**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

John E. Ansbach
Heygood Orr & Reyes
4245 North Central Expressway
6th Floor
Dallas, TX 75205

Mel Bailey
Bailey Crowe & Kugler
4600 Bank of America Plaza
901 Main Street
Dallas, TX 75202

David A. Barfield
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207

David B. Barlow
Sidley, Austin, Brown & Wood
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603

Steven T. Baron
Silber & Pearlman
2711 North Haskell Ave.
Suite 32
Dallas, TX 75204

Thomas P. Bernier
Goldfein & Hosmer
217 E. Redwood Street
21st Floor
Baltimore, MD 21202

V. Brian Bevon
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Paula H. Blazek
Bernsen, Jamail & Goodson, LLP
550 Fannin Street
P.O. Box 4915
Beaumont, TX 77004

Jack L. Block
Sachnoff & Weaver, Ltd.
30 South Wacker Drive
29th Floor
Chicago, IL 60606

Leslie J. Bobo
Butler, Snow, O'Mara, Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225

John J. Boyd, Jr.
Lord & Whip, P.A.
120 West Layette Street
800 One Center Plaza
Baltimore, MD 21201

Michael J. Brickman
Ness, Motley, Loadholt, Richardson &
Poole
P.O. Box 1137
Charleston, SC 29401

Pamela T. Broache
Lord & Whip, P.A.
800 Once Center Plaza
120 West Layette Street
Baltimore, MD 21201

W. Scott Brown
Forman, Perry, Watkins, Krutz &
Tardy
1515 Poydras Street
Suite 1420
New Orleans, LA 70112

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 2220
3112 Canty Street
Pascagoula, MS 39569

Lisa N. Busch
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

Isaac K. Byrd, Jr.
Byrd & Associates
P.O. Box 19
Jackson, MS 39205

Larry G. Canada
Galloway, Johnson, Tompkins, Burr &
Smith
One Shell Square, Suite 4040
701 Poydras Street
New Orleans, LA 70139

James R. Carter
Carter Law Offices
Commerce Bank Building, Suite 529
416 Main Street
Peoria, IL 61602

Michael P. Cascino
Cascino Vaughan Law Offices
403 West North Avenue
Chicago, IL 60610

Michael P. Casey
Lewis, Rice & Fingersh
500 North Broadway, Suite 200
St. Louis, MO 63102

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Paul V. Cassisa, Jr.
Bernard, Cassisa, Elliott & Davis
P.O. Box 1138
Oxford, MS 38655

William T. Causby
Nelson, Mullins, Riley & Scarborough
Keenan Building, 3rd Floor
1330 Lady Street
P.O. Box 11070
Columbia, SC 29211

Damon J. Chargois
Foster & Sear
1201 N. Watson
Suite 145
Arlington, TX 76006

Daniel J. Cheeley
Bellande Cheeley, O'Flaherty, Sargis &
Ayres
19 S. LaSalle Street, Suite 1203
Chicago, IL 60603

Stanley M. Chow
Char, Hamilton, Campbell & Thom
Mauka Tower, Suite 2100
737 Bishop Street
Honolulu, HI 93813

Adam M. Chud
Shea & Gardner
1800 Massachusetts Ave., N.W.
Washington, DC 20036

David W. Clark
Bradley, Arant, Rose & White
188 E. Capitol Street, Suite 450
P.O. Box 1789
Jackson, MS 39215

Gregory L. Cochran
McKenna, Storer, Rowe, White &
Farrug
200 N. LaSalle Street, Suite 3000
Chicago, IL 60601

J.P. Coleman
Baker, Donelson, Bearman & Caldwell
P.O. Box 14167
Jackson, MS 39236

P.J. Cone
Ness, Motley, Loadholt, Richardson &
Poole
2202 Jackson Street
P.O. Box 365
Barnwell, SC 29812

P.J. Cone, II
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

John F. Conley
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 E. Main Street
Norfolk, VA 23510

Larry E. Cotten
Kirkley, Schmidt & Cotten
City Center II, Suite 2700
301 Commerce Street
Fort Worth, TX 76102

Kaye N. Courington
Duncan & Courington, LLC
322 Lafayette Street
New Orleans, LA 70130

Ronald B. Cox
Bowers, Orr & Dougall
P.O. Box 25389
Columbia, SC 29224

Edward M. Crane
Skadden, Arps, Slate, Meagher & Flom
333 W. Wacker Drive
Suite 2100
Chicago, IL 60606

Andrew J. Cross
Polsinelli, Shalton & Welte
100 S. Fourth Street
Suite 1100
St. Louis, MO 63102

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Charles P. Dargo
Bruce P. Clark & Associates
Harrison Ridge Square
419 Ridge Road
Munster, IN 46321

William S. Davies, Jr.
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Building, 3rd Floor
P.O. Box 11070
Columbia, SC 29211

Maxon R. Davis
Davis, Hatley, Haffeman & Tighe
100 River Drive North, 3rd Floor
Box 2103
Great Falls, MT 59401

L. Richard DeRobertis
Galiher, DeRobertis, Nakamura, Ono &
Takitani
610 Ward Avenue, Suite 200
Honolulu, HI 96814

Mike Desautels
Delaney & Desautels
80 Wolf Road
6th Floor
Albany, NY 12205

Dennis J. Dobbels
Polsinelli, Shalton & Welte
700 W. 47th Street
Suite 1000
Kansas City, MO 64112

David W. Dogan, III
Dogan & Wilkinson
P.O. Box 23062
Jackson, MS 39225

Thomas F. Dougall
Bowers, Orr & Dougall, LLP
P.O. Box 25389
Columbia, SC 29224

Jerome J. Duchowicz
O'Hagan, Smith & Amundsen, LLC
150 N. Michigan Avenue
Suite 3300
Chicago, IL 60601

David Duke
Duke Law Firm
201 E. Abram
Suite 760
Arlington, TX 76010

Maja C. Eaton
Sidley, Austin, Brown & Wood
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603

Gary D. Elliston
DeHay & Elliston
3500 Bank of America Plaza
901 Main Street
Dallas, TX 75202

James T. Estes, Jr.
Burke, Sakai, McPheeters, et al.
Grosvenor Center, Mauka Tower
737 Bishop Street
Honolulu, HI 96813

C. Michael Evert, Jr.
Evert & Weathersby
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

James J. Fabian
Pfeifer & Fabian
326 Saint Paul Place
Suite 100
Baltimore, MD 21202

Mark J. Fellman
Fellman Law Office
213 4th Street, East
Suite 200
St. Paul, MN 55101

Richard Young Ferguson
Johnson, Ferguson, Pipkin & Phillips
4900 Woodway
Suite 1100
Houston, TX 77056

Matthew J. Fischer
Schiff, Hardin & Waite
233 S. Wacker Drive
6600 Sears Tower
Chicago, IL 60606

James L. Fletcher, Jr.
Duncan & Dourington
322 Lafayette Street
New Orleans, LA 70130

James T. Foley
Foley & Boyd
First City Place
Suite 404
Tyler, TX 75702

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Richard L. Forman
Forman, Perry, Watkins, Krutz &
Tardy
P.O. Box 22608
Jackson, MS 39225

Laura A. Frase
Forman, Perry, Watkins, Krutz &
Tardy
1349 Empire Central
Suite 400
Dallas, TX 75247

Ellen B. Fursman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

William Allen Galerston
Kleberg Law Firm
1800 Bering
Suite 400
Houston, TX 77057

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Beverly D. Garner
11720 Borman Drive
P.O. Box 28500
St. Louis, MO 63146

Mark W. Garriga
Butler, Snow, O'Mara, Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225

William P. Gavin
Gavin Law Firm
17 Park Place
Professional Centre
Belleville, IL 62226

Charles H. Gibbs, Jr.
Sinkler & Boyd
P.O. Box 340
Charleston, SC 29402

Robert L. Gibbs
Brunini, Grantham, Grower & Hewes
248 E. Capitol Street
P.O. Box 119
Jackson, MS 39205

Donald E. Godwin
Godwin, White & Gruber, P.C.
901 Main Street
Suite 2500
Dallas, TX 75202

William F. Goodman, III
Watkins & Eager
P.O. Box 650
Jackson, MS 39205

Demarcus J. Gordon
Johnson & Bell
55 E. Monroe Street
Suite 4100
Chicago, IL 60603

Kenneth M. Gorenberg
Wilman, Harrold, Allen & Dixon
225 W. Wacker Drive
Suite 2800
Chicago, IL 60606

Leonard R. Gouveia, Jr.
888 Mililani Street
8th Floor
Honolulu, HI 96813

Dennis J. Graber
Hinshaw & Culbertson
521 W. Main Street
Suite 300
Belleville, IL 62222

Robert M. Greenberg
Law Office of Robert Greenberg
1201 N. Watson Road
Suite 117
Arlington, TX 76006

Susan Gunty
Gunty & McCarthy
150 S. Wacker Drive
Suite 1025
Chicago, IL 60606

Patrick N. Haines
Lanier Parker & Sullivan
1331 Lamar
Suite 1550
Houston, TX 77010

Robert E. Haley
Wildman, Harrold, Allen & Dixon
225 W. Wacker Drive
Suite 3000
Chicago, IL 60606

Andrew S. Halio
Halio & Halio
P.O. Box 747
Charleston, SC 29402

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Ave. South
Minneapolis, MN 55402

G.P. Hardy, III
Hardy & Johns
500 Two Houston Center
909 Fannin
Houston, TX 77010

James M. Harris, Jr.
Harris, Lively & Duesler
550 Fannin Street
Houston, TX 77701

Sherman S. Hee
1164 Bishop Street
Suite 1415
Honolulu, HI 96813

John R. Henderson
Brown, MCCarroll, Oaks, Hartline
2000 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201

John L. Hill, Jr.
Locke Liddell & Sapp
3400 Texas Commerce Tower
600 Travis Street
Houston, TX 77002

M. King Hill, III
Venable, Baetjer & Howard
210 Allegheny Ave
P.O. Box 5517
Towson, MD 21285

Timothy J. Hogan
Bierne, Maynard & Parsons
1300 Post Oak Blvd.
25th Floor
Houston, TX 77056

John H. Holloman III
Watkins, Ludlam, Winter & Stennis
P.O. Box 427
Jackson MS 39205

Russell J. Hoover
Jenner & Block
One IBM Plaza
Suite 4400
Chicago, IL 60611

H. Forest Horne, Jr.
Jones, Martin, Parris & Tessener Law
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

D.L. Jackson
Baron & Budd
3102 Oak Law Ave
Suite 1100
Dallas, TX 75219

Barry D. Jenkins
Jenkins & Parron
801 Cherry, Suite 2000
P.O. Box 1287
Forth Worth, TX 76102

William V. Johnson
Johnson & Bell, Ltd.
55 E. Monroe Street
Suite 4100
Chicago, IL 60603

Steven M. Jupiter
LeBlanc & Waddell
201 St. Charles Ave
Suite 3204
New Orleans, LA 70170

George J. Kacal, Jr.
Dunn, Kacal, Adams, Pappas & Law
One Riverway
Suite 1200
Houston, TX 77056

Jeffery T. Kale
Enserch Corporation
300 S. St. Paul
Suite 1200
Dallas, TX 75201

Jennifer A. Kinder
Baron & Budd
3102 Oak Law Avenue
Suite 1100
Dallas, TX 75219

Reginald S. Kramer
Oldham & Dowling
195 S. Main Street
Suite 300
Akron, OH 44308

Peter A. Kraus
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

Robert Kropp, Jr.
Geffner & Bush
3500 W. Olive Street
Suite 1100
Burbank, CA 91505

Craig T. Kugisaki
Pacific Tower
1001 Bishop Street, Suite 2727
Honolulu, HI 96813

John J. Kurowski
Kurowski & Bailey
24 Bronze Pointe
Belleville, IL 62226

Patrick J. Lamb
Butler, Rubin, Saltarelli & Boyd
1800 Three First National Plaza
70 W. Madison Street
Chicago, IL 60602

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Mickey P. Landry
Landry & Swarr
330 Camp Street
New Orleans, LA 70130

W.M. Lanier
Lanier Parker & Sullivan
1331 Lamar
Suite 1550
Houston, TX 77010

Bruce Earl Larson
Karr, Tuttle & Campbell
1201 3rd Avenue
Suite 2900
Seattle, WA 98101

Christopher P. Larson
Heyl & Royster
600 Bank One Building
124 Southwest Adams
Peoria, IL 61602

H. Seward Lawlor
Glasser & Glasser
580 E. Main Street
600 Crown Center
Norfolk, VA 23510

Sidney G. Leech
Goodell, DeVries, Leech & Dann
Commerce Plaza, 20th Floor
One South Street
Baltimore, MD 21202

Tom L. Lewis
Lewis, Huppert & Slovak
725 Third Avenue North
P.O. Box 2325
Freat Falls, MT 59403

Craig T. Liljestrand
Hinshaw & Culbertson
222 N. LaSalle Street
Suite 300
Chicago, IL 60601

Caren K. Lock
Kern & Wooley
5215 North O'Connor Blvd.
Suite 1700
Irving, TX 75039

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Richard P. Long
Warner & Meihofer, LLC
218 N. Jefferson
Suite 300
Chicago, IL 60661

Melodie M. Mabanta
Robinson, Woolson & O'Donnell
217 E. Redwood Street
Suite 1500
Baltimore, MD 21202

Leslie MacLean
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

Donald C. Machado
Central Pacific Plaza
220 S. King Street, Suite 2100
Honolulu, HI 96813

Eric Manchin
Kacske Reeves
6301 Gaston Ave
Suite 735
Dallas, TX 75214

Jerold T. Matayoshi
Fukunaga, Matayoshi, Hershey &
Ching
Davies Pacific Center, Suite 1200
841 Bishop Street
Honolulu, HI 96813

Christopher D. Mauriello
Wallace & Graham
525 N. Main Street
Salisbury, NC 28144

Edward J. McCambridge
Segal, McCambridge, Singer &
Mahoney
One IBM Plaza, Suite 200
330 North Wabash Avenue
Chicago, IL 60611

Silas W. McCharen
Daniel, Coker, Horton & Bell
P.O. Box 1084
111 E. Capitol Street, Suite 600
Jackson, MS 39215

Charles S. McCowan, Jr.
Kean, Miller, Hawthorne, et al.
One American Place, 22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821

Daneil W. McGrath
Hinshaw & Culbertson
222 N. Lasalle Street
Suite 300
Chicago, IL 60601

Kim M. Meaders
Crouch & Inabnett
2300 Fountain Place
1445 Ross Avenue
Dallas, TX 75202

Lewis Charles Miltenberger
Cordray, Goodrich & Miltenberger
108 W. 8th Street, Suite 500
Ft. Worth, TX 76102

Willard J. Moody, Jr.
Moody, Strople, Kloeppel & Basilone
500 Crawford Street
Commerce Bank Bldg., Suite 300
P.O. Box 1138
Portsmouth, VA 27305

Marty A. Morris
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

Ronald L. Motley
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard I. Nemeroff
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

John Nishimoto
Ayabe, Chong, Nishimoto, Sia &
Nakamura
Pauahi Tower
1001 Bishop Street
Suite 2500
Honolulu, HI 96813

Robert L. Norton
Jones & Granger
10000 Memorail Drive, Suite 888
P.O. Box 4340
Houston, TX 77210

E.R. Nunnally
Bell, Nunnally & Martin
3232 McKinney Avenue
Suite 1400
Dallas, TX 75204

Michael F. O'Connor
Oliver, Lau, Lawhn, Ogawa &
Nakamura
Ocean View Center, Suite 600
707 Richards Street
Honolulu, HI 96813

John M. O'Quinn
M. Michael Meyer
O'Quinn & Laminack & Pirtle
2300 Lyric Centre Building
440 Louisiana Street
Houston, TX 77002

James R. Old, Jr.
Germer & Gertz
805 Park Street
Beaumont, TX 77701

Aimee H. Oyasato
White & Tom
820 Mililani Street, Suite 701
Honolulu, HI 96813

Peter T. Paladino, Jr.
Ketchum Center, 3rd Floor
1030 Fifth Avenue
Pittsburgh, Pa 15219

Trevor L. Pearlman
Silber & Pearlman
2711 N. Haskell Ave
Suite 32
Dallas, TX 75204

Ronald G. Peresich
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
759 Vieux Marche Mall
Biloxi, MS 39533

Joseph S. Pevsner
Thompson & Knight
3300 First City Center
1700 Pacific Avenue
Dallas, TX 75201

Joseph Stuart Pevsner
Thompson & Knight
1700 Pacific Avenue
Suite 3300
Dallas, TX 75201

Kent L. Plotner
Heyl & Royster
Mark Twain Plaza II, Suite 100
103 N. Main Street
P.O. Box 467
Edwardsville, IL 62025

James B. Pressly, Jr.
Haynsworth Sinkler Boyd
75 Beattie Place
11th Floor
Greenville, SC 29601

Robert A. Pritchard
Pritchard Law Firm
P.O. Drawer 1707
Pascagoula, MS 39568

Christopher J. Raistrick
Bellande, Cheely, O'Flaherty, Sargis &
Ayers
19 S. LaSalle Street, Suite 1203
Chicago, IL 60603

Mark E. Rakoczy
Skadden, Arps, Slate, Meagher & Flom
333 W. Wacker Drive
Suite 2100
Chicago, IL 60606

William C. Reeves
Markow, Walker, Reeves & Anderson
805 S. Wheatley, Suite 475
P.O. Box 13669
Jackson, MS 39236

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Robert H. Riley
Schiff, Hardin & Waite
6600 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606

Trudy Hartzog Robertson
Moore & Van Allen
P.O. Box 22828
Charleston, SC 29413

Dawn Smith Rodrigue
LeBlanc & Waddell
The Essen Centre
5353 Essen Lane, Suite 420
Baton Rouge, LA 70809

Arthur F. Roeca
Roeca, Louie & Hiraoka
Davies Pacific Center, Suite 900
841 Bishop Street
Honolulu, HI 96813

John D. Roven
John Roven & Associates
2190 N. Loop West, Suite 410
Houston, TX 77018

Paul L. Sadler
Wellborn, Houston, Adkison Mann &
Sadler
P.O. Box 1109
Henderson, TX 75653

Stephanie Ann Scharf
Jenner & Block
One IBM Plaza
Suite 4400
Chicago, IL 60611

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Mark Steven Scudder
Strasburger & Price, L.L.P.
901 Main Street
Suite 4300
Dallas, TX 75202

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert L. Shuftan
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Cicago, IL 60606

Donald L. Sime
Hinshaw & Culbertson
110 North West Street
Waukegan, IL 60085

Melissa Skilken
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, Il 60606

Andrew C. Skinner
Skadden, Arps, Slate, Meagher
& Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Edward M. Slaughter
Foster & Sear
1201 North Watson
Suite 145
Arlington, TX 76006

Patrick C. Smith
Church & Houff, PA
2 North Charles Street, Suite 600
Baltimore, MD 21201

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert Spitkovsky
Johnson & Bell, Ltd.
222 North LaSalle Street
Suite 2200
Chicago, IL 60601

Joseph Stalmack
Joseph Stalmack & Associates, P.C.
5253 Hohman Avenue
Hammond, IN 45210

Minor C. Sumners, Jr.
1907 Dunbarton Drive
Suite F
Jackson, MS 39216

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Thomas R. Sylvester
Pacific Tower, Suite 2200
1001 Bishop Street
Honolulu, HI 96813

William K. Tapscott
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

Thomas W. Taylor
Andrews & Kurth
600 Travis
Suite 4200
Houston, TX 77002

William M. Thomas
Fairchild, Price, Thomas & Haley
413 Shelbyville Street
P.O. Drawer 1719
Center, TX 75935

Michael P. Thornton
Thornton & Naumes, L.L.P.
100 Summer Street
30th Floor
Boston, MA 02110

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Willis R. Tribler
Tribler, Orpett & Crone
30 North LaSalle Street
Suite 2200
Chicago, IL 60602

Thomas W. Tyner
Aultman, Tyner, McNeese, Ruffin
& Yarborough
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403

Robert T. Varney
Robert T. Varney & Associates
121 N. Main Street
4th Floor
Bloomington, IL 61701

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502

Lawrence D. Wade
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS 38702

Michael R. Walzel
Stevens, Baldo & Freeman, L.L.P.
550 Fannin Street, Suite 400
P.O. Box 4950
Beaumont, TX 77704

Frank J. Wathen
Foster & Sear
1201 N. Watson
Suite 145
Arlington, TX 76006

Scott W. Wert
Foster & Sear
360 Place Office Park
1201 N. Watson, Suite 145
Arlington, TX 76006

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Eric D. Wewers
DeHay & Elliston, L.L.P.
3500 NationsBank Plaza
901 Main Street
Dallas, TX 75202

Kenneth Charles Whalen
Moody, Strople, Kloeppel & Basilone
9280 Bay Plaza Blvd.
Bay Plaza II, Suite 714
Tampa, FL 33619

Clay M. White
Sammons & Parker, P.C.
218 North College
Tyler, TX 75702

Daniel B. White
Gallivan, White & Boyd, P.A.
P.O. Box 10589
Greenville, SC 29603

Robert W. Wilkinson
Dogan & Wilkinson
P.O. Box 1618
726 Delmas Avenue
Pascagoula, MS 39568

Gene M. Williams
Mehaffy & Weber, P.C.
P.O. Box 16
Beaumont, TX 77002

Roy C. Williams
Colingo, Williams, Heidelberg, et al.
P.O. Box 1407
711 Delmas Avenue
Pascagoula, MS 39568

Douglas P. Wilson
Wilson Law Offices
200 Firstar Bank Building
6405 North Cosby Avenue
Kansas City, MO 64151

Troyce G. Wolf
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

Dawn M. Wright
Thompson & Knight
1700 Pacific Ave.
Suite 3300
Dallas, TX 75201

Jamshyd M. Zadeh
Bourland Kirkman Seidler & Evans
201 Main Street
Suite 1400
Fort Worth, TX 76102

Ellen B. Furman
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Robert E. Thackston
3200 Allied Bank Tower
1445 Ross Avenue
Dallas, TX 75202

Alan B. Rich
Baron & Budd
3102 Oak Law Avenue
Suite 1100
Dallas, TX 75219

Kay Gunderson Reeves
Judy Bradshaw
Kaeske Reeves, LLP
6301 Gaston Avenue
Suite 735
Dallas, TX 75214