Case MDL No. 875   Document 3424   Filed 02/13/02   Page 1 of 15

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

FEB 13 2002

FILED
CLERK'S OFFICE

## BARON & BUDD

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
SUITE 1100
3102 OAK LAWN AVENUE
DALLAS, TEXAS 75219-4281
(214) 521-3605
TELECOPIER (214) 520-1181

FREDERICK M. BARON
RUSSELL W. BUDD
BRENT M. ROSENTHAL
LISA A. BLUE, Ph.D.
MARY E. SKELNIK
STEVEN D. WOLENS
MELISSA K. HUTTS
ROBERTA E. ASHKIN*
STEVE BAUGHMAN JENSEN
ALLEN M. STEWART
RICHARD I. NEMEROFF
LISA R. KIVETT
LEANNE JACKSON
LAURA BAUGHMAN
ELIZABETH R. SCHICK

SPECIAL COUNSEL:
ELLEN A. PRESBY

DIANE M. ANDREW*
SAM T. RICHARD
CHRISTINA E. MANCUSO

LAURIE J. MEGGESIN
SCOTT MORRISON
WESLEY K. YOUNG
STEPHEN C. JOHNSTON
MISTY A. FARRIS
WILLIAM K. TAPSCOTT, JR.
ASHLEY HIGGINS JETER
BEN K. DuBOSE
AMY J. SHAHAN
TAERI IM OH
SUSAN L. BOZORTH*
LADD R. GIBKE
ANN TUTOKY HARPER
ALAN B. RICH
JESSICA T. HUDGINS
CAREN LOCK HANSON
KIM LEVINGSTON
LAWRENCE G. GETTYS*
KEVIN D. McHARGUE
ALICIA D. BUTLER
JORDAN C. FOX*

ALEX BARLOW
KAMELA A. WILKINSON
*PATRICK O'NEAL
JOHN E. ANSBACH
ANDREA S. BOURNE
JENNYFER BARBER GRAY
VIRGINIA L. ADAMS
*JOSEPH W. BELLUCK
JOYCELL M. HOLLINS
WENDY C. TRIPODI
MARTY A. MORRIS
LAURA S. MONDELLO
IGNACIO BARBERO
TAD GROUND
STEPHANIE A. FINCH
J. CATHERINE GILLIS
JAMES D. PIEL
SCOTT R. FRIELING
THOMAS M. SIMS
JOHN J. SPILLANE
DANA M. GRAY

NATALIE F. DUNCAN
MONTY WADE SULLIVAN
ALLEN R. VAUGHT
JENNIFER K. BRITTON
*DANIEL C. BURKE
AMY M. CARTER
ANN L. R. COLE
FRANK E. GOODRICH
CARLA M. BURKE
SCOTT L. FROST
TIFFANY NEWLIN
CATHERINE G. ZILAHY
CRAIG M. SCHUMACHER
JACQUELINE MONTEJANO
S. ANN SAUCER
JULIANNE J. MAERSCHEL
BRIAN P. MIN
REY FERNÁNDEZ
EDMOND L. MARTIN
DONNA J. BLEVINS
STEPHANIE N. BROOKS
DAVID T. RITTER

*LICENSED IN STATES OTHER THAN TEXAS

February 11, 2002

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
 Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

***Via Federal Express***

Re: CTO-209 (Motions to Vacate, etc., in cases listed on attachment A hereto)

Dear Clerk:

Enclosed is an Order signed and entered on February 8, 2002 in the Federal Mogul bankruptcy by Judge Alfred Wolin, for the United States District Court for the District of Delaware. Since the Order remands all of the referenced claims to the state courts, CTO-209, insofar as it relates to the cases listed in the attachment, is mooted, and we would request that the Panel enter an appropriate order to that effect.

Very truly yours,

Alan B. Rich

ABR/da

cc: All Known Counsel of Record

IMAGED FEB 14 '02       OFFICIAL FILE COPY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 13 2002

FILED
CLERK'S OFFICE

## EXHIBIT A

This Document Relates to the Following Cases:[1]

| | | |
|---|---|---|
| 1  | Carraway, et al., | 3:01-CV-2341 |
| 2  | Holmes, et al., | 3:01-CV-2343 |
| 3  | Coffman, et al., | 3:01-CV-2344 |
| 4  | Dorn, et al., | 3:01-CV-2348 |
| 5  | Goeyns, et al., | 3:01-CV-2352 |
| 6  | Killen, et al., | 3:01-CV-2357 |
| 7  | Cressionnie, et al., | 3:01-CV-2359 |
| 8  | Mantooth, et al., | 3:01-CV-2361 |
| 9  | Batson, et al., | 3:01-CV-2365 |
| 10 | Culwell, et al., | 3:01-CV-2368 |
| 11 | Bowers, et al., | 3:01-CV-2380 |
| 12 | McReynolds, et al., | 3:01-CV-2383 |
| 13 | Grebe, et al., | 3:01-CV-2386 |
| 14 | Cotton, et al., | 3:01-CV-2388 |
| 15 | Conn, et al., | 3:01-CV-2389 |
| 16 | Foster, et al., | 3:01-CV-2391 |
| 17 | Bowser, et al., | 3:01-CV-2393 |
| 18 | Burke, et al., | 3:01-CV-2399 |
| 19 | Snyder, et al., | 3:01-CV-2411 |
| 20 | McClain, et al., | 3:01-CV-2413 |
| 21 | Degnan, et al., | 3:01-CV-2414 |
| 22 | Andries, et al., | 3:01-CV-2418 |
| 23 | Neff, et al., | 3:01-CV-2426 |
| 24 | Beshears, et al., | 3:01-CV-2431 |
| 25 | Dishongh, Jr., et al., | 3:01-CV-2432 |
| 26 | Bass, et al., | 3:01-CV-2440 |
| 27 | Berryman, et al., | 3:01-CV-2441 |
| 28 | Carroll, Jr., et al., | 3:01-CV-2443 |
| 29 | Clark, et al., | 3:01-CV-2446 |
| 30 | Culbertson, et al., | 3:01-CV-2448 |
| 31 | Gray, et al., | 3:01-CV-2450 |
| 32 | Stringer, et al., | 3:01-CV-2452 |
| 33 | Abbott, et al., | 3:01-CV-2454 |
| 34 | Meek, et al., | 3:01-CV-2460 |
| 35 | Hackney, et al., | 3:01-CV-2461 |
| 36 | Kitchens, et al., | 3:01-CV-2464 |

---

[1] Because the removing defendants failed in the majority of cases to serve pleadings on plaintiffs' counsel that identify the federal cause number assigned, et al., we have done our best to assure that this pleading covers all cases filed by our clients which are subject to CTO-209. We reserve the right to supplement if additional cases are discovered to be subject to CTO-209.

## **EXHIBIT A**

| | |
|---|---|
| 37 | Holloway, et al., 3:01-CV-2465 |
| 38 | Clark, et al., 3:01-CV-2467 |
| 39 | Alexander, Sr., 3:01-CV-2468 |
| 40 | Burleson, et al., 3:01-CV-2469 |
| 41 | Gant, et al., 3:01-CV-2473 |
| 42 | McMannis, et al., 3:01-CV-2474 |
| 43 | Graning, et al., 3:01-CV-2478 |
| 44 | Groom, et al., 3:01-CV-2479 |
| 45 | Cooley, et al., 3:01-CV-2498 |
| 46 | Garner, et al., 3:01-CV-2499 |
| 47 | Gore, et al., 3:01-CV-2506 |
| 48 | Martin, et al., 3:01-CV-2513 |
| 49 | Dirks, et al., 3:01-CV-2514 |
| 50 | Jones, et al., Praus, et al., Carr, et al., Day, et al., Kirkley et al. and Burke, et al., 4:01-947 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                            :
                                  :    CHAPTER 11
FEDERAL-MOGUL GLOBAL, INC.,       :
                                  :    BANKRUPTCY NO. 01-10587
          Debtor.                 :    (jointly administered)

**ORDER 1) DENYING THE MOTIONS TO TRANSFER THE "FRICTION PRODUCTS CLAIMS" AND 2) REMANDING THE FRICTION PRODUCTS CLAIMS**

This matter having been opened before the Court upon the several motions of parties, denominated in the prior Orders of the Court as the "Friction Products Defendants," to transfer to this District into the above-captioned proceedings the claims against the movants previously denominated "Friction Products Claims"; and the Court having previously granted this motion on a provisional basis and the Friction Products Claims having already been provisionally transferred to this Court subject to a plenary hearing on the motion to transfer; and the Court having previously given notice to the parties that it would consider arguments directed to subject matter jurisdiction, abstention and remand in ruling upon the movants' applications; and the Court having reviewed the submissions of counsel and heard oral argument; and for the reasons set forth on the record at the hearing on those motions today, as supplemented by a written Opinion to follow; and for good cause shown

It is this 8th day of February 2002



1

ORDERED that the motions to transfer the Friction Products Claims are denied, and it is further

ORDERED that this Court lacks subject matter jurisdiction over the Friction Products Claims, and it is further

ORDERED that the Friction Products Claims are remanded to the state courts from which they were removed pursuant to 28 U.S.C. § 1447, and it is further

ORDERED that, in the alternative, the Friction Products Claims are remanded to the state courts from which they were removed pursuant to 28 U.S.C. § 1452.

_____
Alfred M. Wolin, U.S.D.J.

2

PANEL SERVICE LIST (Excerpted from CTO-209)
DOCKET NO. 875
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

FEB 13 2002
FILED
CLERK'S OFFICE

Richard C. Binzley
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
1800 Massachusetts Ave., N.W.
Washington, DC 20036

David A. Damico
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Philadelphia Bourse Bldg.,
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

David M. Bernick
200 East Randolph Drive
Chicago, IL 60601

John R. Henderson
2000 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201

Reginald S. Kramer
195 S. Main Street, Suite 300
Akron, OH 44308

David C. Landin
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
28 Bridgeside Boulevard
P. O. Box 1792
Mt. Pleasant, SC 29465

Joseph S. Pevsner
3300 First City Center
1700 Pacific Avenue
Dallas, TX 75201

John J. Repcheck
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
52 East Gay Street
P. O. Box 1008
Columbus, OH 43216

Neil Selman
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
1370 Penobscot Building
Detroit, MI 48226

Robert E. Thackston
3200 Allied Bank Tower
1445 Ross Avenue
Dallas, TX 75202

Andrew J. Trevelise
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
4040 First Avenue, N.E.
P. O. Box 998
Cedar Rapids, IA 52406

Dawn M. Wright
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201

David M. Bernick
Kirkland & Ellis
200 East Randolph Dr.
Chicago, IL 60601

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# KAESKE · REEVES LLP
### ATTORNEYS AT LAW

FEB 13 2002

FILED
CLERK'S OFFICE

February 12, 2002

**VIA FACSIMILE** - 202.502.2888

Mr. Michael J. Beck
Clerk of the Panel
Judicial Panel on MDL
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Re: MDL-875 - Cause Nos. 3 01-2350, 3 01-2419, and 3 01-2470 - Texas Northern; *Notice of Remand of cases.*

Dear Mr. Beck:

I received your Conditional Transfer Order listing three of my cases - 01-2350, 01-2419 and 01-2470 (see Exhibit A) - as having been transferred to the MDL on or about December 28, 2001. I have previously filed with you our Notice of Opposition to Conditional Transfer Order - 209 and Motion and Brief in Support of this Opposition. This letter is to inform you U.S. District Court Judge Alfred Wolin has determined that the federal courts lack subject matter jurisdiction over these and the other removed "friction cases," and has therefore remanded these cases to State Court by an Order signed February 8, 2002. I've attached a copy of this Order. Please let me know what other information you need, if any, to remove these cases from your transfer schedule.

Thank you so much for your help.

Sincerely,

Judy D. Bradshaw
Kaeske-Reeves, L.L.P.

Encl:
JB/hs

cc:   All Involved Counsel for Sched. CTO-209

C:\letters\beck.let21202.wpd(jdb)(2.12.02)

6301 GASTON AVENUE SUITE 735   DALLAS, TEXAS 75214   (214) 821-1221   FAX (214) 821-0977

02/12/02 TUE 10:16 FAX 2148210977    KAESKE # REEVES                                        ☒003

Case MDL No. 875   Document 3424   Filed 02/13/02   Page 8 of 15

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 13 2002

FILED
CLERK'S OFFICE

## EXHIBIT A

This document relates to the following cases:[1]

1. Lois Salter, Individually, as Wrongful Death Beneficiary, and as Personal Representative of the Heirs and Estate of James B. Salter, Deceased - 3 01-CV2470-R - The Honorable Judge Buchmeyer;

2. Sharon Sturdevant, Individually, as Wrongful Death Beneficiary, and as Personal Representative of the Heirs and Estate of Robert Sturdevant, Deceased - 3 01-CV2350-P - The Honorable Judge Solis; and

3. Dolores Laverne Beaty, Individually, as Wrongful Death Beneficiary, and as Personal Representative of the Heirs and Estate of Willard Eason Beaty, Deceased - 3 01-CV-2419-D, The Honorable Judge Fitzwater.

---

[1] Because the Removing Defendants failed to serve complete pleadings on counsel for Plaintiffs and those papers that were served failed in some cases to identify federal cause numbers assigned, we have done our best to assure that this pleading covers all cases filed by our clients which are subject to CTO-209. We reserve the right to supplement if additional cases are discovered to be subject to this Conditional Transfer Order.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: :

FEDERAL-MOGUL GLOBAL, INC., : CHAPTER 11
:
        Debtor. : BANKRUPTCY NO. 01-10587
: (jointly administered)

## ORDER 1) DENYING THE MOTIONS TO TRANSFER THE "FRICTION PRODUCTS CLAIMS" AND 2) REMANDING THE FRICTION PRODUCTS CLAIMS

This matter having been opened before the Court upon the several motions of parties, denominated in the prior Orders of the Court as the "Friction Products Defendants," to transfer to this District into the above-captioned proceedings the claims against the movants previously denominated "Friction Products Claims"; and the Court having previously granted this motion on a provisional basis and the Friction Products Claims having already been provisionally transferred to this Court subject to a plenary hearing on the motion to transfer; and the Court having previously given notice to the parties that it would consider arguments directed to subject matter jurisdiction, abstention and remand in ruling upon the movants' applications; and the Court having reviewed the submissions of counsel and heard oral argument; and for the reasons set forth on the record at the hearing on those motions today, as supplemented by a written Opinion to follow; and for good cause shown

It is this 8th day of February 2002

1

ORDERED that the motions to transfer the Friction Products Claims are denied, and it is further

ORDERED that this Court lacks subject matter jurisdiction over the Friction Products Claims, and it is further

ORDERED that the Friction Products Claims are remanded to the state courts from which they were removed pursuant to 28 U.S.C. § 1447, and it is further

ORDERED that, in the alternative, the Friction Products Claims are remanded to the state courts from which they were removed pursuant to 28 U.S.C. § 1452.

_____
Alfred M. Wolin, U.S.D.J.

02/12/02 17:36 FAX 2148712263    SIEGEL LAW OFFICE                                    ☒002
Case MDL No. 875   Document 3424   Filed 02/13/02   Page 11 of 15
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FEB 13 2002

FILED
CLERK'S OFFICE

# WATERS & KRAUS, LLP

| | | |
|---|---|---|
| C. ANDREW WATERS*<br>PETER A. KRAUS**<br>CHARLES S. SIEGEL | | Of Counsel:<br>Charles E. Lance |
| David C. Greenstone<br>Barry L. Bobbitt<br>B. Scott Kruka<br>Rhonda Sullivan Cleaves<br>Ashley Watkins McDowell<br>Troyce G. Wolf<br>F. Leighton Durham, III<br>Jeffrey B. Simon<br>Darren P. McDowell<br>‡Michael L. Armitage | 3219 McKinney Avenue, Suite 3000<br>Dallas, Texas 75204<br>Telephone 214-357-6244<br>Telecopier 214-357-7252<br><br>200 Oceangate, Suite 520<br>Long Beach, California 90802<br>Telephone 562-436-8833<br>Telecopier 562-590-7296 | Ron C. Eddins<br>Melissa A. Miles<br>Leslie C. MacLean<br>††George G. Tankard, III<br>‡‡Maryam Hosseini<br>Dana Casselli Fox<br>Tanja K. Martini<br>Michelle B. Norton<br>Nelda Talamantes<br>Kirk L. Pittard |
| *Licensed in Texas, California,<br>North Carolina, and District of Columbia<br>**Licensed in Texas and Virginia<br>‡Licensed in California and Louisiana | | ††Licensed in Maryland,<br>District of Columbia and Texas<br>‡‡Licensed in California only |

PLEASE RESPOND TO THE DALLAS OFFICE

February 12, 2002

Michael J. Beck            *(Via Facsimile and Federal Express)*
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

Re:   MDL Docket No. 875 as to:

   Georgia Leeth, Individually and as Personal Representative of the Heirs and Estate of
   Jerry Leeth, Deceased vs. AcandS, Inc., et al; Civil Action No. 3-01-2475, U.S. District
   Court, Northern Division—Dallas Division

   Ricky Humphrey and Lydia Humphrey vs. AcandS, Inc., et al;
   Civil Action No. 3-01-2447, U.S. District Court, Northern Division—Dallas Division

   Phillip Donakowski, et al. vs. Able Supply Company, et al; Civil Action No. 4-01-968,
   U.S. District Court, Northern Division—Forth Worth Division

   William Carden and Ella Carden vs. Able Supply Co., et al; Civil Action No. 3-01-2396,
   U.S. District Court, Northern Division—Dallas Division

Dear Mr. Beck:

   Pursuant to Panel Rule 7.2(f), and to the Panel's letter of December 28, 2001, I am writing to advise the Panel that the above-referenced actions brought by numerous asbestos claimants, which were the subject of the Panel's Conditional Transfer Order and the Notice of Opposition, Motion and Brief to Vacate the Conditional Transfer Order thereto, have been remanded to state court by Judge Alfred Wolin, sitting by designation

February 12, 2002
Page 2

in the United States Bankruptcy Court for the District of Delaware. A copy of the order of remand, which was entered on February 8, 2002, is enclosed.

On February 11, 2002, the United States Court of Appeals for the Third Circuit granted a temporary stay of Judge Wolin's order and requested a response to the motion for permanent stay pending appeal by February 15, 2002. We will apprise the Panel of the Third Circuit's resolution as soon as it is known.

Respectfully submitted,

Charles S. Siegel

cc:   Involved Counsel for Schedule CTO-209

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 13 2002

**PANEL SERVICE LIST (Excerpted from CTO-209)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

FILED
CLERK'S OFFICE

*Carden v. Daimlerchrysler Corp.*, N.D. Texas, C.A. No. 3:01-2396
*Humphrey v. Daimlerchrysler Corp.*, N.D. Texas, C.A. No. 3:01-2447
*Leeth v. Daimlerchrysler Corp.*, N.D. Texas, C.A. No. 3:01-2475
*Donakowski v. Daimlerchrysler Corp.*, N.D. Texas, C.A. No. 4:01-968

Joseph S. Pevsner
Thompson & Knight, P.C.
3300 First City Center
1700 Pacific Avenue
Dallas, TX 75201

Charles S. Siegel
Waters & Kraus, LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Robert E. Thackston
Jenkens & Gilchrist
3200 Allied Bank Tower
1445 Ross Avenue
Dallas, TX 75202

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                              :
                                    :      CHAPTER 11
FEDERAL-MOGUL GLOBAL, INC.,         :
                                    :      BANKRUPTCY NO. 01-10587
           Debtor.                  :      (jointly administered)

**ORDER 1) DENYING THE MOTIONS TO TRANSFER THE "FRICTION PRODUCTS CLAIMS" AND 2) REMANDING THE FRICTION PRODUCTS CLAIMS**

This matter having been opened before the Court upon the several motions of parties, denominated in the prior Orders of the Court as the "Friction Products Defendants," to transfer to this District into the above-captioned proceedings the claims against the movants previously denominated "Friction Products Claims"; and the Court having previously granted this motion on a provisional basis and the Friction Products Claims having already been provisionally transferred to this Court subject to a plenary hearing on the motion to transfer; and the Court having previously given notice to the parties that it would consider arguments directed to subject matter jurisdiction, abstention and remand in ruling upon the movants' applications; and the Court having reviewed the submissions of counsel and heard oral argument; and for the reasons set forth on the record at the hearing on those motions today, as supplemented by a written Opinion to follow; and for good cause shown

It is this 8th day of February 2002

1

ORDERED that the motions to transfer the Friction Products Claims are denied, and it is further

ORDERED that this Court lacks subject matter jurisdiction over the Friction Products Claims, and it is further

ORDERED that the Friction Products Claims are remanded to the state courts from which they were removed pursuant to 28 U.S.C. § 1447, and it is further

ORDERED that, in the alternative, the Friction Products Claims are remanded to the state courts from which they were removed pursuant to 28 U.S.C. § 1452.

_____
Alfred M. Wolin, U.S.D.J.

2