MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 13 2002

FILED
CLERK'S OFFICE

# KIRKLAND & ELLIS
PARTNERSHIPS INCLUDING PROFESSIONAL CORPORATIONS

200 East Randolph Drive
Chicago, Illinois 60601

Douglas Smith
To Call Writer Directly:
(312) 861-3374

(312) 861-2000

Facsimile:
312-861-2200

February 12, 2002

**Via Messenger**

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Re: CTO-209 entered in MDL-875 - In re Asbestos Products Liability
Litigation (No. VI)

Dear Mr. Beck:

I am writing to inform the Panel of some further developments in the proceedings before the Honorable Alfred M. Wolin regarding the automobile manufacturers' transfer motion. On February 8, 2002, Judge Wolin entered the attached order denying the automobile manufacturers' transfer motion. On February 11, the automobile manufacturers appealed Judge Wolin's decision to the United States Court of Appeals for the Third Circuit. The same day, that court entered the attached order staying Judge Wolin's order denying the transfer motion to allow full consideration of the matter by a three-judge panel. The automobile manufacturers continue to maintain that should the Third Circuit ultimately conclude that transfer to the United States District Court for the District of Delaware would be inappropriate, the brake friction claims should be transferred to Judge Weiner for resolution as part of MDL-875.

Sincerely,

Douglas Smith

Enclosures
cc: All Counsel of Record

Counsel for: DaimlerChrysler
Ford Motor Co.
General Motors Corp. (per cdm)

London        Los Angeles        New York        Washington, D.C.

IMAGED FEB 14 '02        **OFFICIAL FILE COPY**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : CHAPTER 11 |
| FEDERAL-MOGUL GLOBAL, INC., | : |
| | : BANKRUPTCY NO. 01-10587 |
| Debtor. | : (jointly administered) |

**ORDER 1) DENYING THE MOTIONS TO TRANSFER THE "FRICTION PRODUCTS CLAIMS" AND 2) REMANDING THE FRICTION PRODUCTS CLAIMS**

This matter having been opened before the Court upon the several motions of parties, denominated in the prior Orders of the Court as the "Friction Products Defendants," to transfer to this District into the above-captioned proceedings the claims against the movants previously denominated "Friction Products Claims"; and the Court having previously granted this motion on a provisional basis and the Friction Products Claims having already been provisionally transferred to this Court subject to a plenary hearing on the motion to transfer; and the Court having previously given notice to the parties that it would consider arguments directed to subject matter jurisdiction, abstention and remand in ruling upon the movants' applications; and the Court having reviewed the submissions of counsel and heard oral argument; and for the reasons set forth on the record at the hearing on those motions today, as supplemented by a written Opinion to follow; and for good cause shown

It is this 8th day of February 2002

1

ORDERED that the motions to transfer the Friction Products Claims are denied, and it is further

ORDERED that this Court lacks subject matter jurisdiction over the Friction Products Claims, and it is further

ORDERED that the Friction Products Claims are remanded to the state courts from which they were removed pursuant to 28 U.S.C. § 1447, and it is further

ORDERED that, in the alternative, the Friction Products Claims are remanded to the state courts from which they were removed pursuant to 28 U.S.C. § 1452.

_____
Alfred M. Wolin, U.S.D.J.

2

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. 02-1426

In Re: Federal-Mogul Global, Inc., et al.

Daimler Chrysler Corporation, Ford Motor
Company and General Motors Corporation,
Appellants

(DC No. 01-10578 (AMW))

Present:   Scirica, Circuit Judge

1) Emergency Motion for Stay Pending Appeal by Appellants

_____ O R D E R _____

The forgoing Motion for stay is granted temporarily in order for the Court to receive responses to the motion from opposing counsel and for full consideration of the matter by a three judge panel. Appellees' shall file written responses to the motion for stay on or before 10:00 am, Friday, February 15, 2002.

For the Court,

/s/ Scirica
Clerk

Dated: FEB 11 2002

DSC/cc: CL, EW, EI
RM, AR, PK
ME, JK, WW
RP, JSG

A TRUE COPY
/s/
ACTING CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 13 2002

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

    I, Douglas G. Smith, hereby certify that I caused a true and correct copy of the foregoing letter to be served via United States mail to all counsel of record on the attached service list on the 12th day of February, 2002.

_____
Douglas G. Smith



INVOLVED COUNSEL FOR SCHEDULE CTO-209
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

John E. Ansbach
Heygood Orr & Reyes
4245 North Central Expressway
6th Floor
Dallas, TX 75205

Paula H. Blazek
Bernsen, Jamail & Goodson, LLP
550 Fannin Street
P.O. Box 4915
Beaumont, TX 77004

Lisa N. Busch
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

Mel Bailey
Bailey Crowe & Kugler
4600 Bank of America Plaza
901 Main Street
Dallas, TX 75202

Jack L. Block
Sachnoff & Weaver, Ltd.
30 South Wacker Drive
29th Floor
Chicago, IL 60606

Isaac K. Byrd, Jr.
Byrd & Associates
P.O. Box 19
Jackson, MS 39205

David A. Barfield
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207

Leslie J. Bobo
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225

Larry G. Canada
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square, Suite 4040
701 Poydras Street
New Orleans, LA 70139

David B. Barlow
Sidley, Austin, Brown & Wood
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603

John J. Boyd, Jr.
Lord & Whip, P.A.
120 West Layette Street
800 One Center Plaza
Baltimore, MD 21201

James R. Carter
Carter Law Offices
Commerce Bank Building, Suite 529
416 Main Street
Peoria, IL 61602

Steven T. Baron
Silber & Pearlman
2711 North Haskell Ave.
Suite 32
Dallas, TX 75204

Michael J. Brickman
Ness, Motley, Loadholt, Richardson & Poole
P.O. Box 1137
Charleston, SC 29401

Michael P. Cascino
Cascino Vaughan Law Offices
403 West North Avenue
Chicago, IL 60610

Thomas P. Bernier
Goldfein & Hosmer
217 E. Redwood Street
21st Floor
Baltimore, MD 21202

Pamela T. Broache
Lord & Whip, P.A.
800 Once Center Plaza
120 West Layette Street
Baltimore, MD 21201

Michael P. Casey
Lewis, Rice & Fingersh
500 North Broadway, Suite 200
St. Louis, MO 63102

V. Brian Bevon
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

W. Scott Brown
Forman, Perry, Watkins, Krutz & Tardy
1515 Poydras Street
Suite 1420
New Orleans, LA 70112

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 2220
3112 Canty Street
Pascagoula, MS 39569

Paul V. Cassisa, Jr.
Bernard, Cassisa, Elliott & Davis
P.O. Box 1138
Oxford, MS 38655

William T. Causby
Nelson, Mullins, Riley & Scarborough
Keenan Building, 3rd Floor
1330 Lady Street
P.O. Box 11070
Columbia, SC 29211

Damon J. Chargois
Foster & Sear
1201 N. Watson
Suite 145
Arlington, TX 76006

Daniel J. Cheeley
Bellande Cheeley, O'Flaherty, Sargis
& Ayres
19 S. LaSalle Street, Suite 1203
Chicago, IL 60603

Stanley M. Chow
Char, Hamilton, Campbell & Thom
Mauka Tower, Suite 2100
737 Bishop Street
Honolulu, HI 93813

Adam M. Chud
Shea & Gardner
1800 Massachusetts Ave., N.W.
Washington, DC 20036

David W. Clark
Bradley, Arant, Rose & White
188 E. Capitol Street, Suite 450
P.O. Box 1789
Jackson, MS 39215

Gregory L. Cochran
McKenna, Storer, Rowe, White &
Farrug
200 N. LaSalle Street, Suite 3000
Chicago, IL 60601

J.P. Coleman
Baker, Donelson, Bearman & Caldwell
P.O. Box 14167
Jackson, MS 39236

P.J. Cone
Ness, Motley, Loadholt, Richardson &
Poole
2202 Jackson Street
P.O. Box 365
Barnwell, SC 29812

P.J. Cone, II
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

John F. Conley
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 E. Main Street
Norfolk, VA 23510

Larry E. Cotten
Kirkley, Schmidt & Cotten
City Center II, Suite 2700
301 Commerce Street
Fort Worth, TX 76102

Kaye N. Courington
Duncan & Courington, LLC
322 Lafayette Street
New Orleans, LA 70130

Ronald B. Cox
Bowers, Orr & Dougall
P.O. Box 25389
Columbia, SC 29224

Edward M. Crane
Skadden, Arps, Slate, Meagher &
Flom
333 W. Wacker Drive
Suite 2100
Chicago, IL 60606

Andrew J. Cross
Polsinelli, Shalton & Welte
100 S. Fourth Street
Suite 1100
St. Louis, MO 63102

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Charles P. Dargo
Bruce P. Clark & Associates
Harrison Ridge Square
419 Ridge Road
Munster, IN 46321

William S. Davies, Jr.
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Building, 3rd Floor
P.O. Box 11070
Columbia, SC 29211

Maxon R. Davis
Davis, Hatley, Haffeman & Tighe
100 River Drive North, 3rd Floor
Box 2103
Great Falls, MT 59401

L. Richard DeRobertis
Galiher, DeRobertis, Nakamura, Ono
& Takitani
610 Ward Avenue, Suite 200
Honolulu, HI 96814

Mike Desautels
Delaney & Desautels
80 Wolf Road
6th Floor
Albany, NY 12205

Dennis J. Dobbels
Polsinelli, Shalton & Welte
700 W. 47th Street
Suite 1000
Kansas City, MO 64112

David W. Dogan, III
Dogan & Wilkinson
P.O. Box 23062
Jackson, MS 39225

Thomas F. Dougall
Bowers, Orr & Dougall, LLP
P.O. Box 25389
Columbia, SC 29224

Jerome J. Duchowicz
O'Hagan, Smith & Amundsen, LLC
150 N. Michigan Avenue
Suite 3300
Chicago, IL 60601

David Duke
Duke Law Firm
201 E. Abram
Suite 760
Arlington, TX 76010

Maja C. Eaton
Sidley, Austin, Brown & Wood
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603

| | | |
|---|---|---|
| Gary D. Elliston<br>DeHay & Elliston<br>3500 Bank of America Plaza<br>901 Main Street<br>Dallas, TX 75202 | Raymond P. Forceno<br>Forceno & Hannon<br>Philadelphia Bourse Building<br>Suite 1000<br>Independence Mall East<br>Philadelphia, PA 19106 | Charles H. Gibbs, Jr.<br>Sinkler & Boyd<br>P.O. Box 340<br>Charleston, SC 29402 |
| James T. Estes, Jr.<br>Burke, Sakai, McPheeters, et al.<br>Grosvenor Center, Mauka Tower<br>737 Bishop Street<br>Honolulu, HI 96813 | Richard L. Forman<br>Forman, Perry, Watkins, Krutz & Tardy<br>P.O. Box 22608<br>Jackson, MS 39225 | Robert L. Gibbs<br>Brunini, Grantham, Grower & Hewes<br>248 E. Capitol Street<br>P.O. Box 119<br>Jackson, MS 39205 |
| C. Michael Evert, Jr.<br>Evert & Weathersby<br>3405 Piedmont Road, N.E.<br>Suite 225<br>Atlanta, GA 30305 | Laura A. Frase<br>Forman, Perry, Watkins, Krutz & Tardy<br>1349 Empire Central<br>Suite 400<br>Dallas, TX 75247 | Donald E. Godwin<br>Godwin, White & Gruber, P.C.<br>901 Main Street<br>Suite 2500<br>Dallas, TX 75202 |
| James J. Fabian<br>Pfeifer & Fabian<br>326 Saint Paul Place<br>Suite 100<br>Baltimore, MD 21202 | Ellen B. Fursman<br>Goldfein & Joseph<br>1600 Market Street<br>33rd Floor<br>Philadelphia, PA 19103 | William F. Goodman, III<br>Watkins & Eager<br>P.O. Box 650<br>Jackson, MS 39205 |
| Mark J. Fellman<br>Fellman Law Office<br>213 4th Street, East<br>Suite 200<br>St. Paul, MN 55101 | William Allen Galerston<br>Kleberg Law Firm<br>1800 Bering<br>Suite 400<br>Houston, TX 77057 | Demarcus J. Gordon<br>Johnson & Bell<br>55 E. Monroe Street<br>Suite 4100<br>Chicago, IL 60603 |
| Richard Young Ferguson<br>Johnson, Ferguson, Pipkin & Phillips<br>4900 Woodway<br>Suite 1100<br>Houston, TX 77056 | James D. Gandy, III<br>Pierce, Herns, Sloan & McLeod<br>P.O. Box 22437<br>Charleston, SC 29413 | Kenneth M. Gorenberg<br>Wilman, Harrold, Allen & Dixon<br>225 W. Wacker Drive<br>Suite 2800<br>Chicago, IL 60606 |
| Matthew J. Fischer<br>Schiff, Hardin & Waite<br>233 S. Wacker Drive<br>6600 Sears Tower<br>Chicago, IL 60606 | Beverly D. Garner<br>11720 Borman Drive<br>P.O. Box 28500<br>St. Louis, MO 63146 | Leonard R. Gouveia, Jr.<br>888 Mililani Street<br>8th Floor<br>Honolulu, HI 96813 |
| James L. Fletcher, Jr.<br>Duncan & Dourington<br>322 Lafayette Street<br>New Orleans, LA 70130 | Mark W. Garriga<br>Butler, Snow, O'Mara, Stevens & Cannada<br>P.O. Box 22567<br>Jackson, MS 39225 | Dennis J. Graber<br>Hinshaw & Culbertson<br>521 W. Main Street<br>Suite 300<br>Belleville, IL 62222 |
| James T. Foley<br>Foley & Boyd<br>First City Place<br>Suite 404<br>Tyler, TX 75702 | William P. Gavin<br>Gavin Law Firm<br>17 Park Place<br>Professional Centre<br>Belleville, IL 62226 | Robert M. Greenberg<br>Law Office of Robert Greenberg<br>1201 N. Watson Road<br>Suite 117<br>Arlington, TX 76006 |

Susan Gunty
Gunty & McCarthy
150 S. Wacker Drive
Suite 1025
Chicago, IL 60606

Patrick N. Haines
Lanier Parker & Sullivan
1331 Lamar
Suite 1550
Houston, TX 77010

Robert E. Haley
Wildman, Harrold, Allen & Dixon
225 W. Wacker Drive
Suite 3000
Chicago, IL 60606

Andrew S. Halio
Halio & Halio
P.O. Box 747
Charleston, SC 29402

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Ave. South
Minneapolis, MN 55402

G.P. Hardy, III
Hardy & Johns
500 Two Houston Center
909 Fannin
Houston, TX 77010

James M. Harris, Jr.
Harris, Lively & Duesler
550 Fannin Street
Houston, TX 77701

Sherman S. Hee
1164 Bishop Street
Suite 1415
Honolulu, HI 96813

John R. Henderson
Brown, McCarroll, Oaks, Hartline
2000 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201

John L. Hill, Jr.
Locke Liddell & Sapp
3400 Texas Commerce Tower
600 Travis Street
Houston, TX 77002

M. King Hill, III
Venable, Baetjer & Howard
210 Allegheny Ave
P.O. Box 5517
Towson, MD 21285

Timothy J. Hogan
Bierne, Maynard & Parsons
1300 Post Oak Blvd.
25th Floor
Houston, TX 77056

John H. Holloman III
Watkins, Ludlam, Winter & Stennis
P.O. Box 427
Jackson MS 39205

Russell J. Hoover
Jenner & Block
One IBM Plaza
Suite 4400
Chicago, IL 60611

H. Forest Horne, Jr.
Jones, Martin, Parris & Tessener Law
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

D.L. Jackson
Baron & Budd
3102 Oak Law Ave
Suite 1100
Dallas, TX 75219

Barry D. Jenkins
Jenkins & Parron
801 Cherry, Suite 2000
P.O. Box 1287
Forth Worth, TX 76102

William V. Johnson
Johnson & Bell, Ltd.
55 E. Monroe Street
Suite 4100
Chicago, IL 60603

Steven M. Jupiter
LeBlanc & Waddell
201 St. Charles Ave
Suite 3204
New Orleans, LA 70170

George J. Kacal, Jr.
Dunn, Kacal, Adams, Pappas & Law
One Riverway
Suite 1200
Houston, TX 77056

Jeffery T. Kale
Enserch Corporation
300 S. St. Paul
Suite 1200
Dallas, TX 75201

Jennifer A. Kinder
Baron & Budd
3102 Oak Law Avenue
Suite 1100
Dallas, TX 75219

Reginald S. Kramer
Oldham & Dowling
195 S. Main Street
Suite 300
Akron, OH 44308

Peter A. Kraus
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

Robert Kropp, Jr.
Geffner & Bush
3500 W. Olive Street
Suite 1100
Burbank, CA 91505

Craig T. Kugisaki
Pacific Tower
1001 Bishop Street, Suite 2727
Honolulu, HI 96813

John J. Kurowski
Kurowski & Bailey
24 Bronze Pointe
Belleville, IL 62226

Patrick J. Lamb
Butler, Rubin, Saltarelli & Boyd
1800 Three First National Plaza
70 W. Madison Street
Chicago, IL 60602

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Mickey P. Landry
Landry & Swarr
330 Camp Street
New Orleans, LA 70130

W.M. Lanier
Lanier Parker & Sullivan
1331 Lamar
Suite 1550
Houston, TX 77010

Bruce Earl Larson
Karr, Tuttle & Campbell
1201 3rd Avenue
Suite 2900
Seattle, WA 98101

Christopher P. Larson
Heyl & Royster
600 Bank One Building
124 Southwest Adams
Peoria, IL 61602

H. Seward Lawlor
Glasser & Glasser
580 E. Main Street
600 Crown Center
Norfolk, VA 23510

Sidney G. Leech
Goodell, DeVries, Leech & Dann
Commerce Plaza, 20th Floor
One South Street
Baltimore, MD 21202

Tom L. Lewis
Lewis, Huppert & Slovak
725 Third Avenue North
P.O. Box 2325
Freat Falls, MT 59403

Craig T. Liljestrand
Hinshaw & Culbertson
222 N. LaSalle Street
Suite 300
Chicago, IL 60601

Caren K. Lock
Kern & Wooley
5215 North O'Connor Blvd.
Suite 1700
Irving, TX 75039

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Richard P. Long
Warner & Meihofer, LLC
218 N. Jefferson
Suite 300
Chicago, IL 60661

Melodie M. Mabanta
Robinson, Woolson & O'Donnell
217 E. Redwood Street
Suite 1500
Baltimore, MD 21202

Leslie MacLean
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

Donald C. Machado
Central Pacific Plaza
220 S. King Street, Suite 2100
Honolulu, HI 96813

Eric Manchin
Kacske Reeves
6301 Gaston Ave
Suite 735
Dallas, TX 75214

Jerold T. Matayoshi
Fukunaga, Matayoshi, Hershey & Ching
Davies Pacific Center, Suite 1200
841 Bishop Street
Honolulu, HI 96813

Christopher D. Mauriello
Wallace & Graham
525 N. Main Street
Salisbury, NC 28144

Edward J. McCambridge
Segal, McCambridge, Singer & Mahoney
One IBM Plaza, Suite 200
330 North Wabash Avenue
Chicago, IL 60611

Silas W. McCharen
Daniel, Coker, Horton & Bell
P.O. Box 1084
111 E. Capitol Street, Suite 600
Jackson, MS 39215

Charles S. McCowan, Jr.
Kean, Miller, Hawthorne, et al.
One American Place, 22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821

Daneil W. McGrath
Hinshaw & Culbertson
222 N. Lasalle Street
Suite 300
Chicago, IL 60601

Kim M. Meaders
Crouch & Inabnett
2300 Fountain Place
1445 Ross Avenue
Dallas, TX 75202

Lewis Charles Miltenberger
Cordray, Goodrich & Miltenberger
108 W. 8th Street, Suite 500
Ft. Worth, TX 76102

Willard J. Moody, Jr.
Moody, Strople, Kloeppel & Basilone
500 Crawford Street
Commerce Bank Bldg., Suite 300
P.O. Box 1138
Portsmouth, VA 27305

Marty A. Morris
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard I. Nemeroff
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

John Nishimoto
Ayabe, Chong, Nishimoto, Sia & Nakamura
Pauahi Tower
1001 Bishop Street
Suite 2500
Honolulu, HI 96813

Robert L. Norton
Jones & Granger
10000 Memorail Drive, Suite 888
P.O. Box 4340
Houston, TX 77210

E.R. Nunnally
Bell, Nunnally & Martin
3232 McKinney Avenue
Suite 1400
Dallas, TX 75204

Michael F. O'Connor
Oliver, Lau, Lawhn, Ogawa & Nakamura
Ocean View Center, Suite 600
707 Richards Street
Honolulu, HI 96813

John M. O'Quinn
O'Quinn & Laminack
2300 Lyric Centre Building
440 Louisiana Street
Houston, TX 77002

James R. Old, Jr.
Germer & Gertz
805 Park Street
Beaumont, TX 77701

Aimee H. Oyasato
White & Tom
820 Mililani Street, Suite 701
Honolulu, HI 96813

Peter T. Paladino, Jr.
Ketchum Center, 3rd Floor
1030 Fifth Avenue
Pittsburgh, Pa 15219

Trevor L. Pearlman
Silber & Pearlman
2711 N. Haskell Ave
Suite 32
Dallas, TX 75204

Ronald G. Peresich
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
759 Vieux Marche Mall
Biloxi, MS 39533

Joseph S. Pevsner
Thompson & Knight
3300 First City Center
1700 Pacific Avenue
Dallas, TX 75201

Joseph Stuart Pevsner
Thompson & Knight
1700 Pacific Avenue
Suite 3300
Dallas, TX 75201

Kent L. Plotner
Heyl & Royster
Mark Twain Plaza II, Suite 100
103 N. Main Street
P.O. Box 467
Edwardsville, IL 62025

James B. Pressly, Jr.
Haynsworth Sinkler Boyd
75 Beattie Place
11th Floor
Greenville, SC 29601

Robert A. Pritchard
Pritchard Law Firm
P.O. Drawer 1707
Pascagoula, MS 39568

Christopher J. Raistrick
Bellande, Cheely, O'Flaherty, Sargis & Ayers
19 S. LaSalle Street, Suite 1203
Chicago, IL 60603

Mark E. Rakoczy
Skadden, Arps, Slate, Meagher & Flom
333 W. Wacker Drive
Suite 2100
Chicago, IL 60606

William C. Reeves
Markow, Walker, Reeves & Anderson
805 S. Wheatley, Suite 475
P.O. Box 13669
Jackson, MS 39236

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Robert H. Riley
Schiff, Hardin & Waite
6600 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606

Trudy Hartzog Robertson
Moore & Van Allen
P.O. Box 22828
Charleston, SC 29413

Dawn Smith Rodrigue
LeBlanc & Waddell
The Essen Centre
5353 Essen Lane, Suite 420
Baton Rouge, LA 70809

Arthur F. Roeca
Roeca, Louie & Hiraoka
Davies Pacific Center, Suite 900
841 Bishop Street
Honolulu, HI 96813

John D. Roven
John Roven & Associates
2190 N. Loop West, Suite 410
Houston, TX 77018

Paul L. Sadler
Wellborn, Houston, Adkison Mann & Sadler
P.O. Box 1109
Henderson, TX 75653

Stephanie Ann Scharf
Jenner & Block
One IBM Plaza
Suite 4400
Chicago, IL 60611

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Mark Steven Scudder
Strasburger & Price, L.L.P.
901 Main Street
Suite 4300
Dallas, TX 75202

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert L. Shuftan
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Cicago, IL 60606

Donald L. Sime
Hinshaw & Culbertson
110 North West Street
Waukegan, IL 60085

Melissa Skilken
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, Il 60606

Andrew C. Skinner
Skadden, Arps, Slate, Meagher
& Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Edward M. Slaughter
Foster & Sear
1201 North Watson
Suite 145
Arlington, TX 76006

Frank J. Wathen
Foster & Sear
1201 N. Watson
Suite 145
Arlington, TX 76006

Patrick C. Smith
Church & Houff, PA
2 North Charles Street, Suite 600
Baltimore, MD 21201

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert Spitkovsky
Johnson & Bell, Ltd.
222 North LaSalle Street
Suite 2200
Chicago, IL 60601

Joseph Stalmack
Joseph Stalmack & Associates, P.C.
5253 Hohman Avenue
Hammond, IN 46320

Minor C. Sumners, Jr.
1907 Dunbarton Drive
Suite F
Jackson, MS 39216

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Thomas R. Sylvester
Pacific Tower, Suite 2200
1001 Bishop Street
Honolulu, HI 96813

William K. Tapscott
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

Thomas W. Taylor
Andrews & Kurth
600 Travis
Suite 4200
Houston, TX 77002

Roy C. Williams
Colingo, Williams, Heidelberg, et al.
P.O. Box 1407
711 Delmas Avenue
Pascagoula, MS 39568

William M. Thomas
Fairchild, Price, Thomas & Haley
413 Shelbyville Street
P.O. Drawer 1719
Center, TX 75935

Michael P. Thornton
Thornton & Naumes, L.L.P.
100 Summer Street
30th Floor
Boston, MA 02110

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Willis R. Tribler
Tribler, Orpett & Crone
30 North LaSalle Street
Suite 2200
Chicago, IL 60602

Thomas W. Tyner
Aultman, Tyner, McNeese, Ruffin
& Yarborough
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403

Robert T. Varney
Robert T. Varney & Associates
121 N. Main Street
4th Floor
Bloomington, IL 61701

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502

Lawrence D. Wade
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS 38702

Michael R. Walzel
Stevens, Baldo & Freeman, L.L.P.
550 Fannin Street, Suite 400
P.O. Box 4950
Beaumont, TX 77704

Scott W. Wert  
Foster & Sear  
360 Place Office Park  
1201 N. Watson, Suite 145  
Arlington, TX 76006  

James K. Weston, II  
Tom Riley Law Firm  
4040 First Avenue, N.E.  
P.O. Box 998  
Cedar Rapids, IA 52406  

Eric D. Wewers  
DeHay & Elliston, L.L.P.  
3500 NationsBank Plaza  
901 Main Street  
Dallas, TX 75202  

Kenneth Charles Whalen  
Moody, Strople, Kloeppel & Basilone  
9280 Bay Plaza Blvd.  
Bay Plaza II, Suite 714  
Tampa, FL 33619  

Clay M. White  
Sammons & Parker, P.C.  
218 North College  
Tyler, TX 75702  

Daniel B. White  
Gallivan, White & Boyd, P.A.  
P.O. Box 10589  
Greenville, SC 29603  

Robert W. Wilkinson  
Dogan & Wilkinson  
P.O. Box 1618  
726 Delmas Avenue  
Pascagoula, MS 39568  

Gene M. Williams  
Mehaffy & Weber, P.C.  
P.O. Box 16  
Beaumont, TX 77002  

Douglas P. Wilson  
Wilson Law Offices  
200 Firstar Bank Building  
6405 North Cosby Avenue  
Kansas City, MO 64151  

Troyce G. Wolf  
Waters & Kraus  
3219 McKinney  
Suite 3000  
Dallas, TX 75204  

Dawn M. Wright  
Thompson & Knight  
1700 Pacific Ave.  
Suite 3300  
Dallas, TX 75201  

Jamshyd M. Zadeh  
Bourland Kirkman Seidler & Evans  
201 Main Street  
Suite 1400  
Fort Worth, TX 76102  

Ellen B. Furman  
1600 Market Street, 33rd Floor  
Philadelphia, PA 19103  

Robert E. Thackston  
3200 Allied Bank Tower  
1445 Ross Avenue  
Dallas, TX 75202  

Alan B. Rich  
Baron & Budd  
3102 Oak Law Avenue  
Suite 1100  
Dallas, TX 75219