MDL 875

# WATERS & KRAUS, LLP

C. ANDREW WATERS*
PETER A. KRAUS* *
CHARLES S. SIEGEL

David C. Greenstone
Barry L. Bobbitt
B. Scott Kruka
Rhonda Sullivan Cleaves
Ashley Watkins McDowell
Troyce G. Wolf
F. Leighton Durham, III
Jeffrey B. Simon
Darren P. McDowell
‡Michael L. Armitage

*Licensed in Texas, California,
North Carolina, and District of Columbia
* *Licensed in Texas and Virginia
‡Licensed in California and Louisiana

3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
Telephone 214-357-6244
Telecopier 214-357-7252

------------------------------

200 Oceangate, Suite 520
Long Beach, California 90802
Telephone 562-436-8833
Telecopier 562-590-7296

Of Counsel:
Charles E. Lance

Ron C. Eddins
Melissa A. Miles
Leslie C. MacLean
††George G. Tankard, III
‡‡Maryam Hosseini
Dana Casselli Fox
Tanja K. Martini
Michelle B. Norton
Nelda Talamantes
Kirk L. Pittard

††Licensed in Maryland,
District of Columbia and Texas
‡‡Licensed in California only

PLEASE RESPOND TO THE DALLAS OFFICE

February 12, 2002

Mr. Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC  20002-8004

Re:   MDL Docket No. 875 as to:

Harry Joe Hyder, et al v. ACandS, Inc., et al; Civil Action No. H-01-3602
U.S. District Court, Southern District of Texas – Houston Division

Donald Coy, et al v. ACandS, Inc., et al; Civil Action No. H-01-3603
U.S. District Court, Southern District of Texas – Houston Division

Marin LaBounty, et al v. ACandS, Inc., et al; Civil Action No. H-01-3604
U.S. District Court, Southern District of Texas – Houston Division

Michael Miller and Sherrie Miller v. ACandS, Inc., et al; Civil Action No. H-01-3605
U.S. District Court, Southern District of Texas – Houston Division

Melissa Anderson and Maydell  Roy, Individually and as Personal Representative of the
Heirs and Estate of  Milton Babineaux, Deceased, et al., v. ACandS, Inc., et al;
Civil Action No. H-01-3606
U.S. District Court, Southern District of Texas – Houston Division

Dear Mr. Beck:

Pursuant to Panel Rule 7.2(f), and to the Panel's letter of November 28, 2001, I
am writing to advise the Panel that the above-referenced actions brought by numerous

February 12, 2002
Page 2

asbestos claimants, which were the subject of the Panel's Conditional Transfer Order and
the Notice of Opposition, Motion and Brief to Vacate the Conditional Transfer Order
thereto, have been remanded to state court by Judge Vanessa Gilmore of the United
States District Court for the Southern District.  In light of the fact that we have been
advised that Judge Gilmore has decided to forego entering a written order of remand, a
copy of a transcript from the hearing, which was held on February 8, 2002, is enclosed.
Judge Gilmore's order of remand appears at pp. 7-8 of the transcript.

Respectfully submitted,

Charles S. Siegel

*counsel for these plaintiffs cdn*

cc:    Involved Counsel for Schedule CTO-208

1

1          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF TEXAS
2              HOUSTON DIVISION

3

4  HARRY JOE HYDER, et al      *  Civil No. H-01-3602
                               *
5  VERSUS                      *  Houston, Texas
                               *  February 8, 2002
6  ABLE SUPPLY COMPANY, et al   *  2:10 p.m.

7

8          BEFORE THE HONORABLE VANESSA D. GILMORE
             UNITED STATES DISTRICT JUDGE
9           (STATUS HEARING/COURT'S RULING)

10

11  For the Plaintiffs:

12      Mr. Henry Simon
        Simon  Warner
13       301 Commerce Street
        Suite 1700
14      Fort Worth, Texas 76102

15

16  For the Garlock, Inc. Defendants:

17      Mr. Shelby A. Jordan
        Jordan  Hyden
18       500 N. Shoreline
        Suite 900 N.
19       Corpus, Christi, Texas 78471

20

21  Court Reporter:

22      Fred Warner
        515 Rusk Avenue
23       Houston, Texas 77002

24  Proceedings recorded by mechanical stenography, produced by
    computer-aided transcription.
25

2

1       THE COURT:  Lawyers, we were going to be here this

2   afternoon on the motion related to all of your cases, but I

3   have just literally been on the phone with Judge Wolin's

4   office in Delaware to try to get some confirmation on what

5   he did with all of the friction cases; and he has just

6   signed, not less than 15 minutes ago, an order remanding all

7   of the cases to state court.  So the only thing --

8               (Applause)

9       THE COURT:  Hey, no noise in the courtroom.

10          The only question that I have is, is there

11  anybody here who had a case that was on my docket that was

12  removed here on some other basis other than a removal based

13  on the Federal-Mogul Bankruptcy.  Did anybody have a

14  different basis for removal besides that?

15          Sir.

16      MR. JORDAN:  Your Honor, I was afraid you would ask

17  that question.  I am Shelby Jordan representing the Garlock

18  removal defendant, and those cases are not --

19      THE COURT:  Can you tell me by any chance the lead

20  plaintiff on your case?

21      MR. JORDAN:  Yes.  There are five.  The lead

22  plaintiff would be Hyder.

23      THE COURT:  Hyder, okay, great.

24      MR. JORDAN:  And there is four more.

25      THE COURT:  I was just trying to figure out which

3

1  of the cases it was.

2         What was your basis for removal?

3         MR. JORDAN:  Your Honor, our basis for removal was

4  very similar; it was "related to" jurisdiction.

5         And just a very quick background.  We removed

6  about 87 of these cases.  Those five that occurred before

7  your court were also in a number of other district courts.

8  The majority of courts have ruled as you did.  In a

9  conditional transfer, you can dismiss, remand the cases.

10         We appealed that to the Fifth Circuit; we had

11  a stay of that appeal for about seven weeks, then Judge

12  Parker rendered an opinion that found that jurisdiction

13  existed on contribution claims but found that because of

14  dismissals which did not occur in your case -- I believe

15  there is motions in your case for these dismissals -- but

16  that those orders had not been entered; that the

17  contribution claims no longer would support "related to"

18  jurisdiction.

19         That matter was rendered, I think, the 29th of

20  December.  We promptly filed an en banc motion for

21  rehearing, and I am not experienced in that very much.  I

22  have done one before, and it didn't take them long to tell

23  me the answer.

24         THE COURT:  So is it still pending right now?

25         MR. JORDAN:  It's been now pending 31 days.

4

1       THE COURT:  Okay.

2       MR. JORDAN:  And so the Fifth Circuit, as to our

3  cases, what I would request the Court to do is maybe extend

4  this hearing for two weeks, let the Fifth Circuit -- you

5  know they're going to rule promptly.  They may also have

6  just heard about the Judge Wolin issue.

7            And so, as to my cases, I would ask the Court

8  maybe to continue a ruling.

9       THE COURT:  Is the only case you have then just the

10  one, the Hyder case?

11       MR. JORDAN:  It's Hyder, which is the 02; Coy, 03;

12  Miller, 05, and Anderson, 06.

13       THE COURT:  02, 03, 05.

14       MR. JORDAN:  And 06.

15       THE COURT:  And 06.

16       MR. JORDAN:  There is one 04 I think is not mine.

17       THE COURT:  So there is four cases then?

18       MR. JORDAN:  Yes, Your Honor.

19       THE COURT:  Okay.  Tell me your name again, please,

20  sir.

21       MR. JORDAN:  First name is Shelby, S-h-e-l-b-y;

22  last name is Jordan, J-o-r-d-a-n.

23       THE COURT:  Let me figure out what's going on with

24  your cases since your case is the only one.

25            Anybody else have something that's other

5

1  than --

2      MR. SIMON:  Your Honor, my name is Henry Simon, and

3  we're on the other --

4      THE COURT:  Again, please, sir.  I just didn't hear

5  you.  I just didn't hear your last name, sir.

6      MR. SIMON:  It's Simon, S-i-m-o-n.

7      THE COURT:  Yes, sir.

8      MR. SIMON:  We are on the other side of Mr. Jordan,

9  and I am a little surprised to hear him say what he said

10  because, so far as I know, there is no distinction between

11  the cases in which he represents the parties who caused the

12  removal.  I mean, there are Garlock cases, and they are, so

13  far as I know, indistinguishable from the other cases in

14  which we have contested with Mr. Jordan, most significantly

15  the case that was decided by Judge Jack which form a basis

16  for the Fifth Circuit opinion.

17      THE COURT:  Right.

18      MR. SIMON:  Before getting into much of the merits,

19  I did want the Court to understand that we disagree that

20  there is any distinction between those cases and believe

21  they are precisely the same as all the other cases.

22      THE COURT:  As the other ones?

23      MR. SIMON:  Yes, ma'am.

24      THE COURT:  All right.

25      MR. JORDAN:  If I might just clarify.

6

1          What I really meant, to be sure the Court

2   heard from me, was that we weren't in front of Judge Wolin

3   on a transfer order.

4          THE COURT:  No, no, no, no.  That wasn't really my

5   question.

6          MR. JORDAN:  I may have misunderstood.

7          THE COURT:  My only question was, was the basis for

8   removal something other than a relation to on the

9   Federal-Mogul?

10         MR. JORDAN:  No.  Let me reanswer the question.

11              No.  That was our exclusive basis was "related

12   to" contribution claims.

13         THE COURT:  Okay.  That was my only question.

14         MR. JORDAN:  I'm sorry.

15         MR. SIMON:  That is my understanding, Judge.

16         THE COURT:  Oh, okay.

17         MR. JORDAN:  I apologize.

18         THE COURT:  That was my only question.  In which

19   case, all of your cases, like the cases of everybody else

20   here, would be covered by Judge Wolin's order that he just

21   signed.  And he is happily in his car driving back to New

22   Jersey as we speak.  He said he is done.  Stick a fork in

23   him.

24         MR. JORDAN:  The only observation I would make is

25   that Judge Wolin, I don't know what he found, but I heard --

7

1  I haven't even talked to counsel --

2       THE COURT:  If you hang out another 10 minutes, the

3  order will be sitting on my fax machine.

4       MR. JORDAN:  Okay.  But I heard you found there is

5  no subject matter jurisdiction.  That's a Third Circuit rule

6  that may be applicable to those cases.

7       The Fifth Circuit in this case in this circuit

8  says there is subject matter jurisdiction unless dismissals

9  occur.  Of course, the Sixth Circuit says something else.

10      So I would just simply say, as to our cases,

11  since we weren't docketed before Judge Wolin, that the Third

12  Circuit's order on jurisdiction first of all might not be

13  binding on you.

14      THE COURT:  Well, I am going to make it easy for

15  you.  Just in case that anybody is confused, I am still

16  going to go ahead and rule on everything that I have got

17  here, but here's my ruling:  Everything is getting remanded.

18      I am not doing anything different than what

19  Judge Wolin did.  I guess you all might think that there is

20  some different basis for remanding them here; but to the

21  extent that Judge Wolin has really already entered an order

22  with respect to all of the cases on which a conditional

23  transfer order have already been done; to the extent that

24  somebody says, well, I am not in that group of cases because

25  no conditional transfer order was done on my case, the Court

8

1   enters the following order:  All of the cases that are on my

2   docket that were removed based on "related to," as "related

3   to" cases based on the Federal-Mogul Bankruptcy, the Court

4   finds that the cross claims against Federal-Mogul are not

5   sufficient to invoke "related to" jurisdiction and that this

6   Court lacks subject matter jurisdiction, and that there is

7   no contribution claim at this point that could provide a

8   basis for "related to" jurisdiction.

9           All of the motions to remand filed by the

10   plaintiffs are granted.  I have nine cases in which the

11   plaintiffs have not filed motions to remand.  The Court

12   enters a sua sponte order of remand on those cases.

13           The Court finds that there is no need to reach

14   the abstention issue because it's not relevant since the

15   Court has found that the removed cases don't arise under or

16   are "related to" federal law.

17           The defendants filed a number of motions to

18   stay.  Because the Court's determined that it does not have

19   subject matter jurisdiction, the Court declines to grant the

20   motions to stay and denies those motions as moot.

21           The defendants had a number of transfer

22   motions.  Those motions are also denied as moot.

23           Any other motions that are pending on the

24   Court's docket in any of the remaining cases are also denied

25   as moot.  And that's going to be it.

9

1          I understand that they haven't even docketed

2  the order in Judge Wolin's case yet.  They're in the process

3  of trying to get it docketed right now.  I am supposed to

4  have it in about 10 minutes or however long it takes them to

5  finish docketing it; but I am sure that you can call to the

6  bankruptcy clerk's office in Delaware -- they're the ones

7  who have a copy of that order -- and get a copy of that

8  order faxed out to you if you happen to be looking for the

9  order in Judge Wolin's case.

10          All right.  Thank you all.  Have a good

11  weekend.

12

13

14            (Conclusion of Proceedings)

15

16

17

18

19

20

21

22

23

24

25

10

1            CERTIFICATION

2

3

4

5       I, Fred Warner, Official Court Reporter for the

6  United States District Court for the Southern District of

7  Texas, Houston Division, do hereby certify that the

8  foregoing pages 1 through 9 are a true and correct

9  transcript of the proceedings had in the above-styled and

10  numbered cause before the Honorable VANESSA D. GILMORE,

11  United States District Judge, on the 8th day of February,

12  2002.

13        WITNESS MY OFFICIAL HAND at my office in Houston,

14  Harris County, Texas on this the 12th day of February, A.D.,

15  2002.

16

17

18

19

20                    Fred Warner, CSR
21                    Official Court Reporter

22

23

24

25

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 13 2002

FILED
CLERK'S OFFICE

# INVOLVED COUNSEL FOR SCHEDULE CTO-208
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO.VI)

Michael S. Allred
Allred Law Firm
P.O. Box 3828
Jackson, MS 39207

Paul H. Aloe
Rubin, Baum, Levin, Constant &
Friedman
30 Rockefeller Plaza
New York, NY 10112

Steven B. Anderson
Holland & Hart
P.O. Box 2527
Boise, ID 83701

Gary D. Babbitt
Hawley, Troxell, Ennis & Hawley
P.O. Box 1617
Boise, ID 83701

Curtis R. Bailey
Kurowski & Bailey, P.C.
24 Bronze Pointe
Belleville, IL 62226

Craig R. Banford
Huddleston, Bolen, Beatty, Porter &
Copen
611 Third Avenue
P.O. Box 2185
Huntington, WV 25722

James M. Barber
Law Office of James M. Barber
604 Virginia Street, East
Suite 200
Charleston, WV 25301

Robert F. Barron, II
Kahn, Dees, Donovan & Kahn
305 Union Federal Building
P.O. Box 3646
Evansville, IN 47735

Joe E. Basenberg
Hand, Arendall, LLC
P. O. Box 123
Mobile, AL 36601

Brent D. Benjamin
Robinson & McElwee
500 Virginia Street, East
600 United Center
P.O. Box 1791
Charleston, WV 25326

Richard V. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

V. Brian Bevon
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, L.L.P.
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Sheila L. Birnbaum
Skadden, Arps, Slate, Meagher &
Flom
Four Times Square
New York, NY 10036

Janet W. Black
Donaldson & Black, P.A.
208 West Wendover Avenue
Greensboro, NC 27401

Sheila M. Bossier
Forman, Perry, Watkins, Krutz &
Tardy
P.O. Box 22608
Jackson, MS 39225

Timothy W. Bouch
Leath, Bouch & Crawford
P.O. Box 59
Charleston, SC 29402

Stefan G. Bourn
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225

Stephen M. Bowers
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308

Craig E. Brasfield
Forman, Perry, Watkins & Krutz
P.O. Box 22608
Jackson, MS 39225

Michael J. Brickman
Ness, Motley, Loadholt, Richardson & Poole
P. O. Box 1137
Charleston, SC 29401

James B. Brien, Jr.
Neely & Brien
238 N. Seventh Street
P.O Box 708
Mayfield, KY 42066

Britain H. Bryant
47 King Street
P.O. Box 4589
Christiansted, VI 00822

Patrick R. Buchanan
Brown, Watt & Buchanan
P.O. Box 2220
3112 Canty Street
Pascagoula, MS 39569

Alexander M. Bullock
Evert & Weathersby
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

INVOLVED COUNSEL FOR SCHEDULE  CTO-208  (Cont.) MDL-875                    PAGE 2

Scott R. Carpenter
Palmieri, Tyler, Wiener, Wilhelm &
Waldron
East Tower, Suite 1300
2603 Main Street
Irvine, CA  92614

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
403 West North Avenue
Chicago, IL  60610

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH  44115

Andrew M. Chasan
Bohner, Chasan, Walton & Bauer
P.O. Box 1069
Boise, ID  83701

David P. Chervenick
Goldberg, Persky, Jennings & White
1030 Fifth Avenue
Third Floor
Pittsburgh, PA  15219

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC  20036

Ian P. Cloud
Robins, Cloud, Greenwood & Lubel
910 Travis
Suite 2020
Houston, TX  77002

Susan Coco
Jude & Coco, P.A.
P.O. Box 17499
Hattiesburg, MS  39404

Keith E. Coltrain
Ogletree, Deakins, Nash, Smoak &
Stewart
P.O. Box 31608
Raleigh, NC  27622

Nancy D'Anna
P.O. Box 8330
St. John, VI  00831

Taylor T. Daly
Nelson, Mullins, Riley & Scarborough
999 Peachtree Street, N.E.
1400 First Union Plaza
Atlanta, GA  30309

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA  15222

H. Lee Davis, Jr.
Davis & Hamrick, L.L.P.
P.O. Box 20039
Winston-Salem, NC  27120

Scott T. Dickens
Tachau, Maddox, Hovious & Dickens
200 South 5th Street
Suite 200 North
Louisville, KY  40202

Daniel G. Donahue
Herzog, Crebs & McGhee, LLP
One City Centre, 24th Floor
515 North Sixth Street
St. Louis, MO  63101

Thomas F. Dougall
Bowers, Orr & Dougall, LLP
P.O. Box 25389
Columbia, SC  29224

Matthew J. Duensing
D'mour, Jones & Stryker
Upper Drake's Passage
P.O. Box 6785
St. Thomas, VI  00804

Walter W. Dukes
Dukes, Dukes, Keating & Faneca
P.O. Drawer W
Gulfport, MS  39501

Michael C. Dunston
12 D. Bjerge Gade
St. Thomas, VI  00802

Eric K. Englebardt
Haynsworth, Marion, McKay & Guerard
P.O. Box 2048
Greenville, SC  29602

Robert C. Ewald
Wyatt, Tarrant & Combs
500 West Jefferson Street
2600 Citizens Plaza
Louisville, KY  40202

Melissa K. Ferrell
Segal, McCambridge, Singer & Mahoney
400 West 15th Street
Suite 700
Austin, TX  78701

Camille K. Fong
McKenna & Cueno, LLP
Steuart Street Tower
One Market
San Francisco, CA  94105

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA  19106

William F. Ford
Lathrop & Gage, L.C.
2345 Grand Boulevard
Suite 2800
Kansas City, MO  64108

John T. Fort
705 MacLellan Building
Chattanooga, TN  37402

Reed N. Fountain
Young, Moore & Henderson, P.A.
P.O. Box 31627
Raleigh, NC  27622

Simone R.D. Francis
Dudley, Topper & Feuerzeig
1A Frederiksberg Gade
P.O. Box 756
St. Thomas, VI  00804

INVOLVED COUNSEL FOR SCHEDULE  CTO-208  (Cont.) MDL-875                    **PAGE 3**

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA  19103

Michael J. Gallagher
700 Peck's Plaza
1044 Main Street
Kansas City, MO  64105

James M. Gary
Weber & Rose, P.S.C.
2700 Aegon Center
400 West Market Street
Louisville, KY  40202

William P. Gavin
Gavin Law Firm
17 Park Place
Professional Centre
Belleville, IL  62226

Wilfredo Geigel
P.O. Box 25749
20 Anchor Way
Gallowsbay
St. Croix, VI  00824

John S. Gersch
Bryan Cave, LLP
3500 One Kansas City Place
1200 Main Street
Kansas City, MO  64105

Virginia M. Giokaris
Polsinelli, Shalton & Welte
700 West 47th Street
Suite 1000
Kansas City, MO  64112

Richard S. Glasser
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA  23510

D. Patterson Gloor
Cassiday, Schade & Gloor
20 North Wacker Drive, Cook Co.
Suite 1040
Chicago, IL  60606

John K. Gordinier
Pedley, Zielke, Gordinier, Olt &
Pence
Starks Building, Suite 1150
455 South Fourth Avenue
Louisville, KY  40202

Daniel J. Gordon
Stoel Rives, LLP
101 South Capitol Blvd.
Suite 1900
Boise, ID  83702

William N. Graham
Aultman, Tyner, McNeese & Ruffin
P.O. Drawer 750
Hattiesburg, MS  39401

Albert F. Grasch, Jr.
Grasch, Walters & Cowen
302 West High Street
Lexington, KY  40507

Tim D. Gray
Forman, Perry, Watkins, Krutz &
Tardy
P.O. Box 22608
Jackson, MS  39225

Marc C. Greco
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA  23510

Mark D. Haas
Haas & Goleman
P.O. Box 3007
Conroe, TX  77305

Susan M. Hanson
Stich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN  55401

Max S. Hartz
McCarroll, Nunley & Hartz
111 East Third Street
P.O. Box 925
Owensboro, KY  42302

Donald D. Heck
Kopsky & Heck, P.C.
16020 Swingley Ridge Road
Suite 130
Chesterfield, MO  63017

Harry K. Herren, Jr.
Woodward, Hobson & Fulton, LLP
2500 National City Tower
101 S. Fifth Street
Louisville, KY  40202

Frank P. Hilliard
Starks Building, Suite 380
455 S. Fourth Avenue
Louisville, KY  40202

Robin C. Hoblit
Chaves, Gonzales & Hoblit
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, TX  78470

Linda M. Hopgood
771 Corporate Drive
Suite 610
Lexington, KY  40503

Alben N. Hopkins
Hopkins & Associates
2701 24th Avenue
Gulfport, MS  39501

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
1300 AmSouth Center
Jackson, MS  39215

Richard H. Hunter
Hunter, Colianni, Cole & Turner
1138 King Street
3rd Floor
Christiansted, VI  00820

James L. Hymes
Law Office of Hymes & Zebedee
P.O. Box 990
St. Thomas, VI 00804

- - -

INVOLVED COUNSEL FOR SCHEDULE  CTO-208  (Cont.) MDL-875                    PAGE 4

Nikki M. Jensen
John Arthur Eaves Law Office
101 North State Street
Jackson, MS 39201

Charles Johnson, III
Johnson, Olson
P.O. Box 1725
Pocatello, ID 83204

Shelby A. Jordan
Jordan Hyden, et al.
500 North Shoreline
Suite 900 North
Corpus Christi, TX 78471

Christopher M. Kelly
Gallivan, White & Boyd, P.A.
P.O. Box 10589
Greenville, SC 29603

William R. Kenealy
Sales, Tillman & Wallbaum
1900 Waterfront Plaza
325 West Main Street
Louisville, KY 40202

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

Peter A. Kraus
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

Kenneth K. Kyre, Jr.
Pinto, Coates, Kyre & Brown, PLLC
P.O. Box 4848
Greensboro, NC 27404

Carter T. Lambeth
Johnson & Lambeth
P.O. Box 660
Wilmington, NC 28402

Daphne M. Lancaster
Aultman, Tyner, McNeese, Ruffin &
Yarborough
P. O. Box 750
Hattiesburg, MS 39403

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

George H. Logan
Nichols, Newman & Silverlight, et al.
1131 King Street
Suite 204, Christiansted
St. Croix, VI 00820

David H. Maguire
Maguire & Kress
P.O. Box 4758
Pocatello, ID 83205

Armer H. Mahan, Jr.
Lynch, Cox, Gilman & Mahan, PSC
2200 Aegon Center
400 West Market Street
Louisville, KY 40202

William F. Maready
Law Offices of William F. Maready
1076 West Fourth Street
Suite 100
Winston-Salem, NC 27101

Christopher D. Mauriello
Wallace & Graham, P.A.
525 N. Main Street
Salisbury, NC 28144

Bruce McLeod
Filice, Brown, Eassa & McLeod
1999 Harrison Street
18th Floor
Oakland, CA 94612

John B. McLeod
Haynsworth, Sinkler & Boyd
75 Beattie Place
11th Floor
Greenville, SC 29601

Patrick D. McMurtray
Luker, Sibal & McMurtray, L.L.C.
616 Girod Street
Suite 200
New Orleans, LA 70130

Craig L. Meadows
Hawley, Troxell, Ennis & Hawley
P.O. Box 1617
Boise, ID 83701

James A. Meaney
Alkon, Rhea & Hart
2115 Queen Street
Christiansted, VI 00820

Donald S. Meringer
Danaher, Tedford, Lagnese & Neal, P.C.
201 North Charles Street
Suite 1702
Baltimore, MD 21201

Robert O. Meriwether
Nelson, Mullins, Riley & Scarborough
P.O. Box 11070
Columbia, SC 29211

John A. Michaels
Michaels & Oettinger, P.A.
P.O. Box 101
Raleigh, NC 27602

John B. Moore
Phillips, Parker, Orberson & Moore, PLC
716 West Main Street
Suite 300
Louisville, KY 40202

Denise Moretz
Woolf, McClane, Bright, Allen & Carpenter
Riverview Tower
P.O. Box 900
Knoxville, TN 37901

INVOLVED COUNSEL FOR SCHEDULE CTO-208 (Cont.) MDL-875 PAGE 5

Ronald L. Motley
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Joseph B. Myers, Jr.
Frost, Brown & Todd, L.L.C.
400 West Market Street
3200 Aegon Center
Louisville, KY 40202

David A. Nash
Hogue, Hill, Jones, Nash & Lynch
P.O. Drawer 2178
Wilmington, NC 28402

Robert L. Norton
Jones & Granger
10000 Memorial Drive, Suite 888
P.O. Box 4340
Houston, TX 77210

James L. Oberman
Kazan, McClain, Edises, Simon &
Abrams
171 Twelfth Street
3rd Floor
Oakland, CA 94607

E. Spencer Parris
Martin & Jones Law Offices
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Michael W. Patrick
Law Office of Michael W. Patrick
P.O. Box 16848
Chapel Hill, NC 27516

Timothy Peck
Smith, Helms, Mulliss & Moore, LLP
P.O. Box 21927
Greensboro, NC 27420

Ronald G. Peresich
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
759 Vieux Marche' Mall
Biloxi, MS 39533

Steven P. Perlmutter
Robinson & Cole
One Boston Place
Boston, MA 02108

Matthew F. Powers
Samson & Powers, PLLC
P. O. Box 1417
Gulfport, MS 39502

James B. Pressly, Jr.
Haynsworth Sinkler Boyd, PA
C&S Tower, 11th Floor
75 Beattie Place
P.O. Box 2048
Greenville, SC 29602

William M. Quin, II
Allred Law Firm
P.O. Box 3828
Jackson, MS 39207

Kevin A. Rames
2111 Company Street
Suite 3, Christiansted
St. Croix, VI 00820

William C. Reeves
Markow, Walker, Reeves & Anderson
805 South Wheatley, Suite 475
P.O. Box 13669
Jackson, MS 39236

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Wendell S. Roberts
Gray, Woods & Cooper
P.O. Box 70
Ashland, KY 41105

R. B. Rock
Moffatt, Thomas, Barrett, Rock &
Fields
P.O. Box 829
Boise, ID 83701

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Ronald B. Rubin
Rubin & Rubin
One Church Street
Suite 301
Rockville, MD 20850

Kenneth L. Sales
Sales, Tillman & Wallbaum
1900 Waterfront Plaza
325 West Main Street
Louisville, KY 40202

Rebecca F. Schupbach
Stites & Harbison
1800 Aegon Center
400 W. Market Street
Louisville, KY 40202

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Stephen F. Schuster
Ogden, Newell & Welch
500 West Jefferson Street
1700 Citizens Plaza
Louisville, KY 40202

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

William F. Sheehan
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

John A. Sheffer
Sheffer & Sheffer
101 East Second Street
Owensboro, KY 42301

INVOLVED COUNSEL FOR SCHEDULE  CTO-208  (Cont.) MDL-875                    PAGE 6

Stacey L. Sims
Morris, Sakalarios & Blackwell, PLLC
201 Hardy Street
Hattiesburg, MS 39401

Edwin W. Small
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, TN 37902

Arthur L. Smith
Husch & Eppenberger
100 North Broadway
Suite 1300
St. Louis, MO 63102

Mark R. Smith
Holcomb Dunbar, P.A.
P. O. Drawer 707
Oxford, MS 38655

Philip J. Smith
Van Winkle, Buck, Wall, Starnes &
Davis
P.O. Box 7376
Ashville, NC 28802

Stephen E. Smith, Jr.
McMurry & Livingston
P.O. Box 1700
Paducah, KY 42002

Thomas C. Smith
Ziegler & Schneider, PSC
541 Buttermilk Pike, Suite 500
P.O. Box 175710
Covington, KY 41017

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Karl R. Steinberger
Bryant, Colingo, Williams & Clark
P.O. Drawer H
Pascagoula, MS 39568

Adam Stone
Dogan & Wilkinson
P.O. Box 1618
Pascagoula, MS 39568

Daniel S. Stratemeyer
Boehl, Stopher & Graves
410 Broadway
Paducah, KY 42001

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Mark S. Thomas
Maupin, Taylor & Ellis
P.O. Drawer 19764
Raleigh, NC 27619

Stephen R. Thomas
Moffatt, Thomas, Barrett, Rock &
Fields
P.O. Box 829
Boise, ID 83701

Robert P. Thompson
Copeland, Cook, Taylor & Bush
P. O. Box 6020
Ridgeland, MS 39158

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Thomas W. Tyner
Aultman, Tyner, McNeese, Ruffin &
Yarborough
P. O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403

Palmer G. Vance, II
Stoll, Keenon & Park
300 W. Vine Street
Suite 2100
Lexington, KY 40507

Allen D. Vaughan
Cascino Vaughan Law Offices, Ltd.
403 W. North Avenue
Chicago, IL 60610

Andrew S. Wainwright
Thornton & Naumes, L.L.P.
100 Summer Street, 30th Floor
Boston, MA 02110

Charles S. Wakefield, Jr.
108 Church Street
Tolbert Building, Suite C
Leesburg, VA 20175

Jeffrey M. Wakefield
Flaherty, Sensabaugh & Bonasso
P.O. Box 3843
Charleston, WV 25338

Consuelo W. Walley
Jude & Coco, P.A.
P.O. Box 17499
Hattiesburg, MS 39404

Joe D. Wells
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

W. Mark Wilczynski
International Plaza 2F
P.O. Box 1150
St. Thomas, VI 00804

Stephen B. Williamson
Van Winkle, Buck, Wall, Starnes & Davis
P.O. Box 7376
Ashville, NC 28802

Douglas P. Wilson
Wilson Law Offices
200 Firstar Bank Building
6405 North Cosby Avenue
Kansas City, MO 64151

Joseph C. Wilson, IV
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Kenneth J. Wilson
Ness, Motley, Loadholt, Richardson & Pool
1730 Jackson Street
P.O. Box 365
Barnwell, SC 29812

INVOLVED COUNSEL FOR SCHEDULE  CTO-208  (Cont.) MDL-875                    PAGE 7

Dennis F. Wolford
Reed, Luce, Tosh, Wolford & Douglas
804 Turnpike Street
Beaver, PA  15009

David L. Wyant
Bailey & Wyant, PLLC
1219 Chapline Street
Wheeling, WV  26003