JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 14 2002

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Frances Dee Hall, etc. v. Owens-Corning Fiberglas Corp., et al.*, W.D. Kentucky, C.A. No. 4:01-191

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Hall*) on February 8, 2002. The Panel has now been advised that *Hall* was remanded to Kentucky state court by the Honorable Joseph H. McKinley, Jr., in an order entered on December 12, 2001.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-210" filed on February 8, 2002, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

IMAGED FEB 19 '02