JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB. 15, 2002

MICHAEL J. BECK
CLERK OF THE PANEL

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, MOREY L. SEAR, BRUCE M. SELYA, JULIA SMITH GIBBONS, D. LOWELL JENSEN AND J. FREDERICK MOTZ, JUDGES OF THE PANEL

## HEARING SESSION ORDER

IT IS ORDERED that on March 21, 2002, a hearing session will be held in Tucson, Arizona, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

IMAGED FEB 15 '02

SCHEDULE OF MATTERS FOR HEARING SESSION
March 21, 2002 -- Tucson, Arizona

## SECTION A
## MATTERS DESIGNATED FOR ORAL ARGUMENT

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs in the Northern District of Texas actions on Attachment A to transfer of their respective actions to the United States District Court for the Eastern District of Pennsylvania.

MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products
                    Liability Litigation

Opposition of plaintiffs Beth Kanner, et al., to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

Southern District of New York

*Beth Kanner, et al. v. Arnold Levin, et al.*, C.A. No. 1:01-11258

MDL-1298 -- In re Papst Licensing, GmbH, Patent Litigation

Opposition of defendants Papst Licensing GmbH & Co. KG, Georg Papst, and Papst Licensing Verwaltungsgesellachaft Mit beschrankter Haftung to the remand of claims in the following action to the United States District Court for the District of District of Columbia:

Eastern District of Louisiana

*Minebea Co., Ltd., et al. v. Georg Papst, et al.*, C.A. No. 2:99-3118
        (D. District of Columbia, C.A. No. 1:97-590)

MDL-1344 -- In re Air Crash Near Nantucket Island, Massachusetts, on October 31, 1999

      Motion of plaintiffs Faith Freeman, et al., Amira Mansour, etc., Melvin Bowman, etc., Richard Seidman, etc., Marilyn Yeager, et al., and Susan Murray, et al., to remand their respective following actions from the United States District Court for the Eastern District of New York to their respective transferor courts:

### Eastern District of New York

*Faith Freeman, et al. v. EgyptAir, Inc.*, C.A. No. 1:01-173 (C.D. California, C.A. No. 2:00-11685)

*Amira Mansour, etc. v. EgyptAir, Inc.*, C.A. No. 1:01-174 (C.D. California, C.A. No. 2:00-11686)

*Melvin Bowman, etc. v. EgyptAir, Inc.*, C.A. No. 1:01-175 (C.D. California, C.A. No. 2:00-11687)

*Richard Seidman, etc. v. EgyptAir, Inc.*, C.A. No. 1:01-176 (C.D. California, C.A. No. 2:00-11688)

*Marilyn Yeager, et al. v. EgyptAir, Inc.*, C.A. No. 1:01-179 (D. Colorado, C.A. No. 1:00-2147)

*Susan Murray, et al. v. EgyptAir, Inc.*, C.A. No. 1:00-3665 (E.D. Pennsylvania, C.A. No. 1:00-1266)

*Susan Murray, et al. v. EgyptAir, Inc.*, C.A. No. 1:01-1465 (E.D. Pennsylvania, C.A. No. 2:01-80)

MDL-1443 -- In re America Online, Inc., Community Leaders Litigation

      Motion of defendants America Online, Inc., AOL Community, Inc., and AOL Time Warner, Inc., for centralization of the following actions in the United States District Court for the Southern District of New York:

### Northern District of California

*Ann Johnson, et al. v. America Online, Inc., et al.*, C.A. No. 5:01-21083

MDL-1443 (Continued)


### District of New Jersey

*Pamela Spencer Johnson, et al. v. America Online, Inc., et al.*, C.A. No. 2:01-5462

### Southern District of New York

*Kelly Hallissey, et al. v. America Online, Inc., et al.*, C.A. No. 1:99-3785

### Southern District of Ohio

*Donald Lowe, et al. v. America Online, Inc.*, C.A. No. 3:01-478


## MDL-1444 -- In re Plasma Display Panels Patent Litigation

Motion of Competitive Technologies, Inc., for centralization of the following actions in the United States District Court for the Central District of Illinois:


### District of Delaware

*Fujitsu Ltd., et al. v. Competitive Technologies, Inc., et al.*, C.A. No. 1:01-613

### Central District of Illinois

*Competitive Technologies, Inc., et al. v. Fujitsu Limited, et al.*, C.A. No. 2:00-2332

## MDL-1445 -- In re Mirtazapine Patent Litigation

Motion of plaintiffs Organon Inc., et al., for centralization of the following actions in the United States District Court for the District of New Jersey:

### District of New Jersey

*Organon Inc., et al. v. Mylan Pharmaceuticals, Inc.*, C.A. No. 2:01-2171
*Organon Inc., et al. v. Teva Pharmaceuticals USA, Inc.*, C.A. No. 2:01-2682
*Organon Inc., et al. v. Mylan Pharmaceuticals, Inc.*, C.A. No. 2:01-3835
*Organon Inc., et al. v. Alphapharm Pty., Ltd.*, C.A. No. 2:01-4246
*Organon Inc., et al. v. Geneva Pharmaceuticals, Inc., et al.*, C.A. No. 2:01-4919

### Eastern District of New York

*Organon Inc., et al. v. Eon Labs Manufacturing, Inc.*, C.A. No. 1:01-7777

## MDL-1446 -- In re Enron Corp. Securities, Derivative & "ERISA" Litigation

Motion of plaintiffs David R. Wortham and Duane L. Mceachern for centralization of the following actions in the United States District Court for the Eastern District of Texas:

### Eastern District of Arkansas

*Stephen A. McIntyre v. Kenneth L. Lay, et al.*, C.A. No. 4:01-836

### Southern District of California

*Mark E. McKinney v. Enron Corp., et al.*, C.A. No. 3:01-2182

### Southern District of Florida

*Diana M. Perez v. Enron Corp., et al.*, C.A. No. 1:01-4951

MDL-1446 (Continued)

### Eastern District of Texas

*David R. Wortham v. Enron Corp., et al.*, C.A. No. 5:01-299
*David Trzebucki, et al. v. Andrew S. Fastow, et al.*, C.A. No. 5:01-308
*Duane Mceachern v. Enron Corp., et al.*, C.A. No. 5:01-310
*William E. Davis, et al. v. Enron Corp., et al.*, C.A. No. 5:01-313
*John Anson v. Kenneth L. Lay, et al.*, C.A. No. 5:01-318
*Leslie H. Duncan v. Kenneth L. Lay, et al.*, C.A. No. 5:01-319
*John Barnett v. Kenneth L. Lay, et al.*, C.A. No. 5:01-320
*Shelly Douglass v. Kenneth L. Lay, et al.*, C.A. No. 5:01-321
*Stephen Phillips v. Kenneth L. Lay, et al.*, C.A. No. 5:01-322
*Phil E. Parham, et al. v. Kenneth L. Lay, et al.*, C.A. No. 5:01-323
*Lynn Goffman, et al. v. Robert A. Belfer, et al.*, C.A. No. 9:01-289

### Southern District of Texas

*Mark Newby, et al. v. Enron Corp., et al.*, C.A. No. 4:01-3624
*Seth Abrams, et al. v. Enron Corp., et al.*, C.A. No. 4:01-3630
*Pirelli Armstrong Tire Corp. Retiree Medical Benefits Trust v. Kenneth L. Lay, et al.*,
    C.A. No. 4:01-3645
*Robert J. Casey, II, et al. v. Enron Corp., et al.*, C.A. No. 4:01-3647
*Frank Wilson v. Enron Corp., et al.*, C.A. No. 4:01-3652
*J. Michael Gottesman v. Enron Corp., et al.*, C.A. No. 4:01-3660
*Avigayil Greenberg v. Enron Corp., et al.*, C.A. No. 4:01-3670
*Robert Christianson v. Enron Corp., et al.*, C.A. No. 4:01-3671
*Ernest Gottdiener v. Enron Corp., et al.*, C.A. No. 4:01-3681
*Muriel P. Kaufman, IRA v. Enron Corp., et al.*, C.A. No. 4:01-3682
*John P. McCarthy Money Purchase Plan v. Enron Corp., et al.*, C.A. No. 4:01-3686
*Joseph E. Kassoway, etc. v. Andrew S. Fastow, et al.*, C.A. No. 4:01-3690
*Michael Koroluk v. Enron Corp., et al.*, C.A. No. 4:01-3733
*James Brill v. Enron Corp., et al.*, C.A. No. 4:01-3734
*Elmar A. Busch v. Enron Corp., et al.*, C.A. No. 4:01-3735
*Warren Pinchuck v. Enron Corp., et al.*, C.A. No. 4:01-3736
*Mahin S. Mashayekh v. Enron Corp., et al.*, C.A. No. 4:01-3737
*Barbara D. Lee v. Enron Corp., et al.*, C.A. No. 4:01-3789
*Danielle M. Karcich, et al. v. Enron Corp., et al.*, C.A. No. 4:01-3838

Schedule of Matters for Hearing Session, Section A                  p. 6
Tucson, Arizona


MDL-1446 (Continued)


### Southern District of Texas (Continued)

*Naomi Raphael v. Enron Corp., et al.*, C.A. No. 4:01-3839
*Victor Ronald Frangione v. Enron Corp., et al.*, C.A. No. 4:01-3889
*Patricia D. Parsons v. Enron Corp., et al.*, C.A. No. 4:01-3903
*Pamela M. Tittle, et al. v. Enron Corp., et al.*, C.A. No. 4:01-3913
*John Odam, et al. v. Enron Corp., et al.*, C.A. No. 4:01-3914
*Frank Anthony Cammarata, III v. Enron Corp., et al.*, C.A. No. 4:01-3993
*Fred Greenberg v. Robert A. Belfer, et al.*, C.A. No. 4:01-3998
*George Nicoud v. Enron Corp., et al.*, C.A. No. 4:01-4009
*Roy E. Rinard, et al. v. Enron Corp., et al.*, C.A. No. 4:01-4060
*Michael P. Harney v. Enron Corp., et al.*, C.A. No. 4:01-4063
*Archdiocese of Milwaukee Supporting Fund, Inc. v. Enron Corp., et al.*,
    C.A. No. 4:01-4071
*Gary W. Kemper, et al. v. Enron Corp., et al.*, C.A. No. 4:01-4089
*Kenneth Franklin v. Enron Corp., et al.*, C.A. No. 4:01-4106
*Enron Corp. Savings Plan v. Enron Corp., et al.*, C.A. No. 4:01-4108
*Betty J. Clark v. Enron Corp., et al.*, C.A. No. 4:01-4125
*Dorothy Ricketts v. Enron Corp., et al.*, C.A. No. 4:01-4128
*Richard Pottratz, et al. v. Enron Corp., et al.*, C.A. No. 4:01-4150
*Susan Copley v. Kenneth L. Lay, et al.*, C.A. No. 4:01-4168
*James J. Daley, etc. v. Enron Corp., et al.*, C.A. No. 4:01-4189
*Amalgamated Bank, etc. v. Kenneth L. Lay, et al.*, C.A. No. 4:01-4198
*Catherine Stevens, et al. v. Enron Corp. Savings Plan Administrative Committee, et al.*,
    C.A. No. 4:01-4208

MDL-1447 -- In re Seeno Model Homes Access For Individuals With Disabilities Litigation

Motion of defendants Albert D. Seeno Construction Co., Seecon Financial and Construction Co., Inc., and West Coast Home Builders, Inc., for centralization of the following actions in the United States District Court for the Northern District of California:

Eastern District of California

*Americans With Disabilities Advocates, et al. v. Albert D. Seeno Construction Co., Inc.*, C.A. No. 2:01-937
*Americans With Disabilities Advocates, et al. v. Albert D. Seeno Construction Co., Inc.*, C.A. No. 2:01-941
*Americans With Disabilities Advocates, et al. v. Albert D. Seeno Construction Co., Inc.*, C.A. No. 2:01-944
*Barnabus Fairfield v. Albert D. Seeno Construction Co., Inc.*, C.A. No. 2:01-945

Northern District of California

*Americans With Disabilities Advocates, et al. v. Albert D. Seeno Construction Co., Inc.*, C.A. No. 3:01-1873
*Americans With Disabilities Advocates, et al. v. Albert D. Seeno Construction Co., Inc.*, C.A. No. 3:01-1875
*Americans With Disabilities Advocates, et al. v. Albert D. Seeno Construction Co., Inc.*, C.A. No. 3:01-3895

<u>MDL-1448 -- In re Air Crash at Belle Harbor, New York, on November 12, 2001</u>

Motion of defendants American Airlines, Inc., and AMR Corporation for centralization of certain of the following actions in the United States District Court for the Eastern District of New York; motion of plaintiffs Jose D. Almonte, Milagros Guillermo Cabrera, Rafael Emilio Cuello, et al., Jose F. Concepcion, et al., and Franklyn Hernandez, etc., for centralization of certain of the following actions in the United States District Court for the Northern District of Texas; and motion of plaintiffs Margarita del Carmen Montan, etc., Celso Cedeno, etc., Manuel Antonio Ventura, et al., Juan Bautista Abreu, et al., and Wendy Araujo, et al., for centralization of certain of the following actions in the United States District Court for the Southern District of New York or the United States District Court for the Eastern District of New York:

<u>Central District of California</u>

*Moses Perez De Los Santos, et al. v. American Airlines, Inc., et al.,*
    C.A. No. 2:01-10120

<u>Eastern District of New York</u>

*Ruth Restituyo, etc. v. American Airlines, Inc., et al.,* C.A. No. 1:01-7885
*Juan Francisco Bello, etc. v. American Airlines, Inc., et al.,* C.A. No. 1:01-7886
*Michael Morley, Jr., et al. v. American Airlines, Inc., et al.,* C.A. No. 1:01-7969
*Patricia Elise Mills, etc. v. American Airlines, Inc., et al.,* C.A. No. 1:01-8105
*Candida Urena, etc. v. American Airlines, Inc., et al.,* C.A. No. 1:01-8210
*Johanne Phanord, etc. v. American Airlines, Inc., et al.,* C.A. No. 1:01-8258
*Esther Rodriguez, etc. v. American Airlines, Inc., et al.,* C.A. No. 1:01-8295
*Norma Patricia Camac Rodriguez Jimenez, etc. v. American Airlines, Inc., et al.,*
    C.A. No. 1:01-8529
*America Martinez, etc. v. American Airlines, Inc., et al.,* C.A. No. 1:01-8585
*Auriacelis Matias, etc. v. American Airlines, Inc., et al.,* C.A. No. 1:01-8586
*Rafael Leonardo Alvarez, etc. v. American Airlines, Inc., et al.,* C.A. No. 1:01-8587
*Ana Maria Mena, etc. v. American Airlines, Inc., et al.,* C.A. No. 1:01-8588
*Gladys Moralez, etc. v. American Airlines, Inc., et al.,* C.A. No. 1:02-63
*Augustina Sarita, etc. v. American Airlines, Inc., et al.,* C.A. No. 1:02-146
*Carlos Fernandez, etc. v. American Airlines, Inc., et al.,* C.A. No. 1:02-147
*Gabriel Arias, etc. v. American Airlines, Inc., et al.,* C.A. No. 1:02-148
*Patricia A. Rosa, etc. v. American Airlines, Inc., et al.,* C.A. No. 1:02-149
*Mia Lutz, et al. v. American Airlines, Inc., et al.,* C.A. No. 1:02-302

MDL-1448 (Continued)


### Eastern District of New York (Continued)

*Yoseline Aurora Estepan de Peralta, etc. v. American Airlines, Inc., et al.,*
   C.A. No. 1:02-366
*Yoselin Aurora Estepan de Peralta, etc. v. American Airlines, Inc., et al.,*
   C.A. No. 1:02-367
*Fabrizio Oskar Carty, et al. v. American Airlines, Inc., et al.,* C.A. No. 1:02-394

### Southern District of New York

*Margarita del Carmen Montan, etc. v. American Airlines, Inc., et al.,*
   C.A. No. 1:02-439
*Celso Cedeno, etc. v. American Airlines, Inc., et al.,* C.A. No. 1:02-614
*Manuel Antonio Ventura, et al. v. American Airlines, Inc., et al.,* C.A. No. 1:02-615
*Juan Bautista Abreu, et al. v. American Airlines, Inc., et al.,* C.A. No. 1:02-616
*Wendy Araujo, et al. v. American Airlines, Inc., et al.,* C.A. No. 1:02-617

### Northern District of Texas

*Jose D. Almonte v. American Airlines, Inc.,* C.A. No. 3:02-24
*Milagros Guillermo Cabrera v. American Airlines, Inc.,* C.A. No. 3:02-25
*Mayra Altagracia Abad, etc. v. American Airlines, Inc.,* C.A. No. 3:02-44
*Rafael Emilio Cuello, et al. v. American Airlines, Inc.,* C.A. No. 3:02-83
*Jose F. Concepcion, et al. v. American Airlines, Inc.,* C.A. No. 3:02-84
*Franklyn Hernandez, etc. v. American Airlines, Inc.,* C.A. No. 3:02-85

## MDL-1449 -- In re Lawrence Moore/International Brotherhood of Electrical Workers Litigation

Motion of plaintiff Lawrence Moore for centralization of the following actions in a single United States district court:

### Northern District of California

*Lawrence Moore v. International Brotherhood of Electrical Workers Local 6, et al.,* C.A. No. 3:01-3733

### Eastern District of Michigan

*Lawrence Moore v. Electrical Workers Local 58, et al.,* C.A. No. 2:01-72222

### Northern District of Ohio

*Lawrence Moore v. International Brotherhood of Electrical Workers Local 8,* C.A. No. 3:01-7556

## MDL-1450 -- In re TLC America, Inc., Receiver Litigation

Motion of defendants James F. Garro, Navajo Capital, Inc., Sienna Financial Ltd., Camelot International, LLC, Merlin Financial, LLC, The Lancelot Foundation, Appaloosa International, Inc., and Corfu International, LLC, for centralization of the following actions in the United States District Court for the Central District of California:

### Central District of California

*Rob Evans v. James F. Garro, et al.,* C.A. No. 8:01-819

### District of New Mexico

*Robb Evans v. Camelot International, LLC, et al.,* C.A. No. 1:01-885

MDL-1451 -- In re Capital One Bank Credit Card Terms Litigation

Motion of plaintiffs Jautassa Nelson, et al., for centralization of the following actions in the United States District Court for the Northern District of California or the United States District Court for the Central District of California:

Central District of California

*Ed Sipper, et al. v. Capital One Bank*, C.A. No. 2:01-9547

Northern District of California

*Jautassa Nelson, et al. v. Capital One Bank, et al.*, C.A. No. 3:01-79

MDL-1452 -- In re Telecommunication Providers' Fiber Optic Cable Installation Litigation

Motion of various plaintiffs for centralization of the following actions in the United States District Court for the Northern District of Illinois or the United States District Court for the Southern District of Indiana:

Northern District of Alabama

*Julius B. Cooper, Jr. v. MCI WorldCom Communications, Inc., et al.,*
   C.A. No. 4:01-1664

Central District of California

*William Nelson, et al. v. MCI WorldCom Network Services, et al.,*
   C.A. No. 2:01-8205

Eastern District of California

*Dirk Regan, et al. v. Qwest Communications International, Inc., et al.,*
   C.A. No. 2:01-766
*Dirk Regan, et al. v. Williams Companies, Inc., et al.*, C.A. No. 2:01-779

Schedule of Matters for Hearing Session, Section A                    p. 12
Tucson, Arizona


MDL-1452 (Continued)


### District of Colorado

*Orin Loos, et al. v. Level 3 Communications, LLC, et al.*, C.A. No. 1:01-75
*Robert C. Barr, et al. v. Qwest Communications International, Inc., et al.*,
   C.A. No. 2:01-748

### Southern District of Georgia

*James E. Oellerich, et al. v. MCI WorldCom Communications, Inc., et al.*,
   C.A. No. 1:01-121

### District of Idaho

*Dennis Koyle, et al. v. Level 3 Communications, Inc., et al.*, C.A. No. 1:01-286

### Northern District of Illinois

*Vincent E. Buchenau, et al. v. Sprint Corp., et al.*, C.A. No. 1:99-3844

### Southern District of Illinois

*John H. Isaacs, et al. v. Sprint Corp., et al.*, C.A. No. 3:00-155
*Ronald W. Poor, et al. v. Sprint Corp., et al.*, C.A. No. 3:00-299
*Tri-County Feed Mill Inc. v. Qwest Communications International, Inc., et al.*,
   C.A. No. 3:01-307
*Harriett Bauer, et al. v. Level 3 Communications, Inc., et al.*, C.A. No. 3:01-308
*James Becherer, et al. v. Qwest Communications International, Inc., et al.*,
   C.A. No. 3:01-689

### Northern District of Indiana

*Stanley J. Hynek, et al. v. MCI WorldCom Communications, Inc., et al.*,
   C.A. No. 3:00-758

Schedule of Matters for Hearing Session, Section A                    p. 13
Tucson, Arizona

MDL-1452 (Continued)

### Southern District of Indiana

*Rodney Busenbark, et al. v. MCI WorldCom, Inc., et al.*, C.A. No. 1:98-1245
*Jerry L. Ostler, et al. v. Level 3 Communications, Inc., et al.*, C.A. No. 1:00-718

### District of Kansas

*Victor O. Browning v. MCI WorldCom Network Services, Inc., et al.*,
   C.A. No. 2:01-2230
*James B. Mulligan v. MCI WorldCom, Inc., et al.*, C.A. No. 5:00-4040
*Harold Watson, et al. v. Qwest Communications Corp., et al.*, C.A. No. 5:00-4132

### Western District of Louisiana

*Randolph McCormick, et al. v. MCI WorldCom, et al.*, C.A. No. 6:01-415
*Don Alexander, et al. v. MCI WorldCom, et al.*, C.A. No. 6:01-1237

### Southern District of Mississippi

*Benjamin L. Carrubba, et al. v. WorldCom, Inc., et al.*, C.A. No. 1:01-282

### Western District of Missouri

*Cirese Investment Co. v. Qwest Communications Corp., et. al.*, C.A. No. 4:00-42
*Cirese Investment Co. v. MCI WorldCom, Inc., et al.*, C.A. No. 4:00-50

### District of Nebraska

*Patricia L. Eggerling, et al. v. Worldcom, et al.*, C.A. No. 4:00-543
*Devon Lewis v. Sprint Communications, LP, et al.*, C.A. No. 4:00-3278

### District of North Dakota

*Marlyn E. Nudell, et al. v. Burlington Northern & Santa Fe Co., et al.*,
   C.A. No. 1:01-41

Schedule of Matters for Hearing Session, Section A                     p. 14
Tucson, Arizona


MDL-1452 (Continued)


### Northern District of Oklahoma

*M.A.S. Hallaba v. Worldcom Network Services, Inc., et al.*, C.A. No. 4:98-895
*George Shrier, et al. v. The Williams Companies, Inc., et al.*, C.A. No. 4:99-636

### District of Oregon

*Geneva Rebb, et al. v. MCI WorldCom Communications, Inc., et al.*,
   C.A. No. 6:00-1568
*Bill Zografos, et al. v. Qwest Communications Corp.*, C.A. No. 6:00-6201

### District of South Carolina

*Sustainable Forest LLC, et al. v. Qwest Communications International, Inc., et al.*,
   C.A. No. 0:01-2935
*Tommy L. Frederick, et al. v. MCI WorldCom Communications, Inc., et al.*,
   C.A. No. 3:01-802

### Eastern District of Texas

*Paul D. Drawhorn, et al. v. Qwest Communications International, et al.*,
   C.A. No. 1:99-415


## MDL-1453 -- In re Immunex Corp. Average Wholesale Price Litigation

Motion of defendant Immunex Corporation for centralization of certain claims in the
following actions in the United States District Court for the Western District of Washington:


### District of Massachusetts

*Citizens for Consumer Justice, et al. v. Abbott Laboratories, Inc., et al.*,
   C.A. No. 1:01-12257

### Western District of Washington

*Action Alliance of Senior Citizens of Greater Philadelphia v. Immunex Corp.*,
   C.A. No. 2:01-1917

Schedule of Matters for Hearing Session, Section A                    p. 15
Tucson, Arizona

## MDL-1454 -- In re Pharmacia Corp. Average Wholesale Price Litigation

Motion of defendants Pharmacia Corporation and Pharmacia & Upjohn, Inc., for centralization of certain claims in the following actions in the United States District Court for the District of New Jersey:

### Central District of California

*Shirley Geller v. Abbott Laboratories, Inc., et al.*, C.A. No. 2:02-553

### District of Massachusetts

*Citizens for Consumer Justice, et al. v. Abbott Laboratories, Inc., et al.*,
   C.A. No. 1:01-12257

### District of New Jersey

*United Food & Commercial Workers Unions & Midwest Health Benefits Fund, et al.
   v. Pharmacia Corp., et al.*, C.A. No. 3:01-5427

### Eastern District of Texas

*Board of Trustees of the Carpenters & Millwrights of Houston Vincinity Welfare
   Trust Fund v. Abbott Laboratories, Inc., et al.*, C.A. No. 5:01-339

## MDL-1455 -- In re GlaxoSmithKline Average Wholesale Price Litigation

Motion of defendant GlaxoSmithKline for centralization of certain claims in the following actions in the United States District Court for the Eastern District of Pennsylvania or the United States District Court for the Middle District of North Carolina:

### Central District of California

*Shirley Geller v. Abbott Laboratories, Inc., et al.*, C.A. No. 2:02-553

MDL-1455 (Continued)


District of Massachusetts

*Citizens for Consumer Justice, et al. v. Abbott Labories, Inc., et al.*,
   C.A. No. 1:01-12257

Eastern District of Pennsylvania

*Action Alliance of Senior Citizens of Greater Philadelphia, et al. v.
   GlaxoSmithKline PLC, et al.*, C.A. No. 2:01-5790
*Teamsters Health and Welfare Fund of Philadelphia and Vicinity v.
   GlaxoSmithKline, PLC, et al.*, C.A. No. 2:01-5939
*Teamsters Health and Welfare Fund of Philadelphia and Vicinity v.
   GlaxoSmithKline, PLC, et al.*, C.A. No. 2:01-5940

Eastern District of Texas

*Board of Trustees of Carpenters and Millwrights of Houston and Vicinity Welfare
   Trust Fund v. Abbott Laboratories, Inc., et al.*, C.A. No. 5:01-339


MDL-1456 -- In re Baxter International, Inc./Pharmaceutical Industry Average Wholesale
               Price Litigation

   Motion of defendants Baxter International Inc., Baxter Healthcare Corporation, and
Baxter Pharmaceutical Products, Inc., for centralization of certain claims in some of the
following actions, or in the alternative all the following actions, in the United States District
Court for the Northern District of Illinois:


Central District of California

*Shirley Geller v. Abbott Laboratories, Inc., et al.*, C.A. No. 2:02-553
*United Food & Commercial Workers Unions & Employers Midwest Health Benefits
   Fund, et al. v. Sicor, Inc., et al.*, C.A. No. 8:01-1099

MDL-1456 (Continued)

### Northern District of California

*Twin Cities Bakery Workers Health & Welfare Fund, et al. v. Dey, Inc.*,
  C.A. No. 3:01-4466
*United Food & Commercial Workers Unions & Employers Midwest Health Benefits
  Fund, et al. v. Bristol-Myers Squibb Co., et al.*, C.A. No. 4:01-4303

### Northern District of Illinois

*United Food & Commercial Workers Unions & Employers Midwest Health Benefits
  Fund, et al. v. Abbott Laboratories, Inc.*, C.A. No. 1:01-8827
*United Food & Commercial Workers Unions & Employers Midwest Health Benefits
  Fund, et al. v. Baxter International, Inc.*, C.A. No. 1:01-8828
*Action Alliance of Senior Citizens of Greater Philadelphia v. Fujisawa
  Pharmaceutical Co., Ltd., et al.*, C.A. No. 1:02-396

### District of Massachusetts

*Citizens For Consumer Justice, et al. v. Abbott Laboratories, Inc., et al.*,
  C.A. No. 1:01-12257

### District of New Jersey

*United Food & Commercial Workers Unions & Employers Midwest Health Benefits
  Fund, et al. v. Pharmacia Corp., et al. v. Parmacia Corp., et al.*,
  C.A. No. 3:01-5427
*Action Alliance of Senior Citizens of Greater Philadelphia v. Aventis, S.A., et al.*,
  C.A. No. 3:01-5548

### Southern District of New York

*Teamsters Health & Welfare Fund of Philadelphia & Vicinity v. Bristol-Myers
  Squibb Co.*, C.A. No. 1:01-9968

Schedule of Matters for Hearing Session, Section A                                    p. 18
Tucson, Arizona

MDL-1456 (Continued)

### Eastern District of Pennsylvania

*Action Alliance of Senior Citizens of Greater Philadelphia, et al. v.
   GlaxoSmithKline PLC, et al.*, C.A. No. 2:01-5790
*Teamsters Health & Welfare Fund of Philadelphia & Vicinity v. GlaxoSmithKline,
   PLC, et al.*, C.A. No. 2:01-5939
*Teamsters Health & Welfare Fund of Philadelphia & Vicinity v. GlaxoSmithKline,
   PLC, et al.*, C.A. No. 2:01-5940
*Action Alliance of Senior Citizens of Greater Philadelphia v. Bayer Corp.*,
   C.A. No. 2:01-5998

### Eastern District of Texas

*Board of Trustees of the Carpenters & Millwrights of Houston & Vicinity Welfare
   Trust Fund v. Abbott Laboratories, Inc., et al.*, C.A. No. 5:01-339

### Western District of Washington

*Action Alliance of Senior Citizens of Greater Philadelphia v. Immunex Corp.*,
   C.A. No. 2:01-1917

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

District of Hawaii

*Clement S. Lee, et al. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:01-797

Western District of Kentucky

*Ronnie D. Bean v. Owens-Corning Fiberglas Corp., et al.*, C.A. No. 5:01-249
*J. Paul Carneal, et al. v. Owens-Corning Fiberglas Corp., et al.*, C.A. No. 5:01-254
*Horace Garland, et al. v. Triangle Enterprises, Inc., et al.*, C.A. No. 5:01-260

Southern District of Mississippi

*Vera D. Berry, et al. v. GAF Corp., et al.*, C.A. No. 1:01-470
*Alex McLeod, et al. v. A.M. Lockett & Co., et al.*, C.A. No. 1:01-473

District of South Carolina

*James E. Bass, et al. v. Owens-Illinois Inc., et al.*, C.A. No. 2:01-4455
*Jerry R. Fulmer, et al. v. ACandS, Inc., et al.*, C.A. No. 2:01-4523
*Ronald P. Jahn, et al. v. ACandS, Inc., et al.*, C.A. No. 2:01-4555

Southern District of Texas

*Harry Joe Hyder, et al. v. Able Supply Co., et al.*, C.A. No. 4:01-3602
*Donald Coy, et al. v. Able Supply Co., et al.*, C.A. No. 4:01-3603
*Martin LaBounty, et al. v. ACandS, Inc., et al.*, C.A. No. 4:01-3604
*Michael Miller, et al. v. Able Supply Co., et al.*, C.A. No. 4:01-3605
*Melissa Anderson, et al. v. Able Supply Co., et al.*, C.A. No. 4:01-3606
*Tracy Burns, et al. v. E.I. Dupont De Nemours & Co.*, C.A. No. 6:01-119

Schedule of Matters for Hearing Session, Section B                          p. 20
Tucson, Arizona


## MDL-1061 -- In re  Prudential Insurance Company of America Sales Practices Litigation

Opposition of plaintiff Robert Delcol to transfer of the following action to the United States District Court for the District of New Jersey:


### Eastern District of New York

*Robert Delcol v. Prudential Insurance Co. of America*, C.A. No. 1:01-6379


## MDL-1148 -- In re Latex Gloves Products Liability Litigation

Opposition of plaintiff Rhonda J. Domier to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:


### District of Montana

*Rhonda J. Domier v. Bio-Flex International, Inc.*, C.A. No. 4:01-144


## MDL-1179 -- In re General American Life Insurance Company Sales Practices Litigation

Opposition of plaintiffs Howard L. Patterson, Jr., et al., and Charles E. Patterson, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Missouri:


### Southern District of Alabama

*Howard L. Patterson, Jr., et al. v. General American Life Insurance Co., et al.*,
    C.A. No. 1:01-848
*Howard L. Patterson, Jr., et al. v. General American Life Insurance Co. et al.*,
    C.A. No. 1:01-849
*Charles E. Patterson, et al. v. General American Life Insurance Co., et al.*,
    C.A. No. 1:01-850

MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products
                Liability Litigation

Oppositions of plaintiffs Tanya Sherelle Castal, et al., Latrell Ashley, et al., Patricia
Mosley, et al., Lillian Chandler, et al., Brenda Stallings, et al., Janice Binion, Mary F.
Sanders, et al., and Patricia Howard, et al., to transfer of their respective following actions to
the United States District Court for the Eastern District of Pennsylvania:

Northern District of Mississippi

*Tanya Sherelle Castal, et al. v. American Home Products Corp., et al.,*
    C.A. No. 2:01-237
*Latrell Ashley, et al. v. American Home Products Corp., et al.,* C.A. No. 4:01-292

Southern District of Mississippi

*Patricia Mosley, et al. v. Wyeth-Ayerst Pharmaceuticals, Inc., et al.,*
    C.A. No. 3:01-948
*Lillian Chandler, et al. v. Wyeth-Ayerst Pharmaceuticals, Inc., et al.,*
    C.A. No. 4:01-357
*Brenda Stallings, et al. v. Wyeth-Ayerst Pharmaceuticals, Inc., et al.,*
    C.A. No. 4:01-358
*Janice Binion v. Wyeth-Ayerst Pharmaceuticals, Inc., et al.,* C.A. No. 4:01-359
*Mary F. Sanders, et al. v. Wyeth-Ayerst Pharmaceuticals, Inc., et al.,*
    C.A. No. 4:01-360

Western District of Pennsylvania

*Patricia Howard, et al. v. Wyeth-Ayerst Laboratories, et al.,* C.A. No. 2:01-1818

MDL-1339 -- In re United Parcel Service, Inc., Excess Value Insurance Coverage Litigation

Opposition of plaintiff Wayne Smith to transfer of the following action to the United
States District Court for the Southern District of New York:

Eastern District of California

*Wayne Smith v. Mail Boxes Etc. USA, Inc., et al.,* C.A. No. 2:01-2271

MDL-1348 -- In re Rezulin Products Liability Litigation

Oppositions of plaintiffs William Petty, Jr., Glenneth Berry, and Debra Baker, et al., to transfer of their respective following actions to the United States District Court for the Southern District of New York:

Middle District of Alabama

*William Petty, Jr. v. Warner-Lambert Co., et al.*, C.A. No. 2:01-1249

Southern District of Mississippi

*Glenneth Berry v. Warner-Lambert Co., et al.*, C.A. No. 4:01-356

Southern District of Texas

*Debra Baker, et al. v. Warner-Lambert Co., et al.*, C.A. No. 7:01-246

MDL-1355 -- In re Propulsid Products Liability Litigation

Opposition of plaintiff Lillie Jones-Osborne, etc., to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

Northern District of Alabama

*Lillie Jones-Osborne, etc. v. Johnson & Johnson, et al.*, C.A. No. 7:01-3035

<u>MDL-1373 -- In re Bridgestone/Firestone, Inc., Tires Products Liability Litigation</u>

Oppositions of plaintiffs Patricia L. Scott, et al., Shelley Robran, et al., Manuel J. Gloria, et al., Peter Woodward, et al., and April Marie Plaisance, et al., and defendant General Motors Corporation to transfer of their respective following actions to the United States District Court for the Southern District of Indiana:

<u>Northern District of Alabama</u>

*Patricia L. Scott, et al. v. Ford Motor Co., et al.*, C.A. No. 3:01-2873

<u>District of Arizona</u>

*Shelley Robran, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 2:01-2177
*Manuel J. Gloria, et al. v. Bridgestone/Firestone, Inc.*, C.A. No. 4:01-525

<u>Southern District of Illinois</u>

*Peter Woodward, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 3:01-985

<u>Eastern District of Louisiana</u>

*April Marie Plaisance, et al. v. Bridgestone/Firestone, Inc., et al.*,
   C.A. No. 2:01-3701
*April Marie Plaisance, et al. v. Bridgestone/Firestone, Inc., et al.*,
   C.A. No. 2:01-3728

<u>Eastern District of Texas</u>

*Leticia Hernandez Casas, et al. v. General Motors Corp., et al.*, C.A. No. 1:01-569

MDL-1373 (Continued)

Motion of plaintiff Center for Auto Safety to remand the following actions to their respective transferor courts:

### Southern District of Indiana

*Center for Auto Safety v. Bridgestone/Firestone, et al.*, C.A. No. 1:00-5004
(D. District of Columbia, C.A. No. 1:00-2011)
*Gary Gustafson, et al. v. Bridgestone/Firestone, Inc.*, C.A. No. 1:00-5025
(S.D. Illinois, C.A. No. 3:00-612)

### MDL-1382 -- In re Unitrin, Inc., Industrial Life Insurance Litigation

Opposition of plaintiffs Archie L. Craft, et al., to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

### Southern District of Mississippi

*Archie L. Craft, et al. v. Union National Life Insurance Co., et al.*, C.A. No. 4:01-339

### MDL-1387 -- In re ProteGen Sling and Vesica System Products Liability Litigation

Opposition of plaintiff Nicolette Szczesny to transfer of the following action to the United States District Court for the District of Maryland:

### Eastern District of Michigan

*Nicolette Szczesny v. Meadox Division, et al.*, C.A. No. 4:01-40327

Schedule of Matters for Hearing Session, Section B                          p. 25
Tucson, Arizona

## MDL-1390 -- In re Life Insurance Co. of Georgia Industrial Life Insurance Litigation

Opposition of plaintiff Cornelia Tarver Lampley to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

### Middle District of Alabama

*Cornelia Tarver Lampley v. Life Insurance Co. of Georgia, et al.*,
C.A. No. 2:01-1308

## MDL-1401 -- In re Sulzer Orthopedics Inc. Hip Prosthesis and Knee Prosthesis Products Liability Litigation

Oppositions of plaintiffs Gerard Gillen, et al., Richard Alan Strauss, Pearl Porche, Richard Jozwiak, et al., Norman N. Hardy, et al., and Marion Snowden to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:

### District of Arizona

*Gerard Gillen, et al. v. Sulzer Orthopedics Inc., et al.*, C.A. No. 4:01-627

### Central District of California

*Richard Alan Strauss v. Sulzer Orthopedics, Inc., et al.*, C.A. No. 2:01-8688

### Eastern District of Louisiana

*Pearl Porche v. Sulzer Orthopedics, Inc., et al.*, C.A. No. 2:01-3345

### District of Maryland

*Richard Jozwiak, et al. v. Sulzer Orthopedics Inc., et al.*, C.A. No. 1:01-3331

### District of New Jersey

*Norman N. Hardy, et al. v. Sulzer Medica, Ltd., et al.*, C.A. No. 2:01-4866
*Marion Snowden v. Sulzer Ltd., et al.*, C.A. No. 2:01-4867

Schedule of Matters for Hearing Session, Section B                    p. 26
Tucson, Arizona


## MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Western District of Washington:

### Western District of Kentucky

*Stephanie L. Horne v. American Home Products, et al.*, C.A. No. 3:01-631

### Eastern District of Louisiana

*Modesta St. Amant, et al. v. Bayer Corp., et al.*, C.A. No. 2:01-3421
*Alejandro Garcia, et al. v. SmithKline Beecham Corp., et al.*, C.A. No. 2:01-3424
*Wendell Phillips v. SmithKline Beecham Corp., et al.*, C.A. No. 2:01-3448
*Kenneth Peterson, et al. v. Bayer Corp., et al.*, C.A. No. 2:01-3467
*Doreen Martin v. Bayer Corp., et al.*, C.A. No. 2:01-3477
*Jeanette P. Favorite, et al. v. Bayer Corp., et al.*, C.A. No. 2:01-3478
*Paula J. Sumling, et al. v. Bayer Corp., et al.*, C.A. No. 2:01-3480
*Quincy Garrison, et al. v. Whitehall-Robins Healthcare, et al.*, C.A. No. 2:01-3484
*Andres Bardales, et al. v. Whitehall-Robins Healthcare, et al.*, C.A. No. 2:01-3487
*Wallace Craft, Sr., et al. v. Whitehall-Robins Healthcare, et al.*, C.A. No. 2:01-3490
*Mary Lee, et al. v. Whitehall-Robins Healthcare, et al.*, C.A. No. 2:01-3522
*Lydia Dyson v. American Home Products Corp., et al.*, C.A. No. 2:01-3548

### Southern District of Mississippi

*Denny Vick, etc. v. Novartis Corp., et al.*, C.A. No. 4:01-329
*Catherine Uwagboe v. Whitehall-Robins, et al.*, C.A. No. 5:01-339
*Freddie L. Alexander v. Bayer Consumer Care, et al.*, C.A. No. 5:01-340


## MDL-1408 -- In re Tamoxifen Citrate Antitrust Litigation

Opposition of plaintiff Lois J. Steward to transfer of the following action to the United States District Court for the Eastern District of New York:

### District of Kansas

*Lois J. Steward v. Barr Laboratories, Inc., et al.*, C.A. No. 2:01-2557

Schedule of Matters for Hearing Session, Section B                    p. 27
Tucson, Arizona


MDL-1413 -- In re Buspirone Antitrust Litigation

Opposition of plaintiffs Cobalt Corp., et al., to transfer of certain claims in the
following action to the United States District Court for the Southern District of New York:

### Central District of California

*Cobalt Corp., et al. v. Bristol-Myers Squibb Co., et al.*, C.A. No. 2:01-9408


MDL-1428 -- In re Ski Train Fire in Kaprun, Austria, on November 11, 2000

Opposition of defendant Bosch Rexroth Corporation to transfer of the following action
to the United States District Court for the Southern District of New York:

### Eastern District of Pennsylvania

*John S. Habblett, et al. v. Bosch Rexroth AG, et al.*, C.A. No. 2:01-4201


MDL-1429 -- In re American General Life & Accident Insurance Co. Industrial Life Insurance
            Litigation

Oppositions of plaintiffs Oliver Daniel, et al., and Mattie Lee Nixon, et al., to transfer
of their respective following actions to the United States District Court for the District of South
Carolina:

### Northern District of Mississippi

*Oliver Daniel, et al. v. American General Life & Accident Insurance Co., Inc., et al.*,
C.A. No. 2:01-236

### Southern District of Mississippi

*Mattie Lee Nixon, et al. v. American General Corp., et al.*, C.A. No. 2:01-300

MDL-1431 -- In re Baycol Products Liability Litigation

     Oppositions of plaintiffs Hattie Ruth Wright, David Hester, et al., Barbara Ruona, et al., Melvin Rothberg, et al., Robert Raskey, Marilyn Rolland, Betty Jean Pinkerman, et al., and Gracie Mendietta and defendants Don R. Hess, M.D., and Nestor Pinaroc, M.D., to transfer of their respective following actions, and of defendant Bayer Corporation to transfer of one of the following actions, to the United States District Court for the District of Minnesota:

Middle District of Alabama

*Hattie Ruth Wright v. Bayer Corp.*, C.A. No. 2:01-1206
*David Hester, et al. v. Bayer Corp., et al.*, C.A. No. 2:01-1301

Northern District of California

*Barbara Ruona, et al. v. Bayer Corp., et al.*, C.A. No. 5:01-21183

Southern District of Florida

*Melvin Rothberg, et al. v. Bayer Corp., et al.*, C.A. No. 0:01-7531

Northern District of Illinois

*Robert Raskey v. Bayer Corp, et al.*, C.A. No. 1:01-8494

Eastern District of Michigan

*Marilyn Rolland v. Bayer, A.G., et al.*, C.A. No. 2:01-73950

Western District of Missouri

*Betty Jean Pinkerman, et al. v. Bayer, A.G., et al.*, C.A. No. 4:01-1051

Western District of Oklahoma

*Lupe Martinez, et al. v. Bayer, A.G., et al.*, C.A. No. 5:01-1667

Southern District of Texas

*Gracie Mendietta v. H.E. Butt Grocery Co., et al.*, C.A. No. 2:01-505

## ATTACHMENT A TO MARCH HEARING SESSION
## MDL-875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### Northern District of Texas

*Reuben Carraway, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2341
*Nephus Holmes, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2343
*Larry Coffman, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2344
*George Subt, et al. v. Daimlerchrysler Corp.*, et al., C.A. No. 3:01-2346
*James Lee Lisbony, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2347
*Ernest Dorn v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2348
*Theordore John Richard Benhardt, et al. v. Daimlerchrysler Corp., et al.*,
    C.A. No. 3:01-2349
*Robert Sturdevant, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2350
*Herbert L. Darjean, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2351
*Charles Goeyns, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2352
*Edward James Sibiga, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2353
*Almanzor Delagarza, et al. v. Ford Motor Co., et al.*, C.A. No. 3:01-2354
*Nelson Woodson, et al. v. Ford Motor Co., et al.*, C.A. No. 3:01-2355
*William P. Killen, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2357
*Charles Ray Cressionnie v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2359
*Waymon Wade Vestal, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2360
*Troy E. Mantooth, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2361
*Marvin Hooper, et al. v. Daimlerchrysler Corp.*, et al., C.A. No. 3:01-2362
*James T. Mahula, et al. v. Daimlerchrysler Moto, et al.*, C.A. No. 3:01-2363
*Earl Laverne Hughes et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2364
*Floyd W. Batson, et al. v. General Motors Corp., et al.*, C.A. No. 3:01-2365
*Bert Alan Allison, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2366
*Robert Louis Rozon, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2367
*Billy Ray Culwell, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2368
*Cecil L. Duncan, et al. v. Daimlerchrysler Corp.*, et al., C.A. No. 3:01-2369
*Thomas Stapp, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2370
*Allen Junior Mickelboro, et al. v. Ford Motor Co., et al.*, C.A. No. 3:01-2376
*Worley Barker, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2379
*Gerald Bowers, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2380
*Choyce Dewitt Rockwell, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2382
*Wana Joe McReynolds, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2383
*Herbert Joseph Ego, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2384
*Charles Ray Cromer, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2385
*Charlie Grebe, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2386
*Jesse Sidney Lacy, et al. v. Ford Motor Co., et al.*, C.A. No. 3:01-2387
*Floyd Cotton v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2388
*Charles Pete Conn, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2389
*Joel M. Weatherly, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2390
*Paul A. Foster, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2391
*Ella Tippens, et al. v. Ford Motor Co., et al.*, C.A. No. 3:01-2392

Northern District of Texas (Continued)

William Earl Bowser, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2393
Richard P. Stratton, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2394
Carl Francis Chargois, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2395
Willima Carden, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2396
Hubert Bryan, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2397
Robert Francis Stires, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2398
Pasty Ann Burke v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2399
Jewel Hale, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2400
Cameron Winfield Mockbee, et al. v. Ford Motor Co., et al., C.A. No. 3:01-2409
Wilfred Etienne, et al. v. Ford Motor Co., et al., C.A. No. 3:01-2410
Mary Ann Snyder v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2411
Benjamin Paul Otto, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2412
Frank H. McClain, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2413
Robert Gordon Degnan, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2414
Norman Eugene Ransom, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2415
Lupe Carmona, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2416
Claxton Earl Fowler, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2417
Thomas Rex Andries, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2418
Willard Eason Beaty, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2419
Armon Floyd Neff, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2426
Forrest Edgar Bozant, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2427
Clifton Jerry Pinckard, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2428
Luis L. Balderas, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2429
Lowell Roger Millican, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2430
Alvin Ray Beshears, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2431
Leonard Dishongh, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2432
Vivian Lucille McGown Latham, et al. v. Ford Motor Co., et al., C.A. No. 3:01-2435
Ludwig Leo Scotka, et al. v. Ford Motor Co., et al., C.A. No. 3:01-2436
Willie Lee Burns, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2437
Lewis Walter Moore, et al. v. Ford Motor Co., et al., C.A. No. 3:01-2438
Robert Shelton Whiddon, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2439
Jerry G. Bass, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2440
Leon Berrymam, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2441
Milton Carroll, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2443
Alvis Lee Campbell, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2444
Charles Winford Snyder, et al. v. Ford Motor Co., et al., C.A. No. 3:01-2445
Sidney Warren Clark, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2446
Ricky Humphrey, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2447
Stanley G. Culbertson, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2448
Robert Peter Stonis, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2449
Lowell Auther Gray, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2450
Floyd Arthur Zullig, et al. v. Daimlerchrysler Corp., et al., C.A. No. 3:01-2451

### Northern District of Texas (Continued)

*Louie A. Stringer v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2452
*Henry Calvin Walker, et al. v. Daimlerchrysler, Corp., et al.*, C.A. No. 3:01-2453
*Mack Ellis Abbott, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2454
*Christos E. Zagorianos, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2455
*Ernest Mitchell Webster, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2456
*Gloria Benavidez, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2457
*Sidney Wayne Shofner, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2458
*William Eugene Hillin, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2459
*Robert A. Meek, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2460
*Hugh D. Hackney, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2461
*Robert Neal Woodfin, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2463
*Nelson D. Kitchens, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2464
*Joe Nathan Holloway, et al. v. Daimlerchrysler Corp., et al.*,C.A. No. 3:01-2465
*Paul Durwood Magee, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2466
*Anita M. Clark v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2467
*Johnnie L. Alexander, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2468
*Donald Randolph Burleson v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2469
*Lois Salter v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2470
*James L. Roeder, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2471
*William Dickinson, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2472
*Charlie Gant, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2473
*Earl McMannis, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2474
*Georgia Leeth v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2475
*Fred W. Norman, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2476
*Donnie N. Yarbrough, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2477
*John Edward Graning, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2478
*Raymond D. Groom, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2479
*Charles Boyd Killingsworth, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2489
*Jerry Stuchlik, et al. v. Ford Motor Co., et al.*, C.A. No. 3:01-2496
*Troy Eugene Cooley, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2498
*Dale Lynn Garner, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2499
*James Earl Koonce, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2500
*Betty Lou Gore, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2506
*Peter Benjamin Sumstine, et al. v. Daimlerchrysler Corp.*, et al., C.A. No. 3:01-2508
*Rebecca Johnson, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2511
*Frank George Nedbalek, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2512
*Harry Reginald Martin v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2513
*Zona B. Dirks v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2514
*Bobby D. Richardson, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-937
*Alex William Wrobleski, et al. v. General Motors Corp., et al.*, C.A. No. 4:01-938
*Thomas Eugene Ussery, et al. v. Ford Motor Co., et al.*, C.A. No. 4:01-939
*Henry Wotipka, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-940

<u>Northern District of Texas</u> (Continued)

*Richard Lee Izard v. Daimlerchrysler Corp.*, *et al.*, C.A. No. 4:01-941
*Ray E. Tafelski, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-943
*Sylvester Tennison, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-944
*Coakie Washington, et al. v. Chrysler Corp., et al.*, C.A. No. 4:01-945
*J. C. Tipps, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-946
*Clois M. Arnic, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-947
*Edward Leroy Vining, et al. v. Ford Motor Co., et al.*,  C.A. No. 4:01-948
*Raphael Edward Redmond, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-949
*Milton Slade, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-950
*Jodie Louis Nichter, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-951
*Larry Lawrence Ham, et al. v. Ford Motor Co., et al.*, C.A. No. 4:01-952
*Cecil Houston Wadsworth, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-953
*Rafael A. Villagomez, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-954
*Victor Caryoll Branch, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-961
*Billy Ray Banks, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-962
*Joy Isbell Tindol, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-965
*Peter Arden Van Vleck, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-966
*Philip Donakowski, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-968

RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)     Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel.  The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)     Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard.  Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)     No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
      (i)     the dispositive issue(s) have been authoritatively decided; or
      (ii)    the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)     In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised.  If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules.  Failure to do so shall be deemed a waiver of oral argument by that party.  If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)     Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)     Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)     Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter.  The time shall be divided equally among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.