MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**KIRKLAND & ELLIS**

PARTNERSHIPS INCLUDING PROFESSIONAL CORPORATIONS

FEB 15 2002

FILED
CLERK'S OFFICE

200 East Randolph Drive
Chicago, Illinois 60601

Douglas Smith
To Call Writer Directly:
(312) 861-3374

(312) 861-2000

Facsimile:
312-861-2200

February 14, 2002

**Via Messenger**

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Re:   CTO-209 entered in MDL-875 - In re Asbestos Products Liability
        Litigation (No. VI)

Dear Mr. Beck:

I am writing to respond to Alan Rich's February 11 letter. At the February 8 hearing
before the Honorable Alfred M. Wolin concerning the automobile manufacturers' motion to
transfer friction product claims to the United States District Court for the District of Delaware,
which Mr. Rich attended, Judge Wolin specifically stated that his February 8 order did not
remand any cases pending before Judge Weiner in the MDL proceedings. (2/8/2 Tr. at 107
(attached).) Further, as I indicated in my February 12 letter, the Third Circuit has stayed Judge
Wolin's February 8 order denying the automobile manufacturers' motion to transfer friction
product claims to the District of Delaware so that the matter can be considered by a three-judge
panel.

Sincerely,

Douglas Smith

Enclosure
cc:     All Counsel of Record

London          Los Angeles          New York          Washington, D.C.

**OFFICIAL FILE COPY**   IMAGED FEB 19 '02

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 15 2002

FILED
CLERK'S OFFICE

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
CIVIL ACTION NO. 01-10578

IN RE:                    TRANSFER MOTION
FEDERAL MOGUL GLOBAL, INC.        HEARING
and Related Chapter 11
Proceedings
_____

February 8, 2002
Wilmington, Delaware

B E F O R E:

HONORABLE ALFRED M. WOLIN, USDJ

Pursuant to Section 753 Title 28 United States Code, the
following transcript is certified to be an accurate record
as taken stenographically in the above-entitled proceedings.

JACQUELINE KASHMER
Official Court Reporter

JACQUELINE KASHMER, C.S.R.
OFFICIAL COURT REPORTER
P. O. Box 12
Pittstown, NJ 08867
(973) 297-4889



2

A P P E A R A N C E S:

BARON & BUDD, P.C.
The Centrum
3102 Oak Lawn Avenue
Suite 1100
Dallas, Texas 75219-4281
BY: ALAN B. RICH, ESQ.
Attorneys for the "Ad Hoc" Committee


WATERS & KRAUS, LLP
3219 McKinney Avenue
Suite 3000
Dallas, Texas 75204
BY: CHARLES S. SIEGEL, ESQ.
Attorneys for the Water & Kraus Plaintiffs


CAPLIN & DRYSDALE
399 Park Avenue
New York, New York 10022
BY: ELIHU INSELBUCH, ESQ.
Attorneys for the Asbestos Claimants Committee


KIRKLAND & ELLIS
200 E. Randolph Drive
Chicago, Illinois 60601
BY: DAVID M. BERNICK, ESQ.
Attorneys for the "Big Three"


DRINKER, BIDDLE & SHANLEY, LLP
500 Campus Drive
Florham Park, New Jersey07932
BY: THOMAS F. CAMPION, JR., ESQ.
Attorneys for Honeywell

106

1   manner inconsistent with the spirit of the Court's opinion    13:23:06

2   as already set forth.                                    13:23:11

3        The Court expects to post a written order later      13:23:13

4   today. I repeat, the Court will supplement the record with   13:23:17

5   a written opinion in the near future. The pending transfer   13:23:21

6   motions will be dealt with in an order of the Court to be    13:23:25

7   forthcoming shortly. Everybody knows, look to the website.   13:23:30

8        While the Court expects that the merits of these     13:23:34

9   motions will be substantially disposed of by its ruling      13:23:36

10  today, the rights of other parties absent from today's       13:23:39

11  proceeding to argue that their cases are distinguishable      13:23:45

12  shall be preserved.                                      13:23:48

13       No further submissions directed to the motions       13:23:51

14  argued today will be considered by the Court, including      13:23:54

15  motions for reconsideration.                             13:24:00

16       That completes the Court's ruling. I thank          13:24:01

17  everybody for attending today and those who would like to    13:24:04

18  see me, I'll be here for a while.                         13:24:10

19       Mr. Bernick?                                       13:24:12

20       MR. BERNICK: Two points, your Honor. Number one     13:24:14

21  is I am not quite sure but I believe that cases that came to  13:24:15

22  you from the MDL had already been removed to a federal court 13:24:19

23  or were already pending in federal court prior to our        13:24:23

24  removal effort. That is, they came to you pursuant to the    13:24:26

25  MDL --                                                  13:24:30

107

1      THE COURT:  The only MDL case I know is with the      13:24:31

2  attic insulation in what people sometimes term the            13:24:39

3  vermiculite out of Washington and --                     13:24:45

4      MR. BERNICK:  They're a different case.  I'm         13:24:47

5  talking about cases that had previously been brought against 13:24:48

6  my clients, auto companies, that were at the time of the       13:24:53

7  removal petitions not in state court.  They were already in   13:24:56

8  federal court.  They were MDL before Judge Weiner.         13:24:59

9      I just want to make sure it's clear what you're       13:25:03

10  sending back down to state court are the cases that got       13:25:06

11  removed by us from state court.                     13:25:08

12      THE COURT:  That's correct.  I would never impede   13:25:10

13  the jurisdiction of Judge Weiner.                   13:25:12

14      MR. BERNICK:  The second point is we'd ask the      13:25:18

15  Court for a stay of the order that you just issued for a      13:25:18

16  period of time so that we could prosecute our efforts before 13:25:22

17  the Third Circuit.                          13:25:25

18      THE COURT:  Stay denied.                    13:25:27

19      MR. SIEGEL:  Your Honor, could I ask --          13:25:32

20      THE COURT:  Stayed denied for all the reasons set   13:25:35

21  forth in Judge Parker's opinion in Arnold.  Go ahead.       13:25:37

22      MR. SIEGEL:  Since you are remanding the cases      13:25:42

23  directly from you back to state court, do we submit in Texas 13:25:42

24  and other places we need to file in state court certified     13:25:47

25  copies of the order of remand?                    13:25:53

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 1 5 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, Douglas G. Smith, hereby certify that I caused a true and correct copy of the foregoing letter to be served via United States mail to all counsel of record on the attached service list on the 14th day of February, 2002.

Douglas G. Smith

INVOLVED COUNSEL FOR SCHEDULE CTO-209
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

John E. Ansbach
Heygood Orr & Reyes
4245 North Central Expressway
6th Floor
Dallas, TX 75205

Mel Bailey
Bailey Crowe & Kugler
4600 Bank of America Plaza
901 Main Street
Dallas, TX 75202

David A. Barfield
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207

David B. Barlow
Sidley, Austin, Brown & Wood
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603

Steven T. Baron
Silber & Pearlman
2711 North Haskell Ave.
Suite 32
Dallas, TX 75204

Thomas P. Bernier
Goldfein & Hosmer
217 E. Redwood Street
21st Floor
Baltimore, MD 21202

V. Brian Bevon
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Paula H. Blazek
Bernsen, Jamail & Goodson, LLP
550 Fannin Street
P.O. Box 4915
Beaumont, TX 77004

Jack L. Block
Sachnoff & Weaver, Ltd.
30 South Wacker Drive
29th Floor
Chicago, IL 60606

Leslie J. Bobo
Butler, Snow, O'Mara, Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225

John J. Boyd, Jr.
Lord & Whip, P.A.
120 West Layette Street
800 One Center Plaza
Baltimore, MD 21201

Michael J. Brickman
Ness, Motley, Loadholt, Richardson &
Poole
P.O. Box 1137
Charleston, SC 29401

Pamela T. Broache
Lord & Whip, P.A.
800 Once Center Plaza
120 West Layette Street
Baltimore, MD 21201

W. Scott Brown
Forman, Perry, Watkins, Krutz &
Tardy
1515 Poydras Street
Suite 1420
New Orleans, LA 70112

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 2220
3112 Canty Street
Pascagoula, MS 39569

Lisa N. Busch
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

Isaac K. Byrd, Jr.
Byrd & Associates
P.O. Box 19
Jackson, MS 39205

Larry G. Canada
Galloway, Johnson, Tompkins, Burr &
Smith
One Shell Square, Suite 4040
701 Poydras Street
New Orleans, LA 70139

James R. Carter
Carter Law Offices
Commerce Bank Building, Suite 529
416 Main Street
Peoria, IL 61602

Michael P. Cascino
Cascino Vaughan Law Offices
403 West North Avenue
Chicago, IL 60610

Michael P. Casey
Lewis, Rice & Fingersh
500 North Broadway, Suite 200
St. Louis, MO 63102

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Paul V. Cassisa, Jr.
Bernard, Cassisa, Elliott & Davis
P.O. Box 1138
Oxford, MS 38655

William T. Causby
Nelson, Mullins, Riley & Scarborough
Keenan Building, 3rd Floor
1330 Lady Street
P.O. Box 11070
Columbia, SC 29211

Damon J. Chargois
Foster & Sear
1201 N. Watson
Suite 145
Arlington, TX 76006

Daniel J. Cheeley
Bellande Cheeley, O'Flaherty, Sargis &
Ayres
19 S. LaSalle Street, Suite 1203
Chicago, IL 60603

Stanley M. Chow
Char, Hamilton, Campbell & Thom
Mauka Tower, Suite 2100
737 Bishop Street
Honolulu, HI 93813

Adam M. Chud
Shea & Gardner
1800 Massachusetts Ave., N.W.
Washington, DC 20036

David W. Clark
Bradley, Arant, Rose & White
188 E. Capitol Street, Suite 450
P.O. Box 1789
Jackson, MS 39215

Gregory L. Cochran
McKenna, Storer, Rowe, White &
Farrug
200 N. LaSalle Street, Suite 3000
Chicago, IL 60601

J.P. Coleman
Baker, Donelson, Bearman & Caldwell
P.O. Box 14167
Jackson, MS 39236

P.J. Cone
Ness, Motley, Loadholt, Richardson &
Poole
2202 Jackson Street
P.O. Box 365
Barnwell, SC 29812

P.J. Cone, II
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

John F. Conley
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 E. Main Street
Norfolk, VA 23510

Larry E. Cotten
Kirkley, Schmidt & Cotten
City Center II, Suite 2700
301 Commerce Street
Fort Worth, TX 76102

Kaye N. Courington
Duncan & Courington, LLC
322 Lafayette Street
New Orleans, LA 70130

Ronald B. Cox
Bowers, Orr & Dougall
P.O. Box 25389
Columbia, SC 29224

Edward M. Crane
Skadden, Arps, Slate, Meagher & Flom
333 W. Wacker Drive
Suite 2100
Chicago, IL 60606

Andrew J. Cross
Polsinelli, Shalton & Welte
100 S. Fourth Street
Suite 1100
St. Louis, MO 63102

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Charles P. Dargo
Bruce P. Clark & Associates
Harrison Ridge Square
419 Ridge Road
Munster, IN 46321

William S. Davies, Jr.
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Building, 3rd Floor
P.O. Box 11070
Columbia, SC 29211

Maxon R. Davis
Davis, Hatley, Haffeman & Tighe
100 River Drive North, 3rd Floor
Box 2103
Great Falls, MT 59401

L. Richard DeRobertis
Galiher, DeRobertis, Nakamura, Ono &
Takitani
610 Ward Avenue, Suite 200
Honolulu, HI 96814

Mike Desautels
Delaney & Desautels
80 Wolf Road
6th Floor
Albany, NY 12205

Dennis J. Dobbels
Polsinelli, Shalton & Welte
700 W. 47th Street
Suite 1000
Kansas City, MO 64112

David W. Dogan, III
Dogan & Wilkinson
P.O. Box 23062
Jackson, MS 39225

Thomas F. Dougall
Bowers, Orr & Dougall, LLP
P.O. Box 25389
Columbia, SC 29224

Jerome J. Duchowicz
O'Hagan, Smith & Amundsen, LLC
150 N. Michigan Avenue
Suite 3300
Chicago, IL 60601

David Duke
Duke Law Firm
201 E. Abram
Suite 760
Arlington, TX 76010

Maja C. Eaton
Sidley, Austin, Brown & Wood
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603

Gary D. Elliston
DeHay & Elliston
3500 Bank of America Plaza
901 Main Street
Dallas, TX 75202

James T. Estes, Jr.
Burke, Sakai, McPheeters, et al.
Grosvenor Center, Mauka Tower
737 Bishop Street
Honolulu, HI 96813

C. Michael Evert, Jr.
Evert & Weathersby
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

James J. Fabian
Pfeifer & Fabian
326 Saint Paul Place
Suite 100
Baltimore, MD 21202

Mark J. Fellman
Fellman Law Office
213 4th Street, East
Suite 200
St. Paul, MN 55101

Richard Young Ferguson
Johnson, Ferguson, Pipkin & Phillips
4900 Woodway
Suite 1100
Houston, TX 77056

Matthew J. Fischer
Schiff, Hardin & Waite
233 S. Wacker Drive
6600 Sears Tower
Chicago, IL 60606

James L. Fletcher, Jr.
Duncan & Dourington
322 Lafayette Street
New Orleans, LA 70130

James T. Foley
Foley & Boyd
First City Place
Suite 404
Tyler, TX 75702

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Richard L. Forman
Forman, Perry, Watkins, Krutz &
Tardy
P.O. Box 22608
Jackson, MS 39225

Laura A. Frase
Forman, Perry, Watkins, Krutz &
Tardy
1349 Empire Central
Suite 400
Dallas, TX 75247

Ellen B. Fursman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

William Allen Galerston
Kleberg Law Firm
1800 Bering
Suite 400
Houston, TX 77057

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Beverly D. Garner
11720 Borman Drive
P.O. Box 28500
St. Louis, MO 63146

Mark W. Garriga
Butler, Snow, O'Mara, Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225

William P. Gavin
Gavin Law Firm
17 Park Place
Professional Centre
Belleville, IL 62226

Charles H. Gibbs, Jr.
Sinkler & Boyd
P.O. Box 340
Charleston, SC 29402

Robert L. Gibbs
Brunini, Grantham, Grower & Hewes
248 E. Capitol Street
P.O. Box 119
Jackson, MS 39205

Donald E. Godwin
Godwin, White & Gruber, P.C.
901 Main Street
Suite 2500
Dallas, TX 75202

William F. Goodman, III
Watkins & Eager
P.O. Box 650
Jackson, MS 39205

Demarcus J. Gordon
Johnson & Bell
55 E. Monroe Street
Suite 4100
Chicago, IL 60603

Kenneth M. Gorenberg
Wilman, Harrold, Allen & Dixon
225 W. Wacker Drive
Suite 2800
Chicago, IL 60606

Leonard R. Gouveia, Jr.
888 Mililani Street
8th Floor
Honolulu, HI 96813

Dennis J. Graber
Hinshaw & Culbertson
521 W. Main Street
Suite 300
Belleville, IL 62222

Robert M. Greenberg
Law Office of Robert Greenberg
1201 N. Watson Road
Suite 117
Arlington, TX 76006

Susan Gunty
Gunty & McCarthy
150 S. Wacker Drive
Suite 1025
Chicago, IL 60606

Patrick N. Haines
Lanier Parker & Sullivan
1331 Lamar
Suite 1550
Houston, TX 77010

Robert E. Haley
Wildman, Harrold, Allen & Dixon
225 W. Wacker Drive
Suite 3000
Chicago, IL 60606

Andrew S. Halio
Halio & Halio
P.O. Box 747
Charleston, SC 29402

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Ave. South
Minneapolis, MN 55402

G.P. Hardy, III
Hardy & Johns
500 Two Houston Center
909 Fannin
Houston, TX 77010

James M. Harris, Jr.
Harris, Lively & Duesler
550 Fannin Street
Houston, TX 77701

Sherman S. Hee
1164 Bishop Street
Suite 1415
Honolulu, HI 96813

John R. Henderson
Brown, MCCarroll, Oaks, Hartline
2000 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201

John L. Hill, Jr.
Locke Liddell & Sapp
3400 Texas Commerce Tower
600 Travis Street
Houston, TX 77002

M. King Hill, III
Venable, Baetjer & Howard
210 Allegheny Ave
P.O. Box 5517
Towson, MD 21285

Timothy J. Hogan
Bierne, Maynard & Parsons
1300 Post Oak Blvd.
25th Floor
Houston, TX 77056

John H. Holloman III
Watkins, Ludlam, Winter & Stennis
P.O. Box 427
Jackson MS 39205

Russell J. Hoover
Jenner & Block
One IBM Plaza
Suite 4400
Chicago, IL 60611

H. Forest Horne, Jr.
Jones, Martin, Parris & Tessener Law
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

D.L. Jackson
Baron & Budd
3102 Oak Law Ave
Suite 1100
Dallas, TX 75219

Barry D. Jenkins
Jenkins & Parron
801 Cherry, Suite 2000
P.O. Box 1287
Forth Worth, TX 76102

William V. Johnson
Johnson & Bell, Ltd.
55 E. Monroe Street
Suite 4100
Chicago, IL 60603

Steven M. Jupiter
LeBlanc & Waddell
201 St. Charles Ave
Suite 3204
New Orleans, LA 70170

George J. Kacal, Jr.
Dunn, Kacal, Adams, Pappas & Law
One Riverway
Suite 1200
Houston, TX 77056

Jeffery T. Kale
Enserch Corporation
300 S. St. Paul
Suite 1200
Dallas, TX 75201

Jennifer A. Kinder
Baron & Budd
3102 Oak Law Avenue
Suite 1100
Dallas, TX 75219

Reginald S. Kramer
Oldham & Dowling
195 S. Main Street
Suite 300
Akron, OH 44308

Peter A. Kraus
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

Robert Kropp, Jr.
Geffner & Bush
3500 W. Olive Street
Suite 1100
Burbank, CA 91505

Craig T. Kugisaki
Pacific Tower
1001 Bishop Street, Suite 2727
Honolulu, HI 96813

John J. Kurowski
Kurowski & Bailey
24 Bronze Pointe
Belleville, IL 62226

Patrick J. Lamb
Butler, Rubin, Saltarelli & Boyd
1800 Three First National Plaza
70 W. Madison Street
Chicago, IL 60602

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Mickey P. Landry
Landry & Swarr
330 Camp Street
New Orleans, LA 70130

W.M. Lanier
Lanier Parker & Sullivan
1331 Lamar
Suite 1550
Houston, TX 77010

Bruce Earl Larson
Karr, Tuttle & Campbell
1201 3rd Avenue
Suite 2900
Seattle, WA 98101

Christopher P. Larson
Heyl & Royster
600 Bank One Building
124 Southwest Adams
Peoria, IL 61602

H. Seward Lawlor
Glasser & Glasser
580 E. Main Street
600 Crown Center
Norfolk, VA 23510

Sidney G. Leech
Goodell, DeVries, Leech & Dann
Commerce Plaza, 20th Floor
One South Street
Baltimore, MD 21202

Tom L. Lewis
Lewis, Huppert & Slovak
725 Third Avenue North
P.O. Box 2325
Freat Falls, MT 59403

Craig T. Liljestrand
Hinshaw & Culbertson
222 N. LaSalle Street
Suite 300
Chicago, IL 60601

Caren K. Lock
Kern & Wooley
5215 North O'Connor Blvd.
Suite 1700
Irving, TX 75039

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Richard P. Long
Warner & Meihofer, LLC
218 N. Jefferson
Suite 300
Chicago, IL 60661

Melodie M. Mabanta
Robinson, Woolson & O'Donnell
217 E. Redwood Street
Suite 1500
Baltimore, MD 21202

Leslie MacLean
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

Donald C. Machado
Central Pacific Plaza
220 S. King Street, Suite 2100
Honolulu, HI 96813

Eric Manchin
Kacske Reeves
6301 Gaston Ave
Suite 735
Dallas, TX 75214

Jerold T. Matayoshi
Fukunaga, Matayoshi, Hershey &
Ching
Davies Pacific Center, Suite 1200
841 Bishop Street
Honolulu, HI 96813

Christopher D. Mauriello
Wallace & Graham
525 N. Main Street
Salisbury, NC 28144

Edward J. McCambridge
Segal, McCambridge, Singer &
Mahoney
One IBM Plaza, Suite 200
330 North Wabash Avenue
Chicago, IL 60611

Silas W. McCharen
Daniel, Coker, Horton & Bell
P.O. Box 1084
111 E. Capitol Street, Suite 600
Jackson, MS 39215

Charles S. McCowan, Jr.
Kean, Miller, Hawthorne, et al.
One American Place, 22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821

Daneil W. McGrath
Hinshaw & Culbertson
222 N. Lasalle Street
Suite 300
Chicago, IL 60601

Kim M. Meaders
Crouch & Inabnett
2300 Fountain Place
1445 Ross Avenue
Dallas, TX 75202

Lewis Charles Miltenberger
Cordray, Goodrich & Miltenberger
108 W. 8th Street, Suite 500
Ft. Worth, TX 76102

Willard J. Moody, Jr.
Moody, Strople, Kloeppel & Basilone
500 Crawford Street
Commerce Bank Bldg., Suite 300
P.O. Box 1138
Portsmouth, VA 23705

Marty A. Morris
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

Ronald L. Motley
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Peter T. Paladino, Jr.
Ketchum Center, 3rd Floor
1030 Fifth Avenue
Pittsburgh, Pa 15219

Mark E. Rakoczy
Skadden, Arps, Slate, Meagher & Flom
333 W. Wacker Drive
Suite 2100
Chicago, IL 60606

Richard I. Nemeroff
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

Trevor L. Pearlman
Silber & Pearlman
2711 N. Haskell Ave
Suite 32
Dallas, TX 75204

William C. Reeves
Markow, Walker, Reeves & Anderson
805 S. Wheatley, Suite 475
P.O. Box 13669
Jackson, MS 39236

John Nishimoto
Ayabe, Chong, Nishimoto, Sia &
Nakamura
Pauahi Tower
1001 Bishop Street
Suite 2500
Honolulu, HI 96813

Ronald G. Peresich
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
759 Vieux Marche Mall
Biloxi, MS 39533

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Robert L. Norton
Jones & Granger
10000 Memorail Drive, Suite 888
P.O. Box 4340
Houston, TX 77210

Joseph S. Pevsner
Thompson & Knight
3300 First City Center
1700 Pacific Avenue
Dallas, TX 75201

Robert H. Riley
Schiff, Hardin & Waite
6600 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606

E.R. Nunnally
Bell, Nunnally & Martin
3232 McKinney Avenue
Suite 1400
Dallas, TX 75204

Joseph Stuart Pevsner
Thompson & Knight
1700 Pacific Avenue
Suite 3300
Dallas, TX 75201

Trudy Hartzog Robertson
Moore & Van Allen
P.O. Box 22828
Charleston, SC 29413

Michael F. O'Connor
Oliver, Lau, Lawhn, Ogawa &
Nakamura
Ocean View Center, Suite 600
707 Richards Street
Honolulu, HI 96813

Kent L. Plotner
Heyl & Royster
Mark Twain Plaza II, Suite 100
103 N. Main Street
P.O. Box 467
Edwardsville, IL 62025

Dawn Smith Rodrigue
LeBlanc & Waddell
The Essen Centre
5353 Essen Lane, Suite 420
Baton Rouge, LA 70809

John M. O'Quinn
O'Quinn & Laminack
2300 Lyric Centre Building
440 Louisiana Street
Houston, TX 77002

James B. Pressly, Jr.
Haynsworth Sinkler Boyd
75 Beattie Place
11th Floor
Greenville, SC 29601

Arthur F. Roeca
Roeca, Louie & Hiraoka
Davies Pacific Center, Suite 900
841 Bishop Street
Honolulu, HI 96813

James R. Old, Jr.
Germer & Gertz
805 Park Street
Beaumont, TX 77701

Robert A. Pritchard
Pritchard Law Firm
P.O. Drawer 1707
Pascagoula, MS 39568

John D. Roven
John Roven & Associates
2190 N. Loop West, Suite 410
Houston, TX 77018

Aimee H. Oyasato
White & Tom
820 Mililani Street, Suite 701
Honolulu, HI 96813

Christopher J. Raistrick
Bellande, Cheely, O'Flaherty, Sargis &
Ayers
19 S. LaSalle Street, Suite 1203
Chicago, IL 60603

Paul L. Sadler
Wellborn, Houston, Adkison Mann &
Sadler
P.O. Box 1109
Henderson, TX 75653

Stephanie Ann Scharf
Jenner & Block
One IBM Plaza
Suite 4400
Chicago, IL 60611

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Mark Steven Scudder
Strasburger & Price, L.L.P.
901 Main Street
Suite 4300
Dallas, TX 75202

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert L. Shuftan
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Cicago, IL 60606

Donald L. Sime
Hinshaw & Culbertson
110 North West Street
Waukegan, IL 60085

Melissa Skilken
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, Il 60606

Andrew C. Skinner
Skadden, Arps, Slate, Meagher
& Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Edward M. Slaughter
Foster & Sear
1201 North Watson
Suite 145
Arlington, TX 76006

Frank J. Wathen
Foster & Sear
1201 N. Watson
Suite 145
Arlington, TX 76006

Patrick C. Smith
Church & Houff, PA
2 North Charles Street, Suite 600
Baltimore, MD 21201

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert Spitkovsky
Johnson & Bell, Ltd.
222 North LaSalle Street
Suite 2200
Chicago, IL 60601

Joseph Stalmack
Joseph Stalmack & Associates, P.C.
5253 Hohman Avenue
Hammond, IN 46320

Minor C. Sumners, Jr.
1907 Dunbarton Drive
Suite F
Jackson, MS 39216

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Thomas R. Sylvester
Pacific Tower, Suite 2200
1001 Bishop Street
Honolulu, HI 96813

William K. Tapscott
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

Thomas W. Taylor
Andrews & Kurth
600 Travis
Suite 4200
Houston, TX 77002

Roy C. Williams
Colingo, Williams, Heidelberg, et al.
P.O. Box 1407
711 Delmas Avenue
Pascagoula, MS 39568

William M. Thomas
Fairchild, Price, Thomas & Haley
413 Shelbyville Street
P.O. Drawer 1719
Center, TX 75935

Michael P. Thornton
Thornton & Naumes, L.L.P.
100 Summer Street
30th Floor
Boston, MA 02110

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Willis R. Tribler
Tribler, Orpett & Crone
30 North LaSalle Street
Suite 2200
Chicago, IL 60602

Thomas W. Tyner
Aultman, Tyner, McNeese, Ruffin
& Yarborough
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403

Robert T. Varney
Robert T. Varney & Associates
121 N. Main Street
4th Floor
Bloomington, IL 61701

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502

Lawrence D. Wade
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS 38702

Michael R. Walzel
Stevens, Baldo & Freeman, L.L.P.
550 Fannin Street, Suite 400
P.O. Box 4950
Beaumont, TX 77704

Scott W. Wert
Foster & Sear
360 Place Office Park
1201 N. Watson, Suite 145
Arlington, TX 76006

Douglas P. Wilson
Wilson Law Offices
200 Firstar Bank Building
6405 North Cosby Avenue
Kansas City, MO 64151

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Troyce G. Wolf
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

Eric D. Wewers
DeHay & Elliston, L.L.P.
3500 NationsBank Plaza
901 Main Street
Dallas, TX 75202

Dawn M. Wright
Thompson & Knight
1700 Pacific Ave.
Suite 3300
Dallas, TX 75201

Kenneth Charles Whalen
Moody, Strople, Kloeppel & Basilone
9280 Bay Plaza Blvd.
Bay Plaza II, Suite 714
Tampa, FL 33619

Jamshyd M. Zadeh
Bourland Kirkman Seidler & Evans
201 Main Street
Suite 1400
Fort Worth, TX 76102

Clay M. White
Sammons & Parker, P.C.
218 North College
Tyler, TX 75702

Ellen B. Furman
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Daniel B. White
Gallivan, White & Boyd, P.A.
P.O. Box 10589
Greenville, SC 29603

Robert E. Thackston
3200 Allied Bank Tower
1445 Ross Avenue
Dallas, TX 75202

Robert W. Wilkinson
Dogan & Wilkinson
P.O. Box 1618
726 Delmas Avenue
Pascagoula, MS 39568

Alan B. Rich
Baron & Budd
3102 Oak Law Avenue
Suite 1100
Dallas, TX 75219

Gene M. Williams
Mehaffy & Weber, P.C.
P.O. Box 16
Beaumont, TX 77002