JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 19 2002

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
## PLAINTIFFS' CONSOLIDATED NOTICE OF OPPOSITION
## PURSUANT TO RULE 12 OF THE RULES OF PROCEDURE
## OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Pursuant to Rule 12(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the plaintiffs hereby file Notice of Opposition to the Conditional Transfer Order entered on February 8, 2002, in the above-cited cases by the Clerk of the Panel transferring these actions to U.S. District Court for the Eastern District of Pennsylvania (MDL Docket NO. 875).

In accordance with Rule 12(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the plaintiffs, within 15 days of the filing of this Notice of Opposition, will file a motion to vacate the Conditional Transfer Order and brief in support thereof.

Respectfully submitted,

BROWN, TERRELL, HOGAN, ELLIS,
McCLAMMA & YEGELWEL, P.A.

*Anita Pryor*

WAYNE HOGAN, #142460
ANITA C. PRYOR, #0798916
8th Floor Blackstone Building
233 East Bay Street
Jacksonville, FL 32202
(904) 632-2424
Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by facsimile and U.S. Mail to Mr. Michael J. Beck, Clerk of the Panel, One Columbus Circle, NE, Thurgood Marshall Federal Judiciary Building, Room G-255, North Lobby, Washington, DC 20002-8004 this 14th day of February, 2002.

*Anita Pryor*
ANITA C. PRYOR

**OFFICIAL FILE COPY**

IMAGED FEB 22 '02

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
DOCKET NO. 875

FEB 19 2002

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
CONDITIONAL TRANSFER ORDER CTO-210

RE: Edmond J. Collins v. Honeywell International, Inc., f/k/a AlliedSignal, Inc., successor-in-interest to Bendix Corp. et al.,
Docket No.: 3:01-cv-1370-J-21HTS
United States District Court for the Middle District of Florida Jacksonville Division

Harland D. Trimble v. Honeywell International, Inc., f/k/a AlliedSignal, Inc., successor-in-interest to Bendix Corp. et al.,
Docket No.: 3:01-cv-1445-J-21TJC
United States District Court for the Middle District of Florida Jacksonville Division

Tony Holdiness v. Honeywell International, Inc., f/k/a AlliedSignal, Inc., successor-in-interest to Bendix Corp. et al.,
Docket No.: 3:01-cv-1461-J-16TEM
United States District Court for the Middle District of Florida Jacksonville Division

Johnny E. Curry v. Honeywell International, Inc., f/k/a AlliedSignal, Inc., successor-in-interest to Bendix Corp. et al.,
Docket No.: 3:01-cv-1462-J-16TJC
United States District Court for the Middle District of Florida Jacksonville Division

James T. Lewis v. Honeywell International, Inc., f/k/a AlliedSignal, Inc., successor-in-interest to Bendix Corp. et al.,
Docket No.: 3:01-cv-1463-J-16TJC
United States District Court for the Middle District of Florida Jacksonville Division

Robert P. Slaten, v. Honeywell International, Inc., f/k/a AlliedSignal, Inc., successor-in-interest to Bendix Corp. et al.,
Docket No.: 3:01-cv-1464-J-16TEM
United States District Court for the Middle District of Florida Jacksonville Division

Benjamin C. Blackburn, deceased, v. Honeywell International, Inc., f/k/a AlliedSignal, Inc., successor-in-interest to Bendix Corp. et al.,
Docket No.: 3:01-cv-1465-J-16TJC
United States District Court for the Middle District of Florida Jacksonville Division

Archie B. Williams, jr., deceased, v. Honeywell International, Inc., f/k/a AlliedSignal, Inc., successor-in-interest to Bendix Corp. et al.,
Docket No.: 3:01-cv-1469-J-16TJC
United States District Court for the Middle District of Florida Jacksonville Division

Chandler J. Crumbley, deceased, v. Honeywell International, Inc., f/k/a AlliedSignal, Inc., successor-in-interest to Bendix Corp. et al.,
Docket No.: 3:01-cv-1470-J-16TJC
United States District Court for the Middle District of Florida Jacksonville Division