JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 20 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Clement S. Lee, et al. v. Owens-Illinois, Inc., et al.*, D. Hawaii, C.A. No.1:01-797

### ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE MARCH 21, 2002 HEARING SESSION

A conditional transfer order was filed in this action (*Lee*) on December 28, 2001. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Lee* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. *Lee* was then remanded to Hawaii state court by the Honorable Robert E. Jones in an order filed on February 13, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-209" filed on December 28, 2001, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 15, 2002, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

IMAGED FEB 22 '02