

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 20 2002

FILED
CLERK'S OFFICE

# KIRKLAND & ELLIS
PARTNERSHIPS INCLUDING PROFESSIONAL CORPORATIONS

200 East Randolph Drive
Chicago, Illinois 60601

(312) 861-2000

Douglas Smith
To Call Writer Directly:
(312) 861-3374

Facsimile:
312-861-2200

February 19, 2002

**Via Federal Express**

Michael J. Beck, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Washington, D.C. 20002

Re:   CTO-209 entered in MDL-875 - In re Asbestos Products Liability
      Litigation (No. VI)

Dear Mr. Beck:

I am enclosing some supplemental authority in support of the Response of DaimlerChrysler Corporation, Ford Motor Company, and General Motors Corporation to Plaintiffs' Motion to Vacate CTO-209. In the attached order, the U.S. Court of Appeals for the Seventh Circuit recently granted the automobile manufacturers' petition for mandamus and ruled that a federal district court had no authority to remand friction product claims brought against the automobile manufacturers, which were the subject of the December 10 provisional transfer order entered by the Honorable Alfred M. Wolin.

The Seventh Circuit reasoned that "[t]he December 10th provisional transfer order effectively transferred the cases pending in the Southern District of Illinois to the District of Delaware. . . . Accordingly, the Southern District of Illinois no longer had jurisdiction over the cases, and Chief Judge Murphy lacked the authority to remand the cases to Illinois state court. The remand order therefore must be recalled as improvidently granted." As the court observed, the friction product claims are "currently pending before the Third Circuit," which has temporarily stayed Judge Wolin's remand order. Accordingly, plaintiffs' request that this Panel remand the friction product claims that are the subject of CTO-209 should be denied.

Sincerely,

Douglas Smith

Enclosure
cc:   All Counsel of Record

London          Los Angeles          New York          Washington, D.C.

**OFFICIAL FILE COPY**   IMAGED FEB 22 '02

FEB-15-2002 16:52  Case MDL No. 875  Document 3436  Filed 02/20/02  Page 2 of 8
USCA 7th CIRCUIT                                    312 408 5037  P.02/03
                                                    JUDICIAL PANEL ON
                                                    MULTIDISTRICT LITIGATION

                                                    FEB 20 2002

                                                    FILED
                                                    CLERK'S OFFICE

# United States Court of Appeals

*For the Seventh Circuit*
*Chicago, Illinois 60604*

Submitted February 6, 2002
Decided February 15, 2002

*Before*

Hon. DANIEL A. MANION, Circuit Judge

Hon. MICHAEL S. KANNE, Circuit Judge

Hon. DIANE P. WOOD, Circuit Judge

| | |
|---|---|
| IN RE: GENERAL MOTORS CORPORATION and DAIMLERCHRYSLER CORPORATION, Petitioners. | ] Petition for a Writ ] of Mandamus. ] |
| No. 02-1273 | ] ] No. 01 C 794 ] ] G. Patrick Murphy, ]    Chief Judge. |

The following is before the court: PETITION FOR WRIT OF MANDAMUS, filed on February 4, 2002, by counsel for the petitioners.

The petitioners, General Motors and DaimlerChrysler, ask this court to vacate the order issued by Chief Judge Murphy on January 29, 2002, remanding to Illinois state court 155 personal injury and wrongful death cases. They argue that Chief Judge Murphy lacked the authority to enter the remand order because the cases already had been transferred to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 157(b)(5), for consideration with a Chapter 11 bankruptcy case pending before the court.

On December 10, 2001, Judge Wolin, sitting by designation in the District of Delaware, entered an order provisionally transferring the cases to the District of Delaware. Judge Wolin also scheduled a hearing to consider the pending motions to transfer and to determine whether federal subject matter jurisdiction exists over the cases. As the Fourth Circuit has acknowledged, a district court can enter a

No. 02-1273                                                                          2

provisional transfer fixing venue before it and then conduct the necessary inquiries before entering a final transfer order. *A.H. Robins v. Piccinin*, 788 F.2d 994, 1015-16 (4th Cir. 1986)). Such a provisional order brings all the pending suits before the transferee court "for the time being." *Id.* at 1015.

The December 10th provisional transfer order effectively transferred the cases pending in the Southern District of Illinois to the District of Delaware. The order contemplated an immediate transfer, and no further action was necessary to effectuate the transfer. Accordingly, the Southern District of Illinois no longer had jurisdiction over the cases, and Chief Judge Murphy lacked the authority to remand the cases to Illinois state court. The remand order therefore must be recalled as improvidently granted. *See In re Continental Casualty Co.*, 29 F.3d 292, 295 (7th Cir. 1994).

We note that on February 8, 2002, Judge Wolin conducted the contemplated hearing and, like Chief Judge Murphy, determined that the federal courts lack subject matter jurisdiction over the cases. Judge Wolin ordered the cases remanded to the state courts from which they were removed. Because the cases at issue were already before the District of Delaware, the cases are now subject to Judge Wolin's February 8th remand order. The petitioners, however, have appealed the February 8th order, and the Third Circuit has temporarily stayed the remand order.

For the foregoing reasons, **IT IS ORDERED** that the petition for writ of mandamus is **GRANTED**. Chief Judge Murphy shall recall his remand. The cases were transferred to the District of Delaware on December 10, 2001, and are among the cases currently pending before the Third Circuit.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 2 0 2002

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I, Douglas G. Smith, hereby certify that I caused a true and correct copy of the foregoing letter to be served via United States mail to all counsel of record on the attached service list on the 19th day of February, 2002.

Douglas G. Smith

INVOLVED COUNSEL FOR SCHEDULE CTO-209
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

John E. Ansbach
Heygood Orr & Reyes
4245 North Central Expressway
6th Floor
Dallas, TX 75205

Paula H. Blazek
Bernsen, Jamail & Goodson, LLP
550 Fannin Street
P.O. Box 4915
Beaumont, TX 77004

Lisa N. Busch
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

Mel Bailey
Bailey Crowe & Kugler
4600 Bank of America Plaza
901 Main Street
Dallas, TX 75202

Jack L. Block
Sachnoff & Weaver, Ltd.
30 South Wacker Drive
29th Floor
Chicago, IL 60606

Isaac K. Byrd, Jr.
Byrd & Associates
P.O. Box 19
Jackson, MS 39205

David A. Barfield
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207

Leslie J. Bobo
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225

Larry G. Canada
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square, Suite 4040
701 Poydras Street --
New Orleans, LA 70139

David B. Barlow
Sidley, Austin, Brown & Wood
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603

John J. Boyd, Jr.
Lord & Whip, P.A.
120 West Layette Street
800 One Center Plaza
Baltimore, MD 21201

James R. Carter
Carter Law Offices
Commerce Bank Building, Suite 529
416 Main Street
Peoria, IL 61602

Steven T. Baron
Silber & Pearlman
2711 North Haskell Ave.
Suite 32
Dallas, TX 75204

Michael J. Brickman
Ness, Motley, Loadholt, Richardson & Poole
P.O. Box 1137
Charleston, SC 29401

Michael P. Cascino
Cascino Vaughan Law Offices
403 West North Avenue
Chicago, IL 60610

Thomas P. Bernier
Goldfein & Hosmer
217 E. Redwood Street
21st Floor
Baltimore, MD 21202

Pamela T. Broache
Lord & Whip, P.A.
800 Once Center Plaza
120 West Layette Street
Baltimore, MD 21201

Michael P. Casey
Lewis, Rice & Fingersh
500 North Broadway, Suite 200
St. Louis, MO 63102

V. Brian Bevon
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

W. Scott Brown
Forman, Perry, Watkins, Krutz & Tardy
1515 Poydras Street
Suite 1420
New Orleans, LA 70112

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 2220
3112 Canty Street
Pascagoula, MS 39569

Paul V. Cassisa, Jr.
Bernard, Cassisa, Elliott & Davis
P.O. Box 1138
Oxford, MS 38655

William T. Causby
Nelson, Mullins, Riley & Scarborough
Keenan Building, 3rd Floor
1330 Lady Street
P.O. Box 11070
Columbia, SC 29211

Damon J. Chargois
Foster & Sear
1201 N. Watson
Suite 145
Arlington, TX 76006

Daniel J. Cheeley
Bellande Cheeley, O'Flaherty, Sargis & Ayres
19 S. LaSalle Street, Suite 1203
Chicago, IL 60603

Stanley M. Chow
Char, Hamilton, Campbell & Thom
Mauka Tower, Suite 2100
737 Bishop Street
Honolulu, HI 93813

Adam M. Chud
Shea & Gardner
1800 Massachusetts Ave., N.W.
Washington, DC 20036

David W. Clark
Bradley, Arant, Rose & White
188 E. Capitol Street, Suite 450
P.O. Box 1789
Jackson, MS 39215

Gregory L. Cochran
McKenna, Storer, Rowe, White & Farrug
200 N. LaSalle Street, Suite 3000
Chicago, IL 60601

J.P. Coleman
Baker, Donelson, Bearman & Caldwell
P.O. Box 14167
Jackson, MS 39236

P.J. Cone
Ness, Motley, Loadholt, Richardson & Poole
2202 Jackson Street
P.O. Box 365
Barnwell, SC 29812

P.J. Cone, II
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

John F. Conley
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 E. Main Street
Norfolk, VA 23510

Larry E. Cotten
Kirkley, Schmidt & Cotten
City Center II, Suite 2700
301 Commerce Street
Fort Worth, TX 76102

Kaye N. Courington
Duncan & Courington, LLC
322 Lafayette Street
New Orleans, LA 70130

Ronald B. Cox
Bowers, Orr & Dougall
P.O. Box 25389
Columbia, SC 29224

Edward M. Crane
Skadden, Arps, Slate, Meagher & Flom
333 W. Wacker Drive
Suite 2100
Chicago, IL 60606

Andrew J. Cross
Polsinelli, Shalton & Welte
100 S. Fourth Street
Suite 1100
St. Louis, MO 63102

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Charles P. Dargo
Bruce P. Clark & Associates
Harrison Ridge Square
419 Ridge Road
Munster, IN 46321

William S. Davies, Jr.
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Building, 3rd Floor
P.O. Box 11070
Columbia, SC 29211

Maxon R. Davis
Davis, Hatley, Haffeman & Tighe
100 River Drive North, 3rd Floor
Box 2103
Great Falls, MT 59401

L. Richard DeRobertis
Galiher, DeRobertis, Nakamura, Ono & Takitani
610 Ward Avenue, Suite 200
Honolulu, HI 96814

Mike Desautels
Delaney & Desautels
80 Wolf Road
6th Floor
Albany, NY 12205

Dennis J. Dobbels
Polsinelli, Shalton & Welte
700 W. 47th Street
Suite 1000
Kansas City, MO 64112

David W. Dogan, III
Dogan & Wilkinson
P.O. Box 23062
Jackson, MS 39225

Thomas F. Dougall
Bowers, Orr & Dougall, LLP
P.O. Box 25389
Columbia, SC 29224

Jerome J. Duchowicz
O'Hagan, Smith & Amundsen, LLC
150 N. Michigan Avenue
Suite 3300
Chicago, IL 60601

David Duke
Duke Law Firm
201 E. Abram
Suite 760
Arlington, TX 76010

Maja C. Eaton
Sidley, Austin, Brown & Wood
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603

Gary D. Elliston  
DeHay & Elliston  
3500 Bank of America Plaza  
901 Main Street  
Dallas, TX 75202  

James T. Estes, Jr.  
Burke, Sakai, McPheeters, et al.  
Grosvenor Center, Mauka Tower  
737 Bishop Street  
Honolulu, HI 96813  

C. Michael Evert, Jr.  
Evert & Weathersby  
3405 Piedmont Road, N.E.  
Suite 225  
Atlanta, GA 30305  

James J. Fabian  
Pfeifer & Fabian  
326 Saint Paul Place  
Suite 100  
Baltimore, MD 21202  

Mark J. Fellman  
Fellman Law Office  
213 4th Street, East  
Suite 200  
St. Paul, MN 55101  

Richard Young Ferguson  
Johnson, Ferguson, Pipkin & Phillips  
4900 Woodway  
Suite 1100  
Houston, TX 77056  

Matthew J. Fischer  
Schiff, Hardin & Waite  
233 S. Wacker Drive  
6600 Sears Tower  
Chicago, IL 60606  

James L. Fletcher, Jr.  
Duncan & Dourington  
322 Lafayette Street  
New Orleans, LA 70130  

James T. Foley  
Foley & Boyd  
First City Place  
Suite 404  
Tyler, TX 75702  

Raymond P. Forceno  
Forceno & Hannon  
Philadelphia Bourse Building  
Suite 1000  
Independence Mall East  
Philadelphia, PA 19106  

Richard L. Forman  
Forman, Perry, Watkins, Krutz & Tardy  
P.O. Box 22608  
Jackson, MS 39225  

Laura A. Frase  
Forman, Perry, Watkins, Krutz & Tardy  
1349 Empire Central  
Suite 400  
Dallas, TX 75247  

Ellen B. Fursman  
Goldfein & Joseph  
1600 Market Street  
33rd Floor  
Philadelphia, PA 19103  

William Allen Galerston  
Kleberg Law Firm  
1800 Bering  
Suite 400  
Houston, TX 77057  

James D. Gandy, III  
Pierce, Herns, Sloan & McLeod  
P.O. Box 22437  
Charleston, SC 29413  

Beverly D. Garner  
11720 Borman Drive  
P.O. Box 28500  
St. Louis, MO 63146  

Mark W. Garriga  
Butler, Snow, O'Mara, Stevens & Cannada  
P.O. Box 22567  
Jackson, MS 39225  

William P. Gavin  
Gavin Law Firm  
17 Park Place  
Professional Centre  
Belleville, IL 62226  

Charles H. Gibbs, Jr.  
Sinkler & Boyd  
P.O. Box 340  
Charleston, SC 29402  

Robert L. Gibbs  
Brunini, Grantham, Grower & Hewes  
248 E. Capitol Street  
P.O. Box 119  
Jackson, MS 39205  

Donald E. Godwin  
Godwin, White & Gruber, P.C.  
901 Main Street  
Suite 2500  
Dallas, TX 75202  

William F. Goodman, III  
Watkins & Eager  
P.O. Box 650  
Jackson, MS 39205  

Demarcus J. Gordon  
Johnson & Bell  
55 E. Monroe Street  
Suite 4100  
Chicago, IL 60603  

Kenneth M. Gorenberg  
Wilman, Harrold, Allen & Dixon  
225 W. Wacker Drive  
Suite 2800  
Chicago, IL 60606  

Leonard R. Gouveia, Jr.  
888 Mililani Street  
8th Floor  
Honolulu, HI 96813  

Dennis J. Graber  
Hinshaw & Culbertson  
521 W. Main Street  
Suite 300  
Belleville, IL 62222  

Robert M. Greenberg  
Law Office of Robert Greenberg  
1201 N. Watson Road  
Suite 117  
Arlington, TX 76006

Case MDL No. 875   Document 3436   Filed 02/20/02   Page 8 of 8