MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

FEB 21 2002

FILED
CLERK'S OFFICE

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)
## MDL DOCKET NO. 875

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | Civil Action No.: |
|---|---|
| Obert Amble, | A2-01-144 |
| Arne W. Christianson, | A2-01-141 |
| Clinton T. Dowling, | A2-01-145 |
| Myles Drellack, | A2-01-143 |
| Coralee Erickson, individually and as personal representative on behalf of the Estate of Elven C. Gade, deceased, | A3-01-147 |
| Edwin Gartner, | A3-01-146 |
| Judy Saragoza, Mary Keiser, Dale Sieglock, and James Sieglock, individually, and as personal representative of the Estate of Leo L. Sieglock, deceased; | A2-01-142 |

Plaintiffs,

vs.

Daimler Chrysler, Ford Motor Company and General Motors Corporation,

Defendants.

### NOTICE OF OPPOSITION TO TRANSFER

Come now Plaintiffs and file this Notice of Opposition to the Conditional Transfer Order (CTO-210) entered by the Panel on February 8, 2002.

Obert Amble, Civil Action No. A2-01-144; Arne W. Christianson, Civil Action No. A2-01-141; Clinton T. Dowling, Civil Action No. A2-01-145; Myles Drellack, Civil Action No. A2-

1

**OFFICIAL FILE COPY** IMAGED FEB 22 '02

FEB.19'2002 11:34 701 775 2520    THOMPSON LAW OFFICE    #3570 P.003/003
Case MDL No. 875   Document 3437   Filed 02/21/02   Page 2 of 2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 21 2002

FILED
CLERK'S OFFICE

<u>01-143; Coralee Erickson, individually and as personal representative on behalf of the Estate of Elven C. Gade, deceased, Civil Action No. A3-01-147; Edwin Gartner, Civil Action No. A3-01-146; Judy Saragoza, Mary Keiser, Dale Sieglock, and James Sieglock, individually, and as personal representative of the Estate of Leo L. Sieglock, deceased, Civil Action No. A2-01-142; vs. Daimler Chrysler, Ford Motor Company and General Motors Corporation</u>, is pending in the United States District Court for the District of North Dakota, Northeastern Division. Pursuant to Panel Rule 7.4(c), the plaintiffs hereby file this **Notice of Opposition** to notify the Panel of the plaintiffs' opposition to transfer of this action to the United States District Court for the Eastern District of Pennsylvania.

Pursuant to Panel Rule 7.4(d), plaintiffs shall file, within 15 days of the filing of this notice, their motion to vacate the above-referenced conditional transfer order, with a brief in support thereof.

_____
DAVID THOMPSON, P.C.
David C. Thompson
321 Kittson Avenue
P.O. Box 5235
Grand Forks, ND 58206-5235
701-775-7012
701-775-2520 (Facsimile)

_____
BOECHLER, P.C.
Jeanette T. Boechler
1120 28th Avenue North, Suite A
P.O. Box 1932
Fargo, ND 58107-1932
701-237-3071
701-237-9035 (Facsimile)

**Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Notice of Opposition has been served by facsimile on all counsel of record on this 19th day of February, 2002.

_____
David C. Thompson

2