MDL-875

## ODOM & ELLIOTT, P.A.
### ATTORNEYS AT LAW

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 21 2002

FILED
CLERK'S OFFICE

**MEMBERS OF THE FIRM**
BOBBY LEE ODOM
DON R. ELLIOTT, JR.
RUSSELL B. WINBURN
J. TIMOTHY SMITH
CONRAD T. ODOM
JENNIFER WHEELER HASKINS
TRAVIS W. FORD

MAILING ADDRESS
P.O. DRAWER 1868
FAYETTEVILLE, AR 72702

STREET ADDRESS
1 E. MOUNTAIN
FAYETTEVILLE, AR 72701

(479) 442-7575
FAX (479) 442-9008

JEFFERY J. BOEN
ADMINISTRATOR

February 14, 2002

Via Facsimile (202) 502-2888 & Regular Mail
Mr. Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
  Judiciary Building, Room G-255, N. Lobby
Washington, DC 20002

RE: MDL – 875 – In re Asbestos Products Liability Litigation (No. VI)
CTO 210
In the United States District Court for the Western District of Arkansas
Nos. 1 01-1162; 2 01-2316; 5 01-5255; 5 01-5257; 5 01-5258

Dear Mr. Beck:

Please be advised that plaintiffs are notifying their court of the opposition to conditional transfer order No. 210 as it relates to the above-referenced actions. Pursuant to Rule 7.4(b) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, I am notifying the court that these cases have been remanded to state court. Under these circumstances, I assume that it is not necessary for me to file a consolidated Motion and Brief to Vacate the conditional transfer order. If this is incorrect, please advise.

Sincerely,

Russell B. Winburn
RBW/ls
opeiu 105, afl-cio

**OFFICIAL FILE COPY**   IMAGED FEB 22 '02