MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 21 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS § 
LIABILITY LITIGATION (No. VI) §   MDL DOCKET NO. 875
§
§

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES H. JONES and ROSEMARY JONES; RAYMOND GAUTHIER and DONNA GAUTHIER; ANTHONY KLAN and EMMA KLAN; DALE B. BOYNTON and DOROTHY MAE BOYNTON; SHIRLEY ANNE HILL, Individually and as Personal Representative of the Heirs and Estate of ALLEN T. HILL, Deceased; REUBEN ASCHENBRENNER and GERALDINE M. ASCHENBRENNER; CYRIL A. EDWARD and FLORENCE C. EDWARD; NEVA JO MEIER and RONALD MEIER, *Plaintiffs* <br><br> v. <br><br> AcandS, INC., et al <br><br> *Defendants.* | CIVIL ACTION NO. H-01-4061 |

## NOTICE OF OPPOSITION TO TRANSFER

Come now Plaintiffs in the above-referenced cause of action and file this Notice of Opposition to the Conditional Transfer Order (CTO-210) entered by the Panel on February 8, 2002.

1

**OFFICIAL FILE COPY** IMAGED FEB 22 '02

JAMES H. JONES, ROSEMARY JONES, RAYMOND GAUTHIER, DONNA GAUTHIER, ANTHONY KLAN, EMMA KLAN, DALE B. BOYNTON, DOROTHY MAE BOYNTON, SHIRLEY ANNE HILL, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE HEIRS AND THE ESTATE OF ALLEN T. HILL, DECEASED, RUBEN ASCHENBRENNER, GERALDINE M. ASCHENBRENNER, CYRIL A. EDWARDS FLORENCE C. EDWARDS, NEVA JO MEIER and RONALD MEIER ("Jones Claimants") v. AcandS, et al, No. H-01-4061; which was pending in the United States District Court Southern District of Texas, Houston Division. Pursuant to Panel Rule 7.4(c), the plaintiffs file this notice of opposition to apprise the Panel of their opposition to transfer.

Pursuant to Panel Rule 7.4(d), plaintiffs shall file, within 15 days of the filing of this notice, their motion to vacate conditional transfer order and supporting brief.

Respectfully submitted,

*[signature]*

Brent W. Coon
Texas State Bar No. 04769750
Southern District of Texas Bar No. 9308
Lou Thompson
Texas State Bar No. 00789677
Southern District of Texas Bar No. 17635
Brent Coon & Associates
917 Franklin, Suite 210
Houston, Texas 77002
Phone: (713) 224-5949
Fax: (713) 227-2018

Feb 19 02 04:40p   Brent Coon & Associates   713-227-2018   p.5
Case MDL No. 875   Document 3439   Filed 02/21/02   Page 3 of 3

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 21 2002

FILED
CLERK'S OFFICE

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition has been served by facsimile on all counsel of record on this 19th day of February, 2002.

*[signature]*
Lou Thompson