Sent By: Lipsitz & Ponterio, LLC; 716 849 0708; Feb-21-02 4:52PM; Page 2
Case MDL No. 875 Document 3442 Filed 02/22/02 Page 1 of 2
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
FEB 22 2002
FILED
CLERK'S OFFICE

# MDL 875

## LIPSITZ & PONTERIO, LLC
### ATTORNEYS AT LAW

JOHN P. COMERFORD*
NAN L. HAYNES
AMY R. LAMENDOLA*
JOHN NED LIPSITZ
NEIL J. McKINNON**
MICHAEL A. PONTERIO

NICHOLAS CHURCHILL
*LEGAL ASSISTANT*

\* also admitted in Massachusetts
\*\* also admitted in District of Columbia

135 DELAWARE AVENUE
SUITE 506
BUFFALO, NEW YORK 14202-2410
(716) 849-0701

FAX: (716) 849-0708
(NOT FOR SERVICE OF PROCESS)

WEB: WWW.ASBESTOSATTY.COM
E-MAIL: ASBESTOS@ASBESTOSATTY.COM

OF COUNSEL:
HENRY D. GALERIK

NIAGARA FALLS OFFICE:

345 THIRD STREET, SUITE 450
P.O. BOX 788
NIAGARA FALLS, NY 14303
TELEPHONE: (716) 804-0517

(PLEASE ADDRESS ALL
CORRESPONDENCE TO BUFFALO OFFICE)

February 21, 2002

## NOTICE OF OPPOSITION TO TRANSFER

**VIA TELEFAX AND FEDEX**

Michael J. Beck
Clerk of the Panel
Judicial Panel of Multidistrict Litigation
One Columbus Circle N.E.
Thurgood Marshall Federal
Judiciary Building
Room G-255 North Lobby
Washington, DC 20002-8004

Re: David Besanceney, Grace Besanceney,
and Raymond J. Stefanski v. AlliedSignal, Inc., et al.
01-CV-864A(F);
Kelly v. A.C.and S., Inc., et al.
01-CV-861;
Ozga v. AlliedSignal, Inc., et al.
01-CV-874A(F);
Scalzo v. AlliedSignal, Inc., et al.
01-856A(F)

Dear Mr. Beck:

Lipsitz & Ponterio, LLC represents the plaintiffs in the above-referenced actions for personal injuries caused by exposure to asbestos. We oppose transfer of this matter from the Western District of New York to the Eastern District of Pennsylvania.

The above actions were filed in New York State Supreme Court between November 1999 and July 2001. On November 21, 2001, those actions were improperly removed from State Court

IMAGED FEB 28 '02    OFFICIAL FILE COPY    6

February 21, 2002
Page 2

to the United States District Court, Western District of New York by DaimlerChrisler Corporation, Ford Motor Company, and General Motors Corporation. Shortly thereafter, Honeywell International, Inc. and Mack Truck, Inc. filed groundless notices of Removal in some of the above named actions as well. On January 3, 2002, I filed notices of Motion to Remand. To date, the Western District of New York has not set a hearing to rule upon plaintiffs' Motions to Remand. Moreover, the Honorable Alfred M. Wolin has recently held that the Federal District Courts lack subject matter jurisdiction over these actions, and has ordered that they be directly remanded back to the state courts from which they were removed. We object to any transfer since the Western District of New York lacks proper subject matter over these actions, and also since these actions were improperly transferred to the MDL Panel before the Western District of New York ruled upon plaintiffs' Motions to Remand.

Pursuant to Panel Rule 7.4(c), the plaintiffs file this notice of opposition to apprise the Panel of their opposition to transfer.

Pursuant to Panel Rule 7.4, plaintiffs shall file within 15 days of the filing of this notice, their motion to vacate conditional transfer order and supporting brief.

Respectfully submitted,

John P. Comerford, Esq.
LIPSITZ & PONTERIO, LLC
135 Delaware Avenue, Suite 506
Buffalo, New York 14202
(716) 849-0701

JPC:arl

cc: Terrance P. Flynn, Esq.
    (via telefax)