MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 22 2002

FILED
CLERK'S OFFICE

# BARON & BUDD

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
SUITE 1100
3102 OAK LAWN AVENUE
DALLAS, TEXAS 75219-4281
(214) 521-3605
TELECOPIER (214) 520-1181

FREDERICK M. BARON
RUSSELL W. BUDD
BRENT M. ROSENTHAL
LISA A. BLUE, Ph.D.
MARY E. SKELNIK
STEVEN D. WOLENS
MELISSA K. HUTTS
ROBERTA E. ASHKIN*
STEVE BAUGHMAN JENSEN
ALLEN M. STEWART
RICHARD I. NEMEROFF
LISA R. KIVETT
LEANNE JACKSON
LAURA BAUGHMAN
ELIZABETH R. SCHICK

SPECIAL COUNSEL:
ELLEN A. PRESBY

DIANE M. ANDREW*
SAM T. RICHARD
CHRISTINA E. MANCUSO

LAURIE J. MEGGESIN
SCOTT MORRISON
WESLEY K. YOUNG
STEPHEN C. JOHNSTON
MISTY A. FARRIS
WILLIAM K. TAPSCOTT, JR.
ASHLEY HIGGINS JETER
BEN K. DuBOSE
AMY J. SHAHAN
TAERI IM OH
SUSAN L. BOZORTH*
LADD R. GIBKE
ANN TUTOKY HARPER
ALAN B. RICH
JESSICA T. HUDGINS
CAREN LOCK HANSON
KIM LEVINGSTON
LAWRENCE G. GETTYS*
KEVIN D. McHARGUE
ALICIA D. BUTLER
JORDAN C. FOX*

ALEX BARLOW
KAMELA A. WILKINSON
*PATRICK O'NEAL
JOHN E. ANSBACH
ANDREA S. BOURNE
JENNYFER BARBER GRAY
VIRGINIA L. ADAMS
*JOSEPH W. BELLUCK
JOYCELL M. HOLLINS
WENDY C. TRIPODI
MARTY A. MORRIS
LAURA S. MONDELLO
IGNACIO BARBERO
TAD GROUND
STEPHANIE A. FINCH
J. CATHERINE GILLIS
JAMES D. PIEL
SCOTT R. FRIELING
THOMAS M. SIMS
JOHN J. SPILLANE
DANA M. GRAY

NATALIE F. DUNCAN
MONTY WADE SULLIVAN
ALLEN R. VAUGHT
JENNIFER K. BRITTON
*DANIEL C. BURKE
AMY M. CARTER
ANN L. R. COLE
FRANK E. GOODRICH
CARLA M. BURKE
SCOTT L. FROST
TIFFANY NEWLIN
CATHERINE G. ZILAHY
CRAIG M. SCHUMACHER
JACQUELINE MONTEJANO
S. ANN SAUCER
JULIANNE J. MAERSCHEL
BRIAN P. MIN
REY FERNÁNDEZ
EDMOND L. MARTIN
DONNA J. BLEVINS
STEPHANIE N. BROOKS
DAVID T. RITTER

*LICENSED IN STATES OTHER THAN TEXAS

February 20, 2002

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
 Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

**Via Federal Express**

In re:   Asbestos Product Liability Litigation (No. VI); MDL-875
         CTO-209

Dear Mr. Beck:

I have before me a letter dated February 14, 2002 which counsel for the Big Three Automakers sent you. The transcript attached to the letter is perfectly clear and needs no potentially misleading gloss placed upon it. Suffice it to say that Judge Wolin's remand order certainly did not remand cases to state court which, prior to the Big Three's mass removal program, had already been transferred to Judge Wiener in MDL 875. Obviously, the cases subject now to CTO-209 have *not* been transferred to Judge Weiner, as the transfer of those cases are stayed by operation of the Multidistrict Rules given the oppositions and motions to vacate. To the extent that the letter from the Big Three's counsel implies that the cases which are the subject of CTO-209 (or CTO-210 for that matter) are not affected by Judge Wolin's remand order, that is certainly not true.

Very truly yours,

Alan B. Rich

ABR/da
cc:   Counsel on Service List, via U.S. Mail

J:\ALAN\MDL\Letter to Michael J. Beck re CTO-209.wpd

**OFFICIAL FILE COPY**

IMAGED FEB 28 '02

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 2 2 2002

FILED
CLERK'S OFFICE

PANEL SERVICE LIST (Excerpted from CTO-209)
DOCKET NO. 875
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Richard C. Binzley
127 Public Square
3900 Key Center
Cleveland, OH  44114

David A. Damico
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA  15222

Susan M. Hansen
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN  55402

Reginald S. Kramer
195 S. Main Street, Suite 300
Akron, OH  44308

Ronald L. Motley
28 Bridgeside Boulevard
P. O. Box 1792
Mt. Pleasant, SC  29465

John D. Roven
2190 North Loop West, Suite 410
Houston, TX  77018

Robert N. Spinelli
Centre Square West, 15th Floor
Philadelphia, PA  19102

Andrew J. Trevelise
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

Edward J. Cass
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH  44115

Raymond P. Forceno
Philadelphia Bourse Bldg.,
Suite 1000
Independence Mall East
Philadelphia, PA  19106

David M. Bernick
200 East Randolph Drive
Chicago, IL  60601

David C. Landin
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Joseph S. Pevsner
3300 First City Center
1700 Pacific Avenue
Dallas, TX  75201

Richard D. Schuster
52 East Gay Street
P. O. Box 1008
Columbus, OH  43216

Robert E. Swickle
1370 Penobscot Building
Detroit, MI  48226

James K. Weston, II
4040 First Avenue, N.E.
P. O. Box 998
Cedar Rapids, IA  52406

Adam M. Chud
1800 Massachusetts Ave., N.W.
Washington, DC  20036

Ellen B. Furman
1600 Market Street, 33rd Floor
Philadelphia, PA  19103

John R. Henderson
2000 Trammel Crow Center
2001 Ross Avenue
Dallas, TX  75201

Gene Locks
1500 Walnut Street
Philadelphia, PA  19102

John J. Repcheck
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219

Neil Selman
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA  90025

Robert E. Thackston
3200 Allied Bank Tower
1445 Ross Avenue
Dallas, TX  75202

Dawn M. Wright
1700 Pacific Avenue, Suite 3300
Dallas, TX  75201

David M. Bernick
Kirkland & Ellis
200 East Randolph Dr.
Chicago, IL  60601