JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 2 2 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*Thomas J. Kelly v. International Paper Co., Inc., et al.*, D. Montana, C.A. No. 4:01-159

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Kelly*) on December 28, 2001. In the absence of any opposition, the conditional transfer order was finalized with respect to *Kelly* on January 15, 2002, but pursuant to 28 U.S.C. § 1407(c), the Panel's transfer of *Kelly* did not become effective until January 18, 2002, the date the transfer order was filed in the office of the clerk of the transferee court (the Eastern District of Pennsylvania). Prior to that date, however, *Kelly* was remanded to the Eighth Judicial District Court, Cascade County, Montana, by the Honorable Sam E. Haddon in an order filed on January 15, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-209" filed on December 28, 2001, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

IMAGED FEB 28 '02