JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 22 2002

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Howard Orr v. International Paper Co., Inc., et al.*, D. Montana, C.A. No. 4:01-160

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Orr*) on February 8, 2002. The Panel has now been advised that *Orr* was remanded to the Eighth Judicial District Court, Cascade County, Montana, by the Honorable Sam E. Haddon in an order filed on January 15, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-210" filed on February 8, 2002, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel