JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 22 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Harland D. Trimble v. ACandS, Inc., et al.*, M.D. Florida, C.A. No. 3:01-1445

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Trimble*) on February 8, 2002. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Trimble* filed a notice of opposition to the proposed transfer. *Trimble* was then remanded to the Circuit Court, Fourth Judicial Circuit of Florida in and for Duval County, Florida, by the Honorable Ralph W. Nimmons, Jr., in an order filed on February 20, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-210" filed on February 8, 2002, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

IMAGED FEB 28 '02