JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FEB 25 2002

FILED
CLERK'S OFFICE

---------------------------------------------x
RUTH M. EVOY, Executrix of the Estate of
JAMES G. EVOY, Deceased, and Individually
as the Surviving Spouse of JAMES G. EVOY,

　　　　　　　Plaintiff,

vs.

GENERAL MOTORS CORPORATION, et al,

　　　　　　　Defendants.
---------------------------------------------x

**STIPULATED ORDER**

01CV0868

IT IS HEREBY STIPULATED between counsel for the plaintiff, Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, Joseph T. Kremer, Esq., and counsel for General Motors Corporation, Gibson, McAskill & Crosby, Terrance P. Flynn, Esq., that the within action is hereby remanded to the State of New York Supreme Court, County of Erie, Index Number I2000/7159.

DATED:    Buffalo, New York
　　　　　December 8, 2001

LIPSITZ, GREEN, FAHRINGER,
ROLL, SALISBURY & CAMBRIA, LLP

_____
Joseph T. Kremer, Esq.
Attorneys for Plaintiff
42 Delaware Avenue, Suite 300
Buffalo, New York 14202

GIBSON, McASKILL & CROSBY, LLP

_____
Terrance P. Flynn, Esq.
Attorney for Defendant
General Motors Corporation,
69 Delaware Avenue, Suite 900
Buffalo, New York 14202

SO ORDERED:

_____
HON. RICHARD J. ARCARA
UNITED STATES DISTRICT COURT JUDGE
Jan. 2, 2002       MDL- 875
　　　　　　　　　RECOMMENDED ACTION

VACATE CTO-210 -- 3 ACTIONS (3 ORDERS)
Approved/Date: MJK 2/22

IMAGED FEB 25 '02

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 25 2002

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
PHILIP P. VULLO and
THELMA J. VULLO, his spouse,

           Plaintiffs,

vs.

GENERAL MOTORS CORPORATION, et al,

           Defendants.
---------------------------------------------------------x

**STIPULATED ORDER**

01CV0870

IT IS HEREBY STIPULATED between counsel for the plaintiff, Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, Joseph T. Kremer, Esq., and counsel for General Motors Corporation, Gibson, McAskill & Crosby, Terrance P. Flynn, Esq., that the within action is hereby remanded to the State of New York Supreme Court, County of Erie, Index Number I-1998-4511.

DATED:    Buffalo, New York
                December __, 2001

LIPSITZ, GREEN, FAHRINGER,
ROLL, SALISBURY & CAMBRIA, LLP

_____
Joseph T. Kremer, Esq.
Attorneys for Plaintiff
42 Delaware Avenue, Suite 300
Buffalo, New York 14202

GIBSON, McASKILL & CROSBY, LLP

_____
Terrance P. Flynn, Esq.
Attorney for Defendant
General Motors Corporation,
69 Delaware Avenue, Suite 900
Buffalo, New York 14202

SO ORDERED:

_____
HON. RICHARD J. ARCARA
UNITED STATES DISTRICT COURT JUDGE

Jan. 2, 2002

| UNITED STATES DISTRICT COURT | JUDICIAL PANEL ON |
| WESTERN DISTRICT OF NEW YORK | MULTIDISTRICT LITIGATION |

-------------------------------------x

NORMAN R. HAGSTROM and
BRIDGET A. HAGSTROM, his spouse,

                Plaintiffs,

vs.

GENERAL MOTORS CORPORATION, et al,

                Defendants.

-------------------------------------x

FEB 25 2002

FILED
CLERK'S OFFICE

**STIPULATED ORDER**

01CV0869A(F)

FILED
DEC 19 2001
CLERK, US DISTRICT COURT, WDNY
CELEBRATING 100 YEARS OF SERVICE
TO WESTERN NEW YORK

IT IS HEREBY STIPULATED between counsel for the plaintiff, Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, Joseph T. Kremer, Esq., and counsel for General Motors Corporation, Gibson, McAskill & Crosby, Terrance P. Flynn, Esq., that the within action is hereby remanded to the State of New York Supreme Court, County of Erie, Index Number I-1999-5644.

DATED:    Buffalo, New York
                December __, 2001

LIPSITZ, GREEN, FAHRINGER,
ROLL, SALISBURY & CAMBRIA, LLP

_____
Joseph T. Kremer, Esq.
Attorneys for Plaintiff
42 Delaware Avenue, Suite 300
Buffalo, New York 14202

GIBSON, McASKILL & CROSBY, LLP

_____
Terrance P. Flynn, Esq.
Attorney for Defendant
General Motors Corporation,
69 Delaware Avenue, Suite 900
Buffalo, New York 14202

SO ORDERED:

_____
HON. RICHARD J. ARCARA
UNITED STATES DISTRICT COURT JUDGE
Dec. 20, 2001