JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 25 2002

FILED
CLERK'S OFFICE

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Ruth M. Evoy, etc. v. A.P. Green Industries, Inc., et al.*, W.D. New York,
C.A. No. 1:01-868
*Norman R. Hagstrom, et al. v. A.P. Green Industries, Inc., et al.*, W.D. New York,
C.A. No. 1:01-869
*Philip P. Vullo, et al. v. Armstrong World Industries, Inc., et al.*, W.D. New York,
C.A. No. 1:01-870

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these three actions (*Evoy*, *Hagstrom* and *Vullo*) on February 8, 2002. The Panel has now been advised that these three actions were remanded to the State of New York Supreme Court, County of Erie, by the Honorable Richard J. Arcara in separate orders filed on December 19, 2001 (*Hagstrom*) and January 3, 2002 (*Evoy* and *Vullo*).

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-210" filed on February 8, 2002, is VACATED insofar as it relates to these three actions.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

IMAGED FEB 25 '02