MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 2 5 2002

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL DOCKET NO. 875 -- IN RE ASBESTOS LIABILITY LITIGATION (NO. VI) & (CTO-210)

### NOTICE OF OPPOSITION

Come now the plaintiffs in KYE 7 - 01-373 and KYE 7 - 01-402, (see attached schedule), and hereby file their opposition to the conditional transfer order dated February 8, 2002. Plaintiffs also attach a copy of the order entered by the Honorable Alfred M. Wolin, U.S.D.J., which remanded these actions back to the state courts from which they were removed. On motion of the removing defendants, the Third Circuit Court of Appeals has stayed Judge Wolin's order. Plaintiffs filed their opposition February, 15, 2001, and the removing defendants have until February 28, 2001, to file their response. Because the deadline for filing this notice of opposition expires before the Third Circuit's decision concerning Judge Wolin's remand, it was necessary for plaintiffs to file this notice of opposition.

Respectfully submitted,

Plaintiffs,

By Counsel,

John E. Sutter, Esq.
Robert H. Miller, II, Esq.
The Sutter Law Firm, PLLC
1598 Kanawha Boulevard, East
Charleston, WV 25311
(304) 343-1514
(304) 343-1519 *facsimile*

IMAGED FEB 28 '02      OFFICIAL FILE COPY

KYE 7 - 01-373 and KYE 7 - 01-402 PLAINTIFFS' SCHEDULE OF PARTIES
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

OLIVE MARSHALL,
Administratrix of the Estate of
AFTON MARSHALL, deceased

    Plaintiff,

v.                                                    District Division Civil Action No. KYE 7 01-373

METROPOLITAN LIFE INSURANCE COMPANY,     *Originating Court:*
DAIMLER CHRYSLER CORPORATION,            Magoffin County, Kentucky
FORD MOTOR COMPANY,                      State Court Case No.: 99-CI-00355
GENERAL MOTORS CORPORATION,
BORG-WARNER AUTOMOTIVE, INC.,
PNEUMO ABEX CORPORATION,
MOOG AUTOMOTIVE, and
ALLIEDSIGNAL, INC.

    Defendants.

AND

OLIVE MARSHALL,
Administratrix of the Estate of
AFTON MARSHALL, deceased

    Plaintiff,

v.                                                    District Division Civil Action No. KYE 7 01-402

METROPOLITAN LIFE INSURANCE COMPANY,     *Originating Court:*
DAIMLER CHRYSLER CORPORATION,            Magoffin County, Kentucky
FORD MOTOR COMPANY,                      State Court Case No.: 99-CI-00355
GENERAL MOTORS CORPORATION,
BORG-WARNER AUTOMOTIVE, INC.,
PNEUMO ABEX CORPORATION,
MOOG AUTOMOTIVE, and
ALLIEDSIGNAL, INC.

    Defendants.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                          :
                                :
FEDERAL-MOGUL GLOBAL, INC.,     :   CHAPTER 11
                                :
                                :   BANKRUPTCY NO. 01-10587
          Debtor.               :   (jointly administered)

**ORDER 1) DENYING THE MOTIONS TO TRANSFER THE "FRICTION PRODUCTS CLAIMS" AND 2) REMANDING THE FRICTION PRODUCTS CLAIMS**

This matter having been opened before the Court upon the several motions of parties, denominated in the prior Orders of the Court as the "Friction Products Defendants," to transfer to this District into the above-captioned proceedings the claims against the movants previously denominated "Friction Products Claims"; and the Court having previously granted this motion on a provisional basis and the Friction Products Claims having already been provisionally transferred to this Court subject to a plenary hearing on the motion to transfer; and the Court having previously given notice to the parties that it would consider arguments directed to subject matter jurisdiction, abstention and remand in ruling upon the movants' applications; and the Court having reviewed the submissions of counsel and heard oral argument; and for the reasons set forth on the record at the hearing on those motions today, as supplemented by a written Opinion to follow; and for good cause shown

It is this 8th day of February 2002

1

ORDERED that the motions to transfer the Friction Products Claims are denied, and it is further

ORDERED that this Court lacks subject matter jurisdiction over the Friction Products Claims, and it is further

ORDERED that the Friction Products Claims are remanded to the state courts from which they were removed pursuant to 28 U.S.C. § 1447, and it is further

ORDERED that, in the alternative, the Friction Products Claims are remanded to the state courts from which they were removed pursuant to 28 U.S.C. § 1452.

_____
Alfred M. Wolin, U.S.D.J.

2

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL DOCKET NO. 875 -- IN RE ASBESTOS LIABILITY LITIGATION (NO. VI) & (CTO-210)

OLIVE MARSHALL,
Administratrix of the Estate of
AFTON MARSHALL, deceased

    Plaintiff,

v.                                                    District Division Civil Action No. KYE 7 01-373

METROPOLITAN LIFE INSURANCE COMPANY,   *Originating Court:*
DAIMLER CHRYSLER CORPORATION,   Magoffin County, Kentucky
FORD MOTOR COMPANY,   State Court Case No.: 99-CI-00355
GENERAL MOTORS CORPORATION,
BORG-WARNER AUTOMOTIVE, INC.,
PNEUMO ABEX CORPORATION,
MOOG AUTOMOTIVE, and
ALLIEDSIGNAL, INC.

    Defendants.

AND

OLIVE MARSHALL,
Administratrix of the Estate of
AFTON MARSHALL, deceased

    Plaintiff,

v.                                                    District Division Civil Action No. KYE 7 01-402

METROPOLITAN LIFE INSURANCE COMPANY,   *Originating Court:*
DAIMLER CHRYSLER CORPORATION,   Magoffin County, Kentucky
FORD MOTOR COMPANY,   State Court Case No.: 99-CI-00355
GENERAL MOTORS CORPORATION,
BORG-WARNER AUTOMOTIVE, INC.,
PNEUMO ABEX CORPORATION,
MOOG AUTOMOTIVE, and
ALLIEDSIGNAL, INC.

    Defendants.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 25 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, Robert H. Miller, II, counsel for Plaintiffs, do hereby certify that I served this **22nd** day of

February, 2002, the foregoing Plaintiff's **NOTICE OF OPPOSITION** upon counsel of record

herein by depositing true copies thereof in the United States mail, postage prepaid, in envelopes

addressed to each at their last known addresses:

Ann L. Haight
KAY, CASTO, CHANEY, LOVE & WISE
P.O. Box 2031
Charleston, WV 25327
**COUNSEL FOR CHRYSLER CORPORATION**

B. Todd Thompson, Esq.
Julie A. Johnson, Esq.
THOMPSON & MILLER PLC
220 W. Main Street, Suite 1700
Louisville, KY 40202
**COUNSEL FOR FORD MOTOR COMPANY**

Michael D. Eagen, Esq.
Joseph L. Sallee, Esq.
1900 Chemed Center
255 E. Fifth Street
Cincinnati, OH 45202
**COUNSEL FOR GENERAL MOTORS CORPORATION**

Christopher L. Rhoads, Esquire
WOODWARD, HOBSON & FULTON
P.O. Box 1720
Lexington, KY 40588-1720
**COUNSEL FOR MOOG AUTOMOTIVE**

Sheila L. Birnbaum, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
919 Third Avenue
New York, NY 10022
**COUNSEL FOR METROPOLITAN LIFE INSURANCE COMPANY**

Richard L. Lancianese, Esquire
**BAKER, LANCIANESE & SMITH**
Third Floor, River Tower
1108 Third Avenue, Suite 300
Huntington, WV 25701
**COUNSEL FOR BORG-WARNER AUTOMOTIVE, INC.**

Richard W. Edwards, Esquire
**BOEHL, STOPHER & GRAVES**
2300 Providian Center
400 West Market Street
Louisville, KY 40202-3354
**COUNSEL FOR ALLIEDSIGNAL, INC.**

Jo Alice Van Nagell, Esquire
**LYNN, FULKERSON, NICHOLS & KINKEL**
267 West Short Street
Lexington, KY 40507
**COUNSEL FOR PNEUMO ABEX CORPORATION**

*Robert H. Miller, II*