MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FEB 25 2002

Re: MDL-875—In re Asbestos Products Liability Litigation (No. VI)

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JERRY HUNT, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. H-01-4134 |
| § | |
| MAREMONT CORPORATION, ET AL. § | |

### PLAINTIFFS HUNT, ET AL.'S RESPONSE IN OPPOSITION TO THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION CONDITIONAL TRANSFER ORDER

PLAINTIFFS Hunt, et al. file this their notice of opposition to the conditional transfer order, filed by the Judicial Panel on Multidistrict Litigation attached hereto as Exhibit "A" where the referenced case was remanded to state court by Judge Vanessa D. Gilmore prior to the panel's transfer order. A true and correct copy of the order remanding the case to state court by the presiding federal district Judge in the Southern District is attached hereto as Exhibit "B". Furthermore, a true and correct copy of the entire docket for Plaintiffs' case is attached hereto and incorporated herein by reference as Exhibit "C". The panel never filed any motion or gave any notice in any way that would permit the panel to transfer Plaintiffs' case to the Eastern District of Pennsylvania. The sole ground for removal of Plaintiffs' state court suit was related to the Federal-Mogul bankruptcy. The case was transferred to Delaware and the presiding Delaware bankruptcy Judge also remanded Plaintiffs' lawsuit back to state court. (See Exhibit "D" attached hereto and incorporated herein by reference).

IMAGED FEB 28 '02    **OFFICIAL FILE COPY**

There is no procedural or substantive ground for the judicial panels transfer order and Plaintiffs request that the panel enter an order correcting the erroneous transfer to the Eastern District of Pennsylvania.

Respectfully submitted,

**Crowley Douglas & Norman, LLP**

_____
Glenn M. Douglas
State Bar No. 06041700
1301 McKinney, Suite 3500
Houston, Texas 77010
713-651-1771 telephone
713-651-1775 telecopier

**Burrow & Parrott, LLP**
David H. Burrow
State Bar No. 03468000
1301 McKinney, Suite 3500
Houston, TX 77010
(713) 222-6333
(713) 650-6333 FAX

**ATTORNEYS FOR PLAINTIFF**