MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 25 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTI DISTRICT LITIGATION

DOCKET NO. 875

IN RE ASBESTOS PRODUCT LIABILITY
CTO-210 TAG ALONG CASES

IN RE: ESTATE OF HAMPTON

USDC EDLA 01-3654

## NOTICE OF OPPOSITION AND OFFICIAL
## CHANGE OF STATUS BY RELEVANT DISTRICT COURTS

1. The within claims against General Motors (GM), Ford, and Daimer Chrysler were removed from the New Orleans Parish Court on or about December 5, 2001 to the Eastern District of Louisiana before Judge McNamara.

2. On or about January 3, 2002 these claims were conditionally transferred to the District of Delaware by Judge Alfred Wolin, specially assigned to that Court. (See attached Orders).

3. Judge McNamara transferred this case to Judge Wolin. (See attached).

4. On February 8, 2002, Judge Wolin remanded the within matter and all other cases involving the same issues to the state courts. (See attached Order).

5. The case having been first seized by Judge Wolin and now remanded to the state courts the MDL panel has no jurisdiction over this matter. It is plaintiff's contention that the Federal Courts never had jurisdiction as Judge Wolin found in

IMAGED FEB 28 '02    OFFICIAL FILE COPY

his later Order.

6. On February 12, 2002, the Third Circuit Court of Appeals granted a temporary stay of Judge Wolin's Order.

7. The Multi District panel has no jurisdiction over this case and cannot transfer it to Judge Weiner. If any Federal court has jurisdiction which is denied, the Third Circuit Court of Appeals, not the MDL panel is that court.

8. It is noted under 28 USC 1334 and 28 USC 1447 once Judge Wolin remanded that ruling is not reviewable by any Court so even the Third Circuit lacks subject matter jurisdiction over the matter which is now back in the Parish Court for New Orleans.

PAUL, REICH & MYERS, P.C.

BY: _____
ROBERT E. PAUL

MURRAY LAW FIRM

BY: S/ _____
JULIE ARDOIN

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 25 2002

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I hereby certify that a true and correct copy of Plaintiff's Notice of Opposition and Official Change of Status by Relevant District Courts will be served by facsimile on or before February 22, 2002 to the following counsel of record:

_____
ROBERT E. PAUL

William Bologna
1515 Poydras Street
New Orleans, LA 70112