MDL 875

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In re: | § | |
| | § | **MDL** |
| | § | |
| Asbestos Product Liability Litigation (No. VI) | § | |

This Document Relates To:

| | | |
|---|---|---|
| BRIAN LILES, ET AL | § | |
| | § | |
| Plaintiffs, | § | |
| | § | **CIVIL ACTION** |
| vs. | § | |
| | § | 4:01-4152 |
| GARLOCK, INC., ET AL, | § | |
| | § | **UNITED STATES SOUTHERN DISTRICT** |
| | | **COURT FOR THE DISTRICT OF TEXAS** |
| | § | |
| Defendants | § | |

## NOTICE OF OPPOSITION TO CTO-210

The Plaintiffs file their Notice of Opposition to Conditional Transfer Order 210 entered February 8, 2002, and would show as follows:

1.   This action was removed on November 21, 2001 from the Harris County Judicial Court by Defendants Ford Motor Company, DaimlerChrysler Corporation and The General Motors Company based upon alleged cross claims for indemnification and/or contribution against recently bankrupt defendant Federal-Mogul.  On December, 21, 2001, Defendant, Honeywell, formally known as AlliedSignal, Inc. removed to federal court on the same basis.  It is a multi-plaintiff personal injury and/or wrongful death case asserted against multiple defendants.

IMAGED FEB 28 '02

OFFICIAL FILE COPY

a58945v1<IMANAGE> -Liles-opposition to CTO (MDL).wpd

2. The Plaintiffs in this case have filed a motion to remand in the Southern District of Texas. Said motion was granted on February 8, 2002.

3. United States District Court Judge of the District of New Jersey, Alfred M. Wolin conditionally transferred this action to his court on December 10, 2001. Judge Wolin remanded the case to state court on February 8, 2002.

4. The Plaintiffs oppose the transfer of this case because (a) the motion to remand was ruled upon in Plaintiffs' favor; (b) the New Jersey bankruptcy court has also remanded the case to state court; (c) all "common" asbestos discovery has been completed in MDL 875 as a whole, even before this particular case was filed; and (d) the transfer would cause immeasurable delay in the prosecution and trial of this case which is set for trial on March 11, 2002.

5. Due to the respective remands of this case to state court, this panel lacks jurisdiction to rule upon this transfer.

WHEREFORE, Plaintiffs hereby give notice under Rule 7.4 that they oppose the conditional transfer order, pray that their case not be transferred to MDL 875, and that they receive all other relief to which they are entitled.

2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 2 6 2002

FILED
CLERK'S OFFICE

Respectfully submitted,

LANIER, PARKER & SULLIVAN P.C.

By: _____

W. Mark Lanier
State Bar No. 11934600
Kevin Parker
State Bar No. 15494020
Patrick N. Haines
State Bar No. 00784191
1331 Lamar, Suite 1550
Houston, Texas 77010
PHONE: 713-659-1232
FAX: 713-659-2204

**ATTORNEYS FOR THE
LILES CLAIMANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Opposition was

served via U.S. Mail to all counsel of record in the attached counsel list on the 25 day of

February, 2002.

_____

Patrick N. Haines

SERVICE LIST

1.     Jeffrey P. Hubbard, Esquire
Wells, Moore, Simmons & Hubbard, PLLC
Post Office Box 1970
Jackson, Mississippi 39215-1970
Telephone: 601.354.5400
Facsimile: 601.355.5850
**Attorney For Gaf Corporation, Union Carbide Chemicals And Plastics Company, Inc.; Scapa Waycross, Inc. F/K/A Scapa Dryer Fabrics, Inc. And Scapa Group**

2.     David A. Barfield, Esquire
Kirkland & Barfield
120 North Congress Street, Suite 1000 (39201)
Post Office Box 22989
Jackson, Mississippi 39225-2989
Telephone: 601.352.7500
Facsimile: 601.353.6234
**Attorney For Dresser Industries, Inc.; Acands, Inc.; Indresco, Inc.; Mccarty Corp.**

3.     Thomas E. Vaughn, Esquire
Allen, Vaughn, Cobb & Hood, P.A.
Post Office Drawer 240
Gulfport, Mississippi 39502-0240
Telephone: 228.863.5575
Facsimile: 228.863.5523
**Attorney For Foster Wheeler Corporation; A.P. Green Industries, Inc.; Kelly-Moore Paint Co.; Harbison Walker Refractories Company**

4.     William C. Reeves, Esquire
Markow, Walker, Reeves & Anderson
Post Office Box 3669
Jackson, Mississippi 39236-3669
Telephone: 601.956.8500
Facsimile: 601.956.8423
**Attorney For Filey Stoker Corporation**

5.     William F. Goodman, III, Esquire
Katherine Smith, Esquire
Douglas J. Gunn
Watkins & Eager
Post Office Box 650

Jackson, Mississippi 39205-0650
Telephone: 601.948.6470
Facsimile: 601.354.3623
**Attorney For Kaiser Aluminum; Metropolitan Life Insurance Co.**

6.  Thomas W. Tardy, III, Esquire
    Patrick McMurtray, Esquire
    Forman, Perry, Watkins, Krutz & Tardy, PLLC
    Post Office Box 22608
    Jackson, Mississippi 39225-2608
    Telephone: 601.960.8600
    Facsimile: 601.960.8613
    **Attorney For Combustion Engineering, Georgia-Pacific; Owens-Illinois; Unifoyal; Komp Equipment Company; Pfizer, Inc.; T&N Plc; Dana Corpl.; Quigley Company, Inc.; Shook & Fletcher Insulation Co.; U.S. Gypsum Company; Amchem Products, Inc.; Gulf Coast Marine Supply; Gasket Holding, Inc., F/K/A Flexitallic, Inc.; General Electric Co.; Laurel Machinery And Foundry Company; Zurn Industries; J. T. Thorpe; Asten-Hill**

7.  John H. Holloman, Iii, Esquire
    Watkins, Ludlum, Stennis & Winter
    633 North State Street
    Post Office Box 427
    Jackson, Mississippi 39205-0427
    Telephone: 601.949.4900
    Facsimile: 601.949.4804
    **Attorney For Rapid American Corporation**

8.  Robert Gibbs, Esquire
    Lavern Edney, Esquire
    Brunini, Grantham, Grower & Hewes
    1400 Trustmark Building, 248 East Capitol Street (39201)
    Post Office Drawer 119
    Jackson, Mississippi 39205-0119
    Telephone: 601.948.3101
    Facsimile: 601.960.6902
    **Attorneys For A.W. Chesterton Company**

9.  Kevin D. Graham, Esquire
    Edward B. Mcdonough, Jr., Esquire
    Edward B. Mcdonough, Jr., P.C.
    1400 First National Bank Building
    Post Office Box 1943
    Mobile, Alabama 36633
    Telephone: 334.432.3296
    Facsimile: 334.432.3300

Attorneys For A. W. Chesterton Company

10.    Raymond L. Brown, Esquire
W. Lee Watt, Esquire
Brown, Watt & Buchanan, P.A.
3112 Canty Street
Post Office Box 2220
Pascagoula, Mississippi 39569-2220
Telephone: 228.762.0035
Facsimile: 228.762.0299
**Attorneys For Aqua-Chem, Inc. (Cleaver Brooks)**

11.    Mark W. Garriga, Esquire
Christy D. Jones, Esquire
Robert C. Galloway, Esquire
Butler, Snow, O'mara, Stevens & Cannada
1700 Deposit Guaranty Plaza
210 East Capitol Street (39201)
Post Office Box 22567
Jackson, Mississippi 39225-2567
Telephone: 601.948.5711
Facsimile: 601.949.4555
**Attorney For Minnesota Mining & Manufacturing Company (3m)**

12.    Roy C. Williams, Esquire
Karl R. Steinberger, Esquire
Colingo, Williams, Heidelberg, Steinberger & Mcelhaney, P.A.
711 Delmas Avenue
Post Office Drawer 1407
Pascagoula, Mississippi 39568-1407
Telephone: 228.762.8021
Facsimile: 228.769.5238
**Attorney For Industrial Rubber & Specialty Co., Inc., F/K/A Coastal Rubber & Gasket Co.;
Mississippi Rubber & Specialty Company; Viacom Inc., Successor To Cbs Corporation F/K/A
Westinghouse Electric Corporation**

13.    Kaye N. Courington, Esquire
Kay B. Baxter, Esquire
Duncan & Courington, Plc
322 Lafayette Street
New Orleans, Louisiana 70130
Telephone: 504.524.5566
Facsimile: 504.524.9003
**Attorneys For Hopeman Brothers, Inc.**

14.    Thomas W. Tyner, Esquire
William N. Graham, Esquire
Aultman, Tyner, Ruffin & Yarborough, Ltd.
315 Hemphill Street
Post Office Drawer 750
Hattiesburg, Mississippi 39403-0750
Telephone: 601.583.2671
Facsimile: 601.583.2677
**Attorneys For W.R. Grace & Co. – Conn.; Borg-Warner Automotives; Garlock, Inc.; The Anchor Packing Company; Carborundum**

15.    J. Price Coleman, Esquire
Quentin A. Daniels, Esquire
Gretchen L. Gentry, Esquire
Baker, Donelson, Bearman & Caldwell
Post Office Box 14167
Jackson, Mississippi 39236
Asbestos Fax: 601.974.8947
**Attorneys For General Refractories Company**

16.    David W. Dogan, Iii, Esquire
David L. Trewolla, Esquire
Dogan & Wilkinson
Post Office Box 23062
Jackson, Mississippi 39225-3062
**Attorneys For Flintkote Co.**

17.    Kristi A. Duncan, Esquire
Currie, Johnson, Griffin Gaines & Myers, P.A.
Mississippi Valley Title Building
315 Tombigbee Street
Post Office Box 750
Jackson, Mississippi 39205-0750
Telephone: 601.969.1010
Facsimile: 601.969.5120
**Attorney For Allied Signal, Inc.**

18.   Matthew F. Powers, Esquire
      Samson & Powers, Pllc
      2400 13th Street (39501)
      Post Office Box 1417
      Gulfport, Mississippi 39502
      Telephone: 228.822.1109
      Facsimile: 228.822.2317
      **Attorney For Brandon Drying Fabrics, Inc.**

19.   Michael N. Watts, Esquire
      Holcomb Dunbar
      1217 Jackson Avenue
      Post Office Box 707
      Oxford, Mississippi 38655-0707
      Telephone: 662.234.8775
      Facsimile: 662.238.7552
      **Attorney For Crown Cork & Seal**

20.   Roger D. Marlow
      Hulse & Wanek
      404 E. Gibson Street
      Suite A
      Covington, Louisiana 70433-2926
      Telephone: 504.892.5953
      Facsimile: 504.893.2932
      **Attorney For Weavexx Corporation**

20.   Walter W. Dukes
      Dukes, Dukes, Keating & Faneca, P.A.
      2909 – 13th Street, Sixth Floor
      Gulfport, Mississippi 39501
      Telephone: 228.868.1111
      Facsimile: 228.863.2886
      **Attorney For Mt. Vernon Mills, Inc.**

21.   Phil B. Abernethy
      Butler, Snow, O'mara, Stevens & Cannada, Pllc
      Post Office Box 22567
      Jackson, Mississippi 39225-2567
      Telephone: 601.948.5711
      Facsimile: 601.949.4555
      **Attorney For Champion International Corporation**

22.   Gregory K. Davis
      Davis, Goss & Williams, Pllc
      1441 Lakeover Road
      Jackson, Mississippi 39213
      Telephone: 601.981.2800
      Facsimile: 601.981.7979
      **Attorney For Ford Motor Company**


23.   Karl R. Steinberger
      Colingo Williams Heidelberg Steinberger & Mcelhaney, P.A.
      711 Delmas Avenue
      Post Office Box 1407
      Pascagoula, Mississippi 39568-1407
      Telephone: 228.762.8021
      Facsimile: 228.762.7589
      **Attorney For Central Pipe And Supply**


      **Counsel Unknown For:**
      Abex Corporation
      Abex Inc./Pneumo Abex Corporation
      Abeny Mills
      Baird & Company
      Brasa, Inc.
      David Kennedy, Inc. F/K/A Kentile Floors
      Eagle Asbestos And Packing Company, Inc.
      General Motors Corporation
      Guard-Line, Inc.
      Homer C. Porter & Sons, Inc.
      Industrial Supply
      Mills Supplies, Inc.
      North Brothers Company
      U.S. Mineral
      Wagner Electric

**COURTROOM MINUTES**

United States Courts
Southern District of Texas
FILED

FEB 0 8 2002

Michael N. Milby, Clerk of Court

JUDGE__ VANESSA D. GILMORE

CLERK__ B. Thomas
RPTR____ F. Warner
LAW CLERK____
MORNING
SESSION _____

United States Courts
Southern District of Texas
ENTERED

FEB 2 2 2002

Michael N. Milby, Clerk

AFTERNOON
SESSION_2:10 - 2:20

DATE:__ February 8, 2002__

Civil Action No. H-01-4524

_Liles, et al._              *versus*         ____Honeywell____

DOCKET ENTRY

(VDG) STATUS HEARING _____ (Rptr. - Fred Warner)
    (PROCEEDING)

The court was informed that the friction products claims cases were remanded to state court by
Judge Alfred Wolin United States District Judge for the District of Delaware.
The court finds on all cases pending related to Federal-Mogul Bankruptcy that the cross claims
against Federal-Mogul are not sufficient to invoke "related to" jurisdiction.
This court lacks subject matter jurisdiction and there is no contribution claim to provide a basis
for "related to" jurisdiction.  All of Plaintiffs Motion to Remand are **GRANTED**. The court
enters sua sponte an order of remand any cases which have failed to file motions to remand.  The
Abstention issue is **MOOT**.  Defendants Motions to Stay are **DENIED AS MOOT**.  Defendants
Motions to Transfer are **DENIED AS MOOT**.  All other motions pending are **DENIED AS
MOOT**.