JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 2 7 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*James E. Bass, et al. v. Owens-Illinois Inc., et al.*, D. South Carolina,
   C.A. No. 2:01-4455
*Jerry R. Fulmer, et al. v. ACandS, Inc., et al.*, D. South Carolina, C.A. No. 2:01-4523

## ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE MARCH 21, 2002 HEARING SESSION

A conditional transfer order was filed in these two actions (*Bass* and *Fulmer*) on December 28, 2001. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Bass* and *Fulmer* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. *Bass* and *Fulmer* were then remanded to the Circuit Court for the County of Charleston, South Carolina, by the Honorable Margaret B. Seymour in separate orders filed on January 11, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-209" filed on December 28, 2001, is VACATED insofar as it relates to these two actions.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 15, 2002, are VACATED insofar as they relate to these two actions.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

IMAGED MAR 5 '02