JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 27 2002

United States Courts
Southern District of Texas
FILED

## COURTROOM MINUTES

FILED
CLERK'S OFFICE FEB 0 8 2002

Michael N. Milby, Clerk of Court

United States Courts
Southern District of Texas
ENTERED

FEB 2 0 2002

Michael N. Milby, Clerk

JUDGE __VANESSA D. GILMORE__
CLERK __B. Thomas__
RPTR __F. Warner__
LAW CLERK ____
MORNING SESSION ____
AFTERNOON SESSION __2:10 - 2:20__

DATE: __February 8, 2002__

Civil Action No. __H-01-3602__

__Hyder, et al.__        versus        __Able Supply, et al.__

DOCKET ENTRY

(VDG) <u>STATUS HEARING</u>                                  (Rptr. - Fred Warner)
       (PROCEEDING)

The court was informed that the friction products claims cases were remanded to state court by Judge Alfred Wolin United States District Judge for the District of Delaware.

The court finds on all cases pending related to Federal-Mogul Bankruptcy that the cross claims against Federal-Mogul are not sufficient to invoke "related to" jurisdiction.

This court lacks subject matter jurisdiction and there is no contribution claim to provide a basis for "related to" jurisdiction. All of Plaintiffs Motion to Remand are **GRANTED.** The court enters sua sponte an order of remand any cases which have failed to file motions to remand. The Abstention issue is **MOOT.** Defendants Motions to Stay are **DENIED AS MOOT.** Defendants Motions to Transfer are **DENIED AS MOOT.** All other motions pending are **DENIED AS MOOT.**

MDL- 875
RECOMMENDED ACTION
VACATE CTO 208 + 1450 -- 5 ACTIONS
Approved/Date: __AK  2/26__

35

IMAGED MAR 5 '02

# COURTROOM MINUTES

United States Courts
Southern District of Texas
FILED

FEB 0 8 2002

Michael N. Milby, Clerk of Court

JUDGE __VANESSA D. GILMORE__
CLERK __B. Thomas__
RPTR __F. Warner__
LAW CLERK _____

MORNING SESSION _____

AFTERNOON SESSION __2:10 - 2:20__

United States Courts
Southern District of Texas
ENTERED

FEB 2 0 2002

Michael N. Milby, Clerk

DATE: __February 8, 2002__

Civil Action No. __H-01-3603__

__Coy, et al.__         versus         __Able Supply, et al.__

DOCKET ENTRY

(VDG) STATUS HEARING                                (Rptr. - Fred Warner)
    (PROCEEDING)

The court was informed that the friction products claims cases were remanded to state court by Judge Alfred Wolin United States District Judge for the District of Delaware.

The court finds on all cases pending related to Federal-Mogul Bankruptcy that the cross claims against Federal-Mogul are not sufficient to invoke "related to" jurisdiction.

This court lacks subject matter jurisdiction and there is no contribution claim to provide a basis for "related to" jurisdiction. All of Plaintiffs Motion to Remand are **GRANTED.** The court enters sua sponte an order of remand any cases which have failed to file motions to remand. The Abstention issue is **MOOT.** Defendants Motions to Stay are **DENIED AS MOOT.** Defendants Motions to Transfer are **DENIED AS MOOT.** All other motions pending are **DENIED AS MOOT.**

# COURTROOM MINUTES

United States Courts
Southern District of Texas
FILED

FEB 0 8 2002

Michael N. Milby, Clerk of Court

United States Courts
Southern District of Texas
ENTERED

FEB 2 0 2002

Michael N. Milby, Clerk

JUDGE __VANESSA D. GILMORE__
CLERK __B. Thomas__
RPTR __F. Warner__
LAW CLERK_____
MORNING SESSION _____
AFTERNOON SESSION __2:10 - 2:20__

DATE: __February 8, 2002__

Civil Action No. __H-01-3604__

__LaBounty, et al.__           versus           __AC&S__

DOCKET ENTRY

(VDG) <u>STATUS HEARING</u>                                 (Rptr. - Fred Warner)
        (PROCEEDING)

The court was informed that the friction products claims cases were remanded to state court by Judge Alfred Wolin United States District Judge for the District of Delaware.

The court finds on all cases pending related to Federal-Mogul Bankruptcy that the cross claims against Federal-Mogul are not sufficient to invoke "related to" jurisdiction.

This court lacks subject matter jurisdiction and there is no contribution claim to provide a basis for "related to" jurisdiction. All of Plaintiffs Motion to Remand are **GRANTED**. The court enters sua sponte an order of remand any cases which have failed to file motions to remand. The Abstention issue is **MOOT**. Defendants Motions to Stay are **DENIED AS MOOT**. Defendants Motions to Transfer are **DENIED AS MOOT**. All other motions pending are **DENIED AS MOOT**.

## COURTROOM MINUTES

United States Courts
Southern District of Texas
FILED

FEB 0 8 2002

Michael N. Milby, Clerk of Court

JUDGE __VANESSA D. GILMORE__

CLERK __B. Thomas__

RPTR __F. Warner__

LAW CLERK _____

MORNING SESSION _____

AFTERNOON SESSION __2:10 - 2:20__

United States Courts
Southern District of Texas
ENTERED

FEB 2 0 2002

Michael N. Milby, Clerk

DATE: __February 8, 2002__

Civil Action No. __H-01-3605__

__Miller, et al.__     versus     __Able Supply, et al.__

DOCKET ENTRY

(VDG) <u>STATUS HEARING</u>                              (Rptr. - Fred Warner)
    (PROCEEDING)

The court was informed that the friction products claims cases were remanded to state court by Judge Alfred Wolin United States District Judge for the District of Delaware.

The court finds on all cases pending related to Federal-Mogul Bankruptcy that the cross claims against Federal-Mogul are not sufficient to invoke "related to" jurisdiction.

This court lacks subject matter jurisdiction and there is no contribution claim to provide a basis for "related to" jurisdiction. All of Plaintiffs Motion to Remand are **GRANTED.** The court enters sua sponte an order of remand any cases which have failed to file motions to remand. The Abstention issue is **MOOT.** Defendants Motions to Stay are **DENIED AS MOOT.** Defendants Motions to Transfer are **DENIED AS MOOT.** All other motions pending are **DENIED AS MOOT.**

# COURTROOM MINUTES

United States Courts
Southern District of Texas
FILED

FEB 0 8 2002

Michael N. Milby, Clerk of Court

JUDGE   VANESSA D. GILMORE

CLERK   B. Thomas
RPTR    F. Warner
LAW CLERK
MORNING                          AFTERNOON
SESSION _____                SESSION 2:10 - 2:20

United States Courts
Southern District of Texas
ENTERED

FEB 2 0 2002

Michael N. Milby, Clerk

DATE:   February 8, 2002

Civil Action No. H-01-3606

Anderson, et al.         versus         Able Supply, et al.

DOCKET ENTRY

(VDG) STATUS HEARING                              (Rptr. - Fred Warner)
      (PROCEEDING)

The court was informed that the friction products claims cases were remanded to state court by Judge Alfred Wolin United States District Judge for the District of Delaware.

The court finds on all cases pending related to Federal-Mogul Bankruptcy that the cross claims against Federal-Mogul are not sufficient to invoke "related to" jurisdiction.

This court lacks subject matter jurisdiction and there is no contribution claim to provide a basis for "related to" jurisdiction. All of Plaintiffs Motion to Remand are **GRANTED.** The court enters sua sponte an order of remand any cases which have failed to file motions to remand. The Abstention issue is **MOOT.** Defendants Motions to Stay are **DENIED AS MOOT.** Defendants Motions to Transfer are **DENIED AS MOOT.** All other motions pending are **DENIED AS MOOT.**