JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 27 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE MARCH 21, 2002 HEARING SESSION

A conditional transfer order was filed in the five Southern District of Texas actions listed on the attached Schedule A on November 28, 2001. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the five actions filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The five actions were then remanded to Texas state court by the Honorable Vanessa D. Gilmore in separate minute orders entered on February 20, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-208" filed on November 28, 2001, is VACATED insofar as it relates to the five actions listed on the attached Schedule A.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 15, 2002, are VACATED insofar as they relate to the five actions listed on Schedule A.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

IMAGED MAR 5 '02

## SCHEDULE A

MDL-875 — In re Asbestos Products Liability Litigation (No. VI)

### Southern District of Texas

*Harry Joe Hyder, et al. v. Able Supply Co., et al.*, C.A. No. 4:01-3602
*Donald Coy, et al. v. Able Supply Co., et al.*, C.A. No. 4:01-3603
*Martin LaBounty, et al. v. ACandS, Inc., et al.*, C.A. No. 4:01-3604
*Michael Miller, et al. v. Able Supply Co., et al.*, C.A. No. 4:01-3605
*Melissa Anderson, et al. v. Able Supply Co., et al.*, C.A. No. 4:01-3606