**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

FEB 2 8 2002

FILED
CLERK'S OFFICE

## COURTROOM MINUTES

United States Courts
Southern District of Texas
FILED

FEB 0 8 2002

Michael N. Milby, Clerk of Court

JUDGE __VANESSA D. GILMORE__

CLERK __B. Thomas__
RPTR __F. Warner__
LAW CLERK_____

United States Courts
Southern District of Texas
ENTERED

FEB 2 0 2002

Michael N. Milby, Clerk

MORNING
SESSION _____

AFTERNOON
SESSION __2:10 - 2:20__

DATE: __February 8, 2002__

Civil Action No. __H-01-4061__

__Jones, et al.__          versus          __AC&S__

DOCKET ENTRY

(VDG) __STATUS HEARING__                           (Rptr. - Fred Warner)
     (PROCEEDING)

The court was informed that the friction products claims cases were remanded to state court by Judge Alfred Wolin United States District Judge for the District of Delaware.

The court finds on all cases pending related to Federal-Mogul Bankruptcy that the cross claims against Federal-Mogul are not sufficient to invoke "related to" jurisdiction.

This court lacks subject matter jurisdiction and there is no contribution claim to provide a basis for "related to" jurisdiction. All of Plaintiffs Motion to Remand are **GRANTED**. The court enters sua sponte an order of remand any cases which have failed to file motions to remand. The Abstention issue is **MOOT**. Defendants Motions to Stay are **DENIED AS MOOT**. Defendants Motions to Transfer are **DENIED AS MOOT**. All other motions pending are **DENIED AS MOOT**.

MDL- 875

RECOMMENDED ACTION

VACATE CTO-210 -- 5 ACTIONS

Approved/Date: __MJ   2/27__

IMAGED MAR 5 '02

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 2 8 2002

## COURTROOM MINUTES

United States Courts
Southern District of Texas
FILED

FEB 0 8 2002

FILED
CLERK'S OFFICE

Michael N. Milby, Clerk of Court

United States Courts
Southern District of Texas
ENTERED

FEB 2 1 2002

Michael N. Milby, Clerk

| | |
|---|---|
| JUDGE | VANESSA D. GILMORE |
| CLERK | B. Thomas |
| RPTR | F. Warner |
| LAW CLERK | |
| MORNING SESSION | |
| AFTERNOON SESSION | 2:10 - 2:20 |

DATE: February 8, 2002

Civil Action No. H-01-4121

**Stephenson**   versus   **Alliedsignal**

DOCKET ENTRY

(VDG) STATUS HEARING                                    (Rptr. - Fred Warner)
        (PROCEEDING)

The court was informed that the friction products claims cases were remanded to state court by Judge Alfred Wolin United States District Judge for the District of Delaware.

The court finds on all cases pending related to Federal-Mogul Bankruptcy that the cross claims against Federal-Mogul are not sufficient to invoke "related to" jurisdiction.

This court lacks subject matter jurisdiction and there is no contribution claim to provide a basis for "related to" jurisdiction.  All of Plaintiffs Motion to Remand are **GRANTED.**  The court enters sua sponte an order of remand any cases which have failed to file motions to remand.  The Abstention issue is **MOOT.**  Defendants Motions to Stay are **DENIED AS MOOT.**  Defendants Motions to Transfer are **DENIED AS MOOT.**  All other motions pending are **DENIED AS MOOT.**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 2 8 2002

FILED

## COURTROOM MINUTES

United States Courts
Southern District of Texas
FILED
CLERK'S OFFICE
FEB 0 8 2002

Michael N. Milby, Clerk of Court

JUDGE    VANESSA D. GILMORE
CLERK    B. Thomas
RPTR     F. Warner
LAW CLERK
MORNING                              AFTERNOON
SESSION _____                      SESSION 2:10 - 2:20

United States Courts
Southern District of Texas
ENTERED
FEB 2 1 2002
Michael N. Milby, Clerk

DATE:    February 8, 2002

Civil Action No. **H-01-4134**

**Hunt, et al.**          versus          **Maremont Corp., et al.**

DOCKET ENTRY

(VDG) STATUS HEARING                              (Rptr. - Fred Warner)
    (PROCEEDING)

The court was informed that the friction products claims cases were remanded to state court by Judge Alfred Wolin United States District Judge for the District of Delaware. The court finds on all cases pending related to Federal-Mogul Bankruptcy that the cross claims against Federal-Mogul are not sufficient to invoke "related to" jurisdiction. This court lacks subject matter jurisdiction and there is no contribution claim to provide a basis for "related to" jurisdiction. All of Plaintiffs Motion to Remand are **GRANTED.** The court enters sua sponte an order of remand any cases which have failed to file motions to remand. The Abstention issue is **MOOT.** Defendants Motions to Stay are **DENIED AS MOOT.** Defendants Motions to Transfer are **DENIED AS MOOT.** All other motions pending are **DENIED AS MOOT.**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

United States Courts
Southern District of Texas
FILED

# COURTROOM MINUTES

FEB 28 2002   FEB 08 2002

FILED
CLERK'S OFFICE Michael N. Milby, Clerk of Court

JUDGE __VANESSA D. GILMORE__

CLERK __B. Thomas__

RPTR __F. Warner__

United States Courts
Southern District of Texas
ENTERED

LAW CLERK _____

FEB 21 2002

MORNING SESSION _____

AFTERNOON SESSION __2:10 - 2:20__

Michael N. Milby, Clerk

DATE: __February 8, 2002__

Civil Action No. __H-01-4152__

__Lilies, et al.__   versus   __Garlock__

DOCKET ENTRY

(VDG) STATUS HEARING                              (Rptr. - Fred Warner)
       (PROCEEDING)

The court was informed that the friction products claims cases were remanded to state court by Judge Alfred Wolin United States District Judge for the District of Delaware.

The court finds on all cases pending related to Federal-Mogul Bankruptcy that the cross claims against Federal-Mogul are not sufficient to invoke "related to" jurisdiction.

This court lacks subject matter jurisdiction and there is no contribution claim to provide a basis for "related to" jurisdiction. All of Plaintiffs Motion to Remand are **GRANTED**. The court enters sua sponte an order of remand any cases which have failed to file motions to remand. The Abstention issue is **MOOT**. Defendants Motions to Stay are **DENIED AS MOOT**. Defendants Motions to Transfer are **DENIED AS MOOT**. All other motions pending are **DENIED AS MOOT**.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## COURTROOM MINUTES

FEB 2 8 2002

United States Courts
Southern District of Texas
FILED

FILED FEB 0 8 2002
CLERK'S OFFICE

Michael N. Milby, Clerk of Court

JUDGE VANESSA D. GILMORE
CLERK B. Thomas
RPTR F. Warner
LAW CLERK
MORNING SESSION _____

AFTERNOON SESSION 2:10 - 2:20

United States Courts
Southern District of Texas
ENTERED

FEB 2 1 2002

Michael N. Milby, Clerk

DATE: February 8, 2002

Civil Action No. H-01-4153

**Martin** versus **Alliedsignal**

**DOCKET ENTRY**

(VDG) <u>STATUS HEARING</u>     (Rptr. - Fred Warner)
   (PROCEEDING)

The court was informed that the friction products claims cases were remanded to state court by Judge Alfred Wolin United States District Judge for the District of Delaware.

The court finds on all cases pending related to Federal-Mogul Bankruptcy that the cross claims against Federal-Mogul are not sufficient to invoke "related to" jurisdiction.

This court lacks subject matter jurisdiction and there is no contribution claim to provide a basis for "related to" jurisdiction. All of Plaintiffs Motion to Remand are **GRANTED**. The court enters sua sponte an order of remand any cases which have failed to file motions to remand. The Abstention issue is **MOOT**. Defendants Motions to Stay are **DENIED AS MOOT**. Defendants Motions to Transfer are **DENIED AS MOOT**. All other motions pending are **DENIED AS MOOT**.