JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 28 2002

FILED
CLERK'S OFFICE

DOCKET NO. 875

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Ronnie D. Bean v. Owens-Corning Fiberglas Corp., et al.*, W.D. Kentucky,
C.A. No. 5:01-249

*J. Paul Carneal, et al. v. Owens-Corning Fiberglas Corp., et al.*, W.D. Kentucky,
C.A. No. 5:01-254

*Horace Garland, et al. v. Triangle Enterprises, Inc., et al.*, W.D. Kentucky,
C.A. No. 5:01-260

### ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE MARCH 21, 2002 HEARING SESSION

A conditional transfer order was filed in these three actions (*Bean, Carneal* and *Garland*) on November 28, 2001. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the three actions filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Bean* was remanded to the McCracken County Circuit Court, Kentucky, by the Honorable Edward H. Johnston in an order signed on December 18, 2001, and *Carneal* and *Garland* were remanded to the McCracken County Circuit Court, Kentucky, by the Honorable Thomas B. Russell in separate orders signed on December 17, 2001.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-208" filed on November 28, 2001, is VACATED insofar as it relates to these three actions.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 15, 2002, are VACATED insofar as they relate to these three actions.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

OFFICIAL FILE COPY

IMAGED MAR 5 '02