MDL 875

# COURTROOM MINUTES

United States JUDICIAL PANEL ON
Southern District of Texas DISTRICT LITIGATION
FILED
FEB 0 8 2002   FEB 2 8 2002

JUDGE    VANESSA D. GILMORE
CLERK    B. Thomas
RPTR     F. Warner
LAW CLERK
MORNING                              AFTERNOON
SESSION _____                      SESSION  2:10 - 2:20

Michael N. Milby, Clerk of Court's OFFICE

United States Courts
Southern District of Texas
ENTERED

FEB 2 0 2002

Michael N. Milby, Clerk

DATE:    February 8, 2002

Civil Action No. H-01-4120

Matthew, et al.                versus        Armstrong World

DOCKET ENTRY

(VDG) STATUS HEARING                         (Rptr. - Fred Warner)
    (PROCEEDING)

The court was informed that the friction products claims cases were remanded to state court by Judge Alfred Wolin United States District Judge for the District of Delaware.
The court finds on all cases pending related to Federal-Mogul Bankruptcy that the cross claims against Federal-Mogul are not sufficient to invoke "related to" jurisdiction.
This court lacks subject matter jurisdiction and there is no contribution claim to provide a basis for "related to" jurisdiction.   All of Plaintiffs Motion to Remand are **GRANTED**.  The court enters sua sponte an order of remand any cases which have failed to file motions to remand. The Abstention issue is **MOOT**. Defendants Motions to Stay are **DENIED AS MOOT**. Defendants Motions to Transfer are **DENIED AS MOOT**. All other motions pending are **DENIED AS MOOT**.

MDL- 875
       RECOMMENDED ACTION
VACATE CTO-210 - 8 ACTIONS
Approved/Date:   M/ 2/27

**OFFICIAL FILE COPY**

IMAGED MAR 5 '02

# COURTROOM MINUTES

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FEB 2 8 2002

FILED
CLERK'S OFFICE

JUDGE   VANESSA D. GILMORE
CLERK   B. Thomas
RPTR    F. Warner
LAW CLERK
MORNING                           AFTERNOON
SESSION _____                   SESSION 2:10 - 2:20

United States Courts
Southern District of Texas
FILED FEB 0 8 2002
Michael N. Milby, Clerk of Court

United States Courts
Southern District of Texas
ENTERED
FEB 2 1 2002
Michael N. Milby, Clerk

DATE:   February 8, 2002

Civil Action No. **H-01-4122**

Sumner _____ *versus* _____ Armstrong World _____

DOCKET ENTRY

(VDG) STATUS HEARING                                (Rptr. - Fred Warner)
     (PROCEEDING)

The court was informed that the friction products claims cases were remanded to state court by Judge Alfred Wolin United States District Judge for the District of Delaware.
The court finds on all cases pending related to Federal-Mogul Bankruptcy that the cross claims against Federal-Mogul are not sufficient to invoke "related to" jurisdiction.
This court lacks subject matter jurisdiction and there is no contribution claim to provide a basis for "related to" jurisdiction.  All of Plaintiffs Motion to Remand are **GRANTED.** The court enters sua sponte an order of remand any cases which have failed to file motions to remand. The Abstention issue is **MOOT.** Defendants Motions to Stay are **DENIED AS MOOT.** Defendants Motions to Transfer are **DENIED AS MOOT.** All other motions pending are **DENIED AS MOOT.**

## COURTROOM MINUTES

JUDGE    VANESSA D. GILMORE

CLERK    B. Thomas

RPTR    F. Warner

LAW CLERK

MORNING SESSION _____

AFTERNOON SESSION 2:10 - 2:20

DATE:    February 8, 2002

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
FILED
FEB 26 2001

United States Courts
Southern District of Texas
FILED
FEB 08 2002
Michael N. Milby, Clerk of Court

FILED
CLERK'S OFFICE
United States Courts
Southern District of Texas
ENTERED
FEB 21 2002
Michael N. Milby, Clerk

Civil Action No. H-01-4135

**Imai**    *versus*    **Able Supply**

DOCKET ENTRY

(VDG) STATUS HEARING                                    (Rptr. - Fred Warner)
        (PROCEEDING)

The court was informed that the friction products claims cases were remanded to state court by Judge Alfred Wolin United States District Judge for the District of Delaware.

The court finds on all cases pending related to Federal-Mogul Bankruptcy that the cross claims against Federal-Mogul are not sufficient to invoke "related to" jurisdiction.

This court lacks subject matter jurisdiction and there is no contribution claim to provide a basis for "related to" jurisdiction. All of Plaintiffs Motion to Remand are **GRANTED**. The court enters sua sponte an order of remand any cases which have failed to file motions to remand. The Abstention issue is **MOOT**. Defendants Motions to Stay are **DENIED AS MOOT**. Defendants Motions to Transfer are **DENIED AS MOOT**. All other motions pending are **DENIED AS MOOT**.

# COURTROOM MINUTES

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 28 2002

FILED
CLERK'S OFFICE

JUDGE   VANESSA D. GILMORE

CLERK   B. Thomas
RPTR    F. Warner
LAW CLERK _____

United States Courts
Southern District of Texas
FILED
FEB 08 2002
Michael N. Milby, Clerk of Court

United States Courts
Southern District of Texas
ENTERED
FEB 21 2002
Michael N. Milby, Clerk

MORNING
SESSION _____

AFTERNOON
SESSION  2:10 - 2:20

DATE:   February 8, 2002

Civil Action No. H-01-4136

**Donelson**            versus            **Accents**

DOCKET ENTRY

(VDG) STATUS HEARING                                    (Rptr. - Fred Warner)
     (PROCEEDING)

The court was informed that the friction products claims cases were remanded to state court by Judge Alfred Wolin United States District Judge for the District of Delaware.

The court finds on all cases pending related to Federal-Mogul Bankruptcy that the cross claims against Federal-Mogul are not sufficient to invoke "related to" jurisdiction.

This court lacks subject matter jurisdiction and there is no contribution claim to provide a basis for "related to" jurisdiction.  All of Plaintiffs Motion to Remand are **GRANTED.**  The court enters sua sponte an order of remand any cases which have failed to file motions to remand.  The Abstention issue is **MOOT.**  Defendants Motions to Stay are **DENIED AS MOOT.**  Defendants Motions to Transfer are **DENIED AS MOOT.**  All other motions pending are **DENIED AS MOOT.**

## COURTROOM MINUTES

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED **FEB 2 8 2002**

JUDGE __VANESSA D. GILMORE__

CLERK __B. Thomas__
RPTR __F. Warner__
LAW CLERK ____
MORNING
SESSION ____

United States Courts
Southern District of Texas
FILED **FEB 0 8 2002**
Michael N. Milby, Clerk of Court

United States Courts
Southern District of Texas
ENTERED
**FEB 2 1 2002**
Michael N. Milby, Clerk

AFTERNOON
SESSION __2:10 - 2:20__

DATE: __February 8, 2002__

Civil Action No. __H-01-4137__

__Smith__                    versus            __Chrysler Motors__

DOCKET ENTRY

(VDG) STATUS HEARING                              (Rptr. - Fred Warner)
      (PROCEEDING)

The court was informed that the friction products claims cases were remanded to state court by Judge Alfred Wolin United States District Judge for the District of Delaware.
The court finds on all cases pending related to Federal-Mogul Bankruptcy that the cross claims against Federal-Mogul are not sufficient to invoke "related to" jurisdiction.
This court lacks subject matter jurisdiction and there is no contribution claim to provide a basis for "related to" jurisdiction. All of Plaintiffs Motion to Remand are **GRANTED**. The court enters sua sponte an order of remand any cases which have failed to file motions to remand. The Abstention issue is **MOOT**. Defendants Motions to Stay are **DENIED AS MOOT**. Defendants Motions to Transfer are **DENIED AS MOOT**. All other motions pending are **DENIED AS MOOT**.



## COURTROOM MINUTES

United States Courts
Southern District of Texas
FILED
FEB 0 8 2002

PANEL ON
LITIGATION

FEB 28 2002

JUDGE __VANESSA D. GILMORE__
CLERK __B. Thomas__
RPTR __F. Warner__
LAW CLERK _____
MORNING SESSION _____
AFTERNOON SESSION __2:10 - 2:20__

Michael N. Milby, Clerk of Court
FILED
CLERK'S OFFICE

United States Courts
Southern District of Texas
ENTERED
FEB 21 2002
Michael N. Milby, Clerk

DATE: __February 8, 2002__

Civil Action No. __H-01-4143__

__Wierzowwiecki__  versus  __A P Green Refractori__

DOCKET ENTRY

(VDG) STATUS HEARING                                  (Rptr. - Fred Warner)
    (PROCEEDING)

The court was informed that the friction products claims cases were remanded to state court by Judge Alfred Wolin United States District Judge for the District of Delaware.

The court finds on all cases pending related to Federal-Mogul Bankruptcy that the cross claims against Federal-Mogul are not sufficient to invoke "related to" jurisdiction.

This court lacks subject matter jurisdiction and there is no contribution claim to provide a basis for "related to" jurisdiction. All of Plaintiffs Motion to Remand are **GRANTED**. The court enters sua sponte an order of remand any cases which have failed to file motions to remand. The Abstention issue is **MOOT**. Defendants Motions to Stay are **DENIED AS MOOT**. Defendants Motions to Transfer are **DENIED AS MOOT**. All other motions pending are **DENIED AS MOOT**.

## COURTROOM MINUTES

United States Courts
Southern District of Texas
FILED
FEB 0 8 2002
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
FEB 28 2002
Michael N. Milby, Clerk of Court
FILED
United States Courts CLERK'S OFFICE
Southern District of Texas
ENTERED
FEB 21 2002
Michael N. Milby, Clerk

JUDGE   VANESSA D. GILMORE
CLERK   B. Thomas
RPTR    F. Warner
LAW CLERK
MORNING SESSION _____
AFTERNOON SESSION 2:10 - 2:20

DATE: February 8, 2002

Civil Action No. H-01-4169

Barton, et al.        versus        AC&S

**DOCKET ENTRY**

(VDG) STATUS HEARING                    (Rptr. - Fred Warner)
    (PROCEEDING)

The court was informed that the friction products claims cases were remanded to state court by Judge Alfred Wolin United States District Judge for the District of Delaware.

The court finds on all cases pending related to Federal-Mogul Bankruptcy that the cross claims against Federal-Mogul are not sufficient to invoke "related to" jurisdiction.

This court lacks subject matter jurisdiction and there is no contribution claim to provide a basis for "related to" jurisdiction. All of Plaintiffs Motion to Remand are **GRANTED**. The court enters sua sponte an order of remand any cases which have failed to file motions to remand. The Abstention issue is **MOOT**. Defendants Motions to Stay are **DENIED AS MOOT**. Defendants Motions to Transfer are **DENIED AS MOOT**. All other motions pending are **DENIED AS MOOT**.

# COURTROOM MINUTES

FEB 23 2002

FILED CLERK'S OFFICE FEB 0 8 2002

JUDGE   VANESSA D. GILMORE

CLERK   B. Thomas

RPTR   F. Warner

LAW CLERK

MORNING SESSION

AFTERNOON SESSION  2:10 - 2:20

FEB 21 2002

Michael N. Milby, Clerk

DATE:   February 8, 2002

Civil Action No. **H-01-4190**

*German, et al.*   versus   ***Armstrong World***

DOCKET ENTRY

(VDG) <u>STATUS HEARING</u>   (Rptr. - Fred Warner)
   (PROCEEDING)

The court was informed that the friction products claims cases were remanded to state court by Judge Alfred Wolin United States District Judge for the District of Delaware.

The court finds on all cases pending related to Federal-Mogul Bankruptcy that the cross claims against Federal-Mogul are not sufficient to invoke "related to" jurisdiction.

This court lacks subject matter jurisdiction and there is no contribution claim to provide a basis for "related to" jurisdiction.  All of Plaintiffs Motion to Remand are **GRANTED.** The court enters sua sponte an order of remand any cases which have failed to file motions to remand.  The Abstention issue is **MOOT.** Defendants Motions to Stay are **DENIED AS MOOT.** Defendants Motions to Transfer are **DENIED AS MOOT.** All other motions pending are **DENIED AS MOOT.**