MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 2 8 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the eight Southern District of Texas actions listed on the attached Schedule A on February 8, 2002. In the absence of any opposition, the conditional transfer order was finalized with respect to these eight actions on February 26, 2002. The Panel has now been advised, however, that the eight actions were remanded to Texas state court by the Honorable Vanessa D. Gilmore in separate minute orders entered on February 20 and 21, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-210" filed on February 8, 2002, is VACATED insofar as it relates to the eight actions listed on the attached Schedule A.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED MAR 5 '02

## SCHEDULE A

MDL-875 — In re Asbestos Products Liability Litigation (No. VI)

### Southern District of Texas

*Robert Perry Matthews, Jr., et al. v. Armstrong World Industries, et al.*,
   C.A. No. 4:01-4120
*Jimmy E. Sumner, et al. v. Armstrong World Industries, et al.*, C.A. No. 4:01-4122
*Luis H. Imai v. Able Supply Co., et al.*, C.A. No. 4:01-4135
*Ronald K. Donelson v. Accents, Inc., et al.*, C.A. No. 4:01-4136
*Donnie E. Smith v. Chrysler Motors Corp., et al.*, C.A. No. 4:01-4137
*Alvin J. Wierzowiecki v. A.P. Green Refractories Co., et al.*, C.A. No. 4:01-4143
*Arlington Brent Barton, et al. v. ACandS, Inc., et al.*, C.A. No. 4:01-4169
*Fletcher German, Jr., et al. v. Armstrong World Industries, Inc., et al.*,
   C.A. No. 4:01-4190