JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 1 2002

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Ronald P. Jahn, et al. v. ACandS, Inc., et al.*, D. South Carolina, C.A. No. 2:01-4555

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING THE MARCH 21, 2002 HEARING SESSION

A conditional transfer order was filed in this action (*Jahn*) on December 28, 2001. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Jahn* submitted a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. Plaintiffs have now advised the Panel that they withdraw their initial opposition to transfer of *Jahn*.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-209" filed on December 28, 2001, is LIFTED insofar as it relates to this action, and thus the action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 being conducted by the Honorable Charles R. Weiner.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 15, 2002, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

OFFICIAL FILE COPY

IMAGED MAR 5 '02