MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 4 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the four Western District of Arkansas actions listed on the attached Schedule A on February 8, 2002. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the four actions filed notices of opposition to the proposed transfer. The Panel has now been advised that the four actions were remanded to Arkansas state court by the Honorable Jimm Larry Hendren in orders signed on February 12, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-210" filed on February 8, 2002, is VACATED insofar as it relates to the four actions listed on the attached Schedule A.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

IMAGED MAR 6 '02   OFFICIAL FILE COPY

## SCHEDULE A

MDL-875 — In re Asbestos Products Liability Litigation (No. VI)

### Western District of Arkansas

*Larry Russell, et al. v. A.W. Chesterton Co., et al*, C.A. No. 1:01-1162
*Gerald Duncan, et al. v. Daimler Chrysler Corp., et al.*, C.A. No. 5:01-5255
*Gerald Duncan, et al. v. Allied Signal, Inc., et al.*, C.A. No. 5:01-5257
*Frank Ray Cole v. Allied Signal, Inc., et al.*, C.A. No. 5:01-5258