LAW OFFICES
# NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE
PROFESSIONAL ASSOCIATION

28 BRIDGESIDE BOULEVARD
POST OFFICE BOX 1792
MT. PLEASANT, SOUTH CAROLINA 29465
843-216-9000   FAX # 843-216-9450
E-MAIL: nmlrp@nmlrp.com

V. BRIAN BEVON
DIRECT DIAL: 843-216-9090
FAX: 843-216-9430
E-MAIL: bbevon@nmlrp.com

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 5 2002

FILED
CLERK'S OFFICE

OTHER OFFICES:
CHARLESTON, SOUTH CAROLINA
BARNWELL, SOUTH CAROLINA
PROVIDENCE, RHODE ISLAND
NEW ORLEANS, LOUISIANA
RALEIGH, NORTH CAROLINA

February 27, 2001

**Via Facsimile 202-502-2888 and US Mail**
Michael J. Beck, Clerk of the Panel
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
One Columbus Circle, N. E.
Room G-255, North Lobby
Washington, DC  20002-8004

Re:   MDL No. 875 In Re: Asbestos Products Liability Litigation (No. VI)
      *Ronald P. Jahn and Gayle G. Jahn v. ACandS, Inc.*, et al., D. South Carolina
      C/A No. 2:01-4555

      *Marvin S. Bragg, Jr. and Lillie M. Bragg v. ACandS, Inc.*, et al., D. South Carolina,
      C/A No. 2:01-4786

      *David R. Cauthen, Sr. and Patsy G. Cauthen v. ACandS, Inc.*, et al., D. South Carolina,
      C/A No. 2:01-4787

Dear Mr. Beck:

Pursuant to your telephone conversation on February 26, 2001, with my legal assistant, please be advised that we will be withdrawing our Notices of Opposition in the above-captioned cases, as they were filed erroneously.

I appreciate your assistance in this matter and if you should have any questions, please do not hesitate to contact me.

Sincerely,

V. Brian Bevon

VBB/pm

MDL- 875
RECOMMENDED ACTION

LIFT CTO-210 -- 2 ACTIONS
Approved/Date:  MJB  3/7

**OFFICIAL FILE COPY**
IMAGED MAR 6 '02