MAR 5 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 5 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Marvin S. Bragg, Jr., et al. v. ACandS, Inc., et al.,* D. South Carolina, C.A. No. 2:01-4786
*David R. Cauthen, Sr., et al. v. ACandS, Inc., et al.,* D. South Carolina, C.A. No. 2:01-4787

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these two actions (*Bragg* and *Cauthen*) on February 8, 2002. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Bragg* and *Cauthen* filed a notice of opposition to the proposed transfer. Plaintiffs have now advised the Panel that they withdraw their initial opposition to transfer of *Bragg* and *Cauthen*.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-210" filed on February 8, 2002, is LIFTED insofar as it relates to these two actions, and thus the actions are transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 being conducted by the Honorable Charles R. Weiner.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

IMAGED MAR 6 '02    OFFICIAL FILE COPY