JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 5 2002

FILED
CLERK'S OFFICE

# KIRKLAND & ELLIS
PARTNERSHIPS INCLUDING PROFESSIONAL CORPORATIONS

200 East Randolph Drive
Chicago, Illinois 60601

(312) 861-2000

Douglas Smith
To Call Writer Directly:
(312) 861-3374

Facsimile:
312-861-2200

March 4, 2002

**Via Hand Delivery**

Michael J. Beck, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Washington, D.C. 20002

Re: CTO-209 entered in MDL-875 - In re Asbestos Products Liability
Litigation (No. VI)

Dear Mr. Beck:

I am writing on behalf of DaimlerChrysler Corporation, Ford Motor Company and General Motors Corporation in response to the February 26, 2002 letter of Charles S. Siegel regarding *Carden v. Able Supply Co.*, No. 3-01-2396, one of the cases covered by CTO-209. The claims against the automobile manufacturers in *Carden*, which are the subject of Judge Fish's February 13, 2002 "order of remand" were among the claims that were previously transferred to the United States District Court for the District of Delaware pursuant to the December 10, 2001 provisional transfer order entered by the Honorable Alfred M. Wolin and which are currently before the Third Circuit on appeal. Consequently, Judge Fish's "remand" order has no effect because the case was not before him: It had already been transferred by Judge Wolin and is now pending before the Third Circuit.

Finally, despite my prior correspondence informing the Panel and all interested parties that all pleadings relating to CTO-209 should be served on David Bernick, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois, 60601, Mr. Siegel failed to serve a copy of his letter on this firm and, consequently, we have been unable to respond until now.

Sincerely,

Douglas Smith

cc: All Counsel of Record

IMAGED MAR 6 '02

London    Los Angeles    **OFFICIAL FILE COPY**    Washington, D.C.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 5 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, Douglas G. Smith, hereby certify that I caused a true and correct copy of the foregoing letter to be served via United States mail to all counsel of record on the attached service list on the 4th day of March, 2002.

_____
Douglas G. Smith

INVOLVED COUNSEL FOR SCHEDULE CTO-209
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

John E. Ansbach
Heygood Orr & Reyes
4245 North Central Expressway
6th Floor
Dallas, TX 75205

Mel Bailey
Bailey Crowe & Kugler
4600 Bank of America Plaza
901 Main Street
Dallas, TX 75202

David A. Barfield
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207

David B. Barlow
Sidley, Austin, Brown & Wood
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603

Steven T. Baron
Silber & Pearlman
2711 North Haskell Ave.
Suite 32
Dallas, TX 75204

Thomas P. Bernier
Goldfein & Hosmer
217 E. Redwood Street
21st Floor
Baltimore, MD 21202

V. Brian Bevon
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Paula H. Blazek
Bernsen, Jamail & Goodson, LLP
550 Fannin Street
P.O. Box 4915
Beaumont, TX 77004

Jack L. Block
Sachnoff & Weaver, Ltd.
30 South Wacker Drive
29th Floor
Chicago, IL 60606

Leslie J. Bobo
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225

John J. Boyd, Jr.
Lord & Whip, P.A.
120 West Layette Street
800 One Center Plaza
Baltimore, MD 21201

Michael J. Brickman
Ness, Motley, Loadholt, Richardson & Poole
P.O. Box 1137
Charleston, SC 29401

Pamela T. Broache
Lord & Whip, P.A.
800 Once Center Plaza
120 West Layette Street
Baltimore, MD 21201

W. Scott Brown
Forman, Perry, Watkins, Krutz & Tardy
1515 Poydras Street
Suite 1420
New Orleans, LA 70112

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 2220
3112 Canty Street
Pascagoula, MS 39569

Lisa N. Busch
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

Isaac K. Byrd, Jr.
Byrd & Associates
P.O. Box 19
Jackson, MS 39205

Larry G. Canada
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square, Suite 4040
701 Poydras Street
New Orleans, LA 70139

James R. Carter
Carter Law Offices
Commerce Bank Building, Suite 529
416 Main Street
Peoria, IL 61602

Michael P. Cascino
Cascino Vaughan Law Offices
403 West North Avenue
Chicago, IL 60610

Michael P. Casey
Lewis, Rice & Fingersh
500 North Broadway, Suite 200
St. Louis, MO 63102

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Paul V. Cassisa, Jr.
Bernard, Cassisa, Elliott & Davis
P.O. Box 1138
Oxford, MS 38655

William T. Causby
Nelson, Mullins, Riley & Scarborough
Keenan Building, 3rd Floor
1330 Lady Street
P.O. Box 11070
Columbia, SC 29211

Damon J. Chargois
Foster & Sear
1201 N. Watson
Suite 145
Arlington, TX 76006

Daniel J. Cheeley
Bellande Cheeley, O'Flaherty, Sargis & Ayres
19 S. LaSalle Street, Suite 1203
Chicago, IL 60603

Stanley M. Chow
Char, Hamilton, Campbell & Thom
Mauka Tower, Suite 2100
737 Bishop Street
Honolulu, HI 93813

Adam M. Chud
Shea & Gardner
1800 Massachusetts Ave., N.W.
Washington, DC 20036

David W. Clark
Bradley, Arant, Rose & White
188 E. Capitol Street, Suite 450
P.O. Box 1789
Jackson, MS 39215

Gregory L. Cochran
McKenna, Storer, Rowe, White & Farrug
200 N. LaSalle Street, Suite 3000
Chicago, IL 60601

J.P. Coleman
Baker, Donelson, Bearman & Caldwell
P.O. Box 14167
Jackson, MS 39236

P.J. Cone
Ness, Motley, Loadholt, Richardson & Poole
2202 Jackson Street
P.O. Box 365
Barnwell, SC 29812

P.J. Cone, II
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

John F. Conley
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 E. Main Street
Norfolk, VA 23510

Larry E. Cotten
Kirkley, Schmidt & Cotten
City Center II, Suite 2700
301 Commerce Street
Fort Worth, TX 76102

Kaye N. Courington
Duncan & Courington, LLC
322 Lafayette Street
New Orleans, LA 70130

Ronald B. Cox
Bowers, Orr & Dougall
P.O. Box 25389
Columbia, SC 29224

Edward M. Crane
Skadden, Arps, Slate, Meagher & Flom
333 W. Wacker Drive
Suite 2100
Chicago, IL 60606

Andrew J. Cross
Polsinelli, Shalton & Welte
100 S. Fourth Street
Suite 1100
St. Louis, MO 63102

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Charles P. Dargo
Bruce P. Clark & Associates
Harrison Ridge Square
419 Ridge Road
Munster, IN 46321

William S. Davies, Jr.
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Building, 3rd Floor
P.O. Box 11070
Columbia, SC 29211

Maxon R. Davis
Davis, Hatley, Haffeman & Tighe
100 River Drive North, 3rd Floor
Box 2103
Great Falls, MT 59401

L. Richard DeRobertis
Galiher, DeRobertis, Nakamura, Ono & Takitani
610 Ward Avenue, Suite 200
Honolulu, HI 96814

Mike Desautels
Delaney & Desautels
80 Wolf Road
6th Floor
Albany, NY 12205

Dennis J. Dobbels
Polsinelli, Shalton & Welte
700 W. 47th Street
Suite 1000
Kansas City, MO 64112

David W. Dogan, III
Dogan & Wilkinson
P.O. Box 23062
Jackson, MS 39225

Thomas F. Dougall
Bowers, Orr & Dougall, LLP
P.O. Box 25389
Columbia, SC 29224

Jerome J. Duchowicz
O'Hagan, Smith & Amundsen, LLC
150 N. Michigan Avenue
Suite 3300
Chicago, IL 60601

David Duke
Duke Law Firm
201 E. Abram
Suite 760
Arlington, TX 76010

Maja C. Eaton
Sidley, Austin, Brown & Wood
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603

Gary D. Elliston
DeHay & Elliston
3500 Bank of America Plaza
901 Main Street
Dallas, TX 75202

James T. Estes, Jr.
Burke, Sakai, McPheeters, et al.
Grosvenor Center, Mauka Tower
737 Bishop Street
Honolulu, HI 96813

C. Michael Evert, Jr.
Evert & Weathersby
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

James J. Fabian
Pfeifer & Fabian
326 Saint Paul Place
Suite 100
Baltimore, MD 21202

Richard Young Ferguson
Johnson, Ferguson, Pipkin & Phillips
4900 Woodway
Suite 1100
Houston, TX 77056

Matthew J. Fischer
Schiff, Hardin & Waite
233 S. Wacker Drive
6600 Sears Tower
Chicago, IL 60606

James L. Fletcher, Jr.
Duncan & Dourington
322 Lafayette Street
New Orleans, LA 70130

James T. Foley
Foley & Boyd
First City Place
Suite 404
Tyler, TX 75702

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Richard L. Forman
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225

Laura A. Frase
Forman, Perry, Watkins, Krutz & Tardy
1349 Empire Central
Suite 400
Dallas, TX 75247

Ellen B. Fursman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

William Allen Galerston
Kleberg Law Firm
1800 Bering
Suite 400
Houston, TX 77057

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Beverly D. Garner
11720 Borman Drive
P.O. Box 28500
St. Louis, MO 63146

Mark W. Garriga
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225

William P. Gavin
Gavin Law Firm
17 Park Place
Professional Centre
Belleville, IL 62226

Charles H. Gibbs, Jr.
Sinkler & Boyd
P.O. Box 340
Charleston, SC 29402

Robert L. Gibbs
Brunini, Grantham, Grower & Hewes
248 E. Capitol Street
P.O. Box 119
Jackson, MS 39205

Donald E. Godwin
Godwin, White & Gruber, P.C.
901 Main Street
Suite 2500
Dallas, TX 75202

William F. Goodman, III
Watkins & Eager
P.O. Box 650
Jackson, MS 39205

Demarcus J. Gordon
Johnson & Bell
55 E. Monroe Street
Suite 4100
Chicago, IL 60603

Kenneth M. Gorenberg
Wilman, Harrold, Allen & Dixon
225 W. Wacker Drive
Suite 2800
Chicago, IL 60606

Leonard R. Gouveia, Jr.
888 Mililani Street
8th Floor
Honolulu, HI 96813

Dennis J. Graber
Hinshaw & Culbertson
521 W. Main Street
Suite 300
Belleville, IL 62222

Robert M. Greenberg
Law Office of Robert Greenberg
1201 N. Watson Road
Suite 117
Arlington, TX 76006

Susan Gunty
Gunty & McCarthy
150 S. Wacker Drive
Suite 1025
Chicago, IL 60606

Patrick N. Haines
Lanier Parker & Sullivan
1331 Lamar
Suite 1550
Houston, TX 77010

Robert E. Haley
Wildman, Harrold, Allen & Dixon
225 W. Wacker Drive
Suite 3000
Chicago, IL 60606

Andrew S. Halio
Halio & Halio
P.O. Box 747
Charleston, SC 29402

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Ave. South
Minneapolis, MN 55402

G.P. Hardy, III
Hardy & Johns
500 Two Houston Center
909 Fannin
Houston, TX 77010

James M. Harris, Jr.
Harris, Lively & Duesler
550 Fannin Street
Houston, TX 77701

Sherman S. Hee
1164 Bishop Street
Suite 1415
Honolulu, HI 96813

John R. Henderson
Brown, MCCarroll, Oaks, Hartline
2000 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201

John L. Hill, Jr.
Locke Liddell & Sapp
3400 Texas Commerce Tower
600 Travis Street
Houston, TX 77002

M. King Hill, III
Venable, Baetjer & Howard
210 Allegheny Ave
P.O. Box 5517
Towson, MD 21285

Timothy J. Hogan
Bierne, Maynard & Parsons
1300 Post Oak Blvd.
25th Floor
Houston, TX 77056

John H. Holloman III
Watkins, Ludlam, Winter & Stennis
P.O. Box 427
Jackson MS 39205

Russell J. Hoover
Jenner & Block
One IBM Plaza
Suite 4400
Chicago, IL 60611

H. Forest Horne, Jr.
Jones, Martin, Parris & Tessener Law
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

D.L. Jackson
Baron & Budd
3102 Oak Law Ave
Suite 1100
Dallas, TX 75219

Barry D. Jenkins
Jenkins & Parron
801 Cherry, Suite 2000
P.O. Box 1287
Forth Worth, TX 76102

William V. Johnson
Johnson & Bell, Ltd.
55 E. Monroe Street
Suite 4100
Chicago, IL 60603

Steven M. Jupiter
LeBlanc & Waddell
201 St. Charles Ave
Suite 3204
New Orleans, LA 70170

George J. Kacal, Jr.
Dunn, Kacal, Adams, Pappas & Law
One Riverway
Suite 1200
Houston, TX 77056

Jeffery T. Kale
Enserch Corporation
300 S. St. Paul
Suite 1200
Dallas, TX 75201

Jennifer A. Kinder
Baron & Budd
3102 Oak Law Avenue
Suite 1100
Dallas, TX 75219

Reginald S. Kramer
Oldham & Dowling
195 S. Main Street
Suite 300
Akron, OH 44308

Peter A. Kraus
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

Robert Kropp, Jr.
Geffner & Bush
3500 W. Olive Street
Suite 1100
Burbank, CA 91505

Craig T. Kugisaki
Pacific Tower
1001 Bishop Street, Suite 2727
Honolulu, HI 96813

John J. Kurowski
Kurowski & Bailey
24 Bronze Pointe
Belleville, IL 62226

Patrick J. Lamb
Butler, Rubin, Saltarelli & Boyd
1800 Three First National Plaza
70 W. Madison Street
Chicago, IL 60602

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Mickey P. Landry
Landry & Swarr
330 Camp Street
New Orleans, LA 70130

W.M. Lanier
Lanier Parker & Sullivan
1331 Lamar
Suite 1550
Houston, TX 77010

Steven D. Robinson
Karr, Tuttle & Campbell
1201 3rd Avenue
Suite 2900
Seattle, WA 98101

Christopher P. Larson
Heyl & Royster
600 Bank One Building
124 Southwest Adams
Peoria, IL 61602

H. Seward Lawlor
Glasser & Glasser
580 E. Main Street
600 Crown Center
Norfolk, VA 23510

Sidney G. Leech
Goodell, DeVries, Leech & Dann
Commerce Plaza, 20th Floor
One South Street
Baltimore, MD 21202

Tom L. Lewis
Lewis, Huppert & Slovak
725 Third Avenue North
P.O. Box 2325
Freat Falls, MT 59403

Craig T. Liljestrand
Hinshaw & Culbertson
222 N. LaSalle Street
Suite 300
Chicago, IL 60601

Caren K. Lock
Kern & Wooley
5215 North O'Connor Blvd.
Suite 1700
Irving, TX 75039

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Richard P. Long
Warner & Meihofer, LLC
218 N. Jefferson
Suite 300
Chicago, IL 60661

Melodie M. Mabanta
Robinson, Woolson & O'Donnell
217 E. Redwood Street
Suite 1500
Baltimore, MD 21202

Leslie MacLean
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

Donald C. Machado
Central Pacific Plaza
220 S. King Street, Suite 2100
Honolulu, HI 96813

Eric Manchin
Kacske Reeves
6301 Gaston Ave
Suite 735
Dallas, TX 75214

Jerold T. Matayoshi
Fukunaga, Matayoshi, Hershey & Ching
Davies Pacific Center, Suite 1200
841 Bishop Street
Honolulu, HI 96813

Christopher D. Mauriello
Wallace & Graham
525 N. Main Street
Salisbury, NC 28144

Edward J. McCambridge
Segal, McCambridge, Singer & Mahoney
One IBM Plaza, Suite 200
330 North Wabash Avenue
Chicago, IL 60611

Silas W. McCharen
Daniel, Coker, Horton & Bell
P.O. Box 1084
111 E. Capitol Street, Suite 600
Jackson, MS 39215

Charles S. McCowan, Jr.
Kean, Miller, Hawthorne, et al.
One American Place, 22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821

Daneil W. McGrath
Hinshaw & Culbertson
222 N. Lasalle Street
Suite 300
Chicago, IL 60601

Kim M. Meaders
Crouch & Inabnett
2300 Fountain Place
1445 Ross Avenue
Dallas, TX 75202

Lewis Charles Miltenberger
Cordray, Goodrich & Miltenberger
108 W. 8th Street, Suite 500
Ft. Worth, TX 76102

Willard J. Moody, Jr.
Moody, Strople, Kloeppel & Basilone
500 Crawford Street
Commerce Bank Bldg., Suite 300
P.O. Box 1138
Portsmouth, VA 27305

Marty A. Morris
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard I. Nemeroff
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

John Nishimoto
Ayabe, Chong, Nishimoto, Sia & Nakamura
Pauahi Tower
1001 Bishop Street
Suite 2500
Honolulu, HI 96813

Robert L. Norton
Jones & Granger
10000 Memorail Drive, Suite 888
P.O. Box 4340
Houston, TX 77210

E.R. Nunnally
Bell, Nunnally & Martin
3232 McKinney Avenue
Suite 1400
Dallas, TX 75204

Michael F. O'Connor
Oliver, Lau, Lawhn, Ogawa & Nakamura
Ocean View Center, Suite 600
707 Richards Street
Honolulu, HI 96813

John M. O'Quinn
M. Michael Meyer
O'Quinn & Laminack & Pirtle
2300 Lyric Centre Building
440 Louisiana Street
Houston, TX 77002

James R. Old, Jr.
Germer & Gertz
805 Park Street
Beaumont, TX 77701

Aimee H. Oyasato
White & Tom
820 Mililani Street, Suite 701
Honolulu, HI 96813

Peter T. Paladino, Jr.
Ketchum Center, 3rd Floor
1030 Fifth Avenue
Pittsburgh, Pa 15219

Trevor L. Pearlman
Silber & Pearlman
2711 N. Haskell Ave
Suite 32
Dallas, TX 75204

Ronald G. Peresich
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
759 Vieux Marche Mall
Biloxi, MS 39533

Joseph S. Pevsner
Thompson & Knight
3300 First City Center
1700 Pacific Avenue
Dallas, TX 75201

Joseph Stuart Pevsner
Thompson & Knight
1700 Pacific Avenue
Suite 3300
Dallas, TX 75201

Kent L. Plotner
Heyl & Royster
Mark Twain Plaza II, Suite 100
103 N. Main Street
P.O. Box 467
Edwardsville, IL 62025

James B. Pressly, Jr.
Haynsworth Sinkler Boyd
75 Beattie Place
11th Floor
Greenville, SC 29601

Robert A. Pritchard
Pritchard Law Firm
P.O. Drawer 1707
Pascagoula, MS 39568

Christopher J. Raistrick
Bellande, Cheely, O'Flaherty, Sargis & Ayers
19 S. LaSalle Street, Suite 1203
Chicago, IL 60603

Mark E. Rakoczy
Skadden, Arps, Slate, Meagher & Flom
333 W. Wacker Drive
Suite 2100
Chicago, IL 60606

William C. Reeves
Markow, Walker, Reeves & Anderson
805 S. Wheatley, Suite 475
P.O. Box 13669
Jackson, MS 39236

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Robert H. Riley
Schiff, Hardin & Waite
6600 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606

Trudy Hartzog Robertson
Moore & Van Allen
P.O. Box 22828
Charleston, SC 29413

Dawn Smith Rodrigue
LeBlanc & Waddell
The Essen Centre
5353 Essen Lane, Suite 420
Baton Rouge, LA 70809

Arthur F. Roeca
Roeca, Louie & Hiraoka
Davies Pacific Center, Suite 900
841 Bishop Street
Honolulu, HI 96813

John D. Roven
John Roven & Associates
2190 N. Loop West, Suite 410
Houston, TX 77018

Paul L. Sadler
Wellborn, Houston, Adkison Mann & Sadler
P.O. Box 1109
Henderson, TX 75653

| | | |
|---|---|---|
| Stephanie Ann Scharf<br>Jenner & Block<br>One IBM Plaza<br>Suite 4400<br>Chicago, IL 60611 | Patrick C. Smith<br>Church & Houff, PA<br>2 North Charles Street, Suite 600<br>Baltimore, MD 21201 | William M. Thomas<br>Fairchild, Price, Thomas & Haley<br>413 Shelbyville Street<br>P.O. Drawer 1719<br>Center, TX 75935 |
| Richard D. Schuster<br>Vorys, Sater, Seymour & Pease, LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216 | Robert N. Spinelli<br>Kelley, Jasons, McGuire & Spinelli<br>Centre Square West, 15th Floor<br>Philadelphia, PA 19102 | Michael P. Thornton<br>Thornton & Naumes, L.L.P.<br>100 Summer Street<br>30th Floor<br>Boston, MA 02110 |
| Mark Steven Scudder<br>Strasburger & Price, L.L.P.<br>901 Main Street<br>Suite 4300<br>Dallas, TX 75202 | Robert Spitkovsky<br>Johnson & Bell, Ltd.<br>55 E. Monroe Street<br>Suite 4100<br>Chicago, IL 60603 | Andrew J. Trevelise<br>Reed Smith LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 |
| Neil Selman<br>Selman, Breitman & Burgess<br>11766 Wilshire Boulevard<br>Sixth Floor<br>Los Angeles, CA 90025 | Joseph Stalmack<br>Joseph Stalmack & Associates, P.C.<br>5253 Hohman Avenue<br>Hammond, IN 46320 | Willis R. Tribler<br>Tribler, Orpett & Crone<br>30 North LaSalle Street<br>Suite 2200<br>Chicago, IL 60602 |
| Robert L. Shuftan<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive<br>Suite 3000<br>Cicago, IL 60606 | Minor C. Sumners, Jr.<br>1907 Dunbarton Drive<br>Suite F<br>Jackson, MS 39216 | Thomas W. Tyner<br>Aultman, Tyner, McNeese, Ruffin<br>& Yarborough<br>P.O. Box 750<br>315 Hemphill Street<br>Hattiesburg, MS 39403 |
| Donald L. Sime<br>Hinshaw & Culbertson<br>110 North West Street<br>Waukegan, IL 60085 | Robert E. Swickle<br>Jaques Admiralty Law Firm, P.C.<br>1370 Penobscot Building<br>Detroit, MI 48226 | Robert T. Varney<br>Robert T. Varney & Associates<br>121 N. Main Street<br>4th Floor<br>Bloomington, IL 61701 |
| Melissa Skilken<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive<br>Suite 3000<br>Chicago, Il 60606 | Thomas R. Sylvester<br>Pacific Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI 96813 | Thomas E. Vaughn<br>Allen, Vaughn, Cobb & Hood<br>P.O. Drawer 4108<br>Gulfport, MS 39502 |
| Andrew C. Skinner<br>Skadden, Arps, Slate, Meagher<br>& Flom<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 | William K. Tapscott<br>Baron & Budd<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219 | Lawrence D. Wade<br>Campbell, DeLong, Hagwood & Wade<br>P.O. Box 1856<br>Greenville, MS 38702 |
| Edward M. Slaughter<br>Foster & Sear<br>1201 North Watson<br>Suite 145<br>Arlington, TX 76006 | Thomas W. Taylor<br>Andrews & Kurth<br>600 Travis<br>Suite 4200<br>Houston, TX 77002 | Michael R. Walzel<br>Stevens, Baldo & Freeman, L.L.P.<br>550 Fannin Street, Suite 400<br>P.O. Box 4950<br>Beaumont, TX 77704 |

Frank J. Wathen
Foster & Sear
1201 N. Watson
Suite 145
Arlington, TX 76006

Scott W. Wert
Foster & Sear
360 Place Office Park
1201 N. Watson, Suite 145
Arlington, TX 76006

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Eric D. Wewers
DeHay & Elliston, L.L.P.
3500 NationsBank Plaza
901 Main Street
Dallas, TX 75202

Kenneth Charles Whalen
Moody, Strople, Kloeppel & Basilone
9280 Bay Plaza Blvd.
Bay Plaza II, Suite 714
Tampa, FL 33619

Clay M. White
Sammons & Parker, P.C.
218 North College
Tyler, TX 75702

Daniel B. White
Gallivan, White & Boyd, P.A.
P.O. Box 10589
Greenville, SC 29603

Robert W. Wilkinson
Dogan & Wilkinson
P.O. Box 1618
726 Delmas Avenue
Pascagoula, MS 39568

Gene M. Williams
Mehaffy & Weber, P.C.
P.O. Box 16
Beaumont, TX 77002

Roy C. Williams
Colingo, Williams, Heidelberg, et al.
P.O. Box 1407
711 Delmas Avenue
Pascagoula, MS 39568

Douglas P. Wilson
Wilson Law Offices
200 Firstar Bank Building
6405 North Cosby Avenue
Kansas City, MO 64151

Troyce G. Wolf
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

Dawn M. Wright
Thompson & Knight
1700 Pacific Ave.
Suite 3300
Dallas, TX 75201

Jamshyd M. Zadeh
Bourland Kirkman Seidler & Evans
201 Main Street
Suite 1400
Fort Worth, TX 76102

Ellen B. Furman
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Robert E. Thackston
3200 Allied Bank Tower
1445 Ross Avenue
Dallas, TX 75202

Alan B. Rich
Baron & Budd
3102 Oak Law Avenue
Suite 1100
Dallas, TX 75219

Kay Gunderson Reeves
Judy Bradshaw
Kaeske Reeves, LLP
6301 Gaston Avenue
Suite 735
Dallas, TX 75214