JUDICIAL PANEL
MULTIDISTRICT LITIGATION

MAR - 5 2002

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY :
LITIGATION (NO. VI) :

─────────────────────────────── x

This Document Relates to: : CIVIL ACTION NO. MDL 875

United States District Court :
Southern District of Florida :

ROBLES v Crown Cork & Seal Co., Inc.:
Case No. 1:01-3359-CIV-SEITZ :

─────────────────────────────── x

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Southern District of Florida, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate;

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Southern District of Florida for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

MDL- 875
RECOMMENDED ACTION

CRO - one action
Approved/Date: _mk_ 3/1

Date: 2/19/2002

BY THE COURT:

_____
Charles R. Weiner    J.

**OFFICIAL FILE COPY**

IMAGED MAR 6 '02