JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 12 2002

FILED
CLERK'S OFFICE

P:\KARE0302\HAMPTON.MOT

BEFORE THE JUDICIAL PANEL
ON MULTI DISTRICT LITIGATION

DOCKET NO. 875

IN RE ASBESTOS PRODUCT LIABILITY
CTO-210 TAG ALONG CASES

IN RE: ESTATE OF HAMPTON

USDC EDLA 01-3654

**MOTION TO VACATE
THE CONDITIONAL TRANSFER ORDER**

1. On or about December 5, 2001, General Motors removed the claim against it in this matter from the Parish Court for Orleans parish to the United States Court for the Eastern District of Louisiana.

2. On January 3, 2002, Judge Wolin of the District of Delaware conditionally transferred the claim to himself.

3. On February 8, 2002 he remanded the matter to the state courts.

4. On February 11, 2002 defendant General Motors appealed the remand to the Third Circuit Court of Appeals.

5. On February 12, 2002 the Third Circuit stayed the remand.

OFFICIAL FILE COPY IMAGED MAR 13 '02

Wherefore, the case is no longer within the purview of the MDL Panel and the Conditional Transfer Order of the panel should be vacated.

PAUL, REICH & MYERS, P.C.

BY: *(signature)*
ROBERT E. PAUL

MURRAY LAW FIRM

BY: s/ *(signature)*
JULIE ARDOIN

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 12 2002

FILED
CLERK'S OFFICE

P:\KARE0302\HAMPTON.BRF

BEFORE THE JUDICIAL PANEL
ON MULTI DISTRICT LITIGATION

DOCKET NO. 875

IN RE ASBESTOS PRODUCT LIABILITY
CTO-210 TAG ALONG CASES

IN RE: ESTATE OF HAMPTON V. OWENS-ILLINOIS

USDC EDLA 01-3654

**BRIEF IN SUPPORT OF VACATION
OF CONDITIONAL TRANSFER ORDER**

The within claim against General Motors (GM) was removed by General Motors to the Eastern District of Louisiana because of a purported relation to the Federal Mogul bankruptcy. On January 3, 2002 GM persuaded Judge Wolin, who presides over the Federal Mogul bankruptcy to transfer the matter to himself conditionally. On February 8, 2002 Judge Wolin remanded the within matter for lack of subject matter jurisdiction and equitable abstention to the state courts. (See attached.) This claim is thus no longer under the purview of any Federal Court or of the MDL panel under 28 USC 1447 as that Order to remand is nonreviewable by any other Federal Court. General Motors appealed to the Third Circuit Court of Appeals. On February 12 the Third Circuit issued an Order staying the effect of Judge Wolin's Order. It cannot do so as 28 USC 1447 and 1478 make clear that remands are nonreviewable by any Circuit Court or the Supreme Court.

The MDL panel has no power over this case as the case is

either in the Third Circuit Court of Appeals because of the stay or back in New Orleans Parish by operation of 28 USC 1447(d) and Judge Wolin's Order. Since Judge McNamara deferred to Judge Wolin and Judge Wolin has remanded, the case is already remanded and no longer in any Federal court or under the authority of the MDL panel. The transfer Order of the MDL Panel must be vacated.

PAUL, REICH & MYERS, P.C.

BY: _____
ROBERT E. PAUL

MURRAY LAW FIRM

BY: S/_____
JULIE ARDOIN

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 12 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Motion and Brief to Vacate the Conditional Transfer Order will be served by hand-delivery or first-class mail, postage pre-paid, on or before March 8, 2002 to the following counsel of record:

*[signature]*
ROBERT E. PAUL

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
1900 Key Center
Cleveland, OH  44114

William F. Bologna
W.F. Bologna & Associates
1515 Poydras St., #2323
New Orleans, LA 70112

Edward J. Cass
Gallagher, Sharp, Fulton
  & Norman
Bulkley Bldg., 7th Fl.
1501 Euclid Avenue
Cleveland, OH  44115

Paul V. Cassisa, Sr.
Bernard, Cassisa, Elliott
  & Davis
1615 Metairie Road
P.O. Box 55490
Metairie, LA  70055

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue,
N.W.
Wasington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA  15222

Raymond P. Forceno
Forceno & Hannon
Phila. Bourse Bldg. #1000
Independence Mall East
Philadelphia, PA  19106

Ellen B. Furman
Goldfein & Joseph
1600 Market St., 33rd Fl.
Philadelphia, PA  19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Ave., South
Minneapolis, MN  55402

Reginald Kramer
Oldham & Dowling
195 S. Main Street, #300
Akron, OH  44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA  19102

Ronald L. Motley
Ness, Motley, Loadholdt,
Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

John Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX  77018

Richard D. Schuster
Vorys, Sater, Seymore & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd., 6th Fl.
Los Angeles, CA  90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Fl.
Philadelphia, PA  19102

Robert E. Swickle
Jaques Admiralty Law Firm PC
1370 Penobscot Building
Detroit, MI  48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA  52406