MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DOCKET NO. 875

MAR 12 2002

BEFORE THE JUDICIAL PANEL ON MULTI DISTRICT LITIGATION

FILED
CLERK'S OFFICE

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

ORIGINATING FROM
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

WILLIAM JOHNSTON, PLAINTIFF            CIVIL ACTION

NO. 2:01-2316

v.

AC&S, INC., ET AL, DEFEDANTS

### MOTION AND BRIEF TO VACATE CONDITIONAL TRANSFER ORDER

Comes now the Plaintiff, by and through his undersigned counsel, and for his Motion and Brief to Vacate Conditional Transfer Order, states as follows:

1. This action was originally filed in the Circuit Court of Polk County, Arkansas.

2. On or about December 19, 2001, the Honeywell, Inc. removed the present action to the United States District Court for the Western District of Arkansas, pursuant to 28 U.S.C. § 1452(a), alleging that as a result of Federal-Mogul Global, Inc.'s (hereinafter, "Federal-Mogul") filing for Chapter 11 bankruptcy relief on October 1, 2001, this Court has jurisdiction over the instant action pursuant to 28 U.S.C. § 1334[(b)].

3. This Court entered a conditional transfer order and Plaintiff filed a Notice of Opposition to the conditional transfer order.

OFFICIAL FILE COPY  IMAGED MAR 14 '02

4. This action was removed on the basis of a provisional transfer order entered by Judge Alfred M. Wolin, United States District Judge sitting by designation in the District of Delaware, provisionally transferring certain "friction related claims" to the District of Delaware. A hearing was held by Judge Wolin to determine whether the District Court had subject matter jurisdiction of the claims and Judge Wolin properly determined that the federal courts do not have subject matter jurisdiction of this claim. A copy of Judge Wolin's order is attached as Exhibit "A".

5. Plaintiff has filed a remand motion with the United States District Court for the Western District of Arkansas, but the District Court in Arkansas has yet to rule on that motion although all other cases removed to the Western District of Arkansas by Honeywell have been remanded to state court.

6. Because the United States District Court does not have subject matter jurisdiction of this case, transfer to the United States District Court for the Eastern District of Pennsylvania would not be proper. As such, Plaintiff respectfully requests that this Court vacate the conditional transfer order until such time as the District Court in Arkansas can rule on Plaintiff's Motion to Remand.

Respectfully submitted,

William Johnston

BY: _____
RUSSELL B. WINBURN
Arkansas Bar No. 87193
ODOM & ELLIOTT
P.O. Drawer 1868
Fayetteville, AR 72701

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: :
:
FEDERAL-MOGUL GLOBAL, INC., : CHAPTER 11
:
: BANKRUPTCY NO. 01-10597 DvB
Debtor. : (jointly administered)

**ORDER 1) DENYING THE MOTIONS TO TRANSFER THE "FRICTION PRODUCTS CLAIMS" AND 2) REMANDING THE FRICTION PRODUCTS CLAIMS**

This matter having been opened before the Court upon the several motions of parties, denominated in the prior Orders of the Court as the "Friction Products Defendants," to transfer to this District into the above-captioned proceedings the claims against the movants previously denominated "Friction Products Claims"; and the Court having previously granted this motion on a provisional basis and the Friction Products Claims having already been provisionally transferred to this Court subject to a plenary hearing on the motion to transfer; and the Court having previously given notice to the parties that it would consider arguments directed to subject matter jurisdiction, abstention and remand in ruling upon the movants' applications; and the Court having reviewed the submissions of counsel and heard oral argument; and for the reasons set forth on the record at the hearing on those motions today, as supplemented by a written Opinion to follow; and for good cause shown

It is this 8th day of February 2002

1



ORDERED that the motions to transfer the Friction Products Claims are denied, and it is further

ORDERED that this Court lacks subject matter jurisdiction over the Friction Products Claims, and it is further

ORDERED that the Friction Products Claims are remanded to the state courts from which they were removed pursuant to 28 U.S.C. § 1447, and it is further

ORDERED that, in the alternative, the Friction Products Claims are remanded to the state courts from which they were removed pursuant to 28 U.S.C. § 1452.

Alfred M. Wolin, U.S.D.J.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 1 2 2002

FILED
CLERK'S OFFICE

# PANEL SERVICE LIST (Excerpted from CTO-210)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Russell, et al. v. A.W. Chesterton Co., et al.*, W.D. Arkansas, C.A. No. 1:01-1162
*Johnston v. ACandS, Inc., et al.*, W.D. Arkansas, C.A. No. 2:01-2316
*Duncan, et al. v. Daimler Chrysler Corp., et al.*, W.D. Arkansas, C.A. No. 5:01-5255
*Duncan, et al. v. Allied Signal, Inc., et al.*, W.D. Arkansas, C.A. No. 5:01-5257
*Cole v. Allied Signal, Inc., et al.*, W.D. Arkansas, C.A. No. 5:01-5258

H. William Allen
Allen Law Firm
212 Center Street
Suite 950
Little Rock, AR 72201

George J. Bequette, Jr.
Skokos, Bequette & Billingsley
425 West Capitol
3200 TCBY Tower
Little Rock, AR 72201

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Phil W. Campbell
Hilburn, Calhoon, Harper, Pruniski & Calhoun
Mercantile Bank Building
One Riverfront Place, Eighth Floor
N. Little Rock, AR 72119

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

J. Dennis Chambers
Atchley, Russell, Waldrop & Hlavinka
P.O. Box 5517
Texarkana, TX 75505

James D. Chambers
Atchley, Russell, Waldrop & Hlavinka
P.O. Box 5517
Texarkana, TX 75505

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

John D. Cosmich
Forman, Perry, Watkins & Krutz
P.O. Box 22608
Jackson, MS 39225

Stephen L. Curry
Kemp, Duckett, Spradley, Curry & Arnold
111 Center Street
Suite 1300
Little Rock, AR 72201

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Richard T. Donovan
Rose Law Firm
120 East Fourth Street
Little Rock, AR 72201

William H. Edwards, Jr.
Barber, McCaskill, Amsler, Jones & Hale
2700 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201

Lisa Emelo
Rubinbaum, LLP
30 Rockefeller Plaza
New York, NY 10112

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

R. David Freeze
Hart, Shaw & Freeze
5505 Plaza Drive
Texarkana, TX 75503

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Gail Ponder Gaines
Barber, McCaskill, Jones & Hale, P.A.
First Commercial Building, Suite 2700
400 West Capitol Avenue
Little Rock, AZ 72201

Michael E. Hale
Barber, McCaskill, Jones & Hale, P.A.
Regions Center, Suite 2700
400 West Capitol Avenue
Little Rock, AZ 72201

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Ronald D. Harrison
Ledbetter, Cogbill, Arnold & Harrison
P.O. Box 185
Fort Smith, AR 72902

William C. Harrison
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

Robert L. Henry, III
Barber, McCaskill, Amsler, Jones & Hale
400 West Capitol Avenue
2700 First Commercial Building
Little Rock, AR 72201

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

PANEL SERVICE LIST (Cont.) MDL-875                                                                                   PAGE 2

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

John G. Lile, III
Wright, Lindsey & Jennings, L.L.P.
200 West Capitol Avenue
Suite 2200
Little Rock, AR  72201

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA  19102

Edwin L. Lowther, Jr.
Wright, Lindsey & Jennings, L.L.P.
Worthen Bank Building, Suite 2200
200 West Capitol Avenue
Little Rock, AR  72201

Gail O. Matthews
Matthews, Sanders & Sayes
825 West Third
Little Rock, AR  72201

William R. Meeks, III
Kilpatrick, Williams & Meeks
500 Broadway Place
Suite 404
Little Rock, AR  72201

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

Curtis L. Nebben
Bassett Law Firm
221 North College Avenue
P.O. Box 3618
Fayetteville, AR  72702

Franklin A. Poff
Crisp Jordan & Boyd
2301 Moores Lane
P O Box 6297
Texarkana, TX  75505

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX  77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA  90025

Steven T. Shults
Shults & Ray, LLP
Bank of America Plaza
200 West Capitol Avenue, Suite 1600
Little Rock, AR  72201

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA  19102

Thomas B. Staley
Robinson, Staley & Marshall
400 West Capitol Avenue
Suite 2891
Little Rock, AR  72201

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI  48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

Michael P. Vanderford
Anderson, Murphy & Hopkins, L.L.P.
First Commerical Bldg.
400 West Capitol Avenue, Suite 2640
Little Rock, AR  72201

Richard N. Watts
Watts & Donovan, P.A.
Centre Place
212 Center Street
Suite 1100
Little Rock, AR  72201

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA  52406

Eric D. Wewers
DeHay & Elliston, L.L.P.
Bank of America Plaza
901 Main Street
Dallas, TX  75202

Russell B. Winburn
Odom & Elliott
P.O. Drawer 1868
Fayetteville, AR  72702

Jane Marie Yocum
Huckabay, Munson, Rowlett & Tilley
First Commericial Building, Suite 1900
400 West Capitol
Little Rock, AR  72201

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**ODOM & ELLIOTT, P.A.**
ATTORNEYS AT LAW

MAR 1 2 2002

FILED
CLERK'S OFFICE

MEMBERS OF THE FIRM
BOBBY LEE ODOM
DON R. ELLIOTT, JR.
RUSSELL B. WINBURN
J. TIMOTHY SMITH
CONRAD T. ODOM
JENNIFER WHEELER HASKINS
TRAVIS W. FORD

MAILING ADDRESS
P.O. DRAWER 1868
FAYETTEVILLE, AR 72702

STREET ADDRESS
1 E. MOUNTAIN
FAYETTEVILLE, AR 72701

(479) 442-7575
FAX (479) 442-9008

JEFFERY J. BOEN
ADMINISTRATOR

March 11, 2002

Mr. Michael J. Beck, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Bldg.
Room G-255, North Lobby
Washington, DC 20002-8004

REQUEST OF PLTF. JOHNSTON FOR
EXTENSION OF TIME TO FILE RESPONSE --
GRANTED TO AND INCLUDING MARCH 12,
2002

(3/12/02 - cdm)

RE: William Johnston v. AC&S, et al
Civil Action: 2:01-2316
Docket No. 875

Dear Mr. Beck:

Enclosed please find the original and eleven (11) copies of plaintiff's Motion and Brief to Vacate Conditional Transfer Order in regards to the above-referenced matter. Please file this document and return one (1) file-marked copy to my office in the provided envelope. By copy of this letter, I am serving defense counsel as noted. Also, pursuant to my conversation with Cathy Maida, this pleading will be accepted for late filing.

Thank you for your cooperation in this matter. If you have any questions, please feel free to give me a call.

Sincerely,

Russell B. Winburn
RBW/ls
opeiu 105, afl-cio
encl.

cc: All Counsel of Record