MDL DOCKET NO.   875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 0 2002

FILED
CLERK'S OFFICE

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN  **MARCH 4, 2002**

TO:   Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC  20002-8004

*(1) Plaintiffs in certain N.D. Texas potential-tag-along
actions -oppose 1407 Transfer*

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

X   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
the Panel hearing session on behalf of the designated party/parties.  Panel Rule 16.1(e) states that:

Except for leave of the Panel on a showing of good cause, only those parties to actions
scheduled for oral argument who have filed a motion or written response to a motion or order
shall be permitted to appear before the Panel and present oral argument.

Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral
argument for the purpose of selecting a spokesperson to avoid duplication during
oralargument.

This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant
to Rule 16.1(d).

____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL
OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
designated attorney shall present oral argument at the Panel hearing session on behalf of the designated
party/parties pursuant to Rule 16.1(d).

| 2-28-02 | ALAN B. RICH | |
|---|---|---|
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) (**list even if waiving**):

(Attachment A hereto)

Name and Address of Attorney Designated to Present Oral Argument:

Alan B. Rich
BARON & BUDD, PC
3102 OAK LAWN AVE., STE. 1100
DALLAS TX 75219

**OFFICIAL FILE COPY**

Telephone No.: 214 525 3729

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE
WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

IMAGED MAR 21 '02

JPML Form 9 (4/01)

## EXHIBIT A

This Document Relates to the Following Cases:[1]

| | |
|---|---|
| 1 | Carraway, et al., 3:01-CV-2341 |
| 2 | Holmes, et al., 3:01-CV-2343 |
| 3 | Coffman, et al., 3:01-CV-2344 |
| 4 | Dorn, et al., 3:01-CV-2348 |
| 5 | Goeyns, et al., 3:01-CV-2352 |
| 6 | Killen, et al., 3:01-CV-2357 |
| 7 | Cressionnie, et al., 3:01-CV-2359 |
| 8 | Mantooth, et al., 3:01-CV-2361 |
| 9 | Batson, et al., 3:01-CV-2365 |
| 10 | Culwell, et al., 3:01-CV-2368 |
| 11 | Bowers, et al., 3:01-CV-2380 |
| 12 | McReynolds, et al., 3:01-CV-2383 |
| 13 | Grebe, et al., 3:01-CV-2386 |
| 14 | Cotton, et al., 3:01-CV-2388 |
| 15 | Conn, et al., 3:01-CV-2389 |
| 16 | Foster, et al., 3:01-CV-2391 |
| 17 | Bowser, et al., 3:01-CV-2393 |
| 18 | Burke, et al., 3:01-CV-2399 |
| 19 | Snyder, et al., 3:01-CV-2411 |
| 20 | McClain, et al., 3:01-CV-2413 |
| 21 | Degnan, et al., 3:01-CV-2414 |
| 22 | Andries, et al., 3:01-CV-2418 |
| 23 | Neff, et al., 3:01-CV-2426 |
| 24 | Beshears, et al., 3:01-CV-2431 |
| 25 | Dishongh, Jr., et al., 3:01-CV-2432 |
| 26 | Bass, et al., 3:01-CV-2440 |
| 27 | Berryman, et al., 3:01-CV-2441 |
| 28 | Carroll, Jr., et al., 3:01-CV-2443 |
| 29 | Clark, et al., 3:01-CV-2446 |
| 30 | Culbertson, et al., 3:01-CV-2448 |
| 31 | Gray, et al., 3:01-CV-2450 |
| 32 | Stringer, et al., 3:01-CV-2452 |
| 33 | Abbott, et al., 3:01-CV-2454 |
| 34 | Meek, et al., 3:01-CV-2460 |
| 35 | Hackney, et al., 3:01-CV-2461 |
| 36 | Kitchens, et al., 3:01-CV-2464 |

---

[1] Because the removing defendants failed in the majority of cases to serve pleadings on plaintiffs' counsel that identify the federal cause number assigned, et al., we have done our best to assure that this pleading covers all cases filed by our clients which are subject to CTO-209. We reserve the right to supplement if additional cases are discovered to be subject to CTO-209.

## EXHIBIT A

| | |
|---|---|
| 37 | Holloway, et al., 3:01-CV-2465 |
| 38 | Clark, et al., 3:01-CV-2467 |
| 39 | Alexander, Sr., 3:01-CV-2468 |
| 40 | Burleson, et al., 3:01-CV-2469 |
| 41 | Gant, et al., 3:01-CV-2473 |
| 42 | McMannis, et al., 3:01-CV-2474 |
| 43 | Graning, et al., 3:01-CV-2478 |
| 44 | Groom, et al., 3:01-CV-2479 |
| 45 | Cooley, et al., 3:01-CV-2498 |
| 46 | Garner, et al., 3:01-CV-2499 |
| 47 | Gore, et al., 3:01-CV-2506 |
| 48 | Martin, et al., 3:01-CV-2513 |
| 49 | Dirks, et al., 3:01-CV-2514 |
| 50 | Jones, et al., Praus, et al., Carr, et al., Day, et al., Kirkley et al. and Burke, et al., 4:01-947 |

## CERTIFICATE OF SERVICE

Pursuant to Rule 8(a) of the Rules of Procedure of the Judicial Panel on Multi-District

Litigation,  I hereby certify that a true and correct copy of the Notice of Presentation or Waiver of Oral

Argument was forwarded to all counsel of record listed on the attached service list was sent via U.S.

Mail on the 1st day of March, 2002.

ALAN B. RICH
Attorney for Plaintiffs

**PANEL SERVICE LIST (Excerpted from CTO-209)**
**DOCKET NO. 875**
**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Richard C. Binzley
127 Public Square
3900 Key Center
Cleveland, OH  44114

David A. Damico
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA  15222

Susan M. Hansen
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN  55402

Reginald S. Kramer
195 S. Main Street, Suite 300
Akron, OH  44308

Ronald L. Motley
28 Bridgeside Boulevard
P. O. Box 1792
Mt. Pleasant, SC  29465

John D. Roven
2190 North Loop West, Suite 410
Houston, TX  77018

Robert N. Spinelli
Centre Square West, 15th Floor
Philadelphia, PA  19102

Andrew J. Trevelise
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

Edward J. Cass
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH  44115

Raymond P. Forceno
Philadelphia Bourse Bldg.,
Suite 1000
Independence Mall East
Philadelphia, PA  19106

David M. Bernick
200 East Randolph Drive
Chicago, IL  60601

David C. Landin
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Joseph S. Pevsner
3300 First City Center
1700 Pacific Avenue
Dallas, TX  75201

Richard D. Schuster
52 East Gay Street
P. O. Box 1008
Columbus, OH  43216

Robert E. Swickle
1370 Penobscot Building
Detroit, MI  48226

James K. Weston, II
4040 First Avenue, N.E.
P. O. Box 998
Cedar Rapids, IA  52406

Adam M. Chud
1800 Massachusetts Ave., N.W.
Washington, DC  20036

Ellen B. Furman
1600 Market Street, 33rd Floor
Philadelphia, PA  19103

John R. Henderson
2000 Trammel Crow Center
2001 Ross Avenue
Dallas, TX  75201

Gene Locks
1500 Walnut Street
Philadelphia, PA  19102

John J. Repcheck
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219

Neil Selman
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA  90025

Robert E. Thackston
3200 Allied Bank Tower
1445 Ross Avenue
Dallas, TX  75202

Dawn M. Wright
1700 Pacific Avenue, Suite 3300
Dallas, TX  75201

David M. Bernick
Kirkland & Ellis
200 East Randolph Dr.
Chicago, IL  60604

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN__MARCH 4, 2002__

MAR 2 0 2002

FILED
CLERK'S OFFICE

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004

② Plaintiffs + certain N.D. Texas potential tag-along actions-- oppose transfer

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

✓

This is to give notice that the following designated attorney shall **PRESENT ORAL ARGUMENT** at the Panel hearing session on behalf of the designated party/parties.  Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

____  This is to give notice that the party/parties noted hereafter will **WAIVE ORAL ARGUMENT** pursuant to Rule 16.1(d).

____  This is to give notice that the party/parties noted hereafter will **WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT**; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

_2/28/02_          _Kay Gunderson Reeves_          _Kay Gunderson Reeves /with permission_
Date                       Name                            Authorized Signature

Party/Parties Represented, District(s) & Civil Action Number(s) (**list even if waiving**):
1. Robert Sturdevant, et al. vs. DaimlerChrysler Corp., et al., C.A. No. 3:01-2350, Northern
2. William Eason Beaty, et al. vs. Daimler Chrysler Corp., et al., C.A. No. 3:01-2419 " District
3. Lois Salter vs. DaimlerChrysler Corp., et al., C.A. No. 3:01-2470, Northern District of Texas
                                                                    of Texas

Name and Address of Attorney Designated to Present Oral Argument:

   Kay Gunderson Reeves
   c/o KAESKE - REEVES, L.L.P.
   6301 Gaston Ave., Suite 735
   Dallas, TX 75214
Telephone No.: (214) 821-1221

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/01)

## CERTIFICATE OF SERVICE

This shall certify that the foregoing *Notice of Presentation of Oral Argument for MDL-875*, Cause Nos. 3-01-2350, 3-01-2419, and 3-01-2470, was sent via regular mail to all involved counsel for CTO-209 on this the 1st day of March, 2002.

JUDY D. BRADSHAW



THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN __MARCH 4, 2002__

TO:    Clerk of the Panel
       Judicial Panel on Multidistrict Litigation
       One Columbus Circle, NE
       Thurgood Marshall Federal Judiciary Building
       Room G-255, North Lobby
       Washington, DC 20002-8004

③  *Plaintiff n cesilar N D Texas*
*potential tag-along actions --*
*oppose transfer*

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

✓

This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oralargument.

___    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

___    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

__3/4/02__     __Charles S. Siegel__          _____
Date                Name                        Authorized Signature

Party/Parties Represented, District(s) & Civil Action Number(s) (**list even if waiving**):
*Humphrey, et al v. DaimlerChrysler Corp, N.D. Tex, CA No. 3:01-2447*
*Georgia Leeth v. DaimlerChrysler, ND Tex, CA. No. 3:01-2475*
*Caulen et al v. DaimlerChrysler, ND Tex, CA. No. 3:01-2396*
*Donakowski, et al. v. DaimlerChrysler, ND Tex, CA No. 4:01-968*

Name and Address of Attorney Designated to Present Oral Argument:
~~*Charles S. Siegel*~~ *Michelle D. Norton*
*3219 McKinney Avenue*
*Suite 3000*
*Dallas, TX 75204*
Telephone No.: *(214) 357-6244*

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. ***THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.***

**PANEL SERVICE LIST (Excerpted from CTO-209)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Carden v. Daimlerchrysler Corp.*, N.D. Texas, C.A. No. 3:01-2396
*Humphrey v. Daimlerchrysler Corp.*, N.D. Texas, C.A. No. 3:01-2447
*Leeth v. Daimlerchrysler Corp.*, N.D. Texas, C.A. No. 3:01-2475
*Donakowski v. Daimlerchrysler Corp.*, N.D. Texas, C.A. No. 4:01-968

Joseph S. Pevsner
Thompson & Knight, P.C.
3300 First City Center
1700 Pacific Avenue
Dallas, TX 75201

Charles S. Siegel
Waters & Kraus, LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Robert E. Thackston
Jenkens & Gilchrist
3200 Allied Bank Tower
1445 Ross Avenue
Dallas, TX 75202

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

David Bernick
Kirkland & Ellis
200 East Randolph Drive
Chicago, OL 60601

MDL DOCKET NO. __875__

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 0 2002

FILED
CLERK'S OFFICE

**THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN__MARCH 4, 2002__**

TO:    Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

⑤ Defendants in N.O. Texas potential
tag-along actions --
support transfer to D. New
Jersey or, alternatively
to MDL-875 transferee
court in E.D. Pa.

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

[X]    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
the Panel hearing session on behalf of the designated party/parties.  Panel Rule 16.1(e) states that:

Except for leave of the Panel on a showing of good cause, only those parties to actions
scheduled for oral argument who have filed a motion or written response to a motion or order
shall be permitted to appear before the Panel and present oral argument.

Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral
argument for the purpose of selecting a spokesperson to avoid duplication during
oralargument.

_____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant
to Rule 16.1(d).

_____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL
OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
designated attorney shall present oral argument at the Panel hearing session on behalf of the designated
party/parties pursuant to Rule 16.1(d).

| 3/7/2 | Douglas G. Smith | for | Douglas G. Smith |
| Date | Name | | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) **(list even if waiving):**

DaimlerChrysler Corp., ~~and~~ Ford Motor Co., General Motors Corp.

All civil actions (including but not limited to attached)

Name and Address of Attorney Designated to Present Oral Argument:

David Bernick
Kirkland & Ellis, 200 East Randolph Drive, Chicago, IL 60601

Telephone No.: 312 861-2000

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE
WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/01)

OPPOSITIONS RECEIVED (CTO-209)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Northern District of Texas

| | |
|---|---|
| Carraway v. Daimlerchrysler Corp., C.A. No. 3:01-2341 | (Hon. Jorge A. Solis) |
| Holmes v. Daimlerchrysler Corp., C.A. No. 3:01-2343 | (Hon. Barbara M.G. Lynn) |
| Coffman v. Daimlerchrysler Corp., C.A. No. 3:01-2344 | (Hon. Sidney A. Fitzwater) |
| Dorn v. Daimlerchrysler Corp., C.A. No. 3:01-2348 | (Hon. Barefoot Sanders) |
| Goeyns v. Daimlerchrysler Corp., C.A. No. 3:01-2352 | (Hon. Sam A. Lindsay) |
| Killen v. Daimlerchrysler Corp., C.A. No. 3:01-2357 | (Hon. Sidney A. Fitzwater) |
| Cressionnie v. Daimlerchrysler Corp., C.A. No. 3:01-2359 | (Hon. Jorge A. Solis) |
| Mantooth v. Daimlerchrysler Corp., C.A. No. 3:01-2361 | (Hon. Sam A. Lindsay) |
| Batson v. General Motors Corp., C.A. No. 3:01-2365 | (Hon. Sidney A. Fitzwater) |
| Culwell v. Daimlerchrysler Corp., C.A. No. 3:01-2368 | (Hon. Jerry Buchmeyer) |
| Bowers v. Daimlerchrysler Corp., C.A. No. 3:01-2380 | (Hon. Barefoot Sanders) |
| McReynolds v. Daimlerchrysler Corp., C.A. No. 3:01-2383 | (Hon. A.J. Fish) |
| Grebe v. Daimlerchrysler Corp., C.A. No. 3:01-2386 | (Hon. Joe Kendall) |
| Cotton v. Daimlerchrysler Corp., C.A. No. 3:01-2388 | (Hon. Barefoot Sanders) |
| Conn v. Daimlerchrysler Corp., C.A. No. 3:01-2389 | (Hon. Barbara M.G. Lynn) |
| Foster v. Daimlerchrysler Corp., C.A. No. 3:01-2391 | (Hon. Sam A. Lindsay) |
| Bowser v. Daimlerchrysler Corp., C.A. No. 3:01-2393 | (Hon. Barbara M.G. Lynn) |
| Burke v. Daimlerchrysler Corp., C.A. No. 3:01-2399 | (Hon. Barbara M.G. Lynn) |
| Snyder v. Daimlerchrysler Corp., C.A. No. 3:01-2411 | (Hon. Sidney A. Fitzwater) |
| McClain v. Daimlerchrysler Corp., C.A. No. 3:01-2413 | (Hon. Joe Kendall) |
| Degnan v. Daimlerchrysler Corp., C.A. No. 3:01-2414 | (Hon. Jorge A. Solis) |
| Andries v. Daimlerchrysler Corp., C.A. No. 3:01-2418 | (Hon. Sam A. Lindsay) |
| Neff v. Daimlerchrysler Corp., C.A. No. 3:01-2426 | (Hon. Jerry Buchmeyer) |
| Beshears v. Daimlerchrysler Corp., C.A. No. 3:01-2431 | (Hon. Sidney A. Fitzwater) |
| Dishongh v. Daimlerchrysler Corp., C.A. No. 3:01-2432 | (Hon. Sidney A. Fitzwater) |
| Bass v. Daimlerchrysler Corp., C.A. No. 3:01-2440 | (Hon. Joe Kendall) |
| Berrymam v. Daimlerchrysler Corp., C.A. No. 3:01-2441 | (Hon. Jorge A. Solis) |
| Carroll v. Daimlerchrysler Corp., C.A. No. 3:01-2443 | (Hon. Jerry Buchmeyer) |
| Clark v. Daimlerchrysler Corp., C.A. No. 3:01-2446 | (Hon. Barbara M.G. Lynn) |
| Culbertson v. Daimlerchrysler Corp., C.A. No. 3:2001-2448 | (Hon. Sidney A. Fitzwater) |
| Gray v. Daimlerchrysler Corp., C.A. No. 3:01-2450 | (Hon. Jerry Buchmeyer) |
| Stringer v. Daimlerchrysler Corp., C.A. No. 3:01-2452 | (Hon. Jerry Buchmeyer) |
| Abbott v. Daimlerchrysler Corp., C.A. No. 3:01-2454 | (Hon. Barbara M.G. Lynn) |
| Meek v. Daimlerchrysler Corp., C.A. No. 3:01-2460 | (Hon. Jorge A. Solis) |
| Hackney v. Daimlerchrysler Corp., C.A. No. 3:01-2461 | (Hon. Barefoot Sanders) |
| Kitchens v. Daimlerchrysler Corp., C.A. No. 3:01-2464 | (Hon. Sam A. Lindsay) |
| Holloway v. Daimlerchrysler Corp., C.A. No. 3:01-2465 | (Hon. Barbara M.G. Lynn) |
| Clark v. Daimlerchrysler Corp., C.A. No. 3:01-2467 | (Hon. Sam A. Lindsay) |
| Alexander v. Daimlerchrysler Corp., C.A. No. 3:01-2468 | (Hon. Jorge A. Solis) |
| Burleson v. Daimlerchrysler Corp., C.A. No. 3:01-2469 | (Hon. A.J. Fish) |
| Gant v. Daimlerchrysler Corp., C.A. No. 3:01-2473 | (Hon. Sam A. Lindsay) |
| McMannis v. Daimlerchrysler Corp., C.A. No. 3:01-2474 | (Hon. Sidney A. Fitzwater) |
| Graning v. Daimlerchrysler Corp., C.A. No. 3:01-2478 | (Hon. Joe Kendall) |
| Groom v. Daimlerchrysler Corp., C.A. No. 3:01-2479 | (Hon. A.J. Fish) |
| Cooley v. Daimlerchrysler Corp., C.A. No. 3:01-2498 | (Hon. A.J. Fish) |
| Garner v. Daimlerchrysler Corp., C.A. No. 3:01-2499 | (Hon. A.J. Fish) |
| Gore v. Daimlerchrysler Corp., C.A. No. 3:01-2506 | (Hon. Jorge A. Solis) |
| Martin v. Daimlerchrysler Corp., C.A. No. 3:01-2513 | (Hon. A.J. Fish) |
| Dirks v. Daimlerchrysler Corp., C.A. No. 3:01-2514 | (Hon. Jorge A. Solis) |
| Arnic v. Daimlerchrysler Corp., C.A. No. 4:01-947 | (Hon. Terry R. Means) |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Notice of Presentation for DaimlerChrysler Corporation, Ford Motor Company, and General Motors Corporation Regarding CTO-209 was served via United States mail to all counsel of record on the attached service list on the 7th day of March, 2002.

Douglas G. Smith

INVOLVED COUNSEL FOR SCHEDULE CTO-209
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

John E. Ansbach
Heygood Orr & Reyes
4245 North Central Expressway
6th Floor
Dallas, TX 75205

Mel Bailey
Bailey Crowe & Kugler
4600 Bank of America Plaza
901 Main Street
Dallas, TX 75202

David A. Barfield
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207

David B. Barlow
Sidley, Austin, Brown & Wood
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603

Steven T. Baron
Silber & Pearlman
2711 North Haskell Ave.
Suite 32
Dallas, TX 75204

Thomas P. Bernier
Goldfein & Hosmer
217 E. Redwood Street
21st Floor
Baltimore, MD 21202

V. Brian Bevon
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Paula H. Blazek
Bernsen, Jamail & Goodson, LLP
550 Fannin Street
P.O. Box 4915
Beaumont, TX 77004

Jack L. Block
Sachnoff & Weaver, Ltd.
30 South Wacker Drive
29th Floor
Chicago, IL 60606

Leslie J. Bobo
Butler, Snow, O'Mara, Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225

John J. Boyd, Jr.
Lord & Whip, P.A.
120 West Layette Street
800 One Center Plaza
Baltimore, MD 21201

Michael J. Brickman
Ness, Motley, Loadholt, Richardson &
Poole
P.O. Box 1137
Charleston, SC 29401

Pamela T. Broache
Lord & Whip, P.A.
800 Once Center Plaza
120 West Layette Street
Baltimore, MD 21201

W. Scott Brown
Forman, Perry, Watkins, Krutz &
Tardy
1515 Poydras Street
Suite 1420
New Orleans, LA 70112

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 2220
3112 Canty Street
Pascagoula, MS 39569

Lisa N. Busch
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

Isaac K. Byrd, Jr.
Byrd & Associates
P.O. Box 19
Jackson, MS 39205

Larry G. Canada
Galloway, Johnson, Tompkins, Burr &
Smith
One Shell Square, Suite 4040
701 Poydras Street
New Orleans, LA 70139

James R. Carter
Carter Law Offices
Commerce Bank Building, Suite 529
416 Main Street
Peoria, IL 61602

Michael P. Cascino
Cascino Vaughan Law Offices
403 West North Avenue
Chicago, IL 60610

Michael P. Casey
Lewis, Rice & Fingersh
500 North Broadway, Suite 200
St. Louis, MO 63102

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Paul V. Cassisa, Jr.
Bernard, Cassisa, Elliott & Davis
P.O. Box 1138
Oxford, MS 38655

William T. Causby
Nelson, Mullins, Riley & Scarborough
Keenan Building, 3rd Floor
1330 Lady Street
P.O. Box 11070
Columbia, SC 29211

Damon J. Chargois
Foster & Sear
1201 N. Watson
Suite 145
Arlington, TX 76006

Daniel J. Cheeley
Bellande Cheeley, O'Flaherty, Sargis &
Ayres
19 S. LaSalle Street, Suite 1203
Chicago, IL 60603

Stanley M. Chow
Char, Hamilton, Campbell & Thom
Mauka Tower, Suite 2100
737 Bishop Street
Honolulu, HI 93813

Adam M. Chud
Shea & Gardner
1800 Massachusetts Ave., N.W.
Washington, DC 20036

David W. Clark
Bradley, Arant, Rose & White
188 E. Capitol Street, Suite 450
P.O. Box 1789
Jackson, MS 39215

Gregory L. Cochran
McKenna, Storer, Rowe, White &
Farrug
200 N. LaSalle Street, Suite 3000
Chicago, IL 60601

J.P. Coleman
Baker, Donelson, Bearman & Caldwell
P.O. Box 14167
Jackson, MS 39236

P.J. Cone
Ness, Motley, Loadholt, Richardson &
Poole
2202 Jackson Street
P.O. Box 365
Barnwell, SC 29812

P.J. Cone, II
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

John F. Conley
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 E. Main Street
Norfolk, VA 23510

Larry E. Cotten
Kirkley, Schmidt & Cotten
City Center II, Suite 2700
301 Commerce Street
Fort Worth, TX 76102

Kaye N. Courington
Duncan & Courington, LLC
322 Lafayette Street
New Orleans, LA 70130

Ronald B. Cox
Bowers, Orr & Dougall
P.O. Box 25389
Columbia, SC 29224

Edward M. Crane
Skadden, Arps, Slate, Meagher & Flom
333 W. Wacker Drive
Suite 2100
Chicago, IL 60606

Andrew J. Cross
Polsinelli, Shalton & Welte
100 S. Fourth Street
Suite 1100
St. Louis, MO 63102

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Charles P. Dargo
Bruce P. Clark & Associates
Harrison Ridge Square
419 Ridge Road
Munster, IN 46321

William S. Davies, Jr.
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Building, 3rd Floor
P.O. Box 11070
Columbia, SC 29211

Maxon R. Davis
Davis, Hatley, Haffeman & Tighe
100 River Drive North, 3rd Floor
Box 2103
Great Falls, MT 59401

L. Richard DeRobertis
Galiher, DeRobertis, Nakamura, Ono &
Takitani
610 Ward Avenue, Suite 200
Honolulu, HI 96814

Michael Delaney
Delaney & Granich
80 Wolf Road
6th Floor
Albany, NY 12205

Dennis J. Dobbels
Polsinelli, Shalton & Welte
700 W. 47th Street
Suite 1000
Kansas City, MO 64112

David W. Dogan, III
Dogan & Wilkinson
P.O. Box 23062
Jackson, MS 39225

Thomas F. Dougall
Bowers, Orr & Dougall, LLP
P.O. Box 25389
Columbia, SC 29224

Jerome J. Duchowicz
O'Hagan, Smith & Amundsen, LLC
150 N. Michigan Avenue
Suite 3300
Chicago, IL 60601

David Duke
Duke Law Firm
201 E. Abram
Suite 760
Arlington, TX 76010

Maja C. Eaton
Sidley, Austin, Brown & Wood
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603

Gary D. Elliston
DeHay & Elliston
3500 Bank of America Plaza
901 Main Street
Dallas, TX 75202

James T. Estes, Jr.
Burke, Sakai, McPheeters, et al.
Grosvenor Center, Mauka Tower
737 Bishop Street
Honolulu, HI 96813

C. Michael Evert, Jr.
Evert & Weathersby
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

James J. Fabian
Pfeifer & Fabian
326 Saint Paul Place
Suite 100
Baltimore, MD 21202

Richard Young Ferguson
Johnson, Ferguson, Pipkin & Phillips
4900 Woodway
Suite 1100
Houston, TX 77056

Matthew J. Fischer
Schiff, Hardin & Waite
233 S. Wacker Drive
6600 Sears Tower
Chicago, IL 60606

James L. Fletcher, Jr.
Duncan & Dourington
322 Lafayette Street
New Orleans, LA 70130

James T. Foley
Foley & Boyd
First City Place
Suite 404
Tyler, TX 75702

Susan Gunty
Gunty & McCarthy
150 S. Wacker Drive
Suite 1025
Chicago, IL 60606

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Richard L. Forman
Forman, Perry, Watkins, Krutz &
Tardy
P.O. Box 22608
Jackson, MS 39225

Laura A. Frase
Forman, Perry, Watkins, Krutz &
Tardy
1349 Empire Central
Suite 400
Dallas, TX 75247

Ellen B. Fursman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

William Allen Galerston
Kleberg Law Firm
1800 Bering
Suite 400
Houston, TX 77057

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Beverly D. Garner
11720 Borman Drive
P.O. Box 28500
St. Louis, MO 63146

Mark W. Garriga
Butler, Snow, O'Mara, Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225

William P. Gavin
Gavin Law Firm
17 Park Place
Professional Centre
Belleville, IL 62226

John L. Hill, Jr.
Locke Liddell & Sapp
3400 Texas Commerce Tower
600 Travis Street
Houston, TX 77002

Charles H. Gibbs, Jr.
Sinkler & Boyd
P.O. Box 340
Charleston, SC 29402

Robert L. Gibbs
Brunini, Grantham, Grower & Hewes
248 E. Capitol Street
P.O. Box 119
Jackson, MS 39205

Donald E. Godwin
Godwin, White & Gruber, P.C.
901 Main Street
Suite 2500
Dallas, TX 75202

William F. Goodman, III
Watkins & Eager
P.O. Box 650
Jackson, MS 39205

Demarcus J. Gordon
Johnson & Bell
55 E. Monroe Street
Suite 4100
Chicago, IL 60603

Kenneth M. Gorenberg
Wilman, Harrold, Allen & Dixon
225 W. Wacker Drive
Suite 2800
Chicago, IL 60606

Leonard R. Gouveia, Jr.
888 Mililani Street
8th Floor
Honolulu, HI 96813

Dennis J. Graber
Hinshaw & Culbertson
521 W. Main Street
Suite 300
Belleville, IL 62222

Robert M. Greenberg
Law Office of Robert Greenberg
1201 N. Watson Road
Suite 117
Arlington, TX 76006

Steven M. Jupiter
LeBlanc & Waddell
201 St. Charles Ave
Suite 3204
New Orleans, LA 70170

Patrick N. Haines
Lanier Parker & Sullivan
1331 Lamar
Suite 1550
Houston, TX 77010

Robert E. Haley
Wildman, Harrold, Allen & Dixon
225 W. Wacker Drive
Suite 3000
Chicago, IL 60606

Andrew S. Halio
Halio & Halio
P.O. Box 747
Charleston, SC 29402

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Ave. South
Minneapolis, MN 55402

G.P. Hardy, III
Hardy & Johns
500 Two Houston Center
909 Fannin
Houston, TX 77010

James M. Harris, Jr.
Harris, Lively & Duesler
550 Fannin Street
Houston, TX 77701

Sherman S. Hee
1164 Bishop Street
Suite 1415
Honolulu, HI 96813

John R. Henderson
Brown, MCCarroll, Oaks, Hartline
2000 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201

Patrick J. Lamb
Butler, Rubin, Saltarelli & Boyd
1800 Three First National Plaza
70 W. Madison Street
Chicago, IL 60602

M. King Hill, III
Venable, Baetjer & Howard
210 Allegheny Ave
P.O. Box 5517
Towson, MD 21285

Timothy J. Hogan
Bierne, Maynard & Parsons
1300 Post Oak Blvd.
25th Floor
Houston, TX 77056

John H. Holloman III
Watkins, Ludlam, Winter & Stennis
P.O. Box 427
Jackson MS 39205

Russell J. Hoover
Jenner & Block
One IBM Plaza
Suite 4400
Chicago, IL 60611

H. Forest Horne, Jr.
Jones, Martin, Parris & Tessener Law
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

D.L. Jackson
Baron & Budd
3102 Oak Law Ave
Suite 1100
Dallas, TX 75219

Barry D. Jenkins
Jenkins & Parron
801 Cherry, Suite 2000
P.O. Box 1287
Forth Worth, TX 76102

William V. Johnson
Johnson & Bell, Ltd.
55 E. Monroe Street
Suite 4100
Chicago, IL 60603

Craig T. Liljestrand
Hinshaw & Culbertson
222 N. LaSalle Street
Suite 300
Chicago, IL 60601

George J. Kacal, Jr.
Dunn, Kacal, Adams, Pappas & Law
One Riverway
Suite 1200
Houston, TX 77056

Jeffery T. Kale
Enserch Corporation
300 S. St. Paul
Suite 1200
Dallas, TX 75201

Jennifer A. Kinder
Baron & Budd
3102 Oak Law Avenue
Suite 1100
Dallas, TX 75219

Reginald S. Kramer
Oldham & Dowling
195 S. Main Street
Suite 300
Akron, OH 44308

Peter A. Kraus
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

Robert Kropp, Jr.
Geffner & Bush
3500 W. Olive Street
Suite 1100
Burbank, CA 91505

Craig T. Kugisaki
Pacific Tower
1001 Bishop Street, Suite 2727
Honolulu, HI 96813

John J. Kurowski
Kurowski & Bailey
24 Bronze Pointe
Belleville, IL 62226

Christopher D. Mauriello
Wallace & Graham
525 N. Main Street
Salisbury, NC 28144

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Mickey P. Landry
Landry & Swarr
330 Camp Street
New Orleans, LA 70130

W.M. Lanier
Lanier Parker & Sullivan
1331 Lamar
Suite 1550
Houston, TX 77010

Steven D. Robinson
Karr, Tuttle & Campbell
1201 3rd Avenue
Suite 2900
Seattle, WA 98101

Christopher P. Larson
Heyl & Royster
600 Bank One Building
124 Southwest Adams
Peoria, IL 61602

H. Seward Lawlor
Glasser & Glasser
580 E. Main Street
600 Crown Center
Norfolk, VA 23510

Sidney G. Leech
Goodell, DeVries, Leech & Dann
Commerce Plaza, 20th Floor
One South Street
Baltimore, MD 21202

Tom L. Lewis
Lewis, Huppert & Slovak
725 Third Avenue North
P.O. Box 2325
Freat Falls, MT 59403

Ronald L. Motley
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Caren K. Lock
Kern & Wooley
5215 North O'Connor Blvd.
Suite 1700
Irving, TX 75039

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Richard P. Long
Warner & Meihofer, LLC
218 N. Jefferson
Suite 300
Chicago, IL 60661

Melodie M. Mabanta
Robinson, Woolson & O'Donnell
217 E. Redwood Street
Suite 1500
Baltimore, MD 21202

Leslie MacLean
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

Donald C. Machado
Central Pacific Plaza
220 S. King Street, Suite 2100
Honolulu, HI 96813

Eric Manchin
Kacske Reeves
6301 Gaston Ave
Suite 735
Dallas, TX 75214

Jerold T. Matayoshi
Fukunaga, Matayoshi, Hershey &
Ching
Davies Pacific Center, Suite 1200
841 Bishop Street
Honolulu, HI 96813

Peter T. Paladino, Jr.
Ketchum Center, 3rd Floor
1030 Fifth Avenue
Pittsburgh, Pa 15219

Edward J. McCambridge
Segal, McCambridge, Singer &
Mahoney
One IBM Plaza, Suite 200
330 North Wabash Avenue
Chicago, IL 60611

Silas W. McCharen
Daniel, Coker, Horton & Bell
P.O. Box 1084
111 E. Capitol Street, Suite 600
Jackson, MS 39215

Charles S. McCowan, Jr.
Kean, Miller, Hawthorne, et al.
One American Place, 22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821

Daneil W. McGrath
Hinshaw & Culbertson
222 N. Lasalle Street
Suite 300
Chicago, IL 60601

Kim M. Meaders
Crouch & Inabnett
2300 Fountain Place
1445 Ross Avenue
Dallas, TX 75202

Lewis Charles Miltenberger
Cordray, Goodrich & Miltenberger
108 W. 8th Street, Suite 500
Ft. Worth, TX 76102

Willard J. Moody, Jr.
Moody, Strople, Kloeppel & Basilone
500 Crawford Street
Commerce Bank Bldg., Suite 300
P.O. Box 1138
Portsmouth, VA 27305

Marty A. Morris
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

Mark E. Rakoczy
Skadden, Arps, Slate, Meagher & Flom
333 W. Wacker Drive
Suite 2100
Chicago, IL 60606

Richard I. Nemeroff
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

John Nishimoto
Ayabe, Chong, Nishimoto, Sia &
Nakamura
Pauahi Tower
1001 Bishop Street
Suite 2500
Honolulu, HI 96813

Robert L. Norton
Jones & Granger
10000 Memorail Drive, Suite 888
P.O. Box 4340
Houston, TX 77210

E.R. Nunnally
Bell, Nunnally & Martin
3232 McKinney Avenue
Suite 1400
Dallas, TX 75204

Michael F. O'Connor
Oliver, Lau, Lawhn, Ogawa &
Nakamura
Ocean View Center, Suite 600
707 Richards Street
Honolulu, HI 96813

John M. O'Quinn
M. Michael Meyer
O'Quinn & Laminack & Pirtle
2300 Lyric Centre Building
440 Louisiana Street
Houston, TX 77002

James R. Old, Jr.
Germer & Gertz
805 Park Street
Beaumont, TX 77701

Aimee H. Oyasato
White & Tom
820 Mililani Street, Suite 701
Honolulu, HI 96813

Stephanie Ann Scharf
Jenner & Block
One IBM Plaza
Suite 4400
Chicago, IL 60611

Trevor L. Pearlman
Silber & Pearlman
2711 N. Haskell Ave
Suite 32
Dallas, TX 75204

Ronald G. Peresich
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
759 Vieux Marche Mall
Biloxi, MS 39533

Joseph S. Pevsner
Thompson & Knight
3300 First City Center
1700 Pacific Avenue
Dallas, TX 75201

Joseph Stuart Pevsner
Thompson & Knight
1700 Pacific Avenue
Suite 3300
Dallas, TX 75201

Kent L. Plotner
Heyl & Royster
Mark Twain Plaza II, Suite 100
103 N. Main Street
P.O. Box 467
Edwardsville, IL 62025

James B. Pressly, Jr.
Haynsworth Sinkler Boyd
75 Beattie Place
11th Floor
Greenville, SC 29601

Robert A. Pritchard
Pritchard Law Firm
P.O. Drawer 1707
Pascagoula, MS 39568

Christopher J. Raistrick
Bellande, Cheely, O'Flaherty, Sargis &
Ayers
19 S. LaSalle Street, Suite 1203
Chicago, IL 60603

Patrick C. Smith
Church & Houff, PA
2 North Charles Street, Suite 600
Baltimore, MD 21201

William C. Reeves
Markow, Walker, Reeves & Anderson
805 S. Wheatley, Suite 475
P.O. Box 13669
Jackson, MS 39236

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Robert H. Riley
Schiff, Hardin & Waite
6600 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606

Trudy Hartzog Robertson
Moore & Van Allen
P.O. Box 22828
Charleston, SC 29413

Dawn Smith Rodrigue
LeBlanc & Waddell
The Essen Centre
5353 Essen Lane, Suite 420
Baton Rouge, LA 70809

Arthur F. Roeca
Roeca, Louie & Hiraoka
Davies Pacific Center, Suite 900
841 Bishop Street
Honolulu, HI 96813

John D. Roven
John Roven & Associates
2190 N. Loop West, Suite 410
Houston, TX 77018

Paul L. Sadler
Wellborn, Houston, Adkison Mann &
Sadler
P.O. Box 1109
Henderson, TX 75653

William M. Thomas
Fairchild, Price, Thomas & Haley
413 Shelbyville Street
P.O. Drawer 1719
Center, TX 75935

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Michael P. Thornton
Thornton & Naumes, L.L.P.
100 Summer Street
30th Floor
Boston, MA 02110

Mark Steven Scudder
Strasburger & Price, L.L.P.
901 Main Street
Suite 4300
Dallas, TX 75202

Robert Spitkovsky
Johnson & Bell, Ltd.
55 E. Monroe Street
Suite 4100
Chicago, IL 60603

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Joseph Stalmack
Joseph Stalmack & Associates, P.C.
5253 Hohman Avenue
Hammond, IN 46320

Willis R. Tribler
Tribler, Orpett & Crone
30 North LaSalle Street
Suite 2200
Chicago, IL 60602

Robert L. Shuftan
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Cicago, IL 60606

Minor C. Sumners, Jr.
1907 Dunbarton Drive
Suite F
Jackson, MS 39216

Thomas W. Tyner
Aultman, Tyner, McNeese, Ruffin
& Yarborough
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403

Donald L. Sime
Hinshaw & Culbertson
110 North West Street
Waukegan, IL 60085

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Robert T. Varney
Robert T. Varney & Associates
121 N. Main Street
4th Floor
Bloomington, IL 61701

Melissa Skilken
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, Il 60606

Thomas R. Sylvester
Pacific Tower, Suite 2200
1001 Bishop Street
Honolulu, HI 96813

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502

Andrew C. Skinner
Skadden, Arps, Slate, Meagher
& Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

William K. Tapscott
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

Lawrence D. Wade
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS 38702

Edward M. Slaughter
Foster & Sear
1201 North Watson
Suite 145
Arlington, TX 76006

Thomas W. Taylor
Andrews & Kurth
600 Travis
Suite 4200
Houston, TX 77002

Michael R. Walzel
Stevens, Baldo & Freeman, L.L.P.
550 Fannin Street, Suite 400
P.O. Box 4950
Beaumont, TX 77704

Frank J. Wathen
Foster & Sear
1201 N. Watson
Suite 145
Arlington, TX 76006

Roy C. Williams
Colingo, Williams, Heidelberg, et al.
P.O. Box 1407
711 Delmas Avenue
Pascagoula, MS 39568

Scott W. Wert
Foster & Sear
360 Place Office Park
1201 N. Watson, Suite 145
Arlington, TX 76006

Douglas P. Wilson
Wilson Law Offices
200 Firstar Bank Building
6405 North Cosby Avenue
Kansas City, MO 64151

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Troyce G. Wolf
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

Eric D. Wewers
DeHay & Elliston, L.L.P.
3500 NationsBank Plaza
901 Main Street
Dallas, TX 75202

Dawn M. Wright
Thompson & Knight
1700 Pacific Ave.
Suite 3300
Dallas, TX 75201

Kenneth Charles Whalen
Moody, Strople, Kloeppel & Basilone
9280 Bay Plaza Blvd.
Bay Plaza II, Suite 714
Tampa, FL 33619

Jamshyd M. Zadeh
Bourland Kirkman Seidler & Evans
201 Main Street
Suite 1400
Fort Worth, TX 76102

Clay M. White
Sammons & Parker, P.C.
218 North College
Tyler, TX 75702

Ellen B. Furman
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Daniel B. White
Gallivan, White & Boyd, P.A.
P.O. Box 10589
Greenville, SC 29603

Robert E. Thackston
3200 Allied Bank Tower
1445 Ross Avenue
Dallas, TX 75202

Robert W. Wilkinson
Dogan & Wilkinson
P.O. Box 1618
726 Delmas Avenue
Pascagoula, MS 39568

Alan B. Rich
Baron & Budd
3102 Oak Law Avenue
Suite 1100
Dallas, TX 75219

Gene M. Williams
Mehaffy & Weber, P.C.
P.O. Box 16
Beaumont, TX 77002

Kay Gunderson Reeves
Judy Bradshaw
Kaeske Reeves, LLP
6301 Gaston Avenue
Suite 735
Dallas, TX 75214