MDL 875

# KAESKE · REEVES LLP

**ATTORNEYS AT LAW**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 20 2002

FILED
CLERK'S OFFICE

March 18, 2002

<u>**VIA FACSIMILE**</u> - **202.502.2888**
and **FEDERAL EXPRESS**

Mr. Michael J. Beck
Clerk of the Panel
Judicial Panel on MDL
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Re:   MDL-875 - Cause No. 3-01-2470 - Texas Northern; *Notification of remand of Salter case and request for Panel to vacate CTO regarding this case.*

Dear Mr. Beck:

I received your Notice of Hearing for the above-listed case some time ago and responded by letter on February 27, 2002 regarding the change in status of this case. Plaintiff would again like to notify the Panel that this case - *Salter v. AC & S, Inc., et al.* (state court caption)/*Salter v. DaimlerChrysler Corporation, et al.* (federal caption), Cause No. 3-01-2470 - has been remanded by the District Judge for the Northern District of Texas. I've attached the applicable orders showing this remand, and denying the motion for reconsideration. No mandamus petition challenging these orders was ever filed. Further, the District Court has long since mailed the certified copy of the *Salter* remand order to the state court, thereby divesting the federal courts of jurisdiction over the case, so this case is no longer subject to transfer. [*See* 28 U.S.C. 1447(c)]. Thus, the *Salter* case should be removed from the list of cases subject to transfer. Although we have listed the *Salter* case in our Notice of Presentation of Oral Argument out of an abundance of caution, no oral argument should be necessary because this case is no longer subject to transfer by the MDL panel.

Please let me know what other information you need, if any, to remove the Salter case from your hearing docket and to vacate the Conditional Transfer Order on this case.

Thank you so much for your help.

Sincerely,

Judy D. Bradshaw
Kaeske-Reeves, L.L.P.

Encl:

cc:    All Involved Counsel for Sched. CTO-209 - via regular mail

C:\letters\beck.let.31802.wpd(jdb)(3.18.02)

**OFFICIAL FILE COPY**

IMAGED MAR 21 '02

6301 GASTON AVENUE SUITE 735   DALLAS, TEXAS 75214  (214) 821-1221  FAX (214) 821-0977

RECEIVED CLERK'S OFFICE 2002 MAR 20 A 6:52 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PLEADING NO. 3498

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | |
|---|---|
| LOIS SALTER, | § |
| Plaintiff, | § |
| VS. | §  CIVIL ACTION NO. |
| | § |
| DAIMLERCHRYSLER CORPORATION, | §  3:01-CV-2470-R |
| GENERAL MOTORS CORPORATION, | § |
| and FORD MOTOR COMPANY, | § |
| Defendants. | § |

## ORDER

Before the court is the plaintiff's notice of order granting remand or in the alternative, renewed motion for expedited remand, filed February 14, 2002. The issues presented on this motion are not new or novel in this circuit. This is one of several cases removed on or about November 27, 2001 by defendants, allegedly pursuant to this court's bankruptcy jurisdiction. Judges Samuel B. Kent and Janis G. Jack of the United States District Court for the Southern District of Texas have recently remanded cases in which Honeywell International, Inc., alleged the same jurisdictional nexus in support of removal. *See Schroeder v. Honeywell International, Inc.*, No. G-01-906 (S.D. Tex. Jan. 23, 2002) (order granting plaintiffs' motion to remand) (Kent, J.); *Webb v. Honeywell International, Inc.*, No. C-01-617 (S.D. Tex. Jan. 7, 2002) (order granting plaintiffs' motion to remand) (Jack, J.). This court concurs with the reasoning of, and the results

reached by, Judges Kent and Jack. Neither plaintiff's claims nor the defendants' potential claims for contribution relate to, or arise under, Title 11 of the bankruptcy code. *See Id.; Arnold v. Garlock, Inc.*, ___ F.3d ___, 2001 WL 1669714 (5th Cir. Dec. 28, 2001). In consequence, this court lacks subject matter jurisdiction over this case; it must be remanded. *See* 28 U.S.C. § 1447(c).

Plaintiff's motion for expedited remand is **GRANTED**; this case is **REMANDED** to the **95th Judicial District Court, Dallas County, Texas**, due to this court's lack of subject matter jurisdiction.

SO ORDERED.

February 20, 2002.

*Jerry Buchmeyer*
JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JAMES B. SALTER, ET AL., §
 §
Plaintiffs, §
 §
VS. § CIVIL ACTION NO.
 §
 § 3:01-CV-2470-R
DAIMLERCHRYSLER CORPORATION, §
GENERAL MOTORS CORPORATION, §
and FORD MOTOR COMPANY, ET AL., §
 §
Defendants. §

### ORDER

Defendants' Emergency Motion for Reconsideration of Remand Order filed February 25, 2002, is **DENIED**.

**SO ORDERED.**

February 26, 2002.

JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE