**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| In re: | § | **MDL 875** |
| | § | |
| Asbestos Product Liability Litigation (No. VI) | § | |

———————————————————

*This Document Relates To:*

| | | |
|---|---|---|
| **VARIOUS PLAINTIFFS** (*see attached* | § | |
| *schedule (Ex. A)).* | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | |
| | § | |
| DAIMLER CHRYSLER, FORD MOTOR | § | Case Numbers: *See Attached Schedule* |
| COMPANY and GENERAL MOTORS | § | (Ex. A) |
| CORPORATION, | § | |
| | § | |
| *Defendants.* | § | |

<u>**SUPPLEMENTAL RESPONSE OF DAIMLERCHRYSLER CORPORATION,**</u>
<u>**FORD MOTOR COMPANY, AND GENERAL MOTORS CORPORATION TO**</u>
<u>**PLAINTIFFS' MOTIONS TO VACATE CTO-210**</u>

DaimlerChrysler Corporation, Ford Motor Company, and General Motors

Corporation files this Supplemental Response in order to respond to certain motions recently filed

by various plaintiffs requesting that the Panel vacate CTO-210.[1]   For the reasons stated in the

———————————————

[1]  Certain plaintiffs have argued for remand based on Judge Wolin's February 8, 2002 remand order.  For example, on March 11, 2002, plaintiffs in the *Douglas*, 01-3657 (E.D. La.) and *Olinde*, 2:01-3656 (E.D. La.) cases filed motions to vacate based on Judge Wolin's order. However, as the Panel is aware (but plaintiffs fail to mention), that order has been stayed by the Third Circuit, and the matter is currently on appeal.  Plaintiffs in various other cases involving the automobile manufacturers have also filed motions to vacate, including the following: (1) Plaintiffs' Motion to Vacate Conditional Transfer Order and Brief in Support Thereof (3/4/02) (relating to *Collins*, 3:01-cv-1370); (2) Plaintiffs' Motion and Brief to Vacate (3/8/02) (relating to cases originally removed to the Western District of New York); (3) Motion by North Dakota Plaintiffs to Vacate Conditional Transfer Order (CTO-210) (3/8/02); (4) Plaintiffs Motion to Vacate the Conditional Transfer Order and to Remand (3/11/02) (relating to cases removed to the Eastern District of Kentucky); (5) Plaintiffs' Notice and Brief to Vacate (3/11/02) (relating to *Holmes*, 1:01-858 (W.D.N.Y.); (6) Motion to Vacate the Conditional Transfer Order (3/12/02) (relating to *Hampton*, 01-3654).  These motions raise arguments similar to those raised in prior motions filed by plaintiffs, and therefore no further response is required.
    Other plaintiffs appear to have filed notices of opposition but have failed to file any motion to vacate. Accordingly, under the rules, they have withdrawn their opposition to transfer: "Within fifteen days of the filing of its

(continued...)

**OFFICIAL FILE COPY**

automobile manufacturers' March 8, 2002 Response to Plaintiffs' Motions to Vacate CTO-210

(which the automobile manufacturers hereby incorporate by reference), the automobile

manufacturers respectfully request that plaintiffs' motions to vacate CTO-210 be denied.

Dated: March 19, 2002

Respectfully submitted,

KIRKLAND & ELLIS
David M. Bernick
Douglas G. Smith
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000
(312) 861-2200 (fax)

Attorneys for DaimlerChrysler Corp., Ford
Motor Company, and General Motors Corp.

---

[1] (...continued)
notice of opposition, the party opposing transfer shall file a motion to vacate the conditional transfer order and brief in
support thereof. . . . Failure to file and serve a motion and brief shall be treated as withdrawal of the opposition and the
Clerk of the Panel shall forthwith transmit the order to the clerk of the transferee district court." JPML Rule 7.4.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 0 2002

FILED
CLERK'S OFFICE

## EXHIBIT A

*Douglas*, No. 01-3657 (E.D. La.)
*Olinde*, 2:01-3656 (E.D. La.)
*Hampton*, 2:01-3654 (E.D. La.)
*Marshall v. Metropolitan Life Insurance*, No. 7:01-373 (E.D. Ky.)
*Marshall v. Metropolitan Life Insurance Co.*, No. 7:01-402 (E.D. Ky.)
*Scalzo*, 1:01-856 (NYW)
*Kelly*, 1:01-861 (NYW)
*Bescanceney*, 1:01-864 (NYW)
*Ozga*, 1:01-874 (NYW)
*Erickson v. Allied Signal*, No. A3-01-147 (D.N.D.)
*Gartner v. Allied-Signal, Inc.*, No. A3-01-146
*Dowling*, No. A2-01-145 (D.N.D.)
*Amble*, No. A2-01-144 (D.N.D.)
*Saragoza*, No. A2-01-142 (D.N.D.)
*Christianson*, No. A2-01-141 (D.N.D.)
*Drellack*, No. A2-01-143 (D.N.D.)
*Collins*, 3:01-1370 FLM
*Jones v. AcandS, Inc.*, No. 4:01-4061 (S.D. Tex.)
*Holmes*, 1:01-858 (NYW)

4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 0 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Supplemental Response of DaimlerChrysler Corporation, Ford Motor Company, and General Motors Corporation to Plaintiffs' Motions to Vacate CTO-210 was served via United States mail to all counsel of record on the attached service list on the 19th day of March, 2002.

_____
Douglas G. Smith

RECEIVED
CLERK'S OFFICE
2002 MAR 19 P 4: 33
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

INVOLVED COUNSEL FOR SCHEDULE CTO-210
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Murray E. Abowitz
Abowitz, Rhodes & Dahnke, P.C.
105 North Hudson, 10th Floor
Hightower Bldg.
Oklahoma City, OK 73101

Dwight L. Acomb
Habans, Bologna & Carriere
1515 Poydras Street
Suite 2323
New Orleans, LA 70112

Robert L. Adams
Dunn, Kacal, Adams, Pappas & Law
One Riverway
Suite 1200
Houston, TX 77056

H. William Allen
Allen Law Firm
212 Center Street
Suite 950
Little Rock, AR 72201

Sherman Ames, III
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Cynthia W. Antonucci
Harris Beach, LLP
500 5th Avenue
42nd Floor
New York, NY 10110

Julie A. Ardoin
Murray Law Firm
909 Poydras Street
Suite 2550, LL&E Tower
New Orleans, LA 70112

Richard W. Babinecz
4 Irving Place
New York, NY 10003

Mel Bailey
Bailey Crowe & Kugler
4600 Bank of America Plaza
901 Main Street
Dallas, TX 75202

James Randolph Baker
Holloway, Dobson, Hudson, et al.
211 North Robinson Avenue
Suite 900
Oklahoma City, OK 73102

Marissa Banez
Danaher, Tedford, Lagnese & Neal
700 Capitol Place
21 Oak Street, 7th Floor
Hartford, CT 06106

Craig R. Banford
Huddleston, Bolen, Beatty, Porter &
Copen
611 Third Avenue
P.O. Box 2185
Huntington, WV 25722

Charles M. Barkley
Barkley, Titus, Hillis & Reynolds
401 South Boston Avenue
Suite 2700
Tulsa, OK 74103

Robert A. Barrer
Hiscock & Barclay, LLP
500 Financial Plaza
P.O. Box 4878
Syracuse, NY 13221

Robert F. Barron, II
Kahn, Dees, Donovan & Kahn
305 Union Fe3deral Building
P.O. Box 3646
Evansville, IN 47735

Andrew Bart
Greenfield, Eisenberg, Stein & Senior
600 Third Avenue
New York, NY 10016

Sheila Beckman
Weitz & Luxenberg
180 Maiden Lane
17th Floor
New York, NY 10038

John C. Beisheim
Nixon Peabody LLP
P.O. Box 31051
Rochester, NY 14603

Joseph W. Belluck
Baron & Budd
660 Madison Avenue
Suite 1800
New York, NY 10021

Karen R. Bennett
Germer, Bernsen & Gertz
805 Park Street
Beaumont, TX 77701

George J. Bequette, Jr.
Skokos, Bequette & Billingsley
425 West Capitol
3200 TCBY Tower
Little Rock, AR 72201

V. Brian Bevon
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Jean A. Bice
Bice, Cole, Glenny, Sanders & Reichert
1333 S.E. 25th Loop
Suite 101
Ocala, FL 34471

Thomas A. Bickers
Paine, Tarwater, Bickers & Tillman
First Tennessee Plaza, Suite 1100
800 South Gay Street
Knoxville, TN 37929

Darin S. Billig
Rubin, Baum, Levin, Constant &
Friedman
30 Rockefeller Plaza
New York, NY 10112

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Sheila L. Birnbaum
Skadden, Arps, Slate, Meagher &
Flom
Four Times Square
New York, NY 10036

Bryan O. Blevins, Jr.
Provost, Umphrey, L.L.P.
490 Park Street
P.O. Box 4905
Beaumont, TX 77704

Jeanette Boechler
Jeanette Boechler, P.C.
1120 28ᵗʰ Avenue, North
Suite A
Fargo, ND 58107

William F. Bologna
W. F. Bologna & Associates
1515 Poydras Street
Suite 2323
New Orleans, LA 70112

Keith Bond
Walsh, Roberts & Grace
400 Rand Building
14 Lafayette Square
Buffalo, NY 14203

Michael R. Borasky
Eckert, Seamans, Cherin & Mellot
450 E. Las Olas Blvd.
Suite 800
Ft. Lauderdale, FL 33301

Karen M. Borg
Holland & Knight, LLP
55 West Monroe Street
Suite 800
Chicago, IL 60603

Diane F. Bosse
Volgenau & Bosse
750 Main Seneca Building
237 Main Street
Buffalo, NY 14203

Stephen M. Bowers
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308

Christine Boyd
Lavin, Coleman, O'neil, Ricci, et al.
767 Third Avenue
7ᵗʰ Floor
New York, NY 10017

William Bradley, III
Akin, Gump, Strauss, Hauer & Feld
590 Madison Avenue
New York, NY 10022

Claire E. Breaux
Duplass, Zwain, Bourgeois & Morton
3838 North Causeway Blvd.
Suite 2900
Metairie, LA 70002

Arthur D. Bromberg
L'Abbate, Balkan, Colavita & Contini
Seven Recent Street
Suite 711
Livingston, NJ 07039

Arthur E. Brown
Coblence & Warner
415 Madison Avenue
New York, NY 10017

Phillip Samuel Brown
Wilison, Elser, Moskowitz, Edelman &
Dicker
5000 Renaissance Tower
1201 Elm Street
Dallas, TX 85270

Steven R. Browning
Spohrer, Wilner, Maxwell & Matthews
701 W. Adams Street
Suite 2
Jacksonville, FL 32204

Lorilea Buerkett
Brown Hay & Stephens
700 First National Bank Building
P.O. Box 2459
Springfield, IL 62705

Robert A. Bunda
Bunda, Stutz & De Witt
One Seagate, Suite 650
Toledo, OH 43604

Lisa N. Busch
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

Carl A. Butler
LeBlanc, Tusa & Butler, LLC
2121 Airline Drive
Suite 405
Metairie, LA 70001

Jeffrey J. Calabrese
Harter, Secrest & Emery, LLP
1600 Bausch & Lomb Place
Rochester, NY 14604

Richard H. Caldwell
Mayor, Day, Caldwell & Keeton
NationsBank Center, Suite 1900
700 Louisiana Street
Houston, TX 77002

Phil W. Campbell
Hilburn, Calhoon, Harper, Pruniski &
Calhoun
Mercantile Bank Building
One Riverfront Place, Eighth Floor
N. Little Rock, AR 72119

Jeff Carruth
Winstead, McGuire, Sechrest & Minick
5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

Thomas G. Carruthers
O'Melveny & Myers, L.L.P.
Citicorp Center, 53ʳᵈ Floor
153 East 53ʳᵈ Street
New York, NY 10022

Susan A. Carstens
Law Offices of Susan A. Carstens
1601 Westheimer, Suite 201
Houston, TX 77006

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
403 West North Avenue
Chicago, IL 60610

Christian C. Casini
Osborn, Reed, Burke & Tobin, L.L.P.
1 Exchange Street, Suite 400
Rochester, NY 14614

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Paul V. Cassisa, Jr.
Bernard, Cassisa, Elliott & Davis
P.O. Box 1138
Oxford, MS 38655

Paul V. Cassisa, Sr.
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
P.O. Box 55490
Metairie, LA 70055

Bernadette Catalana
Morris & Morris
30 Corporate Woods, Suite 120
Rochester, NY 14623

William T. Causby
Nelson, Mullins, Riley & Scarborough
Keenan Building, 3rd Floor
1330 Lady Street
P.O. Box 11070
Columbia, SC 29211

Frank A. Cecere, Jr.
Ahmuty, Demers & McManus
200 I.U. Willets Road
Albertson, NY 11507

James D. Chambers
Atchley, Russell, Waldrop & Hlavinka
P.O. Box 5517
Texarkana, TX 75505

Mitchell C. Chaney
Rodriguez, Colvin & Chaney
1201 East Van Buren
P.O. Box 2155
Brownsville, TX 78520

Damon Chargois
Foster & Sear
1201 North Watson Road
Suite 145
Arlington, TX 76006

Michael F. Chelus
Gross, Chelus & Herdzik, P.C.
1560 Statler Towers
Buffalo, NY 14202

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Suey K. Chung
Barry, McTiernan & Moore
25 Broadway Street, 7th Floor
New York, NY 10006

George E. Cire, Jr.
6363 Woodway
Suite 610
Houston, TX 77057

Ian P. Cloud
Robins, Cloud, Greenwood & Lubel
910 Travis Street, Suite 2020
Houston, TX 77002

Dixie L. Coffey
McKinney & Stringer
Corporate Tower
101 N. Robinson, Suite 1300
Oklahoma City, OK 73102

Joseph G. Colao
Leader & Berkon
555 Madison Avenue
27th Floor
New York, NY 10022

Susan J. Cole
Bice, Cole, Glenny, Sanders & Reichert
1333 S.E. 25th Loop, Suite 101
Ocala, FL 34471

John P. Comerford
Lipsitz & Ponterio
135 Delaware Avenue
Suite 506
Buffalo, NY 14202

Kathy K. Condo
Reed Smith LLP
Mellon Square
435 Sixth Avenue
Pittsburgh, PA 15219

John F. Conley
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

Brent W. Coon
Umphrey, Swearingen, Eddins &
Carver
490 Park Street
P.O. Box 4905
Beaumont, TX 77704

Michael J. Cooper
Lipsitz, Green, Fahringer, Roll, et al.
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

John D. Cosmich
Forman, Perry, Watkins & Krutz
P.O. Box 22608
Jackson, MS 39225

Frank Costilla
Costilla & Stapleton
5 East Elizabeth Street
Brownsville, TX 78520

George R. Covert
Law Office Of George R. Covert
9035 Bluebonnet Blvd.
Suite 2
Baton Rouge, LA 70810

Hubert A. Crouch, III
Crouch & Inabnett
2300 Fountain Place
1445 Ross Avenue
Dallas, TX 75202

Stephen L. Curry
Kemp, Duckett, Spradley, Curry &
Arnold
111 Center Street
Suite 1300
Little Rock, AR 72201

Jeanne M. Damgen
Nowell, Amoroso, Klein, Blerman,
P.A.
155 Polify Road
Hacksensack, NJ 07601

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Jennifer Darger
Coblence & Warner
415 Madison Avenue
New York, NY 10017

William S. Davies, Jr.
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Building, 3rd Floor
P.O.Box 11070
Columbia, SC 29211

Maxon R. Davis
Davis, Hatley, Haffeman, & Tighe
100 River Drive North, Third Floor
Box 2103
Great Falls, MT 59401

Anna A. DiLonardo
L'Abbate, Balkan, Colvita, & Contini
1050 Franklin Avenue
Garden City, NY 11530

Erik C. DiMarco
Wilson, Elser, Moskowitz, Edelman &
Dicker
150 East 42nd Street
New York, NY 10017

Scott T. Dickens
Tachau, Maddox, Hovious & Dickens
200 South 5th Street
Suite 200 North
Louisville, KY 40202

Dennis J. Dobbels
Polsinelli, Shalton & Welte
700 West 47th Street
Suite 1000
Kansas City, MO 64112

Page Dobson
Holloway, Dobson, Hudson, et al.
211 North Robinson, Suite 900
Oklahoma City, OK 73102

Richard T. Donovan
Rose Law Firm
120 East Fourth Street
Little Rock, AR 72201

John L. Dotson
P.O. Box 6622
Louisville, KY 40206

B. Timothy Durick
Pearce & Durick
P.O. Box 400
314 East Thayer Avenue
Bismarck, ND 58502

Julianne T. Echols
Law Office of Vance E. Ellefson
3850 N. Causeway Blvd.
Suite 3000
Metairie, LA 70002

Richard W. Edwards
Boehl, Stopher & Graves
400 West Market Street
Suite 2300, Providian Center
Louisville, KY 40202

William H. Edwards, Jr.
Barber, McCaskill, Amsler, Jones &
Hale
2700 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201

Gary D. Elliston
DeHay & Elliston, L.L.P.
3500 Bank of America Plaza
901 Main Street
Dallas, TX 75202

Lisa Emelo
Rubinbaum, LLP
30 Rockefeller Plaza
New York, NY 10112

Holly K. Ennis
Rumberger, Kirk & Caldwell
80 S.W. 8th Street
Brickell Bayview Centre
Suite 3000
Miami, FL 33130

Cletus P. Ernster, III
Taylor Davis, et al.
One Allen Center
Suite 3400
Houston, TX 77002

Julie R. Evans
Wilson, Elser, Moskowitz, Edelman &
Dicker
150 East 42nd Street
New York, NY 10017

Robert C. Ewald
Wyatt, Tarrant & Combs, LLP
500 West Jefferson Street
2600 Citizens Plaza
Louisville, KY 40202

John J. Fanning
Cullen & Dykman
177 Montague Street
Brooklyn, NY 11201

James Ferguson
Halliburton Company-Law Department
4100 Clinton Drive
Building 1, Room 631
Houston, TX 77020

Brian P. Fitzgerald
Napier, Fitzgerald & Kirby
509 Liberty Building
420 Main Street
Buffalo, NY 14202

John M. Fitzpatrick
LeClair, Ryan, P.C.
707 East Main Street
Eleventh Floor
Richmond, VA 23219

John Flennery
Fitch, Even, Tabin & Flannery
135 South LaSalle Street
Chicago, IL 60603

Terrance P. Flynn
Gibson, McAskill & Crosby
69 Delaware Avenue, Suite 900
Buffalo, NY 14202

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

William T. Forrester
493 3rd Avenue
Madison, WV 25130

Thomas F. Dougall
Bowers, Orr & Dougall, LLP
8910 Two Notch Road
Suite 400
Columbia, SC 29223

R. David Freeze
Hart, Shaw & Freeze
5505 Plaza Drive
Texarkana, TX 75503

Calvin R. Fulkerson
Lynn, Fulkerson & Nichols, P.L.L.C.
267 West Short Street
Lexington, KY 40507

Ellen B. Furman
Goldfein & Joseph
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Marc S. Gaffney
Hoagland, Longo, Moran, Dunst &
Doukas
40 Paterson Street
P.O. Box 480
New Brunswick, NJ 08903

Gail Ponder Gaines
Barber, McCaskill, Jones & Hale
First Commercial Building, Suite 2700
400 West Capitol Avenue
Little Rock, AZ 72201

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

William M. Gantz
Piper, Marbury, Rudnick & Wolfe
203 North LaSalle Street, Suite 1800
Chicago, IL 60601

James M. Gary
Weber & Rose, P.S.C.
2400 Aegon Center
400 West Market Street
Louisville, KY 40202

Alexander Geiger
Geiger & Rothenberg
45 Exchange Street, Suite 800
Rochester, NY 14614

Johanna Gibbon
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

Charles H. Gibbs, Jr.
Sinkler & Boyd, P.A.
P.O. Box 340
Charleston, SC 29402

Virginia M. Giokaris
Polsinelli, Shalton & Welte
700 West 47th Street, Suite 1000
Kansas City, MO 64112

Kayce L. Gisinger
Abowitz, Rhodes & Dahnke, P.C.
15 North Robinson, 10th Floor
P.O. Box 1937
Oklahoma City, OK 73101

Robert E. Glanville
Phillips, Lytle, Hitchcock, Blaine &
Huber
3400 HSBC Center
Buffalo, NY 14203

Donald E. Godwin
Godwin, White & Gruber, P.C.
901 Main Street, Suite 2500
Dallas, TX 75202

Alexis J. Gomez
Andrews & Kurth LLP
600 Travis Street, Suite 4200
Houston, TX 77002

John K. Gordinier
Pedley, Zielke, Gordinier, Olt & Pence
Starks Builidng, Suite 1150
455 South Fourth Avenue
Louisville, KY 40202

Albert F. Grasch, Jr.
Grasch, Walters & Cowen
302 West High Street
Lexington, KY 40507

Robert A. Franden
Feldman, Franden, Woodard, Farris &
Taylor
525 South Main, Suite 1000
Tulsa, OK 74103

Raymond S. Gurak
Mattson & Madden
33 Bleeker Street
Milburn, NJ 07041

Lori E. Guzman
Hunton & Williams
951 East Byrd Street
Richmond, VA 23219

Ronald L. Hack
Gallop, Johnson & Newman
101 South Hanley Road
Suite 1600
St. Louis, MO 63105

Thomas Hagerty
Hagerty & Brady
1010 Chemical Bank Building
Buffalo, NY 14202

Ann L. Haight
Kay, Casto, Chaney, Love & Wise
P.O. Box 2031
1600 Banke One Center
Charleston, WV 25327

Michael E. Hale
Barber, McCaskill, Jones & Hale
Regions Center, Suite 2700
400 West Capitol Avenue
Little Rock, AZ 72201

Bruce E. Halstead
Jones & Granger
10000 Memorial Drive, Suite 888
Houston, TX 77024

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Frank G. Harmon, III
Crain, Caton, James
3300 Two Houston Center
909 Fannin Street
Houston, TX 77010

Ryan L. Gellman
Block & Colucci, P.C.
2000 Liberty Building
424 Main Street
Buffalo, NY 14202

John M. Grimley, Jr.
Galloway, Johnson, Tompkins, Burr &
Smith
701 Poydras Street, Suite 4040
One Shell Square
New Orleans, LA 70139

Yvette Harmon
Ross & Hardies
65 East 55th Street
New York, NY 10022

James M. Harris, Jr.
Harris, Lively & Duesler
550 Fannin Street, Suite 650
Beaumont, TX 77704

Ann W. Herman
Feldman, Kieffer & Herman, LLP
The Dun Building, Suite 400
110 Pearl Street
Buffalo, NY 14202

Paul H. Hulsey
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

Walter F. Harris, III
Ness, Motley, Loadholt, Richardson &
Poole
1730 Jackson Street
P.O. Box 365
Barnwell, SC 29812

Harry K. Herren, Jr.
Woodward, Hobson & Fulton, LLP
2500 National City Tower
101 S. Fifth Street
Louisville, KY 40202

Bruce S. Huttner
Donohue, Sabo, et al.
1 Winners Circle
Albany, NY 12212

Ronald D. Harrison
Ledbetter, Cogbill, Arnold & Harrison
P.O. Box 185
Fort Smith, AR 72902

Taylor M. Hicks
Hicks, Thomas & Lilienstern
700 Louisiana
Suite 1700
Houston, TX 77002

Vincent Ieraci
Maimone & Angel
170 Old Country Road
Mineola, NY 11501

William C. Harrison
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

Sean M. Higgins
Brown McCarroll, LLP
2727 Allen Parkway
Suite 1300
Houston, TX 77019

Caroline M. Iovino
Rumberger, Kirk & Caldwell
80 S.W. 8th Street
Suite 3000
Miami, FL 33130

William D. Harvard
Blasingame, Burch, Garrard, Bryant &
Ashley
P.O. Box 832
Athens, GA 30603

John L. Hill, Jr.
Locke Liddell & Sapp, LLP
3400 Texas Commerce Tower
600 Travis Street
Houston, TX 77002

Meyers I. James
350 Essjay Road
Williamsville, NY 14221

Donna L. Harvey
Law Office of Donna L. Harvey
640 Dearborn Street, W.
Englewood, FL 34223

Frank P. Hilliard
Starks Building, Suite 380
455 S. Fourth Avenue
Louisville, KY 40202

Ashley Higgins Jeter
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

Robin L. Harvey
Baker & Hostetler, L.L.P.
312 Walnut Street
Suite 2650
Cincinnati, OH 45202

Wayne Hogan
Brown, Terrell, Hogan, Ellis, et al.
Blackstone Building, Suite 804
233 East Bay Street
Jacksonville, FL 32202

Virginia E. Johnson
Johnson, Tomlin & Johnson
4770 Biscayne Blvd., #1030
Miami, FL 33137

John R. Henderson
Brown McCarroll & Oaks Hartline
2000 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201

Jonathan C. Hollingshead
P.O. Box 712
Orlando, FL 32802

Randall A. Jordan
Jordan & O'Donnell
1528 Ellis Street
Brunswick, GA 31520

10

Robert L. Henry, III
Barber, McCaskill, Amsler, Jones &
Hale
400 West Capitol Avenue
2700 First Commercial Building
Little Rock, AR 72201

John P. Hooper
Edwards & Angell
750 Lexington Avenue
New York, NY 10022

Shelby A. Jordan
Jordan Hyden, et al.
500 North Shoreline
Suite 900 North
Corpus Christi, TX 78471

D. Douglas Howard, Jr.
Howard, Laudumiey, et al.
P.O. Box 50430
839 St. Charles Avenue, Suite 306
New Orleans, LA 70150

Keith Kaplan
Calinoff & Katz, LLP
750 Lexington Avenue
31st Floor
New York, NY 10022

William R. Kenealy
Sales, Tillman & Wallbaum
1900 Waterfront Plaza
325 West Main Street
Louisville, KY 40202

Peter A. Kraus
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

Tori S. Levine
Brown McCarroll & Oaks Hartline
2000 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201

James G. Kennedy
Pierce, Herns, Sloan & McLeod
The Blake House
321 East Bay Street
P.O. Box 2243
Charleston, SC 29413

Joseph Thomas Kremer
Lipsitz, Green, Fahringer, Roll, et al.
42 Delaware Avenue
Suite 300
Buffalo, NY 14202

Tom L. Lewis
Lewis, Huppert & Slovak
725 Third Avenue North
P.O. Box 2325
Great Falls, MT 59403

Steven J. Kherkher
Williams Bailey Law Firm
8441 Gulf Freeway, Suite 600
Houston, TX 77017

Richard L. Lancianese
Baker, Lancianese & Smith
Third Floor, River Tower
1108 Third Avenue, Suite 300
Huntington, WV 25701

John G. Lile, III
Wright, Lindsey & Jennings, L.L.P.
200 West Capitol Avenue
Suite 2200
Little Rock, AR 72201

Rebecca A. Kirch
300 State Street
6th Floor
Rochester, NY 14614

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Judith A. Lockhart
Carter, Ledyard & Milburn
Two Wall Street
New York, NY 10005

Stephen H. Kline
Kline Law Office
P.O. Box 1938
Cheyenne, WY 82003

Rose Langston
7450 North McCormick Boulevard
Skokie, IL 60067

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Susan B. Kohn
Simon, Peragine, Smith & Redfearn
Energy Centre, 30th Floor
1100 Poydras Street
New Orleans, LA 70163

W. M. Lanier
Lanier Parker & Sullivan
1331 Lamar
Suite 1550
Houston, Tx 77010

James C. Long, Jr.
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

Richard D. Koljack, Jr.
Gable & Gotwals
100 West 5th Street, Suite 1100
Tulsa, OK 74103

H. Seward Lawlor
Glasser & Glasser, P.L.C.
580 East Main Street
600 Crown Center
Norfolk, VA 23510

Edwin L. Lowther, Jr.
Wright, Lindsey & Jennings, L.L.P.
Worthen Bank Building, Suite 2200
200 West Capitol Avenue
Little Rock, AR 72201

Chris N. Kolos
Holland & Knight, LLP
200 S. Orange Avenue
Suite 2600
Orlando, FL 32801

Eric L. Leach
Milton, Leach, Whitman, et al.
815 S. Main Street, Suite 200
Jacksonville, FL 32207

Lance Lubel
Robins, Cloud, Greenwood & Lubel
910 Travis Street, Suite 2020
Houston, TX 77002

Jonathan G. Kortmansky
Sulars, Hertzfeld, Helbion, et al.
620 5th Avenue
New York, NY 10020

Thomas E. Lenweaver
Trevett, Lenweaver & Vanstrydonck
700 Reynolds Arcade
Rochester, NY 14614

David N. Lutz
Bowman & Brooke
150 South 5th Street
Suite 2600
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

Barry Levenstam
Jenner & Block
One IBM Plaza
Suite 4400
Chicago, IL 60611

H. Roger Lutz
Lutz, Webb, Partridge, Bobo & Baitty
Two North Tamiami Trail
1 Sarasota Tower, Suite 500
Sarasota, FL 34236

James Lynch
Flemming, Zulack & Williamson
One Liberty Plaza, 35th Floor
New York, NY 10006

Christopher D. Mauriello
Wallace & Graham, P.A.
525 N. Main Street
Salisbury, NC 28144

Mary McIvor
Mcmahon, Martine & Gallagher
90 Broad Street
14th Floor
New York, NY 10004

Armer H. Mahan, Jr.
Lynch, Cox, Gilman & Mahan
2200 Aegon Center
400 West Market Street
Louisville, KY 40202

Mary Mauro
Galloway Johnson Tompkins & Burr
3555 Timmons Lane
Suite 1225
Houston, TX 77027

Michele K. McKellar
Boley & McKellar
P.O. Box 748
Cheyenne, WY 82003

Robert C. Malaby
Malaby & Carlisle, L.L.C.
150 Broadway
20th Floor
New York, NY 10038

Gregory H. Maxwell
Spohrer, Wilner, Maxwell & Matthews
701 West Adams Street
Suite 2
Jacksonville, FL 32204

Peter J. McKenna
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

Patrick Cash Malouf
Porter & Malouf, P.A.
4670 McWillie Drive
P.O. Box 12768
Jackson, MS 39236

Timothy M. McCann
Coblence & Warner
415 Madison Avenue
New York, NY 10017

Joseph J. McKernan
McKernan Law Firm
8710 Jefferson Highway
Baton Rouge, LA 70809

Dennis H. Markusson
Markusson Green & Jarvis
1050 17th Street
Suite 2300
Denver, CO 80265

Nancy McDonald
McElroy, Deutsch & Mulvaney
P.O. Box 2075
1300 Mount Kemble Ave.
Morristown, NJ 07962

Neil J. McKinnon
Lipsitz, Green, Fahringer, Roll, et al.
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

James J. Maron
Maron, Marvel & Wilks, P.A.
P.O. Box 288
1300 North Broom Street
Wilmington, DE 19899

Dennis R. McEwen
Eckert, Seamans, Cherin & Mellot
600 Grant Street
44th Floor
Pittsburgh, PA 15219

Monica McLaughlin
Mcmahon, Martine & Gallagher
90 Broad Street, 14th Floor
New York, NY 10004

Mark L. Martin
Martin & Kieklak Law Firm
P.O. Box 3597
Fatetteville, AR 72702

Charles M. McGiveny
McGivney, Kluger & Gannon, P.C.
305 Broadway Street
Suite 800
New York, NY 10007

Stephen P. McLaughlin
Piper, Marbury, Rudnick & Wolfe
3400 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103

Michael J. Masino
Harris Beach, LLP
99 Garnsey Road
Pittsford, NY 14534

Floyd L. Matthews, Jr.
Spohrer, Wilner, Maxwell & Matthews
701 West Adams Street
Suite 2
Jacksonville, FL 32204

Gail O. Matthews
Matthews, Sanders & Sayes
825 West Third
Little Rock, AR 72201

John McGrath
Mcmahon, Martine & Gallagher
90 Broad Street
14th Floor
New York, NY 10004

Kevin M. McGuire
Jackson & Kelly
175 E. Main Street
P.O. Box 2150
Lexington, KY 40507

D. Ferguson McNiel
Vinson & Elkins
1001 Fannin Street
Suite 2300
Houston, TX 77002

William R. Meeks, III
Kilpatrick, Williams & Meeks
500 Broadway Place
Suite 404
Little Rock, AR 72201

William J. Mendrzycki
Drinker, Biddle & Shanley, L.L.P.
500 Campus Drive
Florham Park, NJ 07932

Henry Adam Meyer, III
Norman Edme Meyer Wallace, et al.
127 N.W. 10th Street
Oklahoma City, OK 73103

Louis J. Micca
Boylan, Brown Code, Fowler, et al.
2400 Chase Square
Rochester, NY 14604

Lewis Charles Miltenberger
Cordray, Goodrich & Miltenberger
108 West 8th Street, Suite 500
Ft. Worth, TX 76102

Peter A. Moir
Quilling, Selander, Cummiskey, Clutts
& Lownds
2001 Bryan Street, Suite 1800
Dallas, TX 75201

David R. Monohan
Woodward, Hobson & Fulton, LLP
2500 National City Tower
101 South Fifth Street
Louisville, KY 40202

John B. Moore
Phillips, Parker, Orberson & Moore
716 West Main Street, Suite 300
Louisville, KY 40202

Denette Ann Mouser
Locke Liddell & Sapp, LLP
2200 Ross Avenue
Suite 2200
Dallas, TX 75201

William F. Mueller
Clement, Mueller & Tobia, P.A.
218 Ridgedale Avenue
P.O. Box 1296
Morristown, NJ 07962

John J. Mundy
Brobeck, Phleger & Harrison, L.L.P.
4801 Plaza on the Lake
Austin, TX 78746

Stephen B. Murray
Murray Law Firm
909 Poydras Street, Suite 2550
New Orleans, LA 70112

James I. Myers
Renaldo, Myers, Regan & Palumbo
350 Essjay Road, Suite 200
Williamsville, NY 14221

Joseph B. Myers, Jr.
Frost, Brown & Todd, L.L.C.
400 West Market Street
3200 Aegon Center
Louisville, KY 40202

Colvin G. Norwood, Jr.
McGlinchey Stafford
643 Magazine Street
New Orleans, LA 70130

Henry Joseph Nowak
Connors & Vilardo
1020 Liberty Building
420 Main Street
Buffalo, NY 14202

James Stephen Nowak
Kenney, Kanaley, Shelton & Liptak
Suite 510 Rand Building
14 Lafayette Square
Buffalo, NY 14203

Matthew C. O'Connell
Reminger & Reminger
113 St. Clair Building, Suite 700
Cleveland, OH 44114

Bonnie T. O'Connor
Smith, Murphy & Schoepperle
786 Ellicott Square Building
Buffalo, NY 14203

Edward J. O'Connor
Bouvier, O'Conner, Cegielski & Levine
350 Main Street, Suite 1400
Buffalo, NY 14202

Douglas H. Morford
Morford & Whitfield, P.A.
4040 Woodcock Drive, Suite 202
Jacksonville, FL 32207

Kenneth M. Morris
Forman, Perry, Watkins, Krutz &
Tardy
1349 Empire Central, Suite 400
Dallas, TX 75427

James R. Morrison
Westervelt, Johnson, Nicoll & Keller
First Financial Plaza
411 Hamilton Blvd., 14th Floor
Peoria, IL 61602

Ronald L. Motley
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465


E. Spencer Parris
Jones, Martin, Parris & Tessener Law
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603

Amalia Pena
Smith Abbott, LLP
100 Maiden Lane
New York, NY 10038

H. F. Perritt, Jr.
P.O. Box 447
Jacksonville, FL 32201


Glenn E. Pezzulo
Culley, Marks, Tanenbaum, Reifsteck
& Pezzulo
36 West Main Street, Suite 500
Rochester, NY 14614

G. M. Phillips
Robert H. Hood & Associates
172 Meeting Street
P.O. Box 1508
Charleston, SC 29402

Alan M. Pickert
Brown, Terrell, Hogan, Ellis, et al.
804 Blackstone Building
233 East Bay Street
Jacksonville, FL 32202

Curtis L. Nebben
Bassett Law Firm
221 North College Avenue
P.O. Box 3618
Fayetteville, AR 72702

Paula E. Newcomb
Volgenau & Bosse
750 Main Seneca Building
237 Main Street
Buffalo, NY 14203

Gerard D. Nolan
Ronca, McDonald & Hanley
5 Regent Street, Suite 517
Livingston, NJ 07039

Robert L. Norton
Jones & Granger
10000 Memorial Drive, Suite 888
P.O. Box 4340
Houston, TX 77210


James H. Powers
Powers & Frost, L.L.P.
2600 Two Houston Center
909 Fannin
Houston, TX 77010

James B. Pressly, Jr.
Haynsworth Sinkler Boyd
75 Beattie Place, 11th Floor
Greenville, SC 29601

Daniel P. Purcell
Two State Street
Suite 1000
Rochester, NY 14614

Francis F. Quinn
Lavin, Coleman, O'Neil, Ricci, et al.
767 Third Avenue, 7th Floor
New York, NY 10017

Mary Quinn-Cooper
Rhodes, Hieronymus, Jones, Tucker &
Gable
P.O. Box 21100
Tulsa, OK 74121

James Rahill
Carter, Ledyard & Milburn
Two Wall Street
New York, NY 10005

Gary J. O'Donnell
Saperston & Day, P.C.
2000 HSBC Plaza
100 Chestnut Street
Rochester, NY 14604

Richard O'Leary
McCarter & English, L.L.P.
300 Park Avenue, 18th Floor
New York, NY 10022

Bobby L. Odom
Odom & Elliott
1 East Mountain
P.O. Drawer 1868
Fayetteville, AR 72702

Alice Oliver-Parrott
Burrow & Parrott
1301 McKinney
Suite 3500
Houston, TX 77010


Thomas E. Reidy
Two State Street, Suite 1000
Rochester, NY 14614

Michele F. Renna
Lester, Schwab, Katz & Dwyer
120 Broadway
New York, NY 10271

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

William Reynolds
O'Shea, Reynolds & Cummings
237 Main Street, Suite 500
Buffalo, Ny 14203

Kenneth D. Rhodes
Dunn, Kacal, Adams, Pappas & Law
2600 America Tower
2929 Allen Parkway
Houston, TX 77019

Scott A. Richman
Carlton Fields
450 S. Orange Avenue, Suite 500
P.O. Box 1171
Orlando, FL 32802

14

Anthony E. Pletcher
White, Huseman, Pletcher, et al.
600 Leopard Street
Suite 2100
Corpus Christi, TX 78473

Franklin A. Poff
Crisp Jordan & Boyd
2301 Moores Lane
P.O. Box 6297
Texarkana, TX 75505

Jonathan E. Polonsky
Thelen Reid & Priest, LLP
40 West 57th Street
New York, NY 10019

Lisa A. Powell
Jackson Walker, L.L.P.
1100 Louisiana
Suite 4200
Houston, TX 77002

Stephen C. Roe
216 William Street
Elmira, NY 14901

Steven D. Roth
Stroock, Stroock & Lavan, L.L.P.
180 Maiden Lane
New York, NY 10038

Gerolyn Roussel
Roussell & Roussel
1710 Cannes Drive
Laplace, LA 70068

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

William Ryan
Tabner, Ryan Law Firm
18 Corporate Woods Blvd.
Albany, NY 12211

Mark E. Rakoczy
Skadden, Arps, Slate, Meagher &
 Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

William N. Rambin
Sedgwick Detert Moran & Arnold
1717 Main Street
Suite 5400
Dallas, TX  75201

James B. Reed
Ziff, Weiermiller & Hayden
303 William Street
P.O. Box 1338
Elmira, NY 14902

Shawn C. Reed
Howard & Reed
516 N. Columbia Street
Covington, LA 70433

Elizabeth R. Schick
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

Mark S. Scudder
Strasburger & Price, L.L.P.
P.O. Box 50100
Dallas, TX 75250

Rebecca F. Schupbach
Stites & Harbison
1800 Aegon Center
400 W. Market Street
Louisville, KY 40202

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Robert W. Scott
Swain, Hartshorn & Scott
Savings Center Tower, Suite 1806
411 Hamilton Boulevard
Peoria, IL 61602

James M. Riley Jr
Coats, Rose, Yale, Holm, Ryman &
Lee
1001 Fannin Street
800 First City Tower
Houston, TX 77002

Robert H. Riley
Schiff, Hardin & Waite
6600 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

Roger W. Rizk
Roger W. Rizk, P.A.
6047 Nations Ford Road
Charlotte, NC 28217

Julie Robles
Hailey, McNamara, Hall, Larmann &
Papale
One Galleria Blvd., Suite 1400
P.O. Box 8288
Metairie, LA 70001

Patricia Ryan Sher
Holland & Knight, LLP
50 N. Laura Street, Suite 3900
Jacksonville, FL 32202

George F. Short
Short, Barnes, Wiggins, Margo &
Adler
210 Park Avenue, Suite 3100
Oklahoma City, OK 73102

Steven T. Shults
Shults & Ray, LLP
Bank of America Plaza
200 West Capitol Avenue, Suite 1600
Little Rock, AR 72201

Eric Shuman
McGlinchey Stafford
643 Magazine Street
New Orleans, LA 70130

E. Terry Sibbernsen
P.O. Box 24268
Omaha, NE 68124

Kenneth L. Sales
Sales, Tillman & Wallbaum
1900 Waterfront Plaza
325 West Main Street
Louisville, KY 40202

Joseph L. Sallee, Jr.
Dinsmore & Shohl
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202

Steven P. Sanders
Armstrong Teasdale Schafly & Davis
One Metropolitan Square, Suite 2600
211 North Broadway
St. Louis, MO 63102

Mark F. Scarcello
Feldman, Kieffer & Herman, LLP
The Dun Building
110 Pearl Street
Buffalo, Ny 14202

Kurt A. Scharfenberger
Thompson, Miller & Simpson, PLC
220 West Main Street, Suite 1700
Louisville, KY 40202

Edwin W. Small
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, TN 37902

Larry D. Smith
Cabaniss, Smith, Toole, & Wiggins
485 North Keller Road, Suite 401
P.O. Box 945401
Maitland, FL 32794

Lisa L. Smith
Phillips, Lytle, Hitchcock, Blaine &
Huber
3400 HSBC Center
Buffalo, NY 14203

Thomas C. Smith
Ziegler & Schneider, PSC
541 buttermilk Pike, Suite 500
P.O. Box 175710
Covington, KY 41017

Thomas F. Segalla
Goldberg Segalla, LLP
120 Delaware Avenue
Suite 500
Buffalo, NY 14202

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Leslie Mauro Senglaub
Harter, Secrest & Emery
1600 Bausch & Lomb Place
Rochester, NY 14604

Robert B. Shaw
Nelson, Mullins, Riley & Scarborough
Keenan Building, 3rd Floor
1330 Lady Street
P.O. Box 11079
Columbia, SC 29211

Thomas E. Steichen
Eldridge Cooper Steichen & Leach
P.O. Box 3566
Tulsa, OK 74101

Mitchell M. Stenger
Stenger & Finnerty
1800 Main Place Tower
Buffalo, NY 14202

David M. Stillwell
O'Shea, Reynolds & Cummings
237 Main Street
Suite 500
Buffalo, NY 14203

James Stokes
MacKenzie, Smith, Lewis, et al.
P.O. Box 4967
Syracuse, NY 13221

G. Byron Sims
Brown Sims, P.C.
1177 West Loop South
10th Floor
Houston, TX 77027

Vani Singhal
Segal, McCambridge, Singer &
Mahoney
330 North Wabash Street Avenue
Suite 200
Chicago, IL 60611

Paul F. Slater
McCarter & English, L.L.P.
300 Park Avenue
18th Floor
New York, NY 10022

Joel Slawotsky
Rubin, Baum, LLP
30 Rockefeller Plaza
29th Floor
New York, Ny 10122

Allan P. Sloan
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Robert E. Thackston
Jenkens & Gilchrist
3200 Allied Bank Tower
1445 Ross Avenue
Dallas, TX 75202

W. M. Thomas
Fairchild, Price, Thomas & Haley
413 Shelbyville Street
P.O. Drawer 1719
Center, TX 75935

H. Keith Thomerson
Hinshaw & Culbertson
50 North Laura Street
Suite 1800
Jacksonville, FL 32202

David C. Thompson
P.O. Box 5235
321 Kittson Avenue
Grand Forks, ND 58201

Carol G. Snider
Damon & Morey
1000 Cathedral Place
298 Main Street
Buffalo, NY 14202

Paul A. Soradato
150 East 52nd Street
Suite 2900
New York, NY 10022

Thomas W. Speckman
Speckman & Hoback
2330 Citizens Plaza
Louisville, KY 40202

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Thomas B. Staley
Robinson, Staley & Marshall
400 West Capitol Avenue
Suite 2891
Little Rock, AR 72201

Patricia M. Stanford
Patricia M. Stanford, P.A.
211 N. Liberty Street, Suite 3
Jacksonville, FL 32202

W. W. Townes
Ackerson, Mosley & Yann
1200 One Riverfront Plaza
Louisville, KY 40202

David G. Traylor, Jr.
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Building, 3rd Floor
P.O. Box 11070
Columbia, SC 29211

David W. Trench
Bilzin, Sumberg, Dunn, et al.
200 S. Biscanyne Boulevard
2500 First Union Financial Center
Miami, FL 33131

William T. Stone
Cole, Stone, Stoudemire, Morgan &
Dore
201 N. Hogan Street
Suite 200
Jacksonville, FL 32202

Arthur W. Stout, III
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

Richard T. Sullivan
Sullivan & Oliverio
600 Main Place Tower
Buffalo, NY 14202

John E. Sutter
Sutter Law Firm, PLLC
1598 Kanawha Boulevard, East
Charleston, WV 25311

Gregory D. Swartwood
Nation Law Firm
570 Crown Oak Centre Drive
Longwood, FL 32750

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Steven C. Ward
Heckenkamp, Simhauser, Ward &
Zerkle
P.O. Box 2378
Springfield, IL 62705

Charles J. Watts
Smith, Shew, Scrivner, Corbin & Watts
6520 North Western Avenue
Suite 300
Oklahoma City, Ok 73116

Richard N. Watts
Watts & Donovan, P.A.
Centre Place, Suite 1100
212 Center Street
Little Rock, AR 72201

Lou E. Thompson
Brent Coon & Associates
917 Franklin Street
Suite 210
Houston, TX 77002

Arthur H. Thorn
Thorn, Gershon Law Firm
5 Wembly Court
New Karner Road
P.O. Box 15054
Albany, NY 12212

C. W. Threlkeld
Fenton, Fenton, Smith, Reneau &
Moon
211 N. Robinson Avenue
Suite 800
Oklahoma City, OK 73102

Michael T. Tomlin
Johnson, Tomlin & Johnson
4770 Biscayne Blvd.
#1030
Miami, FL 33137

Robert D. Tomlinson
McKinney & Stringer
Corporate Tower, Suite 1300
101 N. Robinson Avenue
Oklahoma City, OK 73102

Gil Whitaker
Law Office of Gil Whitaker
2929 Plummer Cove Road, Suite 1
Jacksonville, FL 32223

James W. Whitcomb
Phillips, Lytle, Hitchcock, Blaine &
Huber
3400 HSBC Center
Buffalo, NY 14203

Fred S. White
708 Hulman Building
P.O. Box 657
Evansville, IN 47704

17

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Martin B. Unger
Unger, Acree, Weinstein, et al.
701 Peachtree Road
P.O. Box 4909
Orlando, FL 32802

Michael P. Vanderford
Anderson, Murphy & Hopkins, L.L.P.
First Commercial Bldg., Suite 2640
400 West Capitol Avenue
Little Rock, AR 72201

Anne Vogt
Culley, Marks, Tanenbaum, Reifsteck
& Potter
36 West Main Street
Suite 500
Rochester, NY 14614

Kenneth S. Wall
Brown McCarroll & Oaks Hartline
2727 Allen Parkway
Suite 1300
Houston, TX 77019

David Walsh
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, TX 78404

Thomas S. Wiswall
Phillips, Lytle, Hitchcock Blaine &
Huber
3400 HSBC Center
Buffalo, NY 14203

Christopher J. Wnuk
Pulaski, Gieger & Laborde
One Shell Square, Suite 4800
701 Poydras Street
New Orleans, LA 70139

John R. Woodard, III
Feldman, Hall, Franden, Woodard &
Farris
525 South Main, Suite 1400
Tulsa, Ok 74103

Dawn M. Wright
Thompson & Knight
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201

James R. Webb
McAffee & Taft
211 North Robinson Avenue
Two Leadership Square, 10th Floor
Oklahoma City, OK 73102

Perry Weitz
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

J. B. Welch
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308

Joseph J. Welter
Kavinoky & Cook
120 Delaware Avenue
Buffalo, NY 14202

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Eric D. Wewers
DeHay & Elliston, L.L.P.
3500 Bank of America Plaza
901 Main Street
Dallas, TX 75202

Kevin T. Merriman
Hurwitz & Fine
1300 Liberty Building
Buffalo, NY 14202

Kenneth L. Weltz
Lathrop & Gage, L.C.
10851 Mastin Blvd.
Building 82, Suite 1000
Overland Park, KS 66210

Joseph A. Wilkins
Knudsen, Berkheimer Law Firm
1248 O Street, Suite 1000
Wells Fargo Center
Lincoln, NE 68508

Robert W. Wilkinson
Dogan & Wilkinson
P.O. Box 1618
726 Delmas Avenue
Pascagoula, MS 39568

Kenneth Williams, Jr.
1505 Carter Avenue
Suite 202
Ashland, KY 41105

Norwood S. Wilner
Spohrer, Wilner, Maxwell & Matthews
701 West Adams Street
Suite 2
Jacksonville, FL 32204

Joseph C. Wilson, IV
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

James Edward Wimberley
Provost Umphrey
490 Park Street
Beaumont, TX 77704

Russell B. Winburn
Odom & Elliott
P.O. Box 1868
Fayetteville, AR 72702

18

James R. Wylder
Walker & Wylder, Ltd.
207 West Jefferson Street
Bloomington, IL 61701

Judith L. Yavitz
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas, #C31
New York, NY 10020

Evan J. Yegelwel
Brown, Terrell, Hogan, Ellis, et al.
804 Blackstone Building
233 E. Bay Street
Jacksonville, FL 32202

Jane Marie Yocum
Huckabay, Munson, Rowlett & Tilley
First Commercial Building
400 West Capitol, Suite 1900
Little Rock, AR 72201

Elizabeth M. Young
Ledy-Gurren & Blumenstock, L.L.P.
150 East 52nd Street, 30th Floor
New York, NY 10022

Mark G. Zellmet
Husch & Eppenberger
100 North Broadway Street
Suite 1300
St. Louis, MO 63102