MDL DOCKET NO. __875__

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 20 2002

FILED
CLERK'S OFFICE

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN __MARCH 4, 2002__

TO:  Clerk of the Panel
     Judicial Panel on Multidistrict Litigation
     One Columbus Circle, NE
     Thurgood Marshall Federal Judiciary Building
     Room G-255, North Lobby
     Washington, DC 20002-8004

(4) Plaintiffs in ND Texas potential tag-along action -- oppose 1407 transfer

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

✗ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d). Change per Phone Call on 3-20-02

✗ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

03/04/02           M. Michael Meyer              M. Michael Meyer
Date                   Name                     Authorized Signature

Party/Parties Represented, District(s) & Civil Action Number(s) (list even if waiving):
Rebecca Johnson, et al.     C.A. No. MDL-875
C.A. No. 01-CV-2511 D       Eastern District of Pennsylvania
Northern District of Texas   United States District Court
Dallas Division - United States District Court

Name and Address of Attorney Designated to Present Oral Argument:
M. Michael Meyer
O'Quinn, Laminack + Pirtle
440 Louisiana
Suite 2300
Houston TX 77002
Telephone No.: 713-223-1000

**OFFICIAL FILE COPY**

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

IMAGED MAR 21 '02                                                     JPML Form 9 (4/01)

# O'QUINN, LAMINACK & PIRTLE

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Mr. Michael J. Beck | Ms. Allison Jackson |
| **COMPANY:** Clerk of the Panel | **DATE:** 3/4/02 |
| **FAX NUMBER:** (202) 502-2888 | **TOTAL NO. OF PAGES INCLUDING COVER:** 6 |
| **PHONE NUMBER:** (202) 502-2800 | **SENDER'S REFERENCE NUMBER:** 21073-0004 |
| **RE:** | **YOUR REFERENCE NUMBER:** |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

*The information contained in this facsimile is legally privileged and confidential which is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution, or reproduction of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify the sender by telephone and return the original message to us at the address above via the United States Postal Service.*

**2300 LYRIC CENTRE**
**440 LOUISIANA STREET**
**HOUSTON, TEXAS 77002**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In re: | § § § § | MDL 875 |
| **Asbestos Product Liability Litigation (No. VI)** | | |

This Document Relates to:

In the United States District Court
for the Northern District of Texas
Dallas Division

| | | |
|---|---|---|
| **Rebecca Johnson,** | § § § § | |
| Plaintiff, | | |
| vs. | § § | Civil Action No. 01-CV-2511D |
| **DAIMLERCHRYSLER, FORD MOTOR COMPANY** and **GENERAL MOTORS CORPORATION,** | § § § § § § | |
| Defendants. | § § | |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Presentation or Waiver of Oral Argument was served *via* United States mail to all counsel of record on the 4th day of March, 2002.

(MMM)-*

*M. Michael Meyer* (signature)
M. Michael Meyer

*Signed by Allison Jackson with permission of M. Michael Meyer

**EXHIBIT "A"**

| | | |
|---|---|---|
| Mr. John R. Henderson<br>BROWN MCCARROLL & OAKS HARTLINE<br>2000 Trammel Crow Center<br>2001 Ross Aavenue<br>Dallas, TX 75201 | Mr. Raymond P. Forceno<br>FORCENO & HANNON<br>Philadelphia Bourse Building<br>Suite 1000<br>Independence Mall East<br>Philadelphia, PA 19106 | Mr. John J. Repcheck<br>MARKS, O'NEILL<br>3200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 |
| Mr. Joseph S. Pevsner<br>THOMPSON & KNIGHT P.C.<br>3300 First City Center<br>1700 Pacific Avenue<br>Dallas, Texas 75201 | Ms. Ellen B. Furman<br>GOLDFEIN & JOSEPH<br>1600 Market Street<br>33rd Floor<br>Philadelphia, PA 19103 | Mr. John D. Roven<br>John Rowen & Associates<br>2190 North Loop West, Suite 410<br>Houston, TX 77018 |
| Mr. Robert E. Thackston<br>JENKENS & GILCHRIST<br>3200 Allied Bank Tower<br>1445 Ross Avenue<br>Dallas, TX 75202 | Ms. Susan M. Hansen<br>BROWNSON & BALLOU<br>4800 U.S. Bank Place<br>601 Second Avenue, South<br>Minneapolis, MN 55402 | Mr. Richard Schuster<br>VORYS, SATER, SEYMOUR & PEASE, LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216 |
| Mr. Richard C. Binzley<br>THOMPSON HINE, LLP<br>127 PublicSquare<br>3900 Key Center<br>Cleveland, OH 44144 | Mr. Reginald S. Kramer<br>OLDHAM & DOWLING<br>195 South Main Street<br>Suite 300<br>Akron, OH 44308 | Mr. Neil Selman<br>SELMAN, BREITMAN & BURGESS<br>11766 Wilshire Boulevard<br>Sixth Floor<br>Los Angeles, CA 90025 |
| Mr. Edward J. Cass<br>GALLAGHER, SHARP, FULTON & NORMAN<br>Bulkley Buiding 7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | Mr. David C. Landin<br>HUNTON & WILLIAMS<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Mr. Robert N. Spinelli<br>KELLEY, JASONS, MCGUIRE & SPINELLI<br>Centre Square West, 15th Floor<br>Philadelphia, PA 19102 |
| Mr. Adam M. Chud<br>SHEA & GARDNER<br>1800 Massachusetts Avenue, N.W.<br>Washington, DC 20036 | Mr. Gene Locks<br>GREITZER & LOCKS<br>1500 Walnut Street<br>Philadelphia, PA 19102 | Mr. Robert E. Swickle<br>JAQUES ADMIRALTY LAW FIRM, P.C.<br>1370 Penobscot Building<br>Detroit, MI 48226 |
| Mr. David A. Damico<br>BURNS, WHITE & HICKTON<br>2400 Fifth Avenue Place<br>120 Fifth Avenue<br>Pittsburgh, PA 15222 | Mr. Ronald L. Motley<br>NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE<br>28 Briegeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465 | Mr. Andres J. Trevelise<br>REED SMITH LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 |
| Mr. James K. Weston, II<br>TOM RILEY LAW FIRM<br>4040 First Avenue, N.E.<br>P.O. Box 998<br>Cedar Rapids, IA 52406 | Mr. Douglas G. Smith<br>KIRKLAND & ELLIS<br>200 East Randolph Drive<br>Chicago, IL 60601 | |

**EXHIBIT "A"**

| | | |
|---|---|---|
| Mr. John R. Henderson<br>BROWN MCCARROLL & OAKS HARTLINE<br>2000 Trammel Crow Center<br>2001 Ross Aavenue<br>Dallas, TX 75201 | Mr. Raymond P. Forceno<br>FORCENO & HANNON<br>Philadelphia Bourse Building<br>Suite 1000<br>Independence Mall East<br>Philadelphia, PA 19106 | Mr. John J. Repcheck<br>MARKS, O'NEILL<br>3200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 |
| Mr. Joseph S. Pevsner<br>THOMPSON & KNIGHT P.C.<br>3300 First City Center<br>1700 Pacific Avenue<br>Dallas, Texas 75201 | Ms. Ellen B. Furman<br>GOLDFEIN & JOSEPH<br>1600 Market Street<br>33rd Floor<br>Philadelphia, PA 19103 | Mr. John D. Roven<br>John Rowen & Associates<br>2190 North Loop West,<br>Suite 410<br>Houston, TX 77018 |
| Mr. Robert E. Thackston<br>JENKENS & GILCHRIST<br>3200 Allied Bank Tower<br>1445 Ross Avenue<br>Dallas, TX 75202 | Ms. Susan M. Hansen<br>BROWNSON & BALLOU<br>4800 U.S. Bank Place<br>601 Second Avenue, South<br>Minneapolis, MN 55402 | Mr. Richard Schuster<br>VORYS, SATER, SEYMOUR & PEASE, LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216 |
| Mr. Richard C. Binzley<br>THOMPSON HINE, LLP<br>127 PublicSquare<br>3900 Key Center<br>Cleveland, OH 44144 | Mr. Reginald S. Kramer<br>OLDHAM & DOWLING<br>195 South Main Street<br>Suite 300<br>Akron, OH 44308 | Mr. Neil Selman<br>SELMAN, BREITMAN & BURGESS<br>11766 Wilshire Boulevard<br>Sixth Floor<br>Los Angeles, CA 90025 |
| Mr. Edward J. Cass<br>GALLAGHER, SHARP, FULTON & NORMAN<br>Bulkley Buiding 7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | Mr. David C. Landin<br>HUNTON & WILLIAMS<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Mr. Robert N. Spinelli<br>KELLEY, JASONS, MCGUIRE & SPINELLI<br>Centre Square West, 15th Floor<br>Philadelphia, PA 19102 |
| Mr. Adam M. Chud<br>SHEA & GARDNER<br>1800 Massachusetts Avenue, N.W.<br>Washington, DC 20036 | Mr. Gene Locks<br>GREITZER & LOCKS<br>1500 Walnut Street<br>Philadelphia, PA 19102 | Mr. Robert E. Swickle<br>JAQUES ADMIRALTY LAW FIRM, P.C.<br>1370 Penobscot Building<br>Detroit, MI 48226 |
| Mr. David A. Damico<br>BURNS, WHITE & HICKTON<br>2400 Fifth Avenue Place<br>120 Fifth Avenue<br>Pittsburgh, PA 15222 | Mr. Ronald L. Motley<br>NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE<br>28 Briegeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465 | Mr. Andres J. Trevelise<br>REED SMITH LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 |
| Mr. James K. Weston, II<br>TOM RILEY LAW FIRM<br>4040 First Avenue, N.E.<br>P.O. Box 998<br>Cedar Rapids, IA 52406 | Mr. Douglas G. Smith<br>KIRKLAND & ELLIS<br>200 East Randolph Drive<br>Chicago, IL 60601 | |