DOCKET NO. 875

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Vanouwerkerk v. ACandS, Inc.*, S.D. Texas, C.A. No. 1:99-179
*Faulk v. Owens-Corning*, S.D. Texas, C.A. No. 1:99-180

## ORDER VACATING CONDITIONAL TRANSFER ORDER

These two Southern District of Texas actions were included on a conditional transfer order ("CTO-149") filed by the Panel on May 3, 1999. In the absence of any opposition, CTO-149 was finalized with respect to the actions on May 19, 1999. The Panel has now been advised that the actions were mistakenly included on CTO-149 due to an automation error. Briefly stated, these two actions were actually pending at the time, with the same captions and civil action numbers, in the Eastern District of Texas rather than the Southern District of Texas. Moreover, the two corresponding Eastern District of Texas actions were also included on CTO-149, although they were subsequently remanded to state court and CTO-149 was then vacated with respect to them on June 1, 1999.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-149" filed on May 3, 1999, is VACATED insofar as it relates to these two Southern District of Texas actions.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY   IMAGED APR 2 '02