JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 3 2002

DOCKET NO. 875

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-211)

On July 29, 1991, the Panel transferred 22,003 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 72,201 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the opinion and order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY
IMAGED APR 4 '02

# SCHEDULE CTO-211 — TAG ALONG CASES
# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| ARKANSAS WESTERN | | |
| ARW | 1 | 01-1156 |
| ARW | 1 | 01-1157 |
| ARW | 1 | 01-1158 |
| ARW | 1 | 01-1159 |
| ARW | 1 | 01-1160 |
| ARW | 1 | 01-1161 |
| ARW | 1 | 01-1163 |
| ARW | 1 | 01-1164 |
| ARW | 4 | 01-4182 |
| ARW | 4 | 01-4183 |
| CALIFORNIA NORTHERN | | |
| CAN | 3 | 01-4108 |
| CAN | 3 | 02-194 |
| DELAWARE | | |
| DE | 1 | 01-852 |
| HAWAII | | |
| HI | 1 | 02-78 |
| HI | 1 | 02-91 |
| ILLINOIS NORTHERN | | |
| ILN | 1 | 99-8503 |
| ILN | 1 | 99-8566 |
| ILN | 1 | 00-8172 |
| ILN | 1 | 00-8174 |
| ILN | 1 | 00-8175 |
| ILN | 1 | 00-8179 |
| ILN | 1 | 00-8181 |
| ILN | 1 | 00-8186 |
| ILN | 1 | 00-8193 |
| ILN | 1 | 00-8195 |
| ILN | 1 | 00-8198 |
| ILN | 1 | 00-8199 |
| ILN | 1 | 00-8201 |
| ILN | 1 | 00-8216 |
| ILN | 1 | 00-8219 |
| ILN | 1 | 00-8220 |
| ILN | 1 | 00-8221 |
| ILN | 1 | 01-3009 |
| ILLINOIS SOUTHERN | | |
| ILS | 3 | 02-67 |
| KANSAS | | |
| KS | 2 | 02-2027 |
| KS | 2 | 02-2028 |
| KS | 2 | 02-2029 |
| KS | 2 | 02-2030 |
| KS | 2 | 02-2031 |
| KENTUCKY WESTERN | | |
| KYW | 5 | 02-6 |
| MARYLAND | | |
| MD | 1 | 01-1757 |
| MD | 1 | 01-3714 |
| MD | 1 | 02-714 |

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| MAINE | | |
| ME | 1 | 02-44 |
| ME | 2 | 02-44 |
| ME | 2 | 02-47 |
| MINNESOTA | | |
| MN | 0 | 01-2312 |
| MN | 0 | 02-414 |
| MISSOURI EASTERN | | |
| MOE | 4 | 01-1772 |
| MISSISSIPPI SOUTHERN | | |
| MSS | 1 | 01-556 |
| NORTH CAROLINA EASTERN | | |
| NCE | 2 | 01-50 |
| NCE | 4 | 01-154 |
| NCE | 4 | 01-183 |
| NCE | 4 | 02-2 |
| NCE | 4 | 02-3 |
| NCE | 4 | 02-4 |
| NCE | 5 | 01-979 |
| NCE | 5 | 02-2 |
| NCE | 7 | 02-1 |
| NORTH CAROLINA MIDDLE | | |
| NCM | 1 | 01-1127 |
| NCM | 1 | 02-180 |
| NORTH CAROLINA WESTERN | | |
| NCW | 1 | 02-35 |
| NEBRASKA | | |
| NE | 8 | 02-12 |
| NE | 8 | 02-29 |
| NE | 8 | 02-30 |
| NEW MEXICO | | |
| NM | 1 | 00-1561 |
| NM | 1 | 02-79 |
| NM | 1 | 02-81 |
| NM | 1 | 02-82 |
| NM | 1 | 02-83 |
| NM | 1 | 02-86 |
| NM | 1 | 02-88 |
| NM | 1 | 02-89 |
| NM | 6 | 02-80 |
| NM | 6 | 02-84 |
| NEVADA | | |
| NV | 2 | 02-217 |
| NEW YORK EASTERN | | |
| NYE | 1 | 01-8136 |
| NYE | 1 | 01-8138 |
| NYE | 1 | 01-8140 |
| NYE | 1 | 01-8141 |
| NYE | 1 | 01-8217 |
| NYE | 1 | 01-8218 |
| NYE | 1 | 01-8219 |
| NYE | 1 | 01-8220 |
| NYE | 1 | 01-8231 |

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| NYE | 1 | 01-8232 |
| NYE | 1 | 01-8233 |
| NYE | 1 | 01-8234 |
| NYE | 1 | 01-8235 |
| NYE | 1 | 01-8236 |
| NYE | 1 | 01-8287 |
| NYE | 1 | 01-8288 |
| NYE | 1 | 01-8289 |
| NYE | 1 | 01-8290 |
| NYE | 1 | 01-8291 |
| NYE | 1 | 01-8292 |
| NYE | 1 | 01-8293 |
| NYE | 1 | 01-8328 |
| NYE | 1 | 01-8329 |
| NYE | 1 | 01-8330 |
| NYE | 1 | 01-8331 |
| NYE | 1 | 01-8332 |
| NYE | 1 | 01-8333 |
| NYE | 1 | 01-8334 |
| NYE | 1 | 01-8335 |
| NYE | 1 | 01-8403 |
| NYE | 1 | 01-8404 |
| NYE | 1 | 01-8405 |
| NYE | 1 | 01-8406 |
| NYE | 1 | 01-8407 |
| NYE | 1 | 01-8408 |
| NYE | 1 | 01-8409 |
| NYE | 1 | 01-8410 |
| NYE | 1 | 01-8461 |
| NYE | 1 | 01-8462 |
| NYE | 1 | 01-8463 |
| NYE | 1 | 01-8464 |
| NYE | 1 | 01-8465 |
| NYE | 1 | 01-8466 |
| NYE | 1 | 01-8467 |
| NYE | 1 | 01-8468 |
| NYE | 1 | 01-8469 |
| NYE | 1 | 01-8470 |
| NYE | 1 | 01-8540 |
| NYE | 1 | 01-8541 |
| NYE | 1 | 01-8605 |
| NYE | 1 | 01-8606 |
| NYE | 1 | 01-8607 |
| NYE | 1 | 01-8608 |
| NYE | 1 | 01-8609 |
| OHIO NORTHERN | | |
| OHN | 1 | 98-10609 |
| OHIO SOUTHERN | | |
| OHS | 1 | 00-946 |
| OKLAHOMA EASTERN | | |
| OKE | 6 | 01-616 |
| OKLAHOMA NORTHERN | | |
| OKN | 4 | 01-919 |
| OKN | 4 | 01-926 |
| OKN | 4 | 01-934 |
| OKN | 4 | 01-936 |
| OKN | 4 | 01-944 |
| OKN | 4 | 01-945 |
| OKN | 4 | 01-946 |

| DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|---|---|---|---|---|---|
| OKN | 4 | 01-947 | VAE | 4 | 01-1024 | VAE | 4 | 01-1092 |
| OKN | 4 | 01-948 | VAE | 4 | 01-1025 | VAE | 4 | 01-1093 |
| OKN | 4 | 01-949 | VAE | 4 | 01-1026 | VAE | 4 | 01-1094 |
| OKN | 4 | 01-950 | VAE | 4 | 01-1027 | VAE | 4 | 01-1095 |
|  |  |  | VAE | 4 | 01-1028 | VAE | 4 | 01-1096 |
| PENNSYLVANIA WESTERN | | | VAE | 4 | 01-1029 | VAE | 4 | 01-1097 |
| PAW | 3 | 01-256 | VAE | 4 | 01-1030 | VAE | 4 | 01-1098 |
|  |  |  | VAE | 4 | 01-1031 | VAE | 4 | 01-1099 |
| RHODE ISLAND | | | VAE | 4 | 01-1032 | VAE | 4 | 01-1100 |
| RI | 1 | 02-7 | VAE | 4 | 01-1033 | VAE | 4 | 01-1101 |
|  |  |  | VAE | 4 | 01-1034 | VAE | 4 | 01-1102 |
| SOUTH CAROLINA | | | VAE | 4 | 01-1035 | VAE | 4 | 01-1103 |
| SC | 2 | 01-4813 | VAE | 4 | 01-1036 | VAE | 4 | 01-1104 |
| SC | 2 | 01-4814 | VAE | 4 | 01-1037 | VAE | 4 | 01-1105 |
| SC | 2 | 01-4815 | VAE | 4 | 01-1038 | VAE | 4 | 01-1106 |
| SC | 2 | 01-4816 | VAE | 4 | 01-1039 | VAE | 4 | 01-1107 |
| SC | 2 | 02-16 | VAE | 4 | 01-1040 | VAE | 4 | 01-1108 |
| SC | 2 | 02-17 | VAE | 4 | 01-1041 | VAE | 4 | 01-1109 |
| SC | 2 | 02-50 | VAE | 4 | 01-1042 | VAE | 4 | 01-1110 |
| SC | 2 | 02-51 | VAE | 4 | 01-1043 | VAE | 4 | 01-1111 |
| SC | 2 | 02-173 | VAE | 4 | 01-1044 | VAE | 4 | 01-1112 |
| SC | 2 | 02-769 | VAE | 4 | 01-1045 | VAE | 4 | 01-1113 |
| SC | 3 | 02-4 | VAE | 4 | 01-1046 | VAE | 4 | 01-1114 |
|  |  |  | VAE | 4 | 01-1047 | VAE | 4 | 01-1115 |
| TENNESSEE EASTERN | | | VAE | 4 | 01-1048 | VAE | 4 | 01-1116 |
| TNE | 3 | 02-113 | VAE | 4 | 01-1049 | VAE | 4 | 01-1117 |
|  |  |  | VAE | 4 | 01-1050 | VAE | 4 | 01-1118 |
| TEXAS NORTHERN | | | VAE | 4 | 01-1051 | VAE | 4 | 01-1119 |
| TXN | 3 | 01-2741 | VAE | 4 | 01-1052 | VAE | 4 | 01-1120 |
| TXN | 3 | 01-2875 | VAE | 4 | 01-1053 | VAE | 4 | 01-1121 |
| TXN | 3 | 01-2881 | VAE | 4 | 01-1054 | VAE | 4 | 01-1122 |
| TXN | 3 | 02-2 | VAE | 4 | 01-1055 | VAE | 4 | 01-1123 |
|  |  |  | VAE | 4 | 01-1056 | VAE | 4 | 01-1124 |
| TEXAS SOUTHERN | | | VAE | 4 | 01-1057 | VAE | 4 | 01-1125 |
| TXS | 4 | 01-4520 | VAE | 4 | 01-1058 | VAE | 4 | 01-1126 |
| TXS | 4 | 01-4521 | VAE | 4 | 01-1059 | VAE | 4 | 01-1127 |
| TXS | 4 | 02-175 | VAE | 4 | 01-1060 | VAE | 4 | 01-1128 |
| TXS | 4 | 02-195 | VAE | 4 | 01-1061 | VAE | 4 | 01-1129 |
|  |  |  | VAE | 4 | 01-1062 | VAE | 4 | 01-1130 |
| TEXAS WESTERN | | | VAE | 4 | 01-1063 | VAE | 4 | 01-1131 |
| TXW | 6 | 00-130 | VAE | 4 | 01-1064 | VAE | 4 | 01-1132 |
|  |  |  | VAE | 4 | 01-1065 | VAE | 4 | 01-1133 |
| VIRGINIA EASTERN | | | VAE | 4 | 01-1066 | VAE | 4 | 01-1134 |
| VAE | 4 | 01-1000 | VAE | 4 | 01-1067 | VAE | 4 | 01-1135 |
| VAE | 4 | 01-1001 | VAE | 4 | 01-1068 | VAE | 4 | 01-1136 |
| VAE | 4 | 01-1002 | VAE | 4 | 01-1069 | VAE | 4 | 01-1138 |
| VAE | 4 | 01-1003 | VAE | 4 | 01-1070 | VAE | 4 | 01-1139 |
| VAE | 4 | 01-1004 | VAE | 4 | 01-1071 | VAE | 4 | 01-1140 |
| VAE | 4 | 01-1005 | VAE | 4 | 01-1072 | VAE | 4 | 01-1141 |
| VAE | 4 | 01-1006 | VAE | 4 | 01-1073 | VAE | 4 | 01-1142 |
| VAE | 4 | 01-1007 | VAE | 4 | 01-1074 | VAE | 4 | 01-1143 |
| VAE | 4 | 01-1008 | VAE | 4 | 01-1075 | VAE | 4 | 01-1144 |
| VAE | 4 | 01-1009 | VAE | 4 | 01-1076 | VAE | 4 | 01-1145 |
| VAE | 4 | 01-1010 | VAE | 4 | 01-1077 | VAE | 4 | 01-1146 |
| VAE | 4 | 01-1011 | VAE | 4 | 01-1078 | VAE | 4 | 01-1147 |
| VAE | 4 | 01-1012 | VAE | 4 | 01-1079 | VAE | 4 | 01-1148 |
| VAE | 4 | 01-1013 | VAE | 4 | 01-1080 | VAE | 4 | 01-1149 |
| VAE | 4 | 01-1014 | VAE | 4 | 01-1081 | VAE | 4 | 01-1150 |
| VAE | 4 | 01-1015 | VAE | 4 | 01-1082 | VAE | 4 | 01-1151 |
| VAE | 4 | 01-1016 | VAE | 4 | 01-1083 | VAE | 4 | 01-1152 |
| VAE | 4 | 01-1017 | VAE | 4 | 01-1084 | VAE | 4 | 01-1153 |
| VAE | 4 | 01-1018 | VAE | 4 | 01-1085 | VAE | 4 | 01-1154 |
| VAE | 4 | 01-1019 | VAE | 4 | 01-1086 | VAE | 4 | 01-1155 |
| VAE | 4 | 01-1020 | VAE | 4 | 01-1087 | VAE | 4 | 01-1156 |
| VAE | 4 | 01-1021 | VAE | 4 | 01-1088 | VAE | 4 | 01-1157 |
| VAE | 4 | 01-1022 | VAE | 4 | 01-1089 | VAE | 4 | 01-1158 |
| VAE | 4 | 01-1023 | VAE | 4 | 01-1090 | VAE | 4 | 01-1159 |
|  |  |  | VAE | 4 | 01-1091 | VAE | 4 | 01-1160 |

SCHEDULE CTO-211 TAG-ALONG CASES (Cont.) MDL-875                                                PAGE 3

| DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|---|---|---|---|---|---|
| VAE | 4 | 01-1161 | VAE | 4 | 01-1229 | VAE | 4 | 01-1297 |
| VAE | 4 | 01-1162 | VAE | 4 | 01-1230 | VAE | 4 | 01-1298 |
| VAE | 4 | 01-1163 | VAE | 4 | 01-1231 | VAE | 4 | 01-1299 |
| VAE | 4 | 01-1164 | VAE | 4 | 01-1232 | VAE | 4 | 01-1300 |
| VAE | 4 | 01-1165 | VAE | 4 | 01-1233 | VAE | 4 | 01-1301 |
| VAE | 4 | 01-1166 | VAE | 4 | 01-1234 | VAE | 4 | 01-1302 |
| VAE | 4 | 01-1167 | VAE | 4 | 01-1235 | VAE | 4 | 01-1303 |
| VAE | 4 | 01-1168 | VAE | 4 | 01-1236 | VAE | 4 | 01-1304 |
| VAE | 4 | 01-1169 | VAE | 4 | 01-1237 | VAE | 4 | 01-1305 |
| VAE | 4 | 01-1170 | VAE | 4 | 01-1238 | VAE | 4 | 01-1306 |
| VAE | 4 | 01-1171 | VAE | 4 | 01-1239 | VAE | 4 | 01-1307 |
| VAE | 4 | 01-1172 | VAE | 4 | 01-1240 | VAE | 4 | 01-1308 |
| VAE | 4 | 01-1173 | VAE | 4 | 01-1241 | VAE | 4 | 01-1309 |
| VAE | 4 | 01-1174 | VAE | 4 | 01-1242 | VAE | 4 | 01-1310 |
| VAE | 4 | 01-1175 | VAE | 4 | 01-1243 | VAE | 4 | 01-1311 |
| VAE | 4 | 01-1176 | VAE | 4 | 01-1244 | VAE | 4 | 01-1312 |
| VAE | 4 | 01-1177 | VAE | 4 | 01-1245 | VAE | 4 | 01-1313 |
| VAE | 4 | 01-1178 | VAE | 4 | 01-1246 | VAE | 4 | 01-1314 |
| VAE | 4 | 01-1179 | VAE | 4 | 01-1247 | VAE | 4 | 01-1315 |
| VAE | 4 | 01-1180 | VAE | 4 | 01-1248 | VAE | 4 | 01-1316 |
| VAE | 4 | 01-1181 | VAE | 4 | 01-1249 | VAE | 4 | 01-1317 |
| VAE | 4 | 01-1182 | VAE | 4 | 01-1250 | VAE | 4 | 01-1318 |
| VAE | 4 | 01-1183 | VAE | 4 | 01-1251 | VAE | 4 | 01-1319 |
| VAE | 4 | 01-1184 | VAE | 4 | 01-1252 | VAE | 4 | 01-1320 |
| VAE | 4 | 01-1185 | VAE | 4 | 01-1253 | VAE | 4 | 01-1321 |
| VAE | 4 | 01-1186 | VAE | 4 | 01-1254 | VAE | 4 | 01-1322 |
| VAE | 4 | 01-1187 | VAE | 4 | 01-1255 | VAE | 4 | 01-1323 |
| VAE | 4 | 01-1188 | VAE | 4 | 01-1256 | VAE | 4 | 01-1324 |
| VAE | 4 | 01-1189 | VAE | 4 | 01-1257 | VAE | 4 | 01-1325 |
| VAE | 4 | 01-1190 | VAE | 4 | 01-1258 | VAE | 4 | 01-1326 |
| VAE | 4 | 01-1191 | VAE | 4 | 01-1259 | VAE | 4 | 01-1327 |
| VAE | 4 | 01-1192 | VAE | 4 | 01-1260 | VAE | 4 | 01-1328 |
| VAE | 4 | 01-1193 | VAE | 4 | 01-1261 | VAE | 4 | 01-1329 |
| VAE | 4 | 01-1194 | VAE | 4 | 01-1262 | VAE | 4 | 01-1330 |
| VAE | 4 | 01-1195 | VAE | 4 | 01-1263 | VAE | 4 | 01-1331 |
| VAE | 4 | 01-1196 | VAE | 4 | 01-1264 | VAE | 4 | 01-1332 |
| VAE | 4 | 01-1197 | VAE | 4 | 01-1265 | VAE | 4 | 01-1333 |
| VAE | 4 | 01-1198 | VAE | 4 | 01-1266 | VAE | 4 | 01-1334 |
| VAE | 4 | 01-1199 | VAE | 4 | 01-1267 | VAE | 4 | 01-1335 |
| VAE | 4 | 01-1200 | VAE | 4 | 01-1268 | VAE | 4 | 01-1336 |
| VAE | 4 | 01-1201 | VAE | 4 | 01-1269 | VAE | 4 | 01-1337 |
| VAE | 4 | 01-1202 | VAE | 4 | 01-1270 | VAE | 4 | 01-1338 |
| VAE | 4 | 01-1203 | VAE | 4 | 01-1271 | VAE | 4 | 01-1339 |
| VAE | 4 | 01-1204 | VAE | 4 | 01-1272 | VAE | 4 | 01-1340 |
| VAE | 4 | 01-1205 | VAE | 4 | 01-1273 | VAE | 4 | 01-1341 |
| VAE | 4 | 01-1206 | VAE | 4 | 01-1274 | VAE | 4 | 01-1342 |
| VAE | 4 | 01-1207 | VAE | 4 | 01-1275 | VAE | 4 | 01-1343 |
| VAE | 4 | 01-1208 | VAE | 4 | 01-1276 | VAE | 4 | 01-1344 |
| VAE | 4 | 01-1209 | VAE | 4 | 01-1277 | VAE | 4 | 01-1345 |
| VAE | 4 | 01-1210 | VAE | 4 | 01-1278 | VAE | 4 | 01-1346 |
| VAE | 4 | 01-1211 | VAE | 4 | 01-1279 | VAE | 4 | 01-1347 |
| VAE | 4 | 01-1212 | VAE | 4 | 01-1280 | VAE | 4 | 01-1348 |
| VAE | 4 | 01-1213 | VAE | 4 | 01-1281 | VAE | 4 | 01-1349 |
| VAE | 4 | 01-1214 | VAE | 4 | 01-1282 | VAE | 4 | 01-1350 |
| VAE | 4 | 01-1215 | VAE | 4 | 01-1283 | VAE | 4 | 01-1351 |
| VAE | 4 | 01-1216 | VAE | 4 | 01-1284 | VAE | 4 | 01-1352 |
| VAE | 4 | 01-1217 | VAE | 4 | 01-1285 | VAE | 4 | 01-1353 |
| VAE | 4 | 01-1218 | VAE | 4 | 01-1286 | VAE | 4 | 01-1354 |
| VAE | 4 | 01-1219 | VAE | 4 | 01-1287 | VAE | 4 | 01-1355 |
| VAE | 4 | 01-1220 | VAE | 4 | 01-1288 | VAE | 4 | 01-1356 |
| VAE | 4 | 01-1221 | VAE | 4 | 01-1289 | VAE | 4 | 01-1357 |
| VAE | 4 | 01-1222 | VAE | 4 | 01-1290 | VAE | 4 | 01-1358 |
| VAE | 4 | 01-1223 | VAE | 4 | 01-1291 | VAE | 4 | 01-1359 |
| VAE | 4 | 01-1224 | VAE | 4 | 01-1292 | VAE | 4 | 01-1360 |
| VAE | 4 | 01-1225 | VAE | 4 | 01-1293 | VAE | 4 | 01-1361 |
| VAE | 4 | 01-1226 | VAE | 4 | 01-1294 | VAE | 4 | 01-1362 |
| VAE | 4 | 01-1227 | VAE | 4 | 01-1295 | VAE | 4 | 01-1363 |
| VAE | 4 | 01-1228 | VAE | 4 | 01-1296 | VAE | 4 | 01-1364 |

SCHEDULE CTO-211 TAG-ALONG CASES (Cont.) MDL-875                                PAGE 4

| DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|---|---|---|---|---|---|
| VAE | 4 | 01-1365 | VAE | 4 | 01-1433 | VAE | 4 | 01-1502 |
| VAE | 4 | 01-1366 | VAE | 4 | 01-1434 | VAE | 4 | 01-1503 |
| VAE | 4 | 01-1367 | VAE | 4 | 01-1435 | VAE | 4 | 01-1504 |
| VAE | 4 | 01-1368 | VAE | 4 | 01-1436 | VAE | 4 | 01-1505 |
| VAE | 4 | 01-1369 | VAE | 4 | 01-1437 | VAE | 4 | 01-1506 |
| VAE | 4 | 01-1370 | VAE | 4 | 01-1438 | VAE | 4 | 01-1507 |
| VAE | 4 | 01-1371 | VAE | 4 | 01-1439 | VAE | 4 | 01-1508 |
| VAE | 4 | 01-1372 | VAE | 4 | 01-1440 | VAE | 4 | 01-1509 |
| VAE | 4 | 01-1373 | VAE | 4 | 01-1441 | VAE | 4 | 01-1510 |
| VAE | 4 | 01-1374 | VAE | 4 | 01-1442 | VAE | 4 | 01-1511 |
| VAE | 4 | 01-1375 | VAE | 4 | 01-1443 | VAE | 4 | 01-1512 |
| VAE | 4 | 01-1376 | VAE | 4 | 01-1444 | VAE | 4 | 01-1513 |
| VAE | 4 | 01-1377 | VAE | 4 | 01-1445 | VAE | 4 | 01-1514 |
| VAE | 4 | 01-1378 | VAE | 4 | 01-1446 | VAE | 4 | 01-1515 |
| VAE | 4 | 01-1379 | VAE | 4 | 01-1447 | VAE | 4 | 01-1516 |
| VAE | 4 | 01-1380 | VAE | 4 | 01-1448 | VAE | 4 | 01-1517 |
| VAE | 4 | 01-1381 | VAE | 4 | 01-1449 | VAE | 4 | 01-1518 |
| VAE | 4 | 01-1382 | VAE | 4 | 01-1450 | VAE | 4 | 01-1519 |
| VAE | 4 | 01-1383 | VAE | 4 | 01-1451 | VAE | 4 | 01-1520 |
| VAE | 4 | 01-1384 | VAE | 4 | 01-1452 | VAE | 4 | 01-1521 |
| VAE | 4 | 01-1385 | VAE | 4 | 01-1453 | VAE | 4 | 01-1522 |
| VAE | 4 | 01-1386 | VAE | 4 | 01-1454 | VAE | 4 | 01-1523 |
| VAE | 4 | 01-1387 | VAE | 4 | 01-1455 | VAE | 4 | 01-1524 |
| VAE | 4 | 01-1388 | VAE | 4 | 01-1456 | VAE | 4 | 01-1525 |
| VAE | 4 | 01-1389 | VAE | 4 | 01-1457 | VAE | 4 | 01-1526 |
| VAE | 4 | 01-1390 | VAE | 4 | 01-1458 | VAE | 4 | 01-1527 |
| VAE | 4 | 01-1391 | VAE | 4 | 01-1459 | VAE | 4 | 01-1528 |
| VAE | 4 | 01-1392 | VAE | 4 | 01-1460 | VAE | 4 | 01-1529 |
| VAE | 4 | 01-1393 | VAE | 4 | 01-1461 | VAE | 4 | 01-1530 |
| VAE | 4 | 01-1394 | VAE | 4 | 01-1462 | VAE | 4 | 01-1531 |
| VAE | 4 | 01-1395 | VAE | 4 | 01-1463 | VAE | 4 | 01-1532 |
| VAE | 4 | 01-1396 | VAE | 4 | 01-1464 | VAE | 4 | 01-1533 |
| VAE | 4 | 01-1397 | VAE | 4 | 01-1465 | VAE | 4 | 01-1534 |
| VAE | 4 | 01-1398 | VAE | 4 | 01-1466 | VAE | 4 | 01-1535 |
| VAE | 4 | 01-1399 | VAE | 4 | 01-1467 | VAE | 4 | 01-1536 |
| VAE | 4 | 01-1400 | VAE | 4 | 01-1468 | VAE | 4 | 01-1537 |
| VAE | 4 | 01-1401 | VAE | 4 | 01-1469 | VAE | 4 | 01-1538 |
| VAE | 4 | 01-1402 | VAE | 4 | 01-1470 | VAE | 4 | 01-1539 |
| VAE | 4 | 01-1403 | VAE | 4 | 01-1471 | VAE | 4 | 01-1540 |
| VAE | 4 | 01-1404 | VAE | 4 | 01-1472 | VAE | 4 | 01-1541 |
| VAE | 4 | 01-1405 | VAE | 4 | 01-1473 | VAE | 4 | 01-1542 |
| VAE | 4 | 01-1406 | VAE | 4 | 01-1474 | VAE | 4 | 01-1543 |
| VAE | 4 | 01-1407 | VAE | 4 | 01-1475 | VAE | 4 | 01-1544 |
| VAE | 4 | 01-1408 | VAE | 4 | 01-1476 | VAE | 4 | 01-1545 |
| VAE | 4 | 01-1409 | VAE | 4 | 01-1477 | VAE | 4 | 01-1546 |
| VAE | 4 | 01-1410 | VAE | 4 | 01-1478 | VAE | 4 | 01-1547 |
| VAE | 4 | 01-1411 | VAE | 4 | 01-1479 | VAE | 4 | 01-1548 |
| VAE | 4 | 01-1412 | VAE | 4 | 01-1480 | VAE | 4 | 01-1549 |
| VAE | 4 | 01-1413 | VAE | 4 | 01-1481 | VAE | 4 | 01-1550 |
| VAE | 4 | 01-1414 | VAE | 4 | 01-1482 | VAE | 4 | 01-1551 |
| VAE | 4 | 01-1415 | VAE | 4 | 01-1483 | VAE | 4 | 01-1552 |
| VAE | 4 | 01-1416 | VAE | 4 | 01-1484 | VAE | 4 | 01-1553 |
| VAE | 4 | 01-1417 | VAE | 4 | 01-1485 | VAE | 4 | 01-1554 |
| VAE | 4 | 01-1418 | VAE | 4 | 01-1486 | VAE | 4 | 01-1555 |
| VAE | 4 | 01-1419 | VAE | 4 | 01-1487 | VAE | 4 | 01-1556 |
| VAE | 4 | 01-1420 | VAE | 4 | 01-1488 | VAE | 4 | 01-1557 |
| VAE | 4 | 01-1421 | VAE | 4 | 01-1489 | VAE | 4 | 01-1558 |
| VAE | 4 | 01-1422 | VAE | 4 | 01-1490 | VAE | 4 | 01-1559 |
| VAE | 4 | 01-1423 | VAE | 4 | 01-1491 | VAE | 4 | 01-1560 |
| VAE | 4 | 01-1424 | VAE | 4 | 01-1492 | VAE | 4 | 01-1561 |
| VAE | 4 | 01-1425 | VAE | 4 | 01-1493 | VAE | 4 | 01-1562 |
| VAE | 4 | 01-1426 | VAE | 4 | 01-1494 | VAE | 4 | 01-1563 |
| VAE | 4 | 01-1427 | VAE | 4 | 01-1495 | VAE | 4 | 01-1564 |
| VAE | 4 | 01-1428 | VAE | 4 | 01-1496 | VAE | 4 | 01-1565 |
| VAE | 4 | 01-1429 | VAE | 4 | 01-1497 | VAE | 4 | 01-1566 |
| VAE | 4 | 01-1430 | VAE | 4 | 01-1498 | VAE | 4 | 01-1567 |
| VAE | 4 | 01-1431 | VAE | 4 | 01-1500 | VAE | 4 | 01-1568 |
| VAE | 4 | 01-1432 | VAE | 4 | 01-1501 | VAE | 4 | 01-1569 |

SCHEDULE CTO-211 TAG-ALONG CASES (Cont.) MDL-875                                              PAGE 5

| DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|---|---|---|---|---|---|
| VAE | 4 | 01-1570 | VAE | 4 | 01-1639 | VAE | 4 | 01-1707 |
| VAE | 4 | 01-1571 | VAE | 4 | 01-1640 | VAE | 4 | 01-1708 |
| VAE | 4 | 01-1572 | VAE | 4 | 01-1641 | VAE | 4 | 01-1709 |
| VAE | 4 | 01-1573 | VAE | 4 | 01-1642 | VAE | 4 | 01-1710 |
| VAE | 4 | 01-1574 | VAE | 4 | 01-1643 | VAE | 4 | 01-1711 |
| VAE | 4 | 01-1575 | VAE | 4 | 01-1644 | VAE | 4 | 01-1712 |
| VAE | 4 | 01-1576 | VAE | 4 | 01-1645 | VAE | 4 | 01-1713 |
| VAE | 4 | 01-1577 | VAE | 4 | 01-1646 | VAE | 4 | 01-1714 |
| VAE | 4 | 01-1578 | VAE | 4 | 01-1647 | VAE | 4 | 01-1715 |
| VAE | 4 | 01-1579 | VAE | 4 | 01-1648 | VAE | 4 | 01-1716 |
| VAE | 4 | 01-1580 | VAE | 4 | 01-1649 | VAE | 4 | 01-1717 |
| VAE | 4 | 01-1581 | VAE | 4 | 01-1650 | VAE | 4 | 01-1718 |
| VAE | 4 | 01-1582 | VAE | 4 | 01-1651 | VAE | 4 | 01-1719 |
| VAE | 4 | 01-1583 | VAE | 4 | 01-1652 | VAE | 4 | 01-1720 |
| VAE | 4 | 01-1584 | VAE | 4 | 01-1653 | VAE | 4 | 01-1721 |
| VAE | 4 | 01-1585 | VAE | 4 | 01-1654 | VAE | 4 | 01-1722 |
| VAE | 4 | 01-1586 | VAE | 4 | 01-1655 | VAE | 4 | 01-1723 |
| VAE | 4 | 01-1587 | VAE | 4 | 01-1656 | VAE | 4 | 01-1724 |
| VAE | 4 | 01-1588 | VAE | 4 | 01-1657 | VAE | 4 | 01-1725 |
| VAE | 4 | 01-1589 | VAE | 4 | 01-1658 | VAE | 4 | 01-1726 |
| VAE | 4 | 01-1590 | VAE | 4 | 01-1659 | VAE | 4 | 01-1728 |
| VAE | 4 | 01-1591 | VAE | 4 | 01-1660 | VAE | 4 | 01-1730 |
| VAE | 4 | 01-1592 | VAE | 4 | 01-1661 | VAE | 4 | 01-1731 |
| VAE | 4 | 01-1593 | VAE | 4 | 01-1662 | VAE | 4 | 01-1732 |
| VAE | 4 | 01-1594 | VAE | 4 | 01-1663 | VAE | 4 | 01-1733 |
| VAE | 4 | 01-1595 | VAE | 4 | 01-1664 | VAE | 4 | 01-1734 |
| VAE | 4 | 01-1596 | VAE | 4 | 01-1665 | VAE | 4 | 01-1735 |
| VAE | 4 | 01-1597 | VAE | 4 | 01-1666 | VAE | 4 | 01-1737 |
| VAE | 4 | 01-1598 | VAE | 4 | 01-1667 | VAE | 4 | 01-1738 |
| VAE | 4 | 01-1599 | VAE | 4 | 01-1668 | VAE | 4 | 01-1739 |
| VAE | 4 | 01-1600 | VAE | 4 | 01-1669 | VAE | 4 | 01-1741 |
| VAE | 4 | 01-1601 | VAE | 4 | 01-1670 | VAE | 4 | 01-1742 |
| VAE | 4 | 01-1602 | VAE | 4 | 01-1671 | VAE | 4 | 01-1743 |
| VAE | 4 | 01-1603 | VAE | 4 | 01-1672 | VAE | 4 | 01-1744 |
| VAE | 4 | 01-1604 | VAE | 4 | 01-1673 | VAE | 4 | 01-1745 |
| VAE | 4 | 01-1605 | VAE | 4 | 01-1674 | VAE | 4 | 01-1747 |
| VAE | 4 | 01-1607 | VAE | 4 | 01-1675 | VAE | 4 | 01-1748 |
| VAE | 4 | 01-1608 | VAE | 4 | 01-1676 | VAE | 4 | 01-1750 |
| VAE | 4 | 01-1609 | VAE | 4 | 01-1677 | VAE | 4 | 01-1752 |
| VAE | 4 | 01-1610 | VAE | 4 | 01-1678 | VAE | 4 | 01-1753 |
| VAE | 4 | 01-1611 | VAE | 4 | 01-1679 | VAE | 4 | 01-1754 |
| VAE | 4 | 01-1612 | VAE | 4 | 01-1680 | VAE | 4 | 01-1755 |
| VAE | 4 | 01-1613 | VAE | 4 | 01-1681 | VAE | 4 | 01-1756 |
| VAE | 4 | 01-1614 | VAE | 4 | 01-1682 | VAE | 4 | 01-1757 |
| VAE | 4 | 01-1615 | VAE | 4 | 01-1683 | VAE | 4 | 01-1758 |
| VAE | 4 | 01-1616 | VAE | 4 | 01-1684 | VAE | 4 | 01-1759 |
| VAE | 4 | 01-1617 | VAE | 4 | 01-1685 | VAE | 4 | 01-1760 |
| VAE | 4 | 01-1618 | VAE | 4 | 01-1686 | VAE | 4 | 01-1765 |
| VAE | 4 | 01-1619 | VAE | 4 | 01-1687 | VAE | 4 | 01-1766 |
| VAE | 4 | 01-1620 | VAE | 4 | 01-1688 | VAE | 4 | 01-1767 |
| VAE | 4 | 01-1621 | VAE | 4 | 01-1689 | VAE | 4 | 01-1769 |
| VAE | 4 | 01-1622 | VAE | 4 | 01-1690 | VAE | 4 | 01-1770 |
| VAE | 4 | 01-1623 | VAE | 4 | 01-1691 | VAE | 4 | 01-1771 |
| VAE | 4 | 01-1624 | VAE | 4 | 01-1692 | VAE | 4 | 01-1775 |
| VAE | 4 | 01-1625 | VAE | 4 | 01-1693 | VAE | 4 | 01-1776 |
| VAE | 4 | 01-1626 | VAE | 4 | 01-1694 | VAE | 4 | 01-1777 |
| VAE | 4 | 01-1627 | VAE | 4 | 01-1695 | VAE | 4 | 01-1778 |
| VAE | 4 | 01-1628 | VAE | 4 | 01-1696 | VAE | 4 | 01-1779 |
| VAE | 4 | 01-1629 | VAE | 4 | 01-1697 | VAE | 4 | 01-1780 |
| VAE | 4 | 01-1630 | VAE | 4 | 01-1698 | VAE | 4 | 01-1781 |
| VAE | 4 | 01-1631 | VAE | 4 | 01-1699 | VAE | 4 | 01-1783 |
| VAE | 4 | 01-1632 | VAE | 4 | 01-1700 | VAE | 4 | 01-1787 |
| VAE | 4 | 01-1633 | VAE | 4 | 01-1701 | VAE | 4 | 01-1788 |
| VAE | 4 | 01-1634 | VAE | 4 | 01-1702 | VAE | 4 | 01-1789 |
| VAE | 4 | 01-1635 | VAE | 4 | 01-1703 | VAE | 4 | 01-1790 |
| VAE | 4 | 01-1636 | VAE | 4 | 01-1704 | VAE | 4 | 01-1791 |
| VAE | 4 | 01-1637 | VAE | 4 | 01-1705 | VAE | 4 | 01-1792 |
| VAE | 4 | 01-1638 | VAE | 4 | 01-1706 | VAE | 4 | 01-1793 |

SCHEDULE CTO-211 TAG-ALONG CASES (Cont.) MDL-875                                                         PAGE 6

| DISTRICT DIV CIVIL ACTION# | DISTRICT DIV CIVIL ACTION# | DISTRICT DIV CIVIL ACTION# |
|---|---|---|
| VAE 4 01-1794 | VAE 4 01-1875 | VAE 4 01-1949 |
| VAE 4 01-1795 | VAE 4 01-1876 | VAE 4 01-1950 |
| VAE 4 01-1796 | VAE 4 01-1877 | VAE 4 01-1951 |
| VAE 4 01-1797 | VAE 4 01-1878 | VAE 4 01-1952 |
| VAE 4 01-1798 | VAE 4 01-1879 | VAE 4 01-1953 |
| VAE 4 01-1799 | VAE 4 01-1880 | VAE 4 01-1954 |
| VAE 4 01-1800 | VAE 4 01-1881 | VAE 4 01-1955 |
| VAE 4 01-1802 | VAE 4 01-1883 | VAE 4 01-1956 |
| VAE 4 01-1803 | VAE 4 01-1885 | VAE 4 01-1957 |
| VAE 4 01-1804 | VAE 4 01-1889 | VAE 4 01-1958 |
| VAE 4 01-1805 | VAE 4 01-1890 | VAE 4 01-1959 |
| VAE 4 01-1806 | VAE 4 01-1891 | VAE 4 01-1960 |
| VAE 4 01-1807 | VAE 4 01-1892 | VAE 4 01-1961 |
| VAE 4 01-1809 | VAE 4 01-1893 | VAE 4 01-1962 |
| VAE 4 01-1810 | VAE 4 01-1894 | VAE 4 01-1963 |
| VAE 4 01-1811 | VAE 4 01-1895 | VAE 4 01-1964 |
| VAE 4 01-1812 | VAE 4 01-1896 | VAE 4 01-1965 |
| VAE 4 01-1814 | VAE 4 01-1897 | VAE 4 01-1966 |
| VAE 4 01-1815 | VAE 4 01-1898 | VAE 4 01-1968 |
| VAE 4 01-1816 | VAE 4 01-1900 | VAE 4 01-1969 |
| VAE 4 01-1817 | VAE 4 01-1901 | VAE 4 01-1970 |
| VAE 4 01-1819 | VAE 4 01-1902 | VAE 4 01-1971 |
| VAE 4 01-1820 | VAE 4 01-1903 | VAE 4 01-1972 |
| VAE 4 01-1821 | VAE 4 01-1904 | VAE 4 01-1973 |
| VAE 4 01-1822 | VAE 4 01-1905 | VAE 4 01-1974 |
| VAE 4 01-1823 | VAE 4 01-1906 | VAE 4 01-1975 |
| VAE 4 01-1824 | VAE 4 01-1907 | VAE 4 01-1976 |
| VAE 4 01-1825 | VAE 4 01-1908 | VAE 4 01-1977 |
| VAE 4 01-1826 | VAE 4 01-1909 | VAE 4 01-1978 |
| VAE 4 01-1827 | VAE 4 01-1910 | VAE 4 01-1979 |
| VAE 4 01-1829 | VAE 4 01-1911 | VAE 4 01-1980 |
| VAE 4 01-1830 | VAE 4 01-1912 | VAE 4 01-1981 |
| VAE 4 01-1831 | VAE 4 01-1913 | VAE 4 01-1982 |
| VAE 4 01-1832 | VAE 4 01-1914 | VAE 4 01-1983 |
| VAE 4 01-1833 | VAE 4 01-1915 | VAE 4 01-1984 |
| VAE 4 01-1834 | VAE 4 01-1916 | VAE 4 01-1985 |
| VAE 4 01-1835 | VAE 4 01-1917 | VAE 4 01-1986 |
| VAE 4 01-1837 | VAE 4 01-1918 | VAE 4 01-1987 |
| VAE 4 01-1838 | VAE 4 01-1919 | VAE 4 01-1988 |
| VAE 4 01-1839 | VAE 4 01-1920 | VAE 4 01-1989 |
| VAE 4 01-1840 | VAE 4 01-1921 | VAE 4 01-1990 |
| VAE 4 01-1841 | VAE 4 01-1922 | VAE 4 01-1991 |
| VAE 4 01-1843 | VAE 4 01-1923 | VAE 4 01-1992 |
| VAE 4 01-1844 | VAE 4 01-1924 | VAE 4 01-1993 |
| VAE 4 01-1845 | VAE 4 01-1925 | VAE 4 01-1994 |
| VAE 4 01-1846 | VAE 4 01-1926 | VAE 4 01-1996 |
| VAE 4 01-1847 | VAE 4 01-1927 | VAE 4 01-1997 |
| VAE 4 01-1848 | VAE 4 01-1928 | VAE 4 01-1998 |
| VAE 4 01-1849 | VAE 4 01-1929 | VAE 4 01-1999 |
| VAE 4 01-1850 | VAE 4 01-1930 | VAE 4 01-2000 |
| VAE 4 01-1851 | VAE 4 01-1931 | VAE 4 01-2001 |
| VAE 4 01-1852 | VAE 4 01-1932 | VAE 4 01-2002 |
| VAE 4 01-1853 | VAE 4 01-1933 | VAE 4 01-2003 |
| VAE 4 01-1854 | VAE 4 01-1934 | VAE 4 01-2004 |
| VAE 4 01-1856 | VAE 4 01-1935 | VAE 4 01-2005 |
| VAE 4 01-1861 | VAE 4 01-1936 | VAE 4 01-2006 |
| VAE 4 01-1862 | VAE 4 01-1937 | VAE 4 01-2007 |
| VAE 4 01-1863 | VAE 4 01-1938 | VAE 4 01-2008 |
| VAE 4 01-1864 | VAE 4 01-1939 | VAE 4 01-2009 |
| VAE 4 01-1865 | VAE 4 01-1940 | VAE 4 01-2010 |
| VAE 4 01-1866 | VAE 4 01-1941 | VAE 4 01-2012 |
| VAE 4 01-1867 | VAE 4 01-1942 | VAE 4 01-2013 |
| VAE 4 01-1869 | VAE 4 01-1943 | VAE 4 01-2014 |
| VAE 4 01-1870 | VAE 4 01-1944 | VAE 4 01-2017 |
| VAE 4 01-1871 | VAE 4 01-1945 | VAE 4 01-2018 |
| VAE 4 01-1872 | VAE 4 01-1946 | VAE 4 01-2019 |
| VAE 4 01-1873 | VAE 4 01-1947 | VAE 4 01-2021 |
| VAE 4 01-1874 | VAE 4 01-1948 | VAE 4 01-2022 |

SCHEDULE CTO-211 TAG-ALONG CASES (Cont.) MDL-875                                                              PAGE 7

| DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|---|---|---|---|---|---|
| VAE | 4 | 01-2024 | VAE | 4 | 01-2096 | VAE | 4 | 01-2346 |
| VAE | 4 | 01-2025 | VAE | 4 | 01-2097 | VAE | 4 | 01-2347 |
| VAE | 4 | 01-2027 | VAE | 4 | 01-2098 | VAE | 4 | 01-2348 |
| VAE | 4 | 01-2028 | VAE | 4 | 01-2099 | VAE | 4 | 01-2349 |
| VAE | 4 | 01-2029 | VAE | 4 | 01-2100 | VAE | 4 | 01-2350 |
| VAE | 4 | 01-2033 | VAE | 4 | 01-2101 | VAE | 4 | 01-2351 |
| VAE | 4 | 01-2034 | VAE | 4 | 01-2102 | VAE | 4 | 01-2352 |
| VAE | 4 | 01-2035 | VAE | 4 | 01-2103 | VAE | 4 | 01-2353 |
| VAE | 4 | 01-2036 | VAE | 4 | 01-2104 | VAE | 4 | 01-2354 |
| VAE | 4 | 01-2037 | VAE | 4 | 01-2105 | VAE | 4 | 01-2355 |
| VAE | 4 | 01-2038 | VAE | 4 | 01-2106 | VAE | 4 | 01-2356 |
| VAE | 4 | 01-2039 | VAE | 4 | 01-2107 | VAE | 4 | 01-2357 |
| VAE | 4 | 01-2040 | VAE | 4 | 01-2108 | VAE | 4 | 01-2358 |
| VAE | 4 | 01-2041 | VAE | 4 | 01-2109 | VAE | 4 | 01-2359 |
| VAE | 4 | 01-2042 | VAE | 4 | 01-2110 | VAE | 4 | 01-2360 |
| VAE | 4 | 01-2043 | VAE | 4 | 01-2111 | VAE | 4 | 01-2361 |
| VAE | 4 | 01-2044 | VAE | 4 | 01-2112 | VAE | 4 | 01-2362 |
| VAE | 4 | 01-2045 | VAE | 4 | 01-2136 | VAE | 4 | 01-2363 |
| VAE | 4 | 01-2046 | VAE | 4 | 01-2137 | VAE | 4 | 01-2364 |
| VAE | 4 | 01-2047 | VAE | 4 | 01-2139 | VAE | 4 | 01-2365 |
| VAE | 4 | 01-2048 | VAE | 4 | 01-2140 | VAE | 4 | 01-2367 |
| VAE | 4 | 01-2049 | VAE | 4 | 01-2144 | VAE | 4 | 01-2369 |
| VAE | 4 | 01-2050 | VAE | 4 | 01-2151 | VAE | 4 | 01-2370 |
| VAE | 4 | 01-2051 | VAE | 4 | 01-2152 | VAE | 4 | 01-2372 |
| VAE | 4 | 01-2052 | VAE | 4 | 01-2154 | VAE | 4 | 01-2373 |
| VAE | 4 | 01-2053 | VAE | 4 | 01-2157 | VAE | 4 | 01-2375 |
| VAE | 4 | 01-2054 | VAE | 4 | 01-2160 | VAE | 4 | 01-2376 |
| VAE | 4 | 01-2055 | VAE | 4 | 01-2162 | VAE | 4 | 01-2377 |
| VAE | 4 | 01-2056 | VAE | 4 | 01-2164 | VAE | 4 | 01-2378 |
| VAE | 4 | 01-2057 | VAE | 4 | 01-2165 | VAE | 4 | 01-2379 |
| VAE | 4 | 01-2058 | VAE | 4 | 01-2166 | VAE | 4 | 01-2380 |
| VAE | 4 | 01-2059 | VAE | 4 | 01-2167 | VAE | 4 | 01-2381 |
| VAE | 4 | 01-2060 | VAE | 4 | 01-2169 | VAE | 4 | 01-2383 |
| VAE | 4 | 01-2061 | VAE | 4 | 01-2171 | VAE | 4 | 01-2384 |
| VAE | 4 | 01-2062 | VAE | 4 | 01-2172 | VAE | 4 | 01-2385 |
| VAE | 4 | 01-2063 | VAE | 4 | 01-2174 | VAE | 4 | 01-2386 |
| VAE | 4 | 01-2064 | VAE | 4 | 01-2176 | VAE | 4 | 01-2387 |
| VAE | 4 | 01-2065 | VAE | 4 | 01-2183 | VAE | 4 | 01-2388 |
| VAE | 4 | 01-2066 | VAE | 4 | 01-2184 | VAE | 4 | 01-2389 |
| VAE | 4 | 01-2067 | VAE | 4 | 01-2185 | VAE | 4 | 01-2390 |
| VAE | 4 | 01-2068 | VAE | 4 | 01-2188 | VAE | 4 | 01-2391 |
| VAE | 4 | 01-2069 | VAE | 4 | 01-2205 | VAE | 4 | 01-2393 |
| VAE | 4 | 01-2070 | VAE | 4 | 01-2217 | VAE | 4 | 01-2394 |
| VAE | 4 | 01-2071 | VAE | 4 | 01-2320 | VAE | 4 | 01-2395 |
| VAE | 4 | 01-2072 | VAE | 4 | 01-2321 | VAE | 4 | 01-2396 |
| VAE | 4 | 01-2073 | VAE | 4 | 01-2322 | VAE | 4 | 01-2397 |
| VAE | 4 | 01-2074 | VAE | 4 | 01-2324 | VAE | 4 | 01-2398 |
| VAE | 4 | 01-2075 | VAE | 4 | 01-2325 | VAE | 4 | 01-2399 |
| VAE | 4 | 01-2076 | VAE | 4 | 01-2326 | VAE | 4 | 01-2400 |
| VAE | 4 | 01-2077 | VAE | 4 | 01-2327 | VAE | 4 | 01-2401 |
| VAE | 4 | 01-2078 | VAE | 4 | 01-2328 | VAE | 4 | 01-2402 |
| VAE | 4 | 01-2079 | VAE | 4 | 01-2329 | VAE | 4 | 01-2403 |
| VAE | 4 | 01-2080 | VAE | 4 | 01-2330 | VAE | 4 | 01-2404 |
| VAE | 4 | 01-2081 | VAE | 4 | 01-2331 | VAE | 4 | 01-2405 |
| VAE | 4 | 01-2082 | VAE | 4 | 01-2332 | VAE | 4 | 01-2406 |
| VAE | 4 | 01-2083 | VAE | 4 | 01-2333 | VAE | 4 | 01-2407 |
| VAE | 4 | 01-2084 | VAE | 4 | 01-2334 | VAE | 4 | 01-2408 |
| VAE | 4 | 01-2085 | VAE | 4 | 01-2335 | VAE | 4 | 01-2409 |
| VAE | 4 | 01-2086 | VAE | 4 | 01-2336 | VAE | 4 | 01-2410 |
| VAE | 4 | 01-2087 | VAE | 4 | 01-2337 | VAE | 4 | 01-2411 |
| VAE | 4 | 01-2088 | VAE | 4 | 01-2338 | VAE | 4 | 01-2412 |
| VAE | 4 | 01-2089 | VAE | 4 | 01-2339 | VAE | 4 | 01-2413 |
| VAE | 4 | 01-2090 | VAE | 4 | 01-2340 | VAE | 4 | 01-2414 |
| VAE | 4 | 01-2091 | VAE | 4 | 01-2341 | VAE | 4 | 01-2415 |
| VAE | 4 | 01-2092 | VAE | 4 | 01-2342 | VAE | 4 | 01-2416 |
| VAE | 4 | 01-2093 | VAE | 4 | 01-2343 | VAE | 4 | 01-2417 |
| VAE | 4 | 01-2094 | VAE | 4 | 01-2344 | VAE | 4 | 01-2418 |
| VAE | 4 | 01-2095 | VAE | 4 | 01-2345 | VAE | 4 | 01-2419 |

SCHEDULE CTO-211 TAG-ALONG CASES (Cont.) MDL-875                                                                                                PAGE 8

| DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|---|---|---|---|---|---|
| VAE | 4 | 01-2420 | VAE | 4 | 01-2488 | VAE | 4 | 01-2556 |
| VAE | 4 | 01-2421 | VAE | 4 | 01-2489 | VAE | 4 | 01-2557 |
| VAE | 4 | 01-2422 | VAE | 4 | 01-2490 | VAE | 4 | 01-2558 |
| VAE | 4 | 01-2423 | VAE | 4 | 01-2491 | VAE | 4 | 01-2559 |
| VAE | 4 | 01-2424 | VAE | 4 | 01-2492 | VAE | 4 | 01-2560 |
| VAE | 4 | 01-2425 | VAE | 4 | 01-2493 | VAE | 4 | 01-2561 |
| VAE | 4 | 01-2426 | VAE | 4 | 01-2494 | VAE | 4 | 01-2562 |
| VAE | 4 | 01-2427 | VAE | 4 | 01-2495 | VAE | 4 | 01-2563 |
| VAE | 4 | 01-2428 | VAE | 4 | 01-2496 | VAE | 4 | 01-2564 |
| VAE | 4 | 01-2429 | VAE | 4 | 01-2497 | VAE | 4 | 01-2565 |
| VAE | 4 | 01-2430 | VAE | 4 | 01-2498 | VAE | 4 | 01-2566 |
| VAE | 4 | 01-2431 | VAE | 4 | 01-2499 | VAE | 4 | 01-2567 |
| VAE | 4 | 01-2432 | VAE | 4 | 01-2500 | VAE | 4 | 01-2568 |
| VAE | 4 | 01-2433 | VAE | 4 | 01-2501 | VAE | 4 | 01-2569 |
| VAE | 4 | 01-2434 | VAE | 4 | 01-2502 | VAE | 4 | 01-2570 |
| VAE | 4 | 01-2435 | VAE | 4 | 01-2503 | VAE | 4 | 01-2571 |
| VAE | 4 | 01-2436 | VAE | 4 | 01-2504 | VAE | 4 | 01-2572 |
| VAE | 4 | 01-2437 | VAE | 4 | 01-2505 | VAE | 4 | 01-2573 |
| VAE | 4 | 01-2438 | VAE | 4 | 01-2506 | VAE | 4 | 01-2574 |
| VAE | 4 | 01-2439 | VAE | 4 | 01-2507 | VAE | 4 | 01-2575 |
| VAE | 4 | 01-2440 | VAE | 4 | 01-2508 | VAE | 4 | 01-2576 |
| VAE | 4 | 01-2441 | VAE | 4 | 01-2509 | VAE | 4 | 01-2577 |
| VAE | 4 | 01-2442 | VAE | 4 | 01-2510 | VAE | 4 | 01-2578 |
| VAE | 4 | 01-2443 | VAE | 4 | 01-2511 | VAE | 4 | 01-2579 |
| VAE | 4 | 01-2444 | VAE | 4 | 01-2512 | VAE | 4 | 01-2580 |
| VAE | 4 | 01-2445 | VAE | 4 | 01-2513 | VAE | 4 | 01-2581 |
| VAE | 4 | 01-2446 | VAE | 4 | 01-2514 | VAE | 4 | 01-2582 |
| VAE | 4 | 01-2447 | VAE | 4 | 01-2515 | VAE | 4 | 01-2583 |
| VAE | 4 | 01-2448 | VAE | 4 | 01-2516 | VAE | 4 | 01-2584 |
| VAE | 4 | 01-2449 | VAE | 4 | 01-2517 | VAE | 4 | 01-2585 |
| VAE | 4 | 01-2450 | VAE | 4 | 01-2518 | VAE | 4 | 01-2586 |
| VAE | 4 | 01-2451 | VAE | 4 | 01-2519 | VAE | 4 | 01-2587 |
| VAE | 4 | 01-2452 | VAE | 4 | 01-2520 | VAE | 4 | 01-2588 |
| VAE | 4 | 01-2453 | VAE | 4 | 01-2521 | VAE | 4 | 01-2589 |
| VAE | 4 | 01-2454 | VAE | 4 | 01-2522 | VAE | 4 | 01-2590 |
| VAE | 4 | 01-2455 | VAE | 4 | 01-2523 | VAE | 4 | 01-2591 |
| VAE | 4 | 01-2456 | VAE | 4 | 01-2524 | VAE | 4 | 01-2592 |
| VAE | 4 | 01-2457 | VAE | 4 | 01-2525 | VAE | 4 | 01-2593 |
| VAE | 4 | 01-2458 | VAE | 4 | 01-2526 | VAE | 4 | 01-2594 |
| VAE | 4 | 01-2459 | VAE | 4 | 01-2527 | VAE | 4 | 01-2595 |
| VAE | 4 | 01-2460 | VAE | 4 | 01-2528 | VAE | 4 | 01-2596 |
| VAE | 4 | 01-2461 | VAE | 4 | 01-2529 | VAE | 4 | 01-2597 |
| VAE | 4 | 01-2462 | VAE | 4 | 01-2530 | VAE | 4 | 01-2598 |
| VAE | 4 | 01-2463 | VAE | 4 | 01-2531 | VAE | 4 | 01-2599 |
| VAE | 4 | 01-2464 | VAE | 4 | 01-2532 | VAE | 4 | 01-2600 |
| VAE | 4 | 01-2465 | VAE | 4 | 01-2533 | VAE | 4 | 01-2601 |
| VAE | 4 | 01-2466 | VAE | 4 | 01-2534 | VAE | 4 | 01-2602 |
| VAE | 4 | 01-2467 | VAE | 4 | 01-2535 | VAE | 4 | 01-2603 |
| VAE | 4 | 01-2468 | VAE | 4 | 01-2536 | VAE | 4 | 01-2604 |
| VAE | 4 | 01-2469 | VAE | 4 | 01-2537 | VAE | 4 | 01-2605 |
| VAE | 4 | 01-2470 | VAE | 4 | 01-2538 | VAE | 4 | 01-2606 |
| VAE | 4 | 01-2471 | VAE | 4 | 01-2539 | VAE | 4 | 01-2607 |
| VAE | 4 | 01-2472 | VAE | 4 | 01-2540 | VAE | 4 | 01-2608 |
| VAE | 4 | 01-2473 | VAE | 4 | 01-2541 | VAE | 4 | 01-2609 |
| VAE | 4 | 01-2474 | VAE | 4 | 01-2542 | VAE | 4 | 01-2610 |
| VAE | 4 | 01-2475 | VAE | 4 | 01-2543 | VAE | 4 | 01-2611 |
| VAE | 4 | 01-2476 | VAE | 4 | 01-2544 | VAE | 4 | 01-2612 |
| VAE | 4 | 01-2477 | VAE | 4 | 01-2545 | VAE | 4 | 01-2613 |
| VAE | 4 | 01-2478 | VAE | 4 | 01-2546 | VAE | 4 | 01-2614 |
| VAE | 4 | 01-2479 | VAE | 4 | 01-2547 | VAE | 4 | 01-2615 |
| VAE | 4 | 01-2480 | VAE | 4 | 01-2548 | VAE | 4 | 01-2616 |
| VAE | 4 | 01-2481 | VAE | 4 | 01-2549 | VAE | 4 | 01-2617 |
| VAE | 4 | 01-2482 | VAE | 4 | 01-2550 | VAE | 4 | 01-2618 |
| VAE | 4 | 01-2483 | VAE | 4 | 01-2551 | VAE | 4 | 01-2619 |
| VAE | 4 | 01-2484 | VAE | 4 | 01-2552 | VAE | 4 | 01-2620 |
| VAE | 4 | 01-2485 | VAE | 4 | 01-2553 | VAE | 4 | 01-2621 |
| VAE | 4 | 01-2486 | VAE | 4 | 01-2554 | VAE | 4 | 01-2622 |
| VAE | 4 | 01-2487 | VAE | 4 | 01-2555 | VAE | 4 | 01-2623 |

```
SCHEDULE CTO-211 TAG-ALONG CASES (Cont.) MDL-875                              PAGE 9

DISTRICT DIV CIVIL_ACTION#

   VAE    4   01-2624
   VAE    4   01-2625
   VAE    4   01-2626
   VAE    4   01-2627
   VAE    4   01-2629
   VAE    4   01-2630
   VAE    4   01-2631
   VAE    4   01-2632
   VAE    4   01-2633
   VAE    4   01-2634
   VAE    4   01-2635
   VAE    4   01-2636
   VAE    4   01-2637
   VAE    4   01-2638
   VAE    4   01-2639
   VAE    4   01-2640
   VAE    4   01-2641
   VAE    4   01-2642

WISCONSIN EASTERN
   WIE    2   01-696
   WIE    2   01-697
   WIE    2   01-698
   WIE    2   01-699
   WIE    2   01-700
   WIE    2   01-701
   WIE    2   01-702
   WIE    2   01-703
   WIE    2   01-704
   WIE    2   01-782
   WIE    2   01-935

WYOMING
   WY     2   01-203
   WY     2   01-204
   WY     2   01-205
   WY     2   01-208
   WY     2   01-212
   WY     2   01-214
```