MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 4 2002

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : |
| This Document Relates to: | : CIVIL ACTION NO. MDL 875 |
| Law Firm of Goldberg, Persky, Jennings & White | : : |
| United States District Court Western District of Pennsylvania | : : |
| Karen JESENSKY, C.A. No.2:96-680 | : : |
| [In the event the above-listed cases are multiple plaintiff (victim) actions, this transfer is for the above-named party only, or said party's representative, and any spousal or dependent actions.] | : : : : : : : |

FILED
MAR - 1 2002
MICHAEL E. KUNZ, CLERK
By _____ Dep. Clerk

ENTERED
MAR - 4 2002
CLERK OF COURT

PLEADING NO. 3505

SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Western District of Pennsylvania, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action,

MDL-875
RECOMMENDED ACTION
ero one action
Approved/Date: M 3/11

IMAGED APR 4 02   OFFICIAL FILE COPY

and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Western District of Pennsylvania for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 3/1/2002

Charles R. Weiner        J.