JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 4 2002

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | |
| This Document Relates to: | CIVIL ACTION NO. MDL 875 |
| Law Firm of McTeague, Higbee, Case, Cohen, Whitney & Toker | |
| United States District Court District of Maine | |
| Raymond CADRIN, dec., C.A. No. 97-38-P | |
| [In the event the above-listed cases are multiple plaintiff (victim) actions, this transfer is for the above-named party only, or said parties representative, and any spousal or dependent actions.] | MDL- 875 RECOMMENDED ACTION  CRO -- Approved/Date: MK 3/26 |

PLEADING NO. 3507

### SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the District of Maine, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

OFFICIAL FILE COPY
IMAGED APR 4 '02

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2002 MAR 26 A 39
RECEIVED CLERK'S OFFICE

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the District of Maine for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: March 14, 2002

_____
Charles   R.   Weiner           J.