MDL, 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 5 2002

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | FILED MAR 1 5 2002 |
| This Document Relates to: | CIVIL ACTION NO. MDL 875 |
| Law Firm of Baron & Budd | |
| United States District Court District of New Mexico | |
| (See attached list of cases) [In the event the above-listed case is a multiple plaintiff (victim) action, this transfer is for the above-named party only, or said party's representative, and any spousal or dependent actions.]: | |

## SUGGESTION OF REMAND

THESE MATTERS being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the District of New Mexico, and the Court having reviewed these cases and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from these cases and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

MDL- 875

OFFICIAL FILE COPY

RECOMMENDED ACTION

CRO

IMAGED APR 1 1 '02

Approved/Date: MK  3/16

PLEADING NO. 3510

THE COURT SUGGESTS that the cases listed upon the attachment should now be REMANDED to the United States District Court for the District of New Mexico for such further action as may be deemed proper by that Court.

BY THE COURT:

Date: March 14, 2002

_____
Charles   R.   Weiner                J.

ENTERED

MAR 1 8 2002

CLERK OF COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 5 2002

FILED
CLERK'S OFFICE

# LIST OF CASES FOR SUGGESTION OF REMAND

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | Case Name | Case Number |
|---|---|---|
| 1. | John PEREA | CIV 92-1156 JB |
| 2. | Solomon CORDOVA | CIV 93-0537 JB |
| 3. | Willie G. BARRERAS | CIV 93-1112 JB |
| 4. | Sherrill BILBO | CIV 93-1507 JC |
| 5. | James BOHACH | CIV 89-1222 JB |
| 6. | Earnest CLARK | CIV 93-1113 JB |
| 7. | Billy Earl DEEN | CIV 90-0656 JB |
| 8. | Alfred GONZALES | CIV 89-1228 JB |
| 9. | Edd HOOSER | CIV 93-1111 JB |
| 10. | Max KUYKENDALL | CIV 93-0535 JB |
| 11. | Manuel MARTINEZ, Jr. | CIV 93-1114 JB |
| 12. | Charles RODERICK | CIV 92-1157 JB |
| 13. | Jack TAYLOR | CIV 93-0536 JB |
| 14. | Winford WALKER | CIV 93-1115 JB |