**DOCKET NO. 875**
**BEFORE THE JUDICIAL PANEL ON MULTI DISTRICT LITIGATION**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

ORIGINATING FROM
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

JOSEPH WILLIAM JOHNSTON                                        PLAINTIFF

VS.

NO. 01-2316

A C AND S, INC., et al.                                        DEFENDANTS

### RESPONSE OF HONEYWELL INTERNATIONAL, INC. TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Comes Honeywell International Inc. f/k/a AlliedSignal Inc., as successor in interest to Bendix Corporation ("Honeywell"), by and through its undersigned counsel, Barber, McCaskill, Jones & Hale, P.A., and in support of this Response to Plaintiffs' Motion to Vacate Conditional Transfer Order states as follows:

1. Plaintiffs have filed a Motion and Brief to Vacate the Conditional Transfer Order asserting that because the United States District Court does not have subject matter jurisdiction of this case, transfer to the United States District Court for the Eastern District of Pennsylvania would not be proper and requesting that the Court vacate the conditional transfer order until such time as the District Court in Arkansas can rule on Plaintiffs' Motion to Remand.

2. Plaintiffs rely upon Judge Wolin's Order of February 8, 2002, in support of their Motion, however they fail to note that on February 11, 2002, before the District of Delaware carried out any "remands", the order was stayed by the U.S. Court of Appeals for the Third Circuit so that the matter could be considered by a three-judge panel of that court and such Order was clarified as applying to

OFFICIAL FILE COPY
IMAGED APR 11 '02

all appellants. (Exhibit "A").

3. Therefore, Honeywell requests that Plaintiffs' Motion to Vacate the Conditional Transfer Order be denied and that the Panel modify its transfer order and transfer these and all other friction product claims asserted against them to the Honorable Alfred M. Wolin pending a final ruling by the Third Circuit on the transfer motions. Honeywell also requests that the Panel make clear that, should the Third Circuit deny the transfer motions, all friction product claims asserted against Honeywell would then automatically be returned to Judge Weiner for further proceedings as part of MDL.

Respectfully submitted,

Barber, McCaskill, Jones & Hale, P.A.
2700 Regions Center
400 West Capitol Avenue
Little Rock, Arkansas 72201
501/372-6175

Attorneys for Defendant
Honeywell International, Inc.

By: _____
Michael E. Hale         AR BIN 68021
Cynthia J. Worthing    AR BIN 2000156

MAR-19-2002  15:44      US COURT OF APPEALS                           215 597 3740    P.02/02

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## Nos. 02-1426, 02-1491, 02-1492, 02-1528, 02-1652, 02-1688 & 02-1741

### In Re: Federal-Mogul Global, Inc., et al.

Present:     Scirica, Circuit Judge

1) Motion for Clarification of Court Order Entered February 11, 2002

_____ ORDER _____

The forgoing Motion for clarification is granted. The temporary stay issued on February 11, 2002 applies to all appellants and to all removed claims that were before the Delaware District Court.

By the Court,

*/s/ Scirica/*
Circuit Judge

Dated: MAR 19 2002

cc: All Counsel of Record

**EXHIBIT "A"**

Case MDL No. 875   Document 3512   Filed 04/05/02   Page 4 of 5

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR -5 2002

FILED
CLERK'S OFFICE

# PANEL SERVICE LIST (Excerpted from CTO-210)
## DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Russell, et al. v. A.W. Chesterton Co., et al.*, W.D. Arkansas, C.A. No. 1:01-1162
*Johnston v. ACandS, Inc., et al.*, W.D. Arkansas, C.A. No. 2:01-2316
*Duncan, et al. v. Daimler Chrysler Corp., et al.*, W.D. Arkansas, C.A. No. 5:01-5255
*Duncan, et al. v. Allied Signal, Inc., et al.*, W.D. Arkansas, C.A. No. 5:01-5257
*Cole v. Allied Signal, Inc., et al.*, W.D. Arkansas, C.A. No. 5:01-5258

H. William Allen
Allen Law Firm
212 Center Street
Suite 950
Little Rock, AR 72201

George J. Bequette, Jr.
Skokos, Bequette & Billingsley
425 West Capitol
3200 TCBY Tower
Little Rock, AR 72201

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Phil W. Campbell
Hilburn, Calhoon, Harper, Pruniski & Calhoun
Mercantile Bank Building
One Riverfront Place, Eighth Floor
N. Little Rock, AR 72119

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

J. Dennis Chambers
Atchley, Russell, Waldrop & Hlavinka
P.O. Box 5517
Texarkana, TX 75505

James D. Chambers
Atchley, Russell, Waldrop & Hlavinka
P.O. Box 5517
Texarkana, TX 75505

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

John D. Cosmich
Forman, Perry, Watkins & Krutz
P.O. Box 22608
Jackson, MS 39225

Stephen L. Curry
Kemp, Duckett, Spradley, Curry & Arnold
111 Center Street
Suite 1300
Little Rock, AR 72201

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Richard T. Donovan
Rose Law Firm
120 East Fourth Street
Little Rock, AR 72201

William H. Edwards, Jr.
Barber, McCaskill, Amsler, Jones & Hale
2700 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201

Lisa Emelo
Rubinbaum, LLP
30 Rockefeller Plaza
New York, NY 10112

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

R. David Freeze
Hart, Shaw & Freeze
5505 Plaza Drive
Texarkana, TX 75503

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Gail Ponder Gaines
Barber, McCaskill, Jones & Hale, P.A.
First Commercial Building, Suite 2700
400 West Capitol Avenue
Little Rock, AZ 72201

Michael E. Hale
Barber, McCaskill, Jones & Hale, P.A.
Regions Center, Suite 2700
400 West Capitol Avenue
Little Rock, AZ 72201

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Ronald D. Harrison
Ledbetter, Cogbill, Arnold & Harrison
P.O. Box 185
Fort Smith, AR 72902

William C. Harrison
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

Robert L. Henry, III
Barber, McCaskill, Amsler, Jones & Hale
400 West Capitol Avenue
2700 First Commercial Building
Little Rock, AR 72201

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

2002 APR -4 P 3:45
RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PANEL SERVICE LIST (Cont.) MDL-875                                                                                      PAGE 2

David C. Landin  
Hunton & Williams  
Riverfront Plaza, East Tower  
951 East Byrd Street  
Richmond, VA 23219

John G. Lile, III  
Wright, Lindsey & Jennings, L.L.P.  
200 West Capitol Avenue  
Suite 2200  
Little Rock, AR 72201

Gene Locks  
Greitzer & Locks  
1500 Walnut Street  
Philadelphia, PA 19102

Edwin L. Lowther, Jr.  
Wright, Lindsey & Jennings, L.L.P.  
Worthen Bank Building, Suite 2200  
200 West Capitol Avenue  
Little Rock, AR 72201

Gail O. Matthews  
Matthews, Sanders & Sayes  
825 West Third  
Little Rock, AR 72201

William R. Meeks, III  
Kilpatrick, Williams & Meeks  
500 Broadway Place  
Suite 404  
Little Rock, AR 72201

Ronald L. Motley  
Ness, Motley, Loadholt, Richardson & Poole  
28 Bridgeside Blvd.  
P.O. Box 1792  
Mt. Pleasant, SC 29465

Curtis L. Nebben  
Bassett Law Firm  
221 North College Avenue  
P.O. Box 3618  
Fayetteville, AR 72702

Franklin A. Poff  
Crisp Jordan & Boyd  
2301 Moores Lane  
P O Box 6297  
Texarkana, TX 75505

John J. Repcheck  
Marks, O'Neill  
3200 Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219

John D. Roven  
John Roven & Associates  
2190 North Loop West  
Suite 410  
Houston, TX 77018

Richard D. Schuster  
Vorys, Sater, Seymour & Pease, LLP  
52 East Gay Street  
P.O. Box 1008  
Columbus, OH 43216

Neil Selman  
Selman, Breitman & Burgess  
11766 Wilshire Boulevard  
Sixth Floor  
Los Angeles, CA 90025

Steven T. Shults  
Shults & Ray, LLP  
Bank of America Plaza  
200 West Capitol Avenue, Suite 1600  
Little Rock, AR 72201

Robert N. Spinelli  
Kelley, Jasons, McGuire & Spinelli  
Centre Square West  
15th Floor  
Philadelphia, PA 19102

Thomas B. Staley  
Robinson, Staley & Marshall  
400 West Capitol Avenue  
Suite 2891  
Little Rock, AR 72201

Robert E. Swickle  
Jaques Admiralty Law Firm, P.C.  
1370 Penobscot Building  
Detroit, MI 48226

Andrew J. Trevelise  
Reed Smith LLP  
2500 One Liberty Place  
1650 Market Street  
Philadelphia, PA 19103

Michael P. Vanderford  
Anderson, Murphy & Hopkins, L.L.P.  
First Commerical Bldg.  
400 West Capitol Avenue, Suite 2640  
Little Rock, AR 72201

Richard N. Watts  
Watts & Donovan, P.A.  
Centre Place  
212 Center Street  
Suite 1100  
Little Rock, AR 72201

James K. Weston, II  
Tom Riley Law Firm  
4040 First Avenue, N.E.  
P.O. Box 998  
Cedar Rapids, IA 52406

Eric D. Wewers  
DeHay & Elliston, L.L.P.  
Bank of America Plaza  
901 Main Street  
Dallas, TX 75202

Russell B. Winburn  
Odom & Elliott  
P.O. Drawer 1868  
Fayetteville, AR 72702

Jane Marie Yocum  
Huckabay, Munson, Rowlett & Tilley  
First Commericial Building, Suite 1900  
400 West Capitol  
Little Rock, AR 72201