**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED**

**APRIL 16, 2002**

**MICHAEL J. BECK
CLERK OF THE PANEL**

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, MOREY L. SEAR, BRUCE M. SELYA, JULIA SMITH GIBBONS, D. LOWELL JENSEN AND J. FREDERICK MOTZ, JUDGES OF THE PANEL*

## HEARING SESSION ORDER

IT IS ORDERED that on May 30, 2002, a hearing session will be held in Washington, D.C., to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

IMAGED APR 17 '02

SCHEDULE OF MATTERS FOR HEARING SESSION
May 30, 2002 -- Washington, D.C.


**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**


MDL-1130 -- In re Consolidated "Non-Filing Insurance" Fee Litigation

Opposition of plaintiff Kenneth R. Christ, Jr., to remand of the following action to the United States District Court for the Middle District of Florida:

### Middle District of Alabama

*Kenneth R. Christ, Jr. v. Beneficial Corp., et al.*, C.A. No. 2:98-859 (M.D. Florida, C.A. No. 2:98-210)


MDL-1332 -- In re Microsoft Corp. Windows Operating Systems Antitrust Litigation

Opposition of plaintiff Netscape Communications Corporation to transfer of the following action to the United States District Court for the District of Maryland:

### District of District of Columbia

*Netscape Communications Corp. v. Microsoft Corp.*, C.A. No. 1:02-97


MDL-1457 -- In re Allstate Insurance Co. Underwriting and Rating Practices Litigation

Motion of defendants Allstate Insurance Company and Allstate Indemnity Company for centralization of the following actions in the United States District Court for the Middle District of Tennessee:

### Middle District of Florida

*Larry Daniels, Sr., et al. v. Allstate Insurance Co., et al.*, C.A. No. 8:01-64

### Middle District of Tennessee

*Woodrow Shelton, Jr. v. Allstate Insurance Co.*, C.A. No. 3:01-1402

Schedule of Matters for Hearing Session, Section A                    p. 2
Washington, D.C.


MDL-1458 -- In re Republic Western Insurance Co. Insurance Coverage Litigation

    Motion of Republic Western Insurance Company and Republic Claims Service for centralization of the following actions in the United States District Court for the District of Massachusetts or the United States District Court for the District of New Hampshire:


      District of Massachusetts

*Republic Western Insurance Co. v. Joseph Fratus, et al.*, C.A. No. 4:01-11716
*Republic Western Insurance Co. v. Joseph Obert, Jr.*, C.A. No. 4:01-40125

      District of Rhode Island

*Republic Western Insurance Co. v. Jeffrey C. Schreck, et al.*, C.A. No. 1:99-289
  (also pending as a District of New Hampshire action, C.A. No. 1:99-484)
*Joseph Obert v. Joseph J. Fratus, et al.*, C.A. No. 1:01-324
*Fred T. Polacek v. Republic Western Insurance Co.*, C.A. No. 1:01-513
*Joseph Obert v. Republic Claims Service Co., et al.*, C.A. No. 1:01-596


MDL-1460 -- In re Fleet Bank Credit Card Terms Litigation

    Motion of plaintiff Joyce Bond for centralization of the following actions in the United States District Court for the District of Rhode Island:


      Middle District of Louisiana

*Johanna Landreneau, et al. v. Fleet Financial Group, et al.*, C.A. No. 3:01-26

      District of Rhode Island

*Joyce Bond v. Fleet Bank (RI), N.A.*, C.A. No. 1:01-177

## MDL-1461 -- In re Shell Oil Products Co. Dealer Franchise Litigation

Motion of plaintiffs Francis Marcoux, et al.; Charles Lagasee, et al.; and Paul Sroczynski, et al., for centralization of the following actions in the United States District Court for the District of Massachusetts:

### District of Massachusetts

*Francis Marcoux, et al. v. Shell Oil Products Co., Inc., et al.*, C.A. No. 1:01-11300

### District of New Hampshire

*Charles LaGasse, et al. v. Shell Oil Products Co., Inc., et al.*, C.A. No.1:01-430

### District of Rhode Island

*Paul Sroczynski, et al. v. Shell Oil Products Co., Inc., et al.*, C.A. No. 1:01-514

## MDL-1462 -- In re W.E. Hall Co., Inc., Patent Litigation

Motion of plaintiff W.E. Hall Co., Inc., for centralization of the following actions in the United States District Court for the Northern District of Georgia:

### Northern District of Georgia

*W.E. Hall Co., Inc. v. Atlanta Corrugating, LLC*, C.A. No. 1:01-1261

### Western District of Michigan

*W.E. Hall Co., Inc. v. Charlotte Corrugating, LLC, et al.*, C.A. No. 1:01-611

Schedule of Matters for Hearing Session, Section A                    p. 4
Washington, D.C.


## MDL-1463 -- In re Xerox Corp. Securities Litigation

Motion of defendants Xerox Corporation; Paul A. Allaire; G. Richard Thoman; Anne M. Mulcahy; Barry D. Romeril; Philip Fishbach; Gregory Tayler; and Eunice M. Filter for centralization of the following actions in the United States District Court for the District of Connecticut:

### District of Connecticut

*Russell Carlson, et al. v. Xerox Corp., et al.*, C.A. No. 3:00-1621
*Roslyn Feder v. Xerox Corp., et al.*, C.A. No. 3:00-1758
*Joseph Gladke v. Xerox Corp., et al.*, C.A. No. 3:00-1779
*Sylvia Cohen v. Xerox Corp., et al.*, C.A. No. 3:00-1792
*Paul Dantzig v. Xerox Corp., et al.*, C.A. No. 3:00-1795
*Susan Fleischman v. Xerox Corp., et al.*, C.A. No. 3:00-1824
*Herman Krangel, et al. v. Xerox Corp., et al.*, C.A. No. 3:00-1846
*Noah Minkin v. Xerox Corp., et al.*, C.A. No. 3:00-1883
*Dr. Robert Corwin v. Xerox Corp., et al.*, C.A. No. 3:00-1908
*James A. Francis v. Xerox Corp., et al.*, C.A. No. 3:00-1916
*David Scott Snyder v. Xerox Corp., et al.*, C.A. No. 3:00-1967
*Kenneth Mady v. Xerox Corp., et al.*, C.A. No. 3:00-2029
*Margolis Partnership v. Xerox Corp., et al.*, C.A. No. 3:01-244
*Roelf Iest v. Xerox Corp., et al.*, C.A. No. 3:01-285
*Debbie Anderson v. Xerox Corp., et al.*, C.A. No. 3:01-341
*Garth Nicholls v. Xerox Corp., et al.*, C.A. No. 3:01-449
*George T. Demarest v. Xerox Corp., et al.*, C.A. No. 3:01-497
*Wazir Sajan v. Xerox Corp., et al.*, C.A. No. 3:01-583
*Michael Eannazzo v. Xerox Corp., et al.*, C.A. No. 3:01-584
*1993 GF Partnership #3, et al. v. Xerox Corp., et al.*, C.A. No. 3:01-591
*David A. Del Corso v. Xerox Corp., et al.*, C.A. No. 3:01-614

### Northern District of Florida

*Florida State Board of Administration, et al. v. Xerox Corp., et al.*, C.A. No. 4:02-8

Schedule of Matters for Hearing Session, Section A                    p. 5
Washington, D.C.


MDL-1464 -- In re Van Wagoner Funds Securities Litigation

     Motion of plaintiffs Jack E. Reisman, et al., for centralization of the following actions in the United States District Court for the Eastern District of Wisconsin or the United States District Court for the District of Delaware:


     District of Delaware

*Jack E. Reisman, et al. v. Van Wagoner Funds, Inc., et al.*, C.A. No. 1:02-12

     Eastern District of Wisconsin

*Michael F. Mather v. Van Wagoner Funds, Inc., et al.*, C.A. No. 2:01-1264
*Rosalae Sasson v. Van Wagoner Funds, Inc., et al.*, C.A. No. 2:01-1296
*M. Anita Doohan v. Van Wagoner Funds, Inc., et al.*, C.A. No. 2:02-14
*Eric P. Magistad v. Van Wagoner Funds, Inc., et al.*, C.A. No. 2:02-36
*Gregory Alper, et al. v. Van Wagoner Funds, Inc., et al.*, C.A. No. 2:02-67
*William Lippstreu, et al. v. Van Wagoner Funds, Inc., et al.*, C.A. No. 2:02-68
*Thomas E. Spraley, et al. v. Van Wagoner Funds, Inc., et al.*, C.A. No. 2:02-157
*Stephanie Casolari, et al. v. Van Wagoner Funds, Inc., et al.*, C.A. No. 2:02-177


MDL-1465 -- In re George Andrew Bratton Litigation

     Motion of plaintiff George Andrew Bratton for centralization of the following actions in the United States District Court for the Central District of California:


     Central District of California

*George Andrew Bratton v. E. Roe, et al.*, C.A. No. 2:00-528

     Eastern District of California

*George Andrew Bratton v. Steven Cambra, et al.*, C.A. No. 2:01-1432

Schedule of Matters for Hearing Session, Section A                    p. 6
Washington, D.C.


## MDL- 1466 -- In re PrimeVision Health, Inc., Contract Litigation

Motion of PrimeVision Health, Inc., for centralization of the following actions in the United States District Court for the Eastern District of North Carolina:

### Eastern District of California

*Fogg, Maxwell & Lanier, M.D., Inc., et al. v.  PrimeVision Health, Inc., et al.*, C.A. No. 1:01-6294

### Southern District of Indiana

*Eye Associates of Southern Indiana, P.C., et al. v. PrimeVision Health, Inc.*, C.A. No. 4:01-251

### Western District of Kentucky

*Huntington & Distler, P.S.C., et al. v. PrimeVision Health, Inc., et al.*, C.A. No. 3:01-678

### Eastern District of North Carolina

*PrimeVision Health, Inc. v. Charles Retina Institute, P.C., et al.*, C.A. No. 5:01-853

### Western District of Tennessee

*Charles Retina Institute, P.C. , et al. v. Opticare Health Systems, Inc., et al.*, C.A. No. 2:01-2809


## MDL-1467 -- In re Tri-State Crematory Litigation

Motion of plaintiffs Carol A. Bechtel, et al., for centralization of the following actions in the United States District Court for the Northern District of Georgia:

### Southern District of Alabama

*Lorie Ann Walley, et al. v. Tri-State Crematory, Inc., et al.*, C.A. No. 1:02-149

Schedule of Matters for Hearing Session, Section A          p. 7
Washington, D.C.


MDL-1467 (Continued)


### Northern District of Georgia

*Eleanor Kitter Dent v. Tri-State Crematory, Inc., et al.*, C.A. No. 4:02-32
*Carol A. Bechtel, et al. v. Tri-State Crematory, Inc., et al.*, C.A. No. 4:02-41


### MDL-1468 -- In re Universal Service Fund Telephone Billing Practices Litigation

Motion of defendants AT&T Corporation; MCI WorldCom Communications, Inc.; and Sprint Corporation for centralization of the following actions in the United States District Court for the Northen District of Illinois:


### Central District of California

*Roger Gerdes v. AT&T Corp., et al.*, C.A. No. 2:02-1136


### Northern District of Illinois

*Phoebe J. Jiminez, et al. v. AT&T Corp.*, C.A. No. 1:02-847
*Henry J. Shannon, Jr., et al. v. AT&T Corp.*, C.A. No. 1:02-1978


### Southern District of Illinois

*Ruth Jansen v. MCI Telecommunications Corp., et al.*, C.A. No. 3:01-765
*Cornita Driver v. AT&T Corp.*, C.A. No. 3:02-7
*Tara Knight v. Sprint Corp.*, C.A. No. 3:02-174
*Sandra K. Ragan v. AT&T Corp.*, C.A. No. 3:02-192


### District of Kansas

*Stephen Doherty v. AT&T Corp.*, C.A. No. 2:02-2118

Schedule of Matters for Hearing Session, Section A                    p. 8
Washington, D.C.


MDL-1468 (Continued)


      Middle District of North Carolina

*Tomi White Bryan v. Sprint International Communications Corp.*, C.A. No. 1:02-178
*Harry Grant v. AT&T Corp.*, C.A. No. 1:02-187
*Joseph W. Warner v. MCI WorldCom Communications Corp., Inc.*,
  C.A. No. 1:02-191

      Western District of Oklahoma

*Rod Jantz v. AT&T Corp.*, C.A. No. 5:02-337


MDL-1469 -- In re Indian Motorcycle Bankruptcy and Receivership Litigation

    Motion of Sterling Consulting Corporation for centralization of the following actions in the United States District Court for the District of Colorado:


      District of Colorado

*In re Indian Motorcycle Manufacturing, Inc. Receivership & Concerning the United States of America*, C.A. No. 1:95-777

      District of Massachusetts

*In re Indian Motocycle Co., Inc.*, Bky. No. 4:93-41954
*In re Indian Motocycle Apparel & Accessories Co., Inc.*, Bky. No. 4:93-41955
*In re Indian Motocycle Manufacturing Co., Inc.*, Bky. No. 4:94-42288
*United States of America v. Sterling Consulting Corp., et al.*, BAP No. 4:00-94
*Sterling Consulting Corp., et al. v. Internal Revenue Service*, C.A. No. 4:01-40180
*Sterling Consulting Corp., et al. v. Internal Revenue Service*, C.A. No. 4:02-40027

MDL-1470 -- In re Pharmacy Benefit Plan Administrators Pricing Litigation

Motion of plaintiffs Gerald R. Minshew, etc.; Gail Marantz, etc.; Lisa Lewis, etc.; Roland Bickley, etc.; and Monica Keim, etc., for centralization of the following actions in the United States District Court for the Northern District of California:

### District of Arizona

*Gerald R. Minshew, etc. v. Express Scripts, Inc.*, C.A. No. 2:01-2412
*Gail Marantz, etc. v. AdvancePCS, Inc.*, C.A. No. 2:01-2413
*Lisa Lewis, etc. v. AdvancePCS, Inc.*, C.A. No. 2:02-507

### Central District of California

*Roland Bickley, etc. v. Caremark RX, Inc.*, C.A. No. 5:02-241

### Northern District of California

*Monica Keim, etc. v. Merck-Medco Managed Care, LLC, et al.*, C.A. No. 3:01-4513

MDL-1471 -- In re Compensation of Managerial, Professional, and Technical Employees Antitrust Litigation

Motion of defendants Shell Oil Company; ExxonMobil Corporation; ATOFINA Petrochemicals, Inc.; Chevron Corporation; Conoco, Inc.; Marathon Oil Company; Occidental Petroleum Corporation; Phillips Petroleum Company; Sunoco, Inc. (R&M); Texaco Inc.; and Union Oil Company of California for centralization of the following actions in the United States District Court for the Southern District of New York:

### District of New Jersey

*A. Russell Hoge v. Exxon Mobil Corp., et al.*, C.A. No. 3:02-892

### Southern District of New York

*Roberta Todd v. Exxon Corp., et al.*, C.A. No. 1:97-4557

### Eastern District of Texas

*Thomas J. Ryan, et al. v. Amoco Corp., et al.*, C.A. No. 5:02-55

Schedule of Matters for Hearing Session, Section B                                    p. 10
Washington, D.C.


## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT


MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:


Western District of Arkansas

*Joseph William Johnston v. ACandS, Inc., et al.*, C.A. No. 2:01-2316

Middle District of Florida

*Edmond J. Collins, et al. v. Rapid-American Corp., et al.*, C.A. No. 3:01-1370
*Jenny Holdiness, etc. v. Owens-Corning Fiberglas Corp., et al.*, C.A. No. 3:01-1461
*Johnny E. Curry, et al. v. Owens-Corning Fiberglas Corp., et al.*, C.A. No. 3:01-1462
*James T. Lewis, et al. v. Owens-Corning Fiberglas Corp., et al.*, C.A. No. 3:01-1463
*Robert P. Slaten, et al. v. Owens-Corning Fiberglas Corp., et al.*, C.A. No. 3:01-1464
*Joyce Blackburn, etc. v. ACandS, Inc., et al.*, C.A. No. 3:01-1465
*Yvonne Williams, etc. v. Rapid-American Corp., et al.*, C.A. No. 3:01-1469
*Esther K. Crumbley, etc. v. Owens-Corning Fiberglas Corp., et al.*,
   C.A. No. 3:01-1470

Eastern District of Kentucky

*Olive Marshall, etc. v. Metropolitan Life Insurance, et al.*, C.A. No. 7:01-373
*Olive Marshall, etc. v. Metropolitan Life Insurance Co., et al.*, C.A. No. 7:01-402

Eastern District of Louisiana

*Weston H. Hampton, et al. v. Owens-Illinois, Inc., et al.*, C.A. No. 2:01-3654
*Alton James Olinde v. Allied Signal, Inc., et al.*, C.A. No. 2:01-3656
*George R. Douglas, et al. v. Allied Signal, Inc., et al.*, C.A. No. 2:01-3657
*Alton James Olinde v. Allied Signal, Inc., et al.*, C.A. No. 2:01-3847
*George R. Douglas, et al. v. Allied Signal, Inc., et al.*, C.A. No. 2:01-3849

Schedule of Matters for Hearing Session, Section B
Washington, D.C.

p. 11

MDL-875 (Continued)

### Middle District of Louisiana

*James Loyd Hoyt v. Owens-Corning Fiberglas Corp., et al.*, C.A. No. 3:01-1058
*John Henry Jeanpierre v. Owens-Corning Fiberglas Corp., et al.*, C.A. No. 3:01-1059
*Ernest Piper, II v. Owens-Corning Fiberglas Corp., et al.*, C.A. No. 3:01-1061
*Jack P. Burge, et al. v. Owens-Corning Corp., et al.*, C.A. No. 3:01-1062

### Western District of New York

*Robert William Gittens, Jr., et al. v. ACandS, Inc., et al.*, C.A. No. 1:01-847
*Thomas L. Laribee, et al. v. ACandS, Inc., et al.*, C.A. No. 1:01-848
*David F. Avery v. ACandS, Inc., et al.*, C.A. No. 1:01-849
*Thomas W. Smith v. ACandS, Inc., et al.*, C.A. No. 1:01-850
*Thomas A. DiSanto, et al. v. ACandS, Inc., et al.*, C.A. No. 1:01-852
*Joyce Scalzo, etc. v. Allied Signal, Inc., et al.*, C.A. No. 1:01-856
*Elliott R. Holmes, etc. v. ACandS, Inc., et al.*, C.A. No. 1:01-858
*Richard Charles Bailey, et al. v. ACandS, Inc., et al.*, C.A. No. 1:01-859
*William J. Urwin, et al. v. ACandS, Inc., et al.*, C.A. No. 1:01-860
*Mary Kelly, etc. v. ACandS, Inc., et al.*, C.A. No. 1:01-861
*David Besanceney, et al. v. Borg-Warner Corp., et al.*, C.A. No. 1:01-864
*Clifford Schiess v. ACandS, Inc., et al.*, C.A. No. 1:01-872
*Carol M. Ozga, et al. v. Allied Signal, Inc., et al.*, C.A. No. 1:01-874
*Keith D. Schendel, et al. v. A.P. Green Industries, Inc., et al.*, C.A. No. 1:01-892

### District of North Dakota

*Arne W. Christianson v. ACandS, Inc., et al.*, C.A. No. 2:01-141
*Judy Saragoza, et al. v. ACandS, Inc., et al.*, C.A. No. 2:01-142
*Myles Drellack v. A.H. Bennett Co., et al.*, C.A. No. 2:01-143
*Obert Amble v. Allied Signal, Inc., et al.*, C.A. No. 2:01-144
*Clinton T. Dowling v. A.H. Bennett Co., et al.*, C.A. No. 2:01-145
*Edwin Gartner v. Allied Signal, Inc., et al.*, C.A. No. 3:01-146
*Coralee Erickson, etc. v. Allied Signal, Inc., et al.*, C.A. No. 3:01-147

Schedule of Matters for Hearing Session, Section B                    p. 12
Washington, D.C.


## MDL-1091 -- In re Metropolitan Life Insurance Co. Sales Practices Litigation

Opposition of plaintiff Daniel Ray Weathers to transfer of the following action to the United States District Court for the Western District of Pennsylvania:


### Northern District of Mississippi

*Daniel Ray Weathers v. Metropolitan Life Insurance Co., et al.*, C.A. No. 1:02-40


## MDL-1122 -- In re Jackson National Life Insurance Company Premium Litigation

Opposition of plaintiffs Jean C. Wood, et al., to transfer of the following action to the United States District Court for the Western District of Michigan:


### District of South Carolina

*Jean C. Wood, et al. v. Jackson National Life Insurance Co.*, C.A. No. 3:01-4821


## MDL-1179 -- In re General American Life Insurance Company Sales Practices Litigation

Opposition of plaintiffs Daniel W. Ernsberger, et al.; Charles Kenneth Knouse, et al.; Patricia S. Palashoff, et al.; Donald R. Calairo; and Rebecca Brainard to transfer of their respective following actions to the United States District Court for the Eastern District of Missouri:


### Western District of Pennsylvania

*Daniel W. Ernsberger, et al. v. General American Life Insurance Co., et al.*,
   C.A. No. 2:02-276
*Charles Kenneth Knouse, et al. v. General American Life Insurance Co., et al.*,
   C.A. No. 2:02-277
*Patricia S. Palashoff, et al. v. General American Life Insurance Co., et al.*,
   C.A. No. 2:02-278
*Donald R. Calairo v. General American Life Insurance Co., et al.*, C.A. No. 2:02-302
*Rebecca Brainard v. General American Life Insurance Co., et al.*, C.A. No. 2:02-303

MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products
          Liability Litigation

Oppositions of plaintiffs and defendant J. Howard Griner, M.D., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

### Middle District of Georgia

*Mark Bryant, etc. v. Geneva Pharmaceuticals, Inc., et al.*, C.A. No. 6:01-84

### Eastern District of Louisiana

*Sandra Anderson, et al. v. American Home Products Corp., et al.*, C.A. No. 2:02-72
*Melanie Boudreaux, et al. v. American Home Products Corp., et al.*, C.A. No. 2:02-73
*Cynthia Acosta, et al. v. American Home Products Corp., et al.*, C.A. No. 2:02-74
*Ann Franz, et al. v. American Home Products Corp., et al.*, C.A. No. 2:02-85
*Carole Creighton, et al. v. American Home Products Corp., et al.*, C.A. No. 2:02-86
*Gwendolyn Hart, et al. v. American Home Products Corp., et al.*, C.A. No. 2:02-87
*Brenda Brice, et al. v. American Home Products Corp., et al.*, C.A. No. 2:02-90
*Janice Elstrott, et al. v. American Home Products Corp., et al.*, C.A. No. 2:02-120
*Peggy Martinez, et al. v. American Home Products Corp., et al.*, C.A. No. 2:02-144
*Rosalie Bergeron, et al. v. American Home Products Corp., et al.*, C.A. No. 2:02-145
*Cathy Cheramie v. American Home Products Corp., et al.*, C.A. No. 2:02-147
*Sandra Anderson, et al. v. American Home Products Corp., et al.*, C.A. No. 2:02-175
*Marilyn Melder, et al. v. American Home Products Corp., et al.*, C.A. No. 2:02-176
*Sandra Anderson, et al. v. American Home Products Corp., et al.*, C.A. No. 2:02-177
*Ann Franz, et al. v. American Home Products Corp., et al.*, C.A. No. 2:02-284

### Middle District of Louisiana

*Mary Wyre v. American Home Products Corp., et al.*, C.A. No. 3:02-78

### Southern District of Mississippi

*Teresa Carnes, etc. v. American Home Products Corp., et al.*, C.A. No. 1:02-31
*Kathy Green, et al. v. American Home Products Corp., et al.*, C.A. No. 5:02-26

Schedule of Matters for Hearing Session, Section B                    p. 14
Washington, D.C.


## MDL-1332 -- In re Microsoft Corp. Windows Operating Systems Antitrust Litigation

Opposition of plaintiff State of West Virginia, etc., to transfer of the following action to the United States District Court for the District of Maryland:

### Southern District of West Virginia

*State of West Virginia, etc. v. Microsoft Corp.*, C.A. No. 2:02-3


## MDL-1337 -- In re Holocaust Era German Industry, Bank & Insurance Litigation

Motion of plaintiffs Chava Steiner Anderman, et al., for clarification of the Panel's order transferring the following action from the Central District of California to the District of New Jersey:

### District of New Jersey

*Chava Steiner Anderman, et al. v. Federal Republic of Austria, et al.*,
   C.A. No. 2:01-5862 (C.D. California, C.A. No. 2:01-1769)


## MDL-1344 -- In re Air Crash Near Nantucket Island, Massachusetts, on October 31, 1999

Motion of defendant The Boeing Company for transfer of the following action to the United States District Court for the Eastern District of New York:

### Central District of California

*Global Technology Enterprises Corp. v. Expeditors International of Washington, Inc., et al.*, C.A. No. 2:01-10256

Schedule of Matters for Hearing Session, Section B          p. 15
Washington, D.C.


## MDL-1348 -- In re Rezulin Products Liability Litigation

Oppositions of plaintiffs Carolyn Diane McLendon; Morton Blechman, et al.; Hazel Lee Jefferson, et al.; Sara Lampton, etc.; and Deborah M. Pennifill, et al., to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### Middle District of Florida

*Carolyn Diane McLendon v. Warner-Lambert Co., et al.*, C.A. No. 2:01-672

### District of Minnesota

*Morton Blechman, et al. v. Warner-Lambert Co., et al.*, C.A. No. 0:02-300

### Northern District of Mississippi

*Hazel Lee Jefferson, et al. v. Warner-Lambert Co., et al.*, C.A. No. 3:01-195

### Southern District of Mississippi

*Sara Lampton, etc. v. Warner-Lambert Co., et al.*, C.A. No. 3:01-995

### Eastern District of Virginia

*Deborah M. Pennifill, et al. v. Warner-Lambert Co., et al.*, C.A. No. 1:02-238


## MDL-1355 -- In re Propulsid Products Liability Litigation

Opposition of plaintiff Reynoldo Perez to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

### District of Nevada

*Reynoldo Perez v. Janssen Pharmaceutical, et al.*, C.A. No. 2:02-46

Schedule of Matters for Hearing Session, Section B                    p. 16
Washington, D.C.


## MDL-1373 -- In re Bridgestone/Firestone, Inc., Tires Products Liability Litigation

Oppositions of plaintiffs Malda Eugenia Simmons McWilliams; Casey P. Accardo, et al.; Taylor Richmond, etc.; Jeremy Richmond, etc.; and Pamela Lee Campbell to transfer of their respective following actions to the United States District Court for the Southern District of Indiana:

### Middle District of Georgia

*Malda Eugenia Simmons McWilliams v. Bridgestone/Firestone, Inc., et al.,*
   C.A. No. 5:01-507

### Eastern District of Louisiana

*Casey P. Accardo, et al. v. Bridgestone/Firestone, Inc., et al.,* C.A. No. 2:02-102

### Southern District of Mississippi

*Taylor Richmond, etc. v. Bridgestone/Firestone, Inc., et al.,* C.A. No. 3:02-83
*Jeremy Richmond, etc. v. Bridgestone/Firestone, Inc., et al.,* C.A. No. 3:02-84

### Northern District of Oklahoma

*Pamela Lee Campbell v. Bridgestone Corp., et al.,* C.A. No. 4:02-73


## MDL-1382 -- In re Unitrin, Inc., Industrial Life Insurance Litigation

Opposition of plaintiff Geneva McDonald to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

### Southern District of Mississippi

*Geneva McDonald v. Unitrin, Inc., et al.,* C.A. No. 2:01-345

MDL-1390 -- In re Life Insurance Co. of Georgia Industrial Life Insurance Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

### Middle District of Alabama

*Margaret Winslett v. Life Insurance Co. of Georgia*, C.A. No. 2:01-1503
*Elizabeth Lowe v. Life Insurance Co. of Georgia*, C.A. No. 2:01-1506
*Nelson Allen, et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 2:01-1508
*Andree Blackmon, et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 3:01-1499
*Bennett Fair, Jr. v. Life Insurance Co. of Georgia*, C.A. No. 3:01-1501
*Cynthia Carter v. Life Insurance Co. of Georgia*, C.A. No. 3:01-1502
*Bertha Morgan v. Life Insurance Co. of Georgia*, C.A. No. 3:01-1504
*Willie C. Cobb, et al. v. Life Insurance Co. of Georgia*, C.A. No. 3:01-1507

### Northern District of Alabama

*Flora Cook, et al. v. Life Insurance Co. of Georgia*, C.A. No. 1:01-3306
*Jo Ann Knight v. Life Insurance Co. of Georgia*, C.A. No. 1:01-3307

### Southern District of Alabama

*Bruce Harris, et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 2:01-901
*Estella Brown, et al. v. Life Insurance Co. of Georgia*, C.A. No. 2:02-28
*Emma Atkins, et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 2:02-48

### Middle District of Georgia

*Carrie Jones v. Life Insurance Co. of Georgia*, C.A. No. 1:02-8

### Northern District of Mississippi

*Willie Jackson v. Life Insurance Co. of Georgia, et al.*, C.A. No. 2:02-17
*Emma Dorsey v. Life Insurance Co. of Georgia, et al.*, C.A. No. 4:01-315

Schedule of Matters for Hearing Session, Section B                    p. 18
Washington, D.C.

## MDL-1403 -- In re StarLink Corn Products Liability Litigation

Opposition of plaintiffs Paradise Foods, Inc., et al., to transfer of the following action to the United States District Court for the Northern District of Illinois:

### Southern District of Mississippi

*Paradise Foods, Inc., et al. v. Aventis Cropscience USA Holding, Inc., et al.*, C.A. No. 2:01-322

## MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

Oppositions of plaintiffs Dianna J. Williams; Clara Earl, et al.; Jacqueline Coleman; Gayle Williams; Debra Jackson; Linda Ingram; Eddie H. Ratliff, et al.; and Delores Earline Edwards and defendants The Chemins Company, Inc., and Cytodyne Technologies, Inc., to transfer of their respective following actions to the United States District Court for the Western District of Washington:

### Southern District of Alabama

*Joy Laster, etc. v. Metabolife International, Inc., et al.*, C.A. No. 1:02-52

### Eastern District of Louisiana

*Dianna J. Williams v. Bayer Corp., et al.*, C.A. No. 2:02-290
*Clara Earl, et al. v. American Home Products Corp., et al.*, C.A. No. 2:02-301
*Jacqueline Coleman v. Bayer Corp., et al.*, C.A. No. 2:02-333
*Gayle Williams v. Bayer Corp., et al.*, C.A. No. 2:02-346
*Debra Jackson v. Bayer Corp., et al.*, C.A. No. 2:02-351
*Linda Ingram v. Bayer Corp., et al.*, C.A. No. 2:02-352

### Western District of Louisiana

*Mable Claiborne, et al. v. American Home Products Corp., et al.*, C.A. No. 5:02-259

Schedule of Matters for Hearing Session, Section B                    p. 19
Washington, D.C.


MDL-1407 (Continued)


### Northern District of Mississippi

*Eddie H. Ratliff, et al. v. Bayer Corp., et al.*, C.A. No. 4:02-18

### Eastern District of Pennsylvania

*Delores Earline Edwards v. Chattem, Inc., et al.*, C.A. No. 2:02-739


## MDL-1413 -- In re Buspirone Antitrust Litigation

Opposition of plaintiff Mylan Pharmaceuticals, Inc., to transfer of the following action to the United States District Court for the Southern District of New York:


### District of District of Columbia

*Mylan Pharmaceuticals, Inc. v. Tommy G. Thompson, et al.*, C.A. No. 1:00-2876


## MDL-1421 -- In re Wireless Telephone Radio Frequency Emissions Products Liability Litigation

Opposition of plaintiffs Gibb Brower, et al., to transfer of the following action to the United States District Court for the District of Maryland:


### Southern District of California

*Gibb Brower, et al. v. Motorola Inc., et al.*, C.A. No. 3:02-56

Schedule of Matters for Hearing Session, Section B                    p. 20
Washington, D.C.


## MDL-1428 -- In re Ski Train Fire in Kaprun, Austria, on November 11, 2000

Opposition of defendant TUV Rheinland of North America, Inc., to transfer of the following action to the United States District Court for the Southern District of New York:


### District of Connecticut

*John S. Habblett, et al. v. TUV Oesterreich, et al.*, C.A. No. 3:01-1794


## MDL-1429 -- In re American General Life & Accident Insurance Co. Industrial Life Insurance Litigation

Opposition of plaintiffs Daisy Pinder, et al., to transfer of the following action to the United States District Court for the District of South Carolina:


### Northern District of Mississippi

*Daisy Pinder, et al. v. American General Life & Accident Insurance Co., Inc., et al.*, C.A. No. 4:02-27


## MDL-1430 -- In re Lupron Marketing and Sales Practices Litigation

Opposition of plaintiff Kenneth David Lee Jarman to transfer of the following action to the United States District Court for the District of Massachusetts:


### Southern District of Illinois

*Kenneth David Lee Jarman v. TAP Pharmaceutical Products, Inc., et al.*, C.A. No. 3:02-119

Schedule of Matters for Hearing Session, Section B          p. 21
Washington, D.C.


MDL-1431 -- In re Baycol Products Liability Litigation

Opposition of plaintiffs Sharon Carter, et al., to transfer of the following action to the United States District Court for the District of Minnesota:

### Northern District of Mississippi

*Sharon Carter, et al. v. Bayer Corp., et al.*, C.A. No. 1:01-473


MDL-1437 -- In re McDonald's Corp. Promotional Games Litigation

Opposition of defendants American Broadcasting Companies, Inc.; Disney Enterprises, Inc.; Regis Philbin; and Simon Marketing, Inc., to transfer of the following action to the United States District Court for the Northern District of Illinois:

### Northern District of Ohio

*Kisha Hagler v. McDonald's Corp., et al.*, C.A. No. 1:01-2099


MDL-1446 -- In re Enron Corp. Securities, Derivative & "ERISA" Litigation

Motion of plaintiffs Silvercreek Management, Inc., et al., for separate centralization of the following actions in the United States District Court for the Southern District of New York:

### Southern District of New York

*Silvercreek Management, Inc., et al. v. Salomon Smith Barney, Inc., et al.*, C.A. No. 1:02-413

### Southern District of Texas

*Pulsifer & Associates v. Kenneth L. Lay, et al.*, C.A. No. 4:01-4356

## PROCEDURES FOR ORAL ARGUMENT BEFORE THE
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the</u> <u>Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001). Rule 16.1(g) allows a maximum of twenty minutes for oral argument in each matter. In most cases, however, less time is necessary for the expression of all views and the Panel reserves the prerogative of reducing the time requested by counsel. Accordingly, counsel should be careful not to overstate the time requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria. <u>See generally</u> <u>In re "East of the Rockies"</u> <u>Concrete Pipe Antitrust Cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L. 1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)    Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel.  The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)    Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard.  Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)    No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:

     (i)    the dispositive issue(s) have been authoritatively decided; or

     (ii)   the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)    In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised.  If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules.  Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)    Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)    Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)    Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter.  The time shall be divided equally among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.