MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 17 2002

FILED
CLERK'S OFFICE

US DISTRICT COURT    Fax:7132505937    Feb 8 2002 11:22    P.02

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| JOY KINCADE, et al., § | |
| Plaintiffs, § | |
| § | CIVIL ACTION NO. H-014520 |
| ABLE SUPPLY CO., et al., § | |
| Defendants. § | |

## ORDER

IT IS HEREBY ORDERED that the Opposed Motion for Withdrawal and Remand (Instrument No. 2) is GRANTED.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the ___ day of February, 2002, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

PLEADING NO. 3514

2002 APR 15 P 1:50
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

IMAGED APR 19 '02 OFFICIAL FILE COPY

12:29 APR 15, 2002　　　　　　　　　　TEL NO: 713-630-6544　　　　　#0748 PAGE: 4/4

Case MDL No. 875　Document 3514　Filed 04/17/02　Page 2 of 2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 17 2002

FILED
CLERK'S OFFICE

US DISTRICT COURT　　Fax:7132505957　　　　Feb 8 2002 11:22　　P.03

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| NITA BARKER, Individually and as Representative of the Estate of Neal Barker, Deceased | § § § § | CIVIL ACTION NO. H-14521 |
| | § | JURY |
| VS. | § § | |
| ABLE SUPPLY CO., ET AL | § § | |

### ORDER GRANTING DRESSER INDUSTRIES, INC., BROWN & ROOT, INC. AND HALLIBURTON COMPANY'S OPPOSED JOINT MOTION FOR WITHDRAWAL AND REMAND

On this day came on for consideration, Defendant Dresser Industries, Inc., Brown & Root, Inc., and Halliburton Company's Opposed Joint Motion for Withdrawal and Remand. The Court, having considered this Motion, finds that is well taken, therefore:

**IT IS ORDERED** that the Joint Motion for Withdrawal and Remand in this case be in all things GRANTED.

Signed this 7th day of February, 2002.

JUDGE PRESIDING

MDL- 875
RECOMMENDED ACTION

VACATE CTO-211 -- 9 ACTIONS
Approved/Date: TMR 4/16

ORDER GRANTING JOINT MOTION FOR WITHDRAWAL AND REMAND
S:\ASBESTOS\19506\6145\Removal Documents\Order on Motion for Withdrawal and Remand.wpd　　Page 1