MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 17 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Joy Kincade, et al. v. Dresser Industries, Inc., et al.*, S.D. Texas, C.A. No. 4:01-4520
*Nita Barker, etc. v. Dresser Industries, Inc., et al.*, S.D. Texas, C.A. No. 4:01-4521

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these two actions (*Kincade* and *Barker*) on April 3, 2002. The Panel has now been advised that these two actions were remanded to Texas state court by the Honorable Vanessa D. Gilmore in separate orders signed on February 7, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-211" filed on April 3, 2002, is VACATED insofar as it relates to these two actions.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

IMAGED APR 19 '02   **OFFICIAL FILE COPY**