MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 18 2002

FILED
CLERK'S OFFICE

# *DOCKET NO. 875*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

## *(SEE ATTACHED SCHEDULE)*

## *ORDER VACATING CONDITIONAL TRANSFER ORDER*

The actions listed on the attached Schedule A were included in error on the Panel's conditional transfer order ("CTO-211") filed on April 3, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-211" filed on April 3, 2002, is VACATED insofar as it relates to the actions listed on the attached Schedule A.

PLEADING NO. 3517

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY

IMAGED APR 23 '02

# SCHEDULE A

## MDL-875 – IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| ARKANSAS WESTERN | | |
| ARW | 1 | 01-1156 |
| ARW | 1 | 01-1157 |
| ARW | 1 | 01-1158 |
| ARW | 1 | 01-1159 |
| ARW | 1 | 01-1160 |
| ARW | 1 | 01-1161 |
| ARW | 1 | 01-1163 |
| ARW | 1 | 01-1164 |
| ARW | 4 | 01-4182 |
| ARW | 4 | 01-4183 |
| TEXAS NORTHERN | | |
| TXN | 3 | 01-2741 |
| VIRGINIA EASTERN | | |
| VAE | 4 | 01-1000 |
| VAE | 4 | 01-1001 |
| VAE | 4 | 01-1002 |
| VAE | 4 | 01-1003 |
| VAE | 4 | 01-1004 |
| VAE | 4 | 01-1005 |
| VAE | 4 | 01-1006 |
| VAE | 4 | 01-1007 |
| VAE | 4 | 01-1008 |
| VAE | 4 | 01-1009 |
| VAE | 4 | 01-1010 |
| VAE | 4 | 01-1011 |
| VAE | 4 | 01-1012 |
| VAE | 4 | 01-1013 |
| VAE | 4 | 01-1014 |
| VAE | 4 | 01-1015 |
| VAE | 4 | 01-1016 |
| VAE | 4 | 01-1017 |
| VAE | 4 | 01-1018 |
| VAE | 4 | 01-1019 |
| VAE | 4 | 01-1020 |
| VAE | 4 | 01-1021 |
| VAE | 4 | 01-1022 |
| VAE | 4 | 01-1023 |
| VAE | 4 | 01-1024 |
| VAE | 4 | 01-1025 |
| VAE | 4 | 01-1026 |
| VAE | 4 | 01-1027 |
| VAE | 4 | 01-1028 |
| VAE | 4 | 01-1029 |
| VAE | 4 | 01-1030 |
| VAE | 4 | 01-1031 |
| VAE | 4 | 01-1032 |
| VAE | 4 | 01-1033 |
| VAE | 4 | 01-1034 |
| VAE | 4 | 01-1035 |
| VAE | 4 | 01-1036 |
| VAE | 4 | 01-1037 |
| VAE | 4 | 01-1038 |
| VAE | 4 | 01-1039 |
| VAE | 4 | 01-1040 |
| VAE | 4 | 01-1041 |
| VAE | 4 | 01-1042 |
| VAE | 4 | 01-1043 |
| VAE | 4 | 01-1044 |
| VAE | 4 | 01-1045 |
| VAE | 4 | 01-1046 |
| VAE | 4 | 01-1047 |
| VAE | 4 | 01-1048 |

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| VAE | 4 | 01-1049 |
| VAE | 4 | 01-1050 |
| VAE | 4 | 01-1051 |
| VAE | 4 | 01-1052 |
| VAE | 4 | 01-1053 |
| VAE | 4 | 01-1054 |
| VAE | 4 | 01-1055 |
| VAE | 4 | 01-1056 |
| VAE | 4 | 01-1057 |
| VAE | 4 | 01-1058 |
| VAE | 4 | 01-1059 |
| VAE | 4 | 01-1060 |
| VAE | 4 | 01-1061 |
| VAE | 4 | 01-1062 |
| VAE | 4 | 01-1063 |
| VAE | 4 | 01-1064 |
| VAE | 4 | 01-1065 |
| VAE | 4 | 01-1066 |
| VAE | 4 | 01-1067 |
| VAE | 4 | 01-1068 |
| VAE | 4 | 01-1069 |
| VAE | 4 | 01-1070 |
| VAE | 4 | 01-1071 |
| VAE | 4 | 01-1072 |
| VAE | 4 | 01-1073 |
| VAE | 4 | 01-1074 |
| VAE | 4 | 01-1075 |
| VAE | 4 | 01-1076 |
| VAE | 4 | 01-1077 |
| VAE | 4 | 01-1078 |
| VAE | 4 | 01-1079 |
| VAE | 4 | 01-1080 |
| VAE | 4 | 01-1081 |
| VAE | 4 | 01-1082 |
| VAE | 4 | 01-1083 |
| VAE | 4 | 01-1084 |
| VAE | 4 | 01-1085 |
| VAE | 4 | 01-1086 |
| VAE | 4 | 01-1087 |
| VAE | 4 | 01-1088 |
| VAE | 4 | 01-1089 |
| VAE | 4 | 01-1090 |
| VAE | 4 | 01-1091 |
| VAE | 4 | 01-1092 |
| VAE | 4 | 01-1093 |
| VAE | 4 | 01-1094 |
| VAE | 4 | 01-1095 |
| VAE | 4 | 01-1096 |
| VAE | 4 | 01-1097 |
| VAE | 4 | 01-1098 |
| VAE | 4 | 01-1099 |
| VAE | 4 | 01-1100 |
| VAE | 4 | 01-1101 |
| VAE | 4 | 01-1102 |
| VAE | 4 | 01-1103 |
| VAE | 4 | 01-1104 |
| VAE | 4 | 01-1105 |
| VAE | 4 | 01-1106 |
| VAE | 4 | 01-1107 |
| VAE | 4 | 01-1108 |
| VAE | 4 | 01-1109 |
| VAE | 4 | 01-1110 |
| VAE | 4 | 01-1111 |
| VAE | 4 | 01-1112 |
| VAE | 4 | 01-1113 |

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| VAE | 4 | 01-1114 |
| VAE | 4 | 01-1115 |
| VAE | 4 | 01-1116 |
| VAE | 4 | 01-1117 |
| VAE | 4 | 01-1118 |
| VAE | 4 | 01-1119 |
| VAE | 4 | 01-1120 |
| VAE | 4 | 01-1121 |
| VAE | 4 | 01-1122 |
| VAE | 4 | 01-1123 |
| VAE | 4 | 01-1124 |
| VAE | 4 | 01-1125 |
| VAE | 4 | 01-1126 |
| VAE | 4 | 01-1127 |
| VAE | 4 | 01-1128 |
| VAE | 4 | 01-1129 |
| VAE | 4 | 01-1130 |
| VAE | 4 | 01-1131 |
| VAE | 4 | 01-1132 |
| VAE | 4 | 01-1133 |
| VAE | 4 | 01-1134 |
| VAE | 4 | 01-1135 |
| VAE | 4 | 01-1136 |
| VAE | 4 | 01-1138 |
| VAE | 4 | 01-1139 |
| VAE | 4 | 01-1140 |
| VAE | 4 | 01-1141 |
| VAE | 4 | 01-1142 |
| VAE | 4 | 01-1143 |
| VAE | 4 | 01-1144 |
| VAE | 4 | 01-1145 |
| VAE | 4 | 01-1146 |
| VAE | 4 | 01-1147 |
| VAE | 4 | 01-1148 |
| VAE | 4 | 01-1149 |
| VAE | 4 | 01-1150 |
| VAE | 4 | 01-1151 |
| VAE | 4 | 01-1152 |
| VAE | 4 | 01-1153 |
| VAE | 4 | 01-1154 |
| VAE | 4 | 01-1155 |
| VAE | 4 | 01-1156 |
| VAE | 4 | 01-1157 |
| VAE | 4 | 01-1158 |
| VAE | 4 | 01-1159 |
| VAE | 4 | 01-1160 |
| VAE | 4 | 01-1161 |
| VAE | 4 | 01-1162 |
| VAE | 4 | 01-1163 |
| VAE | 4 | 01-1164 |
| VAE | 4 | 01-1165 |
| VAE | 4 | 01-1166 |
| VAE | 4 | 01-1167 |
| VAE | 4 | 01-1168 |
| VAE | 4 | 01-1169 |
| VAE | 4 | 01-1170 |
| VAE | 4 | 01-1171 |
| VAE | 4 | 01-1172 |
| VAE | 4 | 01-1173 |
| VAE | 4 | 01-1174 |
| VAE | 4 | 01-1175 |
| VAE | 4 | 01-1176 |
| VAE | 4 | 01-1177 |
| VAE | 4 | 01-1178 |
| VAE | 4 | 01-1179 |

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| VAE | 4 | 01-1180 |
| VAE | 4 | 01-1181 |
| VAE | 4 | 01-1182 |
| VAE | 4 | 01-1183 |
| VAE | 4 | 01-1184 |
| VAE | 4 | 01-1185 |
| VAE | 4 | 01-1186 |
| VAE | 4 | 01-1187 |
| VAE | 4 | 01-1188 |
| VAE | 4 | 01-1189 |
| VAE | 4 | 01-1190 |
| VAE | 4 | 01-1191 |
| VAE | 4 | 01-1192 |
| VAE | 4 | 01-1193 |
| VAE | 4 | 01-1194 |
| VAE | 4 | 01-1195 |
| VAE | 4 | 01-1196 |
| VAE | 4 | 01-1197 |
| VAE | 4 | 01-1198 |
| VAE | 4 | 01-1199 |
| VAE | 4 | 01-1200 |
| VAE | 4 | 01-1201 |
| VAE | 4 | 01-1202 |
| VAE | 4 | 01-1203 |
| VAE | 4 | 01-1204 |
| VAE | 4 | 01-1205 |
| VAE | 4 | 01-1206 |
| VAE | 4 | 01-1207 |
| VAE | 4 | 01-1208 |
| VAE | 4 | 01-1209 |
| VAE | 4 | 01-1210 |
| VAE | 4 | 01-1211 |
| VAE | 4 | 01-1212 |
| VAE | 4 | 01-1213 |
| VAE | 4 | 01-1214 |
| VAE | 4 | 01-1215 |
| VAE | 4 | 01-1216 |
| VAE | 4 | 01-1217 |
| VAE | 4 | 01-1218 |
| VAE | 4 | 01-1219 |
| VAE | 4 | 01-1220 |
| VAE | 4 | 01-1221 |
| VAE | 4 | 01-1222 |
| VAE | 4 | 01-1223 |
| VAE | 4 | 01-1224 |
| VAE | 4 | 01-1225 |
| VAE | 4 | 01-1226 |
| VAE | 4 | 01-1227 |
| VAE | 4 | 01-1228 |
| VAE | 4 | 01-1229 |
| VAE | 4 | 01-1230 |
| VAE | 4 | 01-1231 |
| VAE | 4 | 01-1232 |
| VAE | 4 | 01-1233 |
| VAE | 4 | 01-1234 |
| VAE | 4 | 01-1235 |
| VAE | 4 | 01-1236 |
| VAE | 4 | 01-1237 |
| VAE | 4 | 01-1238 |
| VAE | 4 | 01-1239 |
| VAE | 4 | 01-1240 |
| VAE | 4 | 01-1241 |
| VAE | 4 | 01-1242 |
| VAE | 4 | 01-1243 |
| VAE | 4 | 01-1244 |
| VAE | 4 | 01-1245 |
| VAE | 4 | 01-1246 |
| VAE | 4 | 01-1247 |
| VAE | 4 | 01-1248 |
| VAE | 4 | 01-1249 |
| VAE | 4 | 01-1250 |
| VAE | 4 | 01-1251 |
| VAE | 4 | 01-1252 |

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| VAE | 4 | 01-1253 |
| VAE | 4 | 01-1254 |
| VAE | 4 | 01-1255 |
| VAE | 4 | 01-1256 |
| VAE | 4 | 01-1257 |
| VAE | 4 | 01-1258 |
| VAE | 4 | 01-1259 |
| VAE | 4 | 01-1260 |
| VAE | 4 | 01-1261 |
| VAE | 4 | 01-1262 |
| VAE | 4 | 01-1263 |
| VAE | 4 | 01-1264 |
| VAE | 4 | 01-1265 |
| VAE | 4 | 01-1266 |
| VAE | 4 | 01-1267 |
| VAE | 4 | 01-1268 |
| VAE | 4 | 01-1269 |
| VAE | 4 | 01-1270 |
| VAE | 4 | 01-1271 |
| VAE | 4 | 01-1272 |
| VAE | 4 | 01-1273 |
| VAE | 4 | 01-1274 |
| VAE | 4 | 01-1275 |
| VAE | 4 | 01-1276 |
| VAE | 4 | 01-1277 |
| VAE | 4 | 01-1278 |
| VAE | 4 | 01-1279 |
| VAE | 4 | 01-1280 |
| VAE | 4 | 01-1281 |
| VAE | 4 | 01-1282 |
| VAE | 4 | 01-1283 |
| VAE | 4 | 01-1284 |
| VAE | 4 | 01-1285 |
| VAE | 4 | 01-1286 |
| VAE | 4 | 01-1287 |
| VAE | 4 | 01-1288 |
| VAE | 4 | 01-1289 |
| VAE | 4 | 01-1290 |
| VAE | 4 | 01-1291 |
| VAE | 4 | 01-1292 |
| VAE | 4 | 01-1293 |
| VAE | 4 | 01-1294 |
| VAE | 4 | 01-1295 |
| VAE | 4 | 01-1296 |
| VAE | 4 | 01-1297 |
| VAE | 4 | 01-1298 |
| VAE | 4 | 01-1299 |
| VAE | 4 | 01-1300 |
| VAE | 4 | 01-1301 |
| VAE | 4 | 01-1302 |
| VAE | 4 | 01-1303 |
| VAE | 4 | 01-1304 |
| VAE | 4 | 01-1305 |
| VAE | 4 | 01-1306 |
| VAE | 4 | 01-1307 |
| VAE | 4 | 01-1308 |
| VAE | 4 | 01-1309 |
| VAE | 4 | 01-1310 |
| VAE | 4 | 01-1311 |
| VAE | 4 | 01-1312 |
| VAE | 4 | 01-1313 |
| VAE | 4 | 01-1314 |
| VAE | 4 | 01-1315 |
| VAE | 4 | 01-1316 |
| VAE | 4 | 01-1317 |
| VAE | 4 | 01-1318 |
| VAE | 4 | 01-1319 |
| VAE | 4 | 01-1320 |
| VAE | 4 | 01-1321 |
| VAE | 4 | 01-1322 |
| VAE | 4 | 01-1323 |
| VAE | 4 | 01-1324 |
| VAE | 4 | 01-1325 |

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| VAE | 4 | 01-1326 |
| VAE | 4 | 01-1327 |
| VAE | 4 | 01-1328 |
| VAE | 4 | 01-1329 |
| VAE | 4 | 01-1330 |
| VAE | 4 | 01-1331 |
| VAE | 4 | 01-1332 |
| VAE | 4 | 01-1333 |
| VAE | 4 | 01-1334 |
| VAE | 4 | 01-1335 |
| VAE | 4 | 01-1336 |
| VAE | 4 | 01-1337 |
| VAE | 4 | 01-1338 |
| VAE | 4 | 01-1339 |
| VAE | 4 | 01-1340 |
| VAE | 4 | 01-1341 |
| VAE | 4 | 01-1342 |
| VAE | 4 | 01-1343 |
| VAE | 4 | 01-1344 |
| VAE | 4 | 01-1345 |
| VAE | 4 | 01-1346 |
| VAE | 4 | 01-1347 |
| VAE | 4 | 01-1348 |
| VAE | 4 | 01-1349 |
| VAE | 4 | 01-1350 |
| VAE | 4 | 01-1351 |
| VAE | 4 | 01-1352 |
| VAE | 4 | 01-1353 |
| VAE | 4 | 01-1354 |
| VAE | 4 | 01-1355 |
| VAE | 4 | 01-1356 |
| VAE | 4 | 01-1357 |
| VAE | 4 | 01-1358 |
| VAE | 4 | 01-1359 |
| VAE | 4 | 01-1360 |
| VAE | 4 | 01-1361 |
| VAE | 4 | 01-1362 |
| VAE | 4 | 01-1363 |
| VAE | 4 | 01-1364 |
| VAE | 4 | 01-1365 |
| VAE | 4 | 01-1366 |
| VAE | 4 | 01-1367 |
| VAE | 4 | 01-1368 |
| VAE | 4 | 01-1369 |
| VAE | 4 | 01-1370 |
| VAE | 4 | 01-1371 |
| VAE | 4 | 01-1372 |
| VAE | 4 | 01-1373 |
| VAE | 4 | 01-1374 |
| VAE | 4 | 01-1375 |
| VAE | 4 | 01-1376 |
| VAE | 4 | 01-1377 |
| VAE | 4 | 01-1378 |
| VAE | 4 | 01-1379 |
| VAE | 4 | 01-1380 |
| VAE | 4 | 01-1381 |
| VAE | 4 | 01-1382 |
| VAE | 4 | 01-1383 |
| VAE | 4 | 01-1384 |
| VAE | 4 | 01-1385 |
| VAE | 4 | 01-1386 |
| VAE | 4 | 01-1387 |
| VAE | 4 | 01-1388 |
| VAE | 4 | 01-1389 |
| VAE | 4 | 01-1390 |
| VAE | 4 | 01-1391 |
| VAE | 4 | 01-1392 |
| VAE | 4 | 01-1393 |
| VAE | 4 | 01-1394 |
| VAE | 4 | 01-1395 |
| VAE | 4 | 01-1396 |
| VAE | 4 | 01-1397 |
| VAE | 4 | 01-1398 |

SCHEDULE A (Cont.) MDL-875

| DISTRICT | DIV | CIVIL ACTION# |
| --- | --- | --- |
| VAE | 4 | 01-1399 |
| VAE | 4 | 01-1400 |
| VAE | 4 | 01-1401 |
| VAE | 4 | 01-1402 |
| VAE | 4 | 01-1403 |
| VAE | 4 | 01-1404 |
| VAE | 4 | 01-1405 |
| VAE | 4 | 01-1406 |
| VAE | 4 | 01-1407 |
| VAE | 4 | 01-1408 |
| VAE | 4 | 01-1409 |
| VAE | 4 | 01-1410 |
| VAE | 4 | 01-1411 |
| VAE | 4 | 01-1412 |
| VAE | 4 | 01-1413 |
| VAE | 4 | 01-1414 |
| VAE | 4 | 01-1415 |
| VAE | 4 | 01-1416 |
| VAE | 4 | 01-1417 |
| VAE | 4 | 01-1418 |
| VAE | 4 | 01-1419 |
| VAE | 4 | 01-1420 |
| VAE | 4 | 01-1421 |
| VAE | 4 | 01-1422 |
| VAE | 4 | 01-1423 |
| VAE | 4 | 01-1424 |
| VAE | 4 | 01-1425 |
| VAE | 4 | 01-1426 |
| VAE | 4 | 01-1427 |
| VAE | 4 | 01-1428 |
| VAE | 4 | 01-1429 |
| VAE | 4 | 01-1430 |
| VAE | 4 | 01-1431 |
| VAE | 4 | 01-1432 |
| VAE | 4 | 01-1433 |
| VAE | 4 | 01-1434 |
| VAE | 4 | 01-1435 |
| VAE | 4 | 01-1436 |
| VAE | 4 | 01-1437 |
| VAE | 4 | 01-1438 |
| VAE | 4 | 01-1439 |
| VAE | 4 | 01-1440 |
| VAE | 4 | 01-1441 |
| VAE | 4 | 01-1442 |
| VAE | 4 | 01-1443 |
| VAE | 4 | 01-1444 |
| VAE | 4 | 01-1445 |
| VAE | 4 | 01-1446 |
| VAE | 4 | 01-1447 |
| VAE | 4 | 01-1448 |
| VAE | 4 | 01-1449 |
| VAE | 4 | 01-1450 |
| VAE | 4 | 01-1451 |
| VAE | 4 | 01-1452 |
| VAE | 4 | 01-1453 |
| VAE | 4 | 01-1454 |
| VAE | 4 | 01-1455 |
| VAE | 4 | 01-1456 |
| VAE | 4 | 01-1457 |
| VAE | 4 | 01-1458 |
| VAE | 4 | 01-1459 |
| VAE | 4 | 01-1460 |
| VAE | 4 | 01-1461 |
| VAE | 4 | 01-1462 |
| VAE | 4 | 01-1463 |
| VAE | 4 | 01-1464 |
| VAE | 4 | 01-1465 |
| VAE | 4 | 01-1466 |
| VAE | 4 | 01-1467 |
| VAE | 4 | 01-1468 |
| VAE | 4 | 01-1469 |
| VAE | 4 | 01-1470 |
| VAE | 4 | 01-1471 |

| DISTRICT | DIV | CIVIL ACTION# |
| --- | --- | --- |
| VAE | 4 | 01-1472 |
| VAE | 4 | 01-1473 |
| VAE | 4 | 01-1474 |
| VAE | 4 | 01-1475 |
| VAE | 4 | 01-1476 |
| VAE | 4 | 01-1477 |
| VAE | 4 | 01-1478 |
| VAE | 4 | 01-1479 |
| VAE | 4 | 01-1480 |
| VAE | 4 | 01-1481 |
| VAE | 4 | 01-1482 |
| VAE | 4 | 01-1483 |
| VAE | 4 | 01-1484 |
| VAE | 4 | 01-1485 |
| VAE | 4 | 01-1486 |
| VAE | 4 | 01-1487 |
| VAE | 4 | 01-1488 |
| VAE | 4 | 01-1489 |
| VAE | 4 | 01-1490 |
| VAE | 4 | 01-1491 |
| VAE | 4 | 01-1492 |
| VAE | 4 | 01-1493 |
| VAE | 4 | 01-1494 |
| VAE | 4 | 01-1495 |
| VAE | 4 | 01-1496 |
| VAE | 4 | 01-1497 |
| VAE | 4 | 01-1498 |
| VAE | 4 | 01-1500 |
| VAE | 4 | 01-1501 |
| VAE | 4 | 01-1502 |
| VAE | 4 | 01-1503 |
| VAE | 4 | 01-1504 |
| VAE | 4 | 01-1505 |
| VAE | 4 | 01-1506 |
| VAE | 4 | 01-1507 |
| VAE | 4 | 01-1508 |
| VAE | 4 | 01-1509 |
| VAE | 4 | 01-1510 |
| VAE | 4 | 01-1511 |
| VAE | 4 | 01-1512 |
| VAE | 4 | 01-1513 |
| VAE | 4 | 01-1514 |
| VAE | 4 | 01-1515 |
| VAE | 4 | 01-1516 |
| VAE | 4 | 01-1517 |
| VAE | 4 | 01-1518 |
| VAE | 4 | 01-1519 |
| VAE | 4 | 01-1520 |
| VAE | 4 | 01-1521 |
| VAE | 4 | 01-1522 |
| VAE | 4 | 01-1523 |
| VAE | 4 | 01-1524 |
| VAE | 4 | 01-1525 |
| VAE | 4 | 01-1526 |
| VAE | 4 | 01-1527 |
| VAE | 4 | 01-1528 |
| VAE | 4 | 01-1529 |
| VAE | 4 | 01-1530 |
| VAE | 4 | 01-1531 |
| VAE | 4 | 01-1532 |
| VAE | 4 | 01-1533 |
| VAE | 4 | 01-1534 |
| VAE | 4 | 01-1535 |
| VAE | 4 | 01-1536 |
| VAE | 4 | 01-1537 |
| VAE | 4 | 01-1538 |
| VAE | 4 | 01-1539 |
| VAE | 4 | 01-1540 |
| VAE | 4 | 01-1541 |
| VAE | 4 | 01-1542 |
| VAE | 4 | 01-1543 |
| VAE | 4 | 01-1544 |
| VAE | 4 | 01-1545 |

| DISTRICT | DIV | CIVIL ACTION# |
| --- | --- | --- |
| VAE | 4 | 01-1546 |
| VAE | 4 | 01-1547 |
| VAE | 4 | 01-1548 |
| VAE | 4 | 01-1549 |
| VAE | 4 | 01-1550 |
| VAE | 4 | 01-1551 |
| VAE | 4 | 01-1552 |
| VAE | 4 | 01-1553 |
| VAE | 4 | 01-1554 |
| VAE | 4 | 01-1555 |
| VAE | 4 | 01-1556 |
| VAE | 4 | 01-1557 |
| VAE | 4 | 01-1558 |
| VAE | 4 | 01-1559 |
| VAE | 4 | 01-1560 |
| VAE | 4 | 01-1561 |
| VAE | 4 | 01-1562 |
| VAE | 4 | 01-1563 |
| VAE | 4 | 01-1564 |
| VAE | 4 | 01-1565 |
| VAE | 4 | 01-1566 |
| VAE | 4 | 01-1567 |
| VAE | 4 | 01-1568 |
| VAE | 4 | 01-1569 |
| VAE | 4 | 01-1570 |
| VAE | 4 | 01-1571 |
| VAE | 4 | 01-1572 |
| VAE | 4 | 01-1573 |
| VAE | 4 | 01-1574 |
| VAE | 4 | 01-1575 |
| VAE | 4 | 01-1576 |
| VAE | 4 | 01-1577 |
| VAE | 4 | 01-1578 |
| VAE | 4 | 01-1579 |
| VAE | 4 | 01-1580 |
| VAE | 4 | 01-1581 |
| VAE | 4 | 01-1582 |
| VAE | 4 | 01-1583 |
| VAE | 4 | 01-1584 |
| VAE | 4 | 01-1585 |
| VAE | 4 | 01-1586 |
| VAE | 4 | 01-1587 |
| VAE | 4 | 01-1588 |
| VAE | 4 | 01-1589 |
| VAE | 4 | 01-1590 |
| VAE | 4 | 01-1591 |
| VAE | 4 | 01-1592 |
| VAE | 4 | 01-1593 |
| VAE | 4 | 01-1594 |
| VAE | 4 | 01-1595 |
| VAE | 4 | 01-1596 |
| VAE | 4 | 01-1597 |
| VAE | 4 | 01-1598 |
| VAE | 4 | 01-1599 |
| VAE | 4 | 01-1600 |
| VAE | 4 | 01-1601 |
| VAE | 4 | 01-1602 |
| VAE | 4 | 01-1603 |
| VAE | 4 | 01-1604 |
| VAE | 4 | 01-1605 |
| VAE | 4 | 01-1607 |
| VAE | 4 | 01-1608 |
| VAE | 4 | 01-1609 |
| VAE | 4 | 01-1610 |
| VAE | 4 | 01-1611 |
| VAE | 4 | 01-1612 |
| VAE | 4 | 01-1613 |
| VAE | 4 | 01-1614 |
| VAE | 4 | 01-1615 |
| VAE | 4 | 01-1616 |
| VAE | 4 | 01-1617 |
| VAE | 4 | 01-1618 |
| VAE | 4 | 01-1619 |

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| VAE | 4 | 01-1620 |
| VAE | 4 | 01-1621 |
| VAE | 4 | 01-1622 |
| VAE | 4 | 01-1623 |
| VAE | 4 | 01-1624 |
| VAE | 4 | 01-1625 |
| VAE | 4 | 01-1626 |
| VAE | 4 | 01-1627 |
| VAE | 4 | 01-1628 |
| VAE | 4 | 01-1629 |
| VAE | 4 | 01-1630 |
| VAE | 4 | 01-1631 |
| VAE | 4 | 01-1632 |
| VAE | 4 | 01-1633 |
| VAE | 4 | 01-1634 |
| VAE | 4 | 01-1635 |
| VAE | 4 | 01-1636 |
| VAE | 4 | 01-1637 |
| VAE | 4 | 01-1638 |
| VAE | 4 | 01-1639 |
| VAE | 4 | 01-1640 |
| VAE | 4 | 01-1641 |
| VAE | 4 | 01-1642 |
| VAE | 4 | 01-1643 |
| VAE | 4 | 01-1644 |
| VAE | 4 | 01-1645 |
| VAE | 4 | 01-1646 |
| VAE | 4 | 01-1647 |
| VAE | 4 | 01-1648 |
| VAE | 4 | 01-1649 |
| VAE | 4 | 01-1650 |
| VAE | 4 | 01-1651 |
| VAE | 4 | 01-1652 |
| VAE | 4 | 01-1653 |
| VAE | 4 | 01-1654 |
| VAE | 4 | 01-1655 |
| VAE | 4 | 01-1656 |
| VAE | 4 | 01-1657 |
| VAE | 4 | 01-1658 |
| VAE | 4 | 01-1659 |
| VAE | 4 | 01-1660 |
| VAE | 4 | 01-1661 |
| VAE | 4 | 01-1662 |
| VAE | 4 | 01-1663 |
| VAE | 4 | 01-1664 |
| VAE | 4 | 01-1665 |
| VAE | 4 | 01-1666 |
| VAE | 4 | 01-1667 |
| VAE | 4 | 01-1668 |
| VAE | 4 | 01-1669 |
| VAE | 4 | 01-1670 |
| VAE | 4 | 01-1671 |
| VAE | 4 | 01-1672 |
| VAE | 4 | 01-1673 |
| VAE | 4 | 01-1674 |
| VAE | 4 | 01-1675 |
| VAE | 4 | 01-1676 |
| VAE | 4 | 01-1677 |
| VAE | 4 | 01-1678 |
| VAE | 4 | 01-1679 |
| VAE | 4 | 01-1680 |
| VAE | 4 | 01-1681 |
| VAE | 4 | 01-1682 |
| VAE | 4 | 01-1683 |
| VAE | 4 | 01-1684 |
| VAE | 4 | 01-1685 |
| VAE | 4 | 01-1686 |
| VAE | 4 | 01-1687 |
| VAE | 4 | 01-1688 |
| VAE | 4 | 01-1689 |
| VAE | 4 | 01-1690 |
| VAE | 4 | 01-1691 |
| VAE | 4 | 01-1692 |

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| VAE | 4 | 01-1693 |
| VAE | 4 | 01-1694 |
| VAE | 4 | 01-1695 |
| VAE | 4 | 01-1696 |
| VAE | 4 | 01-1697 |
| VAE | 4 | 01-1698 |
| VAE | 4 | 01-1699 |
| VAE | 4 | 01-1700 |
| VAE | 4 | 01-1701 |
| VAE | 4 | 01-1702 |
| VAE | 4 | 01-1703 |
| VAE | 4 | 01-1704 |
| VAE | 4 | 01-1705 |
| VAE | 4 | 01-1706 |
| VAE | 4 | 01-1707 |
| VAE | 4 | 01-1708 |
| VAE | 4 | 01-1709 |
| VAE | 4 | 01-1710 |
| VAE | 4 | 01-1711 |
| VAE | 4 | 01-1712 |
| VAE | 4 | 01-1713 |
| VAE | 4 | 01-1714 |
| VAE | 4 | 01-1715 |
| VAE | 4 | 01-1716 |
| VAE | 4 | 01-1717 |
| VAE | 4 | 01-1718 |
| VAE | 4 | 01-1719 |
| VAE | 4 | 01-1720 |
| VAE | 4 | 01-1721 |
| VAE | 4 | 01-1722 |
| VAE | 4 | 01-1723 |
| VAE | 4 | 01-1724 |
| VAE | 4 | 01-1725 |
| VAE | 4 | 01-1726 |
| VAE | 4 | 01-1728 |
| VAE | 4 | 01-1730 |
| VAE | 4 | 01-1731 |
| VAE | 4 | 01-1732 |
| VAE | 4 | 01-1733 |
| VAE | 4 | 01-1734 |
| VAE | 4 | 01-1735 |
| VAE | 4 | 01-1737 |
| VAE | 4 | 01-1738 |
| VAE | 4 | 01-1739 |
| VAE | 4 | 01-1741 |
| VAE | 4 | 01-1742 |
| VAE | 4 | 01-1743 |
| VAE | 4 | 01-1744 |
| VAE | 4 | 01-1745 |
| VAE | 4 | 01-1747 |
| VAE | 4 | 01-1748 |
| VAE | 4 | 01-1750 |
| VAE | 4 | 01-1752 |
| VAE | 4 | 01-1753 |
| VAE | 4 | 01-1754 |
| VAE | 4 | 01-1755 |
| VAE | 4 | 01-1756 |
| VAE | 4 | 01-1757 |
| VAE | 4 | 01-1758 |
| VAE | 4 | 01-1759 |
| VAE | 4 | 01-1760 |
| VAE | 4 | 01-1765 |
| VAE | 4 | 01-1766 |
| VAE | 4 | 01-1767 |
| VAE | 4 | 01-1769 |
| VAE | 4 | 01-1770 |
| VAE | 4 | 01-1771 |
| VAE | 4 | 01-1775 |
| VAE | 4 | 01-1776 |
| VAE | 4 | 01-1777 |
| VAE | 4 | 01-1778 |
| VAE | 4 | 01-1779 |
| VAE | 4 | 01-1780 |

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| VAE | 4 | 01-1781 |
| VAE | 4 | 01-1783 |
| VAE | 4 | 01-1787 |
| VAE | 4 | 01-1788 |
| VAE | 4 | 01-1789 |
| VAE | 4 | 01-1790 |
| VAE | 4 | 01-1791 |
| VAE | 4 | 01-1792 |
| VAE | 4 | 01-1793 |
| VAE | 4 | 01-1794 |
| VAE | 4 | 01-1795 |
| VAE | 4 | 01-1796 |
| VAE | 4 | 01-1797 |
| VAE | 4 | 01-1798 |
| VAE | 4 | 01-1799 |
| VAE | 4 | 01-1800 |
| VAE | 4 | 01-1802 |
| VAE | 4 | 01-1803 |
| VAE | 4 | 01-1804 |
| VAE | 4 | 01-1805 |
| VAE | 4 | 01-1806 |
| VAE | 4 | 01-1807 |
| VAE | 4 | 01-1809 |
| VAE | 4 | 01-1810 |
| VAE | 4 | 01-1811 |
| VAE | 4 | 01-1812 |
| VAE | 4 | 01-1814 |
| VAE | 4 | 01-1815 |
| VAE | 4 | 01-1816 |
| VAE | 4 | 01-1817 |
| VAE | 4 | 01-1819 |
| VAE | 4 | 01-1820 |
| VAE | 4 | 01-1821 |
| VAE | 4 | 01-1822 |
| VAE | 4 | 01-1823 |
| VAE | 4 | 01-1824 |
| VAE | 4 | 01-1825 |
| VAE | 4 | 01-1826 |
| VAE | 4 | 01-1827 |
| VAE | 4 | 01-1829 |
| VAE | 4 | 01-1830 |
| VAE | 4 | 01-1831 |
| VAE | 4 | 01-1832 |
| VAE | 4 | 01-1833 |
| VAE | 4 | 01-1834 |
| VAE | 4 | 01-1835 |
| VAE | 4 | 01-1837 |
| VAE | 4 | 01-1838 |
| VAE | 4 | 01-1839 |
| VAE | 4 | 01-1840 |
| VAE | 4 | 01-1841 |
| VAE | 4 | 01-1843 |
| VAE | 4 | 01-1844 |
| VAE | 4 | 01-1845 |
| VAE | 4 | 01-1846 |
| VAE | 4 | 01-1847 |
| VAE | 4 | 01-1848 |
| VAE | 4 | 01-1849 |
| VAE | 4 | 01-1850 |
| VAE | 4 | 01-1851 |
| VAE | 4 | 01-1852 |
| VAE | 4 | 01-1853 |
| VAE | 4 | 01-1854 |
| VAE | 4 | 01-1856 |
| VAE | 4 | 01-1861 |
| VAE | 4 | 01-1862 |
| VAE | 4 | 01-1863 |
| VAE | 4 | 01-1864 |
| VAE | 4 | 01-1865 |
| VAE | 4 | 01-1866 |
| VAE | 4 | 01-1867 |
| VAE | 4 | 01-1869 |
| VAE | 4 | 01-1870 |

SCHEDULE A (Cont.) MDL-875

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| VAE | 4 | 01-1871 |
| VAE | 4 | 01-1872 |
| VAE | 4 | 01-1873 |
| VAE | 4 | 01-1874 |
| VAE | 4 | 01-1875 |
| VAE | 4 | 01-1876 |
| VAE | 4 | 01-1877 |
| VAE | 4 | 01-1878 |
| VAE | 4 | 01-1879 |
| VAE | 4 | 01-1880 |
| VAE | 4 | 01-1881 |
| VAE | 4 | 01-1883 |
| VAE | 4 | 01-1885 |
| VAE | 4 | 01-1889 |
| VAE | 4 | 01-1890 |
| VAE | 4 | 01-1891 |
| VAE | 4 | 01-1892 |
| VAE | 4 | 01-1893 |
| VAE | 4 | 01-1894 |
| VAE | 4 | 01-1895 |
| VAE | 4 | 01-1896 |
| VAE | 4 | 01-1897 |
| VAE | 4 | 01-1898 |
| VAE | 4 | 01-1900 |
| VAE | 4 | 01-1901 |
| VAE | 4 | 01-1902 |
| VAE | 4 | 01-1903 |
| VAE | 4 | 01-1904 |
| VAE | 4 | 01-1905 |
| VAE | 4 | 01-1906 |
| VAE | 4 | 01-1907 |
| VAE | 4 | 01-1908 |
| VAE | 4 | 01-1909 |
| VAE | 4 | 01-1910 |
| VAE | 4 | 01-1911 |
| VAE | 4 | 01-1912 |
| VAE | 4 | 01-1913 |
| VAE | 4 | 01-1914 |
| VAE | 4 | 01-1915 |
| VAE | 4 | 01-1916 |
| VAE | 4 | 01-1917 |
| VAE | 4 | 01-1918 |
| VAE | 4 | 01-1919 |
| VAE | 4 | 01-1920 |
| VAE | 4 | 01-1921 |
| VAE | 4 | 01-1922 |
| VAE | 4 | 01-1923 |
| VAE | 4 | 01-1924 |
| VAE | 4 | 01-1925 |
| VAE | 4 | 01-1926 |
| VAE | 4 | 01-1927 |
| VAE | 4 | 01-1928 |
| VAE | 4 | 01-1929 |
| VAE | 4 | 01-1930 |
| VAE | 4 | 01-1931 |
| VAE | 4 | 01-1932 |
| VAE | 4 | 01-1933 |
| VAE | 4 | 01-1934 |
| VAE | 4 | 01-1935 |
| VAE | 4 | 01-1936 |
| VAE | 4 | 01-1937 |
| VAE | 4 | 01-1938 |
| VAE | 4 | 01-1939 |
| VAE | 4 | 01-1940 |
| VAE | 4 | 01-1941 |
| VAE | 4 | 01-1942 |
| VAE | 4 | 01-1943 |
| VAE | 4 | 01-1944 |
| VAE | 4 | 01-1945 |
| VAE | 4 | 01-1946 |
| VAE | 4 | 01-1947 |
| VAE | 4 | 01-1948 |
| VAE | 4 | 01-1949 |
| VAE | 4 | 01-1950 |
| VAE | 4 | 01-1951 |
| VAE | 4 | 01-1952 |
| VAE | 4 | 01-1953 |
| VAE | 4 | 01-1954 |
| VAE | 4 | 01-1955 |
| VAE | 4 | 01-1956 |
| VAE | 4 | 01-1957 |
| VAE | 4 | 01-1958 |
| VAE | 4 | 01-1959 |
| VAE | 4 | 01-1960 |
| VAE | 4 | 01-1961 |
| VAE | 4 | 01-1962 |
| VAE | 4 | 01-1963 |
| VAE | 4 | 01-1964 |
| VAE | 4 | 01-1965 |
| VAE | 4 | 01-1966 |
| VAE | 4 | 01-1968 |
| VAE | 4 | 01-1969 |
| VAE | 4 | 01-1970 |
| VAE | 4 | 01-1971 |
| VAE | 4 | 01-1972 |
| VAE | 4 | 01-1973 |
| VAE | 4 | 01-1974 |
| VAE | 4 | 01-1975 |
| VAE | 4 | 01-1976 |
| VAE | 4 | 01-1977 |
| VAE | 4 | 01-1978 |
| VAE | 4 | 01-1979 |
| VAE | 4 | 01-1980 |
| VAE | 4 | 01-1981 |
| VAE | 4 | 01-1982 |
| VAE | 4 | 01-1983 |
| VAE | 4 | 01-1984 |
| VAE | 4 | 01-1985 |
| VAE | 4 | 01-1986 |
| VAE | 4 | 01-1987 |
| VAE | 4 | 01-1988 |
| VAE | 4 | 01-1989 |
| VAE | 4 | 01-1990 |
| VAE | 4 | 01-1991 |
| VAE | 4 | 01-1992 |
| VAE | 4 | 01-1993 |
| VAE | 4 | 01-1994 |
| VAE | 4 | 01-1996 |
| VAE | 4 | 01-1997 |
| VAE | 4 | 01-1998 |
| VAE | 4 | 01-1999 |
| VAE | 4 | 01-2000 |
| VAE | 4 | 01-2001 |
| VAE | 4 | 01-2002 |
| VAE | 4 | 01-2003 |
| VAE | 4 | 01-2004 |
| VAE | 4 | 01-2005 |
| VAE | 4 | 01-2006 |
| VAE | 4 | 01-2007 |
| VAE | 4 | 01-2008 |
| VAE | 4 | 01-2009 |
| VAE | 4 | 01-2010 |
| VAE | 4 | 01-2012 |
| VAE | 4 | 01-2013 |
| VAE | 4 | 01-2014 |
| VAE | 4 | 01-2017 |
| VAE | 4 | 01-2018 |
| VAE | 4 | 01-2019 |
| VAE | 4 | 01-2021 |
| VAE | 4 | 01-2022 |
| VAE | 4 | 01-2024 |
| VAE | 4 | 01-2025 |
| VAE | 4 | 01-2027 |
| VAE | 4 | 01-2028 |
| VAE | 4 | 01-2029 |
| VAE | 4 | 01-2033 |
| VAE | 4 | 01-2034 |
| VAE | 4 | 01-2035 |
| VAE | 4 | 01-2036 |
| VAE | 4 | 01-2037 |
| VAE | 4 | 01-2038 |
| VAE | 4 | 01-2039 |
| VAE | 4 | 01-2040 |
| VAE | 4 | 01-2041 |
| VAE | 4 | 01-2042 |
| VAE | 4 | 01-2043 |
| VAE | 4 | 01-2044 |
| VAE | 4 | 01-2045 |
| VAE | 4 | 01-2046 |
| VAE | 4 | 01-2047 |
| VAE | 4 | 01-2048 |
| VAE | 4 | 01-2049 |
| VAE | 4 | 01-2050 |
| VAE | 4 | 01-2051 |
| VAE | 4 | 01-2052 |
| VAE | 4 | 01-2053 |
| VAE | 4 | 01-2054 |
| VAE | 4 | 01-2055 |
| VAE | 4 | 01-2056 |
| VAE | 4 | 01-2057 |
| VAE | 4 | 01-2058 |
| VAE | 4 | 01-2059 |
| VAE | 4 | 01-2060 |
| VAE | 4 | 01-2061 |
| VAE | 4 | 01-2062 |
| VAE | 4 | 01-2063 |
| VAE | 4 | 01-2064 |
| VAE | 4 | 01-2065 |
| VAE | 4 | 01-2066 |
| VAE | 4 | 01-2067 |
| VAE | 4 | 01-2068 |
| VAE | 4 | 01-2069 |
| VAE | 4 | 01-2070 |
| VAE | 4 | 01-2071 |
| VAE | 4 | 01-2072 |
| VAE | 4 | 01-2073 |
| VAE | 4 | 01-2074 |
| VAE | 4 | 01-2075 |
| VAE | 4 | 01-2076 |
| VAE | 4 | 01-2077 |
| VAE | 4 | 01-2078 |
| VAE | 4 | 01-2079 |
| VAE | 4 | 01-2080 |
| VAE | 4 | 01-2081 |
| VAE | 4 | 01-2082 |
| VAE | 4 | 01-2083 |
| VAE | 4 | 01-2084 |
| VAE | 4 | 01-2085 |
| VAE | 4 | 01-2086 |
| VAE | 4 | 01-2087 |
| VAE | 4 | 01-2088 |
| VAE | 4 | 01-2089 |
| VAE | 4 | 01-2090 |
| VAE | 4 | 01-2091 |
| VAE | 4 | 01-2092 |
| VAE | 4 | 01-2093 |
| VAE | 4 | 01-2094 |
| VAE | 4 | 01-2095 |
| VAE | 4 | 01-2096 |
| VAE | 4 | 01-2097 |
| VAE | 4 | 01-2098 |
| VAE | 4 | 01-2099 |
| VAE | 4 | 01-2100 |
| VAE | 4 | 01-2101 |
| VAE | 4 | 01-2102 |
| VAE | 4 | 01-2103 |
| VAE | 4 | 01-2104 |
| VAE | 4 | 01-2105 |
| VAE | 4 | 01-2106 |

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| VAE | 4 | 01-2107 |
| VAE | 4 | 01-2108 |
| VAE | 4 | 01-2109 |
| VAE | 4 | 01-2110 |
| VAE | 4 | 01-2111 |
| VAE | 4 | 01-2112 |
| VAE | 4 | 01-2136 |
| VAE | 4 | 01-2137 |
| VAE | 4 | 01-2139 |
| VAE | 4 | 01-2140 |
| VAE | 4 | 01-2144 |
| VAE | 4 | 01-2151 |
| VAE | 4 | 01-2152 |
| VAE | 4 | 01-2154 |
| VAE | 4 | 01-2157 |
| VAE | 4 | 01-2160 |
| VAE | 4 | 01-2162 |
| VAE | 4 | 01-2164 |
| VAE | 4 | 01-2165 |
| VAE | 4 | 01-2166 |
| VAE | 4 | 01-2167 |
| VAE | 4 | 01-2169 |
| VAE | 4 | 01-2171 |
| VAE | 4 | 01-2172 |
| VAE | 4 | 01-2174 |
| VAE | 4 | 01-2176 |
| VAE | 4 | 01-2183 |
| VAE | 4 | 01-2184 |
| VAE | 4 | 01-2185 |
| VAE | 4 | 01-2188 |
| VAE | 4 | 01-2205 |
| VAE | 4 | 01-2217 |
| VAE | 4 | 01-2320 |
| VAE | 4 | 01-2321 |
| VAE | 4 | 01-2322 |
| VAE | 4 | 01-2324 |
| VAE | 4 | 01-2325 |
| VAE | 4 | 01-2326 |
| VAE | 4 | 01-2327 |
| VAE | 4 | 01-2328 |
| VAE | 4 | 01-2329 |
| VAE | 4 | 01-2330 |
| VAE | 4 | 01-2331 |
| VAE | 4 | 01-2332 |
| VAE | 4 | 01-2333 |
| VAE | 4 | 01-2334 |
| VAE | 4 | 01-2335 |
| VAE | 4 | 01-2336 |
| VAE | 4 | 01-2337 |
| VAE | 4 | 01-2338 |
| VAE | 4 | 01-2339 |
| VAE | 4 | 01-2340 |
| VAE | 4 | 01-2341 |
| VAE | 4 | 01-2342 |
| VAE | 4 | 01-2343 |
| VAE | 4 | 01-2344 |
| VAE | 4 | 01-2345 |
| VAE | 4 | 01-2346 |
| VAE | 4 | 01-2347 |
| VAE | 4 | 01-2348 |
| VAE | 4 | 01-2349 |
| VAE | 4 | 01-2350 |
| VAE | 4 | 01-2351 |
| VAE | 4 | 01-2352 |
| VAE | 4 | 01-2353 |
| VAE | 4 | 01-2354 |
| VAE | 4 | 01-2355 |
| VAE | 4 | 01-2356 |
| VAE | 4 | 01-2357 |
| VAE | 4 | 01-2358 |
| VAE | 4 | 01-2359 |
| VAE | 4 | 01-2360 |
| VAE | 4 | 01-2361 |
| VAE | 4 | 01-2362 |
| VAE | 4 | 01-2363 |
| VAE | 4 | 01-2364 |
| VAE | 4 | 01-2365 |
| VAE | 4 | 01-2367 |
| VAE | 4 | 01-2369 |
| VAE | 4 | 01-2370 |
| VAE | 4 | 01-2372 |
| VAE | 4 | 01-2373 |
| VAE | 4 | 01-2375 |
| VAE | 4 | 01-2376 |
| VAE | 4 | 01-2377 |
| VAE | 4 | 01-2378 |
| VAE | 4 | 01-2379 |
| VAE | 4 | 01-2380 |
| VAE | 4 | 01-2381 |
| VAE | 4 | 01-2383 |
| VAE | 4 | 01-2384 |
| VAE | 4 | 01-2385 |
| VAE | 4 | 01-2386 |
| VAE | 4 | 01-2387 |
| VAE | 4 | 01-2388 |
| VAE | 4 | 01-2389 |
| VAE | 4 | 01-2390 |
| VAE | 4 | 01-2391 |
| VAE | 4 | 01-2393 |
| VAE | 4 | 01-2394 |
| VAE | 4 | 01-2395 |
| VAE | 4 | 01-2396 |
| VAE | 4 | 01-2397 |
| VAE | 4 | 01-2398 |
| VAE | 4 | 01-2399 |
| VAE | 4 | 01-2400 |
| VAE | 4 | 01-2401 |
| VAE | 4 | 01-2402 |
| VAE | 4 | 01-2403 |
| VAE | 4 | 01-2404 |
| VAE | 4 | 01-2405 |
| VAE | 4 | 01-2406 |
| VAE | 4 | 01-2407 |
| VAE | 4 | 01-2408 |
| VAE | 4 | 01-2409 |
| VAE | 4 | 01-2410 |
| VAE | 4 | 01-2411 |
| VAE | 4 | 01-2412 |
| VAE | 4 | 01-2413 |
| VAE | 4 | 01-2414 |
| VAE | 4 | 01-2415 |
| VAE | 4 | 01-2416 |
| VAE | 4 | 01-2417 |
| VAE | 4 | 01-2418 |
| VAE | 4 | 01-2419 |
| VAE | 4 | 01-2420 |
| VAE | 4 | 01-2421 |
| VAE | 4 | 01-2422 |
| VAE | 4 | 01-2423 |
| VAE | 4 | 01-2424 |
| VAE | 4 | 01-2425 |
| VAE | 4 | 01-2426 |
| VAE | 4 | 01-2427 |
| VAE | 4 | 01-2428 |
| VAE | 4 | 01-2429 |
| VAE | 4 | 01-2430 |
| VAE | 4 | 01-2431 |
| VAE | 4 | 01-2432 |
| VAE | 4 | 01-2433 |
| VAE | 4 | 01-2434 |
| VAE | 4 | 01-2435 |
| VAE | 4 | 01-2436 |
| VAE | 4 | 01-2437 |
| VAE | 4 | 01-2438 |
| VAE | 4 | 01-2439 |
| VAE | 4 | 01-2440 |
| VAE | 4 | 01-2441 |
| VAE | 4 | 01-2442 |
| VAE | 4 | 01-2443 |
| VAE | 4 | 01-2444 |
| VAE | 4 | 01-2445 |
| VAE | 4 | 01-2446 |
| VAE | 4 | 01-2447 |
| VAE | 4 | 01-2448 |
| VAE | 4 | 01-2449 |
| VAE | 4 | 01-2450 |
| VAE | 4 | 01-2451 |
| VAE | 4 | 01-2452 |
| VAE | 4 | 01-2453 |
| VAE | 4 | 01-2454 |
| VAE | 4 | 01-2455 |
| VAE | 4 | 01-2456 |
| VAE | 4 | 01-2457 |
| VAE | 4 | 01-2458 |
| VAE | 4 | 01-2459 |
| VAE | 4 | 01-2460 |
| VAE | 4 | 01-2461 |
| VAE | 4 | 01-2462 |
| VAE | 4 | 01-2463 |
| VAE | 4 | 01-2464 |
| VAE | 4 | 01-2465 |
| VAE | 4 | 01-2466 |
| VAE | 4 | 01-2467 |
| VAE | 4 | 01-2468 |
| VAE | 4 | 01-2469 |
| VAE | 4 | 01-2470 |
| VAE | 4 | 01-2471 |
| VAE | 4 | 01-2472 |
| VAE | 4 | 01-2473 |
| VAE | 4 | 01-2474 |
| VAE | 4 | 01-2475 |
| VAE | 4 | 01-2476 |
| VAE | 4 | 01-2477 |
| VAE | 4 | 01-2478 |
| VAE | 4 | 01-2479 |
| VAE | 4 | 01-2480 |
| VAE | 4 | 01-2481 |
| VAE | 4 | 01-2482 |
| VAE | 4 | 01-2483 |
| VAE | 4 | 01-2484 |
| VAE | 4 | 01-2485 |
| VAE | 4 | 01-2486 |
| VAE | 4 | 01-2487 |
| VAE | 4 | 01-2488 |
| VAE | 4 | 01-2489 |
| VAE | 4 | 01-2490 |
| VAE | 4 | 01-2491 |
| VAE | 4 | 01-2492 |
| VAE | 4 | 01-2493 |
| VAE | 4 | 01-2494 |
| VAE | 4 | 01-2495 |
| VAE | 4 | 01-2496 |
| VAE | 4 | 01-2497 |
| VAE | 4 | 01-2498 |
| VAE | 4 | 01-2499 |
| VAE | 4 | 01-2500 |
| VAE | 4 | 01-2501 |
| VAE | 4 | 01-2502 |
| VAE | 4 | 01-2503 |
| VAE | 4 | 01-2504 |
| VAE | 4 | 01-2505 |
| VAE | 4 | 01-2506 |
| VAE | 4 | 01-2507 |
| VAE | 4 | 01-2508 |
| VAE | 4 | 01-2509 |
| VAE | 4 | 01-2510 |
| VAE | 4 | 01-2511 |
| VAE | 4 | 01-2512 |
| VAE | 4 | 01-2513 |

SCHEDULE A (Cont.) MDL-875

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| VAE | 4 | 01-2514 |
| VAE | 4 | 01-2515 |
| VAE | 4 | 01-2516 |
| VAE | 4 | 01-2517 |
| VAE | 4 | 01-2518 |
| VAE | 4 | 01-2519 |
| VAE | 4 | 01-2520 |
| VAE | 4 | 01-2521 |
| VAE | 4 | 01-2522 |
| VAE | 4 | 01-2523 |
| VAE | 4 | 01-2524 |
| VAE | 4 | 01-2525 |
| VAE | 4 | 01-2526 |
| VAE | 4 | 01-2527 |
| VAE | 4 | 01-2528 |
| VAE | 4 | 01-2529 |
| VAE | 4 | 01-2530 |
| VAE | 4 | 01-2531 |
| VAE | 4 | 01-2532 |
| VAE | 4 | 01-2533 |
| VAE | 4 | 01-2534 |
| VAE | 4 | 01-2535 |
| VAE | 4 | 01-2536 |
| VAE | 4 | 01-2537 |
| VAE | 4 | 01-2538 |
| VAE | 4 | 01-2539 |
| VAE | 4 | 01-2540 |
| VAE | 4 | 01-2541 |
| VAE | 4 | 01-2542 |
| VAE | 4 | 01-2543 |
| VAE | 4 | 01-2544 |
| VAE | 4 | 01-2545 |
| VAE | 4 | 01-2546 |
| VAE | 4 | 01-2547 |
| VAE | 4 | 01-2548 |
| VAE | 4 | 01-2549 |
| VAE | 4 | 01-2550 |
| VAE | 4 | 01-2551 |
| VAE | 4 | 01-2552 |
| VAE | 4 | 01-2553 |
| VAE | 4 | 01-2554 |
| VAE | 4 | 01-2555 |
| VAE | 4 | 01-2556 |
| VAE | 4 | 01-2557 |
| VAE | 4 | 01-2558 |
| VAE | 4 | 01-2559 |
| VAE | 4 | 01-2560 |
| VAE | 4 | 01-2561 |
| VAE | 4 | 01-2562 |
| VAE | 4 | 01-2563 |
| VAE | 4 | 01-2564 |
| VAE | 4 | 01-2565 |
| VAE | 4 | 01-2566 |
| VAE | 4 | 01-2567 |
| VAE | 4 | 01-2568 |
| VAE | 4 | 01-2569 |
| VAE | 4 | 01-2570 |
| VAE | 4 | 01-2571 |
| VAE | 4 | 01-2572 |
| VAE | 4 | 01-2573 |
| VAE | 4 | 01-2574 |
| VAE | 4 | 01-2575 |
| VAE | 4 | 01-2576 |
| VAE | 4 | 01-2577 |
| VAE | 4 | 01-2578 |
| VAE | 4 | 01-2579 |
| VAE | 4 | 01-2580 |
| VAE | 4 | 01-2581 |
| VAE | 4 | 01-2582 |
| VAE | 4 | 01-2583 |
| VAE | 4 | 01-2584 |
| VAE | 4 | 01-2585 |
| VAE | 4 | 01-2586 |

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| VAE | 4 | 01-2587 |
| VAE | 4 | 01-2588 |
| VAE | 4 | 01-2589 |
| VAE | 4 | 01-2590 |
| VAE | 4 | 01-2591 |
| VAE | 4 | 01-2592 |
| VAE | 4 | 01-2593 |
| VAE | 4 | 01-2594 |
| VAE | 4 | 01-2595 |
| VAE | 4 | 01-2596 |
| VAE | 4 | 01-2597 |
| VAE | 4 | 01-2598 |
| VAE | 4 | 01-2599 |
| VAE | 4 | 01-2600 |
| VAE | 4 | 01-2601 |
| VAE | 4 | 01-2602 |
| VAE | 4 | 01-2603 |
| VAE | 4 | 01-2604 |
| VAE | 4 | 01-2605 |
| VAE | 4 | 01-2606 |
| VAE | 4 | 01-2607 |
| VAE | 4 | 01-2608 |
| VAE | 4 | 01-2609 |
| VAE | 4 | 01-2610 |
| VAE | 4 | 01-2611 |
| VAE | 4 | 01-2612 |
| VAE | 4 | 01-2613 |
| VAE | 4 | 01-2614 |
| VAE | 4 | 01-2615 |
| VAE | 4 | 01-2616 |
| VAE | 4 | 01-2617 |
| VAE | 4 | 01-2618 |
| VAE | 4 | 01-2619 |
| VAE | 4 | 01-2620 |
| VAE | 4 | 01-2621 |
| VAE | 4 | 01-2622 |
| VAE | 4 | 01-2623 |
| VAE | 4 | 01-2624 |
| VAE | 4 | 01-2625 |
| VAE | 4 | 01-2626 |
| VAE | 4 | 01-2627 |
| VAE | 4 | 01-2629 |
| VAE | 4 | 01-2630 |
| VAE | 4 | 01-2631 |
| VAE | 4 | 01-2632 |
| VAE | 4 | 01-2633 |
| VAE | 4 | 01-2634 |
| VAE | 4 | 01-2635 |
| VAE | 4 | 01-2636 |
| VAE | 4 | 01-2637 |
| VAE | 4 | 01-2638 |
| VAE | 4 | 01-2639 |
| VAE | 4 | 01-2640 |
| VAE | 4 | 01-2641 |
| VAE | 4 | 01-2642 |