MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 18 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Ronald E. Carroll, et al. v. General Refractories Co., et al.*, D. South Carolina, C.A. No. 2:02-50

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Carroll*) on April 3, 2002. The Panel has now been advised that *Carroll* was remanded to the Circuit Court for the County of Charleston, South Carolina, by the Honorable Margaret B. Seymour in an order filed on March 1, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-211" filed on April 3, 2002, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

PLEADING NO. 3519

OFFICIAL FILE COPY

IMAGED APR 23 '02