JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 18 2002

FILED
CLERK'S OFFICE

## MDL DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION ( NO. VI)

Flinn James, et al v. International Paper Company, et al, S.D.M.S, No.: 1:01cv556GR

### NOTICE OF OPPOSITION

Pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Plaintiffs in that certain action pending in the United States District Court for the Southern District of Mississippi styled Flinn James, et al v. International Paper Company, et al, being cause no. 1:01CV556GR on the docket of said court, hereby file their Notice Of Opposition to Conditional Transfer Order CTO-211 entered on April 3,2002. A motion to vacate the conditional transfer order and appropriate brief will be filed in accordance with the Panel Rules.

**RESPECTFULLY SUBMITTED**, this the ___16___ day of April, 2002.

BRYAN H. CALLAWAY, MSB #8662

Post Office Box 21
Natchez, MS 39121
601-445-8833

J. Barrett Martin
P.O. Box 1603
Natchez, MS 39121
601-442-7954

John E. Mulhearn, Jr.
Mulhearn & Mulhearn
P.O. Box 967
Natchez, MS 39121
601-442-4808
Attorneys for the Plaintiffs

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2002 APR 16 P 4: 40

RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY** IMAGED APR 23 '02