JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 18 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Charles E. Davis and Kay P. Davis v. ACandS, Inc., et al.*, D. South Carolina, C/A No. 2:02-0051
*Frank Huff, Jr. and Ida Huff v. ACandS, Inc., et al.*, D. South Carolina, C/A No. 2:02-0016
*Leon J. Smith and Lana B. Smith v. ACandS, Inc., et al.*, D. South Carolina, C/A No. 2:02-0017
*James E. Snead and Matilda A. Snead v. ACandS, Inc., et al.*, D. South Carolina, C/A No. 2:02-0173

### NOTICE OF OPPOSITION
### PURSUANT TO RULE 12 OF THE RULES OF PROCEDURE
### OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Pursuant to Rule 12(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the plaintiffs hereby file Notice of Opposition to the Conditional Transfer Order entered on April 3, 2002, in the above-cited cases by the Clerk of the Panel transferring these actions to U.S. District Court for the Eastern District of Pennsylvania (MDL Docket No. 875).

In accordance with Rule 12(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the plaintiffs, within 15 days of the filing of this Notice of Opposition, will file a motion to vacate the Conditional Transfer Order and brief in support thereof.

Respectfully submitted,

NESS, MOTLEY, P. A.

By: _____
V. Brian Bevon, Esquire
Federal Court ID No. 6425
28 Bridgeside Boulevard
Post Office Box 1792
Mt. Pleasant, SC 29465
(843) 216-9000

ATTORNEYS FOR PLAINTIFFS

April 16, 2002
Charleston, South Carolina

RECEIVED
CLERK'S OFFICE
2002 APR 17 P 1:41
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**OFFICIAL FILE COPY**

04/17/2002 13:38 FAX      NESS MOTLEY 3RD FLOOR                                    ☒003
Case MDL No. 875   Document 3521   Filed 04/18/02   Page 2 of 2
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 8 2002

FILED
CLERK'S OFFICE

Charles E. Davis and Kay P. Davis v. ACandS, Inc., et al., D. South Carolina, C/A No. 2:02-0051
Frank Huff, Jr. and Ida Huff v. ACandS, Inc., et al., D. South Carolina, C/A No. 2:02-0016
Leon J. Smith and Lana B. Smith v. ACandS, Inc., et al., D. South Carolina, C/A No. 2:02-0017
James E. Snead and Matilda A. Snead v. ACandS, Inc., et al., D. South Carolina, C/A No. 2:02-0173

## CERTIFICATE OF SERVICE

I do hereby certify that on the 17 day of April, 2002, a copy of the foregoing was sent by facsimile and via Federal Express to Mr. Michael J. Beck, Clerk of the Panel, One Columbus Circle, NE, Thurgood Marshall Federal Judiciary Building, Room G-255, North Lobby, Washington, DC 20002-8004 and was placed in an envelope, with first-class postage thereon prepaid, and mailed to the attorneys for Defendants in the foregoing action:

W. Thomas Causby, Esq.
Nelson Mullins Riley & Scarborough, LLP
P.O. Box 11070
Columbia, SC 29201
Attorney for ACandS, Inc. and Kaiser

Trudy Y. Hartzog-Robertson, Esq.
Moore & Van Allen
P.O. Box 22828
Charleston, Sc 29413
Attorney for Uniroyal

Mark T. Wall, Esq.
Ogletree, Deakins, Nash et al
P.O. Box 1808
Charleston, SC 29402
Attorney for Metropolitan Life

James D. Gandy, III, Esq.
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413
Attorney for National Service Industries

C. Michael Evert, Jr., Esq.
Evert & Weathersby
3405 Piedmont Road, Suite 225
Atlanta, GA 30305
Attorney for A.P. Green Industries, Harbison-Walker
and Dresser Industries.

Rolfe M. Martin, Esq.
OWEN, GLEATON, EGAN,
 JONES & SWEENEY, LLP
230 Peachtree Street, NW
Suite 1900 Atlanta, GA 30314
Attorney for A. W. Chesterson