MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 19 2002

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*Towery v. Alcoa Inc.*, N.D. Texas, C.A. No. 3:01-2875
*Peacock v. Brown & Root Inc.*, N.D. Texas, C.A. No. 3:01-2881
*Gray v. Hennessy Industries*, N.D. Texas, C.A. No. 3:02-2

### *ORDER VACATING CONDITIONAL TRANSFER ORDER*

The three listed actions were included in error on the Panel's conditional transfer order ("CTO-211") filed on April 3, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-211" filed on April 3, 2002, is VACATED insofar as it relates to these three actions.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY
IMAGED APR 23 '02