JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 2 2002

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:    **ASBESTOS PRODUCTS LIABILITY LITIGATION** | : |
| This Document Relates To: | : |
| **KAREN JESENSKY,** | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO: MDL 875 |
| **A-BEST PRODUCTS CO., et al.** | : |
| Defendants. | : |
| U.S.D.C. FOR THE WESTERN DISTRICT OF PENNSYLVANIA | : |
| C.A. No. 96-680 | : |

PLEADING NO. 3524

## DEFENDANT DUQUESNE LIGHT COMPANY'S
## NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER

PLEASE TAKE NOTICE that Defendant Duquesne Light Company, by and through the undersigned counsel, pursuant to 199 F.R.D. 425, 436-38 (2001) hereby gives notice of its opposition to the Conditional Remand Order entered by this Honorable Court on April 4, 2002. In accordance with Rule 7.6 (f)(iii) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Defendant Duquesne Light will file a motion to vacate the conditional remand order and brief in support thereof within 15 days of filing this notice.

IMAGED APR 24 '02

**OFFICIAL FILE COPY**

Dated: April 19, 2002

RESPECTFULLY SUBMITTED,

*Cathy R. Gordon/alw*
Cathy R. Gordon, Esq. (PA I.D. #56728)
DICKIE, McCAMEY & CHILCOTE, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402
(412) 281-7272

Attorneys for Defendant,
DUQUESNE LIGHT COMPANY

Case MDL No. 875   Document 3524   Filed 04/22/02   Page 3 of 11

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 22 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT DUQUESNE LIGHT COMPANY'S NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER** has been served via first class mail, postage prepaid to Plaintiffs' counsel listed below with notice of the filing served upon all other counsel of record and the Judicial Panel of Multi-District Litigation (see service lists attached hereto) by first class mail, postage prepaid, this 19th day of April, 2002.

> Janice M. Savinis, Esq.
> GOLDBERG, PERSKY, JENNINGS & WHITE, P.C.
> 1030 Fifth Avenue
> Pittsburgh, PA 15219
> *Counsel for Plaintiffs*

DICKIE, McCAMEY & CHILCOTE, P.C.

By _____
Cathy R. Gordon, Esquire

Attorneys for Defendant,
DUQUESNE LIGHT COMPANY

RE: Karen Jesensky, et vir. v. A-Best Products Co., et al.;
U.S. District Court for the Western District of Pennsylvania, No. CV-96-680;
MDL Docket No. 875

## Defense Counsel Service List

Wendell B. Alcorn, Jr., Esquire
Attorney at Law
1201 Pennsylvania Avenue, N.W.
Suite 300 PMB 300
Washington, DC 20004

Christopher A. Beck, Esquire
ISRAEL, WOOD & PUNTIL, P.C.
Suite 501, Grant Building
310 Grant Street
Pittsburgh, PA 15219

Michael R. Bucci, Jr., Esquire
THORP REED & ARMSTRONG
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219-1425

Kathy Condo, Esquire
REED, SMITH, SHAW & McCLAY
P.O. Box 2009
Pittsburgh, PA 15230

Leo Gerard Daly, Esquire
GROGAN, GRAFFAM, McGINLEY & LUCCHINO
Three Gateway Center, 22nd Floor
Pittsburgh, PA 15222-1009

Ronald W. DiLeo, Esquire
PENNELL, JENKINS, ROBINSON & WOLFE
756 Public Ledger Building
150 S. Independence Mall West
Philadelphia, PA 19106

A. L. Emch, Esquire
JACKSON & KELLY
1800 Laidley Tower
P. O. Box 553
Charleston, WV 25322

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2002 APR 19 A 10: 59
RECEIVED CLERK'S OFFICE

Eric K. Falk, Esquire
DAVIES, McFARLAND & CARROLL, P.C.
The Tenth Floor, One Gateway Center
Pittsburgh, PA 15222-1416

Nora Barry Fischer, Esquire
PIETRAGALLO, BOSICK & GORDON
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219

Gregory L. Fitzpatrick, Esquire
MARGOLIS EDELSTEIN
1500 Grant Building
Pittsburgh, PA 15219-2203

Dale K. Forsythe, Esquire
WAYMAN, IRVIN & McAULEY
1624 Frick Building
Pittsburgh, PA 15219

Anne D. Harman, Esquire
BAILEY, RILEY, BUCH & HARMAN
Riley Building, Suite 900
P. O. Box 631
Wheeling, WV 26003-0081

Michael D. Heintzman, Esquire
HEINTZMAN, WARREN & WISE, P.C.
3500 Gulf Tower
Pittsburgh, PA 15219

Howard Hilner, Esquire
DAVIES, McFARLAND & CARROLL
10th Floor, One Gateway Center
Pittsburgh, PA 15222

Eric L. Horne, Esquire
ECKERT, SEAMANS, CHERIN & MELLOTT
4200 USX Tower
Pittsburgh, PA 15219

Kathryn A. Johnston, Esquire
REED, LUCE, TOSH, McGREGOR & WOLFORD
804 Turnpike Street
Beaver, PA 15009

Evamarie Konow, Esquire
123 South Broad Street
Suite 2070
Philadelphia, PA 19109

Monica Maghrak, Esquire
MURPHY TAYLOR, P.C.
326 Third Avenue
Pittsburgh, PA 15222

Joni M. Mangino, Esquire
ZIMMER KUNZ, P.C.
3300 USX Tower
Pittsburgh, PA 15219-2702

Patrick L. Mechas, Esquire
BURNS, WHITE & HICKTON
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222-3001

Joseph M. O'Neill, Esquire
MARKS, O'NEILL, REILLY, O'BRIEN & COURTNEY, P.C.
1880 John F. Kennedy Boulevard
Suite 1200
Philadelphia, PA 19013

John J. Repcheck, Esquire
MARKS, O'NEILL, REILLY, O'BRIEN & COURTNEY, P.C.
3200 Gulf Tower
Pittsburgh, PA 15219

Patrick R. Riley, Esquire
RILEY, McNULTY, HEWITT & SWEITZER
650 Washington Road, Suite 300
Pittsburgh, PA 15228-2702

Kenneth S. Robb, Esquire
1080 Long Run Road
McKeesport, PA 15132

Concetta A. Silvaggio, Esquire
WILLMAN & ARNOLD
705 McKnight Park Drive
Pittsburgh, PA 15237

Daniel J. Sinclair, Esquire
SWENSEN, PERER & KONTOS
Two PNC Plaza
Suite 2710
Pittsburgh, PA 15222

George N. Stewart, Esquire
ZIMMER KUNZ, P.C.
3300 USX Tower
Pittsburgh, PA 15219

Kevin C. Tierney, Esquire
TIERNEY LAW OFFICES
123 South Broad Street
Suite 2070
Philadelphia, PA 19109

Paul K. Vey, Esquire
PIETRAGALLO, BOSICK & GORDON
3800 One Oxford Centre
Pittsburgh, PA 15219

Karen E. Chilcote, Esquire
ROBB, LEONARD & MULVIHILL
2300 One Mellon Bank Center
Pittsburgh, PA 15219

Jonathan Wheeler, Esquire
Fifteenth Floor
100 North 17th Street
Philadelphia, PA 19103

Gary E. Wieczorek, Esquire
TUCKER, ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Matthew Wimer, Esquire
WIMER LAW OFFICES, P.C.
655 Allegheny Avenue
Oakmont, PA 15139

Dennis F. Wolford, Esquire
REED, LUCE, TOSH, McGREGOR & WOLFORD
804 Turnpike Street
Beaver, PA 15009

RE: **Karen Jesensky, et vir. v. A-Best Products Co., et al.;**
U.S. District Court for the Western District of Pennsylvania, No. CV-96-680;
MDL Docket No. 875

## MDL Panel Service List

Richard C. Binzley
Thompson, Hine & Flory
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass, Esquire
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Dave A. Damico, Esquire
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno, Esquire
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Susan M. Hanson, Esquire
Stich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 2nd Avenue South
Minneapolis, MN 55401

David C. Landin, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks, Esquire
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley, Esquire
Ness, Motley, Loadholt & Richardson
P. O. Box 1137
Charleston, SC 29402

Donald A. Powell, Esquire
Buckingham, Doolittle & Burroughs
50 South Main Street
P. O. Box 1500
Akron, OH 44309

John J. Repcheck, Esquire
MARKS, O'NEILL, REILLY, O'BRIEN
 & COURTNEY, P.C.
3200 Gulf Tower
Pittsburgh, PA 15219

John D. Roven, Esquire
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster, Esquire
Vorys, Sater, Seymour & Pease
52 East Gay Street
P. O. Box 1008
Columbus, OH 43216

Neil Selman, Esquire
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli, Esquire
Kelley, Jasons, McGuire & Spinelli
One Penn Center, Suite 1400
1617 JFK Boulevard
Philadelphia, PA 19103

Robert E. Swickle, Esquire
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise, Esquire
Reed, Smith, Shaw & McClay
2500 One Liberty Place
Philadelphia, PA 19103

James K. Watson, Esquire
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

George N. Stewart, Esquire
ZIMMER KUNZ, P.C.
3300 USX Tower
Pittsburgh, PA 15219

Kevin C. Tierney, Esquire
TIERNEY LAW OFFICES
123 South Broad Street
Suite 2070
Philadelphia, PA 19109

Paul K. Vey, Esquire
PIETRAGALLO, BOSICK & GORDON
3800 One Oxford Centre
Pittsburgh, PA 15219

Karen E. Chilcote, Esquire
ROBB, LEONARD & MULVIHILL
2300 One Mellon Bank Center
Pittsburgh, PA 15219

Jonathan Wheeler, Esquire
Fifteenth Floor
100 North 17th Street
Philadelphia, PA 19103

Gary E. Wieczorek, Esquire
TUCKER, ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Matthew Wimer, Esquire
WIMER LAW OFFICES, P.C.
655 Allegheny Avenue
Oakmont, PA  15139

Dennis F. Wolford, Esquire
REED, LUCE, TOSH, McGREGOR & WOLFORD
804 Turnpike Street
Beaver, PA  15009