JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 24 2002

FILED
CLERK'S OFFICE

**ORIGINAL**

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re: § 
§ **MDL 875**
**Asbestos Product Liability Litigation (No. VI)** §

REQUEST TO POSTPONE MAY 30, 2002
HEARING SESSION -- FILED BY VARIOUS
PLAINTIFFS -- DENIED
mjb - 4/24/02

*This Document Relates To:*

**VARIOUS PLAINTIFFS** *(see attached schedule (Exhibit A)),* §§§

*Plaintiffs,* §§

vs. §§

DAIMLERCHRYSLER, FORD MOTOR COMPANY and GENERAL MOTORS CORPORATION, and HONEYWELL INTERNATIONAL, INC. §§§§§§

*Defendants.* §

*from the*
UNITED STATES DISTRICT COURTS FOR
THE WESTERN DISTRICT OF TEXAS &
THE MIDDLE DISTRICT OF LOUISIANA

*Called atty.*
OM

Case Numbers: *See Attached Schedule*
**(Exhibit A)**

## MOTION TO CONTINUE HEARING
## ON CTO-210 AND BRIEF IN SUPPORT

Pursuant to Panel Rule 16.1(i), the Plaintiffs file their Motion to Continue the Panel's hearing of certain cases pending as part of Conditional Transfer Order 210, entered February 8, 2002, and would show as follows:

These actions were removed from various state courts by the Big Three Automobile Manufacturers (Ford, General Motors and DaimlerChrysler) and Honeywell International, Inc., citing alleged bankruptcy "related to" jurisdiction under 28 U.S.C. § 1334, based upon the bankruptcy proceeding of Federal Mogul Global, Inc. and related entities. After the

MOTION TO CONTINUE HEARING ON CTO-210 AND BRIEF IN SUPPORT Page 1

PLEADING NO. 3527

IMAGED APR 29 '02   **OFFICIAL FILE COPY**

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE
APR 24 A 9:21

removals, these actions were "provisionally transferred" to the venue of the Federal Mogul bankruptcy by Judge Alfred Wolin, who presides over that bankruptcy by assignment of the Third Circuit. Judge Wolin heard the matter on February 8, 2002, the same day that CTO-210 was entered, and all of these cases were remanded by Judge Wolin to the state courts. The matter is now before the Third Circuit, where appellate briefing is underway and oral argument is set for June 19, 2002.

The plaintiffs have received the Panel's Notice of Hearing Session for CTO-210 (dated April 16, 2002) providing that this matter will be submitted, albeit without oral argument, at the Panel hearing on May 30, 2002 in Washington, D.C.

In an identical matter before the Panel, CTO-209, the parties and the Panel agreed that, as to the CTO-209 cases with their genesis in the "Friction Products" removals and transfer to Delaware, the hearing thereon would be postponed until such time as the Third Circuit rules in the pending appeal from Judge Wolin's remand order, whereafter any of the parties may request that the matter be put down for argument at the next Panel Hearing Session.

The Plaintiffs believe that the same approach to CTO-210 is appropriate and just, and constitutes good cause under Rule 16.1(i). Since Judge Wolin has already entered a remand order which disposes of all the cases which are the subject of this Motion, this Panel should defer to the Third Circuit Court of Appeals and allow it to rule on the appeal. If Judge Wolin's order is affirmed, any action of the Panel would be moot. Furthermore, there is doubt whether, given the present procedural posture of these cases, i.e. they are not

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 24 2002

FILED
CLERK'S OFFICE

pending in a District Court, but wholly pending in a Court of Appeals, the Panel even has jurisdiction to act on these cases under Section 1407.

Therefore, the Panel should continue or postpone the hearing as to the Friction Products removals until such time as the Third Circuit makes a ruling in the pending appeal, and allow thereafter for any interested party to request that the matters be placed on the Panel's next session thereafter.

Respectfully submitted,

BARON & BUDD, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
Phone (214) 521-3605
Fax (214) 520-1181

By: _____
ALAN B. RICH
Texas Bar No. 16842350

Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Vacate and Brief in Support was served via United States mail to all counsel of record on the attached service list on the 23 day of April, 2002.

_____
Alan B. Rich

MOTION TO CONTINUE HEARING ON CTO-210 AND BRIEF IN SUPPORT -- Page 3

RECEIVED CLERK'S OFFICE 2002 APR 24 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 24 2002

FILED
CLERK'S OFFICE

## EXHIBIT A

This Document Relates to the Following Cases:[1]

1. Avery, et al, 3:01-CV-849 - (W.D. N.Y.)
2. Bailey, et al, 3:01-CV-859 - (W.D. N.Y.)
3. DiSanto, et al, 3:01-CV-852 - (W.D. N.Y.)
4. Gittens, Jr., et al, 3:01-CV-847 - (W.D. N.Y.)
5. Laribee, et al, 3:01-CV-848 - (W.D. N.Y.)
6. Schiess, et al, 3:01-CV-872 - (W.D. N.Y.)
7. Smith, et al, 3:01-CV-850 - (W.D. N.Y.)
8. Urwin, et al, 3:01-CV-860 - (W.D. N.Y.)
9. Hoyt, et al, 3:01-CV-1058 - (M.D. La.)
10. Jeanpierre, et al, 3:01-CV-1059 - (M.D. La.)
11. Piper, III, et al, 3:01-CV-1061 - (M.D. La.)
12. Burge, et al, 3:01-CV-1062 - (M.D. La.)

---

[1] Because the removing defendants failed in many cases to serve pleadings on plaintiffs' counsel that identify the federal cause number assigned, we have done our best to assure that this pleading covers all cases filed by our clients which are subject to CTO-210. We reserve the right to supplement if additional cases are discovered to be subject to CTO-210.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 24 2002

FILED
CLERK'S OFFICE

PANEL SERVICE LIST (Excerpted from CTO-210)
DOCKET NO. 875
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Dwight L. Acomb
W. F. Balogna & Associates
1515 Poydras Street
Suite 2323
New Orleans, LA 70112

Cynthia W. Antonucci
Harris Beach, LLP
500 5th Avenue
42nd Floor
New York, NY 10110

Marissa Banez
Danahar & Tedford
20 Exchange Place
New York, NA 10005

Robert A. Barrer
Hiscock & Barclay, LLP
500 Financial Plaza
P. O. Box 4878
Syracuse, NY 13221

Andrew Bart
Greenfield, Eisenberg, Stein &
Senior
600 Third Avenue
New York, NY 10016

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Keith Bond
Walsh, Roberts & Grace
400 Rand Building
14 Lafayette Square
Buffalo, NY 14203

Willliam Bradley, III
Akin, Gump, Strauss, Hauer &
Feld
590 Madison Avenue
New York, NY 10022

Arthur D. Bromberg
L'Abbate, Balkan, Colavita &
Contini
Seven Regent Street
Suite 711
Livingston, NY 07039

Carl A. Butler
Leblanc, Tusa & Butler, LLC
2121 Airline Drive
Suite 405
Metairie, LA 70001

Jeffrey J. Calabrese
Harter, Secrest & Emery, LLP
1600 Bausch & Lomb Place
Rochester, NY 14604

Christian C. Casini
Osborn, Reed, Burke & Tobin,
LLP
1 Exchange Street
Suite 400
Rochester, NY 14614

Edward J. Cass
Gallagher, Sharp, Fulton &
Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Paul V. Cassisa, Jr.
Bernard, Cassisa, Elliott & Davis
P. O. Box 1138
Oxford, MS 38655

Paul V. Cassisa, Sr.
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
P. O. Box 55490
Metairie, LA 70055

Bernadette Catalana
Morris & Morris
30 Corporate Woods
Suite 120
Rochester, NY 14623

Frank A. Cecere, Jr.
Ahmuty, Demers & McManus
200 I. U. Willets Avenue
Albertson, NY 11507

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036

Joseph G. Colao
Leader & Berkon
555 Madison Avenue
27th Floor
New York, NY 10022

Jeanne M. Damgen
Nowell, Amorso, Klein, Bierman
155 Polifly Road
Hackensack, NJ 07601

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

| | | |
|---|---|---|
| Jennifer Darger<br>Coblence & Warner<br>415 Madison Avenue<br>New York, NY 10017 | Anna A. DiLonardo<br>L'Abbate, Balkan, Colvita &<br>Contini<br>1050 Franklin Avenue<br>Garden City, NY 11530 | Julianne T. Echols<br>LeBlanc, Tusa & Butler, LLC<br>2121 Airline Drive, Suite 405<br>Metairie, LA 70001 |
| Julie R. Evans<br>Wilson, Elser, Moskowitz,<br>Edelman & Dicker<br>150 East 42nd Street<br>New York, NY 10017 | John J. Fanning<br>Cullen & Dykman<br>177 Montague Street<br>Brooklyn, NY 11201 | Terrance P. Flynn<br>Gibson, McAskill & Crosby<br>69 Delaware Avenue, Suite 900<br>Buffalo, NY 14202 |
| Raymond P. Forceno<br>Forceno & Hannon<br>Philadelphia Bourse Building,<br>Suite 1000<br>Independence Mall East<br>Philadelphia, PA 19106 | Ellen B. Furman<br>Goldfein & Joseph<br>1600 Market Street 33rd Floor<br>Philadelphia, PA 19103 | Alexander Geiger<br>Geiger & Rothenberg<br>45 Exchange Street, Suite 800<br>Rochester, NY 14614 |
| Johanna Gibbon<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102 | Raymond S. Gurak<br>Mattson & Madden<br>33 Blecker Street<br>Milburn, New Jersey 07041 | Susan M. Hansen<br>Brownson & Ballou<br>4800 U.S. Bank Place<br>601 Second Avenue, South<br>Minneapolis, Minnesota 55402 |
| John P. Hooper<br>Edwards & Angell<br>750 Lexington Avenue<br>New York, New York 10022 | Bruce S. Hutner<br>Donohue, Sabo, et al.<br>24 Aviation Road<br>Albany, New York 12212 | Keith Kaplan<br>Calinoff & Katz, LLP<br>750 Lexington Avenue<br>31st Floor<br>New York, New York 10022 |
| Reginald S. Kramer<br>Oldham & Dowling<br>195 South Main Street<br>Suite 300<br>Akron, Ohio 44308 | David C. Landin<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, Virginia 23219 | Rose Langston<br>7450 North McCormick Boulevard<br>Skokie, Illinois 60067 |
| Gene Locks<br>Grietzer & Locks<br>1500 Walnut Street<br>Philadelphia, Pennsylvania 19102 | James Lynch<br>Flemming, Zulack & Williamson<br>One Liberty Plaza<br>35th Floor<br>New York, NY 100056 | Robert C. Malaby<br>Malaby & Carlisle, L.L.C.<br>150 Broadway<br>20th Floor<br>New York, NY 10038 |
| Michael J. Masino<br>Harris Beach, LLP<br>99 Garnsey Road<br>Pittsford, NY 14534 | Timothy M. McCann<br>Coblence & Warner<br>415 Madison Avenue<br>New York, NY 10017 | Charles M. McGiveny<br>McGivney, Kluger & Gannon,<br>P.C.<br>305 Broadway<br>Suite 800<br>New York, NY 10007 |

| | | |
|---|---|---|
| John McGrath<br>Mcmahon, Martine & Gallagher<br>90 Broad Street<br>14th Floor<br>New York, NY 10004 | Mary McIvor<br>Mcmahon, Martine & Gallagher<br>90 Broad Street<br>14th Floor<br>New York, NY 10004 | Kevin T. Merriman<br>Hurwitz & Fine, P.C.<br>1300 Liberty Building<br>Buffalo, NY 14202 |
| Louis J. Micca<br>Boylan, Brown Code, Fowler, et al.<br>2400 Chase Square<br>Rochester, NY 14604 | Ronald L. Motley<br>Ness, Motley, Loadholt, Richardson & Poole<br>28 Bridgeside Boulevard<br>P. O. Box 1792<br>Mt. Pleasant, SC 29465 | Bonnie T. O'Connor<br>786 Ellicott Square Building<br>Buffalo, NY 14203 |
| Richard O'Leary<br>McCarter & English, L.L.P.<br>300 Park Avenue<br>18th Floor<br>New York, NY 10022 | Amalia Pena<br>Smith Abbott, LLP<br>100 Maiden Lane<br>New York, NY 10038 | Glenn E. Pezzulo<br>Culley, Marks, Tanenbaum & Pezzulo<br>36 West Main Street<br>Suite 500<br>Rochester, NY 14614 |
| Daniel P. Purcell<br>Two State Street<br>Suite 1000<br>Rochester, NY 14614 | Francis F. Quinn<br>Lavin, Coleman, O'Neil, Ricci, et al.<br>767 Third Avenue<br>7th Floor<br>New York, NY 10017 | James Rahill<br>Carter, Ledyard & Milburn<br>Two Wall Street<br>New York, NY 10005 |
| John J. Repcheck<br>Marks, O'Neill<br>3200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | John D. Roven<br>John Roven & Associates<br>2190 North Loop West, Suite 410<br>Houston, Texas 77018 | Richard D. Schuster<br>Vorys, Sater, Seymour & Pease, LLP<br>52 East Gay Street<br>P. O. Box 1008<br>Columbus, OH 43216 |
| Thomas F. Segalla<br>Goldberg Segalla, LLP<br>120 Delaware Avenue<br>Suite 500<br>Buffalo, NY 14202 | Neil Selman<br>Selman, Breitman & Burgess<br>11766 Wilshire Boulevard<br>Sixth Floor<br>Los Angeles, CA 90025 | Leslie Mauro Senglaub<br>Harter, Secrest & Emery<br>1600 Bausch & Lomb Place<br>Rochester, NY 14604 |
| Paul F. Slater<br>McCarter & English, L.L.P.<br>300 Park Avenue<br>18th Floor<br>New York, NY 10022 | Joel Slawotsky<br>Rubin, Baum, LLP<br>30 Rockefeller Plaza<br>29th Floor<br>New York, NY 10122 | Lisa L. Smith<br>Phillips, Lytle, Hitchcock, Blaine & Huber<br>3400 HSBC Center<br>Buffalo, NY 14203 |

Carol G. Snider
Damon & Morey
1000 Cathedral Place
298 Main Street
Buffalo, NY  14202

Paul A. Soradato
150 East 52nd Street
Suite 2900
New York, NY  10022

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA  19102

James Stokes
MacKenzie, Smith, Lewis, et al.
P. O. Box 4967
Syracuse, NY  13221

Richard T. Sullivan
Sullivan & Oliverio
600 Main Place Tower
Buffalo, NY  14202

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI  48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

Anne Vogt
Culley, Marks, Tannenbaum & Pezzulo
36 West Main Street
Suite 500
Rochester, NY  14614

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA  52406

James W. Whitcomb
Phillips, Lytle, Hitchcock, Blaine & Huber
3400 HSBC Center
Buffalo, NY  14203

Judith A. Yavitz
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
44th Floor
New York, NY  10020