Sent By: Lipsitz & Ponterio, LLC; 716 849 0708; Feb-26-02 2:44PM; Page 3/4
Case MDL No. 875   Document 3529   Filed 04/26/02   Page 1 of 2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 26 2002

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY :
LITIGATION (NO. VI)              :
                                 :         FILED  FEB 2 0 2002
_____x

This Document Relates to:        :         CIVIL ACTION NO. MDL 875

United States District Court     :
Western District of New York     :
                                 :
Frederick C. MARLETT, dec.,      :
Case No. 91-6261T                :
                                 :
[In the event the above-listed cases:
are multiple plaintiff (victim)  :
actions, this transfer is for the :
above-named party only, or said  :
party's representative, and any  :
spousal or dependent actions.]   :
_____x


SUGGESTION OF REMAND


THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Western District of New York, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since one defendant only remains for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are

MDL- 875
RECOMMENDED ACTION
Approved/Date: CRO 9/15

PLEADING NO. 3529
IMAGED APR 29 '02
OFFICIAL FILE COPY

hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Western District of New York for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 2/19/2002

Charles R. Weiner    J.

ENTERED
FEB 21 2002
CLERK OF COURT