MDL 875

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 19 2002  APR 29 2002

FILED
CLERK, US DISTRICT COURT'S OFFICE
CELEBRATING 100 YEARS OF SERVICE
TO WESTERN NEW YORK

KEITH D. SCHENDEL, Executor of the
Estate of DONALD SCHENDEL, Deceased,
and LINDA S. SCHENDEL, Executrix of
the Estate of DONALD SCHENDEL, Deceased

Plaintiffs,

vs.

A.P. GREEN INDUSTRIES, INC., et al.,

**STIPULATED ORDER**

01CV0892

IT IS HEREBY STIUPULATED between counsel for the plaintiff, Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, (Joseph T. Kremer, Esq.), and counsel for TODD PACIFIC SHIPYARDS, a subsidiary of TODD SHIPYARDS CORPORATION, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, (Erik C. DiMarco Esq.), that the within action is hereby remanded to the State of New York Supreme Court, County of Erie, Index Number 12000/155.

DATED:   Buffalo, NY
         April 9, 2002

LIPSITZ, GREEN, FAHRINGER, ROLL,
SALISBURY & CAMBRIA LLP

_____
Joseph T. Kremer, Esq.
Attorneys for Plaintiff
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

WILSON,   ELSER,   MOSKOWITZ,
EDELMAN & DICKER LLP

_____
Erik C. DiMarco, Esq.
Attorneys for Defendant
Todd Shipyards, Inc.
150 East 42nd Street
New York, NY 10017-5639

SO ORDERED:

_____
HON. RICHARD J. ARCARA
UNITED STATES DISTRICT COURT JUDGE

April 19, 2002

**OFFICIAL FILE COPY**    IMAGED MAY 1 '02

RECEIVED
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
2002 APR 26 P 3 30

PLEADING NO. 3531

RECOMMENDED ACTION
VACATE CTO-210 + HSO -- / ACTION
Approved/Date: [signature] 4/29/02