

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 29 2002

FILED
CLERK'S OFFICE

DOCKET NO. 875

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*Keith D. Schendel, et al. v. A.P. Green Industries, Inc., et al.*, W.D. New York, C.A. No. 1:01-892

## ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE MAY 30, 2002 HEARING SESSION

A conditional transfer order was filed in this action (*Schendel*) on February 8, 2002. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Schendel* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. *Schendel* was then remanded to the State of New York Supreme Court, County of Erie, by the Honorable Richard J. Arcara in an order filed on April 19, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-210" filed on February 8, 2002, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 16, 2002, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

**OFFICIAL FILE COPY**

IMAGED MAY 1 '02