UNITED STATES OF AMERICA
DISTRICT OF NEVADA

NICCA MATTEUCCI GETTO )
)
    Plaintiff, )
vs. ) CV-S-00-1404-RLH(RJJ)
) ~~00-1379-KJD(LRL)~~
AIRCRAFT BRAKING SYSTEMS, et al )
) MINUTES OF THE COURT
) DATED: January 10, 2001
    Defendants )
_____)

**FILED JAN 10 2001 CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA BY ___ DEPUTY**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION MAY - 1 2002 FILED CLERK'S OFFICE**

**PRESENT**
THE HONORABLE **HOWARD D. McKIBBEN** UNITED STATES DISTRICT JUDGE

**DEPUTY CLERK** FAYE MCMILLAN    **REPORTER** N/A

**COUNSEL FOR PLAINTIFF(S)** N/A

**COUNSEL FOR DEFENDANTS(S)** N/A

**MINUTE ORDER IN CHAMBERS:**

With good cause appearing,

IT IS ORDERED that this action is hereby reassigned to the Honorable KENT J. DAWSON and MAGISTRATE/JUDGE LAWERENCE R. LEAVITT for all further proceedings.

IT IS FURTHER ORDERED that the Clerk shall remove all documents from this file (CV-S-00-1404-KJD(LRL); and the Clerk shall file and redocket the documents in case -NICCA MATTEUCCI GETTO, et al vs. THE FLINTKOTE CO., et al, - CV-S-00-1379-KJD(LRL). All further documents shall be filed and docketed in CV-S-00-1379-KJD(LRL).

IT IS FURTHER ORDERED that the Clerk shall administratively close case CV-S-00-1404-KJD(LRL).

The Clerk of Court is directed to change the file and docket to reflect this reassignment.

LANCE S. WILSON, CLERK

MDL- 875
RECOMMENDED ACTION
BY: _____
    Deputy Clerk

VACATE CTO-187 -- 1 ACTION
Approved/Date: _____

**OFFICIAL FILE COPY**

**IMAGED MAY 2 '02**

TOTAL P.02