JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 1 2002

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*Nicca Matteucci Getto, et al. v. Aircraft Braking Systems Corp., et al.*, D. Nevada, C.A. No. 2:00-1404

### *ORDER VACATING CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in this action (*Getto*) on January 10, 2001. In the absence of any opposition, the conditional transfer order was finalized with respect to *Getto* on January 26, 2001. The Panel has now been advised, however, that *Getto* was dismissed and closed in the District of Nevada pursuant to a minute order filed on January 10, 2001.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-187" filed on January 10, 2001, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel