JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 2 2002

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Charles E. Davis and Kay P. Davis v. ACandS, Inc., et al.*, D. South Carolina, C/A No. 2:02-0051
*Frank Huff, Jr. and Ida Huff v. ACandS, Inc., et al.*, D. South Carolina, C/A No. 2:02-0016
*Leon J. Smith and Lana B. Smith v. ACandS, Inc., et al.*, D. South Carolina, C/A No. 2:02-0017
*James E. Snead and Matilda A. Snead v. ACandS, Inc., et al.*, D. South Carolina, C/A No. 2:02-0173

MOTION TO VACATE CONDITIONAL TRANSFER ORDER
AND BRIEF IN SUPPORT THEREOF

Pursuant to Rule 12(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the plaintiffs hereby move to vacate the Conditional Transfer Order entered by the Clerk of the Panel on April 3, 2002, transferring these actions to the U.S. District Court for the Eastern District of Pennsylvania (MDL Docket No. 875) previously designated as the transferee district court for actions alleging asbestos related personal injury. Plaintiffs aver as follows in support of this motion.

2. The plaintiffs bring claims for asbestos-related injuries against a number of defendants including a South Carolina corporation previously engaged in the distribution of asbestos-containing products.

3. The defendants contend that the U.S. District Court has jurisdiction over these cases pursuant to diversity jurisdiction (28 USC §1332).

4. The plaintiffs have filed a Motion with the U.S. Court for the District of South Carolina to remand the action to State Court based upon the belief that the Motion for Removal is procedurally defective under 28 USC § 1446(a) and (b).

5. The plaintiffs contend that the U.S. District Court for the District of South Carolina is best suited to decide the Motion to Remand and that, therefore, these cases should remain in South Carolina until such time as the Motion has been resolved.

OFFICIAL FILE COPY IMAGED MAY 5 '02

6.  The plaintiffs further submit the accompanying brief in support of this Motion.

THEREFORE, for the foregoing reasons, the plaintiffs respectfully move the Panel to vacate the Conditional Transfer Order previously entered by the Clerk of the Panel on April 3, 2002.

Respectfully submitted,

NESS, MOTLEY, P. A.

By: *V. Brian Bevon* (signature)
V. Brian Bevon, Esquire
Federal Court ID No. 6425
28 Bridgeside Blvd.
Post Office Box 1792
Mt. Pleasant, SC 29465
(843) 216-9000

ATTORNEYS FOR PLAINTIFF

April 29, 2002
Charleston, South Carolina

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 2 2002

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

BRIEF IN SUPPORT OF
MOTION TO VACATE CONDITIONAL TRANSFER ORDER
PURSUANT TO RULE 10 OF THE RULES OF PROCEDURE
OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*Charles E. Davis and Kay P. Davis v. ACandS, Inc., et al.*, D. South Carolina, C/A No. 2:02-0051
*Frank Huff, Jr. and Ida Huff v. ACandS, Inc., et al.*, D. South Carolina, C/A No. 2:02-0016
*Leon J. Smith and Lana B. Smith v. ACandS, Inc., et al.*, D. South Carolina, C/A No. 2:02-0017
*James E. Snead and Matilda A. Snead v. ACandS, Inc., et al.*, D. South Carolina, C/A No. 2:02-0173

The plaintiff submits the instant brief in support of his Motion to Vacate the Conditional Transfer Order entered by the Clerk on the Panel on April 3, 2002. The Plaintiffs contend that removal is defective because the Defendants failed to comply with the procedural requirements of 28 USC §1446. In particular, not all of the Defendants filed pleadings consenting to the removal within the thirty (30) day period prescribed in 28 USC § 1446(b).

As the Panel is aware, asbestos personal injury actions in Federal Court are automatically transferred to the Eastern District of Pennsylvania, Judge Charles R. Weiner, for proceedings under the Rules of the Judicial Panel on Multidistrict Litigation. (MDL Docket-No.875).

In a previous case against Owens-Corning Fiberglas Corporation, one of the defendants to these actions, the Court held

> The purpose of the MDL Panels' referring of asbestos cases to Judge Weiner was not to make one Judge rule on the various difficult issues that might come up on different factual contexts. Rather, cases are supposed to be referred to Judge Weiner for determination of issues common to asbestos litigation. To force difficult and fact-sensitive jurisdictional issues from all types of cases onto

> one Court would impossibly overburden that Court and not serve the goal of efficiency that underlies the MDL Program.
>
> Thus this Court refuses to defer on this motion to remand and elects to address the merits.

Viala v. Owens-Corning Fiberglas Corp., 1994 WL 139287 (N.D. Cal.) at pp. 1-2.

Like Viala, the transferor court in South Carolina is in the best position to rule on the issue of whether the Defendants complied with the procedural requirements of 28 USC § 1446.

Respectfully submitted,

NESS, MOTLEY, P. A.

By: _V. Brian Bevon_____
V. Brian Bevon, Esquire
Federal Court ID No. 6425
28 Bridgeside Blvd.
Post Office Box 1792
Mt. Pleasant, SC 29465
(843) 216-9000

ATTORNEYS FOR PLAINTIFF

April 29, 2002
Charleston, South Carolina

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 2 2002

FILED
CLERK'S OFFICE

*Charles E. Davis and Kay P. Davis v. ACandS, Inc., et al.,* D. South Carolina, C/A No. 2:02-0051
*Frank Huff, Jr. and Ida Huff v. ACandS, Inc., et al.,* D. South Carolina, C/A No. 2:02-0016
*Leon J. Smith and Lana B. Smith v. ACandS, Inc., et al.,* D. South Carolina, C/A No. 2:02-00
*James E. Snead and Matilda A. Snead v. ACandS, Inc., et al.,* D. South Carolina, C/A No. 2:02-0173

### CERTIFICATE OF SERVICE

I do hereby certify that on the 1st day of May, 2002, a copy of the foregoing was sent by via Federal Express to Mr. Michael J. Beck, Clerk of the Panel, One Columbus Circle, NE, Thurgood Marshall Federal Judiciary Building, Room G-255, North Lobby, Washington, DC 20002-8004 and was placed in an envelope, with first-class postage thereon prepaid, and mailed to the attorneys as shown on the attached Panel Service List.

Polly McGillivray
Legal Asst. to V. Brian Bevon

RECEIVED CLERK'S OFFICE
2002 MAY -2 A 10: 31
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## PANEL SERVICE LIST (Excerpted from CTO-211)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Frank Huff, Jr., et al. v. ACandS, Inc., et al.*, D. South Carolina, C.A. No. 2:02-16
*Leon J. Smith, et al. v. ACandS, Inc., et al.*, D. South Carolina, C.A. No. 2:02-17
*Charles E. Davis, et al. v. ACandS, Inc., et al.*, D. South Carolina, C.A. No. 2:02-51
*James E. Snead, et al. v. ACandS, Inc., et al.*, D. South Carolina, C.A. No. 2:02-173

V. Brian Bevon
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

William T. Causby
Nelson, Mullins, Riley & Scarborough, LLP
Keenan Building, 3rd Floor
1330 Lady Street
P.O. Box 11070
Columbia, SC 29211

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

William S. Davies, Jr.
Nelson, Mullins, Riley & Scarborough, LLP
1330 Lady Street
Keenan Building, 3rd Floor
P.O. Box 11070
Columbia, SC 29211

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

James B. Pressly, Jr.
Haynsworth Sinkler Boyd
75 Beattie Place, 11th Floor
P.O. Box 2048
Greenville, SC 29602

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Trudy Hartzog Robertson
Moore & Van Allen, PLLC
P.O. Box 22828
Charleston, SC 29413

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James D. Gandy, III, Esq.
Pierce, Herns, Sloan & McLeod
PO Box 22437
Charleston, SC 29413

Mark Hedderman Wall
Ogletree, Deakins, Nash, Smoak & Stewart
P.O. Box 1808
Charleston, SC 29402

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

C. Michael Evert
Evert & Weathersby, LLC
3405 Piedmont Rd., Suite 225
Atlanta, GA 30305

Charles J. Cole
Rolfe M. Martin
Owen, Gleaton, Egan, Jones & Sweeney
230 Peachtree St., NW
Suite 1900
Atlanta, GA 30303

H. Lee Davis, Esq.
Davis & Hamrick, LLP
PO Box 20039
Winston-Salem, NC 27120-0039

Andrew S. Halio, Esq.
Halio & Halio
13 N. Adgers Wharf, Box 747
Charleston, SC 29402-0747

Timothy W. Bouch, Esq.
Bouch & Crawford
PO Box 59
Charleston, SC 29402