JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 6 2002

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:  **ASBESTOS PRODUCTS**
        **LIABILITY LITIGATION**               :
                                                :
                                                :
_____:
                                                :
**This Document Relates To:**                   :
                                                :
**KAREN JESENSKY,**                             :
                                                :
                    **Plaintiff,**              :
                                                :
**v.**                                          :**CIVIL ACTION NO: MDL 875**
                                                :
**A-BEST PRODUCTS CO., et al.**                 :
                                                :
                    **Defendants.**             :
                                                :
**U.S.D.C. FOR THE WESTERN DISTRICT OF**        :
**PENNSYLVANIA**                                :
                                                :
**C.A. No. 96-680**                             :
                                                :
                                                :
_____:

## DEFENDANT DUQUESNE LIGHT COMPANY'S
## MOTION TO VACATE CONDITIONAL REMAND ORDER

Comes Now, Defendant Duquesne Light Company, by and through the undersigned

counsel, and moves this honorable Court pursuant to 199 F.R.D. 425, 436-38 (2001) to vacate

the conditional remand order entered by this Court April 4, 2002.

The purpose of the judicial panel on multidistrict litigation is to promote the just and

efficient conduct of actions involving one or more questions of fact pending in different districts.

See 28 U.S.C. §1407 (2001). Transferring the above-referenced case prior to the completion of

pretrial proceedings would be detrimental to the parties involved, and will lead to conflict and

duplication in discovery and other pretrial proceedings.

IMAGED MAY 8 '02       OFFICIAL FILE COPY

WHEREFORE, for the foregoing reasons, the conditional remand order entered in this case should be vacated.

This Court's attention is directed to the memorandum of law in support of this motion and filed contemporaneously herewith.

Dated: May 3 , 2002                              RESPECTFULLY SUBMITTED,


Cathy R. Gordon, Esq.  (PA I.D. #56728)
DICKIE, McCAMEY & CHILCOTE, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402
(412) 281-7272


Attorneys for Defendant,
DUQUESNE LIGHT COMPANY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 6 2002

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE:    **ASBESTOS PRODUCTS**<br>    **LIABILITY LITIGATION** | : |
| | : |
| | : |
| | : |
| **This Document Relates To:** | : |
| | : |
| **KAREN JESENSKY,** | : |
| | : |
|         **Plaintiff,** | : |
| | : |
| **v.** | :**CIVIL ACTION NO: MDL 875** |
| | : |
| **A-BEST PRODUCTS CO., et al.** | : |
| | : |
|         **Defendants.** | : |
| | : |
| **U.S.D.C. FOR THE WESTERN DISTRICT OF**<br>**PENNSYLVANIA** | : |
| | : |
| | : |
| **C.A. No. 96-680** | : |
| | : |
| | : |

## DEFENDANT DUQUESNE LIGHT COMPANY'S MEMORANDUM OF
## LAW IN SUPPORT OF MOTION TO VACATE CONDITIONAL REMAND ORDER

Comes Now, Defendant Duquesne Light Company, hereinafter Duquesne Light, by and

through counsel, and moves this honorable Court to grant its Motion to Vacate Conditional

Remand Order because the pretrial proceedings have not been completed and remanding the case

back to the United States District Court for the Western District of Pennsylvania will cause

conflict and duplication in discovery and other pretrial proceedings.

    I.    **Statement of Facts**

On January 9, 1996, Plaintiff brought a personal injury action in the Court of Common

Pleas of Allegheny County, Pennsylvania against multiple companies alleged to be responsible

for exposing her father, and consequently exposing her, to asbestos.  One of those companies was Duquesne Light.

On April 11, 1996, Duquesne Light removed the above-referenced case to the United States District Court for the Western District of Pennsylvania pursuant to 28 U.S.C. §1442. Subsequently, on July 24, 1996, this case was transferred to the Judicial Panel on Multidistrict Litigation to the United States District Court for the Eastern District of Pennsylvania, and assigned to the Honorable Charles R. Weiner for consolidated pretrial proceedings.  Despite the fact that virtually no pretrial proceedings have taken place since the case was transferred to the Judicial Panel on Multidistrict Litigation, this Court entered a conditional order remanding this case back to the Western District of Pennsylvania on April 4, 2002.  Duquesne Light filed a Notice of Opposition to the Conditional Remand Order on April 19, 2002, pursuant to 199 F.R.D. 425, 436-38 (2001).

**II.**   **Argument**

Section 1407 of the United States Code provides that, "When civil actions involving one or more common questions of fact are pending in different districts, such actions may be transferred to any district for coordinated or consolidated pretrial proceedings.  Such transfers shall be made by the judicial panel on multidistrict litigation authorized by this section upon its determination that transfers for such proceedings will be for the convenience of the parties and will promote the just and efficient conduct of such actions."  Further, in noting the purpose behind §1407, congress stated, "'The objective of the legislation is to provide centralized management under court supervision of pretrial proceedings of multidistrict litigation to assure the 'just and efficient' conduct of such actions.  The committee believes that the possibility for

2

conflict and duplication in discovery and other pretrial procedures can be avoided or minimized by such centralized management.'" In Re Multidistrict Private Treble Damage Litigation Involving Library Editions of Children's Books, 297 F.Supp. 385, 386 (1968), *quoting* U.S. Code Cong. & Adm. News, 90th Cong., 2d Sess., p. 1051 (No. 4, June 5, 1968).

The case at hand was transferred on July 24, 1996, to Judicial Panel on Multidistrict Litigation to the United States District Court for the Eastern District of Pennsylvania, for consolidated pretrial proceedings. However, since that time, discovery and other pretrial matters, including the filing and disposition of summary judgment motions has been suspended. Except for limited discovery conducted by agreement of the parties, no pretrial work has been performed since April 1996. Additionally, at the only settlement conference held on April 10, 2001, counsel for Plaintiff, David Rodes appeared, but had no authority to settle with any defendants on her behalf. Simply put, the case is not ready to be remanded back to the Western District for trial.

To remand this case prior to the completion of the pretrial proceedings would be detrimental to the parties. Specifically, because discovery has not been completed, a remand at this point, will cause witnesses involved in the litigation to be deposed multiple times. Further, because motions for summary judgment are pending, a remand now could cause inconsistent rulings on said motions. As such, Defendant Duqesne Light moves this honorable Court to vacate its Conditional Remand Order so that the parties may complete pretrial discovery.

3

Dated: May 3 , 2002                    RESPECTFULLY SUBMITTED,


Cathy R. Gordon, Esq.  (PA I.D. #56728)
DICKIE, McCAMEY & CHILCOTE, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402
(412) 281-7272


Attorneys for Defendant,
DUQUESNE LIGHT COMPANY

4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 6 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing

**DEFENDANT DUQUESNE LIGHT COMPANY'S MOTION TO VACATE**

**CONDITIONAL REMAND ORDER AND MEMORANDUM OF LAW IN SUPPORT**

**THEREOF** has been served via first class mail, postage prepaid to Plaintiffs' counsel listed

below with notice of the filing served upon all other counsel of record and the Judicial Panel of

Multi-District Litigation (see service lists attached hereto) by first class mail, postage prepaid,

this $3rd$ day of May, 2002.

Janice M. Savinis, Esq.
GOLDBERG, PERSKY, JENNINGS & WHITE, P.C.
1030 Fifth Avenue
Pittsburgh, PA 15219
*Counsel for Plaintiffs*

DICKIE, McCAMEY & CHILCOTE, P.C.

By _Cathy R. Gordon /alw_
    Cathy R. Gordon, Esquire

Attorneys for Defendant,
DUQUESNE LIGHT COMPANY

5



RE:  Karen Jesensky, et vir. v. A-Best Products Co., et al.;
U.S. District Court for the Western District of Pennsylvania, No. CV-96-680;
MDL Docket No. 875

## Defense Counsel Service List

Wendell B. Alcorn, Jr., Esquire
Attorney at Law
1201 Pennsylvania Avenue, N.W.
Suite 300 PMB 300
Washington, DC  20004

Christopher A. Beck, Esquire
ISRAEL, WOOD & PUNTIL, P.C.
Suite 501, Grant Building
310 Grant Street
Pittsburgh, PA  15219

Michael R. Bucci, Jr., Esquire
THORP REED & ARMSTRONG
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA  15219-1425

Kathy Condo, Esquire
REED, SMITH, SHAW & McCLAY
P.O. Box 2009
Pittsburgh, PA  15230

Leo Gerard Daly, Esquire
GROGAN, GRAFFAM, McGINLEY & LUCCHINO
Three Gateway Center, 22nd Floor
Pittsburgh, PA  15222-1009

Ronald W. DiLeo, Esquire
PENNELL, JENKINS, ROBINSON & WOLFE
756 Public Ledger Building
150 S. Independence Mall West
Philadelphia, PA  19106

A. L. Emch, Esquire
JACKSON & KELLY
1800 Laidley Tower
P. O. Box 553
Charleston, WV  25322

Eric K. Falk, Esquire
DAVIES, McFARLAND & CARROLL, P.C.
The Tenth Floor, One Gateway Center
Pittsburgh, PA  15222-1416

Nora Barry Fischer, Esquire
PIETRAGALLO, BOSICK & GORDON
One Oxford Centre, 38th Floor
Pittsburgh, PA  15219

Gregory L. Fitzpatrick, Esquire
MARGOLIS EDELSTEIN
1500 Grant Building
Pittsburgh, PA  15219-2203

Dale K. Forsythe, Esquire
WAYMAN, IRVIN & McAULEY
1624 Frick Building
Pittsburgh, PA  15219

Anne D. Harman, Esquire
BAILEY, RILEY, BUCH & HARMAN
Riley Building, Suite 900
P. O. Box 631
Wheeling, WV  26003-0081

Michael D. Heintzman, Esquire
HEINTZMAN, WARREN & WISE, P.C.
3500 Gulf Tower
Pittsburgh, PA  15219

Howard Hilner, Esquire
DAVIES, McFARLAND & CARROLL
10th Floor, One Gateway Center
Pittsburgh, PA  15222

Eric L. Horne, Esquire
ECKERT, SEAMANS, CHERIN & MELLOTT
4200 USX Tower
Pittsburgh, PA  15219

Kathryn A. Johnston, Esquire
REED, LUCE, TOSH, McGREGOR & WOLFORD
804 Turnpike Street
Beaver, PA  15009

Evamarie Konow, Esquire
123 South Broad Street
Suite 2070
Philadelphia, PA  19109

Monica Maghrak, Esquire
MURPHY TAYLOR, P.C.
326 Third Avenue
Pittsburgh, PA 15222

Joni M. Mangino, Esquire
ZIMMER KUNZ, P.C.
3300 USX Tower
Pittsburgh, PA  15219-2702

Patrick L. Mechas, Esquire
BURNS, WHITE & HICKTON
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA  15222-3001

Joseph M. O'Neill, Esquire
MARKS, O'NEILL, REILLY, O'BRIEN & COURTNEY, P.C.
1880 John F. Kennedy Boulevard
Suite 1200
Philadelphia, PA  19013

John J. Repcheck, Esquire
MARKS, O'NEILL, REILLY, O'BRIEN & COURTNEY, P.C.
3200 Gulf Tower
Pittsburgh, PA  15219

Patrick R. Riley, Esquire
RILEY, McNULTY, HEWITT & SWEITZER
650 Washington Road, Suite 300
Pittsburgh, PA  15228-2702

Kenneth S. Robb, Esquire
1080 Long Run Road
McKeesport, PA  15132

Concetta A. Silvaggio, Esquire
WILLMAN & ARNOLD
705 McKnight Park Drive
Pittsburgh, PA  15237

Daniel J. Sinclair, Esquire
SWENSEN, PERER & KONTOS
Two PNC Plaza
Suite 2710
Pittsburgh, PA  15222

George N. Stewart, Esquire
ZIMMER KUNZ, P.C.
3300 USX Tower
Pittsburgh, PA  15219

Kevin C. Tierney, Esquire
TIERNEY LAW OFFICES
123 South Broad Street
Suite 2070
Philadelphia, PA  19109

Paul K. Vey, Esquire
PIETRAGALLO, BOSICK & GORDON
3800 One Oxford Centre
Pittsburgh, PA  15219

Karen E. Chilcote, Esquire
ROBB, LEONARD & MULVIHILL
2300 One Mellon Bank Center
Pittsburgh, PA  15219

Jonathan Wheeler, Esquire
Fifteenth Floor
100 North 17th Street
Philadelphia, PA  19103

Gary E. Wieczorek, Esquire
TUCKER, ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA  15222

Matthew Wimer, Esquire
WIMER LAW OFFICES, P.C.
655 Allegheny Avenue
Oakmont, PA  15139

Dennis F. Wolford, Esquire
REED, LUCE, TOSH, McGREGOR & WOLFORD
804 Turnpike Street
Beaver, PA  15009

## PANEL SERVICE LIST
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Karen Jesensky, et al. v. A-Best Products Co., et al.*, E.D. Pennsylvania (W.D. Pennsylvania C.A. No. 2:96-680)

L. J. Argento
Dickie, McCamey & Chilcote, P.C.
Two PPG Place
Suite 400
Pittsburgh, PA 15222

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Ralph Davies
1 Gateway Center
10th Floor
Pittsburgh, PA 15222

A. L. Emch
Jackson & Kelly
P.O. Box 553
1600 Laidley Tower
Charleston, WV 25322

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Dale K. Forsythe
Wayman, Irvin & McAuley
Frick Building, Suite 1624
Pittsburgh, PA 15219

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Theodore Goldberg
Goldberg, Persky, Jennings & White
1030 Fifth Avenue
Pittsburgh, PA 15219

Cathy R. Gordon
Dickie, McCamey & Chilcote, P.C.
Two PPG Place
Suite 400
Pittsburgh, PA 15222

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Anne D. Harman
Bailey, Riley, Buch & Harman
P.O. Box 631
Wheeling, WV 26003

Kathryn A. Johnston
Reed, Luce, Tosh, Wolford & Douglas
804 Turnpike Street
Beaver, PA 15009

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

PANEL SERVICE LIST (Cont.) MDL-875                                       PAGE 2

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Monica Maghrak
Murphy, Taylor, Trout & Chestke, P.C.
326 Third Avenue
Pittsburgh, PA 15222

Joni M. Mangino
600 Grant Street
3300 USX Tower
Pittsburgh, PA 15219

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Polley
Two PPG Place
Suite 400
Pittsburgh, PA 15222

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

David F. Ryan
Marshall, Dennehey, Warner, Coleman & Goggin
USX Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Gary E. Wieczorek
Tucker, Arsenberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

R. Kenneth Willman
Willman & Arnold
705 McKnight Park Drive
Pittsburgh, PA 15237