## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*John B. Berning, et al. v. A.P. Green Industries, Inc., et al.*, N.D. California,
C.A. No. 3:01-4164

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Berning*) on April 25, 2002. The Panel has now been advised that *Berning* was remanded to the Superior Court of the State of California in and for the County of San Francisco, Department 318, by the Honorable Maria-Elena James in an order filed on November 20, 2001.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-212" filed on April 25, 2002, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel