JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 10 2002

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL DOCKET No. 875**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

| | |
|---|---|
| RONALD L. HUBER, WILLIAM J. AIRGOOD, ANTHONY DeFABBO, JOHN DINIO, ERNEST GISHNOCK, JOHN BIDLENSCIK, HILMA MULLINS and WILLIAM DEEM, individually and on behalf of those similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>ROBERT G. TAYLOR, II; ROBERT G. TAYLOR, II P.C.; CLETUS P. ERNSTER III; GEORGE E. CIRE, Jr.; J. ROBERT DAVIS, Jr.; TAYLOR & CIRE; TAYLOR, DAVIS & ERNSTER P.C.; TAYLOR & ERNSTER P.C; ROBERT A. PRITCHARD; CHRISTOPHER FITZGERALD; LAW OFFICES OF ROBERT A. PRITCHARD; PRITCHARD LAW FIRM, PLLC; JOSEPH B. COX, Jr.; JOSEPH B. COX, Jr. P.C. and COX AND COX, L.L.P.,<br><br>          Defendants. | No. 02-0304 (W.D. Pa.)<br>CLASS ACTION<br>(Judge Donald J. Lee) |

PLEADING NO. 3540

RECEIVED
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
2002 MAY -9 P 2:24

## NOTICE OF OPPOSITION

Notice is hereby given, pursuant to the Panel's April 25, 2002 Conditional Transfer Order, that Plaintiffs oppose transfer of Civil Action No. 02-0304 from the United States District Court for the Western District of Pennsylvania to the United States

OFFICIAL FILE COPY    IMAGED MAY 14 '02

District Court for the Eastern District of Pennsylvania.

Dated: May 9, 2002
      New York, New York

                                    Respectfully submitted,

                                    By: _____
                                           Joseph D. Pope
                                           Samantha L. Southall
                                           Correne S. Kristiansen
                                 KRONISH LIEB WEINER &
                                    HELLMAN LLP
                               1114 Avenue of the Americas
                               New York, New York 10036
                               (212) 479-6000

                               Carol A. Mager
                               Marjory P. Albee
                               MAGER & WHITE, P.C.
                               One Liberty Place, 44th Floor
                               1650 Market Street
                               Philadelphia, Pennsylvania 19103
                               (215) 569-6924

                               Alisa Carr
                               DORNISH & SCOLIERI
                               Allegheny Building, Suite 1100
                               429 Forbes Avenue
                               Pittsburgh, Pennsylvania 15219
                               (412) 765-2726

## CERTIFICATE OF SERVICE

I, Samantha L. Southall, hereby certify that on May 9, 2000, I caused a copy of the foregoing Notice of Opposition by first class mail, postage paid, upon the counsel identified on Schedule A and upon the Clerk of the Court for the United States District Court for the Western District of Pennsylvania, United States Post Office and Court House, 7th Avenue and Grant Streets, Pittsburgh, Pennsylvania 15219.

Samantha L. Southall

SCHEDULE A

S. Douglas Adkins
Mundy & Adkins
P.O. Box 2986
Huntington, WV 25728

Laurie K. Anger
Morgenstein & Jubelirer
Spear Street Tower, 32nd Floor
One Market Plaza
San Francisco, CA 94105

Jay Michael Barber
Ogletree, Deakins, Nash, Smoak & Stewart
600 Peachtree Street, N.E.
Suite 2100
Atlanta, GA 30308

David A. Barfield
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207

Kenneth M. Barre, Jr.
Swift, Currie, McGhee & Heirs
300 The Peachtree
1355 Peachtree Street, N.E.
Atlanta, GA 30309

Joseph S. Beeson
Robinson & McElwee
P.O. Box 1791
Charleston, WV 25326

Joseph J. Bellew
Cozen & O'Connor
The Atrium, Third Floor
1900 Market Street
Philadelphia, PA 19103

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Rita M. Biser
Kay Casto & Chaney
P.O. Box 2031
Charleston, WV 25327

Michael J. Del Giudice
1219 Virginia Street, East
Suite 100
Charleston, WV 25301

Leslie J. Bobo
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225

John M. Brant
Rodey, Dickason, Sloan, Akin & Robb
P.O. Box 1888
Albuquerque, NM 87103

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Pascagoula, MS 39533

Whitney C. Buchanan
Whitney Buchanan, P.C.
3200 Monte Vista Blvd., N.E.
Albuquerque, NM 87106

Lawrence E. Butler
Seyfarth, Shaw, Fairweather & Geraldson
101 California Street
Suite 2900
San Francisco, CA 94111

Isaac K. Byrd, Jr.
Byrd & Associates
P.O. Box 19
Jackson, MS 39205

Kenneth S. Canfield
Doffermyre, Shields, Canfield, Knowles & Devine
1600 The Peachtree
1355 Peachtree Street, N.E.
Atlanta, GA 30309

Alisa N. Carr
Dornish & Scolieri
429 Forbes Avenue
Allegheny Building, Suite 1100
Pittsburgh, PA 15219

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60607

Eric K. Falk
Davies, McFarland & Carroll
One Gateway Center, Tenth Floor
Pittsburgh, PA 15222

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Paul V. Cassisa, Jr.
Bernard, Cassisa, Elliott & Davis
P.O. Box 1138
Oxford, MS 38655

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David W. Clark
Bradley, Arant, Rose & White
188 East Capitol Street, Suite 450
P.O. Box 1789
Jackson, MS 39215

J. P. Coleman
Baker, Donelson, Bearman & Caldwell
P.O. Box 14167
Jackson, MS 39236

Ronald D. Collins
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225

Kaye N. Courington
Duncan & Courington, L.L.C.
322 Lafayette Street
New Orleans, LA 70130

Taylor T. Daly
Nelson, Mullins, Riley & Scarborough
999 Peachtree Street, N.E.
1400 First Union Plaza
Atlanta, GA 30309

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Robert L. Gibbs
Brunini, Grantham, Grower & Hewes
248 East Capitol Street
P.O. Box 119
Jackson, MS 39205

05/09/02 THU 14:19 FAX 2124796536   KRONISH LIEB WEINER   ☒006

## SCHEDULE A

Thomas C. DeLorenzo
Marshall, Dennehey, Warner, Coleman & Goggin
1845 Walnut Street, 17th Floor
Philadelphia, PA 19103

J. Tyler Dinsmore
Flaherty, Sensabaugh & Bonasso
P.O. Box 3843
Charleston, WV 25338

David W. Dogan, III
Dogan & Wilkinson
P.O. Box 23062
Jackson, MS 39225

David R. Donadio
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Thomas F. Dougall
Bowers, Orr & Dougall, LLP
8910 Two Notch Road
Suite 400
Columbia, SC 29223

Margaret A. Droppleman
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308

David Duke
Duke Law Firm
201 East Abram, Suite 760
Arlington, TX 76010

Stephen B. Evans
Deeba, Sauter, et al.
3415 Hampton Avenue
St. Louis, MO 63139

C. Michael Evert, Jr.
Evert & Weathersby
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Raymond P. Harris, Jr.
Whittenburg & Schachter, PC
Plaza of the Americas, Suite 2300
600 North Pearl Street, LB 133
Dallas, TX 75201

Scott A. Farrow
Troutman Sanders, L.L.P.
5200 Nationsbank Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308

Ralph A. Finizio
Houston & Harbaugh
Two Chatham Center
12th Floor
Pittsburgh, PA 15219

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Richard L. Forman
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225

Stephen M. Fowler
Pullin, Knopf, Fowler & Flanagan
Bank One Center, Suite 1000
707 Virginia Street, East
Charleston, WV 25301

Lois A. Frankforter
Law Offices of Michael Brodinsky
2750 Dixwell Avenue
P.O. Box 187289
Hamden, CT 06518

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Mark W. Garriga
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

Richard L. Lancianese
Baker, Lancianese, et al.
Third Floor, River Tower
1108 Third Avenue, Suite 300
Huntington, WV 25701

John A. Gilleland
Love, Willingham, Pefers, Gilleland & Monyak
NationsBank Plaza, Suite 2200
600 Peachtree Street, N.E.
Atlanta, GA 30308

Richard S. Glasser
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

William F. Goodman, III
Watkins & Eager
P.O. Box 650
Jackson, MS 39205

William N. Graham
Aultman, Tyner, McNeese & Ruffin
P.O. Drawer 750
Hattiesburg, MS 39403

Marc C. Greco
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

David A. Handley
Smith, Gambrell & Russell
Promenade II, Suite 3100
1230 Peachtree, N.E.
Atlanta, GA 30309

Dean A. Hanley
Paul & Hanley, LLP
4905 Central Avenue
Suite 200
Richmond, CA 94804

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

James J. MacCallum
Shaffer & Shaffer
330 State Street
P.O. Box 38
Madison, WV 25130

Carol A. Mager
Mager & White, P.C.
1650 Market Street
One Liberty Place, 44th Floor
Philadelphia, PA 19103

SCHEDULE A

Ollie M. Harton
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308

William D. Harvard
Blasingame, Burch, Garrard, Bryant
& Ashley
P.O. Box 832
Athens, GA 30603

John L. Hill, Jr.
Locke Liddell & Sapp, LLP
3400 Texas Commerce Tower
600 Travis Street
Houston, TX 77002

John H. Holloman, III
Atkins, Ludlam, Winter & Stennis
P.O. Box 427
Jackson, MS 39205

Eric M. James
Spilman, Thomas & Battle
P.O. Box 273
Charleston, WV 25321

James E. Joiner
Troutman Sanders, L.L.P.
5200 Nationsbank Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308

Jeremy W. Katz
Gordon & Rees
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Robert A. Klein
Conrad, O'Brien, Gellman & Rohn
1515 Market Street
16th Floor
Philadelphia, PA 19102

Robert L. Norton
Jones & Granger
10000 Memorial Drive, Suite 888
P.O. Box 4340
Houston, TX 77210

William J. O'Brien
Conrad, O'Brien, Gellman & Rohn
1515 Market Street
Sixteenth Floor
Philadelphia, PA 19102

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Robert D. Leidigh
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Alan Levine
Kronish Lieb Weiner & Hellman, LLP
1114 Avenue of the Americas
47th Floor
New York, NY 10036

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

R. Scott Long
Hendrickson & Long
P.O. Box 11070
Charleston, WV 25339

Charles M. Love, III
Bowles, Rice, McDavid, Graff &
Love
P.O. Box 1386
Charleston, WV 25325

Lindalea P. Ludwick
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Christopher D. Mauriello
Wallace & Graham, P.A.
525 N. Main Street
Salisbury, NC 28144

Silas W. McCharen
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39211

John R. McGhee, Jr.
Kay Casto & Chaney
P.O. Box 2031
Charleston, WV 25327

James A. McGovern
Marshall, Dennehey, Warner, Coleman &
Goggin
USX Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219

Michael T. McKeeman
Seyfarth Shaw
101 California Street
Suite 2900
San Francisco, CA 94111

David F. Miccli
Tisinger, Tisinger, Vance & Greer
P.O. Box 2069
100 Wagon Yard Plaza
Carrollton, GA 30117

Ronald L. Motley
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

John E. Sutter
Sutter Law Firm, PLLC
1598 Kanawha Boulevard, East
Charleston, WV 25311

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

## SCHEDULE A

Albert H. Parnell
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308

Gregory V. Pelton
Pelton & Associates
4300 Carlisle, N.E.
#4
Albuquerque, NM 87107

Ronald G. Peresich
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
759 Vieux Marche Mall
Biloxi, MS 39533

Charles K. Reed
Long, Aldridge & Norman
303 Peachtree Street, N.E.
5300 One Peachtree Center
Atlanta, GA 30308

William N. Reed
Baker, Donelson, Bearman & Caldwell
P.O. Box 14167
Jackson, MS 39236

William C. Reeves
Markow, Walker, Reeves & Anderson
805 South Wheatley, Suite 475
P.O. Box 13669
Jackson, MS 39236

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Rob L. Wiley
Locke Liddell & Sapp, LLP
3300 Texas Commerce Tower
Houston, TX 77002

Kenneth J. Wilson
Ness, Motley, Loadholt, Richardson & Poole
1730 Jackson Street
P.O. Box 365
Barnwell, SC 29812

Laurel A. Siegert
Whittenburg Whittenburg & Schachter
600 North Pearl Street
Suite 2300 LB133
Dallas, TX 75201

John Spillane
Baron & Budd
The Centrum, Suite 1100
3102 Oaklawn Avenue
Dallas, TX 75219

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Karl R. Steinberger
Colingo, Williams, Heidelberg, et al.
P.O. Box 1407
Pascagoula, MS 39568

Bruce H. Strotz
Fairfield, Garrow & Strotz
P.O. Box 35400
Albuquerque, NM 87176

Minor C. Sumners, Jr.
1907 Dunbarton Drive
Suite F
Jackson, MS 39216

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Robert W. Wilkinson
Dogan & Wilkinson
P.O. Box 1618
726 Delmas Avenue
Pascagoula, MS 39568

Henry Lane Young, II
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308

Thomas W. Tyner
Aultman, Tyner, McNeese, Ruffin & Yarborough
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403

Allen D. Vaughan
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502

Lawrence D. Wade
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS 38702

Rose Marie Wade
Evert & Weathersby
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

J. B. Welch
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308

Gregory H. Wheeler
Carlock, Copeland, Semler & Stair
2600 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
P.O. Box 56887
Atlanta, GA 30343

Roy C. Williams
Colingo, Williams, Heidelberg, et al.
P.O. Box 1407
711 Delmas Avenue
Pascagoula, MS 39568