JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 5 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-212)

On July 29, 1991, the Panel transferred 22,003 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, 73,883 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the opinion and order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 1 3 2002

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IMAGED MAY 14 '02   **OFFICIAL FILE COPY**

# SCHEDULE CTO-212 — TAG ALONG CASES
# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DISTRICT DIV CIVIL ACTION#

CALIFORNIA NORTHERN
 ~~CAN-3-01-4164~~ Vacated 5/7/02
 CAN-4-01-3349

CONNECTICUT
 CT-3-99-906

GEORGIA NORTHERN
 GAN-1-01-2168

ILLINOIS CENTRAL
 ILC-2-02-2064
 ILC-2-02-2070

ILLINOIS SOUTHERN
 ILS-3-02-175

INDIANA NORTHERN
 INN-2-02-12

MISSISSIPPI SOUTHERN
 MSS-1-01-442

NORTH CAROLINA MIDDLE
 NCM-1-02-215

NORTH CAROLINA WESTERN
 NCW-1-02-60
 NCW-3-02-103
 NCW-3-02-104
 NCW-3-02-122
 NCW-5-02-29
 NCW-5-02-37

NEW MEXICO
 NM-1-02-293

PENNSYLVANIA WESTERN
 ~~PAW-2-02-304~~ Opposed 5/10/02

TEXAS NORTHERN
 TXN-4-02-82
 TXN-4-02-83
 TXN-4-02-84
 TXN-4-02-85
 TXN-4-02-86
 TXN-4-02-87
 TXN-4-02-88
 TXN-4-02-89
 TXN-4-02-90
 TXN-4-02-91
 TXN-4-02-92
 TXN-4-02-93
 TXN-4-02-94
 TXN-4-02-95
 TXN-4-02-96
 TXN-4-02-97
 TXN-4-02-116
 TXN-4-02-130
 TXN-4-02-131
 TXN-4-02-132
 TXN-4-02-133
 TXN-4-02-134
 TXN-4-02-135

DISTRICT DIV CIVIL ACTION#

 TXN-4-02-136
 TXN-4-02-137
 TXN-4-02-138
 TXN-4-02-139
 TXN-4-02-140
 TXN-4-02-141
 TXN-4-02-142
 TXN-4-02-143
 TXN-4-02-144
 TXN-4-02-145

TEXAS SOUTHERN
 TXS-4-02-1031

VIRGINIA EASTERN
 VAE-2-02-6020
 VAE-2-02-6021
 VAE-2-02-6022
 VAE-2-02-6023
 VAE-2-02-6024
 VAE-2-02-6025
 VAE-2-02-6026
 VAE-2-02-6027
 VAE-2-02-6028
 VAE-2-02-6029
 VAE-2-02-6030
 VAE-2-02-6031
 VAE-2-02-6032
 VAE-2-02-6033
 VAE-2-02-6034
 VAE-2-02-6035
 VAE-2-02-6036
 VAE-2-02-6037
 VAE-2-02-6038
 VAE-2-02-6039
 VAE-2-02-6040
 VAE-2-02-6041
 VAE-2-02-6042
 VAE-2-02-6043
 VAE-2-02-6044
 VAE-2-02-6045
 VAE-2-02-6046
 VAE-2-02-6047
 VAE-2-02-6048
 VAE-2-02-6049
 VAE-2-02-6050
 VAE-2-02-6051
 VAE-2-02-6052
 VAE-2-02-6053
 VAE-2-02-6054
 VAE-2-02-6055
 VAE-2-02-6056
 VAE-2-02-6057
 VAE-2-02-6058
 VAE-2-02-6059
 VAE-2-02-6060
 VAE-2-02-6061
 VAE-2-02-6062
 VAE-2-02-6063
 VAE-2-02-6064
 VAE-2-02-6065
 VAE-2-02-6066
 VAE-2-02-6067
 VAE-2-02-6068

DISTRICT DIV CIVIL ACTION#

 VAE-2-02-6069
 VAE-2-02-6070
 VAE-2-02-6071
 VAE-2-02-6072

WEST VIRGINIA SOUTHERN
 WVS-2-02-27
 WVS-2-02-28
 WVS-2-02-29
 WVS-2-02-30

WISCONSIN WESTERN
 WIW-3-02-178