JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 17 2002

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :
:
————————————————————————— x

This Document Relates to: : CIVIL ACTION NO. MDL 875

Law Firms of Lipsitz & Ponterio;
and, Lipsitz, Green, Fahringer,
Roll, Salisbury & Cambria

United States District Court
Western District of New York

Marlin SALMON, No. 01-CV-0604(WDNY) : FILED APR 3 0 2002
Samuel ANTONIO, No. 01-CV-0605(WDNY):

————————————————————————— x

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiffs' Motions for Summary Judgement and the Cross-Motions for Summary Judgement by the Defendants and having heard the statements and arguments of counsel, the Court FINDS that the parties are still engaged in discovery matters, and further, the issues which need to be resolved in this action may be effectively determined by the Courts in the State of New York.

THE COURT DENIES without prejudice, and with leave to renew, Plaintiff's Motion for Summary Judgement in each of these cases; and further, the Court also DENIES without prejudice, and

IMAGED MAY 21 '02   OFFICIAL FILE COPY

with leave to renew, Defendants' Cross-Motion for Summary Judgement in each of these cases.

Because the Court has also determined that these matters may be adequately resolved by the Courts of New York with no adverse impact upon the continuing process of MDL-875, the Court hereby SUGGESTS that the within entitled matters should be REMANDED to the United States District Court for the Western District of New York for such further action as may be deemed proper by that Court.

BY THE COURT:

Date: April 29, 2002

_____
Charles R. Weiner         J.

ENTERED

APR 3 0 2002

CLERK OF COURT