JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 21 2002

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-213)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 73,990 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415, (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

IMAGED MAY 22 '02   OFFICIAL FILE COPY

## SCHEDULE CTO-213 - TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DISTRICT DIV. CIVIL ACTION#

**HAWAII**
HI    1   02-238      Michael A. Jama, et al v. Kaiser Gypsum Co. Inc., et al.

**IOWA SOUTHERN**
IAS   4   02-40206    Gerald Hammond, et al. v. ACandS, Inc., et al.
IAS   4   02-40207    Charles Terrill, et al. v. Armstrong Contracting & Supply, et al.

**IDAHO**
ID    3   01-616      Ronald G. Shaul v. Camas Prairie Railroad Co., et al.

**ILLINOIS CENTRAL**
ILC   2   02-2084     Annie Brownlee, etc. v. ACandS, Inc., et al.
ILC   3   02-3030     Charles Sturgeon v. Illinois & Midland Railroad, Inc.

**ILLINOIS NORTHERN**
ILN   1   02-3032     Linda Small, etc v. Flintkote Co., et al.

**ILLINOIS SOUTHERN**
ILS   3   02-330      Richard Flaar, et al. v. Burlington Northern Santa Fe Railway Co.
ILS   3   02-358      Ronald Barnak, et al. v. Burlington Northern & Santa Fe Railway Co.

**INDIANA NORTHERN**
INN   2   99-341      Frank Hall, et al. v. A.P. Green Industries, Inc., et al.
INN   2   99-342      Joan Dewes, etc. v. A.P. Green Industries, Inc., et al.
INN   2   01-275      Porfirio Longoria v. ACandS, et al.
INN   2   01-276      James Magee v. ACandS, Inc., et al.
INN   2   01-277      John Sasveld v. ACandS, Inc., et al.
INN   2   01-278      William W. Kemp v. ACandS, Inc., et al.
INN   2   01-279      Robert H. Hamlin v. ACandS, Inc., et al.
INN   2   01-280      George E. Jansky v. ACandS, Inc., et al.
INN   2   01-281      David F. Cannon v. ACandS, Inc., et al.
INN   2   01-282      Larry G. Schlagel v. ACandS, Inc., et al.
INN   2   01-283      Jesus Garza v. ACandS, Inc., et al.
INN   2   01-298      Asa E. Coldiron v. ACandS, Inc., et al.
INN   2   01-479      Alton W. Pearce v. ACandS, Inc., et al.

**KANSAS**
KS    2   02-2169     Robert Munoz v. Burlington Northern & Santa Fe Railway Co.
KS    2   02-2170     George Argeropoulos v. Burlington Northern & Santa Fe Railway Co.
KS    2   02-2171     Leland Salts v. Burlington Northern & Santa Fe Railway Co.
KS    2   02-2172     Darrell Rolland v. Burlington Northern & Santa Fe Railway Co.
KS    2   02-2173     Leonard Huffman v. Burlington Northern & Santa Fe Railway Co.
KS    2   02-2174     Leonard Elmore v. Burlington Northern & Santa Fe Railway Co.
KS    2   02-2175     Walter Little v. Burlington Northern & Santa Fe Railway Co.
KS    2   02-2176     Lawrence Bungart v. Burlington Northern & Santa Fe Railway Co.

**LOUISIANA EASTERN**
LAE   2   02-1050     John Yeomans v. Babcock & Wilcox Co., et al.
LAE   2   02-1268     Wolfgang Helle, et al. v. Babcock & Wilcox Co., et al.
LAE   2   02-1269     Charles A. McFarland v. Babcock & Wilcox Co., et al.

**LOUISIANA MIDDLE**
LAM   3   02-368      Barbara Catania, et al. v. ACandS, Inc., et al.

**MARYLAND**
MD    1   02-1133     Edna O. Rourke, et al. v. Amchem Products, Inc., et al.

**MAINE**
ME    2   02-64       Tanya Farmer, et al. v. Rapid-American Corp., et al.

**MINNESOTA**
MN    0   02-656      Thomas B. Emerson v. Soo Line Railroad Co.

```
SCHEDULE CTO-213 TAG-ALONG CASES (Cont.) MDL-875                                          PAGE 2

    MISSOURI WESTERN
       MOW     4   02-314      Elton Burner, et al. v. T.H. Agriculture & Nutrition Co., LLC, et al.

    NORTH CAROLINA MIDDLE
       NCM     1   02-299      Edward W. Gibson, et al. v. Acands, Inc., et al.
       NCM     1   02-301      Robert Stroman v. ACandS, Inc., et al.

    NORTH CAROLINA WESTERN
       NCW     3   02-129      Walter C. Meeks, et al. v. ACandS, Inc., et al.
       NCW     3   02-161      Carroll Manley Brown, et al. v. ACandS, Inc., et al.
       NCW     5   02-40       Roger T. Mayhew, et al. v. ACandS, Inc., et al.
       NCW     5   02-48       Wendell L. Haire, et al. v. ACandS, Inc., et al.

    NEW MEXICO
       NM      1   02-398      Procopio A. Martinez, et al. v. A.P. Green Industries, Inc., et al.

    NEVADA
       NV      2   00-1379     Nina Matteucci Getto, et al. v. The Flinkote Co., et al.

    NEW YORK EASTERN
       NYE     1   02-1054     Treva Cotton, etc. v. ACandS, Inc., et al.
       NYE     1   02-1247     Theophus Billings, et al. v. ACandS, Inc., et. al.
       NYE     1   02-1590     John W. Kidder, etc. v. ACandS., Inc., et al.

    NEW YORK NORTHERN
       NYN     5   01-1869     June King, et al. v. Hollingsworth & Vose Co.
       NYN     5   01-1870     Conley M. King, et al. v. Hollingsworth & Vose Co.

    NEW YORK SOUTHERN
       NYS     1   02-2903     John K. Lustenring, et al. v. ACandS, Inc., et al.
       NYS     1   02-2904     John Matteson, et al. v. ACandS, Inc., et al.
       NYS     1   02-2906     Arthur Bardi, et al. v. ACandS, Inc., et al.

    SOUTH CAROLINA
       SC      7   02-900      Ebb Hyatt, et al. v. ACandS, Inc., et al.

    TEXAS EASTERN
       TXE     6   01-387      Martha Spears, etc. v. Goodyear Tire & Rubber Co.

    TEXAS SOUTHERN
       TXS     4   02-1258     Donald Billups, et al. v. Norfolk Southern Railway Co.
       TXS     4   02-1259     Charles Gibson v. Norfolk Southern Railway Co.
       TXS     4   02-1260     Billy Gulledge, et al. v. Norfolk Southern Railway Co.
       TXS     4   02-1521     James L. Abney v. Burlington Northern & Santa Fe Railway Co.

    TEXAS WESTERN
       TXW     6   01-343      Birdie Klander, et al. v. Ameteck, Inc., et al.
```