**MDL-875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 21 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Donna Mae Hershberger, et al. v. ACandS, Inc., et al.*, S.D. Mississippi, C.A. No. 1:01-442

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Hershberger*) on April 25, 2002. In the absence of any opposition, the conditional transfer order was finalized with respect to *Hershberger* on May 13, 2002. The Panel has now been advised, however, that *Hershberger* was dismissed and closed in the Southern District of Mississippi by the Honorable Walter J. Gex III in an order filed on April 25, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-212" filed on April 25, 2002, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

IMAGED MAY 22 '02   **OFFICIAL FILE COPY**