MDL 875

FILED MAY 17 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CIVIL ACTION NO. MDL-875 |
| MARLON B. SALMON, ET AL., | No. 01-CV-0604 (W.D.N.Y.) |
| SAMUEL F. ANTONIO, ET AL., | No. 01-CV-0605 (W.D.N.Y.) |
| Plaintiffs, | MDL- 875 |
| v. | RECOMMENDED ACTION |
| AMCHEM PRODUCTS, INC., ET AL., | VACATE CRO -- 2 ACTIONS |
| Defendants. | Approved/Date: MK 5/22 |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MAY 24 2002
FILED CLERK'S OFFICE

## ORDER VACATING SUGGESTION OF REMAND

The Court, having fully considered defendants' Motion for Reconsideration and plaintiffs' responses thereto, and having held a May 16, 2002 tele-conference with the parties, during which the parties agreed to engage in good faith, Court-supervised settlement discussions, hereby

ORDERS that the Court's April 29, 2002 Suggestion of Remand is vacated; and

FURTHER ORDERS the parties to schedule with the Clerk of the Court a mutually agreeable date and time to conduct settlement negotiations herein

Charles R. Weiner
United States District Judge

Dated: May 16, 2002

ENTERED MAY 20 2002 CLERK OF COURT

OFFICIAL FILE COPY   IMAGED MAY 29 '02