

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 2 4 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Marlon B. Salmon, et al. v. Amchem Products, Inc., et al.*, E.D. Pennsylvania,
   (W.D. New York, C.A. No. 1:01-604)
*Samuel F. Antonio, et al. v. Amchem Products, Inc., et al.*, E.D. Pennsylvania,
   (W.D. New York, C.A. No. 1:01-605)

## ORDER VACATING CONDITIONAL REMAND ORDER

On May 17, 2002, the Panel filed an order conditionally remanding these two actions (*Salmon* and *Antonio*) from the Eastern District of Pennsylvania to the Western District of New York. In so doing, the Panel was acting on a suggestion of remand signed on April 29, 2002, by the Honorable Charles R. Weiner, the MDL-875 transferee judge. The Panel has now been advised that Judge Weiner signed an order on May 16, 2002, vacating his suggestion of remand with respect to *Salmon* and *Antonio*.

IT IS THEREFORE ORDERED that the Panel's conditional remand order filed in these two actions on May 17, 2002, is VACATED.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED MAY 29 '02