JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAY 24 2002

FILED
CLERK'S OFFICE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| BIRDIE KLANDER, et al.,<br>Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. W-01-CA-343 |
| AMETEK, INC., et al.,<br>Defendants. | § | |

## O R D E R

Plaintiff initiated this action in the 170th Judicial District Court of McLennan County, Texas. Defendant Hercules Incorporated removed the case upon the basis of federal subject matter jurisdiction. Plaintiffs have moved to remand, asserting that Defendant's removal was without legal justification. No Defendant has opposed or otherwise responded to Plaintiffs' motion. Having reviewed the motion and the applicable legal authority, the Court is persuaded that Plaintiffs' motion for remand should be granted.

Any civil action filed in a state court may be removed to federal court if original jurisdiction exists. 28 U.S.C. § 1441(a). The federal district courts have jurisdiction over any civil action which arises under the Constitution, laws, or treaties of the United States. 28 U.S.C. § 1331. The burden of establishing the existence of federal jurisdiction is on the removing party, which is usually the defendant. De Aguilar v. Boeing Co., 47 F.3d 1404, 1408 (5th Cir.), cert. denied, 516 U.S. 865 (1995) (De Aguilar II). As noted, Defendant Hercules has failed to respond to

IMAGED MAY 29 '02    OFFICIAL FILE COPY

Plaintiffs' motion and has, therefore, failed to carry its burden of establishing that federal jurisdiction exists over Plaintiffs' claims. Accordingly, it is

**ORDERED** that Plaintiffs' Motion to Remand is **GRANTED**, and this case is **R4EMANDED** to the 170th Judicial District Court of McLennan County, Texas. As there was no basis for removal, it is further

**ORDERED** that Defendant Hercules pay all costs associated with removal, including attorney's fees. Plaintiffs shall submit a detailed application for their reasonable attorney's fees within ten (10) days from the date of this Order. As this case is being remanded, Defendants' motions to file amended answers in order to comply with the Federal Rules of Civil Procedure are **DENIED** as moot.

**SIGNED** this _21st_ day of May, 2002.

WALTER S. SMITH, JR.
United States District Judge

2

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | |
|---|---|
| BIRDIE KLANDER, et al., Plaintiffs, | § § § |
| v. | §   CIVIL ACTION NO. W-01-CA-343 § |
| AMETEK, INC., et al., Defendants. | § § § |

## JUDGMENT

In accordance with the Court's Order granting the Plaintiffs' Motion to Remand, the Court enters its Judgment as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that this case is **REMANDED** to the 170th Judicial District Court of McLennan County, Texas.

**SIGNED** this 21st day of May, 2002.

_____
**WALTER S. SMITH, JR.**
**United States District Judge**

MDL- 875
RECOMMENDED ACTION
Vacate CTO-213 - org/case
Approved/Date: ____ AK 5/23