MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 24 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Birdie Klander, et al. v. Ametek, Inc., et al.*, W.D. Texas, C.A. No. 6:01-343

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Klander*) on May 21, 2002. The Panel has now been advised that *Klander* was remanded to the 170th Judicial District Court of McLennan County, Texas, by the Honorable Walter S. Smith, Jr., in an order filed on May 21, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-213" filed on May 21, 2002, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel