JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 29 2002

FILED
CLERK'S OFFICE

DOCKET NO. 875

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Edna O. Rourke, et al. v. Amchem Products, Inc., et al.*, D. Maryland,
  C.A. No. 1:02-1133

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Rourke*) on May 21, 2002. The Panel has now been advised that *Rourke* was remanded to the Circuit Court for Baltimore City, Maryland, by the Honorable Frederic N. Smalkin in an order signed on May 13, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-213" filed on May 13, 2002, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

IMAGED MAY 30 '02    OFFICIAL FILE COPY