JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 29 2002

FILED
CLERK'S OFFICE



875 Prop CRO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | :<br>:<br>:<br>———x |
| This Document Relates to:<br><br>Law Firm of Cascino Vaughan<br><br>United States District Court<br>Western District of Wisconsin<br><br>Melvin BRULEY, C.A. No. 99 CV 0493S<br><br>[In the event the above-listed case is a multiple plaintiff (victim) action, this transfer is for the above-named party only, or said parties representative, and any spousal or dependent actions.]: | CIVIL ACTION NO. MDL 875<br><br>MDL- _875_<br>RECOMMENDED ACTION<br><br>_CRO -- 1 ACTION_<br>Approved/Date: _MK 5/20_ |

### SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Defendant's Motion To Remand to the United States District Court for the Western District of Wisconsin, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

IMAGED MAY 30 '02       OFFICIAL FILE COPY

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Western District of Wisconsin for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: April 29, 2002

Charles   R.   Weiner                 J.