JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 31 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION    MDL DOCKET NO. 875

<u>Flinn James, et al. v. International Paper Co., Inc., et al.,</u>
S.D. Mississippi, C.A. No. 1:01-556GR

## REBUTTAL BRIEF IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Plaintiffs in the above referenced action, Flinn James, et al., through counsel, pursuant to Rule 7.4(d), Rules of Procedure of the Judicial Panel on Multidistrict Litigation have moved the Judicial Panel on Multidistrict Litigation (the "JPMDL") to vacate the conditional transfer order ("CTO") entered on April 3, 2002. The Defendants have responded to the Motion, and in further support of the Motion To Vacate, Plaintiffs submit the following Rebuttal Brief, as follows:

The Plaintiffs have alleged that the CTO should be vacated for the following reasons:

    A.    This case does not involve any multidistrict issues or facts;

    B.    Transfer is not appropriate because the only common issue among the transferred actions, the involvement of asbestos, does not predominate over individual issues unique to this action;

    C.    Transfer of this action will not further the convenience of the parties and the witnesses;

    D.    Transfer will not further the just and efficient conduct of this action. To the contrary, transfer will likely result in unwarranted delay in the disposition of this action.

E.  No federal court has subject matter jurisdiction over this action. Consequently, the JPMDL has no jurisdiction to transfer this action;

The Defendants only argument against the Motion To Vacate is that this case involves "asbestos"; therefore, the case should be accepted by the JPMDL pursuant to In Re: Asbestos Product Liability Litigation (No. VI), 771 F. Supp. 415 (JPMDL 1991). Simply alleging that the case involves asbestos is not sufficient to warrant transfer under 28 U.S.C. § 1407.

The Plaintiffs pointed out in the Motion To Vacate and briefing that this case does not involve multidistrict issues, and nothing would be gained by combining this case with any other case in the County. Without belaboring the point, there must be a determination that the transfer "will be for the convenience of the parties and witnesses and will promote the just and efficient conduct of such actions." 28 U.S.C. § 1407. <u>The Plaintiffs have pointed out that no conveniences or judicial efficiencies will be gained by combining this case with any other case pending, **which was not even argued or rebutted in the Defendants' reply or briefing.**</u>

This case was filed in the Circuit Court of Adams County, Mississippi, because the incident occurred in Adams County, Mississippi. All torts described in the complaint occurred in Adams County, Mississippi. The Defendants are the company operating the Natchez, Mississippi Paper Mill, the asbestos coordinator for the Natchez, Mississippi Mill - Will Nations, and a contractor at the Natchez, Mississippi Mill – Coating Services, Inc. All discovery related to this action will involve the Defendants' actions at the Natchez, Mississippi Paper Mill located in Adams County, Mississippi. All witnesses material to this action work or reside in Adams County, Mississippi, or in the immediate geographical location.

There is no discovery of which the Plaintiffs are aware that will involve any matters that occurred in any jurisdiction other than Adams County, Mississippi. The Plaintiffs will not benefit from any discovery that has been conducted in any jurisdiction other than Adams County, Mississippi. The Defendants will not benefit from any discovery that has been conducted in any jurisdiction other than Adams County, Mississippi, except for the necessary delays caused by combining this case with tens of thousands of other cases that have nothing in common with this case.

**IN CONCLUSION**, no conveniences to the parties or witnesses will be gained by combining this case with any other case in the Country, much less any case pending in this multidistrict litigation. This is not a case that belongs in multidistrict litigation, and transfer of this case will not promote the just and efficient conduct of this action.

For these reasons, plaintiffs submit that the CTO should be vacated and this action be allowed to remain in the Southern District of Mississippi until it is remanded to the state circuit court from which it was improperly removed.

**WHEREFORE, PREMISES CONSIDERED**, plaintiffs move the JPMDL to vacate the conditional transfer order entered April 3, 2002 as to the above referenced cause.

**RESPECTFULLY SUBMITTED**, this the 30th day of May, 2002.

By: _____
BRYAN H. CALLAWAY (MSB #8662)

Bryan H. Callaway
331 Market Street
Post Office Box 21
Natchez, Mississippi 39121-0021
Telephone:     (601) 445-8833
Facsimile:     (601) 445-5447


J. Barrett Martin
P.O. Box 1603
103 S. Pearl St.
Natchez, MS 39121
Telephone:     (601) 442-7954

John E. Mulhearn, Jr.
Mulhearn & Mulhearn
202 S. Wall Street
P.O. Box 967
Natchez, MS 39121
Telephone:     (601) 442-4808

Attorneys for the Plaintiffs

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 31 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, Bryan H. Callaway, hereby certify that I have this day mailed by U. S. Mail, postage prepaid, a true and correct copy of the foregoing document unto:

> Michael O. Gwin, Esq.
> Watkins & Eager
> 400 East Capitol Street
> Suite 300, Emporium Building
> Post Office Box 650
> Jackson, Mississippi 39205
>
> Attorney for Defendants International Paper Company and Will Nations
>
> Michael W. Baxter, Esq.
> Copeland, Cook Taylor & Bush, P.A.
> 1062 Highland Colony Pkwy., Suite 200
> Post Office Box 6020
> Ridgeland, Mississippi 39158
>
> Attorney for Defendant Coating Services, Inc.
>
> Counsel of Record
> Panel Service List (Excerpted from CTO-211)
> Docket No. 875
> In Re: Asbestos Products Liability Litigation (No. VI)
> Attached hereto as Exhibit "A"

**SO CERTIFIED** this the 30th day of May, 2002.

*/s/ Bryan H. Callaway*
BRYAN H. CALLAWAY

PANEL SERVICE LIST (Excerpted from CTO-211)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
*Flinn James, et al. v. International Paper Co., Inc., et al.*, S.D. Mississippi, C.A. No. 1:01-556

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland OH 44114

Bryan H. Callaway
Bryan H. Callaway, Attorney
P. O. Box 21
Natchez, MS 39121

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Bldg., 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Ave. N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue, N.W.
Washington, DC 20036

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Walker R. Gibson
Copeland, Cook, Taylor & Bush
P. O. Box 6020
Ridgeland, MS 39158

Michael O. Gwin
Watkins & Eager
P. O. Box 650
Jackson, MS 39205

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue S.
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt,
    Richardson & Poole
28 Bridgeside Blvd.
P. O. Box 1792
Mt. Pleasant, SC 29465

John J. Repcheck
Marks, O'Neill, O'Brien &
    Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P. O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd.
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire &
    Spinelli
Center Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jacques Admiralty Law Firm,
    P.C.
1370 Penobscot Bldg.
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P. O. Box 998
Cedar Rapids, IA 52406