JUN 04 '02 12:38PM MONTE VISTA LAW OFF P.6
Case MDL No. 875 Document 3560 Filed 06/05/02 Page 1 of 1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 5 2002

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Procopio Martinez, et al. v. A.P. Green Industries, et al.*, D. New Mexico, CIV No. 02-0398BB/WWD

## NOTICE OF OPPOSITION
## PURSUANT TO RULE 7.4 OF THE RULES OF PROCEDURE
## OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the plaintiffs hereby file Notice of Opposition to the Conditional Transfer Order entered on May 21, 2002 in the above-cited case by the Clerk of the Panel transferring this action to the U.S. District Court for the Eastern District of Pennsylvania (MDL Docket No. 875).

In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the plaintiff, within 15 days of the filing of this Notice of Opposition, will file a motion to vacate the Conditional Transfer Order and brief in support thereof.

Respectfully submitted,

WHITNEY BUCHANAN, P.C.

By: Whitney Buchanan
3200 Monte Vista Blvd. N.E.
Albuquerque, NM 87106
(505) 265-6491

ATTORNEYS FOR PLAINTIFFS

June 4, 2002

Albuquerque, New Mexico

1