MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 5 2002

FILED
CLERK'S OFFICE

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) MDL DOCKET NO. 875 |
| | ) CTO-213 |
| ------------------------------------- | ) |
| THIS DOCUMENT RELATES TO: | ) |
| | ) |
| ELTON BURNER, et al. | ) UNITED STATES DISTRICT COURT |
| | ) FOR THE WESTERN DISTRICT |
| | ) OF MISSOURI |
| Plaintiffs, | ) WESTERN DIVISION |
| | ) |
| v. | ) Case No: 4-02-00314-FJG |
| | ) |
| T H AGRICULTURE & NUTRITION, L.L.C., et al.) | ) |
| | ) |
| Defendants. | ) |

### OPPOSITION TO CONDITIONAL TRANSFER ORDER

COME NOW Plaintiffs, and for their Opposition to the Conditional Transfer Order (CTO-213), state and allege as follows:

1.      Plaintiffs Elton Burner and Lucille Dakopolos are plaintiffs in this cause of action styled <u>Elton Burner, et al. v. T H Agriculture & Nutrition, L.L.C., et al.</u>, Case No. 4-02-00314-FJG, now pending in the United States District Court for the Western District of Missouri, Western Division before the Hon. Fernando J. Gaitan.

2.      Plaintiffs make this Opposition to the Conditional Transfer Order (CTO-173) under Rules 7.4 (b) and (c) of the Rules of Procedure of the Judicial Panel on Multi-District Litigation.

3.      Plaintiffs oppose their inclusion in CTO-213 and file this Notice of Opposition to the Conditional Transfer Order.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2002 JUN -4 P 4:43

CLERK'S OFFICE
RECEIVED

OFFICIAL FILE COPY IMAGED JUN-6 '02

Respectfully Submitted,
HUMPHREY, FARRINGTON, McCLAIN
& EDGAR, P.C.


STEVEN E. CRICK                          #32654
SCOTT A. BRITTON-MEHLISCH                #36761
221 West Lexington, Suite 400
P. O. Box 900
Independence, MO  64051
(816) 836-5050
(816) 836-8966 (FAX)

ATTORNEYS FOR PLAINTIFFS

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 5 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was served via U.S. mail, postage prepaid this 4th day of June 2002, to the following counsel of record and faxed upon the Clerk of the Panel on Multi-District Litigation.

Virginia M. Giokaris
Rasmussen, Willis, Dickey & Moore, L.L.C.
9200 Ward Parkway, Suite 310
Kansas City, MO 64114
(816) 960-1611
(816) 960-1669 FAX
ATTORNEYS  FOR  DEFENDANT  OWENS
ILLINOIS, INC.

Mike Shinkle
James R. McKown
Nathan A. Orr
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
(816) 474-8100
(816) 474-3216 FAX
ATTORNEYS FOR DEFENDANT
T H AGRICULTURE & NUTRITION, L.L.C.

Margaret M. Chaplinsky
Kalinoski & Chaplinsky
100 Court Avenue, Suite 315
Des Moines, IA 50309-2200
(515) 246-8800
(515) 246-1920 FAX
and
William F. Ford
Steven J. Brady
Lathrop & Gage, L.C.
2345 Grand Boulevard, Suite 2800
Kansas City, MO 64108-2612
(816) 292-2000
(816) 292-2001 FAX
ATTORNEYS FOR DEFENDANT
PFIZER, INC. and QUIGLEY COMPANY, INC.

Attorney for Plaintiffs