MDL 875

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(FILED IN LAM 3 02-368)

CASE ORIGINATES FROM
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARBARA CATANIA, ET AL<br>PLAINTIFFS | * | CIVIL ACTION |
| | * | NO.  02-368 |
| VERSUS | * | SEC. "D" |
| ACANDS, INC., ET AL<br>DEFENDANTS | * | MAG. "1" |

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

NOW INTO COURT, through undersigned counsel, come plaintiffs, Barbara and Michael Catania, who file this Notice of Opposition to Conditional Transfer Order entered on May 21, 2002, on the grounds that this action was originally filed in state court, was improperly removed by the defendants, and plaintiffs are seeking to have the case remanded to the state court from which it was removed.  Plaintiffs further note that Magistrate Stephen C. Riedlinger, the federal magistrate (of the Middle District of Louisiana) to whom the case was assigned after removal, has taken under advisement plaintiffs' motion to remand this case back to state court.  The federal court has no jurisdiction over this matter, and once it is determined that there is no federal jurisdiction in this case, remand is mandatory.  Insinga v. LaBella, 845 F.2d 249 (11th Cir. 1988); Bobby Jones Garden

OFFICIAL FILE COPY  IMAGED JUN-6 '02

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 5 2002

FILED
CLERK'S OFFICE

<u>Apartments v. Suleski</u>, 391 F.2d 172 (5th Cir. 1968); <u>Covington v.</u>
<u>Indemnity Ins. Co.</u>, 251 F.2d 930 (5th Cir. 1958).

WHEREFORE, plaintiffs oppose the conditional transfer
order.

Respectfully submitted,

ROUSSEL & ROUSSEL

GEROLYN P. ROUSSEL - 1134
PERRY J. ROUSSEL, JR. - 20351
JULES K. BOUDREAUX - 24309
1710 Cannes Drive
LaPlace, LA  70068
Telephone:  (985) 651-6591
ATTORNEYS FOR PLAINTIFFS,
BARBARA AND MICHAEL CATANIA

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Opposition to
Conditional Transfer Order has been filed with the Clerk of Court
for the Middle District of Louisiana and has been served upon the
parties listed below (as reflected on Attachment "A") by mailing
same to each, properly addressed and postage prepaid, on this 5th
day of June, 2002.

Jules K. Boudreaux

## COUNSEL LIST

**ACANDS, INC.**
Kay Barnes Baxter
Barfield & Associates, P.A.
400 Poydras Street, Suite 1460
New Orleans, LA 70130

**ANCO INSULATIONS, INC.**
**(SUCCESSOR TO THE ABER COMPANY, INC.)**
Julie DiFulco Robles
Hailey, McNamara, Hall, Larmann
    & Papale, L.L.P.
One Galleria Blvd., Suite 1400
P.O. Box 8288
Metairie LA 70001-8288

**BABCOCK BORSIG POWER, INC.**
**(FORMERLY DB RILEY, INC.**
**FORMERLY RILEY STOKER CORPORATION)**
James F. d'Entremont
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130-3672

**COMBUSTION ENGINEERING, INC.**
Larry G. Canada
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street
One Shell Square
Suite 4040
New Orleans LA 70139

**THE DOW CHEMICAL COMPANY**
Gregory E. Bodin
TAYLOR, PORTER, BROOKS & PHILLIPS, L.L.P.
P.O. Box 2471
Baton Rouge, LA 70821

**EAGLE, INC.**
**(FORMERLY EAGLE ASBESTOS & PACKING COMPANY, INC.)**
Lawrence G. Pugh, III
Montgomery, Barnett, Brown,
    Read, Hammond & Mintz
3200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3200

ATTACHMENT "A"

**EXXON MOBIL CORPORATION (FORMERLY EXXON CORPORATION, FORMERLY HUMBLE OIL & REFINING COMPANY, FORMERLY ESSO STANDARD OIL COMPANY, FORMERLY STANDARD OIL COMPANY OF NEW JERSEY) and DSM COPOLYMER, INC:**
Gregory M. Anding
Gary A. Bezet
KEAN, MILLER, HAWTHORNE, D'ARMOND, McCOWAN & JARMAN, L.L.P.
One American Place, 22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821-3513

**THE FLINTKOTE COMPANY**
Valerie T. Schexnayder
Hailey, McNamara, Hall, Larmann,
   & Papale, L.L.P.
One Galleria Blvd., Suite 1400
P.O. Box 8288
Metairie LA 70011-8288

**FOSTER-WHEELER CORPORATION**
Lynn M. Luker
Lynn Luker & Associates, L.L.C.
616 Girod Street
Suite 200
New Orleans LA 70130

**GARLOCK, INC.**
Glenn L.M. Swetman
Aultman, Tyner, Ruffin & Yarborough, Ltd.
400 Poydras Street
Suite 2250
New Orleans LA 70130

**GENERAL ELECTRIC COMPANY**
Cory R. Cahn
Slater Law Firm
650 Poydras Street
Suite 2600
New Orleans LA 70130-6101

**THE MCCARTY CORPORATION**
**(SUCCESSOR TO MCCARTY BRANTON, INC., AND PREDECESSOR AND SUCCESSOR TO MCCARTY INSULATION SALES, INC.)**
Susan B. Kohn
Simon, Peragine, Smith & Redfearn, L.L.P.
30th Floor Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3000

**OWENS - ILLINOIS, INC.**
**and UNIROYAL, INC.**
W. Scott Brown
Forman, Perry, Watkins, Krutz & Tardy, PLLC
Suite 1200, One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, MS 39225-2608

**REILLY-BENTON COMPANY, INC.**
Stephen N. Elliott
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
P.O. Box 55490
Metairie LA 70055-5490

**RHONE-POULENC AG COMPANY**
**(FORMERLY BENJAMIN-FOSTER, DIVISION OF AMCHEM PRODUCTS, FORMERLY UCAR CORP., FORMERLY AM-CHEM PRODUCTS, INC.)**
A. Wendel Stout, III
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130-3672

**TAYLOR-SEIDENBACH, INC.**
C. Kelly Lightfoot
HAILEY, MCNAMARA, HALL,
  LARMANN & PAPALE, LLP
Suite 1400, One Galleria Blvd.
Post Office Box 8288
Metairie, LA   70001-8288

**VIACOM, INC.**
**(FORMERLY CBS CORPORATION, FORMERLY WESTINGHOUSE ELECTRIC CORPORATION)**
William L. Schuette, Jr.
Jones, Walker, Waechter, Poitevent,
   Carre're & Dene'gre, L.L.P.
5'" Floor, Four United Plaza
8555 United Plaza Blvd.
Baton Rouge, LA 70809-7000

# INVOLVED COUNSEL FOR SCHEDULE CTO-213
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Knight S. Anderson
Hill, Fulwider, McDowell, Funk &
Matthews
1000 INB Tower
One Indiana Square
Indianapolis, IN 46204

Robert D. Andrekanic
Gundlach, Lee, Eggman, Boyle &
Roessler
5000 West Main Street
P.O. Box 23560
Belleville, IL 62223

Jack Angaran
Georgeson, Thompson & Angaran, Chtd.
100 West Grove Street, Suite 500
Reno, NV 89509

Cynthia W. Antonucci
Harris Beach, LLP
500 5th Avenue, 42nd Floor
New York, NY 10110

Roy Tress Arwood
Jones, Day, Reavis & Pogue
2727 North Harwood Street
Dallas, TX 75201

Robert A. Barrer
Hiscock & Barclay, LLP
500 Financial Plaza
P.O. Box 4878
Syracuse, NY 13221

Kay B. Baxter
Duncan & Courington, L.L.C.
322 Lafayette Street
New Orleans, LA 70130

David B. Beers
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Troy N. Bell
Aultman, Tyner, McNeese, et al.
400 Poydras Street, Suite 2250
New Orleans, LA 70130

Michael A. Bergin
Locke Reynolds LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN 46244

Gary A. Bezet
Kean, Miller, Hawthorne, et al.
One American Place, 22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821

David M. Bienvenu, Jr.
Taylor, Porter, Brooks & Phillips
P.O. Box 2471
Baton Rouge, LA 70821

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, L.L.P.
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Sheila L. Birnbaum
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

Brian Francis Blackwell
LeBlanc & Waddell, LLC
The Essen Centre
5353 Essen Lane, Suite 420
Baton Rouge, LA 70809

Jack L. Block
Sachnoff & Weaver, Ltd.
30 South Wacker Drive, 29th Floor
Chicago, IL 60606

Maria W. Boyce
Baker & Botts
910 Louisiana Street
3000 One Shell Plaza
Houston, TX 77002

John M. Brant
Rodey, Dickason, Sloan, Akin & Robb
P.O. Box 1888
Albuquerque, NM 87103

William L. Brockman
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
P.O. Box 55490
Metairie, LA 70055

Janice J. Brown
Barker, Brown, Busby, Chrisman & Thomas
800 Bank of America Plaza
300 South 4th Street
Las Vegas, NV 89101

W. Scott Brown
Forman, Perry, Watkins, Krutz & Tardy
1515 Poydras Street, Suite 1420
New Orleans, LA 70112

Whitney C. Buchanan
Whitney Buchanan, P.C.
3200 Monte Vista Blvd., N.E.
Albuquerque, NM 87106

Curtis Busby
Bowman & Brooke, LLP
2929 North Central Avenue
Suite 1700
Phoenix, AZ 85012

Lisa N. Busch
Weitz & Luxenberg, PC
180 Maiden Lane
New York, NY 10038

Cory R. Cahn
Slater Law Firm
Poydras Center, Suite 2600
650 Poydras Street
New Orleans, LA 70130

Larry G. Canada
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square, Suite 4040
701 Poydras Street
New Orleans, LA 70139

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60607

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Jack C. Cherry
Alverson, Taylor, Mortensen, Nelson &
Sanders
7401 West Charleston Blvd
Las Vegas, NV 89117

INVOLVED COUNSEL FOR SCHEDULE CTO-213 (Cont.) MDL-875                    PAGE 2

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Joseph A. Churgin
Herzfeld & Rubin, P.C.
40 Wall Street
New York, NY 10005

Bruce P. Clark
Bruce P. Clark & Associates
Harrison Ridge Square
419 Ridge Road
Munster, IN 46321

Ian P. Cloud
Robins, Cloud, Greenwood & Lubel
910 Travis
Suite 2020
Houston, TX 77002

Douglas Cohen
Jones, Vargas
3773 Howard Hughes Parkway
3rd Floor South
Las Vegas, NV 89109

Carolyn Collins
Thelen Reid & Priest, LLP
L01 Second Street
#1800
San Francisco, CA 94105

John F. Conley
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

William Connelly
Ness, Motley, Loadholt, Richardson & Poole
P.O. Box 1792
Mt. Pleasant, SC 29465

Robert John Cooney, Jr.
Cooney & Conway
120 North LaSalle Street
30th Floor
Chicago, IL 60602

Robert H. Cooper
Blue Williams, L.L.P.
3421 N. Causeway Blvd.
Ninth Floor
Metairie, LA 70002

William Cooper
Cooper Law Offices
601 E. Bridger
Las Vegas, NV 89101

Edward M. Crane
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Herschel Tracy Crawford
Ramey & Flock
500 First Place
P.O. Box 629
Tyler, TX 75710

Steven E. Crick
Humphrey, Farrington, McClain & Edgar
221 W. Lexington, Suite 400
P.O. Box 900
Independence, MO 64051

Colleen M. Cronin
L'Abbate, Balkan, Colavita & Contini
1050 Franklin Avenue
Garden City, NY 11530

Kym Cushing
Edwards, Hale, Sturman & Atkin, Ltd.
415 S. Sixth Street, Suite 300
Las Vegas, NV 89101

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Amelia De Los Santos
Lewis & Roca, LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89109

Andrew J. Detherage
Barnes & Thornburg
11 S. Meridan Street
Suite 1313
Indianapolis, IN 46204

Maja C. Eaton
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Thomas S. Ehrhardt
Kopka Landau & Pinkus
5240 Fountain Drive
Suite E
Crown Point, IN 46307

Stephen B. Evans
Deeba, Sauter, et al.
3415 Hampton Avenue
St. Louis, MO 63139

James L. Farina
Hoey Farina & Downes
542 Sout Dearborn, Suite 200
Chicago, IL 60605

Tim L Fields
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

William F. Ford
Lathrop & Gage, L.C.
2345 Grand Boulevard
Suite 2800
Kansas City, MO 64108

Ellen B Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Leon Gary, Jr.
Jones, Walker, Waechter, et al.
8555 United Plaza Boulevard
5th Floor
Baton Rouge, LA 70809

Raymond F Geoffroy, III
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gregory Gilbert
Snell & Wilmer
3800 Howard Hughes Parkway
10th Floor
Las Vegas, NV 89109

INVOLVED COUNSEL FOR SCHEDULE CTO-213 (Cont.) MDL-875          PAGE 3

Virginia M. Giokaris
Polsinelli, Shalton & Welte
700 West 47th Street
Suite 1000
Kansas City, MO 64112

Erich Gleber
Ross & Hardies
65 East 55th Street
New York, NY 10022

Monica C. Guardiola
Baker & Hostetler
303 East 17th Avenue
#1100
Denver, CO 80203

Michael A. Hagemeyer
2255-A Renaissance Drive
Las Vegas, NV 89119

Suzanne M. Halbardier
Barry, McTiernan & Moore
2 Rector Street
14th Floor
New York, NY 10006

Ronald L. Hancock
Nelson & Zeidman
1900 West Loop South
Suite 700
Houston, TX 77027

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Michael D. Harold
Simon, Peragine, Smith & Redfearn
Energy Centre, 30th Floor
1100 Poydras Street
New Orleans, LA 70163

Stephen J. Healy
Brayton & Purcell
222 Rush Landing Road
P.O. Box 2109
Novato, CA 94945

Russell J. Hoover
Jenner & Block
One IBM Plaza
Suite 4400
Chicago, IL 60611

Janice Jensen
Laxalt & Nomura, Ltd.
50 W. Liberty Street
Suite 700
Reno, NV 89501

Steven M. Jupiter
LeBlanc & Waddell, LLC
201 St. Charles Avenue
Suite 3204
New Orleans, LA 70170

Alex Kachmar
Wait Law Firm
305 West Moana Lane, 2nd Floor
P O Box 719
Reno, NV 89504

Charles J. Kalinoski
Kalinoski & Chaplinsky
100 Court Avenue, Suite 315
Des Moines, IA 50309

Bruce L. Kamplain
Norris, Choplin & Schroeder
101 W. Ohio Street
Suite 900
Indianapolis, IN 46204

Timothy E. Kapshandy
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Dwight A. Kern
McGivney, Kluger & Gannon, P.C.
305 Broadway, Suite 800
New York, NY 10007

Douglas B. King
Wooden & McLaughlin
1600 Capital Center South
201 North Illinois Street
Indianapolis, IN 46204

William F. Kiniry, Jr.
Harvey, Pennington, Herting &
Renneisen
3400 2 Logan Square
18th & Arch Street
Philadelphia, PA 19103

John M. Klamann
Klamann & Hubbard, P.A.
7101 College Blvd , Suite 120
Overland Park, KS 66210

Kevin R. Knight
Ice, Miller, Donadio & Ryan
One American Square
Box 82001
Indianapolis, IN 46282

Susan B. Kohn
Simon, Peragine, Smith & Redfearn
Energy Centre, 30th Floor
1100 Poydras Street
New Orleans, LA 70163

Andrew E. Kolb
MacCabe & McGuire
77 West Wacker Drive
Suite 3333
Chicago, IL 60601

Edward S. Koppman
Akin, Gump, Strauss, Hauer & Feld, LLP
First City Center, Suite 4100
1700 Pacific Avenue
Dallas, TX 75201

Reginald S Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Mickey P. Landry
Landry & Swarr
1010 Common Street, Suite 2050
New Orleans, LA 70112

H Seward Lawlor
Glasser & Glasser, P.L.C
580 East Main Street
600 Crown Center
Norfolk, VA 23510

David M. Layton
Ashcraft & Gerel
10 East Baltimore Street
Suite 1212
Baltimore, MD 21202

Cori Leavitt
Malaby, Carlisle & Bradley
150 Broadway, Suite 1311
New York, NY 10038

NVOLVED COUNSEL FOR SCHEDULE CTO-213 (Cont.) MDL-875      PAGE 4

Christopher D. Lee
Kahn, Dees, Donovan & Kahn
01 Main Financial Plaza, Suite 305
P.O. Box 3646
Evansville, IN 47712

Jonathan M. Lively
One IBM Plaza
330 North Wabash
Suite 200
Chicago, IL 60611

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

F. Ford Loker, Jr
Church Loker Radcliffe & Silver, PA
2 North Charles Street, Suite 600
B & O Building
Baltimore, MD 21201

James C. Long, Jr.
Weitz & Luxenberg, PC
180 Maiden Lane
New York, NY 10038

George Lyles
Lyles & Associates
2080 E. Flamingo Road
Suite 106
Las Vegas, NV 89119

Bruce B. Marr
McKenna Storer Rowe White & Farrug
200 North Lasalle
Suite 3000
Chicago, IL 60601

Greg Marsh
Greg W. Marsh Chtd.
P.O. Box 1780
Las Vegas, NV 89125

Mike Martin
Maloney, Martin & Mitchell, LLP
3700 Two Houston Center
909 Fannin Street
Houston, TX 77010

Karen Kay Maston
Baker & Botts
910 Louisiana Street
3000 One Shell Plaza
Houston, TX 77002

Christopher D. Mauriello
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Edward J McCambridge
Segal, McCambridge, Singer &
Mahoney, Ltd.
One IBM Plaza, Suite 200
330 North Wabash Avenue
Chicago, IL 60611

Charles S. McCowan,Jr.
Kean, Miller, Hawthorne, et al.
One American Place, 22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821

John K. McDavid
Locke Reynolds, LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN 46244

Timothy J. McHugh
Lavin, Coleman, O'Neil, Ricci, et al.
767 Third Avenue
7th Floor
New York, NY 10017

Jeffrey L. McKean
Wooden & McLaughlin
1600 Capital Center South
201 N. Illinois Street
Indianapolis, IN 46204

Peter J. McKenna
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

James R. McKown
Spencer, Fane, Britt & Browne
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

Patrick D. McMurtray
Luker, Sibal & McMurtray, L L.C.
616 Girod Street, Suite 200
New Orleans, LA 70130

Susan E. Mehringer
Lewis & Wagner
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202

Willard J. Moody, Jr.
Moody, Stropie, Kloeppel & Basilone, Inc.
500 Crawford Street
Commerce Bank Bldg., Suite 300
P O. Box 1138
Portsmouth, VA 23705

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd
P.O. Box 1792
Mt Pleasant, SC 29465

Frederick S Mueller
Johnson & Bell
55 East Monroe Street
Suite 4100
Chicago, IL 60603

Terence M Murphy
Jones, Day, Reavis & Pogue
2727 N. Harwood Street
Dallas, TX 75201

Paula Eade M. Newcomb
Volgenau & Bosse
750 Main Seneca Building
237 Main Street
Buffalo, NY 14203

Robert L. Norton
Jones & Granger
10000 Memorial Drive, Suite 888
P.O. Box 4340
Houston, TX 77210

Randall J Nye
Beckman, Kelly & Smith
5920 Hohman Avenue
Hammond, IN 46320

Richard O'Leary
McCarter & English, L.L.P.
300 Park Avenue
18th Floor
New York, NY 10022

Jeffrey T. Ono
Galiher, DeRobertis, Nakamura,
Ono & Takitani
610 Ward Avenue, Suite 200
Honolulu, HI 96814

Dwight C. Paulsen, III
Lemle & Kelleher, L.L.P.
601 Poydras Street, Suite 2100
New Orleans, LA 70130

INVOLVED COUNSEL FOR SCHEDULE CTO-213 (Cont.) MDL-875                    PAGE 5

Gregory V. Pelton
Pelton & Associates
4300 Carlisle, N.E.
#4
Albuquerque, NM 87107

Troy Peyton
Rumph & Peyton
300 South 4th Street
Suite 800
Las Vegas, NV 89101

Michael S. Polk
Sieben, Polk, LaVerdiere, Jones & Hawn
999 Westview Drive
Hastings, MN 55033

Connie J. Postelli
Warner & Meihofer, LLC
9721 Prairie Avenue
Highland, IN 46322

William Pruitt
Barron, Vivone, Holland, Pruitt, Chtd
1404 S. Jones Blvd.
Las Vegas, NV 89146

Michael D. Ramsey
Hoover Hull Baker & Heath
P. O. Box 44989
Indianapolis, IN 46244

Michelle S. Regan
Lavin, Coleman, O'Neil, Ricci, et al.
767 Third Avenue, 7th Floor
New York, NY 10017

Kurt E. Reitz
Thompson & Coburn
525 West Main Street
P.O. Box 750
Belleville, IL 62222

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Jerry R. Rigby
Rigby, Thatcher, Andrus, Rigby, Kam &
Moeller
P O. Box 250
Rexburg, ID 83440

Julie Robles
Hailey, McNamara, Hall, Larmann &
Papale
One Galleria Boulevard, Suite 1400
Metairie, LA 70001

Dawn Smith Rodrigue
LeBlanc & Waddell, LLC
The Essen Centre, Suite 420
5353 Essen Lane
Baton Rouge, LA 70809

Gerolyn Roussel
Roussel & Roussel
1710 Cannes Drive
LaPlace, LA 70068

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Ronald B. Rubin
Rubin & Rubin
One Church Street, Suite 301
Rockville, MD 20850

Richard R. Ryan
McCullough, Campbell & Lane
401 North Michigan Avenue
13th Floor
Chicago, IL 60611

Gus Sacopulos
Sacopulos, Johnson & Sacopulos
676 Ohio Street
Terre Haute, IN 47807

Thomas A. Sandenaw
Sandenaw & Piazza, PC
2951 A Roadrunner Parkway
Las Cruces, NM 88011

Valerie T. Schexnayder
Hailey, McNamara, Hall, Larmann &
Papale
One Galleria Boulevard, Suite 1400
Metairie, LA 70001

Todd L. Schleifstein
Hanly & Conroy, LLP
415 Madison Avenue
New York, NY 10017

Lori E. Schrier
Robles Law Center
One Bayfront Plaza, #900
100 S. Biscayne Blvd.
Miami, Fl 33131

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Robert G. Scumaci
Gibson, McAskill & Crosby
69 Delaware Avenue
Suite 900
Buffalo, NY 14202

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert L. Shuftan
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, IL 60606

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Joseph Stalmack
Joseph Stalmack & Associates, P.C
5253 Hohman Avenue
Hammond, IN 46325

James M. Stanton
Stanton & Sorensen
22 N. Third Street
P.O. Box 205
Clear Lake, IA 50428

Bruce H Strotz
Fairfield, Garrow & Strotz
P.O. Box 35400
Albuquerque, NM 87176

Robert E. Swickle
Jaques Admiralty Law Firm, P C.
1370 Penobscot Building
Detroit, MI 48226

INVOLVED COUNSEL FOR SCHEDULE CTO-213 (Cont.) MDL-875

Peter Tambini
Levy, Phillips & Konigsberg, L.L.P.
520 Madison Avenue
New York, NY 10022

Michael P. Thornton
Thornton & Naumes, L.L.P
100 Summer Street, 30th Floor
Boston, MA 02110

Edmund J. Towle, III
Kinsella, Boesch, Fujikawa & Towle
1901 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Eugene Wait
Wait Law Firm
305 West Moana Lane, 2nd Floor
P.O. Box 179
Reno, NV 89504

Lori R. Wallerstein
Morgenstein & Jubelirer
One Market Spear Street
Spear Tower, 32nd Floor
One Market Plaza
San Francisco, CA 94105

Michael R. Walzel
Stevens, Baldo & Freeman L.L.P.
550 Fannin Street, Suite 400
P.O. Box 4950
Beaumont, TX 77701

Joe D. Wells
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Douglas P Wilson
Wilson Law Offices
200 Firstar Bank Building
6405 North Cosby Avenue
Kansas City, MO 64151

Kenneth J. Wilson
Ness, Motley, Loadholt, Richardson &
Poole
1730 Jackson Street
P.O. Box 365
Barnwell, SC 29812

Ellen Winograd
Laxalt & Nomura, Ltd.
50 W. Liberty Street
Suite 700
Reno, NV 89501