MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 21 2002

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-213)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 73,990 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415, (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN - 6 2002

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY   IMAGED JUN - 6 '02

## SCHEDULE CTO-213 - TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DISTRICT DIV. CIVIL ACTION#

HAWAII
HI   1   02-238      Michael A. Jama, et al v. Kaiser Gypsum Co. Inc., et al.

IOWA SOUTHERN
IAS   4   02-40206   Gerald Hammond, et al. v. ACandS, Inc., et al.
IAS   4   02-40207   Charles Terrill, et al. v. Armstrong Contracting & Supply, et al.

IDAHO
ID   3   01-616     Ronald G. Shaul v. Camas Prairie Railroad Co., et al.

ILLINOIS CENTRAL
ILC   2   02-2084   Annie Brownlee, etc. v. ACandS, Inc., et al.
ILC   3   02-3030   Charles Sturgeon v. Illinois & Midland Railroad, Inc.

ILLINOIS NORTHERN
ILN   1   02-3032   Linda Small, etc v. Flintkote Co., et al.

ILLINOIS SOUTHERN
ILS   3   02-330    Richard Flaar, et al. v. Burlington Northern Santa Fe Railway Co.
ILS   3   02-358    Ronald Barnak, et al. v. Burlington Northern & Santa Fe Railway Co.

INDIANA NORTHERN
INN   2   99-341    Frank Hall, et al. v. A.P. Green Industries, Inc., et al.
INN   2   99-342    Joan Dewes, etc. v. A.P. Green Industries, Inc., et al.
INN   2   01-275    Porfirio Longoria v. ACandS, et al.
INN   2   01-276    James Magee v. ACandS, Inc., et al.
INN   2   01-277    John Sasveld v. ACandS, Inc., et al.
INN   2   01-278    William W. Kemp v. ACandS, Inc., et al.
INN   2   01-279    Robert H. Hamlin v. ACandS, Inc., et al.
INN   2   01-280    George E. Jansky v. ACandS, Inc., et al.
INN   2   01-281    David F. Cannon v. ACandS, Inc., et al.
INN   2   01-282    Larry G. Schlagel v. ACandS, Inc., et al.
INN   2   01-283    Jesus Garza v. ACandS, Inc., et al.
INN   2   01-298    Asa E. Coldiron v. ACandS, Inc., et al.
INN   2   01-479    Alton W. Pearce v. ACandS, Inc., et al.

KANSAS
KS   2   02-2169   Robert Munoz v. Burlington Northern & Santa Fe Railway Co.
KS   2   02-2170   George Argeropoulos v. Burlington Northern & Santa Fe Railway Co.
KS   2   02-2171   Leland Salts v. Burlington Northern & Santa Fe Railway Co.
KS   2   02-2172   Darrell Rolland v. Burlington Northern & Santa Fe Railway Co.
KS   2   02-2173   Leonard Huffman v. Burlington Northern & Santa Fe Railway Co.
KS   2   02-2174   Leonard Elmore v. Burlington Northern & Santa Fe Railway Co.
KS   2   02-2175   Walter Little v. Burlington Northern & Santa Fe Railway Co.
KS   2   02-2176   Lawrence Bungart v. Burlington Northern & Santa Fe Railway Co.

LOUISIANA EASTERN
LAE   2   02-1050   John Yeomans v. Babcock & Wilcox Co., et al.
LAE   2   02-1268   Wolfgang Helle, et al. v. Babcock & Wilcox Co., et al.
LAE   2   02-1269   Charles A. McFarland v. Babcock & Wilcox Co., et al.

LOUISIANA MIDDLE
~~LAM   3   02-368    Barbara Catania, et al. v. ACandS, Inc., et al.~~   Opposed 6/5/02

MARYLAND
~~MD   1   02-1133   Edna O. Rourke, et al. v. Amchem Products, Inc., et al.~~   Vacated 5/29/02

MAINE
ME   2   02-64     Tanya Farmer, et al. v. Rapid-American Corp., et al.

MINNESOTA
MN   0   02-656    Thomas B. Emerson v. Soo Line Railroad Co.

**MISSOURI WESTERN**
~~MOW    4    02-314    Elton Burner, et al. v. T.H. Agriculture & Nutrition Co., LLC, et al.~~ Opposed 6/5/02

**NORTH CAROLINA MIDDLE**
NCM    1    02-299    Edward W. Gibson, et al. v. Acands, Inc., et al.
NCM    1    02-301    Robert Stroman v. ACandS, Inc., et al.

**NORTH CAROLINA WESTERN**
NCW    3    02-129    Walter C. Meeks, et al. v. ACandS, Inc., et al.
NCW    3    02-161    Carroll Manley Brown, et al. v. ACandS, Inc., et al.
NCW    5    02-40     Roger T. Mayhew, et al. v. ACandS, Inc., et al.
NCW    5    02-48     Wendell L. Haire, et al. v. ACandS, Inc., et al.

**NEW MEXICO**
~~NM    1    02-398    Procopio A. Martinez, et al. v. A.P. Green Industries, Inc., et al.~~ Opposed 6/5/02

**NEVADA**
NV    2    00-1379    Nina Matteucci Getto, et al. v. The Flinkote Co., et al.

**NEW YORK EASTERN**
NYE    1    02-1054   Treva Cotton, etc. v. ACandS, Inc., et al.
NYE    1    02-1247   Theophus Billings, et al. v. ACandS, Inc., et. al.
NYE    1    02-1590   John W. Kidder, etc. v. ACandS., Inc., et al.

**NEW YORK NORTHERN**
NYN    5    01-1869   June King, et al. v. Hollingsworth & Vose Co.
NYN    5    01-1870   Conley M. King, et al. v. Hollingsworth & Vose Co.

**NEW YORK SOUTHERN**
NYS    1    02-2903   John K. Lustenring, et al. v. ACandS, Inc., et al.
NYS    1    02-2904   John Matteson, et al. v. ACandS, Inc., et al.
NYS    1    02-2906   Arthur Bardi, et al. v. ACandS, Inc., et al.

**SOUTH CAROLINA**
SC    7    02-900    Ebb Hyatt, et al. v. ACandS, Inc., et al.

**TEXAS EASTERN**
TXE    6    01-387    Martha Spears, etc. v. Goodyear Tire & Rubber Co.

**TEXAS SOUTHERN**
TXS    4    02-1258   Donald Billups, et al. v. Norfolk Southern Railway Co.
TXS    4    02-1259   Charles Gibson v. Norfolk Southern Railway Co.
TXS    4    02-1260   Billy Gulledge, et al. v. Norfolk Southern Railway Co.
TXS    4    02-1521   James L. Abney v. Burlington Northern & Santa Fe Railway Co.

**TEXAS WESTERN**
~~TXW    6    01-343    Birdie Klander, et al. v. Ameteck, Inc., et al.~~ Vacated 5/24/02