MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 10 2002

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY :
LITIGATION (NO. VI)                :

This Document Relates to:          :     CIVIL ACTION NO. MDL 875

Law Firm of Cascino Vaughan        :

United States District Court       :
Western District of Wisconsin      :     MDL- 875
                                         RECOMMENDED ACTION
Donald CLAYTON, No. 90 C 0860C     :
Joseph RIPP, No. 90 C 0849C        :     CRO -- 7 ACTIONS
Vernon LONG, No. 90 C 0855C        :     Approved/Date:
Harold LEE, No. 90 C 0845C         :
Albert BROWN, No. 90 C 0263C       :
Roger DORMAN, No. 90 C 0856C       :
Robert ROTH, No. 90 C 0846S        :

[In the event any of the above-   :
listed cases are multiple plaintiff :
(victim) actions, this transfer is :
for the above-named party only, or :
said party's representative, and any:
spousal or dependent actions.]     :

PLEADING NO. 3564

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Western District of Wisconsin, and the Court having reviewed these cases and having had settlement conferences with the parties, and now believing that such motion is appropriate since only one defendant remains for trial, namely; John Crane, and this defendant has indicated that it has no desire to make further attempts at settlement.

**OFFICIAL FILE COPY**   IMAGED JUN 11 '02

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from these cases and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matters should be REMANDED to the United States District Court for the Western District of Wisconsin for such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 5/9/2002

_____
Charles R. Weiner          J.