| JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION<br>FILED |
| --- |
| **JUNE 13, 2002** |
| MICHAEL J. BECK<br>CLERK OF THE PANEL |

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, MOREY L. SEAR, BRUCE M. SELYA, JULIA SMITH GIBBONS, D. LOWELL JENSEN AND J. FREDERICK MOTZ, JUDGES OF THE PANEL*

## HEARING SESSION ORDER

IT IS ORDERED that on July 18, 2002, a hearing session will be held in Newport, Rhode Island, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).  The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

IMAGED  JUN 14 '02

SCHEDULE OF MATTERS FOR HEARING SESSION
July 18, 2002 -- Newport, Rhode Island


**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**


<u>MDL-1214 -- In re Great Southern Life Insurance Company Sales Practices Litigation</u>

Opposition of defendant Great Southern Life Insurance Company to remand of the following actions to their respective transferor court:


<u>Northern District of Texas</u>

*Irene Jones v. Great Southern Life Insurance Co., et al.*, C.A. No. 3:01-1040
   (M.D. Alabama, C.A. No. 2:01-345)
*Manuel A. Espinoza, et al. v. Great Southern Life Insurance Co.*, C.A. No. 3:00-2420
   (N.D. California, C.A. No. 3:00-763)


<u>MDL-1335 -- In re Tyco International, Ltd., Securities Litigation</u>

Oppositions of plaintiffs Louisiana Retirement Systems; Robert D. Jaffee Revocable Trust, et al.; Lawrence Fagan, Sr.; D. Scott Kelley; Dr. Richard Hoyt; Robert J. Casey, II; Harry B. Meran; Donald Goldstein; and Marvin Overby, etc., to transfer of their respective following actions to the United States District Court for the District of New Hampshire:


<u>Southern District of Florida</u>

*Robert D. Jaffee Revocable Trust, et al. v. Tyco International, Ltd., et al.*,
   C.A. No. 1:02-21048
*Lawrence Fagan, Sr. v. Tyco International, Ltd., et al.*, C.A. No. 9:02-80118
*D. Scott Kelley v. Tyco International, Ltd., et al.*, C.A. No. 9:02-80120
*Dr. Richard Hoyt v. Tyco International, Ltd., et al.*, C.A. No. 9:02-80152
*Robert J. Casey, II v. Tyco International, Ltd., et al.*, C.A. No. 9:02-80164
*Harry B. Meran v. Tyco International, Ltd., et al.*, C.A. No. 9:02-80189

Schedule of Matters for Hearing Session, Section A
Newport, Rhode Island

p. 2

MDL-1335 (Continued)

### Southern District of New York

*Allan Carlin v. Tyco International, Ltd., et al.*, C.A. No. 1:02-878
*Milton D. Abowitz, etc. v. Tyco International, Ltd., et al.*, C.A. No. 1:02-1033
*Donald Goldstein v. Tyco International, Ltd., et al.*, C.A. No. 1:02-1034
*Lon Engel, etc. v. Tyco International, Ltd., et al.*, C.A. No. 1:02-1150
*David A. Walker v. Tyco International, Ltd., et al.*, C.A. No. 1:02-1278
*Patty Smith v. Tyco International, Ltd., et al.*, C.A. No. 1:02-1288
*Stanley Sved v. Tyco International, Ltd., et al.*, C.A. No. 1:02-1293
*David Rappaport v. Tyco International, Ltd., et al.*, C.A. No. 1:02-1393
*Mario R. Garcia v. Tyco International, Ltd., et al.*, C.A. No. 1:02-1464
*Leonard D. Gigantino v. Tyco International, Ltd., et al.*, C.A. No. 1:02-1854
*Joseph Leone v. Tyco International, Ltd., et al.*, C.A. No. 1:02-2056
*Shmuel Lock v. Tyco International, Ltd., et al.*, C.A. No. 1:02-2080
*Jules Brody v. Tyco International, Ltd., et al.*, C.A. No. 1:02-2190
*Jay Fink v. Tyco International, Ltd., et al.*, C.A. No. 1:02-2260
*Lou Ann Murphy v. Tyco International, Ltd., et al.*, C.A. No. 1:02-2356
*Marvin Overby, etc. v. Tyco International, Ltd., et al.*, C.A. No. 1:02-2486
*Jim Lee Chambers v. Tyco International, Ltd., et al.*, C.A. No. 1:02-2607

### MDL-1374 -- In re Assicurazioni Generali S.p.A. Holocaust Era Insurance Litigation

Motion of plaintiffs Jack Brauns, M.D.; Steven Szekeres, et al.; Julia Sladek, M.D.;
Felicia Spirer Haberfeld; Marta Goldstein Lightner; and Benjamin Mandil to remand their
respective following actions from the United States District Court for the Southern District of
New York to their respective transferor courts:

### Southern District of New York

*Jack Brauns, M.D. v. Assicurazioni Generali, S.p.A., et al.*, C.A. No. 1:00-9412
  (C.D. California, C.A. No. 2:00-6194)
*Steven Szekeres, et al. v. Assicurazioni Generali, S.p.A., et al.*, C.A. No. 1:01-158
  (C.D. California, C.A. No. 2:00-10089)

Schedule of Matters for Hearing Session, Section A                    p. 3
Newport, Rhode Island


MDL-1374 (Continued)


### Southern District of New York (Contineud)

*Julia Sladek, M.D. v. Assicurazioni Generali S.p.A., et al.*, C.A. No. 1:01-6193
   (C.D. California, C.A. No. 2:01-4683)
*Felicia Spirer Haberfeld v. Assicurazioni Generali, S.p.A.*, C.A. No. 1:01-9498
   (C.D. California, C.A. No. 2:01-4685)
*Marta Goldstein Lightner v. Assicurazioni Generali, S.p.A., et al.*, C.A. No. 1:01-160
   (C.D. California, C.A. No. 8:00-924)
*Benjamin Mandil v. Assicurazioni Generali, S.p.A., et al.*, C.A. No. 1:00-9414
   (S.D. California, C.A. No. 3:00-1202)


### MDL-1472 -- In re Global Crossing Ltd. Securities & "ERISA" Litigation

   Motion, as amended, of defendants Global Crossing Ltd.; Global Crossing Employees
Retirement Savings Plans; Robert Annunziata; Mark Attanasio; Norman Brownstein; William B.
Carter; Joseph P. Clayton; Williams S. Cohen; John Comparin; William E. Conway; Lodwrick
Cook; S. Wallace Dawson, Jr.; John M. Finlayson; Steven J. Green; Eric Hippeau; Maria Elena
Lagomasino; William Norris; John Scanlon; John A. Scarpati; and Gary Winnick for
centralization of the following actions in the United States District Court for the Central District
of California:


### Central District of California

*Brian Roffe v. Global Crossing Ltd.*, C.A. No. 2:02-1039
*Thomas Albano v. Gary Winnick, et al.*, C.A. No. 2:02-1074
*Janet Mahoney v. Gary Winnick, et al.*, C.A. No. 2:02-1077
*Douglas Groner v. Gary Winnick, et al.*, C.A. No. 2:02-1137
*Robert A. Rovner v. Gary Winnick, et al.*, C.A. No. 2:02-1139
*Samuel Dawson v. Gary Winnick, et al.*, C.A. No. 2:02-1207
*Stephan H. Goldstein, et al. v. Gary Winnick, et al.*, C.A. No. 2:02-1233
*James G. Whitty v. Gary Winnick, et al.*, C.A. No. 2:02-1276
*Gerald Lampton, et al. v. Gary Winnick, et al.*, C.A. No. 2:02-1290
*Albert Halegoua v. Gary Winnick, et al.*, C.A. No. 2:02-1310
*Bernard McAllister v. Gary Winnick, et al.*, C.A. No. 2:02-1323

Schedule of Matters for Hearing Session, Section A                    p. 4
Newport, Rhode Island


MDL-1472 (Continued)


### Central District of California (Continued)

*Maurice Brodsky, et al. v. Gary Winnick, et al.*, C.A. No. 2:02-1351
*Bruce Hudson, et al. v. Gary Winnick, et al.*, C.A. No. 2:02-1373
*Betty Sampsell v. Gary Winnick, et al.*, C.A. No. 2:02-1455
*Jagdeo Ramkissoon v. Gary Winnick, et al.*, C.A. No. 2:02-1478
*Charles Graham v. Gary Winnick, et al.*, C.A. No. 2:02-1483
*Donald Yancey, etc. v. Gary Winnick, et al.*, C.A. No. 2:02-1635
*Ben Gordon v. Gary Winnick, et al.*, C.A. No. 2:02-1644
*Roy L. Olofson v. Gary Winnick, et al.*, C.A. No. 2:02-1693
*Jon L. Pettit, et al. v. Gary Winnick, et al.*, C.A. No. 2:02-1806
*Bruce Donald Graham v. Gary Winnick, et al.*, C.A. No. 2:02-1826
*Amy Ghazle v. Gary Winnick, et al.*, C.A. No. 2:02-1827
*Richard Geist v. Gary Winnick, et al.*, C.A. No. 2:02-1873
*Charles G. Cooper, et al. v. Gary Winnick, et al.*, C.A. No. 2:02-1957
*Bruce Hill v. Gary Winnick, et al.*, C.A. No. 2:02-2033
*Daniel K. Iles v. Gary Winnick, et al.*, C.A. No. 2:02-2034
*Scott Johnson v. Gary Winnick, et al.*, C.A. No. 2:02-2070
*James Guarino v. Gary Winnick, et al.*, C.A. No. 2:02-2100
*Richard J. Turoff v. Arthur Andersen, LLP, et al.*, C.A. No. 2:02-2133
*Rodney Scott Coleman v. Gary Winnick, et al.*, C.A. No. 2:02-2343
*Edward Gildea v. Gary Winnick, et al.*, C.A. No. 2:02-2457
*Martin Aircraft Tool Co., et al. v. Pacific Capital Group, Inc., et al.*,
   C.A. No. 2:02-2470
*Michael Eisenberg, etc. v. Gary Winnick, et al.*, C.A. No. 2:02-2497
*Paul Bufano, et al. v. Gary Winnick, et al.*, C.A. No. 2:02-2606
*Hawaii Laborers' Trust Funds v. Gary Winnick, et al.*, C.A. No. 2:02-2608


### District of District of Columbia

*Jeffery Abdelnour v. Gary Winnick, et al.*, C.A. No. 1:02-298


### District of New Jersey

*Joseph Zycherman v. Gary Winnick, et al.*, C.A. No. 2:02-643

MDL-1472 (Continued)

### Southern District of New York

*F. Richard Manson v. Gary Winnick, et al.*, C.A. No. 1:02-910
*Martin Blount v. Gary Winnick, et al.*, C.A. No. 1:02-944
*Dr. Bajrang Agarwal v. Gary Winnick, et al.*, C.A. No. 1:02-990
*Reuben Askowitz v. Gary Winnick, et al.*, C.A. No. 1:02-1006
*Gary Kosseff v. Gary Winnick, et* al., C.A. No. 1:02-1049
*Angelo Armezzani v. Gary Winnick, et al.*, C.A. No. 1:02-1086
*Tiwok, Inc., et al. v. Gary Winnick, et al.*, C.A. No. 1:02-1129
*Christine J. Lopau v. Gary Winnick, et al.*, C.A. No. 1:02-1134
*Jeffrey Kurtz v. Gary Winnick, et al.*, C.A. No. 1:02-1158
*Paul McGovern v. Gary Winnick, et al.*, C.A. No. 1:02-1386
*Leonard Fuchs, et al. v. Gary Winnick, et al.*, C.A. No. 1:02-1392
*Virginia Musacchio v. Gary Winnick, et al.*, C.A. No. 1:02-1588
*Elaine B. Gastman v. Gary Winnick, et al.*, C.A. No. 1:02-1612
*Wallace C. Thompson v. Gary Winnick, et al.*, C.A. No. 1:02-2014
*James F. Tucker v. Gary Winnick, et al.*, C.A. No. 1:02-2247
*Daniel K. Iles v. Gary Winnick, et al.*, C.A. No. 1:02-2641
*Staro Asset Management, LLC v. Gary Winnick, et al.*, C.A. No. 1:02-2652
*Richard P. Kleinknecht, etc. v. Gary Winnick, et al.*, C.A. No. 1:02-2665

### Western District of New York

*Roy E. Boyer, et al. v. Gary Winnick, et al.*, C.A. No. 6:02-6067
*Mary Ann Cottrell v. Gary Winnick, et al.*, C.A. No. 6:02-6105
*Sidney Hasler v. Gary Winnick, et al.*, C.A. No. 6:02-6160

## MDL-1473 -- In re American General Finance, Inc., Credit Insurance Litigation

Motion of defendants American General Finance, Inc.; Merit Life Insurance Company; Yosemite Insurance Company; and Thomas Edgeworth for centralization of the following actions in the United States District Court for the Southern District of Mississippi or the United States District Court for the Northern District of Mississippi:

### Northern District of Mississippi

*Willie E. Latham, et al. v. American General Finance, Inc.*, C.A. No. 1:01-462
*Johnnie Archer, et al. v. Gary Castle, et al.*, C.A. No. 1:02-95

### Southern District of Mississippi

*Genevia Keyes v. American General Finance, Inc.*, C.A. No. 2:02-27
*John D. Starcher, et al. v. American General Finance, Inc., et al.*, C.A. No. 2:02-62
*Rhonda L. Aaron, et al. v. American General Finance Inc., et al.*, C.A. No. 2:02-63
*Debbie Cross, et al. v. American General Finance, Inc.*, C.A. No. 3:00-832
*Clay Rodgers v. American General Finance, Inc., et al.*, C.A. No. 3:01-599
*Willie Mae Ambers, et al. v. American General Finance, Inc.*, C.A. No. 3:01-872
*Christine Harris, et al. v. Thomas L. Edgeworth*, C.A. No. 3:02-57
*Oda M. Green, et al. v. American General Finance, Inc., et al.*, C.A. No. 3:02-121
*Dinnishaw Gamble, et al. v. American General Finance, Inc., et al.*,
   C.A. No. 3:02-210
*Edna Keys, et al. v. American General Finance, Inc., et al.*, C.A. No. 3:02-211
*Georgia Shorter, et al. v. American General Finance, Inc., et al.*, C.A. No. 3:02-212
*Margaret Anderson, et al. v. American General Finance, Inc., et al.*,
   C.A. No. 3:02-213
*Katina Banks, et al. v. American General Finance, Inc., et al.*, C.A. No. 3:02-214
*Colleen Johnson, et al. v. American General Finance, Inc.*, C.A. No. 4:02-62
*John Conner, et al. v. Merit Life Insurance Co., et al.*, C.A. No. 5:01-149
*James O. Carter, et al. v. American General Finance, Inc., et al.*, C.A. No. 5:01-152
*Sharon Rankin, et al. v. American General Finance, Inc., et al.*, C.A. No. 5:02-6
*Tony R. Bailey, Sr., et al. v. American General Finance, Inc.*, C.A. No. 5:02-7
*Elnora Barnes v. Thomas L. Edgeworth, et al.*, C.A. No. 5:02-56
*Jerry D. Carter, et al. v. American General Finance, Inc., et al.*, C.A. No. 5:02-68

### MDL-1474 -- In re Unitrin, Inc., Insurance Sales Practices Litigation

Motion of defendants Unitrin, Inc.; United Insurance Company of America; Union National Life Insurance Company; and Union National Fire Insurance Company for centralization of the following actions in the United States District Court for the Southern District of Mississippi:

#### Northern District of Mississippi

*Monika Tucker, et al. v. Union National Life Insurance Co., et al.*, C.A. No. 4:01-240
*Shirley Walker, et al. v. Union National Life Insurance Co., et al.*, C.A. No. 4:01-247
*Minnie Wells v. United Insurance Co. of America, et al.*, C.A. No. 4:01-253

#### Southern District of Mississippi

*Jacqueline Crosby, et. al. v. Union National Life Insurance Co., et al.*,
   C.A. No. 2:01-343
*Earnestine Chambers, et al. v. Union National Life Insurance Co., et al.*,
   C.A. No. 3:01-452
*Tasha Garner v. Union National Life Insurance Co., et al.*, C.A. No. 3:01-844
*Sarah Neely, et al. v. Union National Life Insurance Co., et al.*, C.A. No. 3:01-918
*Annie Mae Porter, et al. v. United Insurance Co. of America, et al.*,
   C.A. No. 4:00-206
*Doss Abney, et al. v. Union National Life Insurance Co., et al.*, C.A. No. 4:01-170
*Mary Geneva Harris v. United Insurance Co. of America, et al.*, C.A. No. 4:02-1
*Laura Jackson, et al. v. Union National Life Insurance Co., et al.*, C.A. No. 5:01-119
*Dorothy Wells, et al. v. Union National Life Insurance Co., et al.*, C.A. No. 5:02-50
*Marjorie Smith, et al. v. Union National Life Insurance Co., et al.*, C.A. No. 5:02-67

Schedule of Matters for Hearing Session, Section A                    p. 8
Newport, Rhode Island


## MDL-1475 -- In re Heritage Bonds Litigation

Motion of defendants U.S. Trust Company of Texas, N.A. and U.S. Trust Corporation for centralization of the following actions in the United States District Court for the Central District of California:

### Central District of California

*Betker Partners One, LP, et al. v. U.S. Trust Corp., N.A., et al.*, C.A. No. 2:01-5752
*Gilbert Kivenson v. U.S. Trust Corp., N.A., et al.*, C.A. No. 2:02-382
*Howard Preston, et al. v. U.S. Trust Corp., N.A., et al.*, C.A. No. 2:02-993
*U.S. Trust Co. of Texas, N.A. v. O.V. Bertolini, et al.*, C.A. No. 2:02-2745

### Northern District of Illinois

*Phillip L. Stern, etc. v. U.S. Trust Co. of Texas, N.A.*, C.A. No. 1:01-9078


## MDL-1476 -- In re First Union Mortgage Corp. Yield Spread Premium Litigation

Motion of plaintiffs Leonard S. Davis, et al., for centralization of the following actions in the United States District Court for the Northern District of Alabama:

### Northern District of Alabama

*Daniel Heimmermann, et al. v. First Union Mortgage Corp.*, C.A. No. 3:98-2357

### Southern District of Florida

*Leonard S. Davis, et al. v. First Union Mortgage Corp., et al.*, C.A. No. 4:99-1494

### Middle District of Georgia

*Robert Trombley, et al. v. First Union Mortgage Corp.*, C.A. No. 4:98-19

## MDL-1477 -- In re Serzone Products Liability Litigation

Motion of plaintiffs Andrea B. Cheramie, et al., for centralization of the following actions in the United States District Court for the Eastern District of Louisiana:

### Eastern District of Louisiana

*Andrea B. Cheramie, et al. v. Bristol-Myers Squibb Co.*, C.A. No. 2:02-910

### Middle District of Louisiana

*Melva L. Duplessie, et al. v. Bristol-Myers Squibb Co.*, C.A. No. 3:02-322

### Western District of Louisiana

*William Collins v. Bristol-Myers Squibb Co.*, C.A. No. 1:02-638
*Joseph I. Viator, et al. v. Bristol-Myers Squibb Co.*, C.A. No. 2:02-637
*Judy Owens, et al. v. Bristol-Myers Squibb Co.*, C.A. No. 6:02-680

### Northern District of Mississippi

*Sherry Hayden, et al. v. Bristol-Myers Squibb Co.*, C.A. No. 4:02-86

## MDL-1479 -- In re Neurontin Antitrust Litigation

Motion of plaintiff Richard A. Wilson for centralization of certain of the following actions in the United States District Court for the Eastern District of Pennsylvania; and motion of defendants Pfizer, Inc., and Warner-Lambert Company for centralization of the following actions in the United States District Court for the District of New Jersey:

### Northern District of California

*Jane Sall, et al. v. Pfizer, Inc., et al.*, C.A. No. 3:02-2122

Schedule of Matters for Hearing Session, Section A                    p. 10
Newport, Rhode Island

MDL-1479 (Continued)

### Eastern District of Michigan

*Great Lakes Health Plan, Inc. v. Pfizer, Inc., et al.*, C.A. No. 2:02-71907

### District of New Jersey

*William Owens v. Pfizer, Inc., et al.*, C.A. No. 2:02-1390
*Burdonna Trujillo v. Pfizer, Inc., et al.*, C.A. No. 2:02-1391
*Smithfield Foods, Inc. v. Pfizer, Inc., et al.*, C.A. No. 2:02-1397
*Phyllis Salowe-Kaye, et al. v. Pfizer, Inc., et al.*, C.A. No. 2:02-1527
*Louisiana Wholesale Drug Company, Inc. v. Pfizer, Inc., et al.*, C.A. No. 2:02-1830

### Eastern District of New York

*Neil Meltzer v. Pfizer, Inc., et al.*, C.A. No. 2:02-1388

### Southern District of New York

*Health & Benefit Trust Fund of the International Union of Operating Engineers Local Union 94, 94A, 94B v. Pfizer, Inc., et al.*, C.A. No. 1:02-1845
*Gary Jaffe v. Pfizer, Inc., et al.*, C.A. No. 1:02-2017
*Katherine D'Angelo v. Pfizer, Inc., et al.*, C.A. No. 1:02-2028
*Action Alliance of Senior Citizens of Greater Philadelphia v. Pfizer, Inc., et al.*, C.A. No. 1:02-2445
*Vista Healthplan, Inc. v. Pfizer, Inc., et al.*, C.A. No. 1:02-2531
*United Food & Commercial Workers Local 56 Health & Welfare Fund v. Pfizer, Inc., et al.*, C.A. No. 1:02-2663
*Painters District Council No. 30 Health & Welfare Fund v. Pfizer, Inc., et al.*, C.A. No. 1:02-2845

### Eastern District of Pennsylvania

*Richard A. Wilson v. Pfizer, Inc., et al.*, C.A. No. 2:02-2094
*Nancy Soeurt v. Pfizer, Inc., et al.*, C.A. No. 2:02-2433

MDL-1480 -- In re DaimlerChrysler Corp. Seat Belt Buckle Products Liability Litigation

Motion of defendant DaimlerChrysler Corporation for centralization of the following actions in the United States District Court for the Northern District of Ohio or the United States District Court for the Eastern District of Michigan:

### Northern District of Georgia

*Beatrice Coker, et al. v. DaimlerChrysler Corp.*, C.A. No. 1:02-903

### District of Massachusetts

*Linda K. Hiller, et al. v. DaimlerChrysler Corp.*, C.A. No. 1:02-10533

MDL-1481 -- In re Meridia Products Liability Litigation

Motion of plaintiff Holly Cardwell for centralization of the following actions in the United States District Court for the Northern District of Illinois or the United States District Court for the District of New Jersey:

### Northern District of Illinois

*Holly Cardwell v. Abbott Laboratories, et al.*, C.A. No. 1:02-2183

### District of New Jersey

*Carol Rothenberger v. Abbott Laboratories, et al.*, C.A. No. 2:02-1419

MDL-1483 -- In re Qwest Communications Corp. Payphone Service Providers Compensation Litigation

Motion of defendant Qwest Communications Corporation for centralization of the following actions in the United States District Court for the District of Colorado:

### Central District of California

*Gregory J. Wolfe, et al. v. Qwest Communications Corp.*, C.A. No. 2:01-5554
*Steve Littlejohn v. Qwest Communications Corp.*, C.A. No. 2:01-6033
*PBS Telecom, Inc. v. Qwest Communications Corp.*, C.A. No. 2:01-7285
*Royce Tawney v. Qwest Communications Corp.*, C.A. No. 2:02-827
*Zane Greene v. Qwest Communications Corp.*, C.A. No. 8:02-501

### Eastern District of California

*Dong Ju Lee v. Qwest Communications Corp.*, C.A. No. 2:01-1578

### Northern District of California

*Precision Pay Phones v. Qwest Communications Corp.*, C.A. No. 3:02-213
*Precision Pay Phones v. Qwest Communications Corp.*, C.A. No. 3:02-214
*Precision Pay Phones v. Qwest Communications Corp.*, C.A. No. 3:02-215
*Bay Distribution Service, Inc. v. Qwest Communications Corp.*, C.A. No. 5:01-20937
*Bay Distribution Service, Inc. v. Qwest Communications Corp.*, C.A. No. 5:01-20938
*Bay Distrubution Service, Inc. v. Qwest Communications Corp.*, C.A. No. 5:01-20939
*Bay Distribution Service, Inc. v. Qwest Communications Corp.*, C.A. No. 5:01-20940
*Bay Distribution Service, Inc. v. Qwest Communications Corp.*, C.A. No. 5:01-20941
*Bay Distribution Service, Inc. v. Qwest Communications Corp.*, C.A. No. 5:01-20942
*Antonio T. Pimentel v. Qwest Communications Corp.*, C.A. No. 5:02-1540

### District of District of Columbia

*APCC Services, Inc., et al. v. Qwest Communications Corp.*, C.A. No. 1:01-641

### District of Nevada

*Nevada Telephone, Inc. v. Qwest Communications Corp.*, C.A. No. 2:02-742

Schedule of Matters for Hearing Session, Section A                    p. 13
Newport, Rhode Island

MDL-1483 (Continued)

### District of Utah

*Flying J, Inc., et al. v. Qwest Communications Corp., et al.*, C.A. No. 1:00-23

### Western District of Washington

*Metrophones Telecommunications, Inc. v. Qwest Communications Corp.*,
   C.A. No. 2:01-1850

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

### MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs Flinn James, et al.; Ronald L. Huber, et al.; Frank Huff, Jr., et al.; Leon J. Smith, et al.; Charles E. Davis, et al.; and James E. Snead, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

### Southern District of Mississippi

*Flinn James, et al. v. International Paper*, C.A. No. 1:01-556

### Western District of Pennsylvania

*Ronald L. Huber, et al. v. J. Robert Davis, Jr., et al.*, C.A. No. 2:02-304

### District of South Carolina

*Frank Huff, Jr., et al. v. ACandS, Inc., et al.*, C.A. No. 2:02-16
*Leon J. Smith, et al. v. ACandS, Inc., et al.*, C.A. No. 2:02-17
*Charles E. Davis, et al. v. ACandS, Inc., et al.*, C.A. No. 2:02-51
*James E. Snead, et al. v. ACandS, Inc., et al.*, C.A. No. 2:02-173

Opposition of defendant Duquesne Light Company to remand of the following action to the United States District Court for the Western District of Pennsylvania:

### Eastern District of Pennsylvania

*Karen Jesensky, et al. v. A-Best Products Co., et al.*, (W.D. Pennsylvania,
   C.A. No. 2:96-680)

Schedule of Matters for Hearing Session, Section B                    p. 15
Newport, Rhode Island


MDL-1091 -- In re Metropolitan Life Insurance Company Sales Practices Litigation

Opposition of plaintiff Billy C. Carter, et al., to transfer of the following action to the United States District Court for the Western District of Pennsylvania:

### Southern District of Mississippi

*Billy C. Carter, et al. v. Metropolitan Life Insurance Co., et al.*, C.A. No. 5:02-115


MDL-1105 -- In re New England Mutual Life Insurance Company Sales Practices Litigation

Opposition of defendant New England Life Insurance Company to transfer of the following action to the United States District Court for the District of Massachusetts:

### District of Kansas

*S-G Metals Industries, Inc. v. New England Life Insurance Co.*, C.A. No. 2:02-2109


MDL-1179 -- In re General American Life Insurance Company Sales Practices Litigation

Opposition of plaintiff Carol Louise Brown to transfer of the following action to the United States District Court for the Eastern District of Missouri:

### Western District of Pennsylvania

*Carol Louise Brown v. General American Life Insurance Co., et al.*,
     C.A. No. 2:02-641

MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products
          Liability Litigation

    Oppositions of plaintiffs Peggy Jean Eisenhauer; Rossana Price; Lynn Sabo; Janet
Bojan, et al.; and Charles Cox, et al., to transfer of their respective following actions to the
United States District Court for the Eastern District of Pennsylvania:

        Central District of California

    *Peggy Jean Eisenhauer v. American Home Products Corp., et al.*, C.A. No. 2:02-1780

        District of District of Columbia

    *Rossana Price v. American Home Products Corp., et al.*, C.A. No. 1:02-523

        Southern District of Illinois

    *Lynn Sabo v. American Home Products Corp., et al.*, C.A. No. 3:02-178

        Southern District of Mississippi

    *Janet Bojan, et al. v. American Home Products Corp., et al.*, C.A. No. 5:02-95

        Western District of Oklahoma

    *Charles Cox, et al. v. American Home Products Corp., et al.*, C.A. No. 5:02-368

MDL-1214 -- In re Great Southern Life Insurance Company Sales Practices Litigation

    Oppositions of certain defendants to transfer of their respective following actions to the United States District Court for the Northern District of Texas:

### Northern District of Alabama

*Great Southern Life Insurance Co. v. Carl L. Adcock, II, et al.*, C.A. No. 2:02-278

### Central District of California

*Great Southern Life Insurance Co. v. George M. Novicoff, et al.*, C.A. No. 2:02-105

### Southern District of Florida

*Great Southern life Insurance Co. v. Mirian B. Anthony, et al.*, C.A. No. 1:02-20390

### Northern District of Georgia

*Great Southern Life Insurance Co. v. Cynthia L. Adams, et al.*, C.A. No. 1:02-292

### Southern District of Mississippi

*Great Southern Life Insurance Co. v. Jim Aaron, et al.*, C.A. No. 3:02-104

### Western District of North Carolina

*Great Southern Life Insurance Co. v. Angela D. Adams, et al.*, C.A. No. 3:02-48

### District of New Jersey

*Great Southern Life Insurance Co. v. Deborah A. Bluford, et al.*, C.A. No. 1:02-473

### Northern District of Oklahoma

*Great Southern Life Insurance Co. v. Ramona Arnold, et al.*, C.A. No. 4:02-86

Schedule of Matters for Hearing Session, Section B                    p. 18
Newport, Rhode Island


MDL-1214 (Continued)


### Eastern District of Pennsylvania

*Great Southern Life Insurance Co. v. Arlene P. Andracchio, et al.*, C.A. No. 2:02-552

### District of South Carolina

*Great Southern Life Insurance Co. v. Danny S. Abernathy, et al.*, C.A. No. 2:02-301

### Middle District of Tennessee

*Great Southern Life Insurance Co. v. Carol L. Adams, et al.*, C.A. No. 3:02-113


## MDL-1293 -- In re Natural Gas Royalties Qui Tam Litigation

Opposition of plaintiffs Gordon R. Palmer, et al., to transfer of the following action to the United States District Court for the District of Wyoming:


### District of Colorado

*Gordon R. Palmer, et al. v. Texaco Exploration & Production, Inc.*,
   C.A. No. 1:00-1922


## MDL-1317 -- In re Terazosin Hydrochloride Antitrust Litigation

Opposition of plaintiff Kaiser Foundation Health Plans, Inc., to transfer of the following action to the United States District Court for the Southern District of Florida:


### Central District of California

*Kaiser Foundation Health Plans, Inc. v. Abbott Laboratories, et al.*,
   C.A. No. 2:02-2443

MDL-1332 -- In re Microsoft Corp. Windows Operating Systems Antitrust Litigation

Oppositions of plaintiffs Be Incorporated and Sun Microsystems, Inc., to transfer of their respective following actions to the United States District Court for the District of Maryland:

Northern District of California

*Be Incorporated v. Microsoft Corp.*, C.A. No. 3:02-837
*Sun Microsystems, Inc. v. Microsoft Corp.*, C.A. No. 5:02-1150

MDL-1334 -- In re Managed Care Litigation

Opposition of plaintiff Jin Zhou to transfer of the following action to the United States District Court for the Southern District of Florida:

District of Connecticut

*Jin Zhou v. Connecticut General Life Insurance Co.*, C.A. No. 3:02-76

MDL-1337 -- In re Holocaust Era German Industry, Bank & Insurance Litigation

Opposition of plaintiffs Martin G. Wortham, et al., to transfer of the following action to the United States District Court for the District of New Jersey:

Southern District of New York

*Martin G. Wortham, et al. v. Karstadtquelle AG, et al.*, C.A. No. 1:01-2741

MDL-1348 -- In re Rezulin Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### Middle District of Alabama

*Albert Daniels, et al. v. Warner-Lambert Co., et al.*, C.A. No. 2:02-342

### Northern District of Alabama

*Theodore Boyer, et al. v. Warner-Lambert Co., et al.*, C.A. No. 5:02-483

### Southern District of Mississippi

*Joseph Lusteck, etc. v. Robert Evans, M.D., et al.*, C.A. No. 3:02-396
*Roberta Lane, et al. v. Parke-Davis, et al.*, C.A. No. 5:02-69

### District of Nevada

*Afton George v. Warner-Lambert Co., et al.*, C.A. No. 2:02-297
*Ronald Brashier v. Warner-Lambert Co., et al.*, C.A. No. 2:02-299
*Alan Garrison v. Warner-Lambert Co., et al.*, C.A. No. 2:02-332
*Michael Sarabia v. Warner-Lambert Co., et al.*, C.A. No. 2:02-354
*Alfred Velasquez v. Warner-Lambert Co., et al.*, C.A. No. 2:02-358
*Yong G. Gennock v. Warner-Lambert Co., et al.*, C.A. No. 2:02-371
*Michael Harding, et al. v. Warner-Lambert Co., et al.*, C.A. No. 2:02-402

### District of New Mexico

*Roberta Ward, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:02-126

### Southern District of Ohio

*Rella Wolf, et al. v. Parke-Davis, et al.*, C.A. No. 1:02-277

MDL-1348 (Continued)


### Northern District of Texas

*Jeretta Kay Tedford v. Warner-Lambert Co., et al.*, C.A. No. 1:02-57

### Southern District of Texas

*Ruben Ramirez v. Warner-Lambert Co., et al.*, C.A. No. 2:02-75
*Carmen T. Mendez v. Warner-Lambert Co., et al.*, C.A. No. 2:02-85
*Carol Annelise Vela, et al. v. Parke-Davis, et al.*, C.A. No. 2:02-162
*Clara M. Benson v. Warner-Lambert Co., et al.*, C.A. No. 3:02-149
*Essie Brown, et al. v. Warner-Lambert Co., et al.*, C.A. No. 3:02-272
*Anthony Sylvester Calton v. Warner-Lambert Co., et al.*, C.A. No. 4:02-788
*Maria Del Carmen Salazar v. Warner-Lambert Co., et al.*, C.A. No. 5:02-35
*Tomas Rodriguez v. Warner-Lambert Co., et al.*, C.A. No. 5:02-36
*Eulalia G. Garza, et al. v. Pfizer, Inc., et al.*, C.A. No. 7:02-80

### Western District of Texas

*Raul Nevarez v. Warner-Lambert Co., et al.*, C.A. No. 3:02-81
*Robert B. Brook v.Warner-Lambert Co., et al.*, C.A. No. 5:02-399

### Northern District of West Virginia

*Donna J. Lilly, et al. v. Warner-Lambert Co., et al.*, C.A. No. 5:02-25

MDL-1355 -- In re Propulsid Products Liability Litigation

Opposition of plaintiffs Ethel Robinson, et al., to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

### Southern District of Mississippi

*Ethel Robinson, et al. v. Johnson & Johnson, et al.*, C.A. No. 5:01-343

MDL-1373 -- In re Bridgestone/Firestone, Inc., Tires Products Liability Litigation

Oppositions of plaintiffs Ervie Wilson, et al.; William J. Hanna; Althea Davis, et al.; Katherine Brooks, etc.; and Nancy Mares, et al., to transfer of their respective following actions, and of defendant General Motors Corporation to transfer of one of the following actions, to the United States District Court for the Southern District of Indiana:

### District of Arizona

*Irene Medina Hernandez, et al. v. General Motors Corp., et al.*, C.A. No. 2:02-232

### Eastern District of Arkansas

*Ervie Wilson, et al. v. Bridgestone/Firestone North American Tire, LLC, et al.*, C.A. No. 3:02-80

### Southern District of Georgia

*William J. Hanna v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 4:02-55

### Southern District of Mississippi

*Althea Davis, et al. v. Ford Motor Co., et al.*, C.A. No. 3:02-271
*Katherine Brooks, etc. v. Ford Motor Co., et al.*, C.A. No. 3:02-272

### Southern District of Texas

*Nancy Mares, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 7:02-31

## MDL-1390 -- In re Life Insurance Co. of Georgia Industrial Life Insurance Litigation

Oppositions of plaintiffs Kareem Watson; Zachery Booker, et al.; Josephine Austin, et al.; John Smith, et al.; and Annie L. Wilks to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

### Middle District of Alabama

*Kareem Watson v. Life Insurance Co. of Georgia*, C.A. No. 2:01-1500
*Zachery Booker, et al. v. Life Insurance Co. of Georgia*, C.A. No. 3:01-1505

### Northern District of Alabama

*Josephine Austin, et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 7:02-461

### Northern District of Mississippi

*John Smith, et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 4:02-82

### Southern District of Mississippi

*Annie L. Wilks v. Life Insurance Co. of Georgia*, C.A. No. 3:01-963

## MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

Oppositions of plaintiffs and defendants General Nutrition Corporation and Metabolife International Inc. to transfer of their respective following actions to the United States District Court for the Western District of Washington:

### Northern District of California

*Margaret Bradley v. Chattem, Inc., et al.*, C.A. No. 3:02-686
*Grace Draper, et al. v. Chattem, Inc., et al.*, C.A. No. 3:02-701

Schedule of Matters for Hearing Session, Section B                          p. 24
Newport, Rhode Island

MDL-1407 (Continued)

### Eastern District of Louisiana

*Kevin Mercier v. Ciolino Pharmacy, et al.*, C.A. No. 2:02-413
*Lawrence Bailey v. Bayer Corp., et al* , C.A. No. 2:02-539
*Denise Spencer v. Bayer Corp., et al.*, C.A. No. 2:02-569
*Ronald Christy v. Bayer Corp., et al.*, C.A. No. 2:02-577
*Linda Mayberry v. Bayer Corp., et al.*, C.A. No. 2:02-619
*Linda Adams, et al. v. American Home Products Corp., et al.*, C.A. No. 2:02-620
*Daniel Brister v. Bayer Corp., et al.*, C.A. No. 2:02-621
*Cherrie Patterson v. Bayer Corp., et al.*, C.A. No. 2:02-622
*Rose McCrary v. Bayer Corp., et al.*, C.A. No. 2:02-642
*Darnell Stone v. Bayer Corp., et al.*, C.A. No. 2:02-660
*Eva Opoku v. Whitehall-Robins Healthcare, et al.*, C.A. No. 2:02-662
*Johnny Daigre v. Bayer Corp., et al.*, C.A. No. 2:02-672
*Andrew Martin v. Bayer Corp., et al.*, C.A. No. 2:02-673
*Ebony Primus v. Bayer Corp., et al.*, C.A. No. 2:02-674
*Mary Harrell v. Novartis Pharmaceuticals Corp., et al.*, C.A. No. 2:02-682
*Frances Washington v. Bayer Corp., et al.*, C.A. No. 2:02-698
*Gloria Jackson v. Novartis Pharmaceuticals Corp., et al.*, C.A. No. 2:02-704
*Clyde Crain v. Bayer Corp., et al.*, C.A. No. 2:02-712
*Herman Williams v. Novartis Pharmaceuticals Corp., et al.*, C.A. No. 2:02-723
*Barbara Ohillia v. Novartis Pharmaceuticals Corp., et al.*, C.A. No. 2:02-724
*Kenneth Hoofkin, et al. v. Novartis Pharmaceuticals Corp., et al.*, C.A. No. 2:02-742
*William Carter v. Bayer Corp., et al.*, C.A. No. 2:02-743
*Richard Barber v. Novartis Pharmaceuticals Corp., et al.*, C.A. No. 2:02-744
*Wayne Ohmer v. Novartis Pharmaceuticals Corp., et al.*, C.A. No. 2:02-746
*Laura Counts v. Novartis Pharmaceuticals Corp., et al.*, C.A. No. 2:02-749
*Robert Lee v. Bayer Corp., et al.*, C.A. No. 2:02-753
*Katherine Ladmirault v. Chattem, Inc., et al.*, C.A. No. 2:02-771
*Gloria Cage v. Whitehall-Robins Healthcare, et al.*, C.A. No. 2:02-772
*Michael Brumfield v. Glaxo SmithKline PLC, et al.*, C.A. No. 2:02-784
*Judy Gilbert v. Bayer Corp., et al.*, C.A. No. 2:02-790
*Carol Gasper v. Bayer Corp., et al.*, C.A. No. 2:02-808
*Rummell Victor v. Bayer Corp., et al.*, C.A. No. 2:02-809

MDL-1407 (Continued)

### Eastern District of Louisiana (Continued)

*Veda Lee v. Bayer Corp., et al.*, C.A. No. 2:02-819
*Aric Martin v. Novartis Pharmaceuticals Corp., et al.*, C.A. No. 2:02-823
*Betty Rollins v. Bayer Corp., et al.*, C.A. No. 2:02-830
*Timmy Charles, Sr. v. Bayer Corp., et al.*, C.A. No. 2:02-831
*Charlene Savoie v. Bayer Corp., et al.*, C.A. No. 2:02-832
*Alfred Davis, Sr. v. Bayer Corp., et al.*, C.A. No. 2:02-833
*Dianne Clark v. Bayer Corp., et al.*, C.A. No. 2:02-834
*Sylvia Falgoust v. Bayer Corp., et al.*, C.A. No. 2:02-839
*Gary Clark v. GlaxoSmithKline, PLC, et al.*, C.A. No. 2:02-846
*Norma LaFrance v. Bayer Corp., et al.*, C.A. No. 2:02-853
*John Washington v. Bayer Corp., et al.*, C.A. No. 2:02-856
*John Corbin v. Bayer Corp., et al.*, C.A. No. 2:02-857
*Robert Lambremont v. Bayer Corp., et al.*, C.A. No. 2:02-858
*Stephen Barquet v. GlaxoSmithKline, PLC, et al.*, C.A. No. 2:02-869
*Catherine Benjamin v. Bayer Corp., et al.*, C.A. No. 2:02-886
*Deborah Brady v. Bayer Corp.,et al.*, C.A. No. 2:02-887
*Althea Fleming v. Bayer Corp., et al.*, C.A. No. 2:02-888
*Duane Joseph v. Bayer Corp., et al.*, C.A. No. 2:02-889
*Kenneth Cain v. Bayer Corp., et al.*, C.A. No. 2:02-890
*Marion Jones v. Bayer Corp., et al.*, C.A. No. 2:02-891
*Pamela Gaines v. Bayer Corp., et al.*, C.A. No. 2:02-918
*Lionel Thomas, Sr. v. Bayer Corp., et al.*, C.A. No. 2:02-953

### Middle District of Louisiana

*Carl Barcelone v. Bayer Corp., et al.*, C.A. No. 3:02-200
*Jacqueline Metevia v. Bayer Corp., et al.*, C.A. No. 3:02-201
*David Emery, Jr. v. Bayer Corp., et al.*, C.A. No. 3:02-210
*Agatha Norwood v. Bayer Corp., et al.*, C.A. No. 3:02-211
*Kelvin Leatherman v. Bayer Corp., et al.*, C.A. No. 3:02-212
*Jerry Bates v. Chattem, Inc., et al.*, C.A. No. 3:02-213
*Beatrice Williams v. Bayer Corp., et al.*, C.A. No. 3:02-214

MDL-1407 (Continued)

### Middle District of Louisiana (Continued)

*Jonathan Nelson v. Bayer Corp., et al.,* C.A. No. 3:02-234
*Rosetta Connell v. Schering-Plough Corp., et al.,* C.A. No. 3:02-238
*David West v. Bayer Corp., et al.,* C.A. No. 3:02-258
*Liticia Johnson v. Bayer Corp., et al.,* C.A. No. 3:02-260
*Daisy O'Bair v. Bayer Corp., et al.,* C.A. No. 3:02-264
*Mable Ayers v. Bayer Corp., et al.,* C.A. No. 3:02-292
*Nettie Brown v. Glaxo SmithKline PLC, et al.,* C.A. No. 3:02-336

### Western District of Louisiana

*Gloria Barnes v. Bayer Corp., et al.,* C.A. No. 1:02-533
*Robert Smith, Jr. v. Bayer Corp., et al.,* C.A. No. 2:02-517
*Wilfred Clark v. Novartis Pharmaceuticals Corp., et al.,* C.A. No. 2:02-552
*Elizabeth Tibbit v. Bayer Corp., et al.,* C.A. No. 3:02-364
*Herbert Alexander v. Novartis Pharmaceuticals Corp., et al.,* C.A. No. 3:02-534
*James West v. Bayer Corp., et al.,* C.A. No. 5:02-354
*Girtha Allums v. Whitehall-Robins Healthcare, et al.,* C.A. No. 5:02-365
*Mildred Douglas v. Bayer Corp., et al.,* C.A. No. 5:02-432
*Norman Evans v. Bayer Corp., et al.,* C.A. No. 5:02-457
*Barbara Specht v. Bayer Corp., et al.,* C.A. No. 5:02-465
*Joseph Charles v. Bayer Corp., et al.,* C.A. No. 6:02-355
*Timothy Frank v. Bayer Corp., et al.,* C.A. No. 6:02-516
*Helen Ortego v. Bayer Corp., et al.,* C.A. No. 6:02-639

### Southern District of New York

*Natalie Schor v. Novartis Consumer Health, Inc., et al.,* C.A. No. 1:02-1684

### Western District of Texas

*Angelita Dille, et al. v. Delaco Co., et al.,* C.A. No. 5:02-274

MDL-1409 -- In re Currency Conversion Fee Antitrust Litigation

Opposition of plaintiff Chad Dobrei to transfer of the following action to the United
States District Court for the Southern District of New York:

Northern District of California

*Chad Dobrei v. First USA Bank, N.A., et al.*, C.A. No. 3:02-1699

MDL-1419 -- In re K-Dur Antitrust Litigation

Opposition of plaintiff Robert Mitchell to transfer of the following action to the United
States District Court for the District of New Jersey:

Eastern District of Michigan

*Robert Mitchell v. Schering-Plough Corp., et al.*, C.A. No. 5:02-60061

MDL-1429 -- In re American General Life & Accident Insurance Co. Industrial Life Insurance
Litigation

Opposition of plaintiffs Chester Lee Johnson, et al., to transfer of the following action
to the United States District Court for the District of South Carolina:

Southern District of Mississippi

*Chester Lee Johnson, et al. v. American General Life & Accident Insurance Co., et al.*,
C.A. No. 2:02-73

MDL-1431 -- In re Baycol Products Liability Litigation

Oppositions of plaintiffs Paul A. Edgar, et al.; Maria Dominguez, etc.; Ruth Benzuly, et al.; James W. Jensen; Lois Anderson; and Paul Duda to transfer of their respective following actions to the United States District Court for the District of Minnesota:

Middle District of Florida

*Paul A. Edgar, et al. v. Bayer AG, et al.*, C.A. No. 8:02-329

Southern District of Florida

*Maria Dominguez, etc. v. Bayer Corp., et al.*, C.A. No. 1:02-20392

Northern District of Illinois

*Ruth Benzuly, et al. v. Bayer AG, et al.*, C.A. No. 1:02-1745
*James W. Jensen v. Bayer AG, et al.*, C.A. No. 1:02-1747

Southern District of Mississippi

*Lois Anderson v. Bayer AG, et al.*, C.A. No. 5:02-46

Southern District of Ohio

*Paul Duda v. Bayer AG, et al.*, C.A. No. 2:02-144

## PROCEDURES FOR ORAL ARGUMENT BEFORE THE
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001). Rule 16.1(g) allows a maximum of twenty minutes for oral argument in each matter. In most cases, however, less time is necessary for the expression of all views and the Panel reserves the prerogative of reducing the time requested by counsel. Accordingly, counsel should be careful not to overstate the time requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria. <u>See generally In re "East of the Rockies" Concrete Pipe Antitrust Cases,</u> 302 F. Supp. 244, 255-56 (J.P.M.L. 1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)      Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)      Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)      No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
>          (i)     the dispositive issue(s) have been authoritatively decided; or
>          (ii)    the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)      In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)      Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)      Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)      Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.