# CONRAD O'BRIEN GELLMAN & ROHN, P.C.
ATTORNEYS AT LAW

SIXTEENTH FLOOR
1515 MARKET STREET
PHILADELPHIA, PENNSYLVANIA 19102-1916

(215) 864-9600
FAX: (215) 864-9620

www.cogr.com
rklein@cogr.com

NEW JERSEY OFFICE:
EAST GATE CENTER
309 FELLOWSHIP ROAD - SUITE 210
MOUNT LAUREL, NJ 08054-1234
(856) 665-0888
FAX: (856) 665-5888

ROBERT A. KLEIN
DIRECT DIAL: (215) 864-8076

MONTGOMERY COUNTY OFFICE:
100 FOUR FALLS CORPORATE CENTER
SUITE 300
WEST CONSHOHOCKEN, PA 19428-2983
(610) 940-6045
FAX: (610) 940-6046

WEST CHESTER OFFICE:
17 W. GAY STREET - SUITE 100
WEST CHESTER, PA 19380-3090
(610) 701-9100
FAX: (610) 701-9195

JUN 17 2002

June 14, 2002

**Sent via Federal Express**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255
North Lobby
Washington, D.C. 20002-8004

      RE:    Ronald L. Huber, et al. v. Robert G. Taylor, III, et al.
               W.D. Pennsylvania, C.A. No. 2:02-304

Dear Sir or Madam:

      This office represents defendants Robert G. Taylor, II, Robert G. Taylor, II P.C., Taylor & Cire, Cletus P. Ernster, III, George E. Cire, Jr., J. Robert Davis, Jr., Taylor & Ernster, P.C., and Taylor, Davis & Ernster, P.C. ("Taylor defendants") in the above matter. Presently pending before the Panel is a Conditional Transfer Order, Plaintiffs' Motion to Vacate Conditional Transfer Order, and Response of Defendant Joseph B. Cox, Jr. and Joseph B. Cox, Ltd. in Opposition to Plaintiffs' Motion to Vacate ("Cox defendants").

      In accordance with our recent discussion with a representative of the Panel, the Taylor defendants join in the Response in Opposition to Plaintiffs' Motion to Vacate submitted by counsel on behalf of the Cox defendants.

      Currently pending before the District Court for the Western District of Pennsylvania is the Taylor defendants' Motion to Dismiss raising, *inter alia*, lack of personal jurisdiction over certain defendants. Should the case transfer to Judge Weiner before Judge Lee has decided the Motion, the Taylor defendants will request a ruling on the Motion by Judge Weiner.

**OFFICIAL FILE COPY**      IMAGED JUN 19 '02

Clerk of the Panel
Page 2
June 14, 2002

_____

      In accordance with the Rules, I have enclosed eleven (11) copies of this letter, as well as a readable disk in WordPerfect for Windows format, and a certificate of service.

                                    Very truly yours,

                                    Robert A. Klein

RAK/
Enclosures
cc:    Hon. Donald J. Lee
        Hon. Charles R. Weiner
        Panel Service List
        Counsel Service List

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 17 2002

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Letter to Judicial Panel Joining the Response of the Cox defendants in Opposition to Plaintiffs' Motion to Vacate to be served on the date below by first class mail, postage pre-paid, as addressed below.

Carol A. Mager
Marjory P. Albee
Michael D. Homans
Mager & White, P. C.
One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Joseph D. Pope
Alan Levine
Samantha L. Southall
Correne S. Kristiansen
Kronish Lieb Weiner & Hellman LLP
1114 Avenue of the Americas
New York, New York 10036

Alisa N. Carr
Dornish & Scolieri
429 Forbes Avenue
Suite 110
Pittsburgh, PA 15219

*Attorneys for Plaintiffs*

Thomas C. DeLorenzo
Ronda K. O'Donnell
Marshall, Dennehey, Warner, Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103-4797

*Attorneys for Joseph B. Cox, Jr.
and Joseph B. Cox, Jr., P.C.*

2002 JUN 17 PM 12:45
RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Anita B. Weinstein
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

*Attorneys for Cox and Cox, L.L.P.*

Kevin Colosimo
Houston & Harbaugh
2 Chatham Center, 12th Floor
Pittsburgh, PA 15219-3465

*Attorneys for Robert A. Pritchard, Law Offices of Robert A. Pritchard and Pritchard Law Firm, PLLC*

Robert A. Klein

Dated: June 14, 2002

## PANEL SERVICE LIST (Excerpted from CTO-212)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Ronald L. Huber, et al. v. J. Robert Davis, Jr., et al.*, W.D. Pennsylvania, C.A. No. 2:02-304

Joseph J. Bellew
Cozen & O'Connor
The Atrium, 4th Floor
1900 Market Street
Philadelphia, PA 19103

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Thomas C. DeLorenzo
Marshall, Dennehey, Warner,
Coleman & Goggin
1845 Walnut Street
17th Floor
Philadelphia, PA 19103

Ralph A. Finizio
Houston & Harbaugh
Two Chatham Center
12th Floor
Pittsburgh, PA 15219

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Robert A. Klein
Conrad, O'Brien, Gellman & Rohn
1515 Market Street
16th Floor
Philadelphia, PA 19102

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

James A. McGovern
Marshall, Dennehey, Warner,
Coleman & Goggin
USX Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

William J. O'Brien
Conrad, O'Brien, Gellman & Rohn
1515 Market Street
Sixteenth Floor
Philadelphia, PA 19102

William J. O'Brien
Delany & O'Brien
306 West Somerdale Road
Voorhees, NJ 08043

John J. Repcheck
Marks, O'Neill, O'Brien &
Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Samantha L. Southall
Kronish Lieb Weiner & Hellman
1114 Avenue of the Americas
New York, NY 10036

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

PANEL SERVICE LIST (Cont.) MDL-875                                                              PAGE 2

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406