JUN 19 '02 10:23AM MONTE VISTA LAW OFFICE  P.2/3
Case MDL No. 875   Document 3573   Filed 06/20/02   Page 1 of 2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 20 2002

FILED
CLERK'S OFFICE

**DOCKET NO. 875**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*George Baca, et al. v. A.P. Green Industries, et al.*, D. New Mexico, CIV No. 02-0506MCA/WW
*Tony Chavez, et al. v. AP Green Industries, et al.*, D. New Mexico, CIV No. 02-0515LH/RLP
*Leon Chavez, et al. v. AP Green Industries, et al.*, D. New Mexico, CIV No. 02-0517LH/LFG
*Willis Hardy, et al. v. ACM Corp., et al*, D. New Mexico, CIV No. 02-0518LH/WWD
*Robert Biel, et al. v. AC&S, et al.*, D. New Mexico, CIV No. 02-0519JP/WWD
*William Amon, et al. v. AC&S, et al.*, D. New Mexico, CIV No. 02-0520JP/LPG
*Aurelio Saiz, et al. v. AC&S, et al.*, D. New Mexico, CIV No. 02-0521BB/KPM
*Richard Ortiz, et al. v. ACM Corp., et al.*, D. New Mexico, CIV No. 02-0522JP/RLP
*Jackie Litten v. AC&S, et al.*, D. New Mexico, CIV No. 02-0516MV/DJS

## NOTICE OF OPPOSITION
## PURSUANT TO RULE 7.4 OF THE RULES OF PROCEDURE
## OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Pursuant to Rule 7.4(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, the plaintiffs hereby file Notice of Opposition to the Conditional Transfer Order entered on June 12, 2002 in the above-cited case by the Clerk of the Panel transferring this action to the U.S. District Court for the Eastern District of Pennsylvania (MDL Docket No. 875).

In accordance with Rule 7.4(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, the plaintiff, within 15 days of the filing of this Notice of Opposition, will file a motion to vacate the Conditional Transfer Order and brief in support thereof.

1

OFFICIAL FILE COPY IMAGED JUN 24 '02

Respectfully submitted,

WHITNEY BUCHANAN, P.C.

By: Whitney Buchanan
3200 Monte Vista Blvd. N.E.
Albuquerque, NM 87106
(505) 265-6491

and

NESS MOTLEY
By: Ann Kimmel Ritter
Post Office Box 365
Barnwell, South Carolina 29812
Telephone: (843) 216-9000

ATTORNEYS FOR PLAINTIFFS

June 19, 2002

Albuquerque, New Mexico

2