MDL 875

JUN 21 2002

FILED
CLERK'S OFFICE

## HUMPHREY, FARRINGTON, McCLAIN & EDGAR, P.C.
ATTORNEYS AT LAW

TEL: (816) 836-5050    FAX: (816) 836-8966
221 WEST LEXINGTON, SUITE 400
P.O. BOX 900
INDEPENDENCE, MISSOURI 64051
WEBSITE: www.hfmlegal.com

SCOTT A. BRITTON-MEHLISCH
STEVEN E. CRICK
DAVID W. EDGAR*
JOHN F. EDGAR*
JOHN M. EDGAR
BUFORD L. FARRINGTON
DAVID E. FRANK*
JOSEPH S. GALL
SCOTT B. HALL
ROBERT J. HOFFMAN*
W. BENJAMIN KASEY
DONALD M. LOUDON, JR.
SCOTT R. MANUEL
KENNETH B. McCLAIN
AMANDA L. PENNINGTON
RALPH K. PHALEN
AMY R. POWELL**
JAMES M. ZIEGLER

OF COUNSEL:
NORMAN HUMPHREY JR.
TERI B. GOLDMAN

KANSAS CITY OFFICE:
4520 MAIN STREET, SUITE 930
KANSAS CITY, MISSOURI 64111
TEL: (816) 531-0033
FAX: (816) 531-3322

*ADMITTED IN KANSAS & MISSOURI
**ADMITTED IN MISSOURI & NEW YORK

June 20, 2002

**VIA FAX 202-502-2888**

Michael Beck
Thurgood Marshall Bldg.
1 Columbus Circle
Judiciary Building, Room G 255
North Lobby
Washington, D.C. 20002

Re:  Elton Burner and Lucille Dakopolos v. Owens-Illinois, Inc., et al
     Case No: 4-02-00314-FJG (Western Dist. of Missouri)

Dear Mr. Beck:

This letter will confirm our telephone conversation today wherein Plaintiffs indicated that they will not be filing a brief in support of their previously filed Motion in Opposition to the Conditional Transfer Order.

Very truly yours,

Scott Britton-Mehlisch

Scott A. Britton-Mehlisch

SABM:pjs

cc: Counsel on attached service list

MDL- 875
RECOMMENDED ACTION

Lift Stay (TO-213 action)
Approved/Date: __ 6/21

**OFFICIAL FILE COPY** IMAGED JUN 24 '02

06/20/02 THU 15:44 FAX 816 836 8966   H. F. & Mc P.C.   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
Case MDL No. 875   Document 3575   Filed 06/21/02   Page 2 of 3

JUN 21 2002

FILED
CLERK'S OFFICE

# PANEL SERVICE LIST (Excerpted from CTO-213)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Elton Burner, et al. v. T.H. Agriculture & Nutrition Co., LLC, et al.,* W.D. Missouri, C.A. No. 4:02-314

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Steven E. Crick
Humphrey, Farrington, McClain & Edgar
221 W. Lexington, Suite 400
P.O. Box 900
Independence, MO 64051

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

William F. Ford
Lathrop & Gage, L.C.
2345 Grand Boulevard
Suite 2800
Kansas City, MO 64108

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Virginia M. Giokaris
Polsinelli, Shalton & Welte
700 West 47th Street
Suite 1000
Kansas City, MO 64112

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Charles J. Kalinoski
Kalinoski & Chaplinsky
100 Court Avenue
Suite 315
Des Moines, IA 50309

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

James R. McKown
Spencer, Fane, Britt & Browne
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Morey L. Sear
United States District Court
Eastern District of Louisiana

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge Julia Smith Gibbons
United States District Court
Western District of Tennessee

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

June 5, 2002

Steven E. Crick, Esq.
Humphrey, Farrington, McClain & Edgar
221 W. Lexington, Suite 400
P.O. Box 900
Independence, MO 64051

*Scott -*
*Docket &*
*get brief out*
*SEC*

Re: MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

*Elton Burner, et al. v. T.H. Agriculture & Nutrition Co., LLC, et al.,* W.D. Missouri, C.A. No. 4:02-314

Motion and Brief Due on or before: **June 20, 2002**

Dear Mr. Crick:

We have received and filed your Notice of Opposition to the proposed transfer of the above-captioned action for coordinated or consolidated pretrial proceedings to the transferee district court previously designated by the Panel. In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order is stayed until further order of the Panel. You must adhere to the following filing requirements:

1) Pursuant to Panel Rules 5.12(a), 5.13 and 7.4(d), **an original and eleven copies of your Motion and Brief to Vacate the Conditional Transfer Order, as well as a computer readable disk of the pleading in WordPerfect for Windows format, must be received in the Panel offices by the due date listed above. Fax transmission of your motion and brief will not be accepted.** See Panel Rule 5.12(d). Counsel filing oppositions in more than one action are encouraged to consider filing a single motion and brief with an attached schedule of actions.

2) Papers must be served on the enclosed Panel Service List. Please attach a copy of this list to your certificate of service. (Counsel who have subsequently made appearances in your action should be added to your certificate of service).

3) Failure to file and serve the required motion and brief within the allotted fifteen days will be considered a withdrawal of the opposition and the stay of the conditional transfer order will be lifted.

Any recent official change in the status of the above-captioned action should be brought to the attention of the clerk's office as soon as possible by facsimile at (202) 502-2888. Your cooperation would be appreciated.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
       Deputy Clerk

Enclosure

cc:    Panel Service List
       Transferee Judge: Hon. Charles R. Weiner
       Transferor Judge: Hon. Fernando J. Gaitan, Jr.

JPML Form 37