MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 21 2002

FILED
CLERK'S OFFICE

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Elton Burner, et al. v. T.H. Agriculture & Nutrition Co., LLC, et al.,* W.D. Missouri, C.A. No. 4:02-314

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Burner*) on May 21, 2002. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Burner* filed a notice of opposition to the proposed transfer. Plaintiffs have now notified the Panel that they withdraw their initial opposition to the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-213" filed on May 21, 2002, is LIFTED insofar as it relates to this action, and thus the action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Charles R. Weiner.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY IMAGED JUN 24 '02