

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 24 2002

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : <br> : <br> : |

---x

| | |
|---|---|
| This Document Relates to: | :      CIVIL ACTION NO. MDL 875 |
| Law Firm of Martin & Jones | : |
| United States District Court <br> Middle District of North Carolina | : <br> : |
| <u>DUKE</u>, C.A. No. 1:96 CV 000685 | :      MDL- 875 |
| | :      RECOMMENDED ACTION |
| [In the event the above-listed case is a multiple plaintiff (victim) action, this transfer is for the above-named party only, or said parties representative, and any spousal or dependent actions.]: | :      CRO -- 1 ACTION <br> :      Approved/Date: TMK 6/10 |

---x

### SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Defendant's Motion To Remand to the United States District Court for the Middle District of North Carolina, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

OFFICIAL FILE COPY    IMAGED JUN 24 '02

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Middle District of North Carolina for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 5/28/2002

_____
Charles   R.   Weiner            J.