JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 4 2002

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Frank Huff, Jr., et al. v. ACandS, Inc., et al.*, D. South Carolina, C.A. No. 2:02-16
*Leon J. Smith, et al. v. ACandS, Inc., et al.*, D. South Carolina, C.A. No. 2:02-17
*Charles E. Davis, et al. v. ACandS, Inc., et al.*, D. South Carolina, C.A. No. 2:02-51
*James E. Snead, et al. v. ACandS, Inc., et al.*, D. South Carolina, C.A. No. 2:02-173

## ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE JULY 18, 2002 HEARING SESSION

A conditional transfer order was filed in these four actions (*Huff*, *Smith*, *Davis* and *Snead*) on April 3, 2002. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Huff*, *Smith*, *Davis* and *Snead* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that these four actions were remanded to the Circuit Court for the County of Charleston, South Carolina, by the Honorable Margaret B. Seymour in separate orders filed on February 27, 2002 (*Huff*, *Smith* and *Davis*) and April 26, 2002 (*Snead*).

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-211" filed on April 3, 2002, is VACATED insofar as it relates to these four actions.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 13, 2002, are VACATED insofar as they relate to these four actions.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

OFFICIAL FILE COPY IMAGED JUN 26 '02