JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 5 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Eugene Collins and Barbara Collins v. Uniroyal, Inc., et al.*, D. South Carolina, C/A No. 2:02-1732

### NOTICE OF OPPOSITION
### PURSUANT TO RULE 12 OF THE RULES OF PROCEDURE
### OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Pursuant to Rule 12(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, the plaintiffs hereby file Notice of Opposition to the Conditional Transfer Order entered on June 12, 2002, in the above-cited cases by the Clerk of the Panel transferring these actions to U.S. District Court for the Eastern District of Pennsylvania (MDL Docket No. 875).

In accordance with Rule 12(d) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, the plaintiffs, within 15 days of the filing of this Notice of Opposition, will file a motion to vacate the Conditional Transfer Order and brief in support thereof.

Respectfully submitted,

NESS, MOTLEY, P. A.

By: /s/ V. Brian Bevon
V. Brian Bevon, Esquire
Federal Court ID No. 6425
28 Bridgeside Boulevard
Post Office Box 1792
Mt. Pleasant, SC 29465
(843) 216-9000

ATTORNEYS FOR PLAINTIFFS

June 24, 2002
Charleston, South Carolina

2002 JUN 24  P 2: 44

RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**   IMAGED JUN 26 '02

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was sent by facsimile and United States Mail to Mr. Michael J. Beck, Clerk of the Panel, One Columbus Circle, NE, Thurgood Marshall Federal Judiciary Building, Room G-255, North Lobby, Washington, DC 20002-8004 and mailed to all counsel of record as listed below, this 24 day of June, 2002.

**W. Thomas Causby, Esquire**
NELSON, MULLINS, RILEY & SCARBOROUGH
P.O. Box 11070
Columbia, SC 29211
COUNSEL FOR DEFENDANTS, HONEYWELL INTERNATIONAL, INC.,
FORD MOTOR COMPANY and GENERAL MOTORS CORPORATION

**Timothy W. Bouch, Esquire**
LEATH, BOUCH & CRAWFORD, LLP
P.O. Box 59
Charleston, SC 29402
COUNSEL FOR DEFENDANT, THE ANCHOR PACKING COMPANY

**James B. Pressly, Jr., Esquire**
HAYNSWORTH SINKLER BOYD, P. A.
P.O. Box 2048
Greenville, SC 29602
COUNSEL FOR DEFENDANT, DANA CORPORATION

**James H. Elliott, Jr., Esquire**
BARNWELL, WHALEY, PATTERSON & HELMS, LLC
P.O. Drawer H
Charleston, SC 29402
COUNSEL FOR DEFENDANT, PNEUMO ABEX CORPORATION

**Trudy Hartzog Robertson, Esquire**
MOORE & VAN ALLEN
P.O. Box 22828
Charleston, SC 29402
COUNSEL FOR DEFENDANT, UNIROYAL, INC.

**A. Timothy Jones, Esquire**
HAWKINS & PARNELL, LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3243
COUNSEL FOR DEFENDANT, DAIMLERCHRYSLER CORPORATION

**Edward R. Paul, Esquire**
PAUL, MARDINLY, DURHAM, JAMES, SLANDREAU & ROGER
320 West Front Street
Media, PA 19063
COUNSEL FOR DEFENDANT, LEAR SIEGLER, INC.

Polly McGillivray

Charleston, S. C.