UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ARTHUR BARDI and ELEANOR BARDI,

       Plainitffs,

 -against-

GARLOCK, INC., et al.,

       Defendants.
---------------------------------------------------------------x

02 Civ. 2906 (GEL)

ORDER

GERARD E. LYNCH, District Judge:

 The parties in the above-captioned action having appeared before this Court on April 16, 2002, it is hereby

 ORDERED that Plaintiffs' motion to remand the action to state court is GRANTED for reasons stated on the record.

Dated: New York, New York
   April 17, 2002

SO ORDERED:

_____
GERARD E. LYNCH
United States District Judge

MDL- 875
RECOMMENDED ACTION

VACATE CTO-213 Final -- 1 Action
Approved/Date: MI  4/15

**OFFICIAL FILE COPY**

IMAGED JUN 27 '02