JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 25 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Arthur Bardi, et al. v. ACandS, Inc., et al.*, S.D. New York, C.A. No. 1:02-2906

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Bardi*) on May 21, 2002. In the absence of any opposition, the conditional transfer order was finalized with respect to *Bardi* on June 6, 2002. The Panel has now been advised, however, that *Bardi* was remanded to New York state court by the Honorable Gerard E. Lynch in an order filed on April 23, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-213" filed on May 21, 2002, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

IMAGED JUN 27 '02 OFFICIAL FILE COPY