**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUN 2 6 2002

FILED
CLERK'S OFFICE

| | |
|---|---|
| FLINN JAMES, *ET AL.* | PLAINTIFFS |
| VS. | MDL NO. 875 |
| INTERNATIONAL PAPER COMPANY, COATINGS SERVICES, INC. AND WILL NATIONS | DEFENDANTS |

## IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

PLEADING NO. 3586

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| FLINN JAMES, *ET AL.* | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 1:01CV556GR |
| INTERNATIONAL PAPER COMPANY, COATINGS SERVICES, INC. AND WILL NATIONS | DEFENDANTS |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW the defendant, International Paper Company ("IP"), by and through its attorneys and pursuant to Rule 5.3 of the Rules on Multidistrict Litigation and submits this corporate disclosure statement.

IP is a non-governmental corporate party. IP has no parent corporations. There are no publicly held companies that own 10% or more of IP's stock.

IMAGED JUN 27 '02    OFFICIAL FILE COPY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 6 2002

FILED
CLERK'S OFFICE

Respectfully submitted,

INTERNATIONAL PAPER COMPANY

BY: _____
MICHAEL O. GWIN

OF COUNSEL:

MICHAEL O. GWIN (MSB # 5086)
WATKINS & EAGER PLLC
400 East Capitol Street,
Suite 300, Emporium Building
Post Office Box 650
Jackson, Mississippi 39205
Telephone: (601) 948-6470

## CERTIFICATE OF SERVICE

I, MICHAEL O. GWIN, do hereby certify that I have this date mailed by United States Mail, postage fully prepaid a true and correct copy of the above pleading to:

>Bryan H. Callaway
>331 Market Street
>Post Office Box 21
>Natchez, Mississippi 39121-0021

>J. Barrett Martin
>103 S. Pearl Street
>Post Office Box 1603
>Natchez, Mississippi 39121

2002 JUN 25 P 5: 17
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

John E. Mulhearn
202 S. Wall Street
Post Office Box 967
Natchez, Mississippi 39121

Michael W. Baxter
Copeland, Cook, Taylor & Bush, P.A.
1062 Highland Colony Pkwy., Suite 200
Post Office Box 6020
Ridgeland, Mississippi 39158

This the  25  day of   June   , 2002.

_____
MICHAEL O. GWIN

# PANEL SERVICE LIST (Excerpted from CTO-211)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
*Flinn James, et al. v. International Paper Co., Inc., et al.*, S.D. Mississippi, C.A. No. 1:01-556

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland OH 44114

Bryan H. Callaway
Bryan H. Callaway, Attorney
P. O. Box 21
Natchez, MS 39121

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Bldg., 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Ave. N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Michael O. Gwin
Watkins & Eager
P. O. Box 650
Jackson, MS 39205

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue S.
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt,
    Richardson & Poole
28 Bridgeside Blvd.
P. O. Box 1792
Mt. Pleasant, SC 29465

John J. Repcheck
Marks, O'Neill, O'Brien &
    Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P. O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd.
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Center Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jacques Admiralty Law Firm, P.C.
1370 Penobscot Bldg.
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P. O. Box 998
Cedar Rapids, IA 52406

Walker R. Gibson
Copeland, Cook, Taylor & Bush
P. O. Box 6020
Ridgeland, MS 39158