**MDL 875**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 6 2002

IN RE: ASBESTOS PRODUCTS LIABILITY:
LITIGATION (NO. VI)                         :

FILED
CLERK'S OFFICE

This Document Relates To             :    CIVIL ACTION NO. MDL 875

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:                                  )    CIVIL ACTION NO. 2:02-792
                                        )
ASBESTOS LITIGATION                     )
COORDINATED DOCKET TERM                 )
                                        )
                                        )
                                        )
FRANK HUFF, JR. and IDA HUFF,           )
                                        )
            Plaintiffs,                 )
                                        )
     v.                                 )
                                        )
ACandS, INC.,                           )
NATIONAL SERVICE INDUSTRIES, INC.,      )
THE ANCHOR PACKING COMPANY,             )
UNIROYAL, INC.,                         )
A.P. GREEN INDUSTRIES, INC.,            )
AMCHEM PRODUCTS, INC.,                  )
CERTAINTEED CORPORATION,                )
DANA CORPORATION,                       )
UNION CARBIDE CORPORATION,              )
HARBISON-WALKER REFRACTORIES            )
COMPANIES,                              )
DRESSER INDUSTRIES, INC.,               )
A.W. CHESTERTON COMPANY,                )
NORTH AMERICAN REFRACTORIES COMPANY,    )
GENERAL REFRACTORIES COMPANY,           )
KAISER REFRACTORIES, INC.,              )
KAISER ALUMINUM & CHEMICAL CORP.,       )
THE FLINTKOTE COMPANY,                  )
                                        )
            Defendants.                 )

**CORPORATE DISCLOSURE STATEMENT**

Panel Rule 5.3(a) does not apply to Uniroyal Holding, Inc.

IMAGED JUN 27 '02

OFFICIAL FILE COPY

CHARLESTON\113521_1

RECEIVED CLERK'S OFFICE 2002 JUN 24 P 5:17 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

_____
Trudy Hartzog Robertson  #6211
Moore & Van Allen, PLLC
40 Calhoun Street, Suite 300
P.O. Box 22828
Charleston, SC 29413-2828
843-579-7000

ATTORNEYS FOR DEFENDANT UNIROYAL HOLDING, INC.

June 24, 2002

Charleston, SC

JUN 24 2002 4:59 PM FR MUA CHAS 843 5797099 TO ##82622#12025022 P.04/05

Case MDL No. 875   Document 3587   Filed 06/26/02   Page 3 of 4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 6 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on June 24, 2002, copies of the attached Uniroyal Holding, Inc.'s Corporate Disclosure Statement were placed in envelopes, with first-class postage prepaid, and mailed to:

V. Brian Bevon, Esquire
Jeffrey T. Eddy, Esquire
NESS, MOTLEY, LOADHOLT, RICHARDSON &
    POOLE
P. O. Box 1792
Mt. Pleasant, SC 29465-1792
**ATTORNEYS FOR PLAINTIFFS**

James B. Pressly, Jr., Esquire
HAYNSWORTH, SINKLER BOYD, P.A.
P. O. Box 2048
Greenville, SC 29602
**ATTORNEYS FOR AMCHEM PRODUCTS, INC.**
**ATTORNEYS FOR CERTAINTEED CORPORATION**
**ATTORNEYS FOR DANA CORPORATION**
**ATTORNEYS FOR UNION CARBIDE CORPORATION**

David G. Traylor, Jr., Esquire
W. Thomas Causby, Esquire
Wm. S. Davies, Jr., Esquire
NELSON, MULLINS, RILEY & SCARBOROUGH
P. O. Box 11070
Columbia, SC 29211
**ATTORNEYS FOR AC&S, INC.**
**ATTORNEYS FOR HARBISON-WALKER
    REFRACTORIES**
**ATTORNEYS FOR KAISER REFRACTORIES, INC.**
**ATTORNEYS FOR KAISER ALUMINUM & CHEMICAL
    CORP.**
**ATTORNEYS FOR GREFCO, INC.**

Carl E. Pierce, II, Esquire
PIERCE, HERNS, SLOAN & McLEOD, LLC
P. O. Box 13390
Charleston, SC 29422
**ATTORNEYS FOR NATIONAL SERVICE INDUST.**

Charles J. Cole, Esquire
HARMAN, OWEN, SAUNDERS & SWEENEY
1900 Peachtree Center Tower
230 Peachtree Street, N.W.
Atlanta, GA 30303
**ATTORNEYS FOR A.W. CHESTERTON
COMPANY**

H. Lee Davis, Jr.
DAVIS & HAMRICK, LLP
P. O. Box 20039
Winston-Salem, NC 27120-0039
**ATTORNEYS FOR DRESSER INDUSTRIES, INC.**
**ATTORNEYS FOR FLINTKOTE COMPANY**

Daniel B. White
GALLIVAN, WHITE & BOYD
P. O. Box 10589
Greenville, SC 29603
**ATTORNEYS FOR NORTH AMERICAN
REFRACTORIES
 COMPANY**

Leslie Hinton

2002 JUN 24 P 5:17
RECEIVED
CLERK'S OFFICE

## INVOLVED COUNSEL LIST
## MDL-875 - IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
## CORPORATE DISCLOSURE STATEMENT

*Frank Huff, Jr., et al. v. ACandS, Inc., et al.*, D. South Carolina, C.A. No. 2:02-16

V. Brian Bevon
Ness, Motley, Loadholt,
Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt,
Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

James B. Pressly, Jr.
Haynsworth Sinkler Boyd
75 Beattie Place
11th Floor
P.O. Box 2048
Greenville, SC 29602

John J. Repcheck
Marks, O'Neill, O'Brien &
Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Trudy Hartzog Robertson
Moore & Van Allen, PLLC
P.O. Box 22828
Charleston, SC 29413

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire &
Spinelli, L.L.P.
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406