MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 27 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

DOCKET NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS PLEADING APPLIES TO:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DARRELL DILLON, ET AL. | * | CIVIL ACTION NO. 02-1445 |
| | * | |
| VERSUS | * | SECTION "S" |
| | * | |
| KAISER ALUMINUM & CHEMICAL CORPORATION, ET AL. | * | MAGISTRATE 2 |

### PLAINTIFF'S NOTICE OF OPPOSITION
### TO TRANSFER PURSUANT TO 28 U.S.C. § 1407

Plaintiffs, DARRELL DILLON, ET AL., by and though undersigned counsel, Scott R. Bickford, object to the transfer of the above captioned matter to the United States District Court for the Eastern District of Pennsylvania for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407 and respectfully states as follows:

1. On or about June 12, 2002, undersigned counsel was sent Conditional Transfer Order (CTO-214), wherein plaintiffs were given until 4pm EST on June 27, 2002 to file a Notice of Opposition..

2. In light of the extenuating circumstances plaintiff opposes the transfer of this action pursuant to 28 U.S.C. § 1407 to the United States District Court for the Eastern District of

IMAGED JUN 28 '02
OFFICIAL FILE COPY

Pennsylvania. Specifically, a transfer to Multi District Litigation (MDL) at this time will cause needless delay and is inappropriate and unwarranted base on the circumstances; said transfer serves no purpose other than to delay the proccedings.

3. This matter was inappropriately transferred to the United States District Court for the Eastern District of Louisiana from the 34th t Judicial Court for the Parish of St. Bernard, State of Louisiana and plaintiffs have filed a Motion to Remand which is currently set to be heard on July 10, 2002 in said United States District Court.

4. Accordingly, plaintiff is filing herewith a Motion to Vacate the Conditional Transfer Order (CTO) at issue herein and a brief in support thereof.

WHEREFORE, Plaintiffs, DARRELL DILLON, ET AL., pray that the Conditional Transfer Order at issue herein be vacated and that this matter be ultimately remanded to State Court for Trial on the Merits.

Respectfully Submitted,

MARTZELL & BICKFORD

_____
SCOTT R. BICKFORD
LOUISIANA STATE BAR #1165
338 Lafayette Street
New Orleans, Louisiana 70130
(504)581-9065
(504)581-7635 fax
Attorney for Plaintiff, Darrell Dillon

JUN-27-2002 11:24 FROM:MARTZELL & BICKFORD 5045917635 TO:202 273 2812 P.004/005
Case MDL No. 875 Document 3588 Filed 06/27/02 Page 3 of 4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 27 2002

FILED
CLERK'S OFFICE

## NOTICE

A copy of this Notice of Opposition to Transfer pursuant to 28 U.S.C. § 1407 and related documents have been served by regular mail on counsel of record for all represented parties and upon all unrepresented parties to the above captioned action this 27 day of June, 2002.

_____
SCOTT R. BICKFORD
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading on the following attorneys by placing same in the United States Mail, properly addressed and postage prepaid on this the 27th day of June, 2002.

C. Wm. Bradley, Jr., Esq.
Lemle & Kelleher
21st Floor, Pan-American Life Center
601 Poydras Street
New Orleans, LA 70130-3477

Keith A. Kornman, Esq.
Sher Garner Cahill Richeter Klein McAlister & Hilbert
909 Poydras Street, 28th Floor
New Orleans, LA 70112-1033

Lawrence Pugh, III, Esq.
Montgomery, Barnett, Brown, Read,
 Hammond & Mintz
1100 Poydras Street, Suite 3300
New Orleans, LA 70163

Stephen N. Elliott, Esq.
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
Metairie, LA 70005
P. O. Box 55490
Metairie, LA 70055-5490Valerie Schexnayder, Esq.
Hailey, McNamara, Hall, Larmann
 & Papale
P.O. Box 8288
Metairie, LA 70011-8288

Troy N. Bell, Esq.
Aultman, Tyner, Ruffin & Yarborough
The Texaco Center
400 Poydras St., Ste. 1900
New Orleans, LA 70130

John D. Cosmich, Esq.
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 22608

Larry Canada, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
4040 One Shell Square
401 Poydras Street
New Orleans, LA 70139-4003

Charles V. Giordano, Esq.
Miranda Warwick & Milazzo
2121 Airline Hwy., Ste. 601
Metairie, LA 70001

_____
SCOTT R. BICKFORD

F:\CLIENTS\DILLON.LEE\PLEADING\oppCTO.wpd