MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 27 2002

FILED
CLERK'S OFFICE

# ZIMMER KUNZ

## PROFESSIONAL LIMITED LIABILITY COMPANY

### ATTORNEYS AT LAW

600 U.S. STEEL TOWER
PITTSBURGH, PA 15219-2702

(412) 281-8000
FAX (412) 281-1765

MORGANTOWN OFFICE:
206 SPRUCE STREET
MORGANTOWN, WV 26505
(304) 292-6531    FAX (304) 292-7529

BUTLER OFFICE:
MORGAN CENTER, SUITE 218
101 EAST DIAMOND STREET
BUTLER, PA 16001
(724) 285-6677    FAX (724) 431-2490

GREENSBURG OFFICE:
132 SOUTH MAIN STREET, SUITE B
GREENSBURG, PA 15601
(724) 836-5400    FAX (724) 836-5149

BEAVER OFFICE:
722 TURNPIKE STREET
BEAVER, PA 15009
(724) 774-6000    FAX (724) 774-6400

HARRY J. ZIMMER
RAYMOND H. CONAWAY (PA & WV)
GEORGE N. STEWART (PA & WV)
JONI M. MANGINO (PA & WV)
JOSEPH W. SELEP (PA & WV)
RAYMOND J. CONLON
EDWARD K. DIXON
MARK R. HAMILTON
ALEXANDER P. BICKET (PA & WV)
JOHN W. ZOTTER (PA & OH)
JEFFREY A. RAMALEY (PA & OH)
THOMAS P. McGINNIS (PA & WV)
DARA A. DeCOURCY (PA & WV)
DANIEL E. KRAUTH

ANTHONY C. CARONE (PA & WV)
GEORGE R. FARNETH II
ROBERT W. MURDOCH
MEGHAN F. WISE (PA & OH)
JOHN K. BRYAN
CHRISTOPHER T. YOSKOSKY
MARK T. CALOYER
JOHN W. BRUNI (PA & OH)
JOHN M. GIUNTA
CLAIRE A. CONAWAY
REBECCA A. SEMBER
JEFFREY S. TARKER

JOHN M. BIONDI
HILARY C. BONENBERGER (PA & WV)
ALAN G. STAHL (PA & TX)
JOSEPH F. BUTCHER
ROBERT W. GALBRAITH
CYNTHIA P. CAFARO
SUSAN A. KOSTKAS

OF COUNSEL:

JOHN E. KUNZ
ANDREW J. BANYAS, III
THOMAS A. LAZAROFF

June 26, 2002

**VIA FACSIMILE AND**
**U.S. MAIL**

Bonita Bagley
Deputy Clerk of the Panel
U.S.A. Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thrugood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:    **MDL 875 – Asbestos Products Liability Litigation (No. VI)**
       **Karen Jesensky, et al. v. A-Best Products Co., et al.. W.D. Pennsylvania C.A. No. 2:96-680**

Dear Ms. Bagley:

At this time my client, Pennsylvania Electric Company, prefers not to disclose the information required by Panel Rule 5.3.

Please contact me at (412) 281-8000 if necessary.

Very truly yours,

*Claire A. Conaway*

CLAIRE A. CONAWAY

cc:  Involved Counsel

Document #: 295457
6115.0018

OFFICIAL FILE COPY IMAGED JUN 28 '02

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 7 2002

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I hereby certify that a true and correct copy of the foregoing correspondence to the

United States of America Judicial Panel on Multidistrict Litigation was served on counsel on

the attached Involved Counsel List by first class mail, postage prepaid on this 26th day of June,

2002.

ZIMMER KUNZ, PLLC


CLAIRE A. CONAWAY, ESQUIRE
Counsel for Pennsylvania Electric
Company

RECEIVED
CLERK'S OFFICE
2002 JUN 26 A II: 16
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

## INVOLVED COUNSEL LIST
## MDL-875 - IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
## CORPORATE DISCLOSURE STATEMENT
*Karen Jesensky, et al. v. A-Best Products Co., et al.*, W.D. Pennsylvania, C.A. No. 2:96-680

L. J. Argento
Dickie, McCamey & Chilcote
Two PPG Place, Suite 400
Pittsburgh, PA 15222

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton &
Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Ave., N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Ralph Davies
1 Gateway Center
10th Floor
Pittsburgh, PA 15222

A. L. Emch
Jackson & Kelly
P.O. Box 553
1600 Laidley Tower
Charleston, WV 25322

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Dale K. Forsythe
Wayman, Irvin & McAuley
Frick Building, Suite 1624
Pittsburgh, PA 15219

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Theodore Goldberg
Goldberg, Persky, Jennings &
White
1030 Fifth Avenue
Pittsburgh, PA 15219

Cathy R. Gordon
Dickie, McCamey & Chilcote
Two PPG Place
Suite 400
Pittsburgh, PA 15222

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Anne D. Harman
Bailey, Riley, Buch & Harman
P.O. Box 631
Wheeling, WV 26003

Kathryn A. Johnston
Reed, Luce, Tosh, Wolford &
Douglas
804 Turnpike Street
Beaver, PA 15009

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Monica Maghrak
Murphy, Taylor, Trout &
Chestke, P.C.
326 Third Avenue
Pittsburgh, PA 15222

Joni M. Mangino
600 Grant Street
3300 USX Tower
Pittsburgh, PA 15219

Ronald L. Motley
Ness, Motley, Loadholt,
Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Polley
Two PPG Place
Suite 400
Pittsburgh, PA 15222

John J. Repcheck
Marks, O'Neill, O'Brien &
Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

David F. Ryan
Marshall, Dennehey, Warner,
Coleman & Goggin
USX Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

MDL-875 - INVOLVED COUNSEL LIST – CORPORATE DISCLOSURE STATEMENT          P.2

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Gary E. Wieczorek
Tucker, Arsenberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

R. Kenneth Willman
Willman & Arnold
705 McKnight Park Drive
Pittsburgh, PA 15237