JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 8 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | § § § § § | MDL DOCKET NO. 875 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
PARIS DIVISION

| | | |
|---|---|---|
| COLLEEN CARTER, Individually and<br>as Personal Representative of the Heirs<br>and Estate of MARVIN CARTER,<br>Deceased; and SUZETTE OLSON,<br>Individually and as Personal Representative<br>of the Heirs and Estate of ORVILLE<br>OLSON, Deceased.<br><br>vs.<br><br>ACandS, INC., et al. | § § § § § § § § § § § | 3:02-CV-00009 |

NOTICE OF OPPOSITION TO TRANSFER

Come now Plaintiffs and file this Notice of Opposition to the Conditional Transfer Order (CTO-214) entered by the Panel on June 12, 2002.

COLLEEN CARTER, Individually and as Personal Representative of the Heirs and Estate of MARVIN CARTER, Deceased; and SUZETTE OLSON, Individually and as Personal

1

OFFICIAL FILE COPY
IMAGED JUN 28 '02

Representative of the Heirs and Estate of ORVILLE OLSON, Deceased are plaintiffs in an action styled COLLEEN CARTER, Individually and as Personal Representative of the Heirs and Estate of MARVIN CARTER, Deceased; and SUZETTE OLSON, Individually and as Personal Representative of the Heirs and Estate of ORVILLE OLSON, Deceased vs. ACandS, et al; No. 3-02-CV-00009, pending in the United States District Court Eastern District of Texas, Paris Division. Pursuant to Panel Rule 7.4(c), the plaintiffs file this notice of opposition to apprise the Panel of their opposition to transfer.

Pursuant to Panel Rule 7.4(d), plaintiffs shall file, within 15 days of the filing of this notice, their motion to vacate conditional transfer order and supporting brief.

Respectfully submitted,

Charles S. Siegel
Texas State Bar No. 18341875
Federal ID No. 15736
Waters & Kraus, LLP
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition has been served by U.S. Mail ~~facsimile~~ on all counsel of record on this 27th day of June, 2002.

Charles S. Siegel

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | §<br>§<br>§<br>§ | MDL DOCKET NO. 875 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LAURA MADDEN, Individually and<br>as Personal Representative of the Heirs<br>and Estate of THOMAS MADDEN, JR.,<br>Deceased<br>    Plaintiff<br><br>vs.<br><br>Able Supply Company., et al.<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 3:02CV00194 |

## NOTICE OF OPPOSITION TO TRANSFER

Come now Plaintiffs and file this Notice of Opposition to the Conditional Transfer Order (CTO-214) entered by the Panel on June 12, 2002.

LAURA MADDEN, Individually and as Personal Representative of the Heirs and Estate of THOMAS MADDEN, JR., Deceased is a plaintiff in an action styled LAURA MADDEN,

1

Individually and as Personal Representative of the Heirs and Estate of THOMAS MADDEN, JR., vs. Able Supply Company, et al; No. 3-02-CV-00194, pending in the United States District Court Southern District of Texas, Galveston Division. Pursuant to Panel Rule 7.4(c), the plaintiffs file this notice of opposition to apprise the Panel of their opposition to transfer.

Pursuant to Panel Rule 7.4(d), plaintiffs shall file, within 15 days of the filing of this notice, their motion to vacate conditional transfer order and supporting brief.

Respectfully submitted,

Charles S. Siegel
Texas State Bar No. 18341875
Federal ID No. 15736
Waters & Kraus, LLP
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition has been served by U.S. Mail on all counsel of record on this 27th day of June, 2002.

Charles S. Siegel

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | §<br>§<br>§<br>§ | MDL DOCKET NO. 875 |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>FEDERAL-MOGUL GLOBAL, INC.<br><br>DEBTOR | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 01-10578<br><br>Chapter 11<br>(Pending in the United States<br>Bankruptcy Court for the<br>District of Delaware) |
| DIANE MATHIAS, Individually and as<br>Personal Representative of the Heirs and<br>Estate of GEORGE MATHIAS, Deceased<br><br>vs.<br><br>ACandS, INC., et al. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | EP 01 CA 0380 DB |

NOTICE OF OPPOSITION TO TRANSFER

Come now Plaintiffs and file this Notice of Opposition to the Conditional Transfer Order
(CTO-214) entered by the Panel on June 12, 2002.

1

2002 JUN 27 P 1:25
CLERK'S OFFICE
RECEIVED

06/27/2002 12:21 WATERS+KRAUS → 12025022888 NO.263 P009
Case MDL No. 875 Document 3590 Filed 06/28/02 Page 6 of 6
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 28 2002

FILED
CLERK'S OFFICE

DIANE MATHIAS, Individually and as Personal Representative of the Heirs and Estate of GEORGE MATHIAS, Deceased is a plaintiff in an action styled DIANE MATHIAS, Individually and as Personal Representative of the Heirs and Estate of GEORGE MATHIAS, Deceased vs. ACandS, et al; No. EP-01-CA-0380-DB, pending in the United States District Court Western District of Texas, El Paso Division. Pursuant to Panel Rule 7.4(c), the plaintiffs file this notice of opposition to apprise the Panel of their opposition to transfer.

Pursuant to Panel Rule 7.4(d), plaintiffs shall file, within 15 days of the filing of this notice, their motion to vacate conditional transfer order and supporting brief.

Respectfully submitted,

Charles S. Siegel
Texas State Bar No. 18341875
Federal ID No. 15736
Waters & Kraus, LLP
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition has been served by U.S. Mail ~~facsimile~~ on all counsel of record on this 27th day of June, 2002.

Charles S. Siegel

2