MDL 875

# LAW OFFICES OF
# DICKIE, MCCAMEY & CHILCOTE
### A PROFESSIONAL CORPORATION
TWO PPG PLACE, SUITE 400
PITTSBURGH, PENNSYLVANIA
15222-5402

TEL. 412/281-7272
FAX. 412/392-5367

| PHILADELPHIA | WWW.DMCLAW.COM | OHIO |
| --- | --- | --- |
| 215/925-2289 | | 740/284-1682 |
| NEW JERSEY | WASHINGTON, D.C. | WEST VIRGINIA |
| 856/988-5473 | 888-434-5566 | 304/233-1022 |

Anne L. Wilcox  
Attorney-at-Law  
Admitted in WV, DC, MD & PA

412/392-5304  
wilcoxa@dmclaw.com

June 24, 2002

*Via Facsimile and First Class Mail*  
Michael J. Beck  
Clerk of the Panel  
Judicial Panel on Multidistrict Litigation  
One Columbus Circle, NE  
Thurgood Marshall Federal Judicial Building  
Room G-255, North Lobby  
Washington, DC 20002

   Re:  MDL 875 – In re Asbestos Products Liability Litigation (No. VI)  
       <u>Jesensky, et al. v. A-Best Products Co., et al.</u>, W.D. Pennsylvania,  
       C.A. No. 2:96-680

Dear Mr. Beck:

   I am receipt of your letter of June 20, 2002 regarding the filing of a corporate disclosure statement for **McCarls Inc.** in the above-referenced case. Please be advised that my law firm no longer represents this Defendant, and will not be filing a corporate disclosure statement on their behalf.

   I was informed by your office that this correspondence would be sufficient to put you on notice of the fact that my firm does not represent McCarls Inc.. However, should you need anything further, please do not hesitate to contact me directly.

               Very truly yours,

               Anne L. Wilcox

cc:  Richard C. Polley, Esq.

IMAGED JUL 3 '02

OFFICIAL FILE COPY



# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Morey L. Sear
United States District Court
Eastern District of Louisiana

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge Julia Smith Gibbons
United States District Court
Western District of Tennessee

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

June 20, 2002

TO: Richard C. Polley

Re: MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

*Karen Jesensky, et al. v. A-Best Products Co., et al.*, W.D. Pennsylvania, C.A. No. 2:96-680

Dear Counsel:

You have been identified as counsel for a corporate party(s) *(McCarls, Inc.)* reflected on the attached Recreated Docket Report(s) for the above matter. Panel Rule 5.3 requires that, within eleven days of the filing of a motion or motion/brief to vacate before the Panel, a nongovernmental corporate party must file a statement identifying all its parent corporations and listing any publicly held company that owns 10% or more of the party's stock. A copy of Rule 5.3 is enclosed for your review. The deadline for filing the corporate disclosure statement has now passed, and we have not received a statement from you.

Please submit your Rule 5.3 statement to us no later than **June 28, 2002. The statement must include a certificate of service, and we ask that you append to your certificate of service a copy of the enclosed Involved Counsel List.** You may fax your statement and certificate of service to (202) 502-2888.

Thank you for your prompt attention to this matter.

Sincerely,

Michael J. Beck
Clerk of the Panel

By /s/ Bonita Bagley
Bonita Bagley
Deputy Clerk

Enclosures

### RULE 5.3: CORPORATE DISCLOSURE STATEMENT

(a) Any nongovernmental corporate party to a matter before the Panel shall file a statement identifying all its parent corporations and listing any publicly held company that owns 10% or more of the party's stock.

(b) A party shall file the corporate disclosure statement within eleven days of the filing of a motion to transfer or remand, an order to show cause, or a motion to vacate a conditional transfer order or a conditional remand order.

(c) Once a corporate disclosure statement by a party has been filed in an MDL docket pursuant to subsection (b) of this Rule, such a party is required to update the statement to reflect any change in the information therein i) until the matter before the Panel is decided, and ii) within eleven days of the filing of any subsequent motion to transfer or remand, order to show cause, or motion to vacate a conditional transfer order or a conditional remand order in that docket.

**Judicial Panel on Multidistrict Litigation - Recreated Docket Sheet**

For Civil Action : PAW-2-96-680

Page 1

## TRANSFEREE INFORMATION

**Docket:** 875 - In re Asbestos Products Liability Litigation (No. VI)
**Status:** Transferred on 07/29/1991
**District:** PAE   **Judge:** Weiner, Charles R.
**Date:** 07/29/1991

## Civil Action Information:

**Caption:** Karen Jesensky, et al. v. A-Best Products Co., et al.
**Judge:** Cindrich, Robert J.

| Term Date | Involved Party(s) | Counsel/ Law Firm |
|---|---|---|
| **Plaintiff(s)** | | |
| | Jesensky, Karen | Goldberg, Theodore of Goldberg, Persky, Jennings & White |
| | Jesensky, Anthony | Goldberg, Theodore of Goldberg, Persky, Jennings & White |
| **Defendant(s)** | | |
| | General Electric Co. | |
| | ~~Gustom Industries, Inc.~~ | |
| | H.B. Fuller Co., Inc. | |
| 11/08/2000 | Asbestospray Corp. | |
| 10/14/1999 | Anchor Packing Co. | |
| | Garlock, Inc. | |
| | A-Best Products Co., Inc. | |
| | General Refractories Co. | |
| 02/15/2002 | North American Refractories Co. | |
| | ACandS, Inc. | |
| | Earl B. Beach Co. | |
| | George V. Hamilton, Inc. | |
| | M.H. Detrick Co. | |
| | Foseco, Inc. | |
| | Dresser Industries, Inc. | |
| | Ingersoll-Rand Corp. | |
| | Durabla Manufacturing Corp. | Maghrak, Monica of Murphy, Taylor, Trout & Chestke, P.C. |
| | ~~Allied Glove Corp.~~ | |
| | Bigelow-Liptak Corp. | |
| | Carborundum Co., Inc. | |
| | General Motors Corp. | |
| | Hedman Mines, Ltd. | |
| 06/25/2001 | Rock Wool Manufacturing Co., Inc. | |
| | Grant Wilson, Inc. | |
| | Goodyear Tire & Rubber Co. | Davies, Ralph |
| | Beazer East, Inc. | |
| | Nichias Corp. | |
| | Argo Packing Co. | |
| | Marmon Group, Inc. | Ryan, David F. of Marshall, Dennehey, Warner, Coleman & Goggin |
| | Chicago Firebrick Co. | Wieczorek, Gary E. of Tucker, Arsenberg, P.C. |

Key => * Signifies that an appearance was made on behalf of the party by the representing attorney.    ** Signifies Service Counsel

| Term Date | Involved Party(s) | Counsel/ Law Firm |
|---|---|---|
| | Congoleum Corp. | |
| | F.B. Wright Co. | |
| | Pittsburgh Metals Purifying Co. | |
| | Adience Co. | |
| | Westinghouse Electric Corp. | |
| 04/26/2001 | W.R. Grace & Co. | |
| | Foster Wheeler Co. | |
| | Union Boiler Co. | |
| | Thiem Corp. | |
| | Uniroyal, Inc. | |
| | Sepco Corp. | Harman, Anne D. of Bailey, Riley, Buch & Harman |
| 10/10/2001 | United States Mineral Products Co. | |
| | North American Corp. | |
| | Oglebay Norton Co. | |
| | Greene Tweed & Co., Inc. | |
| | Riley Stoker Corp. | |
| 06/25/2001 | Pittsburgh Corning Corp. (see also Unarco) | |
| | Plibrico Co. | Johnston, Kathryn A. of Reed, Luce, Tosh, Wolford & Douglas |
| 04/26/2001 | Owens-Corning Fiberglas Corp. | |
| | Insul Co., Inc. | |
| | Safety-First Industries | |
| 04/30/2001 | Flintkote Co. (The) | |
| | Durametallic Corp. | |
| | Seegott, Inc. | |
| 04/20/2001 | Peterson Canvas Products Co. | |
| | Townsend & Bottum, Inc. | |
| | Sauer, Inc. | |
| | Hinchliffe & Keener, Inc. | |
| | Robertson-CECO Corp. | |
| | Atlas Industries, Inc. | |
| | Quaker State Corp. | Argento, L. J. of Dickie, McCamey & Chilcote, P.C. |
| | McCarls, Inc. | Polley, Richard C. |
| | Pennsylvania Electric Co. | Mangino, Joni M. |
| | Industrial Insulation Sales, Inc. | |
| | Fairmont Supply Co. | Emch, A. L. of Jackson & Kelly |
| | Rutland Fire & Clay Supply Co. | Willman, R. Kenneth of Willman & Arnold |
| | Pennsylvania Industrial Supplies Co. | |
| | Gateway Industrial Supply Co. | Forsythe, Dale K. of Wayman, Irvin & McAuley |
| | Duquesne Light Co. | Gordon, Cathy R. of Dickie, McCamey & Chilcote, P.C. |

Key => * Signifies that an appearance was made on behalf of the party by the representing attorney.   ** Signifies Service Counsel

## INVOLVED COUNSEL LIST
## MDL-875 - IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
## CORPORATE DISCLOSURE STATEMENT
*Karen Jesensky, et al. v. A-Best Products Co., et al.*, W.D. Pennsylvania, C.A. No. 2:96-680

L. J. Argento
Dickie, McCamey & Chilcote
Two PPG Place, Suite 400
Pittsburgh, PA 15222

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton &
Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Ave., N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Ralph Davies
1 Gateway Center
10th Floor
Pittsburgh, PA 15222

A. L. Emch
Jackson & Kelly
P.O. Box 553
1600 Laidley Tower
Charleston, WV 25322

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Dale K. Forsythe
Wayman, Irvin & McAuley
Frick Building, Suite 1624
Pittsburgh, PA 15219

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Theodore Goldberg
Goldberg, Persky, Jennings &
White
1030 Fifth Avenue
Pittsburgh, PA 15219

Cathy R. Gordon
Dickie, McCamey & Chilcote
Two PPG Place
Suite 400
Pittsburgh, PA 15222

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Anne D. Harman
Bailey, Riley, Buch & Harman
P.O. Box 631
Wheeling, WV 26003

Kathryn A. Johnston
Reed, Luce, Tosh, Wolford &
Douglas
804 Turnpike Street
Beaver, PA 15009

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Monica Maghrak
Murphy, Taylor, Trout &
Chestke, P.C.
326 Third Avenue
Pittsburgh, PA 15222

Joni M. Mangino
600 Grant Street
3300 USX Tower
Pittsburgh, PA 15219

Ronald L. Motley
Ness, Motley, Loadholt,
Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Polley
Two PPG Place
Suite 400
Pittsburgh, PA 15222

John J. Repcheck
Marks, O'Neill, O'Brien &
Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

David F. Ryan
Marshall, Dennehey, Warner,
Coleman & Goggin
USX Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

MDL-875 – INVOLVED COUNSEL LIST – CORPORATE DISCLOSURE STATEMENT        P.2

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Gary E. Wicczorek
Tucker, Arsenberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

R. Kenneth Willman
Willman & Arnold
705 McKnight Park Drive
Pittsburgh, PA 15237