MDL 875

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 2 2002

FILED
CLERK'S OFFICE

MDL-875 – In Re Asbestos Products Liability Litigation (No. VI)

KAREN JESENSKY, et al.,

    Plaintiffs,

v.                                                              CIVIL ACTION NO. 2:96-680

A-BEST PRODUCTS COMPANY, et al.,

    Defendants.

U.S.D.C. for the Western District of Pennsylvania

## CORPORATE DISCLOSURE STATEMENT
## OF FAIRMONT SUPPLY COMPANY

Pursuant to Panel Rule 5.3, defendant, Fairmont Supply Company, states that 100% of its stock is owned by CONSOL Energy Inc.

FAIRMONT SUPPLY COMPANY

By Counsel

*Lynn Oliver Frye* (signature)
Lynn Oliver Frye (WV Bar # 2779)
A. L. Emch (WV Bar # 1125)
JACKSON & KELLY PLLC
1600 Laidley Tower
Post Office Box 553
Charleston, West Virginia 25322
(304) 340-1000
*Counsel for Fairmont Supply Company*

2002 JUN 28 P 5: 11
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

C0626722.1

**OFFICIAL FILE COPY**  IMAGED JUL 2 '02

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUL - 2 2002

MDL-875 – In Re Asbestos Products Liaibilty Litigation (No. VI)

FILED
CLERK'S OFFICE

KAREN JESENSKY, et al.,

    Plaintiffs,

v.                                                                                          CIVIL ACTION NO. 2:96-680

A-BEST PRODUCTS COMPANY, et al.,

    Defendants.

U.S.D.C. for the Western District of Pennsylvania

## CERTIFICATE OF SERVICE

    I, Lynn Oliver Frye, counsel for defendant, Fairmont Supply Company, do hereby

certify that on 28 June 2002 the attached **Corporate Disclosure Statement** was made upon counsel

of record by mailing true copies thereof by United States mail, postage prepaid, addressed to:

Janice M. Savinis, Esq.
GOLDBERG, PERSKY, JENNINGS &
    WHITE, P.C.
1030 Fifth Avenue, Third Floor
Pittsburgh, Pennsylvania 15219-6295
*Counsel for Plaintiffs*

Concetta A. Silvaggio, Esquire
WILLMAN & ARNOLD
705 McKnight Park Drive
Pittsburgh, Pennsylvania 15237



C0626722.1

Daniel J. Sinclair, Esq.
SWENSEN, PERER & KONTOS
Suite 2710, Two PNC Plaza
Pittsburgh, Pennsylvania 15222

Kevin C. Tierney, Esq.
LAW OFFICES OF KEVIN C. TIERNEY
Suite 2070
123 South Broad Street
Philadelphia, Pennsylvania 19109

Cathy R. Gordon, Esq.
DICKIE, MCCAMEY & CHILCOTE, P.C.
Two PPG Place, Suite 400
Pittsburgh, Pennsylvania 15222

Michael R. Bucci, Jr., Esq.
THORP, REED & ARMSTRONG
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, Pennsylvania 15219-1425

Bashi Buba, Esquire
WILBRAHAM, LAWLER & BUBA, P.C.
1818 Market Street, Suite 3100
Philadelphia, Pennsylvania 19107

Mary Grace Maley, Esquire
LAVIN, COLEMAN, O'NEAL, RICCI,
    FINARELLI & GRAY
510 Walnut Street
10th Floor, Penn Mutual Tower
Philadelphia, Pennsylvania 19106

Christopher A. Beck, Esq.
ISRAEL, WOOD & PUNTIL, P.C.
501 Grant Building
310 Grant Street
Pittsburgh, Pennsylvania 15219

Kenneth S. Robb, Esquire
1080 Long Run Road
McKeesport, Pennsylvania 15132

Georgine A. Olexa, Esquire
POST & SCHELL, P.C.
1245 South Cedar Crest
Suite 300
Allentown, Pennsylvania 18103

James F. Ryan, Esquire
SCHWABENLAND & RYAN, P.C.
995 Old Eagle School Road
Suite 306
Wayne, Pennsylvania 19087

Eric K. Falk, Esq.
DAVIES, MCFARLAND & CARROLL, P.C.
One Gateway Center, 10th Floor
Pittsburgh, Pennsylvania 15222-1416

Karen E. Chilcote, Esq.
ROBB, LEONARD & MULVIHILL
2300 One Mellon Bank Center
Pittsburgh, Pennsylvania 15219

George N. Stewart, Esq.
ZIMMER KUNZ, P.C.
3300 USX Tower, 600 Grant Street
Pittsburgh, Pennsylvania 15219

John J. Repcheck, Esquire
MARKS, O'NEILL, REILLY, O'BRIEN
       & COURTNEY, P.C.
3200 Gulf Tower
707 Grant Street
Pittsburgh, Pennsylvania 15219

Bruce H. Bikin, Esquire
Montgomery, McCracken, Walker
       & Rhoads, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19109

Gregory L. Fitzpatrick, Esq.
MARGOLIS EDELSTEIN
1500 Grant Building
Philadelphia, Pennsylvania 15219-2203

C0626722.1

Kathy Condo, Esquire
REED, SMITH, SHAW & McCLAY
435 6th Avenue, Mellon Square
Pittsburgh, Pennsylvania 15219

Michael D. Heintzman, Esquire
HEINTZMAN, WARREN & WISE, P.C.
35th Floor, Gulf Tower
707 Grant Street
Pittsburgh, Pennsylvania 15219

Eric L. Horne, Esquire
ECKERT, SEAMAN, CHERIN & MELLOTT
USX Tower, 42nd Floor
600 Grant Street
Pittsburgh, Pennsylvania 15219

Dale K. Forsythe, Esquire
WAYMAN, IRVIN & MCCAULEY
1624 Frick Building
437 Grant Street
Pittsburgh, Pennsylvania 15219

Ronald W. DiLeo, Esq.
PENNELL, JENKINS, ROBINSON & WOLFE
756 Public Ledger Building
150 S. Independence Mall West
Philadelphia, PA 19106

Nora Barry Fischer, Esq.
PIETRAGALLO, BOSICK & GORDON
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219

Anne D. Harman, Esq.
BAILEY, RILEY, BUCH & HARMAN
Riley Building, Suite 900
P.O. Box 631
Wheeling, WV 26003-0081

Kathryn A. Johnston, Esq.
REED, LUCE, TOSH, McGREGOR & WOLFORD
804 Turnpike Street
Beaver, PA 15009

C0626722.1

Monica Maghrak, Esq.
MURPHY TAYLOR, P.C.
326 Third Avenue
Pittsburgh, PA 15222

Patrick L. Mechas, Esq.
BURNS, WHITE & HICKTON
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222-3001

Patrick R. Riley, Esq.
RILEY, McNULTY, HEWITT & SWEITZER
650 Washington Road, Suite 300
Pittsburgh, PA 15228-2702

Gary E. Wieczorek, Esq.
TUCKER, ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Matthew Wimer, Esq.
WIMER LAW OFFICES, P.C.
655 Allegheny Avenue
Oakmont, PA 15139

                                             */s/ Lynn Oliver Frye*
                                             Lynn Oliver Frye (WV Bar # 2779)

C0626722.1

# INVOLVED COUNSEL LIST
## MDL-875 - IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
## CORPORATE DISCLOSURE STATEMENT
*Karen Jesensky, et al. v. A-Best Products Co., et al.*, W.D. Pennsylvania, C.A. No. 2:96-680

L. J. Argento
Dickie, McCamey & Chilcote
Two PPG Place, Suite 400
Pittsburgh, PA 15222

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Ave., N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Ralph Davies
1 Gateway Center
10th Floor
Pittsburgh, PA 15222

A. L. Emch
Jackson & Kelly
P.O. Box 553
1600 Laidley Tower
Charleston, WV 25322

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Dale K. Forsythe
Wayman, Irvin & McAuley
Frick Building, Suite 1624
Pittsburgh, PA 15219

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Theodore Goldberg
Goldberg, Persky, Jennings & White
1030 Fifth Avenue
Pittsburgh, PA 15219

Cathy R. Gordon
Dickie, McCamey & Chilcote
Two PPG Place
Suite 400
Pittsburgh, PA 15222

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Anne D. Harman
Bailey, Riley, Buch & Harman
P.O. Box 631
Wheeling, WV 26003

Kathryn A. Johnston
Reed, Luce, Tosh, Wolford & Douglas
804 Turnpike Street
Beaver, PA 15009

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Monica Maghrak
Murphy, Taylor, Trout & Chestke, P.C.
326 Third Avenue
Pittsburgh, PA 15222

Joni M. Mangino
600 Grant Street
3300 USX Tower
Pittsburgh, PA 15219

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Polley
Two PPG Place
Suite 400
Pittsburgh, PA 15222

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

David F. Ryan
Marshall, Dennehey, Warner, Coleman & Goggin
USX Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

## MDL-875 - INVOLVED COUNSEL LIST — CORPORATE DISCLOSURE STATEMENT          P.2

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Gary E. Wieczorek
Tucker, Arsenberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

R. Kenneth Willman
Willman & Arnold
705 McKnight Park Drive
Pittsburgh, PA 15237