# MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 2 2002

FILED
CLERK'S OFFICE

## UNITED STATES OF AMERICA
### JUDICIAL PANEL ON MULTIJUDICIAL LITIGATION

| | |
|---|---|
| KAREN JESENSKY, et al., | MDL-875 |
| Plaintiffs, | IN RE: Asbestos Products Liability Litigation (No. VI) |
| v. | W.D. Pennsylvania C.A. No. 2:96-680 |
| A-BEST PRODUCTS COMPANY, et al. | **DURABLA MANUFACTURING COMPANY CORPORATE DISCLOSURE STATEMENT** |
| Defendants | |

Filed on behalf of Defendant,
Durabla Manufacturing Company

Counsel of Record

Arthur J. Murphy, Jr.
Pa. I.D. No. 16412

Murphy Taylor, P.C.
326 Third Avenue
Pittsburgh, PA 15222

412-255-0200

2002 JUL -1 P 4: 20
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**

IMAGED JUL 2 '02

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 2 2002

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIJUDICIAL LITIGATION

FILED
CLERK'S OFFICE

KAREN JESENSKY, et al.,

    Plaintiffs,

v.

A-BEST PRODUCTS
COMPANY, et al.

    Defendants

MDL-875
IN RE: Asbestos Products Liability
Litigation (No. VI)

W.D. Pennsylvania C.A. No. 2:96-680

## DURABLA MANUFACTURING COMPANY
## CORPORATE DISCLOSURE STATEMENT

Durabla Manufacturing Company respectfully advises the Judicial Panel on Multi-District Litigation for the foregoing case that Durabla has no publicly held company that owns ten percent or more of its stock, Durabla Manufacturing Company is not publicly traded, and currently has no parent corporation. Any prior parent corporation was not any publicly held or publicly traded company.

Murphy Taylor, P.C.

By: _____
Arthur J. Murphy, Jr.
Attorney for Durabla
Manufacturing Company

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 2 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the within Durabla Manufacturing Company Corporate Disclosure Statement has been served upon each attorney on the attached involved counsel list by First Class United States Mail, postage pre-paid or hand delivery on the 1st and 2nd day of July, 2002.

MURPHY TAYLOR, P.C.

Arthur J. Murphy, Jr., Esquire

## INVOLVED COUNSEL LIST
## MDL-875 - IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
## CORPORATE DISCLOSURE STATEMENT

*Karen Jesensky, et al. v. A-Best Products Co., et al.*, W.D. Pennsylvania, C.A. No. 2:96-680

L. J. Argento
Dickie, McCamey & Chilcote
Two PPG Place, Suite 400
Pittsburgh, PA 15222

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Ave., N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Ralph Davies
1 Gateway Center
10th Floor
Pittsburgh, PA 15222

A. L. Emch
Jackson & Kelly
P.O. Box 553
1600 Laidley Tower
Charleston, WV 25322

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Dale K. Forsythe
Wayman, Irvin & McAuley
Frick Building, Suite 1624
Pittsburgh, PA 15219

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Theodore Goldberg
Goldberg, Persky, Jennings & White
1030 Fifth Avenue
Pittsburgh, PA 15219

Cathy R. Gordon
Dickie, McCamey & Chilcote
Two PPG Place
Suite 400
Pittsburgh, PA 15222

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Anne D. Harman
Bailey, Riley, Buch & Harman
P.O. Box 631
Wheeling, WV 26003

Kathryn A. Johnston
Reed, Luce, Tosh, Wolford & Douglas
804 Turnpike Street
Beaver, PA 15009

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Monica Maghrak
Murphy, Taylor, Trout & Chestke, P.C.
326 Third Avenue
Pittsburgh, PA 15222

Joni M. Mangino
600 Grant Street
3300 USX Tower
Pittsburgh, PA 15219

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Polley
Two PPG Place
Suite 400
Pittsburgh, PA 15222

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

David F. Ryan
Marshall, Dennehey, Warner, Coleman & Goggin
USX Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

MDL-875 - INVOLVED COUNSEL LIST – CORPORATE DISCLOSURE STATEMENT          P.2

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Gary E. Wieczorek
Tucker, Arsenberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

R. Kenneth Willman
Willman & Arnold
705 McKnight Park Drive
Pittsburgh, PA 15237