

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIJUDICIAL LITIGATION

JUL - 2 2002

FILED
CLERK'S OFFICE

KAREN JESENSKY, et al.,

    Plaintiffs,

v.

A-BEST PRODUCTS
COMPANY, et al.

    Defendants

MDL-875
IN RE: Asbestos Products Liability
    Litigation No. 6

W.D. Pennsylvania C.A. No. 2:96-680

**RULE 5.3 STATEMENT OF THE GOODYEAR TIRE & RUBBER COMPANY, DEFENDANT**

Prepared on behalf of Defendant, The Goodyear Tire & Rubber Company

Counsel of Record:

RALPH A. DAVIES, ESQUIRE
PA ID NO. 00499

HOWARD K. HILNER, ESQUIRE
PA ID NO. 00664

Davies, McFarland & Carroll, P. C.
Firm No. 281
One Gateway Center, 10th Floor
Pittsburgh PA 15222
(412) 281-0737

IMAGED JUL 2 '02

**OFFICIAL FILE COPY**

{D0125329:1}

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 2 2002

FILED
CLERK'S OFFICE

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIJUDICIAL LITIGATION

KAREN JESENSKY, et al.,

    Plaintiffs,

v.

A-BEST PRODUCTS
COMPANY, et al.

    Defendants

MDL-875
IN RE: Asbestos Products Liability
Litigation No. 6

W.D. Pennsylvania C.A. No. 2:96-680

## RULE 5.3 STATEMENT OF THE GOODYEAR TIRE & RUBBER COMPANY

Rule 5.3:    CORPORATE DISCLOSURE STATEMENT

(a)    The Goodyear Tire & Rubber Company Defendant has no parent corporation.

    Brandes Investment Partners, L.P. and related parties
    11988 El Camino Real, Suite 500
    San Diego, CA 92130
    Percent of Common Stock Outstanding Beneficially Owned = 14.15%

    AXA, The Mutuelles AXA (as a group)
    AXA Financial, Inc., Alliance Capital Management L.P. and related companies
    1290 Avenue of the Americas
    New York, NY 10104
    Percent of Common Stock Outstanding Beneficially Owned = 12.45%

    Davies, McFarland & Carroll, P.C.

    By: _____
    Howard K. Hilner, Esquire
    Attorneys for Defendant,
    The Goodyear Tire & Rubber Company

{D0125329:1}

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 2 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within Rule 5.3 Statement of The Goodyear Tire & Rubber Company was provided to all counsel indicated on the attached Involved Counsel List of record by regular United States mail, postage prepaid, on the **28th day of June, 2002**.

Davies, McFarland & Carroll, P.C.

By: _/s/ Howard K. Hilner_
Howard K. Hilner, Esquire
Attorneys for Defendant,
The Goodyear Tire & Rubber Company

{D0125329:1}

## INVOLVED COUNSEL LIST
## MDL-875 - IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
## CORPORATE DISCLOSURE STATEMENT
*Karen Jesensky, et al. v. A-Best Products Co., et al.*, W.D. Pennsylvania, C.A. No. 2:96-680

L. J. Argento
Dickie, McCamey & Chilcote
Two PPG Place, Suite 400
Pittsburgh, PA 15222

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton &
Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Ave., N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Ralph Davies
1 Gateway Center
10th Floor
Pittsburgh, PA 15222

A. L. Emch
Jackson & Kelly
P.O. Box 553
1600 Laidley Tower
Charleston, WV 25322

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Dale K. Forsythe
Wayman, Irvin & McAuley
Frick Building, Suite 1624
Pittsburgh, PA 15219

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Theodore Goldberg
Goldberg, Persky, Jennings &
White
1030 Fifth Avenue
Pittsburgh, PA 15219

Cathy R. Gordon
Dickie, McCamey & Chilcote
Two PPG Place
Suite 400
Pittsburgh, PA 15222

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Anne D. Harman
Bailey, Riley, Buch & Harman
P.O. Box 631
Wheeling, WV 26003

Kathryn A. Johnston
Reed, Luce, Tosh, Wolford &
Douglas
804 Turnpike Street
Beaver, PA 15009

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Monica Maghrak
Murphy, Taylor, Trout &
Chestke, P.C.
326 Third Avenue
Pittsburgh, PA 15222

Joni M. Mangino
600 Grant Street
3300 USX Tower
Pittsburgh, PA 15219

Ronald L. Motley
Ness, Motley, Loadholt,
Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Polley
Two PPG Place
Suite 400
Pittsburgh, PA 15222

John J. Repcheck
Marks, O'Neill, O'Brien &
Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

David F. Ryan
Marshall, Dennehey, Warner,
Coleman & Goggin
USX Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

MDL-875 - INVOLVED COUNSEL LIST – CORPORATE DISCLOSURE STATEMENT            P.2

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Gary E. Wieczorek
Tucker, Arsenberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

R. Kenneth Willman
Willman & Arnold
705 McKnight Park Drive
Pittsburgh, PA 15237