# MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATON

JUL - 2 2002

IN RE:  **GATEWAY INDUSTRIAL**          )          **MDL Docket No. 875**
        **SUPPLY COMPANY**          )

FILED
CLERK'S OFFICE

*Karen Jesensky, et al. v. A-Best Products Co., et al., W.D. Pennsylvania, C.A. No. 2:96-680*

## GATEWAY INDUSTRIAL SUPPLY COMPANY'S
## CORPORATE DISCLOSURE STATEMENT

AND NOW COMES Defendant Gateway Industrial Supply Company pursuant to Rule

5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation and states as

follows:

1. Gateway Industrial Supply Company is now known as Gateway Industrial Supply, LLC.

2. Gateway is 100% owned by Intergrated Logistics Holding Company, which is 100% owned by Integrated Logistics Solutions, Inc., which is 100% owned by Park-Ohio Industries, Inc. which is 100% owned by Park-Ohio Holdings Corp.

Respectfully submitted,

GATEWAY INDUSTRIAL SUPPLY COMPANY

D.K. Forsythe, Esquire, PA I.D. No. 43660
Wayman, Irvin & McAuley
Firm #583
1624 Frick Building
Pittsburgh, PA 15219
(412) 566-2970
(Attorney for Gateway Industrial Supply Company)

RECEIVED
CLERK'S OFFICE
2002 JUN 28 P 4:27
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

IMAGED JUL 2 '02   OFFICIAL FILE COPY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 2 2002

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I hereby certify that a true and correct copy of the foregoing **Corporate Disclosure**

**Statement of Gateway Industrial Supply Company** has been served on the following counsel of

record by first class U.S. mail, postage pre-paid, or by hand delivery, this **28th** day of June, 2002:

| | | |
|---|---|---|
| L.J. Argento, Esquire<br>Dickie, McCamey & Chilcote<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222 | Ellen B. Furman, Esquire<br>Goldfein & Joseph<br>1600 Market St., 33rd Flr.<br>Philadelphia, PA 19103 | Monica Maghrak, Esquire<br>326 Third Avenue<br>Pittsburgh, PA 15222 |
| Richard C. Binzley, Esquire<br>Thompson Hine, LLP<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | Theodore Goldberg, Esq.<br>Goldberg, Persky, Jennings<br>. & White<br>1030 Fifth Avenue<br>Pittsburgh, PA 15219 | Joni M. Mangino, Esquire<br>600 Grant Street<br>3300 USX Tower<br>Pittsburgh, PA 15219 |
| Edward J. Cass, Esquire<br>Bulkley Building, 7th Flr.<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | Cathy R. Gordon, Esquire<br>Dickie McCamey & Chilcote<br>Suite 400, Two PPG Place<br>Pittsburgh, PA 15222 | Ronald L. Motley, Esquire<br>Ness, Motley, et al.<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465 |
| Adam M. Chud, Esquire<br>Shea & Gardner<br>1800 Massachusetts Ave., N.W.<br>Washington, DC 20036 | Susan M. Hansen, Esquire<br>Brownson & Ballou<br>4800 U.S. Bank Place<br>601 Second Ave.,South<br>Minneapolis, MN 55402 | Richard C. Polley, Esquire<br>Suite 400, Two PPG Place<br>Pittsburgh, PA 15222 |
| David A. Damico, Esquire<br>Burns, White & Hickton<br>2400 Fifth Avenue Place<br>120 Fifth Avenue<br>Pittsburgh, PA 15222 | Anne D. Harman, Esquire<br>Bailey, Riley, Buch &<br>Harman<br>P.O. Bo x631<br>Wheeling, WV 26003 | John J. Repchek, Esquire<br>Marks, O'Neill, O'Brien and<br>Courtney<br>3200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 |
| Ralph Davies, Esquire<br>One Gateway Center<br>10th Floor<br>Pittsburgh, PA 15222 | Kathryn A. Johnston, Esq.<br>Reed, Luce, Tosh, Wolford<br>and Douglas<br>804 Turnpike Street<br>Beaver, PA 15009 | John D. Roven, Esquire<br>John Roven & Associates<br>2190 North Loop West<br>Suite 410<br>Houston, TX 77018 |

RECEIVED
CLERK'S OFFICE
2002 JUN 28
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A.L. Emch, Esquire
Jackson & Kelly
P.O. Box 553
1600 Laidley Tower
Charleston, WV 25322

Reginald S. Kramer, Esq.
Oldham & Dowling
195 South Main Street
Suite 300
Akron, Ohio 44308

David F. Ryan, Esquire
Marshall, Dennehey, Warner,
    Coleman & Goggin
USX Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219

Raymond P. Forceno, Esq.
Forceno & Hannon
Philadelphia Bourse Bldg.
Suite 1000
Independence Mall East
Philadelphia, PA 19106

David C. Landin, Esq.
Hunton & Williams
Riverfront Plaza, E.Tower
951 East Byrd Street
Richmond, VA 23219

Richard D. Schuster, Esq.
Vorys, Sater, Seymour &
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216

Gene Locks, Esquire
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Neil Selman, Esquire
Selman, Breitman &
    Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli, Esquire
Kelley, Jasons, McGuire,
    & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle, Esquire
Jacques Admiralty Law Firm
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise, Esq.
Reed, Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II, Esquire
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Gary E. Wieczorek, Esquire
Tucker, Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

R. Kenneth Willman, Esq.
Willman & Arnold
705 McKnight Park Drive
Pittsburgh, PA 15237

WAYMAN, IRVIN & McAULEY

BY: _____

Dale K. Forsythe, Esquire