MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 0 2002

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL DOCKET NO. 875**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

**(FILED IN LAM 3 02-368)**

**originating from**

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

PLEADING NO. 3605

| | |
|---|---|
| **BARBARA CATANIA, ET AL** | **CIVIL ACTION** |
| | **NUMBER  02-368** |
| **VERSUS** | **SECTION   D** |
| **AcandS, INC., ET AL** | **MAGISTRATE 1** |

**NOTICE OF APPEARANCE PURSUANT TO MDL RULE 5.2(c)**

**NOW INTO COURT**, through undersigned counsel, and in accordance with multidistrict

litigation Rule 5.2(c) represents that undersigned counsel for Viacom, Inc. is designated to

receive service of all pleadings, notices, Orders, and other papers relating to practice before

IMAGED JUL 12 '02    **OFFICIAL FILE COPY**

the Judicial Panel on Multidistrict litigation.

**By Attorneys for Viacom, Inc.**
**JONES, WALKER, WAECHTER, POITEVENT,**
**CARRÉRE & DENÉGRE, L.L.P.**
LEON GARY, JR. (Bar Roll No. 5959)
WILLIAM L. SCHUETTE, JR. (Bar Roll No. 2098)
OLIVIA S. TOMLINSON (Bar Roll No. 27114)
Four United Plaza, Fifth Floor
8555 United Plaza Boulevard
Baton Rouge, Louisiana 70809-7000
Telephone (225) 248-2000
Facsimile (225) 248-3051

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 0 2002

William L. Schuette

FILED
CLERK'S OFFICE

## PROOF OF SERVICE

I certify that a copy of the foregoing pleading has been served upon all represented

parties by mailing a copy to their counsel of record at their last known address as listed below.

No unrepresented parties are involved in this matter.   This ___5___ day of July, 2002.



William L. Schuette

Gerolyn P. Roussel
ROUSSEL & ROUSSEL
1710 Cannes Drive
LaPlace, LA 70068
1-985-651-6591
Counsel for Plaintiffs, Barbara Catania and Michael Catania

Leon Gary, Jr.
William L. Schuette
Olivia S. Tomlinson
JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE
8555 United Plaza Boulevard
Four United Plaza, Fifth Floor

Baton Rouge, Louisiana 70809-7000
12-225-248-2000
Counsel for Viacom, Inc., successor in interest  to CBS Corporation formerly known as
Westinghouse Electric Corporation

Gregory M. Anding
KEAN, MILLER, HAWTHORNE D"ARMOND, McCOWAN & JARMAN
One American Place, 22ND Floor
P. O. Box 3513
Baton Rouge, LA 70821
1-225-687-9845
Counsel for EXXON MobilCorporation

David A. Barfield
Kay Barnes Baxter
BARFIELD & ASSOCIATES
400 Poydras Street, Suite 1460
New Orleans, LA 70130
1-504-568-1562
Counsel for AcandS, Inc.

Troy N. Bell
AULTMAN, TYNER McNEESE RUFFIN & LAIRD
The Texaco Center
400 Poydras Street, Suite 1900
New Orleans, LA 70130
1-504-528-9616
Counsel for Garlock, Inc.

David M. Bienview, Jr.
TAYLOR, PORTER, BROOKS & PHILLIPS
451 Florida
Bank One Centre, 8th Floor
Baton Rouge, LA 70801
1-225-387-3221
Counsel for The Dow Chemical Company

Cory Cahn
SLATER LAW FIRM
650 Poydras Street, Suite 2600
New Orleans, LA 70130
1-504-523-7333
Counsel for General Electric Company

Larry G. Canada
GALLOWAY, JOHNSON, TOMPKINS & BURR
One Shell Square, Suite 4040
New Orleans, LA 70139
1-504-525-6802
Counsel for Combustion

Ashley Carter
John Childers
LYNN LUKER & ASSOCIATES
616 Girod Street, Suite 200
New Orleans, LA 70130
1-504-525-5000
Counsel for Foster Wheeler, L.L.C.


Lawrence G. Pugh, III
Edward McGowan
Tonya S. Johnson
MONTGOMERY, BARNETT, BROWN, READ,
 HAMMOND & MINTZ
3200 Energy Centre
1100 Poydras Street
New Orleans, LA  70163
1-504-585-3200
Counsel for Eagle, Inc.

Robert A. Knight
BERNARD, CASSISA, ELLIOT & DAVIS
1615 Metairie Road
P. O. Box 55490
Metairie, LA 70055
1-504-834-2612
Counsel for Reilly-Benton Company, Inc.

Susan B. Kohn
SIMON, PERAGINE, SMITH & REDFEARN
1100 Poydras Street, 30th Floor
Energy Center
New Orleans, LA 70163
1-504-569-2030
Counsel for McCarty Corporation

Julie D. Robles
C. Kelly Lightfoot

Valerie Schexnayder
Serena C. Vaughan
HAILEY, McNAMARA, HALL, MARMANN AND PAPALE
One Garreria Boulevard
Suite 1400
P. O. Box 8288
Metairie, LA 70011
1-504-836-6500
Counsel for The Flintkote Company, Anco Insulations, Inc. and Taylor-Seidenbach, Inc.

James F. d'Entremont
Kevin J. Webb
DEUTSCH, KERRIGAN & STILES
755 Magazine Street
New Orleans, LA 70130
1-504-581-5141
Counsel for AM Chem Products or Benjamin Foster, a Division of AM Chem and Babcock
Borsig Power, Inc. f/k/a, D B Reilly, Inc.

David E. Redmann
Lemle & Kelleher
21st Floor
601 Poydras Street
New Orleans, LA 70130-6097
1-504-586-1241
Counsel for Kaiser Aluminum Company, Monsanto Company

W. Scott Brown
FOREMAN, PERRY, WATKINS, KRUTZ & TARDY
1515 Poydras Street, Suite 1420
New Orleans, LA 70112
1-504-799-4383
Counsel for Uni-Royal, Inc. and Owens Illinois, Inc.