MDL 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 10 2002

FILED
CLERK'S OFFICE

MDL DOCKET NO. 875

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(FILED IN LAM 3 02-368)

originating from

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA CATANIA, ET AL | CIVIL ACTION |
| NUMBER: 02-368 VERSUS | SECTION D |
| AcandS, INC., ET AL. | MAGISTRATE 1 |

## CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes DSM Copolymer, Inc., a non-governmental corporate party to this action and represents as follows:

DSM Copolymer, Inc. is a wholly owned subsidiary of DSM Services USA, Inc.

644156_1

There are no United States publicly held companies that own 10% or more of the stock of DSM Copolymer, Inc.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 10 2002

FILED
CLERK'S OFFICE

Respectfully submitted:

*signature*

Gary A. Bezet (#3036)
Robert E. Dille (#23037)
Gregory M. Anding (#23622)
Scott D. Johnson (#24732)
Carol L. Galloway (#16930)
KEAN, MILLER, HAWTHORNE, D'ARMOND, McCOWAN & JARMAN, L.L.P.
One American Place, 22nd Floor (70825)
P. O. Box 3513
Baton Rouge, LA 70821-3513
Telephone: (225) 387-0999
Facsimile: (225) 388-9133

*Attorneys for ExxonMobil Corporation*

**PROOF OF SERVICE**

I certify that a copy of the foregoing pleading has been served upon all represented parties by mailing a copy to their counsel of record at their last known address as listed below. No unrepresented parties are involved in this matter. This 9th day of July, 2002.

*signature*
Carol L. Galloway

Gerolyn P. Roussel
ROUSSEL & ROUSSEL
LaPlace, LA 70068

644156_1

1-985-651-6591
Counsel for Plaintiffs, Barbara Catania and Michael Catania

Leon Gary, Jr.
William L. Schuette
Olivia S. Tomlinson
JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE
8555 United Plaza Boulevard
Four United Plaza, Fifth Floor
Baton Rouge, LA 70809-7000
1-225-248-2000
Counsel for Viacom, Inc., successor in interest to CBS Corporation formerly known as Westinghouse Electric Corporation

David A. Barfield
Kay Barnes Baxter
BARFIELD & ASSOCIATES
400 Poydras Street, Suite 1460
New Orleans, LA 70130
1-504-568-1562
Counsel for AcandS, Inc.

Leon Gary, Jr.
William L. Schuette
Olivia S. Tomlinson
JONES, WALKER, WAECHTER, POITEVENT, CARRÉRE & DENÉGRE, L.L.P.
Four United Plaza, Fifth Floor
8555 United Plaza Boulevard
Baton Rouge, LA 70809-7000
1-225-248-2000


Troy N. Bell
AULTMAN, TYNER McNEESE RUFFIN & LAIRD
The Texaco Center
400 Poydras Street, Suite 1900
New Orleans, LA 70130
1-504-528-9616
Counsel for General Electric Company

David M. Bienview, Jr.

644156_1

TAYLOR, PORTER, BROOKS & PHILLIPS
451 Florida
Bank One Centre, 8th Floor
Baton Rouge, LA 70801
1-225-387-3221
Counsel for The Dow Chemical Company

Cory Cahn
SLATER LAW FIRM
650 Poydras Street, Suite 2600
New Orleans, LA 70130
1-504-523-7333
Counsel for General Electric Company

Larry G. Canada
GALLOWAY, JOHNSON, TOMPKINS & BURR
One Shell Square, Suite 4040
New Orleans, LA 70139
1-504-525-6802
Counsel for Combustion

Ashley Carter
John Childers
LYNN LUKER & ASSOCIATES
616 Girod Street, Suite 200
New Orleans, La 70130
1-504-525-5000
Counsel for Foster Wheeler, L.L.C.

Lawrence G. Pugh, III
Edward McGowan
Tonya S. Johnson
MONTGOMERY, BARNETT, BROWN, READ, HAMMOND & MINTZ
3200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
1-504-585-3200
Counsel for Eagle, Inc.

Robert A. Knight
BERNARD, CASSISA, ELLIOT & DAVIS

644156_1

1615 Metairie Road
P.O. Box 55490
Metairie, LA 70055
1-504-834-2612
Counsel for Reilly-Benton Company, Inc.

Susan B. Kohn
SIMON, PERAGINE, SMITH & REDFEARN
1100 Poydras Street, 30th Floor
Energy Center
New Orleans, LA 70163
1-504-569-2030
Counsel for McCarty Corporation

Julie D. Robles
C. Kelly Lightfoot
Valerie Schexnayder
Serena C. Vaughan
HAILEY, McNAMARA, HALL, MARMANN AND PAPALE
One Garreria Boulevard
Suite 1400
P.O. Box 8288
Metairie, LA  70011
1-504-836-6500
Counsel for Flintkote Company, Anco Insulations, Inc. and Taylor-Seidenbach, Inc.

James F. d'Entremont
Kevin J. Webb
DEUTSCH, KERRIGAN & STILES
755 Magazine Street
New Orleans, LA 70130
1-504-581-5141
Counsel for AM Chem Products or Benjamin Foster, a Division of AM Chem and Babcock Borsig Power, Inc. f/k/a, D B Reilly, Inc.

David E. Redmann
Lemle & Kelleher
21st Floor
601 Poydras Street
New Orleans, LA 70130-6097
1-504-586-1241

Counsel for Kaiser Aluminum Company, Monsanto Company

W. Scott Brown
FOREMAN, PERRY WATKINS, KRUTZ & TARDY
1515 Poydras Street, Suite 1420
New Orleans, LA 70112
1-504-799-4383
Counsel for Uni-Royal, Inc. and Owens Illinois, Inc.

644156_1