

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL DOCKET NO. 875

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

JUL 1 0 2002

FILED
CLERK'S OFFICE

(FILED IN LAM 3 02-368)

originating from

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA CATANIA, ET AL | CIVIL ACTION |
| NUMBER: 02-368 <br> VERSUS | |
| | SECTION D |
| AcandS, INC., ET AL. | MAGISTRATE 1 |

## CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes ExxonMobil Corporation a non-governmental corporate party to this action and represents as follows:

ExxonMobil Corporation has no parent corporations nor do any publicly held companies own 10% or more of its stock.

Respectfully submitted:

*[signature]*
Gary A. Bezet (#3036)
Robert E. Dille (#23037)
Gregory M. Anding (#23622)

644156_1

**IMAGED JUL 1 2 '02**          **OFFICIAL FILE COPY**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 10 2002

FILED
CLERK'S OFFICE

Scott D. Johnson (#24732)
Carol L. Galloway (#16930)
KEAN, MILLER, HAWTHORNE, D'ARMOND,
McCOWAN & JARMAN, L.L.P.
One American Place, 22nd Floor (70825)
P. O. Box 3513
Baton Rouge, LA 70821-3513
Telephone: (225) 387-0999
Facsimile: (225) 388-9133

*Attorneys for ExxonMobil Corporation*

## PROOF OF SERVICE

I certify that a copy of the foregoing pleading has been served upon all represented parties by mailing a copy to their counsel of record at their last known address as listed below. No unrepresented parties are involved in this matter. This _____ day of July, 2002.

_____
Carol L. Galloway

Gerolyn P. Roussel
ROUSSEL & ROUSSEL
LaPlace, LA 70068
1-985-651-6591
Counsel for Plaintiffs, Barbara Catania and Michael Catania

Leon Gary, Jr.
William L. Schuette
Olivia S. Tomlinson
JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE
8555 United Plaza Boulevard
Four United Plaza, Fifth Floor
Baton Rouge, LA 70809-7000
1-225-248-2000
Counsel for Viacom, Inc., successor in interest to CBS Corporation formerly known as Westinghouse Electric Corporation

David A. Barfield
Kay Barnes Baxter
BARFIELD & ASSOCIATES

644156_1

400 Poydras Street, Suite 1460
New Orleans, LA 70130
1-504-568-1562
Counsel for AcandS, Inc.

Leon Gary, Jr.
William L. Schuette
Olivia S. Tomlinson
JONES, WALKER, WAECHTER, POITEVENT, CARRÉRE & DENÉGRE, L.L.P.
Four United Plaza, Fifth Floor
8555 United Plaza Boulevard
Baton Rouge, LA 70809-7000
1-225-248-2000


Troy N. Bell
AULTMAN, TYNER McNEESE RUFFIN & LAIRD
The Texaco Center
400 Poydras Street, Suite 1900
New Orleans, LA  70130
1-504-528-9616
Counsel for General Electric Company

David M. Bienview, Jr.
TAYLOR, PORTER, BROOKS & PHILLIPS
451 Florida
Bank One Centre, 8th Floor
Baton Rouge, LA 70801
1-225-387-3221
Counsel for The Dow Chemical Company

Cory Cahn
SLATER LAW FIRM
650 Poydras Street, Suite 2600
New Orleans, LA 70130
1-504-523-7333
Counsel for General Electric Company

Larry G. Canada
GALLOWAY, JOHNSON, TOMPKINS & BURR
One Shell Square, Suite 4040
New Orleans, LA 70139
1-504-525-6802
Counsel for Combustion

Ashley Carter
John Childers

644156_1

LYNN LUKER & ASSOCIATES
616 Girod Street, Suite 200
New Orleans, La 70130
1-504-525-5000
Counsel for Foster Wheeler, L.L.C.

Lawrence G. Pugh, III
Edward McGowan
Tonya S. Johnson
MONTGOMERY, BARNETT, BROWN, READ, HAMMOND & MINTZ
3200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
1-504-585-3200
Counsel for Eagle, Inc.

Robert A. Knight
BERNARD, CASSISA, ELLIOT & DAVIS
1615 Metairie Road
P.O. Box 55490
Metairie, LA 70055
1-504-834-2612
Counsel for Reilly-Benton Company, Inc.

Susan B. Kohn
SIMON, PERAGINE, SMITH & REDFEARN
1100 Poydras Street, 30th Floor
Energy Center
New Orleans, LA 70163
1-504-569-2030
Counsel for McCarty Corporation

Julie D. Robles
C. Kelly Lightfoot
Valerie Schexnayder
Serena C. Vaughan
HAILEY, McNAMARA, HALL, MARMANN AND PAPALE
One Garreria Boulevard
Suite 1400
P.O. Box 8288
Metairie, LA  70011
1-504-836-6500
Counsel for Flintkote Company, Anco Insulations, Inc. and Taylor-Seidenbach, Inc.

James F. d'Entremont
Kevin J. Webb
DEUTSCH, KERRIGAN & STILES

644156_1

755 Magazine Street
New Orleans, LA 70130
1-504-581-5141
Counsel for AM Chem Products or Benjamin Foster, a Division of AM Chem and Babcock Borsig Power, Inc. f/k/a, D B Reilly, Inc.

David E. Redmann
Lemle & Kelleher
21st Floor
601 Poydras Street
New Orleans, LA 70130-6097
1-504-586-1241
Counsel for Kaiser Aluminum Company, Monsanto Company

W. Scott Brown
FOREMAN, PERRY WATKINS, KRUTZ & TARDY
1515 Poydras Street, Suite 1420
New Orleans, LA 70112
1-504-799-4383
Counsel for Uni-Royal, Inc. and Owens Illinois, Inc.

644156_1