875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 10 2002

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(FILED IN LAM 3 02-368)

ORIGINATING FROM
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA CATANIA, ET AL.<br>Plaintiffs | CIVIL ACTION |
| | NO. 02-0368 |
| VERSUS | |
| | SEC. "D" |
| ACandS, INC., ET AL.<br>Defendants | |
| | MAG. DIV. (1) |

### STATEMENT IN COMPLIANCE WITH MULTIDISTRICT LITIGATION RULE 5.3 CORPORATE DISCLOSURE

NOW INTO COURT, through undersigned counsel, comes Reilly-Benton Company, Inc., a non-governmental corporate party to this action and represents as follows:

Reilly-Benton Company, Inc. has no parent corporations nor do any publicly held companies own 10% or more of its stock.

1

IMAGED JUL 12 '02   OFFICIAL FILE COPY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 0 2002

FILED
CLERK'S OFFICE

Respectfully submitted,

BERNARD, CASSISA, ELLIOTT & DAVIS
A Professional Law Corporation

BY: _____
STEPHEN N. ELLIOTT (#5326)
EUGENE M. McEACHIN, JR. (#9592)
WILLIAM L. BROCKMAN (#3485)
ROBERT A. KNIGHT (#19948)
ANN M. SICO (#20372)
ROBERT H. WOOD, JR. (#13590)
1615 Metairie Road
P. O. Box 55490
Metairie, LA  70055-5490
(504) 834-2612
Attorneys for Defendant,
REILLY-BENTON COMPANY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I have on _____, 2002 served a copy of the foregoing pleading on all known counsel for all parties to this proceeding on the attached counsel list, by mailing same by United States mail, properly addressed and first class postage prepaid.

_____

2

Barbara and Michael Catania
Gerolyn P. Roussel, Esq.
Roussel & Roussel
1710 Cannes Drive
LaPlace, LA 70068

A C and S, Inc.
Kay B. Baxter
Barfield & Associates
400 Poydras Street, Suite 1460
New Orleans, LA 70130

Babcock Borsig Power, Inc.
(fka DB Riley, Inc., fka Riley Stoker Corporation)
James d'Entremont
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

Combustion Engineering, Inc.
Larry G. Canada, Esq.
Galloway, Johnson, Tompkins,
   Burr & Smith
One Shell Square Suite 4040
701 Poydras Street
New Orleans, LA 70139

The Dow Chemical Company
David M. Bienvenu, Jr.
Gregory E. Bodin
Taylor, Porter, Brooks & Phillips, LLP
451 Florida Street, 8th Floor
Post Office Drawer 2471
Baton Rouge, LA 70821

General Electric Company
Cory R. Cahn
Slater Law Firm
Poydras Center, Suite 2600
650 Poydras Street
New Orleans, LA 70130-6101

The McCarty Corporation
Susan B. Kohn
Michael D. Harold
Simon, Peragine, Smith & Redfearn, LLP
Energy Centre 30th Floor
1100 Poydras Street
New Orleans, LA 70163-3000

Owens Illinois, Inc. and Uniroyal, Inc.
W. Scott Brown
Forman, Perry, Watkins, Krutz & Tardy, PLLc
One Jackson Place, Suite 1200
188 East Capitol Street
Post Office Box 22608
Jackson, MS 39225-2608

Anco Insulations, Inc.
Julie DiFulco Robles
Hailey, McNamara, Hall, Larmann & Papale, LLP
Suite 1400
One Galleria Blvd.
Metairie, LA 70001

Eagle, Inc.
Lawrence G. Pugh, Esq.
Montgomery, Barnett, Brown, Read,
Hammond & Mintz, LLP
3200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3200

Exxon Mobil Corporation (fka Exxon Corporation)
Gregory M. Anding
Kean, Miller, Hawthorne, D'Armond,
McCowan & Jarmon
Post Office Box 3513
Baton Rouge, LA 70821-3513

The Flintkote Company
Valerie T. Schexnayder
Hailey, McNamara, Hall, Larmann & Papale, LLP
Suite 1400
One Galleria Blvd.
Metairie, LA 70001

Foster Wheeler Corporation
Lynn M, Luker
Lynn Luker & Associates, LLC
Suite 200
616 Girod Street
New Orleans, LA 70130

Garlock, Inc.
Glenn L. M. Swetman
Troy N. Bell
Aultman, Tyner, Ruffin & Yarborough
The Texaco Center, Suite 1900
400 Poydras Street
New Orleans, LA 70130

Rhone-Poulenc AG Company
(fka Benjamin-Foster, Division of Amchem Products)
A. Wendel Stout, III
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

Taylor-Seidenbach, Inc.
C. Kelly Lightfoot
Claude A. Greco
Hailey, McNamara, Hall, Larmann & Papale
One Galleria Blvd., Suite 1400
Metairie, LA 70001

Viacom, Inc. (fka CBS Corporation, fka Westinghouse)
William L. Schuette
Leon Gary, Jr.
Jones, Walker, Waechter, Poitevent, Carrere &
Denegre, LLP
Four United Plaza, Fifth Floor
8555 United Plaza Boulevard
Baton Rouge, LA 70809

Kaiser Aluminum
David E. Redmann, Jr.
Lemle & Kelleher, LLP
Pan American Life Center, Suite 2100
601 Poydras Street
New Orleans, LA 70130