
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 0 2002

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(FILED IN LAM 3 02-368)

ORIGINATING FROM
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA CATANIA, ET AL.<br>Plaintiffs | CIVIL ACTION |
| VERSUS | NO. 02-0368 |
| | SEC. "D" |
| ACandS, INC., ET AL.<br>Defendants | MAG. DIV. (1) |

### NOTICE OF APPEARANCE PURSUANT TO MDL RULE 5.2(c)

NOW INTO COURT, through undersigned counsel, and in accordance with multidistrict litigation Rule 5.2(c) represents that undersigned counsel for Reilly-Benton Company, Inc. is designated to receive service of all pleadings, notices, Orders, and other papers relating to practice before the Judicial Panel on multidistrict litigation.

1

IMAGED JUL 12 '02    OFFICIAL FILE COPY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 0 2002

FILED
CLERK'S OFFICE

Respectfully submitted,

BERNARD, CASSISA, ELLIOTT & DAVIS
A Professional Law Corporation

BY: _____
STEPHEN N. ELLIOTT (#5326)
EUGENE M. McEACHIN, JR. (#9592)
WILLIAM L. BROCKMAN (#3485)
ROBERT A. KNIGHT (#19948)
ANN M. SICO (#20372)
ROBERT H. WOOD, JR. (#13590)
1615 Metairie Road
P. O. Box 55490
Metairie, LA 70055-5490
(504) 834-2612
Attorneys for Defendant,
REILLY-BENTON COMPANY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I have on _____, 2002 served a copy of the foregoing pleading on all known counsel for all parties to this proceeding on the attached counsel list, by mailing same by United States mail, properly addressed and first class postage prepaid.

_____

| | |
|---|---|
| Barbara and Michael Catania<br>Gerolyn P. Roussel, Esq.<br>Roussel & Roussel<br>1710 Cannes Drive<br>LaPlace, LA 70068 | A C and S, Inc.<br>Kay B. Baxter<br>Barfield & Associates<br>400 Poydras Street, Suite 1460<br>New Orleans, LA 70130 |
| Babcock Borsig Power, Inc.<br>(fka DB Riley, Inc., fka Riley Stoker Corporation)<br>James d'Entremont<br>Deutsch, Kerrigan & Stiles<br>755 Magazine Street<br>New Orleans, LA 70130 | Combustion Engineering, Inc.<br>Larry G. Canada, Esq.<br>Galloway, Johnson, Tompkins,<br>  Burr & Smith<br>One Shell Square Suite 4040<br>701 Poydras Street<br>New Orleans, LA 70139 |
| The Dow Chemical Company<br>David M. Bienvenu, Jr.<br>Gregory E. Bodin<br>Taylor, Porter, Brooks & Phillips, LLP<br>451 Florida Street, 8th Floor<br>Post Office Drawer 2471<br>Baton Rouge, LA 70821 | General Electric Company<br>Cory R. Cahn<br>Slater Law Firm<br>Poydras Center, Suite 2600<br>650 Poydras Street<br>New Orleans, LA 70130-6101 |
| The McCarty Corporation<br>Susan B. Kohn<br>Michael D. Harold<br>Simon, Peragine, Smith & Redfearn, LLP<br>Energy Centre 30th Floor<br>1100 Poydras Street<br>New Orleans, LA 70163-3000 | Owens Illinois, Inc. and Uniroyal, Inc.<br>W. Scott Brown<br>Forman, Perry, Watkins, Krutz & Tardy, PLLc<br>One Jackson Place, Suite 1200<br>188 East Capitol Street<br>Post Office Box 22608<br>Jackson, MS 39225-2608 |
| Anco Insulations, Inc.<br>Julie DiFulco Robles<br>Hailey, McNamara, Hall, Larmann & Papale, LLP<br>Suite 1400<br>One Galleria Blvd.<br>Metairie, LA 70001 | Eagle, Inc.<br>Lawrence G. Pugh, Esq.<br>Montgomery, Barnett, Brown, Read,<br>Hammond & Mintz, LLP<br>3200 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163-3200 |

Exxon Mobil Corporation (fka Exxon Corporation)
Gregory M. Anding
Kean, Miller, Hawthorne, D'Armond,
McCowan & Jarmon
Post Office Box 3513
Baton Rouge, LA 70821-3513

The Flintkote Company
Valerie T. Schexnayder
Hailey, McNamara, Hall, Larmann & Papale, LLP
Suite 1400
One Galleria Blvd.
Metairie, LA 70001

Foster Wheeler Corporation
Lynn M, Luker
Lynn Luker & Associates, LLC
Suite 200
616 Girod Street
New Orleans, LA 70130

Garlock, Inc.
Glenn L. M. Swetman
Troy N. Bell
Aultman, Tyner, Ruffin & Yarborough
The Texaco Center, Suite 1900
400 Poydras Street
New Orleans, LA 70130

Rhone-Poulenc AG Company
(fka Benjamin-Foster, Division of Amchem Products)
A. Wendel Stout, III
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

Taylor-Seidenbach, Inc.
C. Kelly Lightfoot
Claude A. Greco
Hailey, McNamara, Hall, Larmann & Papale
One Galleria Blvd., Suite 1400
Metairie, LA 70001

Viacom, Inc. (fka CBS Corporation, fka Westinghouse)
William L. Schuette
Leon Gary, Jr.
Jones, Walker, Waechter, Poitevent, Carrere &
Denegre, LLP
Four United Plaza, Fifth Floor
8555 United Plaza Boulevard
Baton Rouge, LA 70809

Kaiser Aluminum
David E. Redmann, Jr.
Lemle & Kelleher, LLP
Pan American Life Center, Suite 2100
601 Poydras Street
New Orleans, LA 70130