JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

JUL 10 2002

DOCKET NO. 875

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(FILED IN LAM 3 02-368)

ORIGINATING FROM
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BARBARA CATANIA, ET AL**<br>**Plaintiffs** | **CIVIL ACTION**<br><br>**NO. 2-0368** |
| **VERSUS** | **SEC. "D"** |
| **ACandS, INC., ET AL**<br>**Defendant's** | **MAG. DIV. (1)** |

**STATEMENT IN COMPLIANCE WITH MULTIDISTRICT
LITIGATION RULE 5.3 CORPORATE DISCLOSURE**

NOW INTO COURT, through undersigned counsel comes **Owens-Illinois, Inc.** and **Uniroyal, Inc.** a non-governmental corporate party to this action and represents as follows:

**Owens-Illinois, Inc.** is a publicly held corporation. As shown in SEC filings, the following entities hold 10% or more of **Owens-Illinois, Inc.** stock: KKR Associates, L.P. (24.7%), Alliance Capital Management L.P. (12.6%), Capital Research and Management Company (10.5%). State Street Bank and Trust Company (13%). Shares shown as owned by KKR Associates, L.P. are owned of record by three limited partnerships of which KKR Associates, L.P., is the sole general partner and as to which it possesses sole voting and investment power.

**Owens-Illinois, Inc.** has received a schedule 13G filed by AXA Financial indicating that Alliance Capital Management L.P. is the beneficial owner of 12.6% of the Common Stock on behalf

client discretionary investment advisory accounts, with dispositive and/or voting power with respect to portions or all of such shares. Alliance Capital Management L.P. is majority owned by AXA Financial, Inc.

**Owens-Illinois, Inc.** has received a Schedule 13G filed by Capital Research and Management Company in which it asserts sole dispositive power with respect to the 10.5% of Common Stock identified as owned.

**Owens-Illinois, Inc.** has received a Schedule 13G filed by State Street bank and Trust Company, acting in various fiduciary capacities with respect to 13% of Common Stock identified as owned, in which it asserts dispositive and/or voting power with respect to portions or all of such shares.

**Uniroyal, Inc.** has no parent corporations nor do any publicly held companies own 10% or more of its stock.

Respectfully submitted,

**FORMAN, PERRY, WATKINS, KRUTZ & TARDY**

_/s/ Forrest Ren Wilkes_

FORREST REN WILKES LA. BAR NO. 22897
W. SCOTT BROWN LA. BAR NO. 25596
LAURA SANDERS BROWN LA. BAR NO. 24762
JOSHUA L. RUBENSTEIN LA. BAR NO. 25229
1515 Poydras Street, Suite 1420
New Orleans LA 70112
Telephone: (504) 799-4385
Facsimile: (504) 799-4384

ATTORNEYS FOR **OWENS-ILLINOIS, INC.**
and **UNIROYAL, INC.**

**OF COUNSEL**:
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
A PROFESSIONAL LIMITED LIABILITY COMPANY
Suite 1200, One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 10 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 8th day of July, 2002 the undersigned served a copy of the foregoing pleading on all counsel of record in this proceeding in accordance with the Code of Civil Procedure.

*[signature]*

## COUNSEL LIST

### BARBARA CATANIA, ET AL. v. AcandS, INC., ET AL., M.D.L.A. NO. 02-0368

**Barbara and Michael Catania**
Gerolyn P. Roussel
Jules K. Boudreaux
**ROUSSEL AND ROUSSEL**
1710 Cannes Drive
LaPlace, Louisiana 70068

**ACandS, Inc.**
Kay B. Baxter
**BARFIELD & ASSOCIATES**
400 Poydras Street, Suite 1460
New Orleans, Louisiana 70130

**Babcock Borsig Power, Inc. (formerly DB Riley, Inc., formerly Riley Stoker Corporation)**
James F. De'Entremont
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, Louisiana 70130-3672

**Combustion Engineering, Inc.**
Larry G. Canada
**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**
One Shell Square
701 Poydras St., Suite 404
New Orleans, Louisiana 70139

**The Dow Chemical Company**
David M. Bienvenu, Jr.
Gregory F. Bodin
**TAYLOR, PORTER, BROOKS & PHILLIPS, L.L.P.**
451 Florida Street, 8th Floor
Post Office Drawer 2471
Baton Rouge, Louisiana 70821

**General Electric Company**
Cory R. Cahn
**SLATER LAW FIRM**
Poydras Center, Suite 2600
650 Poydras Street
New Orleans, Louisiana 70130-6101

**The McCarty Corporation (successor to McCarty Branton, Inc. and Predecessor and successor to McCarty Insulation Sales, Inc.)**
Susan B. Kohn
Michael D. Harold
**SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.**
Energy Centre, 30th Floor
1100 Poydras Street
New Orleans, Louisiana 70163-3000

**Reilly-Benton Company, Inc.**
Stephen N. Elliott
William L. Brockman
**BERNARD, CASSISA, ELLIOTT & DAVIS**
1615 Metairie Road
Post Office Box 55490
Metairie, Louisiana 70055-5490

**Eagle, Inc. (formerly Eagle Asbestos & Packing Company, Inc.)**
Lawrence G. Pugh, III
**MONTGOMERY, BARNETT, BROWN, READ, HAMMOND & MINTZ, L.L.P.**
Energy Centre, Suite 3200
1100 Poydras Street
New Orleans, Louisiana   70163-3200

**Exxon Mobil Corporation (formerly Exxon Corporation, formerly, Humble Oil & Refining Company, formerly ESSO Standard Oil. Company, formerly Standard Oil and DSM Copolymer, Inc.)**
Gregory M. Anding
**KEAN, MILLER, HAWTHORNE, D'ARMOND, MCCOWAN & JARMON**
Post Office Box 3513
Baton Rouge, Louisiana 70821-33513

**The Flintkote Company**
Valerie T. Schexnayder
**HAILEY, McNAMARA, HALL, LARMANN & PAPATE, L.L.P.**
One Galleria Boulevard
Suite I-400
Metairie, Louisiana 70001

**Foster-Wheeler Corporation**
Lynn M. Luker
Patrick D. McMurtray
**LYNN, LUKER & ASSOCIATES, L.L.C.**
616 Girod Street, Suite 200
New Orleans, Louisiana 70130

**Garlock, Inc.**
Glenn L. M. Swetman
Troy N. Bell
**AULTMAN, TYNER, RUFFIA & YARBOROUGH**
The Texaco Center, Suite 1900
400 Poydras Street
New Orleans, Louisiana 70130

**Rhone-Poulenc AG Company (formerly Benjamin-Foster, Division of Amchem Products, formerly UCAR Corp., formerly AM-Chem Products, Inc.)**
A. Wendel Stout, III
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, Louisiana 70130-3672

**Taylor-Seidenbach, Inc.**
C. Kelly Lightfoot
Claude A. Greco
**HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**
One Galleria Boulevard
Suite 1400
Metairie, Louisiana 70001

**Viacom, Inc. (formerly CBS Corporation, formerly Westinghouse Electric Corporation)**
William L. Schuette
Leon Gary, Jr.
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, L.L.P.**
Four United Plaza, Fifth Floor
8555 United Plaza Boulevard
Baton Rouge, Louisiana 70809

**Kaiser Aluminum**
David E. Redmann, Jr.
**LEMLE & KELLEHER, L.L.P.**
Pan American Life Center, Suite 2100
601 Poydras Street
New Orleans, Louisiana 70130