

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**DOCKET NO. 875**

JUL 1 0 2002

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

**(FILED IN LAM 3 02-368)**

**ORIGINATING FROM**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BARBARA CATANIA, ET AL** Plaintiffs | **CIVIL ACTION** NO. 2-0368 |
| **VERSUS** | **SEC. "D"** |
| **ACandS, INC., ET AL** Defendant's | **MAG. DIV. (1)** |

<u>**NOTICE OF APPEARANCE PURSUANT TO MDL RULE 5.2(c)**</u>

**NOW INTO COURT**, through undersigned counsel, and in accordance with multidistrict litigation Rule 5.2(c) represents that undersigned counsel for **Owens-Illinois, Inc.** and **Uniroyal, Inc.** is designated to receive service of all pleadings, notices, Orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation.

RECEIVED
CLERK'S OFFICE
2002 JUL 10 A 10: 30
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED JUL 1 2 '02

Respectfully submitted,

FORMAN, PERRY, WATKINS, KRUTZ & TARDY

_____
FORREST REN WILKES LA. BAR NO. 22897
W. SCOTT BROWN LA. BAR NO. 25596
LAURA SANDERS BROWN LA. BAR NO. 24762
JOSHUA L. RUBENSTEIN LA. BAR NO. 25229
1515 Poydras Street, Suite 1420
New Orleans LA 70112
Telephone: (504) 799-4385
Facsimile: (504) 799-4384

ATTORNEYS FOR **OWENS-ILLINOIS, INC.**
**and UNIROYAL, INC.**

**OF COUNSEL**:
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
A PROFESSIONAL LIMITED LIABILITY COMPANY
Suite 1200, One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 8th day of July, 2002 the undersigned served a copy of the foregoing pleading on all counsel of record in this proceeding in accordance with the Code of Civil Procedure.

_____

COUNSEL LIST

BARBARA CATANIA, ET AL. v. AcandS, INC., ET AL., M.D.L.A. NO. 02-0368

**Barbara and Michael Catania**
Gerolyn P. Roussel
Jules K. Boudreaux
**ROUSSEL AND ROUSSEL**
1710 Cannes Drive
LaPlace, Louisiana 70068

**ACandS, Inc.**
Kay B. Baxter
**BARFIELD & ASSOCIATES**
400 Poydras Street, Suite 1460
New Orleans, Louisiana 70130

**Babcock Borsig Power, Inc. (formerly DB Riley, Inc., formerly Riley Stoker Corporation)**
James F. De'Entremont
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, Louisiana 70130-3672

**Combustion Engineering, Inc.**
Larry G. Canada
**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**
One Shell Square
701 Poydras St., Suite 404
New Orleans, Louisiana 70139

**The Dow Chemical Company**
David M. Bienvenu, Jr.
Gregory F. Bodin
**TAYLOR, PORTER, BROOKS & PHILLIPS, L.L.P.**
451 Florida Street, 8th Floor
Post Office Drawer 2471
Baton Rouge, Louisiana 70821

**General Electric Company**
Cory R. Cahn
**SLATER LAW FIRM**
Poydras Center, Suite 2600
650 Poydras Street
New Orleans, Louisiana 70130-6101

**The McCarty Corporation (successor to McCarty Branton, Inc. and Predecessor and successor to McCarty Insulation Sales, Inc.)**
Susan B. Kohn
Michael D. Harold
**SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.**
Energy Centre, 30th Floor
1100 Poydras Street
New Orleans, Louisiana 70163-3000

**Reilly-Benton Company, Inc.**
Stephen N. Elliott
William L. Brockman
**BERNARD, CASSISA, ELLIOTT & DAVIS**
1615 Metairie Road
Post Office Box 55490
Metairie, Louisiana 70055-5490

**Eagle, Inc. (formerly Eagle Asbestos & Packing Company, Inc.)**
Lawrence G. Pugh, III
**MONTGOMERY, BARNETT, BROWN, READ, HAMMOND & MINTZ, L.L.P.**
Energy Centre, Suite 3200
1100 Poydras Street
New Orleans, Louisiana   70163-3200

**Exxon Mobil Corporation (formerly Exxon Corporation, formerly, Humble Oil & Refining Company, formerly ESSO Standard Oil. Company, formerly Standard Oil and DSM Copolymer, Inc.)**
Gregory M. Anding
**KEAN, MILLER, HAWTHORNE, D'ARMOND, MCCOWAN & JARMON**
Post Office Box 3513
Baton Rouge, Louisiana 70821-33513

**The Flintkote Company**
Valerie T. Schexnayder
**HAILEY, McNAMARA, HALL, LARMANN & PAPATE, L.L.P.**
One Galleria Boulevard
Suite I-400
Metairie, Louisiana 70001

**Foster-Wheeler Corporation**
Lynn M. Luker
Patrick D. McMurtray
**LYNN, LUKER & ASSOCIATES, L.L.C.**
616 Girod Street, Suite 200
New Orleans, Louisiana 70130

**Garlock, Inc.**
Glenn L. M. Swetman
Troy N. Bell
**AULTMAN, TYNER, RUFFIA & YARBOROUGH**
The Texaco Center, Suite 1900
400 Poydras Street
New Orleans, Louisiana 70130

**Rhone-Poulenc AG Company (formerly Benjamin-Foster, Division of Amchem Products, formerly UCAR Corp., formerly AM-Chem Products, Inc.)**
A. Wendel Stout, III
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, Louisiana 70130-3672

**Taylor-Seidenbach, Inc.**
C. Kelly Lightfoot
Claude A. Greco
**HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**
One Galleria Boulevard
Suite 1400
Metairie, Louisiana 70001

**Viacom, Inc. (formerly CBS Corporation, formerly Westinghouse Electric Corporation)**
William L. Schuette
Leon Gary, Jr.
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, L.L.P.**
Four United Plaza, Fifth Floor
8555 United Plaza Boulevard
Baton Rouge, Louisiana 70809

**Kaiser Aluminum**
David E. Redmann, Jr.
**LEMLE & KELLEHER, L.L.P.**
Pan American Life Center, Suite 2100
601 Poydras Street
New Orleans, Louisiana 70130