

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 0 2002

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

**MDL DOCKET NO. 875**

**(FILED IN LAM 3 02-368)**

**ORIGINATING FROM**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BARBARA CATANIA, ET AL.** <br> **Plaintiffs** | **CIVIL ACTION** |
| | **NUMBER 02-0368** |
| **VERSUS** | **SECTOIN D** |
| **AC and S, INC.,** <br> **Defendants** | **MAGISTRATE 1** |

### NOTICE OF JOINDER PURSUANT TO MDL RULE 7.2 (c) AND (G)

**NOW INTO COURT**, through undersigned counsel, comes Garlock Inc., and respectfully avers that presently pending before this Honorable Court is a Conditional Transfer Order, along with the Report and Recommendation of the Honorable Stephen Riedlinger, United States Magistrate for the Middle District of Louisiana pertaining to a Motion to Remand. Plaintiff herein, Barbara Catania, has opposed the Conditional Transfer Order and moved to remand. Further, plaintiff, Barbara Catania, has partially opposed the Magistrate's

OFFICIAL FILE COPY

IMAGED JUL 12 '02

Report and Recommendations. In addition thereto, various defendants and third party defendants have filed Oppositions to the Motion to Remand, as well as the Magistrate's Report and Recommendations.

Pursuant to MDL Rule 7.2 (c) and (g), Garlock Inc. notifies this Honorable Court that it takes the following positions with regard to the pending Motions:

1. This matter was properly removed to Federal Court.

2. This matter should not be remanded in whole or in part.

3. This matter should be transferred to the Judicial Panel on Multidistrict Litigation.

Garlock Inc., hereby adopts and joins in the positions as set forth by Dow Chemical Company, DSM Copolymer, Inc., Exxon Mobil Corporation, as well as Viacom, Inc., and opposes those Motions and disputes the positions as set forth by plaintiffs Barbara and Michael Catania for the reasons as set forth by Dow Chemical, DSM Copolymer, Exxon Mobil Corporation and Viacom.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 0 2002

FILED
CLERK'S OFFICE

Respectfully submitted,

AULTMAN, TYNER, RUFFIN & YARBOROUGH, LTD.

*[signature: Troy N. Bell]*

| | |
|---|---|
| THOMAS W. TYNER | GLENN L. M. SWETMAN (LSBA No. 21904) |
| MS Bar Association No. 8170 | TROY N. BELL (LSBA No. 20099) |
| 315 Hemphill Street | ROBERT P. VINING (LSBA No. 25287) |
| P. O. Drawer 750 | FRANCESCA A. BRIDGES (LSBA No. 26584) |
| Hattiesburg, MS 39403-0750 | 400 Poydras Street, Suite 1900 |
| (601) 583-2671 | New Orleans, LA 70130 |
| | (504) 528-9616 |

ATTORNEYS FOR GARLOCK INC

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was served upon all counsel of record by depositing same in the United States mail, postage prepaid and properly addressed, this _____8th_____ day of ___July___ 2002.

*[signature]*

TROY N. BELL

Gerolyn P. Roussel
*Roussel & Roussel*
1710 Cannes Drive
LaPlace, LA 70068

J. Michael Johnson
Larry G. Canada
*Galloway, Johnson, Tompkins & Burr*
One Shell Square, Suite 4040
New Orleans, LA 70139

Richard Forman, Esq.
John D. Cosmich, Esq.
Walter G. Watkins, Esq.
Forrest Ren Wilkes, Esq.
Patrick Kirby, Esq.
*FORMAN, PERRY, WATKINS & KRUTZ*
P.O. Box 22608
Jackson, MS 39225

Gary A. Bezet
Gayla M. Moncla
Barrye Panepinto Miyagi
Robert E. Dille
Gregory M. Anding
Scott D. Johnson
Deborah J. Juneau
*KEAN, MILLER, HAWTHORNE, D'ARMOND*
Post Office Box 3513, One American Place, 22nd Floor
Baton Rouge, LA 70821

Michael Mentz
James Hailey
Kelly Lightfoot
*HAILEY, MCNAMARA, HALL, LARMANN & PAPALE*
One Galleria Blvd., Suite 1400
P.O. Box 8288
Metairie, LA 70001

Patrick D. McMurtray
*Luker, Sibal & McMurtray*
616 Girod, Suite 200
New Orleans, LA 70130

Lawrence G. Pugh
Alison Borison
Scott Hymel
H. Philip Redecker, Jr.
Elizabeth Haecker Ryan
*MONTGOMERY, BARNETT*
3200 Energy Centre
1100 Poydras St.
New Orleans, LA 70163

Susan B. Kohn, Esq.
*SIMON, PERAGINE, SMITH AND REDFEARN*
30th Floor-Energy Centre
1100 Poydras Street
New Orleans, LA 70163

Antonio E. Papale, Jr., Esq.
Julie Difulco Robles, Esq.
Barbara E. Bourdonnay, Esq.
*HAILEY, MCNAMARA, HALL, LARMANN & PAPALE*
One Galleria Blvd., Suite 1400
Metairie, LA 70011-8288

Stephen N. Elliott, Esq.
Paul V. Cassisa, Jr., Esq.
*BERNARD, CASSISA, ELLIOTT & DAVIS*
1615 Metairie Road
P.O. Box 55490
Metairie, LA 70055-5490

C. Kelly Lightfoot, Esq.
*HAILEY, MCNAMARA, HALL,*
*LARMANN & PAPALE*
One Galleria Blvd., Suite 1400
Metairie, LA 70001

David A. Barfield, Esq.
*BARFIELD & ASSOCIATES*
1000 Plaza Building
P.O. Drawer 22989
Jackson, MS 39225-2989

Kay B. Baxter, Esquire
*BARFIELD & ASSOCIATES*
400 Poydras Street, Suite 1460
New Orleans, LA 70130

Kay Courington
*DUNCAN & COURINGTON*
322 Lafayette St.
New Orleans, LA 70130

Theodore White
Lisa C. Winter
James F. d'Entremont
*Deutsch, Kerrigan & Stiles*
755 Magazine Street
New Orleans, LA 70130

Dwight C. Paulsen, III
Lawrence J. Hand, Jr.
Michael S. Sepcich
David E. Redmann, Jr.
Darryl Foster
*LEMLE & KELLEHER, L.L.P.*
2100 Pan American Life Center
601 Poydras St.
New Orleans, LA 70130

Donald J. Miester, Jr.
*SLATER LAW FIRM*
Poydras Center, Ste. 2600
650 Poydras Street
New Orleans, LA 70130-6101

Robert E. Kerrigan, Jr., Esq.
A. Wendel Stout, III, Esq.
Janet L. MacDonell, Esq.
*DEUTSCH, KERRIGAN & STILES*
755 Magazine Street
New Orleans, LA 70130

Leon Gary, Jr.
William L. Schuette
Avery L. Griffin
Olivia S. Tomlinson
*JONES, WALKER, WAECHTER, POITEVENT*
8555 United Plaza Blvd
Four United Plaza, Fifth Floor
Baton Rouge, LA 70809-7000

J. Douglas Welborn
19th JDC, Clerk of Court
P. O. Box 1991
Baton Rouge, LA 70821

USDC  
Middle District of Louisiana  
777 Florida Street  
Suite 139  
Baton Rouge, Louisiana 70801-1712