

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 0 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

MDL DOCKET NO. 875

(FILED IN LAM 3 02-368)

ORIGINATING FROM
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA CATANIA, ET AL.<br>Plaintiffs | CIVIL ACTION<br><br>NUMBER 02-0368 |
| VERSUS | SECTOIN D |
| AC and S, INC.,<br>Defendants | MAGISTRATE 1 |

### NOTICE OF APPEARNACE PURSUANT TO MDL RULE 5.2 (c)

**NOW INTO COURT,** through undersigned counsel, and in accordance with multidistrict litigation Rule 5.2 (c) represents that undersigned counsel for Garlock Inc. is designated to receive service of all pleadings, notices, orders, and other papers relating to

**OFFICIAL FILE COPY**

IMAGED JUL 1 2 '02

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 0 2002

FILED
CLERK'S OFFICE

practice before the Judicial Panel on multidistrict litigation.

                          Respectfully submitted,

                          AULTMAN, TYNER, RUFFIN & YARBOROUGH, LTD.

                          */s/ Troy N. Bell*

| | |
|---|---|
| THOMAS W. TYNER | GLENN L. M. SWETMAN (LSBA No. 21904) |
| MS Bar Association No. 8170 | TROY N. BELL (LSBA No. 20099) |
| 315 Hemphill Street | ROBERT P. VINING (LSBA No. 25287) |
| P. O. Drawer 750 | FRANCESCA A. BRIDGES (LSBA No. 26584) |
| Hattiesburg, MS 39403-0750 | 400 Poydras Street, Suite 1900 |
| (601) 583-2671 | New Orleans, LA 70130 |
| | (504) 528-9616 |

                          ATTORNEYS FOR GARLOCK INC

### CERTIFICATE OF SERVICE

     I hereby certify that the foregoing was served upon all counsel of record by depositing same in the United States mail, postage prepaid and properly addressed, this _____ 8th _____ day of _____ July _____ 2002.

                          */s/ Troy N. Bell*
                          TROY N. BELL

Gerolyn P. Roussel
*Roussel & Roussel*
1710 Cannes Drive
LaPlace, LA 70068

Richard Forman, Esq.
John D. Cosmich, Esq.
Walter G. Watkins, Esq.
Forrest Ren Wilkes, Esq.
Patrick Kirby, Esq.
*FORMAN, PERRY, WATKINS & KRUTZ*
P.O. Box 22608
Jackson, MS 39225

Patrick D. McMurtray
*Luker, Sibal & McMurtray*
616 Girod, Suite 200
New Orleans, LA 70130

Lawrence G. Pugh
Alison Borison
Scott Hymel
H. Philip Redecker, Jr.
Elizabeth Haecker Ryan
*MONTGOMERY, BARNETT*
3200 Energy Centre
1100 Poydras St.
New Orleans, LA 70163

Antonio E. Papale, Jr., Esq.
Julie Difulco Robles, Esq.
Barbara E. Bourdonnay, Esq.
*HAILEY, MCNAMARA, HALL, LARMANNN & PAPALE*
One Galleria Blvd., Suite 1400
Metairie, LA 70011-8288

J. Michael Johnson
Larry G. Canada
*Galloway, Johnson, Tompkins & Burr*
One Shell Square, Suite 4040
New Orleans, LA 70139

Gary A. Bezet
Gayla M. Moncla
Barrye Panepinto Miyagi
Robert E. Dille
Gregory M. Anding
Scott D. Johnson
Deborah J. Juneau
*KEAN, MILLER, HAWTHORNE, D'ARMOND*
Post Office Box 3513, One American Place, 22nd Floor
Baton Rouge, LA 70821

Michael Mentz
James Hailey
Kelly Lightfoot
*HAILEY, MCNAMARA, HALL, LARMANN & PAPALE*
One Galleria Blvd., Suite 1400
P.O. Box 8288
Metairie, LA 70001

Susan B. Kohn, Esq.
*SIMON, PERAGINE, SMITH AND REDFEARN*
30th Floor-Energy Centre
1100 Poydras Street
New Orleans, LA 70163

Stephen N. Elliott, Esq.
Paul V. Cassisa, Jr., Esq.
*BERNARD, CASSISA, ELLIOTT & DAVIS*
1615 Metairie Road
P.O. Box 55490
Metairie, LA 70055-5490

C. Kelly Lightfoot, Esq.
*HAILEY, MCNAMARA, HALL, LARMANN & PAPALE*
One Galleria Blvd., Suite 1400
Metairie, LA 70001

David A. Barfield, Esq.
*BARFIELD & ASSOCIATES*
1000 Plaza Building
P.O. Drawer 22989
Jackson, MS 39225-2989

Kay B. Baxter, Esquire
*BARFIELD & ASSOCIATES*
400 Poydras Street, Suite 1460
New Orleans, LA 70130

Kay Courington
*DUNCAN & COURINGTON*
322 Lafayette St.
New Orleans, LA 70130

Theodore White
Lisa C. Winter
James F. d'Entremont
*Deutsch, Kerrigan & Stiles*
755 Magazine Street
New Orleans, LA 70130

Dwight C. Paulsen, III
Lawrence J. Hand, Jr.
Michael S. Sepcich
David E. Redmann, Jr.
Darryl Foster
*LEMLE & KELLEHER, L.L.P.*
2100 Pan American Life Center
601 Poydras St.
New Orleans, LA 70130

Donald J. Miester, Jr.
*SLATER LAW FIRM*
Poydras Center, Ste. 2600
650 Poydras Street
New Orleans, LA 70130-6101

Robert E. Kerrigan, Jr., Esq.
A. Wendel Stout, III, Esq.
Janet L. MacDonell, Esq.
*DEUTSCH, KERRIGAN & STILES*
755 Magazine Street
New Orleans, LA 70130

Leon Gary, Jr.
William L. Schuette
Avery L. Griffin
Olivia S. Tomlinson
*JONES, WALKER, WAECHTER, POITEVENT*
8555 United Plaza Blvd
Four United Plaza, Fifth Floor
Baton Rouge, LA 70809-7000

J. Douglas Welborn
19th JDC, Clerk of Court
P. O. Box 1991
Baton Rouge, LA 70821

USDC
Middle District of Louisiana
777 Florida Street
Suite 139
Baton Rouge, Louisiana  70801-1712