1750-54874-JDR/srs

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 0 2002

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(FILED IN LAM 3 02-368)

ORIGINATING FROM
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA CATANIA, ET AL.<br>Plaintiffs | CIVIL ACTION<br><br>NO. 02-0368 |
| VERSUS | SEC. "D" |
| ACandS, INC., ET AL.<br>Defendants | MAG. DIV. (1) |

## NOTICE OF JOINDER PURSUANT TO MDL RULE 7.2(c) AND (g)

**NOW INTO COURT,** through undersigned counsel, comes **Anco Insulations, Inc.**, and

respectfully avers that presently pending before this Honorable Court is a Conditional Transfer

Order, along with the Report and Recommendations of the Honorable Stephen Riedlinger,

United States Magistrate for the Middle District of Louisiana pertaining to a Motion to Remand.

Plaintiff herein, Barbara Catania, has opposed the Conditional Transfer Order and moved to

remand.   Further, plaintiff, Barbara Catania, has partially opposed the Magistrate's Report and

Recommendations.   In addition thereto, various defendants and third party defendants have filed

Oppositions to the Motion to Remand, as well as the Magistrate's Report and Recommendations.

-1-

IMAGED JUL 1 2 '02          OFFICIAL FILE COPY

1750-54874-JDR/srs

Pursuant to MDL Rule 7.2(c) and (g), **Anco Insulations, Inc.** notifies this Honorable Court that it takes the following positions with regard to the pending Motions:

1.     This matter was properly removed to Federal Court.

2.     This matter should be transferred to the Judicial Panel on Multidistrict Litigation.

3.     This matter should not be remanded in whole or in part.

**Anco Insulations, Inc.** hereby adopts and joins in the positions as set forth by DSM Copolymer, Inc., ExxonMobil Corporation, and Viacom, Inc., as well as the Dow Chemical Company and opposes those Motions and disputes the positions as set forth by plaintiffs, Barbara and Michael Catania for the reasons as set forth by the referenced parties.

Respectfully Submitted,

**HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**

BY: _____

**JULIE DiFULCO ROBLES #14213**
**SERENA CONOSCIANI VAUGHAN #25320**
One Galleria Boulevard - Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Attorneys for Defendant,
   **ANCO INSULATIONS, INC.**

-2-

1750-54874-JDR/srs

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 0 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that I have on _2 July_ , 2002 served a copy of the

foregoing pleading on all known counsel for all parties to this proceeding on the attached counsel

list, by mailing same by United States mail, properly addressed and first class postage prepaid.

RECEIVED
CLERK'S OFFICE
2002 JUL -8  P 3: 18
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

1750-54874-JDR/srs

## COUNSEL LIST

*BARBARA CATANIA, ET AL. v. ACandS, INC., ET AL.*, M.D.L.A. NO. 02-0368

**Barbara and Michael Catania**
Gerolyn P. Roussel
Jules K. Boudreaux
**Roussel and Roussel**
1710 Cannes Drive
LaPlace, Louisiana 70068

**ACandS, Inc.**
Kay B. Baxter
**Barfield & Associates**
400 Poydras Street, Suite 1460
New Orleans, LA 70130

**Babcock Borsig Power, Inc.**
**(formerly DB Riley, Inc.**
**formerly Riley Stoker Corporation)**
James F. D'Entremont
**Deutsch, Kerrigan & Stiles, L.L.P.**
755 Magazine Street
New Orleans, LA 70130-3672

**Combustion Engineering, Inc.**
Larry G. Canada
**Galloway, Johnson, Tompkins,**
 **Burr & Smith**
One Shell Square
701 Poydras St., Suite 4040
New Orleans, LA 70139

**The Dow Chemical Company**
David M. Bienvenu, Jr.
Gregory E. Bodin
**Taylor, Porter, Brooks & Phillips, L.L.P.**
451 Florida Street, 8th Floor
Post Office Drawer 2471
Baton Rouge, LA 70821

**General Electric Company**
Cory R. Cahn
**Slater Law Firm**
Poydras Center, Suite 2600
650 Poydras Street
New Orleans, LA 70130-6101

**The McCarty Corporation (successor**
**to McCarty Branton, Inc. and Predecessor**
**and successor to McCarty Insulation**
**Sales, Inc.)**
Susan B. Kohn
Michael D. Harold
**Simon, Peragine, Smith & Redfearn, L.L.P.**
Energy Centre, 30th Floor
1100 Poydras Street
New Orleans, LA 70163-3000

**Owens-Illinois, Inc.**
**and Uniroyal, Inc.**
W. Scott Brown
**Forman, Perry, Watkins, Krutz & Tardy,**
**PLLC**
Suite 1200, One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, MS 39225-2608

**Reilly-Benton Company, Inc.**
Stephen N. Elliott
William L. Brockman
**Bernard, Cassisa, Elliott & Davis**
1615 Metairie Road
Post Office Box 55490
Metairie, LA 70055-5490

1750-54874-JDR/srs

**Eagle, Inc. (formerly Eagle Asbestos &**
**Packing Company, Inc.)**
Lawrence G. Pugh, III
**Montgomery, Barnett, Brown, Read,**
**Hammond & Mintz, L.L.P.**
Energy Centre, Suite 3200
1100 Poydras Street
New Orleans, LA 70163-3200

**Exxon Mobil Corporation (formerly**
**Exxon Corporation, formerly Humble**
**Oil & Refining Company, formerly ESSO**
**Standard Oil Company, formerly**
**Standard Oil and DSM Copolymer, Inc.)**
Gregory M. Anding
**Kean, Miller, Hawthorne, D' Armond,**
**McCowan & Jarmon**
Post Office Box 3513
Baton Rouge, LA 70821-3513

**The Flintkote Company**
Valerie T. Schexnayder
**Hailey, McNamara, Hall, Larmann &**
**Papale, L.L.P.**
One Galleria Boulevard
Suite 1400
Metairie, Louisiana 70001

**Foster-Wheeler Corporation**
Lynn M. Luker
Patrick D. McMurtray
**Lynn Luker & Associates, LLC**
616 Girod Street, Suite 200
New Orleans, LA 70130

**Garlock, Inc.**
Glenn L.M. Swetman
Troy N. Bell
**Aultman, Tyner, Ruffin & Yarborough**
The Texaco Center, Suite 1900
400 Poydras Street
New Orleans, LA 70130

**Rhone-Poulenc AG Company**
**(formerly Benjamin-Foster, Division of**
**Amchem Products, formerly UCAR**
**Corp., formerly AM-Chem Products, Inc.)**
A. Wendel Stout, III
**Deutsch, Kerrigan & Stiles, L.L.P.**
755 Magazine Street
New Orleans, LA 70130-3672

**Taylor-Seidenbach, Inc.**
C. Kelly Lightfoot
Claude A. Greco
**Hailey, McNamara, Hall, Larmann &**
**Papale, L.L.P.**
One Galleria Boulevard
Suite 1400
Metairie, Louisiana 70001

**Viacom, Inc. (formerly CBS Corporation,**
**formerly Westinghouse Electric**
**Corporation)**
William L. Schuette
Leon Gary, Jr.
**Jones, Walker, Waechter, Poitevent,**
**Carrere & Denegre, L.L.P.**
Four United Plaza, Fifth Floor
8555 United Plaza Boulevard
Baton Rouge, LA 70809

**Kaiser Aluminum**
David E. Redmann, Jr.
**Lemle & Kelleher, L.L.P.**
Pan American Life Center, Suite 2100
601 Poydras Street
New Orleans, LA 70130