1750-54874-JDR/srs



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 10 2002

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(FILED IN LAM 3 02-368)

ORIGINATING FROM
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA CATANIA, ET AL.<br>         Plaintiffs | CIVIL ACTION |
| VERSUS | NO. 02-0368 |
| | SEC. "D" |
| ACandS, INC., ET AL.<br>         Defendants | MAG. DIV. (1) |

### NOTICE OF APPEARANCE PURSUANT TO MDL RULE 5.2(c)

**NOW INTO COURT**, through undersigned counsel, and in accordance with multidistrict litigation Rule 5.2(c) represents that undersigned counsel for **Anco Insulations, Inc.** is designated to receive service of all pleadings, notices, Orders, and other papers relating to practice before the Judicial Panel on multidistrict litigation.

**OFFICIAL FILE COPY**

IMAGED JUL 12 '02

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 0 2002

FILED
CLERK'S OFFICE

Respectfully Submitted,

**HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**

BY: _____
JULIE DiFULCO ROBLES #14213
SERENA CONOSCIANI VAUGHAN #25320
One Galleria Boulevard - Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Attorneys for Defendant,
 ANCO INSULATIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I have on _2 July_, 2002 served a copy of the foregoing pleading on all known counsel for all parties to this proceeding on the attached counsel list, by mailing same by United States mail, properly addressed and first class postage prepaid.

_____

1750-54874-JDR/srs

## COUNSEL LIST

### BARBARA CATANIA, ET AL. v. ACandS, INC., ET AL., M.D.L.A. NO. 02-0368

**Barbara and Michael Catania**
Gerolyn P. Roussel
Jules K. Boudreaux
**Roussel and Roussel**
1710 Cannes Drive
LaPlace, Louisiana 70068

**ACandS, Inc.**
Kay B. Baxter
**Barfield & Associates**
400 Poydras Street, Suite 1460
New Orleans, LA 70130

**Babcock Borsig Power, Inc.**
**(formerly DB Riley, Inc.**
**formerly Riley Stoker Corporation)**
James F. D'Entremont
**Deutsch, Kerrigan & Stiles, L.L.P.**
755 Magazine Street
New Orleans, LA 70130-3672

**Combustion Engineering, Inc.**
Larry G. Canada
**Galloway, Johnson, Tompkins,**
 **Burr & Smith**
One Shell Square
701 Poydras St., Suite 4040
New Orleans, LA 70139

**The Dow Chemical Company**
David M. Bienvenu, Jr.
Gregory E. Bodin
**Taylor, Porter, Brooks & Phillips, L.L.P.**
451 Florida Street, 8th Floor
Post Office Drawer 2471
Baton Rouge, LA 70821

**General Electric Company**
Cory R. Cahn
**Slater Law Firm**
Poydras Center, Suite 2600
650 Poydras Street
New Orleans, LA 70130-6101

**The McCarty Corporation (successor**
**to McCarty Branton, Inc. and Predecessor**
**and successor to McCarty Insulation**
**Sales, Inc.)**
Susan B. Kohn
Michael D. Harold
**Simon, Peragine, Smith & Redfearn, L.L.P.**
Energy Centre, 30th Floor
1100 Poydras Street
New Orleans, LA 70163-3000

**Owens-Illinois, Inc.**
**and Uniroyal, Inc.**
W. Scott Brown
**Forman, Perry, Watkins, Krutz & Tardy,**
**PLLC**
Suite 1200, One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, MS 39225-2608

**Reilly-Benton Company, Inc.**
Stephen N. Elliott
William L. Brockman
**Bernard, Cassisa, Elliott & Davis**
1615 Metairie Road
Post Office Box 55490
Metairie, LA 70055-5490

1750-54874-JDR/srs

Eagle, Inc. (formerly Eagle Asbestos &
Packing Company, Inc.)
Lawrence G. Pugh, III
**Montgomery, Barnett, Brown, Read,
Hammond & Mintz, L.L.P.**
Energy Centre, Suite 3200
1100 Poydras Street
New Orleans, LA  70163-3200

**Exxon Mobil Corporation (formerly
Exxon Corporation, formerly Humble
Oil & Refining Company, formerly ESSO
Standard Oil Company, formerly
Standard Oil and DSM Copolymer, Inc.)**
Gregory M. Anding
**Kean, Miller, Hawthorne, D' Armond,
McCowan & Jarmon**
Post Office Box 3513
Baton Rouge, LA  70821-3513

**The Flintkote Company**
Valerie T. Schexnayder
**Hailey, McNamara, Hall, Larmann &
Papale, L.L.P.**
One Galleria Boulevard
Suite 1400
Metairie, Louisiana  70001

**Foster-Wheeler Corporation**
Lynn M. Luker
Patrick D. McMurtray
**Lynn Luker & Associates, LLC**
616 Girod Street, Suite 200
New Orleans, LA  70130

**Garlock, Inc.**
Glenn L.M. Swetman
Troy N. Bell
**Aultman, Tyner, Ruffin & Yarborough**
The Texaco Center, Suite 1900
400 Poydras Street
New Orleans, LA  70130

**Rhone-Poulenc AG Company
(formerly Benjamin-Foster, Division of
Amchem Products, formerly UCAR
Corp., formerly AM-Chem Products, Inc.)**
A. Wendel Stout, III
**Deutsch, Kerrigan & Stiles, L.L.P.**
755 Magazine Street
New Orleans, LA  70130-3672

**Taylor-Seidenbach, Inc.**
C. Kelly Lightfoot
Claude A. Greco
**Hailey, McNamara, Hall, Larmann &
Papale, L.L.P.**
One Galleria Boulevard
Suite 1400
Metairie, Louisiana  70001

**Viacom, Inc. (formerly CBS Corporation,
formerly Westinghouse Electric
Corporation)**
William L. Schuette
Leon Gary, Jr.
**Jones, Walker, Waechter, Poitevent,
Carrere & Denegre, L.L.P.**
Four United Plaza, Fifth Floor
8555 United Plaza Boulevard
Baton Rouge, LA  70809

**Kaiser Aluminum**
David E. Redmann, Jr.
**Lemle & Kelleher, L.L.P.**
Pan American Life Center, Suite 2100
601 Poydras Street
New Orleans, LA  70130