JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 11 2002

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(FILED IN LAM 3 02-368)

ORIGINATING FROM

THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA CATANIA, ET AL. | : CIVIL ACTION FILE NO. 02-0368-D-M1 |
| VERSUS | : |
| ACANDS, INC., ET AL | : |

**STATEMENT OF COMPLIANCE WITH MULTIDISTRICT LITIGATION RULE 5.3 CORPORATE DISCLOSURE**

Now into court, through undersigned counsel comes, The Dow Chemical Company ("**Dow**"), defendant herein, which states that Dow is a publicly held corporation incorporated under the laws of Delaware with its principal place of business in Midland, Michigan. The Dow Chemical Company has no parent corporations nor do any publicly held companies own 10% or more of Dow's stock.

TAYLOR, PORTER, BROOKS, & PHILLIPS, L.L.P.

By_____
David M. Bienvenu, Jr, , T.A. 20700
P.O. Box 2471
Baton Rouge, LA 70821
Telephone (225) 387-3221

Attorneys for The Dow Chemical Company

IMAGED JUL 12 '02

**OFFICIAL FILE COPY**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 1 2002

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(FILED IN LAM 3 02-368)

ORIGINATING FROM
THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA CATANIA, ET AL. | : CIVIL ACTION FILE NO. 02-0368-D-M1 |
| VERSUS | : |
| ACANDS, INC., ET AL | : |

PROOF OF SERVICE

Now into court, through undersigned counsel comes, The Dow Chemical Company ("**Dow**"), which certifies that the following documents have been forwarded to the attached counsel list by United States mail on the 9th day of July, 2002:

1. Opposition of The Dow Chemical Company To Plaintiffs' Motion To Vacate Conditional Transfer Order and Notice of Joinder;

2. Corporate Disclosure Statement;

3. Notice of Appearance.

TAYLOR, PORTER, BROOKS, & PHILLIPS, L.L.P.

By _____
David M. Bienvenu, Jr, , T.A. 20700
Gregory E. Bodin, 18802
Todd S. Manuel, 25780
Jennifer M. Sigler 27083
P.O. Box 2471
Baton Rouge, LA 70821
Telephone (225) 387-3221

**Barbara Catania, Et Al.**
Gerolyn P. Roussel
ROUSSEL & ROUSSEL
1710 Cannes Drive
La Place, LA 70068

**ACANDS, INC.**
Kay Barnes Baxter
Barfield & Associates, P.A.
400 Poydras Street, Suite 1460
New Orleans, LA 70130

**ANCO INSULATIONS, INC.**
**(SUCCESSOR TO THE ABER COMPANY, INC.)**
Julie Difulco Robles
Hailey, McNamara, Hall, Larmann
        & Papale, L.L.P.
One Galleria Blvd., Suite 1400
P. O. Box 8288
Metairie, LA 70001-8288

**BABCOCK BORSIG POWER, INC.**
**(FORMERLY DB RILEY, INC.**
**FORMERLY RILEY STOKER CORPORATION**
James F. d'Entremont
Deutsch, Kerringan & Stiles
755 Magazine Street
New Orleans, LA 70130-3672

**COMBUSTION ENGINEERING, INC.**
Larry G. Canada
Galloway, Johnson, Tompkins, Burr & Smith

701 Poydras Street
One Shell Square
Suite 4040
New Orleans, LA 70139

## THE DOW CHEMICAL COMPANY
Gregory E. Bodin/David M. Bienvenu, Jr.
TAYLOR, PORTER, BROOKS & PHILLIPS, L.L.P.
P. O. Box 2471
Baton Rouge, LA 70821

## EAGLE, INC.
## (FORMERLY EAGLE ASBESTOS & PACKING COMPANY, INC.)
Lawrence G. Pugh, III
Montgomery, Barnett, Brown
    Read, Hammond & Mintz
3200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3200

## EXXON MOBIL CORPORATION (FORMERLY EXXON CORPORATION, FORMERLY HUMBLE OIL & REFINING COMPANY, FORMERLY ESSO STANDARD OIL COMPANY, FORMERLY STANDARD OIL AND DSM COPOLYMER, INC.
Gregory M. Anding
Gary A. Bezet
KEAN, MILLER, HAWTHORNE, D'ARMOND, McCOWAN & JARMAN, L.L.P.
One American Place, 22nd Floor
P. O. Box 3513
Baton Rouge, LA 70821-3513

## THE FLINTKOTE COMPANY
Valerie T. Schexnayder
Hailey, McNamara, Hall, Larmann,
    & Papale, L.L.P.
One Galleria Blvd., Suite 1400
P. O. Box 8288
Metairie, LA 70011-8288

## FOSTER-WHEELER CORPORATION
Lynn N. Luker/Patrick D. McMurtray
Lynn Luker & Associates, L.L.C.
616 Girod Street
Suite 200
New Orleans, LA 70130

**GARLOCK, INC.**
Glenn L.M. Swetman/Troy Bell
Aultman, Tyner, Ruffin & Yarborough, Ltd.
400 Poydras Street
Suite 2250
New Orleans, LA 70130

**GENERAL ELECTRIC COMPANY**
Cory R. Cahn
Slater Law Firm
650 Poydras Street
Suite 2600
New Orleans, LA 70130-6101

**THE MCCARTY CORPORAITON**
**(SUCCESSOR TO MCCARTY BRANTON, INC., AND PREDECESSOR AND**
**SUCCESSOR TO MCCARTY INSULATION SALES, INC.)**
Susan B. Kohn/Michael D. Harold
Simon, Peragine, Smith & Redfearn, L.L.P.
30th Floor Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3000

**OWENS-ILLINOIS, INC.**
**and UNIROYAL, INC.**
W. Scott Brown
Forman, Perry, Watkins, Krutz & Tardy, PLLC
Suite 1200, One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, MS 39225-2608

**REILLY-BENTON COMPANY, INC.**
Stephen N. Elliott/William L. Brockman
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
P. O. Box 55490
Metairie, LA 70055-5490

**RHONE-POULENC AG COMPANY**
**(FORMERLY BENJAMIN-FOSTER, DIVISION OF AMCHEM PRODUCTS,**
**FORMERLY UCAR CORP., FORMERLY AM-CHEM PRODUCTS, INC.)**
A. Wendel Stout, III
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130-3672

**TAYLOR-SEIDENBACH, INC.**
C. Kelly Lightfoot
HAILEY, MCNAMARA, HALL,
    LARMANN & PAPALE, LLP
Suite 1400, One Galleria Blvd.
Post Office Box 8288
Metairie, LA 70001-8288

**VIACOM, INC.**
**(FORMERELY CBS CORPORATION, FORMERLY WESTINGHOUSE ELECTRIC CORPORATION)**
William L. Schuette, Jr./Leon Gary, Jr.
Jones, Walker, Waechter, Poitevent,
    Carre're & Dene'gre, L.L.P.
5th Floor, Four United Plaza
8555 United Plaza Blvd.
Baton Rouge, LA 70809-7000

164417