

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 11 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTI DISTRICT LITIGATION IN RE ASBESTOS PRODUCT LIABILITY LITIGATION (NO.VI)

(FILED IN LAM 3 02-368)

ORIGINATING FROM
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT

| | |
|---|---|
| **BARBARA CATANIA, ET AL.** **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 02-0368** |
| **ACandS, INC., ET AL.** **Defendants** | **SECTION "D"** **MAG. DIV. (1)** |

### NOTICE OF JOINDER PURSUANT TO MDL RULE 7.2(c) AND (g)

**NOW INTO COURT**, through undersigned counsel comes Babcock Borsig Power, Inc. (f/k/a DB Riley, Inc., f/k/a Riley Stoker Corporation), who respectfully avers that pending before this Honorable Court is a Conditional Transfer Order, along with the Report and Recommendations of the Honorable Stephen Riedlinger, United States Magistrate for the Middle District of Louisiana pertaining to a Motion to Remand. Plaintiff, Barbara Catania, has opposed the Conditional Transfer Order and has moved to remand. The plaintiff has also partially opposed the Magistrate's Report and Recommendations. In addition, various defendants and third party defendants have filed

**OFFICIAL FILE COPY**

IMAGED JUL 12 '02

Oppositions to the Motion to Remand, and to the Magistrate's Report and Recommendations.

Pursuant to MDL Rule 7.2(c) and (g), Babcock Borsig Power, Inc. notifies this Honorable Court that it takes the following positions with regard to the pending motions:

1. This matter was properly removed to Federal Court.

2. This matter should be transferred to the Judicial Panel on Multi District Litigation.

3. This matter should not be remanded in whole or in part.

Babcock Borsig Power, Inc. hereby adopts and joins in the position set forth by DSM Copolymer, Inc., Exxon Mobil Corporation, Viacom, Inc., and Dow Chemical Company and opposes the Motions and positions filed by plaintiffs, Barbara and Michael Catania for the same reasons set forth by the parties referenced above.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 11 2002

FILED
CLERK'S OFFICE

Respectfully submitted,

*[signature]*

| | |
|---|---|
| THEODORE L. WHITE | Bar No. 20029 |
| MARGARET M. JOFFE | Bar No. 17643 |
| JANICE M. CULOTTA | Bar No. 23460 |
| ANDRÉ C. BROUSSARD, JR. | Bar No. 24319 |
| JAMES F. d'ENTREMONT | Bar No. 25635 |
| JENNIFER S. KILPATRICK | Bar No. 26510 |

of
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
Attorneys for Defendant, Babcock Borsig Power, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been forwarded to all counsel of record either via facsimile or by depositing a copy thereof, postage prepaid, in the United States mail, addressed to them on this 10th day of July, 2002.

*[signature]*

G:\DB Riley\540\pleadings\not.joinder.wpd

## Counsel List

Gerolyn P. Roussel
Jules K. Boudreaux
Roussel & Roussel
1710 Cannes Drive
LaPlace, LA 70068
Telefax: 985-651-6592

Kay B. Baxter
Barfield & Associates
400 Poydras Street, Ste. 1460
New Orleans, LA 70130
Telefax: 504-568-1560

Larry G. Canada, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
4040 One Shell Square
New Orleans, LA 70139
Telefax: 504-525-2456

David M. Bienvenu, Jr., Esq.
Taylor, Porter, Brooks & Phillips, L.L.P.
P. O. Box 2471
Baton Rouge, LA 70821
Telefax: 225-346-8049

Cory R. Cahn, Esq.
Slater, Van Horn & Tomeny
Suite 2600
650 Poydras Street
New Orleans, LA 70130
Telefax: 504-528-1080

Susan B. Kohn, Esq.
Simon, Peragine, Smith & Redfearn
Energy Centre - 30th Floor
1100 Poydras Street
New Orleans, LA 70130
Telefax: 504-569-2999

W. Scott Brown
Forman, Perry, Watkins, Krutz & Tardy, PLLC
1515 Poydras Street
Suite 1420
New Orleans, LA 70112
Telefax: 799-4384

Stephen N. Elliott, Esq.
Bernard, Cassisa, Elliott & Davis
P. O. Box 55490
Metairie, LA 70055-5490
Telefax: 504-838-9438

Lawrence G. Pugh, III, Esq.
Montgomery Barnett
3200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3200
Telefax: 504-585-7688

Gregory M. Anding
Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman
One American Place, 22nd Floor
Baton Rouge, LA 70825
Telefax: 225-388-9133

Valerie T. Schexnayder, Esq.
Hailey, McNamara, Hall, Larmann & Papale
P. O. Box 8288
Metairie, LA 70011-8288
Telefax: 836-6565

Lynn M. Luker, Esq.
Luker, Sibal & McMurtray, LLC
616 Girod Street, Suite 200
New Orleans, LA 70130
Telefax: 504-525-5599

Glenn L. M. Swetman, Esq.
Aultman, Tyner, Ruffin & Yarborough
The Texaco Center, Suite 1900
400 Poydras Street
New Orleans, LA 70130
Telefax: 504-528-9640

C. Kelly Lightfoot, Esq.
Hailey, McNamara, Hall, Larmann & Papale
SP.O. Box 8288
Metairie, Louisiana  70011-82883
Telefax: 836-6565

William L. Schuette, Jr., Esq.
Jones, Walker, Waechter, Poitevent, Carrère & Denègre
8555 United Plaza Boulevard
Baton Rouge, LA 70809
Telefax: 225-240-2010

David E. Redmann, Jr., Esq.
Lemle & Kelleher
2100 Pan American Life Center
601 Poydras Street
New Orleans, LA 70130
Telefax: 504-584-9142

A. Wendel Stout, III, Esq.
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130-3672
Telefax: 504-566-1201

James F. d'Entremont, Esq.
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130-3672
Telefax: 504-566-1201

G:\Melancon\KJW\15322\counsel list.wpd