

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 12 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTI DISTRICT LITIGATION IN RE ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI)

(FILED IN LAM 3 02-368)

### ORIGINATING FROM UNITED STATES DISTRICT COURT MIDDLE DISTRICT

| | |
|---|---|
| BARBARA CATANIA, ET AL.<br>Plaintiffs | CIVIL ACTION<br>NO. 02-0368 |
| VERSUS | SECTION "D" |
| ACandS, INC., ET AL.<br>Defendants | MAG. DIV. (1) |

### STATEMENT OF COMPLIANCE WITH MULTI DISTRICT LITIGATION RULE 5.3 CORPORATE DISCLOSURE

NOW INTO COURT, through undersigned counsel, comes AmChem Products, Inc., a non-governmental corporate party to this action who represents as follows:

AmChem Products, Inc. has no parent corporations and does not have any publicly held company that owns 10% or more of its stock.

OFFICIAL FILE COPY
IMAGED JUL 17 '02

RECEIVED
CLERK'S OFFICE
2002 JUL 11 P 3:51

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 12 2002

FILED
CLERK'S OFFICE

Respectfully submitted,
DEUTSCH, KERRIGAN & STILES, L.L.P.

_____
KEVIN J. WEBB          #17857
A. WENDEL STOUT, III   #12511
JANET MACDONELL        #17315
MARGARET M. JOFFE      #17643
755 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-5141
Attorneys for AmChem Products, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been forwarded to all counsel of record either via facsimile or by depositing a copy thereof, postage prepaid, in the United States mail, addressed to them on this 9th day of July, 2002.

_____

G:\Melascos\KJW\13322\pleadings\Statement.Compliance.wpd

RECEIVED
CLERK'S OFFICE
2002 JUL 11 P 3:57
MULTIDISTRICT
LITIGATION

## Counsel List

Gerolyn P. Roussel
Jules K. Boudreaux
Roussel & Roussel
1710 Cannes Drive
LaPlace, LA 70068
Telefax: 985-651-6592

Kay B. Baxter
Barfield & Associates
400 Poydras Street, Ste. 1460
New Orleans, LA 70130
Telefax: 504-568-1560

Larry G. Canada, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
4040 One Shell Square
New Orleans, LA 70139
Telefax: 504-525-2456

David M. Bienvenu, Jr., Esq.
Taylor, Porter, Brooks & Phillips, L.L.P.
P. O. Box 2471
Baton Rouge, LA 70821
Telefax: 225-346-8049

Cory R. Cahn, Esq.
Slater, Van Horn & Tomeny
Suite 2600
650 Poydras Street
New Orleans, LA 70130
Telefax: 504-528-1080

Susan B. Kohn, Esq.
Simon, Peragine, Smith & Redfearn
Energy Centre - 30th Floor
1100 Poydras Street
New Orleans, LA 70130
Telefax: 504-569-2999

W. Scott Brown
Forman, Perry, Watkins, Krutz
  & Tardy, PLLC
1515 Poydras Street
Suite 1420
New Orleans, LA 70112
Telefax: 799-4384

Stephen N. Elliott, Esq.
Bernard, Cassisa, Elliott & Davis
P. O. Box 55490
Metairie, LA 70055-5490
Telefax: 504-838-9438

Lawrence G. Pugh, III, Esq.
Montgomery Barnett
3200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3200
Telefax: 504-585-7688

Gregory M. Anding
Kean, Miller, Hawthorne, D'Armond,
  McCowan & Jarman
One American Place, 22nd Floor
Baton Rouge, LA 70825
Telefax: 225-388-9133

Valerie T. Schexnayder, Esq.
Hailey, McNamara, Hall, Larmann & Papale
P. O. Box 8288
Metairie, LA 70011-8288
Telefax: 836-6565

Lynn M. Luker, Esq.
Luker, Sibal & McMurtray, LLC
616 Girod Street, Suite 200
New Orleans, LA 70130
Telefax: 504-525-5599

2002 JUL 10 P 3:03 RECEIVED CLERK'S OFFICE

Glenn L. M. Swetman, Esq.
Aultman, Tyner, Ruffin & Yarborough
The Texaco Center, Suite 1900
400 Poydras Street
New Orleans, LA 70130
Telefax: 504-528-9640

C. Kelly Lightfoot, Esq.
Hailey, McNamara, Hall, Larmann & Papale
SP.O. Box 8288
Metairie, Louisiana 70011-82883
Telefax: 836-6565

William L. Schuette, Jr., Esq.
Jones, Walker, Waechter, Poitevent, Carrère & Denègre
8555 United Plaza Boulevard
Baton Rouge, LA 70809
Telefax: 225-240-2010

David E. Redmann, Jr., Esq.
Lemle & Kelleher
2100 Pan American Life Center
601 Poydras Street
New Orleans, LA 70130
Telefax: 504-584-9142

A. Wendel Stout, III, Esq.
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130-3672
Telefax: 504-566-1201

James F. d'Entremont, Esq.
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130-3672
Telefax: 504-566-1201

G:\Melancon\KJW\15322\counsel list.wpd