MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 15 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL DOCKET No. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

PROCOPIO A. MARTINEZ and
ERMA G. MARTINEZ,

       Plaintiffs,

v.

A. P. GREEN INDUSTRIES, INC.,
et al.,

       Defendants.

Case No. CV 1:02-398 (D.N.M)

PLEADING NO. 3632

## JOINDER IN DEFENDANT CERTAINTEED CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Defendants GEORGIA-PACIFIC CORPORATION and OWENS-ILLINOIS, INC. hereby join in Defendant CertainTeed Corporation's Opposition to Plaintiff's Motion to Vacate Conditional Trial Order.

Dated this 11th day of July, 2002.

Respectfully submitted,

MORGENSTEIN & JUBELIRER LLP

By _____
Lori R. Wallerstein
One Market Plaza, 32nd Floor
San Francisco, CA 94105
(415) 901-8700

and

FAIRFIELD, FARROW, FLOWERS
PIERSON & STROTZ, P. C.
Bruce H. Strotz
P. O. Box 35400
Albuquerque, NM  87176-5400

ATTORNEYS FOR DEFENDANT OWEN-ILLINOIS, INC.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 15 2002

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I HEREBY CERTIFY that on this 11th day of July, 2002, I caused an original, eleven (11) copies, and one computer readable disk copy of the foregoing **JOINDER IN DEFENDANT CERTAINTEED CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER** to be served via Federal Express on the Clerk of the :

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N>E.
Room G-225, North Lobby
Washington, D.C. 20002-8004

I further certify that, on this 11th day of July, 2002, I caused copies of the foregoing Joinder to be served by first-class mail, postage prepaid, on the counsel on the attached service list.

I finally certify that, on this 11th day of July, 2002, I caused a copy of the foregoing Joinder to be served by first-class mail, postage prepaid, on the clerk of the transferee court:

Michael E. Kunz
Clerk of the Court
United States District Court for the
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2002 JUL 12 A 10: 43

CLERK'S OFFICE
RECEIVED

PANEL SERVICE LIST (Excerpted from CTO-213)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Procopio A. Martinez, at al. v. A.P. Green Industries, Inc., et al.,*
D. New Mexico, C.A. No. 102-398

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland. OH 44114

John M. Brant
Rodey, Dickason, Sloan, Akin & Robb
P.O. Box 1888
Albuquerque, NM 87103

Whitney C. Buchanan
Whitney Buchanan, P.C.
3200 Monte Vista Blvd., N.E.
Albuquerque, NM 87106

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Bums, While & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Tim L Fields
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Raymond P Forceno
Forceno & Hannon
Philadelphia Bourse Building, Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Monica C. Guardiola
Baker & Hostetler
303 East 17th Avenue, #1100
Denver, CO 80203

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Peter J. McKenna
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

Ronald L. Motley
Noss, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Gregory V. Pelton
Pelton & Associates
4300 Carlisle, N.E, #4
Albuquerque, NM 87107

4

John J. Rebcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West, Suite 410
Houston, TX 77018

Thomas A. Sandenaw
Sandenaw & Piazza, PC
2951 A Roadrunner Parkway
Las Cruces, NM 88011

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus. OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasoun, McGuire & Spinelli, L.L.P.
Centre Square West, 15th Floor
Philadelphia, PA 19102

Bruce H. Strotz
Fairfield, Garrow & Strotz
P.O. Box 35400
Albuquerque, NM 87176

Robert E. Swickle
Jaques Admiralty Law Firm. P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406