MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 16 2002

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(FILED IN LAM 3 02-368)

ORIGINATING FROM
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA CATANIA, ET AL.<br>　　　　Plaintiffs | CIVIL ACTION |
| | NO. 02-0368 |
| VERSUS | |
| | SEC. "D" |
| ACandS, INC., ET AL.<br>　　　　Defendants | MAG. DIV. (1) |

## NOTICE OF APPEARANCE PURSUANT TO MDL RULE 5.2(c)

**NOW INTO COURT**, through undersigned counsel, and in accordance with

multidistrict litigation Rule 5.2(c) represents that undersigned counsel for **Taylor-Seidenbach,**

**Inc.** is designated to receive service of all pleadings, notices, Orders, and other papers relating to

-1-

OFFICIAL FILE COPY   IMAGED JUL 18 '02

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**JUL 1 6 2002**

FILED
CLERK'S OFFICE

practice before the Judicial Panel on multidistrict litigation.

Respectfully Submitted,

HAILEY, McNAMARA, HALL, LARMANN,
& PAPALE, L.L.P.

BY: _____
**C. KELLY LIGHTFOOT, Bar #17027**
**CLAUDE A. GRECO, Bar #18920**
**DAVID K. GROOME #22788**
Suite 1400, One Galleria Boulevard
P. O. Box 8288
Metairie, Louisiana 70001-8288
Telephone: (504) 836-6500
Counsel for Taylor-Seidenbach, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have on _____July 8_____, 2002 served a copy of the
foregoing pleading on all known counsel for all parties to this proceeding on the attached counsel
list, by mailing same by United States mail, properly addressed and first class postage prepaid.

_____

### INVOLVED COUNSEL LIST

*Barbara Catania, et al. v. AcandS, Inc., et al.,* M.D. Louisiana, C.A. No. 3:02-368

Kay B. Baxter
Duncan & Courington, L.L.C.
322 Lafayette Street
New Orleans, LA 70130

Troy N. Bell
Aultman, Tyner, Ruffin & Yarborough, Ltd.
400 Poydras Street
Suite 1900
New Orleans, LA 70130

Gary A. Bezet
Kean, Miller, Hawthorne, D'Armond, et al.
One American Place, 22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821

David M. Bienvenu, Jr.
P.O. Box 2471
Baton Rouge, LA 70821

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Jules K. Boudreaux
Roussel & Roussel
1710 Cannes Drive
LaPlace, LA 70068

W. Scott Brown
Forman, Perry, Watkins, Krutz & Tardy
1515 Poydras Street
Suite 1420
New Orleans, LA 70112

Cory R. Cahn
Slater Law Firm
Poydras Center, Suite 2600
650 Poydras Street
New Orleans, LA 70130

Larry G. Canada
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, Suite 4040
New Orleans, LA 70139

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

James Francis D'Entremont
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Stephen N. Elliott
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
P.O. Box 55490
Metairie, LA 70055

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Susan B. Kohn
Simon, Peragine, Smith & Redfearn
Energy Centre, 30th Floor
1100 Poydras Street
New Orleans, LA 70163

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Patrick D. McMurtray
Luker, Sibal & McMurtray, L.L.C.
616 Girod Street
Suite 200
New Orleans, LA 70130

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Dwight C. Paulsen, III
Lemle & Kelleher, L.L.P.
601 Poydras Street
Suite 2100
New Orleans, LA 70130

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Julie Robles
Hailey, McNamara, Hall, Larmann & Papale
One Galleria Boulevard, Suite 1400
P.O. Box 8288
Metairie, LA 70001

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Valerie T. Schexnayder
Hailey, McNamara, Hall, Larmann & Papale
One Galleria Boulevard, Suite 1400
P.O. Box 8288
Metairie, LA 70001

William L. Schuette
Jones, Walker, Waechter, et al.
Four United Plaza, Fifth Floor
8555 United Plaza Boulevard
Baton Rouge, LA 70809-7000

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Page 2

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406