

MDL 875

## REED, LUCE, TOSH, WOLFORD & DOUGLASS

ATTORNEYS AT LAW

804 Turnpike Street

Beaver, Pennsylvania 15009-2114

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 6 2002

FILED
CLERK'S OFFICE

Harold F. Reed, Jr.
Wayne S. Luce*
James C. Tosh
Dennis F. Wolford*‡
Gregory K. Douglass
Kathryn L. Johnston*
Bernard J. Rabik

Telephone
(724) 774-9220

Fax
(724) 774-1363

E-Mail
reedluce@usaor.net

\* Also Admitted in West Virginia
‡ Also Admitted in Kentucky
* Retired 1998

June 24, 2002

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255 North Lobby
Washington DC 20002

    RE: *MDL 875- In re Asbestos Products Liability Litigation (No. VI)*
           *Karen Jesensky, et al v. A-Best Products Co., et al.*
           *W. D. Pennsylvania C.A. No. 2:96-680*

Dear Mr. Beck:

    I received your letter dated June 20, 2002 notifying me as counsel for Plibrico Company that a Rule 5.3 disclosure must be filed. Please be advised that Plibrico Company settled this case in December of 1996 and has not been a party since that date. Also, please be advised that Plibrico Company filed for bankruptcy on March 13, 2002 and I have enclosed a copy of the Bankruptcy petition filed. Thus, no Rule 5.3 disclosure will be filed on behalf of Plibrico Company.

    Please note, however, that Dennis F. Wolford of our office is counsel for Foster Wheeler Corporation, which remains a defendant in this case. Thus, court notices should continue to be sent to our office. (Do not remove our firm from the service list.)

    If you have any questions, please do not hesitate to contact me.

Sincerely,

REED, LUCE, TOSH, WOLFORD & DOUGLASS, P.C.

Kathryn L. Johnston

Enclosure

OFFICIAL FILE COPY IMAGED JUL 18 '02

(Official Form 1) (9/01)

| FORM B1 | United States Bankruptcy Court<br>__Northern__ District of __Illinois__ | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Plibrico Company | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>36-1633380 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>1800 N Kingsbury Street<br>Chicago IL 60614 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: Cook | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

RECEIVED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 13 2002
KENNETH S. GARDNER, CLERK
BY: CUSTOMER SERVICE COUNTER

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) | |
|---|---|---|---|
| [ ] Individual(s) | [ ] Railroad | [ ] Chapter 7 | [x] Chapter 11 | [ ] Chapter 13 |
| [x] Corporation | [ ] Stockbroker | [ ] Chapter 9 | [ ] Chapter 12 | |
| [ ] Partnership | [ ] Commodity Broker | [ ] Sec. 304 - Case ancillary to foreign proceeding | | |
| [ ] Other _____ | | | | |

**Nature of Debts** (Check one box)
- [ ] Consumer/Non-Business   [x] Business

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [ ] | [x] |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] |

U.S. Bankruptcy Court
Northern District of Illin
RECEIVED: 03/13/02
Time: 10:42 a.m.
Debtor: PLIBRICO COMPANY
Case: 02-09852
Chapter: 11 Rec# 332144
Judge John H. Squires

(Official Form 1) (9/01)          FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** Plibrico Company |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: None | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: None | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   Not Applicable
Signature of Debtor

X   Not Applicable
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

X _____(signature)_____
Signature of Attorney for Debtor(s)
Malcolm M. Gaynor   0927422
Printed Name of Attorney for Debtor(s)
Schwartz, Cooper, Greenberger & Krauss
Firm Name
180 North LaSalle Street, Suite 2700
Address Chicago, IL 60601
312-346-1300
Telephone Number
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11 United States Code, and have explained the relief available under each such chapter.

X _____(signature)_____
Signature of Attorney for Debtor(s)   Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____(signature)_____
Signature of Authorized Individual
Scott A. Schaefer
Printed Name of Authorized Individual
President
Title of Authorized Individual
7/4/02
Date

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Not Applicable
Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X Not Applicable
Signature of Bankruptcy Petition Preparer

Date
A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

*Debtor is aware of contamination of property which it leases in Chicago, Illinois.