JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 25 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL DOCKET NO. 875

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(FILED IN LAM 3 02-368)

originating from

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA CATANIA, ET AL | CIVIL ACTION |
| | NUMBER: 02-368 |
| VERSUS | |
| | SECTION D |
| ACANDS, INC., ET AL. | MAGISTRATE 1 |

## MOTION TO SUPPLEMENT OPPOSITION TO MOTION TO VACATE CONDITIONAL TRANSFER ORDER FILED ON BEHALF OF DSM COPOLYMER, INC. AND EXXONMOBIL CORPORATION

DSM Copolymer, Inc. ("DSM") and ExxonMobil Corporation ("ExxonMobil") submit this Motion to Supplement Opposition to Plaintiffs' Motion to Vacate Conditional Transfer Order. The District Court, Middle District of Louisina, has ruled on the Magistrate Judge's recommendations regarding Plaintiffs' Motion to Remand. This ruling by the District Court Judge is significant in that the District Court Judge disagreed with one of the Magistrate Judge's recommendations, as explained more fully in the accompanying memorandum in support of this motion.

648795_1

OFFICIAL FILE COPY IMAGED JUL 30 '02

WHEREFORE, DSM and ExxonMobil request that this Court grant their Motion to Supplement Opposition to Motion to Vacate Conditional Transfer Order.

Respectfully submitted:

_____
Gary A. Bezet (#3036)
Robert E. Dille (#23037)
Gregory M. Anding (#23622)
Scott D. Johnson (#24732)
Carol L. Galloway (#16930)
KEAN, MILLER, HAWTHORNE, D'ARMOND,
McCOWAN & JARMAN, L.L.P.
One American Place, 22nd Floor (70825)
P. O. Box 3513
Baton Rouge, LA  70821-3513
Telephone: (225) 387-0999
Facsimile: (225) 388-9133

*Attorneys for ExxonMobil Corporation and DSM Copolymer, Inc.*

Case MDL No. 875   Document 3643   Filed 07/25/02   Page 3 of 14

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 25 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL DOCKET NO. 875

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(FILED IN LAM 3 02-368)

originating from

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA CATANIA, ET AL | CIVIL ACTION |
| NUMBER: 02-368 | |
| VERSUS | SECTION D |
| AcandS, INC., ET AL. | MAGISTRATE 1 |

**MEMORANDUM IN SUPPORT OF MOTION TO SUPPLEMENT OPPOSITION TO MOTION TO VACATE CONDITIONAL TRANSFER ORDER FILED ON BEHALF OF DSM COPOLYMER, INC. AND EXXONMOBIL CORPORATION**

On or about July 10, 2002, DSM Copolymer, Inc. ("DSM") and ExxonMobil Corporation ("ExxonMobil") submitted their Opposition to Motion to Vacate Conditional Transfer Order ("Opposition to Motion to Vacate"). At that time, only recommendations had been rendered by the Magistrate Judge with regard to Plaintiffs' Motion to Remand. The findings set forth in the Magistrate Judge's Report ("Report") were fully explained in DSM

648795_1                                                1

and ExxonMobil's Opposition to Motion to Vacate. The District Court Judge has now issued a Ruling on the Magistrate Judge's recommendations, approving in part and disagreeing in part with those recommendations. (See District Court's Ruling and Order, issued July 18, 2002, attached hereto as Exhibit "L"). Specifically, the District Court adopted that part of the Report which concluded that removal was proper under 28 U.S.C §1442. However, the District Court **disagreed** with that part of the Report that recommended that the main demand be severed and remanded. The District Court found that "even if the supplemental jurisdiction statute applies in this case, it would be impractical and very prejudicial to the defendants to try the main demand without DSM Copolymer's presence." Continuing, the District Court stated that "to require DSM Copolymer to participate in the state court proceedings would effectively do an end run around the removal statute." Therefore, the District Court **denied** Plaintiffs' motion to remand.

It is important that this Court consider the District Court's Ruling and Order on Plaintiffs' Motion to Remand, since it effectively moots a number of Plaintiffs' arguments in their Motion to Vacate the Conditional Transfer Order. In their Motion to Vacate Conditional Transfer Order, Plaintiffs relied heavily upon the Magistrate Judge's recommendation that the main demand be severed and remanded. The District Court's denial of Plaintiffs' Motion to Remand only strengthens the arguments set forth by DSM and ExxonMobil in their Opposition to Motion to Vacate. Therefore, it is important that the record herein be supplemented with the District Court's Ruling and Order on the Magistrate Judge's Report.

WHEREFORE, DSM and ExxonMobil respectfully request that this Motion to

Supplement Opposition To Motion To Vacate Conditional Transfer Order be granted, and these defendants be allowed to supplement the record with the District Court's Ruling and Order on Plaintiffs' Motion to Remand.

Respectfully submitted:

*[signature]*

Gary A. Bezet (#3036)
Robert E. Dille (#23037)
Gregory M. Anding (#23622)
Scott D. Johnson (#24732)
Carol L. Galloway (#16930)
KEAN, MILLER, HAWTHORNE, D'ARMOND, McCOWAN & JARMAN, L.L.P.
One American Place, 22nd Floor (70825)
P. O. Box 3513
Baton Rouge, LA  70821-3513
Telephone: (225) 387-0999
Facsimile: (225) 388-9133

*Attorneys for ExxonMobil Corporation and DSM Copolymer, Inc.*

FILED
U.S. DIST. COURT
MIDD[...] [...] OF LA.

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA      02 JUL 19 AM 10: 17

BARBARA CATANIA, ET AL

VERSUS

ACANDS, INC., ET AL

SIGN_____
CIVIL ACTION by DEPUTY CLERK

NO. 02-368-D

## RULING AND ORDER

This matter is before the court on: (i) a motion (doc. 39) by defendant Viacom to stay; (ii) a motion (doc. 11) by plaintiffs to remand; and (iii) a motion (doc. 46) by plaintiffs for expedited consideration of their motion to remand. The court has carefully reviewed the record, including the numerous briefs filed by the parties and the report and recommendation (doc. 33) of the United States Magistrate Judge, dated June 14, 2002; as well as the law applicable to this action.

Preliminarily, the court grants the motion by plaintiffs for expedited consideration of the motion to remand and denies the motion by Viacom to stay. The court would normally defer action pending a decision by the Judicial Panel on Multidistrict Litigation regarding the conditional transfer order entered May 21, 2002. However, in view of Mrs. Catania's terminal condition, the court is persuaded that disposition of the motion to remand should not be postponed. Accordingly, the court turns to the report and recommendation of the magistrate judge addressing the motion to remand.

In his report, the magistrate judge concludes that third party defendant DSM Copolymer properly removed this matter from state court under 28 U.S.C. §1442(a)(1) (federal officer removal statute). The magistrate judge further concludes that the main demand is severable

DKT. & ENTERED
DATE 7/19/02
NOTICE MAILED TO:
DATE_____ BY_____

1

EXHIBIT
L

INITIALS

from the third party demand and that the court should exercise its discretion under the supplemental jurisdiction statute to remand the main demand to state court.

After having carefully reviewed the record, the report of the magistrate judge and the briefs filed by the parties, the court hereby approves the report and adopts it in part as its opinion herein to the extent that it concludes that removal was proper under 28 U.S.C. §1442. However, as to the part of the report that concludes that the main demand should be severed and remanded, the court disagrees. Defendants persuasively argue that, even if the supplemental jurisdictional statute applies in this case, it would be impractical and very prejudicial to the defendants to try the main demand without DSM Copolymer's presence. To require DSM Copolymer to participate in the state court proceedings would effectively do an end run around the removal statute. The potential of transfer to MDL notwithstanding, the court concludes that a better exercise of discretion would be to retain jurisdiction over the entire matter but to proceed to set a trial date on an expedited basis.

Accordingly, IT IS ORDERED that plaintiffs' motion for expedited consideration (doc. 46) be and is hereby GRANTED; that defendant's motion to stay (doc. 39) be and is hereby DENIED; and that plaintiffs' motion to remand (doc. 11) be and is hereby DENIED. This matter is referred back to the magistrate judge for expedited consideration.

Baton Rouge, Louisiana, July 18th, 2002.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

2

Case MDL No. 875 Document 3643 Filed 07/25/02 Page 8 of 14

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 2 5 2002

FILED
CLERK'S OFFICE

## PROOF OF SERVICE

I certify that a copy of the foregoing pleading has been served upon all represented parties by mailing a copy to their counsel of record at their last known address as listed below. No unrepresented parties are involved in this matter. This 24th day of July, 2002.

_____
Carol L. Galloway

Gerolyn P. Roussel
ROUSSEL & ROUSSEL
LaPlace, LA 70068
1-985-651-6591
Counsel for Plaintiffs, Barbara Catania and Michael Catania

Leon Gary, Jr.
William L. Schuette
Olivia S. Tomlinson
JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE
8555 United Plaza Boulevard
Four United Plaza, Fifth Floor
Baton Rouge, LA 70809-7000
1-225-248-2000
Counsel for Viacom, Inc., successor in interest to CBS Corporation formerly known as Westinghouse Electric Corporation

David A. Barfield
Kay Barnes Baxter
BARFIELD & ASSOCIATES
400 Poydras Street, Suite 1460
New Orleans, LA 70130
1-504-568-1562
Counsel for AcandS, Inc.

Troy N. Bell
AULTMAN, TYNER McNEESE RUFFIN & LAIRD
The Texaco Center
400 Poydras Street, Suite 1900

New Orleans, LA 70130
1-504-528-9616
Counsel for General Electric Company

David M. Bienvenue, Jr.
TAYLOR, PORTER, BROOKS & PHILLIPS
451 Florida
Bank One Centre, 8th Floor
Baton Rouge, LA 70801
1-225-387-3221
Counsel for The Dow Chemical Company

Cory Cahn
SLATER LAW FIRM
650 Poydras Street, Suite 2600
New Orleans, LA 70130
1-504-523-7333
Counsel for General Electric Company

Larry G. Canada
GALLOWAY, JOHNSON, TOMPKINS & BURR
One Shell Square, Suite 4040
New Orleans, LA 70139
1-504-525-6802
Counsel for Combustion

Ashley Carter
John Childers
LYNN LUKER & ASSOCIATES
616 Girod Street, Suite 200
New Orleans, La 70130
1-504-525-5000
Counsel for Foster Wheeler, L.L.C.

Lawrence G. Pugh, III
Edward McGowan
Tonya S. Johnson
MONTGOMERY, BARNETT, BROWN, READ, HAMMOND & MINTZ
3200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

1-504-585-3200
Counsel for Eagle, Inc.

Robert A. Knight
BERNARD, CASSISA, ELLIOT & DAVIS
1615 Metairie Road
P.O. Box 55490
Metairie, LA 70055
1-504-834-2612
Counsel for Reilly-Benton Company, Inc.

Susan B. Kohn
SIMON, PERAGINE, SMITH & REDFEARN
1100 Poydras Street, 30th Floor
Energy Center
New Orleans, LA 70163
1-504-569-2030
Counsel for McCarty Corporation

Julie D. Robles
C. Kelly Lightfoot
Valerie Schexnayder
Serena C. Vaughan
HAILEY, McNAMARA, HALL, MARMANN AND PAPALE
One Garreria Boulevard
Suite 1400
P.O. Box 8288
Metairie, LA 70011
1-504-836-6500
Counsel for Flintkote Company, Anco Insulations, Inc. and Taylor-Seidenbach, Inc.

James F. d'Entremont
Kevin J. Webb
DEUTSCH, KERRIGAN & STILES
755 Magazine Street
New Orleans, LA 70130
1-504-581-5141
Counsel for AM Chem Products or Benjamin Foster, a Division of AM Chem and Babcock Borsig Power, Inc. f/k/a, D B Reilly, Inc.

David E. Redmann

Lemle & Kelleher
21st Floor
601 Poydras Street
New Orleans, LA 70130-6097
1-504-586-1241
Counsel for Kaiser Aluminum Company, Monsanto Company

W. Scott Brown
FOREMAN, PERRY WATKINS, KRUTZ & TARDY
1515 Poydras Street, Suite 1420
New Orleans, LA 70112
1-504-799-4383
Counsel for Uni-Royal, Inc. and Owens Illinois, Inc.

## REVISED PROOF OF SERVICE

I certify that a copy of the foregoing pleading has been served upon all represented parties by mailing a copy to their counsel of record at their last known address is attached hereto. No unrepresented parties are involved in this matter. This 25th day of July, 2002.

_____
Carol L. Galloway

**PANEL SERVICE LIST (Excerpted from CTO-213)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Barbara Catania, et al. v. ACandS, Inc., et al.*, M.D. Louisiana, C.A. No. 3:02-368

Kay B. Baxter
Duncan & Courington, L.L.C.
322 Lafayette Street
New Orleans, LA 70130

Troy N. Bell
Aultman, Tyner, Ruffin & Yarborough, Ltd.
400 Poydras Street
Suite 1900
New Orleans, LA 70130

Gary A. Bezet
Kean, Miller, Hawthorne, D'Armond, et al.
One American Place, 22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821

David M. Bienvenu, Jr.
P.O. Box 2471
Baton Rouge, LA 70821

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Jules K. Boudreaux
Roussel & Roussel
1710 Cannes Drive
LaPlace, LA 70068

William L. Brockman
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
P.O. Box 55490
Metairie, LA 70055

W. Scott Brown
Forman, Perry, Watkins, Krutz & Tardy
1515 Poydras Street
Suite 1420
New Orleans, LA 70112

Cory R. Cahn
Slater Law Firm
Poydras Center, Suite 2600
650 Poydras Street
New Orleans, LA 70130

Larry G. Canada
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, Suite 4040
New Orleans, LA 70139

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Leon Gary, Jr.
Jones, Walker, Waechter, et al.
8555 United Plaza Boulevard
5th Floor
Baton Rouge, LA 70809

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

PANEL SERVICE LIST (Cont.) MDL-875                                    PAGE 2

Susan B. Kohn
Simon, Peragine, Smith & Redfearn
Energy Centre, 30th Floor
1100 Poydras Street
New Orleans, LA 70163

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Patrick D. McMurtray
Luker, Sibal & McMurtray, L.L.C.
616 Girod Street
Suite 200
New Orleans, LA 70130

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Dwight C. Paulsen, III
Lemle & Kelleher, L.L.P.
601 Poydras Street
Suite 2100
New Orleans, LA 70130

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Julie Robles
Halley, McNamara, Hall, Larmann & Papale
One Galleria Boulevard, Suite 1400
P.O. Box 8288
Metairie, LA 70001

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Valerie T. Schexnayder
Halley, McNamara, Hall, Larmann & Papale
One Galleria Boulevard, Suite 1400
P.O. Box 8288
Metairie, LA 70001

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406