JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 26 2002

FILED
CLERK'S OFFICE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : <br> : <br> : <br> x <br> :     FILED   JUN 18 2002 <br> : |
| This Document Relates to: <br><br> Law Firm of McTeague, Higbee, Case, Cohen, Whitney & Toker, PA <br><br> United States District Court <br> District of Maine | : <br> : <br> : <br> : <br> : <br> :    **CIVIL ACTION** <br> :    **NO. MDL 875** |
| Roland Lachance, dec'd.    CA No. 97-0023-P <br> Irving Wright    CA No. 97-0086-B <br> Frank Bosse, dec'd.    CA No. 97-0166-P <br> Aubrey Ayer, dec'd.    CA No. ~~99-0002-B~~ → 1:99-11 <br> Wil. Richardson, dec'd.    CA No. ~~00-0290-P~~ → 2:00-29 <br> Roland Beaudoin, dec'd.    CA No. 00-0164-B | : |
| [In the event the above-listed cases are multiple plaintiff (victim) actions, this transfer is for the above-named party only, or said parties' representative, and any spousal or dependent actions.] | : <br> : <br> : <br> : <br> : <br> : <br> x |

## SUGGESTION OF REMAND

THESE MATTERS, being reviewed this date upon Plaintiff's Motion to Remand to the United States District Court for the District of Maine, and the Court having reviewed this case and having had settlement conferences with the parties, now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore, any

MDL- 875

RECOMMENDED ACTION

**MAGED JUL 30 '02**   **OFFICIAL FILE COPY** actions

1

claims for punitive or exemplary damages are hereby ORDERED severed from these cases and retained by the Co9urt within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matters should be REMANDED to the United States District Court for the District of Maine for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

DATED: June 6, 2002

_____
Charles R. Weiner, USDJ

ENTERED
JUN 19 2002
CLERK OF COURT

2