MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 26 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL REMAND ORDER

The transferee court in this litigation has: 1) severed all claims for punitive or exemplary damages in the actions listed on the attached schedule assigned to the court; and 2) advised the Panel that coordinated or consolidated pretrial proceedings with respect to the remaining claims in these actions have been completed, and that remand of those claims to the transferor court, as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that all claims in the actions listed on the attached schedule except the severed claims for punitive or exemplary damages be remanded to the United States District Court for the District of Maine.

IT IS ALSO ORDERED that pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001), the transmittal of this order to the transferee clerk for filing shall be stayed fifteen days from the date of this order and if any party files a Notice of Opposition with the Clerk of the Panel within this fifteen-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), R.P.J.P.M.L., and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded and furnish said Clerk all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY   IMAGED JUL 30 '02

# SCHEDULE FOR CONDITIONAL REMAND ORDER
# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | -0 | ME | 1 | 97-86 | Wright v. Eastern Refractories Co., Inc., et al. |
| PAE | 2 | -0 | ME | 1 | 99-11 | Ayer, etc. v. Armstrong World Industries, Inc., et al. |
| PAE | 2 | -0 | ME | 1 | 00-164 | Beaudoin, etc. v. Armstrong World Industries, et al. |
| PAE | 2 | -0 | ME | 2 | 97-23 | LaChance, et al. v. Eastern Refractories Co., et al. |
| PAE | 2 | -0 | ME | 2 | 97-166 | Bosse, et al. v. Eastern Refractories Co., et al. |
| PAE | 2 | -0 | ME | 2 | 00-29 | Richardson, etc. v. Armstrong World Industries, et al. |