JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 30 2002

FILED
CLERK'S OFFICE

FILE
U.S. DISTRICT
EASTERN DISTRIC

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

JUN 10 2002

JAMES W. McCORMACK
By: _____

ANN REYNOLDS,           )
                        )
    Plaintiff,          )
                        )
v.                      )    No. 5:02CV0084 SWW
                        )
UNION PACIFIC RAILROAD  )
                        )
    Defendants.         )

## ORDER OF VOLUNTARY DISMISSAL

The above-titled action, having come before the Court, upon the parties' Stipulation for Dismissal, it is hereby voluntarily dismissed, without prejudice and each party to bear their costs, this 10th day of June, 2002.

_____
Judge

MDL- 875
RECOMMENDED ACTION
          FINAL
Vacate CTO-214 - 2 actions
Approved/Date: mjb (for TMK) 7/30/02

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 6-10-02 BY _____

**OFFICIAL FILE COPY IMAGED JUL 30 '02**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 30 2002

FILED vjt
CLERK'S OFFICE

F I L E   C O P Y

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

June 10, 2002

* * MAILING CERTIFICATE OF CLERK * *

Re:   5:02-cv-00084.

True and correct copies of the attached were mailed by the clerk to the following:

    Mark B. Chadick, Esq.
    Attorney at Law
    225 West Barraque Street
    Pine Bluff, AR   71601-4201

    William H. Sutton, Esq.
    Friday, Eldredge & Clark
    Regions Center
    400 West Capitol Avenue
    Suite 2000
    Little Rock, AR   72201-3493

    Frederick S. Ursery, Esq.
    Friday, Eldredge & Clark
    Regions Center
    400 West Capitol Avenue
    Suite 2000
    Little Rock, AR   72201-3493

    Allan M. Goodloe Jr., Esq.
    Thompson Coburn
    One Firstar Plaza
    St. Louis, MO   63101-1693

cc: press, post

James W. McCormack, Clerk

Date:   6/10/02                         BY:   V. Turner

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 30 2002

FILED
CLERK'S OFFICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ARKANSAS
CIVIL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 10 2002

JAMES W. McCORMACK
By: _____
                                    DEP

| | |
|---|---|
| ESTER DOOLITTLE, | ) |
| Plaintiff, | ) |
| v. | ) No. 5:02CV0085SWW |
| UNION PACIFIC RAILROAD | ) |
| Defendants. | ) |

### ORDER OF VOLUNTARY DISMISSAL

The above-titled action, having come before the Court, upon the parties' Stipulation for Dismissal, it is hereby voluntarily dismissed, without prejudice and each party to bear their costs, this _10th_ day of _June_, 2002.

_____
Judge

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON _6-10-02_ BY _____

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 30 2002

F I L E   C O P Y

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

June 10, 2002

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:  5:02-cv-00085.

True and correct copies of the attached were mailed by the clerk to the following:

Mark B. Chadick, Esq.
Attorney at Law
225 West Barraque Street
Pine Bluff, AR  71601-4201

William H. Sutton, Esq.
Friday, Eldredge & Clark
Regions Center
400 West Capitol Avenue
Suite 2000
Little Rock, AR  72201-3493

Frederick S. Ursery, Esq.
Friday, Eldredge & Clark
Regions Center
400 West Capitol Avenue
Suite 2000
Little Rock, AR  72201-3493

Allan M. Goodloe Jr., Esq.
Thompson Coburn
One Firstar Plaza
St. Louis, MO  63101-1693

cc: press, post

James W. McCormack, Clerk

V. Turner

Date:  6/10/02                                    BY: