MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 3 0 2002

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Ann Reynolds, etc. v. Union Pacific Railroad*, E.D. Arkansas, C.A. No. 5:02-84
*Ester Doolittle v. Union Pacific Railroad*, E.D. Arkansas, C.A. No. 5:02-85

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these two actions (*Reynolds* and *Doolittle*) on June 12, 2002. In the absence of any opposition, the conditional transfer order was finalized with respect to *Reynolds* and *Doolittle* on June 28, 2002. The Panel has now been advised, however, that these two actions were dismissed in the Eastern District of Arkansas by the Honorable Susan Webber Wright in separate orders filed on June 10, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-214" filed on June 12, 2002, is VACATED insofar as it relates to these two actions.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY IMAGED JUL 30 '02