MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 30 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL DOCKET NO. 875

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(FILED IN LAM 3 02-368)

originating from

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA CATANIA, ET AL | CIVIL ACTION |
| | NUMBER 02-368 |
| VERSUS | |
| | SECTION D |
| AcandS, INC., ET AL | MAGISTRATE 1 |

**SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO MOTION TO VACATE CONDITIONAL TRANSFER ORDER FILED ON BEHALF OF VIACOM, INC.**

**May It Please this Court:**

Plaintiffs arguments against the transfer of this case to the Panel are primarily jurisdictional. They contend that 28 USC §1442 does not confer federal jurisdiction so that

B0199884.1                                      1

IMAGED AUG 1 '02

OFFICIAL FILE COPY

the removal was improper. Further, plaintiffs argue that even if the removal was proper, that the court should sever Viacom's third party demand against DSM and decline to exercise supplemental jurisdiction over the remainder of the case pursuant to 28 USC §1367 and remanding it to state court. In their original and reply memoranda in support of the Motion to Vacate the Conditional Transfer Order, plaintiffs rely on the June 14, 2002 report of Magistrate Stephen Riedlinger in which he recommended severing the third party demand and remanding the remaining claims to state court.

Since plaintiffs filed their reply memorandum on July 15, 2002, Judge John Brady of the United States District Court for the Middle District of Louisiana has denied plaintiffs' Motion to Remand rejecting the same arguments made in support of their Motion to Vacate. A copy of the ruling is attached. Judge Brady accepted the magistrate's recommendation that 28 USC §1442 conferred federal jurisdiction over the entire case, and rejected plaintiffs' argument that the removal was improper. However, Judge Brady disagreed with the magistrate's recommendation that the court should sever the third party demand and decline to exercise jurisdiction over the remaining claims. He held that even if 28 USC §1367 was applicable to a federal officer removal, it was more appropriate to retain the entire case than to split it up among federal and state courts.

The United States District Court for the Middle District of Louisiana has rejected the arguments advanced by plaintiffs in support of their Motion to Vacate. For this reason, and the others set forth in Viacom's original opposition, the Motion to Vacate should be denied and a final order transferring this case to the Panel entered.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 30 2002

FILED
CLERK'S OFFICE

By Attorneys for Viacom, Inc.
JONES, WALKER, WAECHTER, POITEVENT,
CARRÉRE & DENÉGRE, L.L.P.
LEON GARY, JR. (Bar Roll No. 5959)
WILLIAM L. SCHUETTE, JR. (Bar Roll No. 2098)
OLIVIA S. TOMLINSON (Bar Roll No. 27114)
Four United Plaza, Fifth Floor
8555 United Plaza Boulevard
Baton Rouge, Louisiana 70809-7000
Telephone (225) 248-2000
Facsimile (225) 248-3051

William L. Schuette

## PROOF OF SERVICE

I certify that a copy of the foregoing pleading has been served upon all represented parties by mailing a copy to their counsel of record at their last known address as listed below.

No unrepresented parties are involved in this matter. This ____ day of July, 2002.

William L. Schuette

Gerolyn P. Roussel
ROUSSEL & ROUSSEL
1710 Cannes Drive
LaPlace, LA 70068
1-985-651-6591
Counsel for Plaintiffs, Barbara Catania and Michael Catania

Leon Gary, Jr.
William L. Schuette
Olivia S. Tomlinson
JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE
8555 United Plaza Boulevard
Four United Plaza, Fifth Floor
Baton Rouge, Louisiana 70809-7000
12-225-248-2000

B0197565.1                               3

Counsel for Viacom, Inc., successor in interest to CBS Corporation formerly known as Westinghouse Electric Corporation

Gregory M. Anding
KEAN, MILLER, HAWTHORNE D"ARMOND, McCOWAN & JARMAN
One American Place, 22ND Floor
P. O. Box 3513
Baton Rouge, LA 70821
1-225-687-9845
Counsel for EXXON MobilCorporation

David A. Barfield
Kay Barnes Baxter
BARFIELD & ASSOCIATES
400 Poydras Street, Suite 1460
New Orleans, LA 70130
1-504-568-1562
Counsel for AcandS, Inc.

Troy N. Bell
AULTMAN, TYNER McNEESE RUFFIN & LAIRD
The Texaco Center
400 Poydras Street, Suite 1900
New Orleans, LA 70130
1-504-528-9616
Counsel for Garlock, Inc.

David M. Bienview, Jr.
TAYLOR, PORTER, BROOKS & PHILLIPS
451 Florida
Bank One Centre, 8th Floor
Baton Rouge, LA 70801
1-225-387-3221
Counsel for The Dow Chemical Company

Cory Cahn
SLATER LAW FIRM
650 Poydras Street, Suite 2600
New Orleans, LA 70130
1-504-523-7333
Counsel for General Electric Company

Larry G. Canada
GALLOWAY, JOHNSON, TOMPKINS & BURR
One Shell Square, Suite 4040
New Orleans, LA 70139
1-504-525-6802
Counsel for Combustion

Ashley Carter
John Childers
LYNN LUKER & ASSOCIATES
616 Girod Street, Suite 200
New Orleans, LA 70130
1-504-525-5000
Counsel for Foster Wheeler, L.L.C.

Lawrence G. Pugh, III
Edward McGowan
Tonya S. Johnson
MONTGOMERY, BARNETT, BROWN, READ,
 HAMMOND & MINTZ
3200 Energy Centre
1100 Poydras Street
New Orleans, LA  70163
1-504-585-3200
Counsel for Eagle, Inc.

Robert A. Knight
BERNARD, CASSISA, ELLIOT & DAVIS
1615 Metairie Road
P. O. Box 55490
Metairie, LA 70055
1-504-834-2612
Counsel for Reilly-Benton Company, Inc.

Susan B. Kohn
SIMON, PERAGINE, SMITH & REDFEARN
1100 Poydras Street, 30th Floor
Energy Center
New Orleans, LA 70163
1-504-569-2030
Counsel for McCarty Corporation

Julie D. Robles
C. Kelly Lightfoot

Valerie Schexnayder
Serena C. Vaughan
HAILEY, McNAMARA, HALL, MARMANN AND PAPALE
One Garreria Boulevard
Suite 1400
P. O. Box 8288
Metairie, LA 70011
1-504-836-6500
Counsel for The Flintkote Company, Anco Insulations, Inc. and Taylor-Seidenbach, Inc.

James F. d'Entremont
Kevin J. Webb
DEUTSCH, KERRIGAN & STILES
755 Magazine Street
New Orleans, LA 70130
1-504-581-5141
Counsel for AM Chem Products or Benjamin Foster, a Division of AM Chem and Babcock Borsig Power, Inc. f/k/a, D B Reilly, Inc.

David E. Redmann
Lemle & Kelleher
21st Floor
601 Poydras Street
New Orleans, LA 70130-6097
1-504-586-1241
Counsel for Kaiser Aluminum Company, Monsanto Company

W. Scott Brown
FOREMAN, PERRY, WATKINS, KRUTZ & TARDY
1515 Poydras Street, Suite 1420
New Orleans, LA 70112
1-504-799-4383
Counsel for Uni-Royal, Inc. and Owens Illinois, Inc.

B0197565.1                                6

RECEIVED
JUL 1 9 2002
ASBESTOS

FILED
U.S. DIST. COURT
MIDD. DIST. OF LA.
02 JUL 19 AM 10: 17

SIGN_____
by DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

BARBARA CATANIA, ET AL

VERSUS

ACANDS, INC., ET AL

CIVIL ACTION

NO. 02-368-D

## RULING AND ORDER

This matter is before the court on: (i) a motion (doc. 39) by defendant Viacom to stay; (ii) a motion (doc. 11) by plaintiffs to remand; and (iii) a motion (doc. 46) by plaintiffs for expedited consideration of their motion to remand. The court has carefully reviewed the record, including the numerous briefs filed by the parties and the report and recommendation (doc. 33) of the United States Magistrate Judge, dated June 14, 2002; as well as the law applicable to this action.

Preliminarily, the court grants the motion by plaintiffs for expedited consideration of the motion to remand and denies the motion by Viacom to stay. The court would normally defer action pending a decision by the Judicial Panel on Multidistrict Litigation regarding the conditional transfer order entered May 21, 2002. However, in view of Mrs. Catania's terminal condition, the court is persuaded that disposition of the motion to remand should not be postponed. Accordingly, the court turns to the report and recommendation of the magistrate judge addressing the motion to remand.

In his report, the magistrate judge concludes that third party defendant DSM Copolymer properly removed this matter from state court under 28 U.S.C. §1442(a)(1) (federal officer removal statute). The magistrate judge further concludes that the main demand is severable

DKT. & ENTERED
DATE 7/19/02
NOTICE MAILED TO: SCR
DATE_____ BY___

INITIALS

1

from the third party demand and that the court should exercise its discretion under the supplemental jurisdiction statute to remand the main demand to state court.

After having carefully reviewed the record, the report of the magistrate judge and the briefs filed by the parties, the court hereby approves the report and adopts it in part as its opinion herein to the extent that it concludes that removal was proper under 28 U.S.C. §1442. However, as to the part of the report that concludes that the main demand should be severed and remanded, the court disagrees. Defendants persuasively argue that, even if the supplemental jurisdictional statute applies in this case, it would be impractical and very prejudicial to the defendants to try the main demand without DSM Copolymer's presence. To require DSM Copolymer to participate in the state court proceedings would effectively do an end run around the removal statute. The potential of transfer to MDL notwithstanding, the court concludes that a better exercise of discretion would be to retain jurisdiction over the entire matter but to proceed to set a trial date on an expedited basis.

Accordingly, IT IS ORDERED that plaintiffs' motion for expedited consideration (doc. 46) be and is hereby GRANTED; that defendant's motion to stay (doc. 39) be and is hereby DENIED; and that plaintiffs' motion to remand (doc. 11) be and is hereby DENIED. This matter is referred back to the magistrate judge for expedited consideration.

Baton Rouge, Louisiana, July 18th, 2002.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION JUL 30 2002

MDL DOCKET NO. 875

FILED
CLERK'S OFFICE

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(FILED IN LAM 3 02-368)

originating from

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| BARBARA CATANIA, ET AL. | CIVIL ACTION |
|---|---|
| | NUMBER 02-368 |
| VERSUS | SECTION D |
| AcandS, INC., ET AL | MAGISTRATE 1 |

PROOF OF SERVICE

I certify that a copy of the foregoing pleading has been served upon all represented parties by mailing a copy to their counsel of record at their last known address as listed on the attachment. No unrepresented parties are involved in this matter. This 26 day of July, 2002.

William L. Schuette

RECEIVED
CLERK'S OFFICE
2002 JUL 30 P 3:24
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
B0197565.1

4

## PANEL SERVICE LIST (Excerpted from CTO-213)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Barbara Catania, et al. v. ACandS, Inc., et al.*, M.D. Louisiana, C.A. No. 3:02-368

Kay B. Baxter
Duncan & Courington, L.L.C.
322 Lafayette Street
New Orleans, LA 70130

Troy N. Bell
Aultman, Tyner, Ruffin & Yarborough Ltd.
400 Poydras Street
Suite 1900
New Orleans, LA 70130

Gary A. Bezet
Kean, Miller, Hawthorne, D'Armond, et al.
One American Place, 22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821

David M. Bienvenu, Jr.
P.O. Box 2471
Baton Rouge, LA 70821

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Jules K. Boudreaux
Roussel & Roussel
1710 Cannes Drive
LaPlace, LA 70068

William L. Brockman
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
P.O. Box 55490
Metairie, LA 70055

W. Scott Brown
Forman, Perry, Watkins, Krutz & Tardy
1515 Poydras Street
Suite 1420
New Orleans, LA 70112

Cory R. Cahn
Slater Law Firm
Poydras Center, Suite 2600
650 Poydras Street
New Orleans, LA 70130

Larry G. Canada
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, Suite 4040
New Orleans, LA 70139

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Leon Gary, Jr.
Jones, Walker, Waechter, et al.
8555 United Plaza Boulevard
5th Floor
Baton Rouge, LA 70809

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

PANEL SERVICE LIST (Cont.) MDL-875

Susan B. Kohn  
Simon, Peragine, Smith & Redfearn  
Energy Centre, 30th Floor  
1100 Poydras Street  
New Orleans, LA 70163

Reginald S. Kramer  
Oldham & Dowling  
195 South Main Street  
Suite 300  
Akron, OH 44308

David C. Landin  
Hunton & Williams  
Riverfront Plaza, East Tower  
951 East Byrd Street  
Richmond, VA 23219

Gene Locks  
Greitzer & Locks  
1500 Walnut Street  
Philadelphia, PA 19102

Patrick D. McMurtray  
Luker, Sibal & McMurtray, L.L.C.  
616 Girod Street  
Suite 200  
New Orleans, LA 70130

Ronald L. Motley  
Ness, Motley, Loadholt, Richardson & Poole  
28 Bridgeside Blvd.  
P.O. Box 1792  
Mt. Pleasant, SC 29465

Dwight C. Paulsen, III  
Lemle & Kelleher, L.L.P.  
601 Poydras Street  
Suite 2100  
New Orleans, LA 70130

John J. Repcheck  
Marks, O'Neill, O'Brien & Courtney  
3200 Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219

Julie Robles  
Hailey, McNamara, Hall, Larmann & Papale  
One Galleria Boulevard, Suite 1400  
P.O. Box 8288  
Metairie, LA 70001

John D. Roven  
John Roven & Associates  
2190 North Loop West  
Suite 410  
Houston, TX 77018

Valerie T. Schexnayder  
Hailey, McNamara, Hall, Larmann & Papale  
One Galleria Boulevard, Suite 1400  
P.O. Box 8288  
Metairie, LA 70001

Richard D. Schuster  
Vorys, Sater, Seymour & Pease, LLP  
52 East Gay Street  
P.O. Box 1008  
Columbus, OH 43216

Neil Selman  
Selman, Breitman & Burgess  
11766 Wilshire Boulevard  
Sixth Floor  
Los Angeles, CA 90025

Robert N. Spinelli  
Kelley, Jasons, McGuire & Spinelli, L.L.P.  
Centre Square West  
15th Floor  
Philadelphia, PA 19102

Robert E. Swickle  
Jaques Admiralty Law Firm, P.C.  
1370 Penobscot Building  
Detroit, MI 48226

Andrew J. Trevelise  
Reed Smith LLP  
2500 One Liberty Place  
1650 Market Street  
Philadelphia, PA 19103

James K. Weston, II  
Tom Riley Law Firm  
4040 First Avenue, N.E.  
P.O. Box 998  
Cedar Rapids, IA 52406