

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 9 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

## ORDER VACATING CONDITIONAL TRANSFER ORDERS

Orders conditionally transferring the actions listed on the attached Schedules A and B to the Eastern District of Pennsylvania for inclusion in the MDL-875 centralized pretrial proceedings pending before the Honorable Charles R. Weiner were entered by the Panel on December 28, 2001, and February 8, 2002, respectively. These actions were all removed from state court to federal court and are identified on the attached schedules by the districts to which they were originally removed, and by the civil action numbers that they were assigned in those districts. The removals were effected by various defendants pursuant to 28 U.S.C. § 1452(a), who argued that the claims asserted against them were "related to" certain bankruptcy proceedings pending in the District of Delaware and thus subject to the bankruptcy jurisdiction of the federal courts under 28 U.S.C. § 1334(b). After the actions were removed to federal districts encompassing the state courts where the actions were originally filed, certain of the removing defendants next moved to transfer the actions to the District of Delaware. In December 2001 the Delaware court provisionally transferred these actions, along with other similarly situated actions not before the Panel (collectively, the "friction products" actions), in order to preserve the status quo pending the court's resolution of the removing defendants' transfer motion. On February 8, 2002, the Delaware court ordered that i) the motion to transfer the friction products actions be denied; ii) the court lacked subject matter jurisdiction over the friction products actions; iii) the friction products actions (including the actions on Schedules A and B) were remanded to the state courts from which they were removed pursuant to 28 U.S.C. § 1447; and iv) in the alternative, the friction products actions were remanded to the state courts from which they were removed pursuant to 28 U.S.C. § 1452. This order thus would have remanded the actions on Schedules A and B to their originating state courts, thereby mooting the question of Section 1407 transfer. In response to certain defendants' emergency motion for stay of the Delaware court's order pending appeal, however, the United States Court of Appeals for the Third Circuit on February 11, 2002, granted a stay temporarily in order for the Court to receive responses to the motion from opposing counsel and for full consideration of the matter by a three judge panel.

This was thus the procedural posture in which the actions on Schedules A and B presented themselves at the times they were scheduled for hearing by the Panel (on March 21, 2002, with respect to the actions on Schedule A, and on May 30, 2002, with respect to the actions on Schedule B). The actions on Schedule A had also been scheduled for oral argument, and at the Panel's March hearing session, i) all participating counsel noted the pendency of the potentially dispositive appeal before the Third Circuit; and ii) they jointly proposed that the Panel's hearing session be continued until such time as the appellate court rendered its decision. The Panel granted the continuance from the bench and also stated that whether the Panel would reschedule oral argument would depend on the content of the appellate court's ruling. On July 31, 2002, the appellate court entered an opinion and order in which it

OFFICIAL FILE COPY   IMAGED AUG 1 2 '02

FILING NO. 3052

- 2 -

ruled that i) it did not have jurisdiction to review the decisions of the Delaware district court denying defendants' transfer motions and remanding the friction products actions (including the actions on Schedules A and B) to the state courts from which they were originally removed; and ii) insofar as defendants' appeal could also be construed as a petition for a writ of mandamus, that petition was denied. *In re Federal Mogul-Global, Inc.,* 2002 U.S. App. LEXIS 15331 (3rd Cir. July 31, 2002). On August 1, 2002, the appellate court entered an additional order denying defendants' motion to recall its mandate and issue a stay pending the filing of a petition for certiorari before the United States Supreme Court. The actions on Schedules A and B have thus now been remanded to their respective state courts.

IT IS THEREFORE ORDERED that the Panel's conditional transfer orders designated as "CTO-209" (filed on December 28, 2001) and "CTO-210" (filed on February 8, 2002) are vacated insofar as they relate to the actions on Schedules A and B.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

# SCHEDULE A

## MDL-875 — In re Asbestos Products Liability Litigation (No. VI)

### Northern District of Texas

*Reuben Carraway, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2341
*Nephus Holmes, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2343
*Larry Coffman, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2344
*George Subt, et al. v. Daimlerchrysler Corp.*, et al., C.A. No. 3:01-2346
*James Lee Lisbony, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2347
*Ernest Dorn v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2348
*Theordore John Richard Benhardt, et al. v. Daimlerchrysler Corp., et al.*,
    C.A. No. 3:01-2349
*Robert Sturdevant, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2350
*Herbert L. Darjean, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2351
*Charles Goeyns, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2352
*Edward James Sibiga, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2353
*Almanzor Delagarza, et al. v. Ford Motor Co., et al.*, C.A. No. 3:01-2354
*Nelson Woodson, et al. v. Ford Motor Co., et al.*, C.A. No. 3:01-2355
*William P. Killen, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2357
*Charles Ray Cressionnie v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2359
*Waymon Wade Vestal, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2360
*Troy E. Mantooth, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2361
*Marvin Hooper, et al. v. Daimlerchrysler Corp.*, et al., C.A. No. 3:01-2362
*James T. Mahula, et al. v. Daimlerchrysler Moto, et al.*, C.A. No. 3:01-2363
*Earl Laverne Hughes et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2364
*Floyd W. Batson, et al. v. General Motors Corp., et al.*, C.A. No. 3:01-2365
*Bert Alan Allison, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2366
*Robert Louis Rozon, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2367
*Billy Ray Culwell, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2368
*Cecil L. Duncan, et al. v. Daimlerchrysler Corp.*, et al., C.A. No. 3:01-2369
*Thomas Stapp, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2370
*Allen Junior Mickelboro, et al. v. Ford Motor Co., et al.*, C.A. No. 3:01-2376
*Worley Barker, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2379
*Gerald Bowers, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2380
*Choyce Dewitt Rockwell, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2382
*Wana Joe McReynolds, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2383
*Herbert Joseph Ego, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2384
*Charles Ray Cromer, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2385
*Charlie Grebe, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2386
*Jesse Sidney Lacy, et al. v. Ford Motor Co., et al.*, C.A. No. 3:01-2387
*Floyd Cotton v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2388
*Charles Pete Conn, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2389
*Joel M. Weatherly, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2390
*Paul A. Foster, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2391

Northern District of Texas (Continued)

*Ella Tippens, et al. v. Ford Motor Co., et al.*, C.A. No. 3:01-2392
*William Earl Bowser, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2393
*Richard P. Stratton, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2394
*Carl Francis Chargois, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2395
*Willima Carden, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2396
*Hubert Bryan, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2397
*Robert Francis Stires, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2398
*Pasty Ann Burke v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2399
*Jewel Hale, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2400
*Cameron Winfield Mockbee, et al. v. Ford Motor Co., et al.*, C.A. No. 3:01-2409
*Wilfred Etienne, et al. v. Ford Motor Co., et al.*, C.A. No. 3:01-2410
*Mary Ann Snyder v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2411
*Benjamin Paul Otto, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2412
*Frank H. McClain, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2413
*Robert Gordon Degnan, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2414
*Norman Eugene Ransom, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2415
*Lupe Carmona, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2416
*Claxton Earl Fowler, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2417
*Thomas Rex Andries, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2418
*Willard Eason Beaty, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2419
*Armon Floyd Neff, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2426
*Forrest Edgar Bozant, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2427
*Clifton Jerry Pinckard, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2428
*Luis L. Balderas, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2429
*Lowell Roger Millican, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2430
*Alvin Ray Beshears, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2431
*Leonard Dishongh, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2432
*Vivian Lucille McGown Latham, et al. v. Ford Motor Co., et al.*, C.A. No. 3:01-2435
*Ludwig Leo Scotka, et al. v. Ford Motor Co., et al.*, C.A. No. 3:01-2436
*Willie Lee Burns, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2437
*Lewis Walter Moore, et al. v. Ford Motor Co., et al.*, C.A. No. 3:01-2438
*Robert Shelton Whiddon, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2439
*Jerry G. Bass, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2440
*Leon Berrymam, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2441
*Milton Carroll, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2443
*Alvis Lee Campbell, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2444
*Charles Winford Snyder, et al. v. Ford Motor Co., et al.*, C.A. No. 3:01-2445
*Sidney Warren Clark, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2446
*Ricky Humphrey, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2447
*Stanley G. Culbertson, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2448
*Robert Peter Stonis, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2449
*Lowell Auther Gray, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2450
*Floyd Arthur Zullig, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2451

Northern District of Texas (Continued)

*Louie A. Stringer v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2452
*Henry Calvin Walker, et al. v. Daimlerchrysler, Corp., et al.*, C.A. No. 3:01-2453
*Mack Ellis Abbott, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2454
*Christos E. Zagorianos, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2455
*Ernest Mitchell Webster, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2456
*Gloria Benavidez, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2457
*Sidney Wayne Shofner, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2458
*William Eugene Hillin, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2459
*Robert A. Meek, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2460
*Hugh D. Hackney, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2461
*Robert Neal Woodfin, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2463
*Nelson D. Kitchens, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2464
*Joe Nathan Holloway, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2465
*Paul Durwood Magee, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2466
*Anita M. Clark v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2467
*Johnnie L. Alexander, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2468
*Donald Randolph Burleson v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2469
*Lois Salter v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2470
*James L. Roeder, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2471
*William Dickinson, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2472
*Charlie Gant, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2473
*Earl McMannis, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2474
*Georgia Leeth v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2475
*Fred W. Norman, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2476
*Donnie N. Yarbrough, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2477
*John Edward Graning, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2478
*Raymond D. Groom, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2479
*Charles Boyd Killingsworth, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2489
*Jerry Stuchlik, et al. v. Ford Motor Co., et al.*, C.A. No. 3:01-2496
*Troy Eugene Cooley, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2498
*Dale Lynn Garner, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2499
*James Earl Koonce, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2500
*Betty Lou Gore, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2506
*Peter Benjamin Sumstine, et al. v. Daimlerchrysler Corp.*, et al., C.A. No. 3:01-2508
*Rebecca Johnson, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2511
*Frank George Nedbalek, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2512
*Harry Reginald Martin v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2513
*Zona B. Dirks v. Daimlerchrysler Corp., et al.*, C.A. No. 3:01-2514
*Bobby D. Richardson, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-937
*Alex William Wrobleski, et al. v. General Motors Corp., et al.*, C.A. No. 4:01-938
*Thomas Eugene Ussery, et al. v. Ford Motor Co., et al.*, C.A. No. 4:01-939
*Henry Wotipka, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-940

### Northern District of Texas (Continued)

*Richard Lee Izard v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-941
*Ray E. Tafelski, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-943
*Sylvester Tennison, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-944
*Coakie Washington, et al. v. Chrysler Corp., et al.*, C.A. No. 4:01-945
*J. C. Tipps, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-946
*Clois M. Arnic, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-947
*Edward Leroy Vining, et al. v. Ford Motor Co., et al.*, C.A. No. 4:01-948
*Raphael Edward Redmond, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-949
*Milton Slade, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-950
*Jodie Louis Nichter, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-951
*Larry Lawrence Ham, et al. v. Ford Motor Co., et al.*, C.A. No. 4:01-952
*Cecil Houston Wadsworth, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-953
*Rafael A. Villagomez, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-954
*Victor Caryoll Branch, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-961
*Billy Ray Banks, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-962
*Joy Isbell Tindol, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-965
*Peter Arden Van Vleck, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-966
*Philip Donakowski, et al. v. Daimlerchrysler Corp., et al.*, C.A. No. 4:01-968

# SCHEDULE B

MDL-875 — In re Asbestos Products Liability Litigation (No. VI)

### Western District of Arkansas

*Joseph William Johnston v. ACandS, Inc., et al.*, C.A. No. 2:01-2316

### Middle District of Florida

*Edmond J. Collins, et al. v. Rapid-American Corp., et al.*, C.A. No. 3:01-1370
*Jenny Holdiness, etc. v. Owens-Corning Fiberglas Corp., et al.*, C.A. No. 3:01-1461
*Johnny E. Curry, et al. v. Owens-Corning Fiberglas Corp., et al.*, C.A. No. 3:01-1462
*James T. Lewis, et al. v. Owens-Corning Fiberglas Corp., et al.*, C.A. No. 3:01-1463
*Robert P. Slaten, et al. v. Owens-Corning Fiberglas Corp., et al.*, C.A. No. 3:01-1464
*Joyce Blackburn, etc. v. ACandS, Inc., et al.*, C.A. No. 3:01-1465
*Yvonne Williams, etc. v. Rapid-American Corp., et al.*, C.A. No. 3:01-1469
*Esther K. Crumbley, etc. v. Owens-Corning Fiberglas Corp., et al.*,
   C.A. No. 3:01-1470

### Eastern District of Kentucky

*Olive Marshall, etc. v. Metropolitan Life Insurance, et al.*, C.A. No. 7:01-373
*Olive Marshall, etc. v. Metropolitan Life Insurance Co., et al.*, C.A. No. 7:01-402

### Eastern District of Louisiana

*Weston H. Hampton, et al. v. Owens-Illinois, Inc., et al.*, C.A. No. 2:01-3654
*Alton James Olinde v. Allied Signal, Inc., et al.*, C.A. No. 2:01-3656
*George R. Douglas, et al. v. Allied Signal, Inc., et al.*, C.A. No. 2:01-3657
*Alton James Olinde v. Allied Signal, Inc., et al.*, C.A. No. 2:01-3847
*George R. Douglas, et al. v. Allied Signal, Inc., et al.*, C.A. No. 2:01-3849

### Middle District of Louisiana

*James Loyd Hoyt v. Owens-Corning Fiberglas Corp., et al.*, C.A. No. 3:01-1058
*John Henry Jeanpierre v. Owens-Corning Fiberglas Corp., et al.*, C.A. No. 3:01-1059
*Ernest Piper, II v. Owens-Corning Fiberglas Corp., et al.*, C.A. No. 3:01-1061
*Jack P. Burge, et al. v. Owens-Corning Corp., et al.*, C.A. No. 3:01-1062

- B2 -

### Western District of New York

*Robert William Gittens, Jr., et al. v. ACandS, Inc., et al.*, C.A. No. 1:01-847
*Thomas L. Laribee, et al. v. ACandS, Inc., et al.*, C.A. No. 1:01-848
*David F. Avery v. ACandS, Inc., et al.*, C.A. No. 1:01-849
*Thomas W. Smith v. ACandS, Inc., et al.*, C.A. No. 1:01-850
*Thomas A. DiSanto, et al. v. ACandS, Inc., et al.*, C.A. No. 1:01-852
*Joyce Scalzo, etc. v. Allied Signal, Inc., et al.*, C.A. No. 1:01-856
*Elliott R. Holmes, etc. v. ACandS, Inc., et al.*, C.A. No. 1:01-858
*Richard Charles Bailey, et al. v. ACandS, Inc., et al.*, C.A. No. 1:01-859
*William J. Urwin, et al. v. ACandS, Inc., et al.*, C.A. No. 1:01-860
*Mary Kelly, etc. v. ACandS, Inc., et al.*, C.A. No. 1:01-861
*David Besanceney, et al. v. Borg-Warner Corp., et al.*, C.A. No. 1:01-864
*Clifford Schiess v. ACandS, Inc., et al.*, C.A. No. 1:01-872
*Carol M. Ozga, et al. v. Allied Signal, Inc., et al.*, C.A. No. 1:01-874

### District of North Dakota

*Arne W. Christianson v. ACandS, Inc., et al.*, C.A. No. 2:01-141
*Judy Saragoza, et al. v. ACandS, Inc., et al.*, C.A. No. 2:01-142
*Myles Drellack v. A.H. Bennett Co., et al.*, C.A. No. 2:01-143
*Obert Amble v. Allied Signal, Inc., et al.*, C.A. No. 2:01-144
*Clinton T. Dowling v. A.H. Bennett Co., et al.*, C.A. No. 2:01-145
*Edwin Gartner v. Allied Signal, Inc., et al.*, C.A. No. 3:01-146
*Coralee Erickson, etc. v. Allied Signal, Inc., et al.*, C.A. No. 3:01-147