

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 20 2002

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*New Mexico Cases*

*Sam Jordan, et al. v. AC&S, et al.; CIV-02-0782 LH/RLP*
*Victor Barney, et al. v. AC&S, et al.; CIV-02-0783 LH/DJS*
*O. Robert Longacre, et al. v. AC&S, et al.; CIV-02-0784 WPJ/DJS*
*Isidro Anaya, Sr., et al. v. AC&S, et al.; CIV-02-0785 JC/DJS*
*Jacob F. Chavez, et al. v. AC&S, et al.; CIV-02-0786 M/LFG*
*Adam Vigil, et al. v. AC&S, et al.; CIV-02-0788 LH/WWD*
*Robert Burns, et al. v. AC&S, et al.; CIV-02-0789 MCA/RLP*
*Robert Bassett, et al. v. AC&S, et al.; CIV-02-0790 JC/DJS*
*Troy Rightmire, et al. v. AC&S, et al.; CIV-02—0792 M/WWD*
*Juan Torres, et al. v. AC&S, et al.; CIV-02-0793LH/RLP*
*Louis Armijo, et al. v. AC&S, et al.; CIV-02-0794 LH/DJS*
*Isaias Garcia, Jr., et al. v. AC&S, et al.; CIV-02-0796 LH/RLP*
*Robert Austin, et al. v. AC&S, et al.; CIV-02-0795 MV/DJS*

NOTICE OF OPPOSITION
PURSUANT TO RULE 7.4 OF THE RULES OF PROCEDURE
OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the plaintiffs hereby file Notice of Opposition to the Conditional Transfer Order entered on August 6, 2002 in the above-cited case by the Clerk of the Panel transferring this action to the U.S. District Court for the Eastern District of Pennsylvania (MDL Docket No. 875).

In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the plaintiff, within 15 days of the filing of this Notice of Opposition, will file a motion to vacate the Conditional Transfer Order and brief in support thereof.

1

PLEADING NO 3657

OFFICIAL FILE COPY   IMAGED AUG 23 '02

Respectfully submitted,

WHITNEY BUCHANAN, P.C.

By: Whitney Buchanan
3200 Monte Vista Blvd. N.E.
Albuquerque, NM 87106
(505) 265-6491

and

NESS MOTLEY
By: Ann Kimmel Ritter
Post Office Box 365
Barnwell, South Carolina 29812
Telephone: (843) 216-9000

ATTORNEYS FOR PLAINTIFFS

August 19th, 2002

Albuquerque, New Mexico