AUG-19-02 12:42 FROM-SALES MIDLAND ALABAM T-646 P.03/06 F-666
Case MDL No. 875 Document 3658 Filed 08/20/02 Page 1 of 4
MDL 875
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
AUG 20 2002
FILED
CLERK'S OFFICE

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
## DOCKET NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
CONDITIONAL TRANSFER ORDER CTO-215

THIS DOCUMENT RELATES TO CTO-215 AS IT PERTAINS TO THE FOLLOWING ACTIONS WHICH WERE TRANSFERRED FROM THE FEDERAL DISTRICT COURT, WESTERN DISTRICT OF KENTUCKY AT LOUISVILLE

USDC-WD-LOUISVILLE CASE. NO: 3:02CV-332-S

WILO DEAN RICH,
KELLY W. PREWITT and PATSY PREWITT,
BILLY VINCENT,
CARL D. STEWART and PHYLLIS STEWART,
SADIE MOORE-COOK,
JOSEPH L. SCHULER, SR.,
JOANN SCHULER,
RUBY CAIN,
JUDITH CORN,
MARY HAAG,
BONNIE W. WINES,
ADRIAN VAN BAKEL and THERESA VAN BAKEL,
JEROME DUVALL,
EMMA HALL AND JAMES HALL,
WANDA M. MORRIS,
NORA L. WOOSLEY and ELZA G. WOOSLEY,
LOUISE E. GOULDER,
MILDRED NEEDY,
WILLIAM D. SALE                                                                  PLAINTIFFS

v.

HOLLINGSWORTH & VOSE CO, ET AL                                                   DEFENDANTS



## NOTICE OF OPPOSITION

Come the Plaintiffs, by counsel, and hereby oppose this Panel's Conditional Transfer Order CTO-215, entered on August 6, 2002. The basis for Plaintiff's opposition will be further elaborated

OFFICIAL FILE COPY IMAGED AUG 23 '02

in their motion to vacate the Conditional Transfer Order filed in accordance with Rule 12 of the Rules of Civil Procedure of the Judicial Panel on Multidistrict Litigation.

Plaintiffs respectfully request that the transmittal of the Panel's Conditional Transfer Order be stayed until further order of the Panel, which such other and further relief as the Panel deems just and equitable.

Respectfully submitted,

SALES, TILLMAN & WALLBAUM

Joseph D. Satterley
1000 Waterfront Plaza
325 West Main Street
Louisville, KY 40202
Telephone: (502) 589-5600
**COUNSEL FOR PLAINTIFFS**

AUG-19-02 12:43 FROM-SALES TILLMAN WALDBAUM T-644 P 05/06 F-666

Case MDL No. 875   Document 3658   Filed 08/20/02   Page 3 of 4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 0 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I t is hereby certified that a true and correct copy of the foregoing was this 19th day of August, 2002, mailed to all counsel of record per the attached Service List.

_____
COUNSEL FOR PLAINTIFFS

## Wilo Dean Rich, et al - Service List

Edward H. Stopher, Esq.
Scott A. Davidson, Esq.
Boehl, Stopher & Graves
2300 Aegon Center
400 W. Market Street
Louisville, KY 4020
**Counsel for Loews Corp.**
**and Lorillard Tobacco Co.**

David B. Thorne, Esq.
Roger Geary, Esq.
Shook, Hardy & Bacon
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118
**Counsel for Loews Corp.**
**and Lorillard Tobacco Co.**

David T. Schaefer, Esq.
Woodward, Hobson & Fulton
101 South Fifth Street
2500 National City Tower
Louisville, KY 40202
**Counsel for Hollingsworth & Vose**