JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**AUG 20 2002**

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY )
LITIGATION (NO. VI) )
) **DOCKET NO. MDL 875**
CONDITIONAL TRANSFER ORDER (CTO- )
215 )

*This Document Relates to:*

DISTRICT COURT
COUNTY OF BOULDER
STATE OF COLORADO

KENNETH FREIBERG AND MARY SUE
FRIEBERG, Husband and Wife
    Plaintiff

-vs-                                        No. 2002CV1272

SWINERTON & WALBERG,
ET AL

---

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

---

Plaintiffs, pursuant to MDL Rule 7.4(c), hereby notify this Court that Plaintiffs oppose the conditional transfer of this "tag-along" action to this Court. Plaintiffs will file their Motion to Vacate Conditional Transfer Order and Brief in Support thereof within fifteen (15) days of this filing.

OFFICIAL FILE COPY   IMAGED AUG 23 '02

NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER
Page 2

DATED: 08/15/02

                    TRINE & METCALF, P.C.
                    Attorneys for Plaintiffs

                    J. Conard Metcalf, Reg. 2489
                    1435 Arapahoe Ave.
                    Boulder, CO 80302
                    303.442.0173

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 20 2002

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) ) ) ) | DOCKET NO. MDL 875 |
| CONDITIONAL TRANSFER ORDER (CTO-215 ) ) | |

*This Document Relates to:*

DISTRICT COURT
COUNTY OF BOULDER
STATE OF COLORADO

KENNETH FREIBERG AND MARY SUE FRIEBERG, Husband and Wife
    Plaintiff

-vs-                                No. 2002CV~~4403~~ 1272

SWINERTON & WALBERG,
ET AL

---

### CERTIFICATE OF SERVICE

---

    I hereby certify that a true and correct copy of the foregoing NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER was served upon the following via e-filing via U.S. Mail, postage pre-paid on this 16th day of August, 2002:

James Miletich, Esq.
Long & Jaudon,
*Attorneys for Rio Grande*
1600 Ogden Street
Denver, CO 80218-1414
(303) 832-1122
FAX: (303) 832-1348

Daniel Fowler, Esq.
Brian Widmann, Esq.
Fowler, Schimberg & Flanagan, P.C.
*Attorneys for Swinerton & Walberg*
1640 Grant St., #300 Denver, CO 80203
(303) 298-8603
FAX: (303) 298-8748

Bradley Levin, Esq.
Roberts, Levin & Patterson, P.C.
*Attorneys for Georgia Pacific*
1660 Wynkoop, Suite 800
Denver, CO 80202
(303) 575-9390
FAX: (303) 575-9385

Steven M. Kaufmann, Esq.
Brian Hoffman, Esq.
Morrison & Foerster, LLP
*Attorneys for ABB Lummus Global, Inc.*
370 17th Street, Suite 5200
Denver, CO 80202
(303) 592-1500
FAX: (303) 592-1510

Shauna Hilgers, Esq.
Law Office of Shauna Hilgers
*Attorneys for Flintkote*
P.O. Box 1254
Arvada, CO 80001
(303) 431-5037
FAX: (303) 431-5037

Gary M. Clexton, Esq.
King, Clexton & Feola, LLC
*Attorneys for John Crane*
1670 York Street
Denver, CO 80202
(303) 298-9878
FAX: (303) 298-9879

Mary Price Birk, Esq.
Ronald L. Hellbush, Esq.
Baker & Hostetler, LLP
*Attorneys for Union Carbide*
303 17th Avenue, #1100
Denver, CO 80203
(303) 861-0600
FAX: (303) 861-7805

Christopher K. Miller, Esq.
Kennedy & Christopher, P.C.
*Attorneys for Flanders Filters, Inc.*
1050 Seventeenth Street, Suite 2500
Denver, CO 80265
(303) 825-2700
FAX: (303) 825-0434

David M. Setter, Esq.
Kathryn M. Epperson, Esq.
Socha, Perczak & Anderson, P.C.
*Attorneys for Camfil Farr, Inc.*
1775 Serman Street, Suite 1925
Denver, CO 80203
(303) 832-7265
FAX: (303)832-7438

U.S. District Court
for the District of Colorado
Clerk's Office
U.S. Courthouse
1929 Stout Street
Denver, CO 80294

*Nancy Dene Cullen* (signature)

FREIBERG

2