

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 0 2002

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Asbestos Products
Liability Litigation (No. VI)

MDL No. __875__

ILS 3:02-655

### NOTICE OF OPPOSITION

COMES NOW Plaintiff, Marvin May, by and through his attorney, THE SIMMONS FIRM, L.L.C., and hereby opposes the conditional transfer order of the case captioned Marvin J. May vs. A.W. Chesterton, et. al., from the United States District Court for the Southern District of Illinois, District 3. Said order was filed on August 6, 2002 by the Judicial Panel on Multidistrict Litigation.

Respectfully Submitted,

James F. Kelly
The Simmons Firm, L.L.C.
301 Evans Ave., Suite 300
Wood River, Illinois 62095
(618) 259-2222
FAX: (618) 259-2251



**OFFICIAL FILE COPY**   IMAGED AUG 23 '02

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 20 2002

FILED
CLERK'S OFFICE

## FACSIMILE PROOF OF SERVICE

A copy of the foregoing was delivered via facsimile transmission to the Clerk of the Judicial Panel on Multidistrict Litigation in Washington, D.C., on this **16TH day of August, 2002**.

*[signature: Rosalind M. Peterson]*