JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 20 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

FLOWER MANGIALARDI, et al.                                  PLAINTIFFS

VERSUS                              CIVIL ACTION NO. 2:02CV121-B-B
                                         (Northern District of Mississippi)

HAROLD'S AUTO PARTS, et al.                                 DEFENDANTS

### PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-215)

TO THE CLERK OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:

COMES NOW, Plaintiffs, and make and file this their Notice of Opposition to Conditional Transfer Order (CTO-215), and for same would show unto the Clerk of the Panel the following, to-wit:

I.

In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiffs oppose the transfer of the above styled and numbered action to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §1407.

Respectfully submitted,

CHAPMAN, LEWIS & SWAN
501 First Street
Post Office Box 428
Clarksdale, Mississippi 38614
(662) 627-4105 (Telephone)

By: _____
DANA J. SWAN (MSB #8088)

OFFICIAL FILE COPY  IMAGED AUG 23 '02

AUG-16-2002(FRI) 14:41 CHAPMAN LEWIS SWAN (FAX)6626274171 P.004/004
Case MDL No. 875 Document 3661 Filed 08/20/02 Page 2 of 2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 20 2002

FILED
CLERK'S OFFICE

OF COUNSEL:

G. Patterson Keahey
Law Offices of G. Patterson Keahey, Jr., P.C.
One Independence Plaza
Suite 814
Birmingham, Alabama 35209
Telephone: (205) 871-0707
Facsimile: (205) 871-0801

## CERTIFICATE OF SERVICE

I, Dana J. Swan, do hereby certify that I have this day via facsimile and U. S. Mail, postage prepaid, a true and correct copy of the above and foregoing Plaintiffs' Notice of Opposition to Conditional Transfer Order (CTO-215), to all counsel of record.

THIS, the 16th day of August, 2002.

_____
DANA J. SWAN

F:\DOCS\mangialardi.flower\Pleading\not opposition.wpd