

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 21 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-216)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 74,055 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY    IMAGED AUG 23 '02

# SCHEDULE CTO-216 - TAG ALONG CASES
# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

```
DISTRICT  DIV  CIVIL ACTION#        DISTRICT  DIV  CIVIL ACTION#        DISTRICT  DIV  CIVIL ACTION#

COLORADO                            TXN       4    02-236               TXN       4    02-389
  CO       1    02-1289             TXN       4    02-237               TXN       4    02-390
  CO       1    02-1290             TXN       4    02-238               TXN       4    02-391
  CO       1    02-1291             TXN       4    02-239               TXN       4    02-420
                                    TXN       4    02-240               TXN       4    02-619
ILLINOIS CENTRAL                    TXN       4    02-241               TXN       4    02-620
  ILC      4    02-4058             TXN       4    02-242               TXN       4    02-621
                                    TXN       4    02-243               TXN       4    02-622
ILLINOIS SOUTHERN                   TXN       4    02-244               TXN       4    02-623
  ILS      3    02-738              TXN       4    02-271               TXN       4    02-624
                                    TXN       4    02-272               TXN       4    02-625
MARYLAND                            TXN       4    02-273               TXN       4    02-626
  MD       1    02-1693             TXN       4    02-274               TXN       4    02-627
  MD       1    02-2355             TXN       4    02-275               TXN       4    02-628
                                    TXN       4    02-276               TXN       4    02-629
MINNESOTA                           TXN       4    02-277               TXN       4    02-630
  MN       0    02-1717             TXN       4    02-278               TXN       4    02-631
  MN       0    02-1718             TXN       4    02-279               TXN       4    02-632
  MN       0    02-1719             TXN       4    02-280               TXN       4    02-633
  MN       0    02-1720             TXN       4    02-281
  MN       0    02-1721             TXN       4    02-282               TEXAS SOUTHERN
                                    TXN       4    02-283               TXS       4    02-2468
NORTH CAROLINA MIDDLE               TXN       4    02-284               TXS       4    02-2515
  NCM      1    02-566              TXN       4    02-285               TXS       4    02-2516
  NCM      1    02-572              TXN       4    02-286               TXS       4    02-2614
  NCM      1    02-573              TXN       4    02-287               TXS       4    02-2615
  NCM      1    02-574              TXN       4    02-288
                                    TXN       4    02-289               VIRGINIA EASTERN
NORTH CAROLINA WESTERN              TXN       4    02-290               VAE       2    02-6855
  NCW      2    02-171              TXN       4    02-291               VAE       2    02-6856
  NCW      3    02-287              TXN       4    02-292               VAE       2    02-6858
                                    TXN       4    02-293               VAE       2    02-6859
NEW MEXICO                          TXN       4    02-294               VAE       2    02-6860
  NM       1    02-887              TXN       4    02-295               VAE       2    02-6861
  NM       1    02-902              TXN       4    02-296               VAE       2    02-6862
  NM       1    02-909              TXN       4    02-297               VAE       2    02-6863
  NM       1    02-910              TXN       4    02-298               VAE       2    02-6864
  NM       1    02-911              TXN       4    02-299               VAE       2    02-6865
  NM       1    02-912              TXN       4    02-300               VAE       2    02-6866
  NM       1    02-913              TXN       4    02-301               VAE       2    02-6867
  NM       1    02-914              TXN       4    02-302               VAE       2    02-6868
                                    TXN       4    02-303               VAE       2    02-6869
TEXAS NORTHERN                      TXN       4    02-304               VAE       2    02-6870
  TXN      3    02-1543             TXN       4    02-305               VAE       2    02-6871
  TXN      4    02-209              TXN       4    02-306               VAE       2    02-6872
  TXN      4    02-210              TXN       4    02-307               VAE       2    02-6873
  TXN      4    02-211              TXN       4    02-308               VAE       2    02-6874
  TXN      4    02-212              TXN       4    02-309               VAE       2    02-6875
  TXN      4    02-213              TXN       4    02-310               VAE       2    02-6876
  TXN      4    02-214              TXN       4    02-311               VAE       2    02-6877
  TXN      4    02-215              TXN       4    02-368               VAE       2    02-6878
  TXN      4    02-216              TXN       4    02-369               VAE       2    02-6879
  TXN      4    02-217              TXN       4    02-370               VAE       2    02-6880
  TXN      4    02-218              TXN       4    02-371               VAE       2    02-6881
  TXN      4    02-219              TXN       4    02-372               VAE       2    02-6882
  TXN      4    02-220              TXN       4    02-373               VAE       2    02-6883
  TXN      4    02-221              TXN       4    02-374               VAE       2    02-6884
  TXN      4    02-222              TXN       4    02-375               VAE       2    02-6885
  TXN      4    02-223              TXN       4    02-376               VAE       2    02-6886
  TXN      4    02-224              TXN       4    02-377               VAE       2    02-6887
  TXN      4    02-225              TXN       4    02-378               VAE       2    02-6888
  TXN      4    02-226              TXN       4    02-379               VAE       2    02-6889
  TXN      4    02-227              TXN       4    02-380               VAE       2    02-6890
  TXN      4    02-228              TXN       4    02-381               VAE       2    02-6891
  TXN      4    02-229              TXN       4    02-382
  TXN      4    02-230              TXN       4    02-383               WISCONSIN WESTERN
  TXN      4    02-231              TXN       4    02-384               WIW       3    01-441
  TXN      4    02-232              TXN       4    02-385
  TXN      4    02-233              TXN       4    02-386
  TXN      4    02-234              TXN       4    02-387
  TXN      4    02-235              TXN       4    02-388
```