MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FILED

AUG 1 2 2002

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JON STEWART AND SANDRA STEWART, Plaintiffs | § § § § | Case No. 02-CV-1104 |
| v. | § § | |
| ACANDS, INC., ET AL. Defendants | § § | |

ORDER ON PLAINTIFFS' AGREED MOTION FOR REMAND

Came on to be considered plaintiffs' agreed motion for remand. The Court finds that this agreed motion should be granted. This case is therefore remanded to the state court from which it was removed pursuant to 28 U.S.C. §1447(c).

Dated this 12<sup>r</sup> day of August, 2002.

_____
United States District Judge

MDL- 875
RECOMMENDED ACTION

Vacate CTO-215 - one action
Approved/Date: MK 8/21

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2002 AUG 21 A 6:43
RECEIVED CLERK'S OFFICE

OFFICIAL FILE COPY IMAGED AUG 23 '02