MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 21 2002

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Jon Stewart, et al. v. ACandS, Inc., et al.*, N.D. Texas, C.A. No. 3:02-1104

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Stewart*) on August 6, 2002. The Panel has now been advised that *Stewart* was remanded to state court by the Honorable Sidney A. Fitzwater in an order filed on August 12, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-215" filed on August 6, 2002, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

PLEADING NO. 3664

**OFFICIAL FILE COPY**