JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 21 2002

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS            )
LIABILITY LITIGATION (NO. VI)       )
                                    )          **Docket No. MDL 875**
CONDITIONAL TRANSFER                )
ORDER NO. CTO-215                   )

---

**U.S. DISTRICT COURT, DISTRICT OF COLORADO**

**CIVIL ACTION NO. 02-CV-1272 (OES)**

KENNETH FREIBERG and MARY SUE FREIBERG,

   Plaintiffs,

v.

SWINERTON & WALBERG PROPERTY SERVICES, INC., ABB LUMMUS GLOBAL, INC., THE FLINKOTE CORPORATION, GEORGIA-PACIFIC CORPORATION, PLATEAU SUPPLY COMPANY, RIO GRANDE COMPANY, JOHN CRANE, INC., RAPID AMERICAN CORPORATION, (Successor to Philip Carey Manufacturing Company), UNION CARBIDE CORPORATION, FLANDERS FILTERS, INC., a/k/a F.F.I., INC., a subsidiary of FLANDERS CORPORATION, GARLOCK, INC., and CAMFIL FARR, INC., f/k/a FARR CO.,

   Defendants.

---

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

---

Defendant Swinerton & Walberg Property Services, Inc., through its counsel, Fowler, Schimberg & Flanagan, P.C., and pursuant to Multidistrict Litigation Rule 7.4(c), hereby notify this Court that Defendant opposes the conditional transfer of this "tag along" action to the U.S. District Court for the Eastern District of Pennsylvania. Pursuant to Multidistrict Litigation Rule 7.4(d), Defendant Swinerton & Walberg Property Services, Inc. will file their Motion to Vacate Conditional Transfer Order and Brief in Support Thereof within fifteen (15) days from the date of this Notice.

**OFFICIAL FILE COPY**          IMAGED AUG 23 '02

DATED this 21st day of August, 2002.

                    FOWLER SCHIMBERG & FLANAGAN, P.C.

                    */s/ Daniel M. Fowler*

                    Daniel M. Fowler, Esq.
                    1640 Grant Street, Suite 300
                    Denver, Colorado 80203
                    Telephone: (303) 298-8603

                    ATTORNEYS FOR DEFENDANT SWINERTON
                    & WALBERG PROPERTY SERVICES, INC.

AUG-21-02 WED 09:32 AM  Case MDL No. 875  Document 3665  Filed 08/21/02  Page 3 of 4  FAX NO.  P. 04
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 21 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2002, I caused a true and correct copy of the foregoing **NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER** to be placed into the United States Mail, first class postage prepaid, and correctly addressed to the following:

Michael J. Beck  *VIA FACSIMILE TRANSMISSION (202) 502-2888*
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Clerk of the District Court
U.S. District Court for the District of Colorado
1929 Stout Street, Room C-145
Denver, Colorado 80202

Magistrate Judge Edward Schlatter
U.S. District Court for the District of Colorado
1929 Stout Street, Room C-162
Denver, Colorado 80202

J. Conard Metcalf, Esq.
Trine & Metcalf
1435 Arapahoe Avenue
Boulder, Colorado 80302
*Attorneys for Plaintiff*

Steven M. Kaufmann, Esq.
Brian Hoffman, Esq.
Morrison & Foerster, LLP
370 17th Street, Suite 5200
Denver, Colorado 80202
*Attorneys for ABB Lummus Global, Inc.*

Shauna Hilgers, Esq.
6508 Poppy Street
Post Office Box 1254
Arvada, Colorado 80001
*Attorneys for The Flinkote Corporation*

Bradley Levin, Esq.
Roberts Levin & Patterson
1512 Larimer Street, Suite 950
Denver, Colorado 80202
*Attorneys for Georgia-Pacific Corporation*

Dennis H. Markusson, Esq.
Markusson Green & Jarvis, P.C.
999 18th Street, Suite 3300
Denver, Colorado 80202
*Attorneys for Plateau Supply Company*

James Miletich, Esq.
McConnell, Siderius, Fleishner, Houghtaling & Craigmile, LLC
2401 15th Street, Suite 300
Denver, Colorado 80202
*Attorneys for Rio Grande Company and Rapid American Corporation*

Gary M. Clexton, Esq.
King Clexton & Feola, LLC.
1670 York Street
Denver, Colorado 80202
***Attorneys for John Crane, Inc.***

Mary Price Birk, Esq.
Ronald L. Hellbusch, Esq.
Monica Guardiola, Esq.
Baker & Hostetler, LLP
303 East 17th Avenue, Suite 1100
Denver, Colorado 80203
***Attorneys for Union Carbide Corporation***

Christopher K. Miller, Esq.
Kennedy & Christopher, P.C.
1050 17th Street, Suite 2500
Denver, Colorado 80265
***Attorneys for Flanders Filters, Inc.***

David Nowak, Esq.
White & Steele, P.C.
950 17th Street, Suite 2100
Denver, Colorado 80202
***Attorneys for Garlock, Inc.***

David Setter, Esq.
Socha, Perczak & Anderson, P.C.
1775 Sherman Street, Suite 1925
Denver, Colorado 80203
***Attorneys for Camfil Farr, Inc.***

*[signature]*