MDL 375

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**AUG 2 2 2002**

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE: MDL-875 — In re Asbestos Products Liability Litigation (No. VI)

### DOCKET NO. 875
### (CONDITIONAL TRANSFER ORDER: CTO-215)
### MSS 1 02-414

### <u>NOTICE OF OPPOSITION</u>

Notice is hereby given, pursuant to the Panels's August 6, 2002 Conditional Transfer Order, that

Plaintiffs oppose submission and/or assignment and/or transfer of Civil Action Number MSS 1 02-414

from the U.S. District Court for the Southern District of Mississippi, Southern Division, to the U. S.

District Court for the Eastern District of Pennsylvania.

Respectfully submitted this the __21st__ day of August, 2002.


By: _____
PATRICK C. MALOUF
One of the Attorneys for Plaintiffs


Of Counsel:

Timothy W. Porter, MSB No. 9687
Patrick C. Malouf, MSB No. 9702
PORTER & MALOUF, P.A.
Post Office Box 12768
4670 McWillie Drive
Jackson, Mississippi 39236-2768
Telephone:    (601) 981-9990
Facsimile:    (601) 981-9980

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2002 AUG 22  A 6: 33

RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY** IMAGED AUG 26 '02

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE:   MDL-875 — In re Asbestos Products Liability Litigation (No. VI)

### DOCKET NO. 875
### (CONDITIONAL TRANSFER ORDER: CTO-215)
### MSS 1 02-415

## NOTICE OF OPPOSITION

Notice is hereby given, pursuant to the Panels's August 6, 2002 Conditional Transfer Order, that

Plaintiffs oppose submission and/or assignment and/or transfer of Civil Action Number MSS 1 02-415

from the U.S. District Court for the Southern District of Mississippi, Southern Division, to the U. S.

District Court for the Eastern District of Pennsylvania.

Respectfully submitted this the ___21___ day of August, 2002.

By: _____
PATRICK C. MALOUF
One of the Attorneys for Plaintiffs

Of Counsel:

Timothy W. Porter, MSB No. 9687
Patrick C. Malouf, MSB No. 9702
PORTER & MALOUF, P.A.
Post Office Box 12768
4670 McWillie Drive
Jackson, Mississippi 39236-2768
Telephone:   (601) 981-9990
Facsimile:   (601) 981-9980

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE:  MDL-875 — In re Asbestos Products Liability Litigation (No. VI)

### DOCKET NO. 875
### (CONDITIONAL TRANSFER ORDER: CTO-215)
### MSS 1 02-416

### NOTICE OF OPPOSITION

Notice is hereby given, pursuant to the Panels's August 6, 2002 Conditional Transfer Order, that

Plaintiffs oppose submission and/or assignment and/or transfer of Civil Action Number MSS 1 02 416

from the U.S. District Court for the Southern District of Mississippi, Southern Division, to the U. S.

District Court for the Eastern District of Pennsylvania.

Respectfully submitted this the __2l__ day of August, 2002.


By: _____
PATRICK C. MALOUF
One of the Attorneys for Plaintiffs


Of Counsel:

Timothy W. Porter, MSB No. 9687
Patrick C. Malouf, MSB No. 9702
PORTER & MALOUF, P.A.
Post Office Box 12768
4670 McWillie Drive
Jackson, Mississippi 39236-2768
Telephone:  (601) 981-9990
Facsimile:   (601) 981-9980

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE:   MDL-875 — In re Asbestos Products Liability Litigation (No. VI)**

**DOCKET NO. 875**
**(CONDITIONAL TRANSFER ORDER: CTO-215)**
**MSS  1  02-417**

**NOTICE OF OPPOSITION**

Notice is hereby given, pursuant to the Panels's August 6, 2002 Conditional Transfer Order, that

Plaintiffs oppose submission and/or assignment and/or transfer of Civil Action Number MSS 1 02-417

from the U.S. District Court for the Southern District of Mississippi, Southern Division, to the U. S.

District Court for the Eastern District of Pennsylvania.

Respectfully submitted this the __21__ day of August, 2002.

By: _____
PATRICK C. MALOUF
One of the Attorneys for Plaintiffs

Of Counsel:

Timothy W. Porter, MSB No. 9687
Patrick C. Malouf, MSB No. 9702
PORTER & MALOUF, P.A.
Post Office Box 12768
4670 McWillie Drive
Jackson, Mississippi 39236-2768
Telephone:   (601) 981-9990
Facsimile:   (601) 981-9980

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE: MDL-875 — In re Asbestos Products Liability Litigation (No. VI)

### DOCKET NO. 875
### (CONDITIONAL TRANSFER ORDER: CTO-215)
### MSS 1 02-418

### NOTICE OF OPPOSITION

Notice is hereby given, pursuant to the Panels's August 6, 2002 Conditional Transfer Order, that

Plaintiffs oppose submission and/or assignment and/or transfer of Civil Action Number MSS 1 02-418

from the U.S. District Court for the Southern District of Mississippi, Southern Division, to the U. S.

District Court for the Eastern District of Pennsylvania.

Respectfully submitted this the __21__ day of August, 2002.

By: _____
   PATRICK C. MALOUF
   One of the Attorneys for Plaintiffs

Of Counsel:

Timothy W. Porter, MSB No. 9687
Patrick C. Malouf, MSB No. 9702
PORTER & MALOUF, P.A.
Post Office Box 12768
4670 McWillie Drive
Jackson, Mississippi 39236-2768
Telephone:   (601) 981-9990
Facsimile:   (601) 981-9980

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE:  MDL-875 — In re Asbestos Products Liability Litigation (No. VI)

### DOCKET NO. 875
### (CONDITIONAL TRANSFER ORDER: CTO-215)
### MSS 1 02-419

### NOTICE OF OPPOSITION

Notice is hereby given, pursuant to the Panels's August 6, 2002 Conditional Transfer Order, that

Plaintiffs oppose submission and/or assignment and/or transfer of Civil Action Number MSS 1 02-419

from the U.S. District Court for the Southern District of Mississippi, Southern Division, to the U. S.

District Court for the Eastern District of Pennsylvania.

Respectfully submitted this the _21_ day of August, 2002.


By: _____
        PATRICK C. MALOUF
        One of the Attorneys for Plaintiffs


Of Counsel:

Timothy W. Porter, MSB No. 9687
Patrick C. Malouf, MSB No. 9702
PORTER & MALOUF, P.A.
Post Office Box 12768
4670 McWillie Drive
Jackson, Mississippi 39236-2768
Telephone:   (601) 981-9990
Facsimile:    (601) 981-9980

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE:   MDL-875 — In re Asbestos Products Liability Litigation (No. VI)

### DOCKET NO. 875
### (CONDITIONAL TRANSFER ORDER: CTO-215)
### MSS 1 02-422

### <u>NOTICE OF OPPOSITION</u>

Notice is hereby given, pursuant to the Panels's August 6, 2002 Conditional Transfer Order, that

Plaintiffs oppose submission and/or assignment and/or transfer of Civil Action Number MSS 1 02-422

from the U.S. District Court for the Southern District of Mississippi, Southern Division, to the U. S.

District Court for the Eastern District of Pennsylvania.

Respectfully submitted this the ___21___ day of August, 2002.


By: _____
      PATRICK C. MALOUF
      One of the Attorneys for Plaintiffs


Of Counsel:

Timothy W. Porter, MSB No. 9687
Patrick C. Malouf, MSB No. 9702
PORTER & MALOUF, P.A.
Post Office Box 12768
4670 McWillie Drive
Jackson, Mississippi 39236-2768
Telephone:   (601) 981-9990
Facsimile:   (601) 981-9980

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE:  MDL-875 — In re Asbestos Products Liability Litigation (No. VI)

### DOCKET NO. 875
### (CONDITIONAL TRANSFER ORDER: CTO-215)
### MSS 1 02-423

### NOTICE OF OPPOSITION

Notice is hereby given, pursuant to the Panels's August 6, 2002 Conditional Transfer Order, that

Plaintiffs oppose submission and/or assignment and/or transfer of Civil Action Number MSS 1 02-423

from the U.S. District Court for the Southern District of Mississippi, Southern Division, to the U. S.

District Court for the Eastern District of Pennsylvania.

Respectfully submitted this the __21__ day of August, 2002.


By: _____
    PATRICK C. MALOUF
    One of the Attorneys for Plaintiffs


Of Counsel:

Timothy W. Porter, MSB No. 9687
Patrick C. Malouf, MSB No. 9702
PORTER & MALOUF, P.A.
Post Office Box 12768
4670 McWillie Drive
Jackson, Mississippi 39236-2768
Telephone:  (601) 981-9990
Facsimile:  (601) 981-9980

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE:  MDL-875 — In re Asbestos Products Liability Litigation (No. VI)

#### DOCKET NO. 875
#### (CONDITIONAL TRANSFER ORDER: CTO-215)
#### MSS 1 02-424

### NOTICE OF OPPOSITION

Notice is hereby given, pursuant to the Panels's August 6, 2002 Conditional Transfer Order, that

Plaintiffs oppose submission and/or assignment and/or transfer of Civil Action Number MSS 1 02-424

from the U.S. District Court for the Southern District of Mississippi, Southern Division, to the U. S.

District Court for the Eastern District of Pennsylvania.

Respectfully submitted this the __21__ day of August, 2002.


By: _____
PATRICK C. MALOUF
One of the Attorneys for Plaintiffs


Of Counsel:

Timothy W. Porter, MSB No. 9687
Patrick C. Malouf, MSB No. 9702
PORTER & MALOUF, P.A.
Post Office Box 12768
4670 McWillie Drive
Jackson, Mississippi  39236-2768
Telephone:   (601) 981-9990
Facsimile:    (601) 981-9980

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE:  MDL-875 — In re Asbestos Products Liability Litigation (No. VI)

### DOCKET NO. 875
### (CONDITIONAL TRANSFER ORDER: CTO-215)
### MSS 1 02-425

### <u>NOTICE OF OPPOSITION</u>

Notice is hereby given, pursuant to the Panels's August 6, 2002 Conditional Transfer Order, that

Plaintiffs oppose submission and/or assignment and/or transfer of Civil Action Number MSS 1 02-425

from the U.S. District Court for the Southern District of Mississippi, Southern Division, to the U. S.

District Court for the Eastern District of Pennsylvania.

Respectfully submitted this the _21_ day of August, 2002.

By: _____
PATRICK C. MALOUF
One of the Attorneys for Plaintiffs

Of Counsel:

Timothy W. Porter, MSB No. 9687
Patrick C. Malouf, MSB No. 9702
PORTER & MALOUF, P.A.
Post Office Box 12768
4670 McWillie Drive
Jackson, Mississippi 39236-2768
Telephone:   (601) 981-9990
Facsimile:    (601) 981-9980

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 22 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff hereby certifies that this day a true and correct copy of

the above and foregoing document has been sent by United States Mail, postage prepaid, to the

following:

> Christy D. Jones, Esq.
> Leslie Joyner Bobo, Esq.
> Patricia C. Gandy, Esq.
> BUTLER, SNOW, O'MARA,
>   STEVENS & CANNADA, PLLC
> Post Office Box 22567
> Jackson, Mississippi 39225-2567
>
> CHOICE COPY SERVICE
> 125 South Congress Street
> Suite L150, Capital Towers
> Jackson, Mississippi 39201

This, the __21__ day of August, 2002.

PATRICK C. MALOUF