JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 6 2002

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-215)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 74,057 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG 2 2 2002

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY IMAGED AUG 26 '02

## SCHEDULE CTO-215 - TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|---|---|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | **MISSISSIPPI NORTHERN** | | | OHN | 1 | 01-11091 |
| CAC | 2 | 02-4405 | ~~MSN~~ | ~~2~~ | ~~02-121~~ Opposed 8/20/02 | OHN | 1 | 01-11092 |
| | | | | | | OHN | 1 | 01-11093 |
| **CALIFORNIA NORTHERN** | | | | | | OHN | 1 | 01-11094 |
| CAN | 3 | 02-2611 | **MISSISSIPPI SOUTHERN** | | | OHN | 1 | 01-11095 |
| CAN | 3 | 02-2612 | MSS | 1 | 01-489 | OHN | 1 | 01-11096 |
| CAN | 3 | 02-2613 | ~~MSS~~ | ~~1~~ | ~~02-414~~ Opposed 8/22/02 | OHN | 1 | 01-11097 |
| | | | ~~MSS~~ | ~~1~~ | ~~02-415~~ Opposed 8/22/02 | OHN | 1 | 01-11098 |
| **COLORADO** | | | ~~MSS~~ | ~~1~~ | ~~02-416~~ Opposed 8/22/02 | OHN | 1 | 01-11099 |
| ~~CO~~ | ~~1~~ | ~~02-1272~~ Opposed 8/20/02 | ~~MSS~~ | ~~1~~ | ~~02-417~~ Opposed 8/22/02 | OHN | 1 | 01-11100 |
| | | | ~~MSS~~ | ~~1~~ | ~~02-418~~ Opposed 8/22/02 | OHN | 1 | 01-11101 |
| | | | ~~MSS~~ | ~~1~~ | ~~02-419~~ Opposed 8/22/02 | OHN | 1 | 01-11102 |
| **ILLINOIS CENTRAL** | | | ~~MSS~~ | ~~1~~ | ~~02-422~~ Opposed 8/22/02 | OHN | 1 | 01-11103 |
| ILC | 4 | 02-4055 | ~~MSS~~ | ~~1~~ | ~~02-423~~ Opposed 8/22/02 | OHN | 1 | 01-11104 |
| | | | ~~MSS~~ | ~~1~~ | ~~02-424~~ Opposed 8/22/02 | OHN | 1 | 01-11105 |
| **ILLINOIS NORTHERN** | | | ~~MSS~~ | ~~1~~ | ~~02-425~~ Opposed 8/22/02 | OHN | 1 | 01-11106 |
| ILN | 1 | 02-1687 | | | | OHN | 1 | 01-11107 |
| ILN | 1 | 02-2252 | **NORTH CAROLINA EASTERN** | | | OHN | 1 | 01-11108 |
| ILN | 1 | 02-2254 | NCE | 2 | 02-6 | OHN | 1 | 01-11109 |
| ILN | 1 | 02-2948 | NCE | 4 | 02-30 | OHN | 1 | 01-11110 |
| ILN | 1 | 02-3910 | NCE | 4 | 02-75 | OHN | 1 | 01-11111 |
| | | | NCE | 7 | 02-39 | OHN | 1 | 01-11112 |
| **ILLINOIS SOUTHERN** | | | NCE | 7 | 02-62 | OHN | 1 | 01-11113 |
| ~~ILS~~ | ~~3~~ | ~~02-655~~ Opposed 8/20/02 | | | | OHN | 1 | 01-11114 |
| ILS | 4 | 02-4130 | **NORTH CAROLINA MIDDLE** | | | OHN | 1 | 01-11115 |
| ILS | 4 | 02-4131 | NCM | 1 | 02-460 | OHN | 1 | 01-11116 |
| | | | | | | OHN | 1 | 01-11117 |
| **INDIANA NORTHERN** | | | **NORTH CAROLINA WESTERN** | | | OHN | 1 | 01-11118 |
| INN | 2 | 02-129 | NCW | 1 | 02-172 | OHN | 1 | 01-11119 |
| INN | 2 | 02-253 | NCW | 3 | 02-207 | OHN | 1 | 01-11120 |
| | | | NCW | 3 | 02-252 | OHN | 1 | 01-11121 |
| **KANSAS** | | | NCW | 3 | 02-253 | OHN | 1 | 01-11122 |
| KS | 2 | 02-2253 | NCW | 5 | 02-78 | OHN | 1 | 01-11123 |
| | | | | | | OHN | 1 | 01-11124 |
| **KENTUCKY WESTERN** | | | **NEBRASKA** | | | OHN | 1 | 01-11125 |
| ~~KYW~~ | ~~3~~ | ~~02-332~~ Opposed 8/20/02 | NE | 4 | 01-601 | OHN | 1 | 01-11126 |
| KYW | 5 | 02-169 | | | | OHN | 1 | 01-11127 |
| | | | **NEW JERSEY** | | | OHN | 1 | 01-11128 |
| **LOUISIANA EASTERN** | | | NJ | 1 | 02-320 | OHN | 1 | 01-11129 |
| LAE | 2 | 02-1556 | | | | OHN | 1 | 01-11130 |
| LAE | 2 | 02-1557 | **NEW MEXICO** | | | OHN | 1 | 01-11131 |
| LAE | 2 | 02-1558 | NM | 1 | 02-401 | OHN | 1 | 01-11132 |
| LAE | 2 | 02-1561 | ~~NM~~ | ~~1~~ | ~~02-782~~ Opposed 8/20/02 | OHN | 1 | 01-11133 |
| LAE | 2 | 02-1562 | ~~NM~~ | ~~1~~ | ~~02-783~~ Opposed 8/20/02 | OHN | 1 | 01-11134 |
| LAE | 2 | 02-1563 | ~~NM~~ | ~~1~~ | ~~02-784~~ Opposed 8/20/02 | OHN | 1 | 01-11135 |
| LAE | 2 | 02-1564 | ~~NM~~ | ~~1~~ | ~~02-785~~ Opposed 8/20/02 | OHN | 1 | 01-11136 |
| LAE | 2 | 02-1565 | ~~NM~~ | ~~1~~ | ~~02-786~~ Opposed 8/20/02 | OHN | 1 | 01-11137 |
| LAE | 2 | 02-1566 | ~~NM~~ | ~~1~~ | ~~02-788~~ Opposed 8/20/02 | OHN | 1 | 01-11138 |
| LAE | 2 | 02-1567 | ~~NM~~ | ~~1~~ | ~~02-789~~ Opposed 8/20/02 | OHN | 1 | 01-11139 |
| | | | ~~NM~~ | ~~1~~ | ~~02-790~~ Opposed 8/20/02 | OHN | 1 | 01-11140 |
| **MARYLAND** | | | ~~NM~~ | ~~1~~ | ~~02-792~~ Opposed 8/20/02 | OHN | 1 | 01-11141 |
| MD | 1 | 02-33 | ~~NM~~ | ~~1~~ | ~~02-793~~ Opposed 8/20/02 | OHN | 1 | 01-11142 |
| MD | 1 | 02-2098 | ~~NM~~ | ~~1~~ | ~~02-794~~ Opposed 8/20/02 | OHN | 1 | 01-11143 |
| | | | ~~NM~~ | ~~1~~ | ~~02-796~~ Opposed 8/20/02 | OHN | 1 | 01-11144 |
| **MAINE** | | | NM | 6 | 02-791 | OHN | 1 | 01-11145 |
| ME | 1 | 02-70 | ~~NM~~ | ~~6~~ | ~~02-795~~ Opposed 8/20/02 | OHN | 1 | 01-11146 |
| | | | | | | OHN | 1 | 01-11147 |
| **MINNESOTA** | | | **NEW YORK EASTERN** | | | OHN | 1 | 01-11148 |
| MN | 0 | 02-1210 | NYE | 1 | 01-1418 | OHN | 1 | 01-11149 |
| MN | 0 | 02-1367 | NYE | 1 | 01-2136 | OHN | 1 | 01-11150 |
| MN | 0 | 02-1715 | NYE | 1 | 01-8137 | OHN | 1 | 01-11151 |
| MN | 0 | 02-1722 | NYE | 1 | 02-555 | OHN | 1 | 01-11152 |
| MN | 0 | 02-1723 | NYE | 1 | 02-558 | OHN | 1 | 01-11153 |
| MN | 0 | 02-1724 | NYE | 1 | 02-712 | OHN | 1 | 01-11154 |
| MN | 0 | 02-1725 | NYE | 1 | 02-829 | OHN | 1 | 01-11155 |
| MN | 0 | 02-1726 | | | | OHN | 1 | 01-11156 |
| MN | 0 | 02-1727 | **NEW YORK SOUTHERN** | | | OHN | 1 | 01-11157 |
| MN | 0 | 02-1728 | NYS | 1 | 02-3674 | OHN | 1 | 01-11158 |
| MN | 0 | 02-1729 | | | | OHN | 1 | 01-11159 |
| MN | 0 | 02-1730 | **OHIO NORTHERN** | | | OHN | 1 | 01-11160 |
| MN | 0 | 02-1731 | OHN | 1 | 01-11087 | OHN | 1 | 01-11161 |
| MN | 0 | 02-1732 | OHN | 1 | 01-11088 | OHN | 1 | 01-11162 |
| MN | 0 | 02-1733 | OHN | 1 | 01-11089 | OHN | 1 | 01-11163 |
| MN | 0 | 02-1734 | OHN | 1 | 01-11090 | | | |
| MN | 0 | 02-1735 | | | | | | |

| DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|---|---|---|---|---|---|
| OHN | 1 | 01-11164 | OHN | 1 | 02-10075 | OHN | 1 | 02-10151 |
| OHN | 1 | 02-10000 | OHN | 1 | 02-10076 | OHN | 1 | 02-10152 |
| OHN | 1 | 02-10001 | OHN | 1 | 02-10077 | OHN | 1 | 02-10153 |
| OHN | 1 | 02-10002 | OHN | 1 | 02-10078 | OHN | 1 | 02-10154 |
| OHN | 1 | 02-10003 | OHN | 1 | 02-10079 | OHN | 1 | 02-10155 |
| OHN | 1 | 02-10004 | OHN | 1 | 02-10080 | OHN | 1 | 02-10156 |
| OHN | 1 | 02-10005 | OHN | 1 | 02-10081 | OHN | 1 | 02-10157 |
| OHN | 1 | 02-10006 | OHN | 1 | 02-10082 | OHN | 1 | 02-10158 |
| OHN | 1 | 02-10007 | OHN | 1 | 02-10083 | OHN | 1 | 02-10159 |
| OHN | 1 | 02-10008 | OHN | 1 | 02-10084 | OHN | 1 | 02-10160 |
| OHN | 1 | 02-10009 | OHN | 1 | 02-10085 | OHN | 1 | 02-10161 |
| OHN | 1 | 02-10010 | OHN | 1 | 02-10086 | OHN | 1 | 02-10162 |
| OHN | 1 | 02-10011 | OHN | 1 | 02-10087 | OHN | 1 | 02-10163 |
| OHN | 1 | 02-10012 | OHN | 1 | 02-10088 | OHN | 1 | 02-10164 |
| OHN | 1 | 02-10013 | OHN | 1 | 02-10089 | OHN | 1 | 02-10165 |
| OHN | 1 | 02-10014 | OHN | 1 | 02-10090 | OHN | 1 | 02-10166 |
| OHN | 1 | 02-10015 | OHN | 1 | 02-10091 | OHN | 1 | 02-10167 |
| OHN | 1 | 02-10016 | OHN | 1 | 02-10092 | OHN | 1 | 02-10168 |
| OHN | 1 | 02-10017 | OHN | 1 | 02-10093 | OHN | 1 | 02-10169 |
| OHN | 1 | 02-10018 | OHN | 1 | 02-10094 | OHN | 1 | 02-10170 |
| OHN | 1 | 02-10019 | OHN | 1 | 02-10095 | OHN | 1 | 02-10171 |
| OHN | 1 | 02-10020 | OHN | 1 | 02-10096 | OHN | 1 | 02-10172 |
| OHN | 1 | 02-10021 | OHN | 1 | 02-10097 | OHN | 1 | 02-10173 |
| OHN | 1 | 02-10022 | OHN | 1 | 02-10098 | OHN | 1 | 02-10174 |
| OHN | 1 | 02-10023 | OHN | 1 | 02-10099 | OHN | 1 | 02-10175 |
| OHN | 1 | 02-10024 | OHN | 1 | 02-10100 | OHN | 1 | 02-10176 |
| OHN | 1 | 02-10025 | OHN | 1 | 02-10101 | OHN | 1 | 02-10177 |
| OHN | 1 | 02-10026 | OHN | 1 | 02-10102 | OHN | 1 | 02-10178 |
| OHN | 1 | 02-10027 | OHN | 1 | 02-10103 | OHN | 1 | 02-10179 |
| OHN | 1 | 02-10028 | OHN | 1 | 02-10104 | OHN | 1 | 02-10180 |
| OHN | 1 | 02-10029 | OHN | 1 | 02-10105 | OHN | 1 | 02-10181 |
| OHN | 1 | 02-10030 | OHN | 1 | 02-10106 | OHN | 1 | 02-10182 |
| OHN | 1 | 02-10031 | OHN | 1 | 02-10107 | OHN | 1 | 02-10183 |
| OHN | 1 | 02-10032 | OHN | 1 | 02-10108 | OHN | 1 | 02-10184 |
| OHN | 1 | 02-10033 | OHN | 1 | 02-10109 | OHN | 1 | 02-10185 |
| OHN | 1 | 02-10034 | OHN | 1 | 02-10110 | OHN | 1 | 02-10186 |
| OHN | 1 | 02-10035 | OHN | 1 | 02-10111 | OHN | 1 | 02-10187 |
| OHN | 1 | 02-10036 | OHN | 1 | 02-10112 | OHN | 1 | 02-10188 |
| OHN | 1 | 02-10037 | OHN | 1 | 02-10113 | OHN | 1 | 02-10189 |
| OHN | 1 | 02-10038 | OHN | 1 | 02-10114 | OHN | 1 | 02-10190 |
| OHN | 1 | 02-10039 | OHN | 1 | 02-10115 | OHN | 1 | 02-10191 |
| OHN | 1 | 02-10040 | OHN | 1 | 02-10116 | OHN | 1 | 02-10192 |
| OHN | 1 | 02-10041 | OHN | 1 | 02-10117 | OHN | 1 | 02-10193 |
| OHN | 1 | 02-10042 | OHN | 1 | 02-10118 | OHN | 1 | 02-10194 |
| OHN | 1 | 02-10043 | OHN | 1 | 02-10119 | OHN | 1 | 02-10195 |
| OHN | 1 | 02-10044 | OHN | 1 | 02-10120 | OHN | 1 | 02-10196 |
| OHN | 1 | 02-10045 | OHN | 1 | 02-10121 | OHN | 1 | 02-10197 |
| OHN | 1 | 02-10046 | OHN | 1 | 02-10122 | OHN | 1 | 02-10198 |
| OHN | 1 | 02-10047 | OHN | 1 | 02-10123 | OHN | 1 | 02-10199 |
| OHN | 1 | 02-10048 | OHN | 1 | 02-10124 | OHN | 1 | 02-10200 |
| OHN | 1 | 02-10049 | OHN | 1 | 02-10125 | OHN | 1 | 02-10201 |
| OHN | 1 | 02-10050 | OHN | 1 | 02-10126 | OHN | 1 | 02-10202 |
| OHN | 1 | 02-10051 | OHN | 1 | 02-10127 | OHN | 1 | 02-10203 |
| OHN | 1 | 02-10052 | OHN | 1 | 02-10128 | OHN | 1 | 02-10204 |
| OHN | 1 | 02-10053 | OHN | 1 | 02-10129 | OHN | 1 | 02-10205 |
| OHN | 1 | 02-10054 | OHN | 1 | 02-10130 | OHN | 1 | 02-10206 |
| OHN | 1 | 02-10055 | OHN | 1 | 02-10131 | OHN | 1 | 02-10207 |
| OHN | 1 | 02-10056 | OHN | 1 | 02-10132 | OHN | 1 | 02-10208 |
| OHN | 1 | 02-10057 | OHN | 1 | 02-10133 | OHN | 1 | 02-10209 |
| OHN | 1 | 02-10058 | OHN | 1 | 02-10134 | OHN | 1 | 02-10210 |
| OHN | 1 | 02-10059 | OHN | 1 | 02-10135 | OHN | 1 | 02-10211 |
| OHN | 1 | 02-10060 | OHN | 1 | 02-10136 | OHN | 1 | 02-10212 |
| OHN | 1 | 02-10061 | OHN | 1 | 02-10137 | OHN | 1 | 02-10213 |
| OHN | 1 | 02-10062 | OHN | 1 | 02-10138 | OHN | 1 | 02-10214 |
| OHN | 1 | 02-10063 | OHN | 1 | 02-10139 | OHN | 1 | 02-10215 |
| OHN | 1 | 02-10064 | OHN | 1 | 02-10140 | OHN | 1 | 02-10216 |
| OHN | 1 | 02-10065 | OHN | 1 | 02-10141 | OHN | 1 | 02-10217 |
| OHN | 1 | 02-10066 | OHN | 1 | 02-10142 | OHN | 1 | 02-10218 |
| OHN | 1 | 02-10067 | OHN | 1 | 02-10143 | OHN | 1 | 02-10219 |
| OHN | 1 | 02-10068 | OHN | 1 | 02-10144 | OHN | 1 | 02-10220 |
| OHN | 1 | 02-10069 | OHN | 1 | 02-10145 | OHN | 1 | 02-10221 |
| OHN | 1 | 02-10070 | OHN | 1 | 02-10146 | OHN | 1 | 02-10222 |
| OHN | 1 | 02-10071 | OHN | 1 | 02-10147 | OHN | 1 | 02-10223 |
| OHN | 1 | 02-10072 | OHN | 1 | 02-10148 | OHN | 1 | 02-10224 |
| OHN | 1 | 02-10073 | OHN | 1 | 02-10149 | OHN | 1 | 02-10225 |
| OHN | 1 | 02-10074 | OHN | 1 | 02-10150 | OHN | 1 | 02-10226 |

| DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|---|---|---|---|---|---|
| OHN | 1 | 02-10227 | VAE | 2 | 02-6105 | VAE | 2 | 02-6181 |
| OHN | 1 | 02-10228 | VAE | 2 | 02-6106 | VAE | 2 | 02-6182 |
| OHN | 1 | 02-10229 | VAE | 2 | 02-6107 | VAE | 2 | 02-6183 |
| OHN | 1 | 02-10230 | VAE | 2 | 02-6108 | VAE | 2 | 02-6184 |
| OHN | 1 | 02-10231 | VAE | 2 | 02-6109 | VAE | 2 | 02-6185 |
| OHN | 1 | 02-10232 | VAE | 2 | 02-6110 | VAE | 2 | 02-6186 |
| OHN | 1 | 02-10233 | VAE | 2 | 02-6111 | VAE | 2 | 02-6187 |
| OHN | 1 | 02-10234 | VAE | 2 | 02-6112 | VAE | 2 | 02-6188 |
| OHN | 1 | 02-10235 | VAE | 2 | 02-6113 | VAE | 2 | 02-6189 |
| OHN | 1 | 02-10236 | VAE | 2 | 02-6114 | VAE | 2 | 02-6190 |
| OHN | 1 | 02-10237 | VAE | 2 | 02-6115 | VAE | 2 | 02-6191 |
| OHN | 1 | 02-10238 | VAE | 2 | 02-6116 | VAE | 2 | 02-6192 |
| OHN | 1 | 02-10239 | VAE | 2 | 02-6117 | VAE | 2 | 02-6193 |
| OHN | 1 | 02-10240 | VAE | 2 | 02-6118 | VAE | 2 | 02-6194 |
| OHN | 1 | 02-10241 | VAE | 2 | 02-6119 | VAE | 2 | 02-6195 |
| OHN | 1 | 02-10242 | VAE | 2 | 02-6120 | VAE | 2 | 02-6196 |
| OHN | 1 | 02-10243 | VAE | 2 | 02-6121 | VAE | 2 | 02-6197 |
| OHN | 1 | 02-10244 | VAE | 2 | 02-6122 | VAE | 2 | 02-6198 |
|  |  |  | VAE | 2 | 02-6123 | VAE | 2 | 02-6199 |
| OKLAHOMA EASTERN |  |  | VAE | 2 | 02-6124 | VAE | 2 | 02-6200 |
| OKE | 6 | 02-295 | VAE | 2 | 02-6125 | VAE | 2 | 02-6201 |
|  |  |  | VAE | 2 | 02-6126 | VAE | 2 | 02-6202 |
| OKLAHOMA NORTHERN |  |  | VAE | 2 | 02-6127 | VAE | 2 | 02-6203 |
| OKN | 4 | 02-447 | VAE | 2 | 02-6128 | VAE | 2 | 02-6204 |
|  |  |  | VAE | 2 | 02-6129 | VAE | 2 | 02-6205 |
| RHODE ISLAND |  |  | VAE | 2 | 02-6130 | VAE | 2 | 02-6206 |
| RI | 1 | 02-272 | VAE | 2 | 02-6131 | VAE | 2 | 02-6207 |
|  |  |  | VAE | 2 | 02-6132 | VAE | 2 | 02-6208 |
| SOUTH CAROLINA |  |  | VAE | 2 | 02-6133 | VAE | 2 | 02-6209 |
| SC | 2 | 01-2266 | VAE | 2 | 02-6134 | VAE | 2 | 02-6210 |
|  |  |  | VAE | 2 | 02-6135 | VAE | 2 | 02-6211 |
| TEXAS EASTERN |  |  | VAE | 2 | 02-6136 | VAE | 2 | 02-6212 |
| TXE | 1 | 02-368 | VAE | 2 | 02-6137 | VAE | 2 | 02-6213 |
|  |  |  | VAE | 2 | 02-6138 | VAE | 2 | 02-6214 |
| TEXAS NORTHERN |  |  | VAE | 2 | 02-6139 | VAE | 2 | 02-6215 |
| ~~TXN~~ | ~~3~~ | ~~02-1104~~ Vacated 8/21/02 | VAE | 2 | 02-6140 | VAE | 2 | 02-6216 |
|  |  |  | VAE | 2 | 02-6141 | VAE | 2 | 02-6217 |
| TEXAS SOUTHERN |  |  | VAE | 2 | 02-6142 | VAE | 2 | 02-6218 |
| TXS | 4 | 02-1627 | VAE | 2 | 02-6143 | VAE | 2 | 02-6219 |
| TXS | 4 | 02-1743 | VAE | 2 | 02-6144 | VAE | 2 | 02-6220 |
| TXS | 4 | 02-1744 | VAE | 2 | 02-6145 | VAE | 2 | 02-6221 |
| TXS | 4 | 02-1899 | VAE | 2 | 02-6146 | VAE | 2 | 02-6222 |
|  |  |  | VAE | 2 | 02-6147 | VAE | 2 | 02-6223 |
| VIRGINIA EASTERN |  |  | VAE | 2 | 02-6148 | VAE | 2 | 02-6224 |
| VAE | 2 | 02-6073 | VAE | 2 | 02-6149 | VAE | 2 | 02-6225 |
| VAE | 2 | 02-6074 | VAE | 2 | 02-6150 | VAE | 2 | 02-6226 |
| VAE | 2 | 02-6075 | VAE | 2 | 02-6151 | VAE | 2 | 02-6227 |
| VAE | 2 | 02-6076 | VAE | 2 | 02-6152 | VAE | 2 | 02-6228 |
| VAE | 2 | 02-6077 | VAE | 2 | 02-6153 | VAE | 2 | 02-6229 |
| VAE | 2 | 02-6078 | VAE | 2 | 02-6154 | VAE | 2 | 02-6230 |
| VAE | 2 | 02-6079 | VAE | 2 | 02-6155 | VAE | 2 | 02-6231 |
| VAE | 2 | 02-6080 | VAE | 2 | 02-6156 | VAE | 2 | 02-6232 |
| VAE | 2 | 02-6081 | VAE | 2 | 02-6157 | VAE | 2 | 02-6233 |
| VAE | 2 | 02-6082 | VAE | 2 | 02-6158 | VAE | 2 | 02-6234 |
| VAE | 2 | 02-6083 | VAE | 2 | 02-6159 | VAE | 2 | 02-6235 |
| VAE | 2 | 02-6084 | VAE | 2 | 02-6160 | VAE | 2 | 02-6236 |
| VAE | 2 | 02-6085 | VAE | 2 | 02-6161 | VAE | 2 | 02-6237 |
| VAE | 2 | 02-6086 | VAE | 2 | 02-6162 | VAE | 2 | 02-6238 |
| VAE | 2 | 02-6087 | VAE | 2 | 02-6163 | VAE | 2 | 02-6239 |
| VAE | 2 | 02-6088 | VAE | 2 | 02-6164 | VAE | 2 | 02-6240 |
| VAE | 2 | 02-6089 | VAE | 2 | 02-6165 | VAE | 2 | 02-6241 |
| VAE | 2 | 02-6090 | VAE | 2 | 02-6166 | VAE | 2 | 02-6242 |
| VAE | 2 | 02-6091 | VAE | 2 | 02-6167 | VAE | 2 | 02-6243 |
| VAE | 2 | 02-6092 | VAE | 2 | 02-6168 | VAE | 2 | 02-6244 |
| VAE | 2 | 02-6093 | VAE | 2 | 02-6169 | VAE | 2 | 02-6245 |
| VAE | 2 | 02-6094 | VAE | 2 | 02-6170 | VAE | 2 | 02-6246 |
| VAE | 2 | 02-6095 | VAE | 2 | 02-6171 | VAE | 2 | 02-6247 |
| VAE | 2 | 02-6096 | VAE | 2 | 02-6172 | VAE | 2 | 02-6248 |
| VAE | 2 | 02-6097 | VAE | 2 | 02-6173 | VAE | 2 | 02-6249 |
| VAE | 2 | 02-6098 | VAE | 2 | 02-6174 | VAE | 2 | 02-6250 |
| VAE | 2 | 02-6099 | VAE | 2 | 02-6175 | VAE | 2 | 02-6251 |
| VAE | 2 | 02-6100 | VAE | 2 | 02-6176 | VAE | 2 | 02-6252 |
| VAE | 2 | 02-6101 | VAE | 2 | 02-6177 | VAE | 2 | 02-6253 |
| VAE | 2 | 02-6102 | VAE | 2 | 02-6178 | VAE | 2 | 02-6254 |
| VAE | 2 | 02-6103 | VAE | 2 | 02-6179 | VAE | 2 | 02-6255 |
| VAE | 2 | 02-6104 | VAE | 2 | 02-6180 | VAE | 2 | 02-6256 |

| DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|---|---|---|---|---|---|
| VAE | 2 | 02-6257 | VAE | 2 | 02-6333 | VAE | 2 | 02-6409 |
| VAE | 2 | 02-6258 | VAE | 2 | 02-6334 | VAE | 2 | 02-6410 |
| VAE | 2 | 02-6259 | VAE | 2 | 02-6335 | VAE | 2 | 02-6411 |
| VAE | 2 | 02-6260 | VAE | 2 | 02-6336 | VAE | 2 | 02-6412 |
| VAE | 2 | 02-6261 | VAE | 2 | 02-6337 | VAE | 2 | 02-6413 |
| VAE | 2 | 02-6262 | VAE | 2 | 02-6338 | VAE | 2 | 02-6414 |
| VAE | 2 | 02-6263 | VAE | 2 | 02-6339 | VAE | 2 | 02-6415 |
| VAE | 2 | 02-6264 | VAE | 2 | 02-6340 | VAE | 2 | 02-6416 |
| VAE | 2 | 02-6265 | VAE | 2 | 02-6341 | VAE | 2 | 02-6417 |
| VAE | 2 | 02-6266 | VAE | 2 | 02-6342 | VAE | 2 | 02-6418 |
| VAE | 2 | 02-6267 | VAE | 2 | 02-6343 | VAE | 2 | 02-6419 |
| VAE | 2 | 02-6268 | VAE | 2 | 02-6344 | VAE | 2 | 02-6420 |
| VAE | 2 | 02-6269 | VAE | 2 | 02-6345 | VAE | 2 | 02-6421 |
| VAE | 2 | 02-6270 | VAE | 2 | 02-6346 | VAE | 2 | 02-6422 |
| VAE | 2 | 02-6271 | VAE | 2 | 02-6347 | VAE | 2 | 02-6423 |
| VAE | 2 | 02-6272 | VAE | 2 | 02-6348 | VAE | 2 | 02-6424 |
| VAE | 2 | 02-6273 | VAE | 2 | 02-6349 | VAE | 2 | 02-6425 |
| VAE | 2 | 02-6274 | VAE | 2 | 02-6350 | VAE | 2 | 02-6426 |
| VAE | 2 | 02-6275 | VAE | 2 | 02-6351 | VAE | 2 | 02-6427 |
| VAE | 2 | 02-6276 | VAE | 2 | 02-6352 | VAE | 2 | 02-6428 |
| VAE | 2 | 02-6277 | VAE | 2 | 02-6353 | VAE | 2 | 02-6429 |
| VAE | 2 | 02-6278 | VAE | 2 | 02-6354 | VAE | 2 | 02-6430 |
| VAE | 2 | 02-6279 | VAE | 2 | 02-6355 | VAE | 2 | 02-6431 |
| VAE | 2 | 02-6280 | VAE | 2 | 02-6356 | VAE | 2 | 02-6432 |
| VAE | 2 | 02-6281 | VAE | 2 | 02-6357 | VAE | 2 | 02-6433 |
| VAE | 2 | 02-6282 | VAE | 2 | 02-6358 | VAE | 2 | 02-6434 |
| VAE | 2 | 02-6283 | VAE | 2 | 02-6359 | VAE | 2 | 02-6435 |
| VAE | 2 | 02-6284 | VAE | 2 | 02-6360 | VAE | 2 | 02-6436 |
| VAE | 2 | 02-6285 | VAE | 2 | 02-6361 | VAE | 2 | 02-6437 |
| VAE | 2 | 02-6286 | VAE | 2 | 02-6362 | VAE | 2 | 02-6438 |
| VAE | 2 | 02-6287 | VAE | 2 | 02-6363 | VAE | 2 | 02-6439 |
| VAE | 2 | 02-6288 | VAE | 2 | 02-6364 | VAE | 2 | 02-6440 |
| VAE | 2 | 02-6289 | VAE | 2 | 02-6365 | VAE | 2 | 02-6441 |
| VAE | 2 | 02-6290 | VAE | 2 | 02-6366 | VAE | 2 | 02-6442 |
| VAE | 2 | 02-6291 | VAE | 2 | 02-6367 | VAE | 2 | 02-6443 |
| VAE | 2 | 02-6292 | VAE | 2 | 02-6368 | VAE | 2 | 02-6444 |
| VAE | 2 | 02-6293 | VAE | 2 | 02-6369 | VAE | 2 | 02-6445 |
| VAE | 2 | 02-6294 | VAE | 2 | 02-6370 | VAE | 2 | 02-6446 |
| VAE | 2 | 02-6295 | VAE | 2 | 02-6371 | VAE | 2 | 02-6447 |
| VAE | 2 | 02-6296 | VAE | 2 | 02-6372 | VAE | 2 | 02-6448 |
| VAE | 2 | 02-6297 | VAE | 2 | 02-6373 | VAE | 2 | 02-6449 |
| VAE | 2 | 02-6298 | VAE | 2 | 02-6374 | VAE | 2 | 02-6450 |
| VAE | 2 | 02-6299 | VAE | 2 | 02-6375 | VAE | 2 | 02-6451 |
| VAE | 2 | 02-6300 | VAE | 2 | 02-6376 | VAE | 2 | 02-6452 |
| VAE | 2 | 02-6301 | VAE | 2 | 02-6377 | VAE | 2 | 02-6453 |
| VAE | 2 | 02-6302 | VAE | 2 | 02-6378 | VAE | 2 | 02-6454 |
| VAE | 2 | 02-6303 | VAE | 2 | 02-6379 | VAE | 2 | 02-6455 |
| VAE | 2 | 02-6304 | VAE | 2 | 02-6380 | VAE | 2 | 02-6456 |
| VAE | 2 | 02-6305 | VAE | 2 | 02-6381 | VAE | 2 | 02-6457 |
| VAE | 2 | 02-6306 | VAE | 2 | 02-6382 | VAE | 2 | 02-6458 |
| VAE | 2 | 02-6307 | VAE | 2 | 02-6383 | VAE | 2 | 02-6459 |
| VAE | 2 | 02-6308 | VAE | 2 | 02-6384 | VAE | 2 | 02-6460 |
| VAE | 2 | 02-6309 | VAE | 2 | 02-6385 | VAE | 2 | 02-6461 |
| VAE | 2 | 02-6310 | VAE | 2 | 02-6386 | VAE | 2 | 02-6462 |
| VAE | 2 | 02-6311 | VAE | 2 | 02-6387 | VAE | 2 | 02-6463 |
| VAE | 2 | 02-6312 | VAE | 2 | 02-6388 | VAE | 2 | 02-6464 |
| VAE | 2 | 02-6313 | VAE | 2 | 02-6389 | VAE | 2 | 02-6465 |
| VAE | 2 | 02-6314 | VAE | 2 | 02-6390 | VAE | 2 | 02-6466 |
| VAE | 2 | 02-6315 | VAE | 2 | 02-6391 | VAE | 2 | 02-6467 |
| VAE | 2 | 02-6316 | VAE | 2 | 02-6392 | VAE | 2 | 02-6468 |
| VAE | 2 | 02-6317 | VAE | 2 | 02-6393 | VAE | 2 | 02-6469 |
| VAE | 2 | 02-6318 | VAE | 2 | 02-6394 | VAE | 2 | 02-6470 |
| VAE | 2 | 02-6319 | VAE | 2 | 02-6395 | VAE | 2 | 02-6471 |
| VAE | 2 | 02-6320 | VAE | 2 | 02-6396 | VAE | 2 | 02-6472 |
| VAE | 2 | 02-6321 | VAE | 2 | 02-6397 | VAE | 2 | 02-6473 |
| VAE | 2 | 02-6322 | VAE | 2 | 02-6398 | VAE | 2 | 02-6474 |
| VAE | 2 | 02-6323 | VAE | 2 | 02-6399 | VAE | 2 | 02-6475 |
| VAE | 2 | 02-6324 | VAE | 2 | 02-6400 | VAE | 2 | 02-6476 |
| VAE | 2 | 02-6325 | VAE | 2 | 02-6401 | VAE | 2 | 02-6477 |
| VAE | 2 | 02-6326 | VAE | 2 | 02-6402 | VAE | 2 | 02-6478 |
| VAE | 2 | 02-6327 | VAE | 2 | 02-6403 | VAE | 2 | 02-6479 |
| VAE | 2 | 02-6328 | VAE | 2 | 02-6404 | VAE | 2 | 02-6480 |
| VAE | 2 | 02-6329 | VAE | 2 | 02-6405 | VAE | 2 | 02-6481 |
| VAE | 2 | 02-6330 | VAE | 2 | 02-6406 | VAE | 2 | 02-6482 |
| VAE | 2 | 02-6331 | VAE | 2 | 02-6407 | VAE | 2 | 02-6483 |
| | | | VAE | 2 | 02-6408 | VAE | 2 | 02-6484 |
| VAE | 2 | 02-6332 | | | | | | |

| DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|---|---|---|---|---|---|
| VAE | 2 | 02-6485 | VAE | 2 | 02-6561 | VAE | 2 | 02-6637 |
| VAE | 2 | 02-6486 | VAE | 2 | 02-6562 | VAE | 2 | 02-6638 |
| VAE | 2 | 02-6487 | VAE | 2 | 02-6563 | VAE | 2 | 02-6639 |
| VAE | 2 | 02-6488 | VAE | 2 | 02-6564 | VAE | 2 | 02-6640 |
| VAE | 2 | 02-6489 | VAE | 2 | 02-6565 | VAE | 2 | 02-6641 |
| VAE | 2 | 02-6490 | VAE | 2 | 02-6566 | VAE | 2 | 02-6642 |
| VAE | 2 | 02-6491 | VAE | 2 | 02-6567 | VAE | 2 | 02-6643 |
| VAE | 2 | 02-6492 | VAE | 2 | 02-6568 | VAE | 2 | 02-6644 |
| VAE | 2 | 02-6493 | VAE | 2 | 02-6569 | VAE | 2 | 02-6645 |
| VAE | 2 | 02-6494 | VAE | 2 | 02-6570 | VAE | 2 | 02-6646 |
| VAE | 2 | 02-6495 | VAE | 2 | 02-6571 | VAE | 2 | 02-6647 |
| VAE | 2 | 02-6496 | VAE | 2 | 02-6572 | VAE | 2 | 02-6648 |
| VAE | 2 | 02-6497 | VAE | 2 | 02-6573 | VAE | 2 | 02-6649 |
| VAE | 2 | 02-6498 | VAE | 2 | 02-6574 | VAE | 2 | 02-6650 |
| VAE | 2 | 02-6499 | VAE | 2 | 02-6575 | VAE | 2 | 02-6651 |
| VAE | 2 | 02-6500 | VAE | 2 | 02-6576 | VAE | 2 | 02-6652 |
| VAE | 2 | 02-6501 | VAE | 2 | 02-6577 | VAE | 2 | 02-6653 |
| VAE | 2 | 02-6502 | VAE | 2 | 02-6578 | VAE | 2 | 02-6654 |
| VAE | 2 | 02-6503 | VAE | 2 | 02-6579 | VAE | 2 | 02-6655 |
| VAE | 2 | 02-6504 | VAE | 2 | 02-6580 | VAE | 2 | 02-6656 |
| VAE | 2 | 02-6505 | VAE | 2 | 02-6581 | VAE | 2 | 02-6657 |
| VAE | 2 | 02-6506 | VAE | 2 | 02-6582 | VAE | 2 | 02-6658 |
| VAE | 2 | 02-6507 | VAE | 2 | 02-6583 | VAE | 2 | 02-6659 |
| VAE | 2 | 02-6508 | VAE | 2 | 02-6584 | VAE | 2 | 02-6660 |
| VAE | 2 | 02-6509 | VAE | 2 | 02-6585 | VAE | 2 | 02-6661 |
| VAE | 2 | 02-6510 | VAE | 2 | 02-6586 | VAE | 2 | 02-6662 |
| VAE | 2 | 02-6511 | VAE | 2 | 02-6587 | VAE | 2 | 02-6663 |
| VAE | 2 | 02-6512 | VAE | 2 | 02-6588 | VAE | 2 | 02-6664 |
| VAE | 2 | 02-6513 | VAE | 2 | 02-6589 | VAE | 2 | 02-6665 |
| VAE | 2 | 02-6514 | VAE | 2 | 02-6590 | VAE | 2 | 02-6666 |
| VAE | 2 | 02-6515 | VAE | 2 | 02-6591 | VAE | 2 | 02-6667 |
| VAE | 2 | 02-6516 | VAE | 2 | 02-6592 | VAE | 2 | 02-6668 |
| VAE | 2 | 02-6517 | VAE | 2 | 02-6593 | VAE | 2 | 02-6669 |
| VAE | 2 | 02-6518 | VAE | 2 | 02-6594 | VAE | 2 | 02-6670 |
| VAE | 2 | 02-6519 | VAE | 2 | 02-6595 | VAE | 2 | 02-6671 |
| VAE | 2 | 02-6520 | VAE | 2 | 02-6596 | VAE | 2 | 02-6672 |
| VAE | 2 | 02-6521 | VAE | 2 | 02-6597 | VAE | 2 | 02-6673 |
| VAE | 2 | 02-6522 | VAE | 2 | 02-6598 | VAE | 2 | 02-6674 |
| VAE | 2 | 02-6523 | VAE | 2 | 02-6599 | VAE | 2 | 02-6675 |
| VAE | 2 | 02-6524 | VAE | 2 | 02-6600 | VAE | 2 | 02-6676 |
| VAE | 2 | 02-6525 | VAE | 2 | 02-6601 | VAE | 2 | 02-6677 |
| VAE | 2 | 02-6526 | VAE | 2 | 02-6602 | VAE | 2 | 02-6678 |
| VAE | 2 | 02-6527 | VAE | 2 | 02-6603 | VAE | 2 | 02-6679 |
| VAE | 2 | 02-6528 | VAE | 2 | 02-6604 | VAE | 2 | 02-6680 |
| VAE | 2 | 02-6529 | VAE | 2 | 02-6605 | VAE | 2 | 02-6681 |
| VAE | 2 | 02-6530 | VAE | 2 | 02-6606 | VAE | 2 | 02-6682 |
| VAE | 2 | 02-6531 | VAE | 2 | 02-6607 | VAE | 2 | 02-6683 |
| VAE | 2 | 02-6532 | VAE | 2 | 02-6608 | VAE | 2 | 02-6684 |
| VAE | 2 | 02-6533 | VAE | 2 | 02-6609 | VAE | 2 | 02-6685 |
| VAE | 2 | 02-6534 | VAE | 2 | 02-6610 | VAE | 2 | 02-6686 |
| VAE | 2 | 02-6535 | VAE | 2 | 02-6611 | VAE | 2 | 02-6687 |
| VAE | 2 | 02-6536 | VAE | 2 | 02-6612 | VAE | 2 | 02-6688 |
| VAE | 2 | 02-6537 | VAE | 2 | 02-6613 | VAE | 2 | 02-6689 |
| VAE | 2 | 02-6538 | VAE | 2 | 02-6614 | VAE | 2 | 02-6690 |
| VAE | 2 | 02-6539 | VAE | 2 | 02-6615 | VAE | 2 | 02-6691 |
| VAE | 2 | 02-6540 | VAE | 2 | 02-6616 | VAE | 2 | 02-6692 |
| VAE | 2 | 02-6541 | VAE | 2 | 02-6617 | VAE | 2 | 02-6693 |
| VAE | 2 | 02-6542 | VAE | 2 | 02-6618 | VAE | 2 | 02-6694 |
| VAE | 2 | 02-6543 | VAE | 2 | 02-6619 | VAE | 2 | 02-6695 |
| VAE | 2 | 02-6544 | VAE | 2 | 02-6620 | VAE | 2 | 02-6696 |
| VAE | 2 | 02-6545 | VAE | 2 | 02-6621 | VAE | 2 | 02-6697 |
| VAE | 2 | 02-6546 | VAE | 2 | 02-6622 | VAE | 2 | 02-6698 |
| VAE | 2 | 02-6547 | VAE | 2 | 02-6623 | VAE | 2 | 02-6699 |
| VAE | 2 | 02-6548 | VAE | 2 | 02-6624 | VAE | 2 | 02-6701 |
| VAE | 2 | 02-6549 | VAE | 2 | 02-6625 | VAE | 2 | 02-6702 |
| VAE | 2 | 02-6550 | VAE | 2 | 02-6626 | VAE | 2 | 02-6703 |
| VAE | 2 | 02-6551 | VAE | 2 | 02-6627 | VAE | 2 | 02-6704 |
| VAE | 2 | 02-6552 | VAE | 2 | 02-6628 | VAE | 2 | 02-6705 |
| VAE | 2 | 02-6553 | VAE | 2 | 02-6629 | VAE | 2 | 02-6706 |
| VAE | 2 | 02-6554 | VAE | 2 | 02-6630 | VAE | 2 | 02-6707 |
| VAE | 2 | 02-6555 | VAE | 2 | 02-6631 | VAE | 2 | 02-6708 |
| VAE | 2 | 02-6556 | VAE | 2 | 02-6632 | VAE | 2 | 02-6709 |
| VAE | 2 | 02-6557 | VAE | 2 | 02-6633 | VAE | 2 | 02-6710 |
| VAE | 2 | 02-6558 | VAE | 2 | 02-6634 | VAE | 2 | 02-6711 |
| VAE | 2 | 02-6559 | VAE | 2 | 02-6635 | VAE | 2 | 02-6712 |
| VAE | 2 | 02-6560 | VAE | 2 | 02-6636 | VAE | 2 | 02-6713 |

| DISTRICT | DIV | CIVIL ACTION# | DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|---|---|---|
| VAE | 2 | 02-6714 | VAE | 2 | 02-6791 |
| VAE | 2 | 02-6715 | VAE | 2 | 02-6792 |
| VAE | 2 | 02-6716 | VAE | 2 | 02-6793 |
| VAE | 2 | 02-6717 | VAE | 2 | 02-6794 |
| VAE | 2 | 02-6718 | VAE | 2 | 02-6795 |
| VAE | 2 | 02-6719 | VAE | 2 | 02-6796 |
| VAE | 2 | 02-6720 | VAE | 2 | 02-6797 |
| VAE | 2 | 02-6721 | VAE | 2 | 02-6798 |
| VAE | 2 | 02-6722 | VAE | 2 | 02-6799 |
| VAE | 2 | 02-6723 | VAE | 2 | 02-6800 |
| VAE | 2 | 02-6724 | VAE | 2 | 02-6801 |
| VAE | 2 | 02-6725 | VAE | 2 | 02-6802 |
| VAE | 2 | 02-6726 | VAE | 2 | 02-6803 |
| VAE | 2 | 02-6727 | VAE | 2 | 02-6804 |
| VAE | 2 | 02-6728 | VAE | 2 | 02-6805 |
| VAE | 2 | 02-6729 | VAE | 2 | 02-6806 |
| VAE | 2 | 02-6730 | VAE | 2 | 02-6807 |
| VAE | 2 | 02-6731 | VAE | 2 | 02-6808 |
| VAE | 2 | 02-6732 | VAE | 2 | 02-6809 |
| VAE | 2 | 02-6733 | VAE | 2 | 02-6810 |
| VAE | 2 | 02-6734 | VAE | 2 | 02-6811 |
| VAE | 2 | 02-6735 | VAE | 2 | 02-6812 |
| VAE | 2 | 02-6736 | VAE | 2 | 02-6813 |
| VAE | 2 | 02-6737 | VAE | 2 | 02-6814 |
| VAE | 2 | 02-6738 | VAE | 2 | 02-6815 |
| VAE | 2 | 02-6739 | VAE | 2 | 02-6816 |
| VAE | 2 | 02-6740 | VAE | 2 | 02-6817 |
| VAE | 2 | 02-6741 | VAE | 2 | 02-6818 |
| VAE | 2 | 02-6742 | VAE | 2 | 02-6819 |
| VAE | 2 | 02-6743 | VAE | 2 | 02-6820 |
| VAE | 2 | 02-6744 | VAE | 2 | 02-6821 |
| VAE | 2 | 02-6745 | VAE | 2 | 02-6822 |
| VAE | 2 | 02-6746 | VAE | 2 | 02-6823 |
| VAE | 2 | 02-6747 | VAE | 2 | 02-6824 |
| VAE | 2 | 02-6748 | VAE | 2 | 02-6825 |
| VAE | 2 | 02-6749 | VAE | 2 | 02-6826 |
| VAE | 2 | 02-6750 | VAE | 2 | 02-6827 |
| VAE | 2 | 02-6751 | VAE | 2 | 02-6828 |
| VAE | 2 | 02-6752 | VAE | 2 | 02-6829 |
| VAE | 2 | 02-6753 | VAE | 2 | 02-6830 |
| VAE | 2 | 02-6755 | VAE | 2 | 02-6831 |
| VAE | 2 | 02-6756 | VAE | 2 | 02-6832 |
| VAE | 2 | 02-6757 | VAE | 2 | 02-6833 |
| VAE | 2 | 02-6758 | VAE | 2 | 02-6834 |
| VAE | 2 | 02-6759 | VAE | 2 | 02-6835 |
| VAE | 2 | 02-6760 | VAE | 2 | 02-6836 |
| VAE | 2 | 02-6761 | VAE | 2 | 02-6837 |
| VAE | 2 | 02-6762 | VAE | 2 | 02-6838 |
| VAE | 2 | 02-6763 | VAE | 2 | 02-6839 |
| VAE | 2 | 02-6764 | VAE | 2 | 02-6840 |
| VAE | 2 | 02-6765 | VAE | 2 | 02-6841 |
| VAE | 2 | 02-6766 | VAE | 2 | 02-6842 |
| VAE | 2 | 02-6767 | VAE | 2 | 02-6843 |
| VAE | 2 | 02-6768 | VAE | 2 | 02-6844 |
| VAE | 2 | 02-6769 | VAE | 2 | 02-6845 |
| VAE | 2 | 02-6770 | VAE | 2 | 02-6846 |
| VAE | 2 | 02-6771 | VAE | 2 | 02-6847 |
| VAE | 2 | 02-6772 | VAE | 2 | 02-6848 |
| VAE | 2 | 02-6773 | VAE | 2 | 02-6849 |
| VAE | 2 | 02-6774 | VAE | 2 | 02-6850 |
| VAE | 2 | 02-6775 | VAE | 2 | 02-6851 |
| VAE | 2 | 02-6776 | VAE | 2 | 02-6852 |
| VAE | 2 | 02-6777 | VAE | 2 | 02-6853 |
| VAE | 2 | 02-6778 | VAE | 2 | 02-6854 |
| VAE | 2 | 02-6779 | | | |
| VAE | 2 | 02-6780 | WISCONSIN EASTERN | | |
| VAE | 2 | 02-6781 | WIE | 2 | 02-515 |
| VAE | 2 | 02-6782 | | | |
| VAE | 2 | 02-6783 | | | |
| VAE | 2 | 02-6784 | | | |
| VAE | 2 | 02-6785 | | | |
| VAE | 2 | 02-6786 | | | |
| VAE | 2 | 02-6787 | | | |
| VAE | 2 | 02-6788 | | | |
| VAE | 2 | 02-6789 | | | |
| VAE | 2 | 02-6790 | | | |