MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 26 2002

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

BARBARA CATANIA, ET. AL.            CIVIL ACTION

V                                   NO. 3:02-368

ACandS, INC., ET. AL.               SECTION _____ ( )

STATEMENT IN COMPLIANCE WITH
UNIFORM LOCAL RULE 5.6E
CORPORATE DISCLOSURE

Combustion Engineering, Inc.                    PUBLICLY HELD
NON-GOVERNMENTAL                                COMPANY THAT
CORPORATE PARTY                                 OWNS 10% OR MORE
TO THIS ACTION                                  OF THE PARTY'S STOCK

                                                ABB, LTD.

PARENT CORPORATIONS

Asea Brown Boveri, Inc.


8-20-02
Date
                                        Larry C. Canad  Attorney

                                        17894
                                        Bar Roll Number

                                        701 Poydras Street, Suite 4040
                                        Address
                                        New Orleans, LA  70139
                                        Telephone: (504) 525-6802
TO BE FILED IN DUPLICATE IN THE CLERK'S OFFICE.
                                        Fax: (504) 525-

OFFICIAL FILE COPY
IMAGED AUG 28 '02

08/20/2002 14:21 FAX　　　　　GALLOWAY JOHNSON　　　　　　　　　　@004

Case MDL No. 875   Document 3669   Filed 08/26/02   Page 2 of 4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 6 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by depositing same in the United States mail, properly addressed and postage prepaid, this 20th day of August, 2002.

_____
LARRY G. CANADA

RECEIVED
CLERK'S OFFICE
2002 AUG 20 P 3: 24
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

## INVOLVED COUNSEL LIST
## MDL-875 - IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
## CORPORATE DISCLOSURE STATEMENT

*Barbara Catania, et al. v. ACandS, Inc., et al.*, M.D. Louisiana, C.A. No. 3:02-368

Kay B. Baxter
Duncan & Courington, L.L.C.
322 Lafayette Street
New Orleans, LA 70130

Troy N. Bell
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
400 Poydras Street
Suite 1900
New Orleans, LA 70130

Gary A. Bezet
Kean, Miller, Hawthorne,
D'Armond, et al.
One American Place
22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821

David M. Bienvenu, Jr.
P.O. Box 2471
Baton Rouge, LA 70821

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Jules K. Boudreaux
Roussel & Roussel
1710 Cannes Drive
LaPlace, LA 70068

W. Scott Brown
Forman, Perry, Watkins, Krutz &
Tardy
1515 Poydras Street
Suite 1420
New Orleans, LA 70112

Cory R. Cahn
Slater Law Firm
Poydras Center
650 Poydras Street
Suite 2600
New Orleans, LA 70130

Larry G. Canada
Galloway, Johnson, Tompkins,
Burr & Smith
One Shell Square
701 Poydras Street
Suite 4040
New Orleans, LA 70139

Edward J. Cass
Gallagher, Sharp, Fulton &
Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Ave., N.W.
Washington, DC 20036

James Francis D'Entremont
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Stephen N. Elliott
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
P.O. Box 55490
Metairie, LA 70055

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Susan B. Kohn
Simon, Peragine, Smith &
Redfearn
Energy Centre, 30th Floor
1100 Poydras Street
New Orleans, LA 70163

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Christopher K. Lightfoot
Hailey, McNamara, Hall,
Larmann & Papale
One Galleria Boulevard
Suite 1400
P.O. Box 8288
Metairie, LA 70011

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Patrick D. McMurtray
Luker, Sibal & McMurtray
616 Girod Street
Suite 200
New Orleans, LA 70130

Ronald L. Motley
Ness, Motley, Loadholt,
Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

MDL-875 - CORPORATE DISCLOSURE STATEMENT - CATANIA, ET AL., LAM 3:02-368    P.2

Dwight C. Paulsen III
Lemle & Kelleher, L.L.P.
601 Poydras Street
Suite 2100
New Orleans, LA 70130

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Julie Robles
Hailey, McNamara, Hall, Larmann & Papale
One Galleria Boulevard
Suite 1400
P.O. Box 8288
Metairie, LA 70001

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Valerie T. Schexnayder
Hailey, McNamara, Hall, Larmann & Papale
One Galleria Boulevard
Suite 1400
P.O. Box 8288
Metairie, LA 70001

William L. Schuette
Jones, Walker, Waechter, et al.
Four United Plaza, Fifth Floor
8555 United Plaza Boulevard
Baton Rouge, LA 70809-7000

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406