MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 28 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Diane Mathias, etc. v. ACandS, Inc., et al.*, W.D. Texas, C.A. No. 3:01-380

## ORDER VACATING CONDITIONAL TRANSFER ORDER
## AND VACATING THE SEPTEMBER 26, 2002 HEARING SESSION

A conditional transfer order was filed in this action (*Mathias*) on June 12, 2002. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Mathias* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. *Mathias* was then remanded to County Court at Law Number Three of El Paso County, Texas, by the Honorable David Briones in an order filed on August 26, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-214" filed on June 12, 2002, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 14, 2002, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman