JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 3 0 2002

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY     :
LITIGATION (NO. VI)                    :
_____x

This Document Relates to:              :     CIVIL ACTION NO. MDL 875

The Jaques Admiralty Law Firm          :

United States District Court           :
Northern District of Ohio              :

Rolf LINDSTROM, No. 1:98CV13222        :
Samuel LEWIN, No. 1:93CV10601;         :
           No. 1:93CV10602             :
Walter PRITCHETT, No. 1:94CV12030;     :
           No. 1:00CV11806             :

[In the event any of the above-       :
listed cases are multiple plain-      :
tiff (victim) actions, this           :
transfer is for the above-named      :
party only, or said party's re-      :
presentative, and any spousal or     :
dependent actions.]                   :
_____x

MDL- 875  RECOMMENDED ACTION
CRO - 5 actions
Approved/Date: MK 6/21

## SUGGESTION OF REMAND

THESE MATTERS being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Northern District of Ohio, and the Court having reviewed these cases and having had settlement conferences with the parties, and now believing that such motion is appropriate and that these actions are ready for further disposition at the trial court level.

OFFICIAL FILE COPY IMAGED SEP 4 '02

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from these cases and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT has previously consolidated all actions involving one plaintiff into one case in the Northern District of Ohio. It is the Court's intention to suggest remand of all related actions involving a single plaintiff and any case numbers not included above should be brought to this Court's immediate attention for inclusion. FURTHER, the Court has suggested remand to the Court where it believes the first action of the named plaintiff was filed. This action by the Court is not intended to preclude any party from requesting the Judicial Panel on Multidistrict Litigation or Court in the Northern District of Ohio transfer said action or actions to a different forum.

THE COURT SUGGESTS that the within entitled matters should be REMANDED to the United States District Court for the Northern District of Ohio for such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 7/9/02

_____
Charles/ R.   Weiner            J.