JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

SEP - 3 2002

DOCKET NO. 875

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| TONY CHAVEZ, ET AL., ) | No. 02-515 (D.N.M.) |
| Plaintiffs ) | |
| v. ) | |
| A.P. GREEN INDUSTRIES, ET AL., ) | |
| Defendants ) | |
| ROBERT BIEL, ET AL., ) | No. 02-519 (D.N.M.) |
| WILLIAM AMON, ET AL., ) | No. 02-520 (D.N.M.) |
| AURELIO SAIZ, ET AL., ) | No. 02-521 (D.N.M.) |
| JACKIE LITTEN, ET AL., ) | No. 02-516 (D.N.M.) |
| Plaintiffs, ) | |
| v. ) | |
| AC&S, ET AL., ) | |
| Defendants ) | |

### JOINDER IN OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Defendant Union Carbide Corpoartion hereby joins in Defendants CertainTeed Corporation and Dana Corporation's Opposition to Plaintiffs' Motion to Vacate CTD-214 and in Defendant Owens-Illinois, Inc.'s Opposition to Plaintiffs' Motion to Vacate CTD-214.

IMAGED SEP 5 '02



**OFFICIAL FILE COPY**

DATED this 30th day of August, 2002.

BAKER & HOSTETLER LLP

By: *signature*

Mary Price Birk
Monica C. Guardiola
303 E. 17th Avenue, Suite 1100
Denver, Colorado 80203
(303) 861-0600

and

Tim L. Fields
Michelle A. Hernandez
Modrall, Sperling, Roehl, Harris
& Sisk, PA
500 Fourth Street NW
Post Office Box 2168
Albuquerque, New Mexico
87103-2168
(505) 848-1800

ATTORNEYS FOR DEFENDANT
UNION CARBIDE CORPORATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 3 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that, on this 30th day of August, 2002, I caused an original, eleven (11) copies, and one computer readable disk copy of the foregoing Joinder In Opposition to Plaintiffs' Motion to Vacate CTO-214 to be served via Federal Express on the Clerk of the Panel:

> Michael J. Beck
> Clerk of the Panel
> Judicial Panel on Multidistrict Litigation
> Thurgood Marshall Federal Judiciary Building
> One Columbus Circle, N.E.
> Room G-225, North Lobby
> Washington, D.C. 20002-8004

I further certify that, on this 30th day of August, 2002, I caused copies of the foregoing Joinder In Opposition to be served by first-class mail, postage prepaid, on the counsel on the attached service list.

I hereby certify that, on this 30th day of August, 2002, I caused a copy of the foregoing Joinder In Opposition to be served by first-class mail, postage prepaid, on the Clerk of the transferee court:

> Michael E. Kunz
> Clerk of the Court
> United States District Court for the
> Eastern District of Pennsylvania
> 601 Market Street
> Philadelphia, PA 19106-1797

Darlene S. Rowland

2002 SEP -3 A 11:44
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

PANEL SERVICE LIST (Excerpted from CTO-213)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Tony Chavez, et al. v. A.P. Green Industries, et al.*, No. 02-515 (D.N.M.)
*Robert Biel, et al. v. AC&S, et al.*, No. 02-519 (D.N.M.)
*William Amon, et al. v. AC&S, et al.*, No. 02-520 (D.N.M.)
*Aurelio Saiz, et al. v. AC&S, et al.*, No. 02-521 (D.N.M.)
*Jackie Litten, et al. v. AC&S, et al.*, No. 02-516 (D.N.M.)

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland. OH 44114

John M. Brant
Rodey, Dickason, Sloan, Akin & Robb
P, 0. Box 1888
Albuquerque, NM 87103

Whitney C. Buchanan
Whitney Buchanan, P.C.
3200 Monte Vista Blvd., N. E.
Albuquerque, NM 87106

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, While & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Tim L Fields
Modrall, Sperling, Roehl, Harris & Sisk
P 0 Box 2168
Albuquerque, NM 87103

Raymond P Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ann K. Ritter, Esq.
Ness, Motley
1730 Jackson St.
Barnwell, SC 29812

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Peter J. McKenna
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

Ronald L. Motley
Noss, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Gregory V. Pelton
Pelton & Associates
4300 Carlisle, N.E, #4
Albuquerque, NM 87107

PANEL SERVICE LIST (Cont.) MDL-875

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

John D. Roven
John Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Thomas A. Sandenaw
Sandenaw & Piazza, PC
2951 A Roadrunner Parkway
Las Cruces, NM 88011

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Bruce H. Strotz
Fairfield, Garrow & Strotz
P.O. Box 35400
Albuquerque, NM 87176

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

John J. Rebcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Robert N. Spinelli
Kelley, Jasoun, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm. P.C.
1370 Penobscot Building
Detroit, MI 48226

Lori R. Wallerstein
Morgenstein & Jubelirer
One Market Spear Street
Spear Tower, 32nd Floor
One Market Plaza
San Francisco, CA 94105

*Darlene Rowland*