JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 5 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | |
| CONDITIONAL TRANSFER ORDER (CTO-215 | DOCKET NO. MDL 875 |

**This Document Relates to:**

U.S. DISTRICT COURT
STATE OF COLORADO

VINCENT SODERQUIST
    Plaintiff

-vs-                                    No. 02-K-1289

SWINERTON & WALBERG, et. al.

---

PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

---

Plaintiff, pursuant to MDL Rule 7.4(c), hereby notifys this Court that Plaintiff opposes the conditional transfer of this "tag-along" action to this Court. Plaintiff will file his Motion to Vacate Conditional Transfer Order and Brief in Support thereof within fifteen (15) days of this filing.

OFFICIAL FILE COPY    IMAGED SEP 5 '02

NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER
Page 2

DATED: 09/04/02

TRINE & METCALF, P.C.
Attorneys for Plaintiff

J. Conard Metcalf, Reg. 2489
1435 Arapahoe Ave.
Boulder, CO 80302
303.442.0173

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 5 2002

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) ) ) ) | DOCKET NO. MDL 875 |
| CONDITIONAL TRANSFER ORDER (CTO-215) ) ) | |

**This Document Relates to:**

**U.S. DISTRICT COURT**
**STATE OF COLORADO**

**VINCENT SODERQUIST**
   **Plaintiff**

-vs-                                    **No. 02-K-1289**

**SWINERTON & WALBERG, et. al.**

---

### CERTIFICATE OF SERVICE

---

I hereby certify that a true and correct copy of the foregoing **Plaintiff's Notice of Opposition to Conditional Transfer Order** was served upon the following via U.S. Mail, postage pre-paid on this 4th day of September, 2002:

Mary Price Birk, Esq.
Ronald L. Hellbusch, Esq.
Baker & Hostetler, LLP
*Attorneys for Union Carbide*
303 17th Ave, #1100
Denver, CO 80203
(303) 861-0600
FAX: (303) 861-7805

David Setter, Esq.
Socha, Perczak & Anderson, P.C.
*Attorneys for Camfil Farr, Inc.*
1775 Sherman Street, Suite 1925
Denver, CO 80203
(303) 832-7265
FAX: (303) 832-7438

2002 SEP -5 A 6:51 RECEIVED CLERK'S OFFICE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

James Miletich, Esq.
Long & Jaudon,
*Attorneys for Rio Grande and Rapid*
1600 Ogden Street
Denver, CO 80218-1414
(303) 832-1122
FAX: (303) 832-1348

Gary M. Clexton, Esq.
Miller & Steiert, PC
*Attorneys for John Crane*
1901 W. Littleton Blvd.
Littleton, CO 80120
(303) 798-2525
FAX: (303) 798-2526

Shauna Hilgers, Esq.
Law Office of Shauna Hilgers
*Attorney for Flintkote*
6508 Poppy Street
P.O. Box 1254
Arvada, CO 80001
(303) 431-5037
FAX (303) 431-5037

Christopher K. Miller, Esq.
Kennedy & Christopher, P.C.
*Attorneys for Flanders Filters, Inc.*
1050 17th Street, Suite 2500
Denver, CO 80265
(303) 825-2700
FAX: (303)m 825-0434

Dennis H. Markusson, Esq.
Markusson, Green & Harvis, PC
*Attorneys for Plateau Supply*
999 18th Street, Suite 3300
Denver, CO 80202
(303) 572-4200
FAX: (303) 595-3780

Bradley Levin, Esq.
Roberts, Levin & Patterson
*Attorneys for Georgia Pacific*
1512 Larimer St., #950
Denver, CO 80202
(303) 575-9390
FAX: (303) 575-9385

David Nowak, Esq.
White & Steele, P.C.
*Attorneys for Garlock, Inc.*
21st Floor
950 17th Street
Denver, CO 80202-2804
(303) 296-2828
FAX: (303) 296-3131

David Fowler, Esq.
Fowler, Schimberg & Flanagan, P.C.
*Attorneys for Swinerton & Walberg*
1640 Grant St., #300
Denver, CO 80203
(303) 298-8603
FAX: (303) 298-8748

Steven M. Kaufmann, Esq.
Brian Hoffman, Esq.
Morrison & Foerster, LLP
*Attorneys for ABB Lummus Global, Inc.*
370 17th Street, Suite 5200
Denver, CO 80202
(303) 592-1500
FAX: (303) 592-1510

_Nancy Dena Cidler_

SODERQUIST

2