JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 5 2002

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>CONDITIONAL TRANSFER ORDER (CTO-215 | DOCKET NO. MDL 875 |

*This Document Relates to:*

U.S. DISTRICT COURT
STATE OF COLORADO

RUDOLPH DIONIGI and VIRGINIA
DIONIGI, Husband and Wife, et. al.
    Plaintiffs

-vs-                            No. 02-K-1291

JOHN CRANE, INC., et. al.

---

### PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

---

    Plaintiffs, pursuant to MDL Rule 7.4(c), hereby notify this Court that Plaintiffs oppose the conditional transfer of this "tag-along" action to this Court. Plaintiffs will file their Motion to Vacate Conditional Transfer Order and Brief in Support thereof within fifteen (15) days of this filing.

OFFICIAL FILE COPY   IMAGED SEP 5 '02

NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER
Page 2

DATED: 09/04/02

TRINE & METCALF, P.C.
Attorneys for Plaintiffs

J. Conard Metcalf, Reg. 2489
1435 Arapahoe Ave.
Boulder, CO 80302
303.442.0173

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 5 2002

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) ) ) ) | DOCKET NO. MDL 875 |
| CONDITIONAL TRANSFER ORDER (CTO-215 ) ) | |

*This Document Relates to:*

U.S. DISTRICT COURT
STATE OF COLORADO

**RUDOLPH DIONIGI and VIRGINIA DIONIGI, Husband and Wife, et. al.**
  **Plaintiffs**

-vs-                                          No. 02-K-1291

**JOHN CRANE, INC., et. al.**

2002 SEP -4 P 4: 11
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

---

## CERTIFICATE OF SERVICE

---

I hereby certify that a true and correct copy of **PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER** was served upon the following via e-filing via U.S. Mail, postage pre-paid on the 4th day of September, 2002:

Mary Price Birk, Esq.
Ronald L. Hellbusch, Esq.
Susan Hahn, Esq.
Baker & Hostetler, LLP
*Attorneys for Dana and Pneumo Abex*
303 17th Ave, #1100
Denver, CO 80203
(303) 861-0600
FAX: (303) 861-7805

James Miletich, Esq.
Long & Jaudon,
*Attorneys for Rio Grande and Rapid*
1600 Ogden Street
Denver, CO 80218-1414
(303) 832-1122
FAX: (303) 832-1348

Gary M. Clexton, Esq.
Miller & Steiert
*Attorneys for John Crane*
1901 W. Littleton Boulevard
Littleton, CO 80120
(303) 798-2525
FAX: (303)

Shauna Hilgers, Esq.
Law Office of Shauna Hilgers
*Attorney for Flintkote*
6508 Poppy Street
P.O. Box 1254
Arvada, CO 80001
(303) 431-5037
FAX (303) 431-5037

Bennett Cohen, Esq.
The Kobayashi Law Firm
*Attorneys for Metropolitan Life*
1633 Fillmore Street
Denver, CO 80206
(303) 399-2100
FAX: (303) 780-9836

Glendon L. Laird, Esq.
White & Steele, PC
*Attorneys for ACandS*
950 17th Street, 21st Floor
Denver, CO 80202-2804
(303) 296-2828
FAX: (303) 296-3131

Bradley Levin, Esq.
Roberts, Levin & Patterson
*Attorneys for Georgia Pacific*
1512 Larimer St., #950
Denver, CO 80202
(303) 575-9390
FAX: (303) 575-9385

David Nowak, Esq.
White & Steele, P.C.
*Attorneys for Garlock, Inc.*
21st Floor
950 17th Street
Denver, CO 80202-2804
(303) 296-2828
FAX: (303) 296-3131

David Fowler, Esq.
Fowler, Schimberg & Flanagan, P.C.
*Attorneys for Swinerton & Walberg*
1640 Grant St., #300
Denver, CO 80203
(303) 298-8603
FAX: (303) 298-8748

Steven M. Kaufmann, Esq.
Brian Hoffman, Esq.
Morrison & Foerster, LLP
*Attorneys for ABB Lummus Global, Inc.*
370 17th Street, Suite 5200
Denver, CO 80202
(303) 592-1500
FAX: (303) 592-1510

*Nancy Dene Adler* (signature)

Dionigi Gwin Campbell.

2