JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 5 2002

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Jose Casaus, et al. v. AC&S, et al.*, D. New Mexico, CIV No. 02-0887 JEC/RLP
*Johnny Jim, et al. v. AC&S, et al.*, D. New Mexico, CIV No. 02-0902 WWD/LFG
*George Zumwalt, et al. v. AC&S, et al.*, D. New Mexico, CIV No. 02-0909 WPJ/RLP
*John Julianto, et al. v. AC&S, et al.*, D. New Mexico, CIV No. 02-0910 BDB/LFG
*Johnson Shorthair, et al. v. AC&S, et al.*, D. New Mexico, CIV No. 02-0911 ELM/RLP
*Tom John, et al. v. AC&S, et al.*, D. New Mexico, CIV No. 02-0912 MCA/DJS
*Jones Johnson, et al. v. AC&S, et al.*, D. New Mexico, CIV No. 02-0913 JAP/WWD
*Abel Valverde, et al. v. AC&S, et al.*, D. New Mexico, CIV No. 02-0914 BDB/WWD

## NOTICE OF OPPOSITION
## PURSUANT TO RULE 7.4 OF THE RULES OF PROCEDURE
## OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Pursuant to Rule 7.4(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, the plaintiffs hereby file Notice of Opposition to the Conditional Transfer Order entered on August 21, 2002 in the above-cited case by the Clerk of the Panel transferring this action to the U.S. District Court for the Eastern District of Pennsylvania (MDL Docket No. 875).

In accordance with Rule 7.4(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, the plaintiff, within 15 days of the filing of this Notice of Opposition, will file a motion to vacate the Conditional Transfer Order and brief in support thereof.

Respectfully submitted,

WHITNEY BUCHANAN, P.C.

By: Whitney Buchanan
3200 Monte Vista Blvd. N.E.
Albuquerque, NM 87106
(505) 265-6491

1

IMAGED SEP 5 '02   **OFFICIAL FILE COPY**

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2002 SEP -4 P 3:10
RECEIVED CLERK'S OFFICE

        and

        NESS MOTLEY
        By: Ann Kimmel Ritter
        Post Office Box 365
        Barnwell, South Carolina 29812
        Telephone: (843) 216-9000

September ___, 2002        ATTORNEYS FOR PLAINTIFFS

Albuquerque, New Mexico