JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 5 2002

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Laura Moynihan v. Apache Enterprises, et al.*, N.D. Texas, C.A. No. 4:02-420

### ORDER VACATING CONDITIONAL TRANSFER ORDER

This action (*Moynihan*) was included on a conditional transfer order ("CTO-216") filed in this docket on August 21, 2002. The Panel has now learned that *Moynihan* is not related to the asbestos litigation and was included on CTO-216 as the result of an automation error.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-216" filed on August 21, 2002, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY   IMAGED SEP 5 '02