JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 5 2002

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY )
LITIGATION (NO. VI) )
 )   DOCKET NO. MDL 875
CONDITIONAL TRANSFER ORDER (CTO- )
215 )

*This Document Relates to:*

U.S. DISTRICT COURT
STATE OF COLORADO

SANDRA J. VANHOOSER, Individually
and as Personal Representative of the
Estate of DAVID R. VANHOOSER
    Plaintiff

-vs-                        No. 02-K-1290

SWINERTON WALBERG, et. al.

---

### PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

---

    Plaintiff, pursuant to MDL Rule 7.4(c), hereby notifies this Court that Plaintiff opposes the conditional transfer of this "tag-along" action to this Court. Plaintiff will file her Motion to Vacate Conditional Transfer Order and Brief in Support thereof within fifteen (15) days of this filing.

2002 SEP -5 A 11: 28
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

OFFICIAL FILE COPY  IMAGED SEP 6 '02

NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER
Page 2

DATED: 09/04/02

TRINE & METCALF, P.C.
Attorneys for Plaintiff

*[signature]*

J. Conard Metcalf, Reg. 2489
1435 Arapahoe Ave.
Boulder, CO 80302
303.442.0173

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 5 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) <br><br> CONDITIONAL TRANSFER ORDER (CTO-215 | DOCKET NO. MDL 875 |

**This Document Relates to:**

U.S. DISTRICT COURT
STATE OF COLORADO

SANDRA J. VANHOOSER, Individually
and as Personal Representative of the
Estate of DAVID R. VANHOOSER
    Plaintiff

-vs-    No. 02-K-1290

SWINERTON WALBERG, et. al.

---

### CERTIFICATE OF SERVICE

---

I hereby certify that a true and correct copy of the foregoing **Plaintiff's Notice of Opposition to Conditional Transfer Order** was served upon the following via U.S. Mail, postage pre-paid on this 5th day of September, 2002:

Mary Price Birk, Esq.
Ronald L. Hellbusch, Esq.
Susan Hahn, Esq.
Baker & Hostetler, LLP
*Attorneys for Union Carbide*
303 17th Ave, #1100
Denver, CO 80203
(303) 861-0600
FAX: (303) 861-7805

James Miletich, Esq.
Long & Jaudon,
*Attorneys for Rio Grande and Rapid*
1600 Ogden Street
Denver, CO 80218-1414
(303) 832-1122
FAX: (303) 832-1348

Gary M. Clexton, Esq.
Miller & Steiert, PC
*Attorneys for John Crane*
1901 W. Littleton Blvd.
Littleton, CO 80120
(303) 798-2525
FAX: (303) 798-2526

Shauna Hilgers, Esq.
Law Office of Shauna Hilgers
*Attorney for Flintkote*
6508 Poppy Street
P.O. Box 1254
Arvada, CO 80001
(303) 431-5037
FAX (303) 431-5037

Christopher K. Miller, Esq.
Kennedy & Christopher, P.C.
*Attorneys for Flanders Filters, Inc.*
1050 17th Street, Suite 2500
Denver, CO 80265(303) 825-2700
FAX: (303)m 825-0434

David Setter, Esq.
Socha, Perczak & Anderson, P.C.
*Attorneys for Camfil Farr, Inc.*
1775 Sherman Street, Suite1925
Denver, CO 80203
(303) 832-7265
FAX: (303) 832-7438

Bradley Levin, Esq.
Roberts, Levin & Patterson
*Attorneys for Georgia Pacific*
1512 Larimer St., #950
Denver, CO 80202
(303) 575-9390
FAX: (303) 575-9385

David Nowak, Esq.
White & Steele, P.C.
*Attorneys for Garlock, Inc.*
21st Floor
950 17th Street
Denver, CO 80202-2804
(303) 296-2828
FAX: (303) 296-3131

David Fowler, Esq.
Fowler, Schimberg & Flanagan, P.C.
*Attorneys for Swinerton & Walberg*
1640 Grant St., #300
Denver, CO 80203
(303) 298-8603
FAX: (303) 298-8748

Steven M. Kaufmann, Esq.
Brian Hoffman, Esq.
Morrison & Foerster, LLP
*Attorneys for ABB Lummus Global, Inc.*
370 17th Street, Suite 5200
Denver, CO 80202
(303) 592-1500
FAX: (303) 592-1510

2

Dennis H. Markusson, Esq.
Markusson, Green & Harvis, PC
*Attorneys for Plateau Supply*
999 18th Street, Suite 3300
Denver, CO 80202
(303) 572-4200
FAX: (303) 595-3780

                                                         _____

VANHOOSER