JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 6 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS )
LIABILITY LITIGATION (NO. VI) )
) **Docket No. MDL 875**
CONDITIONAL TRANSFER )
ORDER NO. CTO-215 )

---

**U.S. DISTRICT COURT, DISTRICT OF COLORADO**

**CIVIL ACTION NO. 02-CV-1272 (OES)**

KENNETH FREIBERG and MARY SUE FREIBERG,

    Plaintiffs,

v.

SWINERTON & WALBERG PROPERTY SERVICES, INC., ABB LUMMUS GLOBAL, INC., THE FLINTKOTE CORPORATION, GEORGIA-PACIFIC CORPORATION, PLATEAU SUPPLY COMPANY, RIO GRANDE COMPANY, JOHN CRANE, INC., RAPID AMERICAN CORPORATION, (Successor to Philip Carey Manufacturing Company), UNION CARBIDE CORPORATION, FLANDERS FILTERS, INC., a/k/a F.F.I., INC., a subsidiary of FLANDERS CORPORATION, GARLOCK, INC., and CAMFIL FARR, INC., f/k/a FARR CO.

    Defendants.

---

**WITHDRAWAL OF NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER**

---

    Defendant Swinerton & Walberg Property Services, Inc., through its counsel, Fowler, Schimberg & Flanagan, P.C., hereby notifies this Court that this Defendant hereby withdraws its Notice of Opposition, and states that it does not does not oppose the conditional transfer of this "tag along" action to the U.S. District Court for the Eastern District of Pennsylvania.

**OFFICIAL FILE COPY**     IMAGED SEP 6 '02

DATED this 5th day of September, 2002.

                      FOWLER SCHIMBERG & FLANAGAN, P.C.

                      Daniel M. Fowler, Esq.
                      Brian E. Widmann, Esq.
                      1640 Grant Street, Suite 300
                      Denver, Colorado 80203
                      Telephone: (303) 298-8603

                      ATTORNEYS FOR DEFENDANT SWINERTON
                      & WALBERG PROPERTY SERVICES, INC.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 6 2002

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I hereby certify that on this 5 day of September, 2002, I caused a true and correct copy of the foregoing **WITHDRAWAL OF NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER** to be placed into the United States Mail, first class postage prepaid, and correctly addressed to the following:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

*VIA FACSIMILE TRANSMISSION (202) 502-2888*

Clerk of the District Court
U.S. District Court for the District of Colorado
1929 Stout Street, Room C-145
Denver, Colorado 80202

Magistrate Judge Edward Schlatter
U.S. District Court for the District of Colorado
1929 Stout Street, Room C-162
Denver, Colorado 80202

J. Conard Metcalf, Esq.
Trine & Metcalf
1435 Arapahoe Avenue
Boulder, Colorado 80302
***Attorneys for Plaintiff***

Bradley Levin, Esq.
Roberts Levin & Patterson
1512 Larimer Street, Suite 950
Denver, Colorado 80202
***Attorneys for Georgia-Pacific Corporation***

Steven M. Kaufmann, Esq.
Brian Hoffman, Esq.
Morrison & Foerster, LLP
370 17th Street, Suite 5200
Denver, Colorado 80202
***Attorneys for ABB Lummus Global, Inc.***

Dennis H. Markusson, Esq.
Markusson Green & Jarvis, P.C.
999 18th Street, Suite 3300
Denver, Colorado 80202
***Attorneys for Plateau Supply Company***

Shauna Hilgers, Esq.
6508 Poppy Street
Post Office Box 1254
Arvada, Colorado 80001
***Attorneys for The Flinkote Corporation***

James Miletich, Esq.
McConnell, Siderius, Fleishner, Houghtaling
& Craigmile, LLC
2401 15th Street, Suite 300
Denver, Colorado 80202
***Attorneys for Rio Grande Company and
Rapid American Corporation***

Gary M. Clexton, Esq.
King Clexton & Feola, LLC.
1670 York Street
Denver, Colorado 80202
*Attorneys for John Crane, Inc.*

Mary Price Birk, Esq.
Ronald L. Hellbusch, Esq.
Monica Guardiola, Esq.
Baker & Hostetler, LLP
303 East 17th Avenue, Suite 1100
Denver, Colorado 80203
*Attorneys for Union Carbide Corporation*

Christopher K. Miller, Esq.
Kennedy & Christopher, P.C.
1050 17th Street, Suite 2500
Denver, Colorado 80265
*Attorneys for Flanders Filters, Inc.*

David Nowak, Esq.
White & Steele, P.C.
950 17th Street, Suite 2100
Denver, Colorado 80202
*Attorneys for Garlock, Inc.*

David Setter, Esq.
Socha, Perczak & Anderson, P.C.
1775 Sherman Street, Suite 1925
Denver, Colorado 80203
*Attorneys for Camfil Farr, Inc.*

*/s/ Rebekah Janzen*