JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
SEP - 6 2002
RECEIVED CLERK'S OFFICE 2002 SEP -4 P 12:30
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
FILED CLERK'S OFFICE SOUTHERN DISTRICT OF MISSISSIPPI
FILED AUG 27 2002
J.T. NOBLIN, CLERK BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

BLANCHE BURRELL, *ET AL.*                    PLAINTIFFS

VS.                           CIVIL ACTION NO. 1:02cv414GR

AC & S, Inc., *ET AL.*                     DEFENDANTS

### ORDER

This cause comes before the Court on motion of the plaintiffs to remand [20-1] the above referenced action to the Circuit Court of Holmes County, Mississippi. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

**ORDERED AND ADJUDGED** that the Court lacks subject matter jurisdiction over this case. Accordingly, the Court finds that the plaintiffs' motion to remand [20-1] should be granted and this case should be remanded to state court. The Clerk of this Court is directed to mail the Court file along with a certified copy of this order to the Clerk for the Circuit Court of Holmes County, Mississippi, after the expiration of ten days of the entry date of this judgment or by no earlier than September 16, 2002. It is further,

**ORDERED AND ADJUDGED** that this Court shall retain jurisdiction of this matter until the Clerk has mailed the certified copy of this order to the Clerk for the Circuit Court of Holmes County, Mississippi, and that transfer of this matter shall not be effected until that time. It is further,

MDL- 875
RECOMMENDED ACTION
VACATE CTO-215 -- 10 ACTIONS
Approved/Date: _____ 9/4

IMAGED SEP 9 '02

OFFICIAL FILE COPY

ORDERED AND ADJUDGED that any party in violation of this order shall be appropriately sanctioned. It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs associated with these case.

SO ORDERED AND ADJUDGED this the 27th day of August, 2002.

_____
UNITED STATES DISTRICT JUDGE

RECEIVED
CLERK'S OFFICE

2002 SEP -4 P 12:31

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 27 2002
J.T. NOBLIN, CLERK
BY_____ DEPUTY

ARVIS BLAINE, ET AL.                                        PLAINTIFFS

VS.                                             CIVIL ACTION NO. 1:02cv415GR

AC & S, Inc., ET AL.                                       DEFENDANTS

## ORDER

This cause comes before the Court on motion of the plaintiffs to remand [20-1] the above referenced action to the Circuit Court of Holmes County, Mississippi. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that the Court lacks subject matter jurisdiction over this case. Accordingly, the Court finds that the plaintiffs' motion to remand [20-1] should be granted and this case should be remanded to state court. The Clerk of this Court is directed to mail the Court file along with a certified copy of this order to the Clerk for the Circuit Court of Holmes County, Mississippi, after the expiration of ten days of the entry date of this judgment or by no earlier than September 16, 2002. It is further,

ORDERED AND ADJUDGED that this Court shall retain jurisdiction of this matter until the Clerk has mailed the certified copy of this order to the Clerk for the Circuit Court of Holmes County, Mississippi, and that transfer of this matter shall not be effected until that time. It is further,

ORDERED AND ADJUDGED that any party in violation of this order shall be appropriately sanctioned. It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs associated with these case.

SO ORDERED AND ADJUDGED this the 27th day of August, 2002.

_____
UNITED STATES DISTRICT JUDGE

2



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

VELMA AYERS, *ET AL.*                                 PLAINTIFFS

VS.                                   CIVIL ACTION NO. 1:02cv416GR

AC & S, Inc., *ET AL.*                                 DEFENDANTS

### ORDER

This cause comes before the Court on motion of the plaintiffs to remand [20-1] the above referenced action to the Circuit Court of Copiah County, Mississippi. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that the Court lacks subject matter jurisdiction over this case. Accordingly, the Court finds that the plaintiffs' motion to remand [20-1] should be granted and this case should be remanded to state court. The Clerk of this Court is directed to mail the Court file along with a certified copy of this order to the Clerk for the Circuit Court of Copiah County, Mississippi, after the expiration of ten days of the entry date of this judgment or by no earlier than September 16, 2002. It is further,

ORDERED AND ADJUDGED that this Court shall retain jurisdiction of this matter until the Clerk has mailed the certified copy of this order to the Clerk for the Circuit Court of Copiah County, Mississippi, and that transfer of this matter shall not be effected until that time. It is further,

ORDERED AND ADJUDGED that any party in violation of this order shall be appropriately sanctioned. It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs associated with this motion.

SO ORDERED AND ADJUDGED this the 27th day of August, 2002.

*[signature]*
UNITED STATES DISTRICT JUDGE

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



JOE ANDERSON, *ET AL.*                                    PLAINTIFFS

VS.                                    CIVIL ACTION NO. 1:02cv417GR

AC & S, Inc., *ET AL.*                                    DEFENDANTS

## ORDER

This cause comes before the Court on motion of the plaintiffs to remand [20-1] the above referenced action to the Circuit Court of Jefferson County, Mississippi. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

**ORDERED AND ADJUDGED** that the Court lacks subject matter jurisdiction over this case. Accordingly, the Court finds that the plaintiffs' motion to remand [20-1] should be granted and this case should be remanded to state court. The Clerk of this Court is directed to mail the Court file along with a certified copy of this order to the Clerk for the Circuit Court of Jefferson County, Mississippi, after the expiration of ten days of the entry date of this judgment or by no earlier than September 16, 2002. It is further,

**ORDERED AND ADJUDGED** that this Court shall retain jurisdiction of this matter until the Clerk has mailed the certified copy of this order to the Clerk for the Circuit Court of Jefferson County, Mississippi, and that transfer of this matter shall not be effected until that time. It is further,

31

ORDERED AND ADJUDGED that any party in violation of this order shall be appropriately sanctioned. It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs associated with this motion.

SO ORDERED AND ADJUDGED this the 27th day of August, 2002.

*[signature]*
UNITED STATES DISTRICT JUDGE

2

RECEIVED
CLERK'S OFFICE

2002 SEP -4 P 12: 31

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 27 2002
J.T. NOBLIN, CLERK
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

DOROTHY ANDERSON, *ET AL.*            PLAINTIFFS

VS.            CIVIL ACTION NO. 1:02cv418GR

AC & S, Inc., *ET AL.*            DEFENDANTS

## ORDER

This cause comes before the Court on motion of the plaintiffs to remand [22-1] the above referenced action to the Circuit Court of Holmes County, Mississippi. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that the Court lacks subject matter jurisdiction over this case. Accordingly, the Court finds that the plaintiffs' motion to remand [22-1] should be granted and this case should be remanded to state court. The Clerk of this Court is directed to mail the Court file along with a certified copy of this order to the Clerk for the Circuit Court of Holmes County, Mississippi, after the expiration of ten days of the entry date of this judgment or by no earlier than September 16, 2002. It is further,

ORDERED AND ADJUDGED that this Court shall retain jurisdiction of this matter until the Clerk has mailed the certified copy of this order to the Clerk for the Circuit Court of Holmes County, Mississippi, and that transfer of this matter shall not be effected until that time. It is further,

ORDERED AND ADJUDGED that any party in violation of this order shall be appropriately sanctioned. It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs associated with this motion.

SO ORDERED AND ADJUDGED this the 27th day of August, 2002.

_____
UNITED STATES DISTRICT JUDGE

2

RECEIVED
CLERK'S OFFICE
2002 SEP -4  P 12: 30

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 27 2002
J.T. NOBLIN, CLERK
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BILLY LEE, *ET AL.*           PLAINTIFFS

VS.           CIVIL ACTION NO. 1:02cv419GR

AC & S, Inc., *ET AL.*           DEFENDANTS

## ORDER

This cause comes before the Court on motion of the plaintiffs to remand [21-1] the above referenced action to the Circuit Court of Claiborne County, Mississippi. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that the Court lacks subject matter jurisdiction over this case. Accordingly, the Court finds that the plaintiffs' motion to remand [21-1] should be granted and this case should be remanded to state court. The Clerk of this Court is directed to mail the Court file along with a certified copy of this order to the Clerk for the Circuit Court of Claiborne County, Mississippi, after the expiration of ten days of the entry date of this judgment or by no earlier than September 16, 2002. It is further,

ORDERED AND ADJUDGED that this Court shall retain jurisdiction of this matter until the Clerk has mailed the certified copy of this order to the Clerk for the Circuit Court of Claiborne County, Mississippi, and that transfer of this matter shall not be effected until that time. It is further,

ORDERED AND ADJUDGED that any party in violation of this order shall be appropriately sanctioned. It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs associated with this motion.

SO ORDERED AND ADJUDGED this the 27th day of August, 2002.

_____
UNITED STATES DISTRICT JUDGE

2

RECEIVED
CLERK'S OFFICE

2002 SEP -4 P 12: 30

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 27 2002
J.T. NOBLIN, CLERK
BY_____ DEPUTY

BOBBY AGEE, *ET AL.*                               PLAINTIFFS

VS.                                                                             CIVIL ACTION NO. 1:02cv422GR

AC & S, Inc., *ET AL.*                              DEFENDANTS

## ORDER

This cause comes before the Court on motion of the plaintiffs to remand [23-1] the above referenced action to the Circuit Court of Jasper County, Mississippi. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that the Court lacks subject matter jurisdiction over this case. Accordingly, the Court finds that the plaintiffs' motion to remand [23-1] should be granted and this case should be remanded to state court. The Clerk of this Court is directed to mail the Court file along with a certified copy of this order to the Clerk for the Circuit Court of Jasper County, Mississippi, after the expiration of ten days of the entry date of this judgment or by no earlier than September 16, 2002. It is further,

ORDERED AND ADJUDGED that this Court shall retain jurisdiction of this matter until the Clerk has mailed the certified copy of this order to the Clerk for the Circuit Court of Jasper County, Mississippi, and that transfer of this matter shall not be effected until that time. It is further,

ORDERED AND ADJUDGED that any party in violation of this order shall be

appropriately sanctioned. It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs associated with this motion.

SO ORDERED AND ADJUDGED this the 27th day of August, 2002.

_____
UNITED STATES DISTRICT JUDGE

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 27 2002
BY _____ DEPUTY

DONALD AUSTIN, *ET AL.*                                    **PLAINTIFFS**

VS.                                             CIVIL ACTION NO. 1:02cv423GR

AC & S, Inc., *ET AL.*                                     **DEFENDANTS**

## ORDER

This cause comes before the Court on motion of the plaintiffs to remand [22-1] the above referenced action to the Circuit Court of Hinds County, Mississippi. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

**ORDERED AND ADJUDGED** that the Court lacks subject matter jurisdiction over this case. Accordingly, the Court finds that the plaintiffs' motion to remand [22-1] should be granted and this case should be remanded to state court. The Clerk of this Court is directed to mail the Court file along with a certified copy of this order to the Clerk for the Circuit Court of Hinds County, Mississippi, after the expiration of ten days of the entry date of this judgment or by no earlier than September 16, 2002. It is further,

**ORDERED AND ADJUDGED** that this Court shall retain jurisdiction of this matter until the Clerk has mailed the certified copy of this order to the Clerk for the Circuit Court of Hinds County, Mississippi, and that transfer of this matter shall not be effected until that time. It is further,

ORDERED AND ADJUDGED that any party in violation of this order shall be appropriately sanctioned. It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs associated with this case.

SO ORDERED AND ADJUDGED this the 27th day of August, 2002.

UNITED STATES DISTRICT JUDGE

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ALICE ALLEN, *ET AL.*                                                PLAINTIFFS

VS.                                                  CIVIL ACTION NO. 1:02cv424GR

AC & S, Inc., *ET AL.*                                    DEFENDANTS

## ORDER

This cause comes before the Court on motion of the plaintiffs to remand [22-1] the above referenced action to the Circuit Court of Jones County, Mississippi. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that the Court lacks subject matter jurisdiction over this case. Accordingly, the Court finds that the plaintiffs' motion to remand [22-1] should be granted and this case should be remanded to state court. The Clerk of this Court is directed to mail the Court file along with a certified copy of this order to the Clerk for the Circuit Court of Jones County, Mississippi, after the expiration of ten days of the entry date of this judgment or by no earlier than September 16, 2002. It is further,

ORDERED AND ADJUDGED that this Court shall retain jurisdiction of this matter until the Clerk has mailed the certified copy of this order to the Clerk for the Circuit Court of Jones County, Mississippi, and that transfer of this matter shall not be effected until that time. It is further,

ORDERED AND ADJUDGED that any party in violation of this order shall be

appropriately sanctioned. It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs associated with this motion.

SO ORDERED AND ADJUDGED this the 27th day of August, 2002.

*[signature]*
UNITED STATES DISTRICT JUDGE

Sent By: Porter & Malouf;   601 981 9980;   Sep-4-02 11:53;   Page 3

RECEIVED
CLERK'S OFFICE

2002 SEP -4 P 12:31

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 27 2002
J.T. NOBLIN, CLERK
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

JAMES ARRINGTON, JR., *ET AL.*                                    PLAINTIFFS

VS.                                                CIVIL ACTION NO. 1:02cv425GR

AC & S, Inc., *ET AL.*                                            DEFENDANTS

## ORDER

This cause comes before the Court on motion of the plaintiffs to remand [22-1] the above referenced action to the Circuit Court of Smith County, Mississippi. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that the Court lacks subject matter jurisdiction over this case. Accordingly, the Court finds that the plaintiffs' motion to remand [22-1] should be granted and this case should be remanded to state court. The Clerk of this Court is directed to mail the Court file along with a certified copy of this order to the Clerk for the Circuit Court of Smith County, Mississippi, after the expiration of ten days of the entry date of this judgment or by no earlier than September 16, 2002. It is further,

ORDERED AND ADJUDGED that this Court shall retain jurisdiction of this matter until the Clerk has mailed the certified copy of this order to the Clerk for the Circuit Court of Smith County, Mississippi, and that transfer of this matter shall not be effected until that time. It is further,

ORDERED AND ADJUDGED that any party in violation of this order shall be appropriately sanctioned. It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs associated with this motion.

SO ORDERED AND ADJUDGED this the 27th day of August, 2002.

_____
UNITED STATES DISTRICT JUDGE

2