JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 6 2002

FILED
CLERK'S OFFICE

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the ten Southern District of Mississippi actions listed on the attached Schedule A on August 6, 2002. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in these ten actions filed a notice of opposition to the proposed transfer. The Panel has now been advised that the ten actions were remanded to Mississippi state court by the Honorable Walter J. Gex III in separate orders filed on August 27, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-215" filed on August 6, 2002, is VACATED insofar as it relates to the ten actions listed on the attached Schedule A.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

IMAGED SEP 9 '02   OFFICIAL FILE COPY

## SCHEDULE A

MDL-875 — In re Asbestos Products Liability Litigation (No. VI)

### Southern District of Mississippi

*Blanche Burrell, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-414
*Arvis Blaine, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-415
*Velma Ayers, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-416
*Joe Anderson, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-417
*Dorothy Anderson, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-418
*Billy Lee v. ACandS, Inc., et al.*, C.A. No. 1:02-419
*Bobby Agee, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-422
*Donald Larry Austin, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-423
*Alice Allen, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-424
*James Arrington, Jr., et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-425