MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 10 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL Docket No. 875
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| KENNETH FREIBERG, ET AL. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:02-1272 (D.Colo.) |
| v. ) | |
| ) | |
| SWINERTON & WALBERG PROPERTY ) | |
| SERVICES, INC., ET AL. ) | |
| ) | |
| Defendants. ) | |

### OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CTO-215

Defendant Camfil Farr, Inc. respectfully submits this Opposition to Plaintiffs' Motion to Vacate Conditional Transfer Order ("CTO") 215, which was filed on August 21, 2002. Defendant Camfil Farr, Inc., hereby joins the Opposition that was filed by Co-defendant Union Carbide Corporation submitted on September 4, 2002.

As Co-defendant Union Carbide has properly argued to this Court, Plaintiffs have not presented a valid reason as to why the Panel should vacate the Conditional Transfer Order that it issued in this case.

Two separate defendants removed Plaintiffs' case to federal court. Camfil Farr, Inc. removed under the theory that Plaintiffs' claims arose on a federal enclave and Co-defendant

OFFICIAL FILE COPY   IMAGED SEP 11 '02

Swinerton and Walberg Property Services, Inc., removed the case under the theory that Swinerton is a federal contractor. The United States District Court for the Eastern District of Pennsylvania can properly consider Plaintiffs' request to remand this case back to state court.

Moreover, Plaintiffs' claims should remain in the MDL because they are alleging personal injuries from exposure to asbestos, or asbestos-containing products, and their claims clearly fit with the Panel's description of transferable cases set forth in its 1991 ruling in *In re Asbestos Products Liability Litigation* (No. VI).

In summary, the Panel should not vacate CTO-215 with respect to this case and should deny plaintiffs' motion to vacate.

Respectfully submitted this _____ day of September, 2002.

SOCHA, PERCZAK & ANDERSON, P.C.

By _____
David M. Setter
1775 Sherman Street, Suite 1925
Denver, Colorado 80203
Ph: 303.832.7265
Fax: 303.832.7438

ATTORNEYS FOR CAMIL FARR, INC.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 10 2002

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

I hereby certify that, on this 9 day of September, 2002, I caused an original, eleven (11) copies, and one computer readable disk copy of the foregoing Opposition of Defendant Camfil Farr, Inc. to Plaintiffs' Motion To Vacate CTO-215 to be served via Federal Express on the Clerk of the Panel:

> Michael J. Beck
> Clerk of the Panel
> Judicial Panel on Multidistrict Litigation
> Thurgood Marshall Federal Judicial Building
> One Columbus Circle, N.E.
> Room G-225, North Lobby
> Washington, D.C. 20002-8004

I further certify that, on this 9 day of September, 2002, I caused copies of the foregoing Opposition to be served by first-class mail, postage prepaid, on the counsel on the attached service list.

I finally certify that, on this 9 day of September, 2002, I caused a copy of the foregoing Opposition to be serviced by first-class mail, postage prepaid, on the Clerk of the transferee court:

> Michael E. Kunz
> Clerk of the Court
> United States District Court for the
> Eastern District of Pennsylvania
> 601 Market Street
> Philadelphia, PA 19106-1797

[signature]

PANEL SERVICE LIST (Excerpted from CTO-215)
DOCKET NO 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO., VI)

*Kenneth Freiberg, et al. v. Swinerton & Walberg Property Services, Inc., et al.*
D.Colorado, C.A. No. 1:02-1272

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH  44114

Mary P. Birk
Baker & Hostetler, LLP
303 East 17th Avenue
Suite 1100
Denver, CO  80203

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH  44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC  20036

Gary M. Clexton
King & Greisen, LLP
1670 York Street
Denver, CO  80202

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA  15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA  19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA  19103

Susan M Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN  55402

Shauna L. Hilgers
Shauna Hilgers Law Offices
6508 Poppy Street
P.O. Box 1254
Arvada, CO  80001

Steven M. Kaufman
Morrison & Foerster, LLP
5200 Republic Plaza
370 17th Street, Suite 5200
Denver, CO  80202

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH  44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Bradley Aaron Levin
Roberts, Levin & Patterson, P.C.
1660 Wynkoop Street
Suite 800
Denver, CO  80202



Daniel M. Fowler
Fowler, Schimberg & Flanagan, P.C.
1640 Grant Street
Suite 300
Denver, CO  80203

J. Conard Metcalf
Trine & Metcalf, P.C.
1435 Arapahoe Avenue
Boulder, CO  80302-6390

James M. Miletich
McConnell, Siderius, Fleischner, et al.
The Root Building, Suite 300
2401 15th Street
Denver, CO  80202

Christopher K. Miller
Kennedy & Christopher
1050 Seventeenth Street, Suite 2500
Denver, CO  80265-1197

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC  29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216

David M. Setter
Socha, Perczak & Anderson, P.C.
1775 Sherman Street, #1925
Denver, CO  80203

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA  19102

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, LLP
Centre Square West
15th Floor
Philadelphia, PA  19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI  48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

James K. Weston, II
Tom Riley Law firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA  52405

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX  77018

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA  90025