JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 12 2002

FILED
CLERK'S OFFICE

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, P.C.
10 West Broadway Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666
Attorneys for Plaintiff

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
### (SEE ATTACHED SCHEDULE OF CASES)
### RE: CONDITIONAL TRANSFER ORDER (CTO-217)

| | |
|---|---|
| GEORGE ABBOTT AND CAROLYN ABBOTT, et al. (all other Plaintiffs in cases subject to CTO-217), | ) NOTICE OF OPPOSITION TO TRANSFER |
| Plaintiffs, | ) |
| vs. | ) |
| ASBESTOS DEFENDANTS, | ) Conditional Transfer Order (CTO-217) |

On August 28, 2002, the Judicial Panel on Multidistrict Ligtigation, *In re Asbestos Products Liability Litigation (No. VI)* issued Conditional Transfer Order (CTO-217) conditionally transferring at least 148 cases currently pending in the United States District Court for the District of Utah (the "Utah Asbestos Cases") to the Eastern District of Pennsylvania, assigned to the Honorable Charles R. Weiner. A copy of a schedule prepared by the United States of America Judicial Panel on Multidistrict Litigation listing the cases to which this Notice of Opposition pertains is attached hereto as Exhibit "A."

**OFFICIAL FILE COPY** IMAGED SEP 13 '02

## NOTICE OF OPPOSITION

Plaintiffs in the Utah Asbestos Cases hereby provide Notice of Opposition to the transfer of the Utah Asbestos Cases. A consolidated Motion and Brief to Vacate the CTO, with a schedule of actions attached, is filed with the United States of America Judicial Panel on Multidistrict Litigation concurrently herewith.

DATED this 11th day of September, 2002.

HATCH, JAMES & DODGE

By: *[signature]*
Brent O. Hatch
Mark F. James
Attorneys for Plaintiffs in the Utah Asbestos Cases

SEP 11 2002 2:00PM   HATCH, JAMES & DODGE, PC   (801)363-6666   p.3

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 12 2002

FILED
CLERK'S OFFICE

# EXHIBIT "A"

# SCHEDULE CTO-217 - TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| UTAH | | |
| UT | 2 | 02-715 |
| UT | 2 | 02-716 |
| UT | 2 | 02-717 |
| UT | 2 | 02-718 |
| UT | 2 | 02-719 |
| UT | 2 | 02-720 |
| UT | 2 | 02-721 |
| UT | 2 | 02-722 |
| UT | 2 | 02-723 |
| UT | 2 | 02-724 |
| UT | 2 | 02-725 |
| UT | 2 | 02-726 |
| UT | 2 | 02-727 |
| UT | 2 | 02-728 |
| UT | 2 | 02-729 |
| UT | 2 | 02-730 |
| UT | 2 | 02-731 |
| UT | 2 | 02-732 |
| UT | 2 | 02-733 |
| UT | 2 | 02-734 |
| UT | 2 | 02-735 |
| UT | 2 | 02-736 |
| UT | 2 | 02-737 |
| UT | 2 | 02-738 |
| UT | 2 | 02-739 |
| UT | 2 | 02-740 |
| UT | 2 | 02-741 |
| UT | 2 | 02-742 |
| UT | 2 | 02-743 |
| UT | 2 | 02-744 |
| UT | 2 | 02-745 |
| UT | 2 | 02-746 |
| UT | 2 | 02-747 |
| UT | 2 | 02-748 |
| UT | 2 | 02-749 |
| UT | 2 | 02-750 |
| UT | 2 | 02-752 |
| UT | 2 | 02-753 |
| UT | 2 | 02-754 |
| UT | 2 | 02-755 |
| UT | 2 | 02-756 |
| UT | 2 | 02-757 |
| UT | 2 | 02-758 |
| UT | 2 | 02-759 |
| UT | 2 | 02-760 |
| UT | 2 | 02-761 |
| UT | 2 | 02-762 |
| UT | 2 | 02-763 |
| UT | 2 | 02-764 |
| UT | 2 | 02-773 |
| UT | 2 | 02-774 |
| UT | 2 | 02-775 |
| UT | 2 | 02-776 |
| UT | 2 | 02-777 |
| UT | 2 | 02-778 |
| UT | 2 | 02-779 |
| UT | 2 | 02-780 |
| UT | 2 | 02-781 |
| UT | 2 | 02-782 |
| UT | 2 | 02-783 |
| UT | 2 | 02-784 |
| UT | 2 | 02-785 |
| UT | 2 | 02-786 |
| UT | 2 | 02-787 |
| UT | 2 | 02-788 |
| UT | 2 | 02-789 |
| UT | 2 | 02-790 |
| UT | 2 | 02-791 |
| UT | 2 | 02-792 |
| UT | 2 | 02-793 |
| UT | 2 | 02-794 |
| UT | 2 | 02-795 |
| UT | 2 | 02-796 |
| UT | 2 | 02-797 |
| UT | 2 | 02-798 |
| UT | 2 | 02-799 |
| UT | 2 | 02-800 |
| UT | 2 | 02-801 |
| UT | 2 | 02-802 |
| UT | 2 | 02-803 |
| UT | 2 | 02-804 |
| UT | 2 | 02-805 |
| UT | 2 | 02-806 |
| UT | 2 | 02-807 |
| UT | 2 | 02-808 |
| UT | 2 | 02-809 |
| UT | 2 | 02-810 |
| UT | 2 | 02-811 |
| UT | 2 | 02-812 |
| UT | 2 | 02-813 |
| UT | 2 | 02-814 |
| UT | 2 | 02-815 |
| UT | 2 | 02-816 |
| UT | 2 | 02-817 |
| UT | 2 | 02-818 |
| UT | 2 | 02-819 |
| UT | 2 | 02-820 |
| UT | 2 | 02-821 |
| UT | 2 | 02-822 |
| UT | 2 | 02-823 |
| UT | 2 | 02-824 |
| UT | 2 | 02-825 |
| UT | 2 | 02-826 |
| UT | 2 | 02-827 |
| UT | 2 | 02-828 |
| UT | 2 | 02-829 |
| UT | 2 | 02-830 |
| UT | 2 | 02-831 |
| UT | 2 | 02-832 |
| UT | 2 | 02-833 |
| UT | 2 | 02-834 |
| UT | 2 | 02-835 |
| UT | 2 | 02-836 |
| UT | 2 | 02-837 |
| UT | 2 | 02-838 |
| UT | 2 | 02-839 |
| UT | 2 | 02-840 |
| UT | 2 | 02-841 |
| UT | 2 | 02-842 |
| UT | 2 | 02-843 |
| UT | 2 | 02-844 |
| UT | 2 | 02-845 |
| UT | 2 | 02-846 |
| UT | 2 | 02-847 |
| UT | 2 | 02-848 |
| UT | 2 | 02-849 |
| UT | 2 | 02-850 |
| UT | 2 | 02-851 |
| UT | 2 | 02-852 |
| UT | 2 | 02-853 |
| UT | 2 | 02-854 |
| UT | 2 | 02-855 |
| UT | 2 | 02-856 |
| UT | 2 | 02-857 |
| UT | 2 | 02-858 |
| UT | 2 | 02-859 |
| UT | 2 | 02-860 |
| UT | 2 | 02-861 |
| UT | 2 | 02-862 |
| UT | 2 | 02-863 |
| UT | 2 | 02-864 |
| UT | 2 | 02-865 |
| UT | 2 | 02-866 |
| UT | 2 | 02-867 |
| UT | 2 | 02-868 |
| UT | 2 | 02-869 |
| UT | 2 | 02-870 |
| UT | 2 | 02-871 |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 12 2002

FILED
CLERK'S OFFICE

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 11th day of September, 2002, a true and correct copy of the foregoing was filed with the United States District Court for the District of Utah and served on the following by U.S. Mail, first-class postage prepaid, as well as to those individuals identified on the attached list of "Involved Counsel for Schedule CTO-217, Docket No. 875, In Re Asbestos Products Liability Litigation (No. VI):

Todd S. Winegar, Esq.
201 South Main Street Suite 900
Salt Lake City, UT 84110
***Attorneys for Rapid American Corporation***

Paul H. Matthews, Esq.
10 West Broadway, Suite 700
Salt Lake City, Utah 84101
***Attorneys for Metropolitan Life Insurance***

Elizabeth S. Conley, Esq.
Katherine Venti, Esq.
PARSONS BEHLE & LATIMER
One Utah Center
201 South Main Street, Ste. 1800
PO Box 45898
Salt Lake City, UT 84145
***Attorneys for Georgia Pacific Corp., AIRCO, Inc. (BOC, Lincoln Electric Company, and ITW Hobart Brothers Company***

David B. Watkiss, Esq.
James E. Magelby, Esq.
Paxton R. Guymon, Esq.
Ballard Spahr Andrews & Ingersoll
One Utah Center
201 South Main Street, Suite 600
Salt Lake City, Utah 84111-2221
***Attorneys for Honeywell International, Inc.; Allied Signal***

Mark J. Williams, Esq.
PLANT WALLACE CHRISTENSEN & KANELL
136 East South Temple, Suit 1700
Salt Lake City, UT 84111
*Attorneys for Foster Wheeler Energy Corporation*

Melinda A. Morgan, Esq.
RICHARDS, BRANDT, MILLER & NELSON
50 South Main Street
PO Box 2465
Salt Lake City, UT 84110
*Attorneys for Owens-Illinois, Inc.*

Andrew M. Morse, Esq.
SNOW, CHRSITENSEN & MARTINEAU
10 Exchange Place, Suite 1100
P.O. Box 45000
Salt Lake City, UT 84145
*Attorneys for Combustion Engineering*

Peter Billings, Esq.
Douglas J. Payne, Esq.
FABIAN & CLENDENIN
215 South State Street, Suite 1200
Salt Lake City, Utah 84111
*Attorneys for Lorillard Tobacco*

David M. Connors, Esq.
Patrick S. Malone, Esq.
Kevin R. Murray, Esq.
LeBOEUF, LAMB, GREENE & McCRAE
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101
*Attorneys for Exxon Mobile*

Bryon Benevento, Esq.
James D. Gardner, Esq.
SNWLL & WILMER
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101
*Attorneys for Ford*

4

# INVOLVED COUNSEL FOR SCHEDULE CTO-217
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Eric Ames
Western Environmental Law Center
1807 Second Street, #8
Sante Fe, NM 87505

Sherman Ames, III
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Laurie K. Anger
Morgenstein & Jubelirer
Spear Street Tower, 32nd Floor
One Market Plaza
San Francisco, CA 94105

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Brent O. Hatch
Hatch & James, P.C.
10 West Broadway, Suite 400
Salt Lake City, UT 84101

Reginald S. Kramer
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Neil C. Ludman
Morgenstein & Jubelirer
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105

Paul H. Matthews
Kirton & McConkie
1800 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

Peter McKenna
Skadden Arps Slate Meagher & Flom
Four Times Square
New York, NY 10036

Melinda A. Morgan
Richards Brandt Miller & Nelson
50 S. Main Street, Suite 700
P.O. Box 2465
Salt Lake City, UT 84110

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406