JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 17 2002

FILED
CLERK'S OFFICE

1 | DEAN A. HANLEY (SBN 169507)
   | FRANCINE S. CURTIS (SBN 104338)
2 | PAUL, HANLEY & HARLEY LLP
   | 1608 Fourth Street, Suite 300
3 | Berkeley, California 94710
   | Telephone:   (510) 559-9980
4 | Facsimile:   (510) 559-9970

5 | Attorneys for Plaintiff
   | GENE LANGSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENE LANGSTON,                           No. C02-2611 JCS

          Plaintiff,                     **NOTICE OF VOLUNTARY**
                                         **DISMISSAL**
     vs.

OIL STATES INDUSTRIES, INC.,

          Defendant

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-captioned action without prejudice.

DATED: June 5, 2002                      PAUL, HANLEY & HARLEY LLP


                                         By _____
                                              Francine S. Curtis
                                              Attorney for Plaintiff GENE LANGSTON

MDL-875
RECOMMENDED ACTION
Vacate CTO-215-two actions
FINAL
Approved/Date: M  9/17/02

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By GINA AGUSTINE-RIVAS
Deputy Clerk
SEP 06 2002

IMAGED SEP 19 '02

OFFICIAL FILE COPY

RECEIVED
2002 SEP 16 P 3 03
CLERK'S OFFICE
MULTIDISTRICT
LITIGATION
JUDICIAL PANEL ON

LA #93022

TOTAL P.03

```
 1  DEAN A. HANLEY (SBN 169507)
    FRANCINE S. CURTIS (SBN 104338)
 2  PAUL, HANLEY & HARLEY LLP
    1608 Fourth Street, Suite 300
 3  Berkeley, California 94710
    Telephone:   (510) 559-9980
 4  Facsimile:   (510) 559-9970

 5  Attorneys for Plaintiffs
    HAROLD H. LEHMAN and ROBERTA
 6  J. LEHMAN
```

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

RECEIVED SEP 17 2002

FILED CLERK'S OFFICE

02 JUN -5 PM 3: 57

FILED JUN 0 6 2002
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD H. LEHMAN and ROBERTA J. LEHMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>OIL STATES INDUSTRIES, INC.,<br><br>    Defendant | No. C02-2612 MEJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-captioned action without prejudice.

DATED: June 5, 2002

PAUL, HANLEY & HARLEY LLP

By _/s/ Francine S. Curtis_
Francine S. Curtis
Attorney for Plaintiffs HAROLD H. LEHMAN
and ROBERTA J. LEHMAN

LA #93022

-1-

NOTICE OF VOLUNARY DISMISSAL -- C02-2612 MEJ