MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 17 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Gene Langston v. Oil State Industries, Inc.*, N.D. California, C.A. No. 3:02-2611
*Harold H. Lehman, et al. v. Oil State Industries, Inc.*, N.D. California,
  C.A. No. 3:02-2612

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these two actions (*Langston* and *Lehman*) on August 6, 2002. In the absence of any opposition, the conditional transfer order was finalized with respect to *Langston* and *Lehman* on August 22, 2002. The Panel has now been advised, however, that these two actions were dismissed and closed in the Northern District of California pursuant to stipulations of dismissal filed on June 6, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-215" filed on August 6, 2002, is VACATED insofar as it relates to these two actions.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY