JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 24 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION

In re Asbestos Products
   Liability Litigation (No. VI)                    **MDL No. 875**
   *Marvin J. May v. A.W. Chesterton, Inc., et al.,*
   S.D. Illinois, C.A. No. 3:02-655

## MONSANTO'S NOTICE OF APPEARANCE

Pursuant to Panel Rule 5.2, Pharmacia Corporation f/k/a Monsanto Company, designates the following attorney to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation:

Joseph C. Orlet
Husch & Eppenberger, LLC
190 Carondelet Plaza – Suite 600
St. Louis, MO  63105-3441
(314) 480-1500
(314) 480-1505 (fax)

Respectfully submitted,

HUSCH & EPPENBERGER, LLC

BY: _____
    Joseph C. Orlet
    Husch & Eppenberger, LLC
    190 Carondelet Plaza – Suite 600
    St. Louis, MO  63105-3441
    (314) 480-1500
    (314) 480-1505 (fax)

1281640

IMAGED SEP 25 '02
OFFICIAL FILE COPY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 24 2002

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**In re Asbestos Products**
  **Liability Litigation (No. VI)**          MDL No. **875**
  *Marvin J. May v. A.W. Chesterton, Inc., et al.,*
  S.D. Illinois, C.A. No. 3:02-655

### PROOF OF SERVICE

The undersigned hereby certifies pursuant to Panel Rule 5.2 that a true and correct copy of Monsanto's Notice of Appearance was forwarded to each attorney of record on the attached Panel Service List on this 10th day of September, 2002, by depositing same in the United States Mail, proper postage pre-paid.

Respectfully submitted,
HUSCH & EPPENBERGER, LLC

BY: _____
Joseph C. Orlet
Husch & Eppenberger, LLC
190 Carondelet Plaza – Suite 600
St. Louis, MO 63105-3441
(314) 480-1500
(314) 480-1505 (fax)

1281808

# PANEL SERVICE LIST (Excerpted from CTO-215)
## DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Marvin J. May v. A.W. Chesterton, Inc., et al., S.D. Illinois, C.A. No. 3:02-655

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

James F. Kelly
Simmons Firm
301 Evans Avenue
Suite 301
Wood River, IL 62095

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

Joseph C. Orlet
Husch & Eppenberger
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Westonm, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406