JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 6 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL DOCKET No. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Victor Barney, et al., v. AC&S, et al.,* D. New Mexico, C.A. No. 1:02-783
*Isidro Anaya, et al., v. AC&S., et al.,* D. New Mexico, C.A. No. 1:02-785
*Juan Torres, et al., v. AC&S, et al.,* D. New Mexico, C.A. No. 1:02-793
*Isaias Garcia, Jr., et al., v. ACM Corp., et al.,* D. New Mexico, C.A. No. 1:02-796

## OWENS-ILLINOIS' JOINDER TO GEORGIA-PACIFIC CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CTO-215

Defendant Owens-Illinois, Inc. joins hereto defendant Georgia-Pacific Corporation's Opposition to Plaintiffs' Motion to Vacate CTO-215. *TB*

Dated:   September 25, 2002

Respectfully submitted,

MORGENSTEIN & JUBELIRER

By: _____
Lori R. Wallerstein
[Cal . State Bar No. 170894]
Morgenstein & Jubelirer LLP.
One Market Plaza
Spear Street Tower, 32nd FL.
San Francisco, CA 94105
(415) 901-8700

Attorneys for Defendant
Owens-Illinois, Inc.

RECEIVED
CLERK'S OFFICE
2002 SEP 26  A 10:01

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

IMAGED SEP 27 '02

**OFFICIAL FILE COPY**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 6 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of September, 2002, I caused an original, eleven (11) copies, and one computer readable disk copy of the foregoing **DEFENDANT OWENS-ILLINOIS' CORPORATION'S JOINDER TO GEORGIA-PACIFIC CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER - 215** to be served via Federal Express on the Clerk of the :

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-225, North Lobby
Washington, D.C.  20002-8004

I further certify that, on this 25th day of September, 2002, I caused copies of the foregoing Opposition to be served by first-class mail, postage prepaid, on the counsel on the attached service list.

I finally certify that, on this 25th day of September, 2002, I caused a copy of the foregoing Opposition to be served by first-class mail, postage prepaid, on the clerk of the transferee court:

Michael E. Kunz
Clerk of the Court
United States District Court for the
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA  19106-1797

_____
[signature]

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2002 SEP 26  A 10:01

RECEIVED
CLERK'S OFFICE

25555.00027/392291.1
09/25/02

PANEL SERVICE LIST (Excerpted from CTO-215)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Victor Barney, et al., v. AC&S, et al.,* D. New Mexico, C.A. No. 1:02-783
*Isidro Anaya, et al., v. AC&S., et al.,* D. New Mexico, C.A. No. 1:02-785
*Juan Torres, et al., v. AC&S, et al.,* D. New Mexico, C.A. No. 1:02-793
*Isaias Garcia, Jr., et al., v. ACM Corp., et al.,* D. New Mexico, C.A. No. 1:02-796

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland. OH 44114

John M. Brant
Rodey, Dickason, Sloan, Akin & Robb
P.O. Box 1888
Albuquerque, NM 87103

Whitney C. Buchanan
Whitney Buchanan, P.C.
3200 Monte Vista Blvd., N.E.
Albuquerque, NM 87106

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Bums, While & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Tim L Fields
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Raymond P Forceno
Forceno & Hannon
Philadelphia Bourse Building, Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Monica C. Guardiola
Baker & Hostetler
303 East 17th Avenue, #1100
Denver, CO 80203

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Peter J. McKenna
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

Ronald L. Motley
Noss, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Gregory V. Pelton
Pelton & Associates
4300 Carlisle, N.E, #4
Albuquerque, NM 87107

John J. Rebcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus. OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025

Thomas A. Sandenaw
Sandenaw & Piazza, PC
2951 A Roadrunner Parkway
Las Cruces, NM 88011

Robert N. Spinelli
Kelley, Jasoun, McGuire & Spinelli, L.L.P.
Centre Square West, 15th Floor
Philadelphia, PA 19102

Bruce H. Strotz
Fairfield, Garrow & Strotz
P.O. Box 35400
Albuquerque, NM 87176

Robert E. Swickle
Jaques Admiralty Law Firm. P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# MORGENSTEIN & JUBELIRER LLP

SEP 2 6 2002

FILED
CLERK'S OFFICE

ONE MARKET • SPEAR STREET TOWER
THIRTY-SECOND FLOOR
SAN FRANCISCO, CALIFORNIA 94105

MJLLP.COM

SAN FRANCISCO OFFICE
TELEPHONE (415) 901-8700
FACSIMILE (415) 901-8701

AFFILIATED NEVADA OFFICE
TELEPHONE (702) 892-3900
FACSIMILE (702) 892-3950

LORI WALLERSTEIN

LRW@MJLLP.COM
(415) 901-8700

September 26, 2002

**Via Facsimile (202) 502-2888**
Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.-Room G-255, North Lobby
Washington, D.C. 20002-8004

Request of Deft. Owens-Illinois for an
Extension of Time to File Response --
GRANTED

(cdm - 9/26/02)

RE: MDL No. 875; Defendant Owens-Illinois, Inc. Joinder to Georgia-Pacific Corporation's Opposition to Plaintiffs' Motion to Vacate Conditional Transfer Order 215

*Victor Barney, et al., v. AC&S, et al.*, D. New Mexico, C.A. No. 1:02-783
*Isidro Anaya, et al., v. AC&S., et al.*, D. New Mexico, C.A. No. 1:02-785
*Juan Torres, et al., v. AC&S, et al.*, D. New Mexico, C.A. No. 1:02-793
*Isaias Garcia, Jr., et al., v. ACM Corp., et al.*, D. New Mexico, C.A. No. 1:02-796

Dear Mr. Beck:

Pursuant to my legal assistant's telephone conversation today, with court clerk Randolph Mitchell, we were informed that our original, eleven (11) copies, and one computer disk readable copy of Defendant Owens-Illinois' Joinder to Georgia-Pacific's Opposition to Plaintiffs' Motion to Vacate Conditional Transfer Order 215 was received one-day late for filing as a result of our internal calendar error. Mr. Mitchell was kind enough to advise that nonetheless, Owens-Illinois' Joinder would be filed. We apologize for any inconvenience this may have caused, and thank you.

Thank you for your patience and consideration in this matter. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Lori R. Wallerstein

LRW:lmf