UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
DOCKET NO. 875

IN RE:   ASBESTOS PRODUCTS LITIGATION (NO. VI)
CONDITIONAL TRANSFER ORDER CTO-215

THIS DOCUMENT RELATES TO CTO-215 AS IT PERTAINS TO THE FOLLOWING ACTIONS WHICH WERE TRANSFERRED FROM THE FEDERAL DISTRICT COURT, WESTERN DISTRICT OF KENTUCKY AT LOUISVILLE

**USDC-WD-LOUISVILLE CASE NO: 3:02CV-332-S**

Wilo Dean Rich, Kelly W. Prewitt and Patsy Prewitt,
Billy Vincent, Carl D. Stewart and Phyllis Stewart,
Sadie Moore-Cook, Joseph L. Schuler, Sr., Joann Schuler,
Ruby Cain, Judith Corn, Mary Haag, Bonnie W. Wines,
Adrian Van Bakel and Theresa Van Bakel, Jerome Duvall,
Emma Hall and James Hall, Wanda M. Morris,
Nora L. Woosley and Elza G. Woosley, Louise E. Goulder,
Mildred Needy, and William D. Sale                                    PLAINTIFFS

v.

Hollingsworth & Vose Co., et al.                                      DEFENDANTS

---

**CORPORATE DISCLOSURE STATEMENT
OF HOLLINGSWORTH & VOSE COMPANY**

---

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant Hollingsworth & Vose Company hereby states that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

OFFICIAL FILE COPY
IMAGED SEP 27 '02

_David T. Schaefer_
David T. Schaefer
WOODWARD, HOBSON & FULTON, LLP
2500 National City Tower
Louisville, KY 40202
(502) 581-8000
Counsel for Defendant,
  Hollingsworth & Vose Co.

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was, this 13 day of September 2002 mailed postage prepaid, first class mail to all persons on the attached Panel Service List.

_David T. Schaefer_
David T. Schaefer

## PANEL SERVICE LIST (Excerpted from CTO-215)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Wilo Dean Rich, et al. v. Hollingsworth & Vose Co., et al.*, W.D. Kentucky, C.A. No. 3:02-332

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien &
Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Joseph D. Satterley
Sales, Tillman & Wallbaum
1900 Waterfront Plaza
325 West Main Street
Louisville, KY 40202

David T. Schaefer
Woodward, Hobson & Fulton, LLP
2500 National City Tower
Louisville, KY 40202

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Edward H. Stopher
Boehl, Stopher & Graves
Aegon Center, Suite 2300
400 West Market Street
Louisville, KY 40202-3345

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

David B. Thorne
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, MO 64105

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406