JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 27 2002

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS | MDL DOCKET NO. 875 |
| LIABILITY LITIGATION (VI) | |

<u>HUBER, ET AL. VS. TAYLOR, ET AL.</u>, E.D. Pennsylvania
(W.D. Pennsylvania, C.A. No. 2:02-304)

### NOTICE OF OPPOSITION

Notice is hereby given, pursuant to the Panel's September 13, 2002 Conditional Remand Order, that Defendants Joseph B. Cox, Jr. and Joseph B. Cox, Jr., LTD (formerly Joseph B. Cox, Jr., P.C.) oppose remand of Civil Action No. 02-304 from the United States District Court for the Eastern District of Pennsylvania (MDL Docket No. 875) to the United States District Court for the Western District of Pennsylvania.

IMAGED OCT 2 '02 OFFICIAL FILE COPY

MARSHALL, DENNEHEY, WARNER
COLEMAN & GOGGIN

BY: _____
THOMAS C. DELORENZO
PA I.D. #21184
1845 Walnut Street, Suite 1900
Philadelphia, PA 19103
(215) 575-2741

BY: _____
JAMES A. McGOVERN
PA I.D. #61361
US Steel Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219
(412) 803-1180

Attorneys for Defendants: Joseph B. Cox,
Jr., Joseph B. Cox, Jr., LTD (formerly
known as Joseph B. Cox, Jr., P.C.)

Date: 9/26/02

Sep-26-2002 11:15am From-MARSHALL DENNEHEY ETAL +2155750856 T-376 P.005/008 F-164
Case MDL No. 875 Document 3718 Filed 09/27/02 Page 3 of 6

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 27 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, Thomas C. DeLorenzo, Esquire, do hereby certify that a true and correct copy of the Notice of Opposition of Defendants Joseph B. Cox, Jr. and Joseph B. Cox, Jr., LTD. (formerly known as Joseph B. Cox, Jr., P.C.) to the Conditional Remand Order Related to *Huber, et al. vs. Taylor, et al.*, PAW 2-02-304, was served upon all parties by First-Class mail at the addresses set forth below and on the accompanying Panel Service List on the date set forth below:

### FOR PLAINTIFFS:

Carol A. Mager, Esquire
**MAGER & WHITE, P.C.**
One Liberty Place, 44th Floor
1650 Market Street
Philadelphia, PA 19103

Joseph D. Pope, Esquire
**Kronish, Lieb, Weiner & Hellman, LLP**
1114 Avenue of the Americas
47th Floor
New York, New York 10036

Alisa N. Carr, Esquire
**DORNISH & SCOLIERI, P.C.**
429 Forbes Avenue
Allegheny Building, Suite 1100
Pittsburgh, PA 15219-1604

### FOR DEFENDANTS:

Howard M. Klein, Esquire
**Conrad, O'Brien, Gellman & Rohn, P.C.**
1515 Market Street, 16th Floor
Philadelphia, PA 19102

Anita B. Weinstein, Esquire
**COZEN & O'CONNOR**
1900 Market Street
Philadelphia, PA 19103-3508

Kevin L. Colosimo, Esquire
**HOUSTON HARBAUGH**
Two Chatham Center
Twelfth Floor
Pittsburgh, PA 15219-3463

*COURTESY COPY TO:*

The Honorable Charles R. Weiner
**United States District Court for the Eastern District of Pennsylvania**
U.S. Courthouse, Room 6613
601 Market Street
Philadelphia, PA 19106

The Honorable Donald J. Lee
**United States District Court for the Western District of Pennsylvania**
Room 916, U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Clerk of the Court
**United States District Court for the Western District of Pennsylvania**
U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

THOMAS C. DELORENZO

Dated: 9/26/02
\01_19\LIAB\TCD\LPG\340580\TCD\13231\00110

PANEL SERVICE LIST (Excerpted from CTO-212)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Ronald L. Huber, et al. vs. J. Robert Davis, Jr., et al.
W.D. Pennsylvania, C.A. No. 2:02-304

Joseph J. Bellew, Esquire
**Cozen & O'Connor**
The Atrium, 4th Floor
1900 Market Street
Philadelphia, PA 19103

Richard C. Binzley, Esquire
**Thompson Hine, LLP**
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass, Esquire
**Gallagher, Sharp, Fulton & Norman**
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud, Esquire
**Shea & Gardner**
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David D. Damico, Esquire
**Burns, White & Hickton**
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Carol A. Mager, Esquire
**Mager & White, P.C.**
One Liberty Place, 44th Floor
1650 Market Street
Philadelphia, PA 19103

Ralph A. Finizio, Esquire
**Houston & Harbaugh**
Two Chatham Center, 12th Floor
Pittsburgh, PA 15219

Raymond P. Forceno, Esquire
**Forceno & Hannon**
Philadelphia Bourse Bldg., Suite 100
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman, Esquire
**Goldfein & Joseph**
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen, Esquire
**Brownson & Ballou**
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Robert A. Klein, Esquire
**Conrad, O'Brien, Gellman & Rohn**
1515 Market Street
16th Floor
Philadelphia, PA 19102

Reginald S. Kramer, Esquire
**Oldham & Dowling**
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin, Esquire
**Hunton & Williams**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Neil Selman, Esquire
**Selman, Breitman & Burgess**
11766 Wilshire Boulevard, 6th Floor
Los Angeles, CA 90025

Ronald L. Motley, Esquire
**Ness, Motley, Loadholt, Richardson & Poole**
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

William J. O'Brien, Esquire
**Conrad, O'Brien, Gellman & Rohn**
1515 Market Street, 16th Floor
Philadelphia, PA 19102

William J. O'Brien, Esquire
**Delany & O'Brien**
306 West Somerdale Road
Voorhees, NJ 08043

John J. Repcheck, Esquire
**Marks, O'Neill, O'Brien & Courtney**
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven, Esquire
**John Roven & Associates**
2190 North Loop West
Suite 410
Houston, TX 77018

Gene Locks, Esquire
**Greitzer & Locks**
1500 Walnut Street
Philadelphia, PA 19102

Samantha L. Southall, Esquire
**Kronish, Lieb, Weiner & Hellman**
1114 Avenue of the Americas
New York, NY 10036

Robert N. Spinelli, Esquire
**Kelley, Jasons, McGuire & Spinelli**
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle, Esquire
**Jaques Admiralty Law Firm, P.C.**
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise, Esquire
**Reed Smith LLP**
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II, Esquire
**Tom Riley Law Firm**
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Richard D. Schuster, Esquire
**Vorys, Sater, Seymour & Pease**
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216