MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 27 2002

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
DOCKET NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
CONDITIONAL TRANSFER ORDER CTO-215

THIS DOCUMENT RELATES TO CTO-215 AS IT PERTAINS TO THE FOLLOWING ACTIONS WHICH WERE TRANSFERRED FROM THE FEDERAL DISTRICT COURT, WESTERN DISTRICT OF KENTUCKY AT LOUISVILLE

**USDC-WD-LOUISVILLE CASE NO: 3:02CV-332-S**

Wilo Dean Rich, Kelly W. Prewitt and Patsy Prewitt,
Billy Vincent, Carl D. Stewart and Phyllis Stewart,
Sadie Moore-Cook, Joseph L. Schuler, Sr., Joann Schuler,
Ruby Cain, Judith Corn, Mary Haag, Bonnie W. Wines,
Adrian Van Bakel and Theresa Van Bakel, Jerome Duvall,
Emma Hall and James Hall, Wanda M. Morris,
Nora L. Woosley and Elza G. Woosley, Louise E. Goulder,
Mildred Needy, and William D. Sale                                        PLAINTIFFS

v.

Hollingsworth & Vose Co., et al.                                          DEFENDANTS

---

### DEFENDANT LORILLARD TOBACCO COMPANY'S
### CORPORATE DISCLOSURE PURSUANT TO J.P.M.L. RULE 5.3

---

Lorillard Tobacco Company, by its undersigned attorneys, hereby makes the following disclosure pursuant to J.P.M.L. Rule 5.3:

Lorillard Tobacco Company is a wholly-owned subsidiary of Lorillard, Inc. Lorillard, Inc. is a wholly-owned subsidiary of Loews Corporation. Shares of Loews Corporation are publicly traded. Subsidiaries of Loews Corporation with publicly traded shares are CNA Financial Corporation, Diamond Offshore Drilling, Inc. and Bulova Corporation. Loews Corporation has also issued Carolina Group stock, a publicly traded tracking stock.

IMAGED OCT 2 '02

BOEHL STOPHER & GRAVES, LLP

*[signature]*

Edward H. Stopher, Esq.
Scott A. Davidson, Esq.
2300 Aegon Center
400 West Market Street
Louisville, KY 40202
Phone: 502.589.5980

David B. Thorne, Esq.
Trevor A. Bridges, Esq.
James E. Berger, Esq.
SHOOK, HARDY & BACON
One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105-2118

**COUNSEL FOR DEFENDANTS,
LORILLARD TOBACCO COMPANY
And LOEWS CORPORATION**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 27 2002

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

It is hereby certified that a copy hereof was served via U.S. Mail on this the 11th day of September, 2002 to the following:

Joseph D. Satterley, Esq.
SALES TILLMAN & WALLBAUM
1900 Waterfront Plaza
325 West Main Street
Louisville, KY 40202
**COUNSEL FOR PLAINTIFFS**

David T. Schaefer, Esq.
WOODWARD HOBSON & FULTON, L.L.P.
101 South Fifth Street
2500 National City Tower
Louisville, KY 40202-3175
**COUNSEL FOR DEFENDANT,
HOLLINGSWORTH & VOSE COMPANY**

Edward H. Stopher, Esq.
Scott A. Davidson, Esq.



## CERTIFICATE OF SERVICE

It is hereby certified that a copy hereof was served via U.S. Mail on this the 26th day of September, 2002 to the following:

Joseph D. Satterley
Sales Tillman & Wallbaum
1900 Waterfront Plaza
325 West Main Street
Louisville, KY 40202

David T. Schaefer
Woodward Hobson & Fulton, L.L.P.
101 South Fifth Street
2500 National City Tower
Louisville, KY 40202-3175

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Ave.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburg, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building, Ste. 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 US Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Buckingham, Doolittle & Burroughs
50 S. Main Street
P.O. Box 1500
Akron, OH 44309

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

2002 SEP 26 P 4:50
RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburg, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Ste. 410
Houston, TX 77018

Richard D. Schuster
Borys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd., 6th Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, LLP
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm PC
1370 Penobscot Bldg.
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, NE
P.O. Box 998
Cedar Rapids, IA 52406

_[signature]_
Edward H. Stopher, Esq.
Scott A. Davidson, Esq.