MDL 875

# Houston Harbaugh

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT -1 2002

FILED
CLERK'S OFFICE

**WRITER'S DIRECT DIAL:**
(412) 288-2264
kcolosimo@hh-law.com

TWO CHATHAM CENTER
TWELFTH FLOOR
PITTSBURGH, PA 15219-3463

412/281-5060
FAX 412/281-4499
http://www.hh-law.com

File # 28946

September 30, 2002

**VIA FACSIMILE - (202) 502-2888**
**and FEDERAL EXPRESS**

Michael J. Beck, Clerk of the Panel
**Atten: Randolph Mitchell**
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
One Columbus Circle, N.E.
Washington, DC 20002-8004

    **RE:** Ronald L. Huber, et al. v. Joseph B. Cox, Jr., et al.
         USDC, Docket No. 02-CV-304
         MDL Docket No. 875

Dear Mr. Beck:

    We represent Robert A. Pritchard, Esquire, Christopher Fitzgerald, Esquire, the Law Offices of Robert A. Pritchard and Pritchard Law Firm, PLLC (known collectively as the "Pritchard Defendants"). The Pritchard Defendants hereby join in the Notice of Opposition filed on September 26, 2002 by Defendants, Joseph B. Cox, Jr. and Joseph B. Cox, Jr., Ltd.

    I am enclosing an original and one copy with this letter and a Certificate of Service. I would appreciate your time-stamping a copy of this letter and returning it to me in the self-addressed, stamped envelope provided.

    Thank you for your attention to this matter. Should you have any questions, comments or concerns, please feel free to call.

Very truly yours,

Kevin L. Colosimo

KLC/dlg

RECEIVED CLERK'S OFFICE
2002 SEP 30 P 4: 15
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**
IMAGED OCT 3 '02

{M:\CLIENTS\28946\0000 H0172070:1}



**Houston Harbaugh**

Page 2

cc:   All counsel of record (service list attached)

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the within Joinder Letter in Notice of Opposition of Defendants Joseph B. Cox, Jr. and Joseph B. Cox, Jr. LTD. was served on the following parties this 30ny day of September, 2002 via first class, U.S. mail:

### FOR PLAINTIFFS:

Carol A. Mager, Esquire
Mager & White, P.C.
One Liberty Place, 44th Floor
1650 Market Street
Philadelphia, PA  19103

Joseph D. Pope, Esquire
Kronish, Lieb, Weiner & Hellman, LLP
1114 Avenue of the Americas
47th Floor
New York, NY  10036

Alisa N. Carr, Esquire
Dornish & Scolieri, P.C.
429 Forbes Avenue
Allegheny Building, Suite 1100
Pittsburgh, PA  15219-1604

### FOR DEFENDANTS:

Howard M. Klein, Esquire
Conrad, O'Brien, Gellman & Rohn, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA  19102

Anita B. Weinstein, Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA  19103-3508

Thomas C. Delorenzo, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1845 Walnut Street, Suite 1900
Philadelphia, PA  19103

# PANEL SERVICE LIST
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Ronald L. Huber, et al. v. Robert Davis, Jr., et al.*, E.D. Pennsylvania (W.D.) Pennsylvania, C.A. No. 2:02-304

| | | |
|---|---|---|
| Joseph J. Bellew<br>Cozen & O'Connor<br>The Atrium, 4th Floor<br>1900 Market Street<br>Philadelphia, PA 19103 | Susan M. Hansen<br>Brownson & Ballou<br>4800 U.S. Bank Place<br>601 Second Avenue, South<br>Minneapolis, MN 55402 | John D. Roven<br>Roven, Kaplan & Wells<br>2190 North Loop West<br>Suite 410<br>Houston, TX 77018 |
| Richard C. Binzley<br>Thompson Hine, LLP<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | Robert A. Klein<br>Conrad, O'Brien, Gellman<br>  & Rohn<br>1515 Market Street<br>Philadelphia, PA 19102 | Richard D. Schuster<br>Vorys, Sater, Seymoure,<br>  & Pease<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216 |
| Edward J. Cass<br>Gallagher, Sharp, Fulton<br>  & Norman<br>Bulkley Building, 7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | Reginald S. Kramer<br>Buckingham, Doolittle<br>  & Burroughs<br>50 South Main Street<br>P.O. Box 1500<br>Akron, OH 44309 | Neil Selman<br>Selman, Breitman & Burgess<br>11766 Wilshire Boulevard<br>Sixth Floor<br>Los Angeles, CA 90025 |
| Adam M. Chud<br>Shea & Gardner<br>1800 Massachusetts Avenue, N.W.<br>Washington, DC 20036 | David C. Landin<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Samantha L. Southall<br>Kronish Lieb Weiner<br>  & Hellman<br>1114 Avenue of the Americas<br>New York, NY 10036 |
| David A. Damico<br>Burns, White & Hickton<br>2400 Fifth Avenue Place<br>120 Fifth Avenue<br>Pittsburgh, PA 15222 | Gene Locks<br>Greitzer & Locks<br>1500 Walnut Street<br>Philadelphia, PA 19102 | Robert N. Spinelli<br>Kelley, Jasons, McGuire<br>  & Spinelli<br>Centre Square West<br>15th Floor<br>Philadelphia, PA 19102 |
| Thomas C. DeLorenzo<br>Marshall, Dennehey, Warner,<br>  Coleman & Goggin<br>1845 Walnut Street, Suite 1900<br>Philadelphia, PA 19103 | Ronald L. Motley<br>Ness, Motley, Loadholt,<br>  Richardson & Poole<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mt. Pleasant, SC 29464 | Robert E. Swickle<br>Jaques Admiralty Law Firm, P.C.<br>1370 Penobscot Building<br>Detroit, MI 48226 |

William J. O'Brien
Conrad, O'Brien, Gellman & Rohn
1515 Market Street
Sixteenth Floor
Philadelphia, PA 19102

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

William J. O'Brien
Delany & O'Brien
306 West Somerdale Road
Voorhees, NJ 08043

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

John J. Repcheck
Marks, O'Neill, O'Brien
  & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219