JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 1 2002

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | } | |
| LIABILITY LITIGATION (No. VI) | } | **MDL DOCKET NO. 875** |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

| | | |
|---|---|---|
| FLOWER MANGIALARDI, et al. , | } | |
| Plaintiffs | } | |
| | } | |
| V. | } | **CIVIL ACTION NO.  2:02CV121-B-B** |
| | } | |
| HAROLD'S AUTO PARTS, INC., et al., | } | |
| Defendants | } | |

### DEFENDANTS' JOINDER IN VIACOM, INC.'S RESPONSE TO
### PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

COME NOW Defendants, The Anchor Packing Company, Congoleum Corporation, Garlock Sealing Technologies LLC, a Delaware Corporation, f/k/a Garlock Inc, Gulf Belting and Gasket Company, Inc. and York International Corporation and hereby join in Defendant Viacom, Inc.'s Response to Plaintiffs' Motion to Vacate Conditional Transfer Order, filed on or about September 16, 2002 .

THIS  27th day of September, 2002.

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2002 OCT -1  A 8: 03

RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**  IMAGED OCT 3 '02

Respectfully submitted,

**THE ANCHOR PACKING COMPANY;
CONGOLEUM CORPORATION; GARLOCK
SEALING TECHNOLOGIES LLC, A
DELAWARE CORPORATION, F/K/A
GARLOCK INC; GULF BELTING AND
GASKET COMPANY, INC.; AND YORK
INTERNATIONAL CORPORATION,
Defendants**

Christopher O. Massenburg

Thomas W. Tyner
MSB #8170
Christopher O. Massenburg
MSB # 100182
Aultman, Tyner, Ruffin & Yarborough, Ltd.
P. O. Drawer 750
Hattiesburg, MS   39403-0750
Phone: (601) 583-2671
Fax:    (601) 583-2677

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT – 1 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, Christopher O. Massenburg, do hereby certify that I have this day forwarded by United

States Mail, postage prepaid, a true and correct copy of the above and foregoing *Defendant's*

*Joinder in Viacom, Inc.'s Response to Plaintiffs' Motion to Vacate Conditional Transfer Order*

to all known counsel of record.

THIS  *27th*  day of September, 2002.

RECEIVED
CLERK'S OFFICE

2002 OCT -1   A 10: 05

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**PANEL SERVICE LIST (Excerpted from CTO-215)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Flower Mangialardi, et al. v. Harold's Auto Parts, Inc., et al.*, N.D. Mississippi, C.A. No. 2:02-121

Phillip B. Abernethy
Butler, Snow, O'Mara, Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225

Robert M. Arentson, Jr.
Watkins, Ludlam, Winter &
Stennis, P.A.
P.O. Box 427
Jackson, MS 39205

Steven H. Begley
Wells Marble & Hurst, PLLC
P.O. Box 131
Jackson, MS 39205-0131

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Nathaniel A. Bosio
Dogan, Wilkinson, Kinard, Smith &
Edwards
P.O. Box 1618
734 Delmas Avenue
Pascagoula, MS 39568-1618

Brooks R. Buchanan
Butler, Snow, O'Mara, Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David W. Clark
Bradley, Arant, Rose & White
188 East Capitol Street, Suite 450
P.O. Box 1789
Jackson, MS 39215

Susan Coco
Jude & Coco, P.A.
P.O. Box 17499
Harriesburg, MS 39404

J. P. Coleman
Baker, Donelson, Bearman &
Caldwell
P.O. Box 14167
Jackson, MS 39236

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Chris H. Deaton
Deaton & Deaton, P.A.
113 Clark Street
Suite 5
Tupelo, MS 38804

David W. Dogan, III
Dogan & Wilkinson
P.O. Box 23062
Jackson, MS 39225

Walter W. Dukes
Dukes, Dukes, Keating & Faneca
P.O. Drawer W
Gulfport, MS 39501

Andrea Edney
Brunini, Grantham, Grower &
Hewes
248 East Capitol Street
P.O. Box 119
Jackson, MS 39205

W. Mark Edwards
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

James L. Fletcher, Jr.
Duncan & Courington
322 Lafayette Street
New Orleans, LA 70130

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourne Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Richard L. Forman
Forman, Perry, Watkins, Krutz &
Tardy
P.O. Box 22608
Jackson, MS 39225

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

William N. Graham
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P.O. Drawer 750
Hattiesburg, MS 39403

Lucien C. Gwin, Jr.
Gwin, Lewis & Punches
P.O. Box 1344
Natchez, MS 39121

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

PANEL SERVICE LIST (Cont.) MDL-875                                    PAGE 2

Alben N. Hopkins
Hopkins, Barnie & Hopkins, PLLC
2701 24th Avenue
P.O. Box 1510
Gulfport, MS 39502

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
1300 AmSouth Center
Jackson, MS 39215

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

Daphne M. Lancaster
Aultman, Tyner, McNeese, Ruffin
& Yarborough
P.O. Box 750
Hattiesburg, MS 39403

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Jonathan Masters
Holcomb Dunbar, P.A.
P.O. Box 368
152 Delat Avenue
Clarksdale, MS 38614-0368

Edward A. Moss
Holcomb Dunbar
P.O. Box 707
Oxford, MS 38655

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

Matthew F. Powers
Samson & Powers, PLLC
P.O. Box 1417
Gulfport, MS 39502

John J. Repcheck
Marks, O'Neill, O'Brien &
Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Karl R. Steinberger
Bryant, Colingo, Williams & Clark
P.O. Drawer H
Pascagoula, MS 39568

James P. Streetman, III
Clark, Scott & Streetman
P.O. Box 13847
Jackson, MS 39236

Joseph J. Stroble
Watkins & Eager
The Emporium Building
Suite 300, P.O. Box 650
400 East Capitol Street
Jackson, MS 39205-0650

Dana J. Swan
Chapman, Lewis & Swan
501 First Street
P.O. Box 428
Clarksdale, MS 38614

Robert F. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502

Lawrence D. Wade
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS 38702

Kimberly P. Wallace
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-9425

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Michael E. Whitehead
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533

Roy C. Williams
Colingo, Williams, Heidelberg, et al.
P.O. Box 1407
711 Delmas Avenue
Pascagoula, MS 39568