MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

OCT - 2 2002

DOCKET NO. 875

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| | | |
|---|---|---|
| SAM JORDAN, ET AL., | ) | No. 02-0782 (D.N.M.) |
| ADAM VIGIL, ET AL., | ) | No. 02-0788 (D.N.M.) |
| ROBERT BURNS, ET AL., | ) | No. 02-0789 (D.N.M.) |
| ROBERT BASSETT, ET AL., | ) | No. 02-0790 (D.N.M.) |
| LOUIS ARMIJO, ET AL., | ) | No. 02-0794 (D.N.M.) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AC&S, ET AL., | ) | |
| | ) | |
| Defendants | ) | |

## JOINDER IN OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Defendant Amchem Products, Inc. hereby joins in Defendants CertainTeed

Corporation's and Dana Corporation's Opposition to Plaintiffs' Motion to Vacate CTO-

215 and in Defendant Georgia-Pacific Corporation's Opposition to Plaintiffs' Motion to

Vacate CTO-215.

DATED this 1st day of October, 2002.

BAKER & HOSTETLER LLP

By: _____

Mary Price Birk
Monica C. Guardiola
303 E. 17th Avenue, Suite 1100
Denver, Colorado 80203
(303) 861-0600

RECEIVED CLERK'S OFFICE
2002 OCT -2 A 9: 57
PANEL ON MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**   IMAGED OCT 3 '02

and

Tim L. Fields
Michelle A. Hernandez
Modrall, Sperling, Roehl, Harris
& Sisk, PA
500 Fourth Street NW
Post Office Box 2168
Albuquerque, New Mexico
87103-2168
(505) 848-1800

ATTORNEYS FOR DEFENDANT
AMCHEM PRODUCTS, INC.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CERTIFICATE OF SERVICE

OCT - 2 2002

FILED
CLERK'S OFFICE

I hereby certify that, on this 1st day of October, 2002, I caused an original, eleven

(11) copies, and one computer readable disk copy of the foregoing **JOINDER IN**

**OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER**

**ORDER** to be served via Federal Express on the Clerk of the Panel:

> Michael J. Beck
> Clerk of the Panel
> Judicial Panel on Multidistrict Litigation
> Thurgood Marshall Federal Judiciary Building
> One Columbus Circle, N.E.
> Room G-225, North Lobby
> Washington, D.C. 20002-8004

I further certify that, on this 1st day of October, 2002, I caused copies of the

foregoing Joinder In Opposition to be served by first-class mail, postage prepaid, on the

counsel on the attached service list.

I hereby certify that, on this 1st day of October, 2002, I caused a copy of the

foregoing Joinder In Opposition to be served by first-class mail, postage prepaid, on the

Clerk of the transferee court:

> Michael E. Kunz
> Clerk of the Court
> United States District Court for the
> Eastern District of Pennsylvania
> 601 Market Street
> Philadelphia, PA 19106-1797

2002 OCT -2  A 9: 5

RECEIVED
CLERK'S OFFICE

_Darlene S. Rowland_
Darlene S. Rowland

PANEL SERVICE LIST (Excerpted from CTO-215)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Sam Jordan, et al., AC&S, et al., D. New Mexico, C.A. No. 1:02-782*
*Victor Barney, et al., v. AC&S, et al., D. New Mexico, C.A. No. 1:02-783*
*O. Robert Longacre, et al., v. AC&S, et al., D. New Mexico, C.A. No. 1:02-784*
*Isidro Anaya, et al., v. AC&S, et al., D. New Mexico, C.A. No. 1:02-785*
*Jacob F. Chavez, et al., v. AC&S, et al., D. New Mexico, C.A. No. 1:02-786*
*Adam Virgil, et al., v. AC&S, et al., D. New Mexico, C.A. No. 1:02-788*
*Robert Burns, et al., v. AC&S, et al., D. New Mexico, C.A. No. 1:02-789*
*Robert Bassett, et al., v. AC&S, et al., D. New Mexico, C.A. No. 1:02-790*
*Troy Rightmire, et al., v. AC&S, et al., D. New Mexico, C.A. No. 1:02-792*
*Juan Torres, et al., v. AC&S, et al., D. New Mexico, C.A. No. 1:02-793*
*Louis Armijo, et al., v. AC&S, et al., D. New Mexico, C.A. No. 1:02-794*
*Isaias Garcia, Jr., et al., v. ACM Corp., et al., D. New Mexico, C.A. No. 1:02-796*
*Robert Austin, et al., v. AC&S, et al., D. New Mexico, C.A. No. 1:02-795*

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

John M. Brant
Rodey, Diskason, Sloan, Akin & Robb
P. O. Box 1888
Albuquerque, NM 87103

Whitney C. Buchanan
Whitney Buchanan, P.C.
3200 Monte Vista Blvd., N.E.
Albuquerque, NM 87106

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, While & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Tim L. Fields
Modrall, Sperling, Roehl, Harris & Sisk
P. O. Box 2168
Albuquerque, NM 87103

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building, Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Monica C. Guardiola
Baker & Hostetler
303 East 17th Avenue, #1100
Denver, Colorado 80203

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308

4

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Peter J. McKenna
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P. O. Box 1792
Mt. Pleasant, SC 29465

Gregory V. Pelton
Pelton & Associates
4300 Carlisle, N.E., #4
Albuquerque, NM 87107

John J. Rebcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West, Suite 410
Houston, TX 77018

Thomas A. Sandenaw
Sandenaw & Piazza, PC
2951 A. Roadrunner Parkway
Las Cruces, NM 88011

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P. O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasoun, McGuire & Spinelli, L.L.P.
Centre Square West, 15th Floor
Philadelphia, PA 19102

Bruce H. Strotz
Fairfield, Garrow & Strotz
P. O. Box 35400
Albuquerque, NM 87176

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P. O. Box 998
Cedar Rapids, IA 52406