JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 2 2002

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

DOCKET NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| | | |
|---|---|---|
| WILLIAM AMON, ET AL., | ) | No. 02-520 (D.N.M.) |
| ROBERT BIEL, ET. AL., | ) | No. 02-519 (D.N.M.) |
| JACKIE LITTEN, ET. AL., | ) | No. 02-516 (D.N.M.) |
| AURELIO SAIZ, ET. AL., | ) | No. 02-521 (D.N.M.) |
| | ) | |
| Plaintiffs | ) | |
| v. | ) | |
| | ) | |
| AC&S, ET AL., | ) | |
| Defendants | ) | |
| | ) | |
| GEORGE BACA, ET AL., | ) | No. 02-506 (D.N.M.) |
| TONY CHAVEZ, ET AL., | ) | No. 02-515 (D.N.M.) |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| A.P. GREEN INDUSTRIES, ET AL., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| WILLIS HARDY, ET AL., | ) | No. 02-518 (D.N.M.) |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ACM CORP., ET AL., | ) | |
| | ) | |
| Defendants | ) | |

RECEIVED
CLERK'S OFFICE
2002 OCT -2  A: 9: 53
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

## JOINDER IN OPPOSITION TO PLAINTIFFS' MOTION
## TO VACATE CONDITIONAL TRANSFER ORDER

Defendant Ingersoll-Rand Company hereby joins in Defendants Certainteed Corporation

and Dana Corporation's Opposition to Plaintiffs' Motion to Vacate CTO-214 and in Defendant

OFFICIAL FILE COPY    IMAGED OCT 3 '02

Owens-Illinois, Inc.'s Opposition to Plaintiffs' Motion to Vacate CTO-214.

Respectfully submitted,

SANDENAW & PIAZZA, P.C.

_____
Thomas A. Sandenaw, Jr.
2951 Roadrunner Parkway
Las Cruces, New Mexico 88011
(505) 522-7500

and

PEHLIVANIAN & BRAATEN, LLC
James S. Braaten, Esq.
Paynter's Ridge Office Park
Post Office Box 648
Manasquan, New Jersey 08736

ATTORNEYS FOR INGERSOLL-RAND
COMPANY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 2 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF MAILING

I hereby certify that, on this 1st day of October, 2002, I caused an original and eleven

(11) copies, and one computer readable disk copy of the foregoing Joinder in Opposition to

Plaintiffs' Motion to Vacate CTO-214 to be served via Federal Express on the Clerk of the Panel:

> Michael J. Beck
> Clerk of the Panel
> Judicial Panel on Multidistrict Litigation
> Thurgood Marshall Federal Judiciary Building
> One Columbus Circle, N.E.
> Room G-225, North Lobby
> Washington, D.C.  20002-8004

I further certify that, on this 1st day of October, 2002, I caused copies of the foregoing

Joinder in Opposition to be served by first-class mail, postage prepaid, on the counsel on the

attached service list.

I hereby certify that, on this 1st day of October, 2002, I caused a copy of the foregoing

Joinder in Opposition to be served by first-class mail, postage prepaid, on the Clerk of the

transferee court:

> Michael E. Kunz
> Clerk of the Court
> United States District Court for the
> Eastern District of Pennsylvania
> 601 Market Street
> Philadelphia, PA 19106-1797

_____

Thomas A. Sandenaw, Jr.

PANEL SERVICE LIST
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*William Amon, et al. v. AC&S, et al.,* No. 02-520 (D.N.M.)
*Robert Biel, et al. v. AC&S, et al.,* No. 02-519 (D.N.M.)
*Jackie Litten, et al. v. AC&S, et al.,* No. 02-516 (D.N.M.)
*Aurelio Saiz, et al. v. AC&S,* No. 02-521 (D.N.M.)
*George Baca, et al. v. A.P. Green Industries, et al.,* No. 02-506 (D.N.M.)
*Tony Chavez, et al. v. A.P. Green Industries, et al.,* No. 02-515 (D.N.M.)
*Willis Hardy, et al. v. ACM Corp., et al.,* No. 02-518 (D.N.M.)

Whitney C. Buchanan, Esq.
3200 Monte Vista Boulevard, NE
Albuquerque, New Mexico 87106
*Attorneys for the Plaintiffs*

Kenneth J. Wilson, Esq.
Ness, Motley, Loadholt, Richardson & Poole
1730 Jackson Street
Barnwell, South Carolina *29812*
*Attorneys for the Plaintiffs*

John A. Bannerman, Esq.
Charlotte Lamont, Esq.
Krehbiel, Bannerman & Williams, PA
6400 Uptown Boulevard, Suite 200W
Albuquerque, New Mexico 87110
*Attorneys for General Electric Company,*
*and Foster Wheeler Energy Corporation*

Mary Price Birk & Monica C. Guardiola
Baker & Hostetler, LLP
303 E. 17th Avenue
Denver, Colorado 80203
*Attorneys for Union Carbide Corporation,*
*Certainteed Corporation, Dana Corp., Quigley*
*and Amchem.*

James S. Braaten, Esq.
PEHLIVANIAN & BRAATEN, LLC
Paynter's Ridge Office Park
Post Office Box 648
Manasquan, New Jersey 08736
*Attorneys for Ingersoll-Rand Company*

John M. Brant
Rodey Law Firm
Post Office Box 1888
Albuquerque, New Mexico 87103-1888
*Attorneys for Metropolitan Life Insurance*

Craig Brasfield, Esq.
LAW FIRM OF FORMAN, PERRY, WATKINS,
KRUTZ & TARDY, PLLC
Post Office Box 22608
Jackson, Mississippi 39225-2608
*Attorneys for Uniroyal, Inc.*

CT Corporation
123 E. Marcy
Santa Fe, New Mexico 87501
*Attorneys for Basic, Inc.*

Timothy L. Fields, Esq.
Michelle Hernandez, Esq.
Modrall, Sperling, Roehl, Harris & Sisk, PA
Post Office Box 2168
Albuquerque, New Mexico 87103-2168
*Attorneys for Asbestos Claims Managements Corp.,*
*Viacom, Inc., A.P. Green Industries, Inc.,*
*Harbison-Walker Refractories, Indresco, Inc.,*
*Union Carbide Corporation, Certainteed Corporation,*
*Dana Corp., Pfizer, Quigley, and Amchem.*

Steven P. Fisher
400 N. Pennsylvania/Ste 600
Roswell, New Mexico 88201
*Attorneys for Bearings Inc.*

William P. Gralow
Megan Day Hill
Civerolo, Gralow & Hill, PA
Post Office Box Drawer 887
Albuquerque, New Mexico 87103-0887
**Attorneys for Combustion Engineering**

Alfred L Green, Jr.
Bull Thornton & Baehr PC
PO Box 3170
Albuquerque, NM 87190-3170
*Attorneys for J.T. Thorpe, Inc.,*
*and Industrial Holdings Corp.*

Stephen D. Ingram
Stratton & Cavin, PA
P.O. Box 1216
Albuquerque, NM 87103-1216
*Attorneys for Dresser Industries, Inc. and*
*Worthington Pumps, Inc.*

Charles W. LaGrave
Lori R. Wallerstein
Morgenstein & Jubelirer, LLP
One Market
Spear Street Tower, 32nd Floor
San Francisco, California 94105
*Attorneys for Georgia Pacific and Owens Illinois, Inc.*

Glendon Laird
White & Steele
950 17th Street, 21st Floor
Denver, Colorado 80202-2804
*Attorneys for AC&S*

Thomas R. Mack
Stephen M. Williams
Miller, Stratvert, Torgerson, PA
Post Office Box 25687
Albuquerque, New Mexico 87125
*Attorneys for General Refractories Company,*
*Garlock, Inc., and D.B. Riley Stoker Corp.*

Gregory V. Pelton, Esq.
Pelton & Associates, PA
4300 Carlisle Boulevard, NE, Ste. 4
Albuquerque, New Mexico 87107
*Attorneys for Flintkote*

Charles A. Pharris & David Peterson
Keleher & McLeod, PA
Post Office Drawer AA
Albuquerque, New Mexico 87103
*Attorneys for North American Refractory Co.*

Thomas A. Sandenaw, Jr., Esq.
Sandenaw & Piazza, PC
2951 Roadrunner Parkway
Las Cruces, New Mexico 88011
*Attorneys for Uniroyal, Inc. and Ingersoll-Rand Co.*

Douglas G. Schneebeck
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
PO Box 2168
Albuquerque, NM 87103-2168
*Attorneys for 3M Company*

Bruce H. Strotz
Fairfield, Farrow, Flowers, Pierson & Strotz, PC
Post Office Box 35400
Albuquerque, New Mexico 87176-5400
*Attorneys for Georgia Pacific and Owens Illinois, Inc.*

Robert P. Warburton
Sheehan, Sheehan & Stelzner, PA
Post Office Box 271
Albuquerque, New Mexico 87103
*Attorneys for Crown Cork & Seal Company Inc.*
*and Kaiser Aluminum & Chemical Corp.*

**PANEL SERVICE LIST (Excerpted from CTO-214)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*George Baca, et al. v. A.P. Green Industries, Inc., et al.*, D. New Mexico, C.A. No. 1:02-506
*Tony G. Chavez, et al. v. A.P. Green Industries, Inc., et al.*, D. New Mexico, C.A. No. 1:02-515
*Leon Chavez, et al. v. A.P. Green Industries, Inc., et al.*, D. New Mexico, C.A. No. 1:02-517
*Willis D. Hardy, et al. v. Asbestos Claims Management Corp., et al.*, D. New Mexico, C.A. No. 1:02-518
*Robert A. Biel, et al. v. ACandS, Inc., et al.*, D. New Mexico, C.A. No. 1:02-519
*William P. Amon, et al. v. ACandS, Inc., et al.*, D. New Mexico, C.A. No. 1:02-520
*Aurelio A. Saiz v. ACandS, Inc., et al.*, D. New Mexico, C.A. No. 1:02-521
*Richard Ortiz, et al. v. Asbestos Claims Management Corp., et al.*, D. New Mexico, C.A. No. 1:02-522
*Jackie Litten v. ACandS, Inc., et al.*, D. New Mexico, C.A. No. 6:02-516

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Whitney C. Buchanan
Whitney Buchanan, P.C.
3200 Monte Vista Blvd., N.E.
Albuquerque, NM 87106

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

John J. Repcheck
Marks, O'Neill, O'Brien &
Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John Roven & Associates
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Bruce H. Strotz
Fairfield, Garrow & Strotz
P.O. Box 35400
Albuquerque, NM 87176

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Lori R. Wallerstein
Morgenstein & Jubelirer
One Market Spear Street
Spear Tower, 32nd Floor
One Market Plaza
San Francisco, CA 94105

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406