

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 8 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS )
LIABILITY LITIGATION (NO. VI) )
) Docket No. MDL 875
CONDITIONAL TRANSFER )
ORDER NO. CTO-216 )

---

**U.S. DISTRICT COURT, DISTRICT OF COLORADO**
**CIVIL ACTION NO. 02-K-1289 (OES)**

VINCENT SODERQUIST
v.
SWINERTON & WALBERG PROPERTY SERVICES, INC. a Colorado Corporation; et al.

---

**U.S. DISTRICT COURT, DISTRICT OF COLORADO**
**Civil Action No. 02-K-1290 (OES)**

SANDRA J. VANHOOSER, Individually and as Personal Representative for David R. VANHOOSER
v.
SWINERTON & WALBERG PROPERTY SERVICES, INC., a Colorado corporation, et al.

---

**U.S. DISTRICT COURT, DISTRICT OF COLORADO**
**Civil Action No. 02-K-1291 (OES)**

RUDOLPH DIONIGI and VIRGINIA DIONIGI as Husband and Wife and GLEN GWIN and INA GWIN, as Husband and Wife, and FOSTER BOB CAMPBELL and MARY CAMPBELL, as Husband and Wife,
v.
JOHN CRANE, INC., an Illinois corporation, et al.

---

**OPPOSITION TO PLAINTIFFS' MOTIONS TO VACATE CONDITIONAL TRANSFER ORDER**

---

Defendant Swinerton & Walberg Property Services, Inc, n/k/a "Swinerton Builders", through

OFFICIAL FILE COPY   IMAGED OCT 9 '02

counsel Fowler, Schimberg & Flanagan, P.C., Responds to the Plaintiffs' "Motion To Vacate Conditional Transfer Order And For Immediate Remand And Memorandum And Brief in Support Thereof[1]" that have been filed in each of the above captioned matters as follows:

1. This Defendant properly removed each of the actions listed above from state to federal court. This Defendant opposes the relief sought from the JPML because Plaintiffs' motions contradict well-settled Panel precedent. The Panel should deny Plaintiffs' Motions.

2. Of import to this Panel, the Plaintiffs acknowledge that each of these cases fall within the category of cases that should be transferred to MDL-875 when they assert that each case concerns injury caused by exposure to asbestos. See Plaintiffs' Motions, ¶ 1.

3. Plaintiffs nonetheless argue that these cases should not be transferred to MDL- 875 because they were not properly removed to federal court in the first instance. Plaintiffs argue that this Panel should review and rule upon the same pleadings pending in the Colorado U.S. District Court, and remand these matters to state court, or, vacate CTO-216 as to the cases captioned above until the federal district court in Colorado addresses Plaintiffs' pending Motions to Remand.

4. Plaintiffs' arguments against transfer have been rejected by this Panel over and over again. In its initial opinion creating this MDL docket, the Panel made clear that "distinctions based on such matters as the pendency of motions or other matters before the transferor court" do not present a basis "for carving out exceptions to transfer in this extraordinary docket." *In re Asbestos Prods. Liab. Litig. VI*, MDL No. 875 (J.P.M.L. Apr. 17, 2002) (transfer order), at 1-2, citing *In re Asbestos Prods. Liab. Litig. (VI)*, 771 F. Supp. 415 (J.P.M.L. 1991). <u>This Panel has repeatedly</u>

---

[1] The Caption of Plaintiffs' Motion references "CTO-215" however each of the cases captioned above were conditionally transferred pursuant to CTO-216. Notwithstanding Plaintiffs' inadvertent error, it has been confirmed with the Clerk of The Panel that Plaintiffs' motions have been docketed within CTO-216.

<u>reaffirmed this position, and has explicitly held that the pendency of a motion for remand to state court is not a proper basis for denial of transfer.</u> *See, e.g., In re Asbestos Prods. Liab. Litig. (VI),* MDL No. 875 (J.P.M.L. Apr. 17, 2002) (transfer order), at 1 n.1 ("Plaintiffs * * * have argued that transfer should be denied or deferred in order to permit the resolution of pending motions to remand the actions to state court. There is no need to delay transfer in order to accommodate such an interest.")

5. In support of their Motions to Vacate CTO-216, Plaintiffs attached all of the briefs that concern the Motions to Remand that have been filed in each of the civil actions captioned above in the United States District Court for the District of Colorado. Those issues are properly pending before the Honorable Judge Kane of the U.S. District Court for the District of Colorado. Plaintiff makes no argument as to why Judge Kane should be recused or otherwise divested of his authority to rule on the Motions to Remand that are pending on his docket. This Panel has repeatedly held that final transfer should go forward when a motion to remand is pending in the transferor court, but has not been ruled upon.

6. Plaintiff's motion also ignores the legal and functional equivalence of two co-equal federal courts. The transferor court, the United States District Court for District of Colorado is competent to decide whether removal from the state court was proper in the first instance. In keeping with Panel precedent, Plaintiffs should avail themselves of Panel Rule 7.6 rather than seeking relief in this manner.

Plaintiffs have presented no basis on which the Panel should vacate CTO-216 with respect to cases captioned above. The Panel should deny Plaintiffs' Motions.

Dated this 2nd day of October, 2002

FOWLER, SCHIMBERG & FLANAGAN, P.C.

*[signature]*

Daniel M. Fowler, Esq.
Brian E. Widmann, Esq.
1640 Grant Street, Suite 300
Denver, Colorado 80203
Telephone: (303) 298-8603

ATTORNEYS FOR DEFENDANT SWINERTON &
WALBERG PROPERTY SERVICES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that, on this **2nd** day of October, 2002, I caused an original, eleven (11) copies, and one computer readable disk copy of the foregoing OPPOSITION TO PLAINTIFFS' MOTIONS TO VACATE CONDITIONAL TRANSFER ORDER to be served via Federal Express on the Clerk of the Panel:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-225, North Lobby
Washington, D.C. 20002-8004

I further certify that, on this **2nd** day of October, 2002, I caused copies of the foregoing Opposition to be served by first-class mail, postage prepaid, on:

| | | |
|---|---|---|
| J. Conard Metcalf, Esq. | Steven M. Kaufmann, Esq. | Shauna Hilgers, Esq. |
| Trine & Metcalf | Brian Hoffman, Esq. | 6508 Poppy Street |
| 1435 Arapahoe Avenue | Morrison & Foerster, LLP | P.O. Box 1254 |
| Boulder, Colorado 80302 | 370 17th Street, Suite 5200 | Arvada, CO 80001 |
| | Denver, Colorado 80202 | |

| | | |
|---|---|---|
| Bradley Levin, Esq.<br>Roberts Levin & Patterson<br>1512 Larimer Street, Suite 950<br>Denver, CO 80202 | Dennis H. Markusson, Esq.<br>Markusson Green & Jarvis, P.C.<br>999 18th Street, Suite 3300<br>Denver, CO 80202 | James Miletich, Esq.<br>McConnell, Siderius, Fleishner,<br>Houghtaling & Craigmile, LLC<br>2401 15th Street, Suite 300<br>Denver, CO 80202 |
| Robert M. Steiert, Esq.<br>Gary M. Clexton, Esq.<br>Miller & Steiert PC<br>1901 Littleton Blvd.<br>Littleton, Colorado 80120 | Mary Price Birk, Esq.<br>Ronald L. Hellbusch, Esq.<br>Monica Guardiola, Esq.<br>Baker & Hostetler, LLP<br>303 E. 17th Avenue, Suite 1100<br>Denver, CO 80203 | Christopher K. Miller, Esq.<br>Kennedy & Christopher, P.C.<br>1050 17th Street, Suite 2500<br>Denver, CO 80265 |
| David Nowak, Esq.<br>White & Steele, P.C.<br>950 17th Street, Suite 2100<br>Denver, CO 80202 | David Setter<br>Socha, Perczak & Anderson,<br>1775 Sherman Street, # 1925<br>Denver, Colorado 80203 | Susan R. Hahn, Esq.<br>Baker & Hostetler, LLP<br>303 East 17th Avenue, # 1100<br>Denver, Colorado 80203 |
| Glendon L. Laird, Esq.<br>White & Steele, P.C.<br>950 Seventeenth St, Suite 2100<br>Denver, Colorado 80202 | Maureen Reidy Witt, Esq.<br>Holland & Hart<br>8390 E. Crescent Pkwy, # 400<br>Greenwood Village, CO 80111 | Bennett Cohen, Esq.<br>Kobayashi Law Firm<br>1633 Fillmore Street<br>Denver, Colorado 80206 |

I further certify that, on this 2nd day of October, 2002, I caused copies of the foregoing Opposition to be served by first-class mail, postage prepaid, on the Panel Service List (Excerpted from CTO-216) Docket No. 875:

| | | |
|---|---|---|
| Richard C. Binzley<br>Thompson Hine. LLP<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | Steven M. Kaufman<br>Morrison & Forester, LLP<br>5200 Republic Plaza<br>370 17th Street, Suite 5200<br>Denver, CO 80202 | Richard D. Schuster<br>Vorys, Sater, Seymour & Pease<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216 |
| Edward J. Cass<br>Gallegher, Sharp, Fulton &<br>Norman<br>Buckley Bldg. 7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | Reginald S. Kramer<br>Buckingham, Doolittle &<br>Burroughs<br>50 S. Main Street<br>Akron, OH 44309 | Neil Selman<br>Selman, Breitman & Burgess<br>11766 Wilshire Blvd. 6th Floor<br>Los Angeles, CA 90025 |

| | | |
|---|---|---|
| Adam M. Chud<br>Shea & Gardner<br>1800 Massachusetts Ave. N.W.<br>Washington, DC 20036 | David C. Landin<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Robert N. Spinelli<br>Kelley, Jasons, McGuire & Spinelli<br>Center Square West<br>15th Floor<br>Philadelphia, PA 19102 |
| David A. Damico<br>Burns, White & Hickton<br>2400 Fifth Avenue Place<br>120 Fifth Avenue<br>Pittsburgh, PA 15222 | Gene Loks<br>Greitzer & Locks<br>1500 Walnut Street<br>Philadelphia, PA 19102 | Robert E. Swickle<br>Jaques Admiralty Law Firm<br>1370 Penobscot Building<br>Detroit, MI 48226 |
| Raymond P. Forceno<br>Forceno & Hannon<br>Philadelphia Bourse Bldg.<br>Suite 1000<br>Independence Mall East<br>Philadelphia, PA 19106 | Andrew J. Trevelise<br>Reed Smith, LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 | Ronald L. Motley<br>Ness, Motley, Loadhold, Richardson & Poole<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC 29464 |
| James K. Weston, II<br>Tom Riley Law Firm<br>4040 First Avenue N.E.<br>P.O. Box 998<br>Cedar Rapids, IA 52406 | Ellen B. Furman<br>Goldfein & Joseph<br>1600 Market Street<br>33rd Floor<br>Philadelphia, PA 19103 | John J. Repcheck<br>Marks, O'Neill, O'Brein & Courtney<br>3200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 |
| Susan M. Hansen<br>Brownson & Ballou<br>4800 U.S. Bank Place<br>601 Second Avenue South<br>Minneapolis, MN 55402 | John D. Roven<br>Roven, Kaplan & Wells<br>2190 North Loop West<br>Suite 410<br>Houston, TX 77018 | |

*Rebekah Janzen*