JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 8 2002

FILED
CLERK'S OFFICE

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, P.C.
10 West Broadway Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666
Attorneys for Plaintiffs Louis Arlo Luke and Claudia Luke

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
### RE: CONDITIONAL TRANSFER ORDER (CTO-218)

| | |
|---|---|
| LOUIS ARLO LUKE and CLAUDIA LUKE | NOTICE OF OPPOSITION TO TRANSFER |
| Plaintiffs, | (United States District Court for the District of Utah Case No. 2:02 CV 928 PGC) |
| vs. | |
| ASBESTOS DEFENDANTS, | Conditional Transfer Order (CTO-218) |

On September 24, 2002, the Judicial Panel on Multidistrict Ligtigation, *In re Asbestos Products Liability Litigation (No. VI)*, issued Conditional Transfer Order (CTO-218) conditionally transferring multiple cases currently pending in various District Courts through the United States to the Eastern District of Pennsylvania, assigned to the Honorable Charles R. Weiner. The above-captioned case is the last case listed on the Schedule CT)-218 – Tag Along Cases, a copy of which schedule is attached hereto.

IMAGED OCT 8 '02
OFFICIAL FILE COPY

## NOTICE OF OPPOSITION

Plaintiffs in the above-captioned matter hereby provide Notice of Opposition to the transfer of the above-captioned matter. A Motion and Brief to Vacate the CTO as it applies to Louis Arlo Luke and Claudia Luke is filed concurrently, or in the near future will be filed, with the United States of America Judicial Panel on Multidistrict Litigation.

DATED this 8th day of October, 2002.

HATCH, JAMES & DODGE

By: _____
Brent O. Hatch
Mark F. James
Attorneys for Plaintiffs Louis Arlo Luke and Claudia Luke

# SCHEDULE CTO-218 - TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DISTRICT  DIV.  CIVIL ACTION#

**MINNESOTA**
| | | | |
|---|---|---|---|
| MN | 0 | 02-1386 | Norman Bellefeuille, et al. v. Burlington Northern & Santa Fe Railway Co. |
| MN | 0 | 02-2885 | Craig Larsen v. Duluth Missabe & Iron Range Railway Co., Inc., et al. |
| MN | 0 | 02-2914 | Linda Marie Horn, etc. v. Soo Line Railroad Co. |

**MISSISSIPPI SOUTHERN**
| | | | |
|---|---|---|---|
| MSS | 1 | 02-675 | Wade Bell, et al. v. 3M, et al. |
| MSS | 1 | 02-676 | Darrell King, et al. v. 3M, et al. |

**NORTH CAROLINA EASTERN**
| | | | |
|---|---|---|---|
| NCE | 4 | 02-118 | Geraline S. Ebron, et al. v. ACandS, Inc., et al. |
| NCE | 7 | 02-119 | Kenneth B. Frazier, et al. v. Aventis Cropscience USA, Inc., et al. |
| NCE | 7 | 02-126 | Mildred J. Wiggins, et al. v. ACandS, Inc., et al. |

**NORTH CAROLINA WESTERN**
| | | | |
|---|---|---|---|
| NCW | 3 | 02-331 | John Melvin Cannon v. ACandS, Inc., et al. |

**NEBRASKA**
| | | | |
|---|---|---|---|
| NE | 8 | 02-236 | Reuben Hernandez v. Burlington Northern & Santa Fe Railway Co. |

**OKLAHOMA EASTERN**
| | | | |
|---|---|---|---|
| OKE | 6 | 01-691 | Glendon L. Akins, et al. v. Allied Signal, Inc., et al. |

**RHODE ISLAND**
| | | | |
|---|---|---|---|
| RI | 1 | 02-56 | John J. Walsh, et al. v. ABB, Inc., et al. |

**SOUTH CAROLINA**
| | | | |
|---|---|---|---|
| SC | 0 | 02-2633 | Mary E. Black, etc. v. ACandS, Inc., et al. |
| SC | 2 | 02-2363 | Charles Carlow, etc. v. Bell Asbestos Mines, Ltd., et al. |
| SC | 2 | 02-2560 | Carl B. McCants v. Amchem Products, Inc., et al. |
| SC | 2 | 02-2561 | Hubert G. Hutson, et al. v. Amchem Products, Inc., et al. |
| SC | 7 | 02-2370 | Marvin Mullinax, et al. v. ACandS, Inc., et al. |
| SC | 7 | 02-2664 | David Alan Cook, et al. v. ACandS, Inc., et al. |
| SC | 8 | 02-2502 | Janice W. Alexander, et al. v. ACandS, Inc., et al. |
| SC | 8 | 02-2503 | Sammie A. Gilstrap, et al. v. ACandS, Inc., et al. |
| SC | 8 | 02-2555 | Richard Steve Roach, et al. v. ACandS, Inc., et al. |
| SC | 8 | 02-2663 | Donna Sue Ashley, et al. v. ACandS, Inc., et al. |
| SC | 9 | 02-2766 | Joseph B. Bryson v. ACandS, Inc., et al. |

**TEXAS SOUTHERN**
| | | | |
|---|---|---|---|
| TXS | 4 | 02-3126 | Herman Ray Muldrew v. CSX Transportation, Inc. |

**UTAH**
| | | | |
|---|---|---|---|
| UT | 2 | 02-928 | Louis Arlo Luke, et al. v. AlliedSignal, et al. |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 8 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of October, 2002, a true and correct copy of the foregoing was filed with the United States District Court for the District of Utah and served on the following by U.S. Mail, first-class postage prepaid, as well as to those individuals identified on the attached list of "Involved Counsel for Schedule CTO-218, Docket No. 875, In Re Asbestos Products Liability Litigation (No. VI):

Todd S. Winegar, Esq.
201 South Main Street Suite 900
Salt Lake City, UT 84110
***Attorneys for Rapid American Corporation***

Paul H. Matthews, Esq.
10 West Broadway, Suite 700
Salt Lake City, Utah 84101
***Attorneys for Metropolitan Life Insurance***

Elizabeth S. Conley, Esq.
Katherine Venti, Esq.
PARSONS BEHLE & LATIMER
One Utah Center
201 South Main Street, Ste. 1800
PO Box 45898
Salt Lake City, UT 84145
***Attorneys for Georgia Pacific Corp., AIRCO, Inc. (BOC, Lincoln Electric Company, and ITW Hobart Brothers Company***

David B. Watkiss, Esq.
James E. Magelby, Esq.
Paxton R. Guymon, Esq.
Ballard Spahr Andrews & Ingersoll
One Utah Center
201 South Main Street, Suite 600
Salt Lake City, Utah 84111-2221
***Attorneys for Honeywell International, Inc.; Allied Signal***

Mark J. Williams, Esq.
PLANT WALLACE CHRISTENSEN & KANELL
136 East South Temple, Suit 1700
Salt Lake City, UT 84111
*Attorneys for Foster Wheeler Energy Corporation*

Melinda A. Morgan, Esq.
RICHARDS, BRANDT, MILLER & NELSON
50 South Main Street
PO Box 2465
Salt Lake City, UT 84110
*Attorneys for Owens-Illinois, Inc.*

Andrew M. Morse, Esq.
SNOW, CHRSITENSEN & MARTINEAU
10 Exchange Place, Suite 1100
P.O. Box 45000
Salt Lake City, UT 84145
*Attorneys for Combustion Engineering*

Peter Billings, Esq.
Douglas J. Payne, Esq.
FABIAN & CLENDENIN
215 South State Street, Suite 1200
Salt Lake City, Utah 84111
*Attorneys for Lorillard Tobacco*

David M. Connors, Esq.
Patrick S. Malone, Esq.
Kevin R. Murray, Esq.
LeBOEUF, LAMB, GREENE & McCRAE
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101
*Attorneys for Exxon Mobile*

Bryon Benevento, Esq.
James D. Gardner, Esq.
SNWLL & WILMER
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101
*Attorneys for Ford*

*/s/ Mark F. James/*

2

## INVOLVED COUNSEL FOR SCHEDULE CTO-218
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Victoria Almeida
Adler, Pollock & Sheehan
2300 Financial Plaza
Providence, RI 02903

Sherman Ames, III
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Thomas C. Angelone
Hodosh, Spinella & Angelone
One Turks Head Place, Suite 1050
P.O. Box 1516
Providence, RI 02901

Laurie K. Anger
Morgenstein & Jubelirer
Spear Street Tower, 32nd Floor
One Market Plaza
San Francisco, CA 94105

James Randolph Baker
Holloway, Dobson, Hudson, et al.
211 N. Robinson Avenue
Suite 900 North
Oklahoma City, OK 73102

Richard V. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

V. Brian Bevon
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Jeff Carruth
Winstead, McGuire, Sechrest & Minick
5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

John J. Cloherty, III
Pierce, Davis & Perritano, L.L.P.
Ten Winthrop Square
Boston, MA 02110

Dixie L. Coffey
McKinney & Stringer
Corporate Tower
101 N. Robinson, Suite 1300
Oklahoma City, OK 73102

P. Jay Cone, II
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Elizabeth S. Conley
Parsons, Behle & Latimer
201 South Main Street, Suite 1800
P.O. Box 45898
Salt Lake City, UT 84145

John F. Conley
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

William S. Davies, Jr.
Nelson, Mullins, Riley & Scarborough, LLP
1330 Lady Street
Keenan Building, 3rd Floor
P.O. Box 11070
Columbia, SC 29211

Mark W. Davis
Davis & Feder
P.O. Drawer 6829
Gulfport, MS 39506

Dennis J. Dobbels
Polsinelli, Shalton & Welte
700 W. 47th Street
Suite 1000
Kansas City, MO 64112

Thomas F. Dougall
Law Office Of Thomas E. Dougall
1713 Woodcreek Farms Road
Elgin, SC 29045

James F. Early
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508

James H. Elliott
Barnwell, Whaley, Patterson & Helms
P.O. Drawer H
Charleston, SC 29402

Mark J. Fellman
Fellman Law Office
213 4th Street, East
Suite 200
St. Paul, MN 55101

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Barry W. Ford
Baker, Donelson, Bearman & Caldwell
P.O. Box 14167
Jackson, MS 39236

Mark A. Fredrickson
Rider, Bennett, Egan & Arundel, P.L.L.P.
2000 Metropolitan Center
333 S. 7th Street
Minneapolis, MN 55402

INVOLVED COUNSEL FOR SCHEDULE CTO-218 (Cont.) MDL-875                                                PAGE 2

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Andrew S. Halio
Halio & Halio
P.O. Box 747
Charleston, SC 29402

Bruce E. Halstead
Jones & Granger
10000 Memorial Drive
Suite 888
Houston, TX 77024

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

John B. Harwood
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

Brent O. Hatch
Hatch, James & Dodge
10 West Broadway, Suite 400
Salt Lake City, UT 84101

William M. Heffernan
Heffernan & Gilson
155 Westminster Street
Suite 1200
Providence, RI 02903

John W. Kershaw
Rice, Dolan & Kershaw
170 Westminster Street
Suite 900
Providence, RI 02903

Reginald S. Kramer
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

Raymond A. LaFazia
Gunning & LaFazia, Inc.
32 Custom House Street
P.O. Box 1437
Providence, RI 02903

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Mark W. Lee
Malson, Edelman, Borman & Brand
3300 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Thomas W. Lyons, III
Strauss, Factor & Lopes
403 South Main Street
Providence, RI 02903

Michael J. Marcello
Morrison, Mahoney & Miller
One Providence Washington Plaza
6th Floor
Providence, RI 02903

James P. Marusak
Gidley, Sarli & Marusak, LLP
One Turks Head Place
Suite 900
Providence, RI 02903

Timothy Kent Masterson
Spence, Ricke, Sweeney & Gernes
600 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101

Christopher D. Mauriello
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Dennis McCarten
Hanson Curran, LLP
146 Westminster Street
Providence, RI 02903

Peter J. McKenna
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

Henry Adam Meyer, III
Norman Edme Meyer Wallace, et al.
127 N.W. 10th Street
Renaissance Centre East
Oklahoma City, OK 73103-4927

Melinda A. Morgan
Richards Brandt Miller & Nelson
50 S. Main Street, Suite 700
P.O. Box 2465
Salt Lake City, UT 84110

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

Denette Ann Mouser
Locke Liddell & Sapp, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201

Robert L. Norton
Jones & Granger
10000 Memorial Drive, Suite 888
P.O. Box 4340
Houston, TX 77210

George Hamlin O'Kelley, Jr.
Leath, Bouch & Crawford
134 Meeting Street, Suite 500
Charleston, SC 29402

Lynn A. O'Leary
Sieben, Polk, LaVerdiere, Jones & Hawn
999 Westview Drive
Hastings, MN 55033

Michael S. Polk
Sieben, Polk, LaVerdiere, Jones & Hawn
999 Westview Drive
Hastings, MN 55033

James B. Pressly, Jr.
Haynsworth Sinkler Boyd
75 Beattie Place, 11th Floor
P.O. Box 2048
Greenville, SC 29602

INVOLVED COUNSEL FOR SCHEDULE CTO-218 (Cont.) MDL-875       PAGE 3

Mary Quinn-Cooper
Rhodes, Hieronymus, Jones, Tucker & Gable
P.O. Box 21100
Tulsa, OK 74121

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Thomas H. Rolwing
Brasher Law Firm
One Metropolitan Square, Suite 2300
211 North Broadway
St. Louis, MO 63102

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Peter J. Rubin
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04101

Staci L. Sawyer
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

George F. Short
Short, Barnes, Wiggins, Margo & Adler
210 Park Avenue
3100 Oklahoma Tower
Oklahoma City, OK 73102

E. Terry Sibbernsen
P.O. Box 24268
Omaha, NE 68124

Vani Singhal
Segal, McCambridge, Singer & Mahoney
330 North Wabash Avenue, Suite 200
Chicago, IL 60611

Paul Robert Smith
Abrams & Smith
625 Marquette Avenue, Suite 700
Minneapolis, MN 55402

Randall L. Souza
Nixon & Peabody, L.L.P.
One Citizen Plaza
Providence, RI 02903

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West, 15th Floor
Philadelphia, PA 19102

Thomas E. Steichen
Eldridge Cooper Steichen & Leach, PLLC
P.O. Box 3566
Tulsa, OK 74101

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Mark S. Thomas
Maupin, Taylor & Ellis
P.O. Drawer 19764
Raleigh, NC 27619

C. W. Threlkeld
Fenton, Fenton, Smith, Reneau & Moon
211 N. Robinson Avenue
Suite 800
Oklahoma City, OK 73102

Tracy E. Tomlin
Nelson, Mullins, Riley & Scarborough
100 North Tryon Street, Suite 2600
Charlotte, NC 28202

R. Bart Totten
Adler, Pollock & Sheehan
2300 Financial Plaza
Providence, RI 02903

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Craig R. Waksler
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

Mark Hedderman Wall
Ogletree, Deakins, Nash, Smoak & Stewart
P.O. Box 1808
Charleston, SC 29402

Charles J. Watts
Smith, Shew, Scrivner, Corbin & Watts
6520 North Western Avenue
Suite 300
Oklahoma City, OK 73116

James R. Webb
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square, 10th Floor
Oklahoma City, OK 73102

Joe D. Wells
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Michael E. Whitehead
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533

Joseph A. Wilkins
Knudsen, Berkheimer Law Firm
1248 O Street, Suite 1000
Wells Fargo Center
Lincoln, NE 68508

Lee Ruffin Wilson
Bowers, Orr & Dougall, LLP
P.O. Box 25389
Columbia, SC 29224

John R. Woodard, III
Feldman, Franden, Woodard, Farris & Taylor
525 South Main, Suite 1400
Tulsa, OK 74103

INVOLVED COUNSEL FOR SCHEDULE CTO-218 (Cont.) MDL-875                                PAGE 4

Phillip B. Abernethy
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225

Robert M. Arentson, Jr.
Baker, Donelson, Bearman & Caldwell
P.O. Box 14167
Jackson, MS 39236

David A. Barfield
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207

Robert H. Bass
Bradley, Arant, Rose & White
Suite 450, One Jackson Place
188 East Capitol Street
P.O. Box 1789
Jackson, MS 39215

Scott W. Bates
Baker, Donelson, Bearman & Caldwell
P.O. Box 14167
Jackson, MS 39236

Peter W. Billings, Jr.
Fabian & Clendenin
P.O. Box 510210
Salt Lake City, UT 84151

Mary P. Birk
Baker & Hostetler, L.L.P.
303 East 17th Avenue, Suite 1100
Denver, CO 80203

Marcy L. Bryan
Forman, Perry, Watkins & Krutz
P.O. Box 22608
Jackson, MS 39225

David W. Clark
Bradley, Arant, Rose & White
188 East Capitol Street, Suite 450
P.O. Box 1789
Jackson, MS 39215

William Pearce Davis
Baker, Ravenel & Bender
P.O. Box 8057
Columbia, SC 29202

Steven B. Dick
Law Office of William L. Denton
P.O. Box 1204
Biloxi, MS 39533

Walter W. Dukes
Dukes, Dukes, Keating & Faneca
P.O. Drawer W
Gulfport, MS 39501

W. Mark Edwards
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

C. Michael Evert, Jr.
Evert & Weathersby
3405 Piedmont Road, N.E., Suite 225
Atlanta, GA 30305

Mark W. Garriga
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225

Robert L. Gibbs
Brunini, Grantham, Grower & Hewes
248 East Capitol Street
P.O. Box 119
Jackson, MS 39205

William N. Graham
Aultman, Tyner, Ruffin & Yarborough, Ltd.
P.O. Drawer 750
Hattiesburg, MS 39403

Cheri D. Green
Brunini, Grantham, Grower & Hewes
P.O. Drawer 119
Jackson, MS 39205

Lucien C. Gwin, Jr.
Gwin, Lewis & Punches
P.O. Box 1344
Natchez, MS 39121

Alben N. Hopkins
Hopkins, Barnie & Hopkins, PLLC
2701 24th Avenue
P.O. Box 1510
Gulfport, MS 39502

Rebecca K. Jude
Jude & Associates
P.O. Box 17499
Hattiesburg, MS 39404-7499

Christopher O. Massenburg
Aultman, Tyner, McNeese, et al.
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403

Matthew F. Powers
Samson & Powers, Pllc
P.O. Box 1417
Gulfport, MS 39502

Steven J. Pugh
Richarson, Plowden, Carpenter, et
P.O. Drawer 7788
Columbia, SC 29202

Mark R. Smith
Holcomb Dunbar, P.A.
P.O. Drawer 707
Oxford, MS 38655

Joseph J. Stroble
Watkins & Eager
The Emporium Building
Suite 300, P.O. Box 650
400 East Capitol Street
Jackson, MS 39205-0650

Jennifer M. Techman
Evert & Weathersby
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

David L. Trewolla
Dogan & Wilkinson
P.O. Box 23062
Jackson, MS 39225-3062

Thomas W. Tyner
Aultman, Tyner, McNeese, Ruffin &
Yarborough
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502

Roy C. Williams
Colingo, Williams, Heidelberg, et al.
P.O. Box 1407
711 Delmas Avenue
Pascagoula, MS 39568