

# DAVIS & FEDER
ATTORNEYS AT LAW

*Respond to Gulfport Office*

MARK W. DAVIS
RON M. FEDER *
D. JASON EMBRY
WILLIAM M. COVINGTON, III **
ALICE W. COLEMAN
MARTIN D. CRUMP

*Admitted in Alabama and Texas
**Admitted in Oklahoma

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 10 2002

FILED
CLERK'S OFFICE

October 8, 2002

Attn: Ranell
Michael J. Beck
Clerk of the Panel
United States of America Judicial Panel
  on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Bldg.
Room G-255, North Lobby
Washington D.C. 20002

      Re:    <u>MDL-875 – In re Asbestos Products Liability Litigation (No. VI)</u>
              <u>Darrell King, et al. v. 3M, et al.; Civil Action No. 1:02CV676GR</u>
              <u>Wade Bell, et al. v. 3M, et al.; Civil Action No. 1:02CV675GR</u>

Dear Mr. Beck:

    Pursuant to my paralegal's conversation with Ms. Ranell this afternoon, please accept this correspondence as notice that we oppose the transfer of the above referenced cases to the MDL as tag-along actions. Attached please find copy of our cover letter and motion in opposition of same without exhibits which should have arrived at your office today via UPS. It is my understanding that this has not arrived at your office as of today's deadline, and that this letter is sufficient to preserve my clients' rights to object to this transfer. If I have misunderstood in any way, please let me know immediately at (228) 863-6000.

    With kindest regards, I am

                                        Sincerely,

                                        DAVIS & FEDER

                                        Alice W. Coleman

RECEIVED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
OCT -9 P 5:13
CLERK'S OFFICE

**IMAGED OCT 15 '02**

AWC;jb

2210 Pass Road · Gulfport, MS 39501 - P.O. Drawer 6829 · Gulfport, MS 39506
228 863·6000 · FAX 228 864·0907 · TOLL FREE 800 277·0300

1659 Government Street · Mobile, AL 36603
334 434·0040 · TOLL FREE 800 277·0300

100 Commerce Street · Montgomery, AL 36104
334 264·6688 · TOLL FREE 800 277·0300

Web Address:
www.davisandfeder.com



**OFFICIAL FILE COPY**