MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 24 2002

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-218)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 75,415 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

OCT 1 0 2002

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IMAGED OCT 15 '02

**OFFICIAL FILE COPY**

# SCHEDULE CTO-218 - TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DISTRICT DIV. CIVIL ACTION#

**MINNESOTA**
| | | | |
|---|---|---|---|
| MN | 0 | 02-1386 | Norman Bellefeuille, et al. v. Burlington Northern & Santa Fe Railway Co. |
| MN | 0 | 02-2885 | Craig Larsen v. Duluth Missabe & Iron Range Railway Co., Inc., et al. |
| MN | 0 | 02-2914 | Linda Marie Horn, etc. v. Soo Line Railroad Co. |

**MISSISSIPPI SOUTHERN**
| | | | |
|---|---|---|---|
| ~~MSS~~ | ~~1~~ | ~~02-675~~ | ~~Wade Bell, et al. v. 3M, et al.~~ **Opposed 10/10/02** |
| ~~MSS~~ | ~~1~~ | ~~02-676~~ | ~~Darrell King, et al. v. 3M, et al.~~ **Opposed 10/10/02** |

**NORTH CAROLINA EASTERN**
| | | | |
|---|---|---|---|
| NCE | 4 | 02-118 | Geraline S. Ebron, et al. v. ACandS, Inc., et al. |
| NCE | 7 | 02-119 | Kenneth B. Frazier, et al. v. Aventis Cropscience USA, Inc., et al. |
| NCE | 7 | 02-126 | Mildred J. Wiggins, et al. v. ACandS, Inc., et al. |

**NORTH CAROLINA WESTERN**
| | | | |
|---|---|---|---|
| NCW | 3 | 02-331 | John Melvin Cannon v. ACandS, Inc., et al. |

**NEBRASKA**
| | | | |
|---|---|---|---|
| NE | 8 | 02-236 | Reuben Hernandez v. Burlington Northern & Santa Fe Railway Co. |

**OKLAHOMA EASTERN**
| | | | |
|---|---|---|---|
| OKE | 6 | 01-691 | Glendon L. Akins, et al. v. Allied Signal, Inc., et al. |

**RHODE ISLAND**
| | | | |
|---|---|---|---|
| RI | 1 | 02-56 | John J. Walsh, et al. v. ABB, Inc., et al. |

**SOUTH CAROLINA**
| | | | |
|---|---|---|---|
| SC | 0 | 02-2633 | Mary E. Black, etc. v. ACandS, Inc., et al. |
| SC | 2 | 02-2363 | Charles Carlow, etc. v. Bell Asbestos Mines, Ltd., et al. |
| SC | 2 | 02-2560 | Carl B. McCants v. Amchem Products, Inc., et al. |
| SC | 2 | 02-2561 | Hubert G. Hutson, et al. v. Amchem Products, Inc., et al. |
| SC | 7 | 02-2370 | Marvin Mullinax, et al. v. ACandS, Inc., et al. |
| SC | 7 | 02-2664 | David Alan Cook, et al. v. ACandS, Inc., et al. |
| SC | 8 | 02-2502 | Janice W. Alexander, et al. v. ACandS, Inc., et al. |
| SC | 8 | 02-2503 | Sammie A. Gilstrap, et al. v. ACandS, Inc., et al. |
| SC | 8 | 02-2555 | Richard Steve Roach, et al. v. ACandS, Inc., et al. |
| SC | 8 | 02-2663 | Donna Sue Ashley, et al. v. ACandS, Inc., et al. |
| SC | 9 | 02-2766 | Joseph B. Bryson v. ACandS, Inc., et al. |

**TEXAS SOUTHERN**
| | | | |
|---|---|---|---|
| TXS | 4 | 02-3126 | Herman Ray Muldrew v. CSX Transportation, Inc. |

**UTAH**
| | | | |
|---|---|---|---|
| ~~UT~~ | ~~2~~ | ~~02-928~~ | ~~Louis Arlo Luke, et al. v. AlliedSignal, et al.~~ **Opposed 10/8/02** |