JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION   OCT 10 2002

DOCKET NO. 875

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| | | |
|---|---|---|
| ISIDRO ANAYA, ET AL., | ) | No. 02-785 (D.N.M.) |
| LOUIS ARMIJO, ET. AL., | ) | No. 02-794 (D.N.M.) |
| VICTOR BARNEY, ET. AL., | ) | No. 02-783 (D.N.M.) |
| ROBERT BASSETT, ET. AL., | ) | No. 02-790 (D.N.M.) |
| SAM JORDAN, ET. AL., | ) | No. 02-782 (D.N.M.) |
| O. ROBERT LONGACRE, ET. AL., | ) | No. 02-784 (D.N.M.) |
| TROY RIGHTMIRE, ET. AL., | ) | No. 02-792 (D.N.M.) |
| ADAM VIGIL, ET. AL., | ) | No. 02-788 (D.N.M.) |
| | ) | |
| Plaintiffs | ) | |
| v. | ) | |
| | ) | |
| AC&S, ET AL., | ) | |
| Defendants | ) | |

## JOINDER IN OPPOSITION TO PLAINTIFFS' MOTION
## TO VACATE CONDITIONAL TRANSFER ORDER

Defendant Ingersoll-Rand Company hereby joins in Defendant Georgia-Pacific Corporation's Opposition to Plaintiffs' Motion to Vacate CTO-215.

Respectfully submitted,

SANDENAW & PIAZZA, P.C.

_____
Thomas A. Sandenaw, Jr.
2951 Roadrunner Parkway
Las Cruces, New Mexico 88011
(505) 522-7500

and

PEHLIVANIAN & BRAATEN, LLC
James S. Braaten, Esq.
Paynter's Ridge Office Park
Post Office Box 648
Manasquan, New Jersey 08736

ATTORNEYS FOR INGERSOLL-RAND
COMPANY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 10 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF MAILING

I hereby certify that, on this 8th day of October, 2002, I caused an original and eleven (11) copies, and one computer readable disk copy of the foregoing Joinder in Opposition to Plaintiffs' Motion to Vacate CTO-215 to be served via Federal Express on the Clerk of the Panel:

> Michael J. Beck
> Clerk of the Panel
> Judicial Panel on Multidistrict Litigation
> Thurgood Marshall Federal Judiciary Building
> One Columbus Circle, N.E.
> Room G-225, North Lobby
> Washington, D.C. 20002-8004

I further certify that, on this 8th day of October, 2002, I caused copies of the foregoing Joinder in Opposition to be served by first-class mail, postage prepaid, on the counsel on the attached service list.

I hereby certify that, on this 8th day of October, 2002, I caused a copy of the foregoing Joinder in Opposition to be served by first-class mail, postage prepaid, on the Clerk of the transferee court:

> Michael E. Kunz
> Clerk of the Court
> United States District Court for the
> Eastern District of Pennsylvania
> 601 Market Street
> Philadelphia, PA 19106-1797

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2002 OCT -9 A 11: 47
RECEIVED CLERK'S OFFICE

_____
Thomas A. Sandenaw, Jr.

PANEL SERVICE LIST
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Isidro Anaya, et al. v. AC&S, et al.*, No. 02-785 (D.N.M.)
*Victor Barney, et al. v. AC&S, et al.*, No. 02-783 (D.N.M.)
*Robert Bassett, et al. v. AC&S*, No. 02- 790(D.N.M.)
*Sam Jordan, et al. v. AC&S*, No. 02- 782(D.N.M.)
*O. Robert Longacre, et al. v. AC&S*, No. 02- 784(D.N.M.)
*Troy Rightmire, et al. v. AC&S*, No. 02- 792(D.N.M.)
*Adam Vigil, et al. v. AC&S*, No. 02- 788(D.N.M.)

Whitney C. Buchanan, Esq.
3200 Monte Vista Boulevard, NE
Albuquerque, New Mexico 87106
*Attorneys for the Plaintiffs*

Kenneth J. Wilson, Esq.
Ness, Motley, Loadholt, Richardson & Poole
1730 Jackson Street
Barnwell, South Carolina *29812*
*Attorneys for the Plaintiffs*

John A. Bannerman, Esq.
Charlotte Lamont, Esq.
Krehbiel, Bannerman & Williams, PA
6400 Uptown Boulevard, Suite 200W
Albuquerque, New Mexico 87110
*Attorneys for General Electric Company,*
*and Foster Wheeler Energy Corporation*

Mary Price Birk & Monica C. Guardiola
Baker & Hostetler, LLP
303 E. 17th Avenue
Denver, Colorado 80203
*Attorneys for Union Carbide Corporation,*
*Certainteed Corporation, Dana Corp.,*
*and Amchem.*

James S. Braaten, Esq.
PEHLIVANIAN & BRAATEN, LLC
Paynter's Ridge Office Park
Post Office Box 648
Manasquan, New Jersey 08736
*Attorneys for Ingersoll-Rand Company*

John M. Brant
Rodey Law Firm
Post Office Box 1888
Albuquerque, New Mexico 87103-1888
*Attorneys for Metropolitan Life Insurance*

Craig Brasfield, Esq.
LAW FIRM OF FORMAN, PERRY, WATKINS,
KRUTZ & TARDY, PLLC
Post Office Box 22608
Jackson, Mississippi 39225-2608
*Attorneys for Uniroyal, Inc.*

Timothy L. Fields, Esq.
Michelle Hernandez, Esq.
Modrall, Sperling, Roehl, Harris & Sisk, PA
Post Office Box 2168
Albuquerque, New Mexico 87103-2168
*Attorneys for Asbestos Claims Managements Corp.,*
*Viacom, Inc., A.P. Green Industries, Inc.,*
*Harbison-Walker Refractories, Indresco, Inc.,*
*Union Carbide Corporation, Certainteed Corporation,*
*Dana Corp., and Amchem.*

Steven P. Fisher
400 N. Pennsylvania/Ste 600
Roswell, New Mexico 88201
*Attorneys for Bearings Inc.*

William P. Gralow
Megan Day Hill
Civerolo, Gralow & Hill, PA
Post Office Box Drawer 887
Albuquerque, New Mexico 87103-0887
**Attorneys for Combustion Engineering**

Alfred L Green, Jr.
Bull Thornton & Baehr PC
PO Box 3170
Albuquerque, NM 87190-3170
*Attorneys for J.T. Thorpe, Inc.,*
*and Industrial Holdings Corp.*

Stephen D. Ingram

Stratton & Cavin, PA
P.O. Box 1216
Albuquerque, NM 87103-1216
*Attorneys for Dresser Industries, Inc. and*
*Worthington Pumps, Inc.*

Charles W. LaGrave
Lori R. Wallerstein
Morgenstein & Jubelirer, LLP
One Market
Spear Street Tower, 32nd Floor
San Francisco, California 94105
*Attorneys for Georgia Pacific and Owens Illinois, Inc.*

Glendon Laird
White & Steele
950 17th Street, 21st Floor
Denver, Colorado 80202-2804
*Attorneys for AC&S*

Gary W. Larson
Hinkle Hensley Shanor & Martin LLP
PO Box 2068
Santa Fe, New Mexico 87504-2068
*Attorneys for Mobil Oil Corp*

Thomas R. Mack
Stephen M. Williams
Miller, Stratvert, Torgerson, PA
Post Office Box 25687
Albuquerque, New Mexico 87125
*Attorneys for General Refractories Company,*
*Garlock, Inc., and D.B. Riley Stoker Corp.*

Gregory V. Pelton, Esq.
Pelton & Associates, PA
4300 Carlisle Boulevard, NE, Ste. 4
Albuquerque, New Mexico 87107
*Attorneys for Flintkote*

Charles A. Pharris & David Peterson
Keleher & McLeod, PA
Post Office Drawer AA
Albuquerque, New Mexico 87103
*Attorneys for North American Refractory Co.*

Thomas A. Sandenaw, Jr., Esq.

Sandenaw & Piazza, PC
2951 Roadrunner Parkway
Las Cruces, New Mexico 88011
*Attorneys for Uniroyal, Inc. and Ingersoll-Rand Co.*

Douglas G. Schneebeck
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
PO Box 2168
Albuquerque, NM 87103-2168
*Attorneys for 3M Company*

Bruce H. Strotz
Fairfield, Farrow, Flowers, Pierson & Strotz, PC
Post Office Box 35400
Albuquerque, New Mexico 87176-5400
*Attorneys for Georgia Pacific and Owens Illinois, Inc.*

Ray M. Vargas, II
Sheehan, Sheehan & Stelzner, PA
Post Office Box 271
Albuquerque, New Mexico 87103
*Attorneys for A.W. Chesterton Company*

Robert P. Warburton
Sheehan, Sheehan & Stelzner, PA
Post Office Box 271
Albuquerque, New Mexico 87103
*Attorneys for Crown Cork & Seal Company Inc.
and Kaiser Aluminum & Chemical Corp.*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 10 2002

FILED
CLERK'S OFFICE

## AMENDED CERTIFICATE OF MAILING

I hereby certify that, on this 9th day of October, 2002, I caused an original and eleven (11) copies, and one computer readable disk copy of the foregoing Joinder in Opposition to Plaintiffs' Motion to Vacate CTO-215 to be served via Federal Express on the Clerk of the Panel:

>Michael J. Beck
>Clerk of the Panel
>Judicial Panel on Multidistrict Litigation
>Thurgood Marshall Federal Judiciary Building
>One Columbus Circle, N.E.
>Room G-225, North Lobby
>Washington, D.C. 20002-8004

I further certify that, on this 9th day of October, 2002, I caused copies of the foregoing Joinder in Opposition to be served by first-class mail, postage prepaid, on the counsel on the attached service list.

I hereby certify that, on this 9th day of October, 2002, I caused a copy of the foregoing Joinder in Opposition to be served by first-class mail, postage prepaid, on the Clerk of the transferee court:

>Michael E. Kunz
>Clerk of the Court
>United States District Court for the
>Eastern District of Pennsylvania
>601 Market Street
>Philadelphia, PA 19106-1797

_____
Thomas A. Sandenaw, Jr.

PANEL SERVICE LIST (Excerpted from CTO-215)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Sam Jordan, et al. v. ACandS, Inc., et al.*, D. New Mexico, C.A. No. 1:02-782
*Victor Barney, et al. v. ACandS, Inc., et al.*, D. New Mexico, C.A. No. 1:02-783
*O. Robert Longacre, et al. v. ACandS, Inc., et al.*, D. New Mexico, C.A. No. 1:02-784
*Isidro Anaya, Sr., et al. v. ACandS, Inc., et al.*, D. New Mexico, C.A. No. 1:02-785
*Jacob F. Chavez, Jr., et al. v. ACandS, Inc., et al.*, D. New Mexico, C.A. No. 1:02-786
*Adam J. Vigil, et al. v. ACandS, Inc., et al.*, D. New Mexico, C.A. No. 1:02-788
*Robert A. Burns, et al. v. ACandS, Inc., et al.*, D. New Mexico, C.A. No. 1:02-789
*Robert C. Bassett, et al. v. ACandS, Inc., et al.*, D. New Mexico, C.A. No. 1:02-790
*Troy L. Rightmire, et al. v. ACandS, Inc., et al.*, D. New Mexico, C.A. No. 1:02-792
*Juan Torres, et al. v. Asbestos Claims Management Corp., et al.*, D. New Mexico, C.A. No. 1:02-793
*Louise Armijo, et al. v. ACandS, Inc., et al.*, D. New Mexico, C.A. No. 1:02-794
*Isaias Garcia, et al. v. ACandS, Inc., et al.*, D. New Mexico, C.A. No. 1:02-796
*Robert F. Austin, et al. v. ACandS, Inc., et al.*, D. New Mexico, C.A. No. 6:02-795

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Whitney C. Buchanan
Whitney Buchanan, P.C.
3200 Monte Vista Blvd., N.E.
Albuquerque, NM 87106

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

PANEL SERVICE LIST (Cont.) MDL-875                                    PAGE 2

John J. Repcheck  
Marks, O'Neill, O'Brien & Courtney  
3200 Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  

John D. Roven  
Roven, Kaplan & Wells  
2190 North Loop West  
Suite 410  
Houston, TX 77018  

Richard D. Schuster  
Vorys, Sater, Seymour & Pease  
52 East Gay Street  
P.O. Box 1008  
Columbus, OH 43216  

Neil Selman  
Selman, Breitman & Burgess  
11766 Wilshire Boulevard  
Sixth Floor  
Los Angeles, CA 90025  

Robert N. Spinelli  
Kelley, Jasons, McGuire & Spinelli  
Centre Square West  
15th Floor  
Philadelphia, PA 19102  

Bruce H. Strotz  
Fairfield, Garrow & Strotz  
P.O. Box 35400  
Albuquerque, NM 87176  

Robert E. Swickle  
Jaques Admiralty Law Firm, P.C.  
1370 Penobscot Building  
Detroit, MI 48226  

Andrew J. Trevelise  
Reed Smith LLP  
2500 One Liberty Place  
1650 Market Street  
Philadelphia, PA 19103  

Lori R. Wallerstein  
Morgenstein & Jubelirer  
Spear Street Tower, 32nd Floor  
One Market Plaza  
San Francisco, CA 94105  

James K. Weston, II  
Tom Riley Law Firm  
4040 First Avenue, N.E.  
P.O. Box 998  
Cedar Rapids, IA 52406