Case MDL No. 875   Document 3740   Filed 10/11/02   Page 1 of 5

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
OCT 11 2002
FILED
CLERK'S OFFICE

| | |
|---|---|
| VINCENT SODERQUIST, et al. | No. 02-K-1289 (D. Colo.) |
| Plaintiffs, | |
| vs. | |
| SWINERTON & WALBERG PROPERTY SERVICES, INC., et al. | |
| Defendants. | |
| SANDRA J. VANHOOSER, et al. | No. 02-K-1290 (D. Colo.) |
| Plaintiff, | |
| vs. | |
| SWINERTON & WALBERG PROPERTY SERVICES, INC., et al. | |
| Defendants. | |

**JOINDER IN OPPOSITION TO PLAINTIFFS' MOTION
TO VACATE CONDITIONAL TRANSFER ORDER**

Defendant Union Carbide Corporation hereby joins in Defendants Swinerton & Walberg Property Services, Inc.'s Opposition to Plaintiffs' Motion to Vacate CTO-216.

RECEIVED CLERK'S OFFICE
2002 OCT 11 A 10: 55
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IMAGED OCT 15 '02

**OFFICIAL FILE COPY**

DATED this 9th day of October, 2002.

                        BAKER & HOSTETLER LLP

                        By: _____
                        Mary Price Birk
                        Monica C. Guardiola
                        303 E. 17th Avenue, Suite 1100
                        Denver, Colorado 80203-1264
                        (303) 861-0600

                        ATTORNEYS FOR DEFENDANT
                        UNION CARBIDE CORPORATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CERTIFICATE OF SERVICE

OCT 11 2002

FILED
CLERK'S OFFICE

I hereby certify that, on this 9th day of October, 2002, I caused an original,

eleven (11) copies, and one computer readable disk copy of the foregoing

Joinder In Opposition to Plaintiffs' Motion to Vacate CTO-216 to be served via

Federal Express on the Clerk of the Panel:

> Michael J. Beck
> Clerk of the Panel
> Judicial Panel on Multidistrict Litigation
> Thurgood Marshall Federal Judiciary Building
> One Columbus Circle, N.E.
> Room G-225, North Lobby
> Washington, D.C. 20002-8004

I further certify that, on this 9th day of October, 2002, I caused copies of

the foregoing Joinder In Opposition to be served by first-class mail, postage

prepaid, on the counsel on the attached service list.

I hereby certify that, on this 9th day of October, 2002, I caused a copy of

the foregoing Joinder In Opposition to be served by first-class mail, postage

prepaid, on the Clerk of the transferee court:

> Michael E. Kunz
> Clerk of the Court
> United States District Court for the
> Eastern District of Pennsylvania
> 601 Market Street
> Philadelphia, PA 19106-1797

*Darlene Rowland*
Darlene S. Rowland

## CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of October, 2002, I caused the foregoing OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER to be served by first-class mail, postage prepaid, on:

| | | |
|---|---|---|
| J. Conard Metcalf, Esq.<br>Trine & Metcalf<br>1435 Arapahoe Avenue<br>Boulder, Colorado 80302 | Steven M. Kaufmann, Esq.<br>Brian Hoffman, Esq.<br>Morrison & Foerster, LLP<br>370 17th Street, Suite 5200<br>Denver, Colorado 80202 | Shauna Hilgers, Esq.<br>6508 Poppy Street<br>P.O. Box 1254<br>Arvada, Colorado 80001 |
| Bradley Levin, Esq.<br>Roberts Levin & Patterson<br>1512 Larimer Street, Ste. 950<br>Denver, CO 80202 | Dennis H. Markusson, Esq.<br>Markusson Green & Jarvis, P.C.<br>999 18th Street, Suite 3300<br>Denver, CO 80202 | James Miletich, Esq.<br>McConnell, Siderius, Fleishner,<br>  Houghtaling & Craigmile, LLC<br>2401 15th St., Ste. 300<br>Denver, CO 80202 |
| Robert M. Steiert, Esq.<br>Gary M. Clexton, Esq.<br>Miller & Steiert PC<br>1901 Littleton Blvd.<br>Littleton, CO 80120 | Christopher K. Miller, Esq.<br>Kennedy & Christopher, P.C.<br>1050 17th St., Ste. 2500<br>Denver, CO 80265 | David Nowak, Esq.<br>White & Steele, P.C.<br>950 17th Street, Suite 2100<br>Denver, CO 80202 |
| David Setter<br>Socha, Perczak & Anderson<br>1775 Sherman Street, #1925<br>Denver, CO 80203 | Maureen Reidy Witt, Esq.<br>Holland & Hart<br>8390 E. Crescent Pkwy. #400<br>Greenwood Village, CO 80111 | Bennett Cohen, Esq.<br>Kobayashi Law Firm<br>1633 Fillmore Street<br>Denver, CO 80206 |

I further certify that, on this 9th day of October, 2002, I caused copies of the foregoing Opposition to be served by first-class mail, postage prepaid, on the Panel Service List (Excerpted from CTO-216) Docket No. 875:

| | | |
|---|---|---|
| Richard C. Binzley<br>Thompson Hine LLP<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | Steven M. Kaufman<br>Morrison & Foerster, LLP<br>5200 Republic Plaza<br>370 17th St., Suite 5200<br>Denver, CO 80202 | Richard D. Schuster<br>Vorys, Sater, Seymour & Pease<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216 |
| Edward J. Cass<br>Gallegher, Sharp, Fulton & Norman<br>Buckley Bldg., 7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | Reginald S. Kramer<br>Buckingham, Doolittle & Burroughs<br>50 S. Main Street<br>Akron, OH 44309 | Neil Selman<br>Selman, Breitman & Burgess<br>11766 Wilshire Blvd., 6th Floor<br>Los Angeles, CA 90025 |

| | | |
|---|---|---|
| Adam M. Chud<br>Shea & Gardner<br>1800 Massachusetts Ave., N.W.<br>Washington, DC 20036 | David C. Landin<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Robert N. Spinelli<br>Kelley, Jasons, McGuire & Spinelli<br>Center Square West<br>15th Floor<br>Philadelphia, PA 19102 |
| David A. Damico<br>Burns, White & Hickton<br>2400 Fifth Avenue Place<br>120 Fifth Avenue<br>Pittsburgh, PA 15222 | Gene Loks<br>Greitzer & Locks<br>1500 Walnut Street<br>Philadelphia, PA 19102 | Robert E. Swickle<br>Jaques Admiralty Law Firm<br>1370 Penobscot Building<br>Detroit, MI 48226 |
| Raymond P. Forceno<br>Forceno & Hannon<br>Philadelphia, Bourse Bldg.<br>Suite 1000<br>Independence Mall East<br>Philadelphia, PA 19106 | Andrew J. Trevelise<br>Reed Smith, LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 | Ronald L. Motley<br>Ness, Motley, Loadhold, Richardson & Poole<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC 29464 |
| James K. Weston, II<br>Tom Riley Law Firm<br>4040 First Avenue N.E.<br>P.O. Box 998<br>Cedar Rapids, IA 52406 | Ellen B. Furman<br>Goldfein & Joseph<br>1600 Market Street<br>33rd Floor<br>Philadelphia, PA 19103 | John J. Repcheck<br>Marks, O'Neill, O'Brein & Courtney<br>3200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 |
| Susan M. Hansen<br>Brownson & Ballou<br>4800 U.S. Bank Place<br>601 Second Avenue South<br>Minneapolis, MN 55402 | John D. Roven<br>Roven, Kaplan & Wells<br>2190 North Loop West<br>Suite 410<br>Houston, TX 77018 | |