JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 11 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| RUDOLPH DIONIGI, et al. | ) No. 02-K-1291 (D. Colo) |
| Plaintiffs, | ) |
| vs. | ) |
| JOHN CRANE, INC., et al. | ) |
| Defendants. | ) |

### JOINDER IN OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Defendant Dana Corporation hereby joins in Defendants Swinerton & Walberg Property Services, Inc.'s Opposition to Plaintiffs' Motion to Vacate CTO-216.

DATED this 9th day of October, 2002

BAKER & HOSTETLER LLP

By: _____
Mary Price Birk
Monica C. Guardiola
303 E. 17th Avenue, Suite 1100
Denver, Colorado 80203-1264
(303) 861-0600

ATTORNEYS FOR DEFENDANT
DANA CORPORATION

RECEIVED
CLERK'S OFFICE
2002 OCT 11 A 10: 53
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY
IMAGED OCT 15 '02

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 11 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of October, 2002, I caused an original, eleven (11) copies, and one computer readable disk copy of the foregoing Joinder In Opposition to Plaintiffs' Motion to Vacate CTO-216 to be served via Federal Express on the Clerk of the Panel:

>   Michael J. Beck
>   Clerk of the Panel
>   Judicial Panel on Multidistrict Litigation
>   Thurgood Marshall Federal Judiciary Building
>   One Columbus Circle, N.E.
>   Room G-225, North Lobby
>   Washington, D.C. 20002-8004

I further certify that, on this 9th day of October, 2002, I caused copies of the foregoing Joinder In Opposition to be served by first-class mail, postage prepaid, on the counsel on the attached service list.

I hereby certify that, on this 9th day of October, 2002, I caused a copy of the foregoing Joinder In Opposition to be served by first-class mail, postage prepaid, on the Clerk of the transferee court:

>   Michael E. Kunz
>   Clerk of the Court
>   United States District Court for the
>   Eastern District of Pennsylvania
>   601 Market Street
>   Philadelphia, PA 19106-1797

*Darlene Rowland*
Darlene S. Rowland

2

## CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of October, 2002, I caused the foregoing **JOINDER IN OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER** to be served by first-class mail, postage prepaid, on:

J. Conard Metcalf, Esq.
Trine & Metcalf
1435 Arapahoe Avenue
Boulder, Colorado 80302

Steven M. Kaufmann, Esq.
Brian Hoffman, Esq.
Morrison & Foerster, LLP
370 17th Street, Suite 5200
Denver, Colorado 80202

Shauna Hilgers, Esq.
6508 Poppy Street
P.O. Box 1254
Arvada, Colorado 80001

Bradley Levin, Esq.
Roberts Levin & Patterson
1512 Larimer Street, Ste. 950
Denver, CO 80202

Dennis H. Markusson, Esq.
Markusson Green & Jarvis, P.C.
999 18th Street, Suite 3300
Denver, CO 80202

James Miletich, Esq.
McConnell, Siderius, Fleishner,
 Houghtaling & Craigmile, LLC
2401 15th St., Ste. 300
Denver, CO 80202

Robert M. Steiert, Esq.
Gary M. Clexton, Esq.
Miller & Steiert PC
1901 Littleton Blvd.
Littleton, CO 80120

Christopher K. Miller, Esq.
Kennedy & Christopher, P.C.
1050 17th St., Ste. 2500
Denver, CO 80265

David Nowak, Esq.
White & Steele, P.C.
950 17th Street, Suite 2100
Denver, CO 80202

David Setter
Socha, Perczak & Anderson
1775 Sherman Street, #1925
Denver, CO 80203

Maureen Reidy Witt, Esq.
Holland & Hart
8390 E. Crescent Pkwy. #400
Greenwood Village, CO 80111

Bennett Cohen, Esq.
Kobayashi Law Firm
1633 Fillmore Street
Denver, CO 80206

I further certify that, on this 9th day of October, 2002, I caused copies of the foregoing Opposition to be served by first-class mail, postage prepaid, on the Panel Service List (Excerpted from CTO-216) Docket No. 875:

Richard C. Binzley
Thompson Hine LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Steven M. Kaufman
Morrison & Foerster, LLP
5200 Republic Plaza
370 17th St., Suite 5200
Denver, CO 80202

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Edward J. Cass
Gallegher, Sharp, Fulton & Norman
Buckley Bldg., 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Reginald S. Kramer
Buckingham, Doolittle & Burroughs
50 S. Main Street
Akron, OH 44309

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd., 6th Floor
Los Angeles, CA 90025

| | | |
|---|---|---|
| Adam M. Chud<br>Shea & Gardner<br>1800 Massachusetts Ave., N.W.<br>Washington, DC 20036 | David C. Landin<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Robert N. Spinelli<br>Kelley, Jasons, McGuire & Spinelli<br>Center Square West<br>15th Floor<br>Philadelphia, PA 19102 |
| David A. Damico<br>Burns, White & Hickton<br>2400 Fifth Avenue Place<br>120 Fifth Avenue<br>Pittsburgh, PA 15222 | Gene Loks<br>Greitzer & Locks<br>1500 Walnut Street<br>Philadelphia, PA 19102 | Robert E. Swickle<br>Jaques Admiralty Law Firm<br>1370 Penobscot Building<br>Detroit, MI 48226 |
| Raymond P. Forceno<br>Forceno & Hannon<br>Philadelphia, Bourse Bldg.<br>Suite 1000<br>Independence Mall East<br>Philadelphia, PA 19106 | Andrew J. Trevelise<br>Reed Smith, LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 | Ronald L. Motley<br>Ness, Motley, Loadhold, Richardson & Poole<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC 29464 |
| James K. Weston, II<br>Tom Riley Law Firm<br>4040 First Avenue N.E.<br>P.O. Box 998<br>Cedar Rapids, IA 52406 | Ellen B. Furman<br>Goldfein & Joseph<br>1600 Market Street<br>33rd Floor<br>Philadelphia, PA 19103 | John J. Repcheck<br>Marks, O'Neill, O'Brein & Courtney<br>3200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 |
| Susan M. Hansen<br>Brownson & Ballou<br>4800 U.S. Bank Place<br>601 Second Avenue South<br>Minneapolis, MN 55402 | John D. Roven<br>Roven, Kaplan & Wells<br>2190 North Loop West<br>Suite 410<br>Houston, TX 77018 | |