JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 11 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| RUDOLPH DIONIGI, et al. | ) No. 02-K-1291 (D. Colo) |
| Plaintiffs, | ) |
| vs. | ) |
| JOHN CRANE, INC., et al. | ) |
| Defendants. | ) |

### JOINDER IN OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Defendant Pneumo Abex Corporation hereby joins in Defendants Swinerton & Walberg Property Services, Inc.'s Opposition to Plaintiffs' Motion to Vacate CTO-216.

DATED this 9th day of October, 2002

BAKER & HOSTETLER LLP

By: _____
Mary Price Birk
Monica C. Guardiola
303 E. 17th Avenue, Suite 1100
Denver, Colorado 80203-1264
(303) 861-0600

ATTORNEYS FOR DEFENDANT
PNEUMO ABEX CORPORATION

OFFICIAL FILE COPY

IMAGED OCT 15 '02

RECEIVED CLERK'S OFFICE 2002 OCT 11 A 10: 56 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 11 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of October, 2002, I caused an original, eleven (11) copies, and one computer readable disk copy of the foregoing Joinder In Opposition to Plaintiffs' Motion to Vacate CTO-216 to be served via Federal Express on the Clerk of the Panel:

> Michael J. Beck
> Clerk of the Panel
> Judicial Panel on Multidistrict Litigation
> Thurgood Marshall Federal Judiciary Building
> One Columbus Circle, N.E.
> Room G-225, North Lobby
> Washington, D.C. 20002-8004

I further certify that, on this 9th day of October, 2002, I caused copies of the foregoing Joinder In Opposition to be served by first-class mail, postage prepaid, on the counsel on the attached service list.

I hereby certify that, on this 9th day of October, 2002, I caused a copy of the foregoing Joinder In Opposition to be served by first-class mail, postage prepaid, on the Clerk of the transferee court:

> Michael E. Kunz
> Clerk of the Court
> United States District Court for the
> Eastern District of Pennsylvania
> 601 Market Street
> Philadelphia, PA 19106-1797

*Darlene Rowland*
Darlene S. Rowland

## CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of October, 2002, I caused the foregoing OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER to be served by first-class mail, postage prepaid, on:

| | | |
|---|---|---|
| J. Conard Metcalf, Esq.<br>Trine & Metcalf<br>1435 Arapahoe Avenue<br>Boulder, Colorado 80302 | Steven M. Kaufmann, Esq.<br>Brian Hoffman, Esq.<br>Morrison & Foerster, LLP<br>370 17th Street, Suite 5200<br>Denver, Colorado 80202 | Shauna Hilgers, Esq.<br>6508 Poppy Street<br>P.O. Box 1254<br>Arvada, Colorado 80001 |
| Bradley Levin, Esq.<br>Roberts Levin & Patterson<br>1512 Larimer Street, Ste. 950<br>Denver, CO 80202 | Dennis H. Markusson, Esq.<br>Markusson Green & Jarvis, P.C.<br>999 18th Street, Suite 3300<br>Denver, CO 80202 | James Miletich, Esq.<br>McConnell, Siderius, Fleishner,<br>  Houghtaling & Craigmile, LLC<br>2401 15th St., Ste. 300<br>Denver, CO 80202 |
| Robert M. Steiert, Esq.<br>Gary M. Clexton, Esq.<br>Miller & Steiert PC<br>1901 Littleton Blvd.<br>Littleton, CO 80120 | Christopher K. Miller, Esq.<br>Kennedy & Christopher, P.C.<br>1050 17th St., Ste. 2500<br>Denver, CO 80265 | David Nowak, Esq.<br>White & Steele, P.C.<br>950 17th Street, Suite 2100<br>Denver, CO 80202 |
| David Setter<br>Socha, Perczak & Anderson<br>1775 Sherman Street, #1925<br>Denver, CO 80203 | Maureen Reidy Witt, Esq.<br>Holland & Hart<br>8390 E. Crescent Pkwy. #400<br>Greenwood Village, CO 80111 | Bennett Cohen, Esq.<br>Kobayashi Law Firm<br>1633 Fillmore Street<br>Denver, CO 80206 |

I further certify that, on this 9th day of October, 2002, I caused copies of the foregoing Opposition to be served by first-class mail, postage prepaid, on the Panel Service List (Excerpted from CTO-216) Docket No. 875:

| | | |
|---|---|---|
| Richard C. Binzley<br>Thompson Hine LLP<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | Steven M. Kaufman<br>Morrison & Foerster, LLP<br>5200 Republic Plaza<br>370 17th St., Suite 5200<br>Denver, CO 80202 | Richard D. Schuster<br>Vorys, Sater, Seymour & Pease<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216 |
| Edward J. Cass<br>Gallegher, Sharp, Fulton & Norman<br>Buckley Bldg., 7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | Reginald S. Kramer<br>Buckingham, Doolittle & Burroughs<br>50 S. Main Street<br>Akron, OH 44309 | Neil Selman<br>Selman, Breitman & Burgess<br>11766 Wilshire Blvd., 6th Floor<br>Los Angeles, CA 90025 |

Adam M. Chud
Shea & Gardner
1800 Massachusetts Ave., N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia, Bourse Bldg.
Suite 1000
Independence Mall East
Philadelphia, PA 19106

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Loks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Center Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm
1370 Penobscot Building
Detroit, MI 48226

Ronald L. Motley
Ness, Motley, Loadhold,
  Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brein &
  Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219