JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 15 2002

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

---

IN RE: ASBESTOS PRODUCTS          :     Huber, et al., PAE (PAW 2:02-304)
                                  :     MDL DOCKET NO. 875
LIABILITY LITIGATION (VI)         :

---

## MOTION OF DEFENDANT COX AND COX, L.L.P TO VACATE CONDITIONAL REMAND ORDER OF SEPTEMBER 13, 2002

Defendant Cox and Cox, L.L.P. joins in the Motion of Defendants Joseph B. Cox, Jr. and Joseph B. Cox, Jr., LTD To Vacate Conditional Remand Order of September 13, 2002 and Brief in support thereof.

WHEREFORE, moving Defendant respectfully requests that the Conditional Remand Order be vacated.

Respectfully submitted:

Cozen O'Connor

By: _____
Anita B. Weinstein, Esquire
I.D. No: 25654
1900 Market Street
Philadelphia, PA 19103
(215) 665-2059
Attorneys for Defendant,
Cox and Cox, L.L.P.

**OFFICIAL FILE COPY**   IMAGED OCT 20 '02

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion of Defendant Cox and Cox L.L.P. in Opposition to Vacate Conditional Remand Order of September 13, 2002 was served on the persons listed below and on the Panel Service List by U.S. Mail, first class, postage prepared, this _11th_ day of October, 2002 addressed as follows:

Alisa N. Carr, Esquire
Dornish & Scolieri, P.C.
1207 Fifth Avenue
Pittsburgh, PA 15219
**Counsel for Plaintiffs**

Joseph D. Pope, Esquire
Kronish Lieb Werner & Hellman LLP
1114 Avenue of the Americas - 47th Floor
New York, New York 10036
**Counsel for Plaintiffs**

Carol A. Mager, Esquire
Mager, White & Goldstein, LLP
One Liberty Place, 44th Floor
1650 Market Street
Philadelphia, PA 19103
**Counsel for Plaintiffs**

Thomas C. DeLorenzo, Esquire
Marshall Dennehey Warner
Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103
and
James A. McGovern, Esquire
Marshall Dennehey Warner
Coleman & Goggin
U.S. Steel Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219
**Counsel for Defendants Joseph B. Cox, Jr. and Joseph B. Cox, Jr., P.C.**

Howard Klein, Esquire
Conrad O'Brien Gellman & Rohn, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA 19102
**Counsel for Defendants, Robert G. Taylor, II, Robert G. Taylor, II, P.C.
Cletus P. Ernster, III, George P. Cire, Jr., J. Robert Davis, Jr.
Taylor & Cire, Taylor, Davis & Ernster, P.C., Taylor & Ernster, P.C**

Kevin L. Colosimo, Esquire
Ralph A. Finizio, Esquire
Houston & Harbaugh, P.C.
Two Chatham Center
Twelfth Floor
Pittsburgh, PA 15219-3463
**Counsel for Christopher Fitzgerald, Esquire; Law Offices of Robert A. Pritchard;
Pritchard Law Firm, PLLC**

COUTESY COPY TO:

The Honorable Charles R. Weiner
United States District Court for the Eastern District of Pennsylvania
U.S. Courthouse, Room 6613
601 Market Street
Pittsburgh, PA 15219

The Honorable Donald J. Lee
United States District Court for the Western District of Pennsylvania
Room, 916, U.S. Post Office and Courthouse
700 Grant Street
Pittsburgh, PA 15219

Clerk of the Court
United States District Court for the Western District of Pennsylvania
U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

COZEN O'CONNOR

By: _____
Anita B. Weinstein, Esquire

**PANEL SERVICE LIST (Excerpted from CTO-212)**
**DOCKET NO: 875**
**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Ronald L. Huber, et al. vs. J. Robert Davis, Jr., et al.*
W.D. Pennsylvania, C.A. No. 2:02-304

Richard C. Binzley, Esquire
**Thompson Hine, LLP**
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass, Esquire
**Gallagher, Sharp, Fulton & Norman**
Bulkely Building, 8th Floor
1501 Euclid Avenue
Clevenland, OH 44115

Adam M. Chud, Esquire
**Shea & Gardner**
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036

Ellen B. Furman, Esquire
**Goldfein & Joseph**
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Thomas C. DeLorenzo, Esquire
**Marshall, Dennehey, Warner, Coleman & Goggin**
1845 Walnut Street
17th Floor
Philadelphia, PA 19103

Reginald S. Kramer, Esquire
**Oldham & Dowling**
195 South Main Street
Suite 300
Akron, OH 44308

Ralph A. Finizio, Esquire
**Houston & Harbaugh**
Two Chatham Center, 12th Floor
Pittsburgh, PA 15219

Raymond P. Forceno, Esquire
**Forceno & Hannon**
Philadelphia Bourse Bldg., Suite 100
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman, Esquire
**Goldfein & Joseph**
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen, Esquire
**Brownson & Ballou**
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Robert A. Klein, Esquire
**Conrad, O'Brien, Gellman & Rohn**
1515 Market Street
16th Floor
Philadelphia, PA 19102

David C. Landin, Esquire
**Hunton & Williams**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks, Esquire
**Greitzer & Locks**
1500 Walnut Street
Philadelphia, PA 19102

Samantha L. Southall, Esquire
**Kornish, Lieb, Weiner & Hellman**
1114 Avenue of the Americas
New York, NY 10036

Robert N. Spinelli, Esquire
**Kelley, Jasons, McGuire & Spinelli**
Centre Square West, 15th Floor
Philadelphia, PA 19102

William J. O'Brien, Esquire
**Delany & O'Brien**
306 West Somerdale Road
Voorhees, New Jersey 08043

John J. Repcheck, Esquire
**Marks, O'Neill, O'Brien & Courtney**
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven, Esquire
**John Roven & Associates**
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster, Esquire
**Vorys, Sater, Seymour & Pease**
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

James A. McGovern, Esquire
**Marshall, Dennehey, Warner, Coleman & Goggin**
USX Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219

Neil Selman, Esquire
**Selman, Breitman & Burgess**
11766 Wilshire Boulevard, 6th Floor
Los Angeles, CA 90025

Ronald L. Motley, Esquire
**Ness, Motley, Loadholt, Richardson & Poole**
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, S.C. 29465

William J. O'Brien, Esquire
**Conrad, O'Brien, Gellman & Rohn**
1515 Market Street, 16th Floor
Philadelphia, PA 19012

Robert E. Swickle, Esquire
**Jaques Admiralty Law Firm, P.C.**
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise, Esquire
**Reed Smith LLP**
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II, Esquire
**Tom Riley Law Firm**
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Joseph J. Bellew, Esquire
**Cozen O'Connor**
The Atrium, Third Floor
1900 Market Street
Philadelphia, PA 19103