JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 15 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| | | |
|---|---|---|
| JOSE CASAUS, ET AL., | ) | No. 02-0887 (D.N.M.) |
| JOHNNY JIM, ET AL., | ) | No. 02-0902 (D.N.M.) |
| GEORGE ZUMWALT, ET AL., | ) | No. 02-0909 (D.N.M.) |
| JOHN JULIANTO, ET AL., | ) | No. 02-0910 (D.N.M.) |
| JOHNSON SHORTHAIR, ET AL., | ) | No. 02-0911 (D.N.M.) |
| TOM JOHN, ET AL., | ) | No. 02-0912 (D.N.M.) |
| JONES JOHNSON, ET AL., | ) | No. 02-0913 (D.N.M.) |
| ABEL VALVERDE, ET AL., | ) | No. 02-0914 (D.N.M.) |
| Plaintiffs, | ) | |
| v. | ) | |
| AC&S, INC., ET AL., | ) | |
| Defendants. | ) | |

## JOINDER IN OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Defendant Union Carbide Corporation hereby joins in Defendants CertainTeed Corporation's and Dana Corporation's Opposition to Plaintiffs' Motion to Vacate CTO-216.

**OFFICIAL FILE COPY**   IMAGED OCT 20 '02

DATED this 11th day of October, 2002.

                BAKER & HOSTETLER LLP

                By: _____
                Mary Price Birk
                Monica C. Guardiola
                303 E. 17th Avenue, Suite 1100
                Denver, Colorado 80203-1264
                (303) 861-0600

                and

                Tim L. Fields
                Michelle A. Hernandez
                Modrall, Sperling, Roehl, Harris
                & Sisk, PA
                500 Fourth Street NW
                Post Office Box 2168
                Albuquerque, New Mexico
                87103-2168
                (505) 848-1800

                ATTORNEYS FOR DEFENDANT
                UNION CARBIDE CORPORATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 15 2002

FILED
CLERK'S OFFICE

CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of October, 2002, I caused an original, eleven (11) copies, and one computer readable disk copy of the foregoing Joinder In Opposition to Plaintiffs' Motion to Vacate CTO-216 to be served via Federal Express on the Clerk of the Panel:

>   Michael J. Beck
>   Clerk of the Panel
>   Judicial Panel on Multidistrict Litigation
>   Thurgood Marshall Federal Judiciary Building
>   One Columbus Circle, N.E.
>   Room G-225, North Lobby
>   Washington, D.C. 20002-8004

I further certify that, on this 11th day of October, 2002, I caused copies of the foregoing Joinder In Opposition to be served by first-class mail, postage prepaid, on the counsel on the attached service list.

I hereby certify that, on this 11th day of October, 2002, I caused a copy of the foregoing Joinder In Opposition to be served by first-class mail, postage prepaid, on the Clerk of the transferee court:

>   Michael E. Kunz
>   Clerk of the Court
>   United States District Court for the
>   Eastern District of Pennsylvania
>   601 Market Street
>   Philadelphia, PA 19106-1797

*Darlene Rowland*
Darlene S. Rowland

PANEL SERVICE LIST (Excerpted from CTO-213)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Jose Casaus, et al. v. AC&S, et al.*, No. 02-0887 (D.N.M.)
*Johnny Jim, et al. v. AC&S, et al.*, No. 02-0902 (D.N.M.)
*George Zumwalt, et al. v. AC&S, et al.*, No. 02-0909 (D.N.M.)
*John Julianto, et al. v. AC&S, et al.*, No. 02-0910 (D.N.M.)
*Johnson Shorthair, et al. v. AC&S, et al.*, No. 02-0911 (D.N.M.)
*Tom John, et al. v. AC&S, et al.*, No. 02-0912 (D.N.M.)
*Jones Johnson, et al. v. AC&S, et al.*, No. 02-0913 (D.N.M.)
*Abel Valverde, et al. v. AC&S, et al.*, No. 02-0914 (D.N.M.)

Whitney Buchanan, Esq.
Whitney Buchanan, PC
3200 Monte Vista Blvd. NE
Albuquerque, NM 87106
*Attorneys for Plaintiffs*

Ann K. Ritter, Esq.
Ness, Motley
1730 Jackson St.
Barnwell, SC 29812
*Attorneys for Plaintiffs*

Richard C. Binzley
Thompson Hine LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

John M. Brant, Esq.
Rodey, Dickason, Sloan, Akin
  & Robb PA
P.O. Box 1888
Albuquerque, NM 87103-1888

Edward J. Cass
Gallegher, Sharp, Fulton & Norman
Buckley Bldg., 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia, Bourse Bldg.
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Alfred L. Green, Jr.
Butt Thornton & Baehr
P.O. Box 3170
Albuquerque, NM 87190

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402

Stephen D. Ingram
Stratton & Cavin
P.O. box 1216
Albuquerque, NM 87103

Reginald S. Kramer
Buckingham, Doolittle &
Burroughs
50 S. Main Street
Akron, OH 44309

4

Charlotte A. Lamont
Krehbiel Bannerman & Williams
6400 Uptown Blvd., N.E., #200W
Albuquerque, NM 87110

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gary Larson
Hinkle Cox Eaton Coffield & Hensley
P.O. box 2068
Santa Fe, NM 87504

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Thomas R. Mack
Miller Stratvert & Torgerson, P.A.
P.O. Box 25687
Albuquerque, NM 87125

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
  & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Gregory V. Pelton
Pelton & Associates
4300 Carlisle, N.E. #4
Albuquerque, NM 87107

John J. Repcheck
Marks, O'Neill, O'Brein &
  Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Thomas A. Sandenaw, Jr.
Sandenaw & Piazza, PC
2951 A Roadrunner Parkway
Las Cruces, NM 88011

Douglas G. Schneebeck
Modrall Sperling Roehl Harris & Sisk
The Sunset West Building
500 Fourth Street, N.W.
P.O. Box 2168
Albuquerque, NM 87103

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West – 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Ray M. Vargas, II
Sheehan Sheehan & Stelzner
P.O. Box 271
Albuquerque, NM 87103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Bruce H. Strotz
Fairfield Garrow & Strotz
P.O. Box 35400
Albuquerque, NM 87176

Lori R. Wallerstein
Morgenstein & Jubelirer
One Market Spear Street
Spear Tower, 32nd Floor
One Market Plaza
San Francisco, CA 94105

John M. Wells
Law Office of John M. Wells, PA
P.O. box 1787
Albuquerque, NM 87103