# Houston Harbaugh

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 15 2002

FILED
CLERK'S OFFICE

**WRITER'S DIRECT DIAL:**
(412) 288-2264
*kcolosimo@hh-law.com*

TWO CHATHAM CENTER
TWELFTH FLOOR
PITTSBURGH, PA 15219-3463

412/281-5060
FAX 412/281-4499
http://www.hh-law.com

File # 28946

October 15, 2002

**VIA FACSIMILE - (202) 502-2888
and FIRST CLASS MAIL**

Michael J. Beck, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

RE: MDL Docket No. 875, IN RE: Asbestos Products Liability Litigation (VI)
Ronald L. Huber, et al. v. Joseph B. Cox, Jr., et al.
Civil Action No. 02-CV-0304 (W.D. PA)

Dear Mr. Beck:

We represent Robert A. Pritchard, Esquire, Christopher Fitzgerald, Esquire, the Law Offices of Robert A. Pritchard and Pritchard Law Firm, PLLC (the "Pritchard Defendants") in the above-referenced matter. As you are aware, by my letter of September 30, 2002, the Pritchard Defendants joined Defendants Joseph B. Cox, Jr. and Joseph B. Cox, Jr., LTD in their Notice of Opposition to the Panel's Conditional Remand Order of September 13, 2002. By virtue of this letter, the Pritchard Defendants hereby join the Cox Defendants in their Motion to Vacate and Brief in Support thereof filed with the Panel on or about October 10, 2002. It is not the Pritchard Defendants' intention to file a separate motion and brief on this matter.

Thank you for your attention to this matter. Should you have any questions, comments or concerns, please feel free to contact me directly.

Very truly yours,

Kevin L. Colosimo

KLC/dlg

cc: All counsel of record (service list attached)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 15 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the within Joinder Letter in Motion of Defendants Joseph B. Cox, Jr. and Joseph B. Cox, Jr. LTD. to Vacate Conditional Remand Order of September 13, 2002 was served on the following parties this _____ day of October, 2002 via first class, U.S. mail:

### FOR PLAINTIFFS:

Carol A. Mager, Esquire
Mager & White, P.C.
One Liberty Place, 44th Floor
1650 Market Street
Philadelphia, PA 19103

Joseph D. Pope, Esquire
Kronish, Lieb, Weiner & Hellman, LLP
1114 Avenue of the Americas
47th Floor
New York, NY 10036

Alisa N. Carr, Esquire
Dornish & Scolieri, P.C.
1207 Fifth Avenue
Pittsburgh, PA 15219

### FOR DEFENDANTS:

Howard M. Klein, Esquire
Conrad, O'Brien, Gellman & Rohn, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA 19102

Anita B. Weinstein, Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

Thomas C. Delorenzo, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1845 Walnut Street, Suite 1900
Philadelphia, PA 19103

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2002 OCT 15 P 2:01

RECEIVED
CLERK'S OFFICE

# PANEL SERVICE LIST
## DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Ronald L. Huber, et al. v. Robert Davis, Jr., et al.*, E.D. Pennsylvania (W.D.) Pennsylvania, C.A. No. 2:02-304

| | | |
|---|---|---|
| Anita B. Weinstein<br>Cozen & O'Connor<br>The Atrium, 4th Floor<br>1900 Market Street<br>Philadelphia, PA 19103 | Susan M. Hansen<br>Brownson & Ballou<br>4800 U.S. Bank Place<br>601 Second Avenue, South<br>Minneapolis, MN 55402 | John D. Roven<br>Roven, Kaplan & Wells<br>2190 North Loop West<br>Suite 410<br>Houston, TX 77018 |
| Richard C. Binzley<br>Thompson Hine, LLP<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | Robert A. Klein<br>Conrad, O'Brien, Gellman<br>& Rohn<br>1515 Market Street<br>Philadelphia, PA 19102 | Richard D. Schuster<br>Vorys, Sater, Seymoure,<br>& Pease<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216 |
| Edward J. Cass<br>Gallagher, Sharp, Fulton<br>& Norman<br>Bulkley Building, 7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | Reginald S. Kramer<br>Buckingham, Doolittle<br>& Burroughs<br>50 South Main Street<br>P.O. Box 1500<br>Akron, OH 44309 | Neil Selman<br>Selman, Breitman & Burgess<br>11766 Wilshire Boulevard<br>Sixth Floor<br>Los Angeles, CA 90025 |
| Adam M. Chud<br>Shea & Gardner<br>1800 Massachusetts Avenue, N.W.<br>Washington, DC 20036 | David C. Landin<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Samantha L. Southall<br>Kronish Lieb Weiner<br>& Hellman<br>1114 Avenue of the Americas<br>New York, NY 10036 |
| David A. Damico<br>Burns, White & Hickton<br>2400 Fifth Avenue Place<br>120 Fifth Avenue<br>Pittsburgh, PA 15222 | Gene Locks<br>Greitzer & Locks<br>1500 Walnut Street<br>Philadelphia, PA 19102 | Robert N. Spinelli<br>Kelley, Jasons, McGuire<br>& Spinelli<br>Centre Square West<br>15th Floor<br>Philadelphia, PA 19102 |
| Thomas C. DeLorenzo<br>Marshall, Dennehey, Warner,<br>Coleman & Goggin<br>1845 Walnut Street, Suite 1900<br>Philadelphia, PA 19103 | Ronald L. Motley<br>Ness, Motley, Loadholt,<br>Richardson & Poole<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mt. Pleasant, SC 29464 | Robert E. Swickle<br>Jaques Admiralty Law Firm, P.C.<br>1370 Penobscot Building<br>Detroit, MI 48226 |

| | | |
|---|---|---|
| William J. O'Brien<br>Conrad, O'Brien, Gellman & Rohn<br>1515 Market Street<br>Sixteenth Floor<br>Philadelphia, PA 19102 | Andrew J. Trevelise<br>Reed Smith LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 | Raymond P. Forceno<br>Forceno & Hannon<br>Philadelphia Bourse Building<br>Suite 1000<br>Independence Mall East<br>Philadelphia, PA 19106 |
| William J. O'Brien<br>Delany & O'Brien<br>306 West Somerdale Road<br>Voorhees, NJ 08043 | James K. Weston, II<br>Tom Riley Law Firm<br>4040 First Avenue, N.E.<br>P.O. Box 998<br>Cedar Rapids, IA 52406 | Ellen B. Furman<br>Goldfein & Joseph<br>1600 Market Street<br>33rd Floor<br>Philadelphia, PA 19103 |
| John J. Repcheck<br>Marks, O'Neill, O'Brien<br>  & Courtney<br>3200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | | |