JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 15 2002

FILED
CLERK'S OFFICE

# CONRAD O'BRIEN GELLMAN & ROHN, P.C.
ATTORNEYS AT LAW

SIXTEENTH FLOOR
1515 MARKET STREET
PHILADELPHIA, PENNSYLVANIA 19102-1916

(215) 864-9600
FAX: (215) 864-9620

www.cogr.com
rklein@cogr.com

NEW JERSEY OFFICE:
EAST GATE CENTER
309 FELLOWSHIP ROAD - SUITE 210
MOUNT LAUREL, NJ 08054-1234
(856) 665-0888
FAX: (856) 665-5888

ROBERT A. KLEIN
DIRECT DIAL: (215) 864-8076

MONTGOMERY COUNTY OFFICE:
100 FOUR FALLS CORPORATE CENTER
WEST CONSHOHOCKEN, PA 19428-2983
(610) 940-6045
FAX: (610) 940-6046

WEST CHESTER OFFICE:
17 W. GAY STREET - SUITE 100
WEST CHESTER, PA 19380-3090
(610) 701-9100
FAX: (610) 701-9195

October 11, 2002

**SENT VIA FEDERAL EXPRESS**
Michael J. Beck
Clerk of the Panel
Judicial Panel on MultiDistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255
North Lobby
Washington, D.C. 20002-8004

    RE:   Ronald L. Huber, et al. v. Robert G. Taylor, II, et al.
            W.D. Pennsylvania, C.A. No. 2:02-304; MDL-875

Dear Mr. Beck:

    This firm represents defendants Robert G. Taylor, II, Robert G. Taylor, II P.C., Taylor & Cire, Cletus P. Ernster, III, George E. Cire, Jr., J. Robert Davis, Jr., Taylor & Ernster, P.C., and Taylor, Davis & Ernster, P.C. ("Taylor defendants") in the above matter. Presently pending before the Panel is a Conditional Remand Order, as well as Motion to Vacate the Conditional Remand Order with supporting Brief of Defendants Joseph B. Cox, Jr., and Joseph B. Cox, Jr., LTD (formerly Joseph B. Cox) ("Cox defendants").

    By this letter, the Taylor defendants join in the Cox defendants' Motion and Brief to Vacate the Conditional Remand Order. The Taylor defendants previously had so joined by letter the Cox defendants' June 14, 2002 Opposition to Plaintiffs' Motion to Vacate, in accordance with our discussion with a Panel representative.

    In accordance with the Rules, I have enclosed eleven (11) copies of this letter, as well as a readable disk in WordPerfect for Windows format, and a certificate of service.

                           Very truly yours,

                           Robert A. Klein

IMAGED OCT 20 '02

OCT. 15. 2002 12:54PM    CONRAD O'BRIEN/2158649620    NO. 376
Case MDL No. 875   Document 3750   Filed 10/15/02   Page 2 of 4
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 15 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing letter to join in the Cox Defendants' Motion and Brief to Vacate the Conditional Remand Order to be served on the date below by first class mail, postage pre-paid, upon all parties listed in the Panel Service List, Docket No. 875, attached hereto, as well as upon all parties as addressed below.

Carol A. Mager
Marjory P. Albee
Michael D. Homans
Mager & White, P. C.
One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Joseph D. Pope
Alan Levine
Samantha L. Southall
Correne S. Kristiansen
Kronish Lieb Weiner & Hellman LLP
1114 Avenue of the Americas
New York, New York 10036

Alisa N. Carr
Dornish & Scolieri
429 Forbes Avenue
Suite 110
Pittsburgh, PA 15219

*Attorneys for Plaintiffs*

Thomas C. DeLorenzo
Ronda K. O'Donnell
Marshall, Dennehey, Warner, Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103-4797

*Attorneys for Joseph B. Cox, Jr.
and Joseph B. Cox, Jr., P.C.*

RECEIVED CLERK'S OFFICE 2002 OCT 15 P 1:05 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Anita B. Weinstein
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

*Attorneys for Cox and Cox, L.L.P.*

Kevin Colosimo
Houston & Harbaugh
2 Chatham Center, 12th Floor
Pittsburgh, PA 15219-3465

*Attorneys for Robert A. Pritchard, Law Offices of Robert A. Pritchard and Pritchard Law Firm, PLLC*

Robert A. Klein

Dated: October 11, 2002

## PANEL SERVICE LIST
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Ronald L. Huber, et al. v. J. Robert Davis, Jr., et al.*, E.D. Pennsylvania (W.D. Pennsylvania, C.A. No. 2:02-304)

Anita B. Weinstein
Cozen & O'Connor
The Atrium, 4th Floor
1900 Market Street
Philadelphia, PA 19103

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Thomas C. DeLorenzo
Marshall, Dennehey, Warner,
Coleman & Goggin
1845 Walnut Street, Suite 1900
Philadelphia, PA 19103

Ralph A. Finizio
Houston & Harbaugh
Two Chatham Center, 12th Floor
Pittsburgh, PA 15219

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Robert A. Klein
Conrad, O'Brien, Gellman & Rohn
1515 Market Street, 16th Floor
Philadelphia, PA 19102

Reginald S. Kramer
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

William J. O'Brien
Conrad, O'Brien, Gellman & Rohn
1515 Market Street
Sixteenth Floor
Philadelphia, PA 19102

William J. O'Brien
Delany & O'Brien
306 West Somerdale Road
Voorhees, NJ 08043

John J. Repcheck
Marks, O'Neill, O'Brien &
Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Samantha L. Southall
Kronish Lieb Weiner & Hellman
1114 Avenue of the Americas
New York, NY 10036

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406