**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED**

**OCT. 16, 2002**

**MICHAEL J. BECK
CLERK OF THE PANEL**

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, MOREY L. SEAR, BRUCE M. SELYA, JULIA SMITH GIBBONS, D. LOWELL JENSEN AND J. FREDERICK MOTZ, JUDGES OF THE PANEL*

## HEARING SESSION ORDER

IT IS ORDERED that on November 21, 2002, a hearing session will be held in Savannah, Georgia, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

IMAGED OCT 19 '02

SCHEDULE OF MATTERS FOR HEARING SESSION
November 21, 2002 -- Savannah, Georgia


**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**


MDL-1493 -- In re Duke Energy Corp. Securities & "ERISA" Litigation

Motion of defendants Duke Energy Corporation and 23 related parties for centralization of the following actions in the United States District Court for the Western District of North Carolina:

Southern District of New York

*In re Duke Energy Corp. Securities Litigation*, C.A. No. 1:02-3960
*Wickerware, Inc. Profit Sharing Plan v. Duke Energy Corp., et al.*,
    C.A. No. 1:02-4084
*Barry Family, L.P. v. Duke Energy Corp., et al.*, C.A. No. 1:02-4340
*Donald Goldstein v. Duke Energy Corp., et al.*, C.A. No. 1:02-4514
*David L. Boushey v. Duke Energy Corp., et al.*, C.A. No. 1:02-4693
*Margie Elstein v. Duke Energy Corp., et al.*, C.A. No. 1:02-4916
*Sandra Finkel, et al. v. Duke Energy Corp., et al.*, C.A. No. 1:02-4949
*J. B. Pozner Trust  v. Duke Energy Corp., et al.*, C.A. No. 1:02-5023
*Alan Kushner v. Duke Energy Corp., et al.*, C.A. No. 1:02-5055
*Henry Willet v. Duke Energy Corp., et al.*, C.A. No. 1:02-5197
*Elliott S. Honig v. Duke Energy Corp., et al.*, C.A. No. 1:02-5529
*Mikel Kinser, et al. v. Duke Energy Corp., et al.*, C.A. No. 1:02-5711
*Sandra Finkel v. Duke Energy Corp., et al.*, C.A. No. 1:02-5770

Western District of North Carolina

*Astro, Weiss, Kaplan & Mandel LLP Pension v. Duke Energy Corp., et al.*,
    C.A. No. 3:02-224
*Leon Kramer, et al., v. Duke Energy Corp., et al.*, C.A. No. 3:02-242
*Jim Matthews v. Duke Energy Corp, et al.*, C.A. No. 3:02-291

Schedule of Matters for Hearing Session, Section A                    p. 2
Savannah, Georgia


## MDL-1494 -- In re Disposable Radio Frequency Tags Antitrust Litigation

Motion of plaintiff Club Sports International, Inc., for centralization of the following actions in the United States District Court for the District of New Jersey:


### District of New Jersey

*Club Sports International, Inc. v. Checkpoint Systems, Inc.*, C.A. No. 1:02-3730

### Eastern District of Pennsylvania

*Diane Furs, Inc. v. Checkpoint Systems, Inc.*, C.A. No. 2:02-6379


## MDL-1495 -- In re Enterprise Mortgage Acceptance Co., LLC, Securities Litigation

Motion of defendants Koch Industries, Inc.; Koch Capital Services, LLC; and Enterprise Mortgage Acceptance Company, LLC for centralization of the following actions in the United States District Court for the Southern District of New York:


### District of Connecticut

*Diversified Asset Securitization Holdings I, LP, et al. v. Enterprise Mortgage Acceptance Co., LLC, et al.*, C.A. No. 3:02-1024

### Southern District of New York

*In re EMAC Securities Litigation*, C.A. No. 1:02-2237
*ING Investment Management, LLC, et al. v. Enterprise Mortgage Acceptance Co., LLC, et al.*, C.A. No. 1:02-2369
*Northern Life Insurance Co., et al. v. Enterprise Mortgage Acceptance Co., LLC, et al.*, C.A. No. 1:02-2941
*Nationwide Life Insurance Co., et al. v. Enterprise Mortgage Acceptance Co., LLC, et al.*, C.A. No. 1:02-4430
*Aetna Life Insurance Co., et al. v. Enterprise Mortgage Acceptance Co., LLC, et al.*, C.A. No. 1:02-4455
*Physicians Life Insurance Co. v. Enterprise Mortgage Acceptance Co., LLC, et al.*, C.A. No. 1:02-4553
*Great Southern Life Insurance Co., et al. v. Enterprise Mortgage Acceptance Co., LLC, et al.*, C.A. No. 1:02-4653

<u>MDL-1496 -- In re Jackson National Life Insurance Co. Annuity Sales Practices Litigation</u>

Motion of defendant Jackson National Life Insurance Company for centralization of the following actions in the United States District Court for the Southern District of Texas:

<u>Southern District of Illinois</u>

*George T. Farmer v. Jackson National Life Insurance Co.*, C.A. No. 3:02-931

<u>Southern District of Texas</u>

*Victoria O. Gadd v. Jackson National Life Insurance Co.*, C.A. No. 7:01-120

<u>MDL-1497 -- In re Zimmer, Inc., Centralign Hip Prosthesis Products Liability Litigation</u>

Motion of plaintiffs George David Johnson, et al., for centralization of the following actions in the United States District Court for the District of Connecticut:

<u>District of Connecticut</u>

*Sonia Fuentes-Weed v. Zimmer, Inc.*, C.A. No. 3:00-517
*Dolores Dunn, et al. v. Zimmer, Inc.*, C.A. No. 3:00-1306
*James Johannsen v. Bristol-Myers Squibb Co., et al.*, C.A. No. 3:00-2270
*John Vino, et al. v. Zimmer, Inc.*, C.A. No. 3:01-516
*Joann Lopes v. Zimmer, Inc.*, C.A. No. 3:01-518
*Stacia S. Bogdan, et al. v. Zimmer, Inc.*, C.A. No. 3:02-637

<u>District of Minnesota</u>

*George David Johnson, et al. v. Zimmer, Inc.*, C.A. No. 0:02-1328

Schedule of Matters for Hearing Session, Section A                    p. 4
Savannah, Georgia


MDL-1498 -- In re Laughlin Products, Inc., Patent Litigation

Motion of Hollywood Tanning Systems, Inc. and certain of its franchisees for centralization of the following actions in the United States District Court for the  District of New Jersey:


District of Delaware

*Laughlin Products, Inc. v. John Chisholm, et al.*, C.A. No. 1:02-582

Southern District of Florida

*Laughlin Products, Inc. v. Hollywood Tans, Inc., et al.*, C.A. No. 0:02-60872

Northern District of Georgia

*Laughlin Products, Inc. v. Hoff & Associates, et al.*, C.A. No. 1:02-1760

District of Maryland

*Laughlin Products, Inc. v. Rich Bergey, et al.*, C.A. No. 1:02-2128

District of New Jersey

*Hollywood Tanning Systems, Inc. v. Laughlin Products, Inc., et al.*,
    C.A. No. 1:02-3625

Eastern District of New York

*Laughlin Products, Inc. v. Mark Binder, et al.*, C.A. No. 1:02-3721

Eastern District of Pennsylvania

*Laughlin Products, Inc. v. Hollywood Tans, Inc., et al.*, C.A. No. 2:02-4061

Eastern District of Virginia

*Laughlin Products, Inc. v. Matthew Licciardello, et al.*, C.A. No. 2:02-485

MDL-1499 -- In re South African Apartheid Litigation

Motion of plaintiffs Frank Brown, et al.; Lungisile Ntzebesa, et al.; and Nyameka Goniwe, etc., for centralization of the following actions in the United States District Court for the Southern District of New York:

### District of New Jersey

*Frank Brown, et al. v. Amdahl Corp., et al.*, C.A. No. 2:02-3893

### Southern District of New York

*Lungisile Ntzebesa, et al. v. Citigroup, Inc., et al.*, C.A. No. 1:02-4712
*Nyameka Goniwe, etc. v. IBM Corp., et al.*, C.A. No. 1:02-5297

MDL-1500 -- In re AOL Time Warner Inc. Securities Litigation

Motion of defendants AOL Time Warner Inc. and America Online, Inc., for centralization of the following actions in the United States District Court for the Southern District of New York:

### Southern District of New York

*Jennifer Fadem v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-5575
*Steven Schmalz v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-5616
*Miriam Antin v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-5633
*Mark Bluestein v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-5643
*Malka Birnaum v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-5705
*Ernest Hack v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-5777
*Harvey Matcovsky v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-5778
*Delbert Currens v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-5799
*Howard Rosengarten v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-5848
*Alan Russo, et al. v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-5936
*Barbara Dietel v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-5966
*Earl Bennett v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-6067
*Jack L. McBride v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-6088
*Vardan Sarkisov v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-6128
*Sherry Weindorf v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-6200
*Chuck Hall, etc. v. Stephen M. Case, et al.*, C.A. No. 1:02-6302

Schedule of Matters for Hearing Session, Section A                                    p. 6
Savannah, Georgia


MDL-1500 (Continued)


### Southern District of New York (Continued)

*Earl Mikolitch v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-6333
*John Pleggenkuhle v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-6397
*Prena Smajlai v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-6564

### Eastern District of Texas

*Kenneth McClure, et al. v. AOL Time Warner Inc., et al.*, C.A. No. 5:02-161

### Eastern District of Virginia

*Howard Sevel v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-1110
*Philip J. Goodman v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-1155


## MDL-1501-- In re AT&T Broadband Telecommunication Services Litigation

Motion of plaintiffs Gwen Hudson, et al., for centralization of the following actions in the United States District Court for the Southern District of Florida:


### Middle District of Florida

*Joyce Doty, et al. v. Media One of Greater Florida, Inc., et al.*, C.A. No. 3:02-857

### Southern District of Florida

*Gwen Hudson, et al. v. AT&T Corp.*, C.A. No. 0:02-61190

MDL-1502 -- In re Adelphia Communications Corp. Securities & Derivative Litigation

Motion of defendants Deloitte & Touche LLP and nineteen financial institutions for centralization of the following actions in the United States District Court for the Eastern District of Pennsylvania:

Western District of New York

*W.R. Huff Asset Management, Co., LLC., etc. v. Deloitte & Touche, LLP, et al.*,
   C.A. No. 1:02-417

Eastern District of Pennsylvania

*In re Adelphia Communications Securities Litigation*, C.A. No. 2:02-1781
*Richard Gitter v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-1790
*TZ Micro Computing, Inc. v. Adelphia Communications Corp., et al.*,
   C.A. No. 2:02-1813
*William J. Hattrick, Jr. v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-1816
*Alan Shulimson v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-1819
*Steven Rossow, etc. v. John J. Rigas, et al.*, C.A. No. 2:02-1831
*Market Street Securities, Inc. v. Adelphia Communications Corp., et al.*,
   C.A. No. 2:02-1835
*Israel Costa v. Adelphia Communication Corp., et al.*, C.A. No. 2:02-1839
*Mark G. Epstein v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-1871
*Joanne Gold v. Adelphia Communication Corp., et al.*, C.A. No. 2:02-1878
*Barry Goldman v. Adelphia Communication Corp., et al.*, C.A. No. 2:02-1893
*John Fuller v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-1987
*Gerald J. Strekal, et al. v. John J. Rigas, et al.*, C.A. No. 2:02-2061
*Crossway Partners, L.P. v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-2087
*Alan Garner, et al. v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-2099
*Mohammed Idries, etc. v. Pete J. Metros, et al.*, C.A. No. 2:02-2100
*Lewis Thomas Hardin v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-2112
*Joseph E. Stocke, et al. v. John J. Rigas, et al.*, C.A. No. 2:02-2121
*Ron Moore v. John J. Rigas, et al.*, C.A. No. 2:02-2136
*VR Associates v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-2238
*Robert Morello v. Adelphia Communication Corp., et al.*, C.A. No. 2:02-2403
*George B. Inabinet, et al. v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-2416
*Mead Ann Krim, etc. v. John J. Rigas, et al.*, C.A. No. 2:02-2600
*Michael D'Asaro v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-2618

Schedule of Matters for Hearing Session, Section A                    p. 8
Savannah, Georgia

MDL-1502 (Continued)

### Eastern District of Pennsylvania (Continued)

*Mariella A. Echeverri v. Pete J. Metros, et al.*, C.A. No. 2:02-2836
*Thomas A. Kiefer v. Adelphia Communciation Corp., et al.*, C.A. No. 2:02-3186
*Richard Turrell v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-3197
*Harold Weiner v. John J. Rigas, et al.*, C.A. No. 2:02-3211
*Charles Seebacher v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-3264
*Richard Burstein v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-3273
*Argent Classic Convertible Arbitrage Fund L.P., et al. v. Adelphia Communications
   Corp., et al.*, C.A. No. 2:02-3547
*Philip Matovich v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-3561
*Alvin Victor, et al. v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-3659
*Jeffrey J. Hyslip v. John J. Rigas, et al.*, C.A. No. 2:02-3768
*Scott Burnside v. John J. Rigas, et. al.*, C.A. No. 2:02-3769
*New York City Employees' Retirement System, et al. v. Adelphia Communications
   Corp., et al.*, C.A. No. 2:02-3778
*Los Angeles County Employees Retirement Association v. John J. Rigas, et al.*,
   C.A. No. 2:02-4086
*Franklin Strategic Income Fund, et al. v. John J. Rigas, et al.*, C.A. No. 2:02-4292
*William D. Huhn, et al. v. John J. Rigas, et al.*, C.A. No. 2:02-4334
*Robert Lowinger v. John J. Rigas, et al.*, C.A. No. 2:02-6690

**SECTION B**

**MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT**

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs to transfer of their respective actions listed on Attachment A to the United States District Court for the Eastern District of Pennsylvania.

Opposition of defendants Joseph B. Cox, Jr.; Joseph B. Cox, Jr., Ltd; Cox & Cox, L.L.P.; Christopher Fitzgerald; Robert A. Pritchard; and Law Offices of Robert A. Pritchard to remand of the following action to the United States District Court for the Western District of Pennsylvania:

Eastern District of Pennsylvania

*Ronald L. Huber, et al. v. J. Robert Davis, Jr., et al.* (W.D. Pennsylvania, C.A. No. 2:02-304)

MDL-1014 -- In re Orthopedic Bone Screw Products Liability Litigation

Motion of defendant Smith & Nephew, Inc., to transfer the following action to the United States District Court for the Eastern District of Pennsylvania:

Western District of Missouri

*Edward W. Roar v. Smith & Nephew Richards, Inc., et al.*, C.A. No. 2:00-4029

## MDL-1105 -- In re New England Mutual Life Insurance Company Sales Practices Litigation

Opposition of plaintiffs Lyvette R. Banks, et al., to transfer of the following action to the United States District Court for the District of Massachusetts:

### Southern District of Mississippi

*Lyvette R. Banks, et al. v. Metropolitan Life Insurance Co., et* al., C.A. No. 5:02-452

## MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

### Middle District of Alabama

*Charlene Adams, et al. v. American Home Products Corp., et al.*, C.A. No. 2:02-563

### Western District of Arkansas

*Angela Renè Squires, etc. v. American Home Products Corp., et al.,*
  C.A. No. 5:02-5141

### Southern District of Florida

*Bruce Stern v. Wyeth, et al.*, C.A. No. 9:02-80620

### Eastern District of Louisiana

*Sandra Anderson, et al. v. American Home Products Corporation, et al.,*
  C.A. No. 2:02-2015

### Southern District of Mississippi

*Lee Anna Harried v. American Home Products Corp., et al.*, C.A. No. 5:02-509
*Jeanette Brandon, et al. v. American Home Products Corp., et al.*, C.A. No. 5:02-512

Schedule of Matters for Hearing Session, Section B                              p. 11
Savannah, Georgia


MDL-1203 (Continued)


### Eastern District of Missouri

*Jimmie Kohlheim v. Wyeth, et al.*, C.A. No. 4:02-1042

### Eastern District of Texas

*Othell LaFerney v. Wyeth-Ayerst Laboratories Co., et al.*, C.A. No. 2:02-96

### Southern District of Texas

*Ella Harleaux v. Wyeth, et al.*, C.A. No. 4:02-2221
*William Patrick Dore, III v. Wyeth, et al.*, C.A. No. 4:02-2222


## MDL-1214 -- In re Great Southern Life Insurance Company Sales Practices Litigation

Opposition of defendants Charles Dudley Dennis and Charles David Dennis to transfer of the following action to the United States District Court for the Northern District of Texas:

### Northern District of Mississippi

*Great Southern Life Insurance Co. v. Charles Dudley Dennis, et al.*, C.A. No. 3:02-107


## MDL-1298 -- In re Papst Licensing, GmbH, Patent Litigation

Opposition of defendants ExcelStor Technology, Ltd., and Shenzhen ExcelStor Technology, Ltd., to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

### Central District of California

*Papst Licensing GmbH v. Western Digital Corp., et al.*, C.A. No. 8:02-650

Schedule of Matters for Hearing Session, Section B                     p. 12
Savannah, Georgia


## MDL-1311 -- In re Methionine Antitrust Litigation

Opposition of plaintiff David Radlo to transfer of the following action to the United States District Court for the Northern District of California:

### District of Massachusetts

*David Radlo v. Rhone-Poulenc, S.A., et al.*, C.A. No. 1:02-11205


## MDL-1335 -- In re Tyco International, Ltd., Securities Litigation

Oppositions of plaintiffs Lionel I. Brazen and Joan L. Weisberg to transfer of their respective following actions to the United States District Court for the District of New Hampshire:

### Northern District of Illinois

*Lionel I. Brazen v. Tyco International, Ltd., et al.*, C.A. No. 1:02-5094

### Southern District of New York

*Joan L. Weisberg v. Michael Ashcroft, et al.*, C.A. No. 1:02-4829


## MDL-1348 -- In re Rezulin Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### Eastern District of Arkansas

*James Griffin v. Parke-Davis, et al.*, C.A. No. 3:02-252
*Anita Spence v. Parke-Davis, et al.*, C.A. No. 4:02-447
*Paul Donna v. Parke-Davis, et al.*, C.A. No. 4:02-448
*John Binz v. Parke-Davis, et al.*, C.A. No. 4:02-449
*James Nicholas v. Parke-Davis, et al.*, C.A. No. 4:02-451
*Patsy Murray v. Parke-Davis, et al.*, C.A. No. 4:02-452
*Wanda Knight v. Parke-Davis, et al.*, C.A. No. 4:02-453
*Sheila Odum v. Parke-Davis, et al.*, C.A. No. 5:02-268

Schedule of Matters for Hearing Session, Section B                    p. 13
Savannah, Georgia


MDL-1348 (Continued)


### Western District of Arkansas

*Heather Wornkey v. Parke-Davis, et al.*, C.A. No. 2:02-2176
*Ira Muldrew v. Parke-Davis, et al.*, C.A. No. 4:02-4088
*Margaret Collins v. Parke-Davis, et al.*, C.A. No. 5:02-5154

### Middle District of Florida

*Patricia Sands, etc. v. Warner-Lambert Co., et al.*, C.A. No. 2:02-362
*Carmen Osorio, etc. v. Warner-Lambert Co., et al.*, C.A. No. 8:02-1304
*Nicolasa Moul, etc. v. Warner-Lambert Co., et al.*, C.A. No. 8:02-1322

### Northern District of Mississippi

*Rosie L. Hunter, et al. v. Warner-Lambert Co., et al.*, C.A. No. 4:02-190

### Southern District of Mississippi

*Robert E. Catchings, III v. Pfizer, Inc., et al.*, C.A. No. 3:02-1192
*Oliver Williams, et al. v. Pfizer, Inc., et al.*, C.A. No. 5:02-501
*Mary Shaw, et al. v. Pfizer, Inc., et al.*, C.A. No. 5:02-502
*Johnnie Dotson, et al. v. Pfizer, Inc., et al.*, C.A. No. 5:02-503

### Eastern District of Missouri

*Eddie Harty, etc. v. Warner-Lambert Co., et al.*, C.A. No. 1:02-90

### Western District of North Carolina

*Jeff James, etc. v. Warner-Lambert Co., et al.*, C.A. No. 3:02-318

MDL-1355 -- In re Propulsid Products Liability Litigation

Opposition of plaintiffs James Butler, et al., to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

Southern District of Mississippi

*James Butler, et al. v. Janssen Pharmaceutica, Inc., et al.*, C.A. No. 2:02-594

MDL-1373 -- In re Bridgestone/Firestone, Inc., Tires Products Liability Litigation

Oppositions of plaintiffs John V. McKie, et al.; Lyndsay Dute Hayes, et al.; Virgilio Rivera-Ocasio, et al.; Terri Shields; and Patricia Reyes Casares, et al., to transfer of their respective following actions to the United States District Court for the Southern District of Indiana:

Northern District of Georgia

*John V. McKie, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 1:02-927

District of Oregon

*Lyndsay Dute Hayes, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 3:02-1009

District of Puerto Rico

*Virgilio Rivera-Ocasio, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 3:02-1603

Eastern District of Texas

*Terri Shields v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 1:02-577

Western District of Texas

*Patricia Reyes Casares, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 4:02-27

MDL-1373 (Continued)

Opposition of defendant Bridgestone/Firestone North American Tire, LLC, to remand of the following action to the United States District Court for the Central District of California:

Southern District of Indiana

*Jerry Boone, et al. v. Ford Motor Co., et al.*, C.A. No. 1:00-5069 (C.D. California, C.A. No. 2:00-10818)

MDL-1401 -- In re Sulzer Orthopedics Inc. Hip Prosthesis and Knee Prosthesis Products Liability Litigation

Opposition of plaintiff Hill Physicians Medical Group, Inc., to transfer of the following action to the United States District Court for the Northern District of Ohio:

Northern District of California

*Hill Physicians Medical Group, Inc. v. Sulzer Orthopedics, Inc., et al.*, C.A. No. 3:02-3257

MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Western District of Washington:

Northern District of Alabama

*Billy Ray Crumpton, et al. v. Bayer Corp., et al.*, C.A. No. 2:02-1469

Northern District of California

*Karen Lundgren v. Chattem, Inc., et al.*, C.A. No. 3:02-3715

Schedule of Matters for Hearing Session, Section B                         p. 16
Savannah, Georgia


MDL-1407 (Continued)


### Eastern District of Louisiana

*John C. Delahoussye v. Bayer Corp., et al.*, C.A. No. 2:02-1742
*Mike Byrd, et al. v. Bayer Corp., et al.*, C.A. No. 2:02-1750
*Daphine B. Donnelly, et al. v. Bayer Corp., et al.*, C.A. No. 2:02-2436
*Gloria Celestine v. Wyeth Co., et al.*, C.A. No. 2:02-2468
*Ann Knapper v. Wyeth Co., et al.*, C.A. No. 2:02-2485

### Middle District of Louisiana

*Rayfield Malveaux, Jr., et al. v. Bayer Corp., et al.*, C.A. No. 3:02-555

### Western District of Louisiana

*Margie A. Pier, et al. v. Bayer Corp., et al.*, C.A. No. 1:02-1196
*Gracie Patterson, et al. v. Bayer Corp., et al.*, C.A. No. 3:02-1194
*Barbara Adams, et al. v. Bayer Corp., et al.*, C.A. No. 5:02-1195
*Peggy Stroud, et al. v. Bayer Corp., et al.*, C.A. No. 6:02-1190

### Northern District of Mississippi

*Patricia Harris, etc. v. Bayer Corp., et al.*, C.A. No. 2:02-127
*Robert Towner v. American Home Products Corp., et al.*, C.A. No. 2:02-132
*Eugene Wilson, et al. v. American Home Products Corp., et al.*, C.A. No. 2:02-133
*Florence Ingram, et al. v. Bayer Corp., et al.*, C.A. No. 4:02-39
*Dorothy Ann Clay, et al. v. American Home Products Corp., et al.*, C.A. No. 4:02-149
*Kathleen Burchfield v. American Home Products Corp., et al.*, C.A. No. 4:02-151

### Southern District of Mississippi

*Dina Smith, etc. v. American Home Products Corp., et al.*, C.A. No. 2:02-562
*Helen Pipes, etc. v. American Home Products Corp., et al.*, C.A. No. 3:02-498
*Theresa Brooks, et al. v. American Home Products Corp., et al.*, C.A. No. 4:02-273

### Western District of Texas

*Ruben Valdez, Jr., et al. v. Wyeth, et al.*, C.A. No. 3:02-310
*Antonia Olivas, et al. v. American Home Products Corp., et al.*, C.A. No. 3:02-311

Schedule of Matters for Hearing Session, Section B                    p. 17
Savannah, Georgia

## MDL-1421 -- In re Wireless Telephone Radio Frequency Emissions Products Liability Litigation

Oppositions of plaintiffs Michael Patrick Murray, et al.; Dino E. Schofield; Pamela A. Cochran, et al.; David C. Keller, et al.; Richard Schwamb, et al.; Baldassare S. Agro, et al.; and Brian Lane Barrett, et al., to transfer of their respective following actions to the United States District Court for the District of Maryland:

### District of District of Columbia

*Michael Patrick Murray, et al. v. Motorola, Inc., et al.*, C.A. No. 1:01-2631
*Dino E. Schofield v. Matsushita Electric Corp. of America, et al.*, C.A. No. 1:02-606
*Pamela A. Cochran, et al. v. Audiovox Corp., et al.*, C.A. No. 1:02-607
*David C. Keller, et al. v. Nokia, Inc., et al.*, C.A. No. 1:02-608
*Richard Schwamb, et al. v. Qualcomm, Inc., et al.*, C.A. No. 1:02-609
*Baldassare S. Agro, et al. v. Motorola, Inc., et al.*, C.A. No. 1:02-610

### Northern District of Georgia

*Brian Lane Barrett, et al. v. Nokia Corp., et al.*, C.A. No. 1:02-1814

## MDL-1431 -- In re Baycol Products Liability Litigation

Oppositions of plaintiffs and defendants Dr. Michael Poss; Professional Park Medical Services, P.C.; Dr. Kenneth R. Hardigan; and Savannah Cardiology, P.C. to transfer of their respective following actions to the United States District Court for the District of Minnesota:

### Southern District of California

*R.H. Dorman v. Bayer Corp., et al.*, C.A. No. 3:02-1457

### Northern District of Georgia

*Betty Weber v. Bayer Corp., et al.*, C.A. No. 1:02-1669
*John Patterson, et al. v. Bayer Corp., et al.*, C.A. No. 1:02-1744
*Elsie Barron v. Bayer Corp., et al.*, C.A. No. 1:02-1920

Schedule of Matters for Hearing Session, Section B                    p. 18
Savannah, Georgia


MDL-1431 (Continued)


#### Southern District of Mississippi

*Earley Turner v. Bayer Corp., et al.*, C.A. No. 2:02-712
*James Richardson v. Bayer AG, et al.*, C.A. No. 2:02-713
*Bobby Evans v. Bayer Corp., et al.*, C.A. No. 2:02-714
*William R. Bailey v. Bayer Corp., et al.*, C.A. No. 3:02-1368
*Stella Stewart v. Bayer Corp., et al.*, C.A. No. 3:02-1369
*Donald Randall v. Bayer Corp., et al.*, C.A. No. 3:02-1370
*Priscilla Brooks v. Bayer Corp., et al.*, C.A. No. 5:02-549
*Thomas Albert Smith, Sr. v. Bayer Corp., et al.*, C.A. No. 5:02-550
*Shirley Spencer v. Bayer AG, et al.*, C.A. No. 5:02-551
*Sharon Adams v. Bayer Corp., et al.*, C.A. No. 5:02-552
*David Alsworth v. Bayer Corp., et al.*, C.A. No. 5:02-553
*John Richard Jones v. Bayer Corp., et al.*, C.A. No. 5:02-554

#### District of Nevada

*Carol Marston, et al. v. Bayer Corp., et al.*, C.A. No. 2:02-852
*Florinda Racal, etc. v. Bayer, A.G., et al.*, C.A. No. 2:02-883

#### District of South Carolina

*Genevieve Spier v. Bayer Corp., et al.*, C.A. No. 5:02-2416


#### MDL-1456 -- In re Pharmaceutical Industry Average Wholesale Price Litigation

Opposition of plaintiff State of Minnesota to transfer of the following action to the
United States District Court for the District of Massachusetts:


#### District of Minnesota

*State of Minnesota v. Pharmacia Corp.*, C.A. No. 0:02-1779

## MDL-1468 -- In re Universal Service Fund Telephone Billing Practices Litigation

Oppositions of plaintiff Tomi White Bryan and defendants AT&T Wireless Services, Inc.; AT&T Wireless Services of California, LLC; and BellSouth Communications, Inc., to transfer of their respective following actions to the United States District Court for the District of Kansas:

### Central District of California

*Sharon Spiro v. AT&T Wireless Services, Inc., et al.*, C.A. No. 2:02-2705

### Middle District of North Carolina

*Tomi White Bryan v. BellSouth Communications, Inc.*, C.A. No. 1:02-228

## MDL-1479 -- In re Neurontin Antitrust Litigation

Opposition of plaintiff Bonna Stuart to transfer of the following action to the United States District Court for the District of New Jersey:

### Western District of Tennessee

*Bonna Stuart v. Pfizer, Inc., et al.*, C.A. No. 2:02-2511

**ATTACHMENT A TO THE NOVEMBER 21, 2002
SCHEDULE OF MATTERS FOR HEARING**

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

### District of Colorado

*Kenneth Freiberg, et al. v. Swinerton & Walberg Property Services, Inc., et al.*, C.A. No. 1:02-1272
*Vincent Soderquist v. Swinerton & Walberg Property Services, Inc., et al.*, C.A. No. 1:02-1289
*Sandra J. Vanhooser, et al. v. Swinerton & Walberg Property Services, Inc., et al.*, C.A. No. 1:02-1290
*Rudolph Dionigi, et al. v. John Crane, Inc., et al.*, C.A. No. 1:02-1291

### Southern District of Illinois

*Marvin J. May v. A.W. Chesterton, Inc., et al.*, C.A. No. 3:02-655

### Western District of Kentucky

*Wilo Dean Rich, et al. v. Hollingsworth & Vose Co., et al.*, C.A. No. 3:02-332

### Northern District of Mississippi

*Flower Mangialardi, et al. v. Harold's Auto Parts, Inc., et al.*, C.A. No. 2:02-121

### District of New Mexico

*Sam Jordan, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-782
*Victor Barney, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-783
*O. Robert Longacre, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-784
*Isidro Anaya, Sr., et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-785
*Jacob F. Chavez, Jr., et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-786
*Adam J. Vigil, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-788
*Robert A. Burns, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-789
*Robert C. Bassett, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-790
*Troy L. Rightmire, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-792
*Juan Torres, et al. v. Asbestos Claims Management Corp., et al.*, C.A. No. 1:02-793
*Louise Armijo, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-794
*Isaias Garcia, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-796
*Jose R. Casaus, Sr., et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-887
*Johnny B. Jim, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-902
*George Zumwalt, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-909
*John D. Julianto, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-910
*Johnson Shorthair, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-911
*Tom John, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-912
*Jones Johnson, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-913
*Abel Valverde, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-914
*Robert F. Austin, et al. v. ACandS, Inc., et al.*, C.A. No. 6:02-795

- 2 -

**MDL-875 Attachment A (Continued)**

<u>District of Utah</u>

*George Abbott, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-715
*Janice S. Adamson, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-716
*Maggie Anast, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-717
*Edward Est Anderson, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-718
*Gloyd Anderson, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-719
*Vearl L. Anderson v. Alliedsignal, et. al.*, C.A. No. 2:02-720
*Sarah Baird, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-721
*Harold E. Est Baird v. Alliedsignal, et. al.*, C.A. No. 2:02-722
*Reid L. Barney, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-723
*Sterling N. Bascom v. Alliedsignal, et. al.*, C.A. No. 2:02-724
*Eldon Baxter, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-725
*Robert M. Beckstead, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-726
*Elouise Bell, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-727
*Ranee L. Bench, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-728
*Thomas Benson v. Alliedsignal, et. al.*, C.A. No. 2:02-729
*Wilfred N. Biggs, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-730
*Lucinda Bowden, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-731
*Wayne J. Bowen v. Alliedsignal, et. al.*, C.A. No. 2:02-732
*Yvonne R. Bowers, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-733
*Neldon J. Bowman v. Alliedsignal, et. al.*, C.A. No. 2:02-734
*John Brace, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-735
*Shirley Bradford, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-736
*Jeanne Breisch, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-737
*Glade Brereton, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-738
*Max R. Brown, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-739
*Kayle A. Est Bullock,, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-740
*Norman G. Carter v. Alliedsignal, et. al.*, C.A. No. 2:02-741
*Roy E. Carter, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-742
*William W. Carter, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-743
*Zenneth Chamberlain, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-744
*Steven Chipman, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-745
*JV Est Christensen, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-746
*Richard Christensen, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-747
*David Cobbley, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-748
*Cordellia Colledge, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-749
*Marilyn Colledge, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-750
*Dorothy J. Cox, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-752
*Irwin Curtis v. Alliedsignal, et. al.*, C.A. No. 2:02-753
*Victor Davies, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-754
*Wilford Davies v. Alliedsignal, et. al.*, C.A. No. 2:02-755
*Dorothy Davis, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-756
*Glen L. Davis, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-757
*Jay R. Deuel, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-758
*William Diaz, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-759

- 3 -

**MDL-875 Attachment A (Continued)**

<u>District of Utah</u> (Continued)

*Larry DiBello, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-760
*Russell Downey, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-761
*William Duckworth, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-762
*Shirley Dunn, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-763
*June W. Durrant, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-764
*Guy C. Edwards, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-773
*Edwards, Rulon Est, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-774
*Nelda Valoy Ellison, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-775
*Russell Fautin, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-776
*Theodore R. Fletcher, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-777
*Raymond D. Frederick, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-778
*Eugene Frederickson, et. al. v. Alliedsignal, et. al., C.A. No. 2:02-779
*Neva S. Freeman, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-780
*Hazel S. Furrow, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-781
*William Garrick, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-782
*Pat Gasser, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-783
*Rosemary Goodman, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-784
*James Gourley v. Alliedsignal, et. al.*, C.A. No. 2:02-785
*Shirley Graves, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-786
*Mary Gray, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-787
*Julia Greene, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-788
*Idell H. Hansen, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-789
*Reeta Hansen, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-790
*Kenneth D. Hansen, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-791
*Wilford W. Harris, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-792
*Pearl Janet Heaps, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-793
*Judy R. Hill, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-794
*Larve Y. Hone, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-795
*Rebecca Howa, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-796
*Sharon L. Howell, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-797
*Vonda E. Jensen, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-798
*Stanley E. Jensen, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-799
*Ella Mae Johnson, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-800
*Jay Johnson, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-801
*Robert B. Johnson, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-802
*Don M. Jones v. Alliedsignal, et. al.*, C.A. No. 2:02-803
*Marlen Jones, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-804
*Ted C. Jones, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-805
*Robert Kemp, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-806
*Harold Knuteson, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-807
*Kenneth Kocherhans, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-808
*John Kolan, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-809
*Fern A. Lemmon, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-810

- 4 -

**MDL-875 Attachment A (Continued)**

<u>District of Utah</u> (Continued)

*Morris Lewellyn, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-811
*Rulon R. Lewis, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-812
*Stephen Marshall, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-813
*Thora H. Martinez, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-814
*Mae Martinez, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-815
*Larry Est McArthur v. Alliedsignal, et. al.*, C.A. No. 2:02-816
*Peggy McConnell, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-817
*John McKinnon v. Alliedsignal, et. al.*, C.A. No. 2:02-818
*Priscilla Mecham, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-819
*Keith R. Mecham, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-820
*William F. Merrick, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-821
*Jessie Joe Miller v. Alliedsignal, et. al.*, C.A. No. 2:02-822
*Richard E. Moore, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-823
*Rosann M. Nedesky, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-824
*Leuana Nelson, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-825
*George Est Nelson v. Alliedsignal, et. al.*, C.A. No. 2:02-826
*Jolene Nelson, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-827
*Ray Nelson, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-828
*Tietjen Openshaw, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-829
*Leudell Est Orr, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-830
*CD Est Oryall, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-831
*Wanda M. Pace, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-832
*Virginia Parker, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-833
*Warren Parker, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-834
*Rudy Perez, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-835
*Kay L. Peterson, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-836
*Ralph W. Porter, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-837
*Terry Poulsen, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-838
*Louise Rasmussen, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-839
*Manasseh Rasmussen, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-840
*Mildred Ratos, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-841
*Don Reeves, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-842
*Paul M. Reid, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-843
*William Blaine Richan, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-844
*Reva Robison, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-845
*Glenda Saxey, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-846
*Wanda Sessions, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-847
*Marie Y. Shepherd, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-848
*James Slick, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-849
*Glen Smith, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-850
*Marilyn Spencer, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-851
*Larry L. Stanton, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-852
*Lester Est Stott, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-853
*Ted S. Strong, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-854

- 5 -

**MDL-875 Attachment A (Continued)**

<u>District of Utah</u> (Continued)

*Edwin Taylor, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-855
*Jack Taylor v. Alliedsignal, et. al.*, C.A. No. 2:02-856
*Raymond Taylor v. Alliedsignal, et. al.*, C.A. No. 2:02-857
*Merlyn Tomlinson, et. al. v. Alliedsignal, et.* al., C.A. No. 2:02-858
*Elizabeth Turpin, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-859
*Kathryn Tuttle, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-860
*Maria Vest, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-861
*Michael F. Vincent, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-862
*Louis Vosnos v. Alliedsignal, et. al.*, C.A. No. 2:02-863
*Steve Vosnos v. Alliedsignal, et. al.*, C.A. No. 2:02-864
*Dorothy Walker, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-865
*Kenneth S. Watkins, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-866
*Kenneth Webb, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-867
*James Est Weeks v. Alliedsignal, et. al.*, C.A. No. 2:02-868
*Ross Weyland, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-869
*Richard J. Williams, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-870
*Glen Zahler, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-871

RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)      Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel.  The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman.  The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)      Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard.  Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)      No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:

  (i)     the dispositive issue(s) have been authoritatively decided; or
  (ii)    the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)      In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised.  If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules.  Failure to do so shall be deemed a waiver of oral argument by that party.  If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)      Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)      Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)      Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter.  The time shall be divided equally among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)      So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.   Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)      After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.