JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 17 2002

FILED
CLERK'S OFFICE

**DAVIS & HEUBECK, LLP**
Attorneys At Law
Joseph Daniel Davis, Esq. (SBN 49231)
John C. Heubeck, Esq. (SBN 141080)
10100 Santa Monica Boulevard, Suite 910
Los Angeles, California 90067-4100
Tel: (310) 552-2121  Fax: (310) 282-0473

Attorneys for: Plaintiffs



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS McCARTHY and DIANA WHEELER McCARTHY,<br><br>Plaintiffs,<br><br>vs.<br><br>ACANDS, INC., a corporation, et al.<br><br>Defendants. | NO: CV 02-04405 NM(SLX)<br><br>[~~PROPOSED~~] ORDER |

This case having come on for hearing on the emergency *Ex Parte* motion of plaintiffs to remand to the Superior Court of the State of California for the County of Los Angeles, and the Court having considered papers in support of the motion, and being fully advised, and it appearing to the court that this case was improvidently removed to the U.S. District Court.

**IT IS ORDERED** that the plaintiffs' motion be granted, and that this case be remanded to the Superior Court of the State of California in and for the County of Los Angeles; for the commencement of the trial on ~~July~~ June 21, 2002, and that a certified copy of

**OFFICIAL FILE COPY** IMAGED OCT 20 '02

PROPOSED ORDER

MDL-875 RECOMMENDED ACTION
Vacate CTO-215 - one action
Approved/Date: __ 10/17

LODGED

1 | this Order may be hand delivered by plaintiffs' counsel to the Honorable Madeleine Flier,
2 | Department " 37 ", Judge presiding.

4 | DATED: _June 14, 2002_

_Harry L. Hupp_
DISTRICT COURT JUDGE

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF LOS ANGELES      )

I am a resident of the county aforesaid, I am over the age of eighteen years and not a party to the within action. My business address is 10100 Santa Monica Boulevard, Suite 910, Los Angeles, California 90067.

On June 11, 2002, I served the within document entitled PROPOSED ORDER, on counsel for all interested parties in said action, by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as follows:

| | | |
|---|---|---|
| Kenneth Prindle, Esq.<br>James G. Murray, Esq.<br>PRINDLE, DECKER & AMARO LLP<br>310 Golden Shore, 4th Floor<br>Long Beach, CA. 90801-5511<br>(562) 495-0564 fax.<br>Counsel for Defendant:<br>• Gould Paper Corporation | Mimi Lee, Esq.<br>THELEN, REID & PRIEST, LLP<br>333 South Grand Ave. 34th Flr.<br>Los Angeles, CA. 90071-3193<br>(213) 623-4742 fax.<br>Counsel for Defendant:<br>• Rapid American Corp. | Richard Hildebrandt, Esq.<br>HILDEBRANDT & LUCKY<br>757 West 9th Street<br>San Pedro, CA. 90731-3601<br>(310) 548-4148 fax.<br>Counsel for Defendant:<br>• Thorpe Insulation Company |
| James A. Young, Esq.<br>Peter J. Lynch, Esq.<br>CHRISTIE, PABARUE, MORTENSEN AND YOUNG<br>1880 JFK Blvd., 10th Floor<br>Philadelphia, PA. 19103<br>(215) 587-1699 fax.<br>Co-Counsel for Defendant:<br>• AstenJohnson, Inc. | Nancy E. Hudgins, Esq.<br>Janette Gaddie, Esq.<br>Law Offices of Nancy E. Hudgins<br>1388 Sutter Street, Suite 505<br>San Francisco, CA. 94109<br>(415) 979-0747 fax.<br>Counsel for Defendant:<br>• AstenJohnson, Inc. | Ronald Collins, Esq.<br>Timothy Gray, Esq.<br>Forrest Ren Wilkes, Esq.<br>FORMAN, PERRY, WATKINS KRUTZ & TARDY, PLLC<br>1200 One Jackson Pl., Suite 1200<br>188 East Capitol Street<br>Post Office Box 22608<br>Jackson, MS 39225-2608<br>(601) 960-3241 fax.<br>Co-Counsel for Defendant:<br>• AstenJohnson, Inc. |

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed this 11th day of June, 2002, at Los Angeles, California.

*/s/ IRASEMA LONGORIA*