JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 17 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Douglas McCarthy, et al. v. ACandS, Inc., et al.*, C.D. California, C.A. No. 2:02-4405

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*McCarthy*) on August 6, 2002. In the absence of any opposition, the conditional transfer order was finalized with respect to *McCarthy* on August 22, 2002. The Panel has now been advised, however, that *McCarthy* was remanded to the Superior Court of the State of California for the County of Los Angeles by the Honorable Harry L. Hupp in an order filed on June 14, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-215" filed on August 6, 2002, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

**OFFICIAL FILE COPY** IMAGED OCT 20 '02