JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 22 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875

This Document Pertains to:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**FLOWER MANGIALARDI, ET AL.**            **PLAINTIFFS**

VERSUS            CIVIL ACTION NO. 2:02CV121-BB

**HAROLD'S AUTO PARTS, INC., ET AL.**            **DEFENDANTS**

### AMERICAN STANDARD INC.'S CONSENT TO AND JOINDER IN OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CTO-215

COMES NOW, American Standard Inc., and hereby consents to and joins in the Opposition to Plaintiffs' Motion to Vacate CTO-215 filed in this cause by Amchem Products, Inc., et al. pursuant to Rule 7.2(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

THIS, the 18th day of October, 2002.

Respectfully Submitted,

AMERICAN STANDARD INC.

BY: _____
RONALD G. PERESICH, MSB # 4113
MICHAEL E. WHITEHEAD, MSB #8891
W. MARK EDWARDS, MSB #8935
PAGE, MANNINO, PERESICH
  & McDERMOTT, P.L.L.C.
759 VIEUX MARCHÉ MALL
POST OFFICE DRAWER 289
BILOXI, MISSISSIPPI 39533-0289
(228) 374-2100; FAX (228) 432-5539 or 374-3838

IMAGED OCT 25 '02

OFFICIAL FILE COPY

RECEIVED CLERK'S OFFICE 2002 OCT 22 A 9:31 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 22 2002

FILED
CLERK'S OFFICE

## AMENDED CERTIFICATE OF SERVICE

I, **W. MARK EDWARDS**, of the law firm of **PAGE, MANNINO, PERESICH & MCDERMOTT, P.L.L.C.**, do hereby certify that I have this date mailed by United States mail, postage prepaid, a true and correct copy of the above and foregoing **AMERICAN STANDARD INC.'S CONSENT AND JOINDER IN OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CTO-215** to:

THIS, the 24th day of October, 2002.

*W. Mark Edwards*
**W. MARK EDWARDS**
**PAGE, MANNINO, PERESICH &**
 **MCDERMOTT, P.L.L.C.**
**759 VIEUX MARCHE' MALL**
**POST OFFICE DRAWER 289**
**BILOXI, MS 39533**
**(228) 374-2100; FAX (228) 432-5539**

**PANEL SERVICE LIST (Excerpted from CTO-215)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Flower Mangialardi, et al. v. Harold's Auto Parts, Inc., et al.*, N.D. Mississippi, C.A. No. 2:02-121

Phillip B. Abenerthy
Butler, Snow, O'Mara Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225

David W. Clark
Bradley, Arant, Rose & White
188 East Capitol Street, Ste. 450
P.O. Box 1789
Jackson, MS 39215

W. Mark Edwards
Page, Mannino, Peresich &. McDermott
P.O. Drawer 289
Biloxi, MS 39533

Robert M. Arentson, Jr.
Watkins, Ludlam, Winter & Stennis. P.A.
P.O. Box 427
Jackson, MS 39205

Consuelo Walley
Jude & Associates
P.O. Box 17499
Hattiesburg, MS 39404

James L. Fletcher. Jr.
Duncan, Courington & Rydberg
400 Poydras Street, Suite 1200
New Orleans, LA 70130

Steven H. Begley
Wells Marble & Hurst, PLLC
P.O. Box 131
Jackson, MS 39205-0131

J. P. Coleman
Baker, Donelson, Bearman & Caldwell
P.O. Box 14167
Jackson, MS 39236

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Bldg, Ste 1000
Independence Mall East
Philadelphia, PA 19106

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Richard L. Forman
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225

Nathaniel A. Bosio
Dogan, Wilkinson, Kinard, Smith & Edwards
P.O. Box 1618
734 Dalmas Avenue
Pascagoula, MS 39568-1618

Chris H. Deaton
Deaton & Deaton, P.A.
113 Clark Street, Suite 5
Tupelo, MS 38804

Ellen B. Furman
Goldfein & Joseph
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Brooks R. Buchanan

Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225

Walter W. Dukes
Dukes, Dukes, Keating & Faneca
P.O. Drawer W
Gulfport, MS 39502

David W. Dogan, III
Dogan & Wilkinson
P.O. Box 23062
Jackson, MS 39225

William N. Graham
Aultman, Tyner, Ruffin & Yarborough
P.O. Drawer 750
Hattiesburg, MS 39403

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Andrea Edney
Brunini, Grantham, Grower & Hewes
248 East Capitol Street
P.O. Box 119
Jackson, MS 39205

Lucien C. Gwin, Jr.
Gwin Lewis & Punches
P.O. Box 1344
Natchez, MS 39121

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South

Minneapolis, MN 55402

Alben N. Hopkins
Hopkins, Barvie' & Hopkins, PLLC
2701 24th Avenue
P.O. Box 1510
Gulfport, MS 39502

Matthew F. Powers
Samson &. Powers, PLLC
P.O. Box 1417
Gulfport, MS 39502

Dana J. Swan
Chapman, Lewis & Swan
501 First Street
P.O. Box 428
Clarksdale, MS 38614

John J. Repcheck
Marks, O'Neill. O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Jeffrey P. Hubbard
Wells, Moore, Simmons &; Hubbard
P.O. Box 1970
1300 AmSouth Center
Jackson, MS 39215

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308

John D. Roven
Roven, Kaplan & Wells
2190 Norm Loop West Suite 410
Houston, TX 77018

Andrew J. Trevelise
Reed Smith, L.L.P.
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Daphne M. Lancaster
Aultman, Tyner, McNeese, Ruffin & Yarborough
P.O. Box 750
Hattiesburg, MS 39403

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hatticsburg, MS 39403

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Robert N. Spinelli

Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Lawrence D. Wade
Cambell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS 38702

Kimberly P. Wallace
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-9425

Jonathan Masters
Holcomb Dunbar, P.A.
P.O. Box 368
152 Delat Avenue
Clarksdale, MS 38614-0368

Edward A. Moss
Holcomb Dunbar
P.O. Box 707
Oxford, MS 38655

Karl R. Steinberger
Colingo, Williams Heidelberg, Steinberger & McElhaney
P.O. Drawer 1407
Pascagoula, MS 39568

James P. Streetman, III
Clark, Scott &. Streetman
P.O. Box 13847
Jackson, MS 39236

James K. Weston, II
Tim Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Michael E. Whitehead
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd
P.O. Box 1792
Mt. Pleasant, SC  39464

Joseph J. Stroble Ness
Watkins & Eager
The Emporium Building
Suite 300, P.O. Box 650
400 East Capitol Street
Jackson, MS 39205-0650

Roy C. Williams
Colingo, Williams, Heidelberg, Steinberger & McElhaney
P.O. Box 1407
711 Delmas Avenue
Pascagoula, MS  39568

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 22 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, **W. MARK EDWARDS**, of the law firm of **PAGE, MANNINO, PERESICH & MCDERMOTT, P.L.L.C.**, do hereby certify that I have this date mailed by United States mail, postage prepaid, a true and correct copy of the above and foregoing **AMERICAN STANDARD INC.'S CONSENT AND JOINDER IN OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CTO-215** to all counsel of record per the attached service list:

THIS, the 18th day of October, 2002.

*/s/ W. Mark Edwards*

W. MARK EDWARDS
PAGE, MANNINO, PERESICH &
 MCDERMOTT, P.L.L.C.
759 VIEUX MARCHE' MALL
POST OFFICE DRAWER 289
BILOXI, MS  39533
(228) 374-2100; FAX (228) 432-5539

## SERVICE LIST - FLOWER MANGIALARDI

Ralph Chapman, Esquire
P.O. Box 428
Clarksdale, MS 38614
(662) 627-4105; FAX (662) 627-4171

G. Patterson Keahey, Esquire
Law Offices of G. Patterson Keahey, Jr., P.C.
One Independence Plaza, Suite 814
Birmingham, AL 35209
(205) 871-0707; FAX (205) 871-0801

C. Kent Haney, Esquire
Post Office Box 206
Clarksdale, MS 38614
662/627-5501
**ATTORNEYS FOR PLAINTIFFS**

**DEFENSE COUNSEL:**

David A. Barfield, Esquire
BARFIELD & ASSOCIATES, P.A.
233 East Capitol Street
Post Office Drawer 3979
Jackson, MS 39207-3979
(601) 968-9420; FAX (601) 968-9425
**ATTORNEY FOR ACandS, INC.; DRESSER INDUSTRIES, INC.; INDRESCO, INC.; WORTHINGTON CORPORATION**

Ronald G. Peresich, Esquire
Michael E. Whitehead, Esquire
W. Mark Edwards, Esquire
PAGE, MANNINO, PERESICH & MCDERMOTT, P.L.L.C.
759 Vieux Marche' Mall
Post Office Drawer 289
Biloxi, MS 39533-0289
(228) 374-2100; FAX (228) 432-5539
**ATTORNEYS FOR ALBANY INTERNATIONAL CORPORATION; AMERICAN STANDARD INC.; U.C. REALTY CORP.; INTERNATIONAL PAPER CO.**

Phil B. Abernethy, Esquire
Patricia C. Gandy, Esquire
BUTLER, SNOW, O'MARA, STEVENS & CANNADA
210 E. Capitol Street, 17th Floor
Post Office Box 22567
Jackson, MS 39225-2567
(601) 948-5711; FAX (601) 985-4500
**ATTORNEYS FOR INTERNATIONAL PAPER COMPANY**

Richard L. Forman, Esquire
Walter G. Watkins, Jr., Esquire
Thomas W. Tardy, III, Esquire
Fred Krutz, Esquire
F. Lee Bowie, III, Esquire
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
1200 One Jackson Place, 188 East Capitol Street
Post Office Box 22608
Jackson, Mississippi   39225-2608
(601) 960-8600; FAX (601) 960-3241 or (601) 960-3242
**ATTORNEYS FOR AMCHEM PRODUCTS, INC.; CARBORUNDUM COMPANY; CERTAINTEED CORP.; COMBUSTION ENGINEERING, INC.; COOPER INDUSTRIES; DANA CORPORATION; GEORGIA-PACIFIC CORP.; GULF COAST MARINE SUPPLY CO.; INGERSOLL-RAND CO.; KAISER ALUMINUM & CHEMICAL CORP.; KOMP EQUIPMENT CO., INC.; MAREMONT CORP.; MARINE-SPECIALTY CO., INC.; NATIONAL SERVICE INDUSTRIES; OWENS-ILLINOIS, INC.; SHOOK AND FLETCHER INSULATION CO.; STANDARD EQUIPMENT CO., INC.; TURNER SUPPLY CO.; UNION CARBIDE CHEMICALS & PLASTICS CO.; UNIROYAL FIBER & TEXTILE DIVISION OF UNIROYAL, INC.; CONGOLEUM CORP.; ARMSTRONG WORLD INDUSTRIES, INC.; ASBESTOS CLAIMS MANAGEMENT CORPORATION;  GAF CORP.; UNITED STATES GYPSUM CO.; PFIZER, INC.; ASTEN, INC.; ZURN INDUSTRIES, INC.; FERODO AMERICAN, INC.; INDUSTRIAL HOLDINGS CORPORATION; WAGNER ELECTRIC CORP.;**

Robert L. Gibbs, Esquire
BRUNINI, GRANTHAM, GROWER & HEWES, P.L.L.C.
Post Office Drawer 119
Jackson, MS 39205
(601) 948-3101; FAX (601) 960-9602
**ATTORNEYS FOR A. W. CHESTERTON COMPANY**

Christopher E. Kelley, Esquire
Lucien C. Gwin, III, Esquire
GWIN, LEWIS & PUNCHES, L.L.P.
319 Market Street
Post Office Box 1344
Natchez, MS 39121
(601) 446-6621; FAX (601) 442-6175
**ATTORNEY FOR ASARCO INCORPORATED**

Matthew F. Powers, Esquire
SAMSON & POWERS
2400 13th Street
P.O. Box 1417
Gulfport, MS  39502
(228) 822-1109; FAX (228) 822-2317
**ATTORNEY FOR BRANDON DRYING FABRICS, INC.**

Patrick R. Buchanan, Esquire
BROWN, WATT, & BUCHANAN,  P.A.
3112 Canty Street
Post Office Box 2220
Pascagoula, Mississippi   39567-2220
(228) 762-0035;  FAX (228) 762-0299
**ATTORNEY FOR CLEAVER-BROOKS COMPANY; CLEAVER-BROOKS COMPANY, INC.**

Michael N.  Watts, Esquire
HOLCOMB DUNBAR
Post Office Drawer 707
Oxford, Mississippi 38655
**ATTORNEY FOR CROWN CORK & SEAL COMPANY, INC.**

Robert  W. Wilkinson, Esquire
DOGAN & WILKINSON, PLLC
726 Delmas Avenue
Post Office Box 1618
Pascagoula, Mississippi  39568-1618
(228) 762-2272; FAX (228) 762-3223
**ATTORNEY FOR DURABLA MFG. CO.; EMPIRE ACE INSULATION MFG.; WHEELER PROTECTIVE APPAREL, INC.**

David W. Dogan, III, Esquire
DOGAN & WILKINSON, PLLC
Post Office Box 23062
Jackson, Mississippi   39225-3062
(601) 351-3200; FAX (601) 351-3232

Charles E. Griffin, Esquire
GRIFFIN & ASSOCIATES
Post Office Box 968
Jackson, MS 39205-0968
(601) 354-0603; FAX (601) 354-0604
**ATTORNEYS FOR THE FLINTKOTE COMPANY**

Thomas E. Vaughn Esquire
ALLEN, VAUGHN, COBB & HOOD, P.A.
Post Office Drawer 4108
Gulfport, Mississippi   39502-4108
228/864-4011; FAX 228/863-5523

Lynn Luker, Esquire
Lisa Newman Sibal, Esquire
Patrick D. McMurtray, Esquire
LUKER SIBAL & McMURTRAY, LLC
616 Girod Street, Suite 200
New Orleans, Louisiana 70130
(504) 525-5500; FAX (504) 525-5599
**ATTORNEYS FOR A.P. GREEN INDUSTRIES, INC.; FOSTER WHEELER CORP.; HARBISON WALKER REFRACTORIES**

Thomas W. Tyner, Esquire
AULTMAN, TYNER, MCNEESE, RUFFIN & LAIRD, LTD.
315 Hemphill Street
Post Office Drawer 750
Hattiesburg, Mississippi   39403-0750
(601) 583-2671; FAX (601) 583-2677
**ATTORNEY FOR ANCHOR PACKING CO.; GARLOCK INC.; GULF COAST BELTING & GASKET CO., INC.; KUHLMAN ELECTRIC CO.; MOBIL OIL CORPORATION; W.R. GRACE CO. - CONN.;  YORK INTERNATIONAL CORPORATION**

Price Coleman, Esquire
James L. Jones, Esquire
BAKER, DONELSON, BEARMAN & CALDWELL, P.C.
4268 I-55 North, Meadowbrook Office Park
Post Office Box 14167
Jackson, MS 39236
(601) 351-2400; FAX (601) 351-2424
**ATTORNEY FOR GENERAL REFRACTORIES CO.**

Walter W. Dukes, Esquire
Thomas W. Busby, Esquire
DUKES, DUKES, KEATING & FANECA, PA
Suite 601, 2909 13th Street
Post Office Drawer W
Gulfport, Mississippi 39502
(228) 868-1111; FAX (228) 863-2886
**ATTORNEY FOR GOODYEAR TIRE & RUBBER COMPANY; SEPCO CORPORATION; MT. VERNON MILLS, INC.**

Kaye N. Courington, Esquire
Blaine A. Moore, Esquire
Kay B. Baxter, Esquire
DUNCAN, COURINGTON & RYDBERG
400 Poydras Street, Suite 1200
New Orleans, Louisiana   70130
(504) 524-5566; FAX (504) 524-7887
**ATTORNEY FOR HOPEMAN BROTHERS, INC., Individually and As Alleged Successor to Wayne Manufacturing Company, Inc.**

Christopher Shapley, Esquire
BRUNINI, GRANTHAM, GROWER AND HEWES
Post Office Box 119
Jackson, Mississippi 39205-0119
(601) 948-3101
**ATTORNEY FOR IMO INDUSTRIES, INC., formerly IMO DELAVAL, TRANSAMERICA DELAVAL AND DELAVAL TURBINE**

Roy C. Williams, Esquire
COLINGO, WILLIAMS, HEIDELBERG, STEINBERGER & McELHANEY
718 Delmas Avenue
Post Office Box 1407
Pascagoula, Mississippi   39567
(228) 762-8021; FAX (228) 769-5238
**ATTORNEY FOR INDUSTRIAL RUBBER & SPECIALTY CO. a/k/a COASTAL RUBBER & GASKET CO., INC.; MISSISSIPPI RUBBER & SPECIALTY CO.;**

**WESTINGHOUSE ELECTRIC CORPORATION**

Carey R. Varnado, Esquire
MONTAGUE, PITTMAN & VARNADO
525 Main Street
Post Office Box 1975
Hattiesburg, Mississippi   39403-1975
(601) 544-1234; FAX (601) 544-1276
**ATTORNEY FOR JOHN CRANE, INC.**

William F. Goodman, III, Esquire
Douglas J. Gunn, Esquire
WATKINS & EAGER
400 East Capitol Street, Suite 300
Post Office Box 650
Jackson, Mississippi    39205
(601) 948-6470; FAX (601) 354-3623

Sheila L. Birnbaum, Esquire
Peter J. McKenna, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
919 Third Avenue
New York, New York 10022
(212) 735-3000; FAX (212) 735-2000
**ATTORNEY FOR METROPOLITAN LIFE INSURANCE COMPANY**

Susan Coco, Esquire
Consuelo Walley, Esquire
JUDE & COCO, P.A.
806 Westover Drive
Post Office  Box 17499
Hattiesburg, Mississippi   39404-7499
(601) 271-2190; FAX (601) 271-2195
**ATTORNEYS FOR OGLEBAY NORTON COMPANY; M. H. DETRICK COMPANY**

Mark W. Garriga, Esquire
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
Deposit Guaranty Plaza
Post Office Box 22567
210 East Capitol Street
Jackson, Mississippi   39201
(601) 948-5711; FAX (601) 985-4500
**ATTORNEYS FOR PPG INDUSTRIES INC.**

Robert M. Arentson, Jr., Esquire
BAKER, DONELSON, BEARMAN & CALDWELL
P.O. Box 14167
Jackson, MS  39236

Richard Senzer, Esquire
RUBIN, BAUM, LEVIN, CONSTANT & FRIEDMAN
30 Rockefeller Plaza
New York, New York   10112
(212) 698-7811

Steve Moore, Esquire
RASMUSSEN, BARTON & WILLIS
4218 Roanoke Road, Suite 200
Kansas City, Missouri   64111
(816) 960-1611; FAX (816) 960-1669
**ATTORNEYS FOR RAPID AMERICAN CORPORATION**

Alben N. Hopkins, Esquire
HOPKINS, CRAWLEY, BAGWELL & UPSHAW
Post Office Box 1510
2701 24th Avenue
Gulfport, Mississippi  39502-4941
(228) 864-2200; FAX (228) 868-9358
**ATTORNEY FOR SB DECKING f/n/a SELBY, BATTERSBY & COMPANY**

J. Bruce Welch, Esquire
HAWKINS & PARNELL
4000 One Peachtree Center
303 Peachtree Street, N.E.
Atlanta, Georgia 30308-3243
(404) 614-7529; FAX (404) 614-7500
**ATTORNEYS FOR NATIONAL GYPSUM COMPANY (ASBESTOS CLAIMS MANAGEMENT CORPORATION)**

Silas W. McCharen, Esquire
DANIEL COKER HORTON & BELL
Suite 600
111 East Capitol Street
Post Office Box 1084
Jackson, Mississippi   39215-1084
(601) 969-7607;   FAX  (601) 969-1116
**ATTORNEY FOR PITTSBURGH CORNING CORPORATION**

William C. Reeves, Esquire
MARKOW, WALKER, REEVES & ANDERSON
599 Highland Colony Parkway, Suite 100
Ridgeland, MS 39157
Post Office Box 13669
Jackson, Mississippi   39236-3669
(601) 956-8500; FAX (601) 956-8423
**ATTORNEY FOR D.B. RILEY f/k/a RILEY-STOKER CORPORATION; ZURN INDUSTRIES, INC.**

James P. Streetman, III, Esquire
CLARK, SCOTT & STREETMAN, P.A.
447 Northpark Drive
Ridgeland, MS
Post Office Box 13847
Jackson, MS    39236-3847
(601) 977-0102; FAX (601) 957-0690
**ATTORNEY FOR QUIGLEY CO., INC.**

**Counsel Unknown For:**

Harold's Auto Parts, Inc.
McKay's Furniture and Appliance
JANTRAN, Inc.
John S. Ferretti Building Materials
Walker Welding & Machine Company
West Implement Company
Flemming Lumber Company
Abney Mills
Asten Johnson, Inc.
Asten-Hill
Brasa, Inc.
Carey Manufacturing Company
C.E. Thurston and Son, Inc.
Champion International Corp.
Ferro Engineering
Fibreboard Corporation
Homer C. Porter & Sons, Inc.
Kelly Boilers
Mt. Vernon Dryer Felt Company
Owens Corning Fiberglass Corporation
Peerless Supply Company of Mississippi, Inc.
Scapa Fabrics, Inc.
Scapa Group, Inc.
Tennessee Coal, Iron, and Railroad Co.

U.S. Mineral
Weavexx
Amatex Corporation
Babcock and Wilcox
Carey Canada, Inc.
The Celotex Corporation
Eagle-Picher Industries, Inc.
H.K. Porter Company, Inc.
Keen Corporation
Manville Personal Injury Settlement Trust
The Manville Corporation Asbestos Disease Compensation Fund
Nicolet, Inc.
Raymark Industries, Inc.
Turner & Newall
Unarco