BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| | | |
|---|---|---|
| JOSE CASAUS, ET AL., | ) | No. 02-887 (D.N.M.) |
| JOHNNY JIM, ET. AL., | ) | No. 02-902 (D.N.M.) |
| GEORGE ZUMWALT, ET. AL., | ) | No. 02-909 (D.N.M.) |
| JOHN JULIANTO, ET. AL., | ) | No. 02-910 (D.N.M.) |
| JOHNSON SHORTHAIR, ET. AL., | ) | No. 02-911 (D.N.M.) |
| TOM JOHN, ET. AL., | ) | No. 02-912 (D.N.M.) |
| ABEL VALVERDE, ET. AL., | ) | No. 02-914 (D.N.M.) |
| | ) | |
| Plaintiffs | ) | |
| v. | ) | |
| | ) | |
| AC&S, ET AL., | ) | |
| Defendants | ) | |

## JOINDER IN OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Defendant Ingersoll-Rand Company hereby joins in Defendants CertainTeed Corporation's and Dana Corporation's Opposition to Plaintiffs' Motion to Vacate CTO-216.

Respectfully submitted,

SANDENAW & PIAZZA, P.C.

Thomas A. Sandenaw, Jr.
2951 Roadrunner Parkway
Las Cruces, New Mexico 88011
(505) 522-7500

and

OFFICIAL FILE COPY

IMAGED OCT 29 '02

PEHLIVANIAN & BRAATEN, LLC
James S. Braaten, Esq.
Paynter's Ridge Office Park
Post Office Box 648
Manasquan, New Jersey 08736

ATTORNEYS FOR INGERSOLL-RAND
COMPANY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 25 2002

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that, on this 24th day of October, 2002, I caused an original and eleven (11) copies, and one computer readable disk copy of the foregoing Joinder in Opposition to Plaintiffs' Motion to Vacate CTO-216 to be served via Federal Express on the Clerk of the Panel:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-225, North Lobby
Washington, D.C. 20002-8004

I further certify that, on this 24th day of October, 2002, I caused copies of the foregoing Joinder in Opposition to be served by first-class mail, postage prepaid, on the counsel on the attached service list.

I hereby certify that, on this 24th day of October, 2002, I caused a copy of the foregoing Joinder in Opposition to be served by first-class mail, postage prepaid, on the Clerk of the transferee court:

Michael E. Kunz
Clerk of the Court
United States District Court for the
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

Thomas A. Sandenaw, Jr.

2002 OCT 25 A 10: 34
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

## PANEL SERVICE LIST (Excerpted from CTO-216)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Jose R. Casaus, Sr., et al. v. ACandS, Inc., et al.*, D. New Mexico, C.A. No. 1:02-887
*Johnny B. Jim, et al. v. ACandS, Inc., et al.*, D. New Mexico, C.A. No. 1:02-902
*George Zumwalt, et al. v. ACandS, Inc., et al.*, D. New Mexico, C.A. No. 1:02-909
*John D. Julianto, et al. v. ACandS, Inc., et al.*, D. New Mexico, C.A. No. 1:02-910
*Johnson Shorthair, et al. v. ACandS, Inc., et al.*, D. New Mexico, C.A. No. 1:02-911
*Tom John, et al. v. ACandS, Inc., et al.*, D. New Mexico, C.A. No. 1:02-912
*Abel Valverde, et al. v. ACandS, Inc., et al.*, D. New Mexico, C.A. No. 1:02-914

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, L.L.P.
303 East 17th Avenue
Suite 1100
Denver, CO 80203

John M. Brant
Rodey, Dickason, Sloan, Akin & Robb
P.O. Box 1888
Albuquerque, NM 87103

Whitney C. Buchanan
Whitney C. Buchanan, P.C.
3200 Monte Vista Blvd., N.E.
Albuquerque, NM 87106

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Tim L. Fields
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Alfred L. Green, Jr.
Butt, Thornton & Baehr
P.O. Box 3170
Albuquerque, NM 87190

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Stephen D. Ingram
Stratton & Cavin
P.O. Box 1216
Albuquerque, NM 87103

Reginald S. Kramer
Buckingham, Doolittle & Burroughs
P.O. Box 1500
Akron, OH 44309

Glendon L. Laird
White & Steele, P.C.
950 17th Street, 21st Floor
Denver, CO 80202

Charlotte A. Lamont
Krehbiel, Bannerman & Williams
6400 Uptown Blvd., N.E., #200W
Albuquerque, NM 87110

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gary W. Larson
Hinkle, Cox, Eaton, Coffield & Hensley
P.O. Box 2068
Santa Fe, NM 87504

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Thomas R. Mack
Miller, Stratvert & Torgerson, P.A.
P.O. Box 25687
Albuquerque, NM 87125

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

Gregory V. Pelton
Pelton & Associates
4300 Carlisle, N.E. #4
Albuquerque, NM 87107

John J. Repcheck
Marks, O'Neil, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Thomas A. Sandenaw, Jr.
Sandenaw & Piazza, P.C.
2951 Roadrunner Parkway
Las Cruces, NM 88011

Douglas G. Schneebeck
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West, 15th Floor
Philadelphia, PA 19102

Bruce H. Strotz
Fairfield, Farrow & Strotz
P.O. Box 35400
Albuquerque, NM 87176

Robert E. Swickle
Jacques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Ray M. Vargas, II
Sheehan, Sheehan & Stelzner
P.O. Box 271
Albuquerque, NM 87103

Lori R. Wallerstein
Morgenstein & Jubelirer
Spear Street Tower, 32nd Floor
One Market Plaza
San Francisco, CA 94105

John M. Wells
John M. Wells, P.A.
P.O. Box 1787
Albuquerque, NM 87103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406