

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 30 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING THE NOVEMBER 21, 2002 HEARING SESSION

    A conditional transfer order was filed in the five actions listed on the attached Schedule A on August 21, 2002. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the five actions submitted a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. Plaintiffs have now advised the Panel that they withdraw their initial opposition to transfer of the five actions.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-216" filed on August 21, 2002, is LIFTED insofar as it relates to these five actions, and thus the actions are transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Charles R. Weiner.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 16, 2002, are VACATED insofar as they relate to these actions.

FOR THE PANEL:

*Wm. Terrell Hodges*
Wm. Terrell Hodges
Chairman

**OFFICIAL FILE COPY**

IMAGED OCT 31 '02

## SCHEDULE A

MDL-875 — In re Asbestos Products Liability Litigation (No. VI)

### District of New Mexico

*Jose R. Casaus, Sr., et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-887
*Johnny B. Jim, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-902
*Johnson Shorthair, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-911
*Tom John, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-912
*Jones Johnson, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-913