**MDL 875**

**NOV - 5 2002**

# ORIGINAL

FILED
FILED CLERK'S OFFICE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 2002

Of Counsel:
GALIHER DeROBERTIS NAKAMURA
ONO TAKITANI
Law Corporations

| | |
|---|---|
| GARY O. GALIHER | 2008 |
| L. RICHARD DeROBERTIS | 3179 |
| DEREK S. NAKAMURA | 4273 |
| JEFFREY T. ONO | 2763 |
| ANTHONY P. TAKITANI | 4422 |
| DIANE T. ONO | 5590 |

610 Ward Avenue, Suite 200
Honolulu, Hawaii 96814-3308
Telephone: (808) 597-1400

Attorneys for Plaintiffs

PLEADING NO. 3769

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br>HAWAII FEDERAL ASBESTOS CASES<br><br>This Document Applies To:<br><br>HANNAH N. CHANG, individually and as Personal Representative of the Estate of HARRY F.Y. CHANG, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>COMBUSTION ENGINEERING, INC., etc., et al.,<br><br>Defendants. | CIVIL NO. 02-00562 REJ KSC<br>(Toxic Tort / Asbestos Personal Injury)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO REMAND AND FOR COSTS**<br><br>MDL- 875<br>RECOMMENDED ACTION<br>Vacate CTO-219 - two actions<br>Approved/Date: MK 11/5 (two orders)<br><br>JUDGE: Hon. Robert E. Jones |

D:\00164a02\pleading\mtnRnd.doc

**ORDER GRANTING PLAINTIFFS' MOTION TO REMAND AND FOR COSTS FILED ON 9/6/02**

OFFICIAL FILE COPY IMAGED NOV 7 '02

Plaintiffs' Motion to Remand and for Costs having been filed on September 6, 2002, removing Defendant Viacom, Inc. having presented a statement of no opposition to said Motion to Remand and good cause appearing therefor,

IT IS HEREBY ORDERED that the aforesaid Motion is GRANTED and this case is remanded back to the Circuit Court of the First Circuit, State of Hawaii, each party to bear their own costs and fees.

IT IS FURTHER ORDERED that the other pending motion (to wit, Asea Brown Boveri's Motion to Dismiss for Lack of Personal Jurisdiction) is included in the remand to the Circuit Court of the First Circuit, State of Hawaii, thus this Court will defer ruling on personal jurisdiction issues.

DATED: Honolulu, Hawaii, _____ Oct 25, 2002 _____

_____
JUDGE OF THE ABOVE-ENTITLED COURT
Robert E. Jones

APPROVED AS TO FORM:

_____
MICHAEL F. O'CONNOR
Attorney for Defendant
VIACOM, INC.

---

IN RE: HAWAII FEDERAL ASBESTOS CASES; HANNAH N. CHANG, individually and as Personal Representative of the Estate of HARRY F.Y. CHANG, deceased vs. COMBUSTION ENGINEERING, INC., etc., et al.; CIVIL NO. 02-00562 REJ KSC; **ORDER GRANTING PLAINTIFFS' MOTION TO REMAND AND FOR COSTS FILED ON 9/6/02**

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION



| | |
|---|---|
| JESSIE ANDERSON KNIGHT, ET AL. | PLAINTIFFS |
| VERSUS | CIVIL ACTION NO.: 1:02CV654GR |
| A.W. CHESTERTON, COMPANY, ET AL. | DEFENDANTS |

### ORDER OF REMAND

THIS CAUSE coming on to be heard upon joint motion of the plaintiffs and the removing defendants, The Dow Chemical Company, American Standard, Inc. and Minnesota Mining and Manufacturing for an Order remanding this cause to the First Judicial District of Jones County, Mississippi, and the Court having heard and considered the same and being advised in the premises does hereby Order as follows:

1. That this cause should be and hereby is remanded to the Circuit Court of Jones County, Mississippi, First Judicial District for all appropriate proceedings.

2. That through inadvertence, the necessary joinders to the notice of removal were not timely filed, thereby requiring remand, but in view of the circumstances, the Court finds that sanctions are not appropriate.

SO ORDERED this 27th day of September, 2002.

_____
UNITED STATES DISTRICT JUDGE

MDL- 875
RECOMMENDED ACTION
Vacate CTO-219 - one action
Approved/Date: _____

**OFFICIAL FILE COPY**