MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 5 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Hannah N. Chang, etc. v. Combustion Engineering, Inc., et al.*, D. Hawaii,
  C.A. No. 1:02-562
*Jessie Anderson Knight, et al. v. A.W. Chesterton Co., et al.*, S.D. Mississippi,
  C.A. No. 1:02-654

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these two actions (*Chang* and *Knight*) on October 29, 2002. The Panel has now been advised that 1) *Chang* was remanded to the Circuit Court of the First Circuit, State of Hawaii, by the Honorable Robert E. Jones in an order signed on October 25, 2002; and 2) *Knight* was remanded to the Circuit Court of Jones County, Mississippi, First Judicial District, by the Honorable Walter J. Gex III in an order signed on September 27, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-219" filed on October 29, 2002, is VACATED insofar as it relates to these two actions.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

PLEADING NO. 3770

OFFICIAL FILE COPY   IMAGED NOV 7 '02