JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 6 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) <br><br> CONDITIONAL TRANSFER ORDER (CTO-219 | DOCKET NO. MDL 875 |

**This Document Relates to:**

U.S. DISTRICT COURT
STATE OF COLORADO

ROGER STINGLEY and PATRICIA
STINGLEY, Husband and Wife,
    Plaintiffs

-vs-                                    No. 02-K-1767

THE FLINTKOTE CORPORATION, et. al.

---

PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

---

    Plaintiffs, pursuant to MDL Rule 7.4(c), hereby notify this Court that Plaintiffs oppose the conditional transfer of this "tag-along" action to this Court. Plaintiffs will file their Motion to Vacate Conditional Transfer Order and Brief in Support thereof within fifteen (15) days of this filing.

IMAGED NOV 8 '02    **OFFICIAL FILE COPY**

NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER
RE: 02 - 1767 CTO-219
Page 2

DATED: 11/04/02

           TRINE & METCALF, P.C.
           Attorneys for Plaintiffs

           J. Conard Metcalf, Reg. 2489
           1435 Arapahoe Ave.
           Boulder, CO 80302
           303.442.0173

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 6 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)  )<br>)<br>)<br>CONDITIONAL TRANSFER ORDER (CTO-219  )<br>) | DOCKET NO. MDL 875 |

**This Document Relates to:**

U.S. DISTRICT COURT
STATE OF COLORADO

ROGER STINGLEY and PATRICIA
STINGLEY, Husband and Wife,
    Plaintiffs

-vs-                                                   No. 02-K-1767

THE FLINTKOTE CORPORATION, et. al.

---

PLAINTIFFS' CERTIFICATE OF SERVICE

---

I hereby certify that on this 4th day of November, 2002, a true and correct copy of PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER was served upon the following via U.S. Mail, postage pre-paid:

RECEIVED
CLERK'S OFFICE
2002 NOV 5 A 11:50
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Mary Price Birk, Esq.
Ronald L. Hellbusch, Esq.
Baker & Hostetler, LLP
Attorneys for Union Carbide
303 17th Ave, #1100
Denver, CO 80203
(303) 861-0600
FAX: (303) 861-7805

James Miletich, Esq.
McConnell, Siderius, Fleishner,
    Houghtaling & Craigmile, LLC
Attorneys for Rio Grande and Rapid
2401 15th Street, #300
Denver, CO 80202

Gary M. Clexton, Esq.
Miller & Steiert, PC
Attorneys for John Crane
1901 W. Littleton Blvd.
Littleton, CO 80120
(303) 798-2525
FAX: (303) 798-2526

Shauna Hilgers, Esq.
Law Office of Shauna Hilgers
Attorney for Flintkote
6508 Poppy Street
P.O. Box 1254
Arvada, CO 80001
(303) 431-5037
FAX (303) 431-5037

Geoffrey S. Race, Esq.
Mary Wells, Esq.
Wells, Anderson & Race, LLC
Attorneys for Combustion Eng.
1700 Broadway, #1020
Denver, CO 80290


David Setter, Esq.
Socha, Perczak & Anderson, PC
Attorneys for Camfil Farr, Inc.
1775 Sherman Street, #1925
Denver, CO 80203

Peter F. Jones, Esq.
Hall & Evans, LLC
Attorneys for A.H. Bennett
    & Kelly Moore
1200 17th Street, #1700
Denver, CO 80202
(303) 628-3300
FAX: (303) 628-3368

Bradley Levin, Esq.
Roberts, Levin & Patterson
Attorneys for Georgia Pacific
1660 Wynkoop Stteet, #800
Denver, CO 80202
(303) 575-9390
FAX: (303) 575-9385

David Nowak, Esq.
White & Steele, P.C.
Attorneys for Garlock, Inc.
950 17th Street, Suite 2100
Denver, CO 80202-2804
(303) 296-2828
FAX: (303) 296-3131

David Fowler, Esq.
Fowler, Schimberg & Flanagan, P.C.
Attorneys for Swinerton & Walberg
1640 Grant St., #300
Denver, CO 80203
(303) 298-8603
FAX: (303) 298-8748

Steven M. Kaufmann, Esq.
Brian Hoffman, Esq.
Morrison & Foerster, LLP
Attorneys for ABB Lummus Global, Inc.
370 17th Street, Suite 5200
Denver, CO 80202
(303) 592-1500
FAX: (303) 592-1510

Dennis H. Markusson, Esq.
Markusson, Green & Jarvis, PC
Attorneys for Plateau
999 18th Street, #3300
Denver, CO 80202

Christopher K. Miller, Esq.
Kennedy & Christopher, PC
Attorneys for Flanders Filters
1050 Seventeenth Street, #2500
Denver, CO 80265
(303) 825-2700
FAX: (303) 825-0434

IREX Coproation: No Answer filed
Attorneys Unknown

Mary A. Wells, Esq.
Wells, Anderson & Race, LLC
Attorneys for 3M
1700 Broadway, Suite 1020
Denver, CO 80290
(303) 830-1212

U.S. District Court
 for the District of Colorado
U.S. Courthouse
1020 Stout Street
Denver. CO 80294

*Nancy Dene Cullen* (signature)

STINGLEY

3