JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

NOV -8 2002

FILED
CLERK'S OFFICE

**DOCKET NO. 875**

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Kenneth Freiberg, et al. v. Swinerton & Walberg Property Services, Inc., et al.,*
    D. Colorado, C.A. No. 1:02-1272

### ORDER VACATING CONDITIONAL TRANSFER ORDER
### AND VACATING THE NOVEMBER 21, 2002 HEARING SESSION

A conditional transfer order was filed in this action (*Freiberg*) on August 6, 2002. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Freiberg* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. *Freiberg* was then remanded to the District Court for Boulder County, Colorado, by the Honorable John L. Kane in an order filed on November 5, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-215" filed on August 6, 2002, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 16, 2002, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

OFFICIAL FILE COPY

IMAGED NOV 12 '02