JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

NOV -8 2002

DOCKET NO. 875

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Vincent Soderquist v. Swinerton & Walberg Property Services, Inc., et al.,*
   D. Colorado, C.A. No. 1:02-1289
*Sandra J. Vanhooser, et al. v. Swinerton & Walberg Property Services, Inc., et al.,*
   D. Colorado, C.A. No. 1:02-1290
*Rudolph Dionigi, et al. v. John Crane, Inc., et al.,* D. Colorado, C.A. No. 1:02-1291

## ORDER VACATING CONDITIONAL TRANSFER ORDER
## AND VACATING THE NOVEMBER 21, 2002 HEARING SESSION

A conditional transfer order was filed in these three actions on August 21, 2002. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the actions filed notices of opposition to the proposed transfer and the subsequent motions and briefs to vacate the conditional transfer order. The three actions were then remanded to the District Court for Boulder County, Colorado, by the Honorable John L. Kane in an order filed on November 5, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-216" filed on August 21, 2002, is VACATED insofar as it relates to these three actions.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 16, 2002, are VACATED insofar as they relate to these three actions.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

**OFFICIAL FILE COPY**

IMAGED NOV 12 '02