JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 8 2002

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Roger Stingley, et al. v. Flintkote Corp., et al.*, D. Colorado, C.A. No. 1:02-1767

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Stingley*) on October 29, 2002. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Stingley* filed a notice of opposition to the proposed transfer. *Stingley* was then remanded to the District Court for Boulder County, Colorado, by the Honorable John L. Kane in an order filed on November 5, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-219" filed on October 29, 2002, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY    IMAGED NOV 12 '02