MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 12 2002

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :
                                                                    :
_____x

This Document Relates to:                           :        CIVIL ACTION NO. MDL 875

Law Firm of Lane & Gossett                         :

United States District Court                          :        MDL- 875
Southern District of Georgia                         :        RECOMMENDED ACTION

LEVERETT, No. CV 201-155                        :        CROs -- 1 ACTION
LEAR, No. CV 591-015                                :        Approved/Date: MR  10/31
TISON, No. CV 593-038                              :
F. WILLIAMS, No. CV 590-258                   :
HILTON, No. CV 590-260                            :
B. WILLIAMS, No. CV 590-261                   :
GRIFFIN, No. CV 590-262                           :
BRIGMAN, No. CV 590-263                         :
LANCASTER, No. CV 590-264                    :                             FILED    OCT 23 2002
CARTER, No. CV 590-267                           :

[In the event any of the above- listed cases are :
multiple plaintiff (victim) actions, this transfer :
is for the above-named party only, or said :
party's representative, and any spousal or :
dependent actions.] :
_____x

PLEADING NO. 3729

SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Southern District of Georgia, and the Court having reviewed these cases and having had settlement conferences with the parties, and now believing that such motion is appropriate.

OFFICIAL FILE COPY    IMAGED NOV 13 '02

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from these cases and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matters should be REMANDED to the United States District Court for the Southern District of Georgia for such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 10/22/2002

Charles   R.   Weiner   J.

ENTERED

OCT 2 3 2002

CLERK OF COURT