JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 12 2002

FILED
CLERK'S OFFICE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | |
| This Document Relates to:<br><br>Law Firm of Lane & Gossett<br><br>United States District Court<br>Southern District of Georgia<br><br>LEVERETT, No. CV 201-155<br>LEAR, No. CV 591-015<br><br>F. WILLIAMS, No. CV 590-258<br>HILTON, No. CV 590-260<br>B. WILLIAMS, No. CV 590-261<br>GRIFFIN, No. CV 590-262<br>BRIGMAN, No. CV 590-263<br>LANCASTER, No. CV 590-264<br>CARTER, No. CV 590-267<br><br>[In the event any of the above- listed cases are multiple plaintiff (victim) actions, this transfer is for the above-named party only, or said party's representative, and any spousal or dependent actions.] | CIVIL ACTION NO. MDL 875<br><br>MDL- 875<br>RECOMMENDED ACTION<br><br>CROs -- 9 ACTIONS<br>Approved/Date: NR 10/31<br><br><br>FILED   OCT 23 2002 |

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Southern District of Georgia, and the Court having reviewed these cases and having had settlement conferences with the parties, and now believing that such motion is appropriate.

OFFICIAL FILE COPY       IMAGED NOV 13 '02

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from these cases and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matters should be REMANDED to the United States District Court for the Southern District of Georgia for such further action as may be deemed proper by that Court.

Date: 10/22/2002

BY THE COURT:

_____
Charles   R.   Weiner        J.

ENTERED

OCT 2 - 200?

CLERK OF COURT