MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 1 2 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Darrell King, et al. v. 3M, et al.*, S.D. Mississippi, C.A. No. 1:02-676

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*King*) on September 24, 2002. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *King* submitted a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *King* was remanded to the Circuit Court of Claiborne County, Mississippi, by the Honorable Walter J. Gex, III, in an order filed on November 5, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-218" filed on September 24, 2002, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

PLEADING NO. 3784

OFFICIAL FILE COPY   IMAGED NOV 13 '02