JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 13 2002

FILED
CLERK'S OFFICE

DOCKET NO. 875

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Frank Joe Torres, et al. v. AC&S, Inc., et al.,* D. New Mexico, CIV No. 02-01222 WPJ/LFG

**NOTICE OF OPPOSITION
PURSUANT TO RULE 7.4 OF THE RULES OF PROCEDURE
OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the plaintiffs hereby file Notice of Opposition to the Conditional Transfer Order entered on October 29, 2002 in the above-cited case by the Clerk of the Panel transferring this action to the U.S. District Court for the Eastern District of Pennsylvania (MDL Docket No. 875).

In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the plaintiff, within 15 days of the filing of this Notice of Opposition, will file a motion to vacate the Conditional Transfer Order and brief in support thereof.

Respectfully submitted,

WHITNEY BUCHANAN, P.C.

By: Whitney Buchanan
3200 Monte Vista Blvd. N.E.
Albuquerque, NM 87106
(505) 265-6491

ATTORNEYS FOR PLAINTIFFS

November 11, 2002

Albuquerque, New Mexico

1

OFFICIAL FILE COPY  IMAGED NOV 13 '02

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 13 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Frank Joe Torres, et al. v. AC&S, Inc., et al.*, D. New Mexico,
CIV No. 02-01222 WPJ/LFG

### CERTIFICATE OF SERVICE

WHITNEY BUCHANAN, P.C., by Whitney Buchanan, Esq., hereby certifies that he mailed Plaintiffs' Notice of Opposition to all counsel of record on the 11th day of November, 2002.

Respectfully submitted,

WHITNEY BUCHANAN, P.C.

By: Whitney Buchanan
Attorneys for Plaintiffs
3200 Monte Vista Boulevard N.E.
Albuquerque, New Mexico 87106
Telephone: (505) 265-6491

I hereby certify that a copy of the foregoing pleading was faxed/mailed/hand-delivered to all counsel of record on this 11th day of November, 2002.