**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 13 2002

FILED
CLERK'S OFFICE

# Brayton✦Purcell

## TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
CHRISTOPHER E. ANDREAS

OF COUNSEL
JEFFREY D. EISENBERG*
PETER W. FISHER

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (310) 727-1900
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

JARED J. BABULA
DAVID H. RACKENSTOE
RETT D. BERGMARK
HEATHER A. BRANN*
ELAINE J. BROWN*
PATRICK F. BUCKLEY*
ANGELO L. BUTLER
C. RYAN CHRISTENSEN*
KIMBERLY J. CHU
HUGH C. COOK
JOHN E. DURR
LISA J. ESPADA
JOSHUA C. EZRIN
BARBARA B. FOULDS
PETER B. FREDMAN
ROBERT GILCHRIST*
JOHN B. GOLDSTEIN
JULIE C. OREBEL
STEPHEN J. HEALY
PAUL T. JHIN
GARY V. JUDD
CLAYTON W. KENT

KERRY LAW
LLOYD F. LeROY
JOSEPH C. MAHER
RUSSELL K. MARNE
MAUREEN C. MCGOWAN
KELLY A. MCMEEKIN
S. BROOK MILLARD*
RAYMOND D. MUELLER
OREN P. NOAH
DONALD R. ODER
DAVID L. POLIN
PAT SAFFORD
JOHN J. SANCHEZ
MICHAEL R. SANTIAGO
CHRISTINA C. SKUBIC
ERIC C. SOLOMON
ROBYN L. STEIN*
DAVID A. STEWART*
SALVATORE C. TIMPANO
GEORGE R. VALENZUELA
ANTHONY E. VIEIRA
NANCY T. WILLIAMS

November 12, 2002

VIA FACSIMILE (202) 502-2888

Michael J. Beck
Clerk of the Judicial Panel on Multidistrict Ligitgation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-225, North Lobby
Washington, D.C. 20002

     Re:    Notice of Opposition - Conditional Transfer Order 219
           Civil Action Number, California Northern, Div. 3
           C02-4492, *Adamson, et al., v. Amchem, et al.*

Dear Mr. Beck:

    Please take notice that the plaintiffs, Joan Adamson, et al., oppose transfer of civil action number 02-4492 to docket number 875 as proposed in conditional transfer order number 219.

Very truly yours,

*Lloyd F. LeRoy*

LFL:jae

PLEADING NO. 3786

RECEIVED CLERK'S OFFICE
2002 NOV 12 P 5:01
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**    IMAGED NOV 13 '02