MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 14 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE MDL-875 ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. IV)

### OBJECTION TO CONDITIONAL TRANSFER ORDER

Plaintiffs in *Richard and Nancy Steele v. Abex Friction Products, et al.*, pending in the U.S. District Court for the District of Columbia as Case No. 01-1918, hereby object to the case being transferred to MDL-875.

Respectfully submitted,

Peter T. Enslein, Esquire
D.C. Bar No. 367467
Law Offices Of Peter T. Enslein
1738 Wisconsin Avenue, N.W.
Washington, D.C. 20007
(202) 625-2850
    Counsel for Plaintiffs

PLEADING NO. 3787

Filed By Facsimile
On 11/13/02 (202) 502-2888

RECEIVED
CLERK'S OFFICE
2002 NOV 13 P 2: 45
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

OFFICIAL FILE COPY  IMAGED NOV 14 '02