

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 1 4 2002

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE:       MDL Docket # 875 – Asbestos Products Liability Litigation (No. VI)

TO:         **VIA FACSIMILE 202.502.2888 AND OVERNIGHT DELIVERY**

**MICHAEL J. BECK, CLERK OF THE PANEL**
**ONE COLUMBUS CIRCLE, N.E.**
**THURGOOD MARSHALL FEDERAL JUDICIARY BUILDING**
**ROOM G-255 NORTH LOBBY**
**WASHINGTON, D.C. 20002-8004**

*Lucille W. Evers, et al. v. AC&S, et al., S.D. Mississippi, C.A. Number 1:02-708*

**PLAINTIFFS' NOTICE OF OPPOSITION TO**
**CONDITIONAL TRANSFER ORDER 219**

TO THE CLERK OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:

COME NOW the Plaintiffs, and make and file this their Notice of Opposition to Conditional Transfer Order (CTO-219), and for same would show unto the Clerk of the Panel the following, to-wit:

**I.**

In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiffs oppose the transfer of the above styled and numbered action to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §

**OFFICIAL FILE COPY** IMAGED NOV 1 4 '02

1407, for the following reasons, which will be more fully set forth in Plaintiffs' Consolidated Motion and Brief to Vacate Conditional Transfer Order 219,

A.      The Plaintiffs are confident in their position that the transferor Court lacks jurisdiction over the above referenced cases.  Although the Plaintiffs are aware that the Judicial Panel is capable of deciding remand issues, all issues relating to remand have been presented and are properly before the transferor Court for determination at this time.

B.      The interest of judicial economy requires the Judicial Panel stay any transfer of the above-referenced cases pending the transferor Court's ruling on the Plaintiffs' Motion to Remand.  As the Judicial Panel has recognized, a request for transfer does not remove the transferor Court's authority to conduct proceedings and rule upon motions for remand.  As all briefing relating to the remand issues is complete, it would be a waste of judicial resources to transfer this action at this time without allowing the transferor Court to complete its consideration of the remand issue before it.  Should the transferor Court rule in favor of remand, the complex and prolonged use of judicial resources and attorney involvements related to a transfer to Multidistrict Litigation will be avoided.

C.      There is no prejudice in staying the decision to transfer this action to Multidistrict Litigation. Allowing the transferor Court to rule upon a remand issue will avoid the need for consideration of this same issue by the Judicial Panel, and may avoid further federal proceedings altogether if the transferor Court rules in favor of remand.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 14 2002

FILED
CLERK'S OFFICE

Respectfully submitted,

THE LANGSTON LAW FIRM, P.A.
100 South Main Street
P. O. Box 787
Booneville, Mississippi 38829
(662) 728-3138

By: _____

John Fletcher Perry III(Miss Bar # 10530)

**One of the Attorneys for the Plaintiffs**

**OF COUNSEL:**

G. Patterson Keahey
Law Offices of G. Patterson Keahey, Jr., P.C.
One Independence Plaza
Suite 612
Birmingham, Alabama 35209
Telephone:    205.871.0707
Fax:          205.871.0801

Rhon Jones
Mark Englehart
Beasley, Allen, Crow, Methvin, Portis
   & Miles, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160
Telephone:  334.269.2343
Facsimile:  334.954.7555

## CERTIFICATE OF SERVICE

I, John Fletcher Perry, III, do hereby certify that I have caused, this day, the above and

foregoing pleading to all of the persons listed on the attached service list.

By: _____

John Fletcher Perry III(Miss Bar # 10530)

## EVERS, et al. v. AC&S, et al.
## SERVICE LIST

Michael N. Watts, Esq.
Post Office Drawer 707
1217 Jackson Avenue
Oxford, MS 38655
**Attorney for Crown Cork and Seal Co., Inc.**

Walter W. Duke, Esq.
Duke, Dukes, Keating & Faneca
2909 13th Street, Suite 601
Post Office Drawer W
Gulfport, MS 39502
**Attorney for Goodyear Tire and Rubber, Inc. & Mt. Vernon Mill**

Karl Steinberger, Esq.
Roy C. Williams, Esq.
Colingo Williams
711 Delmas Avenue
Post Office Box 1407
Pascagoula, MS 39568
**Attorney for Mississippi Rubber & Speciality Co.; Viacom, Inc.**

Matthews F. Powers, Esq.
Sampson & Powers
Post Office Box 1417
Gulfport, MS 39502
**Attorney for Brandon Drying Fabrics, Inc.**

Thomas W. Tyner, Esq.
William N. Graham, Esq.
Cowles E. Symmes, Esq.
Aultman Tyner Ruffin & Yarborough
Post Office Drawer 750
Hattiesburg, MS 39403
**Attorney for York International Corp; Garlock, Inc.; Gulf Belting & Gasket Co., Inc.; Congoleum Corporation; Sears, Roebuck & Co.; J.C. Penney Company, Inc.**

David A. Barfield, Esq.
Barfield & Associates
223 East Capitol Street
Post Office Drawer 3979
Jackson, MS 39207
**Attorney for AC & S, Inc.; Worthington Corporation; Kellogg Brown & Root International**

Lucien C. Gwin, Esq.
319 Market Street
Post Office Box 1344
Natchez, MS 39121
**Attorney for Asarco Incorporated**

C. Michael Evert, Esq.
Evert and Weathersby
3405 Piedmont Rd, Suite 225
Atlanta, GA 30305
**Attorney for Viacom, Inc.**

Joseph J. Stroble, Esq.
Post Office Box 650
Jackson, MS 39205-0650
**Attorney for Metropolitan Life Ins. Co.**

Michael E. Whitehead
Ronald G. Peresich, Esq.
Post Office Drawer 289
Biloxi, MS 39533-0289
**Attorney for Albany International Corporation; Kelly-Moore Paint Company; U.C. Realty Corp.**

David L. Trewolla, Esq.
David W. Dogan, Esq.
Post Office Box 23062
Jackson, MS 39225-3062
**Attorney for Flintkote Company; Durabala Manufacturing Co.; Guard-Line, Inc.**

Kelly D. Simpkins
Wells, Marble & Hurst
Lamar Life Building, Suite 600
Jackson, MS 39205
**Attorney for Conair**

Thomas E. Vaughn, Esq.
Allen Vaughn Cobb & Hood
One Hancock Plaza, Suite 1209
Gulfport, MS 39502
**Attorney for Foster-Wheeler**

Michael K. Randolph, Esq.
Bryan, Nelson Randolph and Weathers
Post Office Drawer 18109
Hattiesburg, MS 39404-8109
**Attorney for Industrial Welding Supply**

THE LANGSTON LAW FIRM, P.A.
100 SOUTH MAIN STREET
POST OFFICE BOX 787
BOONEVILLE, MISSISSIPPI 38829
(662) 728-3434

-1-

Service List 9/30/02

Mary Kate Coleman, Esq.
Riley McNulty Hewitt & Sweitzer
650 Washington Road, Suite 300
Pittsburgh, PA 15228
**Attorney for Universal Auto Parts Company**

Jeffrey P. Hubbard, Esq.
Wells Moore Simmons & Hubbard
Post Office Box 1970
Jackson, MS 39215-1970
**Attorney for FMC Corp.; Hamilton Beach/Proctor-Silex, Inc.; Maremont Corp.**

James P. Streetman, III, Esq.
Clark Scott & Streetman
447 Northpark Drive
Post Office Box 13847
Jackson, MS 39236-3847
**Attorney for American Optical; Schick, Inc.; Pfizer, Inc.; Quigley Company, Inc.**

Richard Brown, Esq.
Cosmich & Simmons
980 Highway 51 N., Suite C
Madison, MS 39130
**Attorney for Proctor & Gamble**

J. Price Coleman, Esq.
David F. Maron, Esq.
Baker Donelson Bearman & Caldwell
Post Office Box 14167
Jackson,MS 39236-4167
**Attorney for Rapid American Corp.; General Refractories; Georgia Marble Co., Inc. ; Vulcan Materials Company**

Patricia C. Gandy, Esq.
Phil B. Abernathy, Esq.
Post Office Box 22567
Jackson, MS 39225-2567
**Attorney for Sears Roebuck & Co.;Champion International Corp.; Johnson & Johnson**

Thomas W. Tardy, III, Esq.
Stefan G. Bourn, Esq.
Marcy B. Croft, Esq.
Alexandra F. Markov, Esq.
Forman Perry Watkins Krutz & Tardy
Post Office Box 22608
Jackson, MS 39225-2608
**Attorney for KOMP Equipment Co., Inc.; Cooper Industries, Inc.; Combustion Engineering, Inc.; Zurn Industries, Inc.; Gulf Coast Marine Supply Co.; Georgia-Pacific Corp.; Turner Supply Co.; Standard Equipment Co., Inc.; Owens-Illinois, Inc.; Kimberly-Clark Corporation; Certain Teed Corporation; Dana Corporation; Union Carbide Corporation; Amchem Products,Inc.; C. E. Thurston & Son, Inc.; Laurel Machine and Foundry Company; General Electric Co.; Crossfield Products Corp.; Ingersoll-Rand Company; National Service Industries; Weavexx**

Cheri D. Green, Esq.
Brunini Grantham Grower & Hewes
1400 Trustmark Building
248 East Capitol Street
Jackson, MS 39201
**Attorney for A. W. Chesterton Co. and IMO Industries, Inc.**

Patrick R. Buchanan, Esq.
Brown Buchanan Sessoms, PA
3112 Cantry Street
Post Office Box 2220
Pascagoula, MS 39569-2220
**Attrorney for Cleaver-Brooks Division of Aqua-Chem, Inc.**

Ronald D. Collins
Craig E. Brasfield, Esq.
Post Office Box 22608
Jackson, MS 39225-2608
**Attorney for Asten, Inc.**

William W. Nexsen, Esq.
Stackhouse Smith & Nexsen
Post Office Box 3640
Norfolk, VA 23510
**Attorney for C. E. Thurston & Son, Inc.**

THE LANGSTON LAW FIRM, P. A.
100 SOUTH MAIN STREET
POST OFFICE BOX 787
BOONEVILLE, MISSISSIPPI 11829
(662) 728-3138

Service List 9/30/02

THE LANGSTON LAW FIRM, P.A.
100 SOUTH MAIN STREET
POST OFFICE BOX 787
BROOKSVILLE, MISSISSIPPI 38829
(662) 728-3135

Rueben V. Anderson, Esq.
PHELPS DUNBAR
Post Office Box 23066
Jackson, MS   39225-3066
**Attorney for industrial Rubber & Specialty Co. f/k/a Coastal Rubber & Gasket Co., Inc.**

Carey Varnado, Esq.
Montague Pittman & Varnado
Post Office Drawer 1975
Hattiesburg, MS 39404-1975
**Attorney for John Crane d/k/a John Crane Packing Co.**

Paul V. Cassisa, Jr., Esq.
Bernard Cassisa Elliott & Davis
Post Office Box 55490
Metairie, LA 70055-5490
**Attorney for Reilly-Benton Co., Inc.**

David Clark, Esq.
Bradley Arant Rose & White
Post Office Box 1789
Jackson, MS 39215-1789
**Attorney for Pfizer, Inc.; Quigley Company**

J. Michael Jarboe, Assistant General Counsel
United States Steel    Legal Department
600 Grant Street
Pittsburgh, PA 15219-2800
**Attorney for USZ Corporation**

Lawrence D. Wade
Campbell Delong Hagwood & Wade
Post Office Box 1856
Greenville, MS 38702-1856
**Attorney for The Gillette Company**

Anthony L. Thaxton, Esq.
Gillchrist Sumrall Thaxton Yoder & Boone
Trustmark National Bank Bldg., Suite 400
415 North Magnolia Street
Laurel, MS 39440
**Attorney for Laurel Machine and Foundry Company**

Roger D. Marlow, Esq.
Hulse & Wanek
512 East Boston Street
Covington, LA 70433
**Attorney for Weavexx**

Nathan A. Bosio, Esq.
Dogan & Wilkinson, PLLC
Post Office Box 1618
Pascagoula, MS 39568-1618
**Attorney for Scott Technologies, Inc. f/k/a Safety Supply America Corp.**

Alben N. Hopkins
Hopkins Barvie & Hopkins
Post Office Box 1510
Gulfport, MS  39502-1510
**Attorney for SB Decking, Ind. F/k/a Selby, Battersby & Co.; United States Steel Corporation**

R. Patrick Baughman, Esq.
Jennifer Sardina, Esq.
Baughman & Associates Co., LPA
55 Public Square, Suite 2215
Cleveland, Ohio 44113
**Attorney for United States Steel Corporation**

Service List 9/30/02