FILE No.918 11/13 '02 AM 09:41 ID:LARRY O NORRIS ATTY    FAX:601 584 6634    PAGE 2
Case MDL No. 875   Document 3789   Filed 11/14/02   Page 1 of 6

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
NOV 14 2002
FILED
CLERK'S OFFICE

MDL 875

## IN THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL- 875   IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### NOTICE OF OPPOSITION TO TRANSFER

COME NOW the Plaintiffs in each of the civil actions listed on the attached schedule and give notice of their opposition to the transfer of said cases. Within the time allowed by MDL rule 7.4(d) Plaintiffs will file their consolidated Motion to Vacate the Conditional Transfer Order and Brief in support thereof.

Respectfully submitted,

_____
ROGER D. LOTT, JR.
ATTORNEY FOR PLAINTIFFS

OF COUNSEL FOR PLAINTIFFS:

Larry O. Norris (Miss. Bar # 3883)
Roger D. Lott, Jr. (Miss. Bar # 100302)
LARRY O. NORRIS, PA
P.O. Box 8
Hattiesburg, MS 39401-0008
(601) 545-2011 telephone
(601) 584-6634 telecopier

### CERTIFICATE OF SERVICE

I, Roger D. Lott, Jr., hereby certify that I have this day served, via U.S. Mail, postage pre-paid, a true and correct copy of the foregoing Notice of Opposition on each Counsel listed on the attached service list.

This the 13th day of November, 2002.

_____
ROGER D. LOTT, JR.

PLEADING NO. 3788

OFFICIAL FILE COPY    IMAGED NOV 14 '02

FILE No.918 11/13 '02 09:41 ID:LARRY O NORRIS ATTY FAX:601 584 6634 PAGE 3
Case MDL No. 875 Document 3789 Filed 11/14/02 Page 2 of 6

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 14 2002

FILED
CLERK'S OFFICE

## SCHEDULE OF ACTIONS:

*Pauline Addison, et al v. A.O. Smith, et al*
United States District Court for the Southern District of Mississippi
Civil Action No. 1:02CV724GR

*Nettie Adkins, et al v. American Standard, Inc., et al*
United States District Court for the Southern District of Mississippi
Civil Action No. 1:02CV728GR

*Katie Avery, et al v. A.O. Smith, et al*
United States District Court for the Southern District of Mississippi
Civil Action No. 1:02CV731GR

*Joe Bailey, et al v. A.O. Smith, et al*
United States District Court for the Southern District of Mississippi
Civil Action No. 1:02CV726GR

*Dorothy Baldwin, et al v. A.O. Smith, et al*
United States District Court for the Southern District of Mississippi
Civil Action No. 1:02CV725GR

*James Barber, et al v. A.O. Smith, et al*
United States District Court for the Southern District of Mississippi
Civil Action No. 1:02CV734GR

*James Barfield, et al v. Allen-Bradley Co., LLC, et al*
United States District Court for the Southern District of Mississippi
Civil Action No. 1:02CV729GR

*Percy Barnes, et al v. A.O. Smith, et al*
United States District Court for the Southern District of Mississippi
Civil Action No. 1:02CV727GR

*Calvin Buckley, et al v. A.O. Smith, et al*
United States District Court for the Southern District of Mississippi
Civil Action No. 1:02CV733GR

# SERVICE LIST

Larry O. Norris, Esq.
Post Office Box 8
Hattiesburg, MS  39403-0008
(601) 545-2011; FAX (601) 584-6634
**ATTORNEY FOR PLAINTIFFS**

J. Andrew Phelps, Esq.
Post Office Box 1603
Hattiesburg, MS.  39403-1603
(601) 583-4090; FAX (601) 583-9441
**ATTORNEY FOR PLAINTIFFS**

Walter W. Dukes, Esq.
Derek Cusick, Esq.
Dukes, Dukes, Keating and Faneca
2909 13th Street, 6th Floor (39501)
Post Office Drawer W
Gulfport, MS  39502
(228) 868-1111; FAX (228) 863-2886
**ATTORNEYS FOR SEPCO CORPORATION**

Richard F. Yarborough, Jr., Esq.
Aultman, Tyner, Ruffin & Yarborough, Ltd.
329 Church Street
Post Office Drawer 707
Columbia, MS   39429
(601) 736-2222; FAX (601) 736-9884
**ATTORNEY FOR TEXACO**

Carrick R. Inabnett, Esq.
Snellings, Breard, Sartor, Inabnett & Trascher, LLP
1503 North 19th Street
Post Office Box 2055
Monroe, Louisiana 71207-2055
(318) 387-8000; FAX (318) 387-8200
**ATTORNEY FOR WEAKS ENTERPRISES, INC.**

Donald C. Partridge, Esq.
Peters & Redditt, PC
401 Church Street
Mobile, AL 36602
(251) 432-3700; FAX (251) 432-3736
ATTORNEY FOR YARWAY CORPORATION

Gina Mushmeche-Buras, Esq.
Spyridon, Koch & Palermo, LLC
Three Lakeway Center, Suite 3010
3838 North Causeway Boulevard
Metairie, LA 70002
(504) 830-7800; FAX (504) 830-7810
ATTORNEY FOR NASH ENGINEERING COMPANY

Alben N. Hopkins, Esq.
Hopkins, Barvié & Hopkins, PLLC
2701 24th Avenue (39501-4941)
Post Office Box 1510
Gulfport, MS 39502-1510
(228) 864-2200; FAX (228) 868-9358
ATTORNEY FOR A.O. SMITH CORPORATION; NASH ENGINEERING

Donald H. Carlson, Esq.
Robert Bull, Esq.
John R. Pendergast, Jr.
Crivello, Carlson, Mentkowski & Steeves, S.C.
710 North Plankinton Avenue
Milwaukee, Wisconsin 53203
ATTORNEYS FOR A. O. SMITH CORPORATION

Jeffrey P. Hubbard, Esq.
Charles R. Wilbanks, Esq.
Wells, Moore, Simmons & Hubbard, PLLC
1300 AmSouth Plaza (39201)
Post Office Box 1970
Jackson, MS 39215-1970
(601) 354-5400; FAX (601) 355-5850
ATTORNEYS FOR WALWORTH COMPANY; FMC CORPORATION

Karl Steinberger, Esq.
Colingo, Williams, Heidelberg, Steinberger & McElhaney
711 Delmas Avenue (39567)
Post Office Drawer 1407
Pascagoula, MS 39568-1407
(228) 762-8021; FAX (228) 762-7589
ATTORNEY FOR MISSISSIPPI RUBBER & SPECIALTY CO., INC.;
INDUSTRIAL RUBBER & SPECIALTY CO., INC., f/k/a
COASTAL RUBBER & GASKET CO.

William Stengel, Esq.
Coyle, Gilman & Stengel
405 National City Bank Building
100 17th Street
Rock Island, IL  61201
(309) 788-0471; (309) 788-0480  FAX
ATTORNEY FOR ROTH PUMP CO.

Christopher A. Shapley, Esq.
Cheri D. Green, Esq.
Brunini, Grantham, Grower & Hewes
1400 Trustmark Building
248 East Capitol Street (39201)
Post Office Drawer 119
Jackson, MS 39205-0119
(601) 948-3101; FAX (601) 960-6902
ATTORNEYS FOR NORTON COMPANY n/k/a SAINT-GOBAIN
ABRASIVES, INC.; EDWARDS VOGT VALVE; ALLEN-BRADLEY
COMPANY;
NORTON INTERNATIONAL, INC.

Meade Mitchell, Esq.
Robert A. Miller, Esq.
Phil Abernathy, Esq.
Butler, Snow, O'Mara, Stevens & Cannada
1700 Deposit Guaranty Plaza
210 East Capitol Street (39201)
Post Office Box 22567
Jackson, MS 39225-2567
(601) 948-5711; FAX (601) 985-4500
ATTORNEYS FOR AMERICAN CYANAMID CO.

AMANDA SUMMERLIN
FOREMAN PERRY WATKINS KRUTZ & TARDY, PLLC
POST OFFICE BOX 22608
JACKSON, MS 39225-2608