FILE No. 158 11/15 '02 14:31 ID:BRAYTON PURCELL 415 898 1247 PAGE 4
Case MDL No. 875 Document 3791 Filed 11/19/02 Page 1 of 6
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Nov-14-02 04:15pm From-McKenna Long & Aldridge LLP 14152674198 T-598 P.004/007 F-003
NOV 19 2002

FILED
CLERK'S OFFICE

1  Lisa L. Oberg (Bar No. 120139)
   Camille K. Fong (Bar No. 113123)
2  McKENNA LONG & ALDRIDGE, L.L.P.
   One Market Street Plaza
3  Steuart Street Tower
   San Francisco, California 94105
4  Telephone: (415) 267-4000
   Facsimile: (415) 267-4198
5
   Attorneys for Defendant
6  NATIONAL SERVICE INDUSTRIES, INC.

7  John R. Lister (Bar No. 105979)
   PALMIERI, TYLER, WIENER, WILHELM & WALDRON LLP
8  2603 Main Street
   East Tower, Suite 1300
9  Irvine, California 92614-6228
   Telephone: (949) 851-9400
10 Facsimile: (949) 757-1225

11 Attorneys for Defendant
   QUIGLEY COMPANY, INC.
12

13
                    IN THE UNITED STATES DISTRICT COURT
14
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

16
   JOAN ADAMSON, et al.,                    )  Case No. C02-4492-FE  PJH
17                                           )
                   Plaintiffs,               )  STIPULATION AND ORDER REMANDING
18                                           )  CASE TO SUPERIOR COURT
           vs.                               )
19                                           )
   AMCHEM PRODUCTS, INC., et al.,            )
20                                           )
                                             )
21                 Defendants.               )
                                             )
22

23
           Come now, defendant QUIGLEY COMPANY, INC., defendant NATIONAL
24
   SERVICE INDUSTRIES, INC. and plaintiffs, and each of them, by and through their counsel of
25
   record, do hereby stipulate and agree as follows:
26
   ///                    MDL- 875
27 ///                    RECOMMENDED ACTION
28                        Vacate CTO-219 - one action
                          Approved/Date: _____
                                         1
                          STIPULATION AND ORDER REMANDING CASE

OFFICIAL FILE COPY  IMAGED NOV 19 '02

FILE No. 158 11/15 '02 11:22 ID:BRAYTON PURCELL    415 898 1247    PAGE 5
Case MDL No. 875   Document 3791   Filed 11/19/02   Page 2 of 6

Nov-14-02  04:18pm  From-McKenna Long & Aldridge LLP    14152874108    T-588  P.005/007  F-983
Oct-29-02  04:13pm  From-McKenna Long & Aldridge LLP    14152874108    T-500  P.002/004  F-759

1. Defendants removed this matter to the United States District Court, Northern District of California, on September 13, 2002 upon its good faith belief that this Court had diversity jurisdiction;
2. Plaintiffs moved for remand on or about October 7, 2002, and provided a declaration that certain of the plaintiffs were not diverse;
3. Counsel for defendants have met and conferred with plaintiffs' counsel, and they have agreed that this matter may be remanded to the Superior Court of the State of California with each side to bear its own costs.

WHEREFORE, the undersigned parties request that this Court order this matter remanded to the Superior Court of the State of California, and that each party bear their own costs in this matter.

IT IS SO STIPULATED.

Dated: October 29, 2002

BRAYTON PURCELL

By: _____
Lloyd F. LeRoy
Alan R. Brayton
Attorneys for Plaintiffs

IT IS SO STIPULATED.

Dated: October ___, 2002

PALMIERI, TYLER, WIENER, et al.

By: _____
John R. Lister
Attorneys for Quigley Company, Inc.

IT IS SO STIPULATED.

Dated: October ___, 2002

McKENNA LONG & ALDRIDGE, L.L.P.

By: _____
Lisa L. Oberg
Camilla K. Fong
Attorneys for Defendant
NATIONAL SERVICE INDUSTRIES, INC.

1. Defendants removed this matter to the United States District Court, Northern District of California, on September 13, 2002 upon its good faith belief that this Court had diversity jurisdiction;

2. Plaintiffs moved for remand on or about October 7, 2002, and provided a declaration that certain of the plaintiffs were not diverse;

3. Counsel for defendants have met and conferred with plaintiffs' counsel, and they have agreed that this matter may be remanded to the Superior Court of the State of California with each side to bear its own costs.

WHEREFORE, the undersigned parties request that this Court order this matter remanded to the Superior Court of the State of California, and that each party bear their own costs in this matter.

IT IS SO STIPULATED.

Dated: October ___, 2002

BRAYTON PURCELL

By: _____
Lloyd F. LeRoy
Alan R. Brayton
Attorneys for Plaintiffs

IT IS SO STIPULATED.

Dated: ~~October~~ 4, 2002
November

PALMIERI, TYLER, WIENER, et al.

By: _____
John L. Lister
Attorneys for Quigley Company, Inc.

IT IS SO STIPULATED.

Dated: October ___, 2002

McKENNA LONG & ALDRIDGE, L.L.P.

By: _____
Lisa L. Oberg
Camille K. Fong
Attorneys for Defendant
NATIONAL SERVICE INDUSTRIES, INC.

2
STIPULATION AND ORDER REMANDING CASE

FILE No. 158 11/15 '02 11:32 ID:BRAYTON PURCELL 415 898 1247 PAGE 7
Case MDL No. 875 Document 3791 Filed 11/19/02 Page 4 of 6

Nov-14-02 04:16pm From-McKenna Long & Aldridge LLP 14152874198 T-588 P.007/007 F-983

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | Dated: October 30, 2002 |

McKENNA LONG & ALDRIDGE, L.L.P.

By: _____
Lisa L. Oberg
Camille K. Fong
Attorneys for Defendant
NATIONAL SERVICE INDUSTRIES, INC.

IT IS SO ORDERED.

_____
Phyllis J. Hamilton
United States District Court Judge

3
STIPULATION AND ORDER REMANDING CASE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 19 2002

FILED
CLERK'S OFFICE

1  Lisa L. Oberg (Bar No. 120139)
   Camille K. Fong (Bar No. 113123)
2  McKENNA LONG & ALDRIDGE, L.L.P.
   One Market Street Plaza
3  Steuart Street Tower
   San Francisco, California 94105
4  Telephone: (415) 267-4000
   Facsimile: (415) 267-4198
5
   Attorneys for Defendant
6  NATIONAL SERVICE INDUSTRIES, INC.

7  John R. Lister (Bar No. 105979)
   PALMIERI, TYLER, WIENER, WILHELM & WALDRON LLP
8  2603 Main Street
   East Tower, Suite 1300
9  Irvine, California 92614-6228
   Telephone: (949) 851-9400
10 Facsimile: (949) 757-1225

11 Attorneys for Defendant
   QUIGLEY COMPANY, INC.
12

13              IN THE UNITED STATES DISTRICT COURT

14           FOR THE NORTHERN DISTRICT OF CALIFORNIA

15 | JOAN ADAMSON, et al.,              | Case No. C02-4492-JL
16 |         Plaintiffs,                 | PROOF OF SERVICE OF STIPULATION
                                          AND ORDER REMANDING CASE TO
17 |    vs.                              | SUPERIOR COURT
18 | AMCHEM PRODUCTS, INC., et al.,      |
19 |         Defendants.                 |

20
21     Defendant NATIONAL SERVICE INDUSTRIES, INC., hereby attaches a true and
22 correct copy of the filed Stipulation and Order Remanding Case to Superior Court in this matter.
23
24 Dated: November 14th, 2002        McKENNA LONG & ALDRIDGE, L.L.P.
25 By:
                                     _____
26                                   Lisa L. Oberg
                                     Camille K. Fong
27                                   Attorneys for Defendant
                                     NATIONAL SERVICE INDUSTRIES, INC.
28

                                    1
        PROOF OF SERVICE OF STIPULATION AND ORDER REMANDING CASE.

**BY MAIL**

STATE OF CALIFORNIA
                                    ss.:
COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 1 Market Street Plaza, Steuart Street Tower, 27th Floor, San Francisco, California 94105.

On November 14, 2002, I served on interested parties in said action the within:

***PROOF OF SERVICE OF STIPULATION AND ORDER REMANDING CASE TO SUPERIOR COURT***

A copy of said document(s) was enclosed in a sealed envelope(s) as addressed below:

Lloyd F. LeRoy, Esq.
BRAYTON & PURCELL, LLP
222 Rushing Landing Road
Post Office Box 2109
Novato, California 94948

Counsel for Plaintiffs

John R. Lister, Esq.
PALMIERI, TYLER, WIENER,
WILHELM & WALDRON LLP
2603 Main Street
East Tower – Suite 1300
Irvine, CA 92614-6228

Counsel for Defendant
**QUIGLEY COMPANY, INC.**

Such envelope(s) to be deposited in the U.S. Mail at San Francisco. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (01) day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, and that this affidavit was executed on November 14, 2002

_Simone C. Maures_
Simone C. Maures

27088540

2
**PROOF OF SERVICE OF STIPULATION AND ORDER REMANDING CASE.**