MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 19 2002

FILED
CLERK'S OFFICE

*PLEADING NO. 3792*

## DOCKET NO. 875

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*Joan Adamson, et al. v. Amchem Products, Inc., et al.,* N.D. California, C.A. No. 3:02-4492

## *ORDER VACATING CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in this action (*Adamson*) on October 29, 2002. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Adamson* submitted a notice of opposition to the proposed transfer. The Panel has now been advised that *Adamson* was remanded to the Superior Court of the State of California by the Honorable Phyllis J. Hamilton in an order filed on November 6, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-219" filed on October 29, 2002, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

**OFFICIAL FILE COPY**   IMAGED NOV 19 '02