# FORMAN PERRY WATKINS KRUTZ & TARDY, PLLC

ATTORNEYS AT LAW

Michael D. Goggans
MDGoggans@fpwk.com
Direct Dial: (601) 973-5979

1200 One Jackson Place
188 East Capitol Street
Jackson, Mississippi 39201-2131

Post Office Box 22608
Jackson, Mississippi 39225-2608

Telephone: 601-960-8600
Main Facsimile: 601-960-8613
Asbestos Facsimile: 601-960-3241

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 21 2002

FILED
CLERK'S OFFICE

November 20, 2002

Michael Beck
Clerk of the Judicial Panel on Multidistrict Litigation
Facsimile 202 502 2888



**URGENT**

Re:  Mangialardi et al v. Harold's Auto Parts, Inc. et al
     Northern District of Mississippi, No. 2:02cv121-B-B
     MDL-875, CTO-219

Dear Mr. Beck:

The above referenced case was on the docket for consideration by the Judicial Panel of Plaintiffs' Motion to Vacate the CTO. On November 18, 2002, the transferor court entered an order to remand the case to the state court. A copy of that order was faxed to your office. Your staff has informed me that due to the order to remand, the Judicial Panel will not consider this case and will instead vacate the CTO.

I write you today to oppose any vacating of the CTO until the transferor court's order is made final. Under the federal rules, an order of a district court is not made final (and is in fact stayed) until ten days after entry. This ten-day window is particularly important in this case, as we are seeking reconsideration and other relief that would overturn the remand order. If our motion is granted, this case will remain in the federal court system and therefore would be susceptible to action by the Judicial Panel.

We ask that the Judicial Panel NOT vacate the CTO until such time as the transferor court's remand order is made final. To do so would save the parties great expense. If the order is overturned and the Judicial Panel has vacated the CTO, the parties would have to re-file all the items they have already filed: a Notice of Tag-a-long, Opposition to Notice, Motion to Vacate, Response to Motion to Vacate and so forth. These filings would bring us back to the same

Dallas
400 Woodview Tower
1349 Empire Central Drive
Dallas, Texas 75247
Telephone: 214-905-2924
Facsimile: 214-905-3976

New Orleans
1515 Poydras Street, Suite 1420
New Orleans, Louisiana 70112
Telephone: 504-799-4383
Facsimile: 504-799-4384

**OFFICIAL FILE COPY**  IMAGED NOV 21 '02

Michael Beck
November 20, 2002
*Flower Mangialardi*

position we are in now, only several months down the road. Clearly, judicial economy would be served by simply waiting at least ten days before the Judicial Panel rules.

Alternatively, the Judicial Panel could still rule against the Motion to Vacate. The federal courts retain jurisdiction at this time and will do so until any remand order of the transferor court is made final. As such, the Judicial Panel remains free to act on this matter.

Thank you for your consideration of this matter. Should you or your staff have any questions, please feel free to contact me.

Sincerely,

Michael D. Goggans

Cc:   All Counsel