MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 3 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Richard W. Steele, Jr., et al. v. Abex Friction Products, et al.*, D. District of Columbia, C.A. No. 1:01-1918
*Frank Joe Torres, et al. v. ACandS, Inc., et al.*, D. New Mexico, C.A. No. 1:02-1222

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these two actions (*Steele* and *Torres*) on October 29, 2002. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Steele* and *Torres* submitted separate notices of opposition to the proposed transfer. Plaintiffs in *Steele* and *Torres* subsequently failed to file the required motions and briefs to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-219" filed on October 29, 2002, is LIFTED insofar as it relates to these two actions, and thus the actions are transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Charles R. Weiner.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY   IMAGED DEC 4 '02