JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 2 2002

FILED
CLERK'S OFFICE

DOCKET NO. 875

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, MOREY L. SEAR,[*] BRUCE M. SELYA,[*] JULIA SMITH GIBBONS, D. LOWELL JENSEN[*] AND J. FREDERICK MOTZ, JUDGES OF THE PANEL*

*TRANSFER ORDER*

Before the Panel are motions brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in the 156 actions listed on the attached Schedule A and pending in three districts as follows: 148 actions in the District of Utah, seven actions in the District of New Mexico, and one action in the Western District of Kentucky. Movants seek to vacate the Panel's orders conditionally transferring their actions to the Eastern District of Pennsylvania for inclusion in the centralized pretrial proceedings occurring there in this docket before Judge Charles R. Weiner.

On the basis of the papers filed and hearing session held, the Panel finds that these 156 actions involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Pennsylvania, and that transfer of the actions to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings occurring in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. We find that transfer of the actions is appropriate for reasons expressed by the Panel in its original decision in this docket directing centralization of all pending federal court actions not then in trial involving allegations of personal injury or wrongful death caused by asbestos or asbestos containing products. *See In re Asbestos Products Liability Litigation (No. VI)*, 771 F.Supp. 415 (J.P.M.L. 1991). In particular, we note that in the Panel's original decision distinctions based on such matters as the pendency of motions or other matters before the transferor court,[1] the uniqueness of a party's status, the type of defendant, the

---

[*]Judge Sear took no part in the decision of this matter. In his absence, all other members of the Panel participated in the decision of this matter with respect to the 148 Utah actions and five of the New Mexico actions (*Anaya, Basset, Zumwalt, Valverde* and *Austin*) under the "rule of necessity." This was done in order to provide the forum created by the governing statute, 28 U.S.C. § 1407. *See In re Wireless Telephone Radio Frequency Emissions Products Liability Litigation*, 170 F.Supp.2d 1356, 1357-58 (J.P.M.L. 2001). Finally, Judges Selya and Jensen took no part in the decision of this matter with respect to the remaining two New Mexico actions.

[1]Some plaintiffs have argued that transfer should be denied or deferred in order to permit the resolution of motions to remand their actions to state court. There is no need to delay transfer in order to accommodate such an interest. We note that: 1) as a practical matter, there is a lag time of at least three or four months from the filing of an action, its identification as a potential tag-along action, issuance of a conditional transfer order, stay of transfer when a party timely objects to the conditional transfer, briefing on the question of transfer, the Panel hearing session, and the issuance of the Panel's subsequent order; 2) Panel Rule 1.5, R.P.J.P.M.L., 199 F.R.D. at 427, expressly provides that the pendency of a conditional transfer order does not in any way i) suspend orders and pretrial proceedings in the district court in which the action that is the subject of the conditional transfer

(continued...)

- 2 -

docket condition of any specific federal district, the stage of pretrial proceedings, the presence of unique claims or additional claims not relating to asbestos injury or death, and/or the unanimity of opposition to transfer by the parties to an action, were considered and rejected by the Panel as grounds for carving out exceptions to transfer in this extraordinary docket. We are not persuaded to depart from this approach in dealing with the question of transfer of the actions now before the Panel.

Plaintiffs in the Western District of Kentucky action (*Rich*) seek to exclude *Rich* from transfer on the ground that the action involves plaintiffs who seek to recover for asbestos related diseases resulting from their exposure to asbestos found in defendants' cigarette products. The Panel, following Judge Weiner's recommendation, has previously declined to order transfer in this docket of actions involving i) only tobacco companies as defendants, and ii) only allegations of smoking induced asbestos diseases. *Rich*, however, does not fall clearly within that classification. Only a subset of the *Rich* plaintiffs alleges a smoking related asbestos disease. All *Rich* plaintiffs, however, seek to recover for asbestos related diseases resulting from occupational exposure to asbestos products at a manufacturing plant (i.e., the Kentucky plant where Kent cigarettes were made). We have routinely ordered transfer of such premises liability actions in this docket, and we see no reason to depart from that approach with respect to *Rich*.

We note that under Judge Weiner's stewardship, as of November 25, 2002, i) over 73,000 actions have been closed in the transferee district, and ii) over 1,200 actions or claims therein have been returned to their originating transferor districts. To any parties that believe the uniqueness of their particular situation renders continued inclusion of their action in MDL-875 unnecessary or inadvisable, we note that whenever the transferee judge deems remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38. We are confident that Judge Weiner will continue to promptly review arguments for returning transferred actions or claims to their transferor courts and will take all appropriate steps to assure their speedy return whenever he is convinced that retention in the MDL-875 proceedings is no longer needed.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the 156 actions on Schedule A are transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable Charles R. Weiner for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

*/s/ Wm. Terrell Hodges*

Wm. Terrell Hodges
Chairman

---

(...continued)
order is pending, or ii) limit the pretrial jurisdiction of that court; and 3) accordingly, those courts wishing to address such motions have adequate time in which to do so, those courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of 1407 transfer in MDL-875 can continue without any unnecessary interruption or delay.

## SCHEDULE A

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

### Western District of Kentucky

*Wilo Dean Rich, et al. v. Hollingsworth & Vose Co., et al.*, C.A. No. 3:02-332

### District of New Mexico

*O. Robert Longacre, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-784
*Isidro Anaya, Sr., et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-785
*Robert C. Bassett, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-790
*George Zumwalt, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-909
*John D. Julianto, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-910
*Abel Valverde, et al. v. ACandS, Inc., et al.*, C.A. No. 1:02-914
*Robert F. Austin, et al. v. ACandS, Inc., et al.*, C.A. No. 6:02-795

### District of Utah

*George Abbott, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-715
*Janice S. Adamson, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-716
*Maggie Anast, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-717
*Edward Est Anderson, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-718
*Gloyd Anderson, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-719
*Vearl L. Anderson v. Alliedsignal, et. al.*, C.A. No. 2:02-720
*Sarah Baird, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-721
*Harold E. Est Baird v. Alliedsignal, et. al.*, C.A. No. 2:02-722
*Reid L. Barney, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-723
*Sterling N. Bascom v. Alliedsignal, et. al.*, C.A. No. 2:02-724
*Eldon Baxter, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-725
*Robert M. Beckstead, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-726
*Elouise Bell, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-727
*Ranee L. Bench, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-728
*Thomas Benson v. Alliedsignal, et. al.*, C.A. No. 2:02-729
*Wilfred N. Biggs, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-730
*Lucinda Bowden, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-731
*Wayne J. Bowen v. Alliedsignal, et. al.*, C.A. No. 2:02-732
*Yvonne R. Bowers, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-733
*Neldon J. Bowman v. Alliedsignal, et. al.*, C.A. No. 2:02-734
*John Brace, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-735
*Shirley Bradford, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-736
*Jeanne Breisch, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-737
*Glade Brereton, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-738
*Max R. Brown, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-739
*Kayle A. Est Bullock,, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-740

**MDL-875 Schedule A (Continued)**

      District of Utah (Continued)

*Norman G. Carter v. Alliedsignal, et. al.*, C.A. No. 2:02-741
*Roy E. Carter, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-742
*William W. Carter, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-743
*Zenneth Chamberlain, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-744
*Steven Chipman, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-745
*JV Est Christensen, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-746
*Richard Christensen, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-747
*David Cobbley, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-748
*Cordellia Colledge, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-749
*Marilyn Colledge, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-750
*Dorothy J. Cox, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-752
*Irwin Curtis v. Alliedsignal, et. al.*, C.A. No. 2:02-753
*Victor Davies, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-754
*Wilford Davies v. Alliedsignal, et. al.*, C.A. No. 2:02-755
*Dorothy Davis, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-756
*Glen L. Davis, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-757
*Jay R. Deuel, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-758
*William Diaz, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-759
*Larry DiBello, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-760
*Russell Downey, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-761
*William Duckworth, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-762
*Shirley Dunn, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-763
*June W. Durrant, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-764
*Guy C. Edwards, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-773
*Edwards, Rulon Est, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-774
*Nelda Valoy Ellison, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-775
*Russell Fautin, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-776
*Theodore R. Fletcher, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-777
*Raymond D. Frederick, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-778
*Eugene Frederickson, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-779
*Neva S. Freeman, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-780
*Hazel S. Furrow, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-781
*William Garrick, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-782
*Pat Gasser, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-783
*Rosemary Goodman, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-784
*James Gourley v. Alliedsignal, et. al.*, C.A. No. 2:02-785
*Shirley Graves, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-786
*Mary Gray, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-787
*Julia Greene, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-788
*Idell H. Hansen, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-789
*Reeta Hansen, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-790
*Kenneth D. Hansen, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-791

**MDL-875 Schedule A (Continued)**

<ins>District of Utah</ins> (Continued)

*Wilford W. Harris, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-792
*Pearl Janet Heaps, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-793
*Judy R. Hill, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-794
*Larve Y. Hone, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-795
*Rebecca Howa, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-796
*Sharon L. Howell, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-797
*Vonda E. Jensen, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-798
*Stanley E. Jensen, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-799
*Ella Mae Johnson, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-800
*Jay Johnson, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-801
*Robert B. Johnson, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-802
*Don M. Jones v. Alliedsignal, et. al.*, C.A. No. 2:02-803
*Marlen Jones, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-804
*Ted C. Jones, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-805
*Robert Kemp, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-806
*Harold Knuteson, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-807
*Kenneth Kocherhans, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-808
*John Kolan, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-809
*Fern A. Lemmon, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-810
*Morris Lewellyn, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-811
*Rulon R. Lewis, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-812
*Stephen Marshall, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-813
*Thora H. Martinez, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-814
*Mae Martinez, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-815
*Larry Est McArthur v. Alliedsignal, et. al.*, C.A. No. 2:02-816
*Peggy McConnell, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-817
*John McKinnon v. Alliedsignal, et. al.*, C.A. No. 2:02-818
*Priscilla Mecham, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-819
*Keith R. Mecham, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-820
*William F. Merrick, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-821
*Jessie Joe Miller v. Alliedsignal, et. al.*, C.A. No. 2:02-822
*Richard E. Moore, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-823
*Rosann M. Nedesky, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-824
*Leuana Nelson, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-825
*George Est Nelson v. Alliedsignal, et. al.*, C.A. No. 2:02-826
*Jolene Nelson, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-827
*Ray Nelson, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-828
*Tietjen Openshaw, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-829
*Leudell Est Orr, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-830
*CD Est Oryall, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-831

**MDL-875 Schedule A (Continued)**

### District of Utah (Continued)

*Wanda M. Pace, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-832
*Virginia Parker, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-833
*Warren Parker, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-834
*Rudy Perez, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-835
*Kay L. Peterson, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-836
*Ralph W. Porter, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-837
*Terry Poulsen, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-838
*Louise Rasmussen, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-839
*Manasseh Rasmussen, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-840
*Mildred Ratos, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-841
*Don Reeves, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-842
*Paul M. Reid, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-843
*William Blaine Richan, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-844
*Reva Robison, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-845
*Glenda Saxey, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-846
*Wanda Sessions, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-847
*Marie Y. Shepherd, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-848
*James Slick, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-849
*Glen Smith, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-850
*Marilyn Spencer, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-851
*Larry L. Stanton, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-852
*Lester Est Stott, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-853
*Ted S. Strong, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-854
*Edwin Taylor, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-855
*Jack Taylor v. Alliedsignal, et. al.*, C.A. No. 2:02-856
*Raymond Taylor v. Alliedsignal, et. al.*, C.A. No. 2:02-857
*Merlyn Tomlinson, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-858
*Elizabeth Turpin, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-859
*Kathryn Tuttle, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-860
*Maria Vest, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-861
*Michael F. Vincent, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-862
*Louis Vosnos v. Alliedsignal, et. al.*, C.A. No. 2:02-863
*Steve Vosnos v. Alliedsignal, et. al.*, C.A. No. 2:02-864
*Dorothy Walker, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-865
*Kenneth S. Watkins, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-866
*Kenneth Webb, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-867
*James Est Weeks v. Alliedsignal, et. al.*, C.A. No. 2:02-868
*Ross Weyland, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-869
*Richard J. Williams, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-870
*Glen Zahler, et. al. v. Alliedsignal, et. al.*, C.A. No. 2:02-871