<a>

**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 13 2002

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) : : x | |
| This Document Relates to: : | CIVIL ACTION NO. MDL 875 |
| Law Firm of Lane & Gossett : | |
| United States District Court Southern District of Georgia : | |
| HEARD ~~SMITH~~, No. CV 298-180 WOOD, No. CV 294-008 HICKOX, No. CV 590-275 AMMONS, No. CV 590-251 HILTON, No. CV 590-252 CRYDER, No. CV 590-253 GRAY, No. CV 590-254 KIMBRELL, No. CV 590-255 WILLIAMS, No. CV 590-256 : | |
| [In the event any of the above-listed cases are multiple plaintiff (victim) actions, this transfer is for the above-named party only, or said party's representative, and any spousal or dependent actions.] : : : : : x | |

### SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Southern District of Georgia, and the Court having reviewed these cases and having had settlement conferences with the parties, and now believing that such motion is appropriate.

IMAGED DEC 15 '02

MDL- 875

RECOMMENDED ACTION

CRO - 9 actions GAS

Approved/Date: ___ 11/17

**OFFICIAL FILE COPY**

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from these cases and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matters should be REMANDED to the United States District Court for the Southern District of Georgia for such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 11/1/2002

_____
Charles   R.   Weiner            J.