JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

**DEC. 16, 2002**

MICHAEL J. BECK
CLERK OF THE PANEL

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, MOREY L. SEAR, BRUCE M. SELYA, JULIA SMITH GIBBONS, D. LOWELL JENSEN AND J. FREDERICK MOTZ, JUDGES OF THE PANEL*

## HEARING SESSION ORDER

IT IS ORDERED that on January 28, 2003, a hearing session will be held in Los Angeles, California, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

IMAGED DEC 17 '02

SCHEDULE OF MATTERS FOR HEARING SESSION
January 28, 2003 -- Los Angeles, California


**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**


<u>MDL-1451 -- In re Capital One Bank Credit Card Terms Litigation</u>

Opposition of plaintiffs Jautassa Nelson, et al., and defendants Capital One Bank and Capital One Financial Corporation to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Northern District of California:

<u>Central District of California</u>

*Jautassa Nelson, et al. v. Capital One Bank, et al.*, C.A. No. 2:02-3510 (N.D. California, C.A. No. 3:01-79)


<u>MDL-1503 -- In re Advanced Investment Management, L.P., Pension Fund Management Litigation</u>

Motion of defendants Advanced Investment Management, L.P.; Advanced Investment Management Acquisition Corporation; Advanced Investment Management, Inc.; Jeff Thomas Allen; William Thomas Belko; John Raymond Niedenberger, Jr.; and James Barlow Smith for centralization of the following actions in the United States District Court for the Western District of Pennsylvania:

<u>Central District of California</u>

*San Bernardino County Employees' Retirement Association v. Advanced Investment Management, Inc., et al.*, C.A. No. 5:02-950

Scheduled of Matters for Hearing Session, Section A                    p. 2
Los Angeles, California

MDL-1503 (Continued)

### District of Minnesota

*Minneapolis Teachers' Retirement Fund Association v. Advanced Investment Management, L.P., et al.*, C.A. No. 0:02-2886
*Minneapolis Employees Retirement Fund v. Advanced Investment Management, L.P., et al.*, C.A. No. 0:02-3546

### Southern District of Ohio

*Catholic Healthcare Partners, et al. v. Advanced Investment Management, L.P., et al*, C.A. No. 1:02-578

### MDL-1504 -- In re U-Haul International, Inc., Moving Equipment Rental Antitrust Litigation

Motion of plaintiffs Diana L. Day, et al., for centralization of the following actions in the United States District Court for the Southern District of Florida:

### Southern District of California

*Nick Ceh v. U-Haul International, Inc.*, C.A. No. 3:02-1977

### Southern District of Florida

*D. L. Day, et al. v. U-Haul International, Inc.*, C.A. No. 9:02-80689

Scheduled of Matters for Hearing Session, Section A                         p. 3
Los Angeles, California


MDL-1505 -- In re Cardiac Devices Qui Tam Litigation

Motion of plaintiff United States of America and relator Kevin D. Cosens for centralization of the following actions in the United States District Court for the Western District of Washington:


Central District of California

*United States ex rel. Kevin D. Cosens, et al. v. Cedars-Sinai Medical Center*,
   C.A. No. 2:02-3264
*United States ex rel. Kevin D. Cosens, et al. v. Hospital of Good Samaritan*,
   C.A. No. 2:02-6152
*United States ex rel. Kevin D. Cosens, et al. v. Loma Linda University Medical Center*,
   C.A. No. 2:02-6153

Northern District of California

*United States ex rel. Kevin D. Cosens, et al. v. Stanford University*, C.A. No. 3:99-4121

District of Connecticut

*United States ex rel. Kevin D. Cosens, et al. v. Yale-New Haven Hospital*,
   C.A. No. 3:00-688

District of District of Columbia

*United States ex rel. Kevin D. Cosens, et al. v. Washington Hospital Center*,
   C.A. No. 1:02-812

Middle District of Florida

*United States ex rel. Kevin D. Cosens, et al. v. Lee Memorial Hospital*,
   C.A. No. 2:02-227
*United States ex rel. Kevin D. Cosens, et al. v. Florida Hospital Medical Center*,
   C.A. No. 6:02-452
*United States ex rel. Kevin D. Cosens, et al. v. Orlando Regional Medical Center*,
   C.A. No. 6:02-543

Scheduled of Matters for Hearing Session, Section A
Los Angeles, California

p. 4

MDL-1505 (Continued)

### Northern District of Georgia

*United States ex rel. Kevin D. Cosens, et al. v. Crawford Long Hospital of Emory
   University, et al.*, C.A. No. 1:02-1011
*United States ex rel. Kevin D. Cosens, et al. v. St. Joseph's Hospital of Atlanta*,
   C.A. No. 1:02-2368

### Northern District of Illinois

*United States ex rel. Kevin D. Cosens, et al. v. Northwestern Memorial Hospital*,
   C.A. No. 1:02-2985
*United States ex rel. Kevin D. Cosens, et al. v. Foster G. McGraw Hospital*,
   C.A. No. 1:02-2986

### Southern District of Indiana

*United States ex rel. Kevin D. Cosens, et al. v. Methodist Hospital of Indiana*,
   C.A. No. 1:02-1419
*United States ex rel. Kevin D. Cosens, et al. v. St. Vincent Hospital and Health Care
   Center*, C.A. No. 1:02-1420

### District of Maryland

*United States ex rel. Kevin D. Cosens, et al. v. Johns Hopkins Hospital*,
   C.A. No. 1:02-3234

### District of Massachusetts

*United States ex rel. Kevin D. Cosens, et al. v. Massachusetts General Hospital, et al.*,
   C.A. No. 1:02-11306
*United States ex rel. Kevin D. Cosens, et al. v. Lahey Clinic Hospital, Inc.*,
   C.A. No. 1:02-11307

Scheduled of Matters for Hearing Session, Section A                     p. 5
Los Angeles, California


MDL-1505 (Continued)


      Eastern District of Michigan

*United States ex rel. Kevin D. Cosens, et al. v. William Beaumont Hospital,*
   C.A. No. 2:02-73754
*United States ex rel. Kevin D. Cosens, et al. v. St. Joseph Mercy Hospital,*
   C.A. No. 2:02-73946
*United States ex rel. Kevin D. Cosens, et al. v. Harper Hospital,* C.A. No. 2:02-74025


      Eastern District of Missouri

*United States ex rel. Kevin D. Cosens, et al. v. St. Louis University Hospital,*
   C.A. No. 4:02-1390
*United States ex rel. Kevin D. Cosens, et al. v. Jewish Hospital of St. Louis,*
   C.A. No. 4:02-1391


      Eastern District of New York

*United States ex rel. Kevin D. Cosens, et al. v. St. Francis Hospital, Roslyn,*
   C.A. No. 2:02-2324


      Southern District of New York

*United States ex rel. Kevin D. Cosens, et al. v. Montefiore Medical Center,*
   C.A. No. 1:02-7768


      Middle District of North Carolina

*United States ex rel. Kevin D. Cosens, et al. v. Duke University Medical Center,*
   C.A. No. 1:99-746


      Northern District of Ohio

*United States ex rel. Kevin D. Cosens, et al. v. [Sealed], et al.,* C.A. No. 1:99-2162

Scheduled of Matters for Hearing Session, Section A                      p. 6
Los Angeles, California

MDL-1505 (Continued)

### District of Oregon

*United States ex rel. Kevin D. Cosens, et al. v. Good Samaritan Hospital and Medical
    Center*, C.A. No. 3:02-1251
*United States ex rel. Kevin D. Cosens, et al. v. St. Vincent Hospital and Medical Center*,
    C.A. No. 3:02-1259

### Eastern District of Pennsylvania

*United States ex rel. Kevin D. Cosens, et al. v. Hospital of the University of
    Pennsylvania, et al.*, C.A. No. 2:02-7297

### Middle District of Tennessee

*United States ex rel. Kevin D. Cosens, et al. v. St. Thomas Hospital*, C.A. No. 3:02-885

### Western District of Tennessee

*United States ex rel. Kevin D. Cosens, et al. v. [Sealed]*, C.A. No. 2:02-2719

### Northern District of Texas

*United States ex rel. Kevin D. Cosens, et al. v. Baylor University Medical Center*,
    C.A. No. 3:02-2001
*United States ex rel. Kevin D. Cosens, et al. v. Methodist Hospital, Lubbock, Texas*,
    C.A. No. 5:02-239

### Southern District of Texas

*United States ex rel. Kevin D. Cosens, et al. v. The Methodist Hospital, et al.*,
    C.A. No. 4:02-1449

### Eastern District of Virginia

*United States ex rel. Kevin D. Cosens, et al. v. Sentara Norfolk General Hospital*,
    C.A. No. 2:02-727

MDL-1505 (Continued)

### Eastern District of Washington

*United States ex rel. Kevin D. Cosens, et al. v. Sacred Heart Medical Center, et al.*,
   C.A. No. 2:02-127

### Western District of Washington

*United States ex rel. Kevin D. Cosens, et al. v. Providence Medical Center*,
   C.A. No. 2:94-474

### Eastern District of Wisconsin

*United States ex rel. Kevin D. Cosens, et al. v. St. Luke's Medical Center, Inc., et al.*,
   C.A. No. 2:02-901

### MDL-1506 -- In re Charter Communications, Inc., Securities Litigation

Motion of defendants Charter Communications, Inc.; Carl E. Vogel; and Kent D. Kalkwarf for centralization of the following actions in the United States District Court for the Eastern District of Missouri:

### Central District of California

*Mytien Ngo v. Charter Communications, Inc., et al.*, C.A. No. 2:02-6004
*David Birnbaum v. Charter Communications, Inc., et al.*, C.A. No. 2:02-6116
*Fred B. Storey v. Charter Communications, Inc., et al.*, C.A. No. 2:02-6283
*Patricia Morrow v. Charter Communications, Inc., et al.*, C.A. No. 2:02-6297

### District of District of Columbia

*Evelyn Gadol v. Charter Communications, Inc., et al.*, C.A. No. 1:02-1714

Scheduled of Matters for Hearing Session, Section A                          p. 8
Los Angeles, California

MDL-1506 (Continued)

### Southern District of Illinois

*George Pike v. Charter Communications, Inc., et al.*, C.A. No. 3:02-947

### Eastern District of Missouri

*Carmen Rodgriguez, et al. v. Charter Communications, Inc., et al.*, C.A. No. 4:02-1186
*Andrew Budman, et al. v. Charter Communications, Inc., et al.*, C.A. No. 4:02-1197
*Jill D. Martin v. Charter Communications, Inc., et al.*, C.A. No. 4:02-1214
*James L. Gessford v. Charter Communications, Inc., et al.*, C.A. No. 4:02-1233
*Lee Posner v. Charter Communications, Inc., et al.*, C.A. No. 4:02-1357
*Laurence E. Balfus v. Charter Communications, Inc., et al.*, C.A. No. 4:02-1377
*John Dortch v. Charter Communications, Inc., et al.*, C.A. No. 4:02-1381
*Stoneridge Investment Partners, LLP v. Charter Communications, Inc., et al.*,
      C.A. No. 4:02-1478

## MDL-1507 -- In re Prempro Products Liability Litigation

Motion of plaintiffs Gayle Lewers, et al.; Sharon Cook, et al.; Manuela Favela; Janice Szabo, et al.; and Jane Krznaric for centralization of the following actions in the United States District Court for the Central District of California:

### Eastern District of Arkansas

*Sharon Cook, et al. v. Wyeth Inc., et* al., C.A. No. 4:02-529

### Central District of California

*Manuela Favela v. Wyeth, Inc., et al.*, C.A. No. 2:02-5893
*Janice Szabo, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:02-7628
*Jane Krznaric v. Wyeth, Inc., et al.*, C.A. No. 2:02-7692

MDL-1507 (Continued)

### Northern District of Illinois

*Gayle Lewers, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:02-4970

### Middle District of Louisiana

*Trudie Attuso, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:02-852

## MDL-1508 -- In re Medco Health Solutions, Inc., Pharmacy Benefits Management Litigation

Motion of defendants Medco Health Solutions, Inc., and Merck & Company, Inc., for centralization of the following actions in the United States District Court for the Southern District of New York:

### Northern District of California

*Frank Steve McMillan, et al. v. Merck-Medco Managed Care, L.L.C., et al.*,
   C.A. No. 3:01-4513
*David J. Gibson, etc. v. Medco Health Solutions, Inc., et al.*, C.A. No. 3:02-5038

### Southern District of California

*Adam Miles, etc. v. Merck-Medco Managed Care, L.L.C., et al.*, C.A. No. 3:02-1476

### Southern District of New York

*Genia Gruer, et al. v. Merck-Medco Managed Care, L.L.C., et al.*, C.A. No. 7:97-9167
*Walter J. Green, Jr. v. Merck-Medco Managed Care, L.L.C.*, C.A. No. 7:98-847
*Mildred Bellow v. Merck-Medco Managed Care, L.L.C.*, C.A. No. 7:98-4763
*Marissa Janazzo, etc. v. Merck-Medco Managed Care, L.L.C., et al.*, C.A. No. 7:99-4067
*Harry J. Blumenthal, Jr., et al. v. Merck-Medco Managed Care, L.L.C., et al.*,
   C.A. No. 7:99-4970
*Elizabeth O'Hare v. Merck-Medco Managed Care, L.L.C.*, C.A. No. 7:01-3805
*Betty Jo Jones, etc. v. Merck-Medco Managed Care, L.L.C., et al.*, C.A. No. 7:02-8799

Scheduled of Matters for Hearing Session, Section A                    p. 10
Los Angeles, California

MDL-1509 -- In re Personalized Media Communications, L.L.C., Patent Litigation

Motion of defendants Scientific-Atlanta, Inc., and PowerTV, Inc., for centralization of the following actions in the United States District Court for the District of Delaware:

District of Delaware

*Pegasus Development Corp., et al. v. DirecTV, Inc., et al.*, C.A. No. 1:00-1020

Northern District of Georgia

*Personalized Media Communications, L.L.C. v. Scientific-Atlanta, Inc., et al.*, C.A. No. 1:02-824

MDL-1510 -- In re Daewoo Motor Co., Ltd., Dealerships Litigation

Motion of defendant General Motors Corporation and certain plaintiff Daewoo Dealers for centralization of the following actions in the United States District Court for the Middle District of Florida:

Central District of California

*Liberty Motors, Inc. v. Daewoo Motor Co., et al.*, Bky. Advy. No. 2:02-2623
*Enterprise Automotive Group I, et al. v. Daewoo Motor America, Inc., et al.*, C.A. No. 2:02-6006
*Sullivan Daewoo, et al. v. Daewoo Motor America, Inc.*, C.A. No. 2:02-6187

Middle District of Florida

*HDWP, Inc. v. General Motors Corp.*, C.A. No. 6:02-969

Western District of Pennsylvania

*Dodge City, Inc. v. General Motors Corp.*, C.A. No. 2:02-1532

Southern District of Texas

*Archer Motor Sales Corp. v. General Motors Corp.*, C.A. No. 4:02-3467

MDL-1511 -- In re Xcel Energy, Inc., Securities, Derivative & "ERISA" Litigation

Motion of defendant Xcel Energy, Inc., and fifteen individual related defendants for centralization of the following actions in the United States District Court for the District of Minnesota:

### District of Colorado

*Donald Newcome, et al. v. Xcel Energy, Inc., et al.*, C.A. No. 1:02-1829
*Gene Barday, Jr. v. Xcel Energy, Inc., et al.*, C.A. No. 1:02-1932

### District of Minnesota

*Max Bruckner, et al. v. Xcel Energy, Inc., et al.*, C.A. No. 0:02-2677
*Jonathan Miller v. Xcel Energy, Inc., et al.*, C.A. No. 0:02-2774
*Sayers Investment Partners, et al. v. Xcel Energy, Inc., et al.*, C.A. No. 0:02-2787
*Francis John Pease v. Xcel Energy, Inc., et al.*, C.A. No. 0:02-2832
*Norma Kegg v. Xcel Energy, Inc., et al.*, C.A. No. 0:02-2889
*Eastside Holdings, Ltd. v. Xcel Energy, Inc., et al.*, C.A. No. 0:02-2921
*Edith Gottlieb v. Xcel Energy, Inc., et al.*, C.A. No. 0:02-2931
*James G. Thomas, etc. v. Xcel Energy, Inc., et al.*, C.A. No. 0:02-2933
*Glen R. Laws v. Xcel Energy, Inc., et al.*, C.A. No. 0:02-3053
*Chips Investments Limited Partnership v. Xcel Energy, Inc., et al.*, C.A. No. 0:02-3508
*William Potter v. Xcel Energy, Inc., et al.*, C.A. No. 0:02-3574
*Dorothy Potash v. Xcel Energy, Inc., et al.*, C.A. No. 0:02-3715
*Catholic Workman v. Xcel Energy, Inc., et al.*, C.A. No. 0:02-3755
*Eliot B. Gersten v. Xcel Energy, Inc., et al.*, C.A. No. 0:02-3798

MDL-1512 -- In re Electronic Data Systems Corp. Securities & "ERISA" Litigation

Motion, as amended, of defendant Electronic Data Systems Corporation and thirteen individual defendants for centralization of the following actions in the United States District Court for the Eastern District of Texas:

Southern District of New York

*Jennifer J. Fadem v. Electronic Data Systems Corp., et al.*, C.A. No. 1:02-7738
*Henry Spitzer v. Electronic Data Systems Corp., et al.*, C.A. No. 1:02-7852
*Samuel Zaks v. Electronic Data Systems Corp., et al.*, C.A. No. 1:02-7970
*Vladimir Spira, M.D. v. Electronic Data Systems Corp., et al.*, C.A. No. 1:02-7997
*Stephen A. Goldberg v. Electronic Data Systems Corp., et al.*, C.A. No. 1:02-8332

Eastern District of Texas

*Barry Family, LP v. Electronic Data Systems Corp., et al.*, C.A. No. 4:02-300
*John Braun, et al. v. Electronic Data Systems Corp., et al.*, C.A. No. 4:02-304
*Stephen M. Harnik, etc. v. Electronic Data Systems Corp., et al.*, C.A. No. 4:02-308
*Bridgewater Partners v. Electronic Data Systems Corp., et al.*, C.A. No. 4:02-310
*Glen W. Vanderwarter v. Electronic Data Systems Corp., et al.*, C.A. No. 4:02-314
*Lief Thorne-Thomsen v. Electronic Data Systems Corp., et al.*, C.A. No. 4:02-321
*John J. Britt, Jr. v. Electronic Data Systems Corp., et al.*, C.A. No. 4:02-322
*Stanley Sved v. Electronic Data Systems Corp., et al.*, C.A. No. 4:02-323
*Haddon Zia v. Electronic Data Systems Corp., et al.*, C.A. No. 4:02-329
*William J. Kluemper v. Electronic Data Systems Corp., et al.*, C.A. No. 4:02-331
*John McLoughlin v. Electronic Data Systems Corp., et al.*, C.A. No. 4:02-335
*Stanton Discount Pharmacy, Inc. v. Electronic Data Systems Corp., et al.*,
  C.A. No. 4:02-336
*Richard Langbecker v. Electronic Data Systems Corp., et al.*, C.A. No. 4:02-346
*Douglas B. Vanderlip v. Electronic Data Systems Corp., et al.*, C.A. No. 4:02-356
*Jennifer Chana Fink v. Electronic Data Systems Corp., et al.*, C.A. No. 4:02-365
*Jeffrey Smith v. Electronic Data Systems Corp., et al.*, C.A. No. 4:02-368
*Larry Florer v. Electronic Data Systems Corp., et al.*, C.A. No. 4:02-371
*Michael Feder v. Electronic Data Systems Corp., et al.*, C.A. No. 5:02-207
*Mayer Horwitz, et al. v. Electronic Data Systems Corp., et al.*, C.A. No. 5:02-232
*Gregory R. Miller v. Electronic Data Systems Corp., et al.*, C.A. No. 5:02-233
*Craig Thompson v. Electronic Data Systems Corp., et al.*, C.A. No. 5:02-248

MDL-1513 -- In re Wireless Telephone Services Antitrust Litigation

Motion of defendants AT&T Wireless Services, Inc.; Sprint Spectrum, L.P.; and Voicestream Wireless Corporation for centralization of the following actions in the United States District Court for the Southern District of New York:

Northern District of California

*Paula Truong, et al. v. AT&T Wireless PCS, LLC, et al.*, C.A. No. 3:02-4580

Northern District of Illinois

*Stephen T. Beeler, et al. v. AT&T Cellular Services, Inc., et al.*, C.A. No. 1:02-6975

District of Massachusetts

*Andrew Millen, et al. v. AT&T Wireless PCS, LLC, et al.*, C.A. No. 1:02-11689

Southern District of New York

*Wireless Consumers Alliance, Inc., et al. v. AT&T Cellular Services, Inc., et al.*, C.A. No. 1:02-2637

Southern District of Texas

*Ana Morales, et al. v. AT&T Wireless PCS, et al.*, C.A. No. 5:02-120

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL-381 -- In re "Agent Orange" Products Liability Litigation

Oppositions of plaintiffs Vickey S. Garncarz, etc., and J. Michael Twinam to transfer of their respective following actions to the United States District Court for the Eastern District of New York:

### Northern District of Illinois

*Vickey S. Garncarz, etc. v. Dow Chemical Co., et al.*, C.A. No. 1:02-5977

### Northern District of New York

*J. Michael Twinam v. Dow Chemical Co., et al.*, C.A. No. 1:02-1289

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

### Southern District of Mississippi

*Lucille W. Evers, et. al. v. AC&S, et. al.*, C.A. No. 1:02-708
*Pauline Addison, et. al. v. A.O. Smith, et. al.*, C.A. No. 1:02-724
*Dorothy Baldwin, et. al. v. A.O. Smith, et. al.*, C.A. No. 1:02-725
*Joe E. Bailey, et. al. v. A.O. Smith, et. al.*, C.A. No. 1:02-726
*Percy Barnes, et. al. v. A.O. Smith, et. al.*, C.A. No. 1:02-727
*Nettie Adkins, et. al. v. A.O. Smith, et. al.*, C.A. No. 1:02-728
*James E. Barfield, et. al. v. A.O. Smith, et. al.*, C.A. No. 1:02-729
*Katie Avery, et. al. v. A.O. Smith, et. al.*, C.A. No. 1:02-731
*Calvin Buckley, et. al. v. A.O. Smith, et. al.*, C.A. No. 1:02-733
*Jimmy Barber, et. al. v. A.O. Smith, et. al.*, C.A. No. 1:02-734

Schedule of Matters for Hearing Session, Section B                    p. 15
Los Angeles, California

## MDL-986 -- In re "Factor VIII or IX Concentrate Blood Products" Products Liability Litigation

Opposition of defendants Bayer Corporation; Baxter Healthcare Corporation; Rhone-Poulenc Rorer, Inc.; and Alpha Therapeutic Corporation to remand of the following action to the United States District Court for the Eastern District of New York:

### Northern District of Illinois

*A.M. v. Rhone-Poulenc Rorer, Inc., et al.*, C.A. No. 1:02-6404 (E.D. New York, C.A. No. 1:02-3479)

## MDL-1023 -- In re NASDAQ Market-Maker Antitrust and Securities Litigation

Motion of defendants Morgan Stanley & Company International Ltd.; Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch & Company to transfer the following action to the United States District Court for the Southern District of New York:

### Middle District of Georgia

*John Genins v. Morgan Stanley & Co., Inc., et al.*, C.A. No. 3:02-57

## MDL-1061 -- In re Prudential Insurance Company of America Sales Practices Litigation

Oppositions of plaintiffs Lawrence P. Peck and William E. Ermlich to transfer of their respective following actions to the United States District Court for the District of New Jersey:

### District of Hawaii

*Lawrence P. Peck v. Prudential Insurance Co. of America*, C.A. No. 1:02-645

### Northern District of New York

*William E. Ermlich v. Prudential Insurance Co. of America*, C.A. No. 3:02-1060

Schedule of Matters for Hearing Session, Section B
Los Angeles, California

p. 16

## MDL-1096 -- In re Crown Life Insurance Company Premium Litigation

Oppositions of plaintiffs Chun-Chiao Tsen, et al., and Barry Braunstein, et al., to transfer of their respective following actions to the United States District Court for the Southern District of Texas:

### Central District of California

*Chun-Chiao Tsen, et al. v. Crown Life Insurance Co., et al.*, C.A. No. 2:02-8087

### Southern District of New York

*Barry Braunstein, et al. v. American Crown Life Insurance Co., et al.*,
C.A. No. 1:02-2830

## MDL-1122 -- In re Jackson National Life Insurance Company Premium Litigation

Oppositions of plaintiffs James E. Bolin, et al., and defendant Pittman Edwards to transfer of the following action to the United States District Court for the Western District of Michigan:

### Northern District of Mississippi

*James E. Bolin, et al. v. Jackson National Life Insurance Co., et al.*, C.A. No. 2:02-204

## MDL-1143 -- In re Mutual Life Insurance Company of New York Premium Litigation

Opposition of plaintiffs M&A Electric Co., Inc., et al., to transfer of the following action to the United States District Court for the District of Massachusetts:

### Northern District of Alabama

*M&A Electric Co., Inc., et al. v. MONY Life Insurance Co. of America*,
C.A. No. 2:02-1824

Schedule of Matters for Hearing Session, Section B                    p. 17
Los Angeles, California


MDL-1148 -- In re Latex Gloves Products Liability Litigation

Opposition of plaintiffs Cynthia Oldenburg, et al., to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:


Western District of Missouri

*Cynthia Oldenburg, et al. v. Robert C. Patterson, et al.,* C.A. No. 4:02-862


MDL-1199 -- In re Ford Motor Company/Citibank N.A. Cardholder Rebate Program Litigation

Motion of defendants Citibank (South Dakota), N.A., and Ford Motor Company to remand, under 28 U.S.C. § 1407(a), the following actions from the United States District Court for the Western District of Washington to their respective transferor courts:


Western District of Washington

*Ricky A. Copeland v. Ford Motor Co.,* C.A. No. 2:98-817 (N.D. Alabama,
  C.A. No. 7:97-2666)
*John La Grou v. Ford Motor Co.,* C.A. No. 2:98-226 (C.D. California,
  C.A. No. 2:97-9198)
*John McCauley v. Ford Motor Co., et al.,* C.A. No. 2:98-151 (N.D. Illinois,
  C.A. No. 1:97-5627)
*Gerald Essig, et al. v. Ford Motor Co.,* C.A. No. 2:98-152 (E.D. New York,
  C.A. No. 1:97-4648)
*Jeffrey Scott Merrick v. Ford Motor Co., et al.,* C.A. No. 2:98-153 (D. Oregon,
  C.A. No. 3:97-1186)

Schedule of Matters for Hearing Session, Section B
Los Angeles, California

MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products
         Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United
States District Court for the Eastern District of Pennsylvania:

Middle District of Alabama

*Loretta Ferrelll v. Wyeth, et al.*, C.A. No. 2:02-1072

Eastern District of Arkansas

*Tina Hudspeth v. Wyeth, et al.*, C.A. No. 3:02-308

Middle District of Florida

*Kathleen Ohrn, et al. v. Wyeth-Ayerst Laboratories Co., et al.*, C.A. No. 8:02-1562

Northern District of Georgia

*Richard L. Stewart, et al. v. American Home Products Corp., et al.*, C.A. No. 1:02-2305
*Helen Washington, et al. v. American Home Products Corp., et al.*, C.A. No. 1:02-2567

District of Idaho

*Donna Heimback, et al. v. A.H. Robins Co., et al.*, C.A. No. 1:02-347
*Helen Marie Trautman, et al. v. American Home Products Corp., et al.*,
   C.A. No. 3:02-348

District of Maryland

*Gayle Moore, et al. v. Wyeth-Ayerst Laboratories, et al.*, C.A. No. 1:02-2961

Northern District of Mississippi

*Cyndi Chrestman, et al. v. American Home Products Corp., et al.*, C.A. No. 2:02-203
*Gladys Williamson, et al. v. American Home Products Corp., et al.*, C.A. No. 4:02-219

Schedule of Matters for Hearing Session, Section B                         p. 19
Los Angeles, California


MDL-1203 (Continued)


     Southern District of Mississippi

*Reatha Barnett, et al. v. American Home Products Corp., et al.*, C.A. No. 2:02-742

     Eastern District of Oklahoma

*Callie Haggard v. Wyeth, et al.*, C.A. No. 6:02-446

     Western District of Oklahoma

*Sharon Marie McKee v. Wyeth, et al.*, C.A. No. 5:02-1119
*Karen Moseley v. Wyeth, et al.*, C.A. No. 5:02-1120

     Northern District of Texas

*Nettie Schroeder v. Wyeth-Ayerst Laboratories, et al.*, C.A. No. 4:02-547

     Southern District of Texas

*Jeanne Clarson v. Mark Douglas Francis, M.D., et al.*, C.A. No. 4:02-3033

     District of Utah

*Fred Stanger, et al. v. American Home Products Corp., et al.*, C.A. No. 1:02-110
*Patty Long v. American Home Products Corp., et al.*, C.A. No. 2:02-972
*Valorie Haslam v. American Home Products Corp., et al.*, C.A. No. 2:02-1001
*Dorothy Jensen v. American Home Products Corp., et al.*, C.A. No. 2:02-1002

Schedule of Matters for Hearing Session, Section B                          p. 20
Los Angeles, California

MDL-1214 -- In re Great Southern Life Insurance Company Sales Practices Litigation

 Motion of defendant Great Southern Life Insurance Company to transfer the following
action to the United States District Court for the Northern District of Texas:

 District of New Mexico

 *Caroline M. Barr v. Great Southern Life Insurance Co., et al.*, C.A. No. 1:02-1282

MDL-1334 -- In re Managed Care Litigation

 Opposition of plaintiff Magellan Medical Corporation to transfer of the following action
to the United States District Court for the Southern District of Florida:

 Central District of California

 *Magellan Medical Corp. v. Aetna Life Insurance Co., et al.*, C.A. No. 2:01-3593

MDL-1337 -- In re Holocaust Era German Industry, Bank & Insurance Litigation

 Opposition of plaintiff Ursula Ungaro-Benages to transfer of the following action to the
United States District Court for the District of New Jersey:

 Southern District of Florida

 *Ursula Ungaro-Benages v. Dresdner Bank AG, et al.*, C.A. No. 1:01-2547

Schedule of Matters for Hearing Session, Section B                    p. 21
Los Angeles, California

MDL-1348 -- In re Rezulin Products Liability Litigation

    Oppositions of plaintiffs and defendant John P. Koren, M.D., to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### Northern District of Illinois

*Claudine Brissett, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:02-6061
*Essie Jones v. Pfizer, Inc., et al.*, C.A. No. 1:02-6063

### Northern District of Mississippi

*Rodney Taylor, etc. v. Warner-Lambert Co., et al.*, C.A. No. 2:02-208

### Southern District of Mississippi

*Mary P. Gray, et. al. v. Warner-Lambert Co., et. al.*, C.A. No. 2:02-576
*Gloria Pittman, etc. v. Warner-Lambert Co., et al.*, C.A. No. 3:02-1504

### District of Nevada

*Charles Bruggenwirth, et al. v. Warner-Lambert Co., et al.*, C.A. No. 2:02-314
*Gary Leonard v. Warner-Lambert Co., et al.*, C.A. No. 2:02-321
*Clayton E. Alvey, Jr. v. Warner-Lambert Co., et al.*, C.A. No. 2:02-330
*Jean Belden v. Warner-Lambert Co., et al.*, C.A. No. 2:02-336
*Stanley Kerner, et al. v. Warner-Lambert Co., et al.*, C.A. No. 2:02-337
*Jan Kopper v. Warner-Lambert Co., et al.*, C.A. No. 2:02-340
*Shonnette Wilson v. Warner-Lambert Co., et al.*, C.A. No. 2:02-341
*Martin Bernard Bloom, et al. v. Warner-Lambert Co., et al.*, C.A. No. 2:02-440
*J. L. Doss v. Warner-Lambert Co., et al.*, C.A. No. 2:02-506
*Ernesto Acosta v. Warner-Lambert Co., et al.*, C.A. No. 2:02-520

### District of New Mexico

*Jeanette Leyba v. Pfizer, Inc., et al.*, C.A. No. 1:02-1032
*Joseph Maestas v. Pfizer, Inc., et al.*, C.A. No. 1:02-1188

### Northern District of Ohio

*William E. Cunningham, et al. v. Warner-Lambert Co., et al.*, C.A. No. 4:02-1913

Schedule of Matters for Hearing Session, Section B
Los Angeles, California

p. 22

MDL-1348 (Continued)

### District of South Carolina

*Margaret Vann, etc. v. Parke Davis & Co., Inc., et al.*, C.A. No. 4:02-3346

### Southern District of Texas

*Dianne Gibson v. Warner-Lambert Co., et al.*, C.A. No. 4:02-1312
*Ericka L. Anderson v. Warner-Lambert Co., et al.*, C.A. No. 4:02-1313

## MDL-1355 -- In re Propulsid Products Liability Litigation

Opposition of plaintiffs Shanone M. Coleman, et al., to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

### Northern District of Mississippi

*Shanone M. Coleman, et al. v. Janssen Pharmaceutica, Inc., et al.*, C.A. No. 2:02-171

## MDL-1373 -- In re Bridgestone/Firestone, Inc., Tires Products Liability Litigation

Oppositions of plaintiffs Armando Sanchez Castillo, et al.; David Katz; Shawn McGhie; Josephine Agrella, et al.; Fredy Ortiz; Melvin Stewart, et al.; Mary Brock, etc.; and Hugh L. McKenney, et al., to transfer of their respective following actions to the United States District Court for the Southern District of Indiana:

### District of Arizona

*Armando Sanchez Castillo, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 4:02-406

### Central District of California

*David Katz v. Ford Motor Co.*, C.A. No. 2:02-7149

Schedule of Matters for Hearing Session, Section B                    p. 23
Los Angeles, California


MDL-1373 (Continued)


      Northern District of California

*Shawn McGhie v. Ford Motor Co.*, C.A. No. 3:02-3646

      District of Connecticut

*Josephine Agrella, et al. v. Ford Motor Co.*, C.A. No. 3:02-1453

      Southern District of Florida

*Fredy Ortiz v. Ford Motor Co.*, C.A. No. 1:02-22372

      Central District of Illinois

*Melvin Stewart, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 2:02-2169

      Southern District of Mississippi

*Mary Brock, etc. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 4:02-401

      Southern District of Texas

*Hugh L. McKenney, et al. v. Bridgestone/Firestone North American Tire LLC, et al.*,
C.A. No. 4:02-2594


MDL-1382 -- In re Unitrin, Inc., Industrial Life Insurance Litigation

Opposition of plaintiff Josephine Fleming to transfer of the following action to the United States District Court for the Eastern District of Louisiana:


      Southern District of Mississippi

*Josephine Fleming v. United Insurance Co. of America, et al.*, C.A. No. 5:02-610

Schedule of Matters for Hearing Session, Section B                                          p. 24
Los Angeles, California

MDL-1390 -- In re Life Insurance Co. of Georgia Industrial Life Insurance Litigation

Oppositions of plaintiffs Odessa A. Freightman and Rosie Lee McDonald to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

### Southern District of Mississippi

*Odessa A. Freightman v. Life Insurance Co. of Georgia, et al.*, C.A. No. 1:02-682
*Rosie Lee McDonald v. Life Insurance Co. of Georgia, et al.*, C.A. No. 5:02-606

MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

Oppositions of plaintiffs Eddie Bullock, et al., and Rudy Watts to transfer of their respective following actions to the United States District Court for the Western District of Washington:

### Northern District of Mississippi

*Eddie Bullock, et al. v. Walter Moses, M.D., et al.*, C.A. No. 4:02-214

### Southern District of Mississippi

*Rudy Watts v. Bayer Corp., et al.*, C.A. No. 3:02-1473

MDL-1423 -- In re Cygnus Telecommunications Technology, LLC, Patent Litigation

Oppositions of defendants Interactive Media Technologies, Inc., and Telesys Communications, LLC, to transfer of their respective following actions to the United States District Court for the Northern District of California:

### Southern District of Florida

*Cygnus Telecommunications Technology, LLC v. Interactive Media Technologies, Inc.*, C.A. No. 9:02-80744

Schedule of Matters for Hearing Session, Section B                    p. 25
Los Angeles, California


MDL-1423 (Continued)


### Northern District of Georgia

*Cygnus Telecommunications Technology, LLC v. Telesys Communications, LLC,*
    C.A. No. 1:02-2036


MDL-1429 -- In re American General Life & Accident Insurance Co. Industrial Life Insurance
            Litigation

Opposition of plaintiff Lou Jean Jackson to transfer of the following action to the United
States District Court for the District of South Carolina:


### Southern District of Alabama

*Lou Jean Jackson v. American General Life & Accident Insurance Co., et al.,*
    C.A. No. 2:02-713


MDL-1431 -- In re Baycol Products Liability Litigation

Oppositions of plaintiffs Harold Gene Linzay; B.J. Dufour, et al.; Cindy Dickerson, et al.;
Verlean Toles, et al.; Curtis Coates, et al.; Mary Lynn Bynum, et al.; Alberta Vaughn; Elzenia
Dantzler; and Howard Stringer to transfer of their respective following actions to the United
States District Court for the District of Minnesota:


### Western District of Louisiana

*Harold Gene Linzay v. Bayer AG, et al.,* C.A. No. 3:02-1985
*B.J. Dufour, et al. v. Bayer AG, et al.,* C.A. No. 3:02-1987

### Northern District of Mississippi

*Cindy Dickerson, et al. v. Bayer Corp., et al.,* C.A. No. 1:02-323
*Verlean Toles, et al. v. Bayer Corp., et al.,* C.A. No. 3:02-141
*Curtis Coates, et al. v. Bayer Corp., et al.,* C.A. No. 4:02-221

Schedule of Matters for Hearing Session, Section B                                    p. 26
Los Angeles, California


MDL-1431 (Continued)


### Southern District of Mississippi

*Mary Lynn Bynum, et al. v. Bayer Corp., et al.*, C.A. No. 2:02-716
*Alberta Vaughn v. Bayer Corp., et al.*, C.A. No. 4:02-374
*Elzenia Dantzler v. Bayer Corp., et al.*, C.A. No. 4:02-375

### District of Nevada

*Howard Stringer v. Bayer AG, et al.*, C.A. No. 2:02-1249


## MDL-1437 -- In re McDonald's Corp. Promotional Games Litigation

Opposition of plaintiffs George R. Chandler, et al., to transfer of the following action to the United States District Court for the Northern District of Illinois:

### Middle District of Florida

*George R. Chandler, et al. v. Simon Marketing, Inc., et al.*, C.A. No. 3:02-858


## MDL-1446 -- In re Enron Corp. Securities, Derivative & "ERISA" Litigation

Oppositions of plaintiffs Hudson Soft Co., Ltd., and Wai Chinn to transfer of their respective following actions to the United States District Court for the Southern District of Texas:

### Southern District of New York

*Hudson Soft Co., Ltd. v. Credit Suisse First Boston Corp., et al.*, C.A. No. 1:02-5768

### District of Oregon

*Wai Chinn v. Robert A. Belfer, et al.*, C.A. No. 3:02-1392

## MDL-1456 -- In re Pharmaceutical Industry Average Wholesale Price Litigation

Oppositions of plaintiffs John Rice and Constance Thompson to transfer of their respective following actions to the United States District Court for the District of Massachusetts:

### Northern District of California

*John Rice v. Abbott Laboratories, Inc., et al.*, C.A. No. 3:02-3925
*Constance Thompson v. Abbott Laboratories, Inc., et al.*, C.A. No. 3:02-4450

## MDL-1467 -- In re Tri-State Crematory Litigation

Oppositions of plaintiff Trinity Universal Insurance Company and defendants Turner Funeral Home, Inc.; Robert K. Schrader; Larry T. Dowden; and James M. Turner to transfer of the following action to the United States District Court for the Northern District of Georgia:

### Eastern District of Tennessee

*Trinity Universal Insurance Co. v. Turner Funeral Home, et al.*, C.A. No. 1:02-231

## MDL-1472 -- In re Global Crossing Ltd. Securities & "ERISA" Litigation

Oppositions of plaintiffs Roy L. Olofson; Keith Beightol; John Frank Clark; Randal Simonetti, et al.; and Donna Reeves-Collins, et al., to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### Central District of California

*Roy L. Olofson v. Gary C. Winnick, et al.*, C.A. No. 2:02-4766

### Southern District of Mississippi

*Keith Beightol v. UBS PaineWebber Inc., et al.*, C.A. No. 4:02-280
*John Frank Clark v. UBS PaineWebber Inc., et al.*, C.A. No. 4:02-281

Schedule of Matters for Hearing Session, Section B
Los Angeles, California

p. 28

MDL-1472 (Continued)

### Western District of New York

*Randal Simonetti, et al. v. Joseph Perrone, et al.*, C.A. No. 6:02-6129
*Donna Reeves-Collins, et al. v. Gary Winnick, et al.*, C.A. No. 6:02-6376

### MDL-1481 -- In re Meridia Products Liability Litigation

Oppositions of plaintiffs Nataschus Johnson and Mary Bracero to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:

### Middle District of Alabama

*Nataschus Johnson v. Knoll Pharmaceutical Co., et al.*, C.A. No. 2:02-702

### District of New Jersey

*Mary Bracero v. Abbott Laboratories Corp., et al.*, C.A. No. 2:02-3494

### MDL-1484 -- In re Merrill Lynch & Co., Inc., Research Reports Securities Litigation

Oppositions of plaintiffs David C. Kirkpatrick; William H. Durham, M.D.; and Tom Lester, et al., to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### Western District of Kentucky

*David C. Kirkpatrick v. Merrill Lynch & Co., et al.*, C.A. No. 4:02-178

### Southern District of Mississippi

*William H. Durham, M.D. v. Merrill Lynch & Co., Inc., et al.*, C.A. No. 2:02-164
*Tom Lester, et al. v. Merrill Lynch & Co., et al.*, C.A. No. 2:02-165

MDL-1487 -- In re WorldCom, Inc., Securities & "ERISA" Litigation

Opposition of plaintiffs California Public Employees Retirement System, et al.; Board of Trustees of the Teachers' Retirement System of the State of Illinois; State Universities Retirement System of Illinois; Illinois State Board of Investment; and West Virginia Investment Management Board to transfer of their respective following actions to the United States District Court for the Southern District of New York:

Central District of California

*California Public Employees Retirement System, et al. v. WorldCom, Inc., et al.,*
   C.A. No. 2:02-6088

Northern District of Illinois

*Board of Trustees of the Teachers' Retirement System of the State of Illinois v.*
   *WorldCom, Inc., et al.,* C.A. No. 1:02-5542
*State Universities Retirement System of Illinois v. WorldCom, Inc., et al.,*
   C.A. No. 1:02-5543
*Illinois State Board of Investment v. Bernard J. Ebbers, et al.,* C.A. No. 1:02-6789

Southern District of West Virginia

*West Virginia Investment Management Board v. WorldCom, Inc., et al.,*
   C.A. No. 2:02-1001

MDL-1488 -- In re Ford Motor Co. Crown Victoria Police Interceptor Products Liability
                Litigation

Oppositions of plaintiffs City of Indianapolis, et al., Town of Ball, et al., and City of Lexington to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:

Southern District of Indiana

*City of Indianapolis, et al. v. Ford Motor Co., et al.,* C.A. No. 1:02-1571

Schedule of Matters for Hearing Session, Section B                    p. 30
Los Angeles, California


MDL-1488 (Continued)


      Western District of Louisiana

*Town of Ball, et al. v. Ford Motor Co., et al.*, C.A. No. 1:02-2102

      Southern District of Mississippi

*City of Lexington, Mississippi v. Ford Motor Co., et al.*, C.A. No. 3:02-1467

## PROCEDURES FOR ORAL ARGUMENT BEFORE THE
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001). Rule 16.1(g) allows a maximum of twenty minutes for oral argument in each matter. In most cases, however, less time is necessary for the expression of all views and the Panel reserves the prerogative of reducing the time requested by counsel. Accordingly, counsel should be careful not to overstate the time requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria. <u>See generally</u> <u>In re "East of the Rockies"</u> <u>Concrete Pipe Antitrust Cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L. 1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)     Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)     Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)     No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
      (i)     the dispositive issue(s) have been authoritatively decided; or
     (ii)     the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)     In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)     Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)     Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)     Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)    So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)    After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.