JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DEC 17 2002

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL DOCKET NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| LUCILLE W. EVERS, ET AL., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:02-708 (S.D. Miss.) |
| AC&S, INC., ET AL., | ) ) ) |
| Defendants. | ) ) |

**OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CTO-219**

Defendants CertainTeed Corporation and Dana Corporation respectfully submit this Opposition to plaintiffs' Motion To Vacate Conditional Transfer Order ("CTO") 219 in the above-referenced case. Plaintiffs filed their motion on November 29, 2002, and the Panel docketed it as Pleading No. 3800.

Defendants oppose plaintiffs' motion. As we discuss below, plaintiffs' motion contradicts well-settled Panel precedent, and is premised on a fundamental misunderstanding of the co-equal competence of federal courts. For these reasons, the Panel should deny plaintiffs' motion.

Plaintiffs acknowledge that this case falls within the category of cases that should be transferred to MDL No. 875. See Pl. Mot. at 2 ("[t]he case consists of Plaintiffs who alleged exposure to asbestos"). Plaintiffs nonetheless argue that the Panel should not transfer the case to

OFFICIAL FILE COPY     IMAGED DEC 23 '02

MDL No. 875 because it was not properly removed to federal court. Thus, plaintiffs contend that this Panel should vacate the CTO until the federal district court in Mississippi addresses plaintiffs' motion to remand. Id. at 3. Plaintiffs also argue that "it would be a waste of judicial resources to transfer this action" and that "[t]here is no prejudice in staying the decision to transfer this action." Id.

The Panel has rejected plaintiffs' arguments against transfer over and over again. In its initial opinion creating this MDL docket, the Panel made clear that "distinctions based on such matters as the pendency of motions or other matters before the transferor court" do not present a basis "for carving out exceptions to transfer in this extraordinary docket." In re Asbestos Prods. Liab. Litig. (VI), MDL No. 875 (J.P.M.L. Oct. 11, 2002) (transfer order), at 2 (citing In re Asbestos Prods. Liab. Litig. (VI), 771 F. Supp. 415 (J.P.M.L. 1991)). The Panel has repeatedly reaffirmed this position,[1] and has explicitly held that the pendency of a motion for remand to state court is not a proper basis for denial of transfer. See, e.g., In re Asbestos Prods. Liab. Litig. (VI), MDL No. 875 (J.P.M.L. Oct. 11, 2002) (transfer order), at 2 n.1 ("Plaintiffs have argued that transfer should be denied or deferred in order to permit the resolution of pending motions to remand the actions to state court. There is no need to delay transfer in order to accommodate such an interest.").[2]

---

[1] E.g., In re Asbestos Prods. Liab. Litig. (VI), MDL No. 875 (J.P.M.L. Aug. 9, 2002) (transfer order), at 1-2; In re Asbestos Prods. Liab. Litig. (VI), MDL No. 875 (J.P.M.L. Apr. 17, 2002) (transfer order), at 1-2; In re Asbestos Prods. Liab. Litig. (VI), MDL No. 875 (J.P.M.L. Feb. 19, 2002) (transfer order), at 1.

[2] The Panel has noted that the transferor court has sufficient time to rule on a motion to remand prior to final transfer if it so chooses, because "as a practical matter, there is a lag time of
(continued...)

- 3 -

Plaintiffs also argue that "judicial economy, convenience, and fairness" favor denial of transfer. Pl. Mot. at 4. But the Panel has consistently rejected those arguments as well, noting that "transfer of the actions to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings * * * will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation." In re Asbestos Prods. Liab. Litig. (VI), MDL No. 875 (J.P.M.L. Oct. 11, 2002) (transfer order), at 2 (citing In re Asbestos Prods. Liab. Litig. (VI), 771 F. Supp. 415 (J.P.M.L. 1991)). Plaintiffs have provided no basis for ignoring that long-settled conclusion here.

Finally, plaintiffs' motion ignores the legal and functional equivalence of two co-equal federal courts. The transferee court, the United States District Court for the Eastern District of Pennsylvania, is just as competent as the transferor court to decide expeditiously whether removal from the state court was proper. In keeping with Panel precedent, plaintiffs should avail themselves of Panel Rule 7.6 before the transferee court rather than seeking relief here.

In short, plaintiffs have presented no basis on which the Panel should vacate CTO-219 with respect to this case. For these reasons, the Panel should deny plaintiffs' motion.

---

2/ (...continued)
at least three to four months from the filing of an action" to final transfer. In re Asbestos Prods. Liab. Litig. (VI), MDL No. 875 (J.P.M.L. Oct. 11, 2002) (transfer order), at 2 n.1.

- 4 -

Respectfully submitted,

John D. Aldock
Elizabeth Runyan Geise
Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, D.C.  20036
(202) 828-2000

Attorneys for defendants CertainTeed
Corporation and Dana Corporation

December 17, 2002

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 17 2002

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

I hereby certify that, on this 17th day of December, 2002, I caused an original, eleven (11) copies, and one computer readable disk copy of the foregoing Opposition to Plaintiffs' Motion To Vacate CTO-219 to be served by hand on the Clerk of the Panel:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-225, North Lobby
Washington, D.C.  20002-8004

I further certify that, on this 17th day of December, 2002, I caused copies of the foregoing Opposition to be served by first-class mail, postage prepaid, on the counsel on the attached service list.

I finally certify that, on this 17th day of December, 2002, I caused a copy of the foregoing Opposition to be served by first-class mail, postage prepaid, on the Clerk of the transferee court:

Michael E. Kunz
Clerk of the Court
United States District Court for the
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA  19106-1797

_____
Adam M. Chud

## SERVICE LIST

Philip Abernethy
Butler Snow O'Mara Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Stefan G. Bourn
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225

Craig E. Brasfield
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225

Barry C. Campbell
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building – 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Steven B. Dick
Brown, Buchanan & Sessoms, PA
P.O. Box 2220
Pascagoula, MS 39569

Walter W. Dukes
Dukes, Dukes, Keating & Faneca
P.O. Drawer W
Gulfport, MS 39501

Andrea L. Edney
Brunini, Grantham, Grower & Hewes
P.O. Drawer 119
Jackson, MS 39205

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Michael D. Goggans
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225

William N. Graham
Aultman, Tyner, Ruffin & Yarborough, Ltd.
P.O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403

Cheri D. Green
Brunini, Grantham, Grower & Hewes
P.O. Drawer 119
Jackson, MS 39205

2

Lucien C. Gwin, Jr.
Gwin, Lewis & Punches
P.O. Box 1344
Natchez, MS 39121

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Alben N. Hopkins
Hopkins, Barnie & Hopkins, PLLC
2701 24th Avenue
P.O. Box 1510
Gulfport, MS 39502

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
1300 AmSouth Center
Jackson, MS 39215

Rhon Jones
Mark Englehart
Beasley Allen Crow Methvin Portis & Miles
P.O. Box 4160
Montgomery, AL 36103-4160

G. Patterson Keahey
Law Offices of G. Patterson Keahey
One Independence Plaza, Suite 814
Birmingham, AL 35209

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

Reginald S. Kramer
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

David C. Landin
Hunton & Williams
Riverfront Plaza - East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Thomas M. Louis
Wells, Marble & Hurst, PLLC
P.O. Box 131
Jackson, MS 39205-0131

Alexandra F. Markov
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Christopher O. Massenburg
Aultman, Tyner, McNeese, Ruffin & Yarborough
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403

John C. McCants
Page, Kruger & Holland, P.A.
P.O. Box 1163
Jackson, MS 39215

3

Joe B. Moss
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

David M. Ott
Bryan, Nelson, Randolph and Weathers
P.O. Drawer 18109
Hattiesburg, MS 39404

Ronald G. Peresich
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
759 Vieux Marché Mall
Biloxi, MS 39533

John F. Perry, III
Langston Law Firm, P.A.
100 South Main Street
P.O. Box 787
Booneville, MS 38829

Matthew F. Powers
Samson & Powers, PLLC
P.O. Box 1417
Gulfport, MS 39502

John J. Repcheck
Marks, O'Neill
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
John D. Roven & Associates
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Ann M. Sico
Bernard, Cassisa, Elliott & Davis
P.O. Box 55490
Metairie, LA 70055-5490

Kelly D. Simpkins
Wells, Marble & Hurst, PLLC
P.O. Box 131
400 Lamar Life Building
317 E. Capitol Street
Jackson, MS 39205

Mark R. Smith
Holcomb Dunbar, P.A.
P.O. Drawer 707
Oxford, MS 38655

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West - 15th Floor
Philadelphia, PA 19102

4

Karl R. Steinberger
Bryant, Colingo, Williams & Clark
P.O. Drawer H
Pascagoula, MS 39568

James P. Streetman, III
Clark, Scott & Streetman
P.O. Box 13847
Jackson, MS 39236

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

David L. Trewolla
Dogan & Wilkinson
P.O. Box 23062
Jackson, MS 39225-3062

Thomas W. Tyner
Aultman, Tyner, McNeese, Ruffin & Yarborough
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502

Lawrence D. Wade
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS 38702

Kimberly P. Wallace
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-9425

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Michael E. Whitehead
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533

Robert W. Wilkinson
Dogan, Wilkinson, Kinard, Smith & Edwards
P.O. Box 1618
734 Dalmas Avenue
Pascagoula, MS 39568-1618

Roy C. Williams
Colingo, Williams, Heidelberg, et al.
P.O. Box 1407
711 Delmas Avenue
Pascagoula, MS 39568

_/s/ Adam M. Chud_

Adam M. Chud