JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



875

DEC 18 2002

FILED
CLERK'S OFFICE

# NIX, PATTERSON, & ROACH, L.L.P.

HAROLD W. NIX
C. CARY PATTERSON
NELSON J. ROACH
EDWARD L. HOHN
JEFFREY J. ANGELOVICH
ALEXANDRA V. BOONE

205 LINDA DRIVE
DAINGERFIELD, TEXAS 75638
(903) 645-7333
FAX: (903) 645-4415
Writer's email: klangston@nixlawfirm.com

MICHAEL B. ANGELOVICH
D. NEIL SMITH
BRADLEY E. BECKWORTH
JASON B. STEPHENS
BRADY PADDOCK
KEITH L. LANGSTON

December 18, 2002

**VIA FACSIMILE AND FEDERAL EXPRESS**

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

RECEIVED
CLERK'S OFFICE
2002 DEC 18 A 9:33
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

PLEADING NO. 3813

Re: MDL—875 —Notice of Opposition – *Cline et al. v. Union Carbide Corporation et al.*; Eastern District of Texas, Tyler Division Civil Action No. 6:02-CV-491

Mr. Beck:

Please let this letter reflect that Plaintiffs, Hardy L. Cline et al., oppose the transfer of Civil Action No. 6:02-CV-491 from the Eastern District of Texas to the Judicial Panel on Multidistrict Litigation. This letter is Plaintiffs formal **Notice of Opposition** to any such transfer and Plaintiffs request that such transfer not be made to the transferee court until further order of the Panel pursuant to Rule 7.4 (c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>. Plaintiffs will file a Motion to Vacate such order and brief in support thereof within fifteen (15) days as required under Panel Rule 7.4 (d). Thank you for your prompt attention to this important matter.

Sincerely,

*Keith L. Langston*

IMAGED DEC 23 '02

**OFFICIAL FILE COPY**