MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 31 2002

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CIVIL ACTION NO. MDL 875 |
| THIS DOCUMENT RELATES TO: | | |
| | | IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA, BRUNSWICK DIVISION |
| REAVIS L. DEPRATTER, ARCHIE CREWS, BOBBY R. ALLEN, LYMAN M. GUY, JR., CHARLES E. LEWIS, DAVID G. STEVERSON, GEORGE R. HOWELL, JAMES E. GRIFFIN, SR., IDAS R. SMITH, HAROLD L. BAXLEY, Plaintiffs, vs. CSX TRANSPORTATION, INC., Defendant. | | CIV. ACT. NOs. CV597-074 CV590-268 CV590-269 CV590-270 CV590-271 CV590-272 CV590-273 CV590-274 CV590-276 CV590-277 |

PLEADING NO. 3816

RECEIVED CLERK'S OFFICE
2002 DEC 30  P 2: 27
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF OPPOSITION TO REMAND

Defendant CSX Transportation, Inc., by and through counsel, hereby serves notice of its opposition to the conditional remand of the above-captioned cases as set forth in the Order of the Judicial Panel on Multidistrict Litigation dated December 13, 2002.

**OFFICIAL FILE COPY** IMAGED JAN 6 '03

This the 30th day of December, 2002.

                            Respectfully submitted,

                            */s/ Mary Helen Moses*
                            JORDAN, BRISTOL & MOSES
                            Randall A. Jordan
                            Steven P. Bristol
                            Mary Helen Moses
                            1804 Frederica Road, Suite C
                            St. Simons Island, Georgia 31522
                            912-638-0505  •  FAX 912-638-0605

                            Attorneys for Defendant
                            CSX Transportation, Inc.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 31 2002

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CIVIL ACTION NO. MDL 875 |
| THIS DOCUMENT RELATES TO: | | |
| | | IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA, BRUNSWICK DIVISION |
| REAVIS L. DEPRATTER, ARCHIE CREWS, BOBBY R. ALLEN, LYMAN M. GUY, JR., CHARLES E. LEWIS, DAVID G. STEVERSON, GEORGE R. HOWELL, JAMES E. GRIFFIN, SR., IDAS R. SMITH, HAROLD L. BAXLEY, | | CIV. ACT. NOs. CV597-074 CV590-268 CV590-269 CV590-270 CV590-271 CV590-272 CV590-273 CV590-274 CV590-276 CV590-277 |
| Plaintiffs, | | |
| vs. | | |
| CSX TRANSPORTATION, INC., | | |
| Defendant. | | |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
2002 DEC 30  P 2:27
RECEIVED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has this 30th day of December 2002, sent via U.S. Mail a copy of the foregoing Defendant CSX Transportation, Inc's Notice of Opposition to Conditional Remand to the attorneys of record for all other parties in the action:

Roger B. Lane, Esq.
C. Darrell Gossett

LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

F. Saunders Aldridge, III
HUNTER MACLEAN EXLEY & DUNN, P.C.
P. O. Box 9848
Savannah, GA 31412

Robert A. Barnaby, II, Esquire
CARTER & ANSLEY
Atlantic Center Plaza
1180 W. Peachtreet Street, Suite 2300
Atlanta, GA 30309

David C. Will, Esquire
Charles J. Cole, Esquire
OWEN, GLEATON, EGAN, JONES & SWEENEY
1900 Peachtree Center Tower
230 Peachtree Street, N.W.
Atlanta, GA 30303

C. Michael Evert, Jr., Esquire
EVERT & WEATHERSBY
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

Ollie Harton, Esquire
HAWKINS & PARNELL
4000 Suntrust Plaza
303 Peachtree, N.E.
Atlanta, GA 30308-3243

JORDAN, BRISTOL & MOSES

By: *Mary Helen Moses*
RANDALL A. JORDAN, GA BAR #404975
STEVEN P. BRISTOL, GA BAR #083135
MARY HELEN MOSES, GA BAR #437900
Attorneys for Defendant CSX Transportation, Inc.

P. O. Box 20704
St. Simons Island, GA 31522
912/638-0505