**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 31 2002

FILED
CLERK'S OFFICE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CIVIL ACTION NO. MDL 875 |
| THIS DOCUMENT RELATES TO: | |
| | IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA, BRUNSWICK DIVISION |
| ANNETTE HEARD, | CIV. ACT. NOs. |
| | CV298-180 |
| CHARLOTTE W. WOOD, Personal Representative of the Estate of JAMES A. WOOD, Deceased, | CV294-008 |
| TROY HICKOX, | CV590-275 |
| PAUL L. AMMONS, | CV590-251 |
| HAYWARD R. HILTON, | CV590-252 |
| LINDA C. WOLFORD, As Executrix of the Estate of GEORGE M. CRYDER, deceased, | CV590-253 |
| JOHN L. GRAY, | CV590-254 |
| DEVON F. KIMBRELL, | CV590-255 |
| KENNETH L. WILLIAMS, | CV590-256 |
| Plaintiffs, | |
| vs. | |
| CSX TRANSPORTATION, INC., | |
| Defendant. | |

PLEADING NO. 3817

RECEIVED CLERK'S OFFICE
2002 DEC 30 P 3: 14
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF OPPOSITION TO CONDITIONAL REMAND

Defendant CSX Transportation, Inc., by and through counsel, hereby serves notice of its opposition to the conditional remand of the above-captioned cases as set forth in the Order of the

IMAGED JAN 6 '03

**OFFICIAL FILE COPY**

Judicial Panel on Multidistrict Litigation dated December 13, 2002.

This the 30th day of December, 2002.

Respectfully submitted,

*Mary Helen Moses*
JORDAN, BRISTOL & MOSES
Randall A. Jordan
Steven P. Bristol
Mary Helen Moses
1804 Frederica Road, Suite C
St. Simons Island, Georgia 31522
912-638-0505  •  FAX 912-638-0605

Attorneys for Defendant
CSX Transportation, Inc.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 3 1 2002

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | § § § § | CIVIL ACTION NO. MDL 875 |

THIS DOCUMENT RELATES TO:

IN THE UNITED STATES
DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF
GEORGIA,
BRUNSWICK DIVISION

ANNETTE HEARD,
CHARLOTTE W. WOOD, Personal
Representative of the Estate of JAMES A.
WOOD, Deceased,
TROY HICKOX,
PAUL L. AMMONS,
HAYWARD R. HILTON,
LINDA C. WOLFORD, As Executrix of the
Estate of GEORGE M. CRYDER, deceased,
JOHN L. GRAY,
DEVON F. KIMBRELL,
KENNETH L. WILLIAMS,

Plaintiffs,

vs.

CSX TRANSPORTATION, INC.,

Defendant.

CIV. ACT. NOs.
CV298-180

CV294-008
CV590-275
CV590-251
CV590-252

CV590-253
CV590-254
CV590-255
CV590-256

JUDICIAL PANEL
MULTIDISTRICT
LITIGATION
2002 DEC 30 P 3:14
RECEIVED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served counsel with a copy of the foregoing Notice of Opposition to Conditional Remand via facsimile and by depositing a copy of

same in the U. S. Mail in a properly addressed envelope with adequate postage thereon to:

>Roger Lane
>LANE & GOSSETT, P.C.
>1601 Reynolds Street
>Brunswick, GA 31521
>Fax No. (912) 265-3757

>Robert A. Barnaby, II, Esquire
>CARTER & ANSLEY
>1180 W. Peachtree Street, Suite 2300
>Atlanta, GA 30309
>Fax No. (404) 658-9726

This the 30th day of December, 2002.

*Mary Helen Moses*
JORDAN, BRISTOL & MOSES
Randall A. Jordan
Steven P. Bristol
Mary Helen Moses
1804 Frederica Road, Suite C
St. Simons Island, Georgia 31522
912-638-0505 • FAX 912-638-0605

Attorneys for Defendant
CSX Transportation, Inc.