MDL 875

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: 02-22947-CIV-MARTINEZ

FILED by _____ D.C.
NOV 0 7 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

JAMES D. and BETTY ADAMSON, et al.,

    Plaintiffs,

vs.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.
_____/

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 9 2003

FILED
CLERK'S OFFICE

CLOSED CIVIL CASE

### ORDER OF DISMISSAL WITHOUT PREJUDICE

    THIS CAUSE comes before the Court upon a <u>sua sponte</u> review of the Complaint. Because the federal courts are courts of limited jurisdiction, there is a presumption against jurisdiction, and the plaintiff must affirmatively demonstrate that it exists in a given case. Fitzgerald v. Seaboard Sys. R.R., Inc., 760 F.2d 1249, 1251 (11th Cir. 1985). Thus, Rule 8(a) of the Federal Rules of Civil Procedure requires that "[a] pleading which sets forth a claim for relief . . . shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends . . . ."

    Plaintiff's Complaint contains no jurisdictional statement as required by Rule 8(a), and review of the Complaint in its entirety fails to disclose any basis for federal jurisdiction. Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED** without prejudice to re-file within thirty days of the entry of this Order of Dismissal.

    DONE AND ORDERED in Chambers at Miami, Florida, November 7, 2002.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
David M. Lipman, Esq.

MDL- 875
RECOMMENDED ACTION
Vacate CTO-220 - one action
Approved/Date: MP 1/7

PLEADING NO. 3820

RECEIVED CLERK'S OFFICE
2003 JAN -6 P 3:07
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IMAGED JAN 13 '03**     **OFFICIAL FILE COPY**