MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 9 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*James D. Adamson, et al. v. Metropolitan Life Insurance Co.*, S.D. Florida,
C.A. No. 1:02-22947

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Adamson*) on December 4, 2002. In the absence of any opposition, the conditional transfer order was finalized with respect to *Adamson* on December 20, 2002. The Panel has now been advised, however, that *Adamson* was dismissed and closed in the Southern District of Florida by the Honorable Jose E. Martinez in an order filed on November 7, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-220" filed on December 4, 2002, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

IMAGED JAN 13 '03   OFFICIAL FILE COPY