

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 17 2003

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
## MDL DOCKET NO. 875

| | |
|---|---|
| HARDY L. CLINE et ux OPAL S. CLINE;<br>TAHSIN R. DAWUDI et ux CINDY DAWUDI;<br>CLIFTON E. SMITH et ux JUDY SMITH,<br><br>PLAINTIFFS,<br><br>VS.<br><br>UNION CARBIDE CORP.<br>CALIDRIA CORP.<br>KCAC, INC.<br>MONTELLO, INC.<br>WILBUR- ELLIS CO., INC.,<br><br>DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## CORPORATE DISCLOSURE STATEMENT

COME NOW Defendants, UNION CARBIDE CORPORATION, CALIDRIA CORPORATION, KCAC, INC., MONTELLO, INC., and WILBUR-ELLIS CO., INC., ("Defendants") in the above entitled action, and for their Corporate Disclosure Statement would show this court:

PLEADING NO. 3882

RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
JAN 14 P 3: 33

*Defendants Corporate Disclosure Statement*　　Page 1

**OFFICIAL FILE COPY**

IMAGED JAN 22 '03

I.

## WILBUR-ELLIS CO., INC.

Wilbur-Ellis Co., Inc. is 100% privately held by individuals. There is no parent company and no publicly traded company which holds 10% or more of the stock. They have also been known as doing business as follows: California Commodities Corporation; Universal Sales Company; California Sulfur Company; Mowes Scientific Nutritional Services; and, Inman & Company. The first two companies named have not been used for several years. The last two are business units in the Feed Division where they continue to use the name of the company that owned the business prior to the acquisition of assets by Wilber-Ellis Co., Inc.

II.

## KCAC, INC.

KCAC, Inc. is a wholly owned subsidiary of Wilbur-Ellis Co., Inc. There is no publicly traded company which holds 10% or more of the stock. They have never been known by any other name.

III.

## UNION CARBIDE CORPORATION

Dow Chemical Company is the parent company to Union Carbide Corporation. There are no publicly held companies that own 10% or more of the stock.

IV.

## CALIDRIA CORP.

Calidria Corp. was in business from 1984 to 1985. It was wholly owned by UMETCO, which was wholly owned by Union Carbide Corporation. There was no publicly traded company holding more than 10% of the stock.

V.

## MONTELLO, INC.

Montello, Inc. is 100% privately held by individuals. There is no parent company and no publicly traded company which holds 10% or more of the stock. They have never been known by any other name.

Respectfully submitted,

DEHAY & ELLISTON, L.L.P.
3500 BANK OF AMERICA PLAZA
901 Main Street
Dallas, Texas 75202-3736
(214) 210-2400/210-2500 (fax)

By: _____ by permission
GARY D. ELLISTON
State Bar No. 06584700

ATTORNEY FOR
UNION CARBIDE CORP.
CALIDRIA CORP.
KCAC, INC.

*Defendants Corporate Disclosure Statement*



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 17 2003

FILED
CLERK'S OFFICE

**ORGAN, BELL & TUCKER, L.L.P.**
470 Orleans
Beaumont, Texas 77701
(409) 838-6412 - Telephone
(409) 838-6959 - Telecopy

By: _/s/ Allen Jones by permission_
**D. ALLEN JONES**
State Bar No. 10868500
**ATTORNEY FOR DEFENDANT
WILBUR-ELLIS COMPANY**

**ROBERTS, MARKEL, GUERRY, L.L.P.**
2500 City West Boulevard, Suite 1350
Houston, Texas 77042
Telephone: (713) 840-1666
Fax: (713) 840-9404

By: _/s/ Jeffrey Roberts by permission_
**JEFFREY D. ROBERTS**
Texas State Bar No. 17008800
**ATTORNEY FOR DEFENDANT
MONTELLO, INC.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been forwarded to counsel of record for the Plaintiffs, Nix Patterson & Roach, L.L.P., 205 Linda Drive, Daingerfield, Texas 75638, via facsimile and to all other counsel of record via facsimile on this 10th day of January, 2003.

_/s/ Gary Elliston by permission_
GARY D. ELLISTON