
MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 17 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE A)

### ORDER LIFTING STAY OF CONDITIONAL REMAND ORDERS

On December 13, 2002, the Panel filed orders conditionally remanding to the Southern District of Georgia all claims except the severed claims for punitive or exemplary damages in the nineteen actions listed on the attached Schedule A. Prior to expiration of those orders' fifteen-day stay of transmittal, defendant CSX Transportation, Inc. (CSX) filed notices of opposition to the proposed remand. CSX subsequently failed to file the required motions and briefs to vacate the conditional remand orders.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional remand orders filed on December 13, 2002, is LIFTED, and thus all claims except the severed claims for punitive or exemplary damages in the nineteen actions listed on the attached Schedule A are remanded to the Southern District of Georgia.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

PLEADING NO. 3823

**OFFICIAL FILE COPY**

IMAGED JAN 23 '03

# SCHEDULE A

## MDL-875 — In re Asbestos Products Liability Litigation (No. VI)

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
| --- | --- | --- | --- | --- | --- | --- |
| PAE | 2 | -0 | GAS | 2 | 94-8 | Wood v. CSX Transportation, Inc. |
| PAE | 2 | -0 | GAS | 2 | 98-180 | Heard, etc. v. Owens-Corning Corp., et al. |
| PAE | 2 | -0 | GAS | 5 | 90-251 | Ammons v. Celotex Corp. (the) |
| PAE | 2 | -0 | GAS | 5 | 90-252 | Hilton v. Celotex Corp. (the) |
| PAE | 2 | -0 | GAS | 5 | 90-253 | Cryder v. Celotex Corp. (the) |
| PAE | 2 | -0 | GAS | 5 | 90-254 | Gray v. Celotex Corp. (the) |
| PAE | 2 | -0 | GAS | 5 | 90-255 | Kimbrell v. Celotex Corp. (the) |
| PAE | 2 | -0 | GAS | 5 | 90-256 | Williams v. Celotex Corp. (the) |
| PAE | 2 | -0 | GAS | 5 | 90-268 | Crews v. Celotex Corp., et al. |
| PAE | 2 | -0 | GAS | 5 | 90-269 | Allen v. Celotex Corp., et al. |
| PAE | 2 | -0 | GAS | 5 | 90-270 | Guy v. Celotex Corp., et al. |
| PAE | 2 | -0 | GAS | 5 | 90-271 | Lewis v. Celotex Corp., et al. |
| PAE | 2 | -0 | GAS | 5 | 90-272 | Steverson v. Celotex Corp., et al. |
| PAE | 2 | -0 | GAS | 5 | 90-273 | Howell v. Celotex Corp., et al. |
| PAE | 2 | -0 | GAS | 5 | 90-274 | Griffin v. Celotex Corp., et al. |
| PAE | 2 | -0 | GAS | 5 | 90-275 | Hickox v. Celotex Corp., et al. |
| PAE | 2 | -0 | GAS | 5 | 90-276 | Smith v. Celotex Corp., et al. |
| PAE | 2 | -0 | GAS | 5 | 90-277 | Baxley v. Celotex Corp., et al. |
| PAE | 2 | -0 | GAS | 5 | 97-74 | Depratter v. CSX Transportation, Inc., et al. |