MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 22 2003

FILED
CLERK'S OFFICE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY :
LITIGATION (NO. VI)                 :
_____ x

This Document Relates to:           :        CIVIL ACTION NO. MDL 875

Law Firm of Cascino Vaughan         :

United States District Court        :
Western District of Wisconsin       :

Eugene HARNITZ, No. 91-C-0354-S     :
Robert GLIDDEN, No. 96-C-0232-S     :
Donald GEER, No. 94-C-0799-C        :
Kenneth RODMAN, No. 00-C-0688-X     :
Alvin KORDOVSKY, No. 00-C-0509-X    :

[In the event any of the above-listed cases
are multiple plaintiff (victim) actions, this
transfer is for the above-named party only,
or said party's representative, and any
spousal or dependent actions.]

FILED  DEC 1 0 2002

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Western District of Wisconsin, and the Court having reviewed these cases and having had settlement conferences with the parties, and now believing that such motion is appropriate.

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

MDL- 875
RECOMMENDED ACTION

IMAGED JAN 24 '03



OFFICIAL FILE COPY

damages are hereby ORDERED severed from these cases and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matters should be REMANDED to the United States District Court for the Western District of Wisconsin for such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 12/5/02

_____
Charles   R.   Weiner                    J.