MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 22 2003

FILED
CLERK'S OFFICE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) : | |
| ———————————————————— x | |
| This Document Relates to: : | CIVIL ACTION NO. MDL 875 |
| Law Firm of Cascino Vaughan : | |
| United States District Court : Southern District of Illinois : | |
| Darrell THURSTON, No. 94-C-4038-JLF : William JACKSON, No. 99-CV-4301 : Calvin PULLEYBACK, No. 93-CV-726 : | |
| : | |
| [ In the event any of the above-listed cases : are multiple plaintiff (victim) actions, this : transfer is for the above-named party only, : or said party's representative, and any : spousal or dependent actions.] : | |
| ———————————————————— x | |

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2002 DEC 17 P 4:04

RECEIVED
CLERK'S OFFICE

FILED
DEC 10 2002

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Southern District of Illinois, and the Court having reviewed these cases and having had settlement conferences with the parties, and now believing that such motion is appropriate.

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

MDL-875
RECOMMENDED ACTION

CRO    3 actions

Approved/Date: _____

IMAGED JAN 24 '03

OFFICIAL FILE COPY

damages are hereby ORDERED severed from these cases and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matters should be REMANDED to the United States District Court for the Southern District of Illinois for such further action as may be deemed proper by that Court.

BY THE COURT:

Date: _12/5/02_

_Charles R. Weiner_

Charles   R.   Weiner               J.

2