MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 2 2 2003

Prep CRO

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY    :
LITIGATION (NO. VI)                   :
_____x

This Document Relates to:             :          CIVIL ACTION NO. MDL 875

Law Firm of Lane & Gossett            :

United States District Court          :
Northern District of Georgia          :

LUKE, No. 194 CV 120-RLV              :
WILLIAMSON, No. 194 CV 258-RLV        :
WILSON, No. 194 CV 119-RLV            :
HUTTO, No. 194 CV 119-RLV             :
MORGAN, No. 194 CV 513-RLV            :
FLOYD, No. 194 CV 513-RLV             :
LUCAS, No. 194 CV 120-RLV             :
HARRIS, No. 194 CV 120-RLV            :
ALDRICH, No. 194 CV 120-RLV           :
LESTER, No. 194 CV 120-RLV            :
                                      :
[In the event any of the above- listed cases are   :
multiple plaintiff (victim) actions, this transfer :
is for the above-named party only, or said         :
party's representative, and any spousal or         :
dependent actions.]                                :
_____x

PLEADING NO. 3834

RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2002 DEC 20 P 3:01

SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United

States District Court for the Northern District of Georgia, and the Court having reviewed these cases and

having had settlement conferences with the parties, and now believing that such motion is appropriate.

MDL-875

RECOMMENDED ACTION

4 actions

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from these cases and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matters should be REMANDED to the United States District Court for the Northern District of Georgia for such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 11/29/2002

_____
Charles   R.   Weiner        J.

2