MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 22 2003

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :
————————————————————x

This Document Relates to: : CIVIL ACTION NO. MDL 875

Law Firm of Lane & Gossett

United States District Court
Northern District of Georgia

LUKE, No. 194 CV 120-RLV
WILLIAMSON, No. 194 CV 258-RLV
WILSON, No. 194 CV 119-RLV
HUTTO, No. 194 CV 119-RLV
MORGAN, No. 194 CV 513-RLV
FLOYD, No. 194 CV 513-RLV
LUCAS, No. 194 CV 120-RLV
HARRIS, No. 194 CV 120-RLV
ALDRICH, No. 194 CV 120-RLV
LESTER, No. 194 CV 120-RLV

[In the event any of the above- listed cases are
multiple plaintiff (victim) actions, this transfer
is for the above-named party only, or said
party's representative, and any spousal or
dependent actions.]
————————————————————x

SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Northern District of Georgia, and the Court having reviewed these cases and having had settlement conferences with the parties, and now believing that such motion is appropriate.

MDL-875
RECOMMENDED ACTION

IMAGED JAN 24 '03   OFFICIAL FILE COPY

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from these cases and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matters should be REMANDED to the United States District Court for the Northern District of Georgia for such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 11/29/2002

_____
Charles  R.  Weiner         J.
12/22/02