**MDL 875**

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| In Re: | § | | JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |
| Asbestos Product Liability Litigation | § | MDL 875 | JAN 23 2003 |
| (No. VI) | § | | FILED CLERK'S OFFICE |

This Document Relates To:

ARNOLD ALVIN ALLEN and § 
JUDITH ANN ALLEN, § 
§ Civ Act. No. 1:02-CV-2771-JOF
Plaintiffs, § 
§ 
vs. § UNITED STATES DISTRICT
§ COURT FOR THE NORTHERN
CERTAINTEED CORPORATION, et al.§ DISTRICT OF GEORGIA
§ 
Defendants. § 

## DISCLOSURE STATEMENT OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY PURSUANT TO PANEL RULE 5.3

Defendant Metropolitan Life Insurance Company ("Metropolitan Life") pursuant to Panel Rule 5.3, discloses the following information which identifies its parent corporations and any publicly held company that owns 10% or more of the party's stock.

1. Metropolitan Life has the following parent corporation:

    MetLife, Inc.

PLEADING NO. 3840
RECEIVED CLERK'S OFFICE 2003 JAN 22 P 12:11 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
IMAGED JAN 24 '03

2. The following publicly held company owns 10% or more of Metropolitan Life:

MetLife, Inc.

Dated: January 22, 2003

Respectfully submitted,

METROPOLITAN LIFE INSURANCE COMPANY

By: *Carolyn A. Baer*

DAVID A. HUGHES
Georgia Bar No. 375618
CAROLYN A. BAER
Georgia Bar No. 003035

OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P. C.
600 Peachtree Street, N.E.
Suite 2100
Atlanta, Georgia 30308
Telephone: (404) 881-1300
Facsimile: (404) 870-1732

Of Counsel:

Peter J. McKenna
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 2 3 2003

FILED
CLERK'S OFFICE

In re:

Asbestos Product Liability Litigation (No. VI)

This Document Relates To

ARNOLD ALVIN ALLEN AND JUDITH ANN ALLEN,

Plaintiffs,

v.

CERTAINTEED CORPORATION, et al.,

Defendants.

MDL 875

Civ. Act. No. 1:02-CV-2771-JOF

United States District Court for the Northern District of Georgia

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DISCLOSURE STATEMENT OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY PURSUANT TO PANEL RULE 5.3** was served via United States mail to all counsel of record on the attached service list on the 22nd day of January, 2003.

Carolyn A. Baer
Georgia Bar No. 003035

RECEIVED
CLERK'S OFFICE
2003 JAN 22 P 12:11
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

# PANEL SERVICE LIST
## DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Arnold Alvin Allen, et al. v. Georgia-Pacific Corp., et al., N.D. Georgia
C.A. No. 1:02-2771

Taylor T. Daly, Esq.
Nelson, Mullins, Riley
 & Scarborough, LLP
999 Peachtree Street, N.E.
1400 First Union Plaza
Atlanta, GA 30309-3964

David A. Damico. Esq.
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburg, PA 15222

Thomas F. Dougall, Esq.
Law Office of Thomas E. Dougall
1713 Woodcreek Farms Road
Elgin, SC 29045

C. Michael Evert, Jr., Esq.
Evert & Weathersby
3405 Piedmont Road, N.F.
Suite 225
Atlanta, GA 30305-1764

Scott A. Farrow, Esq.
Troutman, Sanders, L.L.P.
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216

Raymond P. Forceno, Esq.
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Charles R. Beans, Esq.
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Frank C. Bedinger, III, Esq.
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Richard C. Binzley, Esq.
Thompson, Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Marla-Dean Brooks, Esq.
Smith Moore, LLP
1355 Peachtree Street, N.E.
750 The Peachtree
Atlanta, GA 30309

Edward J. Cass, Esq.
Gallagher, Sharp, Fulton & Norman
Bulkely Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

William T. Causby, Esq.
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Building, 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Richard L. Forman, Esq.
Forman, Perry, Watkins,
P.O. Box 22608
Jackson, MS 39225-2608

Ellen B. Furman, Esq.
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Gene Locks, Esq.
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Stephen M. Lore, Esq.
Nelson, Mullins, Riley
 & Scarborough
999 Peachtree Street, N.E.
First Union Plaza
Suite 1400
Atlanta, GA 30309-3964

Ollie M. Harton, Esq.
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

William D. Harvard, Esq.
Blasingame, Burch, Garrard,
 Bryant & Ashley
P.O. Box 832
Athens, GA 30603-0832

Kristine Berry Morain, Esq.
Barton Protective Services, Inc.
Eleven Piedmont Center
Suite 410
Atlanta, GA 30305

Adam M. Chud, Esq.
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

John A. Gilleland, Esq.
Love, Willingham, Peters,
 Gilleland & Monyak
600 Peachtree Street, N.E.
Bank of America Plaza
Suite 2200
Atlanta, GA 30308

David A. Handley, Esq.
Smith, Gambrell & Russell
Promenade II, Suite 3100
1230 Peachtree, N.E.
Atlanta, GA 30309-3592

Susan M. Hansen, Esq.
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Charles David Mecklin, Jr., Esq.
Tisinger, Tisinger, Vance & Greer
P.O. Box 2069
100 Wagon Yard Plaza
Carrollton, GA 30117

David F. Miceli, Esq.
Tisinger, Tisinger, Vance & Greer
P.O. Box 2069
100 Wagon Yard Plaza
Carrollton, GA 30117

James E. Joiner, Esq.
Troutman, Sanders, L.L.P.
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216

Ronald L. Motley, Esq.
Ness, Motley, Loadholt,
 Richardson & Poole
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

Albert H. Parnell, Esq.
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

John J. Repcheck, Esq.
Marks, O'Neill, O'Brien
3200 Gulf Tower
707 Grant Street
Pittsburg, PA 15219

J. Bruce Welch, Esq.
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

James K. Weston, II, Esq.
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Henry Lane Young, II, Esq.
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Neil Selman, Esq.
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert E. Swickle, Esq.
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Reginald S. Kramer, Esq.
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

David C. Landin, Esq.
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Alan B. Rich, Esq.
Baron & Budd
The Centrum, Suite 1100
3102 Oaklawn Avenue
Dallas, TX 75219

John D. Roven, Esq.
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster, Esq.
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Todd E. Schwartz, Esq.
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Robert N. Spinelli, Esq.
Kelley, Jasons, McGuire & Spinelli, LLP
Centre Square West
15th Floor
Philadelphia, PA 19102

Andrew J. Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place, 1650 Market St
Philadelphia, PA 19103

Rose Marie Wade, Esq.
Evert & Weathersby
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764