# MDL 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re: ) 
) MDL 875   JAN 23 2003
Asbestos Product Liability )
Litigation (No. VI) ) FILED
) CLERK'S OFFICE

---

ARNOLD ALVIN ALLEN & JUDITH ANN ALLEN, )
)
Plaintiffs, )
)
v. )
) CIVIL ACTION NO.
) 1:02-CV-2771-JOF
CERTAINTEED CORPORATION; HONEYWELL )
INTERNATIONAL, INC., f/k/a ALLIED- )
SIGNAL, INC. (successor to THE BENDIX )
CORPORATION); DAIMLER CHRYSLER ) IN THE UNITED
CORPORATION, f/k/a CHRYSLER ) STATES DISTRICT
CORPORATION; FORD MOTOR COMPANY; ) COURT FOR THE
GENERAL MOTORS CORPORATION; and JOHN ) NORTHERN DISTRICT
DOES 1 through 5, who are individuals, ) OF GEORGIA, ATLANTA
proprietorships, corporations or other ) DIVISION
entities whose names and identities )
are otherwise unknown to Plaintiffs, )
)
Defendants. )

## Corporate Disclosure Statement

Pursuant to Panel Rule 5.3, the undersigned counsel for defendant Honeywell International, Inc., formerly known as AlliedSignal Inc., as successor in interest to the Bendix Corporation, et al., certifies that the defendant has no publicly held corporate parents, subsidiaries, affiliates, securities, or other interests.

IMAGED JAN 24 '03

-2-

Respectfully submitted, this 22nd day of January, 2003.

        TROUTMAN SANDERS LLP

        */s/ Scott A. Farrow*
        SCOTT A. FARROW
        Georgia Bar No. 256019
        WESLEY B. TAILOR
        Georgia Bar No. 696454

Bank of America Plaza
600 Peachtree Street
Suite 5200
Atlanta, GA  30308-2216
(404) 885-3000

        Counsel for Honeywell
        International, Inc., f/k/a
        AlliedSignal Inc.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 2 3 2003

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this date served a true and correct copy of the within and foregoing **Corporate Disclosure Statement** upon all counsel of record via the United States mail (including only an index of the attached Superior Court pleadings), with adequate first-class postage affixed thereto addressed as shown on Exhibit A attached hereto.

This 22nd day of January, 2003

_____
Wesley B. Tailor

RECEIVED
CLERK'S OFFICE
2003 JAN 23 A 6: 47
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

Jan-22-2003 18:40  From-TROUTMAN SANDERS  +4048853800  T-183  P.005/007  F-833
Case MDL No. 875   Document 3841   Filed 01/23/03   Page 4 of 6
JAN. 16. 2003  8:23AM   JPML                              NO. 4101  P. 4/7

Page 1 of 3

# INVOLVED COUNSEL LIST
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
## CORPORATE DISCLOSURE STATEMENT

*Arnold Alvin Allen, et al. v. Georgia-Pacific Corp., et al.*, N.D. Georgia, C.A. No. 1:02-2771

Jay Michael Barber
Decker & Hallman
285 Peachtree Center Avenue
1200 Marquis II Tower
Atlanta, GA 30303-1264

Charles R. Beans
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Frank C. Bedinger III
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Marla-Dean Brooks
Smith Moore, LLLP
1355 Peachtree Street, N.E.
750 The Peachtree
Atlanta, GA 30309

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

William T. Causby
Nelson, Mullins, Riley & Scarborough, LLP
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Taylor T. Daly
Nelson, Mullins, Riley & Scarborough, LLP
999 Peachtree Street, N.E.
1400 First Union Plaza
Atlanta, GA 30309-3964

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Thomas F. Dougall
Law Office of Thomas F. Dougall
1713 Woodcreek Farms Road
Elgin, SC 29045

C. Michael Evert, Jr.
Evert & Weathersby
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

Scott A. Farrow
Troutman Sanders, L.L.P.
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Richard L. Forman
Forman, Perry, Watkins, Krutz & Tardy
P O Box 22608
Jackson, MS 39225-2608

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

INVOLVED COUNSEL LIST - CORPORATE DISCLOSURE - MDL-875          Page 2 of 3

John A. Gilleland
Love, Willingham, Peters, Gilleland & Monyak
600 Peachtree Street, N.E.
Bank of America Plaza
Suite 2200
Atlanta, GA 30308

David A. Handley
Smith, Gambrell & Russell
Promenade II, Suite 3100
1230 Peachtree, N.E.
Atlanta, GA 30309-3592

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Ollie M. Harton
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

William D. Harvard
Blasingame, Burch, Garrard, Bryant & Ashley
P.O. Box 832
Athens, GA 30603-0832

David Andrew Hughes
Ogletree, Deakins, Nash, Smoak & Stewart
600 Peachtree Street, N.E.
Suite 2100
Atlanta, GA 30308

James E. Joiner
Troutman Sanders, L.L.P.
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216

Reginald S. Kramer
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Stephen M. Lore
Nelson, Mullins, Riley & Scarborough
999 Peachtree Street, N.E.
First Union Plaza
Suite 1400
Atlanta, GA 30309-3964

Peter J. McKenna
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

Charles David Mecklin Jr.
Tisinger, Tisinger Vance & Greer
P.O. Box 2069
100 Wagon Yard Plaza
Carrollton, GA 30117

David F. Miceli
Tisinger, Tisinger Vance & Greer
P.O. Box 2069
100 Wagon Yard Plaza
Carrollton, GA 30117

Kristine Berry Morain
Barton Protective Services, Inc.
Eleven Piedmont Center
Suite 410
Atlanta, GA 30305

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt Pleasant, SC 29464

Albert H. Parnell
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

INVOLVED COUNSEL LIST - CORPORATE DISCLOSURE - MDL-875                    Page 3 of 32

Alan B. Rich
Baron & Budd
The Centrum, Suite 1100
3102 Oaklawn Avenue
Dallas, TX 75219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Todd E. Schwartz
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Rose Marie Wade
Evert & Weathersby
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

J. Bruce Welch
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O Box 998
Cedar Rapids, IA 52406

Henry Lane Young II
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243