MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 2 7 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-221)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 76,049 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

IMAGED JAN 30 '03    OFFICIAL FILE COPY

**SCHEDULE CTO-221 - TAG ALONG CASES**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

DISTRICT  DIV. CIVIL ACTION#

FLORIDA SOUTHERN
   FLS   1   02-23150         Philip Accomando v. CBS Corp.

ILLINOIS SOUTHERN
   ILS   3   02-1223          David Hicks, et al. v. Burlington Northern & Santa Fe Railway Co.

MARYLAND
   MD    1   02-3717          Margaret Harris, etc. v. Anchor Packing Co., et al.
   MD    1   02-3939          Randolph B. Godfrey v. BMI, Inc., et al.

MISSISSIPPI SOUTHERN
   MSS   1   02-781           Clifton Dale Fortenberry, et al. v. A.O. Smith, et al.

NORTH CAROLINA EASTERN
   NCE   2   02-65            Henry Clay Hurdle, et al. v. Aqua-Chem, Inc., et al.
   NCE   4   02-153           Shelby Umphlett, etc. v. Aqua-Chem, Inc., et al.
   NCE   7   02-149           Francis Marion Foy, Jr., et al. v. Aventis Cropscience USA, Inc., et al.
   NCE   7   02-159           Lamon Morgan, et al. v. Aventis Cropscience USA, Inc., et al.
   NCE   7   02-177           Jerry Ronald Cribb v. Aqua-Chem, Inc., et al.
   NCE   7   02-178           Ernest Otto Griffin, et al. v. Aventis Cropscience USA, Inc., et al.
   NCE   7   02-179           David Heustess, et al. v. Aventis Cropscience USA, Inc., et al.

NORTH CAROLINA MIDDLE
   NCM   1   00-701           Robert Lee Hall, Jr. v. Union Carbide Corp., et al.
   NCM   1   02-1068          Thomas E. Parker, etc. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
   NCW   1   02-286           Thomas Harold Collins, et al. v. Aqua-Chem, Inc., et al.

NEW YORK EASTERN
   NYE   1   02-5663          Richard Russes, et al. v. A.W. Chesterton Co., et al.
   NYE   1   02-5664          David J. Sliney v. A.W. Chesterton Co., et al.
   NYE   1   02-5758          J.C. Cash v. A.W. Chesterton Co., et al.

SOUTH CAROLINA
   SC    2   02-3748          Joseph H. McDaniel, et al. v. Amchem Products, Inc., et al.
   SC    2   02-4074          Jon Vos, et al. v. Amchem Products, Inc., et al.
   SC    2   02-4173          Willie Alexander McCain, et al. v. National Service Industries, Inc., et al.

VIRGINIA EASTERN
   VAE   2   02-7076          Jesse F. Allen v. American Standard, et. al.
   VAE   2   02-7077          Jack T. Billups v. American Standard, et. al.
   VAE   2   02-7078          Robert M. Bloomer v. American Standard, et. al.
   VAE   2   02-7079          Mitchell Byrd v. American Standard, et. al.
   VAE   2   02-7080          Miles J. Christofferson v. American Standard, et. al.
   VAE   2   02-7081          John L. Collard v. American Standard, et. al.
   VAE   2   02-7082          John H. Curry v. American Standard, et. al.
   VAE   2   02-7083          Roy G. Gee v. American Standard, et. al.
   VAE   2   02-7084          William E. Hackler v. American Standard, et. al.
   VAE   2   02-7085          Charles A. Johnson v. American Standard, et. al.
   VAE   2   02-7086          Graham H. Justice v. American Standard, et. al.
   VAE   2   02-7087          William H. Kennedy v. American Standard, et. al.
   VAE   2   02-7088          Martino, Samuel W. v. American Standard, et. al.

SCHEDULE FOR CTO-221 MDL-875 (Cont.)                                      Page 2 of 2

DISTRICT  DIV. CIVIL ACTION#

VIRGINIA EASTERN

| | | | |
|---|---|---|---|
| VAE | 2 | 02-7089 | Roy T. Rose v. American Standard, et. al. |
| VAE | 2 | 02-7090 | Ernest R. Bennett v. American Standard, et. al. |
| VAE | 2 | 02-7091 | Clarence H. Buck v. American Standard, et. al. |
| VAE | 2 | 02-7092 | Douglas D. Gorr v. American Standard, et. al. |
| VAE | 2 | 02-7093 | Robert C. Harris v. American Standard, et. al. |
| VAE | 2 | 02-7094 | Nardi Haynes v. American Standard, et. al. |
| VAE | 2 | 02-7095 | Henry D. Miller v. American Standard, et. al. |
| VAE | 2 | 02-7096 | William F. Price v. American Standard, et. al. |
| VAE | 2 | 02-7097 | Jefferson F. Robbins v. American Standard, et. al. |
| VAE | 2 | 02-7098 | Charles J. Scudella v. American Standard, et. al. |
| VAE | 2 | 02-7099 | Mellon B. Taylor v. American Standard, et. al. |
| VAE | 2 | 02-7100 | George M. Wallace v. American Standard, et. al. |
| VAE | 2 | 02-7101 | Albert L. Barclay v. American Standard, et. al. |
| VAE | 2 | 02-7102 | Hofe, Clyde L. v. American Standard, et. al. |
| VAE | 2 | 02-7103 | Ronald L. Jarboe v. American Standard, et. al. |
| VAE | 2 | 02-7104 | Philip E. Sidoti v. American Standard, et. al. |
| VAE | 2 | 02-7105 | Deweese v. American Standard, et. al. |
| VAE | 2 | 02-7106 | Willard H. Poland v. American Standard, et. al. |