MBL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 27 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-221)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 76,049 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

FEB 1 2 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY
IMAGED FEB 14 '03

PLEADING NO. 3852

# SCHEDULE CTO-221 - TAG ALONG CASES
# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

<u>DISTRICT</u>  <u>DIV.</u>  <u>CIVIL ACTION#</u>

**FLORIDA SOUTHERN**
   FLS   1   02-23150    Philip Accomando v. CBS Corp.

**ILLINOIS SOUTHERN**
   ILS   3   02-1223    David Hicks, et al. v. Burlington Northern & Santa Fe Railway Co.

**MARYLAND**
   MD   1   02-3717    Margaret Harris, etc. v. Anchor Packing Co., et al.
   MD   1   02-3939    Randolph B. Godfrey v. BMI, Inc., et al.

**MISSISSIPPI SOUTHERN**
   MSS   1   02-781    Clifton Dale Fortenberry, et al. v. A.O. Smith, et al.

**NORTH CAROLINA EASTERN**
   NCE   2   02-65    Henry Clay Hurdle, et al. v. Aqua-Chem, Inc., et al.
   NCE   4   02-153    Shelby Umphlett, etc. v. Aqua-Chem, Inc., et al.
   NCE   7   02-149    Francis Marion Foy, Jr., et al. v. Aventis Cropscience USA, Inc., et al.
   NCE   7   02-159    Lamon Morgan, et al. v. Aventis Cropscience USA, Inc., et al.
   NCE   7   02-177    Jerry Ronald Cribb v. Aqua-Chem, Inc., et al.
   NCE   7   02-178    Ernest Otto Griffin, et al. v. Aventis Cropscience USA, Inc., et al.
   NCE   7   02-179    David Heustess, et al. v. Aventis Cropscience USA, Inc., et al.

**NORTH CAROLINA MIDDLE**
   NCM   1   00-701    Robert Lee Hall, Jr. v. Union Carbide Corp., et al.
   NCM   1   02-1068    Thomas E. Parker, etc. v. Aqua-Chem, Inc., et al.

**NORTH CAROLINA WESTERN**
   NCW   1   02-286    Thomas Harold Collins, et al. v. Aqua-Chem, Inc., et al.

**NEW YORK EASTERN**
   NYE   1   02-5663    Richard Russes, et al. v. A.W. Chesterton Co., et al.
   NYE   1   02-5664    David J. Sliney v. A.W. Chesterton Co., et al.
   NYE   1   02-5758    J.C. Cash v. A.W. Chesterton Co., et al.

**SOUTH CAROLINA**
   SC   2   02-3748    Joseph H. McDaniel, et al. v. Amchem Products, Inc., et al.
   SC   2   02-4074    Jon Vos, et al. v. Amchem Products, Inc., et al.
   SC   2   02-4173    Willie Alexander McCain, et al. v. National Service Industries, Inc., et al.

**VIRGINIA EASTERN**
   VAE   2   02-7076    Jesse F. Allen v. American Standard, et. al.
   VAE   2   02-7077    Jack T. Billups v. American Standard, et. al.
   VAE   2   02-7078    Robert M. Bloomer v. American Standard, et. al.
   VAE   2   02-7079    Mitchell Byrd v. American Standard, et. al.
   VAE   2   02-7080    Miles J. Christofferson v. American Standard, et. al.
   VAE   2   02-7081    John L. Collard v. American Standard, et. al.
   VAE   2   02-7082    John H. Curry v. American Standard, et. al.
   VAE   2   02-7083    Roy G. Gee v. American Standard, et. al.
   VAE   2   02-7084    William E. Hackler v. American Standard, et. al.
   VAE   2   02-7085    Charles A. Johnson v. American Standard, et. al.
   VAE   2   02-7086    Graham H. Justice v. American Standard, et. al.
   VAE   2   02-7087    William H. Kennedy v. American Standard, et. al.
   VAE   2   02-7088    Martino, Samuel W. v. American Standard, et. al.

Case MDL No. 875   Document 3852   Filed 02/12/03   Page 3 of 3

SCHEDULE FOR CTO-221 MDL-875 (Cont.)                                    Page 2 of 2

<u>DISTRICT</u> <u>DIV.</u> <u>CIVIL ACTION#</u>

VIRGINIA EASTERN
| | | | |
|---|---|---|---|
| VAE | 2 | 02-7089 | Roy T. Rose v. American Standard, et. al. |
| VAE | 2 | 02-7090 | Ernest R. Bennett v. American Standard, et. al. |
| VAE | 2 | 02-7091 | Clarence H. Buck v. American Standard, et. al. |
| VAE | 2 | 02-7092 | Douglas D. Gorr v. American Standard, et. al. |
| VAE | 2 | 02-7093 | Robert C. Harris v. American Standard, et. al. |
| VAE | 2 | 02-7094 | Nardi Haynes v. American Standard, et. al. |
| VAE | 2 | 02-7095 | Henry D. Miller v. American Standard, et. al. |
| VAE | 2 | 02-7096 | William F. Price v. American Standard, et. al. |
| VAE | 2 | 02-7097 | Jefferson F. Robbins v. American Standard, et. al. |
| VAE | 2 | 02-7098 | Charles J. Scudella v. American Standard, et. al. |
| VAE | 2 | 02-7099 | Mellon B. Taylor v. American Standard, et. al. |
| VAE | 2 | 02-7100 | George M. Wallace v. American Standard, et. al. |
| VAE | 2 | 02-7101 | Albert L. Barclay v. American Standard, et. al. |
| VAE | 2 | 02-7102 | Hofe, Clyde L. v. American Standard, et. al. |
| VAE | 2 | 02-7103 | Ronald L. Jarboe v. American Standard, et. al. |
| VAE | 2 | 02-7104 | Philip E. Sidoti v. American Standard, et. al. |
| VAE | 2 | 02-7105 | Deweese v. American Standard, et. al. |
| VAE | 2 | 02-7106 | Willard H. Poland v. American Standard, et. al. |