JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB. 14, 2003

MICHAEL J. BECK
CLERK OF THE PANEL

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, BRUCE M. SELYA, JULIA SMITH GIBBONS, D. LOWELL JENSEN, J. FREDERICK MOTZ AND ROBERT L. MILLER, JR., JUDGES OF THE PANEL

## HEARING SESSION ORDER

IT IS ORDERED that on March 27, 2003, a hearing session will be held in Charleston, South Carolina, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

IMAGED FEB 19 '03

SCHEDULE OF MATTERS FOR HEARING SESSION
March 27, 2003 -- Charleston, South Carolina


**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**


MDL-1488 -- In re Ford Motor Co. Crown Victoria Police Interceptor Products Liability
                    Litigation

  Motion of defendants Ford Motor Company; Key Ford, Inc.; and Jack Schmitt Ford, Inc.,
to transfer the following actions to the United States District Court for the Northern District of
Ohio (either as part of MDL-1488 or as a new MDL docket):


    Eastern District of Arkansas

  *Ralph Jones v. Ford Motor Co.*, C.A. No. 5:02-320

    Northern District of Florida

  *Paul W. Abbott, et al. v. Ford Motor Co., et al.*, C.A. No. 3:02-345

    Southern District of Illinois

  *Michael T. Costello v. Ford Motor Co., et al.*, C.A. No. 3:02-1122

    Eastern District of Texas

  *Louisette M.F. Woodward v. Ford Motor Co.*, C.A. No. 9:02-288

MDL-1514 -- In re Electrical Carbon Products Antitrust Litigation

Motion of plaintiffs Lockwood Electric Motor Service of Trenton, NJ; U.S. Material Supply, Inc.; Regional Transit Authority, et al.; Pincus Elevator & Electric Co. Inc.; and Bright Lights USA, Inc., for centralization of the following actions in the United States District Court for the Eastern District of Pennsylvania:

District of New Jersey

*South-Land Carbon Products, Inc. v. Morganite, Inc., et al.*, C.A. No. 1:02-5503
*Trupar America, Inc. v. Morganite, Inc., et al.*, C.A. No. 1:02-5668
*Koffler Electrical Mechanical Apparatus Repair, Inc. v. Morganite, Inc.*,
   C.A. No. 1:02-5678

Eastern District of Pennsylvania

*Lockwood Electric Motor Service of Trenton, NJ v. Morganite, Inc.*, C.A. No. 2:02-8379
*U.S. Material Supply, Inc. v. Morganite, Inc.*, C.A. No. 2:02-8456
*Regional Transit Authority, et al. v. Morganite, Inc., et al.*, C.A. No. 2:02-8506
*Pincus Elevator & Electric Co., Inc. v. Morganite, Inc.*, C.A. No. 2:02-8567
*The Port Authority Transit Corp. v. Morganite, Inc.*, C.A. No. 2:02-8738
*Bright Lights USA, Inc. v. Morganite, Inc.*, C.A. No. 2:02-8866

MDL-1515 -- In re Nifedipine Antitrust Litigation

Motion of defendants Elan Corporation, PLC; Biovail Corporation; and Elan
Pharmaceutical Research Corporation for centralization of the following actions in the United
States District Court for the District of District of Columbia:

### District of District of Columbia

*A.F. of L. - A.G.C. Building Trades Welfare Plan v. Biovail Corp., et al.*,
   C.A. No. 1:02-1343
*United Food & Commercial Workers Local 56 Health & Welfare Fund v. Biovail Corp.,
   et al.*, C.A. No. 1:02-1377
*Alvin Shiggs, et al. v. Biovail Corp., et al.*, C.A. No. 1:02-1777
*SAJ Distributors, Inc., et al. v. Biovail Corp., et al.*, C.A. No. 1:02-1931
*Sidney Hillman Health Center of Rochester, Inc. v. Elan Corp., PLC., et al.*,
   C.A. No. 1:02-2121

### Southern District of New York

*CVS Meridian, Inc., et al. v. Biovail Corp., et al.*, C.A. No. 1:02-9089

### Eastern District of Pennsylvania

*Meijer, Inc., et al. v. Biovail Corp., et al.*, C.A. No. 2:02-7852

MDL-1516 -- In re Polyester Staple Antitrust Litigation

Motion of defendant Nan Ya Plastics Corporation America for centralization of certain of
the following actions in the United States District Court for the Middle District of North
Carolina;  motion of defendant Arteva Specialties S.a.r.l. for centralization of certain of the
following actions in any federal district court in North Carolina or the United States District
Court for the District of South Carolina; and motion of New Jersey plaintiffs for centralization of
the following actions in the United States District Court for the District of New Jersey:

### District of New Jersey

*United Shredding Co. v. Nan Ya Plastics Corp., et al.*, C.A. No. 2:02-4738
*Tex Tech Industries, Inc. v. Nan Ya Plastics Corp., America, et al.*, C.A. No. 2:02-4814
*Hollander Home Fashions Corp. v. Nan Ya Plastics Corp., et al.*, C.A. No. 2:02-4868
*Carlee Corp. v. Nan Ya Plastics Corp., et al.*, C.A. No. 2:02-5170
*Carpenter Corp. v. Nan Ya Plastics Corp., et al.*, C.A. No. 2:02-5171
*Green Bay Nonwovens, Inc. v. Nan Ya Plastics Corp., et al.*, C.A. No. 2:02-5330
*Hollinee, LLC v. Nan Ya Plastics Corp., et al.*, C.A. No. 2:02-5331
*Fiber Dynamics, Inc. v. Nan Ya Plastics Corp., et al.*, C.A. No. 2:02-5332
*Doran Mills, L.L.C. v. Nan Ya Plastics Corp., et al.*, C.A. No. 2:02-5425
*Habasit Belting, Inc. v. Nan Ya Plastics Corp., et al.*, C.A. No. 2:02-5426
*J.H.N.Y., Inc. v. Nan Ya Plastics Corp., et al.*, C.A. No. 2:02-5693

### Western District of North Carolina

*Spartan International, Inc. v. Nan Ya Plastics Corp., et al.*, C.A. No. 3:02-450
*Thomaston Mills, Inc., etc. v. DuPont E.I. De Nemours & Co., et al.*, C.A. No. 3:02-474
*Penn Bottle & Supply Co., etc. v. Nan Ya Plastics Corp., et al.*, C.A. No. 3:02-501
*Delta Clothing, Inc. v. Wellman, Inc., et al.*, C.A. No. 3:02-503

### District of South Carolina

*Marmot Moutain, Ltd. v. Arteva Specialties, LLC, et al.*, C.A. No. 4:03-144

### Western District of Wisconsin

*Richard R.  Bentley, et al. v. Wellman, Inc., et al.*, C.A. No. 3:03-16

MDL-1517 -- In re The Gator Corporation Software Trademark & Copyright Litigation

Motion of The Gator Corporation for centralization of the following actions in the United States District Court for the Northern District of California:

Northern District of California

*Gator.com Corp. v. L.L. Bean, Inc.*, C.A. No. 3:01-1126
*Gator.com Corp. v. Virtumundo, Inc.*, C.A. No. 3:01-3167
*The Gator Corp. v. Extended Stay America, Inc.*, C.A. No. 3:02-5226
*The Gator Corp. v. PriceGrabber.com, Inc.*, C.A. No. 3:02-5834
*The Gator Corp. v. TigerDirect, Inc.*, C.A. No. 3:02-5875

Southern District of Florida

*TigerDirect, Inc. v. The Gator Corp.*, C.A. No. 1:02-23615

Northern District of Georgia

*United Parcel Service of America, Inc. v. The Gator Corp.*, C.A. No. 1:02-2639
*Six Continents Hotels, Inc., et al. v. The Gator Corp.*, C.A. No. 1:02-3065

Western District of North Carolina

*Lendingtree, Inc. v. The Gator Corp.*, C.A. No. 3:02-519

District of Oregon

*The Gator Corp. v. L.L. Bean, Inc.*, C.A. No. 3:01-1713

District of South Carolina

*Extended Stay America, Inc. v. The Gator Corp.*, C.A. No. 7:02-3845

Eastern District of Virginia

*WashingtonPost.Newsweek Interactive Co., LLC., et al. v. The Gator Corp.*,
   C.A. No. 1:02-909

Schedule of Matters for Hearing Session, Section A                    p. 6
Charleston, South Carolina

MDL-1518 -- In re Allegheny Energy, Inc., Securities Litigation

    Motion of plaintiff John C. Moss, IRA for centralization of the following actions in the United States District Court for the District of Maryland:

      District of Maryland

*John C. Moss, IRA v. Allegheny Energy, Inc., et al.*, C.A. No. 1:02-3703

      Southern District of New York

*Joseph P. Shemitz v. Allegheny Energy, Inc., et al.*, C.A. No. 1:02-8366
*William Haines v. Allegheny Energy, Inc., et al.*, C.A. No. 1:02-8806
*Joseph B. Hargroder, M.D. v. Allegheny Energy, Inc., et al.*, C.A. No. 1:02-8811
*Philip H. Cohen v. Allegheny Energy, Inc., et al.*, C.A. No. 1:02-8838
*Stanley A. Friesen v. Allegheny Energy, Inc., et al.*, C.A. No. 1:02-8986
*William H. Barnes, et al. v. Allegheny Energy, Inc., et al.*, C.A. No. 1:02-9101
*Karl Welty v. Allegheny Energy, Inc., et al.*, C.A. No. 1:02-9159
*Anne Shaw v. Allegheny Energy, Inc., et al.*, C.A. No. 1:02-9243
*James S. Keffalas v. Allegheny Energy, Inc., et al.*, C.A. No. 1:02-9268
*Dorothy Kliebert v. Allegheny Energy, Inc., et al.*, C.A. No. 1:02-9329
*Robert Allred v. Allegheny Energy, Inc., et al.*, C.A. No. 1:02-9508
*Richard Hubbard v. Allegheny Energy, Inc., et al.*, C.A. No. 1:02-9509
*Frank Messenger v. Allegheny Energy, Inc., et al.*, C.A. No. 1:02-9569

Schedule of Matters for Hearing Session, Section A                    p. 7
Charleston, South Carolina


MDL-1519 -- In re The Progressive Insurance Corporation Underwriting & Rating Practices
            Litigation

Motion of defendants The Progressive Corporation; Progressive Express Insurance
Company; Progressive American Insurance Company; Progressive Consumers Insurance
Company; Progressive Southeastern Insurance Company; and Progressive Casualty Insurance
Company for centralization of the following actions in the United States District Court for the
Northern of District of Florida:


            Northern District of Florida

*Cathryn Smith, et al. v. Progressive Corp., et al.*, C.A. No. 1:00-210

            Western District of Louisiana

*Paul K. Cooley v. Progressive Insurance Co., et al.*, C.A. No. 5:02-2384

            District of Oregon

*Sharele Dikeman, et al. v. Progressive Corp.*, C.A. No. 3:01-1465

            Northern District of Texas

*Timothy James Carlson v. Progressive Insurance Co.*, C.A. No. 3:02-2552


MDL-1520 -- In re National Board of Podiatric Medical Examiners Test Scores Invalidation
            Litigation

Motion of defendants National Board of Podiatric Medical Examiners and The Chauncey
Group International Ltd. for centralization of the following actions in the United States District
Court for the Northern District of Ohio:


            Southern District of Florida

*John A. Maupin, et al. v. National Board of Podiatric Medical Examiners, et al.*,
    C.A. No. 1:03-20011

Schedule of Matters for Hearing Session, Section A                    p. 8
Charleston, South Carolina

MDL-1520 (Continued)

Northern District of Ohio

*Ohio College of Podiatric Medicine, et al. v. National Board of Podiatric Medical Examiners, et al.*, C.A. No. 1:02-2435

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs Arnold Alvin Allen, et al., and Hardy L. Cline, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Northern District of Georgia

*Arnold Alvin Allen, et al. v. Georgia-Pacific Corp., et al.*, C.A. No. 1:02-2771

Eastern District of Texas

*Hardy L. Cline, et al. v. Union Carbide Corp., et al.*, C.A. No. 6:02-491

MDL-1122 -- In re Jackson National Life Insurance Company Premium Litigation

Opposition of plaintiff Lorean Gwin to transfer of the following action to the United States District Court for the Western District of Michigan:

Southern District of Mississippi

*Lorean Gwin v. Jackson National Life Insurance Co., et al.*, C.A. No. 3:02-1620

Schedule of Matters for Hearing Session, Section B                    p. 10
Charleston, South Carolina

MDL-1148 -- In re Latex Gloves Products Liability Litigation

   Opposition of defendant Ansell Healthcare Products, Inc., to remand, under 28 U.S.C. §
1407(a), of the following action to the United States District Court for the District of Oregon:

### Eastern District of Pennsylvania

   *Kellie J. Clift, et al. v. Baxter International, Inc., et al.*, C.A. No. 2:98-1968 (D. Oregon,
   C.A. No. 3:98-178)

MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products
             Liability Litigation

   Oppositions of plaintiffs and defendants Kynard Adams, M.D., and Luis Fernando
Franco, M.D., to transfer of their respective following actions to the United States District Court
for the Eastern District of Pennsylvania:

### Middle District of Alabama

   *Yuvonne B. Wilson v. Wyeth, et al.*, C.A. No. 2:02-1391

### Northern District of Alabama

   *Fredda Rainey v. Wyeth, et al.*, C.A. No. 2:02-3000
   *Marilyn Bell v. Wyeth, et al.*, C.A. No. 2:02-3136

### Middle District of Florida

   *Charlene Thomas v. American Home Products Corp., et al.*, C.A. No. 8:02-2147

### Eastern District of Kentucky

   *Heather Johnson v. Wyeth, et al.*, C.A. No. 5:02-477

Schedule of Matters for Hearing Session, Section B                    p. 11
Charleston, South Carolina

MDL-1203 (Continued)

### Eastern District of Louisiana

*Silvina Wilson, et al. v. Wyeth Co., et al.*, C.A. No. 2:02-3025
*Ronald Breaux, et al. v. Wyeth Co., et al.*, C.A. No. 2:02-3086
*Norma Brisco, et al. v. Wyeth Co., et al.*, C.A. No. 2:02-3144
*Rose Hitchen, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:02-3146
*Roselyn Daigle, et al. v. Wyeth Co., et al.*, C.A. No. 2:02-3163
*Linda Drummer, et al. v. Wyeth Co., et al.*, C.A. No. 2:02-3224
*Kenneth Smith v. Wyeth Co., et al.*, C.A. No. 2:02-3225
*Elizabeth Fabre, et al. v. Wyeth Co., et al.*, C.A. No. 2:02-3374
*Helene Benn, et al. v. Wyeth Co., et al.*, C.A. No. 2:02-3447
*Paula Armstrong, et al. v. Wyeth Co., et al.*, C.A. No. 2:02-3448
*Bobbie L. Williams, et al. v. Wyeth Co., et al.*, C.A. No. 2:02-3460
*Tim Gallagher v. Wyeth Co., et al.*, C.A. No. 2:02-3480
*Grace King, et al. v. Wyeth Co., et al.*, C.A. No. 2:02-3491
*Alan Smith, et al. v. Wyeth Co., et al.*, C.A. No. 2:02-3498

### Northern District of Mississippi

*Kathy Morton v. Wyeth, et al.*, C.A. No. 1:02-432

### Southern District of Mississippi

*Rebecca Hudson, et al. v. American Home Products Corp., et al.*, C.A. No. 2:02-855
*Dorothy Winters, et al. v. Wyeth, et al.*, C.A. No. 3:02-1559
*Richard H. Mitchell v. Wyeth, et al.*, C.A. No. 4:02-460

### District of Oregon

*Donna Chapman v. A.H. Robins Co., Inc., et al.*, C.A. No. 1:02-1641

### Southern District of Texas

*Marilyn Crislip v. Maha K. Al-Lahiq, M.D., et al.*, C.A. No. 3:02-752
*Judith B. Bristley v. Wyeth, et al.*, C.A. No. 4:02-4264
*Lucidio Garza v. Wyeth, et al.*, C.A. No. 7:02-528

Schedule of Matters for Hearing Session, Section B                    p. 12
Charleston, South Carolina


MDL-1203 (Continued)


### Eastern District of Virginia

*Linda Wiggins v. Wyeth, et al.*, C.A. No. 2:02-889
*Cynthia Kanode v. Wyeth, et al.*, C.A. No. 3:02-821
*Ida Haynes v. Wyeth, et al.*, C.A. No. 3:02-822
*Ruth Higginbottom v. Wyeth, et al.*, C.A. No. 3:02-824
*Linda Trisvan v. Wyeth, et al.*, C.A. No. 3:02-829
*Thomas Jarrell v. Wyeth, et al.*, C.A. No. 3:02-832


## MDL-1214 -- In re Great Southern Life Insurance Company Sales Practices Litigation

Opposition of plaintiff Richard A. Driskill to transfer of the following action to the
United States District Court for the Northern District of Texas:


### Middle District of Alabama

*Richard A. Driskill v. Great Southern Life Insurance Co., et al.*, C.A. No. 2:02-1174


## MDL-1296 -- In re Alliance Equipment Lease Program Securities Litigation

Motion of plaintiffs Ruth R. Floyd, et al., to remand, under 28 U.S.C. § 1407(a), the
following action to the United States District Court for the Middle District of Tennessee:


### Southern District of California

*Ruth R. Floyd, et al. v. Royal Indemnity Co., et al.*, C.A. No. 3:99-2625 (M.D. Tennessee,
C.A. No. 3:99-139)

Schedule of Matters for Hearing Session, Section B                    p. 13
Charleston, South Carolina


MDL-1334 -- In re Managed Care Litigation

Opposition of plaintiff Ahmad Imtiaz, M.D., to transfer of the following action to the United States District Court for the Southern District of Florida:


Eastern District of Pennsylvania

*Ahmad Imtiaz, M.D. v. Aetna U.S. Healthcare, et al.*, C.A. No. 2:02-8673


MDL-1335 -- In re Tyco International, Ltd., Securities Litigation

Oppositions of plaintiffs Tyco International, Ltd., et al., and defendant Frank E. Walsh, Jr., to transfer of their respective following actions to the United States District Court for the District of New Hampshire:


Southern District of New York

*Tyco International, Ltd. v. Frank E. Walsh, Jr.*, C.A. No. 1:02-4633
*Tyco International, Ltd., et al. v. Mark A. Belnick*, C.A. No. 1:02-4644
*Tyco International, Ltd., et al. v. Dennis L. Kozlowski*, C.A. No. 1:02-7317


MDL-1348 -- In re Rezulin Products Liability Litigation

Oppositions of plaintiffs and defendants John J. Varenholt, M.D., and West Florida Medical Center Clinic, P.A., to transfer of their respective following actions to the United States District Court for the Southern District of New York:


Middle District of Florida

*Dollie Barrington, et al. v. Warner-Lambert Co., et al.*, C.A. No. 3:02-992
*Ora Clark, et al. v. Warner-Lambert Co., et al.*, C.A. No. 6:02-1275
*Anthony DeAngelo, et al. v. Warner-Lambert Co., et al.*, C.A. No. 8:02-1980
*David Atkins, et al. v. Warner-Lambert Co., et al.*, C.A. No. 8:02-2001

Schedule of Matters for Hearing Session, Section B                    p. 14
Charleston, South Carolina

MDL-1348 (Continued)


### Northern District of Florida

*Roberta Arnold, et al. v. Warner-Lambert Co., et al.*, C.A. No. 3:02-454
*Eleanor Ivanowski, et al. v. Warner-Lambert Co., et al.*, C.A. No. 3:02-455

### Southern District of Florida

*Juanita Alexander, et al. v. Warner-Lambert Co., et al.*, C.A. No. 0:02-61510

### Northern District of Mississippi

*Rose Brown v. Warner-Lambert Co., et al.*, C.A. No. 4:02-236

### Southern District of Mississippi

*Larry Holmes v. Warner-Lambert Co., et al.*, C.A. No. 2:02-790

### Southern District of Texas

*Maria Elena Avila v. Pfizer, Inc., et al.*, C.A. No. 1:02-217
*Jeri Lynn Pilgrim, et al. v. Parke-Davis, et al.*, C.A. No. 7:02-485
*Quirino Cano, et al. v. Parke-Davis, et al.*, C.A. No. 7:02-506


## MDL-1355 -- In re Propulsid Products Liability Litigation

Opposition of plaintiffs Barbara Love, et al., to transfer of the following action to the
United States District Court for the Eastern District of Louisiana:

### Southern District of Mississippi

*Barbara Love, et al. v. Johnson & Johnson Co., et al.*, C.A. No. 3:02-1564

Schedule of Matters for Hearing Session, Section B                    p. 15
Charleston, South Carolina


MDL-1373 -- In re Bridgestone/Firestone, Inc., Tires Products Liability Litigation

　　　Opposition of defendant Budget Rent A Car Systems, Inc., to transfer of the following action to the United States District Court for the Southern District of Indiana:

　　　　　Eastern District of California

　　　*Dionne Anderson, et al. v. Budget Rent A Car, et al.*, C.A. No. 1:02-6275


MDL-1377 -- In re Dippin' Dots, Inc., Patent Litigation

　　　Oppositions of plaintiffs Frosty Bites, Inc., et al., and The Frosty Bites Distribution Parties in MDL-1377 to transfer of the following action to the United States District Court for the Northern District of Georgia:

　　　　　Northern District of Texas

　　　*Frosty Bites, Inc., et al. v. Dippin' Dots, Inc.*, C.A. No. 3:01-1532


MDL-1382 -- In re Unitrin, Inc., Industrial Life Insurance Litigation

　　　Motion of plaintiffs Shirley Cork and Geneva McDonald to remand, under 28 U.S.C. § 1407(a), the following actions to their respective transferor courts:

　　　　　Eastern District of Louisiana

　　*Shirley Cork v. Unitrin, Inc., et al.*, C.A. No. 2:02-529 (N.D. Mississippi, C.A. No. 4:01-200)
　　*Geneva McDonald v. Unitrin, Inc., et al.*, C.A. No. 2:02-1918 (S.D. Mississippi, C.A. No. 2:01-345)

Schedule of Matters for Hearing Session, Section B                    p. 16
Charleston, South Carolina


## MDL-1387 -- In re ProteGen Sling and Vesica System Products Liability Litigation

Opposition of plaintiff Inge Christman to transfer of the following action to the United States District Court for the District of Maryland:


### District of New Mexico

*Inge Christman v. Lovelace Health Systems, Inc., et al.*, C.A. No. 6:02-1498


## MDL-1390 -- In re Life Insurance Co. of Georgia Industrial Life Insurance Litigation

Opposition of plaintiffs Robert A. Gates, Jr.; Dorothy Gates; and Mary Lou Rice, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:


### Southern District of Mississippi

*Robert A. Gates, Jr. v. Life Insurance Co. of Georgia*, C.A. No. 1:02-806
*Dorothy Gates v. Life Insurance Co. of Georgia*, C.A. No. 1:02-807
*Mary Lou Rice, et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 4:02-455


## MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

Oppositions of plaintiffs Ella Richardson; Gloria Jean Griffin; Ruby Cunningham; Mary Coats Wilkinson, et al.; Phillip Brown; Carol Adams; Deann Fetzer, et al.; Troy Alexander, et al.; Sharon Lemon, et al.; and Anna Faye Miller to transfer of their respective following actions to the United States District Court for the Western District of Washington:


### Northern District of Alabama

*Ella Richardson v. Bayer Corp., et al.*, C.A. No. 7:02-2940


### Southern District of Alabama

*Gloria Jean Griffin v. Wyeth, et al.*, C.A. No. 1:02-815

MDL-1407 (Continued)


### Northern District of Mississippi

*Ruby Cunningham v. Bayer Corp., et al.*, C.A. No. 2:02-260
*Mary Coats Wilkinson, et al. v. American Home Products Corp., et al.*,
  C.A. No. 2:02-261

### Eastern District of Pennsylvania

*Phillip Brown v. Chattem, Inc., et al.*, C.A. No. 2:02-8843

### Eastern District of Texas

*Carol Adams v. Chattem, Inc., et al.*, C.A. No. 6:02-587

### Southern District of Texas

*Deann Fetzer, et al. v. Chattem, Inc., et al.*, C.A. No. 4:02-4891

### Western District of Texas

*Troy Alexander, et al. v. Novartis Consumer Health, Inc., et al.*, C.A. No. 1:02-781
*Sharon Lemon, et al. v. Chattem, Inc., et al.*, C.A. No. 1:02-800
*Anna Faye Miller v. Chattem, Inc., et al.*, C.A. No. 1:02-801


## MDL-1409 -- In re Currency Conversion Fee Antitrust Litigation

Opposition of plaintiff Gilbert Schrank to transfer of the following action to the United States District Court for the Southern District of New York:


### Eastern District of New York

*Gilbert Schrank v. Citibank (South Dakota), N.A.*, C.A. No. 1:02-6498

Schedule of Matters for Hearing Session, Section B                              p. 18
Charleston, South Carolina


MDL-1429 -- In re American General Life & Accident Insurance Co. Industrial Life Insurance
                    Litigation

      Opposition of plaintiff Walter Benjamin to transfer of the following action to the United
States District Court for the District of South Carolina:


           Southern District of Alabama

      *Walter Benjamin v. American General Life & Accident Insurance Co., et al.*,
         C.A. No. 2:02-811


MDL-1446 -- In re Enron Corp. Securities, Derivative & "ERISA" Litigation

      Oppositions of plaintiffs Connecticut Resources Recovery Authority and PERS of
Mississippi, et al., and defendants J.P. Morgan Chase & Company, Inc.; Citigroup, Inc.; Merrill
Lynch & Company, Inc.; Barclays Capital, Inc.; Standard & Poor's Credit Market Services;
Moody's Investors Service, Inc.; Fitch, Inc.; Murtha Cullina, LLP; Hawkins, Delafield & Wood;
and LeBoeuf, Lamb, Greene & MacRae, LLP to transfer of their respective following actions to
the United States District Court for the Southern District of Texas:


           District of Connecticut

      *Connecticut Resources Recovery Authority v. Kenneth L. Lay, et al.*, C.A. No. 3:02-2095
      *CT Resources Recovery Authority v. Kenneth L. Lay, et al.*, C.A. No. 3:02-2107
      *CT Resources Recovery Authority v. Murtha Cullina, LLP, et al.*, C.A. No. 3:03-79

           Southern District of Mississippi

      *PERS of Mississippi, et al. v. Kenneth L. Lay, et al.*, C.A. No. 3:02-1704

Schedule of Matters for Hearing Session, Section B                    p. 19
Charleston, South Carolina


MDL-1456 -- In re Pharmaceutical Industry Average Wholesale Price Litigation

Oppositions of plaintiffs Peter Virag and Ronald E. Turner to transfer of their respective following actions to the United States District Court for the District of Massachusetts:

Central District of California

*Peter Virag v. Allergan, Inc., et al.*, C.A. No. 2:02-8417

Northern District of California

*Ronald E. Turner v. Abbott Laboratories, et al.*, C.A. No. 3:02-5006


MDL-1466 -- In re PrimeVision Health, Inc., Contract Litigation

Oppositions of defendants Tri-County Eye Institute; Mark E. Schneider, M.D.; Robert M. Thomas, Jr., M.D.; Robert M. Thomas, Jr., M.D., A Medical Corporation; Jeffrey P. Wasserstrom, M.D.; Jeffrey P. Wasserstrom, M.D., A Medical Corporation; Lawrence S. Rice, M.D.; Lawrence S. Rice, A Medical Corporation; The Milne Eye Medical Center, PC; and Milton J. Milne, M.D., to transfer of their respective following actions to the United States District Court for the Western District of Kentucky:

Central District of California

*PrimeVision Health, Inc. v. The Brinkenhoff Eye Medical Center, Inc., et al.*,
  C.A. No. 5:02-1170

Southern District of California

*PrimeVision Health, Inc. v. Robert M. Thomas, Jr., M.D., et al.*, C.A. No. 3:02-2098

District of Maryland

*PrimeVision Health, Inc. v. The Milne Eye Medical Center, PC, et al.*,
  C.A. No. 8:02-3502

Schedule of Matters for Hearing Session, Section B                    p. 20
Charleston, South Carolina

MDL-1467 -- In re Tri-State Crematory Litigation

      Opposition of defendants Turner Funeral Home, Inc.; Mike J. Turner; Virginia Turner; Larry T. Dowden; and Robert K. Schrader to transfer of the following action to the United States District Court for the Northern District of Georgia:

Eastern District of Tennessee

*National Grange Mutual Insurance Co. v. Turner Funeral Home, Inc., et al.*, C.A. No. 1:02-298

MDL-1472 -- In re Global Crossing Ltd. Securities & "ERISA" Litigation

      Opposition of plaintiff Michael A. Bernstein Profit Sharing Plan to transfer of the following action to the United States District Court for the Southern District of New York:

Central District of California

*Michael A. Bernstein Profit Sharing Plan v. Gary Winnick, et al.*, C.A. No. 2:02-8630

MDL-1481 -- In re Meridia Products Liability Litigation

      Opposition of plaintiff Alice Titus to transfer of the following action to the United States District Court for the Northern District of Ohio:

Southern District of Texas

*Alice Titus v. Kent Tompkins, M.D., et al.*, C.A. No. 2:02-498

MDL-1484 -- In re Merrill Lynch & Co., Inc., Research Reports Securities Litigation

Oppositions of plaintiffs Joseph D. Brasher, et al., and William H. Durham, M.D., to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### Eastern District of Michigan

*Joseph D. Brasher, et al. v. Merrill Lynch & Co., Inc., et al.*, C.A. No. 4:02-40308

### Southern District of Mississippi

*William H. Durham, M.D. v. Merrill Lynch & Co., Inc., et al.*, C.A. No. 2:02-817

Motion of defendants Merrill Lynch Focus Twenty Fund, Inc.; Fund Asset Management L.P.; and Merrill Lynch Pierce Fenner & Smith, Inc., to transfer the following action to the United States District Court for the Southern District of New York:

### Southern District of Florida

*Festus & Helen Stacy Foundation, Inc. v. Merrill Lynch Focus Twenty Fund, Inc., et al.*, C.A. No. 0:02-60294

MDL-1487 -- In re WorldCom, Inc., Securities & "ERISA" Litigation

Oppositions of plaintiffs Roscoe Wallace, et al., and IQ Holdings, Inc., to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### Northern District of Georgia

*Roscoe Wallace, et al. v. WorldCom, Inc., et al.*, C.A. No. 1:02-2854

### Southern District of Texas

*IQ Holdings, Inc. v. Arthur Andersen, LLP, et al.*, C.A. No. 4:02-3850

Schedule of Matters for Hearing Session, Section B                    p. 22
Charleston, South Carolina


MDL-1490 -- In re Commercial Money Center, Inc., Equipment Lease Litigation

      Opposition of plaintiff United Security Bank to transfer of the following action to the United States District Court for the Northern District of Ohio:


          Eastern District of California

     *United Security Bank v. American Motorists Insurance Co.*, C.A. No. 1:02-6447


MDL-1491 -- In re African-American Slave Descendants Litigation

      Opposition of plaintiffs Timothy Hurdle, et al., to transfer of the following action to the United States District Court for the Northern District of Illinois:


          Northern District of California

     *Timothy Hurdle, et al. v. FleetBoston Financial Corp., et al.*, C.A. No. 3:02-4653

RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

     (a)    Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

     (b)    Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

     (c)    No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:

          (i)    the dispositive issue(s) have been authoritatively decided; or

          (ii)    the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

     (d)    In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

     (e)    Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

     (f)    Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

     (g)    Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)      So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)      After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.