

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 2 0 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in the nine Southern District of Mississippi actions listed on the attached Schedule A on October 29, 2002. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the nine actions filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. This matter was then considered by the Panel at its hearing session in Los Angeles, California, on January 28, 2003. The Panel has now been advised that the nine actions were remanded to Mississippi state court by the Honorable Walter J. Gex III in separate orders filed on January 28, 2003.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-219" filed on October 29, 2002, is VACATED insofar as it relates to the nine actions listed on the attached Schedule A.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

PLEADING NO. 3855

OFFICIAL FILE COPY IMAGED FEB 24 '03

# SCHEDULE A

<u>MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)</u>

### Southern District of Mississippi

*Pauline Addison, et. al. v. A.O. Smith, et. al.*, C.A. No. 1:02-724
*Dorothy Baldwin, et. al. v. A.O. Smith, et. al.*, C.A. No. 1:02-725
*Joe E. Bailey, et. al. v. A.O. Smith, et. al.*, C.A. No. 1:02-726
*Percy Barnes, et. al. v. A.O. Smith, et. al.*, C.A. No. 1:02-727
*Nettie Adkins, et. al. v. A.O. Smith, et. al.*, C.A. No. 1:02-728
*James E. Barfield, et. al. v. A.O. Smith, et. al.*, C.A. No. 1:02-729
*Katie Avery, et. al. v. A.O. Smith, et. al.*, C.A. No. 1:02-731
*Calvin Buckley, et. al. v. A.O. Smith, et. al.*, C.A. No. 1:02-733
*Jimmy Barber, et. al. v. A.O. Smith, et. al.*, C.A. No. 1:02-734