JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

MAR 11 2003

FILED
CLERK'S OFFICE

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, P.C.
10 West Broadway Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666
Attorneys for Plaintiffs

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
### (SEE ATTACHED SCHEDULE OF CASES)
### RE: CONDITIONAL TRANSFER ORDER (CTO-222)

| | |
|---|---|
| In Re Asbestos Product Liability Litigation (No. VI) (all Utah Plaintiffs Listed in Schedule CTO-222 – Tag Along Cases Docket No. 875) | ) NOTICE OF CONSOLIDATED ) OPPOSITION TO TRANSFER ) ) ) ) Conditional Transfer Order (CTO-222) |

On February 24, 2003, the Judicial Panel on Multidistrict Ligtigation, *In re Asbestos Products Liability Litigation (No. VI)* issued Conditional Transfer Order (CTO-222) conditionally transferring 68 cases (case nos. 02-1285-02-1353) currently pending in the United States District Court for the District of Utah (the "Utah Asbestos Cases") to the Eastern District of Pennsylvania, assigned to the Honorable Charles R. Weiner. A copy of a schedule prepared by the United States of America Judicial Panel on Multidistrict Litigation listing the cases to which this Notice of Opposition pertains is attached hereto as Exhibit "A."

IMAGED MAR 11 '03   OFFICIAL FILE COPY

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

2003 MAR 10 A 11:31
RECEIVED CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 11 2003

FILED
CLERK'S OFFICE

## NOTICE OF OPPOSITION

Plaintiffs in the Utah Asbestos Cases hereby provide Notice of Opposition to the transfer of the Utah Asbestos Cases. A consolidated Motion and Brief to Vacate the CTO, with a schedule of actions attached, will be filed with the United States of America Judicial Panel on Multidistrict Litigation in accoradance with a schedule set for the filing of such briefing.

DATED this 10 day of March, 2003.

HATCH, JAMES & DODGE

By: _____
Brent O. Hatch
Mark F. James
Attorneys for Plaintiffs in the Utah Asbestos Cases

RECEIVED
CLERK'S OFFICE
2003 MAR 10 A 11:31
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

Mar 10 2003 9:23AM  HATCH, JAMES & DODGE, PC  (801)363-6666  p.3

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 11 2003

FILED
CLERK'S OFFICE

# EXHIBIT "A"

RECEIVED
CLERK'S OFFICE
2003 MAR 10 A 11: 31
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

# SCHEDULE CTO-222 - TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DISTRICT | DIV. | CIVIL ACTION# |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN | 2 | 02-2144 |
| **GEORGIA NORTHERN** | | |
| GAN | 1 | 02-3391 |
| GAN | 1 | 02-3392 |
| **KANSAS** | | |
| KS | 2 | 02-2604 |
| **KENTUCKY EASTERN** | | |
| KYE | 2 | 02-201 |
| **MINNESOTA** | | |
| MN | 0 | 02-4919 |
| MN | 0 | 02-4935 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS | 1 | 02-849 |
| MSS | 1 | 02-850 |
| MSS | 1 | 02-851 |
| MSS | 1 | 02-852 |
| MSS | 1 | 02-853 |
| MSS | 1 | 02-854 |
| MSS | 1 | 02-855 |
| **NEW YORK EASTERN** | | |
| NYE | 1 | 02-68 |
| NYE | 1 | 02-69 |
| NYE | 1 | 02-70 |
| NYE | 1 | 02-71 |
| NYE | 1 | 02-72 |
| NYE | 1 | 02-73 |
| NYE | 1 | 02-74 |
| NYE | 1 | 02-75 |
| NYE | 1 | 02-76 |
| NYE | 1 | 02-151 |
| NYE | 1 | 02-152 |
| NYE | 1 | 02-153 |
| NYE | 1 | 02-154 |
| NYE | 1 | 02-155 |
| NYE | 1 | 02-156 |
| NYE | 1 | 02-157 |
| NYE | 1 | 02-158 |
| NYE | 1 | 02-159 |
| NYE | 1 | 02-161 |
| NYE | 1 | 02-216 |
| NYE | 1 | 02-217 |
| NYE | 1 | 02-218 |
| NYE | 1 | 02-219 |
| NYE | 1 | 02-221 |
| NYE | 1 | 02-222 |
| NYE | 1 | 02-223 |
| NYE | 1 | 02-224 |
| NYE | 1 | 02-225 |
| NYE | 1 | 02-226 |
| NYE | 1 | 02-227 |
| NYE | 1 | 02-228 |
| NYE | 1 | 02-229 |
| NYE | 1 | 02-230 |

| DISTRICT | DIV. | CIVIL ACTION# |
|---|---|---|
| **NEW YORK EASTERN** | | |
| NYE | 1 | 02-231 |
| NYE | 1 | 02-246 |
| NYE | 1 | 02-247 |
| NYE | 1 | 02-248 |
| NYE | 1 | 02-249 |
| NYE | 1 | 02-250 |
| NYE | 1 | 02-251 |
| NYE | 1 | 02-252 |
| NYE | 1 | 02-253 |
| NYE | 1 | 02-254 |
| NYE | 1 | 02-255 |
| NYE | 1 | 02-398 |
| NYE | 1 | 02-399 |
| NYE | 1 | 02-403 |
| NYE | 1 | 02-404 |
| NYE | 1 | 02-405 |
| NYE | 1 | 02-406 |
| NYE | 1 | 02-407 |
| NYE | 1 | 02-408 |
| NYE | 1 | 02-409 |
| NYE | 1 | 02-410 |
| NYE | 1 | 02-411 |
| NYE | 1 | 02-412 |
| NYE | 1 | 02-553 |
| NYE | 1 | 02-554 |
| NYE | 1 | 02-557 |
| NYE | 1 | 02-707 |
| NYE | 1 | 02-711 |
| NYE | 1 | 02-713 |
| NYE | 1 | 02-757 |
| NYE | 1 | 02-830 |
| NYE | 1 | 02-831 |
| NYE | 1 | 02-880 |
| NYE | 1 | 02-881 |
| NYE | 1 | 02-1055 |
| NYE | 1 | 02-1056 |
| NYE | 1 | 02-1081 |
| NYE | 1 | 02-1243 |
| NYE | 1 | 02-1251 |
| NYE | 1 | 02-1264 |
| NYE | 1 | 02-1265 |
| NYE | 1 | 02-1266 |
| NYE | 1 | 02-1308 |
| NYE | 1 | 02-1312 |
| NYE | 1 | 02-1337 |
| NYE | 1 | 02-1338 |
| NYE | 1 | 02-1456 |
| NYE | 1 | 02-1463 |
| NYE | 1 | 02-1466 |
| NYE | 1 | 02-1468 |
| NYE | 1 | 02-1511 |
| NYE | 1 | 02-1512 |
| NYE | 1 | 02-1702 |
| **OKLAHOMA EASTERN** | | |
| OKE | 6 | 03-11 |
| OKE | 6 | 03-12 |

| DISTRICT | DIV. | CIVIL ACTION# |
|---|---|---|
| **OKLAHOMA WESTERN** | | |
| OKW | 5 | 03-22 |
| OKW | 5 | 03-23 |
| OKW | 5 | 03-24 |
| OKW | 5 | 03-25 |
| OKW | 5 | 03-26 |
| OKW | 5 | 03-27 |
| OKW | 5 | 03-28 |
| OKW | 5 | 03-29 |
| OKW | 5 | 03-30 |
| OKW | 5 | 03-31 |
| OKW | 5 | 03-32 |
| OKW | 5 | 03-33 |
| OKW | 5 | 03-34 |
| OKW | 5 | 03-35 |
| OKW | 5 | 03-36 |
| **SOUTH CAROLINA** | | |
| SC | 2 | 03-108 |
| SC | 2 | 03-109 |
| SC | 2 | 03-110 |
| SC | 2 | 03-111 |
| **TEXAS NORTHERN** | | |
| TXN | 4 | 03-4 |
| **TEXAS WESTERN** | | |
| TXW | 3 | 02-543 |
| **UTAH** | | |
| UT | 2 | 02-1285 |
| UT | 2 | 02-1286 |
| UT | 2 | 02-1287 |
| UT | 2 | 02-1288 |
| UT | 2 | 02-1289 |
| UT | 2 | 02-1290 |
| UT | 2 | 02-1291 |
| UT | 2 | 02-1292 |
| UT | 2 | 02-1293 |
| UT | 2 | 02-1294 |
| UT | 2 | 02-1295 |
| UT | 2 | 02-1296 |
| UT | 2 | 02-1297 |
| UT | 2 | 02-1298 |
| UT | 2 | 02-1299 |
| UT | 2 | 02-1300 |
| UT | 2 | 02-1301 |
| UT | 2 | 02-1302 |
| UT | 2 | 02-1303 |
| UT | 2 | 02-1304 |
| UT | 2 | 02-1305 |
| UT | 2 | 02-1306 |
| UT | 2 | 02-1307 |
| UT | 2 | 02-1308 |
| UT | 2 | 02-1309 |
| UT | 2 | 02-1310 |
| UT | 2 | 02-1311 |
| UT | 2 | 02-1312 |
| UT | 2 | 02-1313 |
| UT | 2 | 02-1314 |

SCHEDULE FOR CTO-222 MDL-875 (Cont.)

| DISTRICT | DIV. | CIVIL ACTION# |
|---|---|---|
| **UTAH** | | |
| UT | 2 | 02-1315 |
| UT | 2 | 02-1316 |
| UT | 2 | 02-1317 |
| UT | 2 | 02-1318 |
| UT | 2 | 02-1319 |
| UT | 2 | 02-1320 |
| UT | 2 | 02-1321 |
| UT | 2 | 02-1322 |
| UT | 2 | 02-1323 |
| UT | 2 | 02-1324 |
| UT | 2 | 02-1325 |
| UT | 2 | 02-1326 |
| UT | 2 | 02-1327 |
| UT | 2 | 02-1328 |
| UT | 2 | 02-1329 |
| UT | 2 | 02-1330 |
| UT | 2 | 02-1331 |
| UT | 2 | 02-1332 |
| UT | 2 | 02-1333 |
| UT | 2 | 02-1334 |
| UT | 2 | 02-1335 |
| UT | 2 | 02-1336 |
| UT | 2 | 02-1337 |
| UT | 2 | 02-1338 |
| UT | 2 | 02-1339 |
| UT | 2 | 02-1340 |
| UT | 2 | 02-1341 |
| UT | 2 | 02-1343 |
| UT | 2 | 02-1344 |
| UT | 2 | 02-1345 |
| UT | 2 | 02-1346 |
| UT | 2 | 02-1347 |
| UT | 2 | 02-1348 |
| UT | 2 | 02-1349 |
| UT | 2 | 02-1350 |
| UT | 2 | 02-1351 |
| UT | 2 | 02-1352 |
| UT | 2 | 02-1353 |
| **VIRGINIA EASTERN** | | |
| VAE | 2 | 02-7107 |
| VAE | 2 | 02-7108 |
| VAE | 2 | 02-7109 |
| VAE | 2 | 02-7110 |
| VAE | 2 | 02-7111 |
| VAE | 2 | 02-7112 |
| VAE | 2 | 02-7113 |
| VAE | 2 | 02-7114 |
| VAE | 2 | 02-7115 |
| VAE | 2 | 02-7116 |
| VAE | 2 | 02-7117 |
| VAE | 2 | 02-7118 |
| VAE | 2 | 02-7119 |
| VAE | 2 | 02-7120 |
| VAE | 2 | 02-7121 |
| VAE | 2 | 02-7122 |
| VAE | 2 | 02-7123 |
| VAE | 2 | 02-7124 |
| VAE | 2 | 02-7125 |
| VAE | 2 | 02-7126 |
| VAE | 2 | 02-7127 |
| VAE | 2 | 02-7128 |
| VAE | 2 | 02-7129 |

| DISTRICT | DIV. | CIVIL ACTION# |
|---|---|---|
| **VIRGINIA EASTERN** | | |
| VAE | 2 | 02-7130 |
| VAE | 2 | 02-7131 |
| VAE | 2 | 02-7132 |
| VAE | 2 | 02-7133 |
| VAE | 2 | 02-7134 |
| VAE | 2 | 02-7135 |
| VAE | 2 | 02-7136 |
| VAE | 2 | 02-7137 |
| VAE | 2 | 02-7138 |
| VAE | 2 | 02-7139 |
| VAE | 2 | 02-7140 |
| VAE | 2 | 02-7141 |
| VAE | 2 | 02-7142 |
| VAE | 2 | 02-7143 |
| VAE | 2 | 02-7144 |
| VAE | 2 | 02-7145 |
| VAE | 2 | 02-7146 |
| VAE | 2 | 02-7147 |
| VAE | 2 | 02-7148 |
| VAE | 2 | 02-7149 |
| VAE | 2 | 02-7150 |
| VAE | 2 | 02-7151 |
| VAE | 2 | 02-7152 |
| VAE | 2 | 02-7153 |
| VAE | 2 | 02-7154 |
| VAE | 2 | 02-7155 |
| VAE | 2 | 02-7156 |
| VAE | 2 | 02-7157 |
| VAE | 2 | 02-7158 |
| VAE | 2 | 02-7159 |
| VAE | 2 | 02-7160 |
| VAE | 2 | 02-7161 |
| VAE | 2 | 02-7162 |
| VAE | 2 | 02-7163 |
| VAE | 2 | 02-7164 |
| VAE | 2 | 02-7165 |
| VAE | 2 | 02-7166 |
| VAE | 2 | 02-7167 |
| VAE | 2 | 02-7168 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10 day of March, 2003, a true and correct copy of the foregoing was filed with the United States District Court for the District of Utah and served on the following by U.S. Mail, first-class postage prepaid, as well as to those individuals identified on the attached list of "Involved Counsel for Schedule CTO-222, Docket No. 875, In Re Asbestos Products Liability Litigation (No. VI):

Elizabeth S. Conley, Esq.
PARSONS BEHLE & LATIMER
One Utah Center
201 South Main Street, Ste. 1800
PO Box 45898
Salt Lake City, UT 84145
*Attorneys for Georgia Pacific Corporation*

David B. Watkiss, Esq.
James E. Magelby, Esq.
Paxton R. Guymon, Esq.
Ballard Spahr Andrews & Ingersoll
One Utah Center
201 South Main Street, Suite 600
Salt Lake City, Utah 84111-2221
*Attorneys for Honeywell International, Inc.; Allied Signal*

Mark J. Williams, Esq.
PLANT WALLACE CHRISTENSEN & KANELL
136 East South Temple, Suit 1700
Salt Lake City, UT 84111
*Attorneys for Foster Wheeler Energy Corporation*

Melinda A. Morgan, Esq.
RICHARDS, BRANDT, MILLER & NELSON
50 South Main Street
PO Box 2465
Salt Lake City, UT 84110
*Attorneys for Owens-Illinois, Inc.*

Tracy H. Fowler, Esq.
SNELL & WILMER
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101-1004
*Attorneys for Westinghouse-Electric Corp.*

Kevin R. Murray, Esq.
James K. Tracy, Esq.
Patrick S. Malone, Esq.
LeBOEUF, LAMB, GREEN & MacRAE
1000 Kearns Building
136 South Main Street
Salt Lake City, Utah 84101-1685
*Attorneys for Exxon Mobil Corp.*

Mary Price Birk, Esq.
Ronald L. Hellbusch, Esq.
BAKER & HOSTETLER
303 East 17th Avenue, Suite 1100
Denver, CO 80203
*Attorneys for Dana Corporation; Certainteed Corp.; Union Carbide Corporation*

3

# INVOLVED COUNSEL FOR SCHEDULE CTO-222
## DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Murray E. Abowitz
Abowitz, Rhodes & Dahnke, P.C.
105 North Hudson
Hightower Bldg., 10th Floor
P.O. Box 1937
Oklahoma City, OK 73101

Sherman Ames, III
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Laurie K. Anger
Morgenstein & Jubelirer
Spear Street Tower, 32nd Floor
One Market Plaza
San Francisco, CA 94105

Cynthia W. Antonucci
Harris Beach, LLP
500 5th Avenue
42nd Floor
New York, NY 10110

Robert M. Arentson, Jr.
Baker, Donelson, Bearman & Caldwell
P.O. Box 14167
Jackson, MS 39236-4167

James Randolph Baker
Holloway Dobson & Bachman, PC
211 N. Robinson Avenue
Suite 900 North
Oklahoma City, OK 73102

David A. Barfield
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-3979

V. Brian Bevon
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, L.L.P.
303 East 17th Avenue
Suite 1100
Denver, CO 80203

William C. Book, Jr.
Tekell, Book, Matthews & Limmer
4300 One Houston Center
1221 McKinney
Houston, TX 77010

Nathaniel A. Bosio
Dogan, Wilkinson, Kinard, Smith & Edwards
734 Dalmas Avenue
P.O. Box 1618
Pascagoula, MS 39568-1618

William J. Bradley
Malaby, Carlisle & Bradley
150 Broadway
Suite 1311
New York, NY 10038

Barbara J. Buba
Wilbraham, Lawler & Buba
140 Broadway
46th Floor
New York, NY 10005

Lisa N. Busch
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

Kym Carrier
McAfee & Taft
211 North Robinson Avenue
10th Floor
Oklahoma City, OK 73102

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Thomas W. Christian
Christian & Small, LLP
505 North 20th Street
Suite 1800
Birmingham, AL 35203

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Elizabeth S. Conley
Parsons, Behle & Latimer
201 South Main Street, Suite 1800
P.O. Box 45898
Salt Lake City, UT 84145

John F. Conley
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

Russell L. Cook, Jr.
Cook Butler & Doyle
4 Houston Center, Suite 1300
1221 Lamar
Houston, TX 77010-3038

David A. Damico
Burns, White & Hickton
2400 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222

Patricia A. Dicke
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533

Scott T. Dickens
Tachau, Maddox, Hovious & Dikens
200 South 5th Street
Suite 200 North
Louisville, KY 40202

Paula M. Eade-Newcomb
Volgenau & Bosse
750 Main Seneca Building
237 Main Street
Buffalo, NY 14203

W. M. Edwards
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533

Julie R. Evans
Wilson, Elser, Moskowitz, Edelman, et al.
150 East 42nd Street
New York, NY 10017

INVOLVED COUNSEL FOR SCHEDULE CTO-222 (Cont.) MDL-875                                                                Page 2 of 5

C. Michael Evert, Jr.
Evert & Weathersby
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

Donald J. Fay
Waters, McPherson, McNeill, P.C.
233 Broadway, Suite 970
New York, NY 10279

Mark J. Fellman
Fellman Law Office
213 4th Street, East
Suite 200
St. Paul, MN 55101

Kristin B. Fisher
Feldman, Franden, Woodard, Farris &
Boudreaux
525 South Main
1000 Park Centre
Tulsa, OK 74103

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Barry W. Ford
Baker, Donelson, Bearman & Caldwell
P.O. Box 14167
Jackson, MS 39236

Tracy Fowler
Campbell, Maack & Sessions
201 South Main Street
Suite 1800
Salt Lake City, UT 84111

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Richard A. Gann
Riggs, Abney, Neal, Turpen, Orbison &
Lewis
502 West 6th Street
Tulsa, OK 74119-1010

Patrick W. Gault
Weber & Rose, P.S.C.
400 West Market Street
2400 Aegon Center
Louisville, KY 40202

Raymond F. Geoffroy, III
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Virginia M. Giokaris
Polsinelli, Shalton & Welte
700 West 47th Street
Suite 1000
Kansas City, MO 64112

Kayce L. Gisinger
Abowitz, Rhodes & Dahnke, P.C.
15 North Robinson, 10th Floor
P.O. Box 1937
Oklahoma City, OK 73101

Richard S. Glasser
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

Erich Gleber
Ross & Hardies
65 East 55th Street
New York, NY 10022

John K. Gordinier
Pedley, Zielke, Gordinier, Olt & Pence
Starks Building, Suite 1150
455 South Fourth Avenue
Louisville, KY 40202

Charles Darrell Gossett
Lane & Gossett, P.C.
1601 Reynolds Street
Brunswick, GA 31520

Albert F. Grasch, Jr.
Grasch, Walters & Cowen
302 West High Street
Lexington, KY 40507

Marc C. Greco
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

Suzanne M. Halbardier
Barry, McTiernan & Moore
2 Rector Street
14th Floor
New York, NY 10006

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

James A. Harris, Jr.
Harris & Brown, P.C.
2000A SouthBridge Parkway
Suite 520
P.O. Box 59329
Birmingham, AL 35209

Max S. Hartz
McCarroll, Nunley & Hartz
111 East Third Street
P.O. Box 925
Owensboro, KY 12302

Brent O. Hatch
Hatch, James & Dodge
10 West Broadway
Suite 400
Salt Lake City, UT 84101

Ronald L. Hellbusch
303 East 17th Avenue
Suite 1400
Denver, CO 80203

John S. Howarth
Wilbraham, Lawler & Buba
140 Broadway
46th Floor
New York, NY 10005

Stephen Clark Howell
Howell, Dorman, Loyd, Sams & Lane
307 West 7th Street
Suite 1918
Fort Worth, TX 76102

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
1300 AmSouth Center
Jackson, MS 39215-1970

Melissa K. Hutts
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

Mark K. James
Hatch, James & Dodge
10 West Broadway, Suite 400
Salt Lake City, UT 84101

Case MDL No. 875   Document 3858   Filed 03/11/03   Page 9 of 11

INVOLVED COUNSEL FOR SCHEDULE CTO-222 (Cont.) MDL-875                                                                Page 3 of 5

Charles J. Kalinoski
Kalinoski & Chaplinsky
100 Court Avenue
Suite 315
Des Moines, IA 50309-2200

Dwight A. Kern
McGivney, Kluger & Gannon, P.C.
305 Broadway
Suite 800
New York, NY 10007

Reginald S. Kramer
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Roger B. Lane
Lane & Gossett, P.C.
1601 Reynolds Street
Brunswick, GA 31520

Cori Leavitt
Malaby, Carlisle & Bradley
150 Broadway, Suite 1311
New York, NY 10038

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Neil C. Ludman
Morgenstein & Jubelirer
One Market Street
Spear Street Tower, 32nd Floor
San Francisco, CA 94105

James E. Magleby
Ballard Spahr Andrews & Ingersoll
201 S. Main Street, Suite 600
Salt Lake City, UT 84111-2215

Patrick S. Malone
Leboeuf Lamb Greene & Macrae
136 S. Main Street, Suite 1000
Salt Lake City, UT 84101

Patrick C. Malouf
Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236

Richard P. Marin
Law Offices of Richard P. Marin
685 Third Avenue, 21st Floor
New York, NY 10017

Connie A. McHugh
Perona, Langer, Beck, Lallande & Serbin
300 San Antonio Drive
Long Beach, CA 90807

Timothy J. McHugh
Lavin, Coleman, O'Neil, Ricci, Finarelli
& Gray
767 Third Avenue, 7th Floor
New York, NY 10017

Peter J. McKenna
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

Byron N. Miller
Thompson, Miller & Simpson, PLC
600 West Main Street, Suite 500
Louisville, KY 40202

Melinda A. Morgan
Richards, Brandt, Miller & Nelson
50 S. Main Street, Suite 700
P.O. Box 2465
Salt Lake City, UT 84110

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

William F. Mueller
Lemente, Mueller & Tobia
218 Ridgedale Avenue
Cedar Knolls, NJ 07927

Kevin R. Murray
Leboeuf Lamb Greene & Macrae
136 S. Main Street, Suite 1000
Salt Lake City, UT 84101

Paula M. Newcomb
Volgenau & Bosse
750 Main Seneca Building
237 Main Street
Buffalo, NY 14203

Richard O'Leary
McCarter & English, L.L.P.
300 Park Avenue
18th Floor
New York, NY 10022

L. Earl Ogletree
Short, Wiggins, Margo & Butts
210 Park Avenue, Suite 3100
Oklahoma City, OK 73102

Matthew Newton Padgett
Evert & Weathersby
P.O. Box 1787
Athens, GA 30603

Martha J. Phillips
Atkinson, Haskins, et al.
525 S. Main Street
Suite 1500
Tulsa, OK 74103-4524

Michael S. Polk
Sieben, Polk, LaVerdiere, Jones & Hawn
999 Westview Drive
Hastings, MN 55033

James B. Pressly, Jr.
Haynsworth, Sinkler & Boyd
75 Beattie Place, 11th Floor
P.O. Box 2048
Greenville, SC 29602

Paul A. Purnell
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

William C. Reeves
Markow Walker & Reeves
P.O. Box 13669
Jackson, MS 39236-3669

Giovanni Regina
Waters, McPherson, McNeil
233 Broadway, Suite 970
New York, NY 10279

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronald N. Ricketts
Gable & Gotwals
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

INVOLVED COUNSEL FOR SCHEDULE CTO-222 (Cont.) MDL-875

Page 4 of 5

Richard H. Rubenstein
Wilson, Elser, Moskowitz, Edelman & Dicker
150 East 42nd Street
New York, NY 10017-5639

Kenneth L. Sales
Sales, Tillman & Wallbaum
1900 Waterfront Plaza
325 West Main Street
Louisville, KY 40202

Joseph L. Sallee, Jr.
Dinsmore & Shohl
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202

Todd L. Schleifstein
Hanly & Conroy, LLP
415 Madison Avenue
New York, NY 10017

Rebecca F. Schupbach
Stites & Harbison
1800 Aegon Center
400 W. Market Street
Louisville, KY 40202

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Gary J. Sergent
O'Hara, Ruberg, Taylor, Sloan & Sergent
25 Crestview Hills Mall Road, Suite 201
P.O. Box 17411
Covington, KY 41017-0411

K. Edward Sexton, II
The Evans Law Firm, P.C.
1736 Oxmoor Road
Suite 101
Birmingham, AL 35209

Vani Singhal
Segal, McCambridge, Singer & Mahoney
One IBM Plaza, Suite 200
330 N. Wabash Avenue
Chicago, IL 60611

Joel Slawotsky
Rubinbaum, LLP
30 Rockefeller Plaza, 29th Floor
New York, NY 10122-3801

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West, 15th Floor
Philadelphia, PA 19102

Thomas E. Steichen
Eldridge Cooper Steichen & Leach, PLLC
P.O. Box 3566
Tulsa, OK 74101

James P. Streetman, III
Clark, Scott & Streetman
P.O. Box 13847
Jackson, MS 39236-3847

Joseph J. Stroble
Watkins & Eager
The Emporium Building
Suite 300, P.O. Box 650
400 East Capitol Street
Jackson, MS 39205-0650

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

J. Derrick Teague
204 N. Robinson
Suite 1000
Oklahoma City, OK 73102

James K. Tracy
Leboeuf Lamb Greene & Macrae
136 S. Main Street, Suite 1000
Salt Lake City, UT 84101

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

David L. Trewolla
Dogan & Wilkinson
P.O. Box 23062
Jackson, MS 39225-3062

Thomas W. Tyner
Aultman, Tyner, McNeese, Ruffin
& Yarborough
315 Hemphill Street
P.O. Box 750
Hattiesburg, MS 39403-0750

Thomas B. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502-4108

Katherine E. Venti
Parsons Behle & Latimer
201 S. Main Street, Suite 1800
P.O. Box 45898
Salt Lake City, UT 84145

Bruce A. Wagman
Morgenstein & Jubelirer
Spear Street Tower, 32nd Floor
One Market Plaza
San Francisco, CA 94105

Kimberly P. Wallace
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-3979

David B. Watkiss
Watkiss, Dunning & Watkiss
111 East Braodway
Suite 800
Salt Lake City, UT 84111

Charles J. Watts
Smith, Shew, Scrivner, Corbin & Watts
6520 North Western Avenue
Suite 300
Oklahoma City, OK 73116

James R. Webb
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square, 10th Floor
Oklahoma City, OK 73102

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Clay M. White
Sammons & Parker, P.C.
218 North College
Tyler, TX 75702

Robert W. Wilkinson
Dogan, Wilkinson, Kinard, Smith
& Edwards
P.O. Box 1618
734 Dalmas Avenue
Pascagoula, MS 39568-1618

INVOLVED COUNSEL FOR SCHEDULE CTO-222 (Cont.) MDL-875         Page 5 of 5

Joel A. Williams
Sadler, Sullivan PC
SouthTrust Tower, Suite 2500
420 20th Street North
Birmingham, AL 35203

Mark J. Williams
Plant Wallace Christensen & Kanell
136 E. Street Temple, Suite 1700
Salt Lake City, UT 84111-2970

Roy C. Williams
Colingo, Williams, Heidelberg, et al.
P.O. Box 1407
711 Delmas Avenue
Pascagoula, MS 39568-1407

Douglas P. Wilson
Wilson Law Offices
200 Firstar Bank Building
6405 North Cosby Avenue
Kansas City, MO 64151

John R. Woodard, III
Feldman, Franden, Woodard, Farris & Boudreaux
525 South Main
Suite 1000
Tulsa, OK 73103-4514