MᴮB
Tᴷ

MDL 875

*PrepCRO*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 1 9 2003

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : —————x | |
| This Document Relates to: | : | CIVIL ACTION NO. MDL 875 |
| Law Firm of Wallace & Graham | : : | |
| United States District Court Western District of North Carolina | : : | |
| Robert BOST, et al., No. 3:98 CV 138-T Vonnie AGNER, et al., No. 3:98 CV 220-T | : : : —————x | |

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Western District of North Carolina, and the Court having reviewed these cases and having had settlement conferences with the parties, and now believing that such motion is appropriate.

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from these cases and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

MDL- *875*
RECOMMENDED ACTION *4*
*Conditional Remand - 2 cases*
Approved/Date: _____

**OFFICIAL FILE COPY**

IMAGED MAR 20 '03

✓

THE COURT SUGGESTS that the within entitled matters should be REMANDED to the United States District Court for the Western District of North Carolina for such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 1/7/2003

Charles R. Weiner          J.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 1 9 2003

FILED
CLERK'S OFFICE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY    :
LITIGATION (NO. VI)    :
   :
————————————————————— x

This Document Relates to:    :      CIVIL ACTION NO. MDL 875

Law Firm of Cascino Vaughan    :

United States District Court    :
Central District of Illinois    :

Lloyd POULSEN, C.A. No. 99-1291    :
   :

[ In the event the above-listed case is a multiple   :
plaintiff (victim) action, this transfer is for the    :
above-named party only, or said parties repre-    :
sentative, and any spousal or dependent actions.]:   
————————————————————— x

## SUGGESTION OF REMAND

       THIS MATTER being reviewed this date upon Defendant's Motion To Remand to the

United States District Court for the Central District of Illinois, and the Court having reviewed this case and

having had settlement conferences with the parties, and now believing that such motion is appropriate since

few defendants remain for trial;

       THE COURT FINDS that the issue of punitive damages must be resolved at a further

date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Central District of Illinois for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 1/9/2003

Charles   R.   Weiner            J.

2

*Nß*
*Mü*
*IK*

*Prep CRO*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MAR 1 9 2003**

FILED
CLERK'S OFFICE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY    :
LITIGATION (NO. VI)    :
    :
_____x

This Document Relates to:    :           CIVIL ACTION NO. MDL 875

Law Firm of Baron & Budd    :
    :
United States District Court    :
Middle District of Louisiana    :
    :
WESTBROOK, C.A. No. 99-526-B-M1    :
    **:**
[In the event the above-listed case is a multiple    :
plaintiff (victim) action, this transfer is for the    :
above-named party only, or said parties repre-    :
sentative, and any spousal or dependent actions.]:
_____x

### SUGGESTION OF REMAND

        THIS MATTER being reviewed this date upon Defendant's Motion To Remand to the

United States District Court for the Middle District of Louisiana, and the Court having reviewed this case

and having had settlement conferences with the parties, and now believing that such motion is appropriate

since few defendants remain for trial;

        THE COURT FINDS that the issue of punitive damages must be resolved at a further

date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

MDL- *875*
RECOMMENDED ACTION

*CRO's* ~~two~~ *actions*
Approved/Date: *MP* *3/3*

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Middle District of Louisiana for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 1/27/2003

Charles R. Weiner          J.

2