

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 8 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

## (SEE ATTACHED SCHEDULE)

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the 68 District of Utah actions listed on the attached Schedule A on February 24, 2003. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the 68 actions submitted a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order with respect to the 68 actions.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-222" filed on February 24, 2003, is LIFTED insofar as it relates to these 68 actions, and thus the actions are transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Charles R. Weiner.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

IMAGED MAR 28 '03   OFFICIAL FILE COPY

## SCHEDULE A

MDL-875 — In re Asbestos Products Liability Litigation (No. VI)

### District of Utah

Jack A. Hone, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1285
Ray S. Howa, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1286
La Dona G. Isaacson, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1287
Ralph R. Jacob, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1288
Theorore Makris, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1289
Muriel Markel, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1290
Joseph McKellar, etc. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1291
Orval Mecham, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1292
Joe Meyere v. AP Green Ind.Inc, et al., C.A. No. 2:02-1293
Ronald Miller, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1294
Norma Mock, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1295
Cleo S. Molyneaux, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1296
Donald L. Morse, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1297
Ralph W. Nelson, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1298
Glenn Nielson, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1299
Lyle Park, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1300
Shirley Parker v. AP Green Ind.Inc, et al., C.A. No. 2:02-1301
Reva Parker, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1302
Perry C. Peel, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1303
Lyman W. Peterson v. AP Green Ind.Inc, et al., C.A. No. 2:02-1304
Raymond Pulsipher v. AP Green Ind.Inc, et al., C.A. No. 2:02-1305
Melvin B. Phillips, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1306
Ruby Loris, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1307
Sylvester Koceja, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1308
Maurine B. Jorgensen, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1309
Martin Johnson v. AP Green Ind.Inc, et al., C.A. No. 2:02-1310
Jere Johnson, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1311
Franklin Kelsey v. AP Green Ind.Inc, et al., C.A. No. 2:02-1312
Norma Holman, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1313
William H. Harding v. AP Green Ind.Inc, et al., C.A. No. 2:02-1314
Roger Hardy, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1315
Stanley Hanson v. AP Green Ind.Inc, et al., C.A. No. 2:02-1316
Marjorie Hansen, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1317
LaRayne J. Hansen, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1318
Guelda Mae Gossard, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1319
Marie B. Fuwell, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1320
Wendell Elder, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1321
Glenn W. Eastman v. AP Green Ind.Inc, et al., C.A. No. 2:02-1322
Lois N. Crook, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1323
Patsy S. Cottam, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1324
Coon, Marvin Est, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1325
Doug Collard, et al. v. AP Green Ind.Inc, et al., C.A. No. 2:02-1326

*R.D. Don Christensen, et al. v. AP Green Ind.Inc, et al.*, C.A. No. 2:02-1327
*Thomas Chadwick v. AP Green Ind.Inc, et al.*, C.A. No. 2:02-1328
*Gayle Burnham v. AP Green Ind.Inc, et al.*, C.A. No. 2:02-1329
*Leo Brown, et al. v. AP Green Ind.Inc, et al.*, C.A. No. 2:02-1330
*Neida E. Brown, et al. v. AP Green Ind.Inc, et al.*, C.A. No. 2:02-1331
*Etha S. Brock, et al. v. AP Green Ind.Inc, et al.*, C.A. No. 2:02-1332
*Merrill Brindley v. AP Green Ind.Inc, et al.*, C.A. No. 2:02-1333
*Mae Brems, et al. v. AP Green Ind.Inc, et al.*, C.A. No. 2:02-1334
*Ralph Blanchard, et al. v. AP Green Ind.Inc, et al.*, C.A. No. 2:02-1335
*Shirl Black, et al. v. AP Green Ind.Inc, et al.*, C.A. No. 2:02-1336
*Edwin T. Bird, et al. v. AP Green Ind.Inc, et al.*, C.A. No. 2:02-1337
*Sandra Benzon, et al. v. AP Green Ind.Inc, et al.*, C.A. No. 2:02-1338
*Wanda Beck, et al. v. AP Green Ind.Inc, et al.*, C.A. No. 2:02-1339
*Vernon F. Allen, et al. v. AP Green Ind.Inc, et al.*, C.A. No. 2:02-1340
*Lawrence Abbott, et al. v. AP Green Ind.Inc, et al.*, C.A. No. 2:02-1341
*Wayne Wood, et al. v. AP Green Ind.Inc, et al.*, C.A. No. 2:02-1343
*Garth M. Whitney, et al. v. AP Green Ind.Inc, et al.*, C.A. No. 2:02-1344
*Joyce B. Tuckett, et al. v. AP Green Ind.Inc, et al.*, C.A. No. 2:02-1345
*George Toone, et al. v. AP Green Ind.Inc, et al.*, C.A. No. 2:02-1346
*William B. Taylor, et al. v. AP Green Ind.Inc, et al.*, C.A. No. 2:02-1347
*Ruth G. Taylor, et al. v. AP Green Ind.Inc, et al.*, C.A. No. 2:02-1348
*Robert Stewart, et al. v. AP Green Ind.Inc, et al.*, C.A. No. 2:02-1349
*Boyd Sorenson, et al. v. AP Green Ind.Inc, et al.*, C.A. No. 2:02-1350
*Vernon Shepherd, et al. v. AP Green Ind.Inc, et al.*, C.A. No. 2:02-1351
*Nelda Robinson, et al. v. AP Green Ind.Inc, et al.*, C.A. No. 2:02-1352
*Eldon Roberts, et al. v. AP Green Ind.Inc, et al.*, C.A. No. 2:02-1353