**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 31 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 875
### BEFORE THE JUDICAL PANEL ON MULTIDISTRICT LITIGATION
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER CTO-223 WITH RESPECT TO CASE NO. 3-03-52 (E.D. TENN):**

CHRISTOPHER TODD UPTON; LESLIE DARNELL JONES; JEFFERY LYNN KEYLON; JAMES DAVID PARTEN; TIMOTHY EDWARD ROBBINS; AND PAUL STEVEN VANCE,
    PLAINTIFFS,

VS.

THE UNITED STATES OF AMERICA; BNFL INC.; AMERICAN TECHNOLOGIES, INC.; AND R&R ELECTRIC CORPORATION,
    DEFENDANTS

PLEADING NO. 3864

COME NOW PLAINTIFFS, Christopher Todd Upton, Leslie Darnell Jones, Jeffery Lynn Keylon, James David Parten, Timothy Edward Robbins, and Paul Steven Vance, by and through their undersigned counsel, and submit their **NOTICE OF OPPOSITION** to transfer of the above-described matter pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

DATED:   March 28, 2003.

*Suzanna K. Moran*
John D. Fognani, Esq.
Suzanna K. Moran, Esq.
Brian D. Gonzales, Esq.
Fognani Guibord Homsy & Roberts, LLP
1700 Lincoln St. Suite 2222
Denver, Colorado 80203
ph:   303-382-6200
fax:  303-382-6210
COUNSEL FOR PLAINTIFFS

RECEIVED CLERK'S OFFICE
2003 MAR 28 P 12:47
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IMAGED APR 1 '03                **OFFICIAL FILE COPY**

03/28/03 11:43 FAX 7202640510   FOGNANI GUIBORD   @003
Case MDL No. 875   Document 3864   Filed 03/31/03   Page 2 of 2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 31 2003

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March 2003, I have placed true and correct copy of **NOTICE OF OPPOSITION** in the U.S. Mail with first class postage addressed to:

Melinda Meador, Esq.
Bass Berry & Simms, PLC
900 S. Gay Street, Suite 1700
P.O. Box 1509
Knoxville, TN 37901-1509

Martin B. Bailey, Esq.
Charles W. Van Beke, Esq.
Wagner, Myers & Sanger, P.C.
P.O. Box 1308
Knoxville, TN 37901

Stuart F. James, Esq.
Goins, Carpenter & James
Suite 401, The Flatiron Building
707 Georgia Avenue
Chattanooga, TN 37402

J. Charles Kruse, Esq.
Special Litigation Counsel
Civil Division, Torts Branch
(Environmental Torts Section)
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044