**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 4 2003

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL IN MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

RE: NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER
Agner, et al. v. Fluor Daniel, Inc, et al.
NCW 3:98 CV 220-T

PLEADING NO. 3867

Defendants Fluor Daniel, Inc., Fluor Daniel Environmental Services, Inc., Fluor Daniel Services Corporation, and SOS International, Inc, hereby give notice of their opposition to the Conditional Remand Order of this Panel filed March 19, 2003.

Respectfully Submitted,

_____
James B. Pressly, Jr.
Moffatt G. McDonald
Wm. David Conner
HAYNSWORTH SINKLER BOYD, P.A.
Post Office Box 2048
Greenville, SC 29602
(864) 240-3200
Attorneys for Moving Defendants

Date: 4/3/03

IMAGED APR 7 '03    OFFICIAL FILE COPY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 4 2003

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL IN MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

RE:   NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER
      Bost, *et al.* v. Fluor Daniel, Inc., *et al.* (incorrectly denominated as Agner, *et al.* v.
              Fluor Daniel, Inc, *et al.* on the Schedule for Conditional Remand Order)
      NCW 3:98 CV 138-T

Defendants Fluor Daniel, Inc., Fluor Daniel Environmental Services, Inc., Fluor Daniel Services Corporation, and SOS International, Inc, hereby give notice of their opposition to the Conditional Remand Order of this Panel filed March 19, 2003.

Respectfully Submitted,

*/s/ Wm. David Conner*

James B. Pressly, Jr.
Moffatt G. McDonald
Wm. David Conner
HAYNSWORTH SINKLER BOYD, P.A.
Post Office Box 2048
Greenville, SC 29602
(864) 240-3200
Attorneys for Moving Defendants

RECEIVED CLERK'S OFFICE
2003 APR -3 P 1:39
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Date: 4/3/03