JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

APR 10 2003

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASPBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :
———————————————————————x

This Document Relates to: :   CIVIL ACTION NO. MDL 875

Law Firm of Lane & Gossett

United States District Court
Southern District of Georgia

JEFFORDS, No. CV 290-604
HALL, No. CV 290-605
RANEY, No. CV 290-606
CHRISTIAN, No. CV 290-607
DYAL, No. CV 290-608
ROBERTS, No. CV 290-613
GREEN, No. CV 290-614
JONES, No. CV 290-615
HUTCHINSON, No. CV 290-616
STRICKLAND, No. CV 290-617
HARRIS, No. CV 290-618

MDL- 875
RECOMMENDED ACTION

CRO -- 11 ACTIONS
Approved/Date: np 3/10

[In the event any of the above- listed cases are
multiple plaintiff (victim) actions, this transfer
is for the above-named party only, or said
party's representative, and any spousal or
dependent actions.]
———————————————————————x

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Southern District of Georgia, and the Court having reviewed these cases and having had settlement conferences with the parties, and now believing that such motion is appropriate.

OFFICIAL FILE COPY IMAGED APR 10 '03

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from these cases and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matters should be REMANDED to the United States District Court for the Southern District of Georgia for such further action as may be deemed proper by that Court.

BY THE COURT:

Date: Feb 26, 2003

_____
Charles   R.   Weiner          J.



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 0 2003

FILED
CLERK'S OFFICE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY  :
LITIGATION (NO. VI)                 :
_____x

This Document Relates to:           :      CIVIL ACTION NO. MDL 875

Law Firm of Lane & Gossett          :

United States District Court        :
Southern District of Georgia        :

KIRKLAND, No. CV 591-019            :
GRIFFIN, No. CV 591-021             :
ROLLINS, No. CV 597-076             :
CHANCEY, No. CV 591-102             :
SMITH, No. CV 590-278               :
TYRE, No. CV 590-279                :
HARRIS, No. CV 590-280              :
TARPLEE, No. CV 590-281             :
HARRIS, No. CV 591-004              :
BUTLER, NO. CV 591-005              :

                                           MDL- 875
[In the event any of the above-listed cases are :    RECOMMENDED ACTION
multiple plaintiff (victim) actions, this transfer :
is for the above-named party only, or said  :    CRO - 10 actions
party's representative, and any spousal or  :    Approved/Date: ODK  2/27
dependent actions.]                         :
_____x

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Southern District of Georgia, and the Court having reviewed these cases and having had settlement conferences with the parties, and now believing that such motion is appropriate.

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from these cases and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matters should be REMANDED to the United States District Court for the Southern District of Georgia for such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 2/4/2003

_____
Charles  R.   Weiner          J.