**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED**

**APR. 11, 2003**

**MICHAEL J. BECK
CLERK OF THE PANEL**

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, BRUCE M. SELYA, JULIA SMITH GIBBONS, D. LOWELL JENSEN, J. FREDERICK MOTZ AND ROBERT L. MILLER, JR., JUDGES OF THE PANEL*

## HEARING SESSION ORDER

IT IS ORDERED that on May 29, 2003, a hearing session will be held in Santa Fe, New Mexico, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

**IMAGED** APR 1 1 '03

SCHEDULE OF MATTERS FOR HEARING SESSION
May 29, 2003 -- Santa Fe, New Mexico


**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**


MDL-1522 -- In re Air Crash Near Edgartown, Massachusetts, on October 6, 2000

Motion of defendant Midwest Air Traffic Control Services, Inc., for centralization of the following actions in the United States District Court for the District of Massachusetts:

District of Massachusetts

*Steven D. Yates, etc. v. Midwest Air Traffic Control Services, Inc.*, C.A. No. 1:02-11950
*Charles D. Yates, et al. v. United States of America, et al.*, C.A. No. 1:02-11951
*Charles D. Yates, et al. v. Mitsubishi Heavy Industries, Ltd., et al.*, C.A. No. 1:03-10259
*Steven D. Yates, etc. v. Mitsubishi Heavy Industries, Ltd., et al.*, C.A. No. 1:03-10310

District of New Jersey

*Susan Whipple, etc. v. United States of America*, C.A. No. 3:02-5946


MDL-1523 -- In re Advantage Investors Mortgage Corp. Mortgage Funds Litigation

Motion of Advantage Investors Mortgage Corporation for centralization of the following actions in the United States District Court for the Northern District of Texas or, in the alternative, the United States District Court for the Eastern District of Virginia:

Southern District of New York

*Lehman Brothers Bank, FSB v. Advantage Investors Mortgage Corp.*,
C.A. No. 1:02-9240

Western District of North Carolina

*Decision One Mortgage Co., LLC v. Advantage Investors Mortgage Corp.*,
C.A. No. 3:02-383

Schedule of Matters for Hearing Session, Section A                                      p. 2
Santa Fe, New Mexico


MDL-1523 (Continued)


#### Northern District of Ohio

*Ohio Savings Bank v. Advantage Investors Mortgage Corp.*, C.A. No. 1:02-2072

#### Northern District of Texas

*Advantage Investors Mortgage Corp. v. Decision One Mortgage Co., LLC, et al.*,
C.A. No. 3:02-2622


MDL-1525 -- In re MLR, LLC, Patent Litigation

Motion of MLR, LLC, for centralization of the following actions in the United States
District Court for the Northern District of Illinois:


#### Northern District of California

*Handspring, Inc. v. MLR, LLC*, C.A. No. 4:03-325

#### Northern District of Illinois

*MLR, LLC v. U.S. Robotics Corp., et al.*, C.A. No. 1:02-2898

#### Northern District of Texas

*Nokia, Inc., et al. v. MLR, LLC*, C.A. No. 3:02-2356

MDL-1526 -- In re OxyContin Products Liability Litigation

     Motion of plaintiffs Melissa Kelly Peace, Christopher M. Tomlinson, Genevieve Huck, Mary Hammond, Mark G. Parsons, J. Phillips Roberts, Cliffton L. Blankenship, Claybyrne Cash, and Russell Buzhardt for centralization of the following actions in the United States District Court for the District of South Carolina:

Northern District of Alabama

*Jerry Bodie v. Purdue Pharma Co., et al.*, C.A. No. 7:02-2838

Western District of Louisiana

*John McGillivray, Jr., et al. v. PF Laboratories, Inc., et al.*, C.A. No. 5:02-1638

Northern District of Mississippi

*Terry Lynne Poston, et al. v. Economy Drugs of Greenwood, Mississippi, Inc., et al.*, C.A. No. 4:02-26

Southern District of Mississippi

*Bernice Hicks, et al. v. John B. Roberson, D.M.D., et al.*, C.A. No. 2:02-70
*James Page, et al. v. David Loflin McKellar, et al.*, C.A. No. 3:02-273
*Michael McGowan v. Purdue Pharma Co., et al.*, C.A. No. 3:02-1186
*James Pittman, et al. v. Purdue Pharma Co., et al.*, C.A. No. 3:03-152

District of South Carolina

*Melissa Kelly Peace v. PF Laboratories, Inc., et al.*, C.A. No. 2:02-3683
*Christopher M. Tomlinson v. PF Laboratories, Inc., et al.*, C.A. No. 3:02-3681
*Jim H. Broome, et al. v. Purdue Pharma, LP, et al.*, C.A. No. 4:02-1462
*Genevieve Huck v. PF Laboratories, Inc., et al.*, C.A. No. 4:02-1747
*Mary Hammond v. PF Laboratories, Inc., et al.*, C.A. No. 4:02-1748
*Rebecca Martin v. Purdue Pharma, LP, et al.*, C.A. No. 4:02-2691
*Michael Grimes v. Purdue Pharma, LP, et al.*, C.A. No. 4:02-2692
*Rudolph Nelson v. Purdue Pharma, LP, et al.*, C.A. No. 4:02-2693
*Mark G. Parsons v. PF Laboratories, Inc., et al.*, C.A. No. 4:02-3682
*J. Phillips Roberts v. PF Laboratories, Inc., et al.*, C.A. No. 7:02-1709

Schedule of Matters for Hearing Session, Section A                    p. 4
Santa Fe, New Mexico


MDL-1526 (Continued)


### District of South Carolina (Continued)

*Cliffton L. Blankenship v. PF Laboratories, Inc., et al.*, C.A. No. 7:02-3445
*Claybyrne Cash v. PF Laboratories, Inc., et al.*, C.A. No. 7:02-3685
*Russell Buzhardt v. PF Laboratories, Inc., et al.*, C.A. No. 8:02-3684


## MDL-1527 -- In re Cisco Systems, Inc., Securities & Derivative Litigation

Motion of defendants Cisco Systems, Inc.; John T. Chambers; John P. Morgridge; Larry R. Carter; Carol A. Bartz; James F. Gibbons; Steven M. West; Edward R. Kozel; Donald T. Valentine; Mary Cirillo; James C. Morgan; Arun Sarin; Jerry Yang; Carly Fiorina; Robert L. Puette; Judith L. Estrin; Gary J. Daichendt; Charles H. Giancarlo; Mario Mazzola; Donald J. Listwin; Carl Redfield; and Michelangelo Volpi for centralization of the following actions in the United States District Court for the Northern District of California:


### Northern District of California

*Plumbers & Pipefitters Local 572 Pension Fund, et al. v. Cisco Systems, Inc., et al.*, C.A. No. 5:01-20418
*William H. Batallas, etc. v. John T. Chambers, et al.*, C.A. No. 5:01-20828

### Northern District of Florida

*Ian Rogers, et al. v. Cisco Systems, Inc.*, C.A. No. 3:03-32

MDL-1528 -- In re Southwestern Life Insurance Co. Sales Practices Litigation

Motion of defendant Southwestern Life Insurance Company for centralization of the following actions in the United States District Court for the Northern District of Texas:

Southern District of Alabama

*Kelly Parden v. Southwestern Life Insurance Co.*, C.A. No. 1:03-28

Central District of California

*Larry Sanitsky, et al. v. Southwestern Life Insurance Co.*, C.A. No. 2:02-3202

Northern District of Mississippi

*William E. Riley v. Hillman E. Johnson, et al.*, C.A. No. 2:03-18
*Edmund Duke, et al. v. Southwestern Life Insurance Co., et al.*, C.A. No. 4:03-6

MDL-1529 -- In re Adelphia Communications Corp. Securities & Derivative Litigation (No. II)

Motion of defendants Deloitte & Touche LLP and nineteen financial institutions for centralization of the following actions in the United States District Court for the Eastern District of Pennsylvania:

Central District of California

*Los Angeles County Employee Retirement Association v. John J. Rigas, et al.*,
   C.A. No. 2:02-9575
*Franklin Strategic Income Fund, et al. v. John J. Rigas, et al.*, C.A. No. 2:02-9578

Southern District of New York

*New York City Employees' Retirement System, et al. v. John J. Rigas, et al.*,
   C.A. No. 1:02-9804

Schedule of Matters for Hearing Session, Section A                                    p. 6
Santa Fe, New Mexico


MDL-1529 (Continued)


### Western District of New York

*W.R. Huff Asset Management, Co., LLC., etc. v. Deloitte & Touche, LLP, et al.*,
   C.A. No. 1:02-417
*W.R. Huff Asset Management, Co., LLC., etc. v. Deloitte & Touche, LLP, et al.*,
   C.A. No. 1:02-825

### Eastern District of Pennsylvania

*Joseph Stocke, et al. v. John J. Rigas, et al.*, C.A. No. 2:02-mc-312
*In re Adelphia Communications Securities Litigation*, C.A. No. 2:02-1781
*Richard Gitter v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-1790
*TZ Micro Computing, Inc. v. Adelphia Communications Corp., et al.*,
   C.A. No. 2:02-1813
*William J. Hattrick, Jr. v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-1816
*Alan Shulimson v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-1819
*Steven Rossow, etc. v. John Rigas, et al.*, C.A. No. 2:02-1831
*Market Street Securities, Inc. v. Adelphia Communications Corp., et al.*,
   C.A. No. 2:02-1835
*Israel Costa v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-1839
*Mark G. Epstein v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-1871
*Joanne Gold v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-1878
*Barry Goldman v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-1893
*John Fuller v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-1987
*Gerald J. Strekal, et al. v. John J. Rigas, et al.*, C.A. No. 2:02-2061
*Crossway Partners, L.P. v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-2087
*Alan Garner, et al. v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-2099
*Mohammed Idries, etc. v. Pete J. Metros, et al.*, C.A. No. 2:02-2100
*Lewis Thomas Hardin v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-2112
*Joseph E. Stocke, et al. v. John J. Rigas, et al.*, C.A. No. 2:02-2121
*Ron Moore v. John J. Rigas, et al.*, C.A. No. 2:02-2136
*VR Associates v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-2238
*Robert Morello v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-2403
*George B. Inabinet, et al. v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-2416

Schedule of Matters for Hearing Session, Section A                          p. 7
Santa Fe, New Mexico

MDL-1529 (Continued)

### Eastern District of Pennsylvania (Continued)

*Mead Ann Krim, etc. v. John J. Rigas, et al.*, C.A. No. 2:02-2600
*Michael D'Asaro v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-2618
*Mariella A. Echeverri v. Pete J. Metros, et al.*, C.A. No. 2:02-2836
*Thomas A. Kiefer v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-3186
*Richard Turrell v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-3197
*Harold Weiner v. John J. Rigas, et al.*, C.A. No. 2:02-3211
*Charles Seebacher v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-3264
*Richard Burstein v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-3273
*Argent Classic Convertible Arbitrage Fund L.P., et al. v. Adelphia Communications
    Corp., et al.*, C.A. No. 2:02-3547
*Philip Matovich v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-3561
*Alvin Victor, et al. v. Adelphia Communications Corp., et al.*, C.A. No. 2:02-3659
*Scott Burnside v. John J. Rigas, et. al.*, C.A. No. 2:02-3769
*New York City Employees' Retirement System, et al. v. Adelphia Communications
    Corp., et al.*, C.A. No. 2:02-3778
*William D. Huhn, et al. v. John J. Rigas, et al.*, C.A. No. 2:02-4334
*Robert Lowinger v. John J. Rigas, et al.*, C.A. No. 2:02-6690
*Maude Eichel v. John. J. Rigas, et al.*, C.A. No. 2:02-7638

### Western District of Pennsylvania

*Lee P. Bent, et al. v. John J. Rigas, et al.*, C.A. No. 2:02-2239

### Northern District of Texas

*Elkmont Capital, Ltd. v. Deloitte & Touche, LLP, et al.*, C.A. No. 3:03-57

Schedule of Matters for Hearing Session, Section A                    p. 8
Santa Fe, New Mexico


MDL-1530 -- In re Fleming Companies Inc. Securities & Derivative Litigation

Motion of defendants Fleming Companies, Inc.; Mark S. Hansen; Neal J. Rider; Thomas
G. Dahlen; Herbert M. Baum; Kenneth M. Duberstein; Archie R. Dykes; Carol R. Hallett; Robert
S. Hamada; Alice M. Peterson; Edward C. Jouillian III; and Guy A. Osborn for centralization of
the following actions in the United States District Court for the Northern District of Texas:


### Western District of Oklahoma

*Anthony Colarich, et al. v. Fleming Companies, Inc., et al.*, C.A. No. 5:03-177
*Terry Slater v. Fleming Companies, Inc., et al.*, C.A. No. 5:03-178

### Eastern District of Texas

*William Gaynor, Jr., et al. v. Fleming Companies, Inc., et al.*, C.A. No. 5:02-178
*Janis Dolan v. Fleming Companies, Inc., et al.*, C.A. No. 5:02-190
*Stanley Sved v. Fleming Companies, Inc., et al.*, C.A. No. 5:02-198
*Denis Patterson v. Fleming Companies, Inc., et al.*, C.A. No. 5:02-205
*Alfred S. Huk v. Fleming Companies, Inc., et al.*, C.A. No. 5:02-208
*Jerald Gordon v. Fleming Companies, Inc., et al.*, C.A. No. 5:02-212
*Virginia Rudisill v. Fleming Companies, Inc., et al.*, C.A. No. 5:02-218
*William M. Eglinton v. Fleming Companies, Inc., et al.*, C.A. No. 5:02-222
*Jackson Capital Management, LLC v. Mark Hansen, et al.*, C.A. No. 5:02-223
*Sharee Stroud, etc. v. Mark S. Hansen, et al.*, C.A. No. 5:02-236
*Margery O. Northup v. Fleming Companies, Inc., et al.*, C.A. No. 5:02-237
*D.X. Larocca, et al. v. Fleming Companies, Inc., et al.*, C.A. No. 5:02-239

MDL-1531 -- In re Train Derailment Near Amite, Louisiana, on October 12, 2002

      Motion of plaintiffs Sandra Oliphant, et al., for centralization of the following actions in the United States District Court for the Eastern District of Louisiana or the United States District Court for the Southern District of Mississippi:

### Eastern District of Louisiana

*Susan Blades, et al. v. Illinois Central Railroad Co., et al.*, C.A. No. 2:02-3121
*LaShawn Brown, etc. v. Illinois Central Railroad Co.*, C.A. No. 2:02-3123
*Marsha M. Reid, et al. v. Canadian National Railroad Co., et al.*, C.A. No. 2:02-3124
*Edward Washington, et al. v. Canadian Railroads, et al.*, C.A. No. 2:02-3128
*Sandra Oliphant, et al. v. Canadian National Railway Co., et al.*, C.A. No. 2:02-3130
*Rosie Harrell, et al. v. Canadian National Railway Co., et al.*, C.A. No. 2:02-3133
*Vonda Jenkinson, et al. v. Canadian National Railway Co., et al.*, C.A. No. 2:02-3148
*Ruby Edwards, et al. v. Canadian National Railway Co., et al.*, C.A. No. 2:02-3149
*Vercie Banks, et al. v. Illinois Central Railroad Co.*, C.A. No. 2:02-3155
*Daniel Edwards v. Canadian National Railroads, et al.*, C.A. No. 2:02-3156
*Shirley Mixon v. Canadian National Railway Co., et al.*, C.A. No. 2:02-3169
*Erma Barze, et al. v. Illinois Central Railroad Co.*, C.A. No. 2:02-3177
*Henry Banks, Sr., et al. v. Illinois Central Railroad Co., et al.*, C.A. No. 2:02-3178
*Rev. James E. Harvey, et al. v. Canadian National Railroad, Inc., et al.*,
  C.A. No. 2:02-3252
*Lancelet Moore v. Canadian National Railway Co., et al.*, C.A. No. 2:02-3270
*Howard Keith Cook, et al. v. Canadian National Railway Co., et al.*, C.A. No. 2:02-3276
*Marvin Vernon, et al. v. Canadian National Railway Co., et al.*, C.A. No. 2:02-3286
*Donald R. Walker, Sr., et al. v. Canadian National Railway Co., et al.*,
  C.A. No. 2:02-3327
*Mary Evans, et al. v. Illinois Central Railroad Co.*, C.A. No. 2:02-3337
*Edward Alexander, et al. v. Walter Martin Carlton, III, et al.*, C.A. No. 2:02-3418

### Southern District of Mississippi

*Ashely Burch, et al. v. Canadian National Railway Co., et al.*, C.A. No. 3:02-1827
*Doris Solomon v. Canadian National Railway Co., et al.*, C.A. No. 3:02-1854
*David Robertson, et al. v. Illinois Central Railroad Co.*, C.A. No. 3:02-1855

Schedule of Matters for Hearing Session, Section A                    p. 10
Santa Fe, New Mexico


MDL-1532 -- In re New Motor Vehicles Canadian Export Antitrust Litigation

      Motion of plaintiffs George C. Jaynes, et al.; Andre Rodriguez; Cathy-Ann Accomando;
B. Alison Sharrett; Carlos Velez, et al.; Daniel E. Herschberg; Jason Leyner; Joseph Carroll; and
John C. Crow for centralization of the following actions in the United States District Court for
the Eastern District of New York or, in the alternative, the United States District Court for the
District of Massachusetts:


      Northern District of California

*George C. Jaynes, et al. v. General Motors Corp., et al.*, C.A. No. 3:03-652

      Southern District of Florida

*Richard Jaffe v. General Motors Corp., et al.*, C.A. No. 1:03-20378

      Northern District of Illinois

*Andre Rodriguez v. General Motors Corp., et al.*, C.A. No. 1:03-1161

      District of Massachusetts

*Cathy-Ann Accomando v. General Motors Corp., et al.*, C.A. No. 1:03-10304

      Eastern District of New York

*B. Alison Sharrett v. General Motors Corp., et al.*, C.A. No. 1:03-771
*Carlos Velez, et al. v. General Motors Corp., et al.*, C.A. No. 1:03-818
*Daniel E. Herschberg v. General Motor Corp., et al.*, C.A. No. 1:03-838
*Jason Leyner v. General Motors Corp., et al.*, C.A. No. 1:03-886
*Joseph Carroll v. General Motors Corp., et al.*, C.A. No. 1:03-959
*John C. Crow v. General Motors Corp., et al.*, C.A. No. 1:03-1023

MDL-1533 -- In re Western States Wholesale Electricity Litigation

      Motion of defendants Reliant Energy Coolwater, L.L.C.; Avista Utilities; BP Energy
Company; Duke Energy Trading & Marketing, L.L.C.; Dynegy, Inc.; Idaho Power Company;
Mirant Americas Energy Marketing L.P.; Puget Sound Energy, Inc.; San Diego Gas & Electric;
Sempra Energy; Transalta Energy Marketing (California), Inc.; Tucson Electric Power Company;
and Xcel Inc. for centralization of the following actions in the United States District Court for the
Northern District of California:

          District of Oregon

    *Sharon Lynn Lodewick v. Dynegy, Inc., et al.*, C.A. No. 3:03-157

          Western District of Washington

    *Nick A. Symonds v. Dynegy, Inc., et al.*, C.A. No. 2:02-2522

MDL-1534 -- In re World Access, Inc., Securities Litigation

      Motion of defendants Steven A. Odom, Mark Gergel, Hensley E. West, Martin D.
Kidder, and Stephen J. Clearman for centralization of the following actions in the United States
District Court for the Northern District of Georgia:

          Northern District of Georgia

    *In re World Access, Inc.*, C.A. No. 1:99-43
    *Monetary Fund, Ltd. v. World Access, Inc., et al.*, C.A. No. 1:99-188
    *Kevin D. Teague v. World Access, Inc., et al.*, C.A. No. 1:99-319

          District of New Jersey

    *Pedro Yang, et al. v. Steven A. Odom, et al.*, C.A. No. 2:02-5968
    *James Barberian, et al. v. Steven A. Odom, et al.*, C.A. No. 2:03-725

MDL-1535 -- In re Welding Rod Products Liability Litigation

Motion of plaintiffs Albert Weathersby, et al., for centralization of the following actions in the United States District Court for the Eastern District of Louisiana or the United States District Court for the Southern District of Mississippi:

Eastern District of Louisiana

*Albert Weathersby, et al. v. Lincoln Electric Co., et al.*, C.A. No. 2:03-398
*Clarence Variste, Jr. v. Lincoln Electric Co., et al.*, C.A. No. 2:03-487

Southern District of Mississippi

*Charles M. Ruth, et al. v. Lincoln Electric Co., et al.*, C.A. No. 3:02-406

MDL-1536 -- In re Sulfuric Acid Antitrust Litigation

Motion of plaintiffs Ohio Chemical Services, Inc. and Independent Chemical Corporation for centralization of the following actions in the United States District Court for the Northern District of Ohio:

Northern District of Illinois

*Galvanizers Co. v. Noranda, Inc., et al.*, C.A. No. 1:03-1788

Northern District of Ohio

*Ohio Chemical Services, Inc. v. Norfalco, LLC, et al.*, C.A. No. 1:03-332
*Independent Chemical Corp. v. Norfalco, LLC, et al.*, C.A. No. 1:03-411

Schedule of Matters for Hearing Session, Section A                    p. 13
Santa Fe, New Mexico


MDL-1537 -- In re Nortel Networks Corp. Securities & "ERISA" Litigation

    Motion of plaintiffs Maryvonne Tubb, et al., for centralization of the following actions in the United States District Court for the Southern District of New York:


    Southern District of New York

*In re Nortel Networks Corp. Securities Litigation*, C.A. No. 1:01-1855
*Dennis Pasparage v. Nortel Networks Corp., et al.*, C.A. No. 1:01-5200
*Harriet Goldstein v. Nortel Networks Corp., et al.*, C.A. No. 1:01-5271
*George Elkins v. Nortel Networks Corp., et al.*, C.A. No. 1:01-5294
*Gregory Tymn v. Nortel Networks Corp., et al.*, C.A. No. 1:01-5569
*Ezra Birnbaum v. Nortel Networks Corp., et al.*, C.A. No. 1:01-5676
*Dr. Eugene Stricker v. Nortel Networks Corp., et al.*, C.A. No. 1:01-5677
*Donald T. Womble v. Nortel Networks Corp., et al.*, C.A. No. 1:01-5678
*Felix Ezeir v. Nortel Networks Corp., et al.*, C.A. No. 1:01-5679
*Jerry Matez v. Nortel Networks Corp., et al.*, C.A. No. 1:01-5680
*Barrett M. Fisher v. Nortel Networks Corp., et al.*, C.A. No. 1:01-5681
*Patrick D'Auria v. Nortel Networks Corp., et al.*, C.A. No. 1:01-5682
*Richard Eckstein, I.R.A. v. Nortel Networks Corp., et al.*, C.A. No. 1:01-5683
*William Smith v. Nortel Networks Corp., et al.*, C.A. No. 1:01-5684
*Leonard Rapoport v. Nortel Networks Corp., et al.*, C.A. No. 1:01-5685
*Richard Basta v. Nortel Networks Corp., et al.*, C.A. No. 1:01-5686
*Xiomara Ardolina v. Nortel Networks Corp., et al.*, C.A. No. 1:01-5687
*Pierre Barthole v. Nortel Networks Corp., et al.*, C.A. No. 1:01-5688
*Dean E. Hart v. Nortel Networks Corp., et al.*, C.A. No. 1:01-5689
*William Vanstavoren v. Nortel Networks Corp., et al.*, C.A. No. 1:01-5809
*Zorba Lieberman v. Nortel Networks Corp., et al.*, C.A. No. 1:01-5810
*Paul Yen v. Nortel Networks Corp., et al.*, C.A. No. 1:01-5935
*James Hinson v. Nortel Networks Corp., et al.*, C.A. No. 1:01-6312
*Kumaran Krishnan, et al. v. Nortel Networks Corp., et al.*, C.A. No. 1:01-6314
*Linda Adler v. Nortel Networks Corp., et al.*, C.A. No. 1:01-6315
*Jeffrey Goldstein v. Nortel Networks Corp., et al.*, C.A. No. 1:01-9268
*Maryvonne Tubb, et al. v. Nortel Networks, Inc., et al.*, C.A. No. 1:03-1716


    Middle District of Tennessee

*Michael Zafarano, Jr., et al. v. Nortel Networks Corp.*, C.A. No. 3:01-1593
*Carol Felts v. Nortel Networks Corp., et al.*, C.A. No. 3:02-283

MDL-1538 -- In re General Motors Corp. Chevrolet Corvette Steering Column Products Liability
               Litigation

       Motion of defendant General Motors Corporation for centralization of the following
actions in the United States District Court for the Northern District of Illinois:

               Northern District of Illinois

*James Jennings v. General Motors Corp.*, C.A. No. 1:03-729

               Southern District of Illinois

*John Turner v. General Motors Corp.*, C.A. No. 3:03-190

MDL-1539 -- In re Royal Ahold N.V. Securities & "ERISA" Litigation

       Motion of plaintiffs Franklin Wilson; U-2 Club; Ralph P. Sbraccia; Peter J. Manhoff;
Miriam Sells; Judith E. Legeyt; Sharon Libby; and Michael Lane, et al., for centralization of the
following actions in the United States District Court for the Eastern District of Virginia:

               District of Maryland

*Alan Zelman v. Royal Ahold N.V., et al.*, C.A. No. 1:03-530

               Southern District of New York

*F. Richard Manson v. Koninklijke Ahold N.V., et al.*, C.A. No. 1:03-1243
*Lillian Kleinman v. Koninklijke Ahold N.V., et al.*, C.A. No. 1:03-1251
*John Li v. Koninklijke Ahold N.V., et al.*, C.A. No. 1:03-1257
*Friends of Ariel Center for Policy Research v. Koninklijke Ahold N.V., et al.*,
     C.A. No. 1:03-1263
*James McCutheon v. Koninklijke Ahold N.V., et al.*, C.A. No. 1:03-1358
*Mitchell C. Kaye v. Koninklijke Ahold N.V., et al.*, C.A. No. 1:03-1411
*Oliver Roeder v. Royal Ahold N.V., et al.*, C.A. No. 1:03-1454
*Rochelle Phillips v. Koninklijke Ahold NV, et al.*, C.A. No. 1:03-1521
*Reinhold Holstein v. Koninklijke Ahold N.V., et al.*, C.A. No. 1:03-1640

Schedule of Matters for Hearing Session, Section A                    p. 15
Santa Fe, New Mexico


MDL-1539 (Continued)


      Southern District of New York (Continued)

*Bernard Stern v. Royal Ahold N.V., et al.*, C.A. No. 1:03-1735
*Dennis G. Mahorney, et al. v. Koninklijke Ahold N.V., et al.*, C.A. No. 1:03-1984
*Generic Trading of Philadelphia, LLC v. Koninklijke Ahold N.V., et al.*,
   C.A. No. 1:03-2000

      Eastern District of Virginia

*Franklin Wilson v. Royal Ahold N.V., et al.*, C.A. No. 1:03-216
*U-2 Club v. Royal Ahold N.V., et al.*, C.A. No. 1:03-222
*Ralph P. Sbraccia v. Royal Ahold N.V., et al.*, C.A. No. 1:03-223
*Peter J. Manhoff v. Royal Ahold N.V., et al.*, C.A. No. 1:03-224
*Miriam Sells v. Koninklijke Ahold N.V., et al.*, C.A. No. 1:03-259
*Judith E. Legeyt v. Royal Ahold N.V., et al.*, C.A. No. 1:03-290
*Sharon Libby v. Royal Ahold N.V., et al.*, C.A. No. 1:03-291
*Michael Lane, et al. v. Royal Ahold N.V., et al.*, C.A. No. 1:03-334

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

     Oppositions of plaintiffs Arnold Alvin Allen, et al., and Christopher T. Upton, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

### Northern District of Georgia

*Arnold Alvin Allen, et al. v. Georgia Pacific Corp., et al.*, C.A. No. 1:02-1572

### Eastern District of Tennessee

*Christopher T. Upton, et al. v. United States of America, et al.*, C.A. No. 3:03-52

MDL-1105 -- In re New England Mutual Life Insurance Company Sales Practices Litigation

     Opposition of plaintiffs Kemper Galleries, Inc., et al., to transfer of the following action to the United States District Court for the District of Massachusetts:

### District of Colorado

*Kemper Galleries, Inc., et al. v. Jordan D. Volk, et al.*, C.A. No. 1:02-2227

MDL-1132 -- In re Exterior Insulation Finish System (EIFS) Products Liability Litigation

Opposition of plaintiffs Bruce F. Bryant, et al., to transfer of the following action to the United States District Court for the Eastern District of North Carolina:

Northern District of Illinois

*Bruce F. Bryant, et al. v. Dryvit Systems, Inc.*, C.A. No. 1:02-8540

MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

District of Arizona

*Cindy Natay-Curley v. Wyeth, et al.*, C.A. No. 4:03-11

Central District of California

*Patricia O'Connell, et al. v. American Home Products Corp., et al.*, C.A. No. 2:03-317
*Marilyn Swanson, et al. v. American Home Products Corp., et al.*, C.A. No. 2:03-319
*Sherri Mize v. American Home Products Corp., et al.*, C.A. No. 2:03-322
*Dolores Tazmon v. American Home Products Corp., et al.*, C.A. No. 2:03-324
*Jessica Kerr v. American Home Products Corp., et al.*, C.A. No. 2:03-325
*Hugh Yamshon, et al. v. American Home Products Corp., et al.*, C.A. No. 2:03-326
*Lois Hornsby, et al. v. American Home Products Corp., et al.*, C.A. No. 2:03-328
*Barbara Mealer v. American Home Products Corp., et al.*, C.A. No. 2:03-329
*Regina Bustamante, et al. v. American Home Products Corp., et al.*, C.A. No. 2:03-330
*Lynn Holmes v. American Home Products Corp., et al.*, C.A. No. 2:03-331
*Antoinette Bianco, et al. v. American Home Products Corp., et al.*, C.A. No. 2:03-332
*Idalia Franco, et al. v. American Home Products Corp,, et al.*, C.A. No. 2:03-333
*Kay Koop, et al. v. American Home Products Corp., et al.*, C.A. No. 2:03-335

Schedule of Matters for Hearing Session, Section B                         p. 18
Santa Fe, New Mexico


MDL-1203 (Continued)


### Northern District of Georgia

*Daniel Johnson, et al. v. Wyeth Corp., et al.*, C.A. No. 1:02-1368
*Ana Maria Dibienza, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-28

### Southern District of Mississippi

*Margaret E. Lawhon v. Wyeth, et al.*, C.A. No. 2:03-13
*Berthene Washington, et al. v. American Home Products Corp., et al.*, C.A. No. 3:02-1786
*Mary Killebrew, et al. v. Wyeth, et al.*, C.A. No. 3:02-1808
*Shirley R. Jobe, et al. v. Wyeth, et al.*, C.A. No. 3:03-7
*Jennifer Stimage v. Wyeth, et al.*, C.A. No. 3:03-12
*Rita Cook v. Lawrence Stewart, et al.*, C.A. No. 3:03-27

### Eastern District of Texas

*Judith Shockley v. Wyeth, et al.*, C.A. No. 1:02-832


Motions of plaintiffs Mary Lee Albert, et al., and Ruth Addison, et al., to remand, under
28 U.S.C. § 1407(a), the following actions to their respective transferor courts:


### Eastern District of Pennsylvania

*Mary Lee Albert, et al. v. American Home Products Corp., et al.*, C.A. No. 2:01-20127
    (E.D. Louisiana, C.A. No. 2:01-861)
*Ruth Addison, et al. v. American Home Products Corp., et al.*, C.A. No. 2:99-20079
    (M.D. Louisiana, C.A. No. 3:99-33)

MDL-1278 -- In re Cardizem CD Antitrust Litigation

Motion of plaintiff Eugenia Wynne Sams to remand, under 28 U.S.C. § 1407(a), the following action to the United States District Court for the Eastern District of Tennessee:

### Eastern District of Michigan

*Eugenia Wynne Sams v. Hoechst Aktiengesellschaft, et al.*, C.A. No. 2:99-73190
(E.D. Tennessee, C.A. No. 2:98-348)

MDL-1328 -- In re Monosodium Glutamate Antitrust Litigation

Opposition of plaintiff Conopco, Inc., to transfer of the following action to the United States District Court for the District of Minnesota:

### Southern District of New York

*Conopco, Inc. v. Daesang Japan, Inc., et al.*, C.A. No. 1:02-9832

MDL-1334 -- In re Managed Care Litigation

Oppositions of plaintiffs The Pennsylvania Orthopedics Society, et al., and Imtiaz Ahmad, M.D., to transfer of their respective following actions to the United States District Court for the Southern District of Florida:

### Eastern District of Pennsylvania

*The Pennsylvania Orthopedics Society, et al. v. Aetna, Inc., et al.*, C.A. No. 2:03-690
*Imtiaz Ahmad, M.D. v. Aetna, Inc., et al.*, C.A. No. 2:03-820

MDL-1348 -- In re Rezulin Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### Central District of California

*Billy Don Smith v. Warner-Lambert Co., et al.*, C.A. No. 2:03-167
*Robert Blackwell v. Warner-Lambert Co., et al.*, C.A. No. 2:03-168
*Stella Haight v. Warner-Lambert Co., et al.*, C.A. No. 2:03-169
*Dario Morin, et al. v. Warner-Lambert Co., et al.*, C.A. No. 2:03-223

### Northern District of Mississippi

*Rosie L. Davis v. Warner-Lambert Co., et al.*, C.A. No. 4:03-2

### Southern District of Mississippi

*Doris Palmer v. Warner-Lambert Co., et al.*, C.A. No. 1:02-881
*Jimmie Nell Pickering v. Warner-Lambert Co., et al.*, C.A. No. 2:02-882
*Gladys Blackwell v. Warner-Lambert Co., et al.*, C.A. No. 2:02-883
*Mary Blackwell v. Warner-Lambert Co., et al.*, C.A. No. 2:02-884
*Ollie Williams, et al. v. Warner-Lambert Co., et al.*, C.A. No. 2:03-6
*Emma Wheatley v. Warner-Lambert Co., et al.*, C.A. No. 3:02-1544
*Sherry Wells, etc. v. Pfizer, Inc., et al.*, C.A. No. 3:02-1753
*Bernice Fisher v. Pfizer, Inc., et al.*, C.A. No. 3:03-82

### Western District of Missouri

*Larry Glossip, et al. v. Warner-Lambert Co., et al.*, C.A. No. 4:03-36

### Western District of Texas

*Teresa Gonzalez, etc. v. Warner-Lambert Co., et al.*, C.A. No. 3:02-215

### Western District of Washington

*Ricardo Alvarado, et al. v. Warner-Lambert Co., et al.*, C.A. No. 2:02-2458

Schedule of Matters for Hearing Session, Section B                                      p. 21
Santa Fe, New Mexico


MDL-1350 -- In re Trans Union Corp. Privacy Litigation

Opposition of plaintiff Mark E. Andrews to transfer of the following action to the United States District Court for the Northern District of Illinois:


Eastern District of Louisiana

*Mark E. Andrews v. Trans Union Corp., et al.*, C.A. No. 2:02-3829


MDL-1382 -- In re Unitrin, Inc., Industrial Life Insurance Litigation

Oppositions of plaintiffs Callie Mae Tanner, et al.; Rose Thurman, et al.; Louise Little, et al.; Emma Jean Smith; Johnson Moore, et al.; Dollie Wolfe, et al.; and Ella Cole, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:


Northern District of Mississippi

*Callie Mae Tanner, et al. v. United Insurance Co. of America, et al.*, C.A. No. 2:03-24
*Rose Thurman, et al. v. United Insurance Co. of America, et al.*, C.A. No. 2:03-25
*Louise Little, et al. v. Union National Life Insurance Co., et al.*, C.A. No. 2:03-26
*Emma Jean Smith v. Union National Life Insurance Co., et al.*, C.A. No. 4:03-33

Southern District of Mississippi

*Johnson Moore, et al. v. Union National Life Insurance Co., et al.*, C.A. No. 4:03-44
*Dollie Wolfe, et al. v. Union National Life Insurance Co., et al.*, C.A. No. 5:03-49
*Ella Cole, et al. v. Union National Life Insurance Co., et al.*, C.A. No. 5:03-50

MDL-1390 -- In re Life Insurance Co. of Georgia Industrial Life Insurance Litigation

Opposition of plaintiff Ricky E. Ransome to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

Northern District of Mississippi

*Ricky E. Ransome v. Life Insurance Co. of Georgia, et al.*, C.A. No. 4:03-1

MDL-1403 -- In re StarLink Corn Products Liability Litigation

Opposition of plaintiff AgraMarke, Inc., to transfer of the following action to the United States District Court for the Northern District of Illinois:

District of Minnesota

*AgraMarke, Inc. v. Aventis CropScience USA, LP, et al.*, C.A. No. 0:03-13

MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Western District of Washington:

Southern District of Illinois

*Kevin Graw v. Bristol-Myers Squibb Co., et al.*, C.A. No. 3:02-1256
*Betty Andrews v. Wyeth Consumer Healthcare, Ltd., et al.*, C.A. No. 3:02-1259
*Barbara Ward v. Wyeth Consumer Healthcare, Ltd., et al.*, C.A. No. 3:02-1260
*Vinell Jones v. Bayer Corp., et al.*, C.A. No. 3:02-1261
*Loretta Rorie v. Bayer Corp., et al.*, C.A. No. 3:02-1262
*Robert McNeil v. Wyeth, Inc., et al.*, C.A. No. 3:02-1265
*Venetta Johnson v. Bayer Corp., et al.*, C.A. No. 3:02-1266
*Louis Siciliano v. Wyeth, Inc., et al.*, C.A. No. 3:02-1272
*Cindy Berisford v. Wyeth Consumer Healthcare, Ltd., et al.*, C.A. No. 3:02-1274
*Alva Franklin v. Chattem, Inc., et al.*, C.A. No. 3:02-1282
*Christina Neu v. Chattem, Inc., et al.*, C.A. No. 3:02-1284
*Judith De Lisle v. Chattem, Inc., et al.*, C.A. No. 3:02-1285
*David Brown v. SmithKline Beecham Corp., et al.*, C.A. No. 3:02-1286

MDL-1407 (Continued)


### Eastern District of Michigan

*Laura M. Bonucchi v. Welpharm, Inc., et al.*, C.A. No. 2:02-75100

### Middle District of Tennessee

*Sandra Baggett v. Dollar General Corp., et al.*, C.A. No. 3:03-60

### Northern District of Texas

*Selia Luz Rodriguez v. Advocare International, LLC, et al.*, C.A. No. 3:02-2733
*Lynne Grant, et al. v. Advocare International LLC, et al.*, C.A. No. 3:02-2737

### Southern District of Texas

*Angela Lea, et al. v. Chattem, Inc., et al.*, C.A. No. 4:02-4865

### Western District of Texas

*Charles Jackson, etc. v. Bayer Corp., et al.*, C.A. No. 5:02-1207


### MDL-1422 -- In re Waste Management, Inc., Securities Litigation

Opposition of plaintiff Robert F. Smith to transfer of the following action to the United States District Court for the Southern District of Texas:


### Northern District of Illinois

*Robert F. Smith v. Waste Management, Inc.*, C.A. No. 1:02-8251

Schedule of Matters for Hearing Session, Section B                                        p. 24
Santa Fe, New Mexico


MDL-1423 -- In re Cygnus Telecommunications Technology, LLC, Patent Litigation

  Opposition of defendant United World Telecom, L.C., to transfer of the following action
to the United States District Court for the Northern District of California:


   Southern District of Florida

  *Cygnus Telecommunications Technology, LLC v. United World Telecom, L.C.,*
   C.A. No. 0:02-61739


MDL-1431 -- In re Baycol Products Liability Litigation

  Oppositions of certain plaintiffs and defendants Lintze Linda Tau, M.D., and Blanche Sau
Jaun Leung, M.D., to transfer of their respective following actions to the United States District
Court for the District of Minnesota:


   Northern District of Mississippi

  *Clifford King v. Bayer AG, et al.*, C.A. No. 2:02-286
  *Nancy Goldman, et al. v. Bayer Corp., et al.*, C.A. No. 2:02-303
  *Mildred Boykin, et al. v. Bayer Corp., et al.*, C.A. No. 4:02-316
  *Linda Redmon v. Bayer Corp., et al.*, C.A. No. 4:03-5

   Southern District of Mississippi

  *Benjamin Akins, et al. v. Bayer Corp., et al.*, C.A. No. 2:02-839
  *Huey Davis Jackson v. Bayer Corp., et al.*, C.A. No. 2:02-841
  *Mary E. Reed, et al. v. Bayer Corp., et al.*, C.A. No. 3:02-1708
  *Pinkye Fuqua v. Bayer AG, et al.*, C.A. No. 3:02-1834
  *Mary Dallas v. Bayer AG, et al.*, C.A. No. 3:02-1835
  *Brinda West v. Bayer AG, et al.*, C.A. No. 3:02-1836
  *Josie Thompson v. Bayer AG, et al.*, C.A. No. 3:03-3
  *Hazel Turner v. Bayer AG, et al.*, C.A. No. 3:03-4
  *Mary Davis, et al. v. Bayer AG, et al.*, C.A. No. 5:02-679
  *Johnny Rankin, et al. v. Bayer Corp., et al.*, C.A. No. 5:03-10

Schedule of Matters for Hearing Session, Section B                    p. 25
Santa Fe, New Mexico


MDL-1431 (Continued)


### Eastern District of New York

*Pui Jane Chin, etc. v. Bayer Corp., et al.*, C.A. No. 1:02-6600

### Southern District of Texas

*Dean Kawaja, et al. v. Bayer AG, et al.*, C.A. No. 4:02-4483


### MDL-1446 -- In re Enron Corp. Securities, Derivative & "ERISA" Litigation

Oppositions of plaintiffs The Retirement Systems of Alabama; Samson Investment Company; and Joe H. Walker, et al., to transfer of their respective following actions to the United States District Court for the Southern District of Texas:


### Middle District of Alabama

*The Retirement Systems of Alabama v. Merrill Lynch & Co., et al.*, C.A. No. 2:03-69

### Northern District of Oklahoma

*Samson Investment Co. v. Arthur Andersen, LLP, et al.*, C.A. No. 4:03-86

### Middle District of Tennessee

*Joe H. Walker, et al. v. Arthur Andersen, LLP, et al.*, C.A. No. 3:02-1177

MDL-1456 -- In re Pharmaceutical Industry Average Wholesale Price Litigation

     Opposition of plaintiff Robert J. Swanston to transfer of the following action to the United States District Court for the District of Massachusetts:

       District of Arizona

     *Robert J. Swanston v. TAP Pharmaceuticals Products, Inc., et al.*, C.A. No. 2:03-62

MDL-1472 -- In re Global Crossing Ltd. Securities & "ERISA" Litigation

     Opposition of plaintiff Abe Nachom to transfer of the following action to the United States District Court for the Southern District of New York:

       Central District of California

     *Abe Nachom v. Citigroup, Inc., et al.*, C.A. No. 2:03-520

MDL-1477 -- In re Serzone Products Liability Litigation

     Oppositions of plaintiffs Colleen Hackett, Eula Hilliard, Kisha Neveaux, Melinda Rogers, Shirley Aguzin, Charles Moreau, Marsha Danos, and David Sullivan and defendants Charles Chester, M.D.; Jefferson Parish Human Services Authority (Eastbank Pharmacy); Howard Wetsman, M.D.; and The Board of Supervisors of Louisiana State University & Agricultural & Mechanical College to transfer of their respective following actions to the United States District Court for the Southern District of West Virginia:

       Eastern District of Louisiana

     *Colleen Hackett v. Bristol-Myers Squibb Co., Inc., et al.*, C.A. No. 2:03-108
     *Eula Hilliard v. Bristol-Myers Squibb Co., Inc., et al.*, C.A. No. 2:03-141
     *Kisha Neveaux v. Bristol-Myers Squibb Co., Inc., et al.*, C.A. No. 2:03-142
     *Melinda Rogers v. Bristol-Myers Squibb Co., Inc., et al.*, C.A. No. 2:03-190
     *Shirley Aguzin v. Bristol-Myers Squibb Co., Inc., et al.*, C.A. No. 2:03-194
     *Charles Moreau v. Bristol-Myers Squbb Co., Inc., et al.*, C.A. No. 2:03-195
     *Marsha Danos v. Bristol-Myers Squibb & Co., Inc., et al.*, C.A. No. 2:03-198
     *David Sullivan v. Bristol-Myers Squibb Co., Inc., et al.*, C.A. No. 2:03-199

MDL-1481 -- In re Meridia Products Liability Litigation

       Opposition of plaintiffs James Lindsey, et al., to transfer of the following action to the United States District Court for the Northern District of Ohio:

          Northern District of Mississippi

      *James Lindsey, et al. v. Abbott Laboratories, et al.*, C.A. No. 2:03-47

MDL-1484 -- In re Merrill Lynch & Co., Inc., Research Reports Securities Litigation

       Opposition of plaintiff Thomas G. Strano to transfer of the following action to the United States District Court for the Southern District of New York:

          Southern District of Florida

      *Thomas G. Strano v. Merrill Lynch & Co., Inc., et al.*, C.A. No. 0:02-61591

MDL-1487 --  In re WorldCom, Inc., Securities & "ERISA" Litigation

       Oppositions of plaintiffs Randy Beane, et al.; Jackie S. Bell, et al.; Susan M. Beasley, et al.; Jeanette M. Allen, et al.; Marvin L. Bryant, et al.; Raymond E. Jourdan, et al.; Lindsey H. Anderson, et al.; Mary Conner Adcock, et al.; Natasha Turner Carpenter, et al.; Teachers Retirement System of Louisiana, et al.; and State of Wisconsin Investment Board, et al., to transfer of their respective following actions to the United States District Court for the Southern District of New York:

          Northern District of Mississippi

      *Randy Beane, et al. v. Bernard J. Ebbers, et al.*, C.A. No. 1:03-24
      *Jackie S. Bell, et al. v. Bernard J. Ebbers, et al.*, C.A. No. 1:03-25
      *Susan M. Beasley, et al. v. Bernard J. Ebbers, et al.*, C.A. No. 1:03-26
      *Jeanette M. Allen, et al. v. Bernard J. Ebbers, et al.*, C.A. No. 1:03-41
      *Marvin L. Bryant, et al. v. Bernard J. Ebbers, et al.*, C.A. No. 1:03-42
      *Raymond E. Jourdan, et al. v. Bernard J. Ebbers, et al.*, C.A. No. 1:03-43

Schedule of Matters for Hearing Session, Section B                     p. 28
Santa Fe, New Mexico


MDL-1487 (Continued)


#### Northern District of Mississippi (Continued)

*Lindsey H. Anderson, et al. v. Bernard J. Ebbers, et al.*, C.A. No. 3:03-12
*Mary Conner Adcock, et al. v. Bernard J. Ebbers, et al.*, C.A. No. 3:03-18
*Natasha Turner Carpenter, et al. v. Bernard J. Ebbers, et al.*, C.A. No. 3:03-24

#### Southern District of Mississippi

*Teachers Retirement System of Louisiana, et al. v. Bernard J. Ebbers, et al.*,
   C.A. No. 3:03-148

#### Western District of Wisconsin

*State of Wisconsin Investment Board, et al. v. Citigroup, Inc., et al.*, C.A. No. 3:02-698


#### MDL-1499 -- In re South African Apartheid Litigation

Opposition of plaintiffs Sakwe Balintulo Khulumani, et al., to transfer of the following
action to the United States District Court for the Southern District of New York:


#### Eastern District of New York

*Sakwe Balintulo Khulumani, et al. v. Barclays National Bank, Ltd., et al.*,
   C.A. No. 1:02-5952

RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)      Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)      Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard.  Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)      No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
        (i)    the dispositive issue(s) have been authoritatively decided; or
        (ii)   the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)      In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised.  If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules.  Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)      Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)      Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)      Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter.  The time shall be divided equally among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)    So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)    After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.