JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 875**

APR 16 2003

FILED
CLERK'S OFFICE

BEFORE THE JUDICAL PANEL ON MULTIDISTRICT LITIGATION

In Re Asbestos Products Liability Litigation (No. VI)

MDL. No. 875

ENTRY OF APPEARANCE WITH RESPECT TO
CASE NO. 3-03-52 (E.D. TENN):

CHRISTOPHER TODD UPTON; LESLIE DARNELL JONES; JEFFERY LYNN KEYLON; JAMES DAVID PARTEN; TIMOTHY EDWARD ROBBINS; AND PAUL STEVEN VANCE,

PLAINTIFFS,

VS.

THE UNITED STATES OF AMERICA; BNFL INC.; AMERICAN TECHNOLOGIES, INC.; AND R&R ELECTRIC CORPORATION,

DEFENDANTS.

PLEADING NO. 3875

John D. Fognani, of the law firm of FOGNANI GUIBORD HOMSY & ROBERTS, LLP, hereby enters his appearance as counsel of record in the above-captioned matter on behalf of Plaintiffs, Christopher Todd Upton, Leslie Darnell Jones, Jeffery Lynn Keylon, James David Parten, Timothy Edward Robbins, and Paul Steven Vance, pursuant to Rule 5.2 (c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. Plaintiffs have designated Mr. Fognani to receive service of all

IMAGED APR 18 '03     **OFFICIAL FILE COPY**

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2003 APR 16 P 1:30
RECEIVED CLERK'S OFFICE

pleadings, notices, orders, and other papers relating to practice before the Panel regarding this matter.

    DATED:    April 16, 2003.

                              Respectfully Submitted by:

*[signature]*

John D. Fognani, Esq.
Suzanna K. Moran, Esq.
Brian D. Gonzales, Esq.
FOGNANI GUIBORD HOMSY & ROBERTS, LLP
1700 Lincoln St. Suite 2222
Denver, Colorado 80203
Telephone:    303-382-6200
Facsimile:    303-382-6210
COUNSEL FOR PLAINTIFFS

19120

04/16/03 11:28 FAX 7202640510  FOGNANI GUIBORD  ☐005

Case MDL No. 875   Document 3875   Filed 04/16/03   Page 3 of 4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 6 2003

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April 2003, I have placed true and correct copy of Plaintiffs' counsel's **ENTRY OF APPEARANCE** in the U.S. Mail with first class postage addressed to individuals on the attached Panel Service List and the following:

Melinda Meador, Esq.
Bass Berry & Simms, PLC
900 S. Gay Street, Suite 1700
P.O. Box 1509
Knoxville, TN 37901-1509

Martin B. Bailey, Esq.
Charles W. Van Beke, Esq.
Wagner, Myers & Sanger, P.C.
P.O. Box 1308
Knoxville, TN 37901

Stuart F. James, Esq.
Goins, Carpenter & James
Suite 401, The Flatiron Building
707 Georgia Avenue
Chattanooga, TN 37402

J. Charles Kruse, Esq.
Special Litigation Counsel
Civil Division, Torts Branch
(Environmental Torts Section)
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044

The Honorable Judge Thomas W. Phillips
United States District Court, Knoxville
800 Market Street, Suite 130
Knoxville, TN 37902

The Honorable Judge Charles R. Weiner
United States District Court
Eastern District of Pennsylvania
Office of the Clerk of Court
U.S. Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

_Selma James_

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION  2003 APR 16 P 1:30  RECEIVED CLERK'S OFFICE

DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Christopher T. Upton, et al. v. United States of America, et al.*, E.D. Tennessee, C.A. No. 3:03-52

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Suzanna K. Moran
Fognani, Guibord, Homsy & Roberts
1700 Lincoln Street
Suite 2222
Denver, CO 80203

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406