MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 30 2003

Prep CRO

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :
                                                                  :
_____x

This Document Relates to:                      :        CIVIL ACTION NO. MDL 875

Law Offices of Roussel & Roussel           :

United States District Court                     :
Middle District of Louisiana                    :

Barbara CATANIA, C.A. No. 3:02-368    :
                                                                  :
[In the event the above-listed case is a multiple :
plaintiff (victim) action, this transfer is for the  :     MDL-875
above-named party only, or said parties repre- :     _____
sentative, and any spousal or dependent actions.]: RECOMMENDED ACTION
_____x    CRO - one action
                                                                        Approved/Date: MA 4/21

PLEADING NO. 3880

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Middle District of Louisiana, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

OFFICIAL FILE COPY            IMAGED MAY 1 '03

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Middle District of Louisiana for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 4/7/2003

_____
Charles   R.   Weiner            J.