JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 0 7 2003

FILED
CLERK'S OFFICE

FILED   MAR 1 9 2003

MDL 875

PLEADING NO. 3883

IMAGED MAY 8 '03

OFFICIAL FILE COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :
———————————————————— x

This Document Relates to: :    CIVIL ACTION NO. MDL 875

The Swartz Law Firm :

United States District Court :
Northern District of Ohio :

Steven LUKAC, No. 1:01 CV 20000 :
Paula KUBIK, No. 1:01 CV 20001 :

[In the event any of the above-listed cases :
are multiple plaintiff (victim) actions, this :
transfer is for the above-named party only, :
or said party's representative, and any :
spousal or dependent actions.] :
———————————————————— x

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Northern District of Ohio, and the Court having reviewed these cases and having had settlement conferences with the parties, and now believing that such motion is appropriate.

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

MDL-875
RECOMMENDED ACTION

CRO - 2 actions
Approved/Date: MJB (for JMK) 4/11/03

damages are hereby ORDERED severed from these cases and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matters should be REMANDED to the United States District Court for the Northern District of Ohio for such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 3/18/2003

_____
Charles   R.   Weiner            J.

ENTERED

MAR 2 1 2003

CLERK OF COURT