JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 875**

MAY 1 6 2003

FILED
CLERK'S OFFICE

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

\* \* \* \* \* \* \* \* \* \* \* \*

In RE:                              *       Docket No.: 875

Asbestos Products                   *       Schedule CTO-224
Liability Litigation (No. VI)
                                    *       Tag Along Case

\* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF OPPOSITION

Plaintiffs, by undersigned counsel, pursuant to MDL Rule 7.4 (c) in the cases identified on the Schedule attached hereto as Exhibit 1, give notice of their opposition to the transfer of their case.

Respectfully Submitted,

**THE LAW OFFICES OF PETER T. NICHOLL**

_____
Timothy J. Hogan
36 South Charles Street
Suite 1700
Baltimore, Maryland 21201
Telephone: 410/244-7005

Attorneys for Plaintiff

PLEADING NO. 3888

RECEIVED
CLERK'S OFFICE
2003 MAY 15 P 3:08
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY** IMAGED MAY 16 '03 ✓

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 16 2003

FILED
CLERK'S OFFICE

# SCHEDULE CTO-224 - TAG ALONG CASES
## DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DISTRICT | DIV. | CIVIL ACTION # |
|---|---|---|
| MD | 1 | 03-399 |
| MD | 1 | 03-421 |
| MD | 1 | 03-445 |
| MD | 1 | 03-446 |
| MD | 1 | 03-447 |
| MD | 1 | 03-448 |
| MD | 1 | 03-450 |
| MD | 1 | 03-451 |
| MD | 1 | 03-452 |
| MD | 1 | 03-453 |
| MD | 1 | 03-655 |

**PLAINTIFF'S EXHIBIT 1**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 16 2003

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 15th day of May, 2003, a copy of the foregoing has been sent regular mail to all counsel of record (see attached service list).

_____
Timothy J. Hogan

RECEIVED CLERK'S OFFICE
2003 MAY 15 P 3:08
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# INVOLVED COUNSEL LIST (CTO-224)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Murray E. Abowitz
Abowitz, Rhodes & Dahnke, P.C.
105 North Hudson
Hightower Bldg., 10th Floor
P.O. Box 1937
Oklahoma City, OK 73101

David W. Allen
Goodell, DeVries, Leech & Dann
One South Street, 20th Floor
Baltimore, MD 21202

Victoria Almeida
Adler, Pollock & Sheehan
2300 Financial Plaza
Providence, RI 02903

Sherman Ames, III
Ness, Motley, Loadholt, et al.
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

Thomas C. Angelone
Hodosh, Spinella & Angelone
One Turks Head Place, Suite 1050
P.O. Box 1516
Providence, RI 02903-1516

Cynthia W. Antonucci
Harris Beach, LLP
500 5th Avenue, 42nd Floor
New York, NY 10110

James Randolph Baker
Holloway Dobson & Bachman, P.C.
211 N. Robinson Avenue
Suite 900 North
Oklahoma City, OK 73102

Christopher Banaszak
Reinhart, Boerner, Van Deuren, et al.
1000 North Water Street, Suite 2965
Milwaukee, WI 53201-2965

Steven T. Baron
Silber & Pearlman
2711 North Haskell Avenue
5th Floor Lock Box
Dallas, TX 75204

Mauricio E. Barreiro
15 East Chesapeake Avenue
Baltimore, MD 21286

Todd C. Barsumian
Kahn Dees Donovan And Kahn
501 Main Financial Plaza, Suite 305
Evansville, IN 47712-3646

Jeffrey M. Bell
Ritter, Chusid, Bivona & Cohen, LLP
7000 West Palmetto Park Road
Suite 400
Boca Raton, FL 33433

Richard V. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Thomas P. Bernier
Goldfein & Hosmer
217 E. Redwood Street, 21st Floor
Baltimore, MD 21202-3316

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Charles E. Blackman
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, IL 60604-2827

Joseph C. Blanks
P.O. Drawer 999
Doucette, TX 75942

Timothy W. Bouch
Leath, Bouch & Crawford
P.O. Box 59
Charleston, SC 29402

Elizabeth J. Bradford
King Law Firm
15 N. Robinson Ave., Suite 1100
Oklahoma City, OK 73102

William J. Bradley, III
Malaby, Carlisle & Bradley
150 Broadway, Suite 1311
New York, NY 10038

John M. Brant
Rodey, Dickason, Sloan, et al.
P.O. Box 1888
Albuquerque, NM 87103-1888

Jason K. Bria
Wooden and McLaughlin
201 N. Illinois Street
Indianapolis, IN 46204

Malcolm Sean Brisker
Goodell, DeVries, Leech & Dann
One South Street, 20th Floor
Baltimore, MD 21202

C. Thomas Brown
205 E. Main Street
Elkton, MD 21921

Barbara J. Buba
Wilbraham, Lawler & Buba
140 Broadway, 46th Floor
New York, NY 10005

Whitney C. Buchanan
Whitney Buchanan, P.C.
3200 Monte Vista Blvd., N.E.
Albuquerque, NM 87106

Rodd R. Buell
Law Office of Rodd R. Buell, P.A.
The Aragon Building
288 Aragon Avenue, Suite C
Coral Gables, FL 33134

Alexander M. Bullock
Evert & Weathersby
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

William C. Burgy
36 S. Charles Street, Suite 1700
Baltimore, MD 21201

Lisa N. Busch
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

James D. Butler
111 John Street, Suite 800
New York, NY 10038

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60607-5308

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Michael J. Cieslewicz
Kasdorf, Lewis & Swietlik, S.C.
P.O. Box 44200
Milwaukee, WI 53214-7200

Bruce P. Clark
Bruce P. Clark & Associates
Harrison Ridge Square
419 Ridge Road
Munster, IN 46321

John J. Cloherty, III
Pierce, Davis & Perritano, L.L.P.
Ten Winthrop Square
Boston, MA 02110

Louis G. Close, Jr.
Porter Hayden Company
711 West 40th Street, Suite 351
Baltimore, MD 21211

Gregory L. Cochran
McKenna, Storer, Rowe, White &
Farrug
200 North LaSalle Street, Suite 3000
Chicago, IL 60601

Dixie L. Coffey
Smith, Shew, Scrivner, et al.
6520 North Western Avenue
Suite 300
Oklahoma City, OK 73116

Susan J. Cole
Bice Cole Law Firm
2801 Ponce De Leon Blvd., Suite 550
Coral Gables, FL 33134-6920

John F. Conley, Sr.
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

William P. Croke
Quale, Feldbruegge, Calvelli, et al.
710 North Plankinton Ave., 9th Floor
Milwaukee, WI 53203-2404

Colleen M. Cronin
L'Abbate, Balkan, Colavita & Contin
1050 Franklin Ave.
Garden City, NY 11530

James E. Culhane
Davis & Kuelthau, S.C.
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202-6613

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Dana Hefter Davis
Young, Moore & Henderson
P.O. Box 31627
Raleigh, NC 27622

Harry Lee Davis, Jr.
Davis & Hamrick, LLP
P.O. Box 20039
Winston-Salem, NC 27120-0039

Mary E. Davis
Spotts, Smith, Fain & Buis, P.C.
411 E. Franklin Street, Suite 601
Richmond, VA 23218-1555

D. Peter DeSimone
Bell & Gossett
60 Parkway Drive
Warwick, RI 02886

J. Benjamin Dick
421 Park Street, Suite 2
Charlottesville, VA 22902

Anna M. DiLonardo
L'Abbate, Balkan, Colavita & Contini
1050 Franklin Avenue
Garden City, NY 11530

CharCretia C. DiBartolo
Cetrulo & Capone, LLP
The Heritage Bldg.
321 South Main Street
Providence, RI 02903

David M. Duke
Young Moore & Henderson
P.O. Box 31627
Raleigh, NC 27622

Gardner M. Duvall
Whiteford, Taylor & Preston
7 Saint Paul Street
Baltimore, MD 21202-1626

James F. Early
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Thomas S. Ehrhardt
Kopka Landau & Pinkus
5240 Fountain Drive, Suite E
Crown Point, IN 46307-1000

Julie R. Evans
Wilson, Elser, Moskowitz, Edelman
& Dicker
150 East 42nd Street
New York, NY 10017-5639

James J. Fabian
Pfeifer & Fabian
326 Saint Paul Place, Suite 100
Baltimore, MD 21202

William R. Fahey
Cooney & Conway
120 North LaSalle Street
30th Floor
Chicago, IL 60602

Richard Onan Faulk
Gardere, Wynn, Sewell & Riggs
Three Allen Center, Suite 800
333 Clay Avenue
Houston, TX 77002

Donald J. Fay
Waters, McPherson, McNeill, P.C.
233 Broadway, Suite 970
New York, NY 10279

Mark J. Fellman
Fellman Law Office
213 4th Street, East
Suite 200
St. Paul, MN 55101

Kristin B. Fisher
Feldman, Franden, Woodard, Farris
& Boudreaux
525 South Main
1000 Park Centre
Tulsa, OK 74103

Evelyn M. Fletcher
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

05/15/2003 15:04 FAX 410 244 1047    PETER T. NICHOLL                                 ⌀008/012

Case MDL No. 875   Document 3888   Filed 05/16/03   Page 6 of 10

INVOLVED COUNSEL LIST (CTO-224) MDL-875 (Cont.)                              Page 3 of 7

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Margaret M. Foster
McKenna Storer Rowe White &
Farrug
200 N. Lasalle, Suite 3000
Chicago, IL 60601

Mark A. Fredrickson
Rider, Bennett, Egan & Arundel
2000 Metropolitan Center
333 S. 7th Street
Minneapolis, MN 55402

Ellen B. Furman
Goldfein & Joseph
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Marc S. Gaffrey
Hoagland, Longo, Moran, Dunst &
Doukas
40 Paterson Street
P.O. Box 480
New Brunswick, NJ 08903

Richard A. Gann
Riggs, Abney, Neal, Turpen, Orbison
& Lewis
502 West 6th Street
Tulsa, OK 74119-1010

J. Ric Gass
Kravit, Gass, Hovel & Leitner, S.C
825 North Jefferson St., Suite 500
Milwaukee, WI 53202-3737

Geofrey S. Gavett
Gavett & Datt
15850 Crabbs Branch Way, Ste. 180
Rockville, MD 20855

Raymond F. Geoffroy, III
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Georgia-Pacific Corp.
c/o CT Corp. System
208 S. Lasalle Street, Suite 814
Chicago, IL 60604

Thomas A. Gilligan
Murnane, Conlin, White & Brandt
1800 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101

Virginia M. Giokaris
Rasmussen Willis Dickey & Moore
9200 Ward Parkway, Suite 310
Kansas City, MO 64114

Roy D. Goldberg
Waters, McPherson, Mcneill, P.C.
233 Broadway, Suite 970
New York, Ny 10279

Mark C. Greene
Fowler White Boggs & Banker, PA
501 East Kennedy, Suite 1700
P.O. Box 1438
Tampa, FL 33601

Suzanne M. Halbardier
Barry, McTiernan & Moore
2 Rector Street, 14th Floor
New York, NY 10006

Robert A. Hannah
Hannah Estes & Ingram, P.A.
37 N. Orange Avenue, Suite 300
P.O. Box 4974
Orlando, FL 32802-4974

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Donna L. Harvey
Speziali, Greenwald, Goldstein &
Hawkins, PC
501 South Indiana Avenue, Suite A
Englewood, FL 34223

John B. Harwood
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

M. King Hill, III
Venable, Baetjer & Howard, LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, MD 21285-5517

H. Forest Horne, Jr.
Martin & Jones
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603

J. Keith Hyde
Provost, Umphrey, L.L.P.
490 Park Street
P.O. Box 4905
Beaumont, TX 77704

John Crane, Inc.
6400 West Oakton Street
Morton Grove, IL 60053

Virginia E. Johnson
Johnson, Tomlin & Johnson
4770 Biscayne Blvd.
#1030
Miami, FL 33137-3258

Jennifer J. Kalas
Hinshaw & Culbertson
222 Indianapolis Blvd
Suite 202
Schererville, IN 46375

Charles J. Kalinoski
Kalinoski & Chaplinsky
100 Court Avenue, Suite 315
Des Moines, IA 50309-2200

Kevin A. Kauer
Haynsworth, Sinkler & Boyd
75 Beattie Place, 11th Floor
P.O. Box 2048
Greenville, SC 29601-2048

James G. Kennedy
Pierce, Herns, Sloan & McLeod
The Blake House
321 East Bay Street
P.O. Box 22437
Charleston, SC 29413

John W. Kershaw
Rice, Dolan & Kershaw
170 Westminster Street
Suite 900
Providence, RI 02903

Steven Joseph Kherkher
Williams & Bailey, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017

Douglas B. King
Wooden & McLaughlin
1600 Capital Center South
201 North Illinois Street
Indianapolis, IN 46204

05/15/2003 15:04 FAX 410 244 1047　　PETER T. NICHOLL　　☒009/012

Case MDL No. 875   Document 3888   Filed 05/16/03   Page 7 of 10

INVOLVED COUNSEL LIST (CTO-224) MDL-875 (Cont.)　　Page 4 of 7

Steven J. Kirsch
Murnane, Conlin, White & Brandt
1800 Meritor Tower
444 Cedar Street
St. Paul, MN 55101

Staci L. Kolb
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

Chris N. Kolos
Holland & Knight, LLP
200 S. Orange Avenue
Suite 2600
Orlando, FL 32801

Reginald S. Kramer
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

Raymond A. LaFazia
Gunning & LaFazia
32 Custom House Street
P.O. Box 1437
Providence, RI 02903

David L. LaPorte
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827

Carter T. Lambeth
Johnson & Lambeth
P.O. Box 660
Wilmington, NC 28402

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gary W. Larson
Hinkle Cox, Eaton, et al.
P.O. Box 2068
Santa Fe, NM 87504-2068

Christopher D. Lee
Kahn, Dees, Donovan & Kahn
501 Main Financial Plaza
Suite 305
P.O. Box 3646
Evansville, IN 47712

Sidney G. Leech
Goodell, DeVries, Leech & Dann
One South Street, 20th Floor
Baltimore, MD 21202

Michael T. Lewandowski
Coblence & Warner
415 Madison Avenue
New York, NY 10017

Donald M. Lieb
Otjen, Van Ert, Stangle, Lieb & Wier
700 N. Water Street, Suite 800
Milwaukee, WI 53202-4206

Lisa A. Linsky
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020

Judith A. Lockhart
Carter, Ledyard & Wilburn
Two Wall Street
New York, NY 10005

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Robert J. Lynott
Thomas & Libowitz
100 Light Street, Suite 1100
Baltimore, MD 21202-1053

Genevieve MacSteel
Ross & Hardies
65 East 55th Street
New York, NY 10022

John R. Mahoney
Asquith, Mahoney & Robinson
155 South Main Street, Suite 202
Providence, RI 02903

James L. Mann, Jr.
409 Washington Avenue, Suite 600
Towson, MD 21204

Michael J. Marcello
Morrison, Mahoney & Miller
One Providence Washington Plaza
6th Floor
Providence, RI 02903-7141

Bruce B. Marr
McKenna Storer Rowe White & Farrug
200 N. Lasalle, Suite 3000
Chicago, IL 60601

James P. Marusak
Gidley, Sarli & Marusak, LLP
One Turks Head Place
Suite 900
Providence, RI 02903

Timothy Kent Masterson
Spence, Ricke, Sweeney & Gernes
600 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101

Christopher D. Mauriello
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Dennis McCarten
Hanson Curran, LLP
146 Westminster Street
Providence, RI 02903-2218

Timothy J. McHugh
Lavin, Coleman, O'Neil, Ricci,
Finarelli & Gray
767 Third Avenue
7th Floor
New York, NY 10017

Peter J. McKenna
Skadden, Arps, Slate, Meagher &
Flom
Four Times Square
New York, NY 10036-6522

Donald S. Meringer
Mccarter & English, LLP
300 E. Lombard Street, Suite 1000
Baltimore, MD 21202

Jack W. Merritt
Jack W. Merritt, PA
Snyder Law Building
355 W. Venice Avenue
Venice, FL 34285

J. Richard Moore, Jr.
Rahaim, Watson, Dearing, Berry &
Moore, PA
3127 Atlantic Blvd.
Jacksonville, FL 32207

Harold E. Morlan, II
Akerman, Senterfitt & Eidson, P.A.
Citrus Center, 17th Floor
255 South Orange Avenue
P.O. Box 231
Orlando, FL 32802-0231

Renee J. Mortimer
Hinshaw & Culbertson
222 Indianapolis Blvd., Suite 202
Schererville, IN 46375

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

John J. Nagle, III
Bodie, Nagle, Dolina, Smith & Hobbs
21 W. Susquehanna Avenue
Towson, MD 21204

Matthew J. Nagle
Lynch, Dallas, Smith & Harman
526 Second Avenue SE
P.O. Box 2457
Cedar Rapids, IA 52406

Peter T. Nicholl
Law Office of Peter T. Nicholl
36 S. Charles Street, Suite 1700
Baltimore, MD 21201

Michelle Noorani
Church, Loker & Silver
2 North Charles Street, Ste. 600
Baltimore, MD 21201

Jeremy W. North
North & Cobb, P.A.
7313 York Road
Towson, MD 21204

Robert L. Norton
Jones & Granger
10000 Memorial Drive, Suite 888
P.O. Box 4340
Houston, TX 77210-4340

Richard O'Leary
McCarter & English, L.L.P.
300 Park Avenue, 18th Floor
New York, NY 10022

L.E. Ogletree
Short, Wiggins, Margo & Butts
210 Park Avenue, Suite 3100
Oklahoma City, OK 73102

Peter T. Paladino, Jr.
Goldberg, Persky, et al.
Ketchum Center, 3rd Floor
1030 Fifth Avenue
Pittsburgh, PA 15219

Mark D. Palmer
Bacon Thornton & Palmer, LLP
Capital Office Park
6411 Ivy Lane, Suite 706
Greenbelt, MD 20770-1411

Albert H. Parnell
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Steven J. Parrott
Parrott & Donohue
18 West Street
Annapolis, MD 21401

Erin M. Peradotto
Volgenau & Bosse
237 Main Street, Suite 750
Buffalo, NY 14203

Douglas B. Pfeiffer
Church, Loker & Silver
2 North Charles Street, Ste. 600
Baltimore, MD 21201

Martha J. Phillips
Atkinson, Haskins, et al.
525 S. Main Street, Suite 1500
Tulsa, OK 74103-4524

Michael S. Polk
Sieben, Polk, LaVerdiere, Jones & Hawn
999 Westview Drive
Hastings, MN 55033

Jonathan E. Polonsky
Thelen Reid & Priest LLP
40 West 57th Street
New York, NY 10019-4097

James B. Pressly, Jr.
Haynsworth, Sinkler & Boyd
75 Beattie Place, 11th Floor
P.O. Box 2048
Greenville, SC 29602

Michelle S. Regan
Lavin, Coleman, O'Neil, et al.
767 Third Avenue, 7th Floor
New Yor, NY 10017

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronald N. Ricketts
Gable & Gotwals
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217

Ann K. Ritter
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Deborah L. Robinson
Robinson, Woolson & O'Donnell
217 E. Redwood Street
Suite 1500
Baltimore, MD 21202

John F. Rooney, III
Melick, Porter & Shea, LLP
28 State Street, 22nd Floor
Boston, MA 02109-1775

Michael D. Rosenberg
Foley & Lardner
777 East Wisconsin Avenue
Suite 3800
Milwaukee, WI 53202-5367

Warren R. Ross
Wotitzky, Wotitzky, Ross, et al.
223 Taylor Street
Punta Gorda, FL 33950

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Michael P. Royal
Locke Liddell & Sapp, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776

Richard H. Rubenstein
Wilson, Elser, Moskowitz, Edelman
& Dicker
150 East 42nd Street
New York, NY 10017-5639

Peter J. Rubin
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04101

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

George F. Short
Short, Barnes, Wiggins, Margo & Adler
210 Park Avenue
3100 Oklahoma Tower
Oklahoma City, OK 73102

Vani Singhal
Segal, McCambridge, Singer & Mahoney, Ltd.
One IBM Plaza
330 N. Wabash Avenue
Suite 200
Chicago, IL 60611

Joel Slawotsky
Sonnenschein, Nath & Rubenthal
1221 Avenue of the Americas
New York, NY 10020-1089

Larry D. Smith
Cabaniss, Smith, Toole & Wiggins
485 North Keller Road, Suite 401
P.O. Box 945401
Maitland, FL 32751-5401

M. Stephen Smith, III
Rumberger, Kirk & Caldwell
80 S.W. 8th Street
Suite 3000
Miami, FL 33130-3047

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Joseph Stalmack
Joseph Stalmack & Associates, P.C.
5253 Hohman Avenue
P.O. Box 1150
Hammond, IN 46320

Thomas E. Steichen
Eldridge Cooper Steichen & Leach
P.O. Box 3566
Tulsa, OK 74101-3566

John P. Sweeney
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202-1487

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Peter Wilson Taliaferro
Thomas & Libowitz
100 Light Street, Suite 1100
The USF&G Tower
Baltimore, MD 21202-1053

Samuel Lewis Tarry, Jr.
McGuire Woods LLP
1 James Center
901 E. Cary Street
Richmond, VA 23219-4030

J. Derrick Teague
204 N. Robinson, Suite 1000
Oklahoma City, OK 73102

Michael T. Terwilliger
Hinshaw & Culbertson
222 Indianapolis Blvd., Suite 202
Schererville, IN 46375

Mark S. Thomas
Maupin, Taylor & Ellis
P.O. Drawer 19764
Raleigh, NC 27619-9764

Tracy E. Tomlin
Nelson, Mullins, Riley & Scarborough
100 North Tryon Street, Suite 2400
Charlotte, NC 28202-4021

R. Bart Totten
Adler, Pollack & Sheehan
2300 Financial Plaza
Providence, RI 02903

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Allen D. Vaughan
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607-5308

Craig R. Waksler
Taylor, Duane, Barton & Gilman
10 Dorrance Street, Suite 700
Providence, RI 02903

James L. Ware
Sheehy, Serpe & Ware, P.C.
2500 Two Houston Centre
909 Fanin
Houston, TX 77010-1003

Charles J. Watts
Smith, Shew, Scrivner, Corbin & Watts
6520 North Western Avenue, Ste. 300
Oklahoma City, OK 73116

James R. Webb
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square, 10th Floor
Oklahoma City, OK 73102-7101

Joe D. Wells
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018-8008

Kenneth L. Weltz
Lathrop & Gage
10851 Mastin Blvd.
Bldg. 82, Suite 1000
Overland Park, KS 66210-2007

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Paul A. Weykamp
110 St. Paul Street, Suite 300
Baltimore, MD 21202

Clay M. White
Sammons & Parker, P.C.
218 North College
Tyler, TX 75702

Forrest R. Wilkes
Forman, Perry, Watkins, Krutz & Tardy
1515 Poydras St., Suite 1420
New Orleans, LA 70112

Stephen B. Williamson
Van Winkle, Buck, Wall, Starnes & Davis, P.A.
P.O. Box 7376
Ashville, NC 28802

Douglas P. Wilson
Wilson Law Offices
200 Firstar Bank Building
6405 North Cosby Avenue
Kansas City, MO 64151

Lee Ruffin Wilson
Bowers Orr, LLP
P.O. Box 25389
Columbia, SC 29224

Andrew R. Wolf
Bruce P Clark And Associates
419 Ridge Road
Munster, IN 46321-1581

John R. Woodard, III
Feldman, Franden, Woodard, Farris
& Boudreaux
525 South Main
1000 Park Centre
Tulsa, OK 74103-4514

John R. Woodward
Woodward, Shaw & Howell
4849 Greenville Avenue, Suite 1177
Dallas, TX 75206