**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 1 6 2003

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In Re: Asbestos Product Liability Litigation (No. VI)   MDL No. -875

PLEADING NO. 3889

## NOTICE OF OPPOSITION TO TRANSFER

COMES NOW the PLAINTIFFS by counsel listed by the cover page of the Complaint filed in the United States District for the Eastern District of Virginia, at Richmond, here annexed, *Scott v. First Union National Bank and Wachovia Corporation CA No. 3:02W508*, now by Order of the District Court, *Scott v. Wachovia Bank, NA.*, and give their NOTICE OF OPPOSITION to any transfer of the said complaint to the Judicial Panel of MultiDistrict Litigation.

By: _____
Law Offices J. Benjamin Dick
J. Benjamin Dick, Counsel for Plaintiffs
VSB # 18338
421 Park St. # 2
Charlottesville, Virginia 22902
434-977-6607
434-977-6619 (fax)

2003 MAY 16 A 9:23
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

### Certificate

This Notice of Opposition was faxed and mailed to Samuel Tarry and R. Trent Taylor at 804-775-7873 and at One James Place, Cary Street, Richmond, Virginia 23219 this 15th day of May 2003, counsel for Defendants.

_____

**OFFICIAL FILE COPY** IMAGED MAY 16 '03 ✓

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## (AT RICHMOND)

MAY 1 6 2003

FILED
CLERK'S OFFICE

Rev. Christopher M.E. Scott,
Robert W. Simmons,
Liza Mendenhall,
Richard S. Helm,
Carolyn Avera,
James L. Silvester,
Lisa R. Chisholm,
Robert D. Bailey,
Thomas E. Ligon,
The Armistead Group, L.C.



        **Plaintiffs**        Civil Action # 3:02CV508

v.

First Union National Bank,
(aka First Union Corporation)

    Serve: Dan Flynn, Corporate officer
         Vice President
         First Union National Bank
         7 North 8th Street
         Richmond, Virginia 22319

and,

Wachovia Corporation,
(aka Wachovia Bank National Association)

    Serve: Registered Agent
         Beverly L. Crump
         11 South 12th Street
         Richmond, Virginia 23219

        **Defendants**

## COMPLAINT

    COMES NOW the plaintiffs by counsel who for their complaint do state as follows in support thereof:

1