JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 3 0 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

### CONDITIONAL TRANSFER ORDER (CTO-224)

*(SEE ATTACHED SCHEDULE)*

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 76,460 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

PLEADING NO. 3890

| | |
|---|---|
| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>MAY 1 6 2003<br><br>CLERK'S OFFICE<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>*Michael J. Beck*<br>Michael J. Beck<br>Clerk of the Panel<br><br>IMAGED MAY 1 6 '03 |

**OFFICIAL FILE COPY**

# SCHEDULE CTO-224 - TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DISTRICT   DIV.   CIVIL ACTION#

**FLORIDA MIDDLE**
~~FLM   8   03-435~~ **Opposed** 5/16/03

**ILLINOIS NORTHERN**
ILN   1   02-8702
ILN   1   03-1523

**INDIANA NORTHERN**
INN   2   03-1
INN   2   03-5
INN   2   03-6

**KANSAS**
KS   2   03-2100
KS   2   03-2101
KS   2   03-2102
KS   2   03-2103
KS   2   03-2104
KS   2   03-2105
KS   2   03-2106
KS   2   03-2108
KS   2   03-2109
KS   2   03-2110
KS   2   03-2112
KS   2   03-2113
KS   2   03-2114
KS   2   03-2115
KS   2   03-2116
KS   2   03-2117
KS   2   03-2118
KS   2   03-2119
KS   2   03-2120

**MARYLAND**
~~MD   1   03-399~~ **Opposed** 5/16/03
~~MD   1   03-421~~ **Opposed** 5/16/03
~~MD   1   03-445~~ **Opposed** 5/16/03
~~MD   1   03-446~~ **Opposed** 5/16/03
~~MD   1   03-447~~ **Opposed** 5/16/03
~~MD   1   03-448~~ **Opposed** 5/16/03
~~MD   1   03-450~~ **Opposed** 5/16/03
~~MD   1   03-451~~ **Opposed** 5/16/03
~~MD   1   03-452~~ **Opposed** 5/16/03

DISTRICT   DIV.   CIVIL ACTION#

~~MD   1   03-453~~ **Opposed** 5/16/03
~~MD   1   03-655~~ **Opposed** 5/16/03

**MINNESOTA**
MN   0   02-4918
MN   0   03-971
MN   0   03-972

**MISSOURI WESTERN**
MOW   4   03-132

**NORTH CAROLINA MIDDLE**
NCM   1   02-675
NCM   1   02-676
NCM   1   02-686
NCM   1   03-242

**NEW MEXICO**
NM   1   03-335
NM   1   03-336
NM   1   03-337
NM   1   03-338
NM   1   03-339
NM   1   03-350
NM   1   03-351
NM   1   03-353
NM   1   03-355
NM   1   03-356
NM   1   03-357
NM   1   03-358
NM   1   03-360
NM   6   03-352
NM   6   03-359

**NEW YORK EASTERN**
NYE   1   01-711
NYE   1   01-713
NYE   1   03-583

**OKLAHOMA EASTERN**
OKE   6   03-19
OKE   6   03-20
OKE   6   03-21
OKE   6   03-22
OKE   6   03-23
OKE   6   03-24
OKE   6   03-25
OKE   6   03-26
OKE   6   03-27
OKE   6   03-28
OKE   6   03-29
OKE   6   03-30

DISTRICT   DIV.   CIVIL ACTION#

**OKLAHOMA NORTHERN**
OKN   4   03-158

**RHODE ISLAND**
RI   1   02-70

**TEXAS EASTERN**
TXE   1   99-753
TXE   1   99-754

**TEXAS SOUTHERN**
TXS   4   03-673
TXS   4   03-712
TXS   4   03-965

**VIRGINIA EASTERN**
VAE   2   03-7218
VAE   2   03-7219
VAE   2   03-7220
~~VAE   3   02-508~~ **Opposed** 5/16/03

**WISCONSIN EASTERN**
WIE   2   03-18

**WISCONSIN WESTERN**
WIW   3   02-649