**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 1 6 2003

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARBARA CATANIA, ET AL.** | : **MDL NO. 875** |
| **VERSUS** | : **CIVIL ACTION FILE NO. 02-0368-D-M1** |
| | : U.S.D.C. |
| **AC&S, INC., ET AL** | : M.D. LA |

PLEADING NO. 3891

## NOTICE OF OPPOSITION
## TO CONDITIONAL REMAND ORDER

Now into Court, through undersigned counsel, come The Dow Chemical Company, Exxon Mobil Corporation and DSM Copolymer, Inc., which hereby provide notice of their opposition to the Conditional Remand order entered on or about April 30, 2003.

By Attorneys,

TAYLOR, PORTER, BROOKS, & PHILLIPS, L.L.P.

By _____
David M. Bienvenu, Jr, , T.A. 20700
Gregory E. Bodin, 18802
Todd S. Manuel, 25780
Jennifer M. Sigler 27083
P.O. Box 2471
Baton Rouge, LA 70821
Telephone (225) 387-3221

Attorneys for The Dow Chemical Company

**OFFICIAL FILE COPY**
IMAGED MAY 16 '03

TOTAL P.02

MAY-15-2003 14:34 TAYLOR PORTER BROOKS P.04/04
Case MDL No. 875 Document 3891 Filed 05/16/03 Page 2 of 2
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 1 6 2003

FILED
CLERK'S OFFICE

KEAN, MILLER, HAWTHORNE
D'ARMOND, MCCOWAN AND JARMAN
L.L.P.

By _____
Gary A. Bezet
David K. Nelson
Gregory M. Anding
P. O. Box 3513
Baton Rouge, LA 70821
Telephone (225) 387-0999
Facsimile (225) 388-9133

**Attorneys for Exxon Mobil Corporation
and DSM Copolymer, Inc.**

### CERTIFICATE

I certify that a copy of the foregoing was this day mailed, postage prepaid, to all counsel of record.

Baton Rouge, Louisiana, this 15th day of May, 2003.

_____
David M. Bienvenu, Jr.

RECEIVED
CLERK'S OFFICE
2003 MAY 15 P 3: 35
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION