**MDL 875**

BEFORE THE JUDICIAL PANEL

ON MULTI DISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 16 2003

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE: ASBESTOS PRODUCT LIABILITY LITIGATION | MDL NO. 875 |
| BARBARA CANTANIA, ET AL | 02-368 U.S.D.C. |
| VERSUS | M.D. La. |
| AC&S, Inc., et al. | |

PLEADING NO. 3892

### NOTICE OF OPPOSITION
### TO CONDITIONAL REMAND ORDER

Now into Court, through undersigned counsel, comes Owens-Illinois, Inc. which hereby provide notice of their opposition to the Conditional Remand order entered on or about April 30, 2003.

Respectfully submitted,

**FORMAN, PERRY, WATKINS, KRUTZ & TARDY**

_____
FORREST REN WILKES LA. BAR NO. 22897
W. SCOTT BROWN LA. BAR NO. 25596
LAURA SANDERS BROWN LA. BAR NO. 24762
JOSHUA L. RUBENSTEIN LA. BAR NO. 25229
1515 Poydras Street, Suite 1300
New Orleans LA 70112
Telephone: (504) 799-4383
Facsimile: (504) 799-4384

ATTORNEYS FOR **OWENS-ILLINOIS, INC.**

2003 MAY 16 P 12:06
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**
IMAGED MAY 16 '03

**OF COUNSEL:**
FOEMAN, PERRY, WATKINS, KRUTZ & TARDY
A PROFESSIONAL LIMITED LIABILITY COMPANY
Suite 1200, One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600

## CERTIFICATE

I certify that a copy of the foregoing was this day mailed, postage prepaid, to all counsel of record.

Baton Rouge, Louisiana, this 15th day of May, 2003.

　　　　　　　　　　　　　　　　　W. Scott Brown