JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 16 2003

FILED
CLERK'S OFFICE

**MDL 875**

PLEADING NO. 3893

BEFORE THE JUDICIAL PANEL IN MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

RE:     Agner, *et al.* v. Fluor Daniel, Inc, *et al.*
        NCW 3:98 CV 220-T

        Agner, *et al.* v. Fluor Daniel, Inc., *et al.*
        NCW 3:98 CV 138-T

RECEIVED CLERK'S OFFICE
2003 MAY 16 A 11:48
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**REPLY BRIEF IN SUPPORT OF MOTION TO VACATE CONDITIONAL REMAND ORDER BY
DEFENDANTS FLUOR DANIEL, INC., FLUOR DANIEL ENVIRONMENTAL SERVICES, INC.,
FLUOR DANIEL SERVICES CORPORATION, AND SOS INTERNATIONAL, INC.**

INTRODUCTION AND SUMMARY OF ARGUMENT

In reply to Plaintiffs' Opposition to Vacate Conditional Remand Order ("Plaintiff's Response"), Defendants Fluor Daniel, Inc., Fluor Daniel Environmental Services, Inc., Fluor Daniel Services Corporation, and SOS International, Inc. (collectively "Defendants") respectfully submit this Reply Brief in Support of Motion to Vacate Conditional Remand Order and would show the Panel as follows:

- ■  Despite plaintiffs' repeated protestations otherwise, the Rowan County cases against a different defendant, a premises owner,

**OFFICIAL FILE COPY** IMAGED MAY 19 '03

referenced in Plaintiffs' Response provide absolutely no guidance for the settlement values of these cases;

- Despite plaintiffs' repeated protestations otherwise, plaintiffs have not complied with Judge Weiner's clear directives to provide complete medical information;

- Despite plaintiffs' repeated protestations otherwise, plaintiffs have not complied with Judge Weiner's clear directives to make reasonable settlement demands;

- Plaintiffs have also not complied with Judge Weiner's clear directive to take a default judgment against Asbestos Removal, Inc.;

- Despite plaintiffs' repeated protestations otherwise, the purposes of MDL would not be furthered by remand of these cases because there has been no request to remand the 24 duplicative MDL cases filed by the identical plaintiffs through identical counsel against other defendants; and

- Despite plaintiffs' repeated protestations otherwise, the interests of justice would not be furthered by remand of these cases because there exist 74 duplicative actions in state courts filed by the identical plaintiffs through identical counsel against other defendants.

## ARGUMENT

A.   The Rowan County cases against a different defendant referenced in Plaintiffs' Response provide absolutely no guidance for the settlement values of these cases.

Plaintiffs baldly assert that certain Rowan County (NC) cases were tried (in 2002), "with the underlying purpose of establishing an objective point of reference for further evaluation" and that the presence of the Defendants' counsel "in both the depositions and trial, despite not having a client involved" was allegedly "a further indication of Defendants' opinions regarding the importance of the Rowan County cases with respect to valuation of these types of claims." (Plaintiffs' Response at p. 4). These claims are simply without merit, as this Panel will undoubtedly conclude, when it understands that:

2

1.  The Defendants in these actions (Fluor Daniel, Inc., Fluor Daniel Environmental Services, Inc., Fluor Daniel Services Corporation, and SOS International, Inc.) were not defendants in the Rowan County cases referenced by plaintiffs;

2.  The plaintiffs in the Rowan County cases were employees of the Defendants who sued the premises owner, Hoechst Celanese, over alleged asbestos exposure. The plaintiffs in the instant cases were employees of the premises owner, Hoechst Celanese, who are suing the Defendants, a contractor on-site. Any correlation between the two scenarios seems tenuous, at best, given that the premises owner has been found liable for the asbestos exposure occurring on-site. (Exhibit A)

3.  Counsel for the Defendants in the instant cases was not involved in the selection of the Rowan County cases for trial or in the defense of those cases, except to cross-notice and attend the videotaped deposition of one of Defendants' former employees (Exhibit B) and to attend the trial to hear from the gallery the testimony of one of Defendant's employees. This was the total extent of Defendants' counsel's involvement in the Rowan County cases.

4.  The Rowan County verdicts also carry no "objective point of reference" for Defendants in the instant case because they do not indicate the setoffs allowed for the liability of the manufacturer defendants, which appears to have been substantial as indicated by a comparison of the bond amounts stated in the Consent Orders Staying Execution of Judgment (Exhibit C) with the Final Judgments (Exhibit A).

5.  Defendants' counsel in the instant case was not involved in any of the medical discovery conducted in the Rowan County cases and thus has no "unique" "knowledge of the medical conditions in these cases." (Plaintiffs' Response at p. 3).

6.      The Rowan County cases also carry no "objective point of reference" for Defendants in the instant case because plaintiffs' counsel itself does not appear satisfied with the outcome of that trial, as indicated by the notices of appeal filed in the Rowan County cases (Exhibit D).  Further, the only arguable "point of reference" might be with respect to Hoechst Celanese, but certainly not the contractor defendants in the instant case.

B.      Plaintiffs have not complied with Judge Weiner's clear directives to provide complete medical information.

The Honorable Charles R. Weiner, the United States District Judge presiding over MDL 875, held a hearing on plaintiffs' motion to remand these cases on March 17, 1999, at which he directed plaintiffs' counsel as follows:

COURT:      If she [plaintiffs' counsel] sent you a complete medical file could you make a decision?  How soon could you get the medical information to him?

COUNSEL:   Within a week.

COURT:      Would you do that – send him the medical information and we will have a telephone conference, and if you can't settle it I will remand it.

Plaintiffs now appear to take the untenable position that they are not required to provide to defense counsel any piece of medical evidence not particularly ordered by Judge Weiner at the 1999 hearing or not specifically requested by defense counsel in 1999.  Such a position completely ignores the plain language of Judge Weiner's directive, its purpose, and the repeated requests for particularized information by defense counsel since 1999, all of which were thoroughly discussed in Defendants' main brief.  However,

4

additional examples[1] of wealth of basic information in the possession of plaintiffs'
counsel requested by Defendants but not heretofore produced include:

      1.    Autopsy report and pathology in the Winecoff case, because the death
certificate indicates that Mr. Winecoff's cause of death was a heart attack. (Exhibit E).

      2.    Autopsy report and pathology in the Wilson case, because the death
certificate indicates that Mr. Wilson's cause of death was a gunshot wound to the back.
(Exhibit F).

      3.    Pathology in the Ridenhour case, because the death certificate indicates
that Mr. Ridenhour's cause of death was an intracranial hemorrhage. (Exhibit G).

Thus, the continued involvement of Judge Weiner in these matters is clearly
necessitated by the plaintiffs' refusal to comply with his clear orders regarding medical
evidence.

C.    <u>Plaintiffs have not complied with Judge Weiner's clear directives to make
reasonable settlement demands.</u>

To date, no settlement demands other than those made in 1999 in the range of
$25,000 to $75,000 per plaintiff have ever been made by plaintiffs' counsel.  In
Plaintiffs' Response, plaintiffs only attempted justification for these demands is that "the
North Carolina jury verdicts support the objective reasonableness of Plaintiffs'
demands." (Plaintiffs' Response at p. 16). For the reasons discussed above, the Rowan
County (NC) verdicts provide no guidance for settlement of the instant cases.

Further, the independent medical examinations ("IME") of the plaintiffs do not
support the demands. For example, the IME of Joe L. Ellis states there is no evidence of

---

[1] Two examples of plaintiffs' counsel's withholding of relevant information cited in Defendants' main brief
at ¶ 33 and ¶ 34 involve pathology reports by Dr. Roggli which show no asbestos-related condition.

asbestosis or asbestos-related pleural disease ($28,000 demand); the IME of Bill Smith states there is no evidence to support a clinical diagnosis of asbestos-related disease of the lung and/or pleura and that his impairment is based on chronic obstructive pulmonary disease ($34,000 demand); the IME of Charles Thomas Daniels states there is no evidence of asbestos-related disease of lung and/or pleura and that his impairment is on the basis of cigarette smoking ($31,000 demand); the IME of Larry Gilbert Bowles states there is no evidence of obstructive or restrictive lung disease and there is no evidence of asbestosis or pleural thickening or calcification ($28,000 demand); the IME of Gary Wayne Gibbons states there is no evidence of asbestosis or asbestos-related pleural disease ($25,000 demand); the IME of William Morris Honeycutt states the degree of symptomatology is not significant enough to determine any type of disability from asbestos and that there is no evidence of pulmonary fibrosis or pleural calcifications ($25,000 demand). (Collectively Exhibit H).

Further, regarding the four cases about which plaintiffs' counsel protests most loudly regarding Defendants' $550.00 offers:

1.      Mr. Redmon was represented by plaintiffs' counsel in his workers' compensation case. Dr. Roggli's report, which was part of the workers' compensation file, makes clear that Mr. Redmon's lung cancer is not asbestos-related. Despite the report, which plaintiffs' counsel has possessed since the workers' compensation was prosecuted years ago but has never produced, the demand for the Redmon case has never been decreased from the original 1999 amount of $75,000. Further, plaintiffs' counsel has never produced Mr. Redmon's pathological materials, despite repeated demands.

2.     Ms. Hutchins was represented by plaintiffs' counsel in her workers' compensation case which was prosecuted years ago. Dr. Roggli's report, which was part of the workers' compensation file, makes clear that Ms. Hutchins lung cancer is not asbestos-related; however, plaintiffs' counsel has never produced the report or Ms. Hutchins' pathological materials, despite repeated demands, nor has the demand in the Hutchins case ever been decreased from the original 1999 amount of $75,000.

3.     Ms. Winecoff's cause of death was apparently a heart attack; however plaintiffs' counsel has never provided an autopsy report nor pathology materials even though their expert apparently had access to both. Despite this information, the demand in the Winecoff case has never been decreased from the original 1999 amount of $20,000.

4.     Mr. F. Smith's cause of death was apparently lung cancer; however, despite repeated demands, no pathology materials have ever been provided to defense counsel to correlate the asbestos exposure in order that the 1999 demand could be evaluated.

Thus, the continued involvement of Judge Weiner in these matters is clearly necessitated by the plaintiffs' refusal to comply with his clear orders regarding reasonable demands.

D.     Plaintiffs have also not complied with Judge Weiner's clear directive to take a default judgment against Asbestos Removal, Inc.

Defendant Asbestos Removal, Inc. was sued in the Agner case (NCW 3:98 CV 220-T) under allegations that it "performed construction and construction related activities," "consisting primarily of asbestos material abatement at the premises owned by

Hoechst Celanese Corporation in the County of Rowan, State of North Carolina, otherwise known as the Salisbury fiber plant." (Amended Complaint at ¶¶ 169, 169). At the March 17, 199 hearing, Judge Weiner directed plaintiffs' counsel as follows with respect to Asbestos Removal, Inc.:

COURT:    Why don't you do that – why don't you send him a notice – return receipt requested – that you are going to move for default judgment.  You can send him the Order you sent the Court with a short statement.  You file an affidavit that you sent it by certified mail to him.  You can then move for default.

This directive has never been followed by plaintiffs' counsel; thus, the continued involvement of Judge Weiner in these matters is clearly necessitated by the plaintiffs' refusal to comply with a clear order regarding a default judgment against Asbestos Removal, Inc.


E.    The purposes of MDL would not be furthered by remand of these cases because there has been no request to remand the 24 other MDL cases filed by the identical plaintiffs through identical counsel against other defendants.

Plaintiffs' counsel represents at least 24 of the plaintiffs from the instant actions in other cases now pending in MDL. (Exhibit I).  These cases are primarily against asbestos manufacturers.  (See Exhibit J, which is a complete copy of one of the Complaints and the first page from others).  Curiously, there has been no request by plaintiffs' counsel to also remand these "double-filed" cases.

If the instant actions are remanded without a simultaneous remand of the "double-filed" cases, the efficiency purpose of consolidated proceedings will have been thwarted and the MDL docket will not have been cleared of the claims by these plaintiffs.  Further, such a "piecemeal" approach to these cases, where two alternative forums simultaneously

adjudicate the same exact issue, is clearly not in the interests of justice.  Wyndham
Associates v. Bintliff, 398 F.2d 614 (2nd Cir. 1968), cert. denied, 393 U.S. 977 (1968);
Leesona Corp. v. Cotwoll Mfg. Corp., 308 F.2d 895 (4th Cir. 1962).


F.   The interests of justice would not be furthered by remand of these cases because
     there exist at least 72 duplicative actions in state courts filed by the identical
     plaintiffs through identical counsel against other defendants.

Plaintiffs' counsel also represents at least 72 of the 106 plaintiffs from the instant
actions in duplicative cases now pending in state court in Ohio.  These cases are primarily
against asbestos manufacturers.  (See Exhibit K).

These duplicative state court cases were filed in the jurisdictions of plaintiffs'
counsel's choosing and are all proceeding on active dockets.  However, no consideration
of the existence of these cases has been made with respect to the demands made by
plaintiffs' counsel in the instant cases.  Nor can appropriate offsets for settlements or
verdicts in those cases be granted to the defendants in the instant cases if the instant cases
are remanded at this time.  Thus, the interests of justice would clearly be furthered by
allowing the resolution of the duplicative state court cases, pending in jurisdictions of the
plaintiffs' choosing and impacting the resolution values of the instant cases, prior to
remand of the instant cases.


CONCLUSION

As is clear from the above, continued jurisdiction in the transferee court is
necessary in the Agner and Bost cases because plaintiffs' counsel has not yet complied
with the transferee court's clear directives to plaintiffs' counsel regarding: (1) the

discovery to be provided to the Defendants, (2) the reasonable settlement offers to be provided to the Defendants, and (3) the default judgment against Asbestos Removal, Inc. Further, remand of the <u>Agner</u> and <u>Bost</u> cases would serve against the purposes of MDL and the interests of justice as discussed above.  Thus, the transferee judge's role under § 1407 has not yet been completed and jurisdiction should remain in the transferee court.

Should the Panel be convinced that the purposes of MDL and the interests of justice would be furthered by the remand of some, but not all, of the Agner and Bost plaintiffs' cases, Defendants have no objection to the remand of all asbestos-related malignancy cases (if any) so long as all other actions by the same plaintiff against other defendants are remanded simultaneously.

Respectfully Submitted,

James B. Pressly, Jr.
Moffatt G. McDonald
Wm. David Conner
HAYNSWORTH SINKLER BOYD, P.A.
Post Office Box 2048
Greenville, SC 29602
(864) 240-3200

Attorneys for Defendants Fluor Daniel, Inc.,
Fluor Daniel Environmental Services, Inc.,
Fluor Daniel Services Corporation, and SOS
International, Inc.

Date:    5/15/03

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 1 6 2003

**SCHEDULE OF ACTIONS**

FILED
CLERK'S OFFICE

Agner, et al. v. Fluor Daniel, Inc., et al.
Pending in U.S. District Court, Western District of North Carolina (Charlotte)
Case No. 98-CV-220
Assigned to: Judge Lacy H. Thornburg

Plaintiffs:

Vonnie K. Agner and wife, June Agner
Nottie S. Aldrich and husband, Ben Aldrich
Cecil Allman and wife, Frances W. Allman
Joe E. Barbee and wife, Marilyn Barbee
Thomas R. Barnhardt and wife, Vickie Barnhardt
Terry W. Beeker and wife, Susan M. Beeker
Michael M. Bennett and wife, Libby M. Bennett
John R. Boger and wife, Donna R. Boger
Terry J. Bond and wife, Nancy M. Bond
Merle D. Bonds and wife, Joyce L. Bonds
Larry G. Bowles and wife, Ann D. Bowles
Donald Burleson and wife, Betty H. Burleson
Guy Byrd and wife, Carol Byrd
John F. Carriker and wife, Mary E. Carriker
James Coleman
Charles T. Daniels and wife, Judith C. Daniels
Carl C. Doby and wife, Patricia A. Doby
Leona H. Eagle
Danny L. Elkins and wife, Hattie L. Elkins
Joe L. Ellis and wife, Annie R. Ellis
Martha Faust
Edward Fonseca, Sr. and wife, Annie M. Fonseca
Gary W. Gibbons and wife, Roxanne S. Gibbons
Irvin Gobble

Billy F. Goodlett and wife Joan Goodlett
Clyde R. Goodman and wife, Lynnie Goodman
Elsie Guy and husband, Raymond Guy
Cornelius Hargrove and wife, Eller W. Hargrove
Larry W. Henderickson and wife, Doris L. Henderickson
John A. Hodge
Fred A. Holmes and wife, Sallie P. Holmes
J. Frances Holt and wife, Almeader S. Holt
Leonard T. Holt and wife, Shirley L. Holt
Norman Holt and wife, Betty L. Holt
Arthur W. Hunt and wife, Sandra H. Hunt
Alma Ivery
Bettye Jackson and husband, Calvin L. Jackson
William C. Jennings and wife, Karen S. Jennings
Bobby Johns and wife, Maxine C. Johns
John Kennedy
Ronald Kepley and wife, Annie B. Kepley
Jimmie L. Kitchen
Donald Lindsay
Kenneth Measmer
Charlie Menster and wife, Vera M. Menster
Charles McDaniel and wife, Lois McDaniel
Clyde Miller and wife, Betty C. Miller
Bobby Morrison, Sr. and wife, Elma Morrison

Charles Nall and wife, Charlotte Nall
William H. Parker
Shirley R. Paxton and wife, Patsy J.
Paxton
Joe M. Powlas and wife, Patricia D.
Powlas
Billy Reavis and wife, Iva G. Reavis
James A. Redmond and wife, Annie B.
Redmond
Jerry L. Reid and wife, Wanda L. Reid
Gladys Roberts
Ada Robertson
Theloa Robinson
Peggy Rogers
Henry G. Saine and wife, Reba Saine
Glenn C. Seaford, Sr. and Katherine
Seaford
Ernest T. Seamon and wife, Jean
Seamon
Ernst Shepherd and wife, Patsy E.
Shepherd
Coy Shive and wife, Patricia Shive
Donald Shoe, Sr. and wife, Donita M.
Shoe
Howard Shoe and wife, Patsy Shoe
Kermit Shumaker and wife, Lynn W.
Shumaker
Franklin D. Sloop and wife, Faye T.
Sloop

Bill Smith and wife, Lois G. Smith
Franklin Smith, Jr. and wife, Mary H.
Smith
John H. Smith and wife, Vernie Smith
Rufus Smith
Bobby E. Starnes and wife, Myrna J.
Starnes
Steven C. Stirewalt and wife, Janet B.
Stirewalt
William E. Tanner and wife, Mary S.
Tanner
Ronald F. Thomas and wife, Sarah J.
Thomas
Albert Tittle and wife, Mary M. Tittle
Clinton D. Turman and wife, Susan R.
Turman
Jasper J. Waddell
James NMN Walker
William L. Wallace and wife, Donna
Wallace
Danny Warren and wife, Lorine M.
Warren
Charles O. Weldon and wife, Lelia
Weldon
Miron L. Wilhelm and wife, Gayle K.
Wilhelm
Walter E. Wise, Jr. and wife, Sandra
Wise

Defendants:

Fluor Daniel, Inc., f/k/a Daniels Construction Co.
Fluor Daniel Environmental Services, Inc.
Fluor Daniel Services Corporation
SOS International, Inc.
Asbestos Removal, Inc.
W.F. Gray Insulation Services, Inc.

Agner, et al. v. Fluor Daniel, Inc., et al.
Pending in U.S. District Court, Western District of North Carolina (Charlotte)
Case No. 98-CV-138
Assigned to:  Judge Lacy H. Thornburg

Plaintiffs:

Vonnie K. Agner and wife, June Agner
Nottie S. Aldrich and husband, Ben
Aldrick
Cecil Allman and wife, Frances W.
Allman
Joe E. Barbee and wife, Marilyn Barbee
Thomas R. Barnhardt and wife, Vickie
Barnhardt
Terry W. Beeker and wife, Susan M.
Beeker
Michael M. Bennett and wife, Libby M.
Bennett
John R. Boger and wife, Donna R. Boger
Terry J. Bond and wife, Nancy M. Bond
Merle D. Bonds and wife, Joyce L.
Bonds
Robert F. Bost and wife, Mildred S. Bost
Larry G. Bowles and wife, Ann D.
Bowles
Donald Burleson and wife, Betty H.
Burleson
Guy Byrd and wife, Carol Byrd
John F. Carriker and wife, Mary E.
Carriker
John Chistenberry and wife, Mattie C.
Chistenberry
James Coleman
Arnold Crook and wife, Aulena Crook
Charles T. Daniels and wife, Judith C.
Daniels
Carl C. Doby and wife, Patricia A. Doby
Leona H. Eagle
Danny L. Elkins and wife, Hattie L.
Elkins
Joe L. Ellis and wife, Annie R. Ellis
Martha Faust
Edward Fonseca, Sr. and wife, Annie M.
Fonseca
Jaxon Freeze and wife, Peggy Freeze

Gary W. Gibbons and wife, Roxanne S.
Gibbons
Irvin Gobble
Robert L. Godbey and wife, Sarah P.
Godbey
Billy F. Goodlett and wife, Joan
Goodlett
Clyde R. Goodman and wife, Lynnie
Goodman
Morree G. Granford and husband, Willie
Granford, Jr.
Elsie Guy and husband, Raymond Guy
Cornelius Hargrove and wife, Eller W.
Hargrove
Larry W. Henderickson and wife, Doris
L. Henderickson
John A. Hodge
David T. Hodges and wife, Vickie
Hodges
Fred A. Holmes and wife, Sallie P.
Holmes
J. Frances Holt and wife, Almeader S.
Holt
Leonard T. Holt and wife, Shirley L.
Holt
Norman Holt and wife, Betty L. Holt
Sallie Holt
William M. Honeycutt and wife, Nell W.
Honeycutt
Arthur W. Hunt and wife, Sandra H.
Hunt
Dorothy Hutchins
Alma Ivery
Bettye Jackson and husband, Calvin L.
Jackson
William C. Jennings and wife, Karen S.
Jennings
Bobby Johns and wife, Maxine C. Johns
John Kennedy

Ronald Kepley and wife, Annie B. Kepley
Jimmie L. Kitchen
James T. Knight and Nancy M. Knight
Donald Lindsay
Thomas G. Logan and wife, Helen Logan
Kenneth W. Measmer
Charlie Menster
Charles McDaniel and wife, Lois McDaniel
Clyde Miller and wife, Betty C. Miller
Edward H. Monroe and wife, Lisa F. Monroe
Bobby Morrison, Sr. and wife, Elma Morrison
Charles Nall and wife, Charlotte Nall
Mildred S. Ostwalt and husband, Jesse Ostwalt
Martha B. Parker and husband, Harvey A. Parker, Jr.
William H. Parker and wife, Eloise H. Parker
Shirley R. Paxton and wife, Patsy J. Paxton
John Phelps and wife, Jettie M. Phelps
Home W. Potts and wife, Debbie C. Potts
Joe M. Powlas and wife, Patricia D. Powlas
Billy Reavis and wife, Iva G. Reavis
James A. Redmond and wife, Annie B. Redmond
Jerry L. Reid and wife, Wanda L. Reid
John Ridenhour and wife, Peggy T. Ridenhour
Gladys Roberts
Ada Robertson
Theloa Robinson
Peggy Rogers and husband, Fred W. Rogers
Henry G. Saine and wife, Reba Saine
Maurice Saleeby and wife, Susan Saleeby
Glenn C. Seaford, Sr. and Katherine Seaford

Ernest T. Seamon and wife, Jean Seamon
Ernst Shepherd and wife, Patsy E. Shepherd
Coy Shive and wife, Patricia Shive
Donald Shoe, Sr. and wife, Donita M. Shoe
Howard Shoe and wife, Patsy Shoe
Kermit Shumaker and wife, Lynn W. Shumaker
James Sloan and wife, Willie M. Sloan
Franklin D. Sloop and wife, Faye T. Sloop
Bill Smith and wife, Lois G. Smith
Franklin Smith, Jr. and wife, Mary H. Smith
John H. Smith and wife, Vernie Smith
Rufus Smith
Bobby E. Starnes and wife, Myrna J. Starnes
Steven C. Stirewalt and wife, Janet B. Stirewalt
William E. Tanner and wife, Mary S. Tanner
Ronald F. Thomas and wife, Sarah J. Thomas
Albert Tittle and wife, Mary M. Tittle
Wilbert Torrence, Sr. and wife, Barbara Torrence
Clinton D. Turman and wife, Susan R. Turman
Jasper J. Waddell
James NMN Walker
William L. Wallace and wife, Donna Wallace
Danny Warren and wife, Lorine M. Warren
Charles O. Weldon and wife, Lelia Weldon
Miron L. Wilhelm and wife, Gayle K. Wilhelm
Leon Wilson, Jr.
Mary Winecoff and husband, Robert T. Winecoff
Walter E. Wise, Jr. and wife, Sandra Wise

Defendants:

Fluor Daniel, Inc., f/k/a Daniels Construction Co.
Fluor Daniel Environmental Services, Inc.
Fluor Daniel Services Corporation
SOS International, Inc.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 1 6 2003

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL IN MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

RE:   Agner, *et al.* v. Fluor Daniel, Inc, *et al.*
      NCW 3:98 CV 220-T

      Agner, *et al.* v. Fluor Daniel, Inc., *et al.*
      NCW 3:98 CV 138-T

## PROOF OF SERVICE

This is to certify that copies of the following pleading:

**REPLY BRIEF IN SUPPORT OF MOTION TO VACATE CONDITIONAL REMAND ORDER BY
DEFENDANTS FLUOR DANIEL, INC., FLUOR DANIEL ENVIRONMENTAL SERVICES, INC.,
FLUOR DANIEL SERVICES CORPORATION, AND SOS INTERNATIONAL, INC.**

was served upon the following counsel by depositing same in the United States Mail,
postage prepaid, on May 15, 2003:

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

All counsel on Panel Service List attached.

*Pauline M. Brown*

HAYNSWORTH SINKLER BOYD, P.A.

**PANEL SERVICE LIST (Excerpted from CRO)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Vonnie K. Agner, et al. v. Fluor Daniel, Inc., et al.*, E.D. Pennsylvania
   (W.D. North Carolina, C.A. No. 3:98-138)
*Vonnie K. Agner, et al. v. Fluor Daniel, Inc., et al.*, E.D. Pennsylvania
   (W.D. North Carolina, C.A. No. 3:98-220)

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

William M. Graham
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Robert H. Hood
Hood Law Firm
172 Meeting Street
P.O. Box 1508
Charleston, SC 29402

Reginald S. Kramer
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

Carter T. Lambeth
Johnson & Lambeth
P.O. Box 660
Wilmington, NC 28402

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

Carl E. Pierce, II
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29422

James B. Pressly, Jr.
Haynsworth, Sinkler & Boyd
75 Beattie Place, 11th Floor
P.O. Box 2048
Greenville, SC 29602

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

**A**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## MAY 1 6 2003

FILED
CLERK'S OFFICE

STATE OF NORTH CAROLINA      IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION

COUNTY OF ROWAN    02 JAN -3  AM 9: 07

ROWAN COUNTY, C.S.C.

| | | |
|---|---|---|
| DONALD LEE BELL, | ) | 99-CVS-223 |
| BY_____ | ) | |
| Plaintiffs, | ) | |
| | ) | FINAL JUDGMENT |
| v. | ) | |
| | ) | |
| HNA HOLDINGS, INC., also known as | ) | |
| Trevira, Inc., formerly Hoechst Celanese, | ) | |
| Inc. and Fiber Industries, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

THIS CAUSE coming on to be heard and being heard by the undersigned, Charles Lamm, Superior Court Judge Presiding, and by a jury duly impaneled at the October 21, 2002 Civil Special Session of Superior Court of Rowan County, North Carolina, and issues having been submitted to and answered by the jury as follows on November 19, 2002:

**Issue 1(A):**    Was the activity performed by plaintiff Donald Lee Bell as a insulator an inherently dangerous activity which the defendant Celanese knew or should have known was inherently dangerous activity, which proximately caused an asbestos-related injury.

Yes __X__        No _____

**Issue 2(A):**    Was the plaintiff Donald Lee Bell injured by the direct negligence of defendant Celanese?

Yes __X__        No _____

**Issue 3 (A):**    Did the plaintiff Donald Lee Bell, by his own negligence, contribute to his injury?

Yes _____        No __X__

**Issue 4(A):**    What amount is plaintiff Donald Lee Bell entitled to recover for his asbestos-related injury?

$ 200,000.00

And the Court having heard the arguments of counsel and having determined that set-offs shall be applied for prior workers' compensation claim settlements and prior third-party settlements as follows:  (1) The prior workers' compensation settlement will be deducted from the jury award, before applying interest; (2) Interest at the legal rate will be applied to the resulting net award, from February 5, 1999; (3) Interest at the legal rate will be applied to each third-party settlement, from the date of settlement; and (4) The third calculation will be subtracted from the second to determine the amount of damages the defendant owes the plaintiff;

And the Court having also heard arguments of counsel upon the plaintiffs' motion for costs and having determined that the following are allowable costs to be assessed the defendant:

(1)     $2761.43 for deposition transcripts;

(2)     $1000.00 for photocopying;

(3)     $13.00 for filing fee;

(4)     $61.70 for mediation fee;

(5)     $666.67 for expert fees of Dr. Guth;

(6)     $667.50 for expert fees of Dr. Proctor;

(7)     $2925.00 for expert fees of Dr. Schwartz;

(8)     $333.00 for expert fees of Dr. Dula;

(9)     $406.73 for expert fees of Dr. Frank;

(10)    $800.00 for expert fees of Dr. Castleman;

(11)    $911.49 for expert fees of Dr. Lemen;

(12)    $933.33 for expert fees of Dr. Brody;

(13)    $136.66 for deposition fee of Dr. Castle; and

(14)    $102.50 for charter flight of Mr. Chandler related to video deposition during trial;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the Plaintiff, Donald Lee Bell, have and recover of the Defendant the sum of Two Hundred Thousand and no/100 Dollars ($200,000.00) in compensatory damages, less the set-offs and with interest as set forth in this order.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the defendants be assessed the sum of Eleven Thousand Seven Hundred Nineteen and 02/100 Dollars ($11,719.02) in costs.

The parties agreed in open court that this final judgment may be signed out of county and out of session.

This the 23rd day of _____ 2002.

The Honorable Charles C. Lamm
Superior Court Judge Presiding

STATE OF NORTH CAROLINA      IN THE GENERAL COURT OF JUSTICE

C3 JAN -3 AM 9: 07   SUPERIOR COURT DIVISION

COUNTY OF ROWAN

ROWAN COUNTY C.S.C.

| | | |
|---|---|---|
| GARY RAY SCHENK, SR., | ) | 98-CVS-2489 |
| BY_____ | ) | |
| Plaintiffs, | ) | |
| | ) | FINAL JUDGMENT |
| v. | ) | |
| | ) | |
| HNA HOLDINGS, INC., also known as | ) | |
| Trevira, Inc., formerly Hoechst Celanese, | ) | |
| Inc. and Fiber Industries, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

THIS CAUSE coming on to be heard and being heard by the undersigned, Charles Lamm, Superior Court Judge Presiding, and by a jury duly impaneled at the October 21, 2002 Civil Special Session of Superior Court of Rowan County, North Carolina, and issues having been submitted to and answered by the jury as follows on November 19, 2002:

**Issue 1(C):**      Was the activity performed by plaintiff Schenk as a pipefitter an inherently dangerous activity which the defendant Celanese knew or should have known was inherently dangerous activity, which proximately caused an asbestos-related injury.

Yes __X__             No _____

**Issue 2(C):**      Was the plaintiff Schenk injured by the direct negligence of defendant Celanese?

Yes __X__             No _____

**Issue 3 (C):**      Did the plaintiff Schenk, by his own negligence, contribute to his injury?

Yes _____             No __X__

**Issue 4(C):**      What amount is plaintiff Schenk entitled to recover for his asbestos-related injury?

$ 45,000.00

And the Court having heard the arguments of counsel and having determined that set-offs shall be applied for prior workers' compensation claim settlements and prior third-party settlements as follows:  (1) The prior workers' compensation settlement will be deducted from the jury award, before applying interest; (2) Interest at the legal rate will be applied to the resulting net award, from October 29, 1998; (3) Interest at the legal rate will be applied to each third-party settlement, from the date of settlement; and (4) The third calculation will be subtracted from the second to determine the amount of damages the defendant owes the plaintiff;

And the Court having also heard arguments of counsel upon the plaintiffs' motion for costs and having determined that the following are allowable costs to be assessed the defendant:

(1)  $2819.02 for deposition transcripts;

(2)  $1000.00 for photocopying;

(3)  $5.00 for filing fee;

(4)  $61.70 for mediation fee;

(5)  $1750.00 for expert fees of Dr. Bernstein;

(6)  $666.67 for expert fees of Dr. Guth;

(7)  $667.50 for expert fees of Dr. Proctor;

(8)  $2925.00 for expert fees of Dr. Schwartz;

(9)  $333.00 for expert fees of Dr. Dula;

(10)  $406.73 for expert fees of Dr. Frank;

(11)  $800.00 for expert fees of Dr. Castleman;

(12)  $911.49 for expert fees of Dr. Lemen;

(13)  $933.33 for expert fees of Dr. Brody;

(14)  $192.86 for deposition fee of Dr. Feingold;

(15)  $136.66 for deposition fee of Dr. Castle; and

CLT 659923v2

(16)   $58.33 for charter flight of Mr. Chandler related to video deposition during trial;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the Plaintiff, Gary Schenk, have and recover of the Defendant the sum of Forty-Five Thousand and no/100 Dollars ($45,000.00) in compensatory damages, less the set-offs and with interest as set forth in this order.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the defendants be assessed the sum of Thirteen Thousand Six Hundred Sixty-seven and 29/100 Dollars ($13,667.29) in costs.

The parties agreed in open court that this final judgment may be signed out of county and out of session.

This the 23rd day of December 2002.

The Honorable Charles C. Lamm
Superior Court Judge Presiding

B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) | Civil Action No. MDL 875 |

This Document Relates to:

| | | |
|---|---|---|
| VONNIE K. AGNER, *et al.*, | ) ) | W.D.N.C. CHARLOTTE DIVISION |
| Plaintiffs, | ) ) | C.A. No. 3:98CV220-T |
| vs. | ) ) | |
| FLUOR DANIEL, INC., *et al.*, | ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| ROBERT F. BOST, *et al.*, | ) ) | W.D.N.C. CHARLOTTE DIVISION |
| Plaintiffs, | ) ) | C/A No. 3:98 CV 138 T |
| vs. | ) ) | |
| FLUOR DANIEL, INC., *et al.*, | ) ) | |
| Defendants. | ) ) | |

## CROSS NOTICE OF JAMES E. LOVE VIDEOTAPE DEPOSITION

**PLEASE TAKE NOTICE** that Defendants Fluor Daniel, Inc., Fluor Daniel Environmental Services, Inc., Fluor Daniel Services Corporation, and Strategic Organizational Systems Enterprises, Inc. (collectively "Daniel Defendants"), pursuant to Rule 33, Federal Rules of Civil Procedure, hereby cross notice the videotape deposition of James E. Love scheduled by Parker Poe Adams & Bernstein, for October 2, 2002 beginning at 1:00 p.m. at the Sandtrap Room, Hound Ears Lodge Clubhouse, 328 Shulls Mill Road, Boone, North Carolina, for use in

the above captioned actions for all purposes permitted under the Federal Rules of Civil

Procedure.  You are invited to attend and participate.


                                     _____

                                     James B. Pressly, Jr.

                                     Moffatt G. McDonald

                                     Wm. David Conner

                                     Kevin A. Kauer, NC Bar 27919

                                     HAYNSWORTH SINKLER BOYD, P.A.

                                     Post Office Box 2048

                                     Greenville, SC 29602

                                     (864) 240-3200

                                     Attorneys for Defendants

Date:   _____

Mailed a copy of the foregoing Cross Notice of Deposition to the following this _____ day of September, 2002:

Mona Lisa Wallace
WALLACE & GRAHAM, P.A.
525 North Main Street
Salisbury, NC 28144

_____

STATE OF NORTH CAROLINA

COUNTY OF ROWAN

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
98-CVS-2489

| | | |
|---|---|---|
| SANTFORD LEE BROWN, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HNA HOLDINGS, INC., also known as | ) | **NOTICE OF DEPOSITION** |
| Trevira, Inc., formerly Hoechst Celanese, | ) | |
| Inc. and Fiber Industries, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

**PLEASE TAKE NOTICE** that the Defendants, by and through counsel, give notice of the taking of the deposition of James E. Love, beginning at **1:00 p.m. on October 2, 2002 at the Sandtrap Room of the Hound Ears Lodge Clubhouse, 328 Shull's Mill Road, Boone, NC,** Phone: (828) 963-4321. This deposition will be videotaped.

Said deposition will be taken upon oral examination pursuant to Rules 26 and 30 of the North Carolina Rules of Civil Procedure. The deposition will be taken before a Notary Public or some other officer duly authorized by law to take depositions. The oral examination will continue from day to day until its completion. All counsel are invited to attend and participate in the deposition.

This the _9th_ day of September, 2002.

_W. Edward Poe, Jr._
W. Edward Poe, Jr.
Attorney for Defendants

CLT: 641741

OF COUNSEL:
**PARKER, POE, ADAMS & BERNSTEIN L.L.P.**
Three Wachovia Center
Suite 3000
401 South Tryon Street
Charlotte, North Carolina 28202-1935
(704) 372-9000 (telephone)
(704) 334-4706 (facsimile)

## CERTIFICATE OF SERVICE

This is to certify that on this date I served copies of the foregoing **Notice of Deposition** by depositing a copy thereof in the United States mail, first class, postage prepaid, and addressed as follows:

> Chris Mauriello, Esq.
> Wallace and Graham, P.A.
> 525 North Main Street
> Salisbury, North Carolina 28144

This ___9th___ day of September, 2002.

*W. Edward Poe, Jr.*
W. Edward Poe, Jr.

**Taura Hamilton**
**Hamilton Court Reporting**
**P.O. Box 1012**
**Morganton, NC 28680**
**Facsimile: (828) 430-3012**

CLT: 641741

C

STATE OF NORTH CAROLINA

COUNTY OF ROWAN

DONALD LEE BELL,

Plaintiffs,

v.

HNA HOLDINGS, INC., also known as
Trevira, Inc., formerly Hoechst Celanese,
Inc. and Fiber Industries, Inc.,

Defendant.

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION

99-CVS-223

CONSENT ORDER STAYING
EXECUTION OF JUDGMENT

FILED

03 FEB 19 PH 1:26

ROWAN COUNTY, C.S.C.

BY

)
)
)
)
)
)
)
)
)
)
)

Pursuant to Rule 62 (d) of the North Carolina Rules of Civil Procedure, it is ordered that the enforcement of and execution on the January 3, 2003 judgment against HNA Holdings, Inc. in favor of Donald Lee Bell is stayed pending completion of appellate review, and upon the posting by the defendant of a cash bond in the amount of $51,270.16, inclusive of costs and interest through January 24, 2003.

Respectfully submitted this _14_ day of _February_, 2003.

The Honorable Charles C. Lamm
Superior Court Judge Presiding

CONSENTED TO BY:

Christopher Mauriello
Attorney for Plaintiff

Josephine H. Hicks
Attorney for Defendant

CLT 674321v1

STATE OF NORTH CAROLINA    IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF ROWAN

GARY RAY SCHENK, SR.    )    98-CVS-2489
)
Plaintiffs,    )
)    CONSENT ORDER STAYING
v.    )    EXECUTION OF JUDGMENT
)
HNA HOLDINGS, INC., also known as    )
Trevira, Inc., formerly Hoechst Celanese,    )
Inc. and Fiber Industries, Inc.,    )
)
Defendant.    )

Pursuant to Rule 62(d) of the North Carolina Rules of Civil Procedure, the parties consent that the enforcement of an execution on the January 3, 2003 judgment entered in favor of Gary Ray Schenk, Sr. in the above action is stayed pending completion of appellate review, and upon the posting by the defendant of a cash bond in the amount of $30,608.88, inclusive of costs and interest through January 24, 2003.

Respectfully submitted this 14 day of February, 2003.

_____
The Honorable Charles C. Lamm
Superior Court Judge Presiding

CONSENTED TO BY:

_____
Christopher Mauriello
Attorney for Plaintiff

_____
Josephine H. Hicks
Attorney for Defendant

D



STATE OF NORTH CAROLINA

COUNTY OF ROWAN

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
99-CVS-223

|  |  |
|---|---|
| DONALD LEE BELL, | ) |
| Plaintiffs, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| HNA HOLDINGS, INC., et al, | ) |
|  | ) |
| Defendants. | ) |

PLAINTIFFS' NOTICE OF APPEAL

## TO THE HONORABLE COURT OF APPEALS OF NORTH CAROLINA:

The Plaintiff, Donald Lee Bell hereby gives notice of appeal to the Court of Appeals of North Carolina from the Final Judgment of the Superior Court, Honorable Charles C. Lamm, entered on January 3, 2003.

Plaintiff's appeal is on the basis that Punitive Damages against the Defendant were barred from the trial of this matter.

Plaintiff further appeals on the grounds that the set-off amounts granted to the Defendants were excessive.

This the 10th day of Jan, 2003.

WALLACE and GRAHAM. P.A.
Attorney for the Plaintiffs

Christopher D. Mauriello
525 North Main Street
Salisbury, North Carolina  28144
704/633-5244

## CERTIFICATE OF SERVICE

I, Christopher D. Mauriello, do hereby certify that I have served a copy of the foregoing document on the attorney listed below by mailing a copy of the same to him, postage prepaid, through the United States Mail, First Class this _10th_ day of _JAN_, 2003.

Josephine H. Hicks, Esq.
Stacey Taylor Kern, Esq.
Parker Poe Adams & Bernstein, LLP
Three Wachovia Center
401 South Tryon Street, Suite 3000
Charlotte, North Carolina 28202

Michael E. Hutchins, Esq.
Thomas G. Tidwell, Esq.
Kasowitz Benson Torres & Friedman, LLP
1360 Peachtree Street, N.E., Suite 1150
Atlanta, Georgia 30309

Christopher D. Mauriello

STATE OF NORTH CAROLINA          IN THE GENERAL COURT OF JUSTICE
                                 SUPERIOR COURT DIVISION
COUNTY OF ROWAN                  98-CVS-2489

ROWAN COUNTY C.S.C.

BY _____

GARY RAY SCHENK, SR.          )
                              )
        Plaintiffs,           )
                              )
vs.                           )          PLAINTIFFS' NOTICE OF APPEAL
                              )
HNA HOLDINGS, INC., et al,    )
                              )
        Defendants.           )
_____)

**TO THE HONORABLE COURT OF APPEALS OF NORTH CAROLINA:**

The Plaintiff, Gary Ray Schenk, Sr., hereby gives notice of appeal to the Court of Appeals of North Carolina from the Final Judgment of the Superior Court, Honorable Charles C. Lamm, entered on January 3, 2003.

Plaintiff's appeal is on the basis that Punitive Damages against the Defendant were barred from the trial of this matter.

Plaintiff further appeals on the grounds that the set-off amounts granted to the Defendants were excessive.

This the _10_ day of _Jan_, 2003.

                              WALLACE and GRAHAM. P.A.
                              Attorney for the Plaintiffs

                              _____
                              Christopher D. Mauriello
                              525 North Main Street
                              Salisbury, North Carolina 28144
                              704/633-5244

## CERTIFICATE OF SERVICE

I, Christopher D. Mauriello, do hereby certify that I have served a copy of the foregoing document on the attorney listed below by mailing a copy of the same to him, postage prepaid, through the United States Mail, First Class this _10th_ day of ___Jan___, 2003.

Josephine H. Hicks, Esq.
Stacey Taylor Kern, Esq.
Parker Poe Adams & Bernstein, LLP
Three Wachovia Center
401 South Tryon Street, Suite 3000
Charlotte, North Carolina 28202


Michael E. Hutchins, Esq.
Thomas G. Tidwell, Esq.
Kasowitz Benson Torres & Friedman, LLP
1360 Peachtree Street, N.E., Suite 1150
Atlanta, Georgia 30309

_____
Christopher D. Mauriello

E

Rec'd 8/20/02

NORTH CAROLINA DEPARTMENT OF ENVIRONMENT, HEALTH AND NATURAL RESOURCES
DIVISION OF EPIDEMIOLOGY — VITAL RECORDS SECTION
**CERTIFICATE OF DEATH**

Registration District No. 080-80  Local No. 647

| | | |
|---|---|---|
| 1. DECEDENT'S NAME (First, Middle, Last) Mary Louise Atwell Winecoff | 2. SEX F | 3. DATE OF DEATH (Month, Day, Year) Sept. 14, 1998 |

| 4. SOCIAL SECURITY NUMBER 244 38 9596 | 5. AGE—Last birthday (Years) 68 | 5a. UNDER 1 YEAR Months / Days | 5b. UNDER 1 DAY Hours / Minutes | 6. DATE OF BIRTH (Month, Day, Year) Sept. 13, 1930 | 7. BIRTHPLACE (County and State or Foreign Country) Rowan Co., NC |
|---|---|---|---|---|---|

**DECEDENT**

8. WAS DECEDENT EVER IN U.S. ARMED FORCES? (Yes or No)  No

9a. PLACE OF DEATH (Check only one)  HOSPITAL: ☒ Inpatient ☐ ER/Outpatient ☐ DOA  OTHER: ☐ Nursing Home ☐ Residence ☐ Other (Specify)

| 9b. FACILITY NAME (If not institution, give street and number) Rowan Regional Medical Center | 9c. CITY, TOWN, OR LOCATION OF DEATH Salisbury | 9d. INSIDE CITY LIMITS? (Yes or No) Yes | 9e. COUNTY OF DEATH Rowan |
|---|---|---|---|

| 10. MARITAL STATUS—Married, Never Married, Widowed, Divorced (Specify) Married | 11. SURVIVING SPOUSE (If wife, give maiden name) Robert T. Winecoff | 12a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.) Lab Specialist, ret. | 12b. KIND OF BUSINESS/INDUSTRY Fiber Mfg. |
|---|---|---|---|

| 13a. RESIDENCE—STATE NC | 13b. COUNTY Rowan | 13c. CITY, TOWN, OR LOCATION Salisbury | 13d. STREET AND NUMBER 307 Mildred Drive |
|---|---|---|---|

| 13e. INSIDE CITY LIMITS? (Yes or No) Yes | 13f. ZIP CODE 28144 | 14. Was Decedent of Hispanic Origin? (Specify Yes or No—If yes, specify Cuban, Mexican, Puerto Rican, etc.) ☐ Yes ☐ No (Specify) No | 15. RACE—American Indian, Black, White, Etc. (Specify) White | 16. DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary/Secondary (0-12) College (13-17+) 12 |
|---|---|---|---|---|

**PARENTS**

| 17. FATHER'S NAME (First, Middle, Last) David A. Atwell | 18. MOTHER'S NAME (First, Middle, Maiden Surname) Pearl Henderson |
|---|---|

**INFORMANT**

| 19a. INFORMANT'S NAME (Type/Print) Robert T. Winecoff | 19b. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) 307 Mildred Dr., Salisbury, NC 28144 | 19c. DATE AMENDED |
|---|---|---|

**CAUSE OF DEATH**

Part I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure. If appropriate, enter tobacco, alcohol, or drug use. List only one cause on each line. (PRINT or TYPE)

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) a. Acute cardiovascular respiratory arrest | DUE TO (OR AS A CONSEQUENCE OF): | Immediately |
| Sequentially list conditions if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST. b. | DUE TO (OR AS A CONSEQUENCE OF): | |
| c. | DUE TO (OR AS A CONSEQUENCE OF): | |

20b. PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I, such as tobacco, alcohol, or drug use, diabetes, etc.  Diabetes mellitus, Hypertension

| 21a. AUTOPSY? (Yes or No) Yes | 21b. If yes, were findings considered in determining cause of death? Pending | 21c. Was case referred to Medical Examiner? (Yes or No) No | TIME OF DEATH 6:30 A. M. |
|---|---|---|---|

NOTICE: STATE LAW REQUIRES THAT ALL DEATHS DUE TO TRAUMA, ACCIDENT, HOMICIDE, SUICIDE, OR UNDER SUSPICIOUS, UNUSUAL, OR UNNATURAL CIRCUMSTANCES BE REPORTED TO, AND CERTIFIED BY A MEDICAL EXAMINER ON A MEDICAL EXAMINER'S CERTIFICATE OF DEATH. ANY DEATH FALLING INTO THESE CATEGORIES IS WITHIN THE MEDICAL EXAMINER'S JURISDICTION REGARDLESS OF THE LENGTH OF SURVIVAL FOLLOWING THE UNDERLYING INJURY.

**CERTIFIER**

| 23a. SIGNATURE AND TITLE OF CERTIFIER John M. Blount M.D. | 23b. DATE SIGNED (Month, Day, Year) 9-15-98 |
|---|---|

24. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (ITEM 20) (Type or Print)  John M. Blount M.D.  120 Windsor St. Salisbury, N.C. 28144

**DISPOSITION**

| 25a. METHOD OF DISPOSITION ☒ Burial ☐ Cremation ☐ Removal ☐ Donation ☐ Other | 25b. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) Rowan Memorial Park | 25c. LOCATION — City or Town, State, Zip Code Salisbury, NC 28144 |
|---|---|---|

| 26a. NAME AND ADDRESS OF FUNERAL HOME Lyerly Funeral Home, Inc.-Salisbury, NC | 26b. SIGNATURE OF FUNERAL DIRECTOR Jeffery L. Bugard | 26c. LICENSE NUMBER FSL#1817 |
|---|---|---|

| 27. REGISTRAR'S SIGNATURE John Abbott | 28. DATE FILED (Month, Day, Year) SEP 16 1998 | 26d. SIGNATURE OF EMBALMER Jeffery L. Bugard | 26e. LICENSE NUMBER FSL#1817 |
|---|---|---|---|

DEHNR 1872 (Revised 2/94 Review 2/97) VITAL RECORDS

---

STATE OF NORTH CAROLINA
ROWAN COUNTY

I, Hazel M. Simpson, Asst. Deputy Register of Deeds for Rowan County, do hereby certify that the foregoing is a true and correct copy of Death Cert., recorded in this office in

Book _____, Page _____.

WITNESS my hand and Official Seal, this 16 day of Sept.
19 98  Bobbie M. Earnhardt by: Hazel M. Simpson

F

COPY 1
STATE COPY

NORTH CAROLINA DEPARTMENT OF ENVIRONMENT, HEALTH, AND NATURAL RESOURCES
DIVISION OF EPIDEMIOLOGY — VITAL RECORDS SECTION
MEDICAL EXAMINER'S CERTIFICATE OF DEATH

Registration District No. 080-00   Local No. 195

| | | | |
|---|---|---|---|
| 1. DECEDENT'S NAME (First, Middle, Last) Leon Wilson R Jr. | 2. SEX Male | 3. DATE OF DEATH (Month, Day, Year) 10/22/98 | 1046 |
| 4. SOCIAL SECURITY NUMBER 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 | 5a. AGE-Last Birthday (Years) 58 | UNDER 1 YEAR Months Days | UNDER 1 DAY Hours Minutes | 6. DATE OF BIRTH (Month, Day, Year) Feb. 13, 1940 | 7. BIRTHPLACE (County and State or Foreign Country) Davidson Co., NC |

8. WAS DECEDENT EVER IN U.S. ARMED FORCES (Yes or No) Yes
9a. PLACE OF DEATH (Check only one. see instructions on other side) HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA   OTHER: ☐ Nursing Home ☒ Residence ☐ Other (Specify)

| | |
|---|---|
| 9b. FACILITY NAME (If not institution, give street and number) 130 Procter ST | 9c. CITY, TOWN, OR LOCATION OF DEATH Salisbury | 9d. INSIDE CITY LIMITS? (Yes or No) No | 9e. COUNTY OF DEATH Rowan |

| | | | |
|---|---|---|---|
| 10. MARITAL STATUS—Married, Never Married, Widowed, Divorced (Specify) Divorced | 11. SURVIVING SPOUSE (If wife, give maiden name) | 12a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.) Maintenance Tech. | 12b. KIND OF BUSINESS/INDUSTRY Food/Snack Mfg. |

| | | | |
|---|---|---|---|
| 13a. RESIDENCE – STATE N.C. | COUNTY Rowan | CITY, TOWN, OR LOCATION Salisbury | STREET AND NUMBER 130 Proctor Drive |
| 13d. INSIDE CITY LIMITS (Yes or No) No | 13e. ZIP CODE 28147 | 14. Was Decedent of Hispanic Origin? (Specify Yes or No—If yes, specify Cuban Mexican, Puerto Rican, etc.) ☐ Yes ☒ No (Specify) | 15. RACE — American Indian, Black White, etc. (Specify) White | 16. DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary/Secondary (0-12) College (1,2-17+) 12 |

| | |
|---|---|
| 17. FATHER'S NAME (First, Middle, Last) Leon Wilson, Sr. | 18. MOTHER'S NAME (First, Middle, Maiden Surname) Georgia Buchanan |

| | |
|---|---|
| 19a. INFORMANT'S NAME (Type/Print) Kathy W. Miller, Daughter | 19b. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) 2510 Old Mocksville Road, Salisbury, NC 28144 |

**CAUSE OF DEATH**

PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure. List only one cause on each line.

| | Approximate Interval Between Onset and Death |
|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) a. Pending DUE TO (OR AS A CONSEQUENCE OF): | |
| Sequentially list conditions if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST. b. DUE TO (OR AS A CONSEQUENCE OF): | |
| c. DUE TO (OR AS A CONSEQUENCE OF): | |
| 20a. d. | |

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I. 20b.

| 21a. WAS AN AUTOPSY PERFORMED (Yes or No) Yes | 21b. Were Autopsy Findings Available Prior to Completion of Death Certificate? (Yes or No) No |
|---|---|

**CERTIFIER**

| | | | |
|---|---|---|---|
| 22a. MANNER OF DEATH ☐ Natural ☐ Accident ☐ Suicide ☒ Homicide ☐ Pending ☐ Not Determined | 22b. DATE OF INJURY (Month, Day, Year) 10/22/98 | 22c. TIME OF INJURY Unk | 22d. INJURY AT WORK? (Yes or No) No | 22e. DESCRIBE HOW INJURY OCCURED Gunshot |
| 22f. PLACE OF INJURY – At home, farm, street, factory, office building, etc. (Specify) Home | 22g. LOCATION (Street and Number or Rural Route Number, City or Town, State) 130 Procter ST Salisbury NC | TIME OF DEATH |

| | |
|---|---|
| 23a. To the best of my knowledge, death occurred at the time, date and place stated. (Signature and Title of Certifier) | 23b. DATE SIGNED (Month, Day, Year) 10/26/98 |
| 24a. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (ITEM 20) (Type or Print) GARY L FINK MD PO BX 610 Faith | 24b. DATE PRONOUNCED DEAD (Month, Day, Year) 10/22/98 |

**DISPOSITION**

| | | |
|---|---|---|
| 25a. METHOD OF DISPOSITION ☒ Burial ☐ Cremation ☐ Removal from State ☐ Donation ☐ Other (Specify) | 25b. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) West Lawn Mem.Park | 25c. LOCATION—City or Town, State, Zip Code China Grove, NC 28023 |
| 26a. NAME AND ADDRESS OF FUNERAL FACILITY Linn-Honeycutt F.H., China Grove, NC | 26b. SIGNATURE OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH Rufus H. Honeycutt | 26c. LICENSE NUMBER FS 314 |
| 27. REGISTRAR'S SIGNATURE | 28. DATE FILED (Month, Day, Year) OCT 27 1998 | SIGNATURE OF EMBALMER Cliffton E. Merkt | LICENSE NUMBER FS1765 |

---

NORTH CAROLINA DEPARTMENT OF ENVIRONMENT, HEALTH, AND NATURAL RESOURCES
DIVISION OF EPIDEMIOLOGY - VITAL RECORDS SECTION   NOV 18 1998

1998-7519

**SUPPLEMENTAL REPORT OF CAUSE OF DEATH**

NAME OF DECEASED
Leon Wilson Jr

| DATE OF DEATH 10/22/98 | COUNTY OF DEATH Rowan | SEX Male | RACE White |
|---|---|---|---|

PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure. List only one cause on each line.

| | Approximate Interval Between Onset and Death |
|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) a. Gunshot wound to the back DUE TO (OR AS A CONSEQUENCE OF): | |
| Sequentially list conditions if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST. b. DUE TO (OR AS A CONSEQUENCE OF): | |
| c. DUE TO (OR AS A CONSEQUENCE OF): | |

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I. 30a.

| WAS AN AUTOPSY PERFORMED (YES OR NO) 31a. Yes | Were Autopsy Findings Available Prior to Completion of Death Certificate? 31b. (Yes or No) Yes |
|---|---|

| MANNER OF DEATH ☐ Natural ☐ Accident ☐ Suicide ☒ Homicide ☐ Pending ☐ Not Determined | DATE OF INJURY (Month, Day, Year) | TIME OF INJURY | INJURY AT WORK? (YES OR NO) | DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|---|
| PLACE OF INJURY – At home, farm, street, factory, office building, etc. (Specify) | LOCATION (Street and Number or Rural Route Number, City or Town, State) | | | TIME OF DEATH |

To the best of my knowledge, death occurred at the time, date and place stated. (Signature and Title of Certifier) K. E. Clark MD NC Medical Examiner

| DATE SIGNED (Month, Day, Year) 11-5-98 |
|---|

NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (ITEM 201) (Type or Press) Karen Chancellor MD, Chief Medical Examiner

DATE PRONOUNCED DEAD

G

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
STATE CENTER FOR HEALTH STATISTICS -- N.C. VITAL RECORDS

Rec'd 8/20/02

**CERTIFICATE OF DEATH**

Registration District No. 080-80   Local No. 182

| DECEDENT'S NAME (First, Middle, Last) 1. JOHN WESLEY RIDENHOUR | | | | SEX 2. M | DATE OF DEATH (Month, Day, Year) 3. Mar 13, 2001 |
|---|---|---|---|---|---|
| SOCIAL SECURITY NUMBER 4. 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 | AGE—Last Birthday (Years) 5. 75 | UNDER 1 YEAR Months / Days 5b. | UNDER 1 DAY Hours / Minutes 5c. | DATE OF BIRTH (Month, Day, Year) 6. Sept 2, 1925 | BIRTHPLACE (County and State or Foreign Country) 7. DAVIE CO, NC |

**DECEDENT**

| WAS DECEDENT EVER IN U.S. ARMED FORCES (Yes or No) 8. Yes | 9a. PLACE OF DEATH (Check only one) HOSPITAL: ☒ Inpatient ☐ ER/Outpatient ☐ DOA OTHER: ☐ Nursing Home ☐ Residence ☐ Other(Specify) | | |
|---|---|---|---|
| FACILITY NAME (If not institution, give street and number) 9b. ROWAN REGIONAL MEDICAL CT. | CITY, TOWN, OR LOCATION OF DEATH 9c. SALISBURY | INSIDE CITY LIMITS? (Yes or No) 9d. Yes | COUNTY OF DEATH 9e. ROWAN |
| MARITAL STATUS — Married, Never Married, Widowed, Divorced (Specify) 10. Married | SURVIVING SPOUSE (If wife, give maiden name) 11. PEGGY THOMPSON | DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.) 12. MACHINE MACHANIC | KIND OF BUSINESS/INDUSTRY 12b. TEXTILE |
| RESIDENCE — STATE 13a. NC | COUNTY 13b. DAVIE | CITY, TOWN, OR LOCATION 13c. COOLEEMEE | STREET AND NUMBER 13d. 271 GROVE STREET |
| INSIDE CITY LIMITS (Yes or No) 13e. Yes | ZIP CODE 13f. 27014 | Was Decedent of Hispanic Origin? (Specify Yes or No... If yes, specify Cuban, Mexican, Puerto Rican, etc.) 14. ☐ Yes ☒ No (Specify) | RACE — American Indian, Black, White, Etc. (Specify) 15. White | DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary/Secondary (0-12) College (13-17+) 16. 8 |

**PARENTS**

| FATHER'S NAME (First, Middle, Last) 17. WALTER RIDENHOUR | MOTHER'S NAME (First, Middle, Maiden Surname) 18. CLARA WALL |
|---|---|

**INFORMANT**

| INFORMANT'S NAME (Type/Print) 19a. PEGGY T. RIDENHOUR | MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) 19b. PO BOX 74 COOLEEMEE, NC 27014 | DATE AMENDED 19c. / / |
|---|---|---|

**CAUSE OF DEATH**

PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure. If appropriate, enter tobacco, alcohol, or drug use. List only one cause on each line. (PRINT or TYPE)

| | | Approximate interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. INTRACRANIAL HEMORRAGE | 2 weeks |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| Sequentially list conditions if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST. | b. | |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| | c. | |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| 20a. | d. | |

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I, such as tobacco, alcohol, or drug use; diabetes, etc.

20b.

| AUTOPSY? (Yes or No) 21a. No | If yes, were findings considered in determing cause of death? 21b. | Was case referred to Medical Examiner? (Yes or No) 21c. No | TIME OF DEATH 22. 9:16 P.M. |
|---|---|---|---|

NOTICE: STATE LAW REQUIRES THAT ALL DEATHS DUE TO TRAUMA, ACCIDENT, HOMICIDE, SUICIDE, OR UNDER SUSPICIOUS, UNUSUAL OR UNNATURAL CIRCUMSTANCES BE REPORTED TO, AND CERTIFIED BY A MEDICAL EXAMINER ON A MEDICAL EXAMINER'S CERTIFICATE OF DEATH. ANY DEATHS FALLING INTO THESE CATEGORIES IS WITHIN THE MEDICAL EXAMINER'S JURISDICTION REGARDLESS OF THE LENGTH OF SURVIVAL FOLLOWING THE UNDERLYING INJURY.

**CERTIFIER**

| SIGNATURE AND TITLE OF CERTIFIER 23a. | DATE SIGNED (Month, Day, Year) 23b. 3/16/01 |
|---|---|
| NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (ITEM 20) (Type or Print) 24. DR. NEIL PATEL 611 MOCKSVILLE AVE., SALISBURY, NC 28144 | |

**DISPOSITION**

| METHOD OF DISPOSITION 25a. ☒ Burial ☐ Cremation ☐ Removal ☐ Donation ☐ Other | PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) 25b. ROWAN MEMORIAL PARK | LOCATION — City or Town, State, Zip Code 25c. SALISBURY, NC 28144 |
|---|---|---|
| NAME AND ADDRESS OF FUNERAL HOME 26a. EATON FUNERAL SERVICE, INC. 325 N. MAIN STREET MOCKSVILLE, NC | SIGNATURE OF FUNERAL DIRECTOR 26b. | LICENSE NUMBER 26c. NCFS 207 |
| REGISTRAR'S SIGNATURE 27. | DATE FILED (Month, Day, Year) 28. MAR 2 0 2001 | SIGNATURE OF EMBALMER 26d. Robert L. Price | LICENSE NUMBER 26e. FS 893 |

Substitute for HS 1872 Revised 3/98 Review 2/99 VITAL RECORDS DC Form NC1

---

STATE OF NORTH CAROLINA
ROWAN COUNTY

I, ........ Julie H Bare ........, .. Deputy Register of Deeds for Rowan County, do hereby certify that the foregoing is a true and correct copy of ..... Death Cert. ........, recorded in this office in .. Death Book ...... 81 ......, Page ................

WITNESS my hand and Official Seal, this ...20.... day of ..March.. ......2001... Bobbie M Earnhardt By: ........ Julie H. Bare ........

DEPUTY REGISTER OF DEEDS

H

*Rec'd 3/26/03*



James B. Hunt Jr., Governor
J. Howard Bunn Jr., Chairman

Commissioners
Bernadine S. Ballance
Thomas J. Bolch
Laura K. Mavretic
Renee C. Riggsbee
Christopher Scott
Dianne C. Sellers

# North Carolina
# Industrial Commission

08-30-99

MONA L WALLACE
ATTORNEY AT LAW
525 North Main Street
Salisbury        NC 28144

Carrier Code No: 425-025
        EC Number: 00900690

Re: 688771
    Ellis Joe Louis

Vs: Hoechst Corporation
CF No:

Enclosed is a copy of the medical evaluation report prepared by the
selected panel physician regarding the above referenced occupational
disease claim.  Copies are being furnished to all parties concerned.

Erma H. Champion
Occupational Disease Section

CC: Esis
    HATCHER B KINCHELOE
    File

Enclosure

# OUTPATIENT MEDICAL SERVICES

*Panel Exam Report 68877*

**PATIENT INFORMATION**
PRE-PHYSICAL TESTS / PHYSICAL EXAM NOTES

| Name | Joe Ellis | Chart Number | 240 56 8972 |
| Address | 1340 Spring Meadow Dr Woodleaf NC 27054 | | |
| Phone | | Age 60 | DOB 3/31/39 | ☐ Female | ☑ Male |

## PRE-PHYSICAL TESTS/LABS   *(Please initial and date when tests given and results are recorded.)*

| Date | 5/21/99 | Ht. 5'9½" | Wt. 232 | Temp. | | BP 128/86 | P 72 |

| TEST/LAB | DATE | INITIALS | TEST/LAB | DATE | RESULTS (Positive or Negative) | INITIALS |
|---|---|---|---|---|---|---|
| Chest X-Ray | | | TB Skin Test | | | |
| Mammogram | | | Stool PK | | | |
| Tetanus Tox. | | | | | | |
| Other | | | | | | |

**HEARING**   Y = YES   N = NO

| | AUDIOGRAM | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
|---|---|---|---|---|---|---|---|
| Decibel | RIGHT | | | | | | |
| | LEFT | | | | | | |

**VISUAL ACUITY**

| DISTANT | NEAR | COLOR | PERIPHERAL | TONOMETRY |
|---|---|---|---|---|
| RIGHT 20/ LEFT 20/ | RIGHT LEFT | NORMAL DEFICIENT | RIGHT LEFT | RIGHT LEFT |

| P.E. IS SCHEDULED FOR: 5/21/99 | WITH DR.: Kelley |

## PHYSICAL EXAM NOTES:

### RESPIRATORY EVALUATION

JOE ELLIS                                                                 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

This patient worked for Hoechst Celanese from 1967-1995. In the course of this employment, he was exposed to asbestos for the most part without benefit of a mask or respirator. He is retired because of a heart attack. He has four years of increasing SOB, wheezing, and a productive cough. He has four years of chest tightness relieved by Nitroglycerin spray. He has been told he has angina, heart failure, and coronary artery disease. He does not smoke.

FAMILY HISTORY:              Remarkable for high blood pressure and diabetes.

PERSONAL HISTORY:            Married with four children.

PAST MEDICAL HISTORY:        He was diagnosed as having diabetes in 1998. He underwent an angioplasty in 1994.

REVIEW OF SYSTEMS:           Some fatigue, weight gain, vision changes, trouble with hearing, snoring, hay fever, joint pain, dry skin, heartburn, swelling of feet, and daytime sleepiness.

PHYSICAL EXAMINATION:        Overweight black male. Alert, oriented, and in no acute distress. BP 128/86, Pulse 72 (Reg), Resp 16, Weight 232.

EYES:

- Inspection of conjunctivae and lids normal.
- Examination of pupils and irises in regard to reaction to light and accommodation, size, and symmetry normal.
- Ophthalmoscopic examination of discs normal.

CMS-7010  (2/95)

JOE ELLIS                                                                 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
Page 2

ENT/MOUTH:
- External inspection of ears and nose normal.
- Otoscopic examination of external auditory canals and tympanic membranes normal.
- Hearing normal.
- Nasal mucosa, septum, and turbinates normal.
- Lips, teeth, and gums normal.
- Oropharynx normal.

NECK:
- Neck exam normal.
- Thyroid exam normal with no enlargement or nodules.

RESPIRATORY:
- Respiratory effort is normal.
- Lungs are clear to auscultation.

CARDIOVASCULAR:
- Auscultation of the heart with no evidence of murmurs or gallops.
- Carotid arteries 2+bilaterally without bruits.
- Abdominal aorta normal size without bruits.
- Pedal pulses 2+bilaterally.
- Extremities show no evidence of edema or varicosities.

BREAST:
- Inspection of breast normal.
- Palpation of breasts and axillae normal.

GI:
- Abdomen shows no masses or tenderness.
- Liver and spleen not enlarged.
- No hernias.

GU:
- Not done.

LYMPHATIC:
- No palpable nodes in the neck, axillae, or groin.

MUSCULOSKELETAL:
- Gait and station normal.
- Inspection and palpation of digits and nails normal.
- Examination of the head and neck; spine, ribs, and pelvis; right upper extremity; left upper extremity; right lower extremity; and left lower extremity—inspection and palpation is normal. There is full range of motion of all joints with no pain, crepitus, or contractures. Joint stability is normal. Muscle strength and tone normal.

JOE ELLIS                                                                                  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
Page 3

**SKIN:**
- Inspection of skin and subcutaneous tissue normal.
- Palpation of skin and subcutaneous tissue within normal limits.

**NEUROLOGIC:**
- Cranial nerves 2-12 normal.
- Sensation by touch normal.

**PSYCHIATRIC:**
- Patient's judgment and insight are good.
- Patient is oriented to time, place, and person.
- Recent and remote memory good.
- Mood and affect normal.

LABORATORY DATA:    EKG shows normal sinus rhythm within normal limits.  CT scan of the chest is normal.  There was no evidence for interstitial lung disease.  No calcified pleural plaques are detected.  No lymphadenopathy.  Incidentally noted, there is a small, round soft tissue nodule just inferior to the spleen thought to represent small splenule.  Pulmonary function tests are within normal limits except for a mild decrease in diffusion capacity.  There is an insignificant response to bronchodilator.  Blood gases on room air showed Po2 82, pCO2 39, and pH 7.41.  Urinalysis shows trace protein.  CBC normal except for 8% eosinophils.  Blood work normal except for serum sodium of 134, fasting blood sugar at 135, BUN 23, and creatinine 1.5.

ASSESSMENT:

1. History of exposure to asbestos with CT scan of the chest showing no evidence of asbestosis or asbestos related pleural disease.
2. Coronary artery disease.
   a. Status post angioplasty in 1994.
3. Diabetes mellitus.
4. Overweight.
5. Mild proteinuria.
6. Excess eosinophils on peripheral smear.
7. Mild hyponatremia.
8. Mild increase of BUN and creatinine.

COMMENT:    Although this patient has a history of exposure to asbestos, there is no evidence from his CT scan of the chest of asbestosis or asbestos related pleural disease.  The patient does have a mild decrease in diffusing capacity of uncertain etiology.  It is recommended that the patient have a repeat pulmonary function test with diffusing capacity and high-resolution CT scan of the chest in one year in follow-up in this mild decrease in the current diffusing capacity.

_____
Douglas G. Kelling, Jr., MD

DGK/kbh
06/07/99

Hewlett-Packard PageWriter 200·

240568972

21-May-1999   08:51:19      Ellis Joe
60 Years                     Male

Rate   65
PR    182
QRSD   82
QT    350
QTc   364

--Axis--
P     63
QRS   10
T     10

```
                    NORTHEAST MEDICAL CENTER              CLIENT REPORT
                920 Church St. North  Concord, NC  28025       PAGE   1

    NAME: ELLIS,JOE LOUIS                                  LOC:COINT
    MED.REC.#: 790680          ATTD DR:KELLING JR.,DOUGLAS
    ACCOUNT#: 023852247
    DOB: 03/31/1939            Concord Internal & Pulmonary M
    SSN: 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           200 MEDICAL PARK DRIVE, SUITE
                               CONCORD,NC  28205
```
========================= PHYSICIAN COPY FOR DR: KELLING JR.,DOUGLAS =========================

F8493     COLL:05/21/1999 09:17 REC:05/21/1999 10:15     ORD DR:KELLING JR.,DOUGLAS

```
    URINALYSIS,AUTOMATED W/MI
      URINE TYPE
                              URINE-VOIDED
      URINE GLUCOSE           NEG          [NEG]          MG/DL
      URINE BILE              NEG          [NEG]
      URINE KETONE            NEG          [NEG]          MG/DL
      URINE SPEC. GRAVITY     1.028        [1.005-1.030]
      URINE OCCULT BLOOD      NEG          [NEG]
      PH, URINE               5.0          [5-8]
      PROTEIN,URINE        *  TRACE        [NEG]          MG/DL
      UROBILINOGEN            0.2          [0.2-1.0]      E.U./DL
      NITRATES               NEG          [NEG]
      LEUKOCYTE ESTERASE     NEG          [NEG]
      URINE COLOR            YELLOW
      URINE APPEARANCE       CLEAR
      URINE RBC'S           NONE SEEN      [0-4]          /HPF
      URINE WBC'S           NONE SEEN      [0-4]          /HPF
```

F8490     COLL:05/21/1999 09:25 REC:05/21/1999 09:43     ORD DR:KELLING JR.,DOUGLAS

```
    ARTERIAL BLOOD GAS
      SPECIMEN TYPE          ARTERIAL
      VENTILATION STATUS     ROOM AIR
      PH                     7.41         [7.30-7.49]
      PCO2                   39           [35-45]        MM HG
      PO2                    82           [80-100]       MM HG
      BICARBONATE            25           [22-36]        MMOL/L
      BASE EXCESS            1.3          [0-2]          MMOL/L
      OXYGEN SATURATION      96           [90-97]        %
      TOTAL CO2              26.4         [22-28]        MMOL/L
```

F8491     COLL:05/21/1999 09:25 REC:05/21/1999 09:43     ORD DR:KELLING JR.,DOUGLAS

```
    COMPLETE BLOOD COUNT
      RBC COUNT                4.57       [4.40-6.10]    M/UL
                           CONTINUED
    PAGE   1                              05/24/1999  08:00
    ELLIS,JOE LOUIS                       MR#:790680
    NEW ACTIVITY EPISODE REPORT           LOC:COINT
```

```
                    NORTHEAST MEDICAL CENTER            CLIENT REPORT
              920 Church St. North  Concord, NC  28025      PAGE   1

   NAME: ELLIS,JOE LOUIS                                 LOC:COINT
   MED.REC.#: 790680        ATTD DR:KELLING JR.,DOUGLAS
   ACCOUNT#: 023852247
   DOB: 03/31/1939          Concord Internal & Pulmonary M
   SSN: 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         200 MEDICAL PARK DRIVE, SUITE
                            CONCORD,NC  28205
========================= PHYSICIAN COPY FOR DR: KELLING JR.,DOUGLAS =====================

F8491     COLL:05/21/1999 09:25 REC:05/21/1999 09:43    ORD DR:KELLING JR.,DOUGLAS
```

COMPLETE BLOOD COUNT
| | | | |
|---|---|---|---|
| RBC COUNT | 4.57 | [4.40-6.10] | M/UL |
| HEMOGLOBIN | 14.3 | [13.5-18.0] | G/DL |
| HEMATOCRIT | 42 | [40-52] | % |
| MCV | 93 | [80-100] | FL |
| MCH | 31 | [27-31] | PG |
| MCHC | 34 | [33-36] | % |
| RDW | 13.8 | [12.0-16.0] | UNITS |
| PLATELET | 235 | [150-425] | K/UL |
| MPV | 9.2 | [7.4-10.4] | FL |
| WBC COUNT | 5.9 | [4.0-10.0] | K/UL |
| SEG NEUTROPHIL | 48 | [42-75] | % |
| LYMPHOCYTE | 36 | [18-45] | % |
| MONOCYTE | 7 | [3-12] | % |
| EOSINOPHIL | *H 8 | [0-6] | % |
| BASOPHIL | 1 | [0-2] | % |
| ABSOLUTE NEUTROPHILS | 2.8 | [2-7] | K/UL |

| | | | |
|---|---|---|---|
| SEDIMENTATION RATE | 17 | [0-25] | MM/HR |

COMP. METABOLIC
| | | | |
|---|---|---|---|
| SODIUM | *L 134 | [136-143] | MMOL/L |
| POTASSIUM | 4.0 | [3.5-5.3] | MMOL/L |
| CHLORIDE | 110 | [101-111] | MMOL/L |
| CO2 | 24 | [22-30] | MMOL/L |
| GLUCOSE | *H 135 | [76-113] | MG/DL |
| UREA NITROGEN,BLOOD | *H 23 | [7-21] | MG/DL |
| CREATININE | *H 1.5 | [0.6-1.3] | MG/DL |
| TOTAL PROTEIN | 7.8 | [6.3-8.3] | GM/DL |
| CALCIUM | 9.2 | [9.0-10.6] | MG/DL |
| BILIRUBIN, TOTAL | 0.7 | [0.6-1.7] | MG/DL |
| ALBUMIN | 4.2 | [3.6-5.2] | GM/DL |
| AST | 30 | [13-42] | IU/L |
| ALKALINE PHOSPHATASE | 55 | [30-105] | IU/L |

LIPID PANEL
| | | | |
|---|---|---|---|
| CHOLESTEROL | 171 | [120-200] | MG/DL |
| TRIGLYCERIDES | 91 | [35-210] | MG/DL |
| HDL CHOLESTEROL | 49 | [27-67] | MG/DL |
| LDL CHOLESTEROL | 104 | [104-130] | MG/DL |
| VLDL CHOLESTEROL | 18 | [11-33] | MG/DL |

CONTINUED

NAME:ELLIS,JOE LOUIS                                                LOC:COINT
MR#: 790680                 PHYS: KELLING JR.,DOUGLAS
DOB: 03/31/1939
SSN: 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

F8491      COLL:05/21/1999 09:25 REC:05/21/1999 09:43      ORD DR:KELLING JR.,DOUGLAS


LIPID PANEL
                              (CONTINUED)
    CHOL/HDL RATIO          *L  3.5          [5.0-7.9]

                              <5.0  BELOW AVERAGE CHD RISK (MALE)
                            5.0- 7.9  AVERAGE CHD RISK
                            8.0-12.0  ABOVE AVERAGE CHD RISK
                              >12.0  MUCH ABOVE AVERAGE CHD RISK

RHEUMATOID FACTOR             <20          [<20]          IU/ML

TSH                           2.62 ✓       [0.32-5.00]    UIU/ML

ANA                           NONE DET ✓
                              Reported range:
                              Normal: NONE DET
                              (NOTE)
        ANA samples are screened using an ELISA assay.  All samples that
        screen positive or equivocal are titered using HEp-2 cells, and
        the titer and pattern will be reported.  Anti-nuclear antibodies
        are seen in a variety of systemic rheumatic diseases.  Titers of
        1:40 and even 1:80 may have no significance or be associated
        with aging.
        PERFORMED AT ARUP

RPR                                          [NR]
                           NONREACTIVE ✓




                              END OF REPORT

NorthEast Medical Center
920 Church Street North
Concord, North Carolina 28025
Pulmonary Function Report

Name:ELLIS, JOE                          ID#:790680/024085672ELL
Age:                60 Years            Room:Out/P    Date:21-MAY-99
Sex/Race:           Male  / Black       Temp/Pres: 20 C / 745 mmHg
Height:             69 in   175 cm      Physician:KELLING
Weight:             232 lbs  105 kg     Tested by:DMC
                                        Prev Study:
Diagnosis:          ASB. EXP.           Medication:
Dyspnea:            Yes   How Long:4YRS  Resting:    No    Exer:Yes
Cough:              Yes   How Long:YRS   Productive: Yes   Vol:SML
Smoker:             No

|  |  |  | PRE-RX | | POST-RX | | |
|---|---|---|---|---|---|---|---|
|  |  | PRED | BEST | %PRED | BEST | %PRED | %CHG |
| SPIROMETRY (BTPS) |  |  |  |  |  |  |  |
| FVC | Liters | 4.47 | 3.51 | 79* | 3.02 # | 68* | -14 |
| FEV1 | Liters | 3.17 | 2.77 | 87 | 2.40 | 76* | -13 |
| FEV1/FVC | % | 71 | 79 |  | 79 |  |  |
| FEF25-75% | L/Sec | 3.06 | 2.53 | 83 | 2.28 | 75 | -10 |
| IsoFEF25-75 | L/Sec | 3.06 | 2.53 | 83 | 0.96 # | 31* | -62 |
| FEF75-85% | L/Sec | 0.73 | 0.39 | 54* | 0.37 | 51* | -5 |
| FEF50% | L/Sec | 4.25 | 3.53 | 83 | 2.94 | 69 | -17 |
| PEF | L/Sec | 8.38 | 8.66 | 103 | 8.47 | 101 | -2 |
| FET100% | Sec |  | 11.7 |  | 10.5 |  |  |
| FIVC | Liters | 4.47 | 1.91 # | 43* | 2.30 # | 51* |  |
| PIF | L/Sec |  | 3.10 |  | 5.54 |  |  |
| FEF50/FIF50 | Unitless | < 1.00 | 1.56 |  | 0.59 |  |  |
| Vol Extrap | Liters |  | 0.17 |  | 0.13 |  |  |
| E Code |  |  | 00000 |  | 00000 |  |  |

------
# = OUTSIDE 95% CONFIDENCE INTERVAL   * = OUTSIDE NORMAL RANGE

PAGE 2

## Pulmonary Function Report

Name:ELLIS, JOE                                    ID#:790680/024085672ELL

| | | PRED | PRE-RX AVG | %PRED | POST-RX AVG | %PRED | %CHG |
|---|---|---|---|---|---|---|---|
| **LUNG VOLUMES** | **(BTPS)** | | | | | | |
| VC | Liters | 4.47 | 3.51 | 79* | | | |
| TLC | Liters | 6.42 | 5.45 | 85 | | | |
| RV | Liters | 2.30 | 1.94 | 84 | | | |
| RV/TLC | % | 37 | 36 | | | | |
| FRC N2 | Liters | 3.16 | 2.22 | 70 | | | |
| ERV | Liters | | 0.28 | | | | |
| IC | Liters | | 2.94 | | | | |
| VE | L/Min | 8.6 | 12.0 | 140 | | | |
| Vt | Liters | | 0.87 | | | | |
| f | 1/Min | | 14 | | | | |
| **DISTRIBUTION** | | | | | | | |
| LCI | Unitless | 7.0 | 8.6 | | | | |
| Wash Time | Minutes | | 0.6 | | | | |
| **DIFFUSION** | **( Hb=14.3 g/dl )** | | | | | | |
| DLCO | ml/Min/mmHg | 26.7 | 18.9 | 71* | | | |
| DL Corr | ml/Min/mmHg | 26.7 | 18.9 | 71* | | | |
| DLCO/VA | 1/Min/mmHg | 3.80 | 4.11 | 108 | | | |
| Krogh's K | 1/Min | 3.50 | 3.54 | | | | |
| VA | Liters | | 4.59 | | | | |
| CO T.C. | Sec | 17.1 | 16.9 | | | | |
| IVC | Liters | | 3.00 | | | | |
| FI CH4 | % | | 0.300 | | | | |
| FE CH4 | % | | 0.181 | | | | |
| FI CO | % | | 0.300 | | | | |
| FE CO | % | | 0.098 | | | | |
| BHT | Sec | | 10.38 | | | | |

------

# = OUTSIDE 95% CONFIDENCE INTERVAL   * = OUTSIDE NORMAL RANGE

PAGE 3

## Pulmonary Function Report

Name:ELLIS, JOE                          ID#:790680/024085672ELL

### ARTERIAL BLOOD GASES

|          | Units   | Pred      | Resting |
|----------|---------|-----------|---------|
| %FIO2    | %       | 21        | 21      |
| pH       | ---     | 7.38-7.42 | 7.41    |
| PCO2     | mmHg    | 38-42     | 39      |
| PO2      | mmHg    | 70-82     | 82      |
| HCO3     | mmol/L  | 22-26     | 25      |
| BE       | mmol/L  | +/- 2     | 1.3     |
| %HbO2    | %       | >97       | 96      |
| %HbCO    | %       | <2        | ---     |
| P(A-a)O2 | mmHg    |           | 17      |
| CaO2     | mL/dl   |           | 19      |
| %Shunt   | %       |           | ---     |
| P50      | mmHg    |           | ---     |
| TCO2     | mmol/L  |           | ---     |

------
# = OUTSIDE 95% CONFIDENCE INTERVAL   * = OUTSIDE NORMAL RANGE
CALIBRATION:   PRED: 3.35          ACTUAL: EXP 3.38    INSP 3.36
IPS-0L10-08 IPS-0H10-07  N-1804-4

COMMENTS:

Patient cooperated and tolerated testing well. Reproducible
FVL tracings were obtained. Albuterol inhaler x 2 puffs given.
Patient used his best effort at this time.    D.McDaniel,RRT

INTERPRETATION:

Spirometry is within normal limits. Lung volumes are within
normal limits. There is a mild decrease in diffusing capacity.
There is an insignificant response to bronchodilator.

D. Kelling, Jr., M.D./msm

NorthEast Medical Center
920 Church Street North
Concord, North Carolina 28025
Pulmonary Function Report

Name:ELLIS, JOE                         ID#:790680/024085672ELL
Age:              60 Years              Room:Out/P     Date:21-MAY-99
Sex/Race:         Male   / Black        Temp/Pres: 20 C / 745 mmHg
Height:            69 in   175 cm       Physician:KELLING
Weight:           232 lbs  105 kg       Tested by:DMC

                                        Prev Study:
Diagnosis:        ASB. EXP.             Medication:
Dyspnea:          Yes    How Long:4YRS  Resting:   No      Exer:Yes
Cough:            Yes    How Long:YRS   Productive: Yes    Vol:SML
Smoker:           No





```
Name: ELLIS, JOE                                Date: 21-MAY-99
ID #: 790680/024085672ELL
```

| Post-Rx | PRED | LAST @ 1 | Trl 1 | Trl 2 (Best) | Trl 3 | BEST | %PRED | %Chg |
|---|---|---|---|---|---|---|---|---|
| FVC | 4.47 | | 2.91 | 3.02 | 3.15 | 3.02 | 68 * | -14 |
| FEV1 | 3.17 | | 2.36 | 2.40 | 2.49 | 2.40 | 76 * | -13 |
| FEV1/FVC | 71 | | 81 | 79 | 79 | 79 | | |
| FEF25-75% | 3.06 | | 2.49 | 2.28 | 2.45 | 2.28 | 75 | -10 |
| IsoFEF25-75 | 3.06 | | 0.73 | 0.96 | 1.27 | 0.96 | 31 * | -62 |
| FEF75-85% | 0.73 | | 0.41 | 0.37 | 0.34 | 0.37 | 51 * | -5 |
| FEF50% | 4.25 | | 3.40 | 2.94 | 3.62 | 2.94 | 69 | -17 |
| PEF | 8.38 | | 8.27 | 8.47 | 7.95 | 8.47 | 101 | -2 |
| FET100% | | | 10.2 | 10.5 | 12.1 | 10.5 | | |
| FIVC | 4.47 | | 2.59 | 2.30 | 1.85 | 2.30 | 51 * | |
| PIF | | | 4.69 | 5.54 | 4.46 | 5.54 | | |
| FEF50/FIF50 | <1.00 | | 0.81 | 0.59 | 0.91 | 0.59 | | |
| Vol Extrap | | | 0.11 | 0.13 | 0.19 | 0.13 | | |
| E Code | | | 000 | 000 | 100 | 00000 | | |

```
Name: ELLIS, JOE                                  Date: 21-MAY-99
ID #: 790680/024085672ELL

Pre-Rx          PRED    LAST    Trl 1   Trl 2   Trl 3   BEST    %PRED
                        @ 2
DLCO            26.7            19.3    18.6            18.9    71 *
DL Corr         26.7            19.4    18.7            18.9    71 *
DLCO/VA         3.80            4.20    4.05            4.11    108
Krogh's K       3.50            3.62    3.49            3.54
VA                              4.59    4.59            4.59
CO T.C.         17.1            16.6    17.2            16.9
IVC                             2.97    3.02            3.00
FI CH4                          0.300   0.300           0.300
FE CH4                          0.179   0.182           0.181
FI CO                           0.300   0.300           0.300
FE CO                           0.096   0.099           0.098
BHT                             10.30   10.46           10.38
```

```
Name: ELLIS, JOE                                    Date: 21-MAY-99
ID #: 790680/024085672ELL
```

| Pre-Rx | PRED | LAST @ 2 | Trl 1 | Trl 2 | Trl 3 (Best) | BEST | %PRED |
|--------|------|----------|-------|-------|--------------|------|-------|
| FVC | 4.47 | | 3.42 | 3.35 | 3.51 | 3.51 | 79 * |
| FEV1 | 3.17 | | 2.64 | 2.59 | 2.77 | 2.77 | 87 |
| FEV1/FVC | 71 | | 77 | 77 | 79 | 79 | |
| FEF25-75% | 3.06 | | 2.27 | 2.18 | 2.53 | 2.53 | 83 |
| IsoFEF25-75 | 3.06 | | 2.27 | 2.18 | 2.53 | 2.53 | 83 |
| FEF75-85% | 0.73 | | 0.29 | 0.31 | 0.39 | 0.39 | 54 * |
| FEF50% | 4.25 | | 3.58 | 2.76 | 3.53 | 3.53 | 83 |
| PEF | 8.38 | | 8.23 | 8.67 | 8.66 | 8.66 | 103 |
| FET100% | | | 13.1 | 13.7 | 11.7 | 11.7 | |
| FIVC | 4.47 | | 2.51 | 2.50 | 1.91 | 1.91 | 43 * |
| PIF | | | 5.70 | 5.21 | 3.10 | 3.10 | |
| FEF50/FIF50 | <1.00 | | 0.68 | 0.54 | 1.56 | 1.56 | |
| Vol Extrap | | | 0.20 | 0.18 | 0.17 | 0.17 | |
| E Code | | | 100 | 100 | 000 | 00000 | |

*Rec'd 8/20/02*

**ROBERT A. ROSTAND, M.D.**
INTERNAL MEDICINE - PULMONARY MEDICINE

CORNERSTONE
health care

624 QUAKER LANE, SUITE C-100, HIGH POINT, NC 27262
PHONE (910) 882-7255, FAX 882-5800

August 5, 1999

N. C. Industrial Commission
430 North Salisbury Street
Raleigh, NC  27611

Re:  Bill Harrison Smith
IC#:  808857

Vs:  Hoechst Celanese

Dear Commissioner:

Bill Smith is a 70 year old retired gentleman from Woodleaf, North Carolina, whom I examined on 7/28/99, at the request of the Industrial Commission in regards to his claim for Workmen's Compensation due to alleged asbestos related disease of lung and/or pleura.  Enclosed is my evaluation.

OCCUPATIONAL HISTORY:  Mr. Smith worked for Hoechst Celanese from 1974 until his retirement in 1992.  For the first year he drove a forklift truck and for the remainder of his time he was employed as a staple spinner manufacturing polyester fiber.  He was exposed to dust from asbestos insulation during his entire employment at Hoechst Celanese.  His exposure was passive, but constant.  He states that asbestos dust was present in the environment, was swept away, blown off, etc.  He himself did not remove or install any asbestos containing insulation.  He states that the work environment was dusty and that he wore no respiratory protection.  From 1953 until 1974, when he was employed by Hoechst Celanese, he was a truck driver.  In 1969, he had a serious motor vehicle accident resulting in bilateral rib fractures, bilateral pneumothoraces requiring hospitalization, and bilateral chest tube drainage.  He served in the United States Army from 1951 through 1954, at Fort Jackson, South Carolina and Camp Gordan, Georgia, without any significant health problems.

HISTORY OF PRESENT ILLNESS:  Mr. Smith gives no history of asthma, croup or pneumonia as a child.  He states that his respiratory problems began approximately seven years ago when he noticed exertional dyspnea.  His shortness of breath has gotten worse over the past twelve to eighteen months such that now with any physical exertion he gets out of breath.  He describes a morning cough productive of scant mucoid sputum.  He denies any hemoptysis.  He notices wheezing and has noticed that his nebulizers give him some temporary relief.  He has a history of three or four episodes of pneumonia in the past.  There is no history of tuberculosis.  His appetite is good, his weight has remained stable.  He has a history of cigarette smoking from approximately 1940 through 1981, when he stopped.  He smoked 1½ to 2½ packs of cigarettes per day.  There is no history of heart disease.

MEDICATIONS:  Aspirin 1 tab daily, Ibuprofen as needed, Serevent Inhaler as needed, Albuterol Inhaler as needed.

FAMILY HISTORY:  One sister had chronic obstructive pulmonary disease and one brother had breathing problems.

N.C. Industrial Commission          Page 2          Bill Harrison Smith

SOCIAL HISTORY:  Mr. Smith is married with four children.  He has a 10th grade education.  He does not use ethanol.  His cigarette smoking history is as noted above.

PAST MEDICAL HISTORY:  Positive for skin cancer, back surgery and a motor vehicle accident in 1969, with resultant bilateral rib fractures, bilateral pneumothorax as noted above.

REVIEW OF SYSTEMS:  Non-contributory.

PHYSICAL EXAMINATION:  Vital signs:  Blood pressure 160/80; pulse 75 and regular; temperature afebrile; height 5'11"; weight 205 pounds.

Mr. Smith appears as a pleasant well developed white male in no acute respiratory distress, but with audible expiratory wheezing.  Examination of head, eyes, ears, nose and throat is unremarkable.  Fundoscopic examination is normal.  Neck supple, thyroid not enlarged.  Carotid pulsations are 2+ without bruits.  No supraclavicular lymphadenopathy is noted.  Heart regular rhythm without murmur, rubs or gallops.  Chest increased AP diameter with diminished breath sounds, expiratory prolongation and terminal expiratory wheezing.  No rubs or rales are noted.  Abdomen soft, bowel sounds active.  No masses, tenderness or hepatosplenomegaly are appreciated.  Extremities reveal no edema, clubbing or cyanosis.  Peripheral pulses are 2+ without bruits.  Neurological examination is intact.  Examination of rectum and genitalia is deferred.

LABORATORY AND X-RAY DATA:  Complete blood count and urinalysis are within normal limits..  Comprehensive metabolic panel is within normal limits except for non-fasting elevation of serum glucose.  Electrocardiogram is unremarkable except for an occasional PAC.  Pulmonary function studies reveal a severe obstructive ventilatory defect with improvement following nebulized bronchodilators.  Lung volumes are within normal limits.  Diffusion capacity and PO2 are reduced.  A superimposed restrictive ventilatory defect cannot be excluded.  Chest x-ray dated 8/20/97, reveals bilateral healed rib fractures with dense pleural thickening bilaterally, right side greater than the left.  There are changes of chronic obstructive pulmonary disease, namely hyperinflation and reticular interstitial markings.  High resolution CT scan of chest dated same day reveals no pleural plaques, calcified or otherwise, hyperinflation and non-specific diffuse interstitial changes.

Information provided to me by the Industrial Commission includes Mr. Smith's work history as well as a pulmonary evaluation performed by Dr. Douglas Kelling, dated 11/28/97.  In addition, I have been provided with information by Mr. Hatcher Kincheloe which includes a review of chest x-ray and high resolution CT scans, a pulmonary evaluation performed by Dr. Ted Kuntsling and office notes from Dr. Lomax, as well as Dr. Kelling's evaluation dated 11/28/97, and Dr. Dula's interpretation of chest x-rays and high resolution CT scans.

IMPRESSION:   1)  History of occupational exposure to asbestos without evidence of asbestos related disease of lung and pleura.

              2)  Chronic obstructive pulmonary disease with reversible bronchospasm.

              3)  History of multiple rib fractures with bilateral pneumo-         —
thorax requiring bilateral chest tubes subsequent to motor vehicle accident in 1969.

N.C..Industrial Commission        Page 3        Bob Harrison Smith

       4)  History of pneumonia.

       5)  History of back surgery.

COMMENTS:    1)  Mr. Smith gives a history of occupational exposure to asbestos containing materials in the work environment at Hoechst Celanese.

       2)  I do not believe that there is evidence to support a clinical diagnosis of asbestos related disease of lung and pleura.  I believe the changes noted on PA and lateral chest x-rays can be explained on the basis of Mr. Smith's severe chronic obstructive pulmonary disease as well as his motor vehicle accident in 1969 with resultant bilateral rib fractures.  Pleural changes noted on chest x-ray I believe are related to the motor vehicle accident.  The interstitial changes noted on high resolution CT scan are very non-specific.

       3)  I can identify no work related disease or physical condition at the present time.

       4)  Mr. Smith has several other medical problems noted above which are not related to his occupation.

       5)  Mr. Smith's occupational exposure to asbestos has placed him at a greater risk of developing pleuro-pulmonary malignancies than a member of the general public not so exposed.  Mr. Smith should have regular periodic medical evaluations including chest x-rays.  This is especially so in view of his long-standing cigarette smoking history and his history of occupational exposure to asbestos.

       6)  Mr. Smith's total impairment at the present time is on the basis of his chronic obstructive pulmonary disease.  I do not believe that he will be able to return to gainful employment due to the severity of his COPD.

       7)  Mr. Smith has a Class IV or 50 to 100% respiratory impairment by AMA criteria.  It is this examiner's opinion that all of the pulmonary function abnormality is on the basis of his chronic obstructive pulmonary disease.  The superimposed restrictive ventilatory defect which is alluded to in the pulmonary function interpretation is probably due to the pleural changes resultant from his motor vehicle accident in 1969.

       8)  I am unable to date the onset of Mr. Smith's disability.

       9)  Mr. Smith will require continued medical surveillance in view of his risk for the development of pleuro-pulmonary malignancies given his occupational exposure to asbestos and his long-standing cigarette smoking history.

       10)  Mr. Smith should not be employed in an area where he will be exposed to asbestos in the work environment.  It is no anticipated that he will return to gainful employment given his age and his retirement.

Respectfully submitted,

Robert A. Rostand, M.D.

RAR/db

**CORNERSTONE**
LABORATORY SERVICES
708 N. ELM ST. • HIGH POINT, NC 27262
PHONE (336) 886-2320 • FAX (336) 886-2321
DIRECTOR
BERNARD CHINNASAMI, M.D.

**LABORATORY REPORT**

**PHYSICIAN**
ROBERT A ROSTAND, MD
624 QUAKER LANE
SUITE C-100
HIGH POINT, NC 27262

**PATIENT INFORMATION**

SMITH, BILL
MR#: C000127588        SSN:
DOB: 08/09/29        AGE: 69Y     SEX: M
ROOM/BED:            LOCATION: CLS
ACC #: 11130090      ACCDATE:   07/28/99

REPORT DT:07/28/99 REPORT TIME: 19:42

| TEST | NORMAL RESULTS | ABNORMAL | | REFERENCE RANGE | UNITS |
|------|--------|----------|---|-----------------|-------|
| 278-2322 | | | | | |
| CBC WITH DIFF | | | | | |
| COLL: 07/28/99 14:32 R | | | | | |
| WBC | 6.2 | | | 4.0-10.5 | x10^3/ |
| RBC | | 4.67 | L | 4.70-6.00 | x10^6/ |
| HGB | 15.0 | | | 13.5-18.0 | g/dL |
| HCT | 45.3 | | | 41.0-53.0 | % |
| MCV | 96.9 | | | 78.0-100.0 | um^3 |
| MCH | 32.1 | | | 26.0-34.0 | pg |
| MCHC | 33.1 | | | 32.0-36.0 | g/dL |
| RDW | 12.3 | | | 11.5-14.0 | % |
| PLATELET COUNT | 186 | | | 150-400 | x10^3/ |
| MEAN PLT VOLUME | 8.8 | | | 6.0-9.5 | um^3 |
| LYMPH % | 31.7 | | | 20.5-45.5 | % |
| MONO % | 7.6 | | | 5.5-11.7 | % |
| GRAN % | 54.2 | | | 43.0-65.0 | % |
| EOS % | | 5.7 | H | 0.9-5.4 | % |
| BASO % | 0.8 | | | 0.2-1.0 | % |
| LYMPH ABSOLUTE # | 2.0 | | | 1.3-2.9 | x10^3 |
| MONO ABSOLUTE # | 0.5 | | | 0.3-0.8 | x10^3 |
| GRANULOCYTE ABSOLUTE # | 3.3 | | | 1.5-6.6 | x10^3 |
| EOS ABSOLUTE # | 0.4 | | | 0.0-0.4 | x10^3 |
| BASO ABSOLUTE # | 0.0 | | | 0.0-0.1 | x10^3 |
| URINALYSIS, WITH MICROSCOPIC | | | | | |
| COLL: 07/28/99 14:32 R | | | | | |
| SPECIFIC GRAVITY | 1.020 | | | | |
| pH | 5 | | | | |
| LEUKOCYTES | NEG | | | | |
| NITRITE | NEG | | | | |
| PROTEIN | NEG | | | | |
| GLUCOSE | NEG | | | | |
| KETONE | NEG | | | | |
| UROBILINOGEN | NORMAL | | | | mg/dL |
| BILIRUBIN | NEG | | | | |
| BLOOD | NEG | | | | |

# CORNERSTONE

**LABORATORY REPORT**

LABORATORY SERVICES
708 N. ELM ST. • HIGH POINT, NC 27262
PHONE (336) 886-2320 • FAX (336) 886-2321
**DIRECTOR**
BERNARD CHINNASAMI, M.D.

**PATIENT INFORMATION**

SMITH, BILL
MR#: C000127588       SSN:
DOB: 08/09/29         AGE: 69Y    SEX: M
ROOM/BED:             LOCATION: CLS
ACC #: 11130090       ACCDATE:  07/28/99

REPORT DT:07/28/99 REPORT TIME: 19:42

**PHYSICIAN**

ROBERT A ROSTAND, MD
624 QUAKER LANE
SUITE C-100
HIGH POINT, NC 27262

| TEST | NORMAL | RESULTS ABNORMAL | | REFERENCE RANGE | UNITS |
|------|--------|---------|---|-----------------|-------|
| COMPREHENSIVE METABOLIC PANEL | | | | | |
| COLL: 07/28/99 14:32 R | | | | | |
| SODIUM | 142 | | | 135-145 | mmol/L |
| POTASSIUM | 5.0 | | | 3.5-5.1 | mmol/L |
| CHLORIDE | 106 | | | 96-110 | mmol/L |
| CO2 | 31 | | | 23-33 | mmol/L |
| GLUCOSE | | 141 | H | 70-108 | mg/dL |
| BUN | 12 | | | 6-22 | mg/dL |
| CREATININE | 1.0 | | | 0.7-1.4 | mg/dL |
| CALCIUM | 9.2 | | | 8.5-10.2 | mg/dL |
| TOTAL BILIRUBIN | 0.6 | | | 0.1-1.20 | mg/dL |
| ALKALINE PHOSPHATASE | 65 | | | 50-130 | U/L |
| AST/GOT | 23 | | | 12-45 | U/L |
| TOTAL PROTEIN | 6.5 | | | 6.1-8.0 | g/dL |
| ALBUMIN | 4.0 | | | 3.5-4.8 | g/dL |
| BUN/CREAT RATIO | 12.0 | | | 10.0-20.0 | RATIO |
| GLOBULIN | 2.5 | | | | g/dL |
| A/G RATIO | 1.6 | | | 0.8-2.0 | RATIO |



Name: SMITH BILL
ID :
Date: 07/28/99  Time: 13:01
Age : 69      Sex : Male
Hgt : 71      Wgt : 205
Med1:
Med2:
Race: Caucasian
Cmnt: RA ROSTAND MD

ATR RATE ___75___  VENT. RATE __75__
INTERVALS: P-R ___  QRS. ___
AXIS: +60
RHYTHM: NSR
INTERPRETATION:

Dec PAC o/w
WNL

Speed: 25 mm/s      ECG filter: On

Mega Point Diagnostic Systems
Pulmonary Function Testing

PT: BILL SMITH                                     SEX: M    PT#: 105635113
                                                  AGE: 69   RM#:
                                  HT: 72.0 in      ADDL.ID:
                                  WT: 195.0 lb     DATE: 07/28/99
PHYSICIAN: ROSTAND                                TIME: 09:52:43
TECH: DEBBIE MCCRAY,CRTT                          HOSP.ID: HPRMC
SMK HX: QUIT 18Y;(CIGARETTES 40Y 1.5P/DAY    60PACK/YRS)
OCC: RETIRED 18Y                   HAZARD: ASBESTOS

|  | | Pre-Drug* | | | Post-Drug* | | Ventolin |
| Spirometry | | Actual | %Pred | Predicted | Actual | %Pred | %Chg |
|---|---|---|---|---|---|---|---|
| FVC | (L) | 2.07 | 45 | 4.60 | 2.67 | 58 | 28 |
| FEV.5 | (L) | 0.55 | | | 0.82 | | 50 |
| FEV1 | (L) | 0.91 | 25 | 3.63 | 1.32 | 36 | 44 |
| FEV3 | (L) | 1.60 | 39 | 4.14 | 2.16 | 52 | 34 |
| FEF25-75% | (L/S) | 0.45 | 13 | 3.57 | 0.64 | 18 | 41 |
| MET | (SBC) | 2.30 | | | 2.09 | | -9 |
| FEFmax | (L/S) | 1.39 | 16 | 8.78 | 1.93 | 22 | 38 |
| FEF25% | (L/S) | 0.77 | 10 | 8.06 | 1.39 | 17 | 80 |
| FEF50% | (L/S) | 0.51 | 11 | 4.44 | 0.78 | 17 | 53 |
| FEF75% | (L/S) | 0.14 | 9 | 1.60 | 0.34 | 21 | 142 |
| FEV.5/FVC | (%) | 26 | | | 31 | | 16 |
| FEV1/FVC | (%) | 44 | 55 | 79 | 49 | 62 | 12 |
| FEV3/FVC | (%) | 77 | 86 | 90 | 81 | 90 | 4 |

| | | Pre-Drug* | | |
| Spirometry | | Actual | %Pred | Predicted |
|---|---|---|---|---|
| MVV | (L/MIN) | 49 | 46 | 106 |
| Test Length | (SEC) | 12.00 | | |

| | | Pre-Drug* | | |
| Spirometry | | Actual | %Pred | Predicted |
|---|---|---|---|---|
| SVC | (L) | 2.98 | 65 | 4.60 |
| Test Length | (SEC) | 21.00 | | |

| | | Pre-Drug* Avg | | |
| Lung Volumes | | Actual | %Pred | Predicted |
|---|---|---|---|---|
| TLC | (L) | 6.12 | 88 | 6.99 |
| FRC | (L) | 3.85 | 98 | 3.92 |
| RV | (L) | 3.14 | 118 | 2.66 |
| VC | (L) | 2.98 | 65 | 4.60 |
| IC | (L) | 2.26 | 74 | 3.07 |
| ERV | (L) | 0.72 | 57 | 1.26 |
| RV/TLC | (%) | 51 | 127 | 40 |
| He Equil. | (MIN) | 2.25 | | |

| | | Pre-Drug* Avg | | |
| Diffusion | | Actual | %Pred | Predicted |
|---|---|---|---|---|
| DCO ml/min/mmHg | | 20.79 | 81 | 25.71 |
| Dsb ml/min/mmHg | | 15.34 | 60 | 25.71 |

ABG PH 7.42 PCO2 43 PO2 65 HCO3 27 ABE 3.0 SAT 93.



**FINDINGS:**

Severe obstructive ventilatory defect with improvement after nebulized bronchodilators. Lung volumes are within normal limits. DLCO is reduced. ABG reveal moderate hypoxemia. Superimposed restrictive ventilatory defect cannot be excluded.

_____

Physician's Signature

Spectrum Laboratory Network Report

| | |
|---|---|
| Robert A Rostand, MD | Name: SMITH, BILL |
| 624 Quaker Lane | MR#: H000000000272214 Acct#:  10563513 |
| Suite C-100 | DOB: 08/09/29     Age: 69Y   Sex: M |
| High Point,NC 27262 | Room/Bed:        Location: R |
| Ordering: Robert A Rostand, MD | Acc #: 20149425   Acc Date: 07/28/99 |
| cc: Robert A Rostand, MD | Chart:          Pt Phn: |
| | Req Loc: 20  Report Dt:07/28/99 Report Time: 09:50 |

| Test | Results | Reference Range | |
|---|---|---|---|
| ARTERIAL BLOOD GASES (B)  [RC] | | | |
| COLL: 07/28/99 09:40 B | | | |
| O2 Equipment | ROOM AIR | | |
| Patient Temperature | 98.6 | | F |
| pH | 7.420 | 7.340-7.450 | |
| pCO2 | 43.0 | 32.0-45.0 | mmHg |
| pO2 | 65.0 | 75.0-100.0 | mmHg |
| Bicarbonate | 27.4 | 20.0-26.0 | mmol/L |
| Acid-Base Excess | 3.0 | -3.3-2.3 | mmol/L |
| Total Hemoglobin | 15.5 | 13.5-18.0 | g/dL |
| Oxygen Saturation | 93.0 | 95.0-98.0 | % |
| Carboxyhemoglobin | 1.2 | 0.0-1.5 | % |
| Oxygenated Hemoglobin | 91.6 | 94.0-100.0 | % |
| Total Oxygen Content | 19.9 | 15.0-23.0 | % OF VOL |

[RC] Test ABG performed by:
        Respiratory Care
        High Point Regional Hosp
        601 North Elm Street
        High Point, NC 27261

20149425/81484          08/09/29 M
SMITH, BILL
H000000000272214                  R

RESPCARE
ABG
B                                 07/28/99
ABG=B                             09:40

Spectrum Laboratory Network Report

```
Robert A Rostand, MD                 Name: SMITH, BILL
624 Quaker Lane                      MR#: H000000000272214 Acct#:  10563513
Suite C-100                          DOB: 08/09/29      Age: 69Y    Sex: M
High Point,NC 27262                  Room/Bed:          Location: R
Ordering: Robert A Rostand, MD       Acc #: 20149425    Acc Date: 07/28/99
cc: Robert A Rostand, MD             Chart:             Pt Phn:
                      Req Loc: 20    Report Dt:07/28/99 Report Time: 10:51
```

| Test | Results | Reference Range |
|------|---------|-----------------|
| ARTERIAL BLOOD GASES (B)  [RC] | | |
| COLL: 07/28/99 09:40 B | | |
| O2 Equipment | ROOM AIR | |
| Patient Temperature | 98.6 | F |
| pH | 7.420 | 7.340-7.450 |
| pCO2 | 43.0 | 32.0-45.0    mmHg |
| pO2 | 65.0 | 75.0-100.0   mmHg |
| Bicarbonate | 27.4 | 20.0-26.0    mmol/L |
| Acid-Base Excess | 3.0 | -3.3-2.3     mmol/L |
| Total Hemoglobin | 15.5 | 13.5-18.0    g/dL |
| Oxygen Saturation | 93.0 | 95.0-98.0    % |
| Carboxyhemoglobin | 1.2 | 0.0-1.5      % |
| Oxygenated Hemoglobin | 91.6 | 94.0-100.0   % |
| Total Oxygen Content | 19.9 | 15.0-23.0    % OF VO |

```
[RC] Test ABG performed by:
        Respiratory Care
        High Point Regional Hosp
        601 North Elm Street
        High Point, NC 27261
```

FINAL        Report                    (Original)                    Page  1 of  1

SPECTRUM LABORATORY NETWORK
A TRIAD HEALTH ALLIANCE MEMBER COMPANY

*Filed 8/20/02*

**ROBERT A. ROSTAND, M.D.**
INTERNAL MEDICINE · PULMONARY MEDICINE

CORNERSTONE

604 QUAKER LANE, SUITE C-100, HIGH POINT, NC 27262
PHONE (910) 882-7255, FAX 882-5800

July 12, 1999

N. C. Industrial Commission
430 North Salisbury Street
Raleigh, NC  27611

Re:  Charles Thomas Daniels Vs Hoechst Celanese
IC#: 721698

Dear Commissioner:

Charles Danniels is a 59 year old former Hoechst Celanese employee whom I examined on July 7, 1999, at the request of the Industrial Commission in regards to his claim for workmen's compensation due to alleged asbestos related disease of lung and/or pleura.  Enclosed is my evaluation.

OCCUPATIONAL HISTORY:  Mr. Daniels was employed at Hoechst Celanese from March 1968 until his retirement in April 1998.  He was a mechanic at Hoechst Celanese who repaired machines, as well as for approximately ten years, did insulation work.  During this period of time, he was exposed to asbestos insulation which he removed as well as installed without benefit of respiratory protection.  He stated that from time to time he removed asbestos insulation from pipes and vessels and occasionally mixed asbestos "mud".  He did some asbestos sawing.  For the rest of his time at Hoechst Celanese, he worked in areas where other individuals were removing asbestos insulation.  Four year prior to working at Hoechst Celanese, he did some stone grinding for a company making sink tops for laboratories.  Since his retirement from Hoechst Celanese, he has been doing some construction work.  No other significant occupational history can be elicited from Mr. Daniels at the present time.

HISTORY OF PRESENT ILLNESS:  Mr. Daniels describes a five to ten year history of exertional dyspnea.  He states that his shortness of breath has actually improved since he quit smoking ten to twelve years ago.  Mr. Daniels smoked 1½ packs of cigarettes per day for approximately 20 to 25 years before stopping.  He notes some occasional wheezing and an occasional episode of bronchitis.  In 1998, he was treated for pneumonia.  He states that when he was seven or eight years old, he had pneumonia.  There is no history of asthma, tuberculosis or hemoptysis.  He does describe an occasional cough with sputum production.  In 1998, he had a negative heart catheterization.

MEDICATIONS:  None.

PAST MEDICAL HISTORY:  Significant for appendicitis and a kidney stone.

SOCIAL HISTORY:  Mr. Daniels is married with three children.  He has a GED diploma which he gained in the Navy where he was employed as a gunner's mate.  Cigarette smoking history is as noted above.  He does not use ethanol.

FAMILY HISTORY:  Non-contributory.

REVIEW OF SYSTEMS:  Non-contributory.

N.C. Industrial Commission        Page 2        Charles Thomas Daniels

PHYSICAL EXAMINATION:  Vital signs:  Temperature afebrile; height 5'5";
weight 180 pounds; blood pressure 150/70; pulse 80 and regular.

Mr. Daniels is a well nourished white male in no acute distress.  Exami-
nation of head, eyes, ears, nose and throat is within normal limits.  Fundo-
scopic examination normal. Neck supple, thyroid not enlarged.  Carotid
pulsations are 2+ without bruits.  Chest clear to percussion and auscultation.
Heart regular rhythm without murmur, rubs or gallops.  Abdomen soft, bowel
sounds active.  No masses, tenderness or hepatosplenomegaly are appreciated.
Extremities reveal no edema, clubbing or cyanosis.  Peripheral pulses are 2+
without bruits.  Neurological examination reveals no focal abnormalities.
Examination of rectum and genitalia is deferred.

LABORATORY AND X-RAY DATA:  Complete blood count and urinalysis are unre-
markable except for non-fasting serum glucose of 217 mg/dl.  Electrocardio-
gram is within normal limits.  Pulmonary function studies reveal mild chronic
airway obstruction with improvement following nebulized bronchodilators.
Arterial blood gases and diffusion capacity for carbon monoxide are within
normal limits.  Lung volume determination could not be performed due to
technical problems.  I reviewed the high resolution CT scan and chest x-ray
dated 12/20/1996.  I find no evidence of interstitial lung disease nor any
evidence of pleural effusion or pleural calcifications on the PA and lateral
views of the chest.  Reviewing the high resolution CT scan reveals one area
of focal pleural thickening on the right, but no calicified pleural plaques,
pleural effusions or interstitial changes are noted.  Some mild bronchiectatic
changes are noted at the lung bases.

Information provided to me by the Industrial Commission includes Mr. Daniels'
work history and a pulmonary evaluation performed by Dr. Douglas Kelling, Jr.
dated 5/16/97.

IMPRESSION:   1)  Occupational exposure to asbestos without evidence of
asbestos related disease of lung and/or pleura.

            2)  Chronic obstructive pulmonary disease by history and
pulmonary function testing due to cigarette smoking.

            3)  Mild exogenous obesity with elevated serum glucose,
? diabetes mellitus.

            4)  History of pneumonia as a child and again in 1998.

COMMENTS:    1)  Mr Daniels gives a history of occupational exposure to
asbestos without benefit of respiratory protection while employed at Hoechst
Celanese.

            2)  I can identify no evidence of asbestos related disease of
lung and/or pleura.

            3)  I can identify no other work related diseases or physical
conditions at the present time.

            4)  Mr. Daniels has several other medical problems noted above
which are not related to his former occupation.

            5)  I believe, at the present time, that Mr. Daniels' sole
physical impairment is on the basis of his chronic obstructive pulmonary
disease secondary to his long-standing history of cigarette smoking.

N.C. Industrial Commission          Page 3          Charles Thomas Daniels

6)  Mr. Daniels has a Class II or 10 to 25% respiratory impairment by AMA criteria.  It is this examiner's opinion that all of this respiratory impairment is on the basis of his cigarette smoking.

7)  I am unable to date the onset of this respiratory impairment.

8)  Because of Mr. Daniels' history of occupational exposure to asbestos and his long-standing cigarette smoking history, he is at risk for the development of pleuro-pulmonary malignanacies, and therefore should be followed periodically and should also obtain periodic chest x-rays.

9)  For the reasons stated above, Mr. Daniels will require continued medical surveillance to include periodic chest x-rays.

10)  Mr. Daniels should not be employed in areas where he will be exposed to asbestos in the work environment.  Should he be so exposed, then appropriate respiratory protection is required.

Respectfully submitted,

Robert A. Rostand, M.D.

RAR/db

PT: CHARLES DANIELS

SEX: M   PT#: 10558036
AGE: 59   RM#:

HT: 66.5 in   ADDL.ID:
WT: 170.0 lb   DATE: 07/07/99
TIME: 10:44:06

PHYSICIAN: ROSTAND   HOSP.ID: HPRMC
TECH: DEBBIE MCCRAY,CRTT
SMK HX: QUIT 10Y;(CIGARETTES 25Y 1.5P/DAY   37PACK/YRS)
OCC:   HAZARD: ASBESTOS

| Spirometry | | Pre-Drug* Actual | %Pred | Predicted | Post-Drug* Actual | %Pred | Ventolin %Chg |
|---|---|---|---|---|---|---|---|
| FVC | (L) | 2.56 | 69 | 3.72 | 3.04 | 82 | 18 |
| FEV.5 | (L) | 1.32 | | | 1.58 | | 19 |
| FEV1 | (L) | 1.78 | 59 | 3.00 | 2.09 | 70 | 17 |
| FEV3 | (L) | 2.39 | 67 | 3.57 | 2.78 | 78 | 16 |
| FEF25-75% | (L/S) | 1.17 | 38 | 3.12 | 1.30 | 42 | 10 |
| MET | (SEC) | 1.10 | | | 1.17 | | 6 |
| FEFmax | (L/S) | 4.95 | 63 | 7.82 | 5.68 | 73 | 14 |
| FEF25% | (L/S) | 2.98 | 42 | 7.18 | 4.47 | 62 | 49 |
| FEF50% | (L/S) | 1.33 | 35 | 3.85 | 1.57 | 41 | 18 |
| FEF75% | (L/S) | 0.50 | 36 | 1.40 | 0.49 | 35 | -1 |
| FEV.5/FVC | (%) | 51 | | | 52 | | 1 |
| FEV1/FVC | (%) | 69 | 86 | 80 | 69 | 86 | 0 |
| FEV3/FVC | (%) | 93 | 97 | 96 | 92 | 95 | -1 |

| Spirometry | | Pre-Drug* Actual | %Pred | Predicted |
|---|---|---|---|---|
| MVV | (L/MIN) | 78 | 75 | 105 |
| Test Length | (SEC) | 12.00 | | |

| Spirometry | | Pre-Drug* Actual | %Pred | Predicted |
|---|---|---|---|---|
| SVC | (L) | 3.12 | 84 | 3.72 |
| Test Length | (SEC) | 22.40 | | |

| Lung Volumes | | Pre-Drug* Avg Actual | %Pred | Predicted |
|---|---|---|---|---|
| TLC | (L) | -0.67 | -10 | 5.83 |
| FRC | (L) | -3.57 | -110 | 3.21 |
| RV | (L) | -3.79 | -178 | 2.12 |
| VC | (L) | 3.12 | 84 | 3.72 |
| IC | (L) | 2.90 | 111 | 2.62 |
| ERV | (L) | 0.22 | 20 | 1.09 |
| RV/TLC | (%) | 566 | 1532 | 37 |
| He Equil | (MIN) | 2.50 | | |

| Diffusion | Pre-Drug* Avg Actual | %Pred | Predicted |
|---|---|---|---|
| DCO ml/min/mmHg | 0.00 | 0 | 26.11 |
| Dsb ml/min/mmHg | 24.51 | 94 | 26.11 |

MACHINE MALFUNCTIONON FRC TEST RESULTS INACCURATE...
ABG PH 7.41 PCO2 40 PO2 80 HCO3 245 ABE 0.7 SAT 96.



Mild Obstructive Ventilatory Defect
with improvement after nebulized
bronchodilator. The CO Diffusing Capacit
at rest is within normal limits as
are ABG's. Lung volumes are not
determined due to technical problems.


IMPRESSION: Mild Chronic Airway
            Obstruction.



Robert A. Rostand, M.D.



Physician's Signature

## CORNERSTONE
### LABORATORY SERVICES
708 N. ELM ST. • HIGH POINT, NC 27262
PHONE (336) 886-2320 • FAX (336) 886-2321
**DIRECTOR**
BERNARD CHINNASAMI, M.D.

**LABORATORY REPORT**

**PHYSICIAN**
ROBERT A ROSTAND, MD
624 QUAKER LANE
SUITE C-100
HIGH POINT, NC 27262

**PATIENT INFORMATION**

DANIELS, CHARLES
MR#: C000128172          SSN:
DOB: 05/29/40            AGE: 59Y    SEX: M
ROOM/BED:                LOCATION: CLS
ACC #: 11126810          ACCDATE:  07/07/99

REPORT DT:07/08/99 REPORT TIME: 07:27

| TEST | NORMAL | RESULTS ABNORMAL | | REFERENCE RANGE | UNITS |
|---|---|---|---|---|---|
| 704-876-0782 | | | | | |
| **CBC WITH DIFF** | | | | | |
| COLL: 07/07/99 13:55 R | | | | | |
| WBC | 5.5 | | | 4.0-10.5 | x10^3/ |
| RBC | | 4.65 | L | 4.70-6.00 | x10^6/ |
| HGB | 14.3 | | | 13.5-18.0 | g/dL |
| HCT | 42.3 | | | 41.0-53.0 | % |
| MCV | 90.9 | | | 78.0-100.0 | um^3 |
| MCH | 30.6 | | | 26.0-34.0 | pg |
| MCHC | 33.7 | | | 32.0-36.0 | g/dL |
| RDW | 12.5 | | | 11.5-14.0 | % |
| PLATELET COUNT | 262 | | | 150-400 | x10^3/ |
| MEAN PLT VOLUME | 9.4 | | | 6.0-9.5 | um^3 |
| LYMPH % | 24.8 | | | 20.5-45.5 | % |
| MONO % | 8.0 | | | 5.5-11.7 | % |
| GRAN % | | 67.2 | H | 43.0-65.0 | % |
| EOS % | | 0.0 | L | 0.9-5.4 | % |
| BASO % | | 0.0 | L | 0.2-1.0 | % |
| LYMPH ABSOLUTE # | 1.4 | | | 1.3-2.9 | x10^3 |
| MONO ABSOLUTE # | 0.4 | | | 0.3-0.8 | x10^3 |
| GRANULOCYTE ABSOLUTE # | 3.7 | | | 1.5-6.6 | x10^3 |
| EOS ABSOLUTE # | 0.0 | | | 0.0-0.4 | x10^3 |
| BASO ABSOLUTE # | 0.0 | | | 0.0-0.1 | x10^3 |
| URINALYSIS, WITH MICROSCOPIC | | | | | |
| COLL: 07/07/99 13:55 R | | | | | |
| SPECIFIC GRAVITY | 1.020 | | | | |
| pH | 5 | | | | |
| LEUKOCYTES | NEG | | | | |
| NITRITE | NEG | | | | |
| PROTEIN | NEG | | | | |
| GLUCOSE | NEG | | | | |
| KETONE | NEG | | | | |
| UROBILINOGEN | NORMAL | | | | mg/dL |
| BILIRUBIN | NEG | | | | |
| BLOOD | | 1+ | | | |
| WBC | 0-3/HPF | | | | |
| RBC | 0-3/HPF | | | | |
| BACTERIA | RARE (1-5) | | | | /HPF |

FINAL   Report                    (Original)                    Page  1 of  2

# CORNERSTONE
## LABORATORY SERVICES
708 N. ELM ST. • HIGH POINT, NC 27262
PHONE (336) 886-2320 • FAX (336) 886-2321
**DIRECTOR**
BERNARD CHINNASAMI, M.D.

**LABORATORY REPORT**

**PHYSICIAN**
ROBERT A ROSTAND, MD
624 QUAKER LANE
SUITE C-100
HIGH POINT, NC 27262

**PATIENT INFORMATION**
DANIELS, CHARLES
MR#: C000128172       SSN:
DOB: 05/29/40       AGE: 59Y    SEX: M
ROOM/BED:         LOCATION: CLS
ACC #: 11126810     ACCDATE:  07/07/99

REPORT DT:07/08/99 REPORT TIME: 07:27

| TEST | NORMAL | RESULTS ABNORMAL | | REFERENCE RANGE | UNITS |
|------|--------|------------------|---|-----------------|-------|
| COMPREHENSIVE METABOLIC PANEL | | | | | |
| COLL: 07/07/99 13:55 R | | | | | |
| SODIUM | 136 | | | 135-145 | mmol/L |
| POTASSIUM | 4.5 | | | 3.5-5.1 | mmol/L |
| CHLORIDE | 101 | | | 96-110 | mmol/L |
| CO2 | 27 | | | 23-33 | mmol/L |
| GLUCOSE | | 217 | H | 70-108 | mg/dL |
| BUN | 16 | — | | 6-22 | mg/dL |
| CREATININE | 1.0 | | | 0.7-1.4 | mg/dL |
| CALCIUM | 9.4 | | | 8.5-10.2 | mg/dL |
| TOTAL BILIRUBIN | 0.7 | | | 0.1-1.20 | mg/dL |
| ALKALINE PHOSPHATASE | 83 | | | 50-130 | U/L |
| AST/GOT | 27 | | | 12-45 | U/L |
| TOTAL PROTEIN | 7.7 | | | 6.1-8.0 | g/dL |
| ALBUMIN | 4.2 | | | 3.5-4.8 | g/dL |
| BUN/CREAT RATIO | 16.0 | | | 10.0-20.0 | RATIO |
| GLOBULIN | 3.5 | | | | g/dL |
| A/G RATIO | 1.2 | | | 0.8-2.0 | RATIO |

```
Robert A Rostand, MD                    Name: DANIELS, CHARLES
624 Quaker Lane                         MR#: H000000000271315 Acct#:   10558036
Suite C-100                             DOB: 05/29/40        Age: 59Y    Sex: M
High Point,NC 27262                     Room/Bed:            Location: R
Ordering: Robert A Rostand, MD          Acc #: 20132410      Acc Date: 07/07/99
cc: Robert A Rostand, MD                Chart:               Pt Phn:
                         Req Loc: 20    Report Dt:07/07/99 Report Time: 12:17
```

| Test | Results | Reference Range | |
|------|---------|-----------------|---|
| ARTERIAL BLOOD GASES (B)  [RC] | | | |
| COLL: 07/07/99 10:33 B | | | |
| O2 EQUIPMENT | ROOM AIR | | |
| PATIENT TEMPERATURE | 98.6 | | F |
| pH | 7.410 | 7.340-7.450 | |
| pCO2 | 39.9 | 32.0-45.0 | mmHg |
| pO2 | 79.5 | 75.0-100.0 | mmHg |
| BICARBONATE | 24.8 | 20.0-26.0 | mmol/L |
| ACID-BASE EXCESS | 0.7 | -3.3-2.3 | mmol/L |
| TOTAL HEMOGLOBIN | 14.1 | 13.5-18.0 | g/dL |
| OXYGEN SATURATION | 95.9 | 95.0-98.0 | % |
| CARBOXYHEMOGLOBIN | 0.8 | 0.0-1.5 | % |
| OXYGENATED HEMOGLOBIN | 94.7 | 94.0-100.0 | % |
| TOTAL OXYGEN CONTENT | 18.9 | 15.0-23.0 | % OF VO |

```
[RC] Test ABG performed by:
        Respiratory Care
        High Point Regional Hosp
        601 North Elm Street
        High Point, NC 27261
```

FINAL        Report              SPECTRUM LABORATORY NETWORK )              Page   1 of   1



Name: DANIELS CHARLES
ID :
Date : 07/07/99 Time : 13:04
Age : 59    Sex : Male
Hgt : 65    Wgt : 180
Med1:
Med2:
Race: Caucasian
Cmnt: RA ROSTAND MD

ATR. RATE _____    VENT. RATE _____
INTERVALS: P-R _____    QRS _____
AXIS: 60
RHYTHM: NSR
INTERPRETATION:

*Rec'd 8/20/22*



James B. Hunt Jr., Governor
J. Howard Bunn Jr., Chairman

Commissioners
Bernadine S. Ballance
Thomas J. Bolch
Laura K. Mavretic
Renee C. Riggsbee
Christopher Scott
Dianne C. Sellers

# North Carolina
# Industrial Commission

12-03-99

MONA L WALLACE
ATTORNEY AT LAW
525 North Main St
Salisbury          NC 28144

Carrier Code No: 425-025
EC Number: 00900690

Re: 717475
    Bowles Larry Gilbert

Vs: Hoechst Corporation
CF No: F18B

Enclosed is a copy of the medical evaluation report prepared by the
selected panel physician regarding the above referenced occupational
disease claim.  Copies are being furnished to all parties concerned.

Erma H. Champion
Occupational Disease Section

CC: Esis
    HATCHER B KINCHELOE
    File

Enclosure

*Larry Bowles*
*44-55-66*

# Nalle
CLINIC

DEPT. OF PULMONARY

DR. *Spangenthal*

6-30-99   Wt. 185   BP 112/70   T 98.1   P 78   R 18
Ht. "70'

Allergic - NKDA
Meds = ∅

7/74.95
Panel exam report

►07/01/99                    BOWLES, LARRY –                    1646 ◄

Mr. Bowles is a patient referred here from the Industrial Commission. He
works as an electronic technician, working on electronic equipment for
heats, motor controllers, etc. He works for Hoechst-Celanese previously,
is now owned by Kosa.

He has been doing this type of work for about 34 years. He does smoke one
to one and a half packages of cigarettes per day and has done so for 40
years.

INDUSTRIAL

He is not really having any medical problems. He is on no medication. He
has no known drug allergies.

SEP 29 '99

On review of systems, he states that he has had no coughing, no coughing
up blood. No chest pain. No shortness of breath in his everyday life.
Sometimes if he gets around a dusty environment, he does get a feeling of
shortness of breath.

COMMISSION

He does not give any history of pulmonary tuberculosis or asthma. No
history of any medical problems.

Part of his job does involve soldering electronic heaters which were often
insulated with asbestos and often he would repair these heaters and this
involved breaking them apart. Each day he used to shovel up asbestos into
a 55 gallon drum and often would use an air hose to blow off asbestos. He
would be covered with asbestos by the end of the day and he often looked
like a snowman as though he had been in a snow storm.

He never wore a mask and had no warning that this stuff was even dangerous
for him.

He changed shops about 12 years ago and is now working in a different area
where he is not involved with breathing in asbestos. He gives no history
of previous lung problems, specifically, no pulmonary tuberculosis and no
asthma. He has otherwise been perfectly healthy.

He is married. He has no children.

NC-0311 (REV. 8/98)

cont ⟶

He lives in Knoxville...

His examination reveals that his pulse and blood pressure are normal. Heart sounds are normal. His chest is clinically clear with no adventitious sounds heard. His abdomen is soft. There is no liver or spleen palpable, no masses. ENT exam is normal. Peripheral exam reveals no peripheral edema, clubbing, lymphadenopathy, no palpable thyroid.

Chest x-ray looks clear and normal with no infiltrates seen and pulmonary function tests reveal normal dynamic flow rates, normal lung volumes and no evidence of obstructive or restrictive lung disease.

ASSESSMENT:
1. This patient basically is pretty clear with no evidence of obstructive or restrictive lung disease either on special investigations or examination. His chest x-ray is clear and I cannot see any evidence of asbestosis or pleural thickening or calcification. He evidently has had a CT scan done in 1997 which reveals evidence of some minimal pleural plaquing. The question arises now as to whether this should be repeated. This should be repeated. Certainly, he is a big time cigarette smoker and with his previous history of significant asbestos exposure, he needs to have a yearly chest x-ray done and I have told him about this. At this stage, I cannot find any specific clinical evidence to suggest previous asbestos lung disease. He does, however, have a significant history of him being exposed to asbestos dust for many years.

SELWYN S. SPANGENTHAL, M.D./SIM/CN-fw-MN486-Y515475.S86
D: 07/01/99  T: 07/04/99 1120 Date Received:        Date Charted:

INDUSTRIAL
OCT 29 '99
COMMISSION

Name Clinic · University
Charlotte, North Carolina

Name: BOWLES, LARRY
Physician: DR. SPANGENTHAL

# PFT REPORT



Age: 52   Height(in): 70   Weight(lb): 185   Gender: Male
Race: Caucasian   Diagnosis: ASBESTOS EXPOSURE   Medication: NONE
Dyspnea Rest: No                    Dyspnea Exercise: Yes
Cough: No           Persistent: No              Productive (cc):
Smoker: Yes         How Long(pk/yrs): 37   Stopped(yrs):
Cigarettes: Yes           Cigars: No

Technician: KAREN PALMER CRTT          Temp: 22  PBar: 755

## Spirometry

|          |        | Ref   | Pre Meas | Pre % Ref | Post Meas | Post % Ref | Post % Chg |
|----------|--------|-------|----------|-----------|-----------|------------|------------|
| FVC      | Liters | 4.69  | 4.09     | 87        | 3.89      | 83         | -5         |
| FEV1     | Liters | 3.80  | 3.09     | 81        | 3.11      | 82         | 1          |
| FEV1/FVC | %      | 81    | 76       |           | 80        |            |            |
| FEF25-75%| L/sec  | 3.90  | 2.56     | 66        | 3.07      | 79         | 20         |
| PEF      | L/sec  | 8.90  | 6.82     | 77        | 6.97      | 78         | 2          |
| FET100%  | Sec    |       | 10.14    |           | 7.30      |            | -28        |
| FIVC     | Liters | 4.69  | 3.59     | 77        | 3.59      | 76         | -0         |
| FIF50%   | L/sec  |       | 3.66     |           | 3.60      |            | -2         |
| FEF/FIF50|        | <1.00 | 0.90     |           | 1.02      |            | 13         |
| MVV      | L/min  | 150   | ** 81    | ** 54     | ** 70     | ** 47      | -14        |

## Lung Volumes

|        |        | Ref  | Pre Meas | Pre % Ref | Post Meas | Post % Ref | Post % Chg |
|--------|--------|------|----------|-----------|-----------|------------|------------|
| VC     | Liters | 4.69 | 4.09     | 87        |           |            |            |
| TLC    | Liters | 6.78 | 5.90     | 87        |           |            |            |
| RV     | Liters | 2.24 | 1.81     | 81        |           |            |            |
| FRC PL | Liters | 3.69 | 2.65     | 72        |           |            |            |
| ERV    | Liters |      | 0.58     |           |           |            |            |
| IC     | Liters |      | 3.25     |           |           |            |            |
| Vtg    | Liters |      | 2.84     |           |           |            |            |
| RV/TLC | %      | 35   | 31       |           |           |            |            |



## Diffusion

|         |            | Ref  | Pre Meas | Pre % Ref | Post Meas | Post % Ref |
|---------|------------|------|----------|-----------|-----------|------------|
| DLCO    | mL/min/mmHg| 25.7 | 28.1     | 109       |           |            |
| DLCOexh | mL/min/mmHg| 25.7 |          |           |           |            |
| VA      | Liters     |      | 5.96     |           |           |            |
| DLCO/VA | 1/min/mmHg | 4.05 | 4.72     | 117       |           |            |
| DL/VA Adj| 1/min/mmHg|      | 4.72     |           |           |            |
| IVC     | Liters     |      | 3.72     |           |           |            |

### Comments
*VERY GOOD PT EFFORT WITH ACCEPTABLE AND REPRODUCIBLE RESULTS. PROVENTIL MDI GIVEN X 2 PUFFS FOR BRONCHODILATION. ATS CRITERIA MET.*

Normal PFT'S



James B. Hunt Jr., Governor
J. Howard Bunn Jr., Chairman

Commissioners
Bernadine S. Ballance
Thomas J. Bolch
Laura K. Mavretic
Renee C. Riggsbee
Christopher Scott
Dianne C. Sellers

# North Carolina
# Industrial Commission

09-20-99

MONA L WALLACE
ATTORNEY AT LAW
525 North Main Street
Salisbury          NC 28144

Carrier Code No: 180-018
EC Number: 00900690

Re: 717856
Gibbons Gary

Vs: Hoechst Corporation
CF No: 5400075097

Enclosed is a copy of the medical evaluation report prepared by the
selected panel physician regarding the above referenced occupational
disease claim.  Copies are being furnished to all parties concerned.

Erma H. Champion
Occupational Disease Section

CC: Esis
    HATCHER B KINCHELOE
    File

Enclosure



# CAROLINA
## PRIMARY & URGENT CARE
*1503 East Broad Street • Statesville, North Carolina 28677*
*(704) 871-9731*

Ahmed I. Elnaggar, M.D.
Diplomate - American Board
of Internal Medicine

*Board Certified*
*Pulmonary and*
*Critical Care Medicine*

August 29, 1999

North Carolina Industrial Commission
Dobbs Building
430 North Salisbury Street
Raleigh, NC 27611

RE:  GIBBONS, GARY W              DATE OF BIRTH:  03/25/49
     FILE #:  717856              DATE OF EVALUATION:  06/25/99

Dear Commissioner:

I have evaluated Mr. Gary Gibbons in my pulmonary offices most
recently on June 25, 1999, where he had his complete pulmonary
function testing.  He was initially examined on June 10, 1999.  I
apologize for delaying my response to you, since a substantial amount
of medical records had to be reviewed.

Mr. Gibbons is a 50-year-old gentleman, who has worked around
asbestos and had a complaint of shortness of breath on strenuous
activity for the past 5-10 years.

**Occupational History:**  Significant for working for Celanese Industry
from August 1968 to the present time, as a mechanic.  Amongst his
work line he was involved in asbestos finishing.  He also worked for
a short period of time at a rubber company and Chevrolet as an
auto mechanic for a few months, where he did mechanic work and
brake-shoe work.

**Present History:**  He is a 50-year-old gentleman with a history of
hypertension and chronic allergies.  He takes Hytrin and Claritin on
a daily basis.  Mr. Gibbons only smoked for six or seven years; less
than a pack a day.  He quit in 1978.

**Review of Systems:**  Unremarkable.  He has no leg edema.  No chronic
sputum production.  No weight changes.  No chest pain.

**Physical Examination:**  He is a health-appearing middle-aged
gentleman, who is alert and oriented.  Not in any distress.  Vital
signs: He weighs 205 pounds.  He is 5-feet, 8-inches tall.  Blood
pressure is normal, 120/78.  His respiratory rate is 20.

RE:


Page 2

Heart rate is 70.  Temperature is 97.4°.  Head and neck examination was normal.  His lungs showed few scattered rhonchi at the bases.  No rales or wheezes.  He had bilateral equal breath sounds.  His heart was regular.  His abdomen is soft, nontender.  Extremities show no clubbing, cyanosis or edema.  CNS examination was normal.

The pulmonary function testing reports are attached to this letter. They showed minimal airway obstruction, mostly seen in the small-airway areas.  His lung volumes are suggestive of hyperinflation.  Diffusing capacity is normal.  Arterial blood gas analysis on room air showed a pH of 7.39, $pCO_2$ of 35, $pO_2$ of 93. This is normal as well.

The imaging studies including a chest x-ray as well as a high resolution chest CT scan were reviewed, dated February 22, 1997, done at Rowan Regional Medical Center.  On the chest x-ray report, there was a suggestion of mild, increased interstitial markings, however, these findings were not substantiated by the CT scan.  Basically, I see no evidence of asbestosis or asbestos-related pleural disease in this gentleman.

**Conclusions:**  Mild shortness of breath, most likely due to a small-airway obstruction, with history of asbestos exposure.  As mentioned, this gentleman has a longstanding history of asbestos exposure as a mechanic at Celanese for 30 years.  Part of his work duties also included removal of asbestos insulation of pipes and some repair of asbestos-containing insulation.  Again, there is no evidence of asbestosis or asbestos-related pleural disease in this gentleman at this point in time, but he may benefit from serial radiographic monitoring.

Sincerely,

A. Ell M.D

Ahmed I Elnaggar, M.D., FCCP


MedQuist
DD: 08/29/99 TD: 09:26
DT: 08/29/99 TT: 14:20
Job#: 2730


Attachment

1503 EAST BROAD STREET
STATESVILLE , NC  28625   704-871-9731

PULMONARY FUNCTION REPORT                      Page 1
(Pre- vs. Post- Comparison)

Name: GARY GIBBONS                    ID #: 52138
Age: 50      Sex: M      Height:  68 in.    Weight: 206 lb.
Smoking history:      pack-years         Race: WHITE
Doctor: ELNAGGAR                      Tech: SHANNON DAGENHART
Test set started: 06-23-1999  16:32     Report printed: 06-25-1999  17:12
Predicteds: Knudson 1976                Report: COMPLETE        PFT v3.08D
Diagnosis: PLUMONARY FIBROSIS
Comments:
SMOKED 1 PACK OF PIPE TOBACCO A DAY. HAS BEEN A NON SMOKER FOR 21 YEARS

Calibration: 3.00L expected, 3.00L measured. Performed 06-21-99.

---------- ABG ----------------------------------------------------------
(No Pre-  ABG  performed)
(No Post- ABG  performed)              Pre-               Post-
Function              Pred      Meas    %Prd      Meas    %Prd      %Change
FiO2
PaO2      (mm Hg)
PaCO2     (mm Hg)
pH
Hgb         (g%)
COHb        (%)
SaO2        (%)
HCO3-     (mEq/l)
BE        (mmol/l)
a/A ratio
Pre- :
Post-:

---------- FVC ----------------------------------------------------------
(Pre- : 06-23-1999  16:39:32)
(Post-: 06-23-1999  17:24:40)          Pre-               Post-
Function              Pred      Meas    %Prd      Meas    %Prd      %Change
FVC         (L)       4.32      3.98    92%       4.34    101%      9%
FEV1        (L)       3.43      3.08    90%       3.50    102%      14%
FEV1/FVC              0.82      0.77              0.81              5%
PEFR      (L/s)       8.49      6.65    78%       7.11    84%       7%
FEF25%    (L/s)       7.83      6.25    80%       6.77    86%       8%
FEF50%    (L/s)       5.77      4.38    76%       5.19    90%       18%
FEF75%    (L/s)       2.86      0.94    33%       1.27    44%       35%
FEF25-75% (L/s)       4.36      2.71    62%       3.53    81%       30%
Pre- :
Post-:

1503 EAST BROAD STREET
STATESVILLE , NC   28625    704-871-9731

PULMONARY FUNCTION REPORT                  Page 2
(Pre- vs. Post- Comparison)

Name: GARY GIBBONS                         ID #: 52138
Test set started: 06-23-1999  16:32        Report printed: 06-25-1999   17:16

---------- FRC/SVC --------------------------------------------------------
(Pre- : 06-23-1999  16:57:22)
(No Post- FRC/SVC  performed)     Pre-              Post-
Function            Pred      Meas     %Prd     Meas     %Prd        %Change
SVC   (L,BTPS)      4.32      4.13     96%
ERV   (L,BTPS)      1.27      0.92     73%
FRC   (L,BTPS)      3.28      9.79    299%
RV    (L,BTPS)      2.01      8.87    441%
TLC   (L,BTPS)      6.63     13.00    196%
RV/TLC              0.30      0.68    230%
IC    (L,BTPS)      3.36      3.21     96%
SVC/FVC                       1.04
Vt        (L)                 0.46
RR   (brths/min)             13.85
Pre- :
Post-:

---------- RAW/TGV --------------------------------------------------------
(No Pre-  RAW/TGV  performed)
(No Post- RAW/TGV  performed)      Pre-              Post-
Function            Pred      Meas     %Prd     Meas     %Prd        %Change
RAW  (cmH2O/L/s)    1.027
sGAW (cmH2O/s)      0.254
TGV  (L, BTPS)      3.28

---------- DLCO -----------------------------------------------------------
(Pre- : 06-23-1999  16:46:34)
(No Post- DLCO  performed)         Pre-              Post-
Function            Pred      Meas     %Prd     Meas     %Prd        %Change
DLCO(ml/m/mm Hg)   34.56     29.20     84%
DLCO/VA             5.38      5.28     98%
DLCOcorr           34.01     30.56     90%
DLCO/VAcorr         5.28      5.52    105%
VA    (L, BTPS)               5.53
Pre- :
Post-:

Case MDL No. 875 Document 3893 Filed 05/16/03 Page 90 of 143
1503 EAST BROAD STREET
STATESVILLE , NC   28625     704-871-9731

PULMONARY FUNCTION REPORT                        Page 3
(Pre- vs. Post- Comparison)

Name: GARY GIBBONS                         ID #: 52138
Test set started: 06-23-1999   16:32       Report printed: 06-25-1999   17:16









CARO PULMONARY and URGENT CARE
1503 EAST BROAD STREET
STATESVILLE , NC  28625   704-871-9731

PULMONARY FUNCTION REPORT
(Pre- vs. Post- Comparison)                    Page 4

Name: GARY GIBBONS                    ID #: 52138
Test set started: 06-23-1999  16:32   Report printed: 06-25-1999  17:16



EAST BROAD STREET
STATESVILLE , NC   28625   704-871-9731

PULMONARY FUNCTION REPORT
(Pre- vs. Post- Comparison)                    Page 4

Name: GARY GIBBONS                    ID #: 52138                    717856

---------- Interpretation --------------------------------------

Possible EARLY OBSTRUCTIVE PULMONARY IMPAIRMENT.  This is suggested by the
reduced FEF 25-75 with a normal FVC and FEV1.  This finding can be due to a
mild degree of small airway disease and/or the earliest stages of emphysema.
This may be reversible in nature;  therefore, REPEAT TESTING FOLLOWING
BRONCHODILATOR ADMINISTRATION IS RECOMMENDED.

The increased residual volume (RV) and total lung capacity (TLC) indicate the
possibility of a MILD DEGREE OF HYPERINFLATION.

NORMAL DIFFUSING CAPACITY.  This is indicated by the finding of normal values
for both the diffusing capacity (DLCOcorr) and the diffusing capacity in
relation to the lung volume (DLCO/VAcorr).

The diffusing capacity test results are adjusted to account for the actual
hemoglobin present.

Bronchodilator therapy was administered followed by repeat spirometric testing.

The FEF 25-75 is significantly increased indicating that this patient would
most likely benefit from continued bronchodilator therapy.

This interpretation is valid only upon physician review and signature.

_____ M.D.

*Rec'd 8/20/02*

James B. Hunt Jr., Governor
J. Howard Bunn Jr., Chairman



Commissioners
Bernadine S. Ballance
Thomas J. Bolch
Laura K. Mavretic
Renee C. Riggsbee
Christopher Scott
Dianne C. Sellers

# North Carolina
# Industrial Commission

.09-02-99

MONA L WALLACE
ATTORNEY AT LAW
525 North Main St
Salisbury        NC 28144

Carrier Code No: 191-008
EC Number: 00900690

Re: 808828
Honeycutt William Morris

Vs: Hoechst Corporation
CF No: F18B

Enclosed is a copy of the medical evaluation report prepared by the
selected panel physician regarding the above referenced occupational
disease claim.  Copies are being furnished to all parties concerned.

Erma H. Champion
Occupational Disease Section

CC: Crawford & Co
    HATCHER B KINCHELOE
    File

Enclosure

# Nova Medical Associates LLC

Medical Arts Center Suite 2100
1236 Huffman Mill Road
Burlington  NC  27215
Office (336) 586-0994
Fax (336) 586-9563

## Industrial Commission Evaluation

**Name**: William Honeycutt
**Chart** # 307
**Date**:  May 27, 1999

**Work History:** Mr. Honeycutt is a 74 year old gentleman who states that he started working for the company in question in 1966, about January 3rd.  He states he retired in 1981.   Prior to this he worked at Cheer-Wine bottling from 1949-1965.  Prior to this he worked at an appliance service company from 1947-1949.  At this time he worked with refrigeration and appliances. From 1942-1946 he was in WWII in the South Atlantic in the US Navy.  He worked mainly on the deck and the bases.  He also worked in the destroyers repairing the ships mainly torpedoes and depth charges.  Prior to this he was in high school.  In 1966 he started working as a maintenance mechanic and then became supervisor.  Initially he was involved in much of the construction of the plant.  At that time he states he was consistently exposed to asbestos and he did this for about three months. He then became a maintenance mechanic for approximately three months and then was elevated to the role of supervisor. He states that while he was supervisor he had continuous exposure to asbestos for at least one year as the construction was going on during this time. He notes that the area was quite dusty and sometimes was difficult to see in front of him. In the 1970's, he states he was exposed again to asbestos when the asbestos was being torn down. This process took about one year worth of time and he states that there wasn't any protection in terms of respiratory precautions, etc.  He does state that there was some type of plastic curtains used to hold the dust in the area that the tearing down was going on.
As far as symptomatology is concerned, he really doesn't give any history of SOB. He does say that he has episodes of recurrent bronchitis, which he has been getting treatment for from his primary care physician.  He states that sometimes these episodes last three months at a time. They are mainly noticed to have cough and some phlegm production. He states, otherwise, he has no exertional chest pain, no wheezing. He says he is able to walk two to three miles without any significant dyspnea.

**Medical History:**  He denied any headaches, dizziness or syncope. He wears eyeglasses, but without any significant visual symptoms. No chronic hoarseness of his voice. He denies having any dyspnea as noted above, no orthopnea, no PND.  He does have a history of CAD and chest pains in the past and apparently he had stent placement and has been fine since then.  No history of palpitations. He does have a history of a murmur and HTN and a chronic on and off cough. No history of wheezing or hemoptysis. As far as his GI is concerned, essentially unremarkable. He does notice some increased frequency in his urination and he has been told he has a history of enlarged prostate. He has lost about 20 pounds, but he states this was voluntarily. No history of intermittent claudications. no history of any type of musculoskeletal injuries. He does have a history of arthritis. He denies any history of peripheral edema. No history of DVT or varicose veins. He does experience on occasion some numbness and tingling in his toes. No history of any memory problems or gait problems. No history of depression or anxiety.  No history of adenopathy. He does have a history of some easy bruise ability.

**Nova Medical Associates LLC**
Medical Arts Center Suite 2100
1236 Huffman Mill Road
Burlington NC 27215
Office (336) 586-0994
Fax (336) 586-9363

## Industrial Commission Evaluation

Page 2
**Name**: William Huneycutt

**Past Medical History**: Significant for HTN, diabetes mellitus x2 years, CAD about six months ago, status post stent placement. He does have a history of hypercholesterolemia about 15 years and also has a history of arthritis.

**Past Surgical History**: Significant for hernia repair and tonsillectomy. Immunizations he states are up to date.

**Medications**: Pravachol 20mg qd, Promethazine 25mg qd, Motrin prn, Vancenase AQ, Ventolin Rotacaps prn, ASA 325mg qd, Folic Acid and Glucosamine Chondroitin.

**Allergies**: Pollen, perfumes, mold. There are NKDA.

**Family History**: Significant for cancer of the tongue and diabetes mellitus, otherwise unremarkable.

**Social History**: He is a nonsmoker currently, but he used to smoke up until 1981, less than one pack a day for 35 years and he also used to smoke a pipe. No history of alcohol use. He is married and has no children and he his retired.

**Physical Examination**: BP 140/78  P 80  R 20  T 98  Weight 199.
Extraocular movements were intact. Pupils equal round and reactive to light. TM's are clear.

**Neck**: Neck is supple, no JVD, no lymphadenopathy, no thyromegaly. No bruits.

**Cardiovascular Examination**: $S_1$, $S_2$ is normal, regular rate and rhythm, faint systolic murmur. About 2/6 or so. No murmurs were audible.

**Chest Examination**: He had good air entry bilaterally. Vesicular breath sounds. No rales or rhonchi audible. His expansion was equal. Percussion note was resonant.

**Abdomen**: Examination revealed no organomegaly, bowel sounds were positive. Hernia orifices were fine.

**Extremities**: Extremities no clubbing, no cyanosis or edema. Pulses were equal bilaterally.

**Neurological Exam**: He was intact, without any focal motor deficits. Spine mobility alignment and tenderness were all fine. Skin without rashes.

**Nova Medical Associates LLC**
Medical Arts Center Suite 2100
1256 Huffman Mill Road
Burlington NC 27215
Office (336) 586-0994
Fax (336) 586-9363

### Industrial Commission Evaluation

Page 3.
**Name:** William Huneycutt

**Laboratory Data:** We did an arterial blood gas on him on room and his pH was 7.39, pCO2 45, pO2 77. Saturations of 94%. Chest x-ray done in the office revealed clear lung fields of any type of pulmonary fibrosis and no calcifications were observed. Remainder of the film was essentially normal. PFT that were done at this visit revealed a mildly decreased FVC, mildly decreased FEV1, with a ratio that was essentially normal and he had normal DLCO and normal residual volume, normal total lung capacity and normal ratio residual volume capacity. Post bronchodilator, he did have 14% improvement in his FVC and actually a 6% improvement in his FEV1 which would put him in the normal range per spirometry.

**Impression:**   1. Mr. Huneycutt from his history has a significant exposure to asbestos. His degree of symptomatology is not significant enough to determine any type of disability from his asbestos. Radiologically by the x-rays that I have available, he does not seem to have any type of evidence of any pulmonary fibrosis or pleural calcifications. From the standpoint of his PFT he essentially falls into the normal range. When I reviewed his high resolution CT from January 5, 1998, there were some pleural plaque formations bilaterally, which would be consistent with asbestos exposure. Also noted on that CT were some interstitial changes which again could be consistent with asbestosis.

**Plan:**   1. Mr. Huneycutt and I discussed in detail what the clinical findings are and I have explained to him that were as of present he does not have any significant disability, he still, because of his long history of exposure to asbestos he may be at risk for development of pleural malignancies or lung malignancies that have been associated with asbestos. He will benefit from yearly evaluation with radiological studies to follow this. At the present time he does not have any disability from his asbestosis.

Respectfully

Saadat A. Khan MD
SAK/dr

Enclosure

WILLIAM    HONEYCUTT

Age  74

Date  05/27/1999

808828

PROGRESS NOTE

Provider:

SAADAT A KHAN, M

| | |
|---|---|
| Time 2:00 | Industrial Comm. |
| B/P 140/78 | |
| P 80 | Started working 1966 January 3rd — Retired 1981 |
| R 20 | Chesa Wire Battery 1949-1965: Repair |
| temp 98° | Appliance Svcc Company 1947-1949 |
| | US navy 1942-1946 WW II Safe Atlantic |
| Wt 199 | ⌐ Destroyer repair base repairing |
| Ht 5'11" | torpedoes and depth - charge. |
| | Directly from High School - navy. |
| Eyes | ⌐ Repaired refrigerator & appliances |
| R 30/35 | ⌐ Worked on the dock and at barge. |
| L 30/35 | |
| both 30/35 | maintenance mechanic 1966 - then |
| w/glasses | became supervisor. Initially in |

construction of the plant - At that
time was exposed to asbestos was
doing that for 3 months. then was
for 3 months then supervision.
Had continuous exposure for at least
one year while construction was
going on very dusty. In 1970's
tearing down of asbestos occurred
process from what one year.
Not much protection offered other
than plastic curtains. Very dusty.

six ... ... ... episodes
recurring Bronchitis. Sometimes
3 m at a time.
walks 2-3 miles & no dyspnea.

To: 9W560-9363                    From: Alamance Reg Med Center Lab              5-28-99  4:33PM

FINAL REPORT

```
        * * *           ALAMANCE REGIONAL MEDICAL           * * *
                        1240 HUFFMAN MILL RD
                        BURLINGTON, NC 27215
```

```
---------------------------------------------------------------------
: 50671                         PATIENT :HONEYCUTT, WILLIAM
: DR KHAN, SAADAT               ID #    :66080391
: 1236 HUFFMAN MILL RD. STE.2100 AGE    :74 YRS    SEX : M   LOC :OPT
: BURLINGTON, NC 27216          ACC #   :O5911061  TIME IN :05/27/99  11:24A
: REQ PHY :                     COMMENT :
: MEDICAL RECORD# 73-62-99
---------------------------------------------------------------------
```

```
TEST NAME                  RESULT                REFERENCE RANGE


------------------------- LAB COMMENTS -----------------------------
                      SITE HELD FOR 5 MINUTES.
                      LAUREEN SMITH RRT
--------------------------------------------------------------------
BLOOD GASES
   PH                       7.39                  7.35-7.45
   PCO2                     45                    35-45            mmHG
   PO2                 LO   77                    85-100           mmHG
   FiO2                     RA
   BASE EXCESS              2                     -3-+3            mmol/L
   HCO3                HI   27                    22-26            mmol/L
   O2 SATURATION            95                    85-100           %
   SPECIMEN SITE            RT RADIAL             SITE HELD
   PATIENT TEMPERATURE      37.0                  36.0-38.5        C
CO-OXIMETRY
   % OXYHEMOGLOBIN          94                    89-100           %
   % CARBOXYHEMOGLOBIN LO   1                     1.5-5.0          %
   % METHEMOGLOBIN          0.4                   0.4-1.5          %
```



```
                        DATE REPORTED :05/28/99
REPORT DATE/TIME :05/28/99  O4:4OPM BATCH # 299729    ROUTE :   OPT SEQ:   1
```

ALAMANCE REGIONAL MEDICAL CENTER
*DEPARTMENT OF RADIOLOGY*
1240 Huffman Mill Road          Burlington, North Carolina 27215

NAME:   HONEYCUTT, WILLIAM M
SS#:      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        ORDER #    230515              MR#:    73-52-99
Acct#:    95080391           TYPE:      O                   ROOM#/CPT

NAME:    HONEYCUTT, WILLIAM M          ORD.PHYS:   KHAN, SAADAT
D.O.B:   09/07/1924                    DICT RAD:   JACK G., WALL, M.D.
SEX:     M                             VER. RAD:JACK G. WALL, M.D 05/28/1999 12:22
DATE:    05/27/1999 16:04
EXAM:    CHEST AP OR PA

REASON: ASBESTIOUS  CP              HOME 704-635-3266

PA CHEST:

There are no prior films for comparison.  The current exam shows the lung fields to be clear.
No interstitial or pleural fibrosis is seen.  No pleural calcification is observed to
radiographically suggest asbestos exposure.  The heart and pulmonary vasculature are normal.
Mediastinal and osseous structures show no significant abnormalities.

CONCLUSION:

1.  PA view of the chest reveals no significant abnormalities.



Trans    DDSENT 05/27/1999                    RADIOLOGY REPORT
GWALKER 05/27/1999 16:25                      VERIFIED

1 of 1

To: 9-980-3303                    From Alamance Reg Med Center Lab                    5-27-99  12:33

PRELIMINARY REPORT

```
        * * *        ALAMANCE REGIONAL MEDICAL        * * *
                     1240 HUFFMAN MILL RD
                     BURLINGTON, NC 27215
```

```
----------------------------------------------------------------------
: 50671                          PATIENT :HONEYCUTT, WILLIAM
: DR KHAN, SAADAT                ID #    :66080391
: 1236 HUFFMAN MILL RD. STE.2100 AGE     :74 YRS     SEX : M   LOC :OPT
: BURLINGTON, NC 27216           ACC #   :05911061  TIME IN :05/27/99  11:24A
: REQ PHY :                      COMMENT :
: MEDICAL RECORD# 73-62-99
----------------------------------------------------------------------
```

TEST NAME                 RESULT                REFERENCE RANGE

```
--------------------------- LAB COMMENTS ---------------------------
                      SITE HELD FOR 5 MINUTES.
                      LAUREEN SMITH RRT
--------------------------------------------------------------------
```

BLOOD GASES
```
  PH                      7.39              7.35-7.45
  PCO2                    45                35-45           mmHG
  PO2               LO    77                85-100          mmHG
  FiO2                    RA
  BASE EXCESS             2                 -3-+3           mmol/L
  HCO3              HI    27                22-26           mmol/L
  O2 SATURATION           95                85-100          %
  SPECIMEN SITE           RT RADIAL         SITE HELD
  PATIENT TEMPERATURE     37.0              36.0-38.5       C
CO-OXIMETRY
  % OXYHEMOGLOBIN         94                89-100          %
  % CARBOXYHEMOGLOBIN LO  1                 1.5-5.0         %
  % METHEMOGLOBIN         0.4               0.4-1.5         %
```



REPORT DATE/TIME :05/27/99  12:40PM BATCH # 299160   ROUTE :   OPT SEQ:   1

Alamance Regional Medical Center
1240 Huffman Road
Burlington NC 27215

# Arterial Blood Gas Report

Pat. ID: 736299
Name: HONEYCUTT, WILLIAM
Age: 74   Years
Sex: M
Accession #: 5728
Temp.: 37.00  °C

Ordering MD:
Technician: VALIDATION, SAMPLE
Drawn Time:
Analysis Date/Time: 05/27/1999  11:30:00
Room/Bed:
Sample Type: Arterial
Sample Site:

| BG/CoOximetry | | Results | TC | Normal Ranges | |
|---|---|---|---|---|---|
| pH | | 7.387 | 7.387 | 7.350 | 7.440 |
| pCO2 | *mmHg* | 45.0 H | 45.0 | 30.0 | 39.0 |
| pO2 | *mmHg* | 77.0 | 77.0 | 60.0 | 90.0 |
| Hb | *g/dL* | 16.6 | | 13.5 | 18.0 |
| O2Hb | *%* | 94.2 | | 94.0 | 100.0 |
| COHb | *%* | 1.4 | | 0.4 | 1.5 |
| MetHb | *%* | 0.4 | | 0.4 | 1.5 |

| Calculated | | Results | TC | Normal Ranges | |
|---|---|---|---|---|---|
| pAO2 | *mmHg* | | | | |
| BEb | *mmol/L* | 2.3 | | | |
| %sO2c | *mmHg* | 94.9 | | | |
| HCO3 | *mmHg* | 27.3 H | | 20.0 | 24.0 |
| O2ct | *Vol%* | 21.8 | | | |

Other Information:

Location: Cardiopulmonary
Drawn By:
Notified Time:
Notification to:
Comment:

FIO2:
02 Device:
L/M:

Previous Gases

| Date | Time | Temp | pH | pCO2 | pO2 | HCO3 | BEb | O2ct | Hb | O2Hb | COHb | MetHb | FIO2 | Tech |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |



ALAMANCE REGIONAL MEDICAL CENTER
1240 HUFFMAN MILL ROAD
BURLINGTON, N.C. 27215

Date: 05/27/99
Id: 736299
Name: HONEYCUTT, WILLIAM M
Physician: KHAN,SAADAT M.D.
Technician: LAUREEN SMITH, CPFT
Temp: 19    PBar 742

Age: 74          Height(in): 72      Race: Caucasian     Gender: Male
Weight(lb): 198    Diagnosis: ABESTOSIS              Medication: VENTOLIN
Dyspnea Rest: No             Dyspnea Exercise: No              Cough: No
Persistent: No        Smoker: Yes                                Productive (cc):
Cigarettes: Yes                      Cigars: No
                            How Long(pk/yrs): 30   Stopped(yrs): 18

# PULMONARY FUNCTION ANALYSIS

## ABG

|  | pH | PCO2 mmHg | PO2 mmHg | HCO3 meq/L | BE | FIO2 % | SaO2 % | Hb gm/dL | %HbO2 % | %HbCO % |
|---|---|---|---|---|---|---|---|---|---|---|
| Lvl 1 | 7.39 | 45.0 | 77.0 | 27.0 | 2.0 | 21.00 | 95.0 | 16.6 | 94.0 | 1.4 |
| Lvl 2 | | | | | | | | | | |
| Lvl 3 | | | | | | | | | | |

Hb:

## MVV

|  |  | Ref | Pre Meas | Pre % Ref | Post Meas | Post % Ref | Post % Chg |
|---|---|---|---|---|---|---|---|
| MVV | L/min | 129 | 93 | 72 | | | |
| MVV Time | | | 11:59 | | | | |
| f | BPM | | 55 | | | | |

## Spirometry

|  |  | Ref | Pre Meas | Pre % Ref | Post Meas | Post % Ref | Post % Chg |
|---|---|---|---|---|---|---|---|
| FVC | Liters | 4.46 | 3.41 | 77 | 3.89 | 87 | 14 |
| FEV.5 | Liters | 2.76 | 2.16 | 78 | 1.84 | 66 | -15 |
| FEV1 | Liters | 3.49 | 2.73 | 78 | 2.90 | 83 | 6 |
| FEV1/FVC | % | 77 | 80 | | 74 | | |
| FEV3 | Liters | 3.98 | 3.26 | 82 | 3.57 | 90 | 10 |
| FEV3/FVC | % | 89 | 96 | | 92 | | |
| PEF | L/sec | 8.60 | 5.47 | 64 | 3.83 | 45 | -30 |
| FEF25-75% | L/sec | 3.39 | 2.74 | 81 | 2.58 | 76 | -6 |
| FEF75-85% | L/sec | 0.44 | 0.64 | 145 | 0.55 | 123 | -15 |
| FET100% | Sec | | 7.50 | | 9.53 | | 27 |

ersion: IVS-0101-02-1                              PF Reference: Knudson (1983)

Name: HONEYCUTT, WILLIAM M                    ID: 736299

## DIFFUSION



|  |  | Ref | Pre Meas | Pre % Ref | Post Meas | Post % Ref |
|---|---|---|---|---|---|---|
| DLCO | mL/min/mmHg | 22.1 | 25.0 | 113 | | |
| DLCO/VA | 1/min/mmHg | 3.45 | 4.03 | 117 | | |
| DL Adj | mL/min/mmHg | 22.1 | 25.0 | 113 | | |
| DL/VA Adj | 1/min/mmHg | | 4.03 | | | |
| VA | Liters | | 6.21 | | | |
| IVC | Liters | | 3.78 | | | |

## LUNG VOLUMES (FRC/TLC)



|  |  | Ref | Pre Meas | Pre % Ref | Post Meas | Post % Ref |
|---|---|---|---|---|---|---|
| VC | Liters | 4.46 | 3.79 | 85 | | |
| ERV | Liters | | 0.64 | | | |
| FRC Dil | Liters | 3.92 | 3.35 | 85 | | |
| RV | Liters | 2.75 | 2.62 | 95 | | |
| TLC | Liters | 6.93 | 6.41 | 93 | | |
| RV/TLC | % | 42 | 41 | | | |

## Comments

Spirometry data is ACCEPTABLE and REPRODUCIBLE.
SYRINGE CALIBRATION WAS PERFORMED PRIOR TO TESTING.
2 PUFFS OF VENTOLIN GIVEN WITH POST.
GOOD PATIENT EFFORT AND COMPREHENSION ARE NOTED.
ANALYZER CALIBRATION WAS PERFORMED PRIOR TO TESTING.

## Interpretation

Name: HONEYCUTT, WILLIAM M                    ID: 736299



PREDIC ED _____
PRE _____
POST _____





Name: HONEYCUTT. WILLIAM M                                ID: 736299







I

| **PLAINTIFF NAME** | Agner | Bost | Duplicate Action Filed |
|---|---|---|---|
| Barbee, Joe E. | X | X/D | Lawing et al vs. AC&S, Inc.<br>MDNC C/A No. 98-CV-1096 |
| Bennett, Michael Mitchell | X | X/D | Coleman et al vs. AC&S, Inc.<br>MDNC C/A No. 99-CV-768 |
| Christenberry, John | | X | Christenberry v. AC&S, Inc. et al<br>WDNC C/A No. 98-CV-80 |
| Coleman, James L. | X | X/D | Coleman, et al vs. AC&S, Inc.<br>MDNC C/A No. 99-CV-768 |
| Crook, Arnold | | X | Boone et al vs. AC&S, Inc.<br>MDNC C/A No. 99-CV-899 |
| Doby, Carl Coleman | X | X/D | Saine et al vs. AC&S, Inc.<br>MDNC C/A No. 99-CV-787 |
| Ellis Joe L. | X | X/D | Ellis v. AC&S, Inc.<br>MDNC C/A No. 99-CV-538 |
| Hodges, David T. | | X/D | Logan (Daniel) et al. v. AC&S, Inc.<br>MDNC C/A No. 990-CV-50 |
| Holt, J. Francis | X | X/D | Petrea vs. AC&S, Inc.<br>MDNC C/A No. 98-CV-1033 |
| Holt, Norman | X | X/D | Campbell et al vs. AC&S, Inc.<br>MDNC C/A No. 98-CV-182 |
| Jennings, William C. | X | X/D | Goodman et al v. AC&S<br>MDNC C/A No. 99-CV-455 |
| Kepley, Ronald | X | X/D | Coleman, et al. v. AC&S, Inc.<br>MDNC C/A No. 99-CV-768 |
| Kitchen, Jimmy L. | X | X/D | Allen v. AC&S<br>MDNC C/A No. 99-CV-478 |
| Logan, Thomas G. | | X | Lawing et al vs. AC&S, Inc.<br>MDNC C/A No. 98-CV-1096 |
| Saine, Henry G. | X | X/D | Saine, et al. vs. AC&S, Inc.<br>MDNC C/A No. 99-CV-787 |
| Seaford, Glenn C. | X | X/D | Saine, et al. vs. AC&S, Inc.<br>MDNC C/A No. 99-CV-787 |
| Shoe, Howard L. | X | X/D | Foxx et al vs. AC&S, Inc.<br>MDNC C/A No. 99-CV-879 |
| Shumaker, Kermit | X | X/D | Coleman, et al vs. AC&S, Inc.<br>MDNC C/A No. 99-CV-768 |
| Smith, John H. | X | X/D | Saine, et al vs. AC&S, Inc.<br>MDNC C/A No. 99-CV-787 |
| Tanner, William E., Sr. | X | X/D | Bailey et al vs. AC&S, Inc.<br>MDNC C/A No. 99-CV-658 |
| Turman, Clinton D. | X | X/D | Bailey et al vs. AC&S, Inc.<br>MDNC C/A No. 99-CV-658 |
| Wallace, William L. | X | X/D | Berry, et al vs. AC&S, Inc.<br>WDNC C/A No. 99-CV-118 |
| Wise, Walter E. | X | X/D | Coleman et al vs. AC&S, Inc.<br>MDNC C/A No. 99-CV-768 |

J

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

:

Civil Action No. MDL 875

---------------------------------------------------------------

This Document Relates to:

:

M.D.N.C., Winston-Salem Division
Civil Action No.

James L. Coleman,
Michael M. Bennett and Paula T. Bennett, wife,
Thomas F. Hicks and Gail B. Hicks, wife,
Ronald J. Kepley and Annie B. Kepley, wife,
James C. Pierce, Jr. and Joyce Pierce, wife,
Kermit A. Shumaker and Lynn W. Shumaker, wife,
Charles O. Weldon and Lelia Weldon, wife,
Walter E. Wise, Jr. and Sandra L. Wise, wife,

1:99CV00768

**COMPLAINT**

Plaintiffs,

:

vs.

:

ACandS, Incorporated,
Armstrong World Industries, Inc.;
Asbestos Claims Management, Inc.,
  f/k/a National Gypsum;
Aqua-Chem, Inc., d/b/a Cleaver-Brooks
  Division;
A.W. Chesterton Company,
Combustion Engineering, Inc.;
Fluor Daniel, Inc.;
Fluor Daniel Environmental Services, Inc.;
Fluor Daniel Services Corporation;
Strategic Organizational Systems Enterprises, Inc.;
Daniel Construction Company, Inc.;
Daniel International Corporation;
Flexitallic Gasket Company, Inc.;
GAF Corporation;
General Refractories Company;
Georgia Pacific Corporation;
A.P. Green Refractories Company;
Harbison Walker Refractories Company,
Indresco Inc.;
Kelly Moore Paint Company, Inc.;
Metropolitan Life Insurance Company;
North American Refractories Company;
National Service Industries
  (f/k/a North Brothers, Inc.);
North Brothers, Inc.;
Proko Industries, Inc.;
Synkoloid, A Division of Muralo Co., Inc.;
Turner & Newall, PLC;
Uniroyal Holding, Inc.
  (Successor to U.S. Rubber Company);

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

U.S. Gypsum Company; and                                              :
Westinghouse Electric Corporation;                                    :
                                    Defendants.                       :
------------------------------------------------------------          :

      Plaintiffs hereby adopt and incorporate Plaintiffs' Master Long Form Complaint in Re:  Asbestos Litigation

in the United States District Court for the Eastern District of Pennsylvania, filed as Miscellaneous No. 86-0457.

Pursuant to the August 20, 1986 Order of Honorable Charles R. Weiner, the following short-form Complaint is

utilized in this asbestos action:

    1.    The Plaintiffs are:

        a.    Injured Plaintiff ("plaintiff-worker"):

            Name:  James L. Coleman
            Address:  137 Gold Hill Drive, Salisbury, NC 28144
            Social Security Number:  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
            Date of Birth:  October 18, 1938

        b.    Injured Plaintiff ("plaintiff-worker"):

            Name:  Michael Mitchell Bennett
            Address:  628 Newsome Road, Salisbury, NC 28146
            Social Security Number:  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
             Date of Birth:  March 2, 1944

        c.    Spouse ("plaintiff-spouse"):

            Name:  Paula T. Bennett
            Address:  Same as above
            Social Security Number:  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
            Date of Birth:  May 19, 1950

        d.    Injured Plaintiff ("plaintiff-worker"):

            Name:  Thomas Fred Hicks
            Address:  1121 East Linville Road Extension, Mt. Airy, NC 27030
            Social Security Number:  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
            Date of Birth:  October 16, 1945

        e.    Spouse ("plaintiff-spouse"):

            Name:  Gail Badgett Hicks
            Address:  Same as above
            Social Security Number:  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
            Date of Birth:  November 2, 1947

f.    Injured Plaintiff ("plaintiff-worker"):

Name:  Ronald Joe Kepley
Address:  375 Canteberry Drive, Salisbury, NC 28146
Social Security Number:  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
Date of Birth:  May 22, 1936

g.    Spouse ("plaintiff-spouse"):

Name:  Annie Bond Kepley
Address:  Same as above
Social Security Number:  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
Date of Birth:  June 30, 1938

h.    Injured Plaintiff ("plaintiff-worker"):

Name:  James Calvin Pierce, Jr.
Address:  145 Oak Level Church Road, Stokesdale, NC 27357
Social Security Number:  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
Date of Birth:  October 29, 1946

i.    Spouse ("plaintiff-spouse"):

Name:  Joyce Pierce
Address:  Same as above
Social Security Number:  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
Date of Birth:  March 10, 1947

j.    Injured Plaintiff ("plaintiff-worker"):

Name:  Kermit Alexander Shumaker
Address:  350 Wetmore Road, Woodleaf, NC 27054
Social Security Number:  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
Date of Birth:  April 27, 1948

k.    Spouse ("plaintiff-spouse"):

Name:  Lynn Wetmore Shumaker
Address:  Same as above
Social Security Number:  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
Date of Birth:  June 7, 1952

l.    Injured Plaintiff ("plaintiff-worker"):

Name:  Charles Odell Weldon
Address:  1331 Standish Street, Salisbury, NC 28144
Social Security Number:  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
Date of Birth:  April 30, 1929

    m.     Spouse ("plaintiff-spouse"):

           Name:  Lelia Weldon
           Address:  Same as above
           Social Security Number: 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
           Date of Birth: July 8, 1931

    n.     Injured Plaintiff ("plaintiff-worker"):

           Name:  Walter Edward Wise, Jr.
           Address:  1535 Phaniel Church Road, Rockwell, NC 28138
           Social Security Number: 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
           Date of Birth:  December 15, 1947

    o.     Spouse ("plaintiff-spouse"):

           Name:  Sandra Louise Wise
           Address:  Same as above
           Social Security Number: 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
           Date of Birth:  August 28, 1948

2.     The Court has jurisdiction of this matter pursuant to the Multidistrict Litigation Order dated July 29, 1991, Civil Action No. MDL 875.  Moreover, the Plaintiffs are citizens of the State of North Carolina and no defendant is a citizen or has a principal place of business in the State of North Carolina.  Further, the amount in controversy, exclusive of interest and costs, exceeds $100,000.00.

3.     The Defendants are those companies listed in the caption.

4.     Plaintiffs hereby incorporate by reference the following counts from the Master Long-Form Complaint: Counts I, II, III, IV and V.

5.     Plaintiff-worker's asbestos employment history, including, to the extent possible at this time, the asbestos products to which plaintiff-worker was exposed is attached hereto as Schedule I.

6.     Plaintiff-worker was diagnosed as set forth in Schedule II.

7.     Plaintiffs certify that they have not been a party to any related third-party asbestos litigation.

8.     Plaintiffs hereby demand a trial by jury on all issues of fact.

Respectfully submitted.

WALLACE AND GRAHAM. P.A.

By: _____
      Richard J. Lutzel
      N.C. Bar No.: 24872
      525 North Main Street
      Salisbury, North Carolina  28144
      Tel. No.  704/633-5244

Date: September 3, 1999

SCHEDULE I
James L. Coleman
Plaintiff-Worker Employment History
Asbestos Exposure Worksite Information

OCCUPATION:

A-Mechanic, clerk

EMPLOYER/WORKSITE

Hoechst-Celanese at Salisbury, NC
Fieldcrest Cannon at Salisbury, NC
U.S. Air Force

APPROXIMATE DATES

January 1967 to December 1997
January 1961 to January 1967
January 1957 to January 1961

RELATED ASBESTOS LITIGATION

IN THE DISTRICT COURT, DALLAS COUNTY, TEXAS
*John W. Barnes, et al. v. Owens-Corning Fiberglas Corporation, et al.*
97-04758-D

SMOKING HISTORY

1 pack per day from 1993 to 1997.

PRODUCTS CONTAINING ASBESTOS

Raw Asbestos Fiber, Pipe Covering, Block, Cements, Gaskets, Refractory Materials, Boilers, Joint Compounds, Wall Board, and other asbestos containing materials.

DEPENDENTS

None.

SCHEDULE I
Michael Mitchell Bennett
Plaintiff-Worker Employment History
Asbestos Exposure Worksite Information

OCCUPATION:

A-Mechanic, scheduler, textile operator, laborer, E4

| EMPLOYER/WORKSITE | APPROXIMATE DATES |
|---|---|
| Hoechst-Celanese at Salisbury, NC | January 1966 to March 1999 |
| North Carolina Finishing at Salisbury, NC | January 1966 to December 1965 |
| Carolina Forge at Salisbury, NC | January 1964 to January 1965 |
| U.S. Army at Germany | January 1961 to January 1964 |

RELATED ASBESTOS LITIGATION

IN THE DISTRICT COURT, DALLAS COUNTY, TEXAS
*Ronald J. Kepley, et al. v. Owens-Corning Fiberglas Corporation, et al.*
97-03914-L

SMOKING HISTORY

1 pack per day from 1962 to 1972.

PRODUCTS CONTAINING ASBESTOS

Raw Asbestos Fiber, Pipe Covering, Block, Cements, Gaskets, Refractory Materials, Boilers, Joint Compounds, Wall Board, and other asbestos containing materials.

DEPENDENTS

Paula T. Bennett, wife.

SCHEDULE I
Thomas Fred Hicks
Plaintiff-Worker Employment History
Asbestos Exposure Worksite Information

OCCUPATION:

Electrician, equipment operator, laborer

| EMPLOYER/WORKSITE | APPROXIMATE DATES |
|---|---|
| Duke Energy Corporation at Belews Creek, Marshall, Allen, River Bend, Dan River, Buck, Oconee, McGuire | November 1972 to January 1996 |
| Edman Electric at Winston-Salem, NC | January 1970 to December 1971 |
| Inman Electric at Mt. Airy, NC | January 1968 to December 1969 |
| U.S. Army | January 1965 to December 1967 |
| Pike Electric at Mt. Airy, NC | January 1964 to December 1965 |
| Thomas Car Works at High Point, NC | January 1963 to December 1963 |

RELATED ASBESTOS LITIGATION

IN THE DISTRICT COURT, DALLAS COUNTY, TEXAS
*Bobby G. Bethea, et al. v. Owens-Corning Fiberglas Corporation, et al.*
97-03046-L

SMOKING HISTORY

1 pack per day from 1976 to 1996.

PRODUCTS CONTAINING ASBESTOS

Raw Asbestos Fiber, Pipe Covering, Block, Cements, Gaskets, Refractory Materials, Boilers, Joint Compounds, Wall Board, and other asbestos containing materials.

DEPENDENTS

Gail Badgett Hicks, wife.

SCHEDULE I
Ronald Joe Kepley
Plaintiff-Worker Employment History
Asbestos Exposure Worksite Information

OCCUPATION:

A-Mechanic, stone polisher, garment cutter

EMPLOYER/WORKSITE

Hoechst-Celanese at Salisbury, NC
Harris Granite Company at Salisbury, NC
Rowan Manufacturing at Salisbury, NC
Harris Granite Company at Salisbury, NC
Leisure Lads at Salisbury, NC

APPROXIMATE DATES

January 1968 to March 1997
January 1960 to January 1968
January 1959 to December 1960
January 1958 to December 1959
January 1955 to December 1958

RELATED ASBESTOS LITIGATION

IN THE DISTRICT COURT, DALLAS COUNTY, TEXAS
*Ronald J. Kepley, et al. v. Owens-Corning Fiberglas Corporation, et al.*
97-03914-L

SMOKING HISTORY

1 pack per day from 1951 to 1986.

PRODUCTS CONTAINING ASBESTOS

Raw Asbestos Fiber, Pipe Covering, Block, Cements, Gaskets, Refractory Materials, Boilers, Joint Compounds, Wall Board, and other asbestos containing materials.

DEPENDENTS

Annie Bond Kepley, wife.

SCHEDULE I
James Calvin Pierce, Jr.
Plaintiff-Worker Employment History
Asbestos Exposure Worksite Information

OCCUPATION:

Welder, boiler maintenance, technical specialist, boiler technician, motor transport

| EMPLOYER/WORKSITE | APPROXIMATE DATES |
|---|---|
| Duke Energy at Belews Creek, Buck | June 1969 to present |
| U.S. Marine Corps at Vietnam; USA | June 1965 to June 1969 |

RELATED ASBESTOS LITIGATION

IN THE DISTRICT COURT, DALLAS COUNTY, TEXAS
*Paul M. McLamb, Sr., et al. v. Owens-Corning Fiberglas Corporation, et al.*
97-04096-A

SMOKING HISTORY

1 pack per day from 1963 to present.

PRODUCTS CONTAINING ASBESTOS

Raw Asbestos Fiber, Pipe Covering, Block, Cements, Gaskets, Refractory Materials, Boilers, Joint Compounds, Wall Board, and other asbestos containing materials.

DEPENDENTS

Joyce Pierce, wife.

SCHEDULE I
Kermit Alexander Shumaker
Plaintiff-Worker Employment History
Asbestos Exposure Worksite Information

OCCUPATION:

Artillery, mechanic, machine operator, production operator

EMPLOYER/WORKSITE

| | APPROXIMATE DATES |
|---|---|
| Hoechst-Celanese at Salisbury, NC | January 1967 to present |
| U.S. Army at Fort Bragg, NC; Fort Sill, OK | July 1968 to January 1969 |
| North Carolina Finishing at Salisbury, NC | May 1966 to July 1968 |
| Bendix Westinghouse at Salisbury, NC | February 1966 to May 1966 |

RELATED ASBESTOS LITIGATION

IN THE DISTRICT COURT, DALLAS COUNTY, TEXAS
*Billy D. Dawson, et al. v. Owens-Corning Fiberglas Corporation, et al.*
97-02770-C

SMOKING HISTORY

1 pack per day from 1969 to 1989.

PRODUCTS CONTAINING ASBESTOS

Raw Asbestos Fiber, Pipe Covering, Block, Cements, Gaskets, Refractory Materials, Boilers, Joint Compounds, Wall Board, and other asbestos containing materials.

DEPENDENTS

Lynn Wetmore Shumaker, wife, Michael Hinsdale Shumaker, son, Anne Caroline Shumaker, daughter, and Phillip Brett Shumaker, son.

SCHEDULE I
Charles Odell Weldon
Plaintiff-Worker Employment History
Asbestos Exposure Worksite Information

OCCUPATION:

Machine operator, nursing assistant, transfer shed, infantry, brick handler, laborer

| EMPLOYER/WORKSITE | APPROXIMATE DATES |
|---|---|
| Hoechst-Celanese at Salisbury, NC | August 1966 to April 1991 |
| Veterans Administration Hospital at Salisbury, NC | July 1955 to August 1966 |
| Southern Railroad at Spencer, NC | February 1953 to August 1953 |
| U.S. Army at Germany; Camp Breckinridge, KY; Camp Kilmer, NJ; Fort Mead, MD | February 1951 to January 1953 |
| Construction Company at Veterans Administration Hospital, Salisbury, NC | January 1949 to December 1950 |
| Wilson Construction and L. S. Bradshaw at Salisbury, NC | January 1948 to December 1948 |

RELATED ASBESTOS LITIGATION

IN THE DISTRICT COURT, DALLAS COUNTY, TEXAS
*John W. Barnes, et al. v. Owens-Corning Fiberglas Corporation, et al.*
97-04758-D

SMOKING HISTORY

0.5 pack per day from 1947 to present.

PRODUCTS CONTAINING ASBESTOS

Raw Asbestos Fiber, Pipe Covering, Block, Cements, Gaskets, Refractory Materials, Boilers, Joint Compounds, Wall Board, and other asbestos containing materials.

DEPENDENTS

Lelia Weldon, wife.

SCHEDULE I
Walter Edward Wise, Jr.
Plaintiff-Worker Employment History
Asbestos Exposure Worksite Information

OCCUPATION:

Maintenance, aviation mechanic, mechanic

| EMPLOYER/WORKSITE | APPROXIMATE DATES |
|---|---|
| Hoechst-Celanese at Salisbury, NC | January 1971 to present |
| U.S. Navy at USS Saratoga; USS Shangrila | January 1967 to December 1970 |
| Hoechst-Celanese at Salisbury, NC | June 1966 to January 1967 |

RELATED ASBESTOS LITIGATION

IN THE DISTRICT COURT, DALLAS COUNTY, TEXAS
*Paul M. McLamb, Sr., et al. v. Owens-Corning Fiberglas Corporation, et al.*
97-04096-A

SMOKING HISTORY

2 packs per day from 1963 to 1997.

PRODUCTS CONTAINING ASBESTOS

Raw Asbestos Fiber, Pipe Covering, Block, Cements, Gaskets, Refractory Materials, Boilers, Joint Compounds, Wall Board, and other asbestos containing materials.

DEPENDENTS

Sandra Louise Wise, wife.

## SCHEDULE II

James L. Coleman – Asbestosis, Dr. Albert F. Curseen, February 26, 1997

Michael Mitchell Bennett – Asbestosis/Asbestos Related Pleural Disease, Dr. Stephen D. Proctor, February 27, 1997

Thomas Fred Hicks – Asbestosis, Dr. Albert F. Curseen, February 18, 1997

Ronald Joe Kepley – Asbestosis/Asbestos Related Pleural Disease, Dr. Douglas G. Kelling, March 14, 1997

James Calvin Pierce, Jr. – Asbestosis/Asbestos Related Pleural Disease, Dr. Robert A. Rostand, February 13, 1997

Kermit Alexander Shumaker – Asbestosis, Dr. Albert F. Curseen, March 11, 1997

Charles Odell Weldon – Asbestosis, Dr. Shephen D. Proctor, March 17, 1997

Walter Edward Wise, Jr. – Asbestosis/Asbestos Related Pleural Disease, Dr. Douglas G. Kelling, February 28, 1997

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

<u>DEFENDANTS LIST</u>

ACandS, Incorporated
CT Corporation System
225 Hillsborough Street
Raleigh, NC 27603

Aqua-Chem, Inc., d/b/a Cleaver-Brooks Division
7800 North 113th Street
Milwaukee, Wisconsin  53224-3136

Armstrong World Industries, Inc.
CT Corporation System
225 Hillsborough Street
Raleigh, NC 27603

Asbestos Claims Management Corporation
2608 Eastland Avenue, Suite 202
Greenville, TX  75402

A.W. Chesterton Company
2256 Fallon Road
Stoneham, MA 02180

Combustion Engineering, Inc.
CT Corporation System
225 Hillsborough Street
Raleigh, NC 27603

Fluor Daniel, Inc.
c/o National Registered Agents, Inc.
120 Penmarc Drive, Suite 118
Raleigh, NC 27603

Fluor Daniel Environmental Services, Inc.
c/o National Registered Agents, Inc.
120 Penmarc Drive, Suite 118
Raleigh, NC 27603

Fluor Daniel Services Corporation
c/o National Registered Agents, Inc.
120 Penmarc Drive, Suite 118
Raleigh, NC 27603

Strategic Organizational Systems Enterprises, Inc.
c/o National Registered Agents, Inc.
120 Penmarc Drive, Suite 118
Raleigh, NC 27603

Daniel Construction Company, Inc.
c/o National Registered Agents, Inc.
120 Penmarc Drive, Suite 118
Raleigh, NC 27603

Daniel International Corporation
c/o National Registered Agents, Inc.
120 Penmarc Drive, Suite 118
Raleigh, NC 27603

Flexitallic Gasket Company,. Inc.
6915 Hwy 225
Deer Park, TX 44536
Attn:  Ross Simmons

GAF Corporation
1361 Alps Road
Wayne, NJ  07470

General Refractories Company
225 City Avenue, Suite 114
Bala Cynwyd, PA  19004

Georgia Pacific Corporation
CT Corporation System
225 Hillsborough Street
Raleigh, NC 27603

A.P. Green Refractories Company
Green Boulevard
Mexico, MO  65265

Harbison Walker Refractories Company
Prentice-Hall Corp. System
327 Hillsborough Street
Raleigh, NC 27603

Indresco Inc.
Prentice-Hall Corp. System
327 Hillsborough Street
Raleigh, NC 27603

Kelly Moore Paint Company, Inc.
P. O. Box 3016
San Carlos, CA  94070

Metropolitan Life Insurance Company
c/o Department of Insurance
James E. Long, Commissioner
P.O. Box 26387
Raleigh, NC 27611

North American Refractories Company
CT Corporation Systems
225 Hillsborough Street
Raleigh, NC 27603

National Service Industries
(f/k/a North Brothers, Inc.)
CT Corporation Systems
225 Hillsborough Street
Raleigh, NC 27603

North Brothers, Inc.
CT Corporation Systems
225 Hillsborough Street
Raleigh, NC 27603

Proko Industries, Inc.
501 S Foote Street
Cambridge City, IN 47237

Synkoloid, A Division of Muralo Co., Inc.
148 E. 5th Street
Bayonne, NJ 07002

Turner & Newall, PLC
20 St. Mary's Parsonage
Manchester, M32NL, England

Uniroyal Holding, Inc. (Successor to U. S. Rubber Company)
70 Great Hill Road
Naugatuck, Connecticut 06770

U.S. Gypsum Company
The Corporation Trust Company
100 W. 10th Street
Wilmington, Delaware 19801

Westinghouse Electric Corporation
CT Corporation System
225 Hillsborough Street
Raleigh, NC 27603

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

-----------------------------------------------

This Document Relates to:

Troy L. Bailey and Brenda G. Bailey, wife,
Jimmy R. Beck and Karen W. Beck, wife,
Clyde B. Freeman and Brenda O. Freeman, wife,
Max R. Iddings and Sue S. Iddings, wife,
Robert H. Peeler and Judy M. Peeler, wife,
Arthur L. Smithey and Peggy L. Smithey, wife,
William E. Tanner, Sr. and Mary S. Tanner, wife, *another cm*
Daniel B. Tate and Mitchelene W. Tate, wife,
Clinton D. Turman and Susan R. Turman, wife, *Amster claim*

Plaintiffs,

vs.

ACandS, Incorporated,
Armstrong World Industries, Inc.;
Asbestos Claims Management, Inc.,
  f/k/a National Gypsum;
Aqua-Chem, Inc., d/b/a Cleaver-Brooks
  Division;
A.W. Chesterton Company,
Combustion Engineering, Inc.;
Fluor Daniel, Inc.;
Fluor Daniel Environmental Services, Inc.;
Fluor Daniel Services Corporation;
Strategic Organizational Systems Enterprises, Inc.;
Daniel Construction Company, Inc.;
Daniel International Corporation;
Flexitallic Gasket Company, Inc.;
GAF Corporation;
General Refractories Company;
Georgia Pacific Corporation;
A.P. Green Refractories Company;
Harbison Walker Refractories Company,
Indresco Inc.;
Kelly Moore Paint Company, Inc.;
Metropolitan Life Insurance Company;
North American Refractories Company;
National Service Industries
  (f/k/a North Brothers, Inc.);
North Brothers, Inc.;
Proko Industries, Inc.;
Synkoloid, A Division of Muralo Co., Inc.;
Turner & Newall, PLC;
Uniroyal Holding, Inc.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No. MDL 875

M.D.N.C., Winston-Salem Division
Civil Action No.

## 1:99CV00658

**COMPLAINT**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

------------------------------------------------------

This Document Relates to:

Joel B. Berry and Burlie P. Berry, wife,
Billy D. Dawson and Jeneva G. Dawson, wife,
Danny J. Leonhardt and Vickie S. Leonhardt, wife,
Daryl E. London and Brenda J. London, wife,
Elwyn F. McCraw and Ophelia McCraw, wife,
Kenneth L. Nixon and Susie P. Nixon, wife,
Walter L. Plyler and Cynthia D. Plyler, wife,
Dean B. Scruggs and Virginia K. Scruggs, wife,
Troy L. Thompson and Virginia Thompson, wife,
William L. Wallace and Donna Wallace, wife,

Plaintiffs,

vs.

ACandS, Incorporated,
Armstrong World Industries, Inc.;
Asbestos Claims Management, Inc.,
  f/k/a National Gypsum;
Aqua-Chem, Inc., d/b/a Cleaver-Brooks
  Division;
A.W. Chesterton Company,
Combustion Engineering, Inc.;
Fluor Daniel, Inc.;
Fluor Daniel Environmental Services, Inc.;
Fluor Daniel Services Corporation;
Strategic Organizational Systems Enterprises, Inc.;
Daniel Construction Company, Inc.;
Daniel International Corporation;
Flexitallic Gasket Company, Inc.;
GAF Corporation;
General Refractories Company;
Georgia Pacific Corporation;
A.P. Green Refractories Company;
Harbison Walker Refractories Company,
Indresco Inc.;
Kelly Moore Paint Company, Inc.;
Metropolitan Life Insurance Company;
North American Refractories Company;
National Service Industries
  (f/k/a North Brothers, Inc.);
North Brothers, Inc.;
Proko Industries, Inc.;
Synkoloid, A Division of Muralo Co., Inc.;
Turner & Newall, PLC;

Civil Action No.  MDL 875

W.D.N.C., Statesville Division
Civil Action No.  5: 99 CV118-T

FILED
ASHEVILLE, N. C.

AUG  9 1999

U.S. DISTRICT COURT
W. DIST. OF N. C.

**COMPLAINT**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ASBESTOS PRODUCTS LIABILITY                    :        Civil Action No.  MDL 875
LITIGATION (NO. VI)
-------------------------------------------------------------                    :
This Document Relates to:                                                :        M.D.N.C., Winston Salem Division
                                                                                    :        Civil Action No.

Henry E. Boone and Jewell G. Boone, wife,
Floyd G. Holshouser and Irene W. Holshouser, wife,
Charles F. Montgomery and Patty R. Montgomery, wife,
James J. Brown,
Robert M. Troutman and Evelyn R. Troutman, wife,
Carolyn V. Lowery, Adminstratrix CTA,
  of the Estate of Martin L. Lowery, deceased,
George R. Miller,
Henry Saulters and Edith Saulters, wife,
Arnold W. Crook and Aulena Crook, wife,



                                                                                    :        **COMPLAINT**

                         Plaintiffs,                                          :

                    vs.                                                          :

ACandS, Incorporated,                                              :
Armstrong World Industries, Inc.;                           :        1:99CV00899
Asbestos Claims Management, Inc.,                        :
   f/k/a National Gypsum;                                         :
Aqua-Chem, Inc., d/b/a Cleaver-Brooks              :
   Division;                                                               :
A.W. Chesterton Company,                                     :
Certainteed Corporation;                                       :
Combustion Engineering, Inc.;                               :
Fluor Daniel, Inc.;                                                  :
Fluor Daniel Environmental Services, Inc.;          :
Fluor Daniel Services Corporation;                       :
Strategic Organizational Systems Enterprises, Inc.;   :
Daniel Construction Company, Inc.;                      :
Daniel International Corporation;                           :
Flexitallic Gasket Company, Inc.;                         :
GAF Corporation;                                                 :
General Refractories Company;                             :
Georgia Pacific Corporation;                                :
W. R. Grace & Co.-Conn.;                                   :
A.P. Green Refractories Company;                        :
Harbison Walker Refractories Company,              :
Indresco Inc.;                                                        :
Kelly Moore Paint Company, Inc.;                        :
Metropolitan Life Insurance Company;                 :
North American Refractories Company;                :
National Service Industries                                   :
   (f/k/a North Brothers, Inc.);                              :
North Brothers, Inc.;                                            :
Proko Industries, Inc.;                                          :

04/08/99 THU 12:52 FAX 910 378-5412 Smith Helms — Greensboro ☒002

Mona Lisa Wallace, Esquire (N.C. Bar #9021)
WALLACE and GRAHAM, P.A.
525 North Main Street
Salisbury, North Carolina 28144

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

This Document Relates to:

James L. Campbell and Betty M. Campbell, wife,

Norman R. Holt and Bettye Jean Holt, wife,

William F. Hurst and Doris C. Hurst, wife,

                Plaintiffs,

      vs.

ACANDS, INCORPORATED,
ARMSTRONG WORLD INDUSTRIES, INC.,
ASBESTOS CLAIMS MANAGEMENT, INC.,
AQUA-CHEM, INC., D/B/A CLEAVER-BROOKS
  DIVISION,
BABCOCK & WILCOX,
A. W. CHESTERTON COMPANY,
COMBUSTION ENGINEERING, INC.,
COVIL CORPORATION,
CROWN CORK & SEAL COMPANY, INC.,
FLEXITALLIC GASKET COMPANY, INC.,
THE FLINTKOTE COMPANY,
FLOUR DANIEL, INC.,
FOSTER WHEELER ENERGY CORPORATION,
GAF CORPORATION,
GARLOCK, INC.,
GENERAL ELECTRIC COMPANY,
GENERAL REFRACTORIES COMPANY,
GEORGIA PACIFIC CORPORATION,
W. R. GRACE & CO.-CONN.,
A. P. GREEN REFRACTORIES COMPANY,
HARBISON-WALKER REFRACTORIES COMPANY,
INDRESCO INC.,
KAISER ALUMINUM & CHEMICAL CORPORATION,
KELLEY-MOORE PAINT COMPANY, INC.,
METROPOLITAN LIFE INSURANCE COMPANY,
MINNESOTA MINING AND MANUFACTURING
  COMPANY (A/K/A "3M"),
NORTH AMERICAN REFRACTORIES COMPANY,

Civil Action No.  MDL 875

# 1:98CV00182

M.D.N.C., Salisbury Division
Civil Action No.

**COMPLAINT**

FILED
MAR - 5 1998
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.
BY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY             :        Civil Action No. MDL 875
LITIGATION (NO. VI)                            :
-------------------------------------------------------- :
                                               :
This Document Relates to:                      :        W.D.N.C., Statesville Division
                                               :        Civil Action No. 5:98CV80
John P. Christenberry and wife, Mattie C. Christenberry, :
                                               :
                        Plaintiffs,            :
                                               :
                    vs.                        :
ACANDS, INCORPORATED,                          :        **COMPLAINT**
ARMSTRONG WORLD INDUSTRIES, INC.,              :
ASBESTOS CLAIMS MANAGEMENT, INC.,              :
AQUA-CHEM, INC., D/B/A CLEAVER-BROOKS          :
   DIVISION,                                   :
A. W. CHESTERTON COMPANY,                      :
COMBUSTION ENGINEERING, INC.,                  :
COVIL CORPORATION,                             :
CROWN CORK & SEAL COMPANY, INC.,               :
FLEXITALLIC GASKET COMPANY, INC.,              :
THE FLINTKOTE COMPANY,                         :
FLUOR DANIEL, INC.,                            :
FOSTER WHEELER ENERGY CORPORATION,             :
GAF CORPORATION,                               :
GARLOCK, INC.,                                 :
GENERAL REFRACTORIES COMPANY,                  :
GEORGIA PACIFIC CORPORATION,                   :
W. R. GRACE & CO.-CONN.,                       :
A. P. GREEN REFRACTORIES COMPANY,              :
HARBISON-WALKER REFRACTORIES COMPANY,          :
INDRESCO INC.,                                 :
KAISER ALUMINUM & CHEMICAL CORPORATION,        :
KELLEY-MOORE PAINT COMPANY, INC.,              :
METROPOLITAN LIFE INSURANCE COMPANY,           :
MINNESOTA MINING AND MANUFACTURING             :
   COMPANY (A/K/A "3M"),                       :
NORTH AMERICAN REFRACTORIES COMPANY,           :
OWENS-CORNING FIBERGLAS                        :
   CORPORATION,                                :
OWENS-ILLINOIS, INC.,                          :
PITTSBURGH CORNING CORPORATION,                :
PORTER-HAYDEN COMPANY,                         :
PROKO INDUSTRIES, INC.,                        :
RILEY STOKER CORPORATION,                      :

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

--------------------------------------------------------------

This Document Relates to:

John B. Cross and Janie M. Cross, wife,
Robert L. Brown,
John A. Minter and Telatha Minter, wife,
John L. Kistler, Jr. and Pam Kistler, wife,
Coy G. Bridges and Frances P. Bridges, wife,
Everett W. Staton and Andrea Staton, wife,
Allen Holt and Blanch L. Holt, wife,
Thomas R. Barnhardt and Vickie Barnhardt, wife,
Carlton Ellis and Brenda P. Ellis, wife,
John H. Long and Frances H. Long, wife,
Leroy E. Woods and Annie D. Woods, wife,

                    Plaintiffs,

           vs.

ACANDS, INCORPORATED,
ARMSTRONG WORLD INDUSTRIES, INC.,
ASBESTOS CLAIMS MANAGEMENT, INC.,
AQUA-CHEM, INC., D/B/A CLEAVER-BROOKS
   DIVISION,
A. W. CHESTERTON COMPANY,
COMBUSTION ENGINEERING, INC.,
CROWN CORK & SEAL COMPANY, INC.,
FLUOR DANIEL, INC.,
FLUOR DANIEL ENVIRONMENTAL SERVICES, INC.,
FLUOR DANIEL SERVICES CORPORATION,
STRATEGIC ORGANIZATIONAL
   ENTERPRISES, INC.,
DANIEL CONSTRUCTION COMPANY, INC.,
DANIEL INTERNATIONAL CORPORATION,
FLEXITALLIC GASKET COMPANY, INC.,
THE FLINTKOTE COMPANY,
FOSTER WHEELER ENERGY CORPORATION,
GAF CORPORATION,
GARLOCK, INC.,
GENERAL REFRACTORIES COMPANY,
GEORGIA PACIFIC CORPORATION,
W. R. GRACE & CO.-CONN.,
A. P. GREEN REFRACTORIES COMPANY,
HARBISON-WALKER REFRACTORIES COMPANY,
INDRESCO INC.,
KELLEY-MOORE PAINT COMPANY, INC.,
METROPOLITAN LIFE INSURANCE COMPANY,
MINNESOTA MINING AND MANUFACTURING
   COMPANY (A/K/A "3M"),

Civil Action No.  MDL 875

M.D.N.C., Winston-Salem Division
Civil Action No.

# 1:99CV00210



**COMPLAINT**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

------------------------------------------------------------

This Document Relates to:

Joe Louis Ellis and Annie R. Ellis, wife,
Tim R. Wilson and Vonnie F. Wilson, wife,
Danny L. Goodman and Cynthia M. Goodman, wife,
Gillie O. Torrence and Johnnie M. Torrence, wife,
Walter J. Faust and Lydia H. Faust, wife,
Claude W. Johnson, Jr.,
Raymond L. Hawkins, Jr. and Vickie B. Hawkins, wife,
Jerry E. McCoy and Lana E. McCoy, wife,
Alex F. McClamrock and Alice M. McClamrock, wife,
Ruth D. Shehan and James E. Shehan, husband,

Plaintiffs,

vs.

ACandS, Incorporated,
Armstrong World Industries, Inc.;
Asbestos Claims Management, Inc.,
  f/k/a National Gypsum;
Aqua-Chem, Inc., d/b/a Cleaver-Brooks
  Division;
A.W. Chesterton Company,
Combustion Engineering, Inc.;
Fluor Daniel, Inc.;
Fluor Daniel Environmental Services, Inc.;
Fluor Daniel Services Corporation;
Strategic Organizational Systems Enterprises, Inc.;
Daniel Construction Company, Inc.;
Daniel International Corporation;
Flexitallic Gasket Company, Inc.;
GAF Corporation;
General Refractories Company;
Georgia Pacific Corporation;
W. R. Grace & Co.-Conn.;
A.P. Green Refractories Company;
Harbison Walker Refractories Company,
Indresco Inc.;
Kelly Moore Paint Company, Inc.;
Metropolitan Life Insurance Company;
North American Refractories Company;
National Service Industries
  (f/k/a North Brothers, Inc.);
North Brothers, Inc.;
Owens-Illinois, Inc.,
Proko Industries, Inc.;
Synkoloid, A Division of Muralo Co., Inc.;
Turner & Newall, PLC;
Uniroyal Holding, Inc.
  (Successor to U.S. Rubber Company);

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No.  MDL 875


M.D.N.C., Winston-Salem Division
Civil Action No.




**COMPLAINT**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
-----------------------------------------------------------

This Document Relates to:

Johnny R. Foxx,
Billy F. Shepherd and Rachel G. Shepherd, wife,
Anthony L. Morrison and Tina Morrison, wife,
Walter L. Jones, Sr. and Betty B. Jones, wife,
Ralph M. Oliphant and Sandra C. Oliphant, wife,
Robert C. Dickerson, Jr.,
Robert E. Grubb, Jr. and Sharon Grubb, wife,
Howard L. Shoe and Patsy S. Shoe, wife,
James R. Yarbrough and Kelly G. Yarbrough, wife,
Gary W. Ellis and Lois K. Ellis, wife,

                    Plaintiffs,

           vs.

ACandS, Incorporated,
Armstrong World Industries, Inc.;
Asbestos Claims Management, Inc.,
  f/k/a National Gypsum;
Aqua-Chem, Inc., d/b/a Cleaver-Brooks
  Division;
A.W. Chesterton Company,
Combustion Engineering, Inc.;
Fluor Daniel, Inc.;
Fluor Daniel Environmental Services, Inc.;
Fluor Daniel Services Corporation;
Strategic Organizational Systems Enterprises, Inc.;
Daniel Construction Company, Inc.;
Daniel International Corporation;
Flexitallic Gasket Company, Inc.;
GAF Corporation;
General Refractories Company;
Georgia Pacific Corporation;
W. R. Grace & Co.-Conn.;
A.P. Green Refractories Company;
Harbison Walker Refractories Company,
Indresco Inc.;
Kelly Moore Paint Company, Inc.;
Metropolitan Life Insurance Company;
North American Refractories Company;
National Service Industries
  (f/k/a North Brothers, Inc.);
North Brothers, Inc.;
Proko Industries, Inc.;
Synkoloid, A Division of Muralo Co., Inc.;

Civil Action No.  MDL 875

M.D.N.C., Winston-Salem Division
Civil Action No.



**COMPLAINT**

# 1:99CV00879

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

-------------------------------------------------------------------

This Document Relates to:

Barney F. Goodman,
Thomas E. Stewart,
William C. Jennings, Jr. and Karen S. Jennings, wife,
Lydia H. Faust and Walter J. Faust, husband,

Plaintiffs,

vs.

ACandS, Incorporated,
Armstrong World Industries, Inc.;
Asbestos Claims Management, Inc.;
Aqua-Chem, Inc., d/b/a Cleaver-Brooks
  Division;
Combustion Engineering, Inc.;
Fluor Daniel, Inc.;
Fluor Daniel Environmental Services, Inc.;
Fluor Daniel Services Corporation;
Strategic Organizational Systems Enterprises, Inc.;
Daniel Construction Company, Inc.;
Daniel International Corporation;
Flexitallic Gasket Company, Inc.;
GAF Corporation;
General Refractories Company;
Georgia Pacific Corporation;
W. R. Grace & Co.-Conn.;
A.P. Green Refractories Company;
Harbison Walker Refractories Company,
Indresco Inc.;
Kelley-Moore Paint Company, Inc.;
Metropolitan Life Insurance Company;
North American Refractories Company;
National Service Industries
  (f/k/a North Brothers, Inc.);
North Brothers, Inc.;
Owens-Illinois, Inc.,
Proko Industries, Inc.;
Synkoloid, A Division of Muralo Co., Inc.;
Turner & Newall, PLC;
Uniroyal Holding, Inc.
  (Successor to U.S. Rubber Company);
U.S. Gypsum Company; and
Westinghouse Electric Corporation;

Defendants.

-------------------------------------------------------------------

Civil Action No.  MDL 875

M.D.N.C., Winston-Salem Division
Civil Action No.

**COMPLAINT**

1:99CV00455



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

————————————————————————

This Document Relates to:


Otis D. Lawing, *deceased, by and through personal representative,*
Ernest E. Lawing,
Judy C. Misenheimer,
Ronald A. Eidson and Barbara H. Eidson, wife,
Louis Anguzza and Joyce A. Anguzza, wife,
Earl R. Blakeney and Iola C. Blakeney, wife,
Thomas G. Logan and Helen S. Logan, wife,
Hugh L. Harkey and Laura J. Harkey, wife,
Donald J. Campbell and Tommie Jo Campbell, wife,
Connie M. Costner and Terri Q. Costner, wife,
John G. Miller and Mildred M. Miller, wife,
Ronnie Rollings and Sheila J. Rollings, wife,
Joe E. Barbee and Marilyn I. Barbee, wife,
Ned R. Faggart and Dorothy Faggart, wife,
Benjamin F. Craige, Jr. and Francine C. Craige, wife,
William T. Brown, Jr. and Linda T. Brown, wife,

                    Plaintiffs,

                    vs.

ACANDS, INCORPORATED,
ARMSTRONG WORLD INDUSTRIES, INC.,
ASBESTOS CLAIMS MANAGEMENT, INC.,
AQUA-CHEM, INC., D/B/A CLEAVER-BROOKS
    DIVISION,
A. W. CHESTERTON COMPANY,
COMBUSTION ENGINEERING, INC.,
CROWN CORK & SEAL COMPANY, INC.,
DANIEL INTERNATIONAL CORPORATION,
FLUOR DANIEL, INC.,
FLUOR DANIEL ENVIRONMENTAL SERVICES, INC.,
FLUOR DANIEL SERVICES CORPORATION,
STRATEGIC ORGANIZATIONAL SYSTEMS
    ENTERPRISES, INC.,
DANIEL CONSTRUCTION COMPANY, INC.,
FLEXITALLIC GASKET COMPANY, INC.,
THE FLINTKOTE COMPANY,
FOSTER WHEELER ENERGY CORPORATION,
GAF CORPORATION,
GARLOCK, INC.,
GENERAL REFRACTORIES COMPANY,
GEORGIA PACIFIC CORPORATION,
W. R. GRACE & CO.-CONN.,
A. P. GREEN REFRACTORIES COMPANY,
HARBISON-WALKER REFRACTORIES COMPANY,

Civil Action No.  MDL 875

# 1:98CV01096

M.D.N.C., Winston-Salem Division
Civil Action No.



FILED
DEC 23 1998
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.
By

**COMPLAINT**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

-----------------------------------------------------------------

This Document Relates to:

Thomas G. Logan and Helen S. Logan, wife,
Robert M. Daniel and Velma T. Daniel, wife,
James N. Kiser, Sr.,
Marvin R. Turner and Julia M. Turner, wife,
David T. Hodges and Vicky Hodges, wife,

Plaintiffs,

vs.

ACANDS, INCORPORATED,
ARMSTRONG WORLD INDUSTRIES, INC.,
ASBESTOS CLAIMS MANAGEMENT, INC.,
AQUA-CHEM, INC., D/B/A CLEAVER-BROOKS
  DIVISION,
A. W. CHESTERTON COMPANY,
  COMBUSTION ENGINEERING, INC.,
  CROWN CORK & SEAL COMPANY, INC.,
FLUOR DANIEL, INC.,
FLUOR DANIEL ENVIRONMENTAL SERVICES, INC.,
FLUOR DANIEL SERVICES CORPORATION,
  STRATEGIC ORGANIZATIONAL
    ENTERPRISES, INC.,
DANIEL CONSTRUCTION COMPANY, INC.,
DANIEL INTERNATIONAL CORPORATION,
FLEXITALLIC GASKET COMPANY, INC.,
THE FLINTKOTE COMPANY,
FOSTER WHEELER ENERGY CORPORATION,
  GAF CORPORATION,
GARLOCK, INC.,
GENERAL REFRACTORIES COMPANY,
GEORGIA PACIFIC CORPORATION,
W. R. GRACE & CO.-CONN.,
A. P. GREEN REFRACTORIES COMPANY,
HARBISON-WALKER REFRACTORIES COMPANY,
INDRESCO INC.,
  KELLEY-MOORE PAINT COMPANY, INC.,
METROPOLITAN LIFE INSURANCE COMPANY,
MINNESOTA MINING AND MANUFACTURING
  COMPANY (A/K/A "3M"),
  NORTH AMERICAN REFRACTORIES COMPANY,
  OWENS-CORNING FIBERGLAS
    CORPORATION,
OWENS-ILLINOIS, INC.,
PITTSBURGH CORNING CORPORATION,
PROKO INDUSTRIES, INC.,

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No.  MDL 875

M.D.N.C., Winston-Salem Division
Civil Action No.

FILED
JAN 26 1999
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.

**COMPLAINT**

# 1:99CV00050

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
--------------------------------------------------------------

This Document Relates to:

George W. Petrea, Jr.,
Bobby R. McDuffie and Ollie L. McDuffie, wife,
J. Francis Holt and Almeader S. Holt, wife,
Scott W. Helms and Deborah Helms, wife,
Robert L. Cowan,
Robert D. Billings, Sr. and Ruth D. Billings, wife,
Donald L. Bell and Carla M. Bell, wife,
Gary R. Albright and Shannon L. Albright, wife,

                                    Plaintiffs,

                          vs.

ACANDS, INCORPORATED,
ARMSTRONG WORLD INDUSTRIES, INC.,
ASBESTOS CLAIMS MANAGEMENT, INC.,
AQUA-CHEM, INC., D/B/A CLEAVER-BROOKS
    DIVISION,
A. W. CHESTERTON COMPANY,
COMBUSTION ENGINEERING, INC.,
CROWN CORK & SEAL COMPANY, INC.,
DANIEL INTERNATIONAL,
FLEXITALLIC GASKET COMPANY, INC.,
THE FLINTKOTE COMPANY,
FOSTER WHEELER ENERGY CORPORATION,
GAF CORPORATION,
GARLOCK, INC.,
GENERAL REFRACTORIES COMPANY,
GEORGIA PACIFIC CORPORATION,
W. R. GRACE & CO.-CONN.,
A. P. GREEN REFRACTORIES COMPANY,
HARBISON-WALKER REFRACTORIES COMPANY,
INDRESCO INC.,
KELLEY-MOORE PAINT COMPANY, INC.,
METROPOLITAN LIFE INSURANCE COMPANY,
MINNESOTA MINING AND MANUFACTURING
    COMPANY (A/K/A "3M"),
NORTH AMERICAN REFRACTORIES COMPANY,
OWENS-CORNING FIBERGLAS
    CORPORATION,
OWENS-ILLINOIS, INC.,
PITTSBURGH CORNING CORPORATION,
PROKO INDUSTRIES, INC.,
RILEY STOKER CORPORATION,
SYNKOLOID, A DIVISION OF MURALO CO., INC.,
TURNER & NEWALL, PLC,

Civil Action No.  MDL 875

M.D.N.C., Winston-Salem Division
Civil Action No.

1 98CV01033

**COMPLAINT**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

------------------------------------------------------------

This Document Relates to:

Henry G. Saine and Reba Saine, wife,
Larry W. Hendrickson and Edna G. Hendrickson, wife,
Kenneth E. Austin and Linda B. Austin, wife,
Ricky G. Morgan and Shannon M. Morgan, wife,
Jerry L. Burgess and Christene Burgess, wife,
Terry W. Penninger, Sr. and Hilda T. Penninger, wife,
John H. Smith and Vernie Smith, wife,
Aubry D. Beck and Louise O. Beck, wife,
Glenn C. Seaford, Sr. and Katherine Seaford, wife,
Carl C. Doby and Patricia A. Doby, wife,

Plaintiffs,

vs.

-ACandS, Incorporated,
- Armstrong World Industries, Inc.;
- Asbestos Claims Management, Inc.,
   f/k/a National Gypsum;
- Aqua-Chem, Inc., d/b/a Cleaver-Brooks
   Division;
- A.W. Chesterton Company,
-Combustion Engineering, Inc.;
- Fluor Daniel, Inc.;
- Fluor Daniel Environmental Services, Inc.;
-Fluor Daniel Services Corporation;
-Strategic Organizational Systems Enterprises, Inc.;
-Daniel Construction Company, Inc.;
-Daniel International Corporation;
-Flexitallic Gasket Company, Inc.;
-GAF Corporation;
- General Refractories Company;
- Georgia Pacific Corporation;
-W. R. Grace & Co.-Conn.;
-A.P. Green Refractories Company;
-Harbison Walker Refractories Company,
-Indresco Inc.;
- Kelly Moore Paint Company, Inc.;
-Metropolitan Life Insurance Company;
-North American Refractories Company;
-National Service Industries
   (f/k/a North Brothers, Inc.);
-North Brothers, Inc.;
- Proko Industries, Inc.;
-Synkoloid, A Division of Muralo Co., Inc.;

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No.  MDL 875

M.D.N.C., Winston-Salem Division
Civil Action No.



**COMPLAINT**

**1:99CV00787**

K

| PLAINTIFF NAME | AGNER CASE MDL 875 W.D.N.C. | BOST CASE MDL 875 W.D.N.C. | OTHER ACTION CAPTION | STATE |
|---|---|---|---|---|
| Agner, Vonnie Kessler | X | | Clement et al vs A-Best Products Company et al **AND** Norfolk Southern FELA case (2 separate actions in Ohio) | Ohio<br>Ohio |
| Allman, Cecil Ray | X | | Clement et al vs A-Best Products Company et al | Ohio |
| Beeker, Terry Wayne | X | | Clement et al vs A-Best Products Company et al | Ohio |
| Boger, John Robert | X | | Clement et al vs A-Best Products Company et al | Ohio |
| Bond, Terry Julian | X | | Clement et al vs A-Best Products Company et al | Ohio |
| Bonds, Merle Dean | X | | Hutchins et al vs. A-Best Products Company et al | Ohio |
| Bost, Robert Franklin | | X | Clement et al vs A-Best Products Company et al | Ohio |
| Bowles, Larry Gilbert | X | | Clement et al vs A-Best Products Company et al | Ohio |
| Burleson, Donald Rhyne | X | | Clement et al vs A-Best Products Company et al | Ohio |
| Byrd, Guy Richard | X | | Hutchins et al vs. A-Best Products Company et al | Ohio |
| Carriker, John Franklin | X | | Clement et al vs A-Best Products Company et al | Ohio |
| Daniels, Charles Thomas, Sr. | X | | Clement et al vs A-Best Products Company et al | Ohio |
| Eagle, Leona Howard | X | | Clement et al vs A-Best Products Company et al | Ohio |
| Elkins, Danny Lee | X | | Hutchins et al vs. A-Best Products Company et al | Ohio |
| Faust, Martha | X | | Hutchins et al vs. A-Best Products Company et al | Ohio |
| Fonseca, Edward Roy, Sr. | X | | Clement et al vs A-Best Products Company et al | Ohio |
| Freeze, Jason Eugene | | X | Clement et al vs A-Best Products Company et al | Ohio |
| Gibbons, Gary Wayne | X | | Clement et al vs A-Best Products Company et al | Ohio |
| Gobble, Irvin Carroll | X | | Clement et al vs A-Best Products Company et al | Ohio |
| Godbey, Robert Lewis | | X | Clement et al vs A-Best Products Company et al | Ohio |
| Goodlett, Billy Franklin | X | | Hutchins et al vs. A-Best Products Company et al | Ohio |
| Goodman, Clyde R. | X | | Hutchins et al vs. A-Best Products Company et al | Ohio |
| Guy, Elsie May | X | | Clement et al vs A-Best Products Company et al | Ohio |

| PLAINTIFF NAME | AGNER CASE MDL 875 W.D.N.C. | BOST CASE MDL 875 W.D.N.C. | OTHER ACTION CAPTION | STATE |
|---|---|---|---|---|
| Hargrove, Cornelius | X | | Clement et al vs A-Best Products Company et al | Ohio |
| Holmes, Fred A. | X | | ? v. A-Best Products Company | Ohio |
| Holt, Leonard Thomas | X | | Hawkins et al vs. A-Best Products Company et al | Ohio |
| Holt, Sallie E. | | X | Hawkins et al vs. A-Best Products Company et al | Ohio |
| Honeycut, William Morris | | X | Hawkins et al vs. A-Best Products Company et al | Ohio |
| Hunt, Arthur W. | X | | Hutchins et al vs. A-Best Products Company et al | Ohio |
| Hutchins, Dorothy | | X | Hutchins et al vs. A-Best Products Company et al | Ohio |
| Ivery, Alma | X | | Bishop v. A-Best | Ohio |
| Jackson, Betty Jean Blakeney | X | | Fleming et al vs. A-Best Products Company et al | Ohio |
| Johns, Bobby H. | X | | Fleming et al vs. A-Best Products Company et al | Ohio |
| Kennedy, John | X | | Hutchins et al vs. A-Best Products Company et al **AND** Norfolk Southern FELA case | Ohio <br><br> Ohio |
| Knight, James Talmadge | | X | Hawkins et al vs. A-Best Products Company et al | Ohio |
| Lindsay, Donald E. | X | | Hutchins et al vs. A-Best Products Company et al | Ohio |
| McDaniel, Charles Monroe | X | | Hawkins et al vs. A-Best Products Company et al | Ohio |
| Measmer, Kenneth William | X | | Fleming et al vs. A-Best Products Company et al | Ohio |
| Menster, Charlie Lee | X | | Hawkins et al vs. A-Best Products Company et al | Ohio |
| Miller, Clyde Houston | X | | Hawkins et al vs. A-Best Products Company et al **AND** Norfolk Southern FELA case | Ohio <br><br> Ohio |
| Morrison, Bobby Lewis, Sr. | X | | Hawkins et al vs. A-Best Products Company et al | Ohio |
| Nall, Charles Ray | X | | Hawkins et al vs. A-Best Products Company et al | Ohio |
| Ostwalt, Mildred Smith | | X | Hawkins et al vs. A-Best Products Company et al | Ohio |
| Parker, Martha B. | | X | Hutchins et al vs. A-Best Products Company et al **AND** Nash et al vs. AC&S, Inc. | Ohio <br><br> MDL/W.D.N.C. |
| Phelps, John Alfred | | X | Hawkins et al vs. A-Best Products Company et al | Ohio |
| Potts, Homer Wayne | | X | Hawkins et al vs. A-Best Products Company et al | Ohio |
| Reavis, Billy Joe | X | | Hawkins et al vs. A-Best Products Company et al | Ohio |
| Redmon, James Alfred | X | | Clement et al vs A-Best Products Company et al | Ohio |

| PLAINTIFF NAME | AGNER CASE MDL 875 W.D.N.C. | BOST CASE MDL 875 W.D.N.C. | OTHER ACTION CAPTION | STATE |
|---|---|---|---|---|
| Reid, Jerry Lewis | X | | Parnell et al vs. A-Best Products Company et al | Ohio |
| Ridenhour, John W. | | X | Hutchins et al vs. A-Best Products Company et al | Ohio |
| Roberts, Gladys C. | X | | Hawkins et al vs. A-Best Products Company et al | Ohio |
| Robertson, Ada Mae | X | | Hawkins et al vs. A-Best Products Company et al | Ohio |
| Robinson, Theola | X | | Hutchins et al vs. A-Best Products Company et al | Ohio |
| Rogers, Peggy Gurganus | X | | Hawkins et al vs. A-Best Products Company et al | Ohio |
| Seamon, Ernest Thomas | X | | Hawkins et al vs. A-Best Products Company et al | Ohio |
| Shepherd, Ernest R. | X | | Hawkins et al vs. A-Best Products Company et al | Ohio |
| Shive, Cory Gene | X | | Hawkins et al vs. A-Best Products Company et al | Ohio |
| Shoe, Donald C., Sr. | X | | Hawkins et al vs. A-Best Products Company et al | Ohio |
| Sloan, James Edward, Sr. | | X | Hawkins et al vs. A-Best Products Company et al | Ohio |
| Sloop, Franklin Delano | X | | Hawkins et al vs. A-Best Products Company et al | Ohio |
| Smith, Bill | X | | Hutchins et al vs. A-Best Products Company et al | Ohio |
| Smith, Franklin, Jr. | X | | Hawkins et al vs. A-Best Products Company et al | Ohio |
| Smith, Rufus Fredrick | X | | Hawkins et al vs. A-Best Products Company et al | Ohio |
| Starnes, Bobby Eugene | X | | Starnes et al vs. A-Best Products Company et al | Ohio |
| Stirewalt, Steven C. | X | | Starnes et al vs. A-Best Products Company et al | Ohio |
| Thomas, Ronald Fredrick | X | | Starnes et al vs. A-Best Products Company et al **AND** Norfolk Southern FELA case | Ohio Ohio |
| Tittle, Albert Lee | X | | Starnes et al vs. A-Best Products Company et al | Ohio |
| Walker, James Alexander | X | | ? v. A-Best Products Company | Ohio |
| Warren, Danny Gale | X | | Starnes et al vs. A-Best Products Company et al | Ohio |
| Wilhelm, Miron Lee | X | | Starnes et al vs. A-Best Products Company et al | Ohio |

| PLAINTIFF NAME | AGNER CASE MDL 875 W.D.N.C. | BOST CASE MDL 875 W.D.N.C. | OTHER ACTION CAPTION | STATE |
|---|---|---|---|---|
| Wilson, David, *deceased, by and through Leon Wilson, Jr.* | | X *only Leon has action in Bost* | Hutchins et al vs. A-Best Products Company et al | Ohio |
| Winecoff, Robert Tinnie, Jr. | | X | Starnes et al vs. A-Best Products Company et al | Ohio |

378378