

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 19 2003

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL IN MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

RE:   Agner, *et al.* v. Fluor Daniel, Inc, *et al.*
      NCW 3:98 CV 220-T

      Agner, *et al.* v. Fluor Daniel, Inc., *et al.*
      NCW 3:98 CV 138-T

### RULE 5.3 CORPORATE DISCLOSURE STATEMENT BY DEFENDANTS FLUOR DANIEL, INC., FLUOR DANIEL ENVIRONMENTAL SERVICES, INC., FLUOR DANIEL SERVICES CORPORATION, AND SOS INTERNATIONAL, INC.

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendants Fluor Daniel, Inc., Fluor Daniel Environmental Services, Inc., Fluor Daniel Services Corporation, and SOS International, Inc., hereby file the attached statement identifying parent corporations and listing any publicly held company that owns 10% or more of the party's stock.

Respectfully Submitted,

*James B. Pressly, Jr.*
James B. Pressly, Jr.
Moffatt G. McDonald
Wm. David Conner
HAYNSWORTH SINKLER BOYD, P.A.
Post Office Box 2048
Greenville, SC 29602
(864) 240-3200

Attorneys for Defendants Fluor Daniel, Inc.,
Fluor Daniel Environmental Services, Inc.,
Fluor Daniel Services Corporation, and SOS
International, Inc.

Date: 5/15/03

**OFFICIAL FILE COPY** IMAGED MAY 19 '03

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL IN MULTIDISTRICT LITIGATION  MAY 19 2003
MDL DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

FILED
CLERK'S OFFICE

RE:   Agner, *et al.* v. Fluor Daniel, Inc, *et al.*
      NCW 3:98 CV 220-T

      Agner, *et al.* v. Fluor Daniel, Inc., *et al.*
      NCW 3:98 CV 138-T

| DEFENDANT | PARENT CORPORATIONS | 10% OR GREATER OWNERS PUBLICLY HELD |
|---|---|---|
|  |  |  |
| Fluor Daniel, Inc. | FD Engineers & Constructors, Inc. until 1999; Fluor Corporation thereafter. |  |
| Fluor Daniel Environmental Services, Inc. | Fluor Daniel GTI, Inc. until 1999; International Technologies, Inc. thereafter. |  |
| Fluor Daniel Services Corporation | Fluor Daniel Caribbean, Inc. |  |
| SOS International, Inc. | Strategic Organizational Systems Environmental Engineering Division, Inc. until 2002; SOS International, Inc. merger into its parent on 5/1/02. |  |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 19 2003

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL IN MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

RE:  Agner, *et al.* v. Fluor Daniel, Inc, *et al.*
NCW 3:98 CV 220-T

Agner, *et al.* v. Fluor Daniel, Inc., *et al.*
NCW 3:98 CV 138-T

## PROOF OF SERVICE

This is to certify that copies of the following pleading:

**RULE 5.3 CORPORATE DISCLOSURE STATEMENT BY DEFENDANTS FLUOR DANIEL, INC., FLUOR DANIEL ENVIRONMENTAL SERVICES, INC., FLUOR DANIEL SERVICES CORPORATION, AND SOS INTERNATIONAL, INC.**

was served upon the following counsel by depositing same in the United States Mail, postage prepaid, on May 15, 2003:

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC  28144

All counsel on Panel Service List attached.

*Lynn Searl*
HAYNSWORTH SINKLER BOYD, P.A.

**PANEL SERVICE LIST (Excerpted from CRO)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Vonnie K. Agner, et al. v. Fluor Daniel, Inc., et al.*, E.D. Pennsylvania
(W.D. North Carolina, C.A. No. 3:98-138)
*Vonnie K. Agner, et al. v. Fluor Daniel, Inc., et al.*, E.D. Pennsylvania
(W.D. North Carolina, C.A. No. 3:98-220)

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

William M. Graham
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Robert H. Hood
Hood Law Firm
172 Meeting Street
P.O. Box 1508
Charleston, SC 29402

Reginald S. Kramer
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

Carter T. Lambeth
Johnson & Lambeth
P.O. Box 660
Wilmington, NC 28402

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

Carl E. Pierce, II
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29422

James B. Pressly, Jr.
Haynsworth, Sinkler & Boyd
75 Beattie Place, 11th Floor
P.O. Box 2048
Greenville, SC 29602

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406