# MDL. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In Re: Asbestos Products Liability Litigation (No. VI)     MDL. No. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 22 2003

FILED
CLERK'S OFFICE

CHRISTOPHER TODD UPTON, LESLIE DARNELL JONES,
JEFFERY LYNN KEYLON, JAMES DAVID PARTEN,
TIMOTHY EDWARD ROBBINS and PAUL STEVEN VANCE,

   Plaintiffs,

v.

THE UNITED STATES OF AMERICA, BNFL, INC.,
AMERICAN TECHNOLOGIES, INC. AND
R&R ELECTRIC CORPORATION,

   Defendants.

PLEADING NO. 3895

## DISCLOSURE OF CORPORATE AFFILIATIONS

  BNFL Inc., through counsel, makes the following disclosure pursuant to Panel Rule 5.3:

  BNFL Inc., a Delaware corporation, is a wholly-owned subsidiary of BNFL USA Group Inc., a Delaware corporation. BNFL USA Group Inc. is a wholly-owned subsidiary of BNFL (Investments U.S.) Ltd., a United Kingdom corporation, that is owned by British Nuclear Fuels plc. All but one share of British Nuclear Fuels plc, an English Company, is owned by the Secretary of State for Trade and Industry, a department of the Government of the United Kingdom of Great Britain and Northern Ireland. One share of British Nuclear Fuels plc is owned by the Treasury Solicitor of the United Kingdom.

Respectfully submitted,

By: _____
Melinda Meador, Esq. (#10058)
BASS, BERRY & SIMS, PLC
Suite 1700, 900 S. Gay Street
P.O. Box 1509
Knoxville, Tennessee  37901-1509
(865) 521-6200
*Attorney for Defendant BNFL Inc.*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**CERTIFICATE OF SERVICE**

MAY 2 2 2003

FILED
CLERK'S OFFICE

The undersigned hereby certifies that a true and exact copy of the foregoing document has been served upon opposing counsel, by First Class U.S. Mail, postage prepaid, addressed as follows:

| | |
|---|---|
| Richard C. Binzley<br>Thompson Hine, LLP<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | Ellen B. Furman<br>Goldfein & Joseph<br>1600 Market Street, 33rd Floor<br>Philadelphia, PA 19103 |
| Edward J. Cass<br>Gallagher, Sharp, Fulton & Norman<br>Bulkley Building, 7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | Susan M. Hansen<br>Brownson & Ballou<br>4800 U.S. Bank Place<br>601 Second Avenue, South<br>Minneapolis, MN 55402 |
| Adam M. Chud<br>Shea & Gardner<br>1800 Massachusetts Avenue, N. W.<br>Washington, DC 20036 | Reginald S. Kramer<br>Buckingham, Doolittle & Burroughs<br>50 South Main Street<br>P.O. Box 1500<br>Akron, OH 44309 |
| David A. Damico<br>Burns, White & Hickton<br>Fifth Avenue Place, Suite 2400<br>120 Fifth Avenue<br>Pittsburgh, PA 15222 | J. C. Kruse<br>Special Litigation Counsel<br>U.S. Department of Justice<br>Benjamin Franklin Station<br>P.O. Box 340<br>Washington, DC 20044 |
| John D. Fognani<br>Fognani, Guibord, Homsy<br>  & Roberts, LLP<br>555 Seventeenth Street, Suite 2222<br>Denver, CO 80203 | David C. Landin<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 |
| Raymond P. Forceno<br>Forceno & Hannon<br>Philadelphia Bourse Bldg, Ste. 1000<br>Independence Mall East<br>Philadelphia, PA 19106 | Gene Locks<br>Greitzer & Locks<br>1500 Walnut Street<br>Philadelphia, PA 19102 |

RECEIVED CLERK'S OFFICE
2003 MAY 21 P 12: 46
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

::ODMA\PCDOCS\KNOXVILLE\135972\1

3

Martin B. Bailey  
Wagner, Myers & Sanger, P.C.  
1801 First Tennessee Plaza  
P.O. Box 1308  
Knoxville, tN 37901-1308  

Ronald L. Motley  
Ness, Motley, Loadholt,  
   Richardson & Poole  
28 Bridgeside Blvd.  
P.O. Box 1792  
Mt. Pleasant, SC 29464  

John J. Repcheck  
Marks, O'Neill, O'Brien & Courtney  
3200 Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  

John D. Roven  
Roven, Kaplan & Wells  
2190 North Loop West, Suite 410  
Houston, TX 77018  

Richard D. Schuster  
Vorys, Sater, Seymour & Pease  
52 East Gay Street  
P.O. Box 1008  
Columbus, OH 43216  

Neil Selman  
Selman, Breitman & Burgess  
11766 Wilshire Boulevard, Sixth Floor  
Los Angeles, CA 90025  

Robert N. Spinelli  
Kelley, Jasons, McGuire & Spinelli  
Centre Square West, 15th Floor  
Philadelphia, PA 19102  

Robert E. Swickle  
Jaques Admiralty Law Firm, P.C.  
1370 Penobscot Building  
Detroit, MI 48226  

Andrew J. Trevelise  
Reed Smith LLP  
2500 One Liberty Place  
1650 Market Street  
Philadelphia, PA 19103  

James K. Weston II  
Tom Riley Law Firm  
4040 First Avenue, N.E.  
P.O. Box 998  
Cedar Rapids, IA 52406  

This the 21st day of May, 2003.

[signature]

## INVOLVED COUNSEL LIST
## MDL-875 — IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
## CORPORATE DISCLOSURE STATEMENT

*Christopher T. Upton, et al. v. United States of America, et al.,*
E.D. Tennessee, C.A. No. 3:03-52

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

John D. Fognani
Fognani, Guibord, Homsy &
Roberts, LLP
555 Seventeenth Street
Suite 2222
Denver, CO 80203

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Buckingham, Doolittle &
Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

J. C. Kruse
Special Litigation Counsel
U.S. Department of Justice
Benjamin Franklin Station
P.O. Box 340
Washington, DC 20044

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Melinda Meador
Bass, Berry & Sims
P.O. Box 1509
Knoxville, TN 37901-1509

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Charles W. VanBeke
Wagner, Myers & Sanger
P.O. Box 1308
Knoxville, TN 37901-1308

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Printed on 05/15/2003

Page 1

**For Civil Action : TNE-3-03-52**

## TRANSFEREE INFORMATION

**Docket:** 875 - In re Asbestos Products Liability Litigation (No. VI)
**Status:** Transferred on 07/29/1991
**District:** PAE   **Judge:** Weiner, Charles R.
**Date:** 07/29/1991

### Civil Action Information:

**Caption:** Christopher T. Upton, et al. v. United States of America, et al.
**Judge:** Phillips, Thomas W.

| Term Date | Involved Party(s) | Counsel/ Law Firm |
|---|---|---|
| **Plaintiff(s)** | | |
| | Upton, Christopher T. | Busch, Lisa N. of Weitz & Luxenberg; Powell, Michael L. of Ayers & Parkey; Fognani, John D. of Fognani, Guibord, Homsy & Roberts, LLP*; Moran, Suzanna K. of Fognani, Guibord, Homsy & Roberts, LLP |
| | Jones, Leslie D. | Busch, Lisa N. of Weitz & Luxenberg; Powell, Michael L. of Ayers & Parkey; Fognani, John D. of Fognani, Guibord, Homsy & Roberts, LLP*; Moran, Suzanna K. of Fognani, Guibord, Homsy & Roberts, LLP |
| | Keylon, Jeffrey L. | Busch, Lisa N. of Weitz & Luxenberg; Powell, Michael L. of Ayers & Parkey; Fognani, John D. of Fognani, Guibord, Homsy & Roberts, LLP*; Moran, Suzanna K. of Fognani, Guibord, Homsy & Roberts, LLP |
| | Parten, James D. | Busch, Lisa N. of Weitz & Luxenberg; Powell, Michael L. of Ayers & Parkey; Fognani, John D. of Fognani, Guibord, Homsy & Roberts, LLP*; Moran, Suzanna K. of Fognani, Guibord, Homsy & Roberts, LLP |
| | Robbins, Timothy E. | Busch, Lisa N. of Weitz & Luxenberg; Powell, Michael L. of Ayers & Parkey; Fognani, John D. of Fognani, Guibord, Homsy & Roberts, LLP*; Moran, Suzanna K. of Fognani, Guibord, Homsy & Roberts, LLP |
| | Vance, Paul S. | Busch, Lisa N. of Weitz & Luxenberg; Powell, Michael L. of Ayers & Parkey; Fognani, John D. of Fognani, Guibord, Homsy & Roberts, LLP*; Moran, Suzanna K. of Fognani, Guibord, Homsy & Roberts, LLP |
| **Defendant(s)** | | |
| | United States of America | Kruse, J. C. |
| | BNFL, Inc. | Meador, Melinda of Bass, Berry & Sims |
| | American Technologies, Inc. | VanBeke, Charles W. of Wagner, Myers & Sanger |
| | R&R Electric Corp. | |

Key ➢ * Signifies that an appearance was made on behalf of the party by the representing attorney.    ** Signifies Service Counsel