**MDL 875**

BEFORE THE JUDICIAL PANEL IN MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

RE:   Agner, et al. v. Fluor Daniel, Inc., et al.
       NCW 3:98 CV 220-T

Agner, et al. v. Fluor Daniel, Inc., et al.
NCW 3:98 CV 138-T

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 28 2003

FILED
CLERK'S OFFICE

**RULE 5.3 CORPORATE DISCLOSURE STATEMENT BY DEFENDANT W.F. GRAY INSULATION SERVICES, INC.**

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant W.F. Gray Insulation hereby files this statement that there are no parent corporations or publicly held companies that owns 10% or more of the party's stock.

Respectfully Submitted,

Robert H. Hood
Robert H. Hood, Jr.
HOOD LAW FIRM, LLC
172 Meeting Street
P.O. Box 1508
Charleston, SC 29402
(843) 577-4435

Attorneys for Defendant
W.F. Gray Insulation Services, Inc.

Date: May 23, 2003

OFFICIAL FILE COPY    IMAGED MAY 28 '03

2003 MAY 27  A 11: 54   RECEIVED CLERK'S OFFICE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL IN MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 28 2003

FILED
CLERK'S OFFICE

RE:   Agner, *et al.* v. Fluor Daniel, Inc., *et al.*
      NCW 3:98 CV 220-T

      Agner, *et al.* v. Fluor Daniel, Inc., *et al.*
      NCW 3:98 CV 138-T

## PROOF OF SERVICE

This is to certify that copies of the following pleading:

**RULE 5.3 CORPORATE DISCLOSURE STATEMENT BY DEFENDANT W.F. GRAY INSULATION SERVICES, INC.**

Was served upon the following counsel by depositing same in the United States Mail postage prepaid, on May 23, 2003:

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

James B. Pressley, Jr.
Haynesworth Sinkler Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602

All counsel on Panel Service List attached.

HOOD LAW FIRM, LLC

2003 MAY 27 A 11:54
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE