

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: Asbestos Products Liability Litigation (No. VI) | MDL. No. 875 |
| CHRISTOPHER TODD UPTON, LESLIE DARNELL JONES, JEFFERY LYNN KEYLON, JAMES DAVID PARTEN, TIMOTHY EDWARD ROBBINS and PAUL STEVEN VANCE, | JUDICIAL PANEL ON MULTIDISTRICT LITIGATION<br><br>MAY 28 2003<br><br>FILED<br>CLERK'S OFFICE |
| Plaintiffs, | |
| v. | |
| THE UNITED STATES OF AMERICA, BNFL, INC., AMERICAN TECHNOLOGIES, INC. AND R&R ELECTRIC CORPORATION, | |
| Defendants. | |

### DISCLOSURE OF CORPORATE AFFILIATIONS

American Technologies, Inc. ("ATI") by counsel, discloses that it is not a subsidiary or affiliate of a publicly owned corporation and that no publicly owned corporation owns more than 10% of its stock.

Respectfully submitted,

By: _____
Martin B. Bailey, BPR #15370
**WAGNER, MYERS & SANGER, P.C.**
1801 First Tennessee Plaza
P.O. Box 1308
Knoxville, TN 37901-1308
(865) 525-4600
(865) 291-0419 (fax)
email: mbailey@wmspc.com
*Counsel for American Technologies, Inc.*

OFFICIAL FILE COPY IMAGED MAY 28 '03

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 28 2003

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing document has been served upon opposing counsel, by First Class U.S. Mail, postage prepaid, addressed as follows:

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N. W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

John D. Fognani
Fognani, Guibord, Homsy
  & Roberts, LLP
555 Seventeenth Street, Suite 2222
Denver, CO 80203

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Bldg, Ste. 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

J. C. Kruse
Special Litigation Counsel
U.S. Department of Justice
Benjamin Franklin Station
P.O. Box 340
Washington, DC 20044

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

| | |
|---|---|
| Melinda Meador<br>Bass, Berry & Sims<br>P.O. Box 1509<br>Knoxville, TN 37901-1509 | Neil Selman<br>Selman, Breitman & Burgess<br>11766 Wilshire Boulevard, Sixth Floor<br>Los Angeles, CA 90025 |
| Ronald L. Motley<br>Ness, Motley, Loadholt,<br>    Richardson & Poole<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC 29464 | Robert N. Spinelli<br>Kelley, Jasons, McGuire & Spinelli<br>Centre Square West, 15th Floor<br>Philadelphia, PA 19102 |
| John J. Repcheck<br>Marks, O'Neill, O'Brien & Courtney<br>3200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Robert E. Swickle<br>Jaques Admiralty Law Firm, P.C.<br>1370 Penobscot Building<br>Detroit, MI 48226 |
| John D. Roven<br>Roven, Kaplan & Wells<br>2190 North Loop West, Suite 410<br>Houston, TX 77018 | Andrew J. Trevelise<br>Reed Smith LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 |
| Richard D. Schuster<br>Vorys, Sater, Seymour & Pease<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216 | James K. Weston II<br>Tom Riley Law Firm<br>4040 First Avenue, N.E.<br>P.O. Box 998<br>Cedar Rapids, IA 52406 |

This the 20 day of May, 2003.

[signature]