JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 875**

MAY 30 2003

FILED
CLERK'S OFFICE

Request of Pltfs. Scott, et al. for an
extension of time to file Motion/Brief to
Vacate CTO - GRANTED TO AND INCLUDING
JUNE 6, 2003

(cdm - 5/30/03)

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In Re: Asbestos Product Liability Litigation (No. VI)    MDL No. -875

(*Scott et. al v. First Union National Bank et. al E.D. Virginia
C.A. No. 3:02-508*)

## MOTION FOR EXTENSION OF TIME TO FILE MOTION TO VACATE CONDITIONAL ORDER OF TRANSFER AND BRIEF AND OR TO REMAND BACK TO FEDERAL DISTRICT COURT

PLEADING NO. 3900

COMES NOW the PLAINTIFFS, by counsel, plaintiffs being listed by the cover page of the Complaint filed in the United States District for the Eastern District of Virginia, at Richmond, here annexed, *Scott v. First Union National Bank and Wachovia Corporation CA No. 3:02W508*, now, by Order of the District Court, *Scott v. Wachovia Bank, NA.*, and here MOVE for an extension of time to file the plaintiffs' motion to vacate the conditional order of transfer and brief to June 6, 2003.

*NOTICE OF OPPOSITION* to the conditional transfer order of the said complaint to the Judicial Panel of MultiDistrict Litigation was filed May 15, 2003 by fax and the plaintiffs were under the rules given to May 30, 2003 to file any appropriate motion and brief.

In support of this motion to extend the time to file the aforesaid motion and brief, the plaintiffs sayeth:

**OFFICIAL FILE COPY**

IMAGED JUN 2 '03

1) The plaintiffs by order of the U. S. District Court for the Eastern District of Virginia, at Richmond, Judge Robert E. Payne sitting, are set to convene with the defendants in a settlement conference set for June 2, 2003 at 1 p.m., this coming Monday, and are in intense preparation for the same with counsel. The conference is being conducted by Magistrate Judge Dohnal on directive of the District Judge pursuant to his order.

2) By letter of this Court to Judge Payne dated May 16, 2003, the Court was informed that Judge Payne's jurisdiction continues until any transfer ruling becomes effective. (Letter to Judge Payne from Judge William Terrell Hodges, Chairman of the Judicial Panel on Multi-Jurisdictional Litigation, May 16, 2003.)

3) The parties are engaged in meaningful negotiations to conclude the matter and the case may well be settled on June 2, 2003 or soon thereafter making this action and conditional transfer order and opposition to the same issue moot.

4) Counsel for the plaintiffs and the plaintiffs have been consumed in preparation for the same.

5) No prejudice will be imposed upon the defendants by granting the extension of time. Defendants' counsel consulted this a.m. and is not opposed to the extension of time and has consented to this counsel to make this representation on his behalf and for his clients.

   WHEREFORE, the plaintiffs accordingly move for an extension of time to file their aforesaid motion and brief to vacate the conditional transfer order to the filing date of June 6, 2003.

FOR THE PLAINTIFFS

By: _____
Law Offices J. Benjamin Dick
J. Benjamin Dick, Counsel for Plaintiffs
VSB # 18338
421 Park St. # 2
Charlottesville, Virginia 22902
434-977-6607
434-977-6619 (fax)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 30 2003

## Certificate

FILED
CLERK'S OFFICE

The above motion for extension of time to file plaintiffs' motion to vacate the conditional transfer order and brief was faxed this 30th day of May 2003 immediately to Samuel Tarry and R. Trent Taylor at 804-775-1061, One James Place, Cary Street, Richmond, Virginia 23219 counsel for Defendants.

*[signature]*

**J. BENJAMIN DICK**

RECEIVED
CLERK'S OFFICE
2003 MAY 30 A 11:10
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# (AT RICHMOND)



FILED
CLERK'S OFFICE
JUL 19 2002
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Rev. Christopher M.E. Scott,
Robert W. Simmons,
Liza Mendenhall,
Richard S. Helm,
Carolyn Avera,
James L. Silvester,
Lisa R. Chisholm,
Robert D. Bailey,
Thomas E. Ligon,
The Armistead Group, L.C.

           **Plaintiffs**

    v.

First Union National Bank,
(aka First Union Corporation)

    Serve: Dan Flynn, Corporate officer
          Vice President
          First Union National Bank
          7 North 8th Street
          Richmond, Virginia 22319

and,

Wachovia Corporation,
(aka Wachovia Bank National Association)

    Serve: Registered Agent
          Beverly L. Crump
          11 South 12th Street
          Richmond, Virginia 23219

           **Defendants**

Civil Action # 3:02cv508

## COMPLAINT

    COMES NOW the plaintiffs by counsel who for their complaint do state as follows in support thereof:

1