**MDL 875**

**MERRITT & MERRITT**
ATTORNEYS AT LAW
1800 SECOND STREET
SUITE 852
SARASOTA, FLORIDA 34236

WRITER'S TELEPHONE
(941) 953-4140

FACSIMILE
(941) 953-3020

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
JUN - 2 2003
FILED
CLERK'S OFFICE

RANDY LOMERK
JACK W. MERRITT*

*ALSO ADMITTED IN MARYLAND

May 30, 2003

Ms. April Layne
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255
Washington, D.C. 20002-8004

Request of Pltf. Jandreau for and Extension of Time to file Motion/Brief to Vacate CTO – GRANTED TO AND AND INCLUDING **JUNE 9, 2003 ONLY**
(6/2/03 - cdm)

RE: MDL - 875 – In re: Asbestos Products Liability Litigation (No. VI)
Notice of Opposition for Harvey Jandreau – FLM 8:03-435
Harvey Jandreau v. AC Delco, et al., M.D. Florida, C.A. No. 8:03-435

Dear Ms. Layne:

I received a fax from your office late yesterday afternoon and called you immediately upon receipt. I did not receive any communication from your office before receiving the facsimile, which included the letter dated May 16, 2003. From your facsimile, it appears that the United States Postal Service only tried to deliver the letter one time, which was on May 19, 2003. (See enclosed copy.) I left my prior law firm and have gone into practice with my new law partner within the last two weeks at this address. Although I have no knowledge, it may well be that confused the Postal Service. Regardless, I did not receive the May 16 letter until yesterday, May 29, 2003.

I request an extension of fourteen days from today's date to comply with the requirements of set forth in the letter dated May 16, 2003, for several reasons, not the least of which are that I did not receive the letter until late yesterday afternoon and it is impossible for me to comply with the very detailed requirements set forth in the letter within a single day. Not to diminish the importance of my not receiving the letter until yesterday because the Postal Service failed to deliver it, we have just moved into this new office space and are still in the process of having furniture and files moved in.

This matter is very important to my client, who has suffered from serious personal injury as a result of asbestos exposure and resulting injury. To delay this matter because the Postal Service failing to deliver the letter, would be a gross mistake. Moreover, the

PLEADING NO. 3901

Ms. April Layne
Judicial Panel on Multidistrict Litigation
May 30, 2003
Page 2

defendants in this case are not prejudiced by the extention of time and, in fact, are not prejudiced by the case being remanded back to Circuit Court in Sarasota County, Florida.

I appreciate your consideration of my request and prompt attention to this matter.

Sincerely,

Jack W. Merritt

cc:    Warren R. Ross, Esquire