**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 2 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

PLEADING NO. 3902

    A conditional transfer order was filed in the eleven District of Maryland actions listed on the attached Schedule A on April 30, 2003. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the eleven actions submitted a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order with respect to the eleven actions.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-224" filed on April 30, 2003, is LIFTED insofar as it relates to these eleven actions, and thus the actions are transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Charles R. Weiner.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

**OFFICIAL FILE COPY**      IMAGED JUN 3 '03

## SCHEDULE A

In re Asbestos Products Liability Litigation (No. VI)

### District of Maryland

*Edward S. Johnson, Sr. v. McCormick Asbestos Co., et al.*, C.A. No. 1:03-399
*John W. Howard, et al. v. McCormick Asbestos Co., et al.*, C.A. No. 1:03-421
*Henry I.W. Flowers v. ACandS, Inc., et al.*, C.A. No. 1:03-445
*Edward Sauls, Sr. v. ACandS, Inc., et al.*, C.A. No. 1:03-446
*Anderson N. Talley v. ACandS, Inc., et al.*, C.A. No. 1:03-447
*Francis E. Beattie, etc. v. ACandS, Inc., et al.*, C.A. No. 1:03-448
*David V. Sparks, et al. v. ACandS, Inc., et al.*, C.A. No. 1:03-450
*Vernon L. Oliver, et al. v. ACandS, Inc., et al.*, C.A. No. 1:03-451
*Gerry Hunt, et al. v. ACandS, Inc., et al.*, C.A. No. 1:03-452
*Domenic Romeo v. ACandS, Inc., et al.*, C.A. No. 1:03-453
*Helen Marie Yingling v. Anchor Packing Co., et al.*, C.A. No. 1:03-655