

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 3 2003

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PLEADING NO. 3903

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :
:
:
──────────────────────────────── x

This Document Relates to: :           CIVIL ACTION NO. MDL 875

Law Firm of Roven, Kaplan & Wells :

United States District Court :
Northern District of Alabama :

Joseph Milton VINES, C.A. No. 01-BU-1288-S :

:           MDL- 875
[ In the event the above-listed case is a multiple :           ─────────────────────
plaintiff (victim) action, this transfer is for the :           RECOMMENDED ACTION
above-named party only, or said parties repre- :           CRO - two actions
sentative, and any spousal or dependent actions.]: Approved/Date:  MK   5/ω
──────────────────────────────── x

### SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Defendant's Motion To Remand to the United States District Court for the Northern District of Alabama, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

**OFFICIAL FILE COPY**    IMAGED JUN 4 '03

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Northern District of Alabama for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 4/29/2003

Charles   R.   Weiner            J.



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 3 2003

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :
:
_____x

This Document Relates to: :     CIVIL ACTION NO. MDL 875

Law Firm of Roven, Kaplan & Wells :

United States District Court :
Southern District of Texas :

Charles GUTHRIE, C.A. No. H-00-3684 :
:
[ In the event the above-listed case is a multiple :
plaintiff (victim) action, this transfer is for the :
above-named party only, or said parties repre- :
sentative, and any spousal or dependent actions.]:
_____x

### SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Defendant's Motion To Remand to the United States District Court for the Southern District of Texas, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Southern District of Texas for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 4/29/2003

_____
Charles R. Weiner         J.