MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 9 2003

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL Docket No. 875

*C. Ann Jones and The Reverend George A. Jones*, E.D. La., C.A. No. 03-1010
§ K, Mag. 5 (Duval, J)

## NOTICE OF OPPOSITION TO
## CONDITIONAL TRANSFER ORDER 225

**C. Ann Jones and The Reverend George A. Jones** oppose the transfer of the case captioned above to the United States District Court for the Eastern District of Pennsylvania, under 28 U.S.C. § 1407, as conditionally ordered by the Judicial Panel on Multidistrict Litigation on May 30, 2003.

Pursuant to rule 12 (c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, a Motion to Vacate the Conditional Transfer Order and a brief in support of such motion will be duly filed.

PLEADING NO. 3907

OFFICIAL FILE COPY IMAGED JUN 9 '03

New Orleans, Louisiana, this 6th day of June, 2003.

Respectfully submitted,

MARTZELL & BICKFORD

SCOTT R. BICKFORD T.A. (1165)
SPENCER R. DOODY (27795)
TIFFANY G. CHASE (24343)
338 Lafayette Street
New Orleans, LA 70130
(504) 581-9065
(504) 581-7635 Fax

JUN. 6.2003 2:07PM MARTZELL & BICKFORD NO. 349 P. 6
Case MDL No. 875 Document 3907 Filed 06/09/03 Page 3 of 4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 9 2003

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon the following by faxing the same to each on this 6th day of June, 2003.

Avram C. Herman, Esq.
Herman & Herman
111 Veterans Blvd., Suite 1506
Metairie, LA 70005
**Counsel for Meyer's Auto Parts, Inc. and David Goldberg**

Joyce M. Dombourian, Esq.
Lynn Luker & Associates, L.L.C.
616 Girod Street
New Orleans, LA 70130
**Counsel for Sealing Equipment Products Company, Inc.**

William F. Bologna, Esq.
William F. Bologna & Associates
1515 Poydras Street, Suite 2323
New Orleans, LA 70112-3723
**Counsel for DaimlerChrysler Corporation**

Eugene McEachin, Esq.
Paul V. Cassisa, Sr., Esq.
Bernard Cassisa Elliott & Davis
1615 Metairie Road
Post Office Box 55490
Metairie, LA 70055-5490
**Counsel for General Motors Corporation**

Janet MacDonell, Esq.
J. Nicole Heyman, Esq.
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130
**Counsel for Dana Corporation**

Kelly M. Rabalais, Esq.
LeBlanc, Tusa & Butler, L.L.C.
2121 Airline Drive
Suite 405
Metairie, LA 70001
**Counsel for Ford Motor Company**

Leonard Tavera, Esq.
Towle, Denison, Smith & Tavera
10866 Wilshire Blvd, Suite 500
Los Angeles, CA 90024
**Counsel for EIS Standard Motor Products**

Eric Shuman, Esq.
McGlinchey, Stafford
643 Magazine Street
New Orleans, LA 70130
**Counsel for Honeywell International, Inc., Honda North America, Inc., Toyota Motor Sales, U.S.A., Inc., and Volkswagen of America, Inc.**

Michael T. Pulaski, Esq.
McCranie, Sistruck, Anzelmo, Hardy,
Maxwell & McDaniel, PC
434 N. Columbia Street, Suite 200
Covington, LA 70433
**Counsel for Nissan North America, Inc.**

Troy Bell, Esq.
Aultman, Tyner, Ruffin & Yarborough
400 Poydras Street
New Orleans, LA 70130
**Counsel for Borg-Warner Corporation**

/s/ SCOTT R. BICKFORD

F:\Clients\Jones.George\Pleadings\MDL Pleadings\OppositionNotice.wpd