**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 11 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Rudy Walker, Sr., et al. v. Avondale Industries, Inc., et al.*, E.D. Louisiana, C.A. No. 2:03-1036

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Walker*) on May 30, 2003. The Panel has now been advised that *Walker* was remanded to the Civil District Court for the Parish of Orleans, State of Louisiana, by the Honorable Mary Ann Vial Lemmon in an order filed on May 30, 2003.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-225" filed on May 30, 2003, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

PLEADING NO. 3910

**OFFICIAL FILE COPY**

IMAGED JUN 11 '03