ORIGINAL   MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## LAW OFFICES J. BENJAMIN DICK
### 421 PARK ST. SUITE # 2
### CHARLOTTESVILLE, VIRGINIA 22902

JUN 11 2003

FILED
CLERK'S OFFICE

434-977-6607

434-977-6619(Fax)

June 6, 2003

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle N.E.
Room G-255 North Lobby
Washington, DC  209002-8004

Re: Motion to Vacate Conditional Transfer Order
    In Re: Asbestos Product Liability Litigation (No. VI)
        MDL 875
        (*Scott et. al v. First Union National Bank, E.D.
        Virginia CA No. 3:02:508*)

Ladies and Gentlemen:

The Armistead Group, a Virginia limited liability company, a non-governmental entity here files its financial disclosure statement.

The said non-governmental entity has no present working relationship with the plaintiffs and is out of business. It has no holdings or property interest in any governmental entity related to this case. Its financial interests was to assist local and state businesses in financing and reconstruction of financial health. None of those entities are directly or indirectly related to this case.

The business has suffered a lost and is closed.

I remain,

Respectfully,

J BENJAMIN DICK

OFFICIAL FILE COPY

IMAGED JUN 12 '03