**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED**

**JUN. 12, 2003**

**MICHAEL  J.  BECK
CLERK OF THE PANEL**

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, BRUCE M. SELYA, JULIA SMITH GIBBONS, D. LOWELL JENSEN, J. FREDERICK MOTZ AND ROBERT L. MILLER, JR., JUDGES OF THE PANEL*

## HEARING SESSION ORDER

IT IS ORDERED that on July 24, 2003, a hearing session will be held in Portland, Maine, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).  The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

**IMAGED  JUN 1 3 '03**

SCHEDULE OF MATTERS FOR HEARING SESSION
July 24, 2003 -- Portland, Maine

**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**

MDL-1540 -- In re Mosaid Technologies, Inc., Patent Litigation

        Motion of Infineon Technologies North America Corporation; Infineon Technologies AG; Infineon Technologies Holding North America, Inc.; and Infineon Technologies Richmond LP for centralization of the following actions in the United States District Court for the Northern District of California:

Northern District of California

*Infineon Technologies North America Corp. v. Mosaid Technologies, Inc.,*
   C.A. No. 5:02-5772

District of New Jersey

*Mosaid Technologies, Inc. v. Samsung Electronics Co., Ltd., et al.,* C.A. No. 2:01-4340

MDL-1541 -- In re Allstate Insurance Co. Fair Labor Standards Act Litigation

        Motion of plaintiff Francisco D. Rosa for centralization of the following actions in the United States District Court for the District of Nevada:

District of Arizona

*Ruben H. Montano v. Allstate Insurance Co., et al.,* C.A. No. 4:02-609

District of Nevada

*Francisco D. Rosa v. Allstate Insurance Co., et al.,* C.A. No. 3:02-108

Northern District of Ohio

*Leonard Gaglione, et al. v. Allstate Insurance Co., et al.,* C.A. No. 5:02-1988

## MDL-1542 -- In re Ethylene Propylene Diene Monomer (EPDM) Antitrust Litigation

Motion of plaintiff Synaflex Rubber Products Company for centralization of the following actions in the United States District Court for the Southern District of New York:

### District of Connecticut

*Reeves Brothers Inc. v. Crompton Corp.*, C.A. No. 3:03-550

### District of New Jersey

*Richard Immerman v. Crompton Corp., et al.*, C.A. No. 2:03-1311

### Southern District of New York

*Synaflex Rubber Products Co. v. Crompton Corp.*, C.A. No. 1:03-2319

## MDL-1543 -- In re Carbon Black Antitrust Litigation

Motion of defendants Cabot Corporation; Phelps Dodge Corporation; Columbian Chemicals Company; Degussa Engineered Carbons, LP; and Degussa Corporation for centralization of certain of the following actions in the United States District Court for the District of Massachusetts; motion of plaintiffs Alco Industries, Inc., and Chase & Sons, Inc., for centralization of certain of the following actions in the United States District Court for the District of New Jersey; and motion of plaintiffs Technical Industries, Inc.; Standard Rubber Products, Inc.; Reeves Brothers, Inc.; and Plastics Color Corporation for centralization of the following actions in the United States District Court for the District of Massachusetts:

### District of Massachusetts

*Technical Industries, Inc. v. Cabot Corp., et al.*, C.A. No. 1:03-10191
*Standard Rubber Products v. Cabot Corp., et al.*, C.A. No. 1:03-10659
*Reeves Brothers, Inc. v. Cabot Corp., et al.*, C.A. No. 1:03-10733
*Plastics Color Corp. of Illinois v. Cabot Corp., et al.*, C.A. No. 1:03-10837

MDL-1543 (Continued)

### District of New Jersey

*Synaflex Rubber Products Co. v. Cabot Corp., et al.*, C.A. No. 2:03-1400
*Alco Industries, Inc. v. Cabot Corp., et al.*, C.A. No. 2:03-1593
*Chase & Sons, Inc. v. Cabot Corp., et al.*, C.A. No. 2:03-1609

### Northern District of Ohio

*Parker Hannifin Corp. v. Cabot Corp., et al.*, C.A. No. 5:03-495

### MDL-1544 -- In re NCS Pearson, Inc., Fair Labor Standards Act Litigation

Motion of plaintiff Irene Kramer for centralization of the following actions in the United States District Court for the District of Minnesota:

### Central District of California

*Shannon Carlin, et al. v. NCS Pearson, Inc.*, C.A. No. 2:02-8857
*Harry C. Green, et al. v. NCS Pearson, Inc.*, C.A. No. 2:02-9460

### District of Minnesota

*Irene Kramer v. NCS Pearson, Inc.*, C.A. No. 0:03-1166

MDL-1545 -- In re Equicredit Corp Mortgage Lending Practices Litigation

Motion of defendants Bank of America Corporation; Bank of America, N.A.; EquiCredit Corporation; EquiCredit Corporation of America; and NationsCredit Financial Services Corporation for centralization of the following actions in the United States District Court for the Southern District of Mississippi:

Northern District of Mississippi

*Deborah Hines, et al. v. Bank of America Corp., et al.*, C.A. No. 2:03-64

Southern District of Mississippi

*Gregory Crocker, et al. v. Bank of America Corp., et al.*, C.A. No. 2:03-85
*Melvin Wilson, et al. v. Bank of America Corp., et al.*, C.A. No. 3:03-232
*Dianne C. Busby, et al. v. Bank of America Corp., et al.*, C.A. No. 3:03-243

MDL-1546 -- In re Medical Waste Services Antitrust Litigation

Motion of defendants Stericycle, Inc.; BFI Waste Systems of North America, Inc.; and Allied Waste Industries, Inc., for centralization of the following actions in the United States District Court for the District of Utah:

District of Arizona

*Inter-Care Medical Associates, Ltd. v. Stericycle, Inc., et al.*, C.A. No. 2:03-161
*Arizona Eye Center v. Stericycle, Inc., et al.*, C.A. No. 2:03-611

District of Colorado

*Comprehensive Addiction Treatment Services, Inc, et al. v. Stericycle, Inc., et al.*, C.A. No. 1:03-493

District of New Mexico

*Mark Haas, D.P.M., etc. v. Stericycle, Inc., et al.*, C.A. No. 1:03-440

MDL-1546 (Continued)


### District of Utah

*Russ W. Johnson, etc. v. Stericycle, Inc. , et al.*, C.A. No. 1:03-28
*Thomas W. Sorensen v. Stericycle, Inc., et al.*, C.A. No. 2:03-179


## MDL-1548 -- In re Georgeson Shareholder Communications, Inc., Share Exchange Litigation

Motion of plaintiff Lila T. Gavin for centralization of the following actions in the United States District Court for the Northern District of Illinois:


### Northern District of Illinois

*Lila T. Gavin v. AT&T Corp., et al.*, C.A. No. 1:01-2721

### Southern District of New York

*Allan H. Starr, etc. v. Georgeson Shareholder, Inc., et al.*, C.A. No. 1:02-8921
*Allan H. Starr, etc. v. Georgeson Shareholder, Inc., et al.*, C.A. No. 1:03-1163
*James L. Jerome v. Georgeson Shareholder, Inc., et al.*, C.A. No. 1:03-1822


## MDL-1549 -- In re Mailblocks, Inc., Patent Litigation

Motion of defendant Spam Arrest LLC for centralization of the following actions in the United States District Court for the Northern District of California:


### Central District of California

*Mailblocks, Inc. v. Earthlink, Inc.*, C.A. No. 8:03-552

### Western District of Washington

*Mailblocks, Inc. v. Spam Arrest, LLC*, C.A. No. 2:03-77

MDL-1550 -- In re IDT Corp. Calling Card Terms Litigation

Motion of defendants IDT Corporation; IDT Telecomm, Inc.; and Union Telecard Alliance LLC for centralization of the following actions in the United States District Court for the District of New Jersey:

District of New Jersey

*Ana Cardoso, et al. v IDT Corp., et al.*, C.A. No. 2:03-375

Southern District of New York

*Morris Amsel v. IDT Corp., et al.*, C.A. No. 1:02-9320

MDL-1551 -- In re Reciprocal of America (ROA) Sales Practices Litigation

Motion of defendants General Reinsurance Corporation; GeneralCologne Reinsurance, P.L.C.; and Berkshire Hathaway for centralization of the following actions in the United States District Court for the Western District of Tennessee:

Middle District of Alabama

*David Herrick v. General Reinsurance Corp., et al.*, C.A. No. 2:03-329
*Crenshaw Community Hospital, et al. General Reinsurance Corp., et al.*,
   C.A. No. 2:03-338

Western District of Tennessee

*Tommy L. Fullen v. General Reinsurance Corp., et al.*, C.A. No. 2:03-2195

MDL-1552 -- In re UnumProvident Corp. Securities, Derivative & "ERISA" Litigation

Motion of defendants UnumProvident Corporation, et al., for centralization of the following actions in the United States District Court for the Eastern District of Tennessee:

### Northern District of California

*Edmundo M. Rombeiro v. Unum Life Insurance Co. of America, et al.,*
  C.A. No. 3:02-4018

### Southern District of Illinois

*Marcia Harris v. UnumProvident Corp., et al.,* C.A. No. 3:03-217

### Southern District of New York

*Theresa Keir, et al. v. UnumProvident Corp., et al.,* C.A. No. 1:02-8781
*Silvio Azzolini v. CorTS Trust II for Provident Financial Trust I, et al.,*
  C.A. No. 1:03-3257

### Eastern District of Pennsylvania

*Thomas P. Davis, et al. v. UnumProvident Corp., et al.,* C.A. No. 2:03-940

### Eastern District of Tennessee

*Joan Ferrari v. William L. Armstrong, et al.,* C.A. No. 1:02-386
*Frank W. Knisley v. UnumProvident Corp., et al.,* C.A. No. 1:03-49
*Steven Rasner v. UnumProvident Corp., et al.,* C.A. No. 1:03-54
*Fern Lerner v. William L. Armstrong, et al.,* C.A. No. 1:03-59
*Abraham Elias v. UnumProvident Corp., et al.,* C.A. No. 1:03-81
*Richard Stolz v. UnumProvident Corp., et al.,* C.A. No. 1:03-84
*Robert Friedman v. J. Harold Chandler, et al.,* C.A. No. 1:03-86
*Yoram Levy v. J. Harold Chandler, et al.,* C.A. No. 1:03-103
*Guy Patterson v. J. Harold Chandler, et al.,* C.A. No. 1:03-109
*Raymond P. Miller v. UnumProvident Corp., et al.,* C.A. No. 1:03-119
*Doreen Gee v. UnumProvident Corp., et al.,* C.A. No. 1:03-147
*Richard P. Martin v. UnumProvident Corp., et al.,* C.A. No. 1:03-162

Schedule of Matters for Hearing Session, Section A                    p. 8
Portland, Maine


MDL-1553 -- In re Silica Products Liability Litigation

Motion of defendants Ash Grove Cement Company, et al., for centralization of the following actions in the United States District Court for the Northern District of Mississippi or, in the alternative, the United States District Court for the Southern District of Mississippi:


### Northern District of Mississippi

*C.W. Fortney, et al. v. AEARO, et al.,* C.A. No. 2:03-160
*Joe Gary, et al. v. Air Liquide America Corp., et al.,* C.A. No. 4:03-224
*Cornelius King, et al. v. Air Liquide America Corp., et al.,* C.A. No. 4:03-225
*Daisy R. Holt, et al. v. Air Liquide America Corp., et al.,* C.A. No. 4:03-226
*Alvin Nash, et al. v. AEARO, et al.,* C.A. No. 4:03-234

### Southern District of Mississippi

*Barney L. McGee, et al. v. AEARO, et al.,* C.A. No. 2:03-261
*Robert Weathersby, et al. v. AEARO, et al.,* C.A. No. 2:03-262
*Jimmy Byrne, et al. v. AEARO, et al.,* C.A. No. 3:03-613
*Mary Sullivan, et al. v. AEARO, et al.,* C.A. No. 3:03-614
*Robert Dent, et al. v. AEARO, et al.,* C.A. No. 3:03-615
*Willie Baldwin, et al. v. Graco Enterprises, et al.,* C.A. No. 4:03-159
*John Prince, et al. v. Pearl River Sand & Gravel Co., et al.,* C.A. No. 4:03-160
*Frankie M. Ulmer, et al. v. AEARO, et al.,* C.A. No. 4:03-169
*David McLaurin, et al. v. AEARO, et al.,* C.A. No. 4:03-170
*Otha Lee Nichols, et al. v. AEARO, et al.,* C.A. No. 4:03-171
*Sebell Clark, et al. v. Air Liquide America Corp., et al.,* C.A. No. 5:03-238
*James Braxton, et al. v. AEARO, et al.,* C.A. No. 5:03-250
*James Robinson, et al. v. AEARO, et al.,* C.A. No. 5:03-251
*Charles Irons, et al. v. AEARO, et al.,* C.A. No. 5:03-252
*James G. McDuff, et al. v. AEARO, et al.,* C.A. No. 5:03-253
*Lee A. Shows, et al. v. AEARO, et al.,* C.A. No. 5:03-254
*Melvin Roberts, et al. v. AEARO, et al.,* C.A. No. 5:03-255

## MDL-1554 -- In re Initial Public Offering (IPO) Securities Litigation

Motion, as amended, of New York plaintiffs for centralization of the following actions in the United States District Court for the Southern District of New York:

### District of Colorado

*Larry L. Cannon v. Citigroup Global Markets, Inc., et al.*, C.A. No. 1:03-888

### Southern District of Florida

*Amy Liu v. Credit Suisse First Boston Corp., et al.*, C.A. No. 1:03-20459

### Southern District of New York

309 consolidated actions coordinated for pretrial litigation as:
*In re Initial Public Offering Securities Litigation*, 21 MC 92 (SAS)

## MDL-1555 -- In re Operation of the Missouri River System Litigation

Motion of plaintiff State of Nebraska, ex rel. John Bruning, State Attorney General for the State of Nebraska, for centralization of the following actions in the United States District Court for the District of Nebraska:

### District of District of Columbia

*American Rivers, et al. v. United States Army Corps of Engineers, et al.*,
    C.A. No. 1:03-241

### District of Nebraska

*State of Nebraska ex rel. Don Stenberg v. Kurt F. Ubbelohde, et al.*, C.A. No. 8:02-217
*Blaske Marine, Inc., et al. v. Gale A. Norton, et al.*, C.A. No. 8:03-142

Schedule of Matters for Hearing Session, Section A                    p. 10
Portland, Maine

MDL-1555 (Continued)

### District of North Dakota

*State of North Dakota, et al. v. Kurt F. Ubbelohde, et al.*, C.A. No. 1:02-59
*State of North Dakota, et al. v. United States Army Corps of Engineers, et al.*,
   C.A. No. 1:03-50

### District of South Dakota

*State of South Dakota, et al. v. Kurt F. Ubbelohde, et al.*, C.A. No. 3:02-3011
*Lower Brule Sioux Tribe, et al. v. Donald H. Rumsfeld, et al.*, C.A. No. 3:02-3014

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs Harvey Jandreau and Christopher M.E. Scott, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

### Middle District of Florida

*Harvey Jandreau v. AC Delco, et al.*, C.A. No. 8:03-435

### Eastern District of Virginia

*Christopher M.E. Scott, et al. v. First Union National Bank, et al.*, C.A. No. 3:02-508

Oppositions of defendants The Dow Chemical Company; Exxon Mobil Corporation; DSM Copolymer, Inc.; Owens- Illinois, Inc.; Fluor Daniel, Inc.; Fluor Daniel Environmental Services, Inc.; Fluor Daniel Services Corporation; and SOS International, Inc., to remand, under 28 U.S.C. § 1407(a), of their respective following actions to their respective transferor courts:

### Eastern District of Pennsylvania

*Barbara Catania, et al. v. ACandS, Inc., et al.*, (M.D. Louisiana, C.A. No. 3:02-368)
*Vonnie K. Agner, et al. v. Fluor Daniel, Inc., et al.* (W.D. North Carolina,
    C.A. No. 3:98-138)
*Vonnie K. Agner, et al. v. Fluor Daniel, Inc., et al.* (W.D. North Carolina,
    C.A. No. 3:98-220)

## MDL-1098 -- In re Masonite Corp. Hardboard Siding Products Liability Litigation

Opposition of defendant Masonite Corporation to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Southern District of Texas:

### Eastern District of Louisiana

*Roy Accord, et al. v. Masonite Corp., et al.*, C.A. No. 2:98-3471 (S.D. Texas, C.A. No. 4:98-3107)

## MDL-1105 -- In re New England Mutual Life Insurance Company Sales Practices Litigation

Oppositions of plaintiffs Vivian D. Caston, et al., and Pike County National Bank to transfer of their respective following actions to the United States District Court for the District of Massachusetts:

### Northern District of Mississippi

*Vivian D. Caston, et al. v. Metropolitan Life Insurance Co., et al.*, C.A. No. 4:02-275

### Southern District of Mississippi

*Pike County National Bank v. Metropolitan Life Insurance Co., et al.*, C.A. No. 3:03-51

## MDL-1132 -- In re Exterior Insulation Finish System (EIFS) Products Liability Litigation

Opposition of plaintiff Bishop of Charleston, etc., to transfer of the following action to the United States District Court for the Eastern District of North Carolina:

### District of South Carolina

*Bishop of Charleston, etc. v. Guy C. Smith Construction, Co., et al.*, C.A. No. 1:03-28

Schedule of Matters for Hearing Session, Section B                    p. 13
Portland, Maine


## MDL-1143 -- In re Mutual Life Insurance Company of New York Premium Litigation

Oppositions of plaintiffs Belinda McGowen, et al.; Janis Hughley, et al.; Tonia M. Cowan; and Stephen Gavin to transfer of their respective following actions to the United States District Court for the District of Massachusetts:

### Southern District of Mississippi

*Belinda McGowen, et al. v. Mutual Life Insurance Co. of New York, et al.*,
   C.A. No. 3:03-182
*Janis Hughley, et al. v. MONY Life Insurance Co., et al.*, C.A. No. 3:03-297
*Tonia M. Cowan v. MONY Life Insurance Co. of America, et al.*, C.A. No. 3:03-388
*Stephen Gavin v. MONY Life Insurance Co. of America, et al.*, C.A. No. 3:03-389


## MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

### Northern District of Alabama

*William F. Neil, et al. v. American Home Products Corp., et al.*, C.A. No. 2:03-75

### Eastern District of Arkansas

*Charlene Hamilton v. Wyeth, et al.*, C.A. No. 2:03-43
*Thomas Parker v. Wyeth, et al.*, C.A. No. 3:03-86
*Joy Greer v. Wyeth, et al.*, C.A. No. 3:03-87

### Central District of California

*Christina Giacalone v. American Home Products Corp., et al.*, C.A. No. 2:03-3479

### Middle District of Florida

*Larry Wayne Edwards v. Wyeth, et al.*, C.A. No. 8:03-631

Schedule of Matters for Hearing Session, Section B                    p. 14
Portland, Maine

MDL-1203 (Continued)

### Northern District of Georgia

*Debbie Lindsay, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-275
*Phyllis Hodges, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-276
*Ashley Irwin, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-277
*Kyra Houston, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-278
*Remonia Deloach, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-841

### Northern District of Mississippi

*Patricia Brown, et al. v. Wyeth, et al.*, C.A. No. 3:03-29
*Lucy Wood, et al. v. American Home Products Corp., et al.*, C.A. No. 4:03-94
*Jamie Woods, et al. v. Wyeth, et al.*, C.A. No. 4:03-149
*Paul Woodcock, et al. v. Wyeth, et al.*, C.A. No. 4:03-150

### Southern District of Mississippi

*Sandra Bustin, et al. v. American Home Products Corp., et al.*, C.A. No. 2:03-56
*Dauline Mitchell, et al. v. American Home Products Corp., et al.*, C.A. No. 2:03-57
*Marjorie Grant, et al. v. Wyeth, et al.*, C.A. No. 2:03-84
*Betty C. Ramshur, et al. v. Wyeth Laboratories, Inc., et al.*, C.A. No. 2:03-137
*David Pickering, et al. v. Wyeth, et al.*, C.A. No. 2:03-138
*Jimmie Nell Pickering, et al. v. Wyeth, et al.*, C.A. No. 2:03-139
*Lauren Cupples, et al. v. American Home Products Corp., et al.*, C.A. No. 3:03-129
*Cindy Pickering v. American Home Products Corp., et al.*, C.A. No. 3:03-130
*Courtney Smith, et al. v. American Home Products Corp., et al.*, C.A. No. 3:03-149
*Jennifer Lynn Legg, et al. v. Wyeth, et al.*, C.A. No. 3:03-220
*Mitzi M. Wilson, et al. v. Wyeth, et al.*, C.A. No. 3:03-305
*Joyce Ann Allen, et al. v. Wyeth, et al.*, C.A. No. 3:03-407
*Loretta Grant, et al. v. Wyeth, et al.*, C.A. No. 3:03-408
*Anthony Watson, et al. v. Wyeth, et al.*, C.A. No. 3:03-416
*Trina Waters, et al. v. Wyeth, et al.*, C.A. No. 3:03-417
*Patricia Doggett, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-85
*Richard Lamison v. Wyeth, et al.*, C.A. No. 4:03-147
*Elsie D. Jamison v. Wyeth, et al.*, C.A. No. 5:03-33
*Sarah Brooks, et al. v. Wyeth, et al.*, C.A. No. 5:03-176

Schedule of Matters for Hearing Session, Section B                    p. 15
Portland, Maine

MDL-1203 (Continued)

### Southern District of Mississippi (Continued)

*Roy Simmons, et al. v. Wyeth, et al.*, C.A. No. 5:03-181
*Wanda Burke, et al. v. Wyeth, Inc., et al.*, C.A. No. 5:03-207
*Jeanette Johnson v. Wyeth, Inc., et al.*, C.A. No. 5:03-208
*Katie R. Murray, et al. v. Wyeth Corp., et al.*, C.A. No. 5:03-214

### District of Montana

*Lynda Huffman, et al. v. American Home Products Corp., et al.*, C.A. No. 9:02-192

### District of North Mariana Islands

*Robert J. Wabol, et al. v. Wyeth, et al.*, C.A. No. 1:03-5
*Frances Sablan Benavetne v. Wyeth, et al.*, C.A. No. 1:03-6

### Southern District of Texas

*Nancy Bejarano v. Wyeth, et al.*, C.A. No. 5:03-53

### Western District of Texas

*Ruth Spence v. Wyeth, et al.*, C.A. No. 6:03-127

### District of Utah

*Tina Cragun v. Wyeth, et al.*, C.A. No. 1:03-43

Schedule of Matters for Hearing Session, Section B                    p. 16
Portland, Maine


## MDL-1342 -- In re Cigarette Antitrust Litigation

Opposition of plaintiffs Charles W. Saylor, et al., to transfer of the following action to the United States District Court for the Northern District of Georgia:


### Eastern District of Tennessee

*Charles W. Saylor, et al. v. RJR Acquisition Corp., et al.*, C.A. No. 2:03-70


## MDL-1348 -- In re Rezulin Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Southern District of New York:


### Northern District of Mississippi

*Dorothy Taylor v. Warner-Lambert Co., et al.*, C.A. No. 2:03-34
*Ernestine Harris, et al. v. Warner-Lambert Co., et al.*, C.A. No. 2:03-37
*Maxine Jones, et al. v. Parke-Davis, et al.*, C.A. No. 2:03-38
*Foster Williams, et al. v. Warner-Lambert Co., et al.*, C.A. No. 2:03-39
*Mary Hollingsworth v. Warner-Lambert Co., et al.*, C.A. No. 2:03-50
*Mozella Phillips, et al. v. Parke-Davis, et al.*, C.A. No. 3:03-19
*Thelma Jenkins, et al. v. Warner-Lambert Co., et al.*, C.A. No. 3:03-20
*Brent Collins Wong, et al. v. Pfizer, Inc., et al.*, C.A. No. 4:03-43
*Fannie Jones, et al. v. Pfizer, Inc., et al.*, C.A. No. 4:03-53
*Jessie L. McKinney, et al. v. Warner-Lambert Co., et al.*, C.A. No. 4:03-63
*Mary Underwood, et al. v. Warner-Lambert Co., et al.*, C.A. No. 4:03-65
*Elizabeth Green, et al. v. Parke-Davis, et al.*, C.A. No. 4:03-68
*Veloria Allen, et al. v. Warner-Lambert Co., et al.*, C.A. No. 4:03-69
*Tommie McDaniel, et al. v. Warner-Lambert Co., et al.*, C.A. No. 4:03-70
*Bobbie Jean McDaniel, et al. v. Warner-Lambert Co., et al.*, C.A. No. 4:03-71
*Lucille Coleman, et al. v. Pfizer, Inc., et al.*, C.A. No. 4:03-72
*Mary Luton, et al. v. Warner-Lambert Co., et al.*, C.A. No. 4:03-78
*Jeraline Adcox, et al. v. Warner-Lambert Co., et al.*, C.A. No. 4:03-80
*Christine Andrews, et al. v. Warner-Lambert Co., et al.*, C.A. No. 4:03-81
*Darnell Abram, et al. v. Warner-Lambert Co., et al.*, C.A. No. 4:03-82
*Marilyn Davis, et al. v. Parke-Davis, et al.*, C.A. No. 4:03-83

MDL-1348 (Continued)


### Southern District of Mississippi

*Arlene Roberts, et al. v. Parke-Davis, et al.*, C.A. No. 2:03-48
*Thelma Arender, et al. v. Warner-Lambert Co., et al.*, C.A. No. 3:03-81
*John Barnes, et al. v. Warner-Lambert Co., et al.*, C.A. No. 3:03-83
*Sallie English v. Warner-Lambert Co., et al.*, C.A. No. 3:03-137
*Linda Mason, et al. v. Parke-Davis, et al.*, C.A. No. 3:03-138
*David Cottrell v. Warner-Lambert Co., et al.*, C.A. No. 3:03-163
*Robert Riley, et al. v. Warner-Lambert Co., et al.*, C.A. No. 3:03-165
*Ruby M. Adams, et al. v. Warner-Lambert Co., et al.*, C.A. No. 4:03-37
*Elbert Benton, et al. v. Warner-Lambert Co., et al.*, C.A. No. 4:03-38
*Sylvester Alexander, et al. v. Warner-Lambert Co.*, C.A. No. 4:03-55
*Verine Wright, etc. v. Warner-Lambert Co., et al.*, C.A. No. 5:03-62
*Arrealia Brown, et al. v. Warner-Lambert Co., et al.*, C.A. No. 5:03-92


## MDL-1355 -- In re Propulsid Products Liability Litigation

Oppositions of plaintiffs Noble Ruth Blakely, et al., and Minnie Morgan, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:


### Southern District of Mississippi

*Noble Ruth Blakely, et al. v. Janssen Pharmaceutica, Inc., et al.*, C.A. No. 4:03-80
*Minnie Morgan, et al. v. Janssen Pharmaceutica, Inc., et al.*, C.A. No. 5:03-80

MDL-1373 -- In re Bridgestone/Firestone, Inc., Tires Products Liability Litigation

       Oppositions of plaintiffs Randall Roden, et al.; Leonard R. Thompson, et al.; Michael Curry, et al.; and Gina Savell to transfer of their respective following actions to the United States District Court for the Southern District of Indiana:

District of Arizona

*Randall Roden, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 4:03-97

Eastern District of Louisiana

*Leonard R. Thompson, et al. v. Nissan North America, Inc., et al.*, C.A. No. 2:03-172

Northern District of Mississippi

*Michael Curry, et al. v. Bridgestone/Firestone North American Tire, LLC, et al.*,
    C.A. No. 4:03-40

Southern District of Mississippi

*Gina Savell v. Bridgestone/Firestone North American Tire, LLC, et al.*,
    C.A. No. 1:03-137

MDL-1382 -- In re Unitrin, Inc., Industrial Life Insurance Litigation
MDL-1390 -- In re Life Insurance Co. of Georgia Industrial Life Insurance Litigation

       Opposition of plaintiffs George Johnson, et al., to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

Southern District of Mississippi

*George Johnson, et al. v. Life of Georgia, et al.*, C.A. No. 2:02-933

## MDL-1384 -- In re Gabapentin Patent Litigation

Opposition of defendants Pharmaceutical Holdings Corporation; United Research Laboratories, Inc.; and Mutual Pharmaceutical Company, Inc., to transfer of the following action to the United States District Court for the District of New Jersey:

### Eastern District of Pennsylvania

*Pfizer, Inc., et al. v. Pharmaceutical Holdings Corp., et al.*, C.A. No. 2:03-740

## MDL-1390 -- In re Life Insurance Co. of Georgia Industrial Life Insurance Litigation

Oppositions of plaintiffs Geneva Goliday, et al.; Sonia Kelly Brown, et al.; Rosie B. Sellers, et al.; Allie Booth, et al.; Josie L. Hurt, et al.; Pearlie Anderson, et al.; and Jesse Collins, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

### Northern District of Mississippi

*Geneva Goliday, et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 4:03-179

### Southern District of Mississippi

*Sonia Kelly Brown, et al. v. Life Insurance Co. of Georgia*, C.A. No. 2:03-191
*Rosie B. Sellers, et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 3:03-198
*Allie Booth, et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 3:03-449
*Josie L. Hurt, et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 3:03-450
*Pearlie Anderson, et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 4:03-110
*Jesse Collins, et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 5:03-138

Schedule of Matters for Hearing Session, Section B                    p. 20
Portland, Maine

MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Western District of Washington:

### District of District of Columbia

*Pamela L. Crowe v. Bayer Corp., et al.,* C.A. No. 1:03-338

### Northern District of Illinois

*Donald Mennella v. Wyeth, Inc., et al.,* C.A. No. 1:03-1607

### Southern District of Illinois

*Marie Cunningham v. Chattem, Inc., et al.,* C.A. No. 3:02-1283

### Northern District of Mississippi

*George Campbell, et al. v. Bayer Corp., et al.,* C.A. No. 2:03-40
*Grace McDuffy v. Bayer Corp., et al.,* C.A. No. 4:03-73
*Mittie Sykes, et al. v. Bayer Corp., et al.,* C.A. No. 4:03-114

### Southern District of Mississippi

*Edgar Eugene Fields v. Bayer Corp., et al.,* C.A. No. 2:03-49
*Dianne Keyes, etc. v. C&C Drugs, et al.,* C.A. No. 2:03-58
*Tawnyna Addison, et al. v. Novartis Pharmaceuticals Corp., et al.,* C.A. No. 2:03-73
*Mattie Kincaid, et al. v. Bayer Corp., et al.,* C.A. No. 2:03-74
*Amos Dyson, et al. v. Block Drug Co., et al.,* C.A. No. 2:03-78
*Lisa Yolanda Owens, et al. v. Chattem, Inc., et al.,* C.A. No. 2:03-79
*Catherine Ainsworwth, et al. v. Wyeth, et al.,* C.A. No. 2:03-82
*Earline Thomas, et al. v. Wyeth, et al.,* C.A. No. 2:03-83
*Ozell Bailey, et al. v. Wyeth, et al.,* C.A. No. 3:03-25
*Zola Darby v. Novartis Pharmaceuticals Corp., et al.,* C.A. No. 3:03-108
*Diana Williams, etc. v. Baker's Pharmacy, et al.,* C.A. No. 3:03-134
*Charlotta M. Gardner, etc. v. Bayer Corp., et al.,* C.A. No. 3:03-136
*James Gray, et al. v. Bayer Corp., et al.,* C.A. No. 3:03-225
*Sherry Jones, et al. v. Bayer Corp., et al.,* C.A. No. 4:03-58
*Kenneth Stevens v. Bayer Corp., et al.,* C.A. No. 4:03-59

MDL-1407 (Continued)

### Southern District of Mississippi (Continued)

*Rodella Neal v. GlaxoSmithKline, PLC, et al.*, C.A. No. 4:03-84
*Annie R. Jones v. Wyeth, et al.*, C.A. No. 4:03-86
*Lessie Hales v. Chattem, Inc., et al.*, C.A. No. 4:03-87
*Robert Lee Jones v. Block Drug Co., Inc., et al.*, C.A. No. 4:03-104
*Elizabeth A. Woods v. City Drug Store, Inc., et al.*, C.A. No. 5:03-74
*Lessie Brown v. Bayer Corp., et al.*, C.A. No. 5:03-110
*Rhonda Darlene Aidt, et al. v. Bayer Corp., et al.*, C.A. No. 5:03-124
*Lucille Fells v. Bayer Corp. et al.*, C.A. No. 5:03-127
*Lucian Smith, et al. v. Bayer Corp., et al.*, C.A. No. 5:03-128
*Mary Good v. Bayer Corp., et al.*, C.A. No. 5:03-149
*Renee Butler, etc. v. SmithKline Beecham Corp., et al.*, C.A. No. 5:03-156
*Mae Ruth Landers, et al. v. Bayer Corp., et al.*, C.A. No. 5:03-157
*Emma Davis v. Bayer Corp., et al.*, C.A. No. 5:03-159
*Marilyn Walker v. Bayer Corp., et al.*, C.A. No. 5:03-160
*Kenneth Davis, et al. v. Bayer Corp., et al.*, C.A. No. 5:03-172
*Will T. Gaines v. Bayer Corp., et al.*, C.A. No. 5:03-175
*Rose Cooper, et al. v. Novartis Consumer Healthcare, Inc., et al.*, C.A. No. 5:03-178
*Sara Watson Truitt v. Bayer Corp., et al.*, C.A. No. 5:03-183
*Marie Moore v. Bayer Corp., et al.*, C.A. No. 5:03-184

### District of New Jersey

*Madeline J. Baumgartner v. Sidmak Laboratories, Inc., et al.*, C.A. No. 2:02-6171
*Susan H. Pettet v. Sidmak Laboratories, Inc., et al.*, C.A. No. 2:02-6172

### Northern District of Texas

*Evelyn McCann, et al. v. Advocare International, LLC, et al.*, C.A. No. 3:03-267

### Southern District of Texas

*Tommy Trahan, et al. v. Advocare International, LLC, et al.*, C.A. No. 4:03-482

### Western District of Texas

*Jose Tavarez, et al. v. Advocate International, LLC, et al.*, C.A. No. 3:03-83

MDL-1430 -- In re Lupron Marketing and Sales Practices Litigation

Opposition of plaintiff Health Care Service Corporation to transfer of the following action to the United States District Court for the District of Massachusetts:

Eastern District of Texas

*Health Care Service Corp. v. TAP Pharmaceutical Products, Inc., et al.,*
C.A. No. 1:03-166

MDL-1431 -- In re Baycol Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the District of Minnesota:

Middle District of Alabama

*Judy Baldwin, et al. v. Bayer Corp., et al.,* C.A. No. 2:03-67
*Alice Dowling, et al. v. Bayer Corp., et al.,* C.A. No. 2:03-127
*Annie Andrews, et al. v. Bayer Corp., et al.,* C.A. No. 2:03-128
*Mary Ellis, et al. v. Bayer Corp., et al.,* C.A. No. 2:03-129
*Sis Grubbs, et al. v. Bayer Corp., et al.,* C.A. No. 2:03-130
*Mary A. Richardson, et al. v. Bayer Corp., et al.,* C.A. No. 2:03-131
*Charles Rogers, et al. v. Bayer Corp., et al.,* C.A. No. 2:03-132
*Albert Williams, et al. v. Bayer Corp., et al.,* C.A. No. 2:03-133
*Dorothy Bennett, et al. v. Bayer Corp., et al.,* C.A. No. 2:03-134
*Willie Womack, et al. v. Bayer Corp., et al.,* C.A. No. 2:03-135
*Jeffrey Woods, et al. v. Bayer Corp., et al.,* C.A. No. 2:03-136
*Clarence Wheeler, et al. v. Bayer Corp., et al.,* C.A. No. 2:03-137
*Maney Anglin, et al. v. Bayer Corp., et al.,* C.A. No. 2:03-138
*George Jenkins, et al. v. Bayer Corp., et al.,* C.A. No. 2:03-139

Northern District of Georgia

*Linda Padgett, et al. v. Bayer AG, et al.,* C.A. No. 1:03-302

MDL-1431 (Continued)

### Northern District of Mississippi

*Clara Adams, et al. v. Bayer Corp., et al.*, C.A. No. 1:03-22
*William Adams, et al. v. Bayer Corp., et al.*, C.A. No. 1:03-23
*Annie Rowe, et al. v. Bayer Corp., et al.*, C.A. No. 1:03-44
*Benton Brewer, et al. v. Bayer Corp., et al.*, C.A. No. 1:03-45
*Raymond Williams, et al. v. Bayer Corp., et al.*, C.A. No. 1:03-46
*David W. Houston, III, et al. v. Bayer AG, et al.*, C.A. No. 1:03-49
*Dovie Cannon, et al. v. Bayer Corp., et al.*, C.A. No. 2:03-28
*Yvonne Abraham, et al. v. Pat Burke, M.D., et al.*, C.A. No. 2:03-41
*Dorothy M. Pegues, et al. v. Bayer AG, et al.*, C.A. No. 3:03-16
*Luella Beasley, et al. v. Bayer Corp., et al.*, C.A. No. 4:03-25
*Willie McDaniel, et al. v. Bayer Corp., et al.*, C.A. No. 4:03-44
*Ernest Glen Daniels, et al. v. Bayer Corp., et al.*, C.A. No. 4:03-45
*Mitchell B. Hill, et al. v. Bayer AG, et al.*, C.A. No. 4:03-46
*Annie Quinn, et al. v. Bayer Corp., et al.*, C.A. No. 4:03-54
*Maggie Bryant, et al. v. Bayer Corp., et al.*, C.A. No. 4:03-55
*Rex Clifford Smith v. Bayer Corp., et al.*, C.A. No. 4:03-57
*Charles Lum, et al. v. Bayer AG, et al.*, C.A. No. 4:03-59
*Virginia Black, et al. v. Bayer Corp., et al.*, C.A. No. 4:03-60
*Willie B. Hart, Sr., et al. v. Bayer AG, et al.*, C.A. No. 4:03-61
*Phyllis Abbey, et al. v. Bayer AG, et al.*, C.A. No. 4:03-62
*Alex Dixon, et al. v. Bayer AG, et al.*, C.A. No. 4:03-74

### Southern District of Mississippi

*Jacob Abbott, et al. v. Bayer Corp., et al.*, C.A. No. 2:03-21
*Beverly Brown v. Bayer Corp., et al.*, C.A. No. 2:03-46
*Johnny D. Creel, et al. v. Bayer AG, et al.*, C.A. No. 2:03-54
*Joseph Holifield v. Bayer Corp., et al.*, C.A. No. 2:03-55
*Rose Beasley, et al. v. Bayer Corp., et al.*, C.A. No. 3:03-64
*Robert Conner v. Bayer Corp., et al.*, C.A. No. 3:03-65
*Arletha Downing, et al. v. Bayer AG, et al.*, C.A. No. 3:03-109
*Olga McBride, et al. v. Bayer Corp., et al.*, C.A. No. 3:03-110
*Evelyn Holloway v. Bayer A.G., et al.*, C.A. No. 3:03-113
*Patricia Porter, et al. v. Bayer Corp., et al.*, C.A. No. 3:03-141

Schedule of Matters for Hearing Session, Section B                    p. 24
Portland, Maine

MDL-1431 (Continued)

### Southern District of Mississippi (Continued)

*Gladys Bass, et al. v. Bayer Corp., et al.*, C.A. No. 3:03-142
*Jeffrey Varas v. Bayer Corp., et al.*, C.A. No. 3:03-316
*Geraldine Chisholm v. Bayer Corp, et al.*, C.A. No. 3:03-324
*Mary Calhoun, et al. v. Bayer Corp., et al.*, C.A. No. 4:03-31
*Lavernea Ainsworth, et al. v. Bayer Corp., et al.*, C.A. No. 4:03-32
*Mattie H. Taylor v. Bayer AG, et al.*, C.A. No. 4:03-53
*Linda Clark, et al. v. Bayer Corp., et al.*, C.A. No. 5:03-30
*Michael R. Acey, et al. v. Bayer Corp., et al.*, C.A. No. 5:03-31
*Rex Trammell, et al. v. Bayer AG, et al.*, C.A. No. 5:03-53
*Karen Trammell, et al. v. Bayer AG, et al.*, C.A. No. 5:03-54
*Eliza Broadway, et al. v. Bayer Corp., et al.*, C.A. No. 5:03-59
*Mary Reynolds, et al. v. Bayer Corp., et al.*, C.A. No. 5:03-109
*Debbie Hardin, et al. v. Bayer Corp. et al.*, C.A. No. 5:03-141
*Rosa Lee Jackson v. Bayer Corp, et al.*, C.A. No. 5:03-142
*Jaqueline Robinson, et al. v. Bayer Corp., et al.*, C.A. No. 5:03-143
*Azell Green v. Bayer Corp., et al.*, C.A. No. 5:03-144
*Ernest L. McCalip, Jr., et al. v. Bayer AG, et al.*, C.A. No. 5:03-165
*Hattie Mae Sorells v. Bayer AG, et al.*, C.A. No. 5:03-185
*Earnestine Moore, et al. v. Bayer Corp., et al.*, C.A. No. 5:03-193

### Eastern District of New York

*Allan Bienenstock, et al. v. Bayer Corp., et al.*, C.A. No. 1:03-1360

### District of South Carolina

*Suzanne Kellar v. Bayer AG, et al.*, C.A. No. 2:03-848
*Jean Watkins v. Bayer AG, et al.*, C.A. No. 3:03-861
*Ethel M. Stewart v. Bayer AG, et al.*, C.A. No. 5:03-924

MDL-1446 -- In re Enron Corp. Securities, Derivative & "ERISA" Litigation

Oppositions of plaintiffs California Public Employees Retirement System and Richard Choucroun, et al., to transfer of their respective following actions to the United States District Court for the Southern District of Texas:

### Northern District of California

*California Public Employees Retirement System v. Banc of America Securities, et al.,* Bky. Advy. No. 3:03-3274

### Western District of Texas

*Richard Choucroun, et al. v. Arthur Andersen, LLP, et al.,* C.A. No. 1:03-114

MDL-1456 -- In re Pharmaceutical Industry Average Wholesale Price Litigation

Opposition of plaintiff The People of the State of New York to transfer of the following action to the United States District Court for the District of Massachusetts:

### Northern District of New York

*The People of the State of New York v. Pharmacia Corp.,* C.A. No. 1:03-295

## MDL-1477 -- In re Serzone Products Liability Litigation

Oppositions of plaintiffs Tina Horton, et al.; Carolyn Irving, et al.; Jacqueline Westbrook, et al.; Freda D. Hill, et al.; Johnnie M. Sagers, et al.; Sybil McIntosh, et al.; Billie D. Bates, et al.; Susan S. Willis, et al.; Jennifer Hutson, et al.; and Florine Robinson, et al., to transfer of their respective following actions to the United States District Court for the Southern District of West Virginia:

### Northern District of Mississippi

*Tina Horton, et al. v. Bristol-Myers Squibb Co., et al.*, C.A. No. 2:03-93
*Carolyn Irving, et al. v. Bristol-Myers Squibb Co., et al.*, C.A. No. 4:03-90
*Jacqueline Westbrook, et al. v. Bristol-Myers Squibb Co., et al.*, C.A. No. 4:03-142

### Southern District of Mississippi

*Freda D. Hill, et al. v. Bristol-Myers Squibb Co., Inc., et al.*, C.A. No. 3:03-189
*Johnnie M. Sagers, et al. v. Bristol-Myers Squibb Co., Inc., et al.*, C.A. No. 3:03-193
*Sybil McIntosh, et al. v. Bristol-Myers Squibb Co., et al.*, C.A. No. 3:03-194
*Billie D. Bates, et al. v. Bristol-Myers Squibb Co., et al.*, C.A. No. 3:03-229
*Susan S. Willis, et al. v. Bristol-Myers Squibb Co., Inc., et al.*, C.A. No. 3:03-363
*Jennifer Hutson, et al. v. Bristol-Myers Squibb, et al.*, C.A. No. 5:03-151
*Florine Robinson, et al. v. Bristol-Myers Squibb Co., Inc., et al.*, C.A. No. 5:03-164

## MDL-1481 -- In re Meridia Products Liability Litigation

Oppositions of plaintiffs Beverly Olinger; Josephine Smith, et al.; Rubye Gross, et al.; Virginia Ivy, et al.; Lillie Barnes, et al.; Dorothy Malone, et al.; Sheila Marie Scott, et al.; Sharon Bailey, et al.; Dorothy Price, et al.; and Alice Faye Steed, et al., to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:

### Southern District of Illinois

*Beverly Olinger v. Abott Laboratories, et al.*, C.A. No. 3:03-110

MDL-1481 (Continued)

### Northern District of Mississippi

*Josephine Smith, et al. v. Knoll Pharmaceutical, et al.*, C.A. No. 2:03-75
*Rubye Gross, et al. v. Knoll Pharmaceutical Co., et al.*, C.A. No. 3:03-44
*Virginia Ivy, et al. v. Knoll Pharmaceutical Co., et al.*, C.A. No. 4:03-119

### Southern District of Mississippi

*Lillie Barnes, et al. v. Abbott Laboratories, Inc., et al.*, C.A. No. 3:03-211
*Dorothy Malone, et al. v. Knoll Pharmaceutical Co., et al.*, C.A. No. 3:03-256
*Sheila Marie Scott, et al. v. Knoll Pharmaceutical Co., et al.*, C.A. No. 3:03-273
*Sharon Bailey, et al. v. Abbott Laboratories, Inc., et al.*, C.A. No. 5:03-88
*Dorothy Price, et al. v. Knoll Pharmaceuticals Co., et al.*, C.A. No. 5:03-133
*Alice Faye Steed, et al. v. Knoll Pharmaceuticals Co., et al.*, C.A. No. 5:03-134

MDL-1487-- In re WorldCom, Inc., Securities & "ERISA" Litigation

Oppositions of plaintiffs Regents of the University of California; Cathy G. Franck, et al.; Daryl W. Abrams, et al.; Wilburn E. Bagwell, et al.; Ralph Arnold Smith, Jr., etc.; and Dallas Little, et al., to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### Northern District of California

*Regents of the University of California v. Salomon Smith Barney, Inc., et al.*,
   C.A. No. 4:03-1119

### Northern District of Mississippi

*Cathy G. Franck, et al. v. Scott D. Sullivan, et al.*, C.A. No. 1:03-105
*Daryl W. Abrams, et al. v. Bernard J. Ebbers, et al.*, C.A. No. 1:03-108
*Wilburn E. Bagwell, et al. v. Bernard J. Ebbers, et al.*, C.A. No. 2:03-84
*Ralph Arnold Smith, Jr., etc. v. Bernard J. Ebbers, et al.*, C.A. No. 4:03-162

Schedule of Matters for Hearing Session, Section B                    p. 28
Portland, Maine


MDL-1487 (Continued)


### Southern District of Mississippi

*Dallas Little, et al. v. Bernard J. Ebbers, et al.*, C.A. No. 3:03-292


### MDL-1499 -- In re South African Apartheid Litigation

Opposition of plaintiffs Thitha Natalia Makhetha, et al., to transfer of the following action to the United States District Court for the Southern District of New York:


### Eastern District of New York

*Thitha Natalia Makhetha, et al. v. Credit Commercial De France, et al.*,
    C.A. No. 1:03-1523


### MDL-1507 -- In re Prempro Products Liability Litigation

Opposition of plaintiffs Leslie Lucille Cooley, et al.; Jeanette Byrd, et al.; Mary Ann Barnes, et al.; Mary Anne Bryant, et al.; Dorothy Day, et al.; Betty L. Massey, et al.; and Annie B. Connor, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Arkansas:


### Southern District of Mississippi

*Leslie Lucille Cooley, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:03-99
*Jeanette Byrd, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:03-104
*Mary Ann Barnes, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:03-237
*Mary Anne Bryant, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:03-250
*Dorothy Day, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:03-304
*Betty L. Massey, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-105
*Annie B. Connor, et al. v. Wyeth, Inc., et al.*, C.A. No. 5:03-140

MDL-1516 -- In re Polyester Staple Antitrust Litigation

Opposition of plaintiffs John Greco, et al., to transfer of the following action to the United States District Court for the Western District of North Carolina:

Northern District of West Virginia

*John Greco, et al. v. Arteva Specialties, LLC, et al.,* C.A. No. 5:03-26

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the
Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001).  Rule 16.1(g) allows a
maximum of twenty minutes for oral argument in each matter.  In most cases, however, less time
is necessary for the expression of all views and the Panel reserves the prerogative of reducing the
time requested by counsel.  Accordingly, counsel should be careful not to overstate the time
requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria.  <u>See generally</u> <u>In
re "East of the Rockies"</u> <u>Concrete Pipe Antitrust Cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L.
1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)     Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)     Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)     No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
      (i)     the dispositive issue(s) have been authoritatively decided; or
     (ii)     the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)     In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)     Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)     Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)     Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.