**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 13 2003

DOCKET NO. 875

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Herbert C. Ayers and Geneva Ayers v. Owens-Illinois Inc., et al., D. South Carolina, C/A No. 2:03-1284
James W. Blasius and Mary M. Blasisus v. owens-Illinois, Inc., et al., D. South Carolina, C/A No. 2:03-1288

### NOTICE OF OPPOSITION
### PURSUANT TO RULE 12 OF THE RULES OF PROCEDURE
### OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Pursuant to Rule 12(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the plaintiffs hereby file Notice of Opposition to the Conditional Transfer Order entered on May 30, 2003, in the above-cited case by the Clerk of the Panel transferring this action to the U.S. District Court for the Eastern District of Pennsylvania (MDL Docket No. 875).

In accordance with Rule 12(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the plaintiffs, within 15 days of the filing of this Notice of Opposition, will file a motion to vacate the Conditional Transfer Order and brief in support thereof.

Respectfully submitted,

MOTLEY RICE LLC

By: _V. Bi B_____

V. Brian Bevon, Esquire
Federal Court ID No. 6425
28 Bridgeside Boulevard
Post Office Box 1792
Mt. Pleasant, SC 29465
(843) 216-9000

ATTORNEYS FOR PLAINTIFFS

June 12, 2003
Charleston, South Carolina

PLEADING NO. 3914

2003 JUN 12  P 1: 54

RECEIVED
CLERK'S OFFICE

OFFICIAL FILE COPY
IMAGED JUN 16 '03

Herbert C. Ayers and Geneva Ayers v. Owens-Illinois Inc., et al., D. South Carolina, C/A No. 2:03-1284
James W. Blasius and Mary M. Blasisus v. owens-Illinois, Inc., et al., D. South Carolina, C/A No. 2:03-1288

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 13 2003

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

    I do hereby certify that a copy of the foregoing was sent by facsimile and via United States mail this _12th_ day of June, 2003, to Michael J. Beck, Clerk of the Panel, One Columbus Circle, NE, Thurgood Marshall Federal Judiciary Building, Room G-255, North Lobby, Washington, DC 20002-8004 and was placed in an envelope, with first-class postage thereon prepaid, and mailed to the attorneys for Defendants in the foregoing action:

**W. Thomas Causby, Esquire**
NELSON, MULLINS, RILEY & SCARBOROUGH
P.O. Box 11070
Columbia, SC 29211
*COUNSEL FOR DEFENDANTS, OWENS-ILLINOIS, INC. and*
*3M COMPANY A/K/A MINNESOTA MINING & MANUFACTURING CO.*

**James D. Gandy, III, Esquire**
PIERCE, HERNS, SLOAN & McLEOD
P.O. Box 22437
Charleston, SC 29413-2437
*COUNSEL FOR DEFENDANT, NATIONAL SERVICE INDUSTRIES, INC,*
*F/K/A NORTH BROTHERS, INC.*

**James B. Pressly, Jr., Esquire**
HAYNSWORTH SINKLER BOYD, P. A.
P. O. Box 2048
Greenville, SC 29602
*COUNSEL FOR THE DEFENDANTS, AVENTIS CROPSCIENCE USA, INC. f/k/a*
*Rhone-Poulenc AG Company, Inc. f/k/a Amchem Products, Inc. , CERTAINTEED CORPORATION*
*DANA CORPORATION and UNION CARBIDE CORPORATION*

**Timothy W. Bouch, Esquire**
LEATH, BOUCH & CRAWFORD
P. O. Box 59
Charleston, SC 29402
*COUNSEL FOR THE DEFENDANT, GARLOCK SEALING TECHNOLOGIES, INC.*

**H. Lee Davis, Jr., Esquire**
DAVIS & HAMRICK, LLP
P. O. Drawer 20039
Winston-Salem, NC 27120-0039
*COUNSEL FOR THE DEFENDANTS, THE FLINTKOTE COMPANY and*
*WORTHINGTON CORPORATION f/k/a Worthington Pump, Inc.*

**Jennifer Techman, Esquire**
EVERT & WEATHERSBY, LLP
3405 Piedmont Road, Suite 225
Atlanta, GA 30305
*COUNSEL FOR THE DEFENDANT, A. W. CHESTERTON COMPANY*

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2003 JUN 12 P 1: 54

RECEIVED
CLERK'S OFFICE

**James H. Elliott, Esquire**
BARNWELL, WHALEY, PATTERSON & HELMS, LLC
855 Island Park Drive
Daniel Island
Charleston, SC  29492
*COUNSEL FOR THE DEFENDANT, JOHN CRANE, INC.*

**Michael S. Seekings, Esquire**
MULLEN, WYLIE & SEEKINGS
171 Church Street, Suite 370
Charleston, SC 29401
*COUNSEL FOR THE DEFENDANT, INGERSOLL-RAND COMPANY*

Charleston, S. C.

Polly McGillivray