JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 875**

JUN 1 6 2003

FILED
CLERK'S OFFICE

PLEADING NO. 3915

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION<br>(No. VI) | §<br>§<br>§<br>§<br>§ | DOCKET NO. 875 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| DERONDA GREER, et al.,<br>Plaintiffs<br><br>VS.<br><br>BAIRD AND COMPANY, et al.,<br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br><br>4:03-CV-0116 |

RECEIVED
CLERK'S OFFICE
2003 JUN 13  P 4: 58
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

NOTICE OF OPPOSITION TO TRANSFER

Come now plaintiffs and file this their Notice of Opposition to the Conditional Transfer Order (CTO-225) entered by the Panel on May 30, 2003. Plaintiffs are the claimants in Deronda Greer, et al., v. Baird and Company, et al., Civil Action No. 4:03-CV-0116 in the United States District Court for the Northern District of Mississippi, Greenville Division.

**OFFICIAL FILE COPY**   IMAGED JUN 1 6 '03

Pursuant to Panel Rule 7.4(c), plaintiffs file this notice of opposition to apprise the Panel of their opposition to transfer.

Pursuant to Panel Rule 7.4(d), plaintiffs shall file, within 15 days of the filing of this notice, their motion to vacate conditional transfer order and supporting brief.

Respectfully submitted,

Charles S. Siegel
Texas State Bar No. 18341875
Federal ID No. 15736
Jenny Gray
Texas Bar No. 24003760
WATERS & KRAUS, LLP
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 Fax


Isaac K. Byrd, Jr.
MB# 7646
BYRD & ASSOCIATES
Suzanne G. Keys
MB# 5032
427 East Fortification Street
P.O. Box 19
Jackson, Mississippi 39205-0019

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 6 2003

**CERTIFICATE OF SERVICE**

FILED
CLERK'S OFFICE

I hereby certify that a true and correct copy of this Notice of Opposition has been served by regular mail on all counsel of record (CTO-225) on this 13th day of June, 2003.

RECEIVED CLERK'S OFFICE
2003 JUN 13 P 4:58
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# INVOLVED COUNSEL LIST (CTO-225)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

David W. Allen
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

Michael S. Allred
Allred Law Firm
P.O. Box 3828
Jackson, MS 39207

Jody E. Anderman
LeBlanc & Waddell, LLC
5353 Essen Lane, Suite 420
Baton Rouge, LA 70809

Knight S. Anderson
Hill, Fulwider, McDowell, Funk & Matthews
2000 INB Tower
One Indiana Square
Indianapolis, IN 46204-2031

Peter G. Angelos
Law Offices of Peter G. Angelos
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Robert M. Arentson, Jr.
Baker, Donelson, Bearman & Caldwell
P.O. Box 14167
Jackson, MS 39236-4167

Terrence M. Bagley
McGuire, Woods, Battle & Boothe
One James Center
901 East Cary Street
Richmond, VA 23219-4030

David A. Barfield
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-3979

Joe E. Basenberg
Hand, Arendall, LLC
P.O. Box 123
Mobile, AL 36601

Scott W. Bates
Baker, Donelson, Bearman & Caldwell
P.O. Box 14167
Jackson, MS 39236

William D. Bayliss
Williams, Mullen, Christian & Dobbins
Two James Center
1021 East Cary Street
P.O. Box 1320
Richmond, VA 23210-1320

Jeffrey M. Bell
Ritter, Chusid, Bivona & Cohen, LLP
7000 West Palmetto Park Road
Suite 400
Boca Raton, FL 33433

Troy N. Bell
Aultman, Tyner, Ruffin & Yarborough
400 Poydras Street
Suite 1900
New Orleans, LA 70130

Michael A. Bergin
Locke Reynolds LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961

V. Brian Bevon
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Gary A. Bezet
Kean, Miller, Hawthorne, et al.
One American Place, 22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821-3513

Scott R. Bickford
Martzell & Bickford
338 Lafayette Street
New Orleans, LA 70130

J. McCaleb Bilbro
Barfield & Associates
400 Poydras Street, Suite 1460
New Orleans, LA 70130

Kevin P. Bilms
Law Offices of Peter Nicholl
430 Crawford Street, Suite 202
Portsmouth, VA 23704

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

R. Barrow Blackwell
Kaufman & Canoles
P.O. Box 3037
Norfolk, VA 23514

Paula H. Blazek
Germer, Bernsen & Gertz
550 Fannin Street, Suite 700
Beaumont, TX 77701

Stephanie C. Blythe
Huff Poole & Mahoney Pc
4705 Columbus St., Suite 100
Virginia Beach, VA 23462-1521

William F. Bologna
W. F. Bologna & Associates
1515 Poydras Street, Suite 2323
New Orleans, LA 70112

Nathaniel A. Bosio
Dogan, Wilkinson, Kinard, Smith & Edwards
P.O. Box 1618
734 Dalmas Ave.
Pascagoula, MS 39568-1618

Brian C. Bossier
Blue, Williams & Buckley
3421 N. Causeway Blvd., 9th Floor
Metairie, LA 70002

Sheila M. Bossier
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Timothy W. Bouch
Leath, Bouch & Crawford
P.O. Box 59
Charleston, SC 29402

Stefan G. Bourn
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Sent by: JetFax M920    Case MDL No. 875   Document 3915   Filed 06/16/03   Page 5 of 10   JetFax #298; Page 8/13

INVOLVED COUNSEL LIST (CTO-225) MDL-875 (Cont.)                                    PAGE 2 OF 7

John M. Brant
Rodey, Dickason, Sloan, Akin & Robb
P.O. Box 1888
Albuquerque, NM 87103-1888

Becky S. Brelsford
Robinson Woolson, PA
217 E. Redwood St., Suite 1500
Baltimore, MD 21202

Malcolm S. Brisker
Goodell, DeVries, Leech & Dann, LLP
One South Street
Alex Brown Building, 20th Floor
Balitmore, MD 21202

William L. Brockman
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
P.O. Box 55490
Metairie, LA 70055-5490

Daniel A. Brown
Brown & Gould, LLP
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814

Laura Sanders Brown
Forman, Perry, Watkins, Krutz & Tardy
One Jackson Place
P.O. Box 22608
188 East Capitol Street, Suite 400
Jackson, MS 39225-2608

Marcy L. Bryan
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Whitney C. Buchanan
Whitney Buchanan, P.C.
3200 Monte Vista Blvd., N.E.
Albuquerque, NM 87106

Rodd R. Buell
Law Office of Rodd R. Buell, P.A.
11883 Maidstone Drive
Wellington, FL 33414-7008

Alexander M. Bullock
Baise & Miller, PC
1020 19th Street, NW, Suite 400
Washington, DC 20036

William Glenn Burns
Hailey, McNamara, Hall, Larmann & Papale
One Galleria Boulevard, Suite 1400
P.O. Box 8288
Metairie, LA 70011-8288

Barry C. Campbell
Baker, Donelson, Bearman & Caldwell
4268 I-55 North
Meadow Office Park
Jackson, MS 39211

Jason Lloyd Cansler
Tonahill Hile Melton Melton & Elmore
485 Orleans
P.O. Box 3907
Beaumont, TX 77704

Dennis F. Cantrell
Bingham, McHale
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-2982

Brian T. Carr
Carr & Associates
4636 Sanford St., Suite 100
Metairie, LA 70006

Dabney J. Carr, IV
Troutman, Sanders, Mays & Valentine
1111 East Main Street
P.O. Box 1122
Richmond, VA 23208

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60607-5308

Daniel A. Casey
Kirkpatrick & Lockhart, LLP
201 S. Biscayne Boulevard, Suite 2000
Miami, FL 33131-2399

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Bruce P. Clark
Bruce P. Clark & Associates
Harrison Ridge Square
419 Ridge Road
Munster, IN 46321-1581

Ian P. Cloud
Robins, Cloud, Greenwood & Lubel
910 Travis, Suite 2020
Houston, TX 77002

Susan Coco
Montague, Pittman & Varnado
P.O. Box 1975
Hattiesburg, MS 39403-1975

Susan J. Cole
Bice Cole Law Firm
2801 Ponce De Leon Blvd., Suite 550
Coral Gables, FL 33134-6920

Keith E. Coltrain
Elmore & Walls, PA
P.O. Box 10937
Raleigh, NC 27605

John F. Conley
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

Brent W. Coon
Brent W. Coon & Associates
3550 Fannin
Beaumont, TX 77701

Kaye N. Courington
Duncan, Courington & Rydberg
400 Poydras Street, Suite 1200
New Orleans, LA 70130

Stephen M. Cozart
Cozart & Cusick, Pllc
P.O. Box 4008
Gulfport, MS 39502-4008

Marcy B. Croft
Forman Perry Watkins Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Edward J. Currie, Jr.
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box 750
Jackson, MS 39205-0750

Diane Virginia D'Aiutolo
Tydings & Rosenberg
100 East Pratt Street, 26th Floor
Baltimore, MD 21202

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

INVOLVED COUNSEL LIST (CTO-225) MDL-875 (Cont.)    PAGE 3 OF 7

H. Lee Davis, Jr.
Davis & Hamrick, L.L.P.
P.O. Drawer 20039
Winston-Salem, NC 27120-0039

Lyn B. Dodson
Copeland, Cook, Taylor & Bush
P. O. Box 6020
Ridgeland, MS 39158-6020

Walter W. Dukes
Dukes, Dukes, Keating & Faneca
P.O. Drawer W
Gulfport, MS 39502-0680

S. L. Dumville
Norris & St. Clair, PC
2840 S. Lynnhaven Road
Virginia Beach, VA 23452-6715

Kristi A. Duncan
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box 750
Jackson, MS 39205-0750

Gardner M. Duvall
Whiteford, Taylor & Preston
7 Saint Paul Street, Suite 1400
Baltimore, MD 21202-1626

Andrea L. Edney
Brunini, Grantham, Grower & Hewes
248 East Capitol Street
P.O. Box 119
Jackson, MS 39205-0119

Thomas S. Ehrhardt
Kopka Dolin & Pinkus
5240 Fountain Drive, Suite E
Crown Point, IN 46307-1000

James J. Fabian
Pfeifer & Fabian
326 Saint Paul Place, Suite 100
Baltimore, MD 21202

Tim L. Fields
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

John P. Fishwick
Lichtenstein, Fishwick & Johnson
101 S. Jefferson Street, Suite 400
Roanoke, VA 24011

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building, Suite 1000
Independence Mall East
Philadelphia, PA 19106

Lois A. Frankforter
Law Offices of Michael Brodinsky
2750 Dixwell Avenue
P.O. Box 187289
Hamden, CT 06518

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Robert C. Galloway
Butler, Snow, O'Mara, Stevens & Cannada
1300 25th Avenue, Suite 204
P.O. Drawer 4248
Gulfport, MS 39502-4248

William P. Gavin
Gavin Law Firm
17 Park Place
Professional Centre
Belleville, IL 62226

Richard S. Glasser
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

Michael D. Goggans
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

William N. Graham
Aultman, Tyner, Ruffin & Yarborough
P.O. Drawer 750
Hattiesburg, MS 39403-0750

Marc C. Greco
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

Alfred L. Green, Jr.
Butt, Thornton & Baehr
P.O. Box 3170
Albuquerque, NM 87190

Robert V. Greenlee
Bryant, Clark, Dukes, Blakeslee, Ramsay & Hammond
P.o. Box 16567
Hattiesburg, MS 39404-6567

Lucien C. Gwin, Jr.
Gwin, Lewis & Punches
P.O. Box 1344
Natchez, MS 39121-1344

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Kip A. Harbison
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

Avram C. Herman
Herman & Herman
111 Veterans Memorial Blvd., Suite 1506
Metairie, LA 70005

J. Nicole Heyman
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

Peter L. Hilbert, Jr.
Sher Garner Cahill Richter Klein, etc.
909 Poydras Street, Suite 2800
New Orleans, LA 70112-1033

Frank L. Hill
Thompson & Knight, P.C.
San Jacinto Center Town Lake
98 San Jacinto, Suite 1200
Austin, TX 78701-4081

Michael E. Hissey
Hissey Kientz & Herron
16800 Imperial Valley Drive, Suite 130
Houston, TX 77060

June G. Hoffman
Fowler, White, Burnett, Hurley, Banick
100 SE 2nd Street
Bank of America Tower, 17th Floor
Miami, FL 33131-1101

Timothy J. Hogan
Bierne, Maynard & Parsons
1300 Post Oak Boulevard, 25th Floor
Houston, TX 77056-3000

James F. Holmes
Christovich & Kearney, L.L.P.
Pan American Life Center, Suite 2300
601 Poydras Street
New Orleans, LA 70130-6078

Edward F. Houff
Church, Loker, Radcliffe & Silver, P.A.
2 North Charles Street, Suite 600
B&O Building
Baltimore, MD 21201

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
1300 AmSouth Center
Jackson, MS 39215-1970

Glen A. Huff
Huff, Poole & Mahoney
4705 Columbus Street
The Huff, Poole & Mahoney Building
Suite 100
Virginia Beach, VA 23462

Laurie J. Hutchings
Jude & Associates, Pllc
P. O. Box 17468
Hattiesburg, MS 39404-7468

John B. Isbister
Tydings & Rosenberg
100 East Pratt Street, 26th Floor
Baltimore, MD 21202

Terrence M. Johnson
455 E. Illinois Street, Suite 361
Chicago, IL 60611

Thomas Griffin Johnson, Jr.
Willcox & Savage, P.C.
1800 Bank of America Center
Norfolk, VA 23510

Virginia E. Johnson
Foley & Mansfield
4770 Biscayne Blvd., #1030
Miami, FL 33137-3258

Jennifer J. Kalas
Hinshaw & Culbertson
222 Indianapolis Blvd., Suite 202
Schererville, IN 46375

Jason L. Kennedy
Segal, McCambridge, et al.
One IBM Plaza
330 North Wabash Avenue, Suite 200
Chicago, IL 60611

Matthew Kennedy
1505 N.E. 4th Avenue
Boca Raton, FL 33432

Suzanne Keys
Byrd & Associates
P.O. Box 19
Jackson, MS 39205-0019

Douglas B. King
Wooden & McLaughlin
1600 Capital Center South
201 North Illinois Street
Indianapolis, IN 46204

Kevin R. Knight
Ice, Miller, Donadio & Ryan
One American Square
Box 82001
Indianapolis, IN 46282-0002

Susan B. Kohn
Simon, Peragine, Smith & Redfearn
Energy Centre, 30th Floor
1100 Poydras Street
New Orleans, LA 70163-3000

Andrew E. Kolb
MacCabe & McGuire
77 West Wacker Drive
Suite 3333
Chicago, IL 60601-1634

Reginald S. Kramer
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

Michael J. Lake
Gessler, Hughes & Socol, Ltd.
70 West Madison
Three First National Plaza, Suite 2200
Chicago, IL 60602

Carter T. Lambeth
Johnson & Lambeth
P.O. Box 660
Wilmington, NC 28402

Daphne M. Lancaster
Aultman, Tyner, Ruffin & Yarborough
P.O. Box 750
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gary W. Larson
Hinkle, Cox, Eaton, Coffield & Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

H. Seward Lawlor
Glasser & Glasser, P.L.C.
580 East Main Street
600 Crown Center
Norfolk, VA 23510

Christopher D. Lee
Kahn, Dees, Donovan & Kahn
501 Main Financial Plaza, Suite 305
P.O. Box 3646
Evansville, IN 47712-3646

Gary Allen Lee
Kops, Lee, Futrell & Perles, LLP
201 St. Charles Avenue, Suite 2409
New Orleans, LA 70170

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
Commerce Place, 20th Floor
One South Street
Baltimore, MD 21202

Christopher K. Lightfoot
Hailey, McNamara, Hall, Larmann & Papale
One Galleria Boulevard, Suite 1400
P.O. Box 8288
Metairie, LA 70011-8288

David M. Lipman
David P. Lipman, P.A.
5901 S.W. 74th Street, Suite 304
Miami, FL 33143

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Edward J. Lopata
Tydings & Rosenberg
100 East Pratt Street, 26th Floor
Baltimore, MD 21202

Lindalea P. Ludwick
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Lynn M. Luker
Luker, Sibal & McMurtray, L.L.C.
616 Girod Street, Suite 200
New Orleans, LA 70130

Bruce B. Marr
McKenna Storer Rowe White & Farrug
33 N. Lasalle Street, Suite 1400
Chicago, IL 60602-2610

Michael Curtis Mattson
Cooney, Mattson, Lance, et al.
2312 Wilton Drive
P.O. Box 14546
Fort Lauderdale, FL 33302

Alexander J. May
Brassel & Baldwin
112 West Street
Annapolis, MD 21401

Sent by: JetFax M920                901:            06/13/03 15:47;    JetFax #298;Page 11/13
Case MDL No. 875   Document 3915   Filed 06/16/03   Page 8 of 10

INVOLVED COUNSEL LIST (CTO-225) MDL-875 (Cont.)

PAGE 5 OF 7

Silas W. McCharen
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

James Edward McDonald
Duane Morris LLP
200 South Biscayne Blvd., Suite 3400
Miami, FL 33131

Eugene M. McEachin, Jr.
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
P.O. Box 55490
Metairie, LA 70055-5490

Jeffrey L. McKean
Wooden & McLaughlin
1600 Capital Center South
201 N. Illinois
Indianapolis, IN 46204

John B. McLeod
Haynsworth, Sinkler & Boyd
75 Beattie Place, 11th Floor
Greenville, SC 29601

Donald S. Meringer
Mccarter & English, LLP
300 E. Lombard Street, Suite 1000
Baltimore, MD 21202

Anne L. Milem
Arent, Fox, Kintner, et al.
1050 Connecticut Ave NW
Washington, DC 20036-5339

Willard J. Moody, Jr.
Moody, Strople, et al.
500 Crawford Street
Commerce Bank Bldg., Suite 300
P.O. Box 1138
Portsmouth, VA 23705

Ronald L. Motley
Ness, Motley, Loadholt, et al.
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

John J. Nagle, III
Bodie, Nagle, Dolina, Smith & Hobbs
21 W. Susquehanna Avenue
Towson, MD 21204

Robert L. O'Donnell
Vandeventer, Black, Meredith & Martin
500 World Trade Center
Norfolk, VA 23510

Keith D. Obert
Obert Law Group
P.O. Box 2081
Madison, MS 39130-2081

Peter T. Paladino, Jr.
Goldberg Persky Jennings & White
Ketchum Center, 3rd Floor
1030 5th Avenue
Pittsburgh, PA 15219

George Plato Pappas
Sheehy, Serpe & Ware, P.C.
2500 Two Houston Center
909 Fannin Street
Houston, TX 77010-1003

E. Spencer Parris
Martin & Jones
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603

Monica F. Patterson
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

John S. Pehlivanian
Pehlivanian & Braaten, LLC
P.O. Box 648
Manasquan, NJ 08736

Ronald G. Peresich
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
759 Vieux Marche' Mall
Biloxi, MS 39533-0289

Andrew L. Plauche, Jr.
Plauche, Maselli, Landry & Parkerson
201 St. Charles Avenue, Suite 4240
New Orleans, LA 70170-4240

Michael S. Polk
Sieben, Polk, LaVerdiere, et al.
999 Westview Drive
Hastings, MN 55033

Matthew F. Powers
Samson & Powers, PLLC
P.O. Box 1417
Gulfport, MS 39502-1417

James B. Pressly, Jr.
Haynsworth, Sinkler & Boyd
75 Beattie Place, 11th Floor
P.O. Box 2048
Greenville, SC 29602

Lawrence G. Pugh, III
Montgomery, Barnett, Brown, Read, et al.
1100 Poydras Street
3200 Energy Centre
New Orleans, LA 70163-3200

Kelly McCarthy Rabalais
LeBlanc, Tusa & Butler, LLC
2121 Airline Drive, Suite 405
Metairie, LA 70001

Melissa J. Reeves
Sandenaw & Piazza, PC
2951 A Roadrunner Parkway
Las Cruces, NM 88011

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

William V. Riggenbach
Duane & Shannon, P.C.
10 East Franklin Street
Richmond, VA 23219

Ann K. Ritter
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Samuel M. Rosamond, III
Crawford Lewis, PLLC
400 Poydras Street, Suite 2100
New Orleans, LA 70130

Gerolyn Roussel
Roussel & Roussel
1710 Cannes Drive
Laplace, LA 70068

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Douglas G. Schnecbeck
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Sent by: JetFax M920                 901:          06/13/03 15:47;   JetFax #298;Page 12/13
Case MDL No. 875   Document 3915   Filed 06/16/03   Page 9 of 10

INVOLVED COUNSEL LIST (CTO-225) MDL-875 (Cont.)

PAGE 6 OF 7

Carl R. Schwertz
Duane & Shannon, P.C.
10 East Franklin Street
Richmond, VA 23219

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025

George H. Senteney
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60607

Eric Shuman
McGlinchey Stafford
643 Magazine Street
New Orleans, LA 70130-3477

Ann M. Sico
Bernard, Cassisa, Elliott & Davis
P.O. Box 55490
Metairie, LA 70055-5490

Robin Silver
Miles & Stockbridge, PC
10 Light Street
Baltimore, MD 21202

Benjamin R. Slater, III
Lemle & Kelleher, L.L.P.
601 Poydras Street, Suite 2100
New Orleans, LA 70130-6097

Mark R. Smith
Holcomb Dunbar, P.A.
P.O. Drawer 707
Oxford, MS 38655-0707

John A. Smyth, III
Maynard, Cooper & Gales, PC
1901 Sixth Avenue North
2400 Amsouth/Harbert Plaza
Birmingham, AL 35203

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Joseph Stalmack
Joseph Stalmack & Associates, P.C.
5253 Hohman Avenue
P.O. Box 1150
Hammond, IN 46320

Karl R. Steinberger
Colingo, Williams, Heidelberg,
Steinberger
P.O. Box 1407
Pascagoula, MS 39568-1407

A. Wendel Stout, III
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

David L. Strange
Porter & Malouf, P.A.
825 Ridgewood Rd.
Ridgeland, MS 39157

Patrick J. Stubbs
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Thomas W. Taylor
Andrews & Kurth
600 Travis, Suite 4200
Houston, TX 77002

Mark S. Thomas
Maupin, Taylor & Ellis
P.O. Drawer 19764
Raleigh, NC 27619-9764

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

David L. Trewolla
Dogan & Wilkinson
P.O. Box 23062
Jackson, MS 39225-3062

Thomas W. Tyner
Aultman, Tyner, Ruffin & Yarborough
315 Hemphill Street
P.O. Box 750
Hattiesburg, MS 39403-0750

Pilar Vaile
Provost Umphrey Youngdahl Sadin
9621 Fourth Street, N.W.
Albuquerque, NM 87114

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Allen D. Vaughan
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607-5308

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502-4108

Gerard E. Voyer
Taylor & Walker, P.C.
1300 First Virginia Tower
555 Main Street
P.O. Box 3490
Norfolk, VA 23514-3490

James L. Walker
Jackson & Walker
112 East Pecan Street, Suite 2100
San Antonio, TX 78205-1521

Archibald Wallace, III
WallacePledger, LLC
7100 Forest Avenue, Suite 302
Richmond, VA 23226

Henry N. Ware, Jr.
Spotts Fain Chappell & Anderson
411 East Franklin Street, Suite 600
P.O. Box 1555
Richmond, VA 23218-1555

Louis H. Watson, Jr.
Watson & Heidelberg
520 East Capitol Street
Jackson, MS 39201

Joe D. Wells
John Rover & Associates
2190 North Loop West, Suite 410
Houston, TX 77018-8008

Kenneth L. Weltz
Lathrop & Gage, L.C.
10851 Mastin Blvd.
Building 82, Suite 1000
Overland Park, KS 66210-1669

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Forrest R. Wilkes
Forman, Perry, Watkins, Krutz & Tardy
1515 Poydras St., Suite 1420
New Orleans, LA 70112

Lance B. Williams
Pulaski, Gieger & Laborde
434 N. Columbia Street, Suite 200
Covington, LA 70433

Sent by: JetFax M920                901;                06/13/03 15:47;    JetFax #298;Page 13/13
Case MDL No. 875   Document 3915   Filed 06/16/03   Page 10 of 10
INVOLVED COUNSEL LIST (CTO-225) MDL-875 (Cont.)

PAGE 7 OF 7

Roy C. Williams
Colingo, Williams, Heidelberg,
Steinberger & McElhaney
P.O. Box 1407
711 Delmas Avenue
Pascagoula, MS 39568-1407

Douglas P. Wilson
Wilson Law Offices
200 Firstar Bank Building
6405 North Cosby Avenue
Kansas City, MO 64151

Gordon P. Wilson
Lugenbuhl, Wheaton, et al.
601 Poydras Street, Suite 2775
New Orleans, LA 70130

Richard F. Yarborough, Jr.
Aultman, Tyner, Ruffin & Yarborough
P.O. Box 707
Columbia, MS 39429-0707

Matthew S. Lott
Doza & Wilkinson
734 Delmas Avenue
Pascagoula, MS 39565

Louis B. Lanoux
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

James L. Fletcher, Jr.
Montgomery, Barret, Brown, et al.
3200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3200

Joseph J. Stroble
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

William C. Reeves
Markew, Walker & Reeves
P.O. Box 13669
Jackson, MS 39236-3669

Steven B. Dick
Brown, Buchanan & Sessoms
P.O. Box 2220
Pascagoula, MS 39569-2220

Darren M. Guillot
Abbot, Simses & Kuchler
900 Lafayette Street
Suite 200
New Orleans, LA 70130

Allen N. Hopkins
Hopkins, Barvie & Hopkins
P.O. 1510
Gulfport, MS 39502-1510

Patrick C. Malouf
Porter & Malouf
P.O. Box 12768
Jackson, MS 39236