MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 30 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### CONDITIONAL TRANSFER ORDER (CTO-225)

### (SEE ATTACHED SCHEDULE)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 76,460 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

PLEADING NO. 3916

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN 1 7 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED JUN 17 '03

# SCHEDULE CTO-225 - TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DISTRICT | DIV. | CIVIL ACTION# | DISTRICT | DIV. | CIVIL ACTION# | DISTRICT | DIV. | CIVIL ACTION# |
|---|---|---|---|---|---|---|---|---|
| **CONNECTICUT** | | | MN | 0 | 03-2596 | **TEXAS WESTERN** | | |
| CT | 3 | 01-1613 | MN | 0 | 03-2597 | TXW | 1 | 03-182 |
| | | | MN | 0 | 03-2598 | | | |
| **DISTRICT OF COLUMBIA** | | | MN | 0 | 03-2599 | **VIRGINIA EASTERN** | | |
| DC | 1 | 03-674 | MN | 0 | 03-2600 | VAE | 2 | 01-5936 |
| | | | MN | 0 | 03-2601 | VAE | 2 | 01-6336 |
| **FLORIDA SOUTHERN** | | | MN | 0 | 03-2602 | VAE | 2 | 02-6857 |
| FLS | 1 | 03-20771 | MN | 0 | 03-2603 | VAE | 2 | 03-7169 |
| FLS | 1 | 03-20772 | MN | 0 | 03-2866 | VAE | 2 | 03-7170 |
| | | | MN | 0 | 03-2867 | VAE | 2 | 03-7171 |
| **ILLINOIS SOUTHERN** | | | MN | 0 | 03-2869 | VAE | 2 | 03-7172 |
| ILS | 3 | 03-83 | MN | 0 | 03-2871 | VAE | 2 | 03-7173 |
| | | | | | | VAE | 2 | 03-7174 |
| **INDIANA NORTHERN** | | | **MISSISSIPPI NORTHERN** | | | VAE | 2 | 03-7175 |
| INN | 2 | 02-407 | ~~MSN~~ | ~~4~~ | ~~03-116~~ **Opposed** | VAE | 2 | 03-7176 |
| INN | 2 | 02-413 | **6/16/03** | | | VAE | 2 | 03-7177 |
| INN | 2 | 02-414 | | | | VAE | 2 | 03-7178 |
| INN | 2 | 02-415 | **MISSISSIPPI SOUTHERN** | | | VAE | 2 | 03-7179 |
| | | | MSS | 1 | 03-133 | VAE | 2 | 03-7180 |
| **KANSAS** | | | MSS | 1 | 03-177 | VAE | 2 | 03-7181 |
| KS | 2 | 03-2107 | MSS | 1 | 03-181 | VAE | 2 | 03-7182 |
| KS | 2 | 03-2111 | | | | VAE | 2 | 03-7183 |
| | | | **NORTH CAROLINA EASTERN** | | | VAE | 2 | 03-7184 |
| **LOUISIANA EASTERN** | | | NCE | 2 | 03-16 | VAE | 2 | 03-7185 |
| ~~LAE~~ | ~~2~~ | ~~03-1010~~ **Opposed** | NCE | 4 | 03-23 | VAE | 2 | 03-7186 |
| **6/9/09** | | | NCE | 5 | 03-188 | VAE | 2 | 03-7187 |
| ~~LAE~~ | ~~2~~ | ~~03-1036~~ **Vacated** | | | | VAE | 2 | 03-7188 |
| **6/11/03** | | | **NEW MEXICO** | | | VAE | 2 | 03-7189 |
| | | | NM | 1 | 03-354 | VAE | 2 | 03-7190 |
| **LOUISIANA MIDDLE** | | | NM | 1 | 03-428 | VAE | 2 | 03-7191 |
| LAM | 3 | 03-255 | NM | 1 | 03-429 | VAE | 2 | 03-7192 |
| | | | NM | 1 | 03-442 | VAE | 2 | 03-7193 |
| **MARYLAND** | | | | | | VAE | 2 | 03-7194 |
| MD | 1 | 03-803 | **SOUTH CAROLINA** | | | VAE | 2 | 03-7195 |
| MD | 1 | 03-877 | ~~SC~~ | ~~2~~ | ~~03-1284~~ **Opposed** | VAE | 2 | 03-7196 |
| MD | 1 | 03-964 | **6/13/03** | | | VAE | 2 | 03-7197 |
| | | | SC | 2 | 03-1285 | VAE | 2 | 03-7198 |
| **MINNESOTA** | | | SC | 2 | 03-1286 | VAE | 2 | 03-7199 |
| MN | 0 | 03-2565 | SC | 2 | 03-1287 | VAE | 2 | 03-7200 |
| MN | 0 | 03-2571 | ~~SC~~ | ~~2~~ | ~~03-1288~~ **Opposed** | VAE | 2 | 03-7201 |
| MN | 0 | 03-2574 | **6/13/03** | | | VAE | 2 | 03-7202 |
| MN | 0 | 03-2575 | SC | 2 | 03-1360 | VAE | 2 | 03-7203 |
| MN | 0 | 03-2576 | SC | 2 | 03-1361 | VAE | 2 | 03-7204 |
| MN | 0 | 03-2580 | SC | 2 | 03-1448 | VAE | 2 | 03-7205 |
| MN | 0 | 03-2582 | | | | VAE | 2 | 03-7206 |
| MN | 0 | 03-2584 | **TEXAS EASTERN** | | | VAE | 2 | 03-7207 |
| MN | 0 | 03-2586 | TXE | 1 | 01-546 | VAE | 2 | 03-7208 |
| MN | 0 | 03-2588 | TXE | 1 | 03-216 | VAE | 2 | 03-7209 |
| MN | 0 | 03-2589 | | | | VAE | 2 | 03-7210 |
| MN | 0 | 03-2590 | **TEXAS NORTHERN** | | | VAE | 2 | 03-7211 |
| MN | 0 | 03-2591 | TXN | 4 | 03-216 | VAE | 2 | 03-7212 |
| MN | 0 | 03-2592 | | | | VAE | 2 | 03-7213 |
| MN | 0 | 03-2593 | **TEXAS SOUTHERN** | | | VAE | 2 | 03-7214 |
| MN | 0 | 03-2594 | TXS | 4 | 02-4800 | VAE | 2 | 03-7215 |
| MN | 0 | 03-2595 | TXS | 4 | 03-887 | VAE | 2 | 03-7216 |

SCHEDULE FOR CTO-225 - TAG-ALONG CASES MDL 875 (Cont.) PAGE 2 OF 2

Case MDL No. 875   Document 3916   Filed 06/17/03   Page 3 of 3

**DISTRICT  DIV. CIVIL ACTION#**

| | | |
|---|---|---|
| VAE | 2 | 03-7217 |
| VAE | 2 | 03-7221 |
| VAE | 2 | 03-7222 |
| VAE | 2 | 03-7223 |
| VAE | 2 | 03-7224 |
| VAE | 2 | 03-7225 |
| VAE | 2 | 03-7226 |
| VAE | 2 | 03-7227 |
| VAE | 2 | 03-7228 |
| VAE | 2 | 03-7229 |
| VAE | 2 | 03-7230 |
| VAE | 2 | 03-7231 |
| VAE | 2 | 03-7232 |
| VAE | 2 | 03-7233 |
| VAE | 2 | 03-7234 |
| VAE | 2 | 03-7235 |
| VAE | 2 | 03-7236 |
| VAE | 2 | 03-7237 |
| VAE | 2 | 03-7238 |
| VAE | 2 | 03-7239 |
| VAE | 2 | 03-7240 |
| VAE | 2 | 03-7241 |
| VAE | 2 | 03-7242 |
| VAE | 2 | 03-7243 |
| VAE | 2 | 03-7244 |
| VAE | 2 | 03-7245 |
| VAE | 2 | 03-7246 |
| VAE | 2 | 03-7247 |
| VAE | 2 | 03-7248 |
| VAE | 2 | 03-7249 |
| VAE | 2 | 03-7250 |
| VAE | 2 | 03-7251 |
| VAE | 2 | 03-7252 |
| VAE | 2 | 03-7253 |
| VAE | 2 | 03-7254 |
| VAE | 2 | 03-7255 |
| VAE | 2 | 03-7256 |
| VAE | 2 | 03-7257 |
| VAE | 2 | 03-7258 |
| VAE | 2 | 03-7259 |
| VAE | 2 | 03-7260 |
| VAE | 2 | 03-7261 |
| VAE | 2 | 03-7262 |
| VAE | 2 | 03-7263 |
| VAE | 2 | 03-7264 |

**WISCONSIN WESTERN**

| | | |
|---|---|---|
| WIW | 3 | 03-149 |