**MDL 875**

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

```
IN RE:  ASBESTOS PRODUCTS        *
LIABILITY LITIGATION (NO.VI)     *
                                 *
─────────────────────────────   *
                                 *
This Document Relates To:        *
                                 *
UNITED STATES DISTRICT COURT     *
MIDDLE DISTRICT OF LOUISIANA     *
HONORABLE JAMES BRADY            *    CIVIL ACTION NO.
                                 *       MDL 875
BARBARA AND MICHAEL CATANIA      *
                  Plaintiffs     *
VS.                              *
                                 *
ACANDS, INC., ET AL,             *
                  Defendants     *
                                 *
C.A. No. 3:02-368                *
                                 *
```

PLEADING NO. 891

**PLAINTIFFS' OPPOSITION
TO DEFENDANTS' MOTION TO VACATE CONDITIONAL REMAND ORDER**

MAY IT PLEASE THE COURT:

Barbara Catania is dying from mesothelioma, an incurable tumor of the lining of the lung caused by asbestos exposure. After this matter was transferred to the MDL, Honorable Charles R. Weiner held settlement conferences.[1] On April 7, 2003, Honorable Charles R. Weiner suggested that the instant case should be remanded to the United States District Court for the Middle District of Louisiana.[2] On April 30, 2003, the MDL panel issued a conditional remand

---

[1] Contrary to the assertion of defendants, plaintiffs have offered to settle with all defendants and have responded to all counter offers even though some of the counter offers were minuscule. Certain of the defendants, however, refused to participate in settlement negotiations and have represented that they cannot settle until the certainty of a trial date is upon them.

[2] Plaintiffs filed a Motion to Remand, which was forwarded to all parties and the court on October 22, 2002. Exhibit "1"–FAX receipt confirming that counsel for both Dow and Exxon received this motion. Additionally, plaintiffs filed a Motion to Transfer/Remand for Lack of

-1-

**IMAGED** JUN 2 0 '03 **OFFICIAL FILE COPY**

order. It is respectfully submitted that Judge Weiner's suggestion of remand and the remand order were appropriate, and the conditional status of the remand order should be removed.

The defendants have manipulated the instant case with one objective in mind--to deny Barbara Catania her day in court while she is alive. The procedural history of this matter speaks volumes in this regard. As stated above, Barbara Catania is dying from mesothelioma, an incurable tumor of the lining of the lung caused by asbestos exposure.[3] She and her husband, Michael, filed suit on October 31, 2001, in Civil District Court for the Parish of Orleans, State of Louisiana. Pursuant to La. Code of Civ. Pro. art. 1551, a pretrial and scheduling conference was held on January 8, 2002. The case was set for trial on June 10, 2002, pursuant to La. Code of Civ. Pro. art. 1573.

On February 13, 2002, defendant, ExxonMobil Corporation, under the signature of Gregory M. Anding[4], filed a Motion to Transfer Venue based on *forum non conveniens*, and the case was transferred to 19th Judicial District Court for the Parish of East Baton Rouge on March 4, 2001. Thereafter, on an untimely filed Third-Party Demand against DSM Copolymer, Inc., (hereinafter "DSM"), who is represented by the same attorneys who represent ExxonMobile Corporation, the case was removed by DSM to this federal court.

After removal to federal court, the court for the Middle District of Louisiana scheduled trial on March 10, 2003. After the scheduling of the trial date, however, the case was transferred to Multidistrict Litigation, MDL 875, United States District Court for the Eastern District of

---

Federal Subject Matter Jurisdiction, which was forwarded to all parties and the court on March 18, 2003. Exhibit "2"–FAX receipt confirming that counsel for both Dow and Exxon received this motion.

[3]Barbara Catania has been the secretary to the LSU system President for approximately 20 years. She was only forty-nine (49) years old when she was diagnosed with mesothelioma. She has never worked on or at the facility of DSM, the third-party defendant who removed this case to federal court.

[4]Other defendants joined in the Motion to Transfer Venue, but as can be seen from the signature block, Gregory M. Anding signed on behalf of the other defendants.

Pennsylvania.  Now that Honorable Weiner has suggested remand and the JPML has conditionally ordered the remand, it is respectfully submitted that the conditional status should be withdrawn, and this matter should be remanded to the U.S.D.C. for the Middle District of Louisiana.

This case is ripe for remand.  The Panel transferred these asbestos cases reserving for the transferee court the right to conduct a substantive review of contentions of transfer exceptions. In re Asbestos Products Liability Litigation (No. IV), Opinion and Order J.P.M.L. 12 (1991). The plaintiffs, Barbara and Michael Catania, seek to remand this civil proceeding to the United States District Court from which it was removed in order to fulfill the Panel's goal of a more "streamlined" approach to this litigation.  Id. at 5.

Since the issuance of the conditional remand order, the court for the Middle District of Louisiana has issued another scheduling order, and trial is scheduled in the U.S. Middle District of Louisiana for September 15, 2003.  Transfer of this case involving a living mesothelioma plaintiff back to the U.S. Middle District will serve the interest of justice.

Based on the status of this case and pursuant to 28 U.S.C. §1407 (West, 1976), which permits the Panel to remand this case, as well as the pertinent multi-district litigation rules, plaintiffs submit that this matter is appropriate for remand.  To rule otherwise would not promote the goal of the MDL to conduct litigation proceedings in a just and efficient manner.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 19 2003

FILED
CLERK'S OFFICE

**WHEREFORE**, plaintiffs, Barbara and Michael Catania, pray that this court remand this case to the state court from which it was removed.

Respectfully submitted,

**ROUSSEL & ROUSSEL**

GEROLYN P. ROUSSEL - 1134
PERRY J. ROUSSEL, JR. - 20351
1710 Cannes Drive
LaPlace, LA  70068
Telephone:  (985) 651-6591
Facsimile:  (985) 651-6592
ATTORNEYS FOR PLAINTIFFS,
BARBARA AND MICHAEL CATANIA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties by FAX and by mailing same to each, properly addressed and postage prepaid, on this 13TH day of June, 2003.

GEROLYN P. ROUSSEL

RECEIVED
CLERK'S OFFICE
2003 JUN 17  A 10: 33
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BARBARA CATANIA, et al.**<br>Plaintiffs | * CIVIL ACTION<br>*<br>* |
| versus | * NO. 02-368<br>*<br>* |
| **ACANDS, INC., et al**<br>Defendants | * SEC. "D"    MAG. "1"<br>* |

\* \*\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>COUNSEL LIST</u>

**PLAINTIFFS:**
Gerolyn P Roussel #1134
Roussel & Roussel
1710 Cannes Drive
LaPlace, LA 70068
Telephone: (985) 651-6591
FAX: (985) 651-6592

RECEIVED
CLERK'S OFFICE
2003 JUN 19  A 11: 03
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**DEFENDANTS:**

**ANCO INSULATIONS, INC. (SUCCESSOR TO THE ABER COMPANY, INC.)**
Janet MacDonell
Margaret Joffe
Joseph McReynolds
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130-3672
Phone: (504)581-5141
Asbestos FAX (504)593-0724
FAX: (504)566-1201

1

**OLD COUNSEL BUT MOTION TO SUBSTITUTE NOT FILED AS OF 5/26/03**
**ANCO INSULATIONS, INC. (SUCCESSOR TO THE ABER COMPANY, INC.)**
Julie DiFulco Robles #14213
Hailey, McNamara, Hall, Larmann
    & Papale, L.L P
One Galleria Blvd , Suite 1400
P.O  Box 8288
Metairie LA 70001-8288
Phone. (504) 836-6500
Fax  (504) 836-6565


**BABCOCK BORSIG POWER, INC.**
**(FORMERLY DB RILEY, INC.**
**FORMERLY RILEY STOKER CORPORATION)**
James F. d'Entremont #25635
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130-3672
Phone.  (504)581-5141
Asbestos FAX.  (504)593-0724
FAX   (504)566-1201

**COMBUSTION ENGINEERING, INC.**
Larry G. Canada #17894
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street
One Shell Square
Suite 4040
New Orleans LA 70139
Phone:  (504) 525-6802
Fax  (504) 525-2456

2

**THE DOW CHEMICAL COMPANY**
David M. Bienvenu, Jr #20700
Taylor, Porter, Brooks & Phillips, L.L.P.
P.O. Box 2471
Baton Rouge, LA 70821
Physical location
451 Florida Street
8th Floor Bank One Centre
Baton Rouge LA 70801
Phone: (225) 387-3221
Fax: (225) 346-8049

**EAGLE, INC.**
Tonya S. Johnson #26512
Larry Pugh
Montgomery, Barnett, Brown,
  Read, Hammond & Mintz
3200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3200
Phone: (504) 585-3200
FAX: (504) 585-7688

**EXXON MOBIL CORPORATION (FORMERLY EXXON CORPORATION, FORMERLY HUMBLE OIL & REFINING COMPANY, FORMERLY ESSO STANDARD OIL COMPANY, FORMERLY STANDARD OIL COMPANY OF NEW JERSEY) AND THIRD PARTY DEFENDANT, DSM COPOLYMER, INC.**
Gregory M. Anding #23622
Gary A. Bezet #3036
Kean, Miller, Hawthorne, D'armond, Mccowan & Jarman, L L P
One American Place, 22nd Floor (70825)
P.O. Box 3513
Baton Rouge, LA 70821-3513
Phone. (225) 387-0999
Fax. (225) 388-9133

3

**THE FLINTKOTE COMPANY**
Michael Abraham #22915
Valerie Schexnayder
Hailey, McNamara, Hall, Larmann,
   & Papale, L L P.
One Galleria Blvd , Suite 1400
P.O. Box 8288
Metairie LA 70011-8288
Phone (504) 836-6500
Fax (504) 836-6565

**FOSTER-WHEELER CORPORATION**
Lynn M Luker #8935
Lynn Luker & Associates, L.L C.
616 Girod Street
Suite 200
New Orleans LA 70130
Phone: (504) 525-5500
Fax. (504) 525-5599

**GARLOCK, INC.**
Troy N. Bell #20099
Aultman, Tyner, Ruffin & Yarborough, Ltd.
400 Poydras Street
Suite 2250
New Orleans LA 70130
Phone (504) 528-9616
Fax. (504) 528-9640

**GENERAL ELECTRIC COMPANY:**
Cory R. Cahn #22984
Lemle & Kelleher, L.L.P.
Pan-American Life Center, 21st Floor
601 Poydras Street
New Orleans, LA 70130
Phone: (504) 586-1241
Fax: (504) 584-9142

**THE MCCARTY CORPORATION**
Susan B. Kohn #14501
Simon, Peragine, Smith & Redfearn, L.L.P
30th Floor Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3000
Phone. 569-2030
FAX: 569-2999

**OWENS-ILLINOIS, INC. & UNIROYAL, INC.:**
Forrest Ren Wilkes #22897
W. Scott Brown
Forman, Perry, Watkins, Krutz & Tardy, PLLC
1515 Poydras Street
Suite 1420
New Orleans, LA 70112
Phone: 504-799-4383
Fax: 504-799-4384

**REILLY-BENTON COMPANY, INC.**
Robert A. Knight #19948
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
P O. Box 55490
Metairie LA 70055-5490
Phone: (504) 834-2612
Fax  (504) 838-9438

**RHONE-POULENC AG COMPANY** (aka Benjamin Foster/AmChem)
A. Wendel Stout, III #12511
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130-3672
Phone. (504)581-5141
Asbestos FAX  (504)593-0724
FAX. (504)566-1201

5

**TAYLOR-SEIDENBACH, INC.**
Claude A. Greco #18920
Hailey, Mcnamara, Hall,
  Larmann & Papale, LLP
Suite 1400, One Galleria Blvd
Post Office Box 8288
Metairie, LA  70001-8288
Phone  (504) 836-6500
Fax: (504) 836-6565


**VIACOM, INC.** (FORMERLY CBS CORPORATION, FORMERLY WESTINGHOUSE
ELECTRIC CORPORATION)
William L. Schuette, Jr. (2098)
Jones, Walker, Waechter, Poitevent,
   Carre're & Dene'gre, L.L.P
5th Floor, Four United Plaza
8555 United Plaza Blvd
Baton Rouge, LA 70809-7000
Phone. (225) 248-2082
FAX (main #)225-248-3051  (or 225-248-3031)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 9 2003

FILED
CLERK'S OFFICE

**WHEREFORE**, plaintiffs, Barbara and Michael Catania, pray that this court remand this

case to the state court from which it was removed

Respectfully submitted,

**ROUSSEL & ROUSSEL**

GEROLYN P ROUSSEL - 1134
PERRY J. ROUSSEL, JR - 20351
1710 Cannes Drive
LaPlace, LA 70068
Telephone (985) 651-6591
Facsimile (985) 651-6591
ATTORNEYS FOR PLAINTIFFS,
BARBARA AND MICHAEL CATANIA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all

additional parties by FAX or by mailing same to each, properly addressed and postage prepaid, on

this 19TH day of June, 2003.

GEROLYN P ROUSSEL

-1-

# PANEL SERVICE LIST
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Barbara Catania, et al. v. ACandS, Inc., et al.*, M.D. Louisiana, C.A. No. 3-02-368

Kay B. Baxter
Duncan, Courington & Rydberg
322 Lafayette Street
New Orleans, LA 70130

Troy N. Bell ✓
Aultman, Tyner, Ruffin & Yarborough
400 Poydras Street
Suite 1900
New Orleans, LA 70130

David M. Bienvenu, Jr. ✓
P.O. Box 2471
Baton Rouge, LA 70821

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Jules K. Boudreaux (OUR OFFICE)
Roussel & Roussel
1710 Cannes Drive
LePlace, LA 70068

W. Scott Brown ✓
Forman, Perry, Watkins, Krutz &
Tardy
1515 Poydras Street
Suite 1420
New Orleans, LA 70112

Cory R. Cahn ✓
Lemle & Kelleher, L.L.P.
601 Poydras Street
Suite 2100
New Orleans, LA 70130

Larry G. Canada ✓
Galloway, Johnson, Tompkins, Burr &
Smith
One Shell Square
701 Poydras Street, Suite 4040
New Orleans, LA 70139

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

James Francis D'Entremont ✓
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Stephen N. Elliott
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
P.O. Box 55490
Metairie, LA 70055

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Margaret M. Joffe ✓
Adams & Reese
4500 One Shell Square
New Orleans, LA 70139

Susan B. Kohn ✓
Simon, Peragine, Smith & Redfearn
Energy Centre, 30th Floor
1100 Poydras Street
New Orleans, LA 70163-3000

Reginald S. Kramer
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219

Christopher K. Lightfoot
Hailey, McNamara, Hall, Larmann &
Papale
One Galleria Boulevard
Suite 1400
P.O. Box 8288
Metairie, LA 70011

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

James L. MacDonell ✓
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

Patrick D. McMurtray ...
Luker, Sibal & McMurtray, L.L.C.
616 Girod Street
Suite 200
New Orleans, LA 70130

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

Dwight C. Paulsen. III
Lemle & Kelleher. L.L.P
601 Poydras Street
Suite 2100
New Orleans, LA 70130

Lawrence G. Pugh, III
Montgomery, Barnett, Brown, et al.
1100 Poydras Street
3200 Energy Centre
New Orleans, LA 70163-3200

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Julie Robles
Hailey, McNamara, Hall, Larmann &
Papale
One Galleria Boulevard, Suite 1400
P.O. Box 8288
Metairie, LA 70001

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Valerie T. Schexnayder
Hailey, McNamara, Hall, Larmann &
Papale
One Galleria Boulevard
Suite 1400
P.O. Box 8288
Metairie, LA 70001

William L. Schuette
Jones, Walker, Waechter, et al.
Four United Plaza, Fifth Floor
8555 United Plaza Boulevard
Baton Rouge, LA 70809-7000

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Time      : Oct-22-02  10:42pm
Tel line 1 : 504-651-6592
Name      : ROUSSEL & ROUSSEL

**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**JUN 1 9 2003**

FILED
CLERK'S OFFICE

Job number        :   781

Date              :   Oct-22 07:21pm

Document Pages    :   20

Start time        :   Oct-22 07:36pm

End time          :   Oct-22 10:42pm

Successful

    Fax number

    ☎5045681560-01019
    ☎16019689425-01019
    ☎5045255599
    ☎5045252456
    ☎5045857688
    ☎5045692999
    ☎5048389438
    ☎5045661201
    ☎5048366565
    ☎16019603241-01019
    ☎5047994384
    ☎12252483051-01019        ⇒ Dow – Bienvenue
    ☎12253468049-01019
    ☎12253889133-01019        ⇒ Exxon – Bager

Unsuccessful

    Fax number                                          Pages sent

    ☎5045289640                                            00
    ☎5045281080                                            00



ROUSSEL & ROUSSEL
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW
LOCATED ON BELLE TERRE BOULEVARD
1710 CANNES DRIVE
LAPLACE, LOUISIANA 70068



October 22, 2002

Clerk of the Court
U.S. District Court
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street
Room 2609
Philadelphia, PA 19106-1797

    Re:  Barbara Catania, et al v. ACandS, Inc., et al
         U.S. MDL 875 (U.S.M.D. Louisiana, C.A.No. 3:02-368)

Dear Sir/Madam:

    Enclosed please find the original and copies of the following:

    1.   Notice of Hearing of Plaintiffs' Motion to Remand by Telephone Conference Call;

    2.   Order to Remand;

    3.   Motion to Remand;

    4.   Statement of Position and Memorandum in Support of Plaintiffs' Motion to Remand; and

    5.   Plaintiffs' Request for Expedited Consideration/Ruling on Plaintiffs' Motion to Remand.

    Please file same and then forward to Judge Charles R. Weiner for signing.  Return a signed, stamped dated copy to me in the addressed stamped envelope which is enclosed.

    Thank you in advance for your cooperation and assistance in this matter.

Sincerely,

Carolyn P. Roussel

GPR/sam
Enclosure

cc:  Honorable Charles R. Weiner
    All Counsel of Record

ROUSSEL & ROUSSEL
A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW
LOCATED ON BELLE TERRE BOULEVARD
1710 CANNES DRIVE
LAPLACE, LOUISIANA 70068

NOTARY PUBLIC
PROFESSIONAL ENGINEERING

FAX (985) 651-6592
TELEPHONE (985) 651-6591



LOUISIANA          MISSISSIPPI

October 22, 2002

Clerk of the Court
U.S. District Court
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street
Room 2609
Philadelphia, PA 19106-1797

  Re: Barbara Catania, et al v. ACandS, Inc., et al
    U.S. MDL 875 (U.S.M.D. Louisiana, C.A.No. 3:02-368)

Dear Sir/Madam:

  Enclosed please find the original and copies of the following:

  1. Notice of Hearing of Plaintiffs' Motion to Remand by Telephone Conference Call;

  2. Order to Remand;

  3. Motion to Remand;

  4. Statement of Position and Memorandum in Support of Plaintiffs' Motion to Remand; and

  5. Plaintiffs' Request for Expedited Consideration/Ruling on Plaintiffs' Motion to Remand.

  Please file same and then forward to Judge Charles R. Weiner for signing. Return a signed, stamped dated copy to me in the addressed stamped envelope which is enclosed.

  Thank you in advance for your cooperation and assistance in this matter.

        Sincerely,

        Gerolyn P. Roussel

GPR/sam
Enclosure

cc: Honorable Charles R. Weiner
   All Counsel of Record

# Group Send Report

```
Time      : Mar-18-03  12:21pm
Tel line 1 : 504-851-6593
Name      : ROUSSEL & ROUSSEL
```

| | | |
|---|---|---|
| Job number | : | 823 |
| Date | : | Mar-18 10:29am |
| Document Pages | : | 29 |
| Start time | : | Mar-18 10:29am |
| End time | : | Mar-18 12:21pm |

Successful

Fax number

☎5045681560-01019
☎16019689425-01019
☎5045255599
☎5045252456
☎5045857688
☎5045289640
☎5045692999
☎5048389438
☎5045661201
☎5048366565
☎16019603241-01019
☎5047994384
☎5045849142
☎12252483051-01019
☎12253468049-01019  Dow - Bienvenu
☎12253889133-01019  Exon - Beret

Unsuccessful                                                        Pages sent



JOB number    : 823            *** SEND SUCCESSFUL ***

ROUSSEL & ROUSSEL
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW
LOCATED ON BELLE TERRE BOULEVARD
1710 CANNES DRIVE
LAPLACE, LOUISIANA 70068



March 18, 2003

BY FEDEX

Honorable Charles R. Weiner
United States District Court
Eastern District of Pennsylvania
601 Market Street
Room 6613
Philadelphia, PA 19106-1770

          Re:  Barbara Catania, et al v. ACandS, Inc., et al
               U.S. MDL 875 (U.S.M.D. Louisiana, C.A.No. 3:02-368)

Dear Judge Weiner:

     Plaintiffs have filed a Motion to Transfer/Remand For Lack of
Federal Subject Matter Jurisdiction in the above-referenced case.
Please assign the motion for hearing at Your Honor's earliest
convenience. Mr. Bruce Lasmann informed me that a hearing date can
be discussed at the settlement conference set for March 20, 2003.

     If you have any concerns, please give me call.

                         Sincerely,

                         Perry J. Roussel, Jr., P.E.

PJR/mkm

cc:  All Counsel of Record
     (by fax and mail)

ROUSSEL & ROUSSEL
A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW
LOCATED ON BELLE TERRE BOULEVARD
1710 CANNES DRIVE
LAPLACE, LOUISIANA 70068

NOTARY PUBLIC
PROFESSIONAL ENGINEERING

FAX (504) 651-6592
TELEPHONE (504) 651-6591



LOUISIANA        MISSISSIPPI

March 18, 2003

BY FEDEX

Honorable Charles R. Weiner
United States District Court
Eastern District of Pennsylvania
601 Market Street
Room 6613
Philadelphia, PA 19106-1770

　　　　　Re:　Barbara Catania, et al v. ACandS, Inc., et al
　　　　　　　U.S. MDL 875 (U.S.M.D. Louisiana, C.A.No. 3:02-368)

Dear Judge Weiner:

　　　Plaintiffs have filed a Motion to Transfer/Remand For Lack of
Federal Subject Matter Jurisdiction in the above-referenced case.
Please assign the motion for hearing at Your Honor's earliest
convenience.  Mr. Bruce Lasmann informed me that a hearing date can
be discussed at the settlement conference set for March 20, 2003.

　　　If you have any concerns, please give me call.

　　　　　　　　　　　Sincerely,

　　　　　　　　　　　Perry J. Roussel, Jr., P.E.

PJR/mkm

cc:　All Counsel of Record
　　　(by fax and mail)

FAX TRANSMITTAL SHEET



## *JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255
Washington, DC  20002-8004

Website: http://www.jpml.uscourts.gov

Telephone:  (202) 502-2800        FAX Nº:    (202) 502-2888

**Date:**                          **Time:**

**To:** *Perry Roussel*

**From:** *April Layne*

**Re:** *MDL-875 Catania v HC+S service list.*

**Notes:** *Please serve the attorneys that are not crossed out. Please also fax to my attention a supplemental certificate of service and attach this list.*

Number of pages transmitted (including this page) *Thanks for your attention to this matter.*

Original document is being ___ *mailed* ___ *retained in our file.*

Please call the Panel office regarding any difficulties involved in this transmission.

Thank You.

**PANEL SERVICE LIST**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Barbara Catania, et al. v. ACandS, Inc., et al.*, M.D. Louisiana, C.A. No. 3:02-368

Kay B. Baxter
Duncan, Courington & Rydberg
322 Lafayette Street
New Orleans, LA 70130

Troy N. Bell
Aultman, Tyner, Ruffin & Yarborough
400 Poydras Street
Suite 1900
New Orleans, LA 70130

David M. Bienvenu, Jr.
P.O. Box 2412
Baton Rouge, LA 70821

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Jules K. Boudreaux
Roussel & Roussel
1710 Cannes Drive
LaPlace, LA 70068

W. Scott Brown
Forman, Perry, Watkins, Krutz &
Tardy
1515 Poydras Street
Suite 1420
New Orleans, LA 70112

Cory R. Cahn
Lemle & Kelleher, L.L.P.
601 Poydras Street
Suite 2100
New Orleans, LA 70130

Larry G. Canada
Galloway, Johnson, Tompkins, Burr &
Smith
One Shell Square
701 Poydras Street, Suite 4040
New Orleans, LA 70139

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

James Francis D'Entremont
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Stephen N. Elliott
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
P.O. Box 55490
Metairie, LA 70055

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Margaret M. Joffe
Adams & Reese
4500 One Shell Square
New Orleans, LA 70139

Susan B. Kohn
Simon, Peragine, Smith & Redfearn
Energy Centre, 30th Floor
1100 Poydras Street
New Orleans, LA 70163-3000

Reginald S. Kramer
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219

Christopher K. Lightfoot
Hailey, McNamara, Hall, Larmann &
Papale
One Galleria Boulevard
Suite 1400
P.O. Box 8288
Metairie, LA 70011

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Janet L. MacDonell
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

Patrick D. McMurtray
Luker, Sibal & McMurtray, L.L.C.
616 Girod Street
Suite 200
New Orleans, LA 70130

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

Dwight C. Paulsen, III
Lemle & Kelleher, L.L.P.
601 Poydras Street
Suite 2100
New Orleans, LA 70130

Lawrence G. Pugh, III
Montgomery, Barnett, Brown, et al.
1100 Poydras Street
3200 Energy Centre
New Orleans, LA 70163-3200

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Julie Robles
Hailey, McNamara, Hall, Larmann &
Papale
One Galleria Boulevard, Suite 1400
P.O. Box 8288
Metairie, LA 70001

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Valerie T. Schexnayder
Hailey, McNamara, Hall, Larmann &
Papale
One Galleria Boulevard
Suite 1400
P.O. Box 8288
Metairie, LA 70001

William L. Schuette
Jones, Walker, Waechter, et al.
Four United Plaza, Fifth Floor
8555 United Plaza Boulevard
Baton Rouge, LA 70809-7000

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406