

MDL 875

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

WILLIE LOUIS GRAY, *ET AL.*                                      PLAINTIFFS

VERSUS                                          CIVIL ACTION NO. 1:03cv133GR

MINNESOTA MINING AND
MANUFACTURING COMPANY, *ET AL.*                                  DEFENDANTS

## ORDER OF REMAND

THIS matter is before the Court by agreement of Defendant Eaton Corporation and all Plaintiffs in the above styled and numbered civil action listed and identified in the Complaint, or by name and Social Security number on Exhibit "B" to the Complaint, *in seriatim*, to remand this matter to the Circuit Court of Simpson County, Mississippi. The Court, being advised in the premises finds that this matter should be remanded to state court. It is, therefore,

ORDERED that the above styled and numbered civil action be, and is hereby, remanded to the Circuit Court of Simpson County, Mississippi, and the Notice of Removal of Defendant Eaton is hereby dismissed and held for naught by agreement between the Plaintiffs and the Defendant. It is further,

ORDERED that the Clerk of Court shall, after the expiration of ten days from the date of entry of this order, or by no earlier than May 20, 2003, forward a certified copy of this Order together with the court record to the Circuit Court Simpson County, Mississippi. It is further,

ORDERED that any party attempting to circumvent the normal procedures of this Court shall be sanctioned as deemed appropriate by this Court.

SO ORDERED this the 5th day of May, A.D., 2003.

MDL- 875
RECOMMENDED ACTION
FINAL on action
Vacate CTO-225-
Approved/Date: ___ 6/23/03                    UNITED STATES DISTRICT JUDGE

IMAGED JUN 24 '03
OFFICIAL FILE COPY
O.B. 2003
PG. 399
PLEADING NO. 3920
14

# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
### SOUTHERN DISTRICT OF MISSISSIPPI
725 Dr. Martin Luther King, Jr. Blvd., Suite 243
Biloxi, MS 39530

## TELECOPY TRANSMITTAL SHEET

DATE: 6/23/03                TIME: 12:00

TO: Cathy Maida

Telecopier Number: (202) 502-2888

FROM: Ponji Stokes

Telecopier Number: (228) 436-9632

Re: 1:03cv133 on CTO 225.

Notes: This case has been remanded to state court on 5/6/03.

Thanks.

- Number of pages transmitted (including this page): 2
- Original document is being ___ mailed  ✓ retained in office

Please call _____ at (228) 432-8623 if there are any problems receiving this message or if pages are missing.

RECEIVED CLERK'S OFFICE
2003 JUN 23 P 1:02
JUDICIAL PANEL MULTIDISTRICT LITIGATION