MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 4 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 875

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Willie Louis Gray, et al. v. Minnesota Mining & Manufacturing Co., et al.*, S.D. Mississippi,
C.A. No. 1:03-133

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Gray*) on May 30, 2003. In the absence of any opposition, the conditional transfer order was finalized with respect to *Gray* on June 17, 2003. The Panel has now been advised, however, that *Gray* was remanded to the Circuit Court of Simpson County, Mississippi, by the Honorable Walter J. Gex III in an order filed on May 6, 2003.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-225" filed on May 30, 2003, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

IMAGED   JUN 24 '03

## OFFICIAL FILE COPY

PLEADING NO. 3921