MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 1 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Frances LeJoy Bailey, et al. v. The Mead Corp., et al.*, W.D. Texas, C.A. No. 1:03-182

### ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Bailey*) on May 30, 2003. In the absence of any opposition, the conditional transfer order was finalized with respect to *Bailey* on June 17, 2003. The Panel has now been advised, however, that *Bailey* was remanded to the 98th Judicial District Court of Travis County, Texas, by the Honorable Sam Sparks in an order filed on April 25, 2003.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-225" filed on May 30, 2003, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

PLEADING NO. 3926

OFFICIAL FILE COPY   IMAGED JUL 1 '03 ✓