MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 1 2003

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY       MDL DOCKET NO. 875
LITIGATION (NO. VI)

C. ANN JONES, ET AL v. MEYER'S AUTO PARTS, INC., ET AL E.D. LOUISIANA,
C.A. NO. 2:03-1010

### RULE 5.3 CORPORATE DISCLOSURE STATEMENT
### ON BEHALF OF VOLKSWAGEN OF AMERICA, INC.

Pursuant to the Court's Order, Volkswagen of America, Inc. makes the following statement:

The parent corporation of VWoA is Volkswagen Beteiligungs-Gesellschaft mbh. No publicly held corporation owns 10% or more of VWoA's stock.

Respectfully submitted,

ERIC SHUMAN (2107)
MCGLINCHEY STAFFORD, PLLC
643 Magazine Street
New Orleans, LA 70130
Telephone: (504) 586-1200
Telefax: (504) 596-2800
ATTORNEYS VOLKSWAGEN OF
AMERICA, INC.

RECEIVED
CLERK'S OFFICE
2003 JUL -8 A 9: 51
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

OFFICIAL FILE COPY   IMAGED JUL 1 3 '03

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 1 2003

CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I hereby certify that a copy of the above Corporate Disclosure Statement has been served upon all known counsel of record on the attached list by placing a copy of same into the United States mail, postage prepaid, this _____ day of July, 2003.

_____
ERIC SHUMAN

RECEIVED
CLERK'S OFFICE
2003 JUL -8 A 9:51
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

*C. Ann Jones, et al. v. Meyer's Auto Parts, Inc., et al.*, E.D. Louisiana, C.A. No. 2:03-1010

Troy N. Bell
Aultman, Tyner, Ruffin, et al.
400 Poydras Street, Suite 1900
New Orleans, LA 70130

Scott R. Bickford
Martzell & Bickford
338 Lafayette Street
New Orleans, LA 70130

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

William F. Bologna
W. F. Bologna & Associates
1515 Poydras Street, Suite 2323
New Orleans, LA 70112

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Avram C. Herman
Herman & Herman
111 Veterans Memorial Blvd.
Suite 1506
Metairie, LA 70005

J. Nicole Heyman
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

Reginald S. Kramer
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Lynn M. Luker
Luker, Sibal & McMurtray, L.L.C.
616 Girod Street, Suite 200
New Orleans, LA 70130

Eugene M. McEachin Jr.
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
P.O. Box 55490
Metairie, LA 70055-5490

Ronald L. Motley
Ness, Motley, Loadholt, et al.
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

Kelly McCarthy Rabalais
LeBlanc, Tusa & Butler, LLC
2121 Airline Drive, Suite 405
Metairie, LA 70001

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Eric Shuman
McGlinchey Stafford
643 Magazine Street
New Orleans, LA 70130

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Leonard Tavera
Towle, Denison, Smith & Tavera
10866 Wilshire Blvd., Suite 500
Los Angeles, CA 90024

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Lance B. Williams
McCraney, Sistrunk, Anzelmo, et al.
434 North Columbia Street
Suite 200
Covington, LA 70433