**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 15 2003

FILED
CLERK'S OFFICE

DOCKET NO. 875
BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
IN RE ASBESTOS PRODUCTS LIABILITY (NO. VI)
CONDITIONAL TRANSFER ORDER (CTO-224)

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HARVEY JANDREAU,

    Plaintiff

vs.

AC DELCO, a subsidiary corporation
of General Motors Corporation, et al.,

    Defendants
_____/

Case No. 8-03CV435-T-27TBM

PLEADING NO. 3931

## DEFENDANT DAIMLERCHYRSLER'S NOTICE OF JOINDER WITH FORD MOTOR COMPANY'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION AND BRIEF TO VACATE THE CONDITIONAL TRANSFER ORDER AND GENERAL MOTOR CORPORATION'S MEMORANDUM IN OPPOSITION

Defendant, DaimlerChrysler Corporation, by and through the undersigned counsel, herein files this Notice of its Joinder in Co-defendant, Ford Motor Company's Response in Opposition and General Motor Corporation's Memorandum in Opposition to Plaintiff's Motion and Brief to Vacate the Conditional Transfer Order, filed June 26, 2003.

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 9th day of July, 2003, to all counsel on attached service list.

RITTER CHUSID BIVONA & COHEN, LLP
Attorneys for DaimlerChrysler Corporation
7000 West Palmetto Park Road, Suite 305
Boca Raton, Florida 33433
(561) 394-2180

By: _____
JEFFREY M. BELL
Florida Bar No.: 374539
DOUGLAS B. MELAMED
Florida Bar No.: 150002

OFFICIAL FILE COPY
IMAGED JUL 18 '03

Case MDL No. 875   Document 3931   Filed 07/15/03   Page 2 of 3

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 15 2003

FILED
CLERK'S OFFICE

## PANEL SERVICE LIST - docket no. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Jeffrey M. Bell, Esquire
Ritter Chusid Bivona & Cohen, LLP
7000 W. Palmetto Park Road
Suite 305
Boca Raton, FL 33433

Richard C. Binzley, Esquire
Thomas Hine, LLP
127 Public Square
3900 Key Center
Cleveland, Ohio 44114

Rodd R. Buell, Esquire
Law Offices of Rod R. Buell, P.A.
The Aragon Building
288 Aragon Avenue, Suite C
Coral Gables, FL 33134-5035

Edward R. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud, Esquire
Shea & Gardner
1800 Massachusetts Avenue, NW
Washington, DC 20036

Susan J. Cole, Esquire
Bice Cole Law Firm
2801 Ponce De Leon Boulevard
Suite 550
Coral Gables, FL 33134-6920

David A. Damico, Esquire
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Evelyn M. Fletcher, Esquire
Hawkins & Parnell
4000 Sun Trust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3243

Raymond P. Forceno, Esquire
Forenco & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman, Esquire
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Mark C. Greene, Esquire
Fowler, White
501 East Kennedy
Suite 1700
P.O. Box 1438
Tampa, FL 33601

Robert A. Hannah, Esquire
Hannah Estes & Ingram, PA
37 N. Orange Avenue
Suite 300
P.O. Box 4974
Orlando, FL 32802-4974

Susan M. Hansen, Esquire
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Donna L. Harvey, Esquire
Speziali, Greenwald, Goldstein & Hawkins, P.C.
501 South Indiana Avenue
Suite A
Englewood, FL 34223

Virginia E. Johnson, Esquire
Johnson, Tomlin & Johnson
4770 Biscayne Boulevard
Suite 1030
Miami, FL 33137-3258

Chris N. Kolos, Esquire
Holland & Knight, LLP
200 S. Orange Avenue, Suite 2600
Orlando, FL 32801

Reginald S. Kramer, Esquire
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, Ohio 44309

David C. Landin, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks, Esquire
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Jack W. Merritt, Esquire
Jack W. Merritt, P.A.
1800 Second Street
Suite 852
Sarasota, FL 34237

J. Richard Moore, Jr., Esquire
Rahaim, Watson, Dearing, Berry & Moore, P.A.
3127 Atlantic Boulevard
Jacksonville, FL 32207

Harold E. Morlan, II
Akerman, Senterfitt & Eidson
Citrus Center, 17th Floor
225 South Orange Avenue
P.O. Box 231
Orlando, FL 32802-0231

2

RITTER CHUSID BIVONA & COHEN, LLP, ATTORNEYS AT LAW
BANK OF AMERICA PLAZA • 7000 WEST PALMETTO PARK ROAD, SUITE 305 • BOCA RATON, FLORIDA 33433 • (561) 394-2180 FAX (561) 394-2582

Ronald L. Motley, Esquire
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29464

John J. Repcheck, Esquire
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburg, PA 15219

John D. Roven, Esquire
Roven, Kaplan & Wells
2199 North Loop West
Suite 410
Houston, Texas 77018

Richard D. Schuster, Esquire
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman, Esquire
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Larry D. Smith, Esquire
Cabaniss, Smith, Toole & Wiggins
485 North Keller Road, Suite 401
P.O. Box 945401
Maitland, FL 32751-5401

M. Stephen Smith, III, Esquire
Rumberger, Kirk & Caldwell
80 S.W. 8th Street
Suite 3000
Miami, FL 33130-3057

Robert N. Spinelli, Esquire
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jacques Admiralty Law Firm PC
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise, Esquire
Reed Smith LLP
2500 One Liberty Plaza
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406