**MDL 875**

**DOCKET NO. 875**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE ASBESTOS PRODUCTS LIABILITY (NO. VI)**

**CONDITIONAL TRANSFER ORDER (CTO-224)**

---

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**HARVEY JANDREAU,**

       **Plaintiff,**

                                     **Case No. 8:03-cv-435-T-27TBM**

**vs.**

**AC DELCO, et al.,**

       **Defendants.**

_____/

**DEFENDANT GENERAL MOTORS CORPORATION'S MEMORANDUM
IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE THE
CONDITIONAL TRANSFER ORDER (CTO-224)**

Defendant GENERAL MOTORS CORPORATION ("GM") respectfully submits this Memorandum in Opposition to Plaintiff's Motion to Vacate the Conditional Transfer Order ("CTO-224") and states:

**I.      INTRODUCTION**

This action is an asbestos personal injury case, and as such falls within the category of cases that should be transferred to MDL No. 875.   Plaintiff argues that the Panel should not transfer the cases to MDL No. 875 because he has a pending Motion to Remand in the Transferor Court and transfer would

PLEADING NO. 3936

**OFFICIAL FILE COPY** IMAGED JUL 23 '03

**EXHIBIT "1"**

cause delay and hardship.  Plaintiff argues in the alternative that the Panel should decide his Motion to Remand.  Plaintiff's Motion contradicts well-settled Panel and federal case precedent and is premised on a fundamental misunderstanding of the co-equal competence of federal courts.  The Panel has rejected Plaintiff's arguments against transfer over and over again.  For these reasons, the Panel should deny Plaintiff's Motion to Vacate.

## II.    FACTUAL BACKGROUND

On August 5, 2002, Plaintiff filed a Complaint in the Circuit Court of the Twelfth Judicial Circuit, in and for Hillsborough County, Florida, Case No. 2002 CA 011139 NC ("Original Complaint").  The action was removed to U.S. District Court, Middle District of Florida (the "Transferor Court") after the only non-diverse Defendant, was dismissed.  Plaintiff filed his Third Amended Complaint on April 25, 2003, in the Transferor Court.

On April 30, 2003 a Conditional Transfer Order was entered.  *See* Exhibit "A".  On May 8, 2003, the Transferor Court entered an Order: 1) finding that this matter was subject to the Conditional Transfer Order, 2) staying the action pending transfer to the Multidistrict Litigation Panel, and 3) directing the Clerk to administratively close the case pending the transfer.  *See* Exhibit "B".

On May 17, 2003, despite the entry of the Transferor Court's Order staying the proceedings and administratively closing the case, Plaintiff served Defendants with a Motion to Remand.  On that same day, Plaintiff served his

Notice of Opposition to the Conditional Transfer Order.   Plaintiff served his Motion to Vacate Conditional Transfer Order on June 6, 2003.   Thereafter, the Transferor Court issued an Order directing GM to brief the remand issue.   GM filed its Memorandum in Opposition to Plaintiff's Motion to Remand on June 23, 2003.

### III. THIS ACTION SHOULD BE TRANSFERRED TO MDL DOCKET 875 FOR COORDINATION AND CONSOLIDATED PRE-TRIAL PROCEDURES AND PLAINTIFF'S MOTION TO VACATE SHOULD BE DENIED.

#### A. The Existence Of A Motion To Remand Does Not Affect A Conditional Transfer Order.

In its initial opinion creating this MDL docket, the Panel made clear that "distinctions based on such matters as the pendency of motions or other matters before the transferor court" do not present a basis "for carving out exceptions to transfer in this extraordinary docket." *In re Asbestos Prods. Liab. Litig. (VI)*, MDL No. 875 (J.P.M.L. Oct. 11, 2002)(transfer order), at 2 (citing *In re Asbestos Prods. Liab. Litig. (VI)*, 771 F. Supp. 415 (J.P.M.L. 1991)).   The Panel has repeatedly reaffirmed this position,[1] and it along with the federal courts have explicitly held that the pendency of a motion for remand to state court is not a proper basis for denial of transfer. *See, e.g., In re Asbestos Prods. Liab. Litig. (VI)*, MDL No. 875 (J.P.M.L. Oct. 11, 2002)(transfer order), at 2 n.1 ("Plaintiffs

---

[1] *E.g., In re Asbestos Prods. Liab. Litig. (VI)*, MDL No. 875 (J.P.M.L. Aug. 9, 2002)(transfer order), at 1-2; *In re Asbestos Prods. Liab. Litig. (VI)*, MDL No. 875 (J.P.M.L. Apr. 17, 2002)(transfer order), at 1-2; *In re Asbestos Prods. Liab. Litig. (VI)*, MDL No. 875 (J.P.M.L. Feb. 19, 2002)(transfer order), at 1.

have argued that transfer should be denied or deferred in order to permit the resolution of pending motions to remand the actions to state court.  There is no need to delay transfer in order to accommodate such an interest."); *see also In re Prudential Ins. Co. of Am. Sales Practices Litig.*, 170 F. Supp.2d 1346, 1347 (J.P.M.L. 2001) ("there is no need to delay transfer in order to accommodate any interest of the transferor court in resolving a pending motion for remand"); *In re Ivy v. Diamond Shamrock Chemicals Co.*, 901 F.2d 7, 9 (2d Cir. 1990); *In re Air Crash Disaster at Florida Everglades on December 29, 1972*, 368 F. Supp. 812, 813 (J.P.M.L. 1973).

A pending motion to remand in the transferor court does not prohibit transfer of the case.  As such, Plaintiff's Motion to Vacate should be denied and this case should be transferred to MDL No. 875.

### B.    Plaintiff Will Not Be Prejudiced By The Transfer Of This Case.

Plaintiff's argument that he will suffer delay and undue hardship if the case is transferred is unavailing.  "[S]ince §1407 transfer is primarily for pretrial, there is usually no need for the parties and witnesses to travel to the transferee district for depositions or otherwise.  Furthermore, the judicious use of liaison counsel, lead counsel and steering committees will eliminate the need for most counsel ever to travel to the transferee district." *In re Asbestos Prods. Liab. Litig. (VI)*, 771 F. Supp. 415, 422 (J.P.M.L. 1991).

Moreover, even if the case is transferred, the Transferor Court may

dispose of Plaintiff's Motion to Remand in accord with its retained authority to do so under MDL Rule 1.5.  Additionally, the transferee court is fully capable of resolving challenges to federal jurisdiction which remain unresolved at the time of transfer.  *See In re Enron Corp. Sec., Derivative & Erisa Litig.*, 227 F. Supp.2d 1389, 1390 (J.P.M.L. 2002); *In re Ivy*, 901 F.2d at 9.  Thus, there is no prejudice to the Plaintiff in his quest for a remand should the Court move forward with the transfer for consolidated proceedings under MDL Docket 875.

### C.    Plaintiff's Request That This Panel Decide Its Motion For Remand Should Be Denied.

In its Motion to Vacate, Plaintiff requests that this Panel decide Plaintiff's Motion to Remand.  As the Panel is well aware, this request is inappropriate as deciding questions of jurisdiction are beyond, and inconsistent with this Panel's legislative mandate.  *See In re Ivy*, 901 F.2d at 9 (28 U.S.C. §1407 "does not empower the MDL Panel to decide questions going to the jurisdiction or the merits of a case, including issues relating to a motion to remand."); *see also In re Air Crash Disaster at Florida Everglades*, 368 F. Supp. at 813 n.1("We deny [Plaintiff's] request [that the Panel decide the question of remand] on the ground that 28 U.S.C. §1407 does not empower the Panel to entertain such questions.").  As such, Plaintiff's request that this Panel decide Plaintiff's Motion to Remand is inappropriate.

## IV.   CONCLUSION

The Plaintiff's Motion to Remand does not furnish a basis to delay transfer of this action to MDL No. 875.  Accordingly, Plaintiff's Motion to Vacate Conditional Transfer Order should be denied.

CHRIS N. KOLOS, ESQ.
Florida Bar No. 438235
CHRISTOPHER ANNUNZIATO, ESQ.
Florida Bar No. 0137553
HOLLAND & KNIGHT LLP
200 South Orange Avenue, Ste. 2600
Post Office Box 1526 (32802-1526)
Orlando, FL 32801
Phone: 407/425-8500
Fax:  407/244-5288

Attorneys for Defendant
GENERAL MOTORS CORPORATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 2 1 2003

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has

been furnished by U. S. Mail this 26th day of June, 2003 to all counsel as shown on

the attached Service List.

CHRIS N. KOLOS, ESQ.
Florida Bar No. 438235
HOLLAND & KNIGHT LLP
200 South Orange Avenue, Ste. 2600
Post Office Box 1526 (32802-1526)
Orlando, FL 32801
Phone: (407) 425-8500
Fax:  (407) 244-5288

Attorneys for Defendant
GENERAL MOTORS CORPORATION

ORL1 #780414 v1

7

## SERVICE LIST

**Jack W. Merritt, Esq.**
Merritt & Merritt
1800 Second Street, Ste. 852
Sarasota, FL  34237
**Phone:  (941) 953-4140**
**Fax:  (941) 378-5406**

**Counsel for Plaintiff**

**Warren R. Ross, Esq.**
Wotitzky, Wotitzky, Ross and
  Goldman, P.A.
223 Taylor Street
Punta Gorda, FL  33950
**Phone:  (941) 639-2171**
**Fax:  (941) 6390-8617**

**Counsel for Plaintiff**

**Virginia Easley Johnson, Esq.**
Foley & Mansfield, P.L.L.P
4770 Biscayne Blvd., Ste. 1030
Miami, FL  33137
**Phone: (305) 438-9899**
**Fax: (305) 438-9819**

**Counsel for Carlisle Industrial Brake & Friction, The Flintkote Company & Georgia-Pacific Corp.**

**Susan J. Cole, Esq.**
**Kathleen LaBarge, Esq.**
Bice Cole Law Firm, PL
2801 Ponce de Leon Blvd., Ste. 550
Coral Gables, FL  33134
**Phone: (305) 444-1225**
**Fax: (305) 446-1598**

**Counsel for Kaiser Gypsum**

**Robert A. Hannah, Esq.**
Hannah, Estes & Ingram, P.A.
Post Office Box 4974
Orlando, FL  32802-4974
**Phone: (407) 481-9449**
**Fax: (407) 481-2199**

**Counsel for Owens-Illinois**

**Rodd R. Buell, Esq.**
Rodd R. Buell, P.A.
11883 Maidstone Drive
Wellington, FL  33414-7008
**Phone:  (561) 795-5400**
**Fax:  (561) 795-5451**

**Counsel for Honeywell International**

**Jeffrey M. Bell, Esq.**
Ritter Chusid Bivona & Cohen, LLP
7000 West Palmetto Park Road, #400
Boca Raton, FL  33433
**Phone:  (561) 394-2180**
**Fax:  (561) 394-2582**

**Counsel for DaimlerChrysler Corp.**

**M. Stephen Smith, Esq.**
Rumberger, Kirk & Caldwell
Brickell Bayview Centre
80 S.W. 8th Street, Suite 3000
Miami, FL  33130-3047
**Phone: (305) 358-5577**
**Fax: (305) 371-7580**

**Counsel for Garlock Sealing Technologies LLC; Nissan North America, Inc. & Toyota Motor Mfg. North America**

**Bryan Equi, Esq.**
**Larry Smith, Esq.**
**Jasson Herman, Esq.**
Cabaniss Smith Toole Wiggins PL
485 Keller Road, Suite 401
Maitland, FL  32751
**Phone: (407) 246-1800**
**Fax: (407) 246-1895**

**Counsel for Ford Motor Company**

**Evelyn Fletcher, Esq.**
Hawkins & Parnell
303 Peach Street N.E., Suite 4000
Atlanta, GA  30308-3243
**Phone: (404) 614-7400**
**Fax:**

**Counsel for Dana**

**Harold B. Morlan, II, Esq.**
Akerman, Senterfitt
Post Office Box 231
Orlando, FL  32802-0231
**Phone: (407) 843-7860**

**Counsel for Harbison-Walker**

**Eileen Wright, Esquire**
Everett & Weathersby
3405 Piedmont Road, Suite 225
Atlanta, GA  30305
**Phone:  (404) 233-8718**

**Counsel for Harbison-Walker and A.P. Green**

**Mark C. Greene, Esquire**
Fowler White, et al.
501 East Kennedy Blvd.
Suite 1700
Tampa, FL  33601
**Phone:  (813) 228-7411**

**Counsel for Crown Cork & Seal**

ORL1 #765063 v1

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge Julia Smith Gibbons
United States Court of Appeals
Sixth Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

JUL 2 1 2003

FILED
CLERK'S OFFICE

April 30, 2003

TO INVOLVED COUNSEL

Re:  MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

(See Attached Schedule CTO-224)

Dear Counsel:

Attached is a copy of a conditional transfer order filed today by the Judicial Panel on Multidistrict Litigation involving the actions listed on the attached schedule.  The actions are transferred pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001).  Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached.

Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office **BY FACSIMILE**, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court.  Your cooperation would be appreciated.

**NOTICE OF OPPOSITION DUE ON OR BEFORE:   May 15, 2003   (4 p.m. EST)**
(Facsimile transmission is suggested.)

If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel Rules before filing your Notice of Opposition.  Please file one Notice of Opposition (with an attached schedule of actions, if necessary) if you are opposing the transfer of more than one action.  A consolidated Motion and Brief to Vacate the CTO, with attached schedule of actions, is acceptable and encouraged.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By
Deputy Clerk

Attachments

JPML Form 39A

**EXHIBIT "A"**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 3 0 2003

FILED
CLERK'S OFFICE

*DOCKET NO. 875*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*CONDITIONAL TRANSFER ORDER (CTO-224)*

*(SEE ATTACHED SCHEDULE)*

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 76,460 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-224 - TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DISTRICT | DIV. | CIVIL ACTION# |
|----------|------|---------------|
| **FLORIDA MIDDLE** | | |
| FLM | 8 | 03-435 |
| | | |
| **ILLINOIS NORTHERN** | | |
| ILN | 1 | 02-8702 |
| ILN | 1 | 03-1523 |
| | | |
| **INDIANA NORTHERN** | | |
| INN | 2 | 03-1 |
| INN | 2 | 03-5 |
| INN | 2 | 03-6 |
| | | |
| **KANSAS** | | |
| KS | 2 | 03-2100 |
| KS | 2 | 03-2101 |
| KS | 2 | 03-2102 |
| KS | 2 | 03-2103 |
| KS | 2 | 03-2104 |
| KS | 2 | 03-2105 |
| KS | 2 | 03-2106 |
| KS | 2 | 03-2108 |
| KS | 2 | 03-2109 |
| KS | 2 | 03-2110 |
| KS | 2 | 03-2112 |
| KS | 2 | 03-2113 |
| KS | 2 | 03-2114 |
| KS | 2 | 03-2115 |
| KS | 2 | 03-2116 |
| KS | 2 | 03-2117 |
| KS | 2 | 03-2118 |
| KS | 2 | 03-2119 |
| KS | 2 | 03-2120 |
| | | |
| **MARYLAND** | | |
| MD | 1 | 03-399 |
| MD | 1 | 03-421 |
| MD | 1 | 03-445 |
| MD | 1 | 03-446 |
| MD | 1 | 03-447 |
| MD | 1 | 03-448 |
| MD | 1 | 03-450 |
| MD | 1 | 03-451 |
| MD | 1 | 03-452 |
| MD | 1 | 03-453 |
| MD | 1 | 03-655 |
| | | |
| **MINNESOTA** | | |
| MN | 0 | 02-4918 |
| MN | 0 | 03-971 |
| MN | 0 | 03-972 |
| | | |
| **MISSOURI WESTERN** | | |
| MOW | 4 | 03-132 |

| DISTRICT | DIV. | CIVIL ACTION# |
|----------|------|---------------|
| **NORTH CAROLINA MIDDLE** | | |
| NCM | 1 | 02-675 |
| NCM | 1 | 02-676 |
| NCM | 1 | 02-686 |
| NCM | 1 | 03-242 |
| | | |
| **NEW MEXICO** | | |
| NM | 1 | 03-335 |
| NM | 1 | 03-336 |
| NM | 1 | 03-337 |
| NM | 1 | 03-338 |
| NM | 1 | 03-339 |
| NM | 1 | 03-350 |
| NM | 1 | 03-351 |
| NM | 1 | 03-353 |
| NM | 1 | 03-355 |
| NM | 1 | 03-356 |
| NM | 1 | 03-357 |
| NM | 1 | 03-358 |
| NM | 1 | 03-360 |
| NM | 6 | 03-352 |
| NM | 6 | 03-359 |
| | | |
| **NEW YORK EASTERN** | | |
| NYE | 1 | 01-711 |
| NYE | 1 | 01-713 |
| NYE | 1 | 03-583 |
| | | |
| **OKLAHOMA EASTERN** | | |
| OKE | 6 | 03-19 |
| OKE | 6 | 03-20 |
| OKE | 6 | 03-21 |
| OKE | 6 | 03-22 |
| OKE | 6 | 03-23 |
| OKE | 6 | 03-24 |
| OKE | 6 | 03-25 |
| OKE | 6 | 03-26 |
| OKE | 6 | 03-27 |
| OKE | 6 | 03-28 |
| OKE | 6 | 03-29 |
| OKE | 6 | 03-30 |
| | | |
| **OKLAHOMA NORTHERN** | | |
| OKN | 4 | 03-158 |
| | | |
| **RHODE ISLAND** | | |
| RI | 1 | 02-70 |
| | | |
| **TEXAS EASTERN** | | |
| TXE | 1 | 99-753 |
| TXE | 1 | 99-754 |

| DISTRICT | DIV. | CIVIL ACTION# |
|----------|------|---------------|
| **TEXAS SOUTHERN** | | |
| TXS | 4 | 03-673 |
| TXS | 4 | 03-712 |
| TXS | 4 | 03-965 |
| | | |
| **VIRGINIA EASTERN** | | |
| VAE | 2 | 03-7218 |
| VAE | 2 | 03-7219 |
| VAE | 2 | 03-7220 |
| VAE | 3 | 02-508 |
| | | |
| **WISCONSIN EASTERN** | | |
| WIE | 2 | 03-18 |
| | | |
| **WISCONSIN WESTERN** | | |
| WIW | 3 | 02-649 |

RULE 5.2:     SERVICE   PAPERS FILED

(a)     All papers filed with the Clerk of the Panel shall be accompanied by proof of previous or simultaneous service on all other parties in all actions involved in the litigation.  Service and proof of service shall be made as provided in Rules 5 and 6 of the Federal Rules of Civil Procedure.  The proof of service shall indicate the name and complete address of each person served and shall indicate the party represented by each.  If a party is not represented by counsel, the proof of service shall indicate the name of the party and the party's last known address.  The proof of service shall indicate why any person named as a party in a constituent complaint was not served with the Section 1407 pleading.  The original proof of service shall be filed with the Clerk of the Panel and copies thereof shall be sent to each person included within the proof of service.  After the "Panel Service List" described in subsection (d) of this Rule has been received from the Clerk of the Panel, the "Panel Service List" shall be utilized for service of responses to motions and all other filings.  In such instances, the "Panel Service List" shall be attached to the proof of service and shall be supplemented in the proof of service in the event of the presence of additional parties or subsequent corrections relating to any party, counsel or address already on the "Panel Service List."

(b)     The proof of service pertaining to motions for transfer of actions pursuant to 28 U.S.C. §1407 shall certify that copies of the motions have been mailed or otherwise delivered for filing to the clerk of each district court in which an action is pending that will be affected by the motion.  The proof of service pertaining to a motion for remand pursuant to 28 U.S.C. §1407 shall certify that a copy of the motion has been mailed or otherwise delivered for filing to the clerk of the Section 1407 transferee district court in which any action affected by the motion is pending.

(c)     Within eleven days of filing of a motion to transfer, an order to show cause or a conditional transfer order, each party or designated attorney shall notify the Clerk of the Panel, in writing, of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation.  Only one attorney shall be designated for each party.  Any party not represented by counsel shall be served by mailing such pleadings to the party's last known address.  Requests for an extension of time to file the designation of attorney shall not be granted except in extraordinary circumstances.

(d)     In order to facilitate compliance with subsection (a) of this Rule, the Clerk of the Panel shall prepare and serve on all counsel and parties not represented by counsel, a "Panel Service List" containing the names and addresses of the designated attorneys and the party or parties they represent in the actions under consideration by the Panel and the names and addresses of the parties not represented by counsel in the actions under consideration by the Panel.  After the "Panel Service List" has been received from the Clerk of the Panel, notice of subsequent corrections relating to any party, counsel or address on the "Panel Service List" shall be served on all other parties in all actions involved in the litigation.

(e)     If following transfer of any group of multidistrict litigation, the transferee district court appoints liaison counsel, this Rule shall be satisfied by serving each party in each affected action and all liaison counsel.  Liaison counsel designated by the transferee district court shall receive copies of all Panel orders concerning their particular litigation and shall be responsible for distribution to the parties for whom he or she serves as liaison counsel.

RULE 7.4:    CON.    `NAL TRANSFER ORDERS FOR "TAC   ONG ACTIONS"

(a)    Upon learning of the pendency of a potential "tag-along action," as defined in Rule 1.1 of these Rules, an order may be entered by the Clerk of the Panel transferring that action to the previously designated transferee district court on the basis of the prior hearing or hearings and for the reasons expressed in previous opinions and orders of the Panel in the litigation. The Clerk of the Panel shall serve this order on each party to the litigation but, in order to afford all parties the opportunity to oppose transfer, shall not send the order to the clerk of the transferee district court for fifteen days from the entry thereof.

(b)    Parties to an action subject to a conditional transfer order shall notify the Clerk of the Panel within the fifteen-day period if that action is no longer pending in its transferor district court.

(c)    Any party opposing the transfer shall file a notice of opposition with the Clerk of the Panel within the fifteen-day period. If a notice of opposition is received by the Clerk of the Panel within this fifteen-day period, the Clerk of the Panel shall not transmit said order to the clerk of the transferee district court until further order of the Panel. The Clerk of the Panel shall notify the parties of the briefing schedule.

(d)    Within fifteen days of the filing of its notice of opposition, the party opposing transfer shall file a motion to vacate the conditional transfer order and brief in support thereof. The Clerk of the Panel shall set the motion for hearing at the next appropriate session of the Panel. Failure to file and serve a motion and brief shall be treated as withdrawal of the opposition and the Clerk of the Panel shall forthwith transmit the order to the clerk of the transferee district court.

(e)    Conditional transfer orders do not become effective unless and until they are filed with the clerk of the transferee district court.

(f)    Notices of opposition and motions to vacate such orders of the Panel and responses thereto shall be governed by Rules 5.12, 5.2, 7.1 and 7.2 of these Rules.

RULE 7.5:    MISCELLANEOUS PROVISIONS CONCERNING "TAG-ALONG ACTIONS"

(a)    Potential "tag-along actions" filed in the transferee district require no action on the part of the Panel and requests for assignment of such actions to the Section 1407 transferee judge should be made in accordance with local rules for the assignment of related actions.

(b)    Upon learning of the pendency of a potential "tag-along action" and having reasonable anticipation of opposition to transfer of that action, the Panel may direct the Clerk of the Panel to file a show cause order, in accordance with Rule 7.3 of these Rules, instead of a conditional transfer order.

(c)    Failure to serve one or more of the defendants in a potential "tag-along action" with the complaint and summons as required by Rule 4 of the Federal Rules of Civil Procedure does not preclude transfer of such action under Section 1407. Such failure, however, may be submitted by such a defendant as a basis for opposing the proposed transfer if prejudice can be shown. The inability of the Clerk of the Panel to serve a conditional transfer order on all plaintiffs or defendants or their counsel shall not render the transfer of the action void but can be submitted by such a party as a basis for moving to remand as to such party if prejudice can be shown.

(d)    A civil action apparently involving common questions of fact with actions under consideration by the Panel for transfer under Section 1407, which was filed or came to the attention of the Panel either after the initial hearing before it or too late to be included in the initial hearing, will be treated by the Panel as a potential "tag-along action."

(e)    Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

INVOLVED COUNSEL LIST (CTO   4)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Murray E. Abowitz
Abowitz, Rhodes & Dahnke, P.C.
105 North Hudson
Hightower Bldg., 10th Floor
P.O. Box 1937
Oklahoma City, OK 73101

David W. Allen
Goodell, DeVries, Leech & Dann
One South Street, 20th Floor
Baltimore, MD 21202

Victoria Almeida
Adler, Pollock & Sheehan
2300 Financial Plaza
Providence, RI 02903

Sherman Ames, III
Ness, Motley, Loadholt, et al.
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

Thomas C. Angelone
Hodosh, Spinella & Angelone
One Turks Head Place, Suite 1050
P.O. Box 1516
Providence, RI 02903-1516

Cynthia W. Antonucci
Harris Beach, LLP
500 5th Avenue, 42nd Floor
New York, NY 10110

James Randolph Baker
Holloway Dobson & Bachman, P.C.
211 N. Robinson Avenue
Suite 900 North
Oklahoma City, OK 73102

Christopher Banaszak
Reinhart, Boerner, Van Deuren, et al.
1000 North Water Street, Suite 2965
Milwaukee, WI 53201-2965

Steven T. Baron
Silber & Pearlman
2711 North Haskell Avenue
5th Floor Lock Box
Dallas, TX 75204

Mauricio E. Barreiro
15 East Chesapeake Avenue
Baltimore, MD 21286

Todd C. Barsumian
Kahn Dees Donovan And Kahn
501 Main Financial Plaza, Suite 305
Evansville, IN 47712-3646

Jeffrey M. Bell
Ritter, Chusid, Bivona & Cohen, LLP
7000 West Palmetto Park Road
Suite 400
Boca Raton, FL 33433

Richard V. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Thomas P. Bernier
Goldfein & Hosmer
217 E. Redwood Street, 21st Floor
Baltimore, MD 21202-3316

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Charles E. Blackman
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, IL 60604-2827

Joseph C. Blanks
P.O. Drawer 999
Doucette, TX 75942

Timothy W. Bouch
Leath, Bouch & Crawford
P.O. Box 59
Charleston, SC 29402

Elizabeth J. Bradford
King Law Firm
15 N. Robinson Ave., Suite 1100
Oklahoma City, OK 73102

William J. Bradley, III
Malaby, Carlisle & Bradley
150 Broadway, Suite 1311
New York, NY 10038

John M. Brant
Rodey, Dickason, Sloan, et al.
P.O. Box 1888
Albuquerque, NM 87103-1888

Jason K. Bria
Wooden and McLaughlin
201 N. Illinois Street
Indianapolis, IN 46204

Malcolm Sean Brisker
Goodell, DeVries, Leech & Dann
One South Street, 20th Floor
Baltimore, MD 21202

C. Thomas Brown
205 E. Main Street
Elkton, MD 21921

Barbara J. Buba
Wilbraham, Lawler & Buba
140 Broadway, 46th Floor
New York, NY 10005

Whitney C. Buchanan
Whitney Buchanan, P.C.
3200 Monte Vista Blvd., N.E.
Albuquerque, NM 87106

Rodd R. Buell
Law Office of Rodd R. Buell, P.A.
The Aragon Building
288 Aragon Avenue, Suite C
Coral Gables, FL 33134

Alexander M. Bullock
Evert & Weathersby
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

William C. Burgy
36 S. Charles Street, Suite 1700
Baltimore, MD 21201

Lisa N. Busch
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

James D. Butler
111 John Street, Suite 800
New York, NY 10038

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60607-5308

INVOLVED COUNSEL       (CTO-224) MDL-875 (Cont.)                    Page 2 of 7

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Michael J. Cieslewicz
Kasdorf, Lewis & Swietlik, S.C.
P.O. Box 44200
Milwaukee, WI 53214-7200

Bruce P. Clark
Bruce P. Clark & Associates
Harrison Ridge Square
419 Ridge Road
Munster, IN 46321

John J. Cloherty, III
Pierce, Davis & Perritano, L.L.P.
Ten Winthrop Square
Boston, MA 02110

Louis G. Close, Jr.
Porter Hayden Company
711 West 40th Street, Suite 351
Baltimore, MD 21211

Gregory L. Cochran
McKenna, Storer, Rowe, White &
Farrug
200 North LaSalle Street, Suite 3000
Chicago, IL 60601

Dixie L. Coffey
Smith, Shew, Scrivner, et al.
6520 North Western Avenue
Suite 300
Oklahoma City, OK 73116

Susan J. Cole
Bice Cole Law Firm
2801 Ponce De Leon Blvd., Suite 550
Coral Gables, FL 33134-6920

John F. Conley, Sr.
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

William P. Croke
Quale, Feldbruegge, Calvelli, et al.
710 North Plankinton Ave., 9th Floor
Milwaukee, WI 53203-2404

Colleen M. Cronin
L'Abbate, Balkan, Colavita & Contin
1050 Franklin Ave.
Garden City, NY 11530

James E. Culhane
Davis & Kuelthau, S.C.
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202-6613

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Dana Hefter Davis
Young, Moore & Henderson
P.O. Box 31627
Raleigh, NC 27622

Harry Lee Davis, Jr.
Davis & Hamrick, LLP
P.O. Box 20039
Winston-Salem, NC 27120-0039

Mary E. Davis
Spotts, Smith, Fain & Buis, P.C.
411 E. Franklin Street, Suite 601
Richmond, VA 23218-1555

D. Peter DeSimone
Bell & Gossett
60 Parkway Drive
Warwick, RI 02886

J. Benjamin Dick
421 Park Street, Suite 2
Charlottesville, VA 22902

Anna M. DiLonardo
L'Abbate, Balkan, Colavita & Contini
1050 Franklin Avenue
Garden City, NY 11530

CharCretia C. DiBartolo
Cetrulo & Capone, LLP
The Heritage Bldg.
321 South Main Street
Providence, RI 02903

David M. Duke
Young Moore & Henderson
P.O. Box 31627
Raleigh, NC 27622

Gardner M. Duvall
Whiteford, Taylor & Preston
7 Saint Paul Street
Baltimore, MD 21202-1626

James F. Early
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Thomas S. Ehrhardt
Kopka Landau & Pinkus
5240 Fountain Drive, Suite E
Crown Point, IN 46307-1000

Julie R. Evans
Wilson, Elser, Moskowitz, Edelman
& Dicker
150 East 42nd Street
New York, NY 10017-5639

James J. Fabian
Pfeifer & Fabian
326 Saint Paul Place, Suite 100
Baltimore, MD 21202

William R. Fahey
Cooney & Conway
120 North LaSalle Street
30th Floor
Chicago, IL 60602

Richard Onan Faulk
Gardere, Wynn, Sewell & Riggs
Three Allen Center, Suite 800
333 Clay Avenue
Houston, TX 77002

Donald J. Fay
Waters, McPherson, McNeill, P.C.
233 Broadway, Suite 970
New York, NY 10279

Mark J. Fellman
Fellman Law Office
213 4th Street, East
Suite 200
St. Paul, MN 55101

Kristin B. Fisher
Feldman, Franden, Woodard, Farris
& Boudreaux
525 South Main
1000 Park Centre
Tulsa, OK 74103

Evelyn M. Fletcher
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

INVOLVED COUNSEL          (CTO-224) MDL-875 (Cont.)                    Page 3 of 7

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Margaret M. Foster
McKenna Storer Rowe White &
Farrug
200 N. Lasalle, Suite 3000
Chicago, IL 60601

Mark A. Fredrickson
Rider, Bennett, Egan & Arundel
2000 Metropolitan Center
333 S. 7th Street
Minneapolis, MN 55402

Ellen B. Furman
Goldfein & Joseph
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Marc S. Gaffrey
Hoagland, Longo, Moran, Dunst &
Doukas
40 Paterson Street
P.O. Box 480
New Brunswick, NJ 08903

Richard A. Gann
Riggs, Abney, Neal, Turpen, Orbison
& Lewis
502 West 6th Street
Tulsa, OK 74119-1010

J. Ric Gass
Kravit, Gass, Hovel & Leitner, S.C
825 North Jefferson St., Suite 500
Milwaukee, WI 53202-3737

Geofrey S. Gavett
Gavett & Datt
15850 Crabbs Branch Way, Ste. 180
Rockville, MD 20855

Raymond F. Geoffroy, III
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Georgia-Pacific Corp.
c/o CT Corp. System
208 S. Lasalle Street, Suite 814
Chicago, IL 60604

Thomas A. Gilligan
Murnane, Conlin, White & Brandt
1800 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101

Virginia M. Giokaris
Rasmussen Willis Dickey & Moore
9200 Ward Parkway, Suite 310
Kansas City, MO 64114

Roy D. Goldberg
Waters, McPherson, Mcneill, P.C.
233 Broadway, Suite 970
New York, Ny 10279

Mark C. Greene
Fowler White Boggs & Banker, PA
501 East Kennedy, Suite 1700
P.O. Box 1438
Tampa, FL 33601

Suzanne M. Halbardier
Barry, McTiernan & Moore
2 Rector Street, 14th Floor
New York, NY 10006

Robert A. Hannah
Hannah Estes & Ingram, P.A.
37 N. Orange Avenue, Suite 300
P.O. Box 4974
Orlando, FL 32802-4974

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Donna L. Harvey
Speziali, Greenwald, Goldstein &
Hawkins, PC
501 South Indiana Avenue, Suite A
Englewood, FL 34223

John B. Harwood
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

M. King Hill, III
Venable, Baetjer & Howard, LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, MD 21285-5517

H. Forest Horne, Jr.
Martin & Jones
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603

J. Keith Hyde
Provost, Umphrey, L.L.P.
490 Park Street
P.O. Box 4905
Beaumont, TX 77704

John Crane, Inc.
6400 West Oakton Street
Morton Grove, IL 60053

Virginia E. Johnson
Johnson, Tomlin & Johnson
4770 Biscayne Blvd.
#1030
Miami, FL 33137-3258

Jennifer J. Kalas
Hinshaw & Culbertson

222 Indianapolis Blvd
Suite 202
Schererville, IN 46375

Charles J. Kalinoski
Kalinoski & Chaplinsky
100 Court Avenue, Suite 315
Des Moines, IA 50309-2200

Kevin A. Kauer
Haynsworth, Sinkler & Boyd
75 Beattie Place, 11th Floor
P.O. Box 2048
Greenville, SC 29601-2048

James G. Kennedy
Pierce, Herns, Sloan & McLeod
The Blake House
321 East Bay Street
P.O. Box 22437
Charleston, SC 29413

John W. Kershaw
Rice, Dolan & Kershaw
170 Westminster Street
Suite 900
Providence, RI 02903

Steven Joseph Kherkher
Williams & Bailey, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017

Douglas B. King
Wooden & McLaughlin
1600 Capital Center South
201 North Illinois Street
Indianapolis, IN 46204

Steven J. Kirsch
Murnane, Conlin, White & Brandt
1800 Meritor Tower
444 Cedar Street
St. Paul, MN 55101

Staci L. Kolb
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

Chris N. Kolos
Holland & Knight, LLP
200 S. Orange Avenue
Suite 2600
Orlando, FL 32801

Reginald S. Kramer
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

Raymond A. LaFazia
Gunning & LaFazia
32 Custom House Street
P.O. Box 1437
Providence, RI 02903

David L. LaPorte
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827

Carter T. Lambeth
Johnson & Lambeth
P.O. Box 660
Wilmington, NC 28402

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gary W. Larson
Hinkle Cox, Eaton, et al.
P.O. Box 2068
Santa Fe, NM 87504-2068

Christopher D. Lee
Kahn, Dees, Donovan & Kahn
501 Main Financial Plaza
Suite 305
P.O. Box 3646
Evansville, IN 47712

Sidney G. Leech
Goodell, DeVries, Leech & Dann
One South Street, 20th Floor
Baltimore, MD 21202

Michael T. Lewandowski
Coblence & Warner
415 Madison Avenue
New York, NY 10017

Donald M. Lieb
Otjen, Van Ert, Stangle, Lieb & Wier
700 N. Water Street, Suite 800
Milwaukee, WI 53202-4206

Lisa A. Linsky
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020

Judith A. Lockhart
Carter, Ledyard & Wilburn
Two Wall Street
New York, NY 10005

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Robert J. Lynott
Thomas & Libowitz
100 Light Street, Suite 1100
Baltimore, MD 21202-1053

Genevieve MacSteel
Ross & Hardies
65 East 55th Street
New York, NY 10022

John R. Mahoney
Asquith, Mahoney & Robinson
155 South Main Street, Suite 202
Providence, RI 02903

James L. Mann, Jr.
409 Washington Avenue, Suite 600
Towson, MD 21204

Michael J. Marcello
Morrison, Mahoney & Miller
One Providence Washington Plaza
6th Floor
Providence, RI 02903-7141

Bruce B. Marr
McKenna Storer Rowe White & Farrug
200 N. Lasalle, Suite 3000
Chicago, IL 60601

James P. Marusak
Gidley, Sarli & Marusak, LLP
One Turks Head Place
Suite 900
Providence, RI 02903

Timothy Kent Masterson
Spence, Ricke, Sweeney & Gernes
600 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101

Christopher D. Mauriello
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Dennis McCarten
Hanson Curran, LLP
146 Westminster Street
Providence, RI 02903-2218

Timothy J. McHugh
Lavin, Coleman, O'Neil, Ricci,
Finarelli & Gray
767 Third Avenue
7th Floor
New York, NY 10017

Peter J. McKenna
Skadden, Arps, Slate, Meagher &
Flom
Four Times Square
New York, NY 10036-6522

Donald S. Meringer
Mccarter & English, LLP
300 E. Lombard Street, Suite 1000
Baltimore, MD 21202

Jack W. Merritt
Jack W. Merritt, PA
Snyder Law Building
355 W. Venice Avenue
Venice, FL 34285

J. Richard Moore, Jr.
Rahaim, Watson, Dearing, Berry &
Moore, PA
3127 Atlantic Blvd.
Jacksonville, FL 32207

Harold E. Morlan, II
Akerman, Senterfitt & Eidson, P.A.
Citrus Center, 17th Floor
255 South Orange Avenue
P.O. Box 231
Orlando, FL 32802-0231

INVOLVED COUNSEL          (CTO-224) MDL-875 (Cont.)          Page 5 of 7

Renee J. Mortimer
Hinshaw & Culbertson
222 Indianapolis Blvd., Suite 202
Schererville, IN 46375

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

John J. Nagle, III
Bodie, Nagle, Dolina, Smith & Hobbs
21 W. Susquehanna Avenue
Towson, MD 21204

Matthew J. Nagle
Lynch, Dallas, Smith & Harman
526 Second Avenue SE
P.O. Box 2457
Cedar Rapids, IA 52406

Peter T. Nicholl
Law Office of Peter T. Nicholl
36 S. Charles Street, Suite 1700
Baltimore, MD 21201

Michelle Noorani
Church, Loker & Silver
2 North Charles Street, Ste. 600
Baltimore, MD 21201

Jeremy W. North
North & Cobb, P.A.
7313 York Road
Towson, MD 21204

Robert L. Norton
Jones & Granger
10000 Memorial Drive, Suite 888
P.O. Box 4340
Houston, TX 77210-4340

Richard O'Leary
McCarter & English, L.L.P.
300 Park Avenue, 18th Floor
New York, NY 10022

L.E. Ogletree
Short, Wiggins, Margo & Butts
210 Park Avenue, Suite 3100
Oklahoma City, OK 73102

Peter T. Paladino, Jr.
Goldberg, Persky, et al.
Ketchum Center, 3rd Floor
1030 Fifth Avenue
Pittsburgh, PA 15219

Mark D. Palmer
Bacon Thornton & Palmer, LLP
Capital Office Park
6411 Ivy Lane, Suite 706
Greenbelt, MD 20770-1411

Albert H. Parnell
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Steven J. Parrott
Parrott & Donohue
18 West Street
Annapolis, MD 21401

Erin M. Peradotto
Volgenau & Bosse
237 Main Street, Suite 750
Buffalo, NY 14203

Douglas B. Pfeiffer
Church, Loker & Silver
2 North Charles Street, Ste. 600
Baltimore, MD 21201

Martha J. Phillips
Atkinson, Haskins, et al.
525 S. Main Street, Suite 1500
Tulsa, OK 74103-4524

Michael S. Polk
Sieben, Polk, LaVerdiere, Jones &
Hawn
999 Westview Drive
Hastings, MN 55033

Jonathan E. Polonsky
Thelen Reid & Priest LLP
40 West 57th Street
New York, NY 10019-4097

James B. Pressly, Jr.
Haynsworth, Sinkler & Boyd
75 Beattie Place, 11th Floor
P.O. Box 2048
Greenville, SC 29602

Michelle S. Regan
Lavin, Coleman, O'Neil, et al.
767 Third Avenue, 7th Floor
New Yor, NY 10017

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronald N. Ricketts
Gable & Gotwals
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217

Ann K. Ritter
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Deborah L. Robinson
Robinson, Woolson & O'Donnell
217 E. Redwood Street
Suite 1500
Baltimore, MD 21202

John F. Rooney, III
Melick, Porter & Shea, LLP
28 State Street, 22nd Floor
Boston, MA 02109-1775

Michael D. Rosenberg
Foley & Lardner
777 East Wisconsin Avenue
Suite 3800
Milwaukee, WI 53202-5367

Warren R. Ross
Wotitzky, Wotitzky, Ross, et al.
223 Taylor Street
Punta Gorda, FL 33950

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Michael P. Royal
Locke Liddell & Sapp, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776

Richard H. Rubenstein
Wilson, Elser, Moskowitz, Edelman
& Dicker
150 East 42nd Street
New York, NY 10017-5639

Peter J. Rubin
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04101

INVOLVED COUNSEL     (CTO-224) MDL-875 (Cont.)                Page 6 of 7

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

George F. Short
Short, Barnes, Wiggins, Margo &
Adler
210 Park Avenue
3100 Oklahoma Tower
Oklahoma City, OK 73102

Vani Singhal
Segal, McCambridge, Singer &
Mahoney, Ltd.
One IBM Plaza
330 N. Wabash Avenue
Suite 200
Chicago, IL 60611

Joel Slawotsky
Sonnenschein, Nath & Rubenthal
1221 Avenue of the Americas
New York, NY 10020-1089

Larry D. Smith
Cabaniss, Smith, Toole & Wiggins
485 North Keller Road, Suite 401
P.O. Box 945401
Maitland, FL 32751-5401

M. Stephen Smith, III
Rumberger, Kirk & Caldwell
80 S.W. 8th Street
Suite 3000
Miami, FL 33130-3047

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Joseph Stalmack
Joseph Stalmack & Associates, P.C.
5253 Hohman Avenue
P.O. Box 1150
Hammond, IN 46320

Thomas E. Steichen
Eldridge Cooper Steichen & Leach
P.O. Box 3566
Tulsa, OK 74101-3566

John P. Sweeney
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202-1487

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Peter Wilson Taliaferro
Thomas & Libowitz
100 Light Street, Suite 1100
The USF&G Tower
Baltimore, MD 21202-1053

Samuel Lewis Tarry, Jr.
McGuire Woods LLP
1 James Center
901 E. Cary Street
Richmond, VA 23219-4030

J. Derrick Teague
204 N. Robinson, Suite 1000
Oklahoma City, OK 73102

Michael T. Terwilliger
Hinshaw & Culbertson
222 Indianapolis Blvd., Suite 202
Schererville, IN 46375

Mark S. Thomas
Maupin, Taylor & Ellis
P.O. Drawer 19764
Raleigh, NC 27619-9764

Tracy E. Tomlin
Nelson, Mullins, Riley & Scarborough
100 North Tryon Street, Suite 2400
Charlotte, NC 28202-4021

R. Bart Totten
Adler, Pollack & Sheehan
2300 Financial Plaza
Providence, RI 02903

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Allen D. Vaughan
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607-5308

Craig R. Waksler
Taylor, Duane, Barton & Gilman
10 Dorrance Street, Suite 700
Providence, RI 02903

James L. Ware
Sheehy, Serpe & Ware, P.C.
2500 Two Houston Centre
909 Fanin
Houston, TX 77010-1003

Charles J. Watts
Smith, Shew, Scrivner, Corbin & Watts
6520 North Western Avenue, Ste. 300
Oklahoma City, OK 73116

James R. Webb
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square, 10th Floor
Oklahoma City, OK 73102-7101

Joe D. Wells
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018-8008

Kenneth L. Weltz
Lathrop & Gage
10851 Mastin Blvd.
Bldg. 82, Suite 1000
Overland Park, KS 66210-2007

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Paul A. Weykamp
110 St. Paul Street, Suite 300
Baltimore, MD 21202

Clay M. White
Sammons & Parker, P.C.
218 North College
Tyler, TX 75702

Forrest R. Wilkes
Forman, Perry, Watkins, Krutz & Tardy
1515 Poydras St., Suite 1420
New Orleans, LA 70112

Stephen B. Williamson
Van Winkle, Buck, Wall, Starnes &
Davis, P.A.
P.O. Box 7376
Ashville, NC 28802

Case MDL No. 875   Document 3936   Filed 07/21/03   Page 22 of 29

INVOLVED COUNSEL          (CTO-224) MDL-875 (Cont.)                    Page 7 of 7

Douglas P. Wilson
Wilson Law Offices
200 Firstar Bank Building
6405 North Cosby Avenue
Kansas City, MO 64151

Lee Ruffin Wilson
Bowers Orr, LLP
P.O. Box 25389
Columbia, SC 29224

Andrew R. Wolf
Bruce P Clark And Associates
419 Ridge Road
Munster, IN 46321-1581

John R. Woodard, III
Feldman, Franden, Woodard, Farris
& Boudreaux
525 South Main
1000 Park Centre
Tulsa, OK 74103-4514

John R. Woodward
Woodward, Shaw & Howell
4849 Greenville Avenue, Suite 1177
Dallas, TX 75206

*fe 22*
*s.¿*

FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

03 MAY -8 PM 3: 31

~~DISTRICT~~ COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

HARVEY JANDREAU,

                Plaintiff(s),

v.                                 CASE NO:  8:03-CV-435-T-27TBM

AC DELCO; et al.,

                Defendant(s).
_____/

### ORDER

    **THIS CAUSE** is before the Court, *sua sponte.* Upon consideration, the Court finds that this

matter is subject to a conditional transfer order filed by the Judicial Panel on Multidistrict Litigation.

Accordingly, it is **ORDERED AND ADJUDGED** that this action is stayed pending transfer to the

Multidistrict Litigation Panel.  The Clerk is directed to administratively close this case pending

transfer to the Multidistrict Litigation Panel.  The parties shall notify this Court of the status of this

case in the event that the case has not been transferred within 60 days of the date of the entry of this

order.

    **DONE AND ORDERED** in chambers this ___8th___ day of May, 2003.


**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record
Courtroom Deputy
Law Clerk

**RECEIVED**

MAY 1 2 2003

HOLLAND & KNIGHT, LLP

*49*

**EXHIBIT "B"**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 2 1 2003

FILED
CLERK'S OFFICE

**DOCKET NO. 875**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE ASBESTOS PRODUCTS LIABILITY (NO. VI)**

**CONDITIONAL TRANSFER ORDER (CTO-224)**

---

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HARVEY JANDREAU,

     Plaintiff,

vs.

AC DELCO, et al.,

     Defendants.

_____/

Case No. 8:03-cv-435-T-27TBM

*Request of Defendant General Motors Corp. for an Extension of Time to File Response - GRANTED*

     **(cdm -7/21/03)**

**DEFENDANT GENERAL MOTORS CORPORATION'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE**
**MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO**
**VACATE CONDITIONAL TRANSFER ORDER**

Defendant, GENERAL MOTORS CORPORATION ("GM"), files this

Unopposed Motion for Extension of Time to File its Memorandum in Opposition to

Plaintiff Harvey Jandreau's Motion to Vacate the Conditional Transfer Order

entered by this Court, and in support thereof states:

     1.     On June 6, 2003, Plaintiff Harvey Jandreau served a Motion and Brief

to Vacate Conditional Transfer Order.

     2.     On June 26, 2003, GM served a Memorandum in Opposition to

Plaintiff's Motion to Vacate the Conditional Transfer Order.  *See* Exhibit "1".

However, the undersigned counsel recently learned that the original of GM's memorandum was erroneously filed by his assistant in the United States District Court for the Eastern District of Pennsylvania and not in this Court due to misunderstanding of the nature of a Conditional Transfer Order. Counsel did not realize the error because GM's memorandum was correctly captioned.

3.    On that same date, June 26, 2003, Co-Defendant Ford Motor Company filed a Response in Opposition to Plaintiff's Motion and Brief to Vacate the Conditional Transfer Order, and this Court has scheduled Plaintiff's Motion to Vacate for consideration at the July 24, 2003 hearing without oral argument.

4.    Since the Plaintiff was timely served with GM's Memorandum in Opposition and since the Court will consider opposition to Plaintiff's motion as a result of having received Ford's Response in Opposition, GM respectfully requests the Court to grant this Motion for Extension of Time, to deem its attached and previously served Memorandum in Opposition to Plaintiff's Motion to Vacate the Conditional Transfer Order filed in this Court, and to consider same at the July 24, 2003 hearing.

5.    The undersigned hereby certifies that he has conferred with Plaintiff's counsel regarding the substance of this motion and can represent to the Court that Plaintiff does not oppose it.

## MEMORANDUM OF LAW

Fed. R. Civ. P. 6(b) authorizes the filing of motions for extension of time after the expiration of the originally prescribed period when the failure to act was the

2

result of excusable neglect.    Clerical errors of staff have been held to meet the excusable neglect standard of Fed. R. Civ. P. 6(b).  *Pioneer Investment Services Co. v. Brunswick Associates Limited Partnership*, 507 U.S. 380 (1993); *Walter v. Blue Cross & Blue Shield United of Wisconsin*, 181 F.3d 1198 (11th Cir. 1999); *City of Chanute, Kansas v. Williams Natural Gas Co.*, 31 F.3d 1041 (10th Cir. 1994).

For all the aforementioned reasons, Defendant General Motors Corporation respectfully requests that this Unopposed Motion for Extension of Time be granted and that its attached Memorandum in Opposition to Plaintiff's Motion to Vacate the Conditional Transfer Order be deemed filed herein.

CHRIS N. KOLOS, ESQ.
Florida Bar No. 438235
HOLLAND & KNIGHT LLP
200 South Orange Avenue, Ste. 2600
Post Office Box 1526 (32802-1526)
Orlando, FL 32801
Phone: 407/425-8500
Fax:  407/244-5288

Attorneys for Defendant
GENERAL MOTORS CORPORATION

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U. S. Mail this 17th day of July, 2003 to all counsel as shown on the attached Service List.

CHRIS N. KOLOS, ESQ.
Florida Bar No. 438235
HOLLAND & KNIGHT LLP
200 South Orange Avenue, Ste. 2600
Post Office Box 1526 (32802-1526)
Orlando, FL 32801
Phone: (407) 425-8500
Fax:  (407) 244-5288

Attorneys for Defendant
GENERAL MOTORS CORPORATION

ORL1 #785184 v1

4

**PANEL SERVICE LIST (Excepted from CTO-224)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Harvey Jandreau v. AC Delco, et al., M.D. Florida, C.A. No. 8:03-435*

Jeffrey M. Bell
Ritter, Chusid, Bivona & Cohen, LLP
7000 West Palmetto Park Road
Suite 400
Boca Raton, FL 33433

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Rodd R. Buell
Rodd R. Buell, P.A.
11883 Maidstone Drive
Wellington, FL  33414-7008

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Susan J. Cole
Bice Cole Law Firm
2801 Ponce De Leon Bouelvard
Suite 550
Coral Gables, FL 33134-6920

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Evelyn M. Fletcher
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Mark C. Greene
Fowler White Boggs & Banker, PA
501 East Kennedy
Suite 1700
P.O. Box 1438
Tampa, FL 33601

Robert A. Hannah
Hannah Estes & Ingram, P.A.
37 North Orange Avenue
Suite 300
Post Office Box 4974
Orlando, FL 32802-4974

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Donna L. Harvey
Speziali, Greenwald, Goldstein &
Hawkins, PC
501 South Indiana Avenue
Suite A
Englewood, FL 34223

Virginia E. Johnson
Foley & Mansfield, P.L.L.P.
4770 Biscayne Blvd., Ste. 1030
Miami, FL: 33137

Chris N. Kolos
Holland & Knight LLP
200 S. Orange Avenue
Suite 2600
Orlando, FL 32801

Reginald S. Kramer
Buckingham, Doolittle &
Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Jack W. Merritt
Jack W. Merritt, PA
1800 Second Street
Suite 852
Sarasota, FL 34237

J. Richard Moore, Jr.
Rahaim, Watson, Dearing, Berry &
Moore, PA
3127 Atlantic Blvd.
Jacksonville, FL 32207

Harold E. Morlan, II
Akerman, Senterfitt & Eidson, P.A.
Citrus Center, 17th Floor
255 South Orange Avenue
Post Office Box 231
Orlando, FL 32802-0231

Ronald L. Motley
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, OBrien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburg, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Larry D. Smith
Cabaniss, Smith, Toole & Wiggins
485 North Keller Road
Suite 401
P.O. Box 945401
Maitland, FL 32751-5401

M. Stephen Smith, III
Rumberger, Kirk & Caldwell
80 S.W. 8th Street
Suite 3000
Miami, FL 33130-3047

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

ORL1 #785179 v1