MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 30 2003

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL DOCKET NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| DERONDA GREER, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:03CV116- (N.D. Miss.) |
| ) | |
| BAIRD AND COMPANY, ET AL., ) | |
| ) | |
| Defendants. ) | |

PLEADING NO. 3939

### OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CTO-225

Certain defendants in the above-captioned action respectfully submit this Opposition to plaintiffs' Motion To Vacate Conditional Transfer Order ("CTO").[1/] Plaintiffs ask the Panel to vacate CTO-225 as it pertains to the action transferred from the United States District Court for the Northern District of Mississippi that is listed above. The Panel should deny plaintiffs' motion, because it contradicts well-settled Panel precedent and is premised on a fundamental misunderstanding of the co-equal competence of federal courts.

Plaintiffs acknowledge that this case falls within the category of cases that should be transferred to MDL-875. See Pl. Brief at 2 (plaintiffs "brought claims against various manufactures and distributors of products and/or machinery that either contained asbestos or required the use of asbestos-containing products"). Plaintiffs nonetheless argue that the

**OFFICIAL FILE COPY** IMAGED JUL 31 '03

---

[1/]   This Opposition is filed on behalf of defendants Dana Corporation; Kemp Equipment Company, Inc.; and Laurel Machine and Foundry Company.

- 2 -

Panel should not transfer this case to MDL-875 because it is "delaying these plaintiffs their opportunity to. . . . have their day in court." Thus, plaintiffs assert that the Panel should vacate the CTO until the Northern District of Mississippi addresses plaintiffs' pending motion to remand.

The Panel has rejected identical arguments against transfer over and over again. In its initial opinion creating this MDL docket, the Panel made clear that "distinctions based on such matters as the pendency of motions or other matters before the transferor court" do not present a basis "for carving out exceptions to transfer in this extraordinary docket." In re Asbestos Prods. Liab. Litig. (VI), MDL-875 (J.P.M.L. Aug. 9, 2002) (transfer order), at 1-2, citing In re Asbestos Prods. Liab. Litig. (VI), 771 F. Supp. 415 (J.P.M.L. 1991). The Panel has repeatedly reaffirmed this position,[2] and has explicitly held that the pendency of a motion for remand to state court is not a proper basis for denial of transfer. See, e.g., In re Asbestos Prods. Liab. Litig. (VI), MDL-875 (J.P.M.L. Aug. 9, 2002) (transfer order), at 1 n.1 ("Plaintiffs * * * have argued that transfer should be denied or deferred in order to permit the resolution of a pending motion to remand the action to state court. There is no need to delay transfer in order to accommodate such an interest.").

Plaintiffs' motion also ignores the legal and functional equivalence of two co-equal federal courts. The transferee court, the United States District Court for the Eastern District

---

[2] E.g., In re Asbestos Prods. Liab. Litig. (VI), MDL-875 (J.P.M.L. Apr. 17, 2001) (transfer order), at 1-2; In re Asbestos Prods. Liab. Litig. (VI), MDL-875 (J.P.M.L. Feb. 20, 2002) (transfer order), at 1.

- 3 -

of Pennsylvania, is just as competent as the transferor court to decide expeditiously whether removal from the state court was proper. In keeping with Panel precedent, plaintiffs should avail themselves of Panel Rule 7.6 before the transferee court rather than seeking relief here.

Plaintiffs' assertion that the Northern District of Mississippi must consider the remand issue is without merit. As noted above, until a final transfer order is entered, this Panel and the local district court have equal rights to remand the case. However, Plaintiffs' remand issue can be considered even after a final transfer order is entered. Judge Weiner may remand certain claims in advance of the remainder of the action. That apportionment of responsibility is made clear by the Panel's original decision creating MDL-875, which held that "[i]t may well be that on further refinement of the issues and *close scrutiny by the transferee court*, some claims or actions can be remanded in advance of the other actions in the transferee district," and that "[s]hould the transferee court deem remand of any claims or actions appropriate, *the transferee court can communicate this to the Panel*, and the Panel will accomplish remand with a minimum of delay." In re Asbestos Prods. Liab. Litig. (VI), 771 F. Supp. 415, 422 (J.P.M.L. 1991) (emphasis added).

Plaintiffs also assert their right to a just and speedy determination of the action. Pl. Brief at 2. The Panel has consistently recognized the efficiency of MDL consolidation of asbestos cases, to the point where that issue is not seriously subject to debate. See, e.g., In re Asbestos Prods. Liab. Litig. (VI), MDL No. 875 (J.P.M.L. Aug. 9, 2002) (transfer order), at 1 (transfer to MDL-875 "will serve the convenience of the parties and witnesses and

- 4 -

promote the just and efficient conduct of the litigation"). The benefits of consolidating all federal court asbestos cases in a single district that the Panel contemplated when it established MDL-875 have been validated by Judge Weiner's impressive record in resolving cases in MDL-875. See id. at 2 (Judge Weiner has closed over 73,000 asbestos actions since 1991).

In short, plaintiffs have presented no basis on which the Panel should vacate CTO-225 with respect to this case. Plaintiffs present no novel grounds for denying transfer. This Panel's Transfer Order of February 20, 2003, summarizes the proper response.

> In particular, we note that in the Panel's original decision distinctions based on such matters as the pendency of motions or other matters before the transferor court, the uniqueness of a party's status, the type of defendant, the docket condition of any specific federal district, the state of pretrial proceedings, the presence of unique claims or additional claims not relating to asbestos injury or death, and/or the unanimity of opposition to transfer by the parties to an action, were considered and rejected by the Panel as grounds for carving out exceptions to transfer in this extraordinary docket. We are not persuaded to depart from this approach in dealing with the question of transfer of the action now before the Panel. In re Asbestos Prods. Liab. Litig. (VI), MDL-875 (J.P.M.L., Feb. 20, 2003) (transfer order in *Lucille Evers, et al. v. AC&S, et al.*, S.D. Miss., C.A. No. 1:02-708).

As this Panel has ruled time and again, the mere fact that Plaintiffs do not want the case before Judge Weiner is insufficient to merit valid opposition to a transfer order. For the stated reasons, the Panel should deny plaintiffs' motion to vacate and should instead expeditiously transfer this matter to MDL-875.

- 5 -

Respectfully submitted, this the 21st day of July, 2003.

>DANA CORPORATION; KOMP EQUIPMENT
>COMPANY, INC.; AND LAUREL MACHINE
>AND FOUNDRY COMPANY
>
>By _____
>THOMAS W. TARDY, III, MSBN 7431
>MICHAEL D. GOGGANS, MSBN 10581

OF COUNSEL:

Forman Perry Watkins Krutz & Tardy LLP
Suite 1200, One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, MS 39225-2608
(601) 960-8600

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 30 2003

# CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I hereby certify that, on this 21st day of July, 2003, I caused an original, eleven (11) copies, and one computer readable disk copy of the foregoing Opposition to be served by hand on the Clerk of the Panel:

> Michael J. Beck
> Clerk of the Panel
> Judicial Panel on Multidistrict Litigation
> Thurgood Marshall Federal Judiciary Building
> One Columbus Circle, N.E.
> Room G-225, North Lobby
> Washington, D.C. 20002-8004

I further certify that, on this 21st day of July, 2003, I caused copies of the foregoing Opposition to be served by first-class mail, postage prepaid, on the counsel on the attached service list.

I finally certify that, on this 21st day of July, 2003, I caused a copy of the foregoing Opposition was served by first-class mail, postage prepaid, on the Clerk of the transferee court:

> Michael E. Kunz
> Clerk of the Court
> United States District Court for the
> Eastern District of Pennsylvania
> 601 Market Street
> Philadelphia, PA 19106-1797

_____
MICHAEL D. GOGGANS

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
2003 JUL 25 A 8:20
RECEIVED
CLERK'S OFFICE

SENT BY: FPWKT; 601 960 8611; JUL-30-03 13:30; PAGE 11/12
Case MDL No. 875 Document 3939 Filed 07/30/03 Page 7 of 13
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUL 3 0 2003

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that, on this 21st day of July, 2003, I caused an original, eleven (11) copies, and one computer readable disk copy of the foregoing Opposition to be served by hand on the Clerk of the Panel:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-225, North Lobby
Washington, D.C. 20002-8004

I further certify that, on this 21st day of July, 2003, I caused copies of the foregoing Opposition to be served by first-class mail, postage prepaid, on the counsel on the attached service list.

I finally certify that, on this 21st day of July, 2003, I caused a copy of the foregoing Opposition was served by first-class mail, postage prepaid, on the Clerk of the transferee court:

Michael E. Kunz
Clerk of the Court
United States District Court for the
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

MICHAEL D. GOGGANS

2003 JUL 30 P 12: 49
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

*Involved Counsel (Excerpted from CTO-225)*

**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Deronda Greer, et al. v. Baird & Co., et al.*, N.D. Mississippi, C.A. No. 4:03-116

Scott W. Bates
Baker, Donelson, Bearman & Caldwell
P. O. Box 14167
Jackson, MS 39236

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Stefan G. Bourn
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Marcy L. Bryan
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Edward J. Currie, Jr.
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box 750
Jackson, MS 39205-0750

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

Daphne M. Lancaster
Aultman, Tyner, Ruffin & Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Silas W. McCharen
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025

Charles S. Siegel
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Karl R. Steinberger
Colingo, Williams, Heidelberg, et al.
P.O. Box 1407
Pascagoula, MS 39568-1407

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

# FORMAN
# PERRY
# WATKINS
# KRUTZ &
# TARDY LLP
ATTORNEYS AT LAW

1200 ONE JACKSON PLACE
188 E. CAPITOL STREET
JACKSON, MISSISSIPPI 39201
TELEPHONE: (601) 960-8600
FACSIMILE: (601) 960-3241

## TELECOPIER TRANSMITTAL COVER SHEET

### CONFIDENTIALITY NOTE

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address below via the United States Postal Service. Thank you.

**DATE:** July 30, 2003

**PLEASE DELIVER THE FOLLOWING PAGES TO:**

**NAME:** April Layne

**COMPANY:** Judicial Panel on Multidistrict Litigation

**FAX NO.:** (202) 502-2888

**MESSAGE:** MDL-875 - CTO-225
*Deronda Greer, et al.*
N.D. Mississippi, C. A.4:03CV-116-D-B

**FPWK&T FILE #:**

TOTAL NO. OF PAGES _12_ (INCLUDING COVER SHEET)

OUR TELECOPIER NO. (601) 960-8613

**IF YOU HAVE ANY PROBLEMS OR DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL BACK AT (601) 960-8617 AS SOON AS POSSIBLE.**

Anna L. Maher-Williamson

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 3 0 2003

FILED
CLERK'S OFFICE

# FORMAN PERRY WATKINS KRUTZ & TARDY, LLP

ATTORNEYS AT LAW

1200 One Jackson Place
188 East Capitol Street
Jackson, Mississippi 39201-2131

Post Office Box 22608
Jackson, Mississippi 39225-2608

Telephone: 601-960-8600
Main Facsimile: 601-960-8613
Asbestos Facsimile: 601-960-3241

ANNA L. MAHER-WILLIAMSON
Paralegal
annaw@fpwk.com
Direct Dial: (601) 960-8617

July 30, 2003

Michael J. Beck, Clerk of the Panel
Attn: April Layne
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

Request of Defts. Dana Corp., Komp Equipment Co., Inc., and Laurel Machine and Foundry Co. for an Extension of Time to file Response – GRANTED

(cdm - 7/30/03)

RE:   *Deronda Greer, et al. v. DamilerChrysler Corporation, et al.*
      In the United States District Court for the Northern District of Mississippi
      Greenville Division; Civil Action No.: 4:03CV116-D-B
      MDL-875; CTO-225

Dear Ms. Layne:

Please find enclosed for filing Motion of certain Defendants for Extension of Time to File Opposition to Plaintiffs' Motion to Vacate CTO-225 in the above-referenced matter.

I have also enclosed a copy of the Opposition to Plaintiffs' Motion to Vacate CTO-225 with attached service list. Our office served by U. S. Mail the attorneys on the attached service list on July 21, 2003.

If you or your staff should have any questions regarding this matter, please do not hesitate to contact me at (601) 960-8617. Thank you for your attention to this matter.

Sincerely,
FORMAN PERRY WATKINS KRUTZ & TARDY LLP

Anna L. Maher-Williamson
Paralegal to Michael D. Goggans, Esq.

2003 JUL 30 P 12: 49
RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

:almw
Enclosures
cc:   All Counsel of Record (w/encl.)

| Houston | Dallas | New Orleans |
|---|---|---|
| 1717 St. James Place, Suite 600 | Bryan Tower, Suite 1300 | 1515 Poydras Street, Suite 1300 |
| Houston, Texas 77056 | 2001 Bryan Street | New Orleans, Louisiana 70112 |
| Telephone: 713-402-1717 | Dallas, Texas 75201 | Telephone: 504-799-4383 |
| Facsimile: 713-621-6746 | Telephone: 214-905-2924 | Facsimile: 504-799-4384 |
|  | Facsimile: 214-905-3976 |  |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 30 2003

FILED
CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

MDL DOCKET NO. 875

**This Document Relates To:**
DERONDA GREER, et al. vs.
BAIRD AND COMPANY, ET AL.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

DERONDA GREER, ET AL.                                PLAINTIFFS

VS.                                CIVIL ACTION NO.: 4:03CV116-D-B

BAIRD & COMPANY, ET AL.                              DEFENDANTS

---

### MOTION OF DEFENDANTS DANA CORPORATION, KOMP EQUIPMENT COMPANY, INC. AND LAUREL MACHINE AND FOUNDRY COMPANY FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CTO-225

---

COMES NOW Defendants Dana Corporation, Komp Equipment Company, Inc. and Laurel Machine and Foundry Company ("Defendants"), by and through counsel, and hereby moves for an extension of time to file its Opposition to Plaintiffs' Motion to Vacate CTO-225 in the above-captioned case and in support thereof would show unto the Court the following:

1. Defendants' counsel received Plaintiffs' Motion to Vacate CTO-225 on July 2, 2003.

2. Defendants' Opposition to Plaintiffs' Motion to Vacate CTO-225 was due on July 21, 2003. In order to provide sufficient time to prepare the opposition to the various issues raised in the Plaintiffs' Motion to Vacate CTO-225 and response and to secure client review, Defendants respectfully requests that this Court extend this deadline to July 30, 2003.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2003 JUL 30 P 12: 49

RECEIVED
CLERK'S OFFICE

Case MDL No. 875   Document 3939   Filed 07/30/03   Page 12 of 13
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
JUL 3 0 2003
FILED
CLERK'S OFFICE

WHEREFORE, PREMISES CONSIDERED Defendants requests that the Court grant its Motion for Additional Time and grant Defendants an extension until July 30, 2003, in which to file its Opposition to Plaintiffs' Motion to Vacate CTO-225.

RESPECTFULLY SUBMITTED, this the 30th day of July, 2003.

FOR THE DEFENDANTS, DANA CORPORATION, KOMP EQUIPMENT COMPANY, INC and LAUREL MACHINE AND FOUNDRY COMPANY

_____
MICHAEL D. GOGGANS, MSB #10581

OF COUNSEL:
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
Suite 1200, One Jackson Place
188 E. Capitol Street
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600; FAX: (601) 960-8613



## CERTIFICATE OF SERVICE

I hereby certify that, on this 30th day of July, 2003, I caused copies of the foregoing Motion of Defendants Dana Corporation, Komp Equipment Company, Inc. and Laurel Machine and Foundry Company for Extension of Time to File Opposition to Plaintiffs' Motion to Vacate CTO-225 to be served by first-class mail, postage prepaid, on the counsel on the attached service list.

_____
MICHAEL D. GOGGANS, MSB #10581

**PANEL SERVICE LIST (Excerpted from CTO-225)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Deronda Greer, et al. v. Baird & Co., et al.*, N.D. Mississippi, C.A. No. 4:03-116

Scott W. Bares
Baker, Donelson, Bearman & Caldwell
P. O. Box 14167
Jackson, MS 39236

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Stefan G. Bourn
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Marcy L. Bryan
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Edward J. Currie, Jr.
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box 750
Jackson, MS 39205-0750

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

Daphne M. Lancaster
Aultman, Tyner, Ruffin & Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Silas W. McCharen
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025

Charles S. Siegel
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Karl R. Steinberger
Colingo, Williams, Heidelberg, et al.
P.O. Box 1407
Pascagoula, MS 39568-1407

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406