**MDL 875**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY - 6 2003
J.T. NOBLIN, CLERK
BY_____ DEPUTY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
JUL 31 2003
FILED
CLERK'S OFFICE

| | |
|---|---|
| CHRISTINE WEBSTER, *ET AL.* | PLAINTIFFS |
| VERSUS | CIVIL ACTION NO. 1:03cv132GR |
| MINNESOTA MINING AND MANUFACTURING COMPANY, *ET AL.* | DEFENDANTS |

### ORDER OF REMAND

THIS matter is before the Court by agreement of Defendant Eaton Corporation and all Plaintiffs in the above styled and numbered civil action listed and identified in the Complaint, or by name and Social Security number on Exhibit "B" to the Complaint, *in seriatim*, to remand this matter to the Circuit Court of Holmes County, Mississippi. The Court, being advised in the premises finds that this matter should be remanded to state court. It is, therefore,

ORDERED that the above styled and numbered civil action be, and is hereby, remanded to the Circuit Court of Holmes County, Mississippi, and the Notice of Removal of Defendant Eaton is hereby dismissed and held for naught by agreement between the Plaintiffs and the Defendant. It is further,

ORDERED that the Clerk of Court shall, after the expiration of ten days from the date of entry of this order, or by no earlier than May 20, 2003, forward a certified copy of this Order together with the court record to the Circuit Court Holmes County, Mississippi. It is further,

ORDERED that any party attempting to circumvent the normal procedures of this Court shall be sanctioned as deemed appropriate by this Court.

SO ORDERED this the 5th day of May, A.D., 2003.

*[signature]*
UNITED STATES DISTRICT JUDGE

OFFICIAL FILE COPY

MDL-875 RECOMMENDED ACTION
VACATE CTO-216 -- 1 ACT
Approved/Date: mjb 7/30/03

PLEADING NO. 3940

RECEIVED CLERK'S OFFICE
2003 JUL 29 P 3:47
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

O.B. 2003
PG. 398

IMAGED JUL 31'03