MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 31 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Christine Webster, et al. v. Minnesota Mining, et al.*, S.D. Mississippi, C.A. No. 1:03-132

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Webster*) on July 21, 2003. The Panel has now been advised that *Webster* was remanded to the Circuit Court of Holmes County, Mississippi, by the Honorable Walter J. Gex III in an order filed on May 6, 2003.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-226" filed on July 21, 2003, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

PLEADING NO. 3941

**OFFICIAL FILE COPY**

IMAGED JUL 31 '03