MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 4 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Amelia J. Lightsey, et al.,* v. *John Crane, et al.,* E.D. Pennsylvania (N.D. Georgia, C.A. No. 1:02-3391)

*Blanche K. Black, et al.,* v. *John Crane, et al.,* E.D. Pennsylvania (N.D. Georgia, C.A. No. 1:02-3392)

### OBJECTION TO CONDITIONAL REMAND ORDER

COMES NOW Viacom Inc., successor by merger to CBS. Corporation, f/k/a Westinghouse Electric Corporation (hereinafter "Westinghouse") pursuant to Rules 5.1, 5.2, 7.2 and 7.6(f)(ii) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation and hereby objects to the entry of the Conditional Remand Order as stated.

The grounds for this objection are that coordinated or consolidated pretrial proceedings with respect to the remaining claims in the above-captioned actions are incomplete. At the point in time the removal occurred, the court from which the actions were removed had scheduling orders in affect and discovery was ongoing. These cases were removed to the United States District Court, Northern District of Georgia, Atlanta Division based on diversity of citizenship. After the actions were removed to the United States District Court, Northern District of Georgia, Atlanta Division, that Court promulgated its own Scheduling Order for each case. This Defendant made a Motion to Stay Proceedings in each case and filed those with said Court. Both Motions to Stay Proceedings were granted, thus no pretrial proceedings were undertaken nor completed.

PLEADING NO. 3942

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2003 AUG -4 P 12: 02

RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**

**IMAGED AUG 4 '03**

Respectfully submitted this 4th day of August, 2003.

EVERT & WEATHERSBY, L.L.C.

By: _____
MATTHEW N. PADGETT
Georgia Bar No. 558705

Suite 6
200 Cleveland Road
P.O. Box 1787
Athens, Georgia 30603
(706) 583-8665
Attorneys for Defendant Viacom Inc.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties in the foregoing matter with this OBJECTION TO CONDITIONAL REMAND ORDER by facsimile and U.S. Mail in an envelope with adequate postage thereon addressed as follows:

**PLAINTIFF**
C. Darrell Gossett, Esq.
Lane & Gossett, P.C.
1602 Reynolds Street
Brunswick, GA 31520

**DEFENDANTS**
**John Crane, Inc.**
Ollie M. Harton
Jennifer P. Treanor
HAWKINS & PARNELL, LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia 30308-3243

**Metropolitan Life Insurance**
Carolyn Baer, Esq.
Ogletree, Deakins, Nash, Somoak & Stewart P.C.
Bank of America Plaza
600 Peachtree St., NE
Atlanta, GA 30308

**General Electric**
Randy Dalby, Esq.
Chilivis, Cochran, Larkins & Bever
3217 Maple Drive, NE
Atlanta, GA 30305

**Georgia Pacific Corporation**
Sara Turnipseed, Esq.
Nelson, Mullins, Riley & Scarborough
First Union Plaza, Suite 1400
999 Peachtree Street, NE
Atlanta, GA 30309
**Dismissed without prejudice on 12/2/02.**

