MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 4 2003

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION

(NO. IV)

DOCKET NO. 875

Thomas R. Wicker, et al. v Illinois
Central Railroad Company
(SD MS; 1:03CV208GR)

**ORAL ARGUMENT:**

*COUNSEL FOR PLAINTIFFS HEREBY STATE, PURSUANT TO RULE 16.2, THAT SAID COUNSEL REQUESTS ORAL ARGUMENT AND WILL PRESENT SAME AT ANY HEARING ON THE HEREIN NOTICE AND PLAINTIFFS' OPPOSITION REGARDLESS OF WHETHER DEFENSE COUNSEL CHOOSES TO DO SO.*

### PLAINTIFFS' NOTICE OF OPPOSITION TO THE PANEL'S CONDITIONAL TRANSFER ORDER FILED IN THE ABOVE ACTIONS ON OR ABOUT AUGUST 5, 2003

Come now, Thomas R. Wicker, et al., by and through their counsel of record, and move this Honorable Panel to deny jurisdiction over this matter, withdraw the Conditional Transfer Order relative to this action, and remand this action to the Federal District Court for the Southern District of Mississippi, Southern Division where it is pending. In support of this Notice, Plaintiffs have filed a Motion to Vacate this Conditional Transfer Order and supporting Brief simultaneously herewith. Plaintiffs' Opposition is based on the Federal Court's lack of jurisdiction over this matter, and their pending Motion to Remand before that court. This action was filed under the Federal Employers Liability Act and pursuant to such there is concurrent jurisdiction in the State Court and Federal Court. Plaintiffs have chosen the State Court venue and this case should be sent back to the Southern District to rule on the Plaintiffs' Motion To Remand.

PLEADING NO. 3943

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2003 AUG 4  12: 22
RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY** IMAGED AUG 4 '03

AUG - 4 2003

Respectfully submitted this the 4th day of August, 2003.

C.E. SOREY II, (MS Bar No. 7692)
Attorney for Plaintiffs

OF COUNSEL:
Ramsey Law Firm, P.C.
21 N. Florida Street
Mobile, Alabama 36607
Phone: (334) 479-5655
Fax: (334) 479-2488

## CERTIFICATE OF SERVICE

I, **C. E. Sorey, II**, attorney for *Plaintiffs Thomas R. Wicker, et al.*, do hereby certify that have this day caused a true and correct copy of the above and foregoing Plaintiffs' Notice Of Opposition To The Panel's Conditional Transfer Order Filed In The Above Actions On Or About August 5th, 2003 to be served by United States mail, postage prepaid, to the **following: Charles T. Ozier, Esq., Charles H. Russell, III, Esq., WISE CARTER CHILD & CARAWAY, Post Office Box 651, Jackson, MS 39205**; and, to all of the attorneys listed on the Certificate Of Service for the MDL.

THIS, the 4th day of August, 2003.

C.E. SOREY II

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2003 AUG -4 P 12:23
RECEIVED CLERK'S OFFICE