

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 5 2003

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Willie Gray, et al. v. 3M f/k/a Minnesota Mining and Manufacturing Co., et al.*; United States District Court for the Southern District of Mississippi, Southern Division; Civil Action No. 1:03-CV-126-GR

### NOTICE OF OPPOSITION
### PURSUANT TO RULE 12 OF THE RULES OF PROCEDURE
### OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PURSUANT to Rule 12(c) of the *Rules of Procedure of the Judicial Panel on Multidistrict Litigation*, the Plaintiffs hereby file this their Notice of Opposition to the Conditional Transfer Order entered July 21, 2003, in the above cited case by the Clerk of the Panel transferring this action to the United States District Court for the Eastern District of Pennsylvania (MDL Docket No. 875).

In accordance with Rule 12(d) of the *Rules of Procedure of the Judicial Panel on Multidistrict Litigation*, the Plaintiffs within fifteen (15) days of the filing of this Notice of Opposition, will file a Motion to Vacate the Conditional Transfer Order and brief in support thereof.

Respectfully submitted, this the 4th day of August, 2003.

PATRICK C. MALOUF
ATTORNEY FOR PLAINTIFFS

OF COUNSEL:

Timothy W. Porter (MSB# 9687)
Patrick C. Malouf (MSB# 9702)
PORTER & MALOUF, P.A.
825 Ridgewood Rd., Ridgeland, MS 39157
Post Office Box 12768
Jackson, Mississippi 39236
Telephone:   (601) 957-1173
Facsimile:    (601) 957-7366

**OFFICIAL FILE COPY**

IMAGED AUG 5 '03

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiffs hereby certifies that this date a true and correct copy of the above and foregoing document has been sent by United States Mail, postage prepaid, to the counsel listed on the Panel Service List excerpted from CTO-226, a copy of which is attached hereto and all counsel of record in this case attached hereto as well.

This the 4th day of August, 2003.

_____
PATRICK C. MALOUF

Michael S. Allred (MSB#1538)
Kathleen H. Eiler (MSB#8966)
THE ALLRED LAW FIRM
1911 Dunbarton Drive
Post Office Box 3828
Jackson, Mississippi 39207
Telephone: 601-713-1414
Facsimile: 601-713-3259

### ATTORNEYS FOR EATON CORPORATION

Thomas W. Tardy, III, Esq.
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
Post Office Box 22608
Jackson, Mississippi 39225-2608

### ATTORNEYS FOR A-BEX CORPORATION; CERTAINTEED CORPORATION; COMBUSTION ENGINEERING, INC.; COOPER INDUSTRIES, INC.; DANA CORPORATION; FERODO AMERICAN, INC. FLEXITALLIC, INC.; GENERAL ELECTRIC COMPANY; KOMP EQUIPMENT COMPANY; LAUREL MACHINE AND FOUNDRY COMPANY; PNEUMOABEX CORPORATION; UNION CARBIDE CHEMICALS AND PLASTICS COMPANY, INC.; UNIROYAL FIBER & TEXTILE DIVISION OF UNIROYAL, INC.

James P. Streetman, III, Esq.
CLARK, SCOTT & STREETMAN, PA
Post Office Box 13847
Jackson, Mississippi 39236-3847

### ATTORNEY FOR AMERICAL OPTICAL CORPORATION; PFIZER, INC.; QUIGLEY COMPANY, INC.

Lynn Luker, Esq.
Lisa Newman Sibal, Esq.
Patrick D. McMurtray, Esq.
LUKER, SIBAL & McMURTRAY, LLC
616 Girod Street, Suite 200
New Orleans, Louisiana 70130

Thomas E. Vaughn, Esq.
ALLEN, VAUGHN, COBB & HOOD, PA
Post Office Drawer 240
Gulfport, Mississippi 39502-0240

### ATTORNEYS FOR FOSTER WHEELER CORPORATION

Joseph J. Stroble, Esq.
WATKINS & EAGER
Post Office Box 650
Jackson, Mississippi 39205

### ATTORNEYS FOR METROPOLITAN LIFE INSURANCE COMPANY

Patrick Buchanan, Esq.
BROWN, BUCHANAN & SESSOMS, PA
Post Office Box 1377
Biloxi, Mississippi 39533-1377

### ATTORNEY FOR DANAHER CORPORATION; AMMCO TOOLS, INC.

Karl Steinberger, Esq.
Roy C. Williams, Esq.
COLINGO, WILLIAMS, HEIDELBERT, STEINBERGER & McELHANEY
Post Office Box 1407
Pascagoula, Mississippi 39568-1407

### ATTORNEY FOR MISSISSIPPI RUBBER & SPECIALTY COMPANY; WESTINGHOUSE ELECTRIC CORPORATION

William C. Reeves, Esq.
MARKOW, WALKER, REEVES & ANDERSON
Post Office Box 13669
Jackson, Mississippi 39236-3669

**ATTORNEYS FOR RILEY-STOKER CORPORATION; CARLISLE COMPANIES INCORPORATED**

Thomas W. Tyner, Esq.
AULTMAN, TYNER, McNEESE, RUFFIN & LAIRD, LTD.
315 Hemphill Street
Post Office Drawer 750
Hattiesburg, Mississippi 39403-0750

**ATTORNEY FOR GARLOCK, INC.; BORG WARNER CORPORATION; SEARS ROEBUCK & COMPANY**

Robert W. Wilkinson, Esq.
DOGAN & WILKINSON, PLLC
726 Delmas Avenue
Post Office Box 1618
Pascagoula, Mississippi 39568-1618

**ATTORNEY FOR FEDERAL MOGUL CORPORATION; FEDERAL MOGUL CORPORATION d/b/a Wagner Brake Products; FEDERAL-MOGUL PRODUCTS, INC. f/k/a Moog Automotive Products, Inc. f/k/a Moog Automotive, Inc.; WHEELER PROTECTIVE APPAREL CORPORATION**

David W. Dogan, III, Esq.
DOGAN & WILKINSON
Post Office Box 23062
Jackson, Mississippi 39225-3062

**ATTORNEY FOR DURABLA MANUFACTURING COMPANY**

David A. Barfield, Esq.
BARFIELD & ASSOCIATES, PA
Post Office Drawer 3979
Jackson, Mississippi 39207-3979

**ATTORNEY FOR ACANDS, INC.; WORTHINGTON CORPORATION**

Edward Currie, Jr., Esq.
Kristi D. Kennedy, Esq.
CURRIE, JOHNSON, GRIFFIN, GAINES & MYERS

Post Office Box 750
Jackson, Mississippi 39205-0750

**ATTORNEYS FOR ALLIED SIGNAL, INC.; THE BENDIX CORPORATION; HONEYWELL INTERNATIONAL, INC., f/k/a Allied-Signal, Inc. f/k/a and successor in interrest to Bendix Foundation Brake Corporation**

Keith D. Obert, Esq.
Chadwick W. Russell, Esq.
J. Greg Brown, Esq.
AKERS & OBERT, PA
20 Eastgate Drive, Suite D (39042)
Post Office Box 280
Brandon, Mississippi 39043-0280

**ATTORNEYS FOR AUTOZONE, INC.**

Christy D. Jones, Esq.
Mark W. Garriga, Esq.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
Post Office Box 22567
Jackson, Mississippi 39225-2567

**ATTORNEYS FOR CARQUEST AUTO PARTS OF RICHLAND, MS, INC.; CARQUEST AUTO PARTS OF PRENTISS COUNTY, MS, INC.; CARQUEST AUTO PARTS OF JACKSON, MS, INC.; CARQUEST CORPORATION**

Patricia C. Gandy, Esq.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
Post Office Box 22567
Jackson, Mississippi 39225-2567

**ATTORNEY FOR MINNESOTA MINING AND MANUFACTURING COMPANY, INC.**

Kimberly P. Turner, Esq.
WELLS, MOORE, SIMMONS & HUBBARD, PLLC

1300 AmSouth Plaza
Post Office Box 1970
Jackson, Mississippi 39215-1970

### ATTORNEYS FOR CSK AUTO CORPORATION

Robert M. Arentson, Jr., Esq.
BAKER, DONELSON, BEARMAN & CALDWELL
Post Office Box 14167
Jackson, Mississippi 39236

### ATTORNEYS FOR GENERAL REFRACTORIES COMPANY; RAPID AMERICAN CORPORATION; DIAMLERCHRYSLER CORPORATION FORD MOTOR COMPANY

Paul V. Cassisa, Sr., Esq.
Eugene M. McEachin, Jr., Esq.
BERNARD, CASSISA, ELLIOTT & DAVIS
Post Office Box 1138
Oxford, Mississippi 38655

### ATTORNEYS FOR GENERAL MOTORS CORPORATION

C. Paul Cavendar, Esq.
BURR & FORMAN, LLP
420 North 20th Street
3100 South Trust Tower
Birmingham, Alabama 35203

### ATTORNEYS FOR LEAR CORPORATION F/K/A LEAR SIEGLER, INC.

Joshua J. Wiener, Esq.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA
Post Office Box 22567
Jackson, Mississippi 39225-2567

### ATTORNEY FOR GENUINE PARTS COMPANY

Susan Coco, Esq.

Consuelo Walley, Esq.
JUDE & COCO, PA
806 Westover Drive
Post Office Box 17499
Hattiesburg, Mississippi 39404-7499

### ATTORNEYS FOR KELSEY-HAYES COMPANY; HAYES-LEMMERZ INTERNATIONAL, INC.; TRW, INC.

Joe E. Basenberg, Esq.
HAND ARENDALL
Post Office Box 123
Mobile, Alabama 36601

### ATTORNEYS FOR LLOYD'S MOTOR PARTS, INC.

John W. Davies, Esq.
Post Office Box 389
Prentiss, Mississippi 39474

### ATTORNEYS FOR NAPA AUTO PARTS OF PRENTISS, INC.; NAPA AUTO PARTS, INC.

Jim Bullock, Esq.
SHELL BUFORD, PLLC
660 Katherine Drive
Suite 402
Jackson, Mississippi 39232
Post Office Box 157
Jackson, Mississippi 39205

### ATTORNEYS FOR CROSSFIELD PRODUCTS, INC.

Thomas E. Vaughn, Esq.
ALLEN, VAUGHN, COBB & HOOD, PA
Post Office Drawer 240
Gulfport, Mississippi 39502-0240

### ATTORNEYS FOR FOSTER WHEELER CORPORATION

Jeffrey P. Hubbard, Esq.
WELLS, MOORE, SIMMONS & HUBBARD, PLLC
Post Office Box 1970
Jackson, Mississippi 39215-1970

>  **ATTORNEYS FOR MAREMONT CORPORATION; NATIONAL SERVICE INDUSTRIES, INC.; UNION CARBIDE CHEMICALS AND PLASTICS COMPANY, INC., F/K/A UNION CARBIDE CORPORATION; KESLEY-HAYES COMPANY; TRW, INC.**

Ronald G. Peresich, Esq.
PAGE, MANNINO, PERESICH & McDERMOTT, PLLC
Post Office Drawer 289
Biloxi, Mississippi 39533

>  **ATTORNEYS FOR AMERICAN STANDARD, INC.; WESTINGHOUSE AIR BRAKE COMPANY**

Bruce M. Kuehnle, Jr., Esq.
BRUCE M. KUEHNLE, JR., PLLC
Post Office Box 866
Natchez, Mississippi 39122-0866

>  **ATTORNEYS FOR BRIDGESTONE/FIRESTONE, INC.; FIRESTONE TIRE & RUBBER COMPANY; FIRESTONE STORES OF NATCHEZ, INC.**

INVOLVED COUNSEL LIST (CTO-226)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Murray E. Abowitz
Abowitz, Rhodes & Dahnke, P.C.
105 North Hudson
Hightower Bldg., 10th Floor
P.O. Box 1937
Oklahoma City, OK 73101

David W. Allen
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

Michael S. Allred
Allred Law Firm
P.O. Box 3828
Jackson, MS 39207

Robert M. Arentson, Jr.
Baker, Donelson, Bearman & Caldwell
P.O. Box 14167
Jackson, MS 39236-4167

Lawrence R. Bailey, Jr.
Hodgson Russ, LLP
Carnegie Hall Tower
152 West 57th Street, 35th Floor
New York, NY 10019

James Randolph Baker
Holloway Dobson & Bachman, P.C.
211 N. Robinson Avenue
Suite 900 North
Oklahoma City, OK 73102

David A. Barfield
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-3979

Joe E. Basenberg
Hand, Arendall, LLC
P. O. Box 123
Mobile, AL 36601

Scott W. Bates
Baker, Donelson, Bearman & Caldwell
P. O. Box 14167
Jackson, MS 39236

John H. Benham, III
Watts, Streibich & Benham
No. 1 Frederiksberg Gade
Box 11720
St. Thomas, VI 00801

Thomas P. Bernier
Goldfein & Hosmer
217 E. Redwood Street, 21st Floor
Baltimore, MD 21202-3316

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

John G. Bissell
Strong, Pipkin, Nelson & Bissell
1111 Bagby Street, Suite 2300
Houston, TX 77002

John A. Bonventre
Landman, Corsi, Ballaine & Ford, P.C.
One Gateway Center, Suite 500
Newark, NJ 07102

Nathaniel A. Bosio
Dogan & Wilkinson
P.O. Box 1618
734 Dalmas Ave
Pascagoula, MS 39568-1618

Sheila M. Bossier
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Fred E. Bourn, III
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Stefan G. Bourn
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Felix Lee Bowie, III
Frasier & Davidson, P.A.
500 East Capitol Street
Jackson, MS 39201

Elizabeth J. Bradford
King Law Firm
15 N. Robinson Avenue, Suite 1100
Oklahoma City, OK 73102

Craig E. Brasfield
Forman Perry Watkins Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Britain H. Bryant
47 King Street
P.O. Box 4589
Christiansted, VI 00822

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39533-1377

G. T. Burwell
Latham & Burwell, PLLC
447 Northpark Drive
Ridgeland, MS 39157

Lisa N. Busch
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

Richard H. Caldwell
Andrews & Kurth, LLP
600 Travis, Suite 4200
Houston, TX 77002

Barry C. Campbell
Baker, Donelson, Bearman & Caldwell
4268 I-55 North
Meadowbrook Office Park
Jackson, MS 39211

Douglas L. Capdeville
2107 Company Street Lot #4
Christiansted
St. Croix, VI 00820

Brian T. Carr
Carr & Associates
4636 Sanford St., Suite 100
Metairie, LA 70006

Winstol D. Carter, Jr.
Fulbright & Jaworski
1301 McKinney Street
Suite 5100
Houston, TX 77010

Daniel A. Casey
Kirkpatrick & Lockhart, LLP
201 S. Biscayne Blvd., Suite 2000
Miami, FL 33131-2399

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

AUG-05-2003 TUE 06:04 AM  FAX NO. 6019577366  P. 43
Case MDL No. 875   Document 3947   Filed 08/05/03   Page 11 of 15

INVOLVED COUNSEL LIST (CTO-226) MDL-875 (Cont.)                                    Page 2 of 6

Chrysta L. Castaneda
Arter & Hadden, LLP
1717 Main Street, Suite 4100
Dallas, TX 75201-7302

Margaret M. Chaplinsky
Kalinoski & Chaplinsky
100 Court Avenue, Suite 315
Des Moines, IA 50309

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Susan Coco
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Dixie L. Coffey
Smith, Shew, Scrivner, Corbin & Watts
6520 North Western Avenue
Suite 300
Oklahoma City, OK 73116

Robert A. Cole
Cole, Stone, Stoudemire, Morgan & Dore, P.A.
201 N. Hogan Street, Suite 200
Jacksonville, FL 32202

Susan J. Cole
Bice Cole Law Firm
2801 Ponce De Leon Boulevard
Suite 550
Coral Gables, FL 33134-6920

John F. Conley
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

Russell L. Cook, Jr.
Cook Butler & Doyle
4 Houston Center, Suite 1300
1221 Lamar
Houston, TX 77010-3038

John Coon
18-38 Estate Enighed
P.O. Box 8330
Cruz Bay
St. John, VI 00831

John G. Corlew
Watkins & Eager
P.O. Box 650
Jackson, MS 39205

Stephen M. Cozart
Cozart & Cusick, PLLC
P.O. Box 4008
Gulfport, MS 39502-4008

Colleen M. Cronin
L'Abbate, Balkan, Colavita & Contini
1050 Franklin Avenue
Garden City, NY 11530

Edward J. Currie, Jr.
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box 750
Jackson, MS 39205-0750

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Benjamin F. Davis
Church, Loker & Silver, P.A.
Seven Saint Paul Street, Suite 1400
Baltimore, MD 21202

Mary E. Davis
Spotts, Smith, Fain & Buis, P.C.
411 E. Franklin Street, Suite 601
Richmond, VA 23218-1555

Steven B. Dick
Brown, Buchanan & Sessoms, PA
P.O. Box 2220
Pascagoula, MS 39569

Patricia A. Dicke
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533

Lyn B. Dodson
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

David W. Dogan, III
Dogan & Wilkinson
P.O. Box 23062
Jackson, MS 39225-3062

Matthew J. Duensing
D'mour, Jones & Stryker
Upper Drake's Passage
P.O. Box 6785
St. Thomas, VI 00804

Walter W. Dukes
Dukes, Dukes, Keating & Faneca
P.O. Drawer W
Gulfport, MS 39502-0680

John B. Edwards
Wilkinson & Associates
P.O. Box 1618
Pascagoula, MS 39568

W. Mark Edwards
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Mark J. Fellman
Fellman Law Office
213 4th Street, East
Suite 200
St. Paul, MN 55101

James L. Fletcher, Jr.
Duncan, Courington & Rydberg
322 Lafayette Street
New Orleans, LA 70130

Keith W. Foley
Mehaffy & Weber, P.C.
2615 Calder, Suite 800
Beaumont, TX 77701

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Barry W. Ford
Baker, Donelson, Bearman & Caldwell
P.O. Box 14167
Jackson, MS 39236-4167

J. D. Foster
Jude & Associates, PLLC
P.O. Box 17468
Hattiesburg, MS 39404-7468

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Patricia C. Gandy
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Mark W. Garriga
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225

Edwin S. Gault, Jr.
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225

Geoffrey S. Gavett
Gleason & Datt, P.C.
15850 Crabbs Branch Way
Suite 180
Rockville, MD 20855

Gene B. George
Ray, Robinson, Hanninen & Carle
1650 East Ohio Building
1717 East Ninth Street
Cleveland, OH 44114

Richard S. Glasser
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

Michael D. Goggans
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

William F. Goodman, III
Watkins & Eager
P.O. Box 650
400 East Capitol Street, Suite 300
Jackson, MS 39205-0650

William N. Graham
Aultman, Tyner, Ruffin & Yarborough
P.O. Box 750
Hattiesburg, MS 39403-0750

Marc C. Greco
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

Darren M. Guillot
Abbott, Simses & Kuchler
400 Lafayette St., Suite 200
New Orleans, LA 70130

Lucien C. Gwin, Jr.
Gwin, Lewis & Punches
P.O. Box 1344
Natchez, MS 39121-1344

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

M. King Hill, III
Venable, Baetjer & Howard, LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, MD 21285-5517

June G. Hoffman
Fowler, White, Burnett, Hurley, Banick
100 SE 2nd Street
Bank of America Tower, 17th Floor
Miami, FL 33131-1101

Alben N. Hopkins
Hopkins, Barvie & Hopkins, PLLC
2701 24th Avenue
P.O. Box 1510
Gulfport, MS 39502-1510

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Virginia E. Johnson
Foley & Mansfield
4770 Biscayne Blvd., #1030
Miami, FL 33137-3258

Thomas J. Joyce, III
Hannon & Joyce
The Curtis Center
Independence Square West, Suite 450
Philadelphia, PA 19106

Steven Joseph Kherkher
Williams & Bailey, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017

Robert D. Klein
Wharton, Levin, Ehrmantraut, Klein & Nash
104 West Street
P.O. Box 551
Annapolis, MD 21404-0551

James George Koutras
Mccarter & English, LLP
300 E. Lombard Street, Suite 1000
Baltimore, MD 21202

Christopher S. Kozak
Landman, Corsi, Ballaine & Ford, P.C.
One Gateway Center
Newark, NJ 07102

Reginald S. Kramer
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

Donald A. Krispin
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
645 Griswold St.
Detroit, MI 48226

Daphne M. Lancaster
Aultman, Tyner, Ruffin & Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219

H. Seward Lawlor
Glasser & Glasser, P.L.C.
580 East Main Street
600 Crown Center
Norfolk, VA 23510

Sidney G. Leech
Goodell, DeVries, Leech & Dann
Commerce Place, 20th Floor
One South Street
Baltimore, MD 21202

David M. Lipman
David P. Lipman, P.A.
5901 S.W. 74th Street, Suite 304
Miami, FL 33143

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

George H. Logan
Nichols, Newman & Silverlight, et al.
1131 King Street, Suite 204
Christiansted
St. Croix, VI 00820

F. Ford Loker, Jr.
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202

Patrick C. Malouf
Porter & Malouf
P.O. Box 12768
Jackson, MS 39236

Alexandra F. Markov
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

AUG-05-2003 TUE 06:05 AM  Case MDL No. 875   Document 3947   Filed 08/05/03   Page 13 of 15   FAX NO. 6019577366   P. 45

INVOLVED COUNSEL LIST (CTO-226) MDL-875 (Cont.)                                    Page 4 of 6

Timothy Kent Masterson
Spence, Ricke, Sweeney & Gernes
600 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101

Laurie Uustal Mathews
Hunton & Williams
1111 Brickell Avenue, Suite 2500
Miami, FL 33131-3136

Silas W. McCharen
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

Stephen S. McCloskey
Simms Showers, LLP
20 S. Charles Street
Suite 702
Baltimore, MD 21201-3754

James A. Meaney
Alkon, Rhea & Hart
2115 Queen Street
Christiansted, VI 00820

Willard J. Moody, Jr.
Moody, Strople, Kloeppel, et al.
500 Crawford Street
Commerce Bank Bldg., Suite 300
P.O. Box 1138
Portsmouth, VA 23705

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

John J. Nagle, III
Bodie, Nagle, Dolina, Smith & Hobbs
21 W. Susquehanna Avenue
Towson, MD 21204

Tiffany L. Newlin
Baron & Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

James W. Newman
Newman & Newman
539 Trustmark Bldg
Jackson, MS 39201

Peter T. Nicholl
Law Office of Peter T. Nicholl
36 S. Charles Street, Suite 1700
Baltimore, MD 21201

Louis C. Norvell
Hand Arendall, Llc
P.O. Box 123
Mobile, AL 36601

Keith D. Obert
Obert Law Group, PA
P.O. Box 2081
Madison, MS 39130-2081

Charles T. Ozier
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

Donald C. Partridge
Peters, Reddit, Willoughby, Zoghby & Carbo
P.O. Drawer 1129
Mobile, AL 36633

J. Mark Penley
Sharpe, Penley & Tillman
6100 Western Place, Suite 901
Fort Work, TX 76107

Martha J. Phillips
Atkinson, Haskins, et al.
525 S. Main Street, Suite 1500
Tulsa, OK 74103-4524

David R. Pierce
Scott, Hulse, Marshall, et al.
1100 Chase Tower
P.O. Box 99123
El Paso, TX 79999

Michael S. Polk
Sieben, Polk, LaVerdiere, Jones & Hawn
999 Westview Drive
Hastings, MN 55033

Matthew F. Powers
Samson & Powers, Pllc
P.O. Box 1417
Gulfport, MS 39502-1417

William C. Reeves
Markow Walker & Reeves
P.O. Box 13669
Jackson, MS 39236-3669

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronald N. Ricketts
Gable & Gotwals
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217

George H. Ritter
Wise, Carter, Child & Caraway
600 Heritage Building
401 East Capitol Street
P.O. Box 651
Jackson, MS 39205

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Michael J. Sanford
Sanford, Amerling & Associates
1 Queen Cross Street
St. Croix, VI 00820

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Dan Shaked
Shaked & Posner
225 West 34th Street
Suite 1111
New York, NY 10122

George F. Short
Short, Barnes, Wiggins, Margo & Adler
210 Park Avenue
3100 Oklahoma Tower
Oklahoma City, OK 73102

Ann M. Sico
Bernard, Cassisa, Elliott & Davis
P.O. Box 55490
Metairie, LA 70055-5490

M. Stephen Smith, III
Rumberger, Kirk & Caldwell
80 S.W. 8th Street, Suite 3000
Miami, FL 33130-3047

Mark R. Smith
Holcomb Dunbar, P.A.
P.O. Drawer 707
Oxford, MS 38655-0707

AUG-05-2003 TUE 06:05 AM  Case MDL No. 875   Document 3947   Filed 08/05/03   Page 14 of 15   FAX NO. 6019577366   P. 46

INVOLVED COUNSEL LIST (CTO-226) MDL-875 (Cont.)                                                                Page 5 of 6

John A. Smyth
Maynard, Cooper & Gales, P.C.
1901 Sixth Avenue North
2400 Amsouth/harbert Plaza
Birmingham, AL 35203

Charles E. Sorey, II
Ramsey Law Firm, P.C.
21 North Florida Street
Mobile, AL 36607

Frances L. Spinelli
Evert & Weathersby
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Ron A. Sprague
Gendry & Sprague
645 Lockhill Selma
San Antonio, TX 78216-5057

Karl R. Steinberger
Colingo, Williams, Heidelberg, et al.
P.O. Drawer H
Pascagoula, MS 39568

David L. Strange
Porter & Malouf, P.A.
825 Rigewood Rd.
Ridgeland, MS 39157

James P. Streetman, III
Clark, Scott & Streetman
447 Northpark Drive
P.O. Box 13847
Ridgeland, MS 39236-3847

Joseph J. Stroble
Watkins & Eager
The Emporium Building
Suite 300, P.O. Box 650
400 East Capitol Street
Jackson, MS 39205-0650

Amanda D. Summerlin
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225

Glenn L. Swetman
Aultman, Tyner, Ruffin & Yarborough
P.O. Box 607
Gulfport, MS 39502

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Robert E. Thackston
Jenkens & Gilchrist
3200 Allied Bank Tower
1445 Ross Avenue
Dallas, TX 75202

Michael P. Thornton
Thornton & Naumes, L.L.P.
100 Summer Street, 30th Floor
Boston, MA 02110

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

David L. Trewolla
Dogan & Wilkinson
P.O. Box 23062
Jackson, MS 39225-3062

Keith R. Truffer
Royston, Mueller, McLean & Reid
102 W. Pennsylvania Avenue
Suite 600
Towson, MD 21204

Hugh J. Turner, Jr.
Redgrave & Turner, LLP
120 Easxt Palmetto Park Road
Suite 450
Boca Raton, FL 33432-6090

Thomas W. Tyner
Aultman, Tyner, Ruffin & Yarborough
P.O. Box 750
Hattiesburg, MS 39403-0750

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502-4108

David W. Waide
Mississippi Supreme Court
P. O. Box 117
Jackson, MS 39205

Herbert I. Waldman
Nagel, Rice, Dreifuss & Mazie, LLP
301 South Livingston Avenue
Suite 201
Livingston, NJ 07039

James L. Walker
Jackson & Walker
112 East Pecan Street, Suite 2100
San Antonio, TX 78205-1521

Kimberly P. Wallace
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-3979

Margaret F. Ward
Moore & Jackson, LLC
305 Washington Avenue, Suite 401
Baltimore, MD 21204

Louis H. Watson, Jr.
Watson & Heidelberg
520 East Capitol Street
Jackson, MS 39201

Joe D. Wells
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Paul A. Weykamp
110 St. Paul Street, Suite 300
Baltimore, MD 21202

Michael E. Whitehead
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Robert W. Wilkinson
Dogan & Wilkinson
P.O. Box 1618
734 Dalmas Avenue
Pascagoula, MS 39568-1618

Roy C. Williams
Colingo, Williams, Heidelberg, et al.
P.O. Box 1407
711 Delmas Avenue
Pascagoula, MS 39568-1407

AUG-05-2003 TUE 06:05 AM   Case MDL No. 875   Document 3947   Filed 08/05/03   Page 15 of 15   FAX NO. 6019577366   P. 47

INVOLVED COUNSEL LIST (CTO-226) MDL-875 (Cont.)   Page 6 of 6

Richard F. Yarborough, Jr.
Aultman, Tyner, Ruffin & Yarborough
P.O. Box 707
Columbia, MS 39429-0707

Edward J. Yule
Law Offies of Edward J. Yule, PC
46 Woodbine Avenue
Northport, NY 11768

Jamshyd M. Zadeh
Law Office of Jim Zadeh, PC
115 West 2nd Street, Suite 201
Fort Worth, TX 76102

George F. Burns
Bernstein, Shur, et al.
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Mark A. Fredrickson
Rider Bennett
2000 Metropolitan Center
333 S. 7th Street
Minneapolis, MN 55402

Donna L. Harvey
Anania, Bandklayder, Blackwell &
Baumgarten
Bank of America Tower
100 S.E. 2nd Street, Suite 4200
Miami, FL 33131-2144

Glenn L. Kantor
O'Hagan & Reilly, PC
66 West Main Street
East Islip, NY 11730

Richard B. Kirby
Lecomte, Emanuelson, et al.
1250 Hancock Street, Suite 815 N.
Quincy, MA 02169

Theodore H. Kirchner
Norman, Hanson & Detroy
415 Congress Street
P.O. Box 4600
Portland, ME 04112

Mark Kurz
Gundlach, Lee, Eggmann, et al.
P.O. Box 23560
Belleville, IL 62226-0560

Peter J. Rubin
Bernstein, Shur, et al.
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Kenneth L. Weltz
Lathrop & Gage
10851 Mastin Blvd.
Building 82, Suite 100
Overland Park, KS 66210-1669