# MDL 875

## DOCKET NO. 875
## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

AUG - 5 2003

FILED
CLERK'S OFFICE

This document relates to the
following case:

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| LOUIS PAUL MILLER<br>Plaintiff | § § § | |
| VS. | § § § | CIVIL ACTION<br>NO. : <u>03-CV-217</u> |
| QUIGLEY COMPANY INC., ET AL.<br>Defendants | § § § | |

### NOTICE OF OPPOSITION TO
### CONDITIONAL TRANSFER ORDER NO. 186

COME NOW Plaintiffs in the case identified above, and, pursuant to Rule 7.4 of the Rules of

Procedure of the Judicial Panel on Multidistrict Litigation, notify the Panel that they oppose transfer of this

case to the United States District Court for the Eastern District of Pennsylvania. A motion to vacate the

conditional transfer order and supporting brief will be filed within the time permitted by Rule 7.4(d).

2003 AUG -5 A 11: 27
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

NOTICE OF OPPOSITION -- PAGE 1

OFFICIAL FILE COPY IMAGED AUG 5 '03

Respectfully submitted,

BARON & BUDD, P.C.
3102 Oak Lawn, Suite 1100
Dallas, Texas 75219
(214) 521-3605 (telephone)
(214) 520-1181 (facsimile)

By: _____
TIFFANY L. NEWLIN
Mississippi State Bar No. 100617
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on all counsel of record

listed on the attached service list via facsimile on this 5th day of August, 2003 and via Federal Express

Overnight to the following:

Clerk of the U. S. District Court
Southern District of Mississippi, Southern Division
725 Martin Luther King, Jr., Blvd., Suite 243
Biloxi, MS   39530

Hon. Walter J. Gex III, District Judge
725 Dr. Martin Luther King Jr. Blvd., Suite 238
Biloxi, MS 39530



TIFFANY L. NEWLIN

**NOTICE OF OPPOSITION -- PAGE 2**

Louis Paul Miller, ET AL. VS. QUIGLEY COMPANY INC., ET AL.
CAUSE NO. CI-2002-003-SI, IN THE CIRCUIT COURT OF JACKSON COUNTY, Jackson

## DEFENSE COUNSEL:

DAVID A. BARFIELD
BARFIELD & ASSOCIATES
233 EAST CAPITOL STREET
JACKSON, MS  39207-3979
(601)968-9420 (PHONE)
(601) 968-9425 (FAX)
    ATTORNEYS FOR DRESSER INDUSTRIES, INC., KELLOGG, BROWN & ROOT, INC.,
    SUCCESSOR-BY-MERGER TO BROWN & ROOT, INC., MID-VALLEY, INC.

RONALD D. COLLINS
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
ONE JACKSON PLACE
188 EAST CAPITOL STREET, SUITE 1200
JACKSON, MS  39225-2608
(601)960-8600 (PHONE)
(601) 960-3241 (FAX)
    ATTORNEYS FOR ASTENJOHNSON, INC.

NO DEFAULT COUNSEL ON RECORD
NO DEFAULT COUNSEL OR FIRM OF RECORD
NO COUNSEL ON RECORD

(PHONE)
(FAX)
    ATTORNEYS FOR HILL & GRIFFITH COMPANY, THE, U. S. SILICA COMPANY,
    UNIROYAL HOLDINGS, INC.

QUENTIN A. DANIELS
BAKER, DONELSON, BEARMAN & CALDWELL
4268 INTERSTATE 55 NORTH
MEADOWBROOK OFFICE PARK
JACKSON, MS  39211
(601)351-2400 (PHONE)
(601)351-2424 (FAX)
    ATTORNEYS FOR GENERAL REFRACTORIES COMPANY

C:\WINDOWS\TEMP\SERVICEG.wpd

DAVID W. DOGAN, III
DOGAN & WILKINSON PLLC
15TH FLOOR CAPITAL TOWERS
125 SOUTH CONGRESS STREET
JACKSON, MS  39201
(601)351-3200 (PHONE)
(601)351-3232 (FAX)
      ATTORNEYS FOR FLINTKOTE

WILLIAM F. GOODMAN, III
WATKINS & EAGER
THE EMPORIUM BUILDING
400 EAST CAPITOL STREET, SUITE 300
JACKSON, MS  39205
(601)948-6470 (PHONE)
(601) 354-3623 (FAX)
      ATTORNEYS FOR METROPOLITAN LIFE INSURANCE CO.

JEFFREY P. HUBBARD
WELLS, MOORE, SIMMONS & HUBBARD, PLLC
SUITE 200
4450 OLD CANTON ROAD
JACKSON, MS  39211
(601) 354-5400 (PHONE)
(601) 355-5850 (FAX)
      ATTORNEYS FOR CERTAIN-TEED CORPORATION

JOE B. MOSS
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
ONE JACKSON PLACE
SUITE 1200
188 EAST CAPITOL STREET
JACKSON, MS  39225-2608
(601)960-8600 (PHONE)
(601)960-8613 (FAX)
      ATTORNEYS FOR UNION CARBIDE CORPORATION

C:\WINDOWS\TEMP\SERVICEG.wpd

RONALD G. PERESICH
PAGE, MANNINO, PERESICH, DICKINSON & MCDERMOTT, P.L.L.C.
759 VIEUX MARCHE' MALL
BILOXI, MS 39530
(228)374-2100 (PHONE)
(228)432-5539 (FAX)
        ATTORNEYS FOR KELLY-MOORE

WILLIAM C. REEVES
SMITH, REEVES & YARBOUROUGH, PLLC
SUITE 330
6350 I-55 NORTH
JACKSON, MS 39211
(601) 965-7200 (PHONE)
(601) 965-7201 (FAX)
        ATTORNEYS FOR RILEY POWER, INC. (F/K/A BABCOCK BORSIG POWER, INC.)

THOMAS W. TARDY
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
ONE JACKSON PLACE
188 EAST CAPITOL STREET, SUITE 1200
JACKSON, MS 39225-2608
(601)960-8633 (PHONE)
(601)960-3241 (FAX)
        ATTORNEYS FOR DANA CORPORATION, QUIGLEY COMPANY INC., ZURN
        INDUSTRIES, INC.

THOMAS W. TYNER
AULTMAN, TYNER, RUFFIN & YARBOROUGH, LTD.
315 HEMPHILL STREET
HATTIESBURG, MS 39401
(601)583-2671 (PHONE)
(601)583-2677 (FAX)
        ATTORNEYS FOR AMETEK INC., CHAMPLAIN CABLE CORPORATION, GARLOCK
        SEALING TECHNOLOGIES, INC., GARLOCK, INC.

THOMAS E. VAUGHN
ALLEN, VAUGHN, COBB & HOOD, P.A.
ONE HANCOCK PLAZA, SUITE 1209
GULFPORT, MS 39501
(228) 864-4011 (PHONE)
(228) 864-4852 (FAX)
      ATTORNEYS FOR AMCOL INTERNATIONAL CORPORATION

WALTER G. WATKINS
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
ONE JACKSON PLACE
SUITE 1200
188 EAST CAPITOL STREET
JACKSON, MS 39225-2608
(601)960-8600 (PHONE)
(601) 960-3241 (FAX)
      ATTORNEYS FOR GEORGIA PACIFIC, OWENS-ILLINOIS, INC.

W. LEE WATT
BROWN * BUCHANAN * SESSOMS, P.A.
3112 CANTY STREET
PASCAGOULA, MS 39567
(228)762-0035 (PHONE)
(228)762-0299 (FAX)
      ATTORNEYS FOR AQUA-CHEM., INC.