

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 5 2003

FILED
CLERK'S OFFICE

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
MAY - 6 2003
J.T. NOBLIN, CLERK
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JERRY RUSSUM, *ET AL.*                                                    PLAINTIFFS

VERSUS                                              CIVIL ACTION NO. 1:03cv134GR

MINNESOTA MINING AND
MANUFACTURING COMPANY, *ET AL.*                                        DEFENDANTS

### ORDER OF REMAND

THIS matter is before the Court by agreement of Defendant Eaton Corporation and all Plaintiffs in the above styled and numbered civil action listed and identified in the Complaint, or by name and Social Security number on Exhibit "B" to the Complaint, *in seriatim*, to remand this matter to the Circuit Court of Jones County, Mississippi, First Judicial District. The Court, being advised in the premises finds that this matter should be remanded to state court. It is, therefore,

ORDERED that the above styled and numbered civil action be, and is hereby, remanded to the Circuit Court of Jones County, Mississippi, First Judicial District, and the Notice of Removal of Defendant Eaton is hereby dismissed and held for naught by agreement between the Plaintiffs and the Defendant. It is further,

ORDERED that the Clerk of Court shall, after the expiration of ten days from the date of entry of this order, or by no earlier than May 20, 2003, forward a certified copy of this Order together with the court record to the Circuit Court Jones County, Mississippi, First Judicial District. It is further,

ORDERED that any party attempting to circumvent the normal procedures of this Court shall be sanctioned as deemed appropriate by this Court.

SO ORDERED this the 5th day of May, A.D., 2003.

UNITED STATES DISTRICT JUDGE

MDL- 875
RECOMMENDED ACTION
Vacate CTO-226 - 2 actions
Approved/Date: ____ 8/5/03

OFFICIAL FILE COPY
IMAGED AUG 6 '03

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

> SOUTHERN DISTRICT OF MISSISSIPPI
> FILED
> MAY - 6 2003
> J.T. NOBLIN, CLERK
> BY_____ DEPUTY

**WILLIE PATE,** *ET AL.*            **PLAINTIFFS**

**VERSUS**            CIVIL ACTION NO. 1:03cv135GR

**MINNESOTA MINING AND
MANUFACTURING COMPANY,** *ET AL.*            **DEFENDANTS**

### ORDER OF REMAND

THIS matter is before the Court by agreement of Defendant Eaton Corporation and all Plaintiffs in the above styled and numbered civil action listed and identified in the Complaint, or by name and Social Security number on Exhibit "B" to the Complaint, *in seriatim*, to remand this matter to the Circuit Court of Hinds County, Mississippi, First Judicial District. The Court, being advised in the premises finds that this matter should be remanded to state court. It is, therefore,

ORDERED that the above styled and numbered civil action be, and is hereby, remanded to the Circuit Court of Hinds County, Mississippi, First Judicial District, and the Notice of Removal of Defendant Eaton is hereby dismissed and held for naught by agreement between the Plaintiffs and the Defendant. It is further,

ORDERED that the Clerk of Court shall, after the expiration of ten days from the date of entry of this order, or by no earlier than May 20, 2003, forward a certified copy of this Order together with the court record to the Circuit Court Hinds County, Mississippi, First Judicial District. It is further,

ORDERED that any party attempting to circumvent the normal procedures of this Court shall be sanctioned as deemed appropriate by this Court.

SO ORDERED this the 5th day of May, A.D., 2003.

_____
UNITED STATES DISTRICT JUDGE