

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 5 2003

DOCKET NO. 875

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Jerry Russum, et. al. v. Minnesota Mining, et. al.,*
   S.D. Mississippi, C.A. No. 1:03-134
*Willie Pate, et. al. v. Minnesota Mining, et. al.,*
   S.D. Mississippi, C.A. No. 1:03-135

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these two actions (*Russum* and *Pate*) on July 21, 2003. The Panel has now been advised that *Russum* was remanded to the Circuit Court of Jones County, Mississippi and *Pate* was remanded to the Circuit Court of Hinds County, Mississippi in separate orders issued by Judge Walter J. Gex III and filed on May 6, 2003.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-226" filed on July 21, 2003, is VACATED insofar as it relates to the these two actions.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel