JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# MDL 875

AUG 11 2003

DOCKET NO. 875

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Amelia J. Lightsey, et al., v. John Crane, et al.*, E.D. Pennsylvania (N.D. Georgia, C.A. No. 1:02-3391)

*Blanche K. Black, et al., v. John Crane, et al.*, E.D. Pennsylvania (N.D. Georgia, C.A. No. 1:02-3392)

## OBJECTION TO CONDITIONAL REMAND ORDER

COMES NOW Metropolitan Life Insurance, Inc., (hereinafter "Metropolitan Life") pursuant to Rules 5.1, 5.2, and 7.6(f)(ii) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation and hereby objects to the entry of the Conditional Remand Order as stated.

Metropolitan Life objects to the Conditional Remand Order to the extent that remand could be construed to preclude the parties from filing motions for summary judgment.

Respectfully submitted this __8th__ day of __August__, 2003.

David A. Hughes
Georgia Bar No. 375618

Attorneys for Defendant
Metropolitan Life Insurance

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Bank of America Plaza, Suite 2100
600 Peachtree Street, N.E.
Atlanta, Georgia 30308
Telephone: (404) 881-1300

PLEADING NO. 3954

RECEIVED
CLERK'S OFFICE
2003 AUG -8 P 4:16
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IMAGED AUG 12 '03

**OFFICIAL FILE COPY**