JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

**AUG. 14, 2003**

MICHAEL J. BECK
CLERK OF THE PANEL

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, BRUCE M. SELYA, JULIA SMITH GIBBONS, D. LOWELL JENSEN, J. FREDERICK MOTZ AND ROBERT L. MILLER, JR., JUDGES OF THE PANEL*

## HEARING SESSION ORDER

IT IS ORDERED that on October 9, 2003, a hearing session will be held in Washington, D.C., to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

**IMAGED** AUG 1 4 '03

SCHEDULE OF MATTERS FOR HEARING SESSION
October 9, 2003 -- Washington, D.C.


**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**


MDL-1556 -- In re Pressure Sensitive Labelstock Antitrust Litigation

Motion of plaintiff Ogden Brothers, Inc., for centralization of certain of the following actions in the United States District Court for the Northern District of Illinois; motion of defendant Avery Dennison Corporation for centralization of certain of the following actions in the United States District Court for the Western District of North Carolina or, in the alternative, the United States District Court for the District of Minnesota; and motion of defendants Bemis Company, Inc.; Morgan Adhesives Company; UPM-Kymmene Oyj; and Raflatac, Inc., for centralization of the following actions in the United States District Court for the Western District of North Carolina:


Northern District of Illinois

*Sentry Business Products, Inc. v. Avery Dennison Corp., et al.*, C.A. No. 1:03-2767
*Bertek Systems, Inc. v. Avery Dennison Corp., et al.*, C.A. No. 1:03-2946
*Glenroy, Inc., etc. v. UPM Kymmene Oyj, et al.*, C.A. No. 1:03-3097
*Ogden Brothers, Inc. v. Avery Dennison Corp., et al.*, C.A. No. 1:03-3203

District of Minnesota

*McCarty Printing Corp., etc. v. Avery Dennison Corp., et al.*, C.A. No. 0:03-3188
*Graphic Art Systems, Inc., etc. v. Avery Dennison Corp., et al.*, C.A. No. 0:03-3255

Western District of North Carolina

*Hyde Park Label Corp. v. Avery Dennison Corp., et al.*, C.A. No. 3:03-315
*Ampersand Label, Inc. v. Avery Dennison Corp., et al.*, C.A. No. 3:03-316

Middle District of Pennsylvania

*Scranton Label, Inc. v. Avery Dennison Corp., et al.*, C.A. No. 3:03-871

Schedule of Matters for Hearing Session, Section A                    p. 2
Washington, D.C.


MDL-1558 -- In re Air Crash at Charlotte International Airport on January 8, 2003

 Motion of plaintiff Rebecca Edgerton for centralization of the following actions in the United States District Court for the Western District of North Carolina:


  Southern District of Ohio

*Rebecca Edgerton, etc. v. Mesa Air Group, Inc., et al.*, C.A. No. 3:03-42

  Eastern District of Pennsylvania

*Donna Sullivan, etc. v. Mesa Air Group, Inc., et al.*, C.A. No. 2:03-3144
*Andrea Fonte, etc. v. Mesa Air Group, Inc., et al.*, C.A. No. 2:03-3508


MDL-1559 -- In reWireless Telephone Federal Cost Recovery Fees Litigation

 Motion of defendants Nextel Communications, Inc.; Nextel Communications; Nextel of California, Inc.; Nextel Operations, Inc.; Nextel Partners Operating Corporation; Nextel Retail Stores, Inc.; Nextel South Corporation; Nextel West Corporation; Nextel West Services, L.L.C.; Sprint Spectrum L.P.; Sprint International Communications Corporation; and Sprint Corporation for centralization of the following actions in the United States District Court for the Western District of Missouri:


  Central District of California

*Matthew Rasic v. Nextel Communications, Inc., et al.*, C.A. No. 2:03-4075

  Northern District of Florida

*Susan Martelli, et al. v. Nextel South Corp., et al.*, C.A. No. 4:03-173

  Southern District of Florida

*Dynamic Network Support, LLC v. Nextel Communications, Inc.*, C.A. No. 0:03-61125
*Daniels & Daniels, PA v. Nextel South Corp.*, C.A. No. 9:03-80518
*Barry Grimson v. Sprint Corp., et al.*, C.A. No. 9:03-80523

Schedule of Matters for Hearing Session, Section A                         p. 3
Washington, D.C.


MDL-1559 (Continued)


### Western District of Missouri

*Greg Benney v. Sprint International Communications Corp., et al.*, C.A. No. 2:02-4269
*Joseph A. Blando, et al. v. Nextel Retail Stores, Inc.*, C.A. No. 4:02-921

### Northern District of Ohio

*Steven D. Solomon, et al. v. Sprint Spectrum LP*, C.A. No. 1:03-1170

### Eastern District of Pennsylvania

*Seth Lamb v. Nextel Communications*, C.A. No. 2:03-3501

### Western District of Tennessee

*Steve Strange v. Nextel Communications, et al.*, C.A. No. 2:03-2428
*James Edward Campbell v. Sprint Spectrum, LP*, C.A. No. 2:03-2438


## MDL-1560 -- In re Western States Wholesale Electricity Litigation (No. II)

Motion of defendants Dynegy, Inc.; Dynegy Power Marketing, Inc.; Cabrillo Power II, L.L.C.; El Segundo Power, L.L.C.; Long Beach Generation, L.L.C.; Duke Energy; Sempra Energy; Sempra Energy Trading; Sempra Energy Resources; San Diego Gas & Electric; Reliant Energy, Inc; Reliant Energy Services, Inc.; Mirant Corporation, L.L.C.; Southern Energy Delta, L.L.C.; Southern Energy Portero, L.L.C.; The Williams Companies, Inc.; Williams Energy Services Company; and Williams Energy Marketing and Trading for centralization of the following actions in the United States District Court for the Northern District of California:

### Northern District of California

*People of the State of California, et al. v. Mirant Corp., et al.*, C.A. No. 3:02-1787
*People of the State of California, et al. v. Reliant Energy, Inc., et al.*, C.A. No. 3:02-1788

### Southern District of California

*Jerry Egger, et al. v. Dynegy, Inc., et al.*, C.A. No. 3:03-1060

Schedule of Matters for Hearing Session, Section A                    p. 4
Washington, D.C.

## MDL-1561 -- In re Travel Agent Commission Antitrust Litigation

Motion of defendants Delta Air Lines, Inc.; American Airlines, Inc.; and Continental Airlines, Inc., for centralization of the following actions in a single United States district court:

### Northern District of California

*Tam Travel, Inc., et al. v. Delta Airlines, Inc., et al.*, C.A. No. 4:03-1502

### Northern District of Ohio

*Paula Fausky, et al. v. American Airlines, et al.*, C.A. No. 1:03-832

### Eastern District of Texas

*Swope Travel Agency, et al. v. Orbitz LLC., et al.*, C.A. No. 1:03-346

## MDL-1562 -- In re General Motors Corp. Dex-Cool Products Liability Litigation

Motion of defendant General Motors Corporation for centralization of the following actions in the United States District Court for the Southern District of Illinois:

### Southern District of Illinois

*Kim Dochwat, et al v. General Motors Corp.*, C.A. No. 3:03-410

### Western District of Missouri

*Michael Gutzler, et al. v. General Motors Corp.*, C.A. No. 4:03-408

## MDL-1564 -- In re Farmers Insurance Co., Inc., Insurance Premiums Litigation

Motion of plaintiff Donna S. Mobbs for centralization of the following actions in the United States District Court for the Western District of Oklahoma:

### Eastern District of Arkansas

*Harry Corl, et al. v. Farmers Insurance Co., Inc., et al.*, C.A. No. 4:03-456

### Western District of Arkansas

*Russell Autry, et al. v. Farmers Insurance Group, et al.*, C.A. No. 4:03-4014

### Western District of Oklahoma

*Donna S. Mobbs v. Farmers Insurance Co., Inc.*, C.A. No. 5:03-158

## MDL-1565 -- In re National Century Financial Enterprises, Inc., Investment Litigation

Motion of Bank One, N.A.; Bank One Corporation; Banc One Capital Markets, Inc.; JPMorgan Chase Bank; Credit Suisse First Boston Corporation; Deloitte & Touche LLP; PricewaterhouseCoopers LLP; Thomas G. Mendell; Harold W. Pote; and Eric Wilkinson for centralization of the following actions in the United States District Court for the Southern District of Ohio:

### District of Arizona

*Rebecca S. Parrett v. Bank One N.A., et al.*, C.A. No. 2:03-541
*City of Chandler, et al. v. Bank One, N.A., et al.*, C.A. No. 2:03-1220

### Middle District of Florida

*Michael Mahoney, et al. v. John F. Andrews, et al.*, C.A. No. 3:03-467

### District of New Jersey

*Metropolitan Life Insurance Co., et al. v. Bank One, N.A., et al.*, C.A. No. 2:03-1882
*Lloyds TSB Bank PLC v. Bank One, N.A., et al.*, C.A. No. 2:03-2784

Schedule of Matters for Hearing Session, Section A                    p. 6
Washington, D.C.


MDL-1565 (Continued)


### Southern District of Ohio

*Pharos Capital Partners, LP v. Deloitte & Touche, LLP, et al.*, C.A. No. 2:03-362
*Bank One, N.A. v. Lance K. Poulsen, et al.*, C.A. No. 2:03-394


### MDL-1566 -- In re Western States Wholesale Natural Gas Antitrust Litigation

Motion of defendants CenterPoint Energy, Inc.; Coral Energy Resources, L.P.; Duke Energy Corporation; Duke Energy North America, LLC; Duke Energy Trading and Marketing LLC; Encana Corporation; Reliant Energy, Inc.; Reliant Energy Services, Inc.; Reliant Resources, Inc.; and Kathy Zanaboni for centralization of the following actions in the United States District Court for the Northern District of California:


#### Central District of California

*Team Design, et al. v. Reliant Energy Inc., et al.*, C.A. No. 2:03-3644

#### Eastern District of California

*E&J Gallo Winery v. Encana Energy Services,  Inc., et al.,* C.A. No. 1:03-5412

#### Northern District of California

*Shanghai 1930 Restaurant Partners, L.P. v. Encana Energy Services, Inc., et al.*,
    C.A. No. 3:03-2948
*A.L. Gilbert Co. v. Coral Energy Resources, L.P., et al.*, C.A. No. 3:03-2949
*Oberti Wholesale Foods, Inc. v. Encana Energy Services, Inc., et al.*, C.A. No. 3:03-2994
*David C. Brown v. Encana Energy Services, Inc., et al.*, C.A. No. 3:03-2995
*Lois The Pie Queen v. Encana Energy Services, Inc. et al.*, C.A. No. 3:03-3173

#### Southern District of California

*Laurence Uyeda, et al. v. Centerpoint Energy, Inc., et al.*, C.A. No. 3:03-1149

Schedule of Matters for Hearing Session, Section A                    p. 7
Washington, D.C.


MDL-1567 -- In re Federal Home Loan Mortgage Corp. Securities & Derivative Litigation

      Motion of plaintiffs Louise Phillips, L.A. Murphy, Joe Koot, Emanuel Wasserman, Sidney Horn, Jean Mullin, and Miles Senn for centralization of the following actions in the United States District Court for the Eastern District of Virginia:


Southern District of New York

*Joshua Frank v. Federal Home Loan Mortgage Corp., et al.*, C.A. No. 1:03-4170
*Alfred Singleton v. Federal Home Loan Mortgage Corp., et al.*, C.A. No. 1:03-4256
*Roger Sprigle, et al. v. Federal Home Loan Mortgage Corp., et al.*, C.A. No. 1:03-4261
*Abraham Elias v. Federal Home Loan Mortgage Corp., et al.*, C.A. No. 1:03-4392
*Robert L. Garber v. Federal Home Loan Mortgage Corp., et al.*, C.A. No. 1:03-4470
*Esther Sadowsky Testamentary Trust, etc. v. Leland C. Brendsel, et al.*,
   C.A. No. 1:03-4910
*James A. Kucinich v. Federal Home Loan Mortgage Corp., et al.*, C.A. No. 1:03-4968
*Randall Roenigk v. Federal Home Loan Mortgage Corp., et al.*, C.A. No. 1:03-4970
*Mark D. Lanoux, et al. v. Federal Home Loan Mortgage Corp., et al.*,
   C.A. No. 1:03-5105

Eastern District of Virginia

*Louise Phillips v. Federal Home Loan Mortgage Corp., et al.*, C.A. No. 1:03-755
*L.A. Murphy v. Federal Home Loan Mortgage Corp., et al.*, C.A. No. 1:03-775
*Joe Koot v. Federal Home Loan Mortgage Corp., et al.*, C.A. No. 1:03-780
*Emanuel Wasserman v. Federal Home Loan Mortgage Corp., et al.*, C.A. No. 1:03-795
*Sidney Horn v. David Glenn, et al.*, C.A. No. 1:03-803
*Jean Mullin v. Federal Home Loan Mortgage Corp., et al.*, C.A. No. 1:03-811
*Miles Senn v. Federal Home Loan Mortgage Corp., et al.*, C.A. No. 1:03-877

# SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs Deronda Greer, et al.; Herbert C. Ayers, et al.; and James W. Blasius, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Northern District of Mississippi

*Deronda Greer, et al. v. Baird & Co., et al.*, C.A. No. 4:03-116

District of South Carolina

*Herbert C. Ayers, et al. v. Owens-Illinois, Inc., et al.*, C.A. No. 2:03-1284
*James W. Blasius, et al. v. Owens-Illinois, Inc., et al.*, C.A. No. 2:03-1288

MDL-1014 -- In re Orthopedic Bone Screw Products Liability Litigation

Oppositions of plaintiffs Roy F. Amedee, Jr., et al.; Kenneth M. Wright; and Lestelle & Lestelle to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Eastern District of Louisiana

*Roy F. Amedee, Jr., et al. v. W. Bradley Parker*, C.A. No. 2:03-1534
*Kenneth M. Wright v. Zimmerman Reed, PLLP*, C.A. No. 2:03-1535
*Lestelle & Lestelle v. Zimmerman Reed, PLLP*, C.A. No. 2:03-1536

MDL-1132 -- In re Exterior Insulation Finish System (EIFS) Products Liability Litigation

Opposition of plaintiffs Gregory W. Byrne, et al., to transfer of the following action to the United States District Court for the Eastern District of North Carolina:

District of Oregon

*Gregory W. Byrne, et al. v. Dryvit Systems, Inc., et al.*, C.A. No. 3:03-45

MDL-1200 -- In re Flat Glass Antitrust Litigation

Motion of plaintiff JELD-WEN, Inc., et al., to remand, under 28 U.S.C. § 1407(a), the following action to the United States District Court for the District of Oregon:

Western District of Pennsylvania

*JELD-WEN, Inc., et al. v. Asahi Glass Co. Ltd., et al.*, C.A. No. 2:99-875
(D. Oregon, C.A. No. 3:99-351)

MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products
             Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Northern District of Georgia

*Jean Kimmerle, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-1034

Southern District of Illinois

*Mildred Vaughn v. Wyeth, et al.*, C.A. No. 3:03-349

Western District of Kentucky

*Kathy Meunier v. Wyeth, et al.*, C.A. No. 5:03-137

MDL-1203 (Continued)


### Northern District of Mississippi

*Mallie Vee McCullum, et. al. v. Wyeth, et. al.*, C.A. No. 4:03-148
*Sandra G. Brown, et. al. v. Wyeth, et. al.*, C.A. No. 4:03-151
*Latisha Fairley, et. al. v. Wyeth, et. al.*, C.A. No. 4:03-212
*Ronald Wise, et al. v. Wyeth, et al.*, C.A. No. 4:03-213
*Claudia Edwards, et al. v. Wyeth, et al.*, C.A. No. 4:03-268

### Southern District of Mississippi

*Vickie Magee, et al. v. Wyeth, et al.*, C.A. No. 2:03-217
*Bonnie V. Field, et al. v. Wyeth, et al.*, C.A. No. 2:03-274
*Kathryn Hope Blackledge, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:03-275
*Deloise Sample, et al. v. Wyeth, et al.*, C.A. No. 3:03-534
*Shirley J. Knight, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:03-583
*Teresa Russum, et al. v. Wyeth, et al.*, C.A. No. 3:03-708
*Annette McGill, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-163
*Michael Montgomery, et al. v. Wyeth, et al.*, C.A. No. 5:03-235

### Eastern District of Missouri

*Glenda Wisdom, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-552

### Northern District of Texas

*Joanne Alexander v. Wyeth, et al.*, C.A. No. 3:03-1401

### Southern District of Texas

*Marilyn Morrison v. Wyeth, et al.*, C.A. No. 3:03-387
*Maryann McBrayer, et al. v. Wyeth, et al.*, C.A. No. 4:03-1556
*Louis J. Williams, Sr. v. Wyeth, et al.*, C.A. No. 4:03-2244

### Western District of Texas

*Sherri S. Rowe v. Wyeth, et al.*, C.A. No. 1:03-396
*Karen Gracey v. Wyeth, et al.*, C.A. No. 1:03-421

MDL-1203 (Continued)

Motion of plaintiffs Cheryl McCurdy, Loretta Ferrell, and Yuvonne Wilson to dissolve MDL-1203 and to remand all pending actions to their respective transferor courts.

MDL-1348 -- In re Rezulin Products Liability Litigation

Oppositions of plaintiffs Kaila Porter; Annie Pearl Adams, et al.; Sandra Keyes, etc.; Albert Blackwell, et al.; Howard Chambliss, et al.; Emma Dorsey; and Emily Krulyac, etc., to transfer of their respective following actions to the United States District Court for the Southern District of New York:

Southern District of Mississippi

*Kaila Porter v. Warner-Lambert Co., et al.*, C.A. No. 2:03-259
*Annie Pearl Adams, et al. v. Warner-Lambert Co., et al.*, C.A. No. 3:03-588
*Sandra Keyes, etc. v. Warner-Lambert Co., et al.*, C.A. No. 3:03-605
*Albert Blackwell, et al. v. Warner-Lambert Co., et al.*, C.A. No. 3:03-606
*Howard Chambliss, et al. v. Warner-Lambert Co., et al.*, C.A. No. 5:03-219
*Emma Dorsey v. Pfizer, Inc., et al.*, C.A. No. 5:03-239

District of New Mexico

*Emily Krulyac, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:03-519

MDL-1355 -- In re Propulsid Products Liability Litigation

       Opposition of plaintiffs Floyd Ray, Jr.; Julia Carpenter, et al.; and Patricia Shorter, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

### Southern District of Mississippi

*Floyd Ray, Jr. v. Johnson & Johnson, et al.*, C.A. No. 3:03-673
*Julia Carpenter, et al. v. Johnson & Johnson, et al.*, C.A. No. 5:03-285
*Patricia Shorter, et al. v. Johnson & Johnson, et al.*, C.A. No. 5:03-286

MDL-1373 -- In re Bridgestone/Firestone, Inc., Tires Products Liability Litigation

       Opposition of plaintiff Jacqueline Zuccaro to transfer of the following action to the United States District Court for the Southern District of Indiana:

### Northern District of Illinois

*Jacqueline Zuccaro v. Ford Motor Co., et al.*, C.A. No. 1:03-2152

       Opposition of plaintiffs Francisco Javier Pacheco, et al., to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Southern District of Florida:

### Southern District of Indiana

*Francisco Javier Pacheco, et al. v. Ford Motor Co., et al.*, C.A. No. 1:02-5654
   (S.D. Florida, C.A. No. 1:02-21380)

MDL-1387 -- In re ProteGen Sling and Vesica System Products Liability Litigation

Opposition of plaintiffs Carolyn Watteau, et al., to transfer of the following action to the United States District Court for the District of Maryland:

Southern District of Texas

*Carolyn Watteau, et al. v. Boston Scientific Corp., et al.*, C.A. No. 4:03-1560

MDL-1390 -- In re Life Insurance Co. of Georgia Industrial Life Insurance Litigation

Oppositions of plaintiffs Annie Morris, et al.; Dorothy Johnson, et al.; Annie L. Felton; Helena J. Bankhead, et al.; Gertrude Green; Letha Simpson, et al.; and Jerry Neal, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

Northern District of Mississippi

*Annie Morris, et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 4:03-191
*Dorothy Johnson, et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 4:03-192
*Annie L. Felton v. Life Insurance Co. of Georgia, et al.*, C.A. No. 4:03-206
*Helena J. Bankhead, et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 4:03-251

Southern District of Mississippi

*Gertrude Green v. Life Insurance Co. of Georgia, et al.*, C.A. No. 3:03-477
*Letha Simpson, et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 3:03-492
*Jerry Neal, et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 3:03-559

Schedule of Matters for Hearing Session, Section B                    p. 14
Washington, D.C.


## MDL-1401 -- In re Sulzer Orthopedics Inc. Hip Prosthesis and Knee Prosthesis Products Liability Litigation

Opposition of plaintiffs Brian C. Howard, M.D., et al., to transfer of the following action to the United States District Court for the Northern District of Ohio:


### Northern District of Oklahoma

*Brian C. Howard, M.D., et al. v. Centerpulse Ltd., et al.*, C.A. No. 4:02-564


## MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Western District of Washington:


### Northern District of Mississippi

*Royal Lewis, et al. v. Bayer Corp., et al.*, C.A. No. 2:03-172
*Verna Dunlap, et al. v. Bayer Corp., et al.*, C.A. No. 4:03-207


### Southern District of Mississippi

*Nathan Frank Townsend, et al. v. Wyeth, et al.*, C.A. No. 2:03-193
*Louise Overstreet, etc. v. Bayer Corp., et al.*, C.A. No. 2:03-268
*Robin Elizabeth Shivers, et al v. Rhodes & Robby Drugs, Inc., et al.*, C.A. No. 3:03-272
*Maria Claiborne, et al. v. GlaxoSmithKline Consumer Healthcare, L.P., et al.*,
    C.A. No. 3:03-444
*James D. Thigpen, et al. v. Bayer Corp., et al.*, C.A. No. 4:03-153
*James Chasey v. Bayer Corp., et al.*, C.A. No. 5:03-174
*Deedward Lacy, et al.  v. Wyeth, et al.*, C.A. No. 5:03-187
*James E. Anderson, et al. v. Bayer Corp., et al.*, C.A. No. 5:03-188
*Augusta McClure v. Wyeth Consumer Healthcare, et al.*, C.A. No. 5:03-197

MDL-1407 (Continued)

Motion of plaintiff Laura M. Bonucchi for reconsideration of the Panel's ruling transferring the following action to the United States District Court for the Western District of Washington:

### Western District of Washington

*Laura M. Bonucchi v. Welpharm, Inc., et al.*, C.A. No. 2:03-1436 (E.D. Michigan, C.A. No. 2:02-75100)

MDL-1409 -- In re Currency Conversion Fee Antitrust Litigation

Oppositions of plaintiffs Joshua Rubin; John Gillard, et al.; and Rosa L. Giovine, et al., to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### Southern District of Florida

*Joshua Rubin v. MasterCard International, Inc.*, C.A. No. 1:03-21241

### Northern District of Illinois

*John Gillard, et al. v. MasterCard International, Inc., et al.*, C.A. No. 1:03-3401
*Rosa L. Giovine, et al. v. MasterCard International, Inc.*, C.A. No. 1:03-3487

MDL-1477 -- In re Serzone Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Southern District of West Virginia:

Northern District of Mississippi

*Carolyn Irving, et al. v. Bristol-Myers Squibb Co., Inc., et al.*, C.A. No. 4:03-252
*Carol J. Barnett, et al. v. Bristol-Myers Squibb Co., et al.*, C.A. No. 4:03-257

Southern District of Mississippi

*Shirley F. Rayner, et al. v. Bristol-Myers Squibb Co., et al.*, C.A. No. 2:03-290
*Earnestine Mitchell, et al. v. Bristol-Myers Squibb Co., Inc., et al.*, C.A. No. 3:03-666
*Barbara Young, et al. v. Bristol-Myers Squibb Co., Inc., et al.*, C.A. No. 3:03-667
*Cheryl Rankin v. Bristol-Myers Squibb Co., Inc., et al.*, C.A. No. 3:03-668
*Ann Thompson, et al. v. Bristol-Myers Squibb Co., Inc., et al.*, C.A. No. 3:03-686
*Charles Wayne Bryant, etc. v. Bristol-Myers Squibb Co., Inc., et al.*, C.A. No. 3:03-687
*Glendora Nickelson, et al. v. Bristol-Myers Squibb Co., Inc., et al.*, C.A. No. 4:03-189
*Verine Minor, et al. v. Bristol-Myers Squibb Co., Inc., et al.*, C.A. No. 5:03-284
*Robbie Bailey, et al. v. Bristol-Myers Squibb Co., Inc., et al.*, C.A. No. 5:03-290
*Louvenia K. Hargo, et al. v. Bristol-Myers Squibb Co., Inc., et al.*, C.A. No. 5:03-291

MDL-1481 -- In re Meridia Products Liability Litigation

Oppositions of plaintiffs Annie Price, et al., and Teressa Bishop, et al., to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:

Southern District of Mississippi

*Annie Price, et al. v. Abbott Laboratories, et al.*, C.A. No. 3:03-334
*Teressa Bishop, et al. v. Knoll Pharmaceutical Co., et al.*, C.A. No. 3:03-521

MDL-1484 -- In re Merrill Lynch & Co., Inc., Research Reports Securities Litigation

Opposition of plaintiff Omar Zuhdi to transfer of the following action to the United States District Court for the Southern District of New York:

### Western District of Oklahoma

*Omar Zuhdi v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, C.A. No. 5:02-1682

MDL-1487-- In re WorldCom, Inc., Securities & "ERISA" Litigation

Oppositions of plaintiffs State of Alaska Department of Revenue, et al., and City of Birmingham Retirement & Relief Fund to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### District of Alaska

*State of Alaska Dept. of Revenue, et al. v. Citigroup, Inc., et al.*, C.A. No. 3:03-99

### Northern District of Alabama

*City of Birmingham Retirement & Relief Fund v. Citigroup, Inc., et al.*,
   C.A. No. 2:03-994

MDL-1488  -- In re Ford Motor Co. Panther Platform/Fuel Tank Design Products Liability
          Litigation

Opposition of plaintiff Ryan Hanan to transfer of the following action to the United States District Court for the Northern District of Ohio:

### Northern District of California

*Ryan Hanan v. Ford Motor Co.*, C.A. No. 3:03-1727

Schedule of Matters for Hearing Session, Section B                    p. 18
Washington, D.C.


## MDL-1507 -- In re Prempro Products Liability Litigation

Opposition of plaintiffs Elnora B. Wilson, et al., to transfer of the following action to the United States District Court for the Eastern District of Arkansas:

### Northern District of Mississippi

*Elnora B. Wilson, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-141


## MDL-1508 -- In re Medco Health Solutions, Inc., Pharmacy Benefits Management Litigation

Opposition of plaintiff Suppressed to transfer of the following action to the United States District Court for the Southern District of New York:

### Eastern District of Missouri

*Suppressed v. Suppressed, et al.*, C.A. No. 4:03-417

## PROCEDURES FOR ORAL ARGUMENT BEFORE THE
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001).  Rule 16.1(g) allows a maximum of twenty minutes for oral argument in each matter.  In most cases, however, less time is necessary for the expression of all views and the Panel reserves the prerogative of reducing the time requested by counsel.  Accordingly, counsel should be careful not to overstate the time requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria.  <u>See</u> <u>generally</u> <u>In re "East of the Rockies" Concrete Pipe Antitrust Cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L. 1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)     Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)     Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)     No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:

      (i)     the dispositive issue(s) have been authoritatively decided; or

      (ii)    the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)     In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)     Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)     Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)     Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)    So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)    After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.