MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 9 2003

**DOCKET NO. 875**

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Amelia J. Lightsey, et al., v. John Crane, et al.,* E.D. Pennsylvania (N.D. Georgia, C.A. No. 1:02-3391)

*Blanche K. Black, et al., v. John Crane, et al.,* E.D. Pennsylvania (N.D. Georgia, C.A. No. 1:02-3392)

### MOTION TO VACATE CONDITIONAL REMAND ORDER
### AND BRIEF IN SUPPORT OF MOTION

COMES NOW Viacom Inc., successor by merger to CBS. Corporation, f/k/a

Westinghouse Electric Corporation (hereinafter "Westinghouse") pursuant to Rules 5.1, 5.2, 7.2

and 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation and hereby

submit this Motion to Vacate the Conditional Remand Order as stated.

**I.     BRIEF IN SUPPORT OF MOTION TO VACATE CONDITIONAL REMAND ORDER..**

The grounds for this motion are that coordinated or consolidated pretrial proceedings with

respect to the remaining claims in the above-captioned actions are incomplete.  When the

removal occurred, the State Courts from which the actions were removed had scheduling orders

in affect and discovery was ongoing.  When reviewing the scheduling orders from the respective

State Courts, it is clear that the deadlines for expert discovery had not expired or transpired. (See

Exhibits "A" and "B").

The cases were removed to the United States District Court, Northern District of Georgia,

Atlanta Division based on diversity of citizenship on or about December 17, 2002 for *Amelia J.*

*Lightsey, et al., v. John Crane, et al.,* E.D. Pennsylvania (N.D. Georgia, C.A. No. 1:02-3391) and

December 26, 2002 *Blanche K. Black, et al., v. John Crane, et al.,* E.D. Pennsylvania (N.D.

PLEADING NO. 3951

**OFFICIAL FILE COPY**

IMAGED AUG 20 '03

Georgia, C.A. No. 1:02-3392).  The United States District Court forwarded a timetable to be followed by the parties to the action as set forth in Local Rule 16 of the Civil Local Rules for the United States District Court - Northern District. Upon receipt of said requirements, and realizing the requirements found in Local Rule 16 were not suspended while the cases were reviewed to determine the appropriateness of transfer from the United States District Court to the MDL, this defendant filed a Motion to Stay in both cases with the United States District Court. (See Exhibits "C" and "D").

While both Motions to Stay were pending, this defendant called the clerk of the Northern District Court and was informed that the deadlines as set out in the United States District Court were held in abeyance until the Motions to Stay were either granted or denied.  Said Motions were granted on February 5, 2003. (See Exhibits "E" and "F").  To date no depositions regarding the medical conditions of the plaintiffs and relating to the causes of death have transpired. Additionally, defendants have no pared down plaintiffs' expert witness list concerning state of the art or pathology and said depositions of any expert in these fields have not taken place.

## II.   CONCLUSION.

It is therefore requested that the Conditional Remand Order be vacated, in so far as to delete any language regarding the completion of all coordinated or pretrial proceedings in the above cases.  It is clear from the record that discovery is ongoing and has to be completed.  In addition, it is clear that the procedural requirements found in Local Court Rule 16 also need to be completed in order to properly frame the cases for the trial Court.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## CERTIFICATE OF SERVICE

AUG 1 9 2003

FILED
CLERK'S OFFICE

This is to certify that I have this day served counsel for all parties in the foregoing matter

with this MOTION TO VACATE CONDITIONAL REMAND ORDER by facsimile and Federal

Express in an envelope with adequate postage thereon addressed as follows:

**PLAINTIFF**
C. Darrell Gossett, Esq.
Lane & Gossett, P.C.
1602 Reynolds Street
Brunswick, GA 31520

**DEFENDANTS**
**John Crane, Inc.**
Ollie M. Harton
Jennifer P. Treanor
HAWKINS & PARNELL, LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia 30308-3243

**Metropolitan Life Insurance**
Carolyn Baer, Esq.
Ogletree, Deakins, Nash, Somoak & Stewart P.C.
Bank of America Plaza
600 Peachtree St., NE
Atlanta, GA 30308

**General Electric**
Randy Dalby, Esq.
Chilivis, Cochran, Larkins & Bever
3217 Maple Drive, NE
Atlanta, GA 30305

**Georgia Pacific Corporation**
Sara Turnipseed, Esq.
Nelson, Mullins, Riley & Scarborough
First Union Plaza, Suite 1400
999 Peachtree Street, NE
Atlanta, GA 30309
**Dismissed without prejudice on 12/2/02.**

RECEIVED
CLERK'S OFFICE
2003 AUG -8 A 10: 39
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

Respectfully submitted this _7th_ day of _August_, 2003.

EVERT & WEATHERSBY, L.L.C.

By: _____
MATTHEW N. PADGETT
Georgia Bar No.  558705

Suite 6
200 Cleveland Road
P.O. Box 1787
Athens, Georgia  30603
(706) 583-8665
Attorneys for Defendant Viacom Inc.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties in the foregoing matter

with this MOTION TO VACATE CONDITIONAL REMAND ORDER by facsimile and U.S.

Mail in an envelope with adequate postage thereon addressed as follows:

**PLAINTIFF**
C. Darrell Gossett, Esq.
Lane & Gossett, P.C.
1602 Reynolds Street
Brunswick, GA 31520

**DEFENDANTS**
**John Crane, Inc.**
Ollie M. Harton
Jennifer P. Treanor
HAWKINS & PARNELL, LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia 30308-3243

**Metropolitan Life Insurance**
Carolyn Baer, Esq.
Ogletree, Deakins, Nash, Somoak & Stewart P.C.
Bank of America Plaza
600 Peachtree St., NE
Atlanta, GA 30308

**General Electric**
Randy Dalby, Esq.
Chilivis, Cochran, Larkins & Bever
3217 Maple Drive, NE
Atlanta, GA 30305

**Georgia Pacific Corporation**
Sara Turnipseed, Esq.
Nelson, Mullins, Riley & Scarborough
First Union Plaza, Suite 1400
999 Peachtree Street, NE
Atlanta, GA 30309
**Dismissed without prejudice on 12/2/02.**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**DOCKET NO. 875**

AUG 1 9 2003

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
FILED
CLERK'S OFFICE

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Amelia J. Lightsey, et al., v. John Crane, et al.,* E.D. Pennsylvania (N.D. Georgia, C.A. No. 1:02-3391)

*Blanche K. Black, et al., v. John Crane, et al.,* E.D. Pennsylvania (N.D. Georgia, C.A. No. 1:02-3392)

**CERTIFICATE OF SERVICE TO
MOTION TO VACATE CONDITIONAL REMAND ORDER
AND BRIEF IN SUPPORT OF MOTION**

The undersigned hereby certifies that in addition to the parties listed on the Certificate of Service filed the Motion to Vacate Conditional Remand Order and Brief in Support of Motion, those persons on the attached Panel Service List were also served with said document on the same date, August 12, 2003.

This 19th day of August, 2003

EVERT & WEATHERSBY, L.L.C.

By: _____
MATTHEW N. PADGETT
Georgia Bar No. 558705

Suite 6
200 Cleveland Road
P.O. Box 1787
Athens, Georgia 30603
(706) 583-8665
Attorneys for Defendant Viacom Inc.

# PANEL SERVICE LIST
# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Amelia J. Lightsey, et al. v. John Crane, Inc., et al.*, E.D. Pennsylvania
(N.D. Georgia, C.A. No. 1:02-3391)
*Blanche K. Black, et al. v. John Crane, Inc., et al.*, E.D. Pennsylvania
(N.D. Georgia, C.A. No. 1:02-3392)

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

C. Michael Evert, Jr.
Evert & Weathersby
3405 Piedmont Road, N.E., Suite 225
Atlanta, GA 30305-1764

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Charles Darrell Gossett
Lane & Gossett, P.C.
1601 Reynolds Street
Brunswick, GA 31520

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Roger B. Lane
Lane & Gossett, P.C.
1601 Reynolds Street
Brunswick, GA 31520

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

Matthew Newton Padgett
Evert & Weathersby
P.O. Box 1787
Athens, GA 30603

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

**National Service Industries, Inc., Successor in interest to North Brothers Co.**
Davis Marshall, Esq.
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 303308-3243
**Named in error.**

This ___7th___ day of ___August___, 2003.

_____
MATTHEW N. PADGETT
Georgia Bar No. 558705
Attorney for Defendant Viacom, Inc.

EVERT & WEATHERSBY
P.O. Box 1787
Athens, GA 30603
(706) 583-8665 office
(706) 583-8525 facsimile

# Exhibit A

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

AMELIA J. LIGHTSEY Individually
As widow of Curtis Hoover Lightsey, Deceased, and
CURTIS HUBERT LIGHTSEY as Executrix of the
Estate of Curtis Hoover Lightsey, deceased

      Plaintiff,

v.

JOHN CRANE INC., et al.,

      Defendants.

CIVIL ACTION
FILE NUMBER: 2002CV51892

**FILED IN OFFICE**

NOV 27 2002

DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

## SCHEDULING ORDER

    This case appeared before this Court on an Initial Case Management Conference,

and in an effort to expedite consideration of legal issues and resolution of the dispute in

this action, this Court **HEREBY ORDERS** as follows:

| | |
|---|---|
| Deadline for Plaintiff to Provide Identification of All Co-Worker and Other Product Identification Witnesses | October 28, 2002 |
| Deadline for Plaintiff to Provide a List of All Experts, X-Rays, Pathology and/or Tissue and Expert Reports; Defendants to Commence Discovery of Plaintiff's Experts | November 22, 2002 |
| Deadline for All Non-Expert Discovery Including Disclosure and Deposition of Fact Witnesses | December 11, 2002 |
| Interim Case Management Hearing | December 13, 2002 |
| Deadline for Defendants to File Motions for Summary Judgment and all preliminary motions, including, but not limited to, motions to dismiss, motions regarding venue, service or statute of limitations or motions to add parties. | January 21, 2003 |

712898 v1

RECEIVED

DEC 0 2 2002

E & W

| | |
|---|---|
| Deadline for Plaintiff's Response to Defendants' Motions for Summary Judgment and all preliminary motions, including, but not limited to, motions to dismiss, motions regarding venue, service or statute of limitations or motions to add parties. | February 21, 2003 |
| Hearing on Motions for Summary Judgment and all preliminary motions, including, but not limited to, motions to dismiss, motions regarding venue, service or statute of limitations or motions to add parties. | March 21, 2003 |
| Deadline for Defendants to Provide All Expert Reports | April 17, 2003 |
| Deadline for Defendants to Provide Their Experts for Deposition, Unless Previously Provided | June 3, 2003 |
| Deadline to Depose All Expert Witnesses | August 23, 2002 |
| Deadline to File Pre-Trial Order | Two Weeks Before Trial |
| Tentative Trial Date Pursuant to Case Management Hearing on December 13, 2002 | October 2003 |

For good cause shown, parties can request that the Court amend these dates. No extensions of discovery will be permitted, except by Order of This Court and only upon a showing of good cause. Any motions for an extension of discovery shall be filed with the Clerk's office and a courtesy copy sent directly to this Court's chambers.

SO ORDERED, this 26 day of ~~September~~ November 2002. nunc pro tunc October 1, 2002.

Stephanie B. Manis
JUDGE, SUPERIOR COURT OF
FULTON COUNTY, GEORGIA

[SIGNATURES ON NEXT PAGE]

712898 v1

CONSENTED TO ON BEHALF OF ALL DEFENDANTS:
HAWKINS & PARNELL, LLP


_____

Ollie M. Harton
Georgia State Bar No. 334585
Jennifer P. Treanor
Georgia State Bar No. 715237
ATTORNEYS FOR DEFENDANT JOHN CRANE INC.

4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308-3243
(404) 614-7400 - Phone
(404) 614-7500 - Facsimile


LANE & GOSSETT


_____

Roger Lane
ATTORNEY FOR PLAINTIFFS

1601 Reynolds Street
Brunswick, GA 31520
(912) 264-8296

712898 v1

## IN THE SUPERIOR COURT OF FULTON COUNTY
### STATE OF GEORGIA

**AMELIA J. LIGHTSEY Individually**
**As widow of Curtis Hoover Lightsey, Deceased, and**
**CURTIS HUBERT LIGHTSEY as Executrix of the**
**Estate of Curtis Hoover Lightsey, deceased**

                **Plaintiff,**          **CIVIL ACTION**
                                            **FILE NUMBER: 2002CV51892**

**v.**

**JOHN CRANE INC., et al.,**

                **Defendants.**

_____/

### SCHEDULING ORDER

    This case appeared before this Court on an Initial Case Management Conference,

and in an effort to expedite consideration of legal issues and resolution of the dispute in

this action, this Court **HEREBY ORDERS** as follows:

| | |
|---|---|
| Deadline for Plaintiff to Provide Identification of All Co-Worker and Other Product Identification Witnesses | October 28, 2002 |
| Deadline for Plaintiff to Provide a List of All Experts, X-Rays, Pathology and/or Tissue and Expert Reports; Defendants to Commence Discovery of Plaintiff's Experts | November 22, 2002 |
| Deadline for All Non-Expert Discovery Including Disclosure and Deposition of Fact Witnesses | December 11, 2002 |
| Interim Case Management Hearing | December 13, 2002 |
| Deadline for Defendants to File Motions for Summary Judgment and all preliminary motions, including, but not limited to, motions to dismiss, motions regarding venue, service or statute of limitations or motions to add parties. | January 21, 2003 |

712898 v1

| | |
|---|---|
| Deadline for Plaintiff's Response to Defendants' Motions for Summary Judgment and all preliminary motions, including, but not limited to, motions to dismiss, motions regarding venue, service or statute of limitations or motions to add parties. | February 21, 2003 |
| Hearing on Motions for Summary Judgment and all preliminary motions, including, but not limited to, motions to dismiss, motions regarding venue, service or statute of limitations or motions to add parties. | March 21, 2003 |
| Deadline for Defendants to Provide All Expert Reports | April 17, 2003 |
| Deadline for Defendants to Provide Their Experts for Deposition, Unless Previously Provided | June 3, 2003 |
| Deadline to Depose All Expert Witnesses | August 23, 2002 |
| Deadline to File Pre-Trial Order | Two Weeks Before Trial |
| Tentative Trial Date Pursuant to Case Management Hearing on December 13, 2002 | October 2003 |

For good cause shown, parties can request that the Court amend these dates. No extensions of discovery will be permitted, except by Order of This Court and only upon a showing of good cause. Any motions for an extension of discovery shall be filed with the Clerk's office and a courtesy copy sent directly to this Court's chambers.

SO ORDERED, this ____ day of September 2002.

 

 

_____

Stephanie B. Manis
JUDGE, SUPERIOR COURT OF
FULTON COUNTY, GEORGIA

 

[SIGNATURES ON NEXT PAGE]

712898 v1

CONSENTED TO ON BEHALF OF ALL DEFENDANTS:
HAWKINS & PARNELL, LLP

Ollie M. Harton
Georgia State Bar No. 334585
Jennifer P. Treanor
Georgia State Bar No. 715237
ATTORNEYS FOR DEFENDANT JOHN CRANE INC.

4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308-3243
(404) 614-7400 - Phone
(404) 614-7500 - Facsimile

LANE & GOSSETT

Roger Lane       *with express permission*
ATTORNEY FOR PLAINTIFFS

1601 Reynolds Street
Brunswick, GA  31520
(912) 264-8296

712898 v1

# Exhibit
# B

## IN THE SUPERIOR COURT OF FULTON COUNTY
### STATE OF GEORGIA

BLANCHE K. BLACK, Individually )
As Widow of CLYDE A. BLACK, )
Deceased, and NANCY B. HOUSTON )
as Executrix of the Estate of )
CLYDE A. BLACK, deceased, )
                       )
        Plaintiffs, )
                       )
v. )
                       )
JOHN CRANE INC., et al., )
                       )
        Defendants. )

FILED IN OPEN COURT, THIS THE
13 DAY OF Sept 19 2002

JUDGE, DORIS L. DOWNS

CIVIL ACTION
FILE NO: 2002CV51762

### CASE MANAGEMENT ORDER

COMES NOW the Court, based upon agreement of counsel and the entire record in this case, and enters this case management order for discovery and trial in the above-referenced case.

| | |
|---|---|
| Deadline for Plaintiff to Provide a List of All Experts, X-Rays, Pathology and/or Tissue and Expert Reports; Defendants to Commence Discovery of Plaintiff's Experts | September 17, 2002 |
| Deadline for Plaintiff to Provide Identification of All Co-Worker Witnesses | October 11, 2002 |
| Deadline for All Non-Expert Discovery Including Disclosure and Deposition of Fact Witnesses | November 11, 2002 |
| Deadline for Defendants to File Motions for Summary Judgment Based on Lack of Product Identification | November 21, 2002 |
| Motion for Summary Judgment Hearing | January 9, 2003, 9 a.m. |
| Deadline for Defendants to Provide All Expert Reports | March 17, 2003 |
| Deadline for Defendants to Provide Their Experts for Deposition | June 2, 2003 |
| Trial Date | September 2003 |

For good cause shown, parties can request that the Court amend these dates.

SO ORDERED, this _13th_ day of September 2002.

Doris L. Downs
JUDGE, SUPERIOR COURT OF
FULTON COUNTY, GEORGIA

CONSENTED TO ON BEHALF OF ALL DEFENDANTS:
HAWKINS & PARNELL, LLP

Ollie M. Harton
Georgia State Bar No. 334585
ATTORNEY FOR DEFENDANT JOHN CRANE INC.

4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308-3243
(404) 614-7400 - Phone
(404) 614-7500 - Facsimile

LANE & GOSSETT

Darryl Gossett     _with express permission_
Darryl Gossett
ATTORNEY FOR PLAINTIFFS

1601 Reynolds Street
Brunswick, GA 31520
(912) 264-8296

# Exhibit C

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| AMELIA J. LIGHTSEY,<br>Individually as Widow of<br>Curtis Hoover Lightsey,<br>Deceased, and CURTIS HERBERT<br>LIGHTSEY, as Executor of the<br>Estate of Curtis Hoover<br>Lightsey, deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN CRANE, INC., et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1:02 CV 3391–RLV

CIVIL ACTION FILE

NO. 2002CV51892

**VIACOM, INC.'S MOTION FOR STAY**

Defendant VIACOM, INC., successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation (hereinafter "Westinghouse"), having removed this asbestos case and requested its transfer to the Multi-District Litigation proceeding in the Eastern District of Pennsylvania, *In Re Asbestos Products Liability Litigation (No. VI)*, Docket No. 875, which governs all pre-trial proceedings in federal asbestos cases, hereby requests that this Court stay all pre-trial deadlines until such time, if any, that it is determined that this Court will exercise pre-trial jurisdiction over this case. In support of its Motion, Defendant Westinghouse states as follows:

1.1.

LightseyMotionStay.wpd

On December 17, 2002, Defendant Westinghouse removed this case.

### 2.2.

This is an asbestos case. There is a Multi-District Litigation proceeding: *In Re Asbestos Products Liability Litigation (No. VI)*, Docket No. 875, for the consolidated management of pre-trial proceedings in asbestos cases filed in federal court. Westinghouse filed a Notice of Tag-Along Action on December 27, 2002, to transfer this case to the Multi-District Litigation.

### 3.3.

If this case is transferred to the Multi-District Litigation, pre-trial proceedings would be governed there. Alternatively, Plaintiff may seek remand to state court.

### 4.4.

Until determined, if ever, that this Court will actually handle pre-trial proceedings in this case, all pre-trial deadlines in this Court should be stayed.

A proposed Order is attached.

**WHEREFORE**, Defendant Westinghouse respectfully requests that this Motion be granted.

Respectfully submitted, this _3rd_ day of January, 2003.

MATTHEW N. PADGETT, Esq.
Georgia Bar No. 558705
Attorney for Defendant Viacom, Inc.

EVERT & WEATHERSBY
P.O. BOX 1787
Athens, GA 30603
(706)583-8665 office
(706)583-8525 facsimile

LightseyMotionStay.wpd

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AMELIA J. LIGHTSEY,<br>Individually as Widow of<br>Curtis Hoover Lightsey,<br>Deceased, and CURTIS HERBERT<br>LIGHTSEY, as Executor of the<br>Estate of Curtis Hoover<br>Lightsey, deceased, | )<br>)<br>)<br>)<br>)<br>)<br>) | 1:02 CV 3391 |
| Plaintiffs, | )<br>)<br>) | CIVIL ACTION FILE<br><br>NO.  2002CV51892 |
| v. | )<br>) | |
| JOHN CRANE, INC., et al. | )<br>) | |
| Defendants. | )<br>) | |

## ORDER

The Court having considered Westinghouse's Motion for Stay and finding good cause to grant same;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all pre-trial deadlines are stayed until further notice.

The Clerk shall send an attested copy of this Order to all counsel of record.

SO ORDERED this _____ day of _____, 2003.

_____
JUDGE

Prepared by:
MATTHEW N. PADGETT, Esq.
Georgia Bar No. 558705
P.O. BOX 1787
Athens, GA 30603

LightseyMotionStay.wpd

```
(706)583-8665 office
(706)583-8525 facsimile
```

## CERTIFICATE OF FONT SIZE

Pursuant to Local Rule 7.1(D), I certify that Viacom, Inc.'s Motion for Stay and Proposed Order have been prepared with one of the fonts and point selections ("Courier New 12") approved by the Court in Local Rule 5.1 (B).

MATTHEW N. PADGETT, Esq.
Georgia Bar No. 558705

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AMELIA J. LIGHTSEY,                     )
Individually as Widow of                )
Curtis Hoover Lightsey,                 )
Deceased, and CURTIS HERBERT            )
LIGHTSEY, as Executor of the            )
Estate of Curtis Hoover                 )   1:02 CV 3391
Lightsey, deceased,                     )
                                        )   CIVIL ACTION FILE
        Plaintiffs,                     )
                                        )   NO. 2002CV51892
v.                                      )
                                        )
JOHN CRANE, INC., et al.                )
                                        )
        Defendants.                     )
_____)

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this date served a true and correct copy of
the within and foregoing VIACOM, INC.'S MOTION FOR STAY upon all counsel of
record via the United States Mail, with adequate first-class postage affixed
thereto addressed as shown on Appendix A to this Certificate of Service.

This _3rd_ day of January, 2003.

                                        _____
                                        MATTHEW N. PADGETT, Esq.
                                        Georgia Bar No. 558705
EVERT & WEATHERSBY                      Attorney for Defendant Viacom,Inc.
P.O. BOX 1787
Athens, GA 30603
(706)583-8665 office
(706)583-8525 facsimile

LightseyMotionStay.wpd

**PLAINTIFF**
C. Darrell Gossett, Esq.
Lane & Gossett, P.C.
1602 Reynolds Street
Brunswick, GA 31520

**DEFENDANT**
**John Crane, Inc.**
Ollie M. Harton
Jennifer Treanor
Hawkins & Parnell
4000 Sun Trust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

**Metropolitan Life Insurance**
Carolyn Baer, Esq.
Ogletree, Deakins, Nash, Somoak & Stewart P.C.
Bank of America Plaza
600 Peachtree St., NE
Atlanta, GA 30308

**General Electric**
Randy Dalby, Esq.
Chilivis Cochran, Larkins & Bever
3217 Maple Drive, NE
Atlanta, GA 30305

Appendix A

# Exhibit D

FILED IN CLERK'S OFFICE
U.C.D.C. Atlanta

JAN -b 2003

LUTHER D. THOMAS, Clerk
By:
Deputy Clerk

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

BLANCHE K. BLACK,                              )
Individually, as Widow of                      )
Clyde A. Black, Deceased, and                  )
NANCY B. HOUSTON, as                           )   1:02 -CV 3392-JUV
Executrix of the Estate of                     )   CIVIL ACTION FILE
Clyde A. Black, deceased,                       )   2002CV51762
                                               )
    Plaintiffs,                              )
                                               )
v.                                             )
                                               )
JOHN CRANE, INC., et al.                       )
                                               )
    Defendants.                              )
_____)

## VIACOM, INC.'S MOTION FOR STAY

Defendant VIACOM, INC., successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation (hereinafter "Westinghouse"), having removed this asbestos case and requested its transfer to the Multi-District Litigation proceeding in the Eastern District of Pennsylvania, *In Re Asbestos Products Liability Litigation (No. VI)*, Docket No. 875, which governs all pre-trial proceedings in federal asbestos cases, hereby requests that this Court stay all pre-trial deadlines until such time, if any, that it is determined that this Court will exercise pre-trial jurisdiction over this case. In support of its Motion, Defendant Westinghouse states as follows:

1.1.

BlackMotionStay.wpd

On December 17, 2002, Defendant Westinghouse removed this case.

### 2.2.

This is an asbestos case. There is a Multi-District Litigation proceeding: *In Re Asbestos Products Liability Litigation (No. VI)*, Docket No. 875, for the consolidated management of pre-trial proceedings in asbestos cases filed in federal court. Westinghouse filed a Notice of Tag-Along Action on December 26, 2002, to transfer this case to the Multi-District Litigation.

### 3.3.

If this case is transferred to the Multi-District Litigation, pre-trial proceedings would be governed there. Alternatively, Plaintiff may seek remand to state court.

### 4.4.

Until determined, if ever, that this Court will actually handle pre-trial proceedings in this case, all pre-trial deadlines in this Court should be stayed.

A proposed Order is attached.

**WHEREFORE**, Defendant Westinghouse respectfully requests that this Motion be granted.

BlackMotionStay.wpd

Respectfully submitted, this _3rd_ day of January, 2003.


_____
MATTHEW N. PADGETT, Esq.
Georgia Bar No. 558705
Attorney for Defendant Viacom, Inc.

EVERT & WEATHERSBY
P.O. BOX 1787
Athens, GA 30603
(706) 583-8665 office
(706) 583-8525 facsimile


**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BLANCHE K. BLACK,<br>Individually, as Widow of<br>Clyde A. Black, Deceased, and<br>NANCY B. HOUSTON, as<br>Executrix of the Estate of<br>Clyde A. Black, deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN CRANE, INC., et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1:02 -CV 3392
CIVIL ACTION FILE
2002CV51762

### ORDER

The Court having considered Westinghouse's Motion for Stay and finding good cause to grant same;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all pre-trial deadlines are stayed until further notice.

The Clerk shall send an attested copy of this Order to all counsel of record.

SO ORDERED this _____ day of _____, 2003.


_____
JUDGE


**Prepared by:**
MATTHEW N. PADGETT, Esq.
Georgia Bar No. 558705
P.O. BOX 1787
Athens, GA 30603
(706)583-8665 office
(706)583-8525 facsimile


BlackMotionStay.wpd                    - 4 -

**CERTIFICATE OF FONT SIZE**

Pursuant to Local Rule 7.1(D), I certify that Viacom, Inc.'s Motion for Stay and Proposed Order have been prepared with one of the fonts and point selections("Courier New 12") approved by the Court in Local Rule 5.1 (B).

MATTHEW N. PADGETT, Esq.
Georgia Bar No. 558705

BlackMotionStay.wpd

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BLANCHE K. BLACK,<br>Individually, as Widow of<br>Clyde A. Black, Deceased, and<br>NANCY B. HOUSTON, as<br>Executrix of the Estate of<br>Clyde A. Black, deceased,<br><br>　　Plaintiffs,<br><br>v.<br><br>JOHN CRANE, INC., et al.<br><br>　　Defendants. | )<br>)<br>)<br>)　1:02 -CV 3392<br>)　CIVIL ACTION FILE<br>)　2002CV51762<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this date served a true and correct copy of the within and foregoing VIACOM, INC.'S MOTION FOR STAY upon all counsel of record via the United States Mail, with adequate first-class postage affixed thereto addressed as shown on Appendix A to this Certificate of Service.

This 3rd day of January, 2003.

　　　　　　　　　　　　　　　　　MATTHEW N. PADGETT, Esq.
　　　　　　　　　　　　　　　　　Georgia Bar No. 558705
　　　　　　　　　　　　　　　　　Attorney for Defendant Viacom, Inc.

EVERT & WEATHERSBY
P.O. BOX 1787
Athens, GA 30603
(706)583-8665 office
(706)583-8525 facsimile

BlackMotionStay.wpd

**PLAINTIFF**
C. Darrell Gossett, Esq.
Lane & Gossett, P.C.
1602 Reynolds Street
Brunswick, GA 31520

**DEFENDANTS**
**John Crane, Inc.**
Ollie M. Harton
Jennifer P. Treanor
HAWKINS & PARNELL, LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia 30308-3243

**Metropolitan Life Insurance**
Carolyn Baer, Esq.
Ogletree, Deakins, Nash, Somoak & Stewart P.C.
Bank of America Plaza
600 Peachtree St., NE
Atlanta, GA 30308

Appendix A

# Exhibit
# E

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 5 2003

LUTHER D. THOMAS, Clerk
By_____
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BLANCHE K. BLACK, Individually
as Widow of Clyde A. Black,
deceased, and NANCY B.
HOUSTON, as Executrix of the
Estate of Clyde A. Black,
deceased,

        Plaintiffs,

    v.

JOHN CRANE, INC., et al.,

        Defendants.

CIVIL ACTION

NO. 1:02-CV-3392-RLV

RECEIVED

FEB 0 7 2003

E & W

## O R D E R

It appearing that this action is a potential tag-along case with respect to In re Asbestos Products Liability Litigation (No. VI), Docket No. 875, pending in the United States District Court for the Eastern District of Pennsylvania, Viacom, Inc.'s motion to stay proceedings in this court [Doc. No. 2] is GRANTED to the extent that the parties are relieved from complying with the pre-trial deadlines imposed by the Local Rules of this court. This case is hereby STAYED pending a ruling by the Judicial Panel for Multidistrict Litigation on the transfer and consolidation of this case with that case pending in Pennsylvania.

SO ORDERED, this 4th day of February, 2003.

ROBERT L. VINING, JR.
Senior United States District Judge

Rose Marie Wade, Esq.
Evert & Weathersby
Suite 225
3405 Piedmont Road, N.E.
Atlanta, GA  30305-1764

Announcement:

Internet access to court information and forms is now available at:

www.gand.uscourts.gov

Internet access to PACER (Public Access to Court Electronic Records) is now available at:

pacer.gand.uscourts.gov

Sign-up for PACER access at 1-800-676-6856.

1:02-cv-03392

Michael N. Weathersby, Esq.
Evert & Weathersby
Suite 225
3405 Piedmont Road, N.E.
Atlanta, GA  30305-1764

Announcement:

Internet access to court information and forms is now available at:

www.gand.uscourts.gov

Internet access to PACER (Public Access to Court Electronic Records) is
now available at:

pacer.gand.uscourts.gov

Sign-up for PACER access at 1-800-676-6856.

C. Michael Evert Jr., Esq.
Evert & Weathersby
Suite 225
3405 Piedmont Road, N.E.
Atlanta, GA   30305-1764

Announcement:

Internet access to court information and forms is now available at:

www.gand.uscourts.gov

Internet access to PACER (Public Access to Court Electronic Records) is
now available at:

pacer.gand.uscourts.gov

Sign-up for PACER access at 1-800-676-6856.

# Exhibit F

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 5 2003

LUTHER D. THOMAS, Clerk
By: [signature]
                    Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AMELIA J. LIGHTSEY,
Individually as Widow of
Curtis Hoover Lightsey,
deceased, and CURTIS HERBERT
LIGHTSEY, as Executor of the
Estate of Curtis Hoover
Lightsey, deceased,

      Plaintiffs,

   v.

JOHN CRANE, INC., et al.,

      Defendants.

CIVIL ACTION

NO. 1:02-CV-3391-RLV

## O R D E R

It appearing that this action is a potential tag-along case with respect to In re Asbestos Products Liability Litigation (No. VI), Docket No. 875, pending in the United States District Court for the Eastern District of Pennsylvania, Viacom, Inc.'s motion to stay proceedings in this court [Doc. No. 2] is GRANTED to the extent that the parties are relieved from complying with the pre-trial deadlines imposed by the Local Rules of this court. This case is hereby STAYED pending a ruling by the Judicial Panel for Multidistrict Litigation on the transfer and consolidation of this case with that case pending in Pennsylvania.

SO ORDERED, this 4th day of February, 2003.

[signature]
ROBERT L. VINING, JR.
Senior United States District Judge

1:02-cv-03391

Matthew Newton Padgett, Esq.
Evert & Weathersby
P.O. Box 1787
Athens, GA   30603

Announcement:

Internet access to court information and forms is now available at:

www.gand.uscourts.gov

Internet access to PACER (Public Access to Court Electronic Records) is
now available at:

pacer.gand.uscourts.gov

Sign-up for PACER access at 1-800-676-6856.