MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 19 2003

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LLIABILITY LITIGATION (NO. VI)

*Amelia J. Lightsey, et al., v. John Crane, et al.,* E.D. Pennsylvania (N.D. Georgia, C.A. No. 1:03-3391)

### JOINDER TO OBJECTION TO CONDITIONAL REMAND ORDER

COMES NOW General Electric Company, pursuant to Rules 5.1, 5.2, 7.2 and 7.6(f)(i)(ii) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and hereby objects to the entry of the Conditional Remand Order. General Electric Company respectfully hereby joins in, incorporates, and adopts Viacom Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation's grounds for this objection to the entry of the Conditional Remand Order.

Respectfully submitted this 7th day of August, 2003.

CHILIVIS, COCHRAN, LARKINS & BEVER LLP

_____
J. D. Dalbey
Georgia Bar Number 003150

3127 Maple Drive, N.E.
Atlanta, Georgia 30305
(404) 233-4171

ATTORNEYS FOR DEFENDANT
GEORGIA ELECTRIC COMPANY

PLEADING NO. 3962

OFFICIAL FILE COPY   IMAGED AUG 20 '03

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION   2003 AUG -8   A 10: 42   RECEIVED CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LLIABILITY LITIGATION (NO. VI)

*Amelia J. Lightsey, et al., v. John Crane, et al.,* E.D. Pennsylvania (N.D. Georgia, C.A. No. 1:03-3391)

CERTIFICATE OF SERVICE

This is to certify that I have on this day served counsel for all parties in the foregoing matter with this Joinder to Objection to Conditional Remand Order by U.S. Mail in an envelope with adequate postage thereon addressed as follows:

| FOR PLAINTIFF | FOR DEFENDANT VIACOM INC. |
|---|---|
| C. Darrell Gossett, Esq. | Matthew N. Padgett, Esq. |
| Lane & Gossett | Evert & Weathersby, LLC |
| 1601 Reynolds Street | P.O. Box 1787 |
| Brunswick, Georgia 31520 | Athens, Georgia 30603 |
| | |
| Carolyn A. Baer, Esq. | Ollie M. Harton, Esq. |
| Ogletree, Deakins, Nash, | Hawkins & Parnell, LLP |
|    Smoak & Stewart, P.C. | 4000 SunTrust Plaza |
| Bank of America Plaza, Ste. 2100 | 303 Peachtree Street, N.E. |
| 600 Peachtree Street, N.E. | Atlanta, Georgia 30308 |
| Atlanta, Georgia 30308 | **John Crane Inc.** |
| **Metropolitan Life Insurance** | |

Bright K. Wright, Esq.
Nelson, Mullins, Riley &
    Scarborough
First Union Plaza, Suite 1400
999 Peachtree Street, NE
Atlanta, Georgia 30309
**Georgia Pacific Corporation**
**Dismissed without prejudice**
**on 12/2/02**

David C. Marshall, Esq.
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308
**National Service Industries, Inc.**
**Successor in Interest to North Bros. Co.**
**Named in error.**

This ___7th___ day of August, 2003.

CHILIVIS, COCHRAN, LARKINS & BEVER LLP

_____
J. D. Dalbey
Georgia Bar Number 003150

3127 Maple Drive, N.E.
Atlanta, Georgia  30305
(404) 233-4171

ATTORNEYS FOR DEFENDANT
GEORGIA ELECTRIC COMPANY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 19 2003

FILED
CLERK'S OFFICE

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LLIABILITY LITIGATION (NO. VI)

*Amelia J. Lightsey, et al., v. John Crane, et al.*, E.D. Pennsylvania (N.D. Georgia, C.A. No. 1:03-3391)

## AMENDED CERTIFICATE OF SERVICE

This is to certify that I have on this day served counsel for all parties in the foregoing matter with General Electric Company's Joinder to Objection to Conditional Remand Order by U.S. Mail in an envelope with adequate postage to all counsel listed on the attached service list.

This 19th day of August, 2003.

CHILIVIS, COCHRAN, LARKINS & BEVER LLP

_____
J. D. Dalbey
Georgia Bar Number 003150

3127 Maple Drive, N.E.
Atlanta, Georgia 30305
(404) 233-4171
ATTORNEYS FOR DEFENDANT
GEORGIA ELECTRIC COMPANY

2003 AUG 19 P 4: 10
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

# PANEL SERVICE LIST
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Amelia J. Lightsey, et al. v. John Crane, Inc., et al.*, E.D. Pennsylvania
(N.D. Georgia, C.A. No. 1:02-3391)
*Blanche K. Black, et al. v. John Crane, Inc., et al.*, E.D. Pennsylvania
(N.D. Georgia, C.A. No. 1:02-3392)

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

C. Michael Evert, Jr.
Evert & Weathersby
3405 Piedmont Road, N.E., Suite 225
Atlanta, GA 30305-1764

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Charles Darrell Gossett
Lane & Gossett, P.C.
1601 Reynolds Street
Brunswick, GA 31520

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Roger B. Lane
Lane & Gossett, P.C.
1601 Reynolds Street
Brunswick, GA 31520

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

Matthew Newton Padgett
Evert & Weathersby
P.O. Box 1787
Athens, GA 30603

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406