MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 19 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Donald Sain, et al. v. Kaiser Gypsum Co., Inc., et al.*, S.D. Florida, C.A. No. 1:03-20984

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Sain*) on July 21, 2003. In the absence of any opposition, the conditional transfer order was finalized with respect to *Sain* on August 6, 2003. The Panel has now been advised, however, that *Sain* was remanded to the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, by the Honorable Adalberto Jordan in an order filed on July 1, 2003.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-226" filed on July 21, 2003, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

PLEADING NO. 3965

IMAGED AUG 19 '03   OFFICIAL FILE COPY