

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 20 2003

FILED
CLERK'S OFFICE

DOCKET NO. 875
BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

This document relates to the
following case:

---

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| LOUIS PAUL MILLER<br>Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION<br>NO. 1:03-217 |
| | § | |
| | § | |
| QUIGLEY COMPANY INC., ET AL.<br>Defendants | § | |

RECEIVED
CLERK'S OFFICE
2003 AUG 20 A 11:41
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

PLEADING NO. 3966

**MOTION TO VACATE**
**CONDITIONAL TRANSFER ORDER NO. 226**

COMES NOW Plaintiff in the above styled case and respectfully move the Panel to Vacate Conditional Transfer Order No. 226, which would transfer this case to the United States District Court for the Eastern District of Pennsylvania. This case should not be transferred because the case was improperly removed from state court.

For these reasons, addressed more fully in the attached brief, Plaintiff urges the Panel to vacate Conditional Transfer Order No. 226 to the extent that it transfers this case to the Eastern District of Pennsylvania.



OFFICIAL FILE COPY

IMAGED AUG 21 '03

Respectfully submitted,

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 20 2003

FILED
CLERK'S OFFICE

BARON & BUDD
The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, Texas 75219
(214) 521-3605
FAX: (214) 520-1181

By: [signature]
TIFFANY L. NEWLIN
Mississippi Bar No. 100617

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document was served on all counsel of record listed on the attached service list via United States Mail, postage fully prepaid thereon, on this 19th day of August, 2003 and via Federal Express Overnight to the following:

Clerk of the U. S. District Court
Southern District of Mississippi, Southern Division
725 Martin Luther King, Jr., Blvd., Suite 243
Biloxi, MS 39530

Hon. Walter J. Gex III, District Judge
725 Dr. Martin Luther King Jr. Blvd., Suite 238
Biloxi, MS 39530

RECEIVED
CLERK'S OFFICE
2003 AUG 20 A 11:41
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

[signature]
TIFFANY L. NEWLIN

**SERVICE LIST**
**Conditional Transfer Order No. 226**

**Louis Paul Miller, ET AL. VS. QUIGLEY COMPANY INC., ET AL.**
CAUSE NO. CI-2002-003-SI, IN THE CIRCUIT COURT OF JACKSON COUNTY, Jackson

## DEFENSE COUNSEL:

DAVID A. BARFIELD
BARFIELD & ASSOCIATES
233 EAST CAPITOL STREET
JACKSON, MS 39207-3979
(601)968-9420 (PHONE)
(601) 968-9425 (FAX)
ATTORNEYS FOR DRESSER INDUSTRIES, INC., KELLOGG, BROWN & ROOT, INC., SUCCESSOR-BY-MERGER TO BROWN &ROOT, INC., MID-VALLEY, INC.

RONALD D. COLLINS
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
ONE JACKSON PLACE
188 EAST CAPITOL STREET, SUITE 1200
JACKSON, MS 39225-2608
(601)960-8600 (PHONE)
(601) 960-3241 (FAX)
ATTORNEYS FOR ASTENJOHNSON, INC.

QUENTIN A. DANIELS
BAKER, DONELSON, BEARMAN & CALDWELL
4268 INTERSTATE 55 NORTH
MEADOWBROOK OFFICE PARK
JACKSON, MS 39211
(601)351-2400 (PHONE)
(601)351-2424 (FAX)
ATTORNEYS FOR GENERAL REFRACTORIES COMPANY

DAVID W. DOGAN, III
DOGAN & WILKINSON PLLC
15TH FLOOR CAPITAL TOWERS
125 SOUTH CONGRESS STREET
JACKSON, MS 39201
(601)351-3200 (PHONE)
(601)351-3232 (FAX)
ATTORNEYS FOR FLINTKOTE

WILLIAM F. GOODMAN, III
WATKINS & EAGER
THE EMPORIUM BUILDING
400 EAST CAPITOL STREET, SUITE 300
JACKSON, MS 39205
(601)948-6470 (PHONE)
(601) 354-3623 (FAX)
ATTORNEYS FOR METROPOLITAN LIFE INSURANCE CO.

JEFFREY P. HUBBARD
WELLS, MOORE, SIMMONS & HUBBARD, PLLC
SUITE 200
4450 OLD CANTON ROAD
JACKSON, MS 39211
(601) 354-5400 (PHONE)
(601) 355-5850 (FAX)
ATTORNEYS FOR CERTAIN-TEED CORPORATION

JOE B. MOSS
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
ONE JACKSON PLACE
SUITE 1200
188 EAST CAPITOL STREET
JACKSON, MS 39225-2608
(601)960-8600 (PHONE)
(601)960-8613 (FAX)
ATTORNEYS FOR UNION CARBIDE CORPORATION

RONALD G. PERESICH
PAGE, MANNINO, PERESICH, DICKINSON & MCDERMOTT, P.L.L.C.
759 VIEUX MARCHE' MALL
BILOXI, MS 39530
(228)374-2100 (PHONE)
(228)432-5539 (FAX)
ATTORNEYS FOR KELLY-MOORE

WILLIAM C. REEVES
SMITH, REEVES & YARBOUROUGH, PLLC
SUITE 330
6350 I-55 NORTH
JACKSON, MS 39211
(601) 965-7200 (PHONE)
(601) 965-7201 (FAX)
ATTORNEYS FOR RILEY POWER, INC. (F/K/A BABCOCK BORSIG POWER, INC.)

THOMAS W. TARDY
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
ONE JACKSON PLACE
188 EAST CAPITOL STREET, SUITE 1200
JACKSON, MS 39225-2608
(601)960-8633 (PHONE)
(601)960-3241 (FAX)
ATTORNEYS FOR DANA CORPORATION, QUIGLEY COMPANY INC., ZURN INDUSTRIES, INC.

THOMAS W. TYNER
AULTMAN, TYNER, RUFFIN & YARBOROUGH, LTD.
315 HEMPHILL STREET
HATTIESBURG, MS 39401
(601)583-2671 (PHONE)
(601)583-2677 (FAX)
ATTORNEYS FOR AMETEK INC., CHAMPLAIN CABLE CORPORATION, GARLOCK SEALING TECHNOLOGIES, INC., GARLOCK, INC.

THOMAS E. VAUGHN
ALLEN, VAUGHN, COBB & HOOD, P.A.
ONE HANCOCK PLAZA, SUITE 1209
GULFPORT, MS 39501
(228) 864-4011 (PHONE)
(228) 864-4852 (FAX)
ATTORNEYS FOR AMCOL INTERNATIONAL CORPORATION

WALTER G. WATKINS
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
ONE JACKSON PLACE
SUITE 1200
188 EAST CAPITOL STREET
JACKSON, MS 39225-2608
(601)960-8600 (PHONE)
(601) 960-3241 (FAX)
ATTORNEYS FOR GEORGIA PACIFIC, OWENS-ILLINOIS, INC.

W. LEE WATT
BROWN * BUCHANAN * SESSOMS, P.A.
3112 CANTY STREET
PASCAGOULA, MS 39567
(228)762-0035 (PHONE)
(228)762-0299 (FAX)
ATTORNEYS FOR AQUA-CHEM., INC.

**PANEL SERVICE LIST:**

David A. Barfield
Barfield & Associates
P. O. Drawer 3979
Jackson, MS 39207-3979

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 4414

Sheila M. Bossier
Forman, Perry, Watkins, Krutz & Tardy
P. O. Box 22608
Jackson MS 39225-2608

Stefan G. Bourn
Forman, Perry, Watkins, Krutz & Tardy
P. O. Box 22608
Jackson MS 39225-2608

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1601 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, NW.
Washington, DC 20036

John G. Corlew
Watkins & Eager
The Emporium Building
400 East Capitol Street, Suite 300
P. O. Box 650
Jackson, MS 39205-0650

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

W. Mark Edwards
Page, Mannino, Peresick & McDermott
P. O. Drawer 289
Biloxi, MS 39533-0289

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Edwin S. Gault, Jr.
Forman, Perry, Watkins, Krutz & Tardy
P. O. Box 22608
Jackson MS 39225-2608

Michael D. Goggans
Forman, Perry, Watkins, Krutz & Tardy
P. O. Box 22608
Jackson MS 39225-2608

William F. Goodman, III
Watkins & Eager
P. O. Box 650
400 East Capitol Street, Suite 300
Jackson, MS 39205-0650

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Olham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Alexandra F. Markov
Forman, Perry, Watkins, Krutz & Tardy
P. O. Box 22608
Jackson MS 39225-2608

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
23 Bridgeside Blvd.
P. O. Box 1792
Mt. Pleasant, SC 29464

Tiffany L. Newlin
Baron & Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P. O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard, 6th Floor
Los Angels, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, LLP
Centre Square West, 15th Floor
Philadelphia, PA 19102

Amanda D. Summerlin
Forman, Perry, Watkins, Krutz & Tardy
P. O. Box 22608
Jackson MS 39225-2608

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Thomas W. Tyner
Aultman, Tyner, Ruffin & Yarborough, Ltd.
P. O. Box 750
Hattiesburg, MS 39403-0750

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P. O. Drawer 4108
Gulfport, MS 39502-4108

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P. O. Box 998
Cedar Rapids, IA 52406

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 20 2003

FILED
CLERK'S OFFICE

DOCKET NO. 875
BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

This document relates to the
following case:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| LOUIS PAUL MILLER | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION |
| | § | NO. 1:03-217 |
| | § | |
| QUIGLEY COMPANY INC., ET AL. | § | |
| Defendants | § | |

RECEIVED
CLERK'S OFFICE
2003 AUG 20 A 11:41
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**BRIEF IN SUPPORT OF MOTION TO VACATE**
**CONDITIONAL TRANSFER ORDER NO. 226**

**I.**

Plaintiff filed this lawsuit in Mississippi state court, seeking compensation for asbestos-related injuries under state law. Defendant Proko Industries, Inc. ("Proko") removed this case on March 13, 2003, without obtaining the required consent from other Defendants. Plaintiff filed a timely Motion to Remand, which is still pending. After this Panel issued a Conditional Transfer Order, Plaintiff filed a timely Notice of Opposition. Transfer of this case would not be appropriate because the removal was improper on its face.

II.

Under the firmly established "rule of unanimity," all defendants must consent to removal. *Smith v. Union Nat. Life Ins. Co.*, 187 F.Supp.2d 635, 640 (S.D. Miss. 2001) (citations omitted). All served defendants must communicate their consent "no later than thirty days from the day on which the first defendant was served." *Getty Oil Corp. v. Insurance Co. of North America*, 841 F.2d 1254, 1263 (5th Cir. 1988). This time limitation "is mandatory and must be strictly construed. Accordingly, if all the defendants do not join in or consent to the removal petition within the thirty-day period, 'the district court shall remand the case....'" *Smith, supra,* at 641 (citations omitted). Each defendant "must communicate his consent to the court by way of an official filing or voicing of consent." *Spillers v. Tillman*, 959 F.Supp. 364, 369 (S.D. Miss. 1997) (citations omitted). Failure to obtain consent of all defendants within the 30-day time limit cannot be cured by amendment. *Id.* at 372.

III.

Proko has failed to obtain the consent of at least seven properly joined and served Defendants: Flintkote Co., Garlock, Inc., General Refractories, Muralo Co., Inc., Quigley Co., Inc., Rapid American, and Uniroyal Holding, Inc. Because Proko failed to obtain the consent of all defendants, as required by the removal statute, this case must be remanded to state court and should not be transferred to the Eastern District of Pennsylvania.

IV.

Plaintiff respectfully requests that this Panel to vacate Conditional Transfer Order No. 226 to the extent that it transfers this case to the Eastern District of Pennsylvania.

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

AUG 20 2003

FILED CLERK'S OFFICE

Respectfully submitted,

BARON & BUDD
The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, Texas 75219
(214) 521-3605
FAX: (214) 520-1181

By: [signature]
TIFFANY L. NEWLIN
Mississippi Bar No. 100617

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document was served on all counsel of record listed on the attached service list via United States Mail, postage fully prepaid thereon, on this 19th day of August, 2003 and via Federal Express Overnight to the following:

Clerk of the U. S. District Court
Southern District of Mississippi, Southern Division
725 Martin Luther King, Jr., Blvd., Suite 243
Biloxi, MS 39530

Hon. Walter J. Gex III, District Judge
725 Dr. Martin Luther King Jr. Blvd., Suite 238
Biloxi, MS 39530

RECEIVED CLERK'S OFFICE
2003 AUG 20 A 11: 41
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

[signature]
TIFFANY L. NEWLIN

**SERVICE LIST**
**Conditional Transfer Order No. 226**

**Louis Paul Miller, ET AL. VS. QUIGLEY COMPANY INC., ET AL.**
CAUSE NO. CI-2002-003-SI, IN THE CIRCUIT COURT OF JACKSON COUNTY, Jackson

## DEFENSE COUNSEL:

DAVID A. BARFIELD
BARFIELD & ASSOCIATES
233 EAST CAPITOL STREET
JACKSON, MS 39207-3979
(601)968-9420 (PHONE)
(601) 968-9425 (FAX)
ATTORNEYS FOR DRESSER INDUSTRIES, INC., KELLOGG, BROWN & ROOT, INC., SUCCESSOR-BY-MERGER TO BROWN &ROOT, INC., MID-VALLEY, INC.

RONALD D. COLLINS
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
ONE JACKSON PLACE
188 EAST CAPITOL STREET, SUITE 1200
JACKSON, MS 39225-2608
(601)960-8600 (PHONE)
(601) 960-3241 (FAX)
ATTORNEYS FOR ASTENJOHNSON, INC.

QUENTIN A. DANIELS
BAKER, DONELSON, BEARMAN & CALDWELL
4268 INTERSTATE 55 NORTH
MEADOWBROOK OFFICE PARK
JACKSON, MS 39211
(601)351-2400 (PHONE)
(601)351-2424 (FAX)
ATTORNEYS FOR GENERAL REFRACTORIES COMPANY

DAVID W. DOGAN, III
DOGAN & WILKINSON PLLC
15TH FLOOR CAPITAL TOWERS
125 SOUTH CONGRESS STREET
JACKSON, MS 39201
(601)351-3200 (PHONE)
(601)351-3232 (FAX)
ATTORNEYS FOR FLINTKOTE

WILLIAM F. GOODMAN, III
WATKINS & EAGER
THE EMPORIUM BUILDING
400 EAST CAPITOL STREET, SUITE 300
JACKSON, MS 39205
(601)948-6470 (PHONE)
(601) 354-3623 (FAX)
ATTORNEYS FOR METROPOLITAN LIFE INSURANCE CO.

JEFFREY P. HUBBARD
WELLS, MOORE, SIMMONS & HUBBARD, PLLC
SUITE 200
4450 OLD CANTON ROAD
JACKSON, MS 39211
(601) 354-5400 (PHONE)
(601) 355-5850 (FAX)
ATTORNEYS FOR CERTAIN-TEED CORPORATION

JOE B. MOSS
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
ONE JACKSON PLACE
SUITE 1200
188 EAST CAPITOL STREET
JACKSON, MS 39225-2608
(601)960-8600 (PHONE)
(601)960-8613 (FAX)
ATTORNEYS FOR UNION CARBIDE CORPORATION

RONALD G. PERESICH
PAGE, MANNINO, PERESICH, DICKINSON & MCDERMOTT, P.L.L.C.
759 VIEUX MARCHE' MALL
BILOXI, MS 39530
(228)374-2100 (PHONE)
(228)432-5539 (FAX)
ATTORNEYS FOR KELLY-MOORE

WILLIAM C. REEVES
SMITH, REEVES & YARBOUROUGH, PLLC
SUITE 330
6350 I-55 NORTH
JACKSON, MS 39211
(601) 965-7200 (PHONE)
(601) 965-7201 (FAX)
ATTORNEYS FOR RILEY POWER, INC. (F/K/A BABCOCK BORSIG POWER, INC.)

THOMAS W. TARDY
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
ONE JACKSON PLACE
188 EAST CAPITOL STREET, SUITE 1200
JACKSON, MS 39225-2608
(601)960-8633 (PHONE)
(601)960-3241 (FAX)
ATTORNEYS FOR DANA CORPORATION, QUIGLEY COMPANY INC., ZURN INDUSTRIES, INC.

THOMAS W. TYNER
AULTMAN, TYNER, RUFFIN & YARBOROUGH, LTD.
315 HEMPHILL STREET
HATTIESBURG, MS 39401
(601)583-2671 (PHONE)
(601)583-2677 (FAX)
ATTORNEYS FOR AMETEK INC., CHAMPLAIN CABLE CORPORATION, GARLOCK SEALING TECHNOLOGIES, INC., GARLOCK, INC.

THOMAS E. VAUGHN
ALLEN, VAUGHN, COBB &HOOD, P.A.
ONE HANCOCK PLAZA, SUITE 1209
GULFPORT, MS 39501
(228) 864-4011 (PHONE)
(228) 864-4852 (FAX)
ATTORNEYS FOR AMCOL INTERNATIONAL CORPORATION

WALTER G. WATKINS
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
ONE JACKSON PLACE
SUITE 1200
188 EAST CAPITOL STREET
JACKSON, MS 39225-2608
(601)960-8600 (PHONE)
(601) 960-3241 (FAX)
ATTORNEYS FOR GEORGIA PACIFIC, OWENS-ILLINOIS, INC.

W. LEE WATT
BROWN * BUCHANAN * SESSOMS, P.A.
3112 CANTY STREET
PASCAGOULA, MS 39567
(228)762-0035 (PHONE)
(228)762-0299 (FAX)
ATTORNEYS FOR AQUA-CHEM., INC.

**PANEL SERVICE LIST:**

David A. Barfield
Barfield & Associates
P. O. Drawer 3979
Jackson, MS 39207-3979

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 4414

Sheila M. Bossier
Forman, Perry, Watkins, Krutz & Tardy
P. O. Box 22608
Jackson MS 39225-2608

Stefan G. Bourn
Forman, Perry, Watkins, Krutz & Tardy
P. O. Box 22608
Jackson MS 39225-2608

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1601 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, NW.
Washington, DC 20036

John G. Corlew
Watkins & Eager
The Emporium Building
400 East Capitol Street, Suite 300
P. O. Box 650
Jackson, MS 39205-0650

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

W. Mark Edwards
Page, Mannino, Peresick & McDermott
P. O. Drawer 289
Biloxi, MS 39533-0289

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Edwin S. Gault, Jr.
Forman, Perry, Watkins, Krutz & Tardy
P. O. Box 22608
Jackson MS 39225-2608

Michael D. Goggans
Forman, Perry, Watkins, Krutz & Tardy
P. O. Box 22608
Jackson MS 39225-2608

William F. Goodman, III
Watkins & Eager
P. O. Box 650
400 East Capitol Street, Suite 300
Jackson, MS 39205-0650

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Olham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Alexandra F. Markov
Forman, Perry, Watkins, Krutz & Tardy
P. O. Box 22608
Jackson MS 39225-2608

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
23 Bridgeside Blvd.
P. O. Box 1792
Mt. Pleasant, SC 29464

Tiffany L. Newlin
Baron & Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P. O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard, 6th Floor
Los Angels, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, LLP
Centre Square West, 15th Floor
Philadelphia, PA 19102

Amanda D. Summerlin
Forman, Perry, Watkins, Krutz & Tardy
P. O. Box 22608
Jackson MS 39225-2608

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Thomas W. Tyner
Aultman, Tyner, Ruffin & Yarborough, Ltd.
P. O. Box 750
Hattiesburg, MS 39403-0750

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P. O. Drawer 4108
Gulfport, MS 39502-4108

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P. O. Box 998
Cedar Rapids, IA 52406