*AB 7K*
*ACL*

**MDL 875**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# (AT RICHMOND)

F I L E D

AUG 1 4 2003

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 2 2003

CLE ___ CE

Rev. Christopher M.E. Scott,
Robert W. Simmons,
Liza Mendenhall,
Richard S. Helm,
Carolyn Avera,
James L. Silvester,
Lisa R. Chisholm,
Robert D. Bailey,
Thomas E. Ligon,
The Armistead Group, L.C.

MDL- __8 75__

RECOMMENDED ACTION

_VACATE T.O. -- 1 ACTION_

Approved/Date: _MK   8/21_

**Plaintiffs**                    **Civil Action #3:02CV508**

v.

and,

Wachovia Bank, National Association, successor bank to
First Union Bank

2003 AUG 20 A 11: 27
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

**Defendant**

## CONSENT AGREED DISMISSAL ORDER

**CAME** the parties, by their respective counsel, who represent by
their endorsements to this dismissal order submitted to the Court that

*REP*

they have reach*ed* a settlement and compromise of the issues between them
by way of a duly executed "Confidential Settlement Agreement and
Release" that includes a dismissal of this cause of action in accordance
with the terms of the aforesaid agreement dated July 24, 2003, executed
by and between the plainitffs and the successor to First Union Bank, NA,
hereinafter, Wachovia Bank, NA., so stipulated and order*ed* to be the     *REP*
successor defendant bank in this cause; and that the parties hereby
adopt and incorporate the "Confidential Settlement Agreement and

**OFFICIAL FILE COPY**

IMAGED AUG 25 '03

R E C E I V E D

AUG 1 3 2003

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

PLEADING NO. 3967

Release" as part of this order, a true copy here annexed and sealed and submitted with this dismissal order; and the parties agree in exchange for the executed "Confidential Settlement Agreement and Release", that performance of the agreement by the parties as to its terms and consideration, will forthwith occur between them accordingly.

For purposes of any dispute or enforcement of the settlement agreement, the Court shall retain jurisdiction.

Any future action stemming from the incident as embraced by the terms of the "Confidential Settlement  Agreement and Release" shall be filed in either the state or federal courts of the Commonwealth of Virginia in accordance with the aforesaid above said agreement.

Each party has agreed to bear its own costs and attorney fees.

And nothing more to be done in this pending complaint filed before the Court, the Court hereby dismisses the pending complaint from its docket consistent with the aforesaid "Confidential Settlement Agreement and Release".

AND IT IS SO ORDERED.

Entered this 14th day of August, 2003

U.S. District Court Judge
Eastern District of Virginia

We asked for this:

J. Benjamin Dick, Esq., Counsel for Plaintiffs

Samuel L. Tarry Jr., Esq.
R. Trent Tarry, Esq., Co-Counsel for Defendant
McGuireWoods, LLP

2