MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 22 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Christopher M.E. Scott, et al. v. First Union National Bank, et al.*, E.D. Virginia, C.A. No. 3:02-508

## ORDER VACATING TRANSFER ORDER

On August 13, 2003, the Panel filed an order transferring this action (*Scott*) and one other action to the Eastern District of Pennsylvania, pursuant to 28 U.S.C. § 1407, for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket before the Honorable Charles R. Weiner. Pursuant to 28 U.S.C. § 1407(c), however, the Panel's transfer of *Scott* did not become effective until August 18, 2003, the date the transfer order was filed in the office of the clerk of the transferee court (the Eastern District of Pennsylvania). The Panel has now been advised that, prior to that date, *Scott* was dismissed in the Eastern District of Virginia by the Honorable Robert E. Payne in an order filed on August 14, 2003.

IT IS THEREFORE ORDERED that the Panel's transfer order in this docket filed on August 13, 2003, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

PLEADING NO. 3968

OFFICIAL FILE COPY IMAGED AUG 25 '03