JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 875**

AUG 2 8 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*John Knotts, et al. v. Minnesota Mining, et al.*, S.D. Mississippi, C.A. No. 1:03-136

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Knotts*) on July 21, 2003. In the absence of any opposition, the conditional transfer order was finalized with respect to *Knotts* on August 6, 2003. The Panel has now been advised, however, that *Knotts* was remanded to the Circuit Court of Jasper County, Mississippi, First Judicial District, by the Honorable Walter J. Gex III in an order filed on May 6, 2003.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-226" filed on July 21, 2003, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

PLEADING NO. 3971

IMAGED AUG 2 8 '03

**OFFICIAL FILE COPY**