MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 28 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*John Dunlap, et al. v. Minnesota Mining & Manufacturing Co., et al.*, S.D. Mississippi, C.A. No. 1:03-131

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Dunlap*) on August 18, 2003. The Panel has now been advised that *Dunlap* was remanded to the Circuit Court of Jefferson County, Mississippi, by the Honorable Walter J. Gex III in an order filed on May 6, 2003.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-227" filed on August 18, 2003, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

PLEADING NO. 3973

OFFICIAL FILE COPY   IMAGED AUG 28 '03