**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 9 2003

FILED
CLERK'S OFFICE

PLEADING NO. 3974

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Asbestos Products Liability Litigation (No. VI)       MDL No. 875

## NOTICE OF OPPOSITION TO CONDITION TRANSFER ORDER

The plaintiffs in DAWN YATES, Executrix for the Estate of Larry Yates and DAWN YATES personally, BETH PETERS, Executor for the Estate of Betty Barker, CATHY WEYANT AND BARBARA BREWER v. ELECTRIC BOAT CORP., pending before the United States District Court, District Court of Connecticut, Civil Action No. 303CV0245, hereby file notice of opposition to the condition transfer order on the grounds that the federal court lacks subject matter jurisdiction over this matter and the court's jurisdiction has not been established. The schedule of actions is attached.

Respectfully submitted,

The Plaintiffs, Dawn Yates, Beth Peters, Cathy Weyant and Barbara Brewer,

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2003 AUG 27 P 2:54
RECEIVED CLERK'S OFFICE

IMAGED AUG 29 '03

**OFFICIAL FILE COPY**

EMBRY AND NEUSNER
P.O. BOX 1409   118 POQUONNOCK RD.   GROTON, CT 06340-1409   (860) 449-0341   JURIS NUMBER 102932

By: _____
Melissa M. Olson, Esq. (ct18813)
118 Poquonnock Road
P.O. Box 1409
Groton, Connecticut 06340
(860) 449-0341

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 9 2003

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Asbestos Products Liability Litigation (No. VI)     MDL No. 875

## SCHEDULE OF ACTIONS

Dawn Yates, Executrix for the Estate of Larry Yates and Dawn Yates Personally, Beth Peters for the Estate of Betty Barker, Cathy Weyant and Barbara Brewer

v.

Electric Boat Corporation, Successor-in-Interest to General Dynamics Corporation / Electric Boat Division

United States District Court, District of Connecticut

303CV0245

The Honorable Janet C. Hall

2003 AUG 27  P 2: 54
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 9 2003

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 27th day of August, 2003 to:

James H. Rotondo, Esq.
Maxwell Branson, Esq.
Day, Berry & Howard LLP
CityPlace 1
Hartford, CT 06103
Attorneys for Electric Boat Corp.


The Honorable Janet C. Hall
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604


_____
Melissa M. Olson, Esq.

RECEIVED CLERK'S OFFICE
2003 AUG 27 P 2:54
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION