**MDL 875**

DOCKET NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 29 2003

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Wilber Broadus Amick and Lois M. Amick v. National Service Industries, Inc. f/k/a North Brothers Company., et al., D. South Carolina, C/A No. 2:03-2115

Clifford R. Crosby, Sr. v. Owens-Illinois, Inc., et al., D. South Carolina, C/A No. 2:03-2089

NOTICE OF OPPOSITION
PURSUANT TO RULE 12 OF THE RULES OF PROCEDURE
OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Pursuant to Rule 12(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the plaintiffs hereby file Notice of Opposition to the Conditional Transfer Order entered on August 18, 2003, in the above-cited cases by the Clerk of the Panel transferring these actions to the U.S. District Court for the Eastern District of Pennsylvania (MDL Docket No. 875).

In accordance with Rule 12(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the plaintiffs, within 15 days of the filing of this Notice of Opposition, will file a motion to vacate the Conditional Transfer Order and brief in support thereof.

PLEADING NO. 3975

Respectfully submitted,

MOTLEY RICE LLC

By: _____V. B~B_____
V. Brian Bevon, Esquire
Federal Court ID No. 6425
28 Bridgeside Boulevard
Post Office Box 1792
Mt. Pleasant, SC 29465
(843) 216-9000

ATTORNEYS FOR PLAINTIFFS

August 27, 2003
Charleston, South Carolina

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2003 AUG 29 A 11:24
RECEIVED CLERK'S OFFICE

**OFFICIAL FILE COPY** IMAGED SEP 2 '03

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 9 2003

Wilber Broadus Amick and Lois M. Amick v. National Service Industries, Inc. f/k/ North Brothers Company,
et al., D. South Carolina, C/A No. 2:03-2115
Clifford R. Crosby, Sr. v. Owens-Illinois, Inc., et al., D. South Carolina, C/A No. 2:03-2089

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was sent by facsimile and via United States mail this ___ day of August, 2003, to Michael J. Beck, Clerk of the Panel, One Columbus Circle, NE, Thurgood Marshall Federal Judiciary Building, Room G-255, North Lobby, Washington, DC 20002-8004 and was placed in an envelope, with first-class postage thereon prepaid, and mailed to the attorneys as shown on the attached Panel Service List and to the attorneys for Defendants as shown below:

**W. Thomas Causby, Esquire**
NELSON, MULLINS, RILEY & SCARBOROUGH
P.O. Box 11070
Columbia, SC 29211
COUNSEL FOR DEFENDANT, HONEYWELL INTERNATIONAL, INC.
f/k/a Allied Signal, Inc. f/k/a Allied Corporation, Successor to Bendix Corporation
and OWENS-ILLINOIS, INC.

**James D. Gandy, III, Esquire**
PIERCE, HERNS, SLOAN & McLEOD
P.O. Box 22437
Charleston, SC 29413-2437
COUNSEL FOR DEFENDANTS, NATIONAL SERVICE INDUSTRIES, INC.
F/K/A NORTH BROTHERS, INC. and C. E. THURSTON & SONS, INC.

**James B. Pressly, Jr., Esquire**
HAYNSWORTH SINKLER BOYD, P. A.
P. O. Box 2048
Greenville, SC 29602
COUNSEL FOR THE DEFENDANTS, AVENTIS CROPSCIENCE USA, INC. f/k/a
Rhone-Poulenc AG Company, Inc. f/k/a Amchem Products, Inc., CERTAINTEED CORPORATION
and UNION CARBIDE CORPORATION

**Jennifer Techman, Esquire**
EVERT & WEATHERSBY
P. O. Box 1787
Athens, GA 30603
COUNSEL FOR DEFENDANT, A. W. CHESTERTON COMPANY

**H. Michael Bowers, Esquire**
NEXSEN PRUET JACOBS POLLARD & ROBINSON LLC
205 King Street, Suite 400
Charleston, SC 29401
COUNSEL FOR THE DEFENDANT, LINCOLN ELECTRIC COMPANY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
2003 AUG 29 A 11: 24
RECEIVED
CLERK'S OFFICE

**A. Timothy Jones, Esquire**
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA  30308-3243
COUNSEL FOR THE DEFENDANT, BABCOCK, BORSIG, POWERS, INC.
as successor in interest to D. B. RILEY, INC. (formerly Riley Stoker Corporation)

**H. Lee Davis, Jr., Esquire**
DAVIS & HAMRICK, LLP
P. O. Drawer 20039
Winston-Salem, NC 27120-0039
COUNSEL FOR THE DEFENDANTS, THE FLINTKOTE COMPANY and
WORTHINGTON CORPORATION f/k/a Worthington Pump, Inc.

**James H. Elliott, Esquire**
BARNWELL, WHALEY, PATTERSON & HELMS, LLC
855 Island Park Drive
Daniel Island
Charleston, SC  29492
COUNSEL FOR THE DEFENDANT, JOHN CRANE, INC.

**Michael S. Seekings, Esquire**
MULLEN, WYLIE & SEEKINGS
171 Church Street, Suite 370
Charleston, SC 29401
COUNSEL FOR THE DEFENDANT, INGERSOLL-RAND COMPANY

**Ronald B. Cox, Esquire**
BOWERS & ORR, LLP
PO Box 25389
Columbia, SC 29224
COUNSEL FOR THE DEFENDANT, INDUSTRIAL HOLDINGS
CORPORATION f/k/a The Carborundum Company

Charleston, S. C.

_Polly McGillivray_
Polly McGillivray

## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

V. Brian Bevon
Ness, Motley, Loadholt, et al.
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

William T. Causby
Nelson, Mullins, Riley & Scarborough, LLP
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Thomas F. Dougall
Law Office of Thomas F. Dougall
1713 Woodcreek Farms Road
Elgin, SC 29045

James H. Elliott, Jr.
Barnwell, Whaley, Patterson & Helms
885 Island Park Drive
Charleston, SC 29492-0197

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

George H. O'Kelley, III
Leath, Bouch & Crawford
134 Meeting Street
Suite 500
P.O. Box 59
Charleston, SC 29402

James B. Pressly, Jr.
Haynsworth, Sinkler & Boyd
75 Beattie Place
11th Floor
P.O. Box 2048
Greenville, SC 29602

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Michael S. Seekings
Robertson & Seekings
134 Meeting Street, Suite 500
Charleston, SC 29401

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Jennifer M. Techman
Evert & Weathersby
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406