**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 2 2003

FILED
CLERK'S OFFICE

James E. McCandlish OSB No. 75246
Griffin & McCandlish
111 SW Naito Parkway - 2nd Floor
Portland, OR 97204-3500
Telephone: 503-224-2349
Facsimile: 503-224-3634
E-mail: j@mccandlish.com

Of Attorneys for Plaintiffs

PLEADING NO. 3976

BEFORE THE JUDICIAL PANEL ON
MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI, Schedule CTO-227 - Tag Along Cases) | MDL Docket No. 875<br><br>CTO-227 Oregon District Court, Div. 1, Civil Action No. 03-8<br><br>*Roy Jones v. Railko Limited, et.al* |

NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

Roy Jones ("Plaintiff") in this Oregon District Court case gives Notice pursuant to MDL Rule 7.4(c) of his Opposition to the Conditional Transfer of *Jones v. Railko, et..al*, (Or 6 03-8) to MDL-875 in the Eastern District of Pennsylvania by CTO-227, filed on August 18, 2003.

DATED this 2d day of September, 2003.

Respectfully submitted,

James E. McCandlish
GRIFFIN & McCANDLISH
Oregon State Bar No. 75246

**OFFICIAL FILE COPY**   IMAGED SEP 2 '03

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 2 2003

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 2, 2003, I served the attached NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER dated September 2, 2003, upon the attorneys and court listed below by placing a true copy thereof in the U. S. Mail with appropriate postage affixed thereto.

Daniel F. Knox
SCHWABE WILLIAMSON & WYATT
Pacwest Center Suites 1600-1900
1211 SW 5th
Portland, OR 97204-3795
Of Attorneys for Defendant Keystone Shipping Co.

John Dudrey
WILLIAMS FREDRICKSON LLC
1515 SW 5th Ave., Suite 844
Portland, OR 97201
Of Attorneys for Railko Ltd.

Clerk's Office
U.S. District Court of Oregon
United States Courthouse
1000 SW 3rd Ave.
Portland, OR 97204

GRIFFIN McCANDLISH,

By: _____
James E. McCandlish
OSB No. 75246
Telephone: 503-224-2349
Of Attorneys for Plaintiff

CERTIFICATE OF SERVICE

**Griffin McCandlish**
111 SW Naito Parkway, Second Floor
Portland, Oregon 97204-3500
(503) 224-2349 FAX (503) 224-3634