MDL 875

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 3 2003

ENTERED

FILED
CLERK'S OFFICE

AUG 2 1 2003

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

PLEADING NO. 3978

VICKI R. HARRIS, individually and as        )
Special Administrator for the ESTATE OF )
JOSEPH STOVALL,                                       )
                                                                        )
                           Plaintiff,                            )
                                                                        )   CASE NO. 1:02-cv-1863-DFH
          v.                                                         )
                                                                        )
A.W. CHESTERTON COMPANY, et al.,   )
                                                                        )
                           Defendants.                     )

### FINAL JUDGMENT

Plaintiff having failed to respond to the court's Order to Show Cause by May 28, 2003, why the action should not be dismissed for failure to serve defendants, it is hereby ORDERED, ADJUDGED AND DECREED that plaintiff Vicki R. Harris, individually and as special administrator of the Estate of Joseph Stovall, take nothing by her complaint, and that this matter is DISMISSED WITHOUT PREJUDICE.

Date: August 21, 2003

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

MDL- 875
RECOMMENDED ACTION

Vacate CTO - 227
Approved/Date: MJB 9/3/03

RECEIVED CLERK'S OFFICE
2003 SEP -2 P 3:56
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY SCANNED
IMAGED SEP 4 '03

Copies to:

Allen D. Vaughan
Cascino Vaughan Law Offices
220 South Ashland Avenue
Chicago, Illinois  60607

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ENTERED
MAY 1 5 2003
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

VICKI R. HARRIS, Individually and as Special )
Administrator for the estate of Joseph Stovall, )
        Plaintiffs, )
         )
vs. )
         )    1:02-cv-1863-DFH-TAB
A.W. CHESTERTON COMPANY, et al )
        Defendants. )

## ORDER TO SHOW CAUSE

Plaintiff is hereby ordered to show cause by May 28, 2003 why this action should not be dismissed due to an apparent lack of service on the defendants and/or failure to prosecute.

SO ORDERED this 15th day of May, 2003.



Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Allen D. Vaughan
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2003 SEP -2  P 3: 56

RECEIVED
CLERK'S OFFICE

SCANNED

6