**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP -3 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Vicki R. Harris, etc. v. A.W. Chesterton Co., et al.*, S.D. Indiana, C.A. No. 1:02-1863

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Harris*) on August 18, 2003. In the absence of any opposition, the conditional transfer order was finalized with respect to *Harris* on September 3, 2003. The Panel has now been advised, however, that *Harris* was dismissed and closed in the Southern District of Indiana by the Honorable David F. Hamilton in an order filed on August 21, 2003.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-227" filed on August 18, 2003, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

PLEADING NO. 3979

**OFFICIAL FILE COPY**   IMAGED SEP 4 '03