MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 4 2003

FILED
CLERK'S OFFICE

### DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### ORDER VACATING CONDITIONAL TRANSFER ORDER

PLEADING NO. 3981

    A conditional transfer order was filed in the six Southern District of Mississippi actions listed on the attached Schedule A on July 21, 2003. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the six actions filed notices of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that the six actions were remanded to Mississippi state court by the Honorable Walter J. Gex III in separate orders filed on August 28, 2003.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-226" filed on July 21, 2003, is VACATED insofar as it relates to the six actions listed on the attached Schedule A.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

**OFFICIAL FILE COPY**     IMAGED SEP 4 '03

## SCHEDULE A

<u>MDL-875 -- **In re Asbestos Products Liability Litigation (No. VI)**</u>

<u>Southern District of Mississippi</u>

*Willie Pate, et al. v. Minnesota Mining, et al.*, C.A. No. 1:03-124
*John Knotts, et al. v. Minnesota Mining, et al.*, C.A. No. 1:03-125
*Willie Louis Gray, et al. v. Minnesota Mining, et al.*, C.A. No. 1:03-126
*John Dunlap, et al. v. Minnesota Mining, et al.*, C.A. No. 1:03-128
*Jerry Russum, et al. v. Minnesota Mining, et al.*, C.A. No. 1:03-129
*Christine Webster, et al. v. Minnesota Mining, et al.*, C.A. No. 1:03-130