MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 29 2003

FILED
CLERK'S OFFICE

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Amelia J. Lightsey, et al., v. John Crane, et al.,* E.D. Pennsylvania (N.D. Georgia, C.A. No. 1:02-3391)

*Blanche K. Black, et al., v. John Crane, et al.,* E.D. Pennsylvania (N.D. Georgia, C.A. No. 1:02-3392)

### WITHDRAWAL OF OBJECTION TO CONDITIONAL REMAND ORDER

COMES NOW Viacom Inc., successor by merger to CBS. Corporation, f/k/a Westinghouse Electric Corporation (hereinafter "Westinghouse") pursuant to Rules 5.1, 5.2, 7.2 and 7.6(f)(ii) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation and by agreement of the parties to the action herein, withdraws the objection to the entry of the Conditional Remand Order.

Respectfully submitted this 19th day of September, 2003.

EVERT & WEATHERSBY, L.L.C.

By: _____
MATTHEW N. PADGETT
Georgia Bar No. 558705

Suite 6
200 Cleveland Road
P.O. Box 1787
Athens, Georgia 30603
(706) 583-8665
Attorneys for Defendant Viacom Inc.

MDL- 875
RECOMMENDED ACTION

Lift Stay CRO -- 2 actions
Approved/Date: MJB (for TMK) 9/26/03

**OFFICIAL FILE COPY**
IMAGED SEP 29 '03

PLEADING NO. 3985

RECEIVED
CLERK'S OFFICE
2003 SEP 23 A 10: 53
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 29 2003

DOCKET NO. 875

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Amelia J. Lightsey, et al.*, v. *John Crane, et al.*, E.D. Pennsylvania (N.D. Georgia, C.A. No. 1:02-3391)

*Blanche K. Black, et al.*, v. *John Crane, et al.*, E.D. Pennsylvania (N.D. Georgia, C.A. No. 1:02-3392)

## CERTIFICATE OF SERVICE

The undersigned, hereby by certifies that on September 19, 2003, he served plaintiffs' counsel, all remaining defendants in this case, and all persons listed on the Panel Service List with a copy of Withdrawal of Objection to Conditional Remand Order filed by Defendant Viacom Inc., successor by merger to CBS. Corporation, f/k/a Westinghouse Electric Corporation (hereinafter "Westinghouse") by placing same in the United States Mail with sufficient postage thereon.

This 25th day of September, 2003.

EVERT & WEATHERSBY, L.L.C.

By: /s/ Matthew N. Padgett
MATTHEW N. PADGETT
Georgia Bar No. 558705

Suite 6
200 Cleveland Road
P.O. Box 1787
Athens, Georgia  30603
(706) 583-8665

Attorneys for Defendant Viacom Inc.

2003 SEP 25 P 3: 23
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

# PANEL SERVICE LIST
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Amelia J. Lightsey, et al. v. John Crane, Inc., et al.*, E.D. Pennsylvania (N.D. Georgia, C.A. No. 1:02-3391)
*Blanche K. Black, et al. v. John Crane, Inc., et al.*, E.D. Pennsylvania (N.D. Georgia, C.A. No. 1:02-3392)

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

C. Michael Evert, Jr.
Evert & Weathersby
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Joseph
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Charles Darrell Gossett
Lane & Gossett, P.C.
1601 Reynolds Street
Brunswick, GA 31520

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

David Andrew Hughes
Ogletree, Deakins, Nash, Smoak & Stewart
600 Peachtree Street, N.E.
Suite 2100
Atlanta, GA 30308

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219

Roger B. Lane
Lane & Gossett, P.C.
1601 Reynolds Street
Brunswick, GA 31520

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

Matthew Newton Padgett
Evert & Weathersby
P.O. Box 1787
Athens, GA 30603

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406