JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

SEP 29 2003

FILED
CLERK'S OFFICE

PLEADING NO. 3986

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Amelia J. Lightsey, et al. v. John Crane, Inc, et al.*, E.D. Pennsylvania
 (N.D. Georgia, C.A. No. 1:02-3391)
*Blanche J. Black, et al. v. John Crane, Inc, et al.*, E.D. Pennsylvania
 (N.D. Georgia, C.A. No. 1:02-3392)

### ORDER LIFTING STAY OF CONDITIONAL REMAND ORDER

On July 24, 2003, the Panel filed an order conditionally remanding to the Northern District of Georgia all claims except the severed claims for punitive or exemplary damages in these two actions (*Lightsey* and *Black*). Prior to expiration of that order's fifteen-day stay of transmittal, Viacom Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation (Viacom) filed a notice of opposition to the proposed remand and the subsequent motion and brief to vacate the conditional remand order. Viacom has now advised the Panel that it withdraws its initial opposition to the conditional remand order and that no party to *Lightsey* and *Black* objects to the withdrawal.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional remand order filed on July 24, 2003, is LIFTED, and thus all claims except the severed claims for punitive or exemplary damages in these two actions are remanded to the Northern District of Georgia.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY   IMAGED SEP 29 '03