JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 7 2003

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)

| | | |
|---|---|---|
| DAWN YATES, Executrix for the Estate of Larry Yates, and DAWN YATES, Personally, BETH PETERS, Executor of the Estate of Betty Barker, CATHY WEYANT, and BARBARA BREWER | : : : : : | MDL Docket No. 875 |
| Plaintiffs, | : : | |
| V. | : : | DISTRICT OF CONNECTICUT |
| ELECTRIC BOAT CORPORATION, Successor-in Interest to General Dynamics Corporation / Electric Boat Division | : : : : | CIVIL ACTION NO. 303CV0245 (JCH) |
| Defendant. | : | SEPTEMBER 18, 2003 |

### DEFENDANT ELECTRIC BOAT CORPORATION'S CORPORATE DISCLOSURE STATEMENT

In accordance with Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the defendant Electric Boat Corporation respectfully submits this Corporate Disclosure Statement. Electric Boat Corporation (a Delaware corporation with its principal place of business in Groton, CT) is a wholly owned subsidiary of General Dynamics Corporation. General Dynamics Corporation is located at 3190 Fairview Park Drive, Falls Church, VA 22042-4523.

OFFICIAL FILE COPY   IMAGED OCT 7 '03

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 7 2003

FILED
CLERK'S OFFICE

THE DEFENDANT,
ELECTRIC BOAT CORPORATION

By: *[signature]*
James H. Rotondo (ct05173)
Jill M. Sudduth (ct24577)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343
Its Attorney

### CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to the attached Panel Service List (Excerpted from CTO-227), Docket No. 875, In Re Asbestos Products Liability Litigation (No. VI).

*[signature]*
James H. Rotondo

RECEIVED CLERK'S OFFICE
2003 SEP 23 A 10:58
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**PANEL SERVICE LIST (Excerpted from CTO-227)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Dawn Yates, et al. v. Electric Boat Corp.*, D. Connecticut, C.A. No. 3:03-245

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

Melissa M. Olson
Embry & Neusner
118 Poquonnock Road
P.O. Box 1409
Groton, CT 06340

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

James H. Rotondo
Day, Berry & Howard, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3449

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406