**MDL 875**

**ORIGINAL**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 7 2003

FILED
CLERK'S OFFICE

PLEADING NO. 3990

1  John Dudrey, OSB #73081
   WILLIAMS FREDRICKSON, LLC
2  1515 S. W. Fifth Avenue, Suite 844
   Portland, OR  97201-5447
3  Telephone:    (503) 222-9966
   Telecopier:   (503) 796-1009
4  e-mail:       dudrey@aol.com

5       Attorneys for Defendant Railko, Ltd.

6

7

8

9        BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

10  IN RE ASBESTOS PRODUCTS LIABILITY  )
    LITIGATION (No. VI) (CTO-227)      )   MDL Docket No. 875
11                                     )
                                       )   (Roy Jones v. Railko, Ltd.,
12  _____)   et al., D. Oregon, Civil
                                       )   No. 03-CV-0008-AA)
13                                     )
                                       )   CORPORATE DISCLOSURE
14                                     )   STATEMENT OF RAILKO, LTD.
                                       )
15                                     )

16       This statement is submitted pursuant to JPML Rule 5.3.

17  Defendant Railko, Ltd., is wholly owned by United Industries, PLC,

18  a privately held company.

19       DATED this ___1st___ day of October, 2003.

20                                  WILLIAMS FREDRICKSON, LLC

21
                                    _____
22                                  John Dudrey, OSB# 73081
                                    Of Attorneys for Defendant
23                                  Railko, Ltd.

24

25

26

Page  -1-  CORPORATE DISCLOSURE STATEMENT OF RAILKO, LTD.

**OFFICIAL FILE COPY**

**IMAGED OCT 7 '03**

RECEIVED CLERK'S OFFICE 2003 OCT -2 A 10: 54 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

WILLIAMS FREDRICKSON, LLC
Attorneys and Counselors at Law
1515 S.W. Fifth Avenue - Suite 844
Portland, Oregon 97201-5447
Telephone (503) 222-9966

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 7 2003

FILED
CLERK'S OFFICE

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that I served true copies of the |
| 3 | foregoing Corporate Disclosure Statement of Railko, Ltd., upon each |
| 4 | of the persons shown on the attached Panel Service List, by first- |
| 5 | class mail, postage prepaid, on October ___1___, 2003. |

John Dudrey
Of Attorneys for Defendant
Railko, Ltd.

RECEIVED
CLERK'S OFFICE
2003 OCT -2 A 10: 54
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

Page  -1-  CERTIFICATE OF SERVICE

WILLIAMS FREDRICKSON, LLC
Attorneys and Counselors at Law
1515 S.W. Fifth Avenue - Suite 844
Portland, Oregon 97201-5447
Telephone (503) 222-9966

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Roy Jones v. Railko, Ltd, et al., D. Oregon, C.A. No. 6:03-8*

| | | |
|---|---|---|
| Richard C. Binzley<br>Thompson Hine, LLP<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | Daniel F. Knox<br>Schwabe, Williamson & Wyatt<br>Pacwest Center<br>1211 SW 5th Avenue<br>Suites 1600 – 1900<br>Portland, OR 97204-3795 | Richard D. Schuster<br>Vorys, Sater, Seymour & Pease<br>52 East Gay Street<br>PO Box 1008<br>Columbus, OH 43216 |
| Edward J. Cass<br>Gallagher, Sharp, Fulton & Norman<br>Bulkley Building<br>7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | Reginald S. Kramer<br>Oldham & Dowling<br>195 South Main Street<br>Suite 300<br>Akron, OH 44308-1314 | Neil Selman<br>Selman, Breitman & Burgess<br>11766 Wilshire Boulevard<br>Sixth Floor<br>Los Angeles, CA 90025 |
| Adam M. Chud<br>Shea & Gardner<br>1800 Massachusetts Ave., NW<br>Washington, DC 20036 | David C. Landin<br>Hunton & Williams<br>Riverfront Plaza<br>East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Robert N. Spinelli<br>Kelley, Jasons, McGuire & Spinelli, LLP<br>Centre Square West<br>15th Floor<br>Philadelphia, PA 19102 |
| David A. Damico<br>Burns, White & Hickton<br>Fifth Avenue Place, Ste. 2400<br>120 Fifth Avenue<br>Pittsburgh, PA 15222 | Gene Locks<br>Greitzer & Locks<br>1500 Walnut Street<br>Philadelphia, PA 19102 | Robert E. Swickle<br>Jaques Admiralty Law Firm, P.C.<br>1270 Penobscot Building<br>Detroit, MI 48226 |
| James E. McCandlish<br>Griffin & McCandlish<br>111 SW Naito Parkway<br>2nd Floor<br>Portland, OR 97204-3500 | Andrew J. Trevelise<br>Red Smith LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 | Raymond P. Forceno<br>Forceno & Hannon<br>Philadelphia Bourse Building<br>Suite 1000<br>Independence Mall East<br>Philadelphia, PA 19106 |
| Ronald L. Motley<br>Ness, Motley, Loadholt, Richardson & Poole<br>28 Bridgeside Blvd.<br>PO Box 1792<br>Mt. Pleasant, SC 29464 | James K. Weston, II<br>Tom Riley Law Firm<br>4040 First Avenue, N.E.<br>PO Box 998<br>Cedar Rapids, IA 52406 | Ellen B. Furman<br>Goldfein & Hosmer<br>1600 Market Street<br>33rd Floor<br>Philadelphia, PA 19103 |
| John J. Repcheck<br>Marks, O'Neill, O'Brien & Courtney<br>32 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Susan M. Hansen<br>Brownson & Ballou<br>4800 US Bank Place<br>601 Second Avenue, South<br>Minneapolis, MN 55402 | John D. Roven<br>Roven, Kaplan & Wells<br>2190 North Loop West<br>Suite 410<br>Houston, TX 77018 |