

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 9 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-228)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 77,328 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY   IMAGED OCT-9'03

# SCHEDULE CTO-228 - TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DISTRICT | DIV. | CIVIL ACTION# | DISTRICT | DIV. | CIVIL ACTION# | DISTRICT | DIV. | CIVIL ACTION# |
|---|---|---|---|---|---|---|---|---|
| **INDIANA SOUTHERN** | | | OHN | 1 | 02-20884 | **VIRGINIA EASTERN** | | |
| INS | 1 | 03-1147 | OHN | 1 | 02-20885 | VAE | 2 | 03-7350 |
| INS | 4 | 03-161 | OHN | 1 | 02-20886 | VAE | 2 | 03-7351 |
| | | | OHN | 1 | 02-20887 | VAE | 2 | 03-7352 |
| **MINNESOTA** | | | OHN | 1 | 02-20888 | VAE | 2 | 03-7353 |
| MN | 0 | 03-4123 | OHN | 1 | 02-20889 | VAE | 2 | 03-7354 |
| MN | 0 | 03-4126 | OHN | 1 | 02-20890 | VAE | 2 | 03-7355 |
| MN | 0 | 03-4250 | OHN | 1 | 02-20891 | VAE | 2 | 03-7356 |
| MN | 0 | 03-4254 | OHN | 1 | 02-20892 | VAE | 2 | 03-7357 |
| MN | 0 | 03-4255 | OHN | 1 | 02-20893 | VAE | 2 | 03-7358 |
| MN | 0 | 03-4256 | OHN | 1 | 02-20894 | VAE | 2 | 03-7359 |
| MN | 0 | 03-4257 | OHN | 1 | 02-20895 | VAE | 2 | 03-7360 |
| MN | 0 | 03-4258 | OHN | 1 | 02-20896 | VAE | 2 | 03-7361 |
| MN | 0 | 03-4259 | OHN | 1 | 02-20897 | VAE | 2 | 03-7362 |
| MN | 0 | 03-4260 | OHN | 1 | 02-20898 | VAE | 2 | 03-7363 |
| MN | 0 | 03-4261 | OHN | 1 | 02-20899 | VAE | 2 | 03-7364 |
| MN | 0 | 03-4262 | OHN | 1 | 02-20900 | VAE | 2 | 03-7365 |
| MN | 0 | 03-4263 | OHN | 1 | 02-20901 | VAE | 2 | 03-7366 |
| MN | 0 | 03-4264 | OHN | 1 | 02-20902 | VAE | 2 | 03-7367 |
| MN | 0 | 03-4265 | OHN | 1 | 02-20903 | VAE | 2 | 03-7368 |
| MN | 0 | 03-4266 | OHN | 1 | 02-20904 | VAE | 2 | 03-7369 |
| MN | 0 | 03-4267 | OHN | 1 | 02-20905 | VAE | 2 | 03-7370 |
| MN | 0 | 03-4268 | OHN | 1 | 02-20906 | VAE | 2 | 03-7371 |
| MN | 0 | 03-4269 | OHN | 1 | 02-20907 | VAE | 2 | 03-7372 |
| MN | 0 | 03-4270 | OHN | 1 | 02-20908 | VAE | 2 | 03-7373 |
| MN | 0 | 03-4271 | OHN | 1 | 02-20909 | VAE | 2 | 03-7374 |
| MN | 0 | 03-4272 | OHN | 1 | 02-20910 | VAE | 2 | 03-7375 |
| MN | 0 | 03-4273 | OHN | 1 | 02-20911 | VAE | 2 | 03-7376 |
| MN | 0 | 03-4274 | OHN | 1 | 02-20912 | VAE | 2 | 03-7377 |
| MN | 0 | 03-4275 | OHN | 1 | 02-20913 | VAE | 2 | 03-7378 |
| MN | 0 | 03-4276 | OHN | 1 | 02-20914 | VAE | 2 | 03-7379 |
| MN | 0 | 03-4277 | OHN | 1 | 02-20915 | VAE | 2 | 03-7380 |
| MN | 0 | 03-4278 | OHN | 1 | 02-20916 | VAE | 2 | 03-7381 |
| MN | 0 | 03-4279 | OHN | 1 | 02-20917 | VAE | 2 | 03-7382 |
| MN | 0 | 03-4280 | OHN | 1 | 02-20918 | VAE | 2 | 03-7383 |
| MN | 0 | 03-4281 | OHN | 1 | 02-20919 | VAE | 2 | 03-7384 |
| MN | 0 | 03-4282 | OHN | 1 | 03-10001 | VAE | 2 | 03-7385 |
| MN | 0 | 03-4283 | OHN | 1 | 03-10003 | VAE | 2 | 03-7386 |
| | | | OHN | 1 | 03-10004 | VAE | 2 | 03-7387 |
| **NORTH CAROLINA EASTERN** | | | OHN | 1 | 03-10005 | VAE | 2 | 03-7388 |
| NCE | 4 | 03-88 | OHN | 1 | 03-10006 | VAE | 2 | 03-7389 |
| NCE | 5 | 03-507 | OHN | 1 | 03-20001 | VAE | 2 | 03-7390 |
| NCE | 7 | 03-110 | OHN | 1 | 03-20002 | VAE | 2 | 03-7391 |
| NCE | 7 | 03-116 | OHN | 1 | 03-20003 | VAE | 2 | 03-7392 |
| | | | OHN | 1 | 03-20004 | VAE | 2 | 03-7393 |
| **OHIO NORTHERN** | | | OHN | 1 | 03-20005 | VAE | 2 | 03-7394 |
| OHN | 1 | 01-22028 | OHN | 1 | 03-20006 | VAE | 2 | 03-7395 |
| OHN | 1 | 01-22029 | OHN | 1 | 03-20007 | VAE | 2 | 03-7396 |
| OHN | 1 | 02-20612 | OHN | 1 | 03-20008 | VAE | 2 | 03-7397 |
| OHN | 1 | 02-20613 | OHN | 1 | 03-20009 | VAE | 2 | 03-7398 |
| OHN | 1 | 02-20614 | OHN | 1 | 03-20010 | VAE | 2 | 03-7399 |
| OHN | 1 | 02-20879 | | | | VAE | 2 | 03-7400 |
| OHN | 1 | 02-20880 | **SOUTH CAROLINA** | | | VAE | 2 | 03-7401 |
| OHN | 1 | 02-20881 | SC | 2 | 02-2003 | VAE | 2 | 03-7402 |
| OHN | 1 | 02-20882 | SC | 2 | 02-2180 | VAE | 2 | 03-7403 |
| OHN | 1 | 02-20883 | | | | | | |

**DISTRICT DIV. CIVIL ACTION#**

```
VAE    2  03-7404
VAE    2  03-7405
VAE    2  03-7406
VAE    2  03-7407
VAE    2  03-7408
VAE    2  03-7409
VAE    2  03-7410
VAE    2  03-7411
VAE    2  03-7412
VAE    2  03-7413
VAE    2  03-7414
VAE    2  03-7415
VAE    2  03-7416
VAE    2  03-7417
VAE    2  03-7418
VAE    2  03-7419
VAE    2  03-7420
VAE    2  03-7421
VAE    2  03-7422
VAE    2  03-7423
VAE    2  03-7424
VAE    2  03-7425
VAE    2  03-7426
VAE    2  03-7427
```

WISCONSIN EASTERN
```
WIE    2  98-319
WIE    2  03-2
WIE    2  03-725
WIE    2  03-737
```