**MDL 875**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
OFFICE OF THE CLERK
Walter E. Hoffman U.S. Courthouse
600 Granby Street, Room 193-B
Norfolk, Virginia   23510
www.vacd.uscourts.gov

Elizabeth H. Paret
Clerk

Telephone
(757) 222-7201
(CIVIL)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 17 2003

FILED
CLERK'S OFFICE

October 6, 2003

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Bldg.
Room G-255, North Lobby
Washington, DC 20002

PLEADING NO. 3996

Re:   MDL-875 - In re Asbestos Products Liability Litigation

Dear Mr. Beck:

Pursuant to my telephone conversation this date with April in your office, please be advised that four cases included in Conditional Transfer Order (CTO-226) are not actual cases filed in this court. Our trainer used imaginary cases with much higher case numbers for training purposes and, apparently, these cases were still in our data base when our cases were electronically sent to the Panel. The cases were deleted before the Conditional Transfer Order was filed here; therefore, I am unable to provide you with the names of the plaintiffs. The cases in question are numbered as follows: VAE 2 03-9000; VAE 2 03-9001; VAE 2 03-9003; and VAE 2 03-9006.

I apologize for the inconvenience this has caused. We have taken steps to assure that this does not happen in the future. Thank you for your assistance in this matter.

Sincerely,

ELIZABETH H. PARET, CLERK

By: *Ann F. Rives*

Ann F. Rives, Civil Supervisor

MDL- 875
RECOMMENDED ACTION
Vacate CTO-226 - 4 actions
Approved/Date: MJB 10/15/03

**OFFICIAL FILE COPY**

IMAGED OCT 20 '03