MDL 875



OCT 17 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Mandy R. Kennels v. Allied Signal, Inc., et al., E.D. Virginia, C.A. No. 2:03-9000
Kenny R. Hastings v. Allied Signal, Inc., et al., E.D. Virginia, C.A. No. 2:03-9001
Earl Z. Fox v. Allied Signal, Inc., et al., E.D. Virginia, C.A. No. 2:03-9003
Mike Hardy Treeman v. American Standard, Inc., E.D. Virginia, C.A. No. 2:03-9006

## ORDER VACATING CONDITIONAL TRANSFER ORDER

These four Eastern District of Virginia actions were included on a conditional transfer order ("CTO-226") filed by the Panel on July 21, 2003. In the absence of any opposition, CTO-226 was finalized with respect to the actions on August 6, 2003. The Panel has now been advised that the actions were mistakenly included on CTO-226 due to an automation error.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-226" filed on July 21, 2003, is VACATED insofar as it relates to these four Eastern District of Virginia actions.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

PLEADING NO. 3997

**OFFICIAL FILE COPY**
IMAGED OCT 20 '03