JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 875**

OCT 22 2003

FILED
CLERK'S OFFICE

PLEADING NO. 3998

## MDL DOCKET NO. 875

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION NO. VI

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## CONDITIONAL TRANSFER ORDER (CTO-228)

### NOTICE OF OPPOSITION

Now comes Plaintiff, Laura A. Evans, Individually and as Administratrix of the Estate of Donald F. Evans, Deceased, by and through her undersigned counsel, being OHN District, Div. 1, Civ. Action No. 03-20009, and pursuant to Rule 7.4(c) submits her opposition to the conditional transfer order for multidistrict litigation filed on 10/9/03.

Respectfully submitted,

James J. Imbrigiotta (0040317)
James L. Glowacki (0001733)
Christopher M. Corrigan (0070694)
Attorneys for Plaintiffs, Evans
**GLOWACKI & ASSOCIATES CO., LPA**
510 Leader Building
526 Superior Avenue East
Cleveland, OH 44114
(216) 696-7445
Fax: (216) 696-0318
Email: mail@glowacki-associates.com

IMAGED OCT 23 '03    **OFFICIAL FILE COPY**

OCT 21 2003 2:19PM GLOWACKI & ASSOC 216 696 -0318 P.3

Case MDL No. 875 Document 3998 Filed 10/22/03 Page 2 of 7

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 22 2003

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, 2003, the original Notice of Opposition to the CTO was faxed to the Judicial Panel on Multidistrict Litigation. A copy of this filing is being sent to all parties/counsel in the attached list.

_____
James L. Glowacki
James J. Imbrigiotta
Christopher M. Corrigan

# INVOLVED COUNSEL LIST (CTO-228)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Andrew Agati
Squire, Sanders & Dempsey
4900 Key Tower
127 Public Square
Cleveland, OH 44114

Barbara J. Arison
Frantz Ward, L.L.P.
55 Public Square, 19th Floor
Cleveland, OH 44113

Christopher Banaszak
Reinhart, Boerner, Van Deuren, et al.
1000 North Water Street, Suite 2100
P.O. Box 2965
Milwaukee, WI 53201-2965

David B. Bartel
Quarles & Brady Streich Lang, LLP
411 East Wisconsin Ave., Suite 2040
Milwaukee, WI 53202-4497

R. P. Baughman
Baughman & Associates
55 Public Square, Suite 2215
Cleveland, OH 44113

Richard V. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

V. Brian Bevon
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

J. Chad Bomar
Davis & Hamrick, L.L.P.
P.O. Box 20039
Winston-Salem, NC 27120-0039

William D. Bonezzi
Jacobson, Maynard, Tuschman &
Kalur
P.O. Box 45428
Cleveland, OH 44145

Sheila M. Bossier
Forman, Perry, Watkins, Krutz &
Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Timothy W. Bouch
Leath, Bouch & Crawford
P.O. Box 59
Charleston, SC 29402

Thomas M. Buckley
Patterson, Dilthey, Clay, Bryson &
Anderson
4020 WestChase Blvd., Suite 550
Raleigh, NC 27607

Alexander M. Bullock
Evert & Weathersby
3405 Piedmont Road, N.E., Suite 225
Atlanta, GA 30305

Donald H. Carlson
Crivello, Carlson & Mentskowski
710 N. Plankinton Avenue
Suite 500
Milwaukee, WI 53203-2404

Daniel P. Carter
Buckley, King & Bluso
1400 Bank One Center
Cleveland, OH 44114

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
403 W. North Avenue
Chicago, IL 60610

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

William T. Causby
Nelson, Mullins, Riley &
Scarborough, LLP
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Steven W. Celba
Borgelt, Powell, Peterson & Frauen
735 North Water Street, Suite 1500
Milwaukee, WI 53202-4188

Mark R. Chilson
Young & Alexander
130 West Second Street, Suite 2000
Dayton, OH 45402-9291

John R. Christie
Rawlin, Gravens & Franey
1240 Standard Bldg.
1370 Ontario Street
Cleveland, OH 44113

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Michael J. Cieslewicz
Kasdorf, Lewis & Swietlik, S.C.
1 Park Plaza
11270 W. Park Place, Suite 500
Milwaukee, WI 53214-7200

Keith E. Coltrain
Elmore & Walls, PA
P.O. Box 10937
Raleigh, NC 27605

Christopher M. Corrigan
Glowacki & Associates
510 Leader Bldg.
526 Superior Avenue, East
Cleveland, OH 44114

Ronald B. Cox
Bowers Orr, LLP
P.O. Box 25389
Columbia, SC 29224

Frank J. Daily
Quarles & Brady Streich Lang, LLP
411 East Wisconsin Avenue
Milwaukee, WI 53202-4497

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

William S. Davies, Jr.
Nelson, Mullins, Riley &
Scarborough, LLP
1330 Lady Street
Keenan Building, 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

H. Lee Davis, Jr.
Davis & Hamrick, L.L.P.
P.O. Drawer 20039
Winston-Salem, NC 27120-0039

Mary E. Davis
Spotts, Chappell, Fain & Anderson
P.O. Box 1555
Richmond, VA 23218-1555

Joseph T. Dixon, Jr.
Henson & Efron
400 Second Avenue, Suite 1200
Minneapolis, MN 55401

Marcel C. Duhamel
Vorys, Sater, Seymour & Pease
2100 One Cleveland Center
1375 E. Ninth Street
Cleveland, OH 44114-1724

James H. Elliott, Jr.
Barnwell, Whaley, Patterson & Helms
885 Island Park Drive
Charleston, SC 29492-0197

Nicholas L. Evanchan, Jr.
Evanchan & Palmisano
1225 West Market Street
Akron, OH 44313

C. Michael Evert, Jr.
Evert & Weathersby
3405 Piedmont Road, N.E., Suite 225
Atlanta, GA 30305-1764

Mark J. Fellman
Fellman Law Office
213 4th Street, East, Suite 200
St. Paul, MN 55101

Matthew J. Fischer
Schiff, Hardin & Waite
6600 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6473

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Margaret M. Foster
McKenna Storer Rowe White & Farrug
200 N. Lasalle Street, Suite 3000
Chicago, IL 60601-1083

Reed N. Fountain
Young, Moore & Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622

Timothy M. Fox
Hermann, Cahn & Schneider
The Galleria & Tower at Erieview
1301 East Ninth Street, Suite 500
Cleveland, OH 44114

Bryan M. Frink
Mazur Morgan Meyers & Kittel
660 Woodward Avenue, Suite 1490
Detroit, MI 48226

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

J. Ric Gass
Kravit, Gass, Hovel & Leitner, S.C
825 North Jefferson Street, Suite 500
Milwaukee, WI 53202-3721

Richard S. Glasser
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

James L. Glowacki
Glowacki & Associates
510 Leader Building
526 Superior Avenue East
Cleveland, OH 44114

Kenneth M. Gorenberg
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
30th Floor
Chicago, IL 60606-1229

Terrance P. Gravens
Law Offices of William J. Coyne & Associates
1240 Standard Building
Cleveland, OH 44113

Marc C. Greco
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

Patrick F. Haggerty
Thompson Hine, LLP
3900 Society Center
127 Public Square
Cleveland, OH 44114

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Robin E. Harvey
Baker & Hostetler
312 Walnut Street, Ste. 3200
Cincinnati, OH 45202

Jeffrey A. Healy
Arter & Hadden
1100 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115-1475

Susan S. Henderson
Baughman & Associates, LPA
55 Public Square, Suite 2215
Cleveland, OH 44113

Laura K. Hong
Squire, Sanders & Dempsey
4900 Society Center
127 Public Square
Cleveland, OH 44114

Pamela N. Hultin
McCarthy, Lebit, Crystal & Haiman
101 Prospect Avenue, Suite 1800
Cleveland, OH 44115

James J. Imbrigiotta
Glowacki & Associates
510 Leader Bldg.
526 Superior Avenue, East
Cleveland, OH 44114

Michael E. Jackson
Schwarzwald & McNair
616 Penton Media Bldg.
1300 East Ninth Street
Cleveland, OH 44114-1503

Eileen M. Joyce
Baughman & Associates
2215 Illuminating Bldg.
55 Public Square
Cleveland, OH 44113

OCT 21 2003 2:19PM  GLOWACKI & ASSOC  216 696 -0318  p.6
Case MDL No. 875   Document 3998   Filed 10/22/03   Page 5 of 7

INVOLVED COUNSEL LIST (CTO-228) MDL-875 (Cont.)                                          PAGE 3 OF 5

Thomas J. Joyce, III
Hannon & Joyce
The Curtis Center, Suite 450
Independence Square West
Philadelphia, PA 19106

Jeffrey A. Kadis
Hedrick, Eatman, Gardner &
Kincheloe
P.O. Box 30397
Charlotte, NC 28230

Kevin O. Kadlec
Jacobson, Maynard, Tuschman &
Kalur
North Point Tower, 16th Floor
1001 Lakeside Avenue
Cleveland, OH 44114

Timothy E. Kapshandy
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

John I. Kittel
Chambers, Steiner, Mazur, Ornstein
& Amlin
1490 First Antional Building
Detroit, MI 48226

C. T. Koebele
Murnane, Conlin, White & Brandt
1800 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

Jerome D. Krings
Chernov, Stern & Burbach
330 E. Kilbourn Avenue, Suite 1275
Milwaukii, WI 53202

Donald A. Krispin
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
645 Griswold St.
Detroit, MI 48226

Carter T. Lambeth
Johnson & Lambeth
P.O. Box 660
Wilmington, NC 28402

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Paul S. Lefkowitz
Climaco Lefkowitz Peca Wilcox &
Garofoli
9th Floor, The Halle Building
1228 Euclid Avenue
Cleveland, OH 44115

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Kevin M. Long
Quarles & Brady Streich Lang, LLP
411 E. Wisconsin Avenue, Suite 2040
Milwaukee, WI 53202-4497

Gregory W. Lyons
O'Neill, Cannon & Hollman
111 E. Wisconsin Avenue, Suite 1400
Milwaukee, WI 53202

Bruce P. Mandel
Ulmer & Berne, L.L.P.
1300 E. Ninth Street
900 Bond Court Building
Cleveland, OH 44114

James A. Marniella
Climaco Lefkowitz Peca Wilcox &
Garofoli
1228 Euclid Ave, Suite 900
Cleveland, OH 44115

Timothy Kent Masterson
Spence, Ricke, Sweeney & Gernes
600 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101

Kevin E. McDermott
Law Offices of Robert E. Sweeney &
Associates
1500 Illuminating Building
55 Public Square
Cleveland, OH 44113

John B. McLeod
Haynsworth, Sinkler & Boyd
75 Beattie Place, 11th Floor
Greenville, SC 29601

Wade A. Mitchell
Baker & Hostetler, L.L.P.
3200 National City Center
Cleveland, OH 44114

Catherine A. Mohan
Danaher, Tedford, Lagnese & Neal
700 Capitol Place
21 Oak Street
Hartford, CT 06106

Amy M. Montana
Schwarzwald & McNair
616 Penton Media Bldg.
1300 East Ninth Street
Cleveland, OH 44114

Joseph J. Morford
Tucker Ellis & West LLP
1100 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115-1475

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Terri L. Nass
Evanchan & Palmisano
1225 West Market Street
Akron, OH 44313

Walter W. Noss
Jones, Day, Reavis & Pogue
North Point
901 Lakeside Avenue
Cleveland, OH 44114

Jenifer E. Novak
Frantz Ward
55 Public Square, 19th Floor
Cleveland, OH 44113

Ralph J. Palmisano
Evanchan & Palmisano
Twin Oaks Estate
1225 W. Market Street
Akron, OH 44313

E. Spencer Parris
Martin & Jones
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603

Monica F. Patterson
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Timothy Peck
Smith, Helms, Mulliss & Moore
P.O. Box 21927
Greensboro, NC 27420

Timothy J. Pike
Peterson Johnson & Murray
733 N. Van Buren Street, 6th Floor
Milwaukee, WI 53202-4700

Michael S. Polk
Sieben, Polk, LaVerdiere, Jones & Hawn
999 Westview Drive
Hastings, MN 55033

James B. Pressly, Jr.
Haynsworth, Marion, McKey, et al.
75 Beattie Place, 11th Floor
P.O. Box 2048
Greenville, SC 29602

Patrick J. Quallich
Bonezzi, Switzer, Murphy & Polito
1400 Leader Bldg.
526 Superior Avenue
Cleveland, OH 44113

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Trudy Hartzog Robertson
Moore & Van Allen, PLLC
P.O. Box 22828
Charleston, SC 29413-2828

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Jeffrey W. Ruple
Buckley King
1400 Bank One Center
600 Superior Avenue
Cleveland, OH 44114

David A. Schaefer
Benesch, Friedlander, Coplan & Aronoff
2300 BP America Building
200 Public Square
Cleveland, OH 44114

Thomas R. Schrimpf
Hinshaw & Culbertson
100 East Wisconsin Ave., Suite 2600
Milwaukee, WI 53202-4115

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Beth A. Sebaugh
Quandt, Giffels, Buck & Rodgers
1400 Leader Building
526 Superior Avenue
Cleveland, OH 44114

Rebecca C. Sechrist
Bunda Stutz & Dewitt
One Seagate, Suite 650
Toledo, OH 43604

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025

Kurt S. Siegfried
Ulmer & Berne
900 Penton Media Bldg.
1300 East Ninth Street
Cleveland, OH 44114

Donald L. Sime
Hinshaw & Culbertson
110 North West Street
Waukegan, IL 60085

Michael E. Smith
Thompson Hine, LLP
1100 National City Bank Building
629 Euclid Avenue
Cleveland, OH 44114

Randall L. Solomon
Baker & Hostetler, L.L.P.
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Danielle D. Swanda
Baughman & Associates
55 Public Square Suite 2215
Cleveland, OH 44113-1996

Mary Brigid Sweeney
Law Office of Robert E. Sweeney
55 Public Square, Suite 1500
Cleveland, OH 44113

Robert E. Sweeney
Law Offices of Robert E. Sweeney
1500 Illuminating Building
55 Public Square
Cleveland, OH 44113

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Mark S. Thomas
Maupin, Taylor & Ellis
P.O. Drawer 19764
Raleigh, NC 27619-9764

Tracy E. Tomlin
Nelson, Mullins, Riley & Scarborough
100 North Tryon Street, Suite 2400
Charlotte, NC 28202-4000

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Peter Turner
Conway, Marken, Wyner, Kurant & Kern
30195 Chagrin Blvd., Suite 300
Cleveland, OH 44124

Robert Bratton Varnado
Moore & Van Allen
P.O. Box 22828
Charleston, SC 29413-2828

Allen D. Vaughan
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607-5308

Justin S. Walker
Hollstein, Keating, Cattell, Johnson & Goldstein
Eight Penn Center, Suite 2000
1628 JFK Boulevard
Philadelphia, PA 19103

Henry N. Ware, Jr.
Spotts Fain Chappell & Anderson
411 East Franklin Street, Suite 600
Richmond, VA 23219

Robin G. Weaver
Squire, Sanders & Dempsey
1800 Huntington Building
Cleveland, OH 44115

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Paul A. Weykamp
Law Offices of Paul A. Weykamp
110 St. Paul Street, Suite 300
Baltimore, MD 21202

Trevor J. Will
Foley & Lardner
777 E. Wisconsin Avenue, Suite 3800
Milwaukee, WI 53202-5367

Stephen B. Williamson
Van Winkle, Buck, Wall, Starnes &
Davis, P.A.
P.O. Box 7376
Ashville, NC 28802

Mark J. Wintering
Law Offices of Robert E. Sweeney
1500 Illuminating Building
55 Public Square
Cleveland, OH 44113

E. C. Xidis
Motley Rice
28 Bridgeside Blvd.
Mount Pleasant, SC 29465

Robert J. Wirtz
Sager, Colwin, Samuelson &
Associates
201 S. Marr Street
Fond du Lac, WI 54935-4287

John F. Conley
Glasser & Glasser
Crown Center, Suite 600
580 East Main Street
Norfolk, VA 23510-2212

David M. Quale
Quale, Feldbruegge, Cavelli, et al.
710 N. Plankinton Avenue
9th Floor
Milwaukee, WI 53203-2404

Peter J. McKenna
Skadden, Arps, Slate, et al.
4 Times Square
New York, NY 10036-6522

Mary C. Flanner-Strack
Baxter, O'Meara & Samuelson
111 E. Wisconsin Avenue
Suite 1650
Milwaukee, WI 53202-4808