**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 24 2003

FILED
CLERK'S OFFICE

PLEADING NO. 4000

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Clifford R. Crosby, Sr. v. Owens-Illinois, Inc., et al.*, D. South Carolina,
C.A. No. 2:03-2089
*Wilbur Broadus Amick, et al. v. National Service Industries, Inc., et al.*,
D. South Carolina, C.A. No. 2:03-2115

## ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE NOVEMBER 20, 2003 HEARING SESSION

A conditional transfer order was filed in these two actions (*Crosby* and *Amick*) on August 18, 2003. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Crosby* and *Amick* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. *Crosby* and *Amick* were then remanded to the Circuit Court for the County of Charleston, South Carolina, by the Honorable Margaret B. Seymour in separate orders filed on October 20, 2003.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-227" filed on August 18, 2003, is VACATED insofar as it relates to these two actions.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 15, 2003, are VACATED insofar as they relate to these two actions.

FOR THE PANEL:

_____
Wm. Terrell Hodges
Chairman

IMAGED OCT 27 '03   OFFICIAL FILE COPY