**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 31 2003

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Herbert C. Ayers, et al. v. Owens-Illinois, Inc., et al.*, D. South Carolina,
C.A. No. 2:03-1284
*James W. Blasius, et al. v. Owens-Illinois, Inc., et al.*, D. South Carolina,
C.A. No. 2:03-1288

## ORDER VACATING TRANSFER ORDER

On October 27, 2003, the Panel filed an order transferring these two actions (*Ayers* and *Blasius*) and one other action to the Eastern District of Pennsylvania, pursuant to 28 U.S.C. § 1407, for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket before the Honorable Charles R. Weiner. The Panel has now been advised, however, that *Ayers* and *Blasius* were remanded to the Circuit Court for the County of Charleston, South Carolina, by the Honorable Margaret B. Seymour in separate orders filed on October 20, 2003.

IT IS THEREFORE ORDERED that the Panel's transfer order in this docket filed on October 27, 2003, is VACATED insofar as it relates to these two actions.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

PLEADING NO. 4005

