JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 6 2003

FILED
CLERK'S OFFICE

MDL 875

# BEFORE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| LAURA A. EVANS<br>Individually and as Administratrix of<br>the Estate of Donald F. Evans,<br><br>Plaintiff,<br><br>vs.<br><br>FOSECO, INC., *et. al.*,<br><br>Defendants. | CASE NO.: 1-03-20009-PRM<br>MDL-875 (E.D. PA)<br><br>JUDGE: PAUL R. MATIA<br>CHARLES R. WEINER<br><br>**MOTION TO VACATE CONDITIONAL**<br>**TRANSFER ORDER (CTO-228).** |

Now comes the Plaintiff, pursuant to Rule 7.4(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation and objects to the transfer of the above captioned case to the Eastern District of Pennsylvania for consolidated or coordinated pretrial proceedings. This action was originally removed from state court based upon alleged diversity of citizenship. Recently, the Federal District Court has granted Plaintiff leave to amend her Complaint to join additional defendants, including Ohio corporations, which divest the federal courts of jurisdiction in this matter pursuant to Title 28 U.S.C. § 1447(e).

PLEADING NO. 4006

IMAGED NOV 6'03    OFFICIAL FILE COPY

RECEIVED CLERK'S OFFICE
NOV -5 P 4:28
PANEL ON MULTIDISTRICT LITIGATION

The legal and factual grounds in support of this Motion to Vacate Conditional Transfer Order are more fully set forth in the Brief attached hereto, and fully incorporated herein.

Respectfully submitted,

*[signature]*

James J. Imbrigiotta (0040317)
jji@glowacki-associates.com
James L. Glowacki (0001733)
jlg@glowacki-associates.com
Christopher M. Corrigan (0070694)
cmc@glowacki-associates.com
Attorneys for Plaintiffs
**GLOWACKI & ASSOCIATES CO., LPA**
510 Leader Building
526 Superior Avenue East
Cleveland, OH  44114
(216) 696-7445

Case MDL No. 875 Document 4006 Filed 11/06/03 Page 3 of 9

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 6 2003

FILED
CLERK'S OFFICE

## BRIEF IN SUPPORT

I. THE COURT HAS GRANTED LEAVE TO JOIN NON-DIVERSE PARTIES WHICH DIVESTS THE FEDERAL COURTS OF JURISDICTION OVER CASE OHN 1:03-20009.

This action was originally removed from the Court of Common Pleas, Cuyahoga County, Ohio based upon alleged diversity jurisdiction. Plaintiff an Ohio resident, has been appointed executrix of the estate of a deceased Ohio resident. On October 7, 2003, Judge Chares R. Weiner filed an order granting Plaintiff leave to file an Amended Complaint joining Ohio corporations as additional defendants. Plaintiff's Amended Complaint was filed in the U.S. District Court for the Northern District of Ohio on October 28, 2003. Under the statutes controlling federal court diversity jurisdiction, this action must be remanded the state court for further proceedings.

> (e) If after removal the plaintiff seeks to join additional defendants whose joinder would destroy subject matter jurisdiction, the court may deny joinder, or permit joinder and remand the action to the state court.

Title 28 U.S.C. 1447(e). Judge Weiner's order granting leave to add parties has destroyed the federal court's subject matter jurisdiction by eliminating diversity of citizenship. Pursuant to clear federal law, the matter must be remanded to the state court.[1]

Based upon the fact that diversity of citizenship does not exist in this action, the action should not be transferred to the MDL for consolidated pretrial proceedings.

---

[1] A Motion for Remand is being filed simultaneously with this Motion to Vacate Conditional Transfer Order.

II  PLAINTIFF'S CLAIMS OF OHIO EMPLOYER INTENTIONAL TORT AGAINST FOSECO, INC, FOSECO METALLURGICAL, INC., AND FOSECO MANAGEMENT, INC., ARE / WILL NOT BE ADEQUATELY PROTECTED BY LEAD MDL PLAINTIFFS COUNSELS' DISCOVERY SINCE DISCOVERY WILL BE DIRECTED TOWARD PRODUCT LIABILITY CLAIMS.

In the present action, Plaintiff is pursuing wrongful death and survivorship claims against decedents former employer(s) and others. Plaintiff's claims against the Foseco defendants are based upon allegations of Ohio common law employer intentional tort. The Ohio common law test for an employer intentional tort has three elements:

(1) knowledge by the employer of the existence of a dangerous process, procedure, instrumentality, or condition within its business operation;

(2) knowledge by the employer that if the employee is subjected by his employment to such dangerous process, procedure, instrumentality or condition, then harm to the employee is a substantial certainty; and

(3) that the employer, under such circumstances, and with such knowledge, did act to require the employee to continue to perform the dangerous task.

Fyffe v. Jeno's Inc. (1991), 59 Ohio St. 3d 115.

An Ohio employer intentional tort claim focuses on the knowledge and conduct of the employer defendant. Conversely, a strict liability product defect or failure to warn claim focuses primarily on the product. Plaintiff Evans' interests will not be adequately protected by Lead MDL Plaintiffs' product liability discovery. Plaintiff must be given a full opportunity to explore her Ohio employer intentional tort claims via the pretrial discovery process. Plaintiff's ability to fully discover the facts surrounding her Ohio law intentional tort claims will be destroyed by the MDL process which is necessarily focused on the product, not the employment practices of Foseco. The clear resultant prejudice to Plaintiff in the event of consolidation justifies vacation of the Conditional Transfer Order relative to this matter.

Based upon the intricacies of Ohio employer intentional tort law, Plaintiff Evans' counsel must be permitted to be the driving force behind Evans' pretrial discovery. Any other result would severely hinder Plaintiff Evans' ability to prosecute the Estate's claims. There is no justification in law or fact for such a result. Accordingly, Plaintiff's claims must be separated from the Multi District Litigation Panel.

WHEREFORE, Plaintiff prays that the Multi-District Litigation Panel vacate the order to include OHN 1:3-20009 in the actions transferred to the MDL and the Eastern District of Pennsylvania. Plaintiff further moves that her action be remanded to the Court of Common Pleas, Cuyahoga County, Ohio for further proceedings.

Respectfully submitted,

James J. Imbrigiotta  (0040317)
jji@glowacki-associates.com
James L. Glowacki  (0001733)
jlg@glowacki-associates.com
Christopher M. Corrigan (0070694)
cmc@glowacki-associates.com
Attorneys for Plaintiffs
**GLOWACKI & ASSOCIATES CO., LPA**
510 Leader Building
526 Superior Avenue East
Cleveland, OH  44114
(216) 696-7445

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 6 2003

CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I hereby certify that on this _4th_ day of November, 2003, the original Motion and Brief to Vacate the Conditional Transfer Order was sent via Federal Express to the Judicial Panel on Multidistrict Litigation. A copy of this filing is being sent to all parties/counsel in the attached list.

James J. Imbrigiotta
James L. Glowacki
Christopher M. Corrigan

2003 NOV -5  A 10: 34
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

# PANEL SERVICE LIST (Excerpted from CTO-228)
## DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Laura A. Evans v. Foseco, Inc., et al.*, N.D. Ohio, C.A. No. 1:03-20009

Andrew Agati
Squire, Sanders & Dempsey
4900 Key Tower
127 Public Square
Cleveland, OH 44114

Barbara J. Arison
Frantz Ward, L.L.P.
55 Public Square
19th Floor
Cleveland, OH 44113

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Daniel P. Carter
Buckley King
1400 Bank One Center
600 Superior Avenue
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

John R. Christie
Rawlin, Gravens & Franey
1240 Standard Bldg.
1370 Ontario Street
Cleveland, OH 44113

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

James J. Imbrigiotta
Glowacki & Associates
510 Leader Bldg.
526 Superior Avenue, East
Cleveland, OH 44114

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 6 2003

FILED
CLERK'S OFFICE

### CERTIFICATE OF SERVICE

I hereby certify that on this __5__ day of November, 2003, the original was sent via facsimile to the Judicial Panel on Multidistrict Litigation. A copy of this filing is being sent to all parties/counsel in the attached list by regular mail.

Respectfully submitted,

James J. Imbrigiotta (0040317)
jji@glowacki-associates.com
James L. Glowacki (0001733)
jlg@glowacki-associates.com
Christopher M. Corrigan (0070694)
cmc@glowacki-associates.com
Attorneys for Plaintiffs
**GLOWACKI & ASSOCIATES CO., LPA**
510 Leader Building
526 Superior Avenue East
Cleveland, OH 44114
(216) 696-7445

RECEIVED
CLERK'S OFFICE
2003 NOV -5  P 4: 28
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**PANEL SERVICE LIST (Excerpted from CTO-228)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Laura A. Evans v. Foseco, Inc., et al.*, N.D. Ohio, C.A. No. 1:03-20009

Andrew Agati
Squire, Sanders & Dempsey
4900 Key Tower
127 Public Square
Cleveland, OH 44114

Barbara J. Arison
Frantz Ward, L.L.P.
55 Public Square
19th Floor
Cleveland, OH 44113

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Daniel P. Carter
Buckley King
1400 Bank One Center
600 Superior Avenue
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

John R. Christie
Rawlin, Gravens & Franey
1240 Standard Bldg.
1370 Ontario Street
Cleveland, OH 44113

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

James J. Imbrigiotta
Glowacki & Associates
510 Leader Bldg.
526 Superior Avenue, East
Cleveland, OH 44114

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406