JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

NOV 10 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-229)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 77,324 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

PLEADING NO. 4007

**OFFICIAL FILE COPY**     IMAGED NOV 13 '03

## SCHEDULE CTO-229 - TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DISTRICT | DIV. | CIVIL ACTION# | DISTRICT | DIV. | CIVIL ACTION# | DISTRICT | DIV. | CIVIL ACTION# |
|---|---|---|---|---|---|---|---|---|
| **CALIFORNIA SOUTHERN** | | | MOW | 4 | 03-777 | NYE | 1 | 03-3201 |
| CAS | 3 | 03-1929 | MOW | 4 | 03-778 | NYE | 1 | 03-3476 |
| | | | MOW | 4 | 03-779 | NYE | 1 | 03-3478 |
| **FLORIDA SOUTHERN** | | | MOW | 4 | 03-780 | NYE | 1 | 03-3806 |
| FLS | 1 | 03-21737 | MOW | 4 | 03-781 | NYE | 1 | 03-3807 |
| FLS | 1 | 03-22425 | MOW | 4 | 03-782 | NYE | 1 | 03-3852 |
| | | | MOW | 4 | 03-783 | NYE | 1 | 03-4048 |
| **GEORGIA SOUTHERN** | | | MOW | 4 | 03-784 | NYE | 1 | 03-4242 |
| GAS | 2 | 03-136 | MOW | 4 | 03-785 | NYE | 1 | 03-4243 |
| | | | MOW | 4 | 03-786 | NYE | 1 | 03-4495 |
| **HAWAII** | | | MOW | 4 | 03-787 | NYE | 1 | 03-4496 |
| HI | 1 | 03-416 | MOW | 4 | 03-788 | NYE | 1 | 03-4756 |
| | | | | | | NYE | 1 | 03-4939 |
| **IOWA SOUTHERN** | | | **MISSISSIPPI SOUTHERN** | | | | | |
| IAS | 3 | 03-80086 | MSS | 1 | 03-626 | **NEW YORK SOUTHERN** | | |
| | | | MSS | 1 | 03-627 | NYS | 1 | 03-4045 |
| **ILLINOIS NORTHERN** | | | MSS | 1 | 03-684 | | | |
| ILN | 1 | 00-8191 | MSS | 1 | 03-694 | **OHIO NORTHERN** | | |
| ILN | 1 | 00-8197 | MSS | 1 | 03-716 | OHN | 1 | 03-10007 |
| ILN | 1 | 00-8217 | MSS | 1 | 03-733 | OHN | 1 | 03-10008 |
| ILN | 1 | 03-5390 | MSS | 1 | 03-736 | OHN | 1 | 03-20011 |
| ILN | 1 | 03-5393 | MSS | 1 | 03-737 | OHN | 1 | 03-20013 |
| | | | MSS | 1 | 03-741 | OHN | 1 | 03-20014 |
| **INDIANA NORTHERN** | | | MSS | 1 | 03-742 | OHN | 3 | 03-20012 |
| INN | 3 | 03-377 | MSS | 1 | 03-747 | | | |
| | | | MSS | 1 | 03-757 | **SOUTH CAROLINA** | | |
| **INDIANA SOUTHERN** | | | | | | SC | 2 | 03-2516 |
| INS | 1 | 03-1361 | **NORTH CAROLINA MIDDLE** | | | SC | 2 | 03-2688 |
| | | | NCM | 1 | 03-657 | SC | 2 | 03-2720 |
| **LOUISIANA EASTERN** | | | NCM | 1 | 03-683 | | | |
| LAE | 2 | 03-2226 | | | | **TEXAS EASTERN** | | |
| | | | **NEVADA** | | | TXE | 5 | 03-139 |
| **MARYLAND** | | | NV | 2 | 03-1017 | | | |
| MD | 1 | 03-2033 | | | | **TEXAS NORTHERN** | | |
| MD | 1 | 03-2034 | **NEW YORK EASTERN** | | | TXN | 3 | 03-1610 |
| MD | 1 | 03-2035 | NYE | 1 | 01-844 | TXN | 4 | 03-1148 |
| MD | 1 | 03-2302 | NYE | 1 | 03-675 | TXN | 4 | 03-1149 |
| MD | 1 | 03-2363 | NYE | 1 | 03-2999 | TXN | 4 | 03-1150 |
| MD | 1 | 03-2419 | NYE | 1 | 03-3000 | TXN | 4 | 03-1151 |
| | | | NYE | 1 | 03-3001 | TXN | 4 | 03-1157 |
| **MINNESOTA** | | | NYE | 1 | 03-3134 | TXN | 4 | 03-1158 |
| MN | 0 | 03-4209 | NYE | 1 | 03-3135 | TXN | 4 | 03-1159 |
| MN | 0 | 03-5024 | NYE | 1 | 03-3136 | TXN | 4 | 03-1160 |
| MN | 0 | 03-5232 | NYE | 1 | 03-3137 | TXN | 4 | 03-1161 |
| | | | NYE | 1 | 03-3143 | TXN | 4 | 03-1162 |
| **MISSOURI WESTERN** | | | NYE | 1 | 03-3144 | TXN | 4 | 03-1163 |
| MOW | 4 | 03-770 | NYE | 1 | 03-3163 | TXN | 4 | 03-1164 |
| MOW | 4 | 03-771 | NYE | 1 | 03-3164 | TXN | 4 | 03-1165 |
| MOW | 4 | 03-772 | NYE | 1 | 03-3188 | TXN | 4 | 03-1166 |
| MOW | 4 | 03-773 | NYE | 1 | 03-3189 | | | |
| MOW | 4 | 03-774 | NYE | 1 | 03-3191 | | | |
| MOW | 4 | 03-775 | NYE | 1 | 03-3192 | | | |
| MOW | 4 | 03-776 | NYE | 1 | 03-3193 | | | |

Case MDL No. 875   Document 4007   Filed 11/10/03   Page 3 of 3

SCHEDULE FOR CTO-227 - TAG-ALONG CASES  MDL 875 (Cont.)                                    PAGE 2 OF 2

| DISTRICT | DIV. | CIVIL ACTION# | DISTRICT | DIV. | CIVIL ACTION# |
|---|---|---|---|---|---|
| VIRGINIA EASTERN | | | VAE | 2 | 03-7488 |
| VAE | 2 | 03-7428 | VAE | 2 | 03-7491 |
| VAE | 2 | 03-7429 | VAE | 2 | 03-7492 |
| VAE | 2 | 03-7430 | VAE | 2 | 03-7493 |
| VAE | 2 | 03-7431 | VAE | 2 | 03-7494 |
| VAE | 2 | 03-7432 | VAE | 2 | 03-7495 |
| VAE | 2 | 03-7433 | VAE | 2 | 03-7496 |
| VAE | 2 | 03-7434 | VAE | 2 | 03-7497 |
| VAE | 2 | 03-7435 | VAE | 2 | 03-7498 |
| VAE | 2 | 03-7436 | VAE | 2 | 03-7499 |
| VAE | 2 | 03-7437 | VAE | 2 | 03-7500 |
| VAE | 2 | 03-7438 | VAE | 2 | 03-7501 |
| VAE | 2 | 03-7439 | VAE | 2 | 03-7502 |
| VAE | 2 | 03-7440 | VAE | 2 | 03-7503 |
| VAE | 2 | 03-7441 | VAE | 2 | 03-7504 |
| VAE | 2 | 03-7442 | VAE | 2 | 03-7505 |
| VAE | 2 | 03-7443 | VAE | 2 | 03-7506 |
| VAE | 2 | 03-7444 | VAE | 2 | 03-7507 |
| VAE | 2 | 03-7445 | VAE | 2 | 03-7508 |
| VAE | 2 | 03-7446 | VAE | 2 | 03-7509 |
| VAE | 2 | 03-7447 | VAE | 2 | 03-7510 |
| VAE | 2 | 03-7448 | VAE | 2 | 03-7511 |
| VAE | 2 | 03-7450 | VAE | 2 | 03-74465 |
| VAE | 2 | 03-7451 | VAE | 4 | 03-2643 |
| VAE | 2 | 03-7452 | | | |
| VAE | 2 | 03-7453 | WASHINGTON WESTERN | | |
| VAE | 2 | 03-7454 | WAW | 2 | 03-2840 |
| VAE | 2 | 03-7455 | | | |
| VAE | 2 | 03-7456 | | | |
| VAE | 2 | 03-7457 | | | |
| VAE | 2 | 03-7458 | | | |
| VAE | 2 | 03-7460 | | | |
| VAE | 2 | 03-7461 | | | |
| VAE | 2 | 03-7462 | | | |
| VAE | 2 | 03-7463 | | | |
| VAE | 2 | 03-7464 | | | |
| VAE | 2 | 03-7465 | | | |
| VAE | 2 | 03-7466 | | | |
| VAE | 2 | 03-7467 | | | |
| VAE | 2 | 03-7468 | | | |
| VAE | 2 | 03-7470 | | | |
| VAE | 2 | 03-7471 | | | |
| VAE | 2 | 03-7472 | | | |
| VAE | 2 | 03-7473 | | | |
| VAE | 2 | 03-7474 | | | |
| VAE | 2 | 03-7475 | | | |
| VAE | 2 | 03-7476 | | | |
| VAE | 2 | 03-7477 | | | |
| VAE | 2 | 03-7478 | | | |
| VAE | 2 | 03-7479 | | | |
| VAE | 2 | 03-7481 | | | |
| VAE | 2 | 03-7482 | | | |
| VAE | 2 | 03-7483 | | | |
| VAE | 2 | 03-7484 | | | |
| VAE | 2 | 03-7485 | | | |
| VAE | 2 | 03-7486 | | | |
| VAE | 2 | 03-7487 | | | |