MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 25 2003

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | MDL DOCKET NO. 875 |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JAMES A. HAMMONS, *Plaintiff*, vs. DANA CORPORATION, et al., *Defendants*. | Civil Action No. 1:03CV00626 |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JAMES A. HAMMONS, *Plaintiff*, vs. ILLINOIS CENTRAL RAILROAD, *Defendants*. | Civil Action No. 1:03CV00627 |

PLEADING NO. 4009

RECEIVED CLERK'S OFFICE
2003 NOV 24 P 1:52
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### NOTICE OF OPPOSITION TO TRANSFER

Comes now Plaintiff and files this Notice of Opposition to the Conditional Transfer Order (CTO-229) entered by the Panel on November 10, 2003.

1

**IMAGED NOV 26 '03**
**OFFICIAL FILE COPY**

11/24/2003 12:38 WATERS+KRAUS → 12025022888 NO.284 D005
Case MDL No. 875 Document 4009 Filed 11/25/03 Page 2 of 14

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 25 2003

FILED
CLERK'S OFFICE

JAMES A. HAMMONS vs. DANA CORPORATION, et al.; No. 1:03CV00626; and JAMES A. HAMMONS vs. ILLINOIS CENTRAL RAILROAD, et al., 1:03CV00627 pending in the United States District Court Southern District of Mississippi. Pursuant to Panel Rule 7.4(c), the plaintiff files this notice of opposition to apprise the Panel of their opposition to transfer.

Pursuant to Panel Rule 7.4(d), plaintiff shall file, within 15 days of the filing of this notice, their motion to vacate conditional transfer order and supporting brief.

Respectfully submitted,

Charles S. Siegel
Texas State Bar No. 18341875
**Waters & Kraus, LLP**
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 Telecopier

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition has been served by facsimile on all counsel of record (Schedule CTO-229 / Docket No. 875), in addition to the counsel listed below on this 24th day of November 2003.

Charles T. Ozier
Wise Carter Child & Caraway
600 Heritage Building
401 East Capitol Street
Jackson, Mississippi 39205
(Illinois Central Railroad Company)

Foreman Perry Watkins Krutz & Tardy, PLLC
1200 One Jackson Place
188 East Capitol Street
P.O. Box 22608
Jackson, Mississippi 39225
(Southern Pipe & Supply Co.)

Marcie Kroft
Forman, Perry, et al
188 East Capital Street
Suite 1200
Jackson, MS 39201
(Dana Corporation)

James P. Streetman, III
Clark, Scott & Streetman
P.O. Box 13847
Jackson, MS 39236-3847
(Quigley)

Jay Stroble
Watkins & Eager
PO Box 650
Jackson, MS 39205
(Met Life)

Mitchell Metal Products, Inc., a Mississippi Corporation
c/o its Registered Agent, DeWitt Belk
Highway 12 East
Kosciusko, MS 39090

W.G. Watkins
Forman, Perry, et al.
188 East Capital Street
Suite 1200
Jackson, MS 39201
(Owens-Illinois, Mitchell Metal)

_____
Charles S. Siegel

3

# INVOLVED COUNSEL LIST (CTO-229)
## DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Laurence C. Acker
Harrington, Thompson, Acker &
Harrington
310 South Michigan Ave., Suite 2000
Chicago, IL 60604

David F. Albright, Jr.
Bennett & Albright, PA
200 Court Square Building
200 E. Lexington Street
Baltimore, MD 21202

David Foxwell Albright, Sr.
Albright & Goertemiller, LLC
120 E. Baltimore Street
Suite 2150
Baltimore, MD 21202

David W. Allen
Goodell, DeVries, Leech & Dann
One South Street, 20th Floor
Baltimore, MD 21202

Patricia K. Andrews
Brown McCarroll & Oaks Hartline
111 Congress Avenue, Suite 1400
Austin, TX 78701

Laurie K. Anger
Morgenstein & Jubelirer
Spear Street Tower, 32nd Floor
One Market Plaza
San Francisco, CA 94105

Cynthia W. Antonucci
Harris Beach, LLP
805 3rd Avenue
New York, NY 10022

Robert M. Arentson, Jr.
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Elton J. Bain
1900 Central Pacific Plaza
220 S. King Street
Honolulu, HI 96813

Francis S. Baldwin, Jr.
Baldwin & Baldwin
400 W Houston Street
P.O. Drawer 1349
Marshall, TX 75671

Robert A. Barnaby, II
Carter & Ansley
Atlantic Center Plaza
1180 W. Peachtree Street
Suite 2300
Atlanta, GA 30309

Paul E. Barnes
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205

Barbara J. Barron
Mehaffy & Weber, P.C.
P.O. Box 16
Beaumont, TX 77704

Michael T. Bartley
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Monte L. Barton
Copeland, Cook, Taylor & Bush, P.A.
P.O. Box 6020
Ridgeland, MS 39158

David S. Bates
Bevan & Associates
10360 Northfield Road
Northfield, OH 44067

Scott W. Bates
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Alan I. Becker
Litchfield Cavo
303 West Madison Street
Suite 200
Chicago, IL 60606

Jeffrey M. Bell
Ritter, Chusid, Bivona & Cohen, LLP
7000 West Palmetto Park Road
Suite 400
Boca Raton, FL 33433

Richard V. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Thomas P. Bernier
Goldfein & Hosmer
217 E. Redwood Street, 21st Floor
Baltimore, MD 21202-3316

Thomas W. Bevan
Bevan & Economus
10360 Northfield Road
Northfield, OH 44067

V. Brian Bevon
Ness, Motley, Loadholt, Richardson
& Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Biedrzycki
Phelan, Pettit & Biedrzycki
121 South Broad Street
Suite 1600
Philadelphia, PA 19107

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Bruce T. Bishop
Wilcox & Savage, P.C.
One Commercial Place
Suite 1800
Norfolk, VA 23510

John G. Bissell
Strong, Pipkin, Nelson & Bissell
1111 Bagby Street, Suite 2300
Houston, TX 77002

Janet W. Black
Donaldson & Black, P.A.
208 West Wendover Avenue
Greensboro, NC 27401

Jack L. Block
Sachnoff & Weaver, Ltd.
30 South Wacker Drive
29th Floor
Chicago, IL 60606

James H. Bolin
Forman, Perry, Watkins, Krutz &
Tardy
P.O. Box 22608
Jackson, MS 39225

11/24/2003 12:38 WATERS+KRAUS → 12025022888 NO.284 D008
Nov 21 03 11:53a Kirksey & Assoc. (601)354-2433 p.9
Case MDL No. 875 Document 4009 Filed 11/25/03 Page 5 of 14

INVOLVED COUNSEL LIST (CTO-229) MDL-875 (Cont.)     Page 2 of 12

John A. Bonventre
Landman, Corsi, Ballaine & Ford
One Gateway Center, Suite 500
Newark, NJ 07102

Nathaniel A. Bosio
Dogan & Wilkinson
P.O. Box 1618
734 Dalmas Ave.
Pascagoula, MS 39568-1618

Timothy W. Bouch
Leath, Bouch & Crawford
P.O. Box 59
Charleston, SC 29402

Howard Michael Bowers
Nexsen, Pruet, Jacobs, Pollard & Robinson
P.O. Box 486
Charleston, SC 29402

John J. Boyd, Jr.
Lord & Whip, P.A.
Charles Center South
36 S. Charles Street, 10th Floor
Baltimore, MD 21201

William Bradley, II
Akin Gump Strauss Hauer & Feld
590 Madison Avenue
New York, NY 10022

Craig E. Brasfield
Forman Perry Watkins Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Malcolm S. Brisker
Goodell, DeVries, Leech & Dann
One South Street
Alex Brown Building, 20th Floor
Balitmore, MD 21202

Robert R. Brooks-Rigolosi
Ross & Hardies
65 East 55th Street
New York, NY 10022

A. Todd Brown
Hunton & Williams
Bank of America Plaza
101 Sout Tryon Street, Suite 3500
Charlotte, NC 28280

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39533-1377

Thomas More Buckley
Patterson, Dilthey, Clay, et al.
4020 Westchase Blvd., Suite 550
Raleigh, NC 27607

Rodd R. Buell
Law Office of Rodd R. Buell, P.A.
11883 Maidstone Drive
Wellington, FL 33414-7008

Alexander M. Bullock
Evert & Weathersby
3405 Piedmont Road, N.E., Suite 225
Atlanta, GA 30305

Scott Patrick Burns
Tydings & Rosenberg
100 East Pratt Street, 26th Floor
Baltimore, MD 21202

Lisa N. Busch
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

James D. Butler
Ness, Motely, Loadholt, Richardson & Poole
111 John Street, Suite 800
New York, NY 10038

James David Butler
Ness, Motely, Loadholt, Richardson & Poole
1730 Jackson Street
P.O. Box 365
Barnwell, SC 29812

Jesse Matthew Butler
Segal, McCambridge, Singer & Mahoney, Ltd.
100 Congress Avenue, Suite 700
Austin, TX 78701

Barry C. Campbell
Baker, Donelson, Bearman, Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Brian T. Carr
Carr & Associates
4636 Sanford St., Suite 100
Metairie, LA 70006

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

William T. Causby
Nelson, Mullins, Riley & Scarborough, LLP
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Margaret M. Chaplinsky
Kalinoski & Chaplinsky
100 Court Avenue, Suite 315
Des Moines, IA 50309

Daniel J. Cheely
Bellande Cheely, O'Flaherty, Sargis & Ayres
19 South LaSalle Street, Suite 1203
Chicago, IL 60603

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Louis G. Close, Jr.
Porter Hayden Company
711 West 40th Street, Suite 351
Baltimore, MD 21211

Lawrence M. Coco, III
Baker, Donelson, Bearman, Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Susan Coco
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Misty Brickey Cole
523 Yaupon Drive
Garland, TX 75044

Louis F. Coleman
Coleman & Coleman
P. O. Box 226
West Point, MS 39773

Keith E. Coltrain
Elmore & Walls, PA
P.O. Box 10937
Raleigh, NC 27605

11/24/2003 12:38 WATERS+KRAUS → 12025022888 NO.284 P009
Nov 21 03 11:54a Kirksey & Assoc. 16013543630 P.10
Case MDL No. 875 Document 4009 Filed 11/25/03 Page 6 of 14

INVOLVED COUNSEL LIST (CTO-229) MDL-875 (Cont.)      Page 3 of 12

John F. Conley
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510-2212

Kevin Joseph Cosgrove
Hunton & Williams
SunTrust Center
500 East Main Street, Suite 1000
Richmond, VA 23210

Ronald B. Cox
Bowers Orr, LLP
P.O. Box 25389
Columbia, SC 29224

Edward M. Crane
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Marcy B. Croft
Forman Perry Watkins Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Edward J. Currie, Jr.
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box 750
Jackson, MS 39205-0750

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Benjamin F. Davis
Whiteford, Taylor & Preston
Seven Saint Paul Street, Suite 1400
Baltimore, MD 21202

Dana Hefter Davis
P.O. Box 31627
Raleigh, NC 27622

H. Lee Davis, Jr.
Young, Moore & Henderson, P.A.
Davis & Hamrick, L.L.P.
P.O. Drawer 20039
Winston-Salem, NC 27120-0039

Rodney A. Dean
Dean & Gibson, L.L.P.
Cameron Brown Building, Suite 900
301 S. McDowell Street
Charlotte, NC 28204

Anna M. DiLonardo
L'Abbate, Balkan, Colavita & Contini
1050 Franklin Avenue
Garden City, NY 11530

Steven B. Dick
Brown, Buchanan & Sessoms, PA
P.O. Box 2220
Pascagoula, MS 39569

Lyn B. Dodson
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Robert E. Dodson
Gooding & Dodson
300 Texarkana National Bank Building
P.O. Box 1877
Texarkana, TX 75504

Thomas F. Dougall
Law Office of Thomas F. Dougall
1713 Woodcreek Farms Road
Elgin, SC 29045

David Duke
Duke Law Firm
236 Westview Terrace
Arlington, TX 76013

Kristi A. Duncan
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box 750
Jackson, MS 39205

Kevin A. Dunne
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202-1643

Paula M. Eade-Newcomb
Volgenau & Bosse
750 Main Seneca Building
237 Main Street
Buffalo, NY 14203

Maja C. Eaton
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Andrea L. Edney
Brunini, Grantham, Grower & Hewes
248 East Capitol Street
P.O. Box 119
Jackson, MS 39205-0119

W. M. Edwards
Page, Mannino, Pereisch, Dickinson & Mcdermott, P.
P.O. Drawer 289
Biloxi, MS 39533

James H. Elliott, Jr.
Barnwell, Whaley, Patterson & Helms
885 Island Park Drive
Charleston, SC 29492-0197

EnPro Industries, Inc.
c/o Registered Agent
225 Hillsborough Street
Raleigh, NC 27603

James T. Estes, Jr.
Burke, Sakai, McPheeters, et al.
Pacific Guardian Center
Mauka Tower, Suite 3100
737 Bishop Street
Honolulu, HI 96813

Julie R. Evans
Wilson, Elser, Moskowitz, et al.
150 East 42nd Street
New York, NY 10017-5639

C. Michael Evert, Jr.
Evert & Weathersby
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

James J. Fabian
Pfeifer & Fabian
326 Saint Paul Place, Suite 100
Baltimore, MD 21202

William Howard Farrell
Cotton & Farrell
801 Congress, Suite 400
Houston, TX 77002

Donald J. Fay
Waters, McPherson, McNeill, P.C.
233 Broadway, Suite 970
New York, NY 10279

Richard E. Fay
Hamilton Gaskins Fay & Moon
2020 Charlotte Plaza
201 South College Street
Charlotte, NC 28244-2020

Mark J. Fellman
Fellman Law Office
213 4th Street, East, Suite 200
St. Paul, MN 55101

11/24/2003 12:38 WATERS+KRAUS → 12025022888 NO.284 D010
Nov 21 03 11:54a Kirksey & Assoc.
Case MDL No. 875 Document 4009 Filed 11/25/03 Page 7 of 14
P.11

Page 4 of 12

INVOLVED COUNSEL LIST (CTO-229) MDL-875 (Cont.)

Stephen A. Fennell
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Matthew J. Fischer
Schiff, Hardin & Waite
6600 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6473

John P. Fishwick
Lichtenstein & Fishwick PLC
101 South Jefferson Street, Suite 400
P.O. Box 601
Roanoke, VA 24004-0601

Christopher E. Fitzgerald
Law Offices of Robert A. Pritchard
934 Jackson Avenue
P.O. Drawer 1707
Pascagoula, MS 39568

Evelyn M. Fletcher
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

James L. Fletcher, Jr.
Duncan, Courington & Rydberg
322 Lafayette Street
New Orleans, LA 70130

Flowserve US, Inc.
c/o CT Corp. System
350 N. St. Paul Street, Suite 2900
Dallas, TX 75201

James T. Foley
Foley & Boyd
First City Place, Suite 404
Tyler, TX 75702

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Barry W. Ford
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Laura A. Frase
Forman, Perry, Watkins, Krutz &
Tardy
2001 Bryan Street, Suite 1300
Dallas, TX 75201-3008

Mark A. Fredrickson
Rider, Bennett, Egan & Arundel
2000 Metropolitan Center
333 S. 7th Street
Minneapolis, MN 55402

Nancy Malinda Fuller
Brown McCarroll
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75606-3999

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Marc S. Gaffrey
Hoagland, Longo, Moran, Dunst &
Doukas
40 Paterson Street
P.O. Box 480
New Brunswick, NJ 08903

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Patricia C. Gandy
Butler, Snow, O'Mara, Stevens &
Cannada
P. O. Box 22567
Jackson, MS 39225-2567

Dana A. Gausepohl
Tydings & Rosenberg
100 East Pratt Street, 26th Floor
Baltimore, MD 21202

Geoffrey S. Gavett
Gleason & Datt, P.C.
15850 Crabbs Branch Way, Suite 180
Rockville, MD 20855

Raymond F. Geoffroy, III
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Clarke M. Gillespie, III
Kubasiak, Fylstra, Reizen &
Rotunno
20 South Clark Street, Suite 2900
Chicago, IL 60603

Vicki L. Gilliam
Forman, Perry, Watkins, Krutz &
Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Virginia M. Giokaris
Rasmussen Willis Dickey & Moore
9200 Ward Parkway, Suite 310
Kansas City, MO 64114

Richard S. Glasser
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

Donald E. Godwin
Godwin & Gruber, P.C.
Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, TX 75270

Roy D. Goldberg
Waters, McPherson, Mencill, P.C.
233 Broadway, Suite 970
New York, NY 10279

Kenneth M. Gorenberg
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229

William N. Graham
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

Cheri D. Green
Brunini, Grantham, Grower &
Hewes
P.O. Drawer 119
Jackson, MS 39205-0119

Robert V. Greenlee
Forman, Perry, Watkins, Krutz &
Tardy
1200 One Jackson Place
188 East Capitol Street
P.O. Box 22608
Jackson, MS 39225-2608

INVOLVED COUNSEL LIST (CTO-229) MDL-875 (Cont.)

Page 5 of 12

Darren M. Guillot
Abbott, Simses & Kuchler
400 Lafayette St., Suite 200
New Orleans, LA 70130

Lucien C. Gwin, Jr.
Gwin, Lewis & Punches
P.O. Box 1344
Natchez, MS 39121-1344

Michael O. Gwin
Watkins & Eager
P. O. Box 650
Jackson, MS 39205

Francis M. Hadden
Hecker, Brown, Sherry & Johnson
1700 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

John B. Hall
Locke Liddell & Sapp, LLP
3400 Chase Tower
600 Travis Street
Houston, TX 77002

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Frances K. Hardage
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

Susan Haney Hargrove
Smith, Anderson, Blount, et al.
2500 First Union Capitol Center
P.O. Box 2611
Raleigh, NC 27602

Raymond P. Harris, Jr.
Whittenburg & Schachter, PC
Plaza of the Americas, Suite 2300
600 North Pearl Street
LB 133
Dallas, TX 75201

Joseph H. Hart, IV
Smith & Fawer
201 St. Charles Avenue, Suite 3702
New Orleans, LA 70170

Daniel L. Hartnett
Crary, Huff, Inkster, et al.
614 Pierce Street
P.O. Box 27
Sioux City, IA 51102-002

Ollie M. Harton
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Robin E. Harvey
Baker & Hostetler
312 Walnut Street, Ste. 3200
Cincinnati, OH 45202

Robert R. Hatten
Patten, Wornom, Hatten &
Diamonstein
12350 Jefferson, Suite 360
Newport News, VA 23602

John A. Heller
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

John R. Henderson
Brown McCarroll & Oaks Hartline
2000 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201

Christy C. Hendrix
Sulzer And Williams, LLC
201 Holiday Blvd., Suite 335
Covington, LA 70433

John L. Hill, Jr.
Locke Liddell & Sapp, LLP
3400 J. P. Chase Tower
600 Travis Street
Houston, TX 77002

M. King Hill, III
Venable, Baetjer & Howard, LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, MD 21285-5517

Steven K. Hisaka
Hisaka, Stone & Goto
737 Bishop Street, Suite 3000
Honolulu, HI 96813

Laura K. Hong
Squire, Sanders & Dempsey
4900 Society Center
127 Public Square
Cleveland, OH 44114

Russell J. Hoover
Jenner & Block
One IBM Plaza, Suite 4400
Chicago, IL 60611

Alben N. Hopkins
Hopkins, Barvie & Hopkins
2701 24th Avenue
P.O. Box 1510
Gulfport, MS 39502-1510

H. Forest Horne, Jr.
Martin & Jones
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603

Edward F. Houff
Church, Loker & Silver, P.A.
2 North Charles Street, Suite 600
B&O Building
Baltimore, MD 21201

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

William R. Hughes, Jr.
Stuart, Tinley, Peters, Thorn &
Hughes
P.O. Box 398
310 W. Kanesville Boulevard
Council Bluffs, IA 51502

Susan M. Hull
Jenkens & Gilchrist
Fountain Place, Suite 3200
1445 Ross Avenue
Dallas, TX 75202

Lee J. Hunter
Cumbest, Cumbest, Hunter &
McCormick
P. O. Drawer 1287
Pascagoula, MS 39568-1287

Andrew S. Hyman
Thompson Hine, LLP
1920 N. Street, N.W., Suite 800
Washington, DC 20036

11/24/2003 12:38 WATERS+KRAUS → 12025023888 NO.284 D012
Nov 21 03 11:55a Kirksey & Assoc. (601)354-2439 p.13
Case MDL No. 875   Document 4009   Filed 11/25/03   Page 9 of 14

Page 6 of 12

INVOLVED COUNSEL LIST (CTO-229) MDL-875 (Cont.)

Steven J. Irwin
Duncan, Courington & Rydberg, LLC
400 Poydras Street, Suite 1200
New Orleans, LA 70130

John B. Isbister
Tydings & Rosenberg
100 East Pratt Street
26th Floor
Baltimore, MD 21202

Michael E. Jackson
Schwarzwald & Mcnair
616 Penton Media Bldg.
1300 East Ninth Street
Cleveland, OH 44114-1503

Richard P. Johnson
Ingram & Associates
P.O. Box 15039
Hattiesburg, MS 39404-5039

William V. Johnson
Johnson & Bell, Ltd.
55 East Monroe Street, Suite 4100
Chicago, IL 60603

A. Timothy Jones
Hawkins & Parnell
4000 One Peachtree Center
303 Peachtree Street, N.E.
Atlanta, GA 30308

Paige C. Jones
Phelps Dunbar
P.O. Box 23066
Jackson, MS 39225-3066

J. Michael Jordan
Gardere Wynne Sewell
Wells Fargo Bank Plaza
1000 Louisana, Suite 3400
Houston, TX 77002-5007

Rebecca K. Jude
Jude & Jude, PLLC
P.O. Box 17468
Hattiesburg, MS 39404-7468

J. Lawrence Judy
Freeburg, Judy & Nettels
600 South Lake Avenue, 2nd Floor
Pasadena, CA 91106

Jeffrey A. Kadis
Hedrick, Eatman, Gardner &
Kincheloe
P.O. Box 30397
Charlotte, NC 28230

Anne M. Kearse
Ness, Motley, P.A.
28 Bridgeside Boulevard
Mount Pleasant, SC 29465

James G. Kennedy
Pierce, Herns, Sloan & McLeod
The Blake House
321 East Bay Street
P.O. Box 22437
Charleston, SC 29413

Matthew Kennedy
1505 N.E. 4th Avenue
Boca Raton, FL 33432

Dwight A. Kern
McGivney, Kluger & Gannon, P.C.
305 Broadway, Suite 800
New York, NY 10007

William B. Kirksey
Kirksey & Associates
P.O. Box 33
Jackson, MS 39205

Robert D. Klein
Wharton, Levin, Ehrmantraut, Klein
& Nash
104 West Street
P.O. Box 551
Annapolis, MD 21404-0551

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

Donald A. Krispin
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
645 Griswold St.
Detroit, MI 48226

Deborah D. Kuchler
Abbott, Simses & Kuchler
400 Lafayette St., Suite 200
New Orleans, LA 70130

Bruce M. Kuehnle, Jr.
Bruce M. Kuehnle, Jr., PLLC
P.O. Box 866
Natchez, MS 39121-0866

Craig T. Kugisaki
American Savings Bank Tower
1001 Bishop Street, Suite 2727
Honolulu, HI 96813

Matthew P. Lachaussee
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502-4108

Carter T. Lambeth
Johnson & Lambeth
P.O. Box 660
Wilmington, NC 28402

Daphne M. Lancaster
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Roger B. Lane
Lane & Gossett, P.C.
1601 Reynolds Street
Brunswick, GA 31520

Louis B. Lanoux
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Christopher P. Larson
Heyl, Royster, Voelker & Allen
600 Bank One Building
124 Southwest Adams
Peoria, IL 61602

Roger Lathrop
Betty Neuman & McMahon
111 East Third Street
Union Arcade Building, Suite 600
Davenport, IA 52801

H. Seward Lawlor
Glasser & Glasser, P.L.C.
580 East Main Street
600 Crown Center
Norfolk, VA 23510

Richard T. Lawrence
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

James W. Ledlie
Motley Rice
28 Bridgeside Boulevard
Mount Pleasant, SC 29464

11/24/2003 12:38 WATERS+KRAUS → 12025022888 NO.284 P013
Nov 21 03 11:56a Kirksey & Assoc.
Case MDL No. 875 Document 4009 Filed 11/25/03 Page 10 of 14

INVOLVED COUNSEL LIST (CTO-229) MDL-875 (Cont.)  Page 7 of 12

Sidney G. Leech
Goodell, DeVries, Leech & Dann
Commerce Place, 20th Floor
One South Street
Baltimore, MD 21202

Michael T. Lewandowski
Coblence & Warner
415 Madison Avenue
New York, NY 10017

Elizabeth M. Link
Jackson & Wallace
55 Francisco Street, Suite 600
San Francisco, CA 94133

Lisa A. Linsky
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020

David M. Lipman
David P. Lipman, P.A.
5901 S.W. 74th Street, Suite 304
Miami, FL 33143

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Stephen M. Loftin
Hicks, Thomas & Lilienstern
700 Louisiana, Suite 2000
Houston, TX 77002

Jim Long
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038

Alwyn H. Luckey
Law Offices of Alwyn Luckey
P.O. Box 724
Ocean Springs, MS 39564

Robert J. Lynott
Thomas & Libowitz
100 Light Street, Suite 1100
Baltimore, MD 21202-1053

Jara C. MacDermott
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
Biloxi, MS 39533

Neil J. MacDonald
Hartel Kane Desantis MacDonald &
Howie LLP
6301 Ivy Lane, Suite 800
Greenbelt, MD 20770

Genevieve MacSteel
Ross & Hardies
65 East 55th Street
New York, NY 10022

Donald C. Machado
Central Pacific Plaza
220 S. King Street, Suite 2100
Honolulu, HI 96813

Christopher S. Marks
Williams, Kastner & Gibb
P.O. Box 21926
Seattle, WA 98111-3926

John H. Marks, Jr.
Locke Liddell & Sapp, LLP
Texas Commerce Tower, Suite 900
2200 Ross Avenue
Dallas, TX 75201

Timothy Kent Masterson
Spence, Ricke, Sweeney & Gernes
600 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101

Stephen S. McCloskey
Simms Showers, LLP
20 S. Charles Street, Suite 702
Baltimore, MD 21201-3754

Kevin E. McDermott
Law Offices of Robert E. Sweeney &
Associates
1500 Illuminating Building
55 Public Square
Cleveland, OH 44113

Moffatt Grier McDonald
Haynsworth, Marion, McKay &
Guerard
75 Beattie Place
Two Insignia Plaza - 11th Floor
P.O. Box 2048
Greenville, NC 29602

Tim McDonough
Jenkins & Martin
2615 Calder Street, Suite 500
P.O. Box 26008
Beaumont, TX 77720-6008

Daniel W. McGrath
Hinshaw & Culbertson
222 North Lasalle Street, Suite 300
Chicago, IL 60601-1081

Timothy J. McHugh
Lavin, Coleman, O'Neil, Ricci,
Finarelli & Gray
767 Third Avenue, 7th Floor
New York, NY 10017

John B. McLeod
Haynsworth, Marion, McKey &
Guerard
75 Beattie Place, 11th Floor
Greenville, SC 29601

Donald S. Meringer
McCarter & English, LLP
300 E. Lombard Street, Suite 1000
Baltimore, MD 21202

Robert O. Meriwether
Nelson, Mullins, Riley &
Scarborough, LLP
P.O. Box 11070
Columbia, SC 29211-0013

Lewis Charles Miltenberger
Lewis C. Miltenberger & Associates
108 W. 8th Street, Suite 500
Fort Worth, TX 76102

Michael S. Minyard
Baker, Donelson, Bearman,
Caldwell & Berkowitz, Pc
P.O. Box 14167
Jackson, MS 39236-4167

Edward W. Mizell
Butler, Snow, O'Mara, Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Peter A. Moir
Quilling, Selander, et al.
2001 Bryan Street, Suite 1800
Dallas, TX 75201

Willard J. Moody, Jr.
Moody, Strople, Kloeppel &
Basilone, Inc.
500 Crawford Street
Commerce Bank Bldg., Suite 300
P.O. Box 1138
Portsmouth, VA 23705

11/24/2003 12:38 HOTERS+KRAUS → 12025022888 NO.284 D014
Nov 21 03 11:56a Kirksey & Assoc. (601)354-2433 p.15
Case MDL No. 875  Document 4009  Filed 11/25/03  Page 11 of 14

INVOLVED COUNSEL LIST (CTO-229) MDL-875 (Cont.)                              Page 8 of 12

Philip J. Morin
LeBoeuf, Lamb, Greene
125 West 55th Street
New York, NY 10019

Francis Peter Morrissey
Schiff, Hardin & Waite
233 South Wacker Drive
6600 Sears Tower
Chicago, IL 60606

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

William F. Mueller
Clemente, Mueller, Tobia, P.A.
14 Wall Street, 22nd Floor
New York, NY 10005

Maureen Anne Murry
Thompson & Knight
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201-4693

John J. Nagle, III
Bodie, Nagle, Dolina, Smith &
Hobbs, PA
21 W. Susquehanna Avenue
Towson, MD 21204

Paula M. Newcomb
Volgenau & Bosse
750 Main Seneca Building
237 Main Street
Buffalo, NY 14203

John Nishimoto
Ayabe, Chong, Nishimoto, Sia &
Nakamura
Pauahi Tower
1001 Bishop Street, Suite 2500
Honolulu, HI 96813

Stephen J. Nolan
Law Offices of Stephen J. Nolan
210 W. Pennsylvania Avenue
Suite 350, Court Towers
Baltimore, MD 21204-5325

Larry O. Norris
P.O. Box 8
Hattiesburg, MS 39403-0008

Jeremy W. North
North & Cobb, P.A.
7313 York Road
Towson, MD 21204

Richard P. O'Leary
McCarter & English, LLP
300 Park Avenue
18th Floor
New York, NY 10022

Ernest L. O'Bannon
Bienvenu, Foster, Ryan & O'Bannon
1010 Common Street, Suite 2200
New Orleans, LA 70112

Michael F. O'Connor
Oliver, Lau, Lawhn, Ogawa &
Nakamura
Ocean View Center, Suite 600
707 Richards Street
Honolulu, HI 96813

Robert L. O'Donnell
Vandeventer, Black, Meredith &
Martin
500 World Trade Center
Norfolk, VA 23510

David Ober
Reed Smith, LLP
1301 K Street, N.W.
East Tower, Suite 1100
Washington, DC 20005

Todd Ogden
Forman Perry Watkins Krutz & Tardy
2001 Bryan Street, Suite 1300
Dallas, TX 75201

Jeffrey T. Ono
Galiher, DeRobertis, Nakamura, Ono
& Takitani
610 Ward Avenue, Suite 200
Honolulu, HI 96814

Jack Ormes
301 North Lake Avenue
Pasadena, CA 91101

Aimee H. Oyasato
White & Tom
820 Mililani Street, Suite 711
Honolulu, HI 96813

Jack C. Paige
Elderkin & Pirnie
115 First Avenue, SE
P.O. Box 1968
Cedar Rapids, IA 52406

Peter T. Paladino, Jr.
Goldberg Persky Jennings & White
Ketchum Center, 3rd Floor
1030 5th Avenue
Pittsburgh, PA 15219

James M. Parsa
James M. Parsa & Associates
2183 Fairview Road, Suite 101
Costa Mesa, CA 92627

Donald C. Partridge
Peters, Redditt, Willoughby,
Zoghby & Carbo
P.O. Drawer 1129
Mobile, AL 36633

Lisa M. Pascarella
Pehlivanian & Braaten
2430 Route 34
P.O. Box 648
Manasquan, NJ 08736

Michael W. Patrick
Law Office of Michael W. Patrick
P.O. Box 16848
Chapel Hill, NC 27516

Monica F. Patterson
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Timothy Peck
Smith, Helms, Mulliss & Moore
P.O. Box 21927
Greensboro, NC 27420

Erin M. Peradotto
Volgenau & Bosse
237 Main Street, Suite 750
Buffalo, NY 14203

Joseph Stuart Pevsner
Thompson & Knight
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201

Carl E. Pierce, II
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Janika D. Polk
Abbott, Simses & Kuehler
400 Lafayette St., Suite 200
New Orleans, LA 70130

11/24/2003  12:38  WATERS+KRAUS → 12025022888  NO.284  D015
Nov 21 03 11:56a  Kirksey & Assoc.  p.16
Case MDL No. 875 Document 4009 Filed 11/25/03 Page 12 of 14

INVOLVED COUNSEL LIST (CTO-229) MDL-875 (Cont.)  Page 9 of 12

Michael S. Polk
Sieben, Polk, LaVerdiere, Jones & Hawn
999 Westview Drive
Hastings, MN 55033

Jonathan E. Polonsky
Thelen Reid & Priest LLP
40 West 57th Street
New York, NY 10019-4097

Matthew F. Powers
Samson & Powers, PLLC
P.O. Box 1417
Gulfport, MS 39502-1417

James E. Pranske
Godwin Gruber
1201 Elm Street, Suite 1700
Dallas, TX 75270

James B. Pressly, Jr.
Haynsworth, Marion, McKey & Guerard
75 Beattie Place, 11th Floor
P.O. Box 2048
Greenville, SC 29602

Deborah C. Prosser
Thomas, Mort & Prosser
3403 Tenth Street, #300
Riverside, CA 92501

John M. Radicia
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533

Christopher J. Raistrick
Merlo, Kanofsky & Brinkmeier, Ltd.
208 South LaSalle Street, Suite 950
Chicago, IL 60604

William N. Rambin
Sedgwick Detert Moran & Arnold
1717 Main Street, Suite 5400
Dallas, TX 75201

Kristen Marie Rectenwald
Jordan & Moses
1804 Frederica Road, Suite C
St. Simons Island, GA 31522

William C. Reeves
Smith, Reeves & Yarborough, PLLC
6360 I-55 North, Suite 201
Jackson, MS 39211

Giovanni Regina
Waters, McPherson, McNeill, P.C.
300 Lighting Way
Secaucus, NJ 07096

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Leah M. Reyes
Henderson, Gallagher & Kane
Central Pacific Plaza
220 S. King Street, Suite 2100
Honolulu, HI 96813

J. Keith Rigg
100 Court Avenue, Suite 409
Des Moines, IA 50309

James M. Riley, Jr.
Coats, Rose, Yale, Holm, et al.
1001 Fannin
800 First City Tower
Houston, TX 77002

Robert H. Riley
Schiff, Hardin & Waite
6600 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

Hector Ralph Rivera
Duane Morris LLP
200 South Biscayne Blvd., Suite 3400
Miami, FL 33131

John W. Robinson, III
Phelps Dunbar
P.O. Box 23066
111 East Capitol Street, Suite 600
Jackson, MS 39225-3066

Robert M. Rolfe
Hunton & Williams
Riverfront Plaza
951 East Byrd Street
Richmond, VA 23219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Richard H. Rubenstein
Wilson, Elser, Moskowitz, et al.
150 East 42nd Street
New York, NY 10017-5639

Charles H. Russell, III
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205

William J. Rutzick
Schroeter, Goldmark & Bender
Central Building, Suite 500
810 Third Avenue
Seattle, WA 98104

Richard J. Sapp
Nyemaster, Goode, Voigts, et al.
700 Walnut Street, Suite 1600
Des Moines, IA 50309

Stephanie Ann Scharf
Jenner & Block
One IBM Plaza
330 North Wabash Ave., 40th Floor
Chicago, IL 60611

Robert P. Schlenger
Lord & Whip, P.A.
Charles Center South
36 S. Charles Street, 10th Floor
Baltimore, MD 21201

Nichol M. Schoenfield
Baker & Hostetler
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485

Andrew J. Scholz
Flemming, Zulack & Williamson
One Liberty Plaza, 35th Floor
New York, NY 10006

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Carl R. Schwertz
Duane Hauck & Gnapp
10 East Franklin Street
Richmond, VA 23219-2106

Mark Steven Scudder
Strasburger & Price, L.L.P.
901 Main Street, Suite 4300
Dallas, TX 75202

Rebecca C. Sechrist
Bunda Stutz & Dewitt
One Seagate, Suite 650
Toledo, OH 43604

11/24/2003 12:38 WATERS+KRAUS → 12025022888 NO.284 D016
Nov 24 03 11:28a Kirksey & Assoc. p.2
Case MDL No. 875 Document 4009 Filed 11/25/03 Page 13 of 14

INVOLVED COUNSEL LIST (CTO-229) MDL-875 (Cont.) Page 11 of 12

Robert B. Thompson
Harrington, Thompson, Acker &
Harrington, Ltd
310 South Michigan Ave., Suite 2000
Chicago, IL 60604

Michael T. Tomlin
Anania, Bandklayder, Blackwell,
Baumgarten, et al.
Bank of America Tower
100 Southeast 2nd Street, Suite 4300
Miami, FL 33131

Tracy E. Tomlin
Nelson, Mullins, Riley &
Scarborough
100 North Tryon Street, Suite 2400
Charlotte, NC 28202-4000

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

David L. Trewolla
Dogan & Wilkinson
P.O. Box 23062
Jackson, MS 39225-3062

Willis R. Tribler
Tribler, Orpett & Crone
30 North LaSalle Street, Suite 2200
Chicago, IL 60602

Keith R. Truffer
Royston, Mueller, McLean & Reid
102 W. Pennsylvania Ave., Suite 600
Towson, MD 21204

Thomas W. Tyner
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

Charles E. Valles
Waters & Kraus
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Allen D. Vaughan
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607-5308

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502-4108

Rodney P. Vincent
Gertler, Gertler, Vincent & Plotkin
Gertler Building, 3rd Floor
127-129 Carondelet Street
New Orleans, LA 70130

John E. Wade, Jr.
Brunini, Grantham, Grower & Hewes
P.O. Drawer 119
Jackson, MS 39205-0119

Bruce A. Wagman
Morgenstein & Jubelirer
Spear Street Tower, 32nd Floor
One Market Plaza
San Francisco, CA 94105

Herbert I. Waldman
Nagel, Rice & Mazie, LLP
301 South Livingston Ave., Suite 201
Livingston, NJ 07039

Mark Hedderman Wall
Elmore & Wall
P.O. Box 1200
Charleston, SC 29402

Archibald Wallace, III
WallacePledger, LLC
7100 Forest Avenue, Suite 302
Richmond, VA 23226

Kimberly P. Wallace
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-3979

Margaret F. Ward
Moore & Jackson, LLC
305 Washington Avenue, Suite 401
Baltimore, MD 21204

Michelle L. Ward
Cumbest, Cumbest, Hunter &
McCormick
P.O. Drawer 1287
Pascagoula, MS 39568-1287

Henry N. Ware, Jr.
Spotts Fain Chappell & Anderson
411 East Franklin Street
Suite 600
Richmond, VA 23219

James L. Ware
Sheehy, Serpe & Ware, P.C.
2500 Two Houston Centre
909 Fanin
Houston, TX 77010-1003

Kirk G. Warner
Smith, Anderson, Blount, et al.
P.O. Box 2611
Raleigh, NC 27602

Louis H. Watson, Jr.
Watson & Heidelberg
520 East Capitol Street
Jackson, MS 39201

Harry P. Weitzel
Mayer, Brown, Rowe & Maw, LLP
NCNB Center
700 Louisiana, Suite 3600
Houston, TX 77002

Kenneth L. Weltz
Lathrop & Gage, L.C.
10851 Mastin Blvd.
Building 82, Suite 1000
Overland Park, KS 66210-1669

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Paul A. Weykamp
Law Offices of Paul A. Weykamp
110 St. Paul Street, Suite 300
Baltimore, MD 21202

Clay M. White
Sammons & Parker, P.C.
218 North College
Tyler, TX 75702

Pamela J. White
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202-1643

Michael E. Whitehead
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Robert W. Wilkinson
Dogan & Wilkinson
P.O. Box 1618
Pascagoula, MS 39568-1618

INVOLVED COUNSEL LIST (CTO-229) MDL-875 (Cont.)  Page 10 of 12

Michael S. Seekings
Mullen, Wiley & Seekings, LLC
171 Church Street, Suite 370
Charleston, SC 29401

Ruth Segal
Lynberg & Watkins
International Tower Plaza
888 South Figueroa Streeet
Suite 1600
Los Angeles, CA 90017-2516

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard, 6th Floor
Los Angeles, CA 90025

Robert T. Shaffer, III
Murphy & Shaffer
36 South Charles Street, Suite 1400
Baltimore, MD 21202-1019

Dan Shaked
Shaked & Posner
225 West 34th Street, Suite 1111
New York, NY 10122

Robert D. Sharp
Belin, Lamson, McCormick,
Zumbach & Flynn
2000 Financial Center
Seventh & Walnut
Des Moines, IA 50309

John Shook
Shook & Stone Chtd.
710 South Fourth Street
Las Vegas, NV 89101

Robert L. Shuftan
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606

Ann M. Sico
Bernard, Cassisa, Elliott & Davis
P.O. Box 55490
Metairie, LA 70055-5490

Robin Silver
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202

Donald L. Sime
Hinshaw & Culbertson
110 North West Street
Waukegan, IL 60085

W. Russell Sipes
Laudig, George, Rutherford & Sipes
Inland Building
156 East Market Street, Suite 600
Indianapolis, IN 46204-3227

Scott Coleman Skelton
Zeleskey, Cornelius, Hallmark &
Borgfeld
P.O. Drawer 1728
Lufkin, TX 75902-1728

Joel Slawotsky
Sonnenschein, Nath & Rosenthal
1221 Avenue of the Americas
24th Floor
New York, NY 10020

M. Stephen Smith, III
Rumberger, Kirk & Caldwell
80 S.W. 8th Street, Suite 3000
Miami, FL 33130-3047

Mark R. Smith
Holcomb Dunbar, P.A.
P.O. Drawer 707
Oxford, MS 38655-0707

Patrick C. Smith
Rubin & Rubin Chartered
502 Washington Avenue, Suite 200
Towson, MD 21204

John A. Smyth
Maynard, Cooper & Gales, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203

Charles E. Sorey, II
Ramsey Law Firm, P.C.
21 North Florida Street
Mobile, AL 36607

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Joseph Stalmack
Joseph Stalmack & Associates, P.C.
5253 Hohman Avenue
P.O. Box 1150
Hammond, IN 46320

Jonathan P. Stebenne
Law Offices of Jonathan P. Stebenne
100 S Charles Street, Suite 1101
Baltimore, MD 21201-2446

Karl R. Steinberger
Colingo, Williams, et al.
P.O. Drawer H
Pascagoula, MS 39568

Michael Stell
Law Office of Michael Stell
201 E. Main Street, 11th Floor
El Paso, TX 79901

Gary K. Sue
Burton & Sue, L.L.P.
P.O. Box 20083
Greensboro, NC 27402

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

David M. Taylor
Thompson, Coe, Cousins & Irons
700 North Pearl Street, 25th Floor
Dallas, TX 75201

Thomas W. Taylor
Andrews & Kurth
600 Travis, Suite 4200
Houston, TX 77002

Jennifer M. Techman
Evert & Weathersby
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Robert E. Thackston
Hawkins, Parnell & Thackston
4514 Cole Avenue, Suite 550
Dallad, TX 75202

Mark S. Thomas
Maupin, Taylor & Ellis
P.O. Drawer 19764
Raleigh, NC 27619-9764

Mark W. Thomas
Grefe & Sidney
2222 Grand Avenue
P.O. Box 10434
Des Moines, IA 50306

Kenneth L. Thompson
Piper, Marbury, Rudnick & Wolfe
36 South Charles Street
1100 Charles Center South
Baltimore, MD 21201