MDL 875

JUDICIAL PANEL
MULTIDISTRICT

NOV 26 2003

FILED
CLERK'S OFFICE

1  WILLIAM RUTZICK, WSBA #11533
   SCHROETER GOLDMARK & BENDER
2  500 Central Building
   810 Third Avenue
3  Seattle, Washington 98104
   Telephone: (260) 622-8000
4  Facsimile: (206) 682-2305

5

6

7

8          BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

9                          MDL DOCKET NO. 875

10         IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

11

12                      THIS DOCUMENT RELATES TO:

13         Ireton v. Kaiser Ventures, L.L.C.; et al.
                    United States District Court
14                  Western District of Washington
                    Cause No. No. CV03-2840 RBL
15

16         NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

17

18     PLEASE TAKE NOTICE that pursuant to Rule 7.4 of the Rules of Procedure of the Judicial

19  Panel on Multidistrict Litigation, 181 F.R.D.1, 10 (1998), plaintiffs Gerald Ireton and Sharon Ireton,

20  by and through his counsel of record herein, hereby opposes the conditional transfer order (CTO-

21  229).

22     Plaintiff filed suit against three defendants in the King County Superior Court in the State of

23  Washington on August 4, 2003. On September 5, 2003, two of the defendants together filed a

24  Notice of Removal which removed this case to Federal Court. Plaintiffs believe that the removal

25  was in error, and on October 3, 2003, filed a Motion to Remand. Briefing on plaintiffs' motion was

26  completed on October 30, 2003. Plaintiffs' requested oral argument for their Motion to Remand,

RECEIVED
CLERK'S OFFICE
2003 NOV 25 P 12:53
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IMAGED NOV 26 '03

NOTICE OF OPPOSITION TO CONDITIONAL                SCHROETER GOLDMARK & BENDER
TRANSFER ORDER - 1                                 500 Central Building • 810 Third Avenue • Seattle, WA 98104
\\SGB\SYS3\ASBESTOS\14462\1500\P\FEO & MDL\MDL Not Opp 112503.doc                  (206) 622-8000

OFFICIAL FILE COPY

1  which has yet to be scheduled to be heard in the US District Court for the Western District of
2  Washington, before the Honorable Ronald B. Leighton.

3  DATED this 24th day of November, 2003.

                                SCHROETER, GOLDMARK & BENDER

                                _____
                                WILLIAM RUTZICK, WSBA #11533
                                Counsel for Plaintiffs

NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER - 2
\\SGB\SYS3\ASBESTOS\14462a1500VP\FED & MDL\MDL Not Opp-112403.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

```
 1  WILLIAM RUTZICK, WSBA #11533
    SCHROETER GOLDMARK & BENDER
 2  500 Central Building
    810 Third Avenue
 3  Seattle, Washington 98104
    Telephone: (260) 622-8000
 4  Facsimile: (206) 682-2305
```

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 25 2003

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL DOCKET NO. 875

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

THIS DOCUMENT RELATES TO:

<u>Ireton v. Kaiser Ventures, L.L.C.; et al.</u>
United States District Court
Western District of Washington
Cause No. No. CV03-2840 RBL

DECLARATION OF SERVICE

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2003 NOV 25  P 12: 54

RECEIVED
CLERK'S OFFICE

Rhonda Jones hereby declares as follows:

That on November 25, 2003, I had copies of Notice of Opposition to Conditional Transfer Order served upon attorneys of record for defendants by having said copies faxed, delivered or mailed, postage prepaid, as follows:

Randy Aliment
Christopher Marks
Williams, Kastner & Gibbs
601 Union Street, Suite 4100
Seattle, WA 98111-3926
Fax: (206) 628-6611

---

MEMORANDUM IN SUPPORT OF PLAINTIFF'S
MOTION TO VACATE CONDITIONAL TRANSFER
ORDER, DATED JULY 21, 1999 - 1
N:\ASBESTOS\14462a1ri00\P\FED & MDL\MDL Doc service -112403.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622 8000

1  I declare under penalty of perjury under the laws of the United States that the foregoing
2  is true and correct.
3  DATED at Seattle, Washington, this 25th day of November, 2003.

RHONDA JONES

MEMORANDUM IN SUPPORT OF PLAINTIFF'S
MOTION TO VACATE CONDITIONAL TRANSFER
ORDER, DATED JULY 21, 1999 - 2
N:\ASBESTOS\14462a\500\P\FED & MDL\MDL Doc service -112403.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000