MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 26 2003

FILED
CLERK'S OFFICE

# IN THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL- 875    IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

COME NOW the Plaintiffs, in the actions listed upon the attached schedule, and

give notice of their opposition to the Conditional Transfer Order entered by the Panel on

November 10, 2003 transferring certain actions from the United States District Court for

the Southern District of Mississippi.  Pursuant to MDL Rules 7.4 and 7.5, Plaintiffs shall

file their Consolidated Motion and Brief to Vacate said Conditional Transfer Order

within Fifteen (15) days of the filing of this Notice of Opposition

Respectfully submitted,

ROGER D. LOTT, JR.
ATTORNEY FOR PLAINTIFFS

OF COUNSEL FOR PLAINTIFFS:

Larry O. Norris (Miss. Bar # 3883)
Roger D. Lott, Jr. (Miss. Bar # 100302)
NORRIS & PHELPS, PLLC
P.O. Box 8
Hattiesburg, MS 39401-0008
(601) 545-2011 telephone
(601) 584-6634 telecopier

### CERTIFICATE OF SERVICE

I, Roger D. Lott, Jr., hereby certify that I have this day served, via U.S. Mail,

postage pre-paid, a true and correct copy of the foregoing Motion and Brief to Vacate

Conditional Transfer Order on each  Counsel of Record in the effected cases.

This the 25th day of November, 2003.

ROGER D. LOTT, JR.

RECEIVED
CLERK'S OFFICE
2003 NOV 25  P 3: 43
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

## OFFICIAL FILE COPY

IMAGED NOV 26 '03

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 2 6 2003

FILED
CLERK'S OFFICE

## SCHEDULE OF ACTIONS:

*Bert McDaniel, et al v. Owens-Illinois, Inc.*
        United States District Court for the Southern District of Mississippi
        Civil Action No. 1:03CV694GRRo

*Earlie B. Hales, et al v. Minnesota Mining and Manufacturing*
        United States District Court for the Southern District of Mississippi
        Civil Action No. 1:03CV684GRo

*William Gilbert, et al v. Minnesota Mining and Manufacturing*
        United States District Court for the Southern District of Mississippi
        Civil Action No. 1:03CV736GRo