MDL 875

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Marvin Jefferson, et al. v. A. M. Lockett Co., Ltd., et al.*;
United States District Court for the Southern District of Mississippi, Southern Division;
Civil Action No. 1:03-CV-733-GR

### NOTICE OF OPPOSITION
### PURSUANT TO RULE 12 OF THE RULES OF PROCEDURE
### OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PURSUANT to Rule 12(c) of the *Rules of Procedure of the Judicial Panel on Multidistrict Litigation*, the Plaintiffs hereby file this their Notice of Opposition to the Conditional Transfer Order entered November 10, 2003, in the above cited case by the Clerk of the Panel transferring this action to the United States District Court for the Eastern District of Pennsylvania (MDL Docket No. 875).

In accordance with Rule 12(d) of the *Rules of Procedure of the Judicial Panel on Multidistrict Litigation*, the Plaintiffs within fifteen (15) days of the filing of this Notice of Opposition, will file a Motion to Vacate the Conditional Transfer Order and brief in support thereof.

Respectfully submitted, this the 25th day of November, 2003.

LOUIS H. WATSON, JR.
ATTORNEY FOR PLAINTIFFS

PLEADING NO. 4013

OF COUNSEL:

Louis H. Watson, Jr. (MB # 9053)
C. Maison Heidelberg, (MB #9559 )
WATSON & HEIDELBERG, P.A.
520 East Captiol Street
Jackson, MS 39201
Telephone:    (601) 968-0000
Facsimile:    (601) 968-0010

**OFFICIAL FILE COPY** IMAGED DEC 1 '03

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 26 2003

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiffs hereby certifies that this date a true and correct copy of the above and foregoing document has been sent by United States Mail, postage prepaid, to the counsel listed on the Panel Service List excerpted from CTO-229, a copy of which is attached hereto and all counsel of record in this case attached hereto as well.

This the 25th day of November, 2003.

_____
LOUIS H. WATSON, JR.

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2003 NOV 25 P 3:46

RECEIVED
CLERK'S OFFICE