

# FITZGERALD & ASSOCIATES, PLLC
*Attorney At Law*

CHRISTOPHER E. FITZGERALD
chris@ceflawfirm.com

2113 Government Street D-3
Ocean Springs, MS 39564

Post Office Box 1500
Ocean Springs, MS 39566-1500
Telephone: (228) 875-9072
Facsimile: (228) 818-2877

November 24, 2003

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Re: MDL-875 – In Re Asbestos Products Liability Litigation (No. VI)
*Robert Harrison, et al. v. Allied Signal, Inc., et al.*
U. S. District Court, Southern District, Southern Division
Civil Action No. 1:03cv741GR

Dear Mr. Beck:

Please accept this letter in lieu of our Motion and Brief to Vacate the Conditional Transfer Order filed on November 10, 2003 in the above referenced action. With respect to the grounds concerning opposition, we are opposed to the transfer of this case due to the complete lack of diversity jurisdiction that exists to remove this case to federal court. However, Plaintiffs are aware that this is not one of the grounds to present to this Panel and therefore choose to take up the removal issue with Judge Weiner rather than waste the Panel's time.

Should you need any additional information, please feel free to contact me. Otherwise, we appreciate your consideration in this matter.

Sincerely,

FITZGERALD & ASSOCIATES, PLLC

Christopher E. Fitzgerald

CEF/bb
cc: All Counsel of Record
Robert L. Harrison
David Owens
Jerrell Q. Smith

OFFICIAL FILE COPY IMAGED DEC 1 '03