MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 0 2003

FILED
CLERK'S OFFICE

# Before the Judicial Panel on Multidistrict Litigation

## MDL Docket No. 875

### In RE: Asbestos Products Liability Litigation (No. VI)

| | |
|---|---|
| CHARLES LEE ELLIS | * |
| Plaintiff | * |
| | *Civil Action No. 1:03-747 |
| VS. | * |
| | *U.S.D.C. SOUTHERN DIST. MISSISSIPPI |
| | *(SOUTHERN DIVISION) |
| VIACOM, INC., et al. | * |
| Defendants | * |

### Motion to Vacate and/or Remand

Comes now, CHARLES LEE ELLIS, Plaintiff in the above numbered and styled

cause, by and through his attorneys of record, and files this his Motion to Vacate and/or

Remand and submit the following facts, to-wit:

1.

This action was originally filed in the Circuit Court of Jackson County, Mississippi

on August 8, 2003 against sixty-three (63) separate defendants with the first defendant

being served in August 21, 2003.

OFFICIAL FILE COPY IMAGED DEC 15 '03

2.

This action was removed by four (4) defendants on September 11, 2003 to the United States District Court for the Southern District of Mississippi, Southern Division.

3.

According to 42 U.S.C. §1446 (b) all defendants must join in or consent to removal within thirty (30) days of service of process upon the first served defendant.

4.

As of September 22, 2003, the expiration of the thirty day limit, only twelve (12) of the sixty-three (63) defendants had joined or consented to removal.

5.

Plaintiff moved to remand this case on October 8, 2003 and the suit was assigned to the suspension track and was stayed pursuant by Court Order pursuant to the Local Rules on October 20, 2003.

6.

According to Rule 7.2 (D) of the Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi a response is due "within ten days after service of movant's memorandum" and the court may grant the motion as unopposed if not responded to within the time allotted.

7.

None of the defendants has filed a response.

8.

Defendant's attempt at a transfer to the Multidistrict Litigation Panel is done solely for the purpose of delaying the proceedings of this case in state court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Court deny the transfer of this case and remand this matter to the United States District Court for the Southern District of Mississippi, and any other relief that this Panel deems appropriate.

Respectfully submitted,

LEE J. HUNTER

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 0 2003

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, LEE J. HUNTER, do hereby certify that on the _9th_ day of December, 2003, I

mailed by United States Mail, postage prepaid, a true and correct copy of the above and forgoing

Motion to Vacate and/or Remand to all counsel of record.

LEE J. HUNTER

LEE J. HUNTER
DAVID O. McCORMICK
MS BAR NO. 2244
CUMBEST, CUMBEST, HUNTER &
     McCORMICK, P.A.
Attorneys-at-Law
P.O. Drawer 1287
Pascagoula, MS 39581-1287
(228) 762-5422
FAX 228-762-4864

PAUL T. BENTON
MS BAR NO.: 2432
Attorney-at-Law
181 Main St
P.O. Box 1341
Biloxi, MS 395333-1341

RECEIVED
CLERK'S OFFICE
2003 DEC 10 A 10: 27
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

*Charles Ellis v. Viacom, Inc., et al*
**Circuit Court of Jackson County, Mississippi**
**Cause No. 2003-003-AS**
**U. S. District Court, Southern District of MS, Southern Division**
**Cause No. 1:03CV747**

**SERVICE LIST**

**COUNSEL FOR THE PLAINTIFFS:**

David O. McCormick, Esq.
Michelle L. Ward, Esq.
Lee Hunter, Esq.
Cumbest, Cumbest, Hunter & McCormick, P.A.
729 Watts Avenue
P. O. Drawer 1287
Pascagoula, MS   39568-1287

Paul T. Benton, Esq.
Attorney at Law
181 Main Street
P. O. Box 1341
Biloxi, MS  39531

**COUNSEL FOR THE DEFENDANTS**

A. La'Verne Edney
Brunini, Grantham, Grower & Hewes
P.O. Drawer 119
Jackson, MS 39206

**Attorney for A. W. Chesterton**

Jara MacDermott
Ronald Peresich
Emilie F. Whitehead
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533

**Attorneys for American Standard; Robertson Ceco Corporation f/k/a HH Robertson Company; U. C. Realty Corporation**

James Streetman
Clyde Nichols
Wade Manor
Clark, Scott & Streetman, P.A.
P.O. Box 13847
Jackson, MS 39236-3847

**Attorneys for American Optical; Pfizer, Inc.; Quigley Company, Inc.**

Lucien C. Gwin, Jr.
Gwin, Lewis, & Punches, LLP
P.O. Box 1344
Natchez, MS 39121

**Attorney for ASARCO**

Thomas Tyner
Daphne Lancaster
Aultman, Tyner & Ruffin LTD
P.O. Drawer 750
Hattiesburg, MS 39403

**Attorneys for Burns International Services Corp.; Garlock; Georgia Pacific Corp.**

Jonathan K. Huth
Marcy Croft
Walter Watkins, Jr.
Craig Brasfield
Tom Tardy
Forman, Perry, Watkins, Krutz & Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

**Attorneys for CertainTeed Corporation; Dana Corporation; General Electric; Ingersoll-Rand Company; Kimberly Clarke Corporation; National Services Industries, Inc., formerly North Brothers Company; Owens-Illinois, Inc.; Pneumo Abex Corporation; Standard Equipment Company, Inc.; Union Carbide Chemicals and Plastics Company, Inc.; Uniroyal Fiber & Textile Division of Uniroyal, Inc.**

David Trewolla
Dogan & Wilkinson
P.O. Box 23062
Jackson, MS 39225-3062

**Attorney for Durabla Manufacturing Company**

Donald Ward
Special Claims Services, Inc.
809 Coshocton Ave., Ste. I
Mount Vernon, OH 43050

**Attorney for Foster Wheeler**

James A. Pardo
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020-1605

**Attorneys for Honeywell International**

Kristi D. Kennedy, Esq.
Currie, Johnson, Griffin, Gaines & Myers, P.A.
P.O. Box 750
Jackson, MS 39205-0750

**Attorneys for Honeywell International**

Steven Irwin
Duncan, Courington & Rydberg, LLC
400 Poydras St.,
Suite 1200
New Orleans, LA 70130

**Attorney for Hopeman Bros.**

Karl Steinberger
Roy Williams
Colingo, Williams, Heidelberg, Steinberger & McElhaney
P.O. Box 1407
Pascagoula, MS 39568-1407

**Attorney for Industrial Rubber & Specialty Co.; Mississippi Rubber & Specialty Company; Viacom, Inc., Successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation**

Carey Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

**Attorney for John Crane, Inc.**

Patti Gandy
Butler, Snow, O'Mara & Cannada
P.O. Box 22567
Jackson, MS 39201-2567

**Attorney for Metropolitan Life Insurance, Company**

Stephen Elliott
Eugene McEachin
Bernard, Cassisa, Elliott & Davis
P.O. Box 55490
Matairie, LA 70055-5490

**Attorneys for Reilly Benton Company**

William Reeves
Smith, Reeves & Yarborough
6360 I-55 North, Suite 330
Jackson, MS 39211

**Attorney for Riley Stoker Corporation**

C. Michael Evert
Evert & Weathersby, LLC
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

**Attorney for The Goodyear Tire and Rubber Co.; Viacom, Inc., Successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation**

Kimberly Wallace
Barfield & Associates
P.O. Box 3979
Jackson, MS 39207-3979

**Attorney for Worthington Corporation**

Lawrence Pugh
Montgomery, Barnett, Brown, Read, Hammond & Mintz, LLP
3200 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-3200

**Attorney for ITT Industries, Inc., individually and as successor to Goulds Pumps (IPG), Inc.**

Patrick Buchanan
Steven Dick
David Krause
Brown, Buchanan & Sessoms
P. O. Box 2220
Pascagoula, MS 39569-2220

**Attorneys for Cleaver-Brooks, A Division of Aqua-Chem, Inc**

Michael Bartley
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158

**Attorneys for Cooper Industries, Inc.**

**PANEL SERVICE LIST (Excerpted from CTO-229)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Charles Lee Ellis v. Viacom, Inc., et. al.*, S.D. Mississippi, C.A. No. 1:03-747

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Edward J. Currie, Jr.
Currie, Johnson, Griffin, Gaines &
Myers
P.O. Box 750
Jackson, MS 39205-0750

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Andrea L. Edney
Brunini, Grantham, Grower & Hewes
248 East Capitol Street
P.O. Box 119
Jackson, MS 39205-0119

Charles M. Evert
Evert & Weathersby, Llc
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Patricia C. Gandy
Butler, Snow, O'Mara, Stevens &
Cannada
P. O. Box 22567
Jackson, MS 39225-2567

Vicki L. Gilliam
Forman, Perry, Watkins, Krutz &
Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Robert V. Greenlee
Forman, Perry, Watkins, Krutz &
Tardy
1200 One Jackson Place
188 East Capitol Street
P.O. Box 22608
Jackson, MS 39225-2608

Lucien C. Gwin, Jr.
Gwin, Lewis & Punches
P.O. Box 1344
Natchez, MS 39121-1344

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Lee J. Hunter
Cumbest, Cumbest, Hunter &
McCormick
P. O. Drawer 1287
Pascagoula, MS 39568-1287

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

Daphne M. Lancaster
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Jara C. MacDermott
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
Biloxi, MS 39533

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Donald C. Partridge
Peters, Redditt, Willoughby,
Zoghby & Carbo
P.O. Drawer 1129
Mobile, AL 36633

John M. Radicia
Page, Mannino, Peresich &
McDermott
P.o. Drawer 289
Biloxi, MS 39533

William C. Reeves
Smith, Reeves & Yarborough
6360 I-55 North, Suite 201
Jackson, MS 39211

John J. Repcheck
Marks, O'Neill, O'Brien &
Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Karl R. Steinberger
Colingo, Williams, Heidelberg, et al.
P.O. Drawer H
Pascagoula, MS 39568

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Kimberly P. Wallace
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-3979

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Michael E. Whitehead
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Roy C. Williams
Colingo, Williams, Heidelberg, et al.
P.O. Box 1407
711 Delmas Avenue
Pascagoula, MS 39568-1407

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 0 2003

FILED
CLERK'S OFFICE

# Before the Judicial Panel on Multidistrict Litigation

## MDL Docket No. 875
### In RE: Asbestos Products Liability Litigation (No. VI)

| | |
|---|---|
| CHARLES LEE ELLIS<br>Plaintiff | *<br>* |
| | *Civil Action No. 1:03-747 |
| VS. | * |
| | *U.S.D.C. SOUTHERN DIST. MISSISSIPPI<br>*(SOUTHERN DIVISION) |
| VIACOM, INC., et al.<br>Defendants | *<br>* |

## PLAINTIFF'S MEMORANDUM OF AUTHORITIES IN SUPPORT OF MOTION TO VACATE AND/OR REMAND

Comes now, CHARLES LEE ELLIS, Plaintiff in the above numbered and styled

cause, by and through his attorneys of record, and files this his memorandum opposing

the Defendants attempt to transfer this cause of action to this panel.  In support of his

opposition, Plaintiff submits as follows:

Suit was filed by the Plaintiff in the Circuit Court of Jackson County, Mississippi

on August 8, 2003 against sixty-three (63) separate defendants.  Four Defendants

RECEIVED
CLERK'S OFFICE

removed this case on September 11, 2003.  It is well established law that "all defendants who are properly joined and served must join in the removal petition... and that failure to do so renders the petition defective."  *Getty Oil Corp. v. Insurance Company of North America, et al.*, 841 F. 2d 1254, 1262 (5th Cir. 1988) (citing *Brown v. Demco, Inc.*, 792 F. 2d 478, 481 (5th Cir. 1986) and *Harris v. Edward Hyman Co.*, 664 F. 2d 943, 944 & n. 3 (5th Cir. 1981)).

It is also well settled that "since all defendants must join in the petition, and since the petition must be submitted within thirty days of service on the first defendant, all served defendants must join in the petition no later than thirty days from the day on which the first defendant was served.  This rule, which is followed by district courts in this circuit and others... promotes unanimity among the defendants without placing undue hardships on subsequently served defendants. " *Getty Oil Corp. v. Ins. Co. of North America*, 841 F. 2d at 1263.

In the case at bar the first defendant was served on August 21, 2003.  All of the Defendants had thirty days from August 21, 2003 to remove the case, join in the subsequent removal or consent to the removal.  Only twelve (12) of the sixty-three (63) Defendants did this within the time limits set by law.

Since the removal to the District Court of Mississippi was faulty, Plaintiff filed a Motion to Remand the case on October 8, 2003.  It was then stayed and placed on the suspension track by District Court Judge Walter J. Gex III.  It is at this time that this action was conditionally transferred to this panel.

This is obviously an attempt by the Defendants to further delay the Plaintiff's right to have his case tried in the state court of Mississippi.  This becomes transparent since the Defendants have **not** filed a reply to the Motion to Remand now pending in District Court. Under Local Rule 7.2 (D) of the United States District Courts for the Northern and Southern

Districts of Mississippi the defendants had ten (10) days to reply to the Motion to Remand.  No

reply was filed before or has been filed since the expiration of that deadline on October 18, 2003.

If no reply is filed, under Local Rule 7.2 (C) (2) the court may grant the motion as unopposed.

The District Courts of Mississippi have squarely addressed this issue in ruling that "[a] federal

court may grant a motion as unopposed if a party fails to submit a response to a motion. . .

[u]nder the authority vested in this Court by Local Rule 7.2 (C)(2), the Court finds that Plaintiff's

Motion to Remand should be granted because of Defendant's failure to respond to the Motion."

*Trawick v. Asbury MS Gray-Daniels, LLC d/b/a A Gray-Daniels Mazda, Hyundai, Suzuki and*

*Billy C. Lofton, Sr.*, 244 F. Supp. 2d 697, 698 (S.D. Miss. 2003).

      This Panel should not allow these defendants to use the multidistrict litigation system as a

secondary means of acquiring federal jurisdiction.  This panel should refuse to transfer this

matter and remand this case to the District Court for the Southern District of Mississippi where it

will almost assuredly be remanded to state court.

                        Respectfully submitted,


                        LEE J. HUNTER

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 0 2003

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, Lee J. Hunter, do here by certify that I have this day mailed, via United States

mail, first class postage prepaid, a true and correct copy of the above and foregoing

Plaintiff's Memorandum in Support of Motion to Vacate and/or Remand to all

parties listed in the attached service list.

This the  9th  day of December, 2003.

LEE J. HUNTER

LEE J. HUNTER
DAVID O. McCORMICK
MS BAR NO. 2244
CUMBEST, CUMBEST, HUNTER &
    McCORMICK, P.A.
Attorneys-at-Law
P.O. Drawer 1287
Pascagoula, MS 39581-1287
(228) 762-5422
FAX 228-762-4864

PAUL T. BENTON
MS BAR NO.: 2432
Attorney-at-Law
181 Main St
P.O. Box 1341
Biloxi, MS 395333-1341

RECEIVED
CLERK'S OFFICE
2003 DEC 10  A 10: 28
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

*Charles Ellis v. Viacom, Inc., et al*
**Circuit Court of Jackson County, Mississippi**
**Cause No. 2003-003-AS**
**U. S. District Court, Southern District of MS, Southern Division**
**Cause No. 1:03CV747**

## SERVICE LIST

### COUNSEL FOR THE PLAINTIFFS:

David O. McCormick, Esq.
Michelle L. Ward, Esq.
Lee Hunter, Esq.
Cumbest, Cumbest, Hunter & McCormick, P.A.
729 Watts Avenue
P. O. Drawer 1287
Pascagoula, MS   39568-1287

Paul T. Benton, Esq.
Attorney at Law
181 Main Street
P. O. Box 1341
Biloxi, MS  39531

### COUNSEL FOR THE DEFENDANTS

A. La'Verne Edney
Brunini, Grantham, Grower & Hewes
P.O. Drawer 119
Jackson, MS 39206

**Attorney for A. W. Chesterton**

Jara MacDermott
Ronald Peresich
Emilie F. Whitehead
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533

**Attorneys for American Standard; Robertson Ceco Corporation f/k/a HH Robertson Company; U. C. Realty Corporation**

James Streetman
Clyde Nichols
Wade Manor
Clark, Scott & Streetman, P.A.
P.O. Box 13847
Jackson, MS 39236-3847

**Attorneys for American Optical; Pfizer, Inc.; Quigley Company, Inc.**

Lucien C. Gwin, Jr.
Gwin, Lewis, & Punches, LLP
P.O. Box 1344
Natchez, MS 39121

**Attorney for ASARCO**

Thomas Tyner
Daphne Lancaster
Aultman, Tyner & Ruffin LTD
P.O. Drawer 750
Hattiesburg, MS 39403

**Attorneys for Burns International Services Corp.; Garlock; Georgia Pacific Corp.**

Jonathan K. Huth
Marcy Croft
Walter Watkins, Jr.
Craig Brasfield
Tom Tardy
Forman, Perry, Watkins, Krutz & Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

**Attorneys for CertainTeed Corporation; Dana Corporation; General Electric; Ingersoll-Rand Company; Kimberly Clarke Corporation; National Services Industries, Inc., formerly North Brothers Company; Owens-Illinois, Inc.; Pneumo Abex Corporation; Standard Equipment Company, Inc.; Union Carbide Chemicals and Plastics Company, Inc.; Uniroyal Fiber & Textile Division of Uniroyal, Inc.**

David Trewolla
Dogan & Wilkinson
P.O. Box 23062
Jackson, MS 39225-3062

**Attorney for Durabla Manufacturing Company**

Donald Ward
Special Claims Services, Inc.
809 Coshocton Ave., Ste. I
Mount Vernon, OH 43050

**Attorney for Foster Wheeler**

James A. Pardo
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020-1605

**Attorneys for Honeywell International**

Kristi D. Kennedy, Esq.
Currie, Johnson, Griffin, Gaines & Myers, P.A.
P.O. Box 750
Jackson, MS 39205-0750

**Attorneys for Honeywell International**

Steven Irwin
Duncan, Courington & Rydberg, LLC
400 Poydras St.,
Suite 1200
New Orleans, LA 70130

**Attorney for Hopeman Bros.**

Karl Steinberger
Roy Williams
Colingo, Williams, Heidelberg, Steinberger & McElhaney
P.O. Box 1407
Pascagoula, MS 39568-1407

**Attorney for Industrial Rubber & Specialty Co.; Mississippi Rubber & Specialty Company; Viacom, Inc., Successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation**

Carey Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

**Attorney for John Crane, Inc.**

Patti Gandy
Butler, Snow, O'Mara & Cannada
P.O. Box 22567
Jackson, MS 39201-2567

**Attorney for Metropolitan Life Insurance, Company**

Stephen Elliott
Eugene McEachin
Bernard, Cassisa, Elliott & Davis
P.O. Box 55490
Matairie, LA 70055-5490

**Attorneys for Reilly Benton Company**

William Reeves
Smith, Reeves & Yarborough
6360 I-55 North, Suite 330
Jackson, MS 39211

**Attorney for Riley Stoker Corporation**

C. Michael Evert
Evert & Weathersby, LLC
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

**Attorney for The Goodyear Tire and Rubber Co.; Viacom, Inc., Successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation**

Kimberly Wallace
Barfield & Associates
P.O. Box 3979
Jackson, MS 39207-3979

**Attorney for Worthington Corporation**

Lawrence Pugh
Montgomery, Barnett, Brown, Read, Hammond & Mintz, LLP
3200 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-3200

**Attorney for ITT Industries, Inc., individually and as successor to Goulds Pumps (IPG), Inc.**

Patrick Buchanan
Steven Dick
David Krause
Brown, Buchanan & Sessoms
P. O. Box 2220
Pascagoula, MS 39569-2220

**Attorneys for Cleaver-Brooks, A Division of Aqua-Chem, Inc**

Michael Bartley
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158

**Attorneys for Cooper Industries, Inc.**

## PANEL SERVICE LIST (Excerpted from CTO-229)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Charles Lee Ellis v. Viacom, Inc., et. al.,* S.D. Mississippi, C.A. No. 1:03-747

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Edward J. Currie, Jr.
Currie, Johnson, Griffin, Gaines &
Myers
P.O. Box 750
Jackson, MS 39205-0750

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Andrea L. Edney
Brunini, Grantham, Grower & Hewes
248 East Capitol Street
P.O. Box 119
Jackson, MS 39205-0119

Charles M. Evert
Evert & Weathersby, Llc
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mail East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Patricia G. Gandy
Butler, Snow, O'Mara, Stevens &
Cannada
P. O. Box 22567
Jackson, MS 39225-2567

Vicki L. Gilliam
Forman, Perry, Watkins, Krutz &
Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Robert V. Greenlee
Forman, Perry, Watkins, Krutz &
Tardy
1200 One Jackson Place
188 East Capitol Street
P.O. Box 22608
Jackson, MS 39225-2608

Lucien C. Gwin, Jr.
Gwin, Lewis & Punches
P.O. Box 1344
Natchez, MS 39121-1344

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Lee J. Hunter
Cumbest, Cumbest, Hunter &
McCormick
P. O. Drawer 1287
Pascagoula, MS 39568-1287

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

Daphne M. Lancaster
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Jara C. MacDermott
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
Biloxi, MS 39533

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Donald C. Partridge
Peters, Redditt, Willoughby,
Zoghby & Carbo
P.O. Drawer 1129
Mobile, AL 36633

John M. Radicia
Page, Mannino, Peresich &
McDermott
P.o. Drawer 289
Biloxi, MS 39533

William C. Reeves
Smith, Reeves & Yarborough
6360 I-55 North, Suite 201
Jackson, MS 39211

John J. Repcheck
Marks, O'Neill, O'Brien &
Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Case MDL No. 875   Document 4018   Filed 12/10/03   Page 22 of 25

PANEL SERVICE LIST (Excerpted from CTO-229) MDL-875 (cont.)   Page 2 of 2

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Karl R. Steinberger
Colingo, Williams, Heidelberg, et al.
P.O. Drawer H
Pascagoula, MS 39568

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Kimberly P. Wallace
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-3979

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Michael E. Whitehead
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Roy C. Wiiliams
Colingo, Williams, Heidelberg, et al.
P.O. Box 1407
711 Delmas Avenue
Pascagoula, MS 39568-1407

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL DOCKET NO. 875**

DEC 1 0 2003

**In RE: Asbestos Products Liability Litigation (No. VI)**

FILED
CLERK'S OFFICE

**SCHEDULE**

| | |
|---|---|
| CHARLES LEE ELLIS | * |
| Plaintiff | * |
| | * |
| VERSUS | *  CIVIL ACTION NO.: 1:03-747 |
| | *  U.S.D.C. SOUTHERN DIST. OF |
| A.W. CHESTERTON; ABEX CORPORATION, | *  MISSISSIPPI (SOUTHERN DIV.) |
| AS PREDECESSOR TO THE PNEUMO ABEX | * |
| CORPORATION;  AMCHEM PRODUCTS, INC. | * |
| N/K/A PHONE POULENC, INC., N/K/A BAYER | * |
| CROPSCIENCE, INC.;  AMERICAN OPTICAL; | * |
| AMERICAN STANDARD;  ASARCO | * |
| INCORPORATED;  BURNS INTERNATIONAL | * |
| SERVICES CORPORATION, F/K/A BORG- | * |
| WARNER SECURITY CORPORATION AND | * |
| BORG-WARNER CORPORATION; | * |
| CERTAINTEED CORPORATION; CHAMPION | * |
| INTERNATIONAL CORPORATION; CLEAVER- | * |
| BROOKS, INC.; CLEAVER-BROOKS COMPANY, | * |
| INC.; COOPER INDUSTRIES, INC., AS | * |
| SUCCESSOR IN INTEREST  TO | * |
| WAGNER ELECTRIC CORP.; CRANE CO., | * |
| INDIVIDUALLY AND AS SUCCESSOR TO | * |
| JENKINS VALVES, INC.; JENKINS | * |
| BROS.  VALVE COMPANY; POWERS | * |
| PROCESS CONTROLS, F/K/A POWERS | * |
| REGULATOR CO.; STOCKHAM VALVES & | * |
| FITTINGS, INC.; CHAPMAN VALVE | * |
| MFG. CO.; ALOYCO VALVE CO.; WEINMAN | * |
| PUMP CO., AND  CYCLOTHERM | * |
| CORPORATION AND CYCLOTHERM BOILER | * |
| COMPANY; DANA CORPORATION; DURABLA | * |
| MANUFACTURING  CO.; EAGLE ASBESTOS | * |
| AND PACKING COMPANY, INC.; | * |
| FOSTER-WHEELER CORPORATION; | * |
| GARLOCK, INCORPORATED; GENERAL | * |
| REFRACTORIES COMPANY; GENERAL | * |
| ELECTRIC COMPANY;  GEORGIA-PACIFIC | * |
| CORPORATION, INDIVIDUALLY AND AS | * |
| SUCCESSOR-IN-INTEREST TO HUDSON | * |
| PULP & PAPER CORP., FT. HOWARD | * |
| PAPER AND  PEAVEY MILLS PAPER; | * |
| GEORGIA-PACIFIC CORPORATION; | * |
| GOODYEAR CANADA, INC.; GOULD PUMPS, | * |

2003 DEC 10   A 10: 25
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

INC.;  GULF COAST MARINE SUPPLY                *
COMPANY; HARCROS CHEMICALS INC.,               *
F/K/A HARRISONS & CROSFIELD PLC;               *
HONEYWELL INTERNATIONAL INC.,                  *
INDIVIDUALLY AND AS SUCCESSOR-IN-              *
INTEREST TO ALLIED SIGNAL, INC.,               *
INDIVIDUALLY AND AS SUCCESOR-IN-INT.           *
TO ALLIED CORPORATION,  INDIVIDUALLY           *
AND AS SUCCESSOR-IN-INTEREST TO NORTH          *
AMERICAN REFRACTORIES CO. AND THE              *
BENDIX CORP.; HOPEMAN BROTHERS INC.;           *
INDUSTRIAL RUBBER & SPECIALTY CO.,             *
FORMERLY KNOWN AS COASTAL RUBBER &             *
GASKET CO.,  INC.; INDUSTRIAL HOLDINGS         *
CORPORATION, F/K/A  CARBORUNDUM                *
COMPANY; INGERSOLL-RAND COMPANY;               *
ITT INDUSTRIES, INC./ ENGINEERED               *
VALVES; ITT  HOLDINGS, INC.,MCDONNELL &*
MILLER, INDIVIDUALLY AND AS SUCCESSOR          *
TO MCDONNELL & MILLER AND HOFFMAN              *
SPECIALTY MFG. CO.; ITT INDUSTRIES,  INC.,     *
INDIVIDUALLY AND AS SUCCESSOR TO               *
GOULD PUMPS (IPG), INC, & GOULDS PUMPS         *
(N.Y.), INC., AND AS SUCCESSOR TO              *
ALLIS CHALMERS PUMPS DIVISION;                 *
KENNEDY VALVE CO.; HOFFMAN SPECIALTY *
MFG., CO.; BELL & GOSSETT; AND MARLOW          *
PUMP CO.; ITT INDUSTRIES, INC.,                *
INDIVIDUALLY AND AND SUCCESSOR TO              *
GRINNELL CO., INC., GRINNEL CORP.,             *
ITT GRINNEL CORP., ITT GRINNELL VALVE          *
CO., INC., ITT GRINNELL INDUSTRIAL             *
PIPING, INC., ITT FLUID TECHNOLOGY             *
CORP., ITT FLUID PRODUCTS CORP.,               *
AND BELL & GOSSETT; ITT-GOULDS                 *
PUMPS, INDIVIDUALLY AND AS SUCCESSOR           *
TO GOULDS PUMPS, INC., AND ALLIS               *
CHALMERS PUMPS DIVISION; JOHN CRANE,           *
INC.; KENTILE FLOORS, INC.; KENTILE            *
FLOORS, INC., A/K/A METEX MFG.                 *
CORPORATION; KIMBERLY-CLARK                    *
CORPORATION; METROPOLITAN LIFE                 *
INSURANCE COMPANY; MISSISSIPPI                 *
RUBBER & SPECIALTY COMPANY;                    *
NATIONAL SERVICES INDUSTRIES, INC.,            *
FORMERLY NORTH BROTHERS COMPANY;               *
OWENS-ILLINOIS, INC.; PFIZER, INC.;            *

-2-

PNEUMO ABEX CORPORATION;  QUIGLEY                *
COMPANY, INC.; RAPID AMERICA                     *
CORPORATION (RAPID AMERICA                       *
CORPORATION IS THE SUCCESSOR IN                  *
INTEREST  TO THE LIABILITY OF THE                *
 PHILIP CAREY CORPORATION AS THE                 *
RESULT OF AN EXPRESS ASSUMPTION                  *
OF ALL LIABILITIES AND MERGER WITH               *
GLEN ALLEN CORPORATION, THE                      *
PREDECESSOR IN INTEREST TO RAPID                 *
AMERICAN CORPORATION,  PRIOR TO ITS              *
MERGER WITH RAPID AMERICAN, THE                  *
GLEN ALLEN CORPORATION, IN 1967                  *
MERGED WITH AND EXPRESSLY ASSUMED               *
THE LIABILITIES OF THE PHILIP CAREY              *
MANUFACTURING COMPANY); REILLY-                  *
BENTON COMPANY, INC.;  RILEY                     *
STOKER CORPORATION;  ROBERTSON                   *
SECO CORPORATION F/K/A HH                        *
ROBERTSON COMPANY;  SB DECKING, INC.,            *
F/K/A/ SELBY, BATTERSBY & CO.;                   *
SEPCO CORPORATION;  STANDARD                     *
EQUIPMENT COMPANY, INC.;  THE                    *
GOODYEAR TIRE AND RUBBER  CO.;                   *
THE FLINTKOTE COMPANY;  U. C.                    *
REALTY CORP., FORMERLY MHC                       *
HOLDING AND LAND CORPORATION,                    *
FORMERLY HOMECRAFTERS CENTERS,                   *
INC., FORMERLY MOORE-HANDLEY,                    *
 INC.;  UNION CARBIDE CHEMICALS                  *
AND PLASTICS COMPANY, INC.,                      *
FORMERLY KNOWN AS UNION                          *
CARBIDE CORPORATION CHEMICALS,                   *
AND PLASTICS COMPANY, INC.;                      *
UNIROYAL FIBER & TEXTILE DIVISION                *
OF UNIROYAL, INC.;  VIACOM, INC.,                *
SUCCESSOR BY MERGER TO CBS                       *
CORPORATION F/K/A WESTINGHOUSE                   *
ELECTRIC CORPORATION;  WAGNER                    *
ELECTRIC N/K/A MOOG AUTOMOTIVE,                  *
INC., N//K/A FEDERAL-MOGUL PRODUCTS,             *
INC.; WORTHINGTON CORPORATION;                   *
ZURN INDUSTRIES, INC., INDIVIDUALLY              *
AND AS SUCCESSOR-IN-INTEREST TO                  *
ERIE CITY IRON WORKS                             *
Defendants                                       *