**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED**

**DEC. 11, 2003**

**MICHAEL J. BECK
CLERK OF THE PANEL**

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, BRUCE M. SELYA, JULIA SMITH GIBBONS, D. LOWELL JENSEN, J. FREDERICK MOTZ AND ROBERT L. MILLER, JR., JUDGES OF THE PANEL*

## HEARING SESSION ORDER

IT IS ORDERED that on January 29, 2004, a hearing session will be held in Sacramento, California, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

IMAGED DEC 12 '03

SCHEDULE OF MATTERS FOR HEARING SESSION
January 29, 2004 -- Sacramento, California

**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**

MDL-1576 -- In re Janus Mutual Funds Investment Litigation

Motion of plaintiff Leona A. Marini for centralization of certain of the following actions in the United States District Court for the District of Colorado and motion of defendants Janus Capital Group, Inc., and Janus Capital Management, LLC, for centralization of the following actions in the United States District Court for the Southern District of New York:

District of Colorado

*Vivian Bernstein v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-1798
*Ronald Abrams, et al. v. Janus Fund, et al.*, C.A. No. 1:03-1817
*John G. Hill, Jr. v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1847
*Leona A. Marini, etc. v. Janus Investment Fund, et al.*, C.A. No. 1:03-1857
*Priya Vadehera v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1871
*Tara Goldstein v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1884
*Vivian Bernstein v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-1909

District of New Jersey

*Andrew D. Mule, et al. v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-4221
*Arthur Sylvester v. Janus Capital Group, Inc., et al.*, C.A. No. 2:03-4261
*Rhonda Vladimir v. Janus Capital Management, LLC, et al.*, C.A. No. 2:03-4273
*May Etsen, et al. v. Janus Fund, et al.*, C.A. No. 2:03-4369
*Robert Corwin v. Thomas H. Bailey, et al.*, C.A. No. 2:03-4384
*Herbert Morris, etc. v. Janus Capital Management, LLC, et al.*, C.A. No. 2:03-4453

Southern District of New York

*Carol Pestone v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-6760
*Brian Wormley, et al. v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-6790

MDL-1576 (Continued)

### Southern District of New York (Continued)

*Selma Stone, et al. v. Janus Fund, et al.*, C.A. No. 1:03-6914
*James Schultz v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-7123
*Roger L. Bailey v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-7125
*Elsie Haig, et al. v. Janus Fund, et al.*, C.A. No. 1:03-7218
*Linda Kay Stokes, et al. v. Janus Fund, et al.*, C.A. No. 1:03-7333
*Nechama Tepfer v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-7337

### Eastern District of Pennsylvania

*Gloria Steinberg, et al. v. Janus Capital Management, LLC, et al.*, C.A. No. 2:03-5048
*Tom Kidwell, etc. v. Janus Capital Group, Inc., et al.*, C.A. No. 2:03-5242
*George P. Tsetsekos, etc. v. Janus Capital Group, Inc., et al.*, C.A. No. 2:03-5354

## MDL-1577 -- In re Strong Mutual Funds Investment Litigation

Motion of plaintiff Thomas R. Jones for centralization of the following actions in the United States District Court for the Eastern District of Wisconsin:

### District of New Jersey

*Andrew D. Mule, et al. v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-4221

### Southern District of New York

*Selma Stone v. Strong Advisor Common Stock Fund, et al.*, C.A. No. 1:03-6916

### Eastern District of Wisconsin

*Gregory D. Coleman, etc. v. Strong Financial Corp., et al.*, C.A. No. 2:03-862
*James Blevins v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-868
*Thomas R. Jones v. Strong Financial Corp., et al.*, C.A. No. 2:03-884
*Holly Painter v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-895
*Steve LeFavour, etc. v. Strong Financial Corp., et al.*, C.A. No. 2:03-897

MDL-1578 -- In re UICI "Association-Group" Insurance Litigation

Motion of defendants UICI, Mid-West National Life Insurance Company of Tennessee, and The MEGA Life & Health Insurance Company for centralization of the following actions in the United States District Court for the Northern District of Texas:

### Central District of California

*Debbie Correa v. UICI, Inc., et al.*, C.A. No. 2:03-4778
*Albert J. Portune, et al. v. UICI, Inc., et al.*, C.A. No. 2:03-7442

### Northern District of California

*Sandra Lacy v. MEGA Life & Health Insurance Co., et al.*, C.A. No. 4:03-2852

### Northern District of Mississippi

*Herman Tomlin, et al. v. MEGA Life & Health Insurance Co., et al.*, C.A. No. 1:03-114
*William E. Bailey, et al. v. MEGA Life & Health Insurance Co., et al.*, C.A. No. 1:03-180
*Harold D. Webster, et al. v. MEGA Life & Health Insurance Co., et al.*, C.A. No. 1:03-274
*Robert Pride, et al. v. MEGA Life & Health Insurance Co., et al.*, C.A. No. 2:03-147
*Robert Clark, et al. v. MEGA Life & Health Insurance Co., et al.*, C.A. No. 2:03-246
*Billy Randall Bishop v. MEGA Life & Health Insurance Co., et al.*, C.A. No. 3:03-103

### Southern District of Texas

*Frank Garcia, et al. v. MEGA Life & Health Insurance Co., et al.*, C.A. No. 7:03-194

## MDL-1579 -- In re Sprint Corp. PCS Network Contract Litigation

Motion of defendants Sprint Corporation; Sprint Spectrum L.P.; WirelessCo, L.P.; and SprintCom, Inc., for centralization of the following actions in the United States District Court for the District of Kansas, or in the alternative, the United States District Court for the Northern District of Georgia:

### Northern District of Georgia

*Toronto Dominion (Texas), Inc. v. Sprint Spectrum, L.P., et al.*, C.A. No. 1:03-1444
*iPCS, Inc., et al. v. Sprint Corp., et al.*, Bky. Advy. No. 1:03-6063
*Official Committee of Unsecured Creditors of iPCS, Inc., iPCS Wireless, Inc. and iPCS Equipment, Inc. v. Sprint Corp., et al.*, Bky. Advy. No. 1:03-6464

### Western District of Louisiana

*U.S. Unwired, Inc., et al. v. Sprint Corp., et al.*, C.A. No. 2:03-1326

### Southern District of Ohio

*Horizon Personal Communications, Inc., et al. v. Sprint Corp., et al.*, C.A. No. 2:03-756

## MDL-1580 -- In re Highway Accident in Buffalo County, Nebraska, on August 22, 2000

Motion of defendants Archway Cookies, LLC, and Robert Wade for centralization of the following actions in the United States District Court for the District of Nebraska:

### District of Nebraska

*Simona Augyte, et al. v. Greyhound Lines, Inc., et al.*, C.A. No. 4:02-3312
*Greyhound Lines, Inc. v. Robert Wade, et al.*, C.A. No. 8:02-191
*Debra Johnson, et al. v. Robert Wade, et al.*, C.A. No. 8:03-79

### District of Utah

*Vickie Wood, et al. v. Archway Cookies, LLC*, C.A. No. 2:02-1235

MDL-1581 -- In re America Online Spin-Off Accounts Litigation

Motion of plaintiff Mary Duessent for centralization of the following actions in the United States District Court for the Central District of California:

### Central District of California

*Mary Duessent v. America Online Inc., et al.*, C.A. No. 2:03-6971

### Northern District of California

*Christine Snow v. AOL Time Warner, Inc., et al.*, C.A. No. 3:03-4373

### Eastern District of Washington

*Suzy Dix, et al. v. ICT Group, Inc., et al.*, C.A. No. 2:03-315

MDL-1582 -- In re Bank One Mutual Funds Investment Litigation

Motion of defendants Bank One Corporation and Banc One Investment Advisors for centralization of the following actions in the United States District Court for the Southern District of New York and for separation and simultaneous remand of certain claims in one New Jersey action to the District of New Jersey:

### Northern District of Illinois

*William Pelak v. Bank One Corp., et al.*, C.A. No. 1:03-6591

### District of New Jersey

*Andrew D. Mule, et al. v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-4221
*Andy Yijun Huang, et al. v. One Group Technology Fund, et al.*, C.A. No. 2:03-4514

### Southern District of New York

*Allan Dworkin v. One Group Technology Fund, et al.*, C.A. No. 1:03-6915
*Charles Tischler v. Bank One Corp., et al.*, C.A. No. 1:03-6970
*Amy Bloomfield v. Mark A. Beeson, et al.*, C.A. No. 1:03-6975

### Southern District of Ohio

*David Brett v. Bank One Corp., et al.*, C.A. No. 2:03-818

MDL-1584 -- In re Federal Home Loan Mortgage Corp. Securities & Derivative Litigation (No. II)

Motion of defendant Federal Home Loan Mortgage Corporation for centralization of the following actions in the United States District Court for the Eastern District of Virginia:

### Southern District of New York

*Roger Sprigle, et al. v. Federal Home Loan Mortgage Corp., et al.*, C.A. No. 1:03-4261
*Esther Sadowsky Testamentary Trust, etc. v. Leland C. Brendsel, et al.*, C.A. No. 1:03-4910

### Southern District of Ohio

*Ohio Public Employees Retirement System, et al. v. Federal Home Loan Mortgage Corp., et al.*, C.A. No. 2:03-711

MDL-1585 -- In re Bank of America Mutual Funds Investment Litigation

Motion of plaintiffs Jean Marie Maggi, et al., for centralization of the following actions in the United States District Court for the Central District of California:

### Central District of California

*Leann Lin v. Bank of America Corp., et al.*, C.A. No. 2:03-6330
*Kathleen A. Sussman, et al. v. Nations Capital Growth Fund, et al.*, C.A. No. 2:03-6957
*Jean Marie Maggi, et al. v. Bank of America Corp., et al.*, C.A. No. 2:03-7249

### District of New Jersey

*John Golisano v. Bank of America Corp., et al.*, C.A. No. 2:03-4230
*Roderick Rohrer v. Nations Capital Growth Fund, et al.*, C.A. No. 2:03-4496

### Southern District of New York

*Samuel T. Cohen v. Nations Capital Growth Fund, et al.*, C.A. No. 1:03-6847

Schedule of Matters for Hearing Session, Section A                         p. 7
Sacramento, California


MDL-1586 -- In re Mutual Funds Investment Litigation

Motion of defendants Canary Capital Partners, LLC; Canary Capital Partners, Ltd.; Canary Investment Management, LLC; and Edward Stern for centralization of the following actions in the United States District Court for the Southern District of New York:


### Central District of California

*Leann Lin v. Bank of America Corp., et al.*, C.A. No. 2:03-6330
*Kathleen A. Sussman, et al. v. Nations Capital Growth Fund, et al.*, C.A. No. 2:03-6957

### District of Colorado

*Vivian Bernstein, et al. v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-1798
*Ronald Abrams, et al. v. Janus Fund, et al.*, C.A. No. 1:03-1817
*John G. Hill, Jr. v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1847
*Leona A. Marini, etc. v. Janus Investment Fund, et al.*, C.A. No. 1:03-1857
*Priya Vadehera v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1871
*Tara Goldstein v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1884
*Vivian Bernstein v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-1909
*John R. Lang, et al. v. Janus Fund, et al.*, C.A. No. 1:03-1942
*William Silverman v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1965
*Richard Kaufman v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1966

### Northern District of Illinois

*William Pelak v. Bank One Corp., et al.*, C.A. No. 1:03-6591
*Glen Robinson v. One Group International Equity Index Fund, et al.*, C.A. No. 1:03-6986
*Norman Maged v. One Group Technology Fund, et al.*, C.A. No. 1:03-7029

### District of New Jersey

*Andrew D. Mule, et al. v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-4221
*John Golisano v. Bank of America Corp., et al.*, C.A. No. 2:03-4230
*Arthur Sylvester v. Janus Capital Group, Inc., et al.*, C.A. No. 2:03-4261
*Rhonda Vladimir v. Janus Capital Management LLC, et al.*, C.A. No. 2:03-4273
*May Etsen, et al. v. Janus Fund, et al.*, C.A. No. 2:03-4369
*Robert Corwin v. Thomas H. Bailey, et al.*, C.A. No. 2:03-4384

Schedule of Matters for Hearing Session, Section A                    p. 8
Sacramento, California

MDL-1586 (Continued)

### District of New Jersey (Continued)

*Robert K. Finnell, etc. v. Bank of America Corp., et al.*, C.A. No. 2:03-4446
*Herbert Morris v. Janus Capital Management, LLC, et al.*, C.A. No. 2:03-4453
*Andy Yijun Huang, et al. v. One Group Technology Fund, et al.*, C.A. No. 2:03-4514
*Robert Garfield, et al. v. Banc of America Capital Management, LLC, et al.*,
    C.A. No. 2:03-4855

### Eastern District of New York

*Felicia Bernstein, etc. v. Alliance Capital Management Holding, LP, et al.*,
    C.A. No. 2:03-5087

### Southern District of New York

*Carol Pestone v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-6760
*Brian Wormley, et al. v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-6790
*Samuel T. Cohen v. National Capital Growth Fund, et al.*, C.A. No. 1:03-6847
*Selma Stone, et al. v. Janus Fund, et al.*, C.A. No. 1:03-6914
*Allan Dworkin v. One Group Technology Fund, et al.*, C.A. No. 1:03-6915
*Selma Stone v. Strong Advisor Common Stock Fund, et al.*, C.A. No. 1:03-6916
*Tom Torelli v. Strong Financial Corp., et al.*, C.A. No. 1:03-6969
*Charles Tischler v. Bank One Corp., et al.*, C.A. No. 1:03-6970
*Amy Bloomfield v. Mark A. Beeson, et al.*, C.A. No. 1:03-6975
*James Schultz v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-7123
*Roger L. Bailey v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-7125
*Elsie Haig, et al. v. Janus Fund, et al.*, C.A. No. 1:03-7218
*David Kuperschmid v. Strong Capital Management, Inc., et al.*, C.A. No. 1:03-7287
*Jack Yarbrough, et al. v. Janus Fund, et al.*, C.A. No. 1:03-7333
*Nechama Tepfer v. Janus Capital Group, Inc.*, C.A. No. 1:03-7337
*Lori Reinhardt v. Strong Advisor Common Stock Fund, et al.*, C.A. No. 1:03-7438
*Wathena Ann Forsee v. Janus Fund, et al.*, C.A. No. 1:03-7654
*James M. Archinaco v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-7745
*Nada Hindo, et al. v. AllianceBernstein Growth & Income Fund*, C.A. No. 1:03-7765
*John Armentano v. Janus Fund, et al.*, C.A. No. 1:03-7766

Schedule of Matters for Hearing Session, Section A                    p. 9
Sacramento, California

MDL-1586 (Continued)

### Southern District of New York (Continued)

*Isidore Zimmerman v. Thomas H. Bailey*, C.A. No. 1:03-7910
*George W. Bookhout, et al. v. Alliance Capital Management Holding, L.P., et al.*,
  C.A. No. 1:03-7955

### Southern District of Ohio

*David Brett v. Bank One Corp., et al.*, C.A. No. 2:03-818
*Pamela Dunlap v. One Group Technology Fund, et al.*, C.A. No. 2:03-916

### Eastern District of Pennsylvania

*Gloria Steinberg, et al. v. Janus Capital Management, LLC, et al.*, C.A. No. 2:03-5048
*Tom Kidwell, etc. v. Janus Capital Group, Inc., et al.*, C.A. No. 2:03-5242
*George P. Tsetsekos, etc. v. Janus Capital Group, Inc., et al.*, C.A. No. 2:03-5354

### Eastern District of Wisconsin

*Gregory D. Coleman, etc. v. Strong Financial Corp., et al.*, C.A. No. 2:03-862
*James Blevins v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-868
*Jenell Marie Halvorson v. Strong Advisor Common Stock Fund, et al.*, C.A. No. 2:03-872
*Thomas R. Jones v. Strong Financial Corp., et al.*, C.A. No. 2:03-884
*Holly Painter v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-895
*Congregation Ohel Torah v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-896
*Steve LeFavour, etc. v. Strong Financial Corp., Inc., et al.*, C.A. No. 2:03-897
*Jackson T. Ferris, et al. v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-998

Schedule of Matters for Hearing Session, Section A                    p. 10
Sacramento, California


MDL-1587 -- In re JetBlue Airways Corp. Privacy Litigation

      Motion of defendant JetBlue Airways Corporation for centralization of the following actions in the United States District Court for the Eastern District of New York:


      Central District of California

*D. Turrett, et al. v. JetBlue Airways Corp.*, C.A. No. 2:03-6785

      Eastern District of New York

*Susan Florence v. JetBlue Airways Corp., et al.*, C.A. No. 1:03-4847
*Elliot B. Richman v. JetBlue Airways Corp., et al.*, C.A. No. 1:03-4859
*Maurice Hakim v. JetBlue Airways Corp., et al.*, C.A. No. 1:03-4895
*Deborah Seidband v. JetBlue Airways Corp.*, C.A. No. 1:03-4933
*David Block v. JetBlue Airways Corp.*, C.A. No. 1:03-4963
*Nicholas R. Singleton v. JetBlue Airways Corp.*, C.A. No. 1:03-5011
*Wesley B. Fleet v. JetBlue Airways Corp.*, C.A. No. 1:03-5017
*Kathryn Mortenson v. JetBlue Airways Corp., et al.*, C.A. No. 1:03-5209


MDL-1588 -- In re "Second Generation" Blood Factor Concentrate Products Liability Litigation

      Motion of plaintiffs Domenico Gullone, et al., for centralization of the following actions in the United States District Court for the Northern District of Illinois or, in the alternative, the United States District Court for the Northern District of California:


      Northern District of California

*Domenico Gullone, et al. v. Bayer Corp., et al.*, C.A. No. 3:03-2572

      Southern District of Florida

*Carlos Abad, et al. v. Bayer, AG, et al.*, C.A. No. 0:03-61924
*Diego Ceferino Venturini, et al. v. Bayer AG, et al.*, C.A. No. 0:03-61925

MDL-1590 -- In re Putnam Mutual Funds Investment Litigation

Motion of Putnam Funds defendants for centralization of the following actions in the United States District Court for the District of Massachusetts and for separation and simultaneous remand of claims against the Evergreen defendants in the Illinois action to the Southern District of Illinois:

Northern District of California

*Jacqueline Burton, et al. v. Marsh & McLennan Companies, Inc., et al.*,
    C.A. No. 3:03-4973

District of Delaware

*Zachary Alan Starr, etc. v Putnam Investment Management, Inc., et al.*,
    C.A. No. 1:03-1023

Southern District of Illinois

*Carl Kircher, et al. v. Putnam Funds Trust, et al.*, C.A. No. 3:03-691

District of Massachusetts

*Diane Saunders v. Putnam American Government Income Fund*, C.A. No. 1:03-12086
*Sally A. Bulawsky, et al. v. Marsh & McLennan Companies, Inc., et al.*,
    C.A. No. 1:03-12094
*Samuel M. Troutman, et al. v. Putnam American Government Income Fund, et al.*,
    C.A. No. 1:03-12116
*Lawrence E. Jaffe, etc. v. Putnam American Government Income Fund, et al.*,
    C.A. No. 1:03-12162
*Miranda Zuber, et al. v. Putnam Investment Management, LLC*, C.A. No. 1:03-12175
*Sara Gurno, et al. v. Putnam American Government Income Fund, et al.*,
    C.A. No. 1:03-12196
*Ann Schneps Dubin, et al. v. Putnam Investment Management, LLC*, C.A. No. 1:03-12209
*Rochelle Meyer, etc. v. Putnam International Voyager Fund, et al.*, C.A. No. 1:03-12214

Schedule of Matters for Hearing Session, Section A                                 p. 12
Sacramento, California

MDL-1590 (Continued)

### Southern District of New York

*Shelia Schulman, et al. v. Putnam American Government Income Fund, et al.*,
    C.A. No. 1:03-8323
*Dawn Maniskas v. Putnam American Government Income Fund, et al.*, C.A. No. 1:03-8368
*Salvatore Piliere v. Putnam Global Income Trust, et al.*, C.A. No. 1:03-8407
*Paul Angotta, et al. v. Putnam American Government Income Fund, et al.*,
    C.A. No. 1:03-8651
*Kristin Garfield v. Putnam American Government Income Fund, et al.*, C.A. No. 1:03-8683
*Ingeborg Engeler v. Putnam Investments Trust, et al.*, C.A. No. 1:03-8720

### MDL-1591 -- In re Alliance Capital Mutual Funds Investment Litigation

    Motion of defendants Alliance Capital Management, L.P.; Alliance Capital Management
Holding, L.P.; and Alliance Capital Management Corporation for centralization of the following
actions in the United States District Court for the Southern District of New York:

### District of New Jersey

*Milton Pfeiffer v. Alliance Capital Management, L.P.*, C.A. No. 2:03-4724
*Roger Jee v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 2:03-4895
*Marvin Goldfarb v. AllianceBernstein Growth & Income Fund, Inc., et al.*,
    C.A. No. 2:03-4962

### Eastern District of New York

*Felicia Bernstein v. Alliance Capital Management Holding, L.P., et al.*,
    C.A. No. 2:03-5087
*Robert K. Finnell v. Alliance Capital Management Holding, L.P., et al.*,
    C.A. No. 2:03-5345

MDL-1591 (Continued)


### Southern District of New York

*Nada Hindo, et al. v. Alliance Capital Management Holding, L.P., et al.,*
   C.A. No. 1:03-7765
*George W. Bookhout, et al. v. Alliance Capital Management Holding, L.P., et al.,*
   C.A. No. 1:03-7955
*Charles Healy v. Alliance Capital Management Holding, L.P., et al.,* C.A. No. 1:03-8008
*Richard J. Abt v. Alliance Capital Management Holding, L.P., et al.,* C.A. No. 1:03-8202
*Tracy Silverman v. Alliance Capital Management Holding, L.P., et al.,* C.A. No. 1:03-8274
*Marlene Seybold v. Alliance Capital Management Holding, L.P., et al.,* C.A. No. 1:03-8278
*Martine Stansbery, Jr. v. AXA Financial, Inc.,* C.A. No. 1:03-8282
*Michael Bernstein, et al. v. Alliance Capital Management Holding, L.P., et al.,*
   C.A. No. 1:03-8350
*Regina Kopelowitz v. AllianceBernstein Growth & Income Fund, Inc., et al.,*
   C.A. No. 1:03-8372
*Robin Fernhoff, et al. v. AllianceBernstein Growth & Income Fund, Inc., et al.,*
   C.A. No. 1:03-8402
*Timothy J. Plank v. Alliance Capital Management Holding, L.P., et al.,* C.A. No. 1:03-8466
*Israel Grafstein v. AXA Financial, Inc.,* et al., C.A. No. 1:03-8685
*Gary Frost v. Alliance Capital Management Holding, L.P., et al.,* C.A. No. 1:03-8722
*Lori Weinrib v. AllianceBernstein Growth & Income Fund, Inc., et al.,* C.A. No. 1:03-8915
*Blanchard D. Smith, Jr. v. AllianceBernstein Growth & Income Fund, Inc., et al.,*
   C.A. No. 1:03-8981

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

### Southern District of Mississippi

*James A. Hammons v. Illinois Central Railroad Co.*, C.A. No. 1:03-626
*James A. Hammons v. Illinois Central Railroad Co.*, C.A. No. 1:03-627
*Earlie B. Hales, et al. v. 3M Co.*, C.A. No. 1:03-684
*Bert McDaniel, et al. v. Owens-Illinois, Inc.*, C.A. No. 1:03-694
*Marvin Jefferson, et al. v. A. M. Lockett & Co., Ltd., et al.*, C.A. No. 1:03-733
*William Gilbert, et al. v. Minnesota Mining & Manufacturing Co.*, C.A. No. 1:03-736
*Robert L. Harrison, et al. v. Allied Signal, Inc., et al.*, C.A. No. 1:03-741
*Charles Lee Ellis v. Viacom, Inc., et al.*, C.A. No. 1:03-747

### Northern District of Ohio

*Laura A. Evans v. Foseco, Inc., et al.*, C.A. No. 1:03-20009

### Northern District of Texas

*William "Bill" Perreault v. Buffalo Pumps, Inc., et al.*, C.A. No. 3:03-1610

### Western District of Washington

*Gerald Ireton, et al. v. Kaiser Ventures, LLC, et al.*, C.A. No. 2:03-2840

MDL-1060 -- In re Baxter Healthcare Corp. Gammagard Products Liability Litigation

      Opposition of plaintiffs Lynn Szott, et al., to transfer of the following action to the United States District Court for the Central District of California:

            Southern District of Florida

      *Lynn Szott, et al. v. Baxter Healthcare Corp.*, C.A. No. 9:03-80693

MDL-1132 -- In re Exterior Insulation Finish System (EIFS) Products Liability Litigation

      Opposition of plaintiffs Bobby R. Luna, et al., to transfer of the following action to the United States District Court for the Eastern District of North Carolina:

            Middle District of Tennessee

      *Bobby R. Luna, et al. v. Dryvit Systems, Inc.*, C.A. No. 3:03-827

MDL-1143 -- In re Mutual Life Insurance Company of New York Premium Litigation

      Opposition of plaintiff James Roy Arvell Johnson to transfer of the following action to the United States District Court for the District of Massachusetts:

            Southern District of Mississippi

      *James Roy Arvell Johnson v. Mutual Life Insurance Co. of New York, et al.*,
        C.A. No. 5:03-466

MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products
            Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United
States District Court for the Eastern District of Pennsylvania:

### Eastern District of New York

*Carla Adiansingh v. American Home Products Corp., et al.*, C.A. No. 1:03-3594
*Michael Edmonds v. American Home Products Corp., et al.*, C.A. No. 1:03-3595
*Anaflore V. Gourgue v. American Home Products Corp., et al.*, C.A. No. 1:03-4122
*Tonya Johnson v. American Home Products Corp., et al.*, C.A. No. 1:03-4123
*Laurie L. Cohen v. American Home Products Corp., et al.*, C.A. No. 1:03-4357

### Southern District of New York

*Lakisha M. Carpenter v. American Home Products Corp., et al.*, C.A. No. 1:03-5931
*Ellen M. Carey, et al. v. American Home Products Corp., et al.*, C.A. No. 1:03-6657

### Northern District of Texas

*Theresa Lewis v. Wyeth, Inc., et al.*, C.A. No. 1:03-166
*Carol Kaye Hopper Warrick v. Wyeth-Ayerst Laboratories, et al.*, C.A. No. 3:03-1593
*Sandra Bever v. Wyeth, et al.*, C.A. No. 3:03-1795
*Michael McDonald v. Wyeth, Inc., et al.*, C.A. No. 3:03-1941
*Donna Tait v. Wyeth, Inc., et al.*, C.A. No. 3:03-1942
*Pamela Gray v. Wyeth, Inc., et al.*, C.A. No. 3:03-1960
*Jim S. Humphries, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:03-2076
*Clifton Bode, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:03-2081
*Pamela Allen, et al. v. Wyeth, et al.*, C.A. No. 4:03-875
*Maudie Mclaughlin v. Wyeth, Inc., et al.*, C.A. No. 4:03-1001
*Steven Pardue, et al. v. Wyeth, et al.*, C.A. No. 6:03-81

### Southern District of Texas

*Cynthia Creel, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:03-822
*Mary Cain v. Wyeth, et al.*, C.A. No. 4:03-2571
*Mary Goscinski, et al. v. Wyeth, et al.*, C.A. No. 4:03-2832
*Donna Halbardier v. Wyeth, Inc.*, C.A. No. 4:03-3490

MDL-1203 (Continued)


### Western District of Texas

*Angel D. Turner v. Wyeth, et al.*, C.A. No. 1:03-648
*Karen Moffett v. Wyeth, Inc., et al.*, C.A. No. 2:03-69
*Brenda F. Barber v. Wyeth, et al.*, C.A. No. 3:03-379
*Maralene R. Anderson v. Wyeth, et al.*, C.A. No. 5:03-873
*Margaret A. Morin, et al. v. Wyeth, Inc., et al.*, C.A. No. 5:03-879
*Robin Reed, et al. v. Wyeth, Inc., et al.*, C.A. No. 5:03-895
*Leah Stephens v. Wyeth, et al.*, C.A. No. 6:03-270
*Deeann Avalos, et al. v. Wyeth, et al.*, C.A. No. 6:03-280
*Brenda K. Owen v. Wyeth, et al.*, C.A. No. 6:03-281
*Vurlee Brown, et al. v. Wyeth, et al.*, C.A. No. 6:03-283

### Western District of Washington

*Duane E. Smith, Jr. v. Wyeth, et al.*, C.A. No. 2:03-2557
*Tracy McFadden, et al. v. Wyeth Corp., et al.*, C.A. No. 3:03-5447
*Margaret C. McClellan v. Wyeth, et al.*, C.A. No. 3:03-5448


## MDL-1261 -- In re Linerboard Antitrust Litigation

Opposition of plaintiff Farmland National Beef Packing Co., L.P., to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:


### District of Kansas

*Farmland National Beef Packing Co., L.P. v. Stone Container Corp., et al.*,
    C.A. No. 6:03-1312

Schedule of Matters for Hearing Session, Section B                    p. 18
Sacramento, California

## MDL-1290 -- In re Lorazepam and Clorazepate Antitrust Litigation

Opposition of plaintiffs Mylan Pharmaceuticals, Inc., et al., to transfer of the following actions to the United States District Court for the District of District of Columbia:

### Northern District of West Virginia

*Mylan Pharmaceuticals, Inc., et al. v. Morvillo, Abramowitz, Grand, Iason & Silberberg, P.C., et al.*, C.A. No. 1:03-16
*Mylan Pharmaceuticals, Inc., et al. v. Clifford Chance U.S., LLP, et al.*, C.A. No. 1:03-180

## MDL-1311 -- In re Methionine Antitrust Litigation

Opposition of defendants Novus International, Inc.; Rhone-Poulenc Animal Nutrition, Inc.; Rhone-Poulenc Ag Company, Inc.; Mitsui & Co. (USA), Inc.; Nippon Soda Company, Ltd.; Degussa Corporation; and Degussa AG to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Eastern District of Wisconsin:

### Northern District of California

*West Bend Elevator, Inc. v. Rhone-Poulenc, S.A., et al.*, C.A. No. 3:00-3961
(E.D. Wisconsin, C.A. No. 2:00-701)

## MDL-1334 -- In re Managed Care Litigation

Opposition of plaintiff Frank A. Briglia, M.D., MPH to transfer of the following action to the United States District Court for the Southern District of Florida:

### Eastern District of Pennsylvania

*Frank A. Briglia, M.D., MPH v. Aetna U.S. Healthcare, Inc.*, C.A. No. 2:03-4262

MDL-1348 -- In re Rezulin Products Liability Litigation

Oppositions of plaintiffs and defendant David Lester, M.D., to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### Central District of California

*Lorenza Waters v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-7125
*Candace Arney v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-7129
*Dorothy Prince v. Warner-Lambert Co., et al.*, C.A. No. 2:03-7132
*Francisco Navarro v. Warner-Lambert Co., et al.*, C.A. No. 2:03-7134
*Robert Barnes v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-7138
*Lillie Bright v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-7139
*Rogina Asmar v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-7140
*Samvel Drmoyan v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-7141
*Alfred Bordighi v. Warner-Lambert Co., et al.*, C.A. No. 2:03-7142
*Ola Mae Brown v. Warner-Lambert Co.,, LLC, et al.*, C.A. No. 2:03-7143
*James Barbaro v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-7144
*Juanita Tate v. Warner-Lambert Co., et al.*, C.A. No. 2:03-7145
*Stefi Biafora v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-7146
*Ella Hollingsworth v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-7589
*James Downey v. Warner-Lambert Co., et al.*, C.A. No. 2:03-7607

### Eastern District of California

*Cathy Aguilar v. Warner-Lambert Co., et al.*, C.A. No. 1:03-6369
*Jean Dupuy v. Warner-Lambert Co., et al.*, C.A. No. 1:03-6370
*Jose Castorena v. Warner-Lambert Co., et al.*, C.A. No. 1:03-6371

### Northern District of California

*Alethiae D. Marchese v. Warner-Lambert Co., et al.*, C.A. No. 3:03-4494
*Diane G. Hussain v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-4495
*Ted Dulac v. Warner-Lambert Co., et al.*, C.A. No. 3:03-4497
*Joyce Gilmore v. Warner-Lambert Co., et al.*, C.A. No. 3:03-4498

### Southern District of California

*Teresa Michael v. Warner-Lambert Co., et al.*, C.A. No. 3:03-1978
*Paul Dumpson v. Warner-Lambert Co., et al.*, C.A. No. 3:03-1979

MDL-1348 (Continued)

### Southern District of California (Continued)

*David Guerrieri v. Warner-Lambert Co., et al.*, C.A. No. 3:03-1980
*Henry Cole v. Warner-Lambert Co., et al.*, C.A. No. 3:03-1981

### District of Minnesota

*Richard Hall, etc. v. Warner-Lambert Co., et al.*, C.A. No. 0:03-5445

### Eastern District of Missouri

*Tamberly Gibson v. Warner-Lambert Co., et al.*, C.A. No. 4:03-1253
*Herbert Feemster v. Warner-Lambert Co., et al.*, C.A. No. 4:03-1255
*Archie Cox, et al. v. Warner-Lambert Co., et al.*, C.A. No. 4:03-1256
*Joanne Stressenger v. Warner-Lambert Co., et al.*, C.A. No. 4:03-1259

### Eastern District of Oklahoma

*Linda Chambers, etc. v. Warner-Lambert Co., Inc., et al.*, C.A. No. 6:03-479

### Southern District of Texas

*Diana Bazan, et al. v. Parke-Davis, et al.*, C.A. No. 2:03-313
*Josefina Casillas, et al. v. Parke-Davis, et al.*, C.A. No. 5:03-116
*Salome Medina, et al. v. Parke-Davis, et al.*, C.A. No. 7:03-233

### Western District of Texas

*Antonio Cobos, et al. v. Parke-Davis, et al.*, C.A. No. 3:03-318

Schedule of Matters for Hearing Session, Section B                    p. 21
Sacramento, California

## MDL-1369 -- In re Napster, Inc., Copyright Litigation

Opposition of plaintiffs UMG Recordings, Inc., et al., to transfer of the following action to the United States District Court for the Northern District of California:

### Central District of California

*UMG Recordings, Inc., et al. v. Hummer Winblad Venture Partners, et al.*,
     C.A. No. 2:03-2785

## MDL-1373 -- In re Bridgestone/Firestone, Inc., Tires Products Liability Litigation

Opposition of plaintiffs Sean Milner, et al., to transfer of the following action to the United States District Court for the Southern District of Indiana:

### Southern District of Mississippi

*Sean Milner, et al. v. Johnny Turner, et al.*, C.A. No. 3:03-1138

## MDL-1387 -- In re ProteGen Sling and Vesica System Products Liability Litigation

Oppositions of plaintiffs Mary Pat Richardson, et al., and Evelyn Yoe, et al., and defendant Samuel Spigelman, M.D., to transfer of their respective following actions to the United States District Court for the District of Maryland:

### Central District of California

*Mary Pat Richardson, et al. v. Boston Scientific Corp., et al.*, C.A. No. 2:03-6758

### Northern District of Ohio

*Evelyn Yoe, et al. v. Boston Scientific Corp.*, C.A. No. 1:03-1588

MDL-1390 -- In re Life Insurance Co. of Georgia Industrial Life Insurance Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

### Northern District of Georgia

*Jim Donald, et al. v. Life Insurance Co. of Georgia*, C.A. No. 1:03-2514
*Margaret Spradling, et al. v. Life Insurance Co. of Georgia*, C.A. No. 1:03-2515
*Pearline Frazier, et al. v. Life Insurance Co. of Georgia*, C.A. No. 1:03-2516
*Ada Freeman, et al. v. Life Insurance Co. of Georgia*, C.A. No. 1:03-2517
*Laura Ayers, et al. v. Life insurance Co. of Georgia*, C.A. No. 1:03-2896
*Lula Stinson, et al. v. Life Insurance Co. of Georgia*, C.A. No. 1:03-2897

### Northern District of Mississippi

*Eloise W. Hollis v. Life Insurance Co. of Georgia*, C.A. No. 1:03-315
*Estella Dennis v. Life Insurance Co. of Georgia*, C.A. No. 2:03-327

### Southern District of Mississippi

*Ella Lee Williams, et al. v. Life Insurance Co. of Georgia*, C.A. No. 1:03-761
*Julia Mallett v. Life Insurance Co. of Georgia*, C.A. No. 3:03-1160
*Cora L. Gulley, et al. v. Life Insurance Co. of Georgia*, C.A. No. 4:03-330
*Mary Gooden Hunt v. Life Insurance Co. of Georgia*, C.A. No. 5:03-498

### Western District of Tennessee

*Margarite Austin, et al. v. Life Insurance Co. of Georgia*, C.A. No. 2:03-2710
*James Gregory, et al. v. Life Insurance Co. of Georgia*, C.A. No. 2:03-2711
*Barbara Pender, et al. v. Life Insurance Co. of Georgia*, C.A. No. 2:03-2712

MDL-1395 -- In re The Western & Southern Life Insurance Co. Industrial Life Insurance Litigation

Opposition of plaintiff Tavette Mynatt to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

Northern District of Ohio

*Tavette Mynatt v. Western & Southern Life Insurance Co.*, C.A. No. 1:03-2098

MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

Oppositions of plaintiffs Theresa Noud, et al., and Barbara R. Gleich to transfer of their respective following actions to the United States District Court for the Western District of Washington:

Southern District of Illinois

*Theresa Noud, et al. v. Chattem, Inc., et al.*, C.A. No. 3:03-615

Eastern District of Missouri

*Barbara R. Gleich v. Thompson Medical Co., Inc., et al.*, C.A. No. 4:03-1297

MDL-1431 -- In re Baycol Products Liability Litigation

Oppositions of plaintiffs and defendant Michael Carter, M.D., to transfer of their respective following actions to the United States District Court for the District of Minnesota:

Northern District of Alabama

*Melba Wells v. Bayer AG, et al.*, C.A. No. 5:03-2518

Southern District of Alabama

*David Muscat, et al. v. Bayer Corp., et al.*, C.A. No. 1:03-506

MDL-1431 (Continued)


### Southern District of Indiana

*Michael D. McDaniel v. Bayer Corp.*, C.A. No. 1:03-1014

### Southern District of Mississippi

*Leronious Gavin v. Bayer AG, et al.*, C.A. No. 2:03-455
*Mary Emmons v. Bayer AG, et al.*, C.A. No. 2:03-456
*Mary King v. Bayer AG, et al.*, C.A. No. 2:03-457
*Iva Rigby v. Bayer AG, et al.*, C.A. No. 3:03-1038
*Ruby Washington v. Bayer AG, et al.*, C.A. No. 3:03-1039
*John Moore v. Bayer AG, et al.*, C.A. No. 3:03-1040
*Bernice Scott v. Bayer AG, et al.*, C.A. No. 3:03-1041
*Ada Boone v. Bayer AG, et al.*, C.A. No. 3:03-1042
*Shirley Brown v. Bayer AG, et al.*, C.A. No. 3:03-1043
*Johnnie Logan v. Bayer AG, et al.*, C.A. No. 3:03-1056
*Sally Herrington v. Bayer AG, et al.*, C.A. No. 3:03-1067
*Dennis Harrell v. Bayer AG, et al.*, C.A. No. 3:03-1068
*Sular Jones v. Bayer AG, et al.*, C.A. No. 4:03-337
*Willie Harris v. Bayer AG, et al.*, C.A. No. 5:03-446

### Southern District of New York

*Robert Jones, et al. v. Bayer AG, et al.*, C.A. No. 7:03-2522

### Northern District of Texas

*Robert Depa, et al. v. Bayer AG, et al.*, C.A. No. 3:03-1764

MDL-1446 -- In re Enron Corp. Securities, Derivative & "ERISA" Litigation

Opposition of plaintiff Mark B. Schreiber, etc., to transfer of the following action to the United States District Court for the Southern District of Texas:

Western District of Texas

*Mark B. Schreiber, etc. v. J.P. Morgan Chase & Co.*, C.A. No. 1:03-684

MDL-1456 -- In re Pharmaceutical Industry Average Wholesale Price Litigation

Opposition of defendant Gilead Sciences, Inc., to transfer of the following action to the United States District Court for the District of Massachusetts:

Southern District of New York

*County of Westchester v. Abbott Laboratories, Inc., et al.*, C.A. No. 7:03-6178

MDL-1477 -- In re Serzone Products Liability Litigation

Oppositions of plaintiffs Voncile Bryant, et al., and Marla Puma to transfer of their respective following actions to the United States District Court for the Southern District of West Virginia:

Southern District of Mississippi

*Voncile Bryant, et al. v. Bristol-Myers Squibb Co., Inc., et al.*, C.A. No. 3:03-1071

Northern District of Texas

*Marla Puma v. Bristol-Myers Squibb Co., et al.*, C.A. No. 3:03-1843

## MDL-1487 -- In re WorldCom, Inc., Securities & "ERISA" Litigation

Oppositions of plaintiffs Ron G. Crane, et al.; Inter-Local Pension Fund of the Graphic Communications International Union; Local 803 DuPage County Cement Masons Local 803 Pension Fund; Local 701 Electrical Workers I.B.E.W. Pension Plan, et al.; and Asbestos Workers Local 12 Annuity Fund to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### District of Idaho

*Ron G. Crane, et al. v. Bernard J. Ebbers, et al.*, C.A. No. 1:03-349

### Northern District of Illinois

*Inter-Local Pension Fund of the Graphic Communications International Union v. Citigroup, Inc., et al.*, C.A. No. 1:03-6185
*Local 803 DuPage County Cement Masons Local 803 Pension Fund v. Bernard J. Ebbers, et al.*, C.A. No. 1:03-6187
*Local 701 Electrical Workers I.B.E.W. Pension Plan, et al. v. Bernard J. Ebbers, et al.*, C.A. No. 1:03-6227

### Eastern District of New York

*Asbestos Workers Local 12 Annuity Fund v. Citigroup, Inc., et al.*, C.A. No. 1:03-4554

## MDL-1507 -- In re Prempro Products Liability Litigation

Oppositions of plaintiffs and defendants Pharmacia & Upjohn Company and Bristol-Myers Squibb Company to transfer of their respective following actions to the United States District Court for the Eastern District of Arkansas:

### Eastern District of California

*Gayle Fitzpatrick v. Wyeth Pharmaceuticals*, C.A. No. 2:03-1705

### Northern District of Mississippi

*Elizabeth W. Hooker, etc. v. Wyeth, Inc., et al.*, C.A. No. 2:03-272

MDL-1507 (Continued)

### Eastern District of Texas

*Maxine Linscomb, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-486
*Diana Watson, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-487
*Judy Thibodeaux, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-530
*Bobby Barnhart, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-576
*Doris Gordon, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-643
*Deane Barrios, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-790
*Ava Lee Anderson, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-886
*Patty Hopper, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-332
*Virginia Coppick v. Wyeth, Inc., et al.*, C.A. No. 4:03-345
*Kathryn Christensen v. Wyeth, Inc., et al.*, C.A. No. 5:03-213
*Francis Ray, et al. v. Wyeth, Inc., et al.*, C.A. No. 6:03-381
*Cherlyn Whitaker, et al. v. Wyeth, Inc., et al.*, C.A. No. 6:03-404
*Patsy Lee Jackson, et al. v. Wyeth, Inc., et al.*, C.A. No. 9:03-199
*Shirley Burnitt, etc. v. Wyeth, Inc., et al.*, C.A. No. 9:03-207
*Johnnie B. Wells, et al. v. Wyeth, Inc., et al.*, C.A. No. 9:03-208
*Sandra S. Honeycutt v. Wyeth, Inc., et al.*, C.A. No. 9:03-233

### Northern District of Texas

*Kaye Spalding v. Wyeth, Inc., et al.*, C.A. No. 1:03-159
*Kaethe F.E. Francis v. Wyeth, Inc., et al.*, C.A. No. 1:03-160
*Sylvia Holwick, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-161
*Kathy Ashlock, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:03-239
*Sharon Mack v. Wyeth, Inc., et al.*, C.A. No. 3:03-1947
*Mary Culp v. Wyeth, Inc., et al.*, C.A. No. 5:03-201

### Southern District of Texas

*Jane Alley Meldahl, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:03-611
*Mary Davis, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:03-798
*Bettye Mae Campbell v. Wyeth, Inc., et al.*, C.A. No. 4:03-3032
*Sandra F. Woods, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-3163
*Carolyn Ann Dacus, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-3166
*Doris Vater v. Wyeth, Inc., et al.*, C.A. No. 4:03-3167
*Angelina Gestiada, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-3176

MDL-1507 (Continued)


### Southern District of Texas (Continued)

*Betty J. Garner, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-3177
*Annette Rich v. Wyeth, Inc., et al.*, C.A. No. 4:03-3178
*Carolyn Ann Grant, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-3189
*Autumn Lund v. Wyeth, Inc., et al.*, C.A. No. 4:03-3190
*Cheryl Parker-Storoe v. Wyeth, Inc., et al.*, C.A. No. 4:03-3197
*Betty Bradley, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-3198
*Gail Diane Hardwick, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-3200
*Gloria T. McGlothen, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-3201
*Bennie Porter v. Wyeth, Inc., et al.*, C.A. No. 4:03-3202
*Yvonne Graves v. Wyeth, Inc., et al.*, C.A. No. 4:03-3203
*Maxine Jeneil Tye v. Wyeth, Inc., et al.*, C.A. No. 4:03-3218
*Joanne Seipel, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-3219
*Barbara L. Hubbard v. Wyeth, Inc., et al.*, C.A. No. 4:03-3237
*Julia Hart v. Wyeth, Inc., et al.*, C.A. No. 4:03-3238
*Shelly Jean Brooks v. Wyeth, Inc., et al.*, C.A. No. 4:03-3239
*Lillie Padilla, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-3250
*Maria Isabel Guerra, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-3251
*Nel Merritt, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-3259
*Patricia Smith v. Wyeth, Inc., et al.*, C.A. No. 4:03-3261
*Beth Newton, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-3264
*Betty Orender v. Wyeth, Inc., et al.*, C.A. No. 4:03-3301
*Wynonia Margarite Peek, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-3302
*Linda Lewis Vogt v. Wyeth, Inc., et al.*, C.A. No. 4:03-3303
*Esther Reynolds v. Wyeth, Inc., et al.*, C.A. No. 4:03-3304
*Joanna Joyvies, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-3305
*Doris J. Mochman, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-3372
*Joann Townsend v. Wyeth, Inc., et al.*, C.A. No. 4:03-3373
*Callie Marie Nickerson v. Wyeth, Inc.*, C.A. No. 4:03-3477
*Ester K. Helliksen, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-3507
*Gladys O. Peschka v. Wyeth, Inc.*, C.A. No. 4:03-3512
*Azra Irshad, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-3693
*Dollie Spicer Beal, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-3722
*Betty Jean Bingham, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-3723

MDL-1507 (Continued)

### Southern District of Texas (Continued)

*Debbie Tobor, etc. v. Wyeth, Inc., et al.,* C.A. No. 4:03-3864
*Connie Vinton v. Wyeth, Inc., et al.,* C.A. No. 4:03-3865
*Louise Lorraine Enge v. Wyeth, Inc., et al.,* C.A. No. 4:03-3867
*Clare Williams v. Wyeth, Inc., et al.,* C.A. No. 4:03-3886
*Gwendolyn Brimble v. Wyeth, Inc., et al.,* C.A. No. 4:03-3887
*Joseph Newman, etc. v. Wyeth, Inc., et al.,* C.A. No. 4:03-3913
*Wanda Kirkwood v. Wyeth, Inc., et al.,* C.A. No. 6:03-97

### Western District of Texas

*Shirley E. White v. Wyeth, Inc., et al.,* C.A. No. 6:03-263

## MDL-1508 -- In re Medco Health Solutions, Inc., Pharmacy Benefits Management Litigation

Opposition of plaintiff Group Hospitalization & Medical Services to transfer of the following action to the United States District Court for the Southern District of New York:

### District of New Jersey

*Group Hospitalization & Medical Services v. Merck-Medco Managed Care, L.L.P., et al.,* C.A. No. 1:03-3993

## MDL-1510 -- In re Daewoo Motor Co., Ltd., Dealerships Litigation

Opposition of plaintiff Daewoo Motor America, Inc., to transfer of the following action to the United States District Court for the Middle District of Florida:

### Central District of California

*Daewoo Motor America, Inc. v. General Motors Corp., et al.,* Bky. Advy. No. 2:03-2140

Schedule of Matters for Hearing Session, Section B                    p. 30
Sacramento, California

MDL-1535 -- In re Welding Rod Products Liability Litigation

      Opposition of defendant Palco Industries, Inc., to transfer of the following actions to the United States District Court for the Northern District of Ohio:

           Northern District of Illinois

     *David R. Buritz v. Airco, Inc., et al.*, C.A. No. 1:03-6111
     *Robert G. Franzen v. Airco, Inc., et al.*, C.A. No. 1:03-6112

MDL-1553 -- In re Silica Products Liability Litigation

      Oppositions of plaintiffs Mervin Andrews, et al., and Frank Bland, et al., to transfer of their respective following actions to the United States District Court for the Southern District of Texas:

           Southern District of Mississippi

     *Mervin Andrews, et al. v. Clark Sand & Co., et al.*, C.A. No. 2:03-293
     *Frank Bland, et al. v. Lone Star Industries, Inc., et al.*, C.A. No. 5:03-457

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the</u>
<u>Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001).  Rule 16.1(g) allows a
maximum of twenty minutes for oral argument in each matter.  In most cases, however, less time
is necessary for the expression of all views and the Panel reserves the prerogative of reducing the
time requested by counsel.  Accordingly, counsel should be careful not to overstate the time
requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria.  <u>See generally</u> <u>In</u>
<u>re "East of the Rockies"</u> <u>Concrete Pipe Antitrust Cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L.
1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

## RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)      Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel.  The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman.  The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)      Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard.  Such  statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)      No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:

      (i)      the dispositive issue(s) have been authoritatively decided; or

     (ii)      the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)      In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised.  If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules.  Failure to do so shall be deemed a waiver of oral argument by that party.  If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)      Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)      Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)      Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter.  The time shall be divided equally among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.