MDL 875

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 15 2003
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| WILLIAM "BILL" PERREAULT, | § | |
| Plaintiff, | § | |
| VS. | § | Civil Action No. 3:03-CV-1610-D |
| BUFFALO PUMPS, INC., et al., | § | |
| Defendants. | § | |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
DEC 11 2003
FILED
CLERK'S OFFICE

### ORDER

Plaintiff's August 15, 2003 agreed motion for remand is granted. Accordingly, this action is remanded to the 134th Judicial District Court of Dallas County, Texas. The clerk of court shall effect the remand according to the usual procedure.

**SO ORDERED.**

August 15, 2003.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

MDL- 875
RECOMMENDED ACTION
VACATE CTO-229 + HSO--1 ACTION
Approved/Date: MK 12/10

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2003 DEC 10 A 10:44
RECEIVED CLERK'S OFFICE

**OFFICIAL FILE COPY**
IMAGED DEC 12 '03