

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 11 2003

FILED
CLERK'S OFFICE

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*William "Bill" Perreault v. Buffalo Pumps, Inc., et al.*, N.D. Texas, C.A. No. 3:03-1610

### ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE JANUARY 29, 2004 HEARING SESSION

    A conditional transfer order was filed in this action (*Perreault*) on November 10, 2003. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Perreault* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Perreault* was remanded to the 134th Judicial District Court of Dallas County, Texas, by the Honorable Sidney A. Fitzwater in an order filed on August 15, 2003.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-229" filed on November 10, 2003, is VACATED insofar as it relates to this action.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 11, 2003, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

OFFICIAL FILE COPY

IMAGED DEC 12 '03