**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 12 2003

FILED
CLERK'S OFFICE

PLEADING NO. 4026

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Robert L. Harrison, et al. v. Allied Signal, Inc., et al.*, S.D. Mississippi, C.A. No. 1:03-741

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING THE JANUARY 29, 2004 HEARING SESSION

A conditional transfer order was filed in this action (*Harrison*) on November 10, 2003. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Harrison* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-229" filed on November 10, 2003, is LIFTED insofar as it relates to this action, and thus the action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Charles R. Weiner.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 11, 2003, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

**OFFICIAL FILE COPY**   IMAGED DEC 12 '03