# MDL 875

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 2 2003

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) ) ) ) | MDL 875 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARVIN JEFFERSON, ET AL.                                              PLAINTIFFS

VERSUS                                        CIVIL ACTION NO. 1:03CV733GRo

A. M. LOCKETT, ET AL                                                   DEFENDANTS

---

**GEORGIA-PACIFIC CORPORATION'S
CORPORATE DISCLOSURE STATEMENT**

---

COMES NOW, **GEORGIA-PACIFIC CORP.,** and files this its Corporate Disclosure Statement Pursuant to MDL Panel Rule 5.3. **GEORGIA-PACIFIC CORP.** states the following:

1. Georgia-Pacific Corp. is a Georgia corporation and has no parent corporation.

2. No publicly-held company owns ten percent (10%) or more of Georgia-Pacific Corporation's stock.

Dated this the 5th day of December, 2003.

PLEADING NO. 4027

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2003 DEC -8 P 1:48
RECEIVED CLERK'S OFFICE

OFFICIAL FILE COPY   IMAGED DEC 12 '03

Respectfully submitted,

GEORGIA-PACIFIC CORPORATION

BY: *Vicki L Gilliam*

WALTER G. WATKINS, JR., MB # 6988
VICKI L. GILLIAM, MB # 9493
CHAN E. MCLEOD, MB # 101182

FORMAN PERRY WATKINS KRUTZ & TARDY LLP
Suite 200, One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600

### CERTIFICATE OF SERVICE

I hereby certify that I have this date mailed by United States mail, postage prepaid a true and correct copy of the foregoing Georgia-Pacific Corporation's Corporate Disclosure Statement to all Counsel of Record at their usual business addresses.

THIS, the 5th day of December, 2003.

*Vicki L Gilliam*

WALTER G. WATKINS, JR., MB # 6988
VICKI L. GILLIAM, MB # 9493
CHAN E. MCLEOD, MB # 101182