
MDL 875

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION ) ) ) _____ ) ) THIS DOCUMENT RELATES TO: ) ) _____ ) | JUDICIAL PANEL ON MULTIDISTRICT LITIGATION<br><br>DEC 1 2 2003<br><br>FILED<br>CLERK'S OFFICE<br><br>MDL 875 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARVIN JEFFERSON, ET AL.                                          PLAINTIFFS

VERSUS                                          CIVIL ACTION NO. 1:03CV733GRo

A. M. LOCKETT, ET AL                                          DEFENDANTS

### KIMBERLY-CLARK CORPORATION'S CORPORATE DISCLOSURE STATEMENT

COMES NOW, **KIMBERLY-CLARK CORP.**, and files this its Corporate Disclosure Statement Pursuant to MDL Panel Rule 5.3. **KIMBERLY-CLARK CORP.** states the following:

1. Kimberly-Clark Corp. has no parent corporation.

2. No publicly-held company owns ten percent (10%) or more of Kimberly-Clark Corporation's stock.

Dated this the 5th day of December, 2003.

PLEADING NO. 4028

RECEIVED CLERK'S OFFICE
2003 DEC -8 P 1:49
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**
IMAGED DEC 12 '03

Respectfully submitted,

KIMBERLY-CLARK CORPORATION

BY: /s/ Vicki L. Gilliam

WALTER G. WATKINS, JR., MB # 6988
VICKI L. GILLIAM, MB # 9493
CHAN E. MCLEOD, MB # 101182

FORMAN PERRY WATKINS KRUTZ & TARDY LLP
Suite 200, One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600

### CERTIFICATE OF SERVICE

I hereby certify that I have this date mailed by United States mail, postage prepaid a true and correct copy of the foregoing Kimberly-Clark Corporation's Corporate Disclosure Statement to all Counsel of Record at their usual business addresses.

THIS, the _____ day of December, 2003.

/s/ Vicki L. Gilliam

WALTER G. WATKINS, JR., MB # 6988
VICKI L. GILLIAM, MB # 9493
CHAN E. MCLEOD, MB # 101182