

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | ) ) ) |
| _____ | ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| _____ | ) |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DEC 1 2 2003

FILED
CLERK'S OFFICE

MDL 875

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

MARVIN JEFFERSON, ET AL.                                PLAINTIFFS

VERSUS                                                  CIVIL ACTION NO. 1:03CV733GRo

A. M. LOCKETT, ET AL                                    DEFENDANTS

---

**GULF ENGINEERING COMPANY, LLC**
**CORPORATE DISCLOSURE STATEMENT**

---

COMES NOW, **GULF ENGINEERING COMPANY, LLC,** and files this its Corporate Disclosure Statement Pursuant to MDL Panel Rule 5.3. **GULF ENGINEERING COMPANY, LLC** states the following:

1. Gulf Engineering Company, LLC has no parent corporation.

2. No publicly-held company owns ten percent (10%) or more of Gulf Engineering Company, LLC's stock.

Dated this the 5th day of December, 2003.

RECEIVED
CLERK'S OFFICE
2003 DEC -8 P 1:49
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**OFFICIAL FILE COPY**   IMAGED DEC 12 '03

Respectfully submitted,

GULF ENGINEERING COMPANY, LLC

BY: *[signature]*

WALTER G. WATKINS, JR., MB # 6988
VICKI L. GILLIAM, MB # 9493
CHAN E. MCLEOD, MB # 101182

FORMAN PERRY WATKINS KRUTZ & TARDY LLP
Suite 200, One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600

### CERTIFICATE OF SERVICE

I hereby certify that I have this date mailed by United States mail, postage prepaid a true and correct copy of the foregoing Gulf Engineering Company, LLC's Corporate Disclosure Statement to all Counsel of Record at their usual business addresses.

THIS, the ___ day of December, 2003.

*[signature]*

WALTER G. WATKINS, JR., MB # 6988
VICKI L. GILLIAM, MB # 9493
CHAN E. MCLEOD, MB # 101182