

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                MDL DOCKET NO. 875

**This Document Relates To:**
MARVIN JEFFERSON, et al. vs.
CRANE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 2 2003

FILED
CLERK'S OFFICE

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**MARVIN JEFFERSON, et al**                                        PLAINTIFFS

VS.                                           CIVIL ACTION NO. 1:03CV733GRo

**CRANE CO., et al**                                               DEFENDANTS

---

### DISCLOSURE STATEMENT FORM

---

Please check one box:

[✓] The nongovernmental corporate party, <u>EASTERN SAFETY EQUIPMENT CORPORATION</u>, in the above listed civil action does not have any parent corporation or publicly held corporation that owns 10% or more of its stock. Eastern Safety Equipment Corporation was dissolved in 2000.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____

12-4-03
Date

*/s/ S.D. Habeeb*
Samuel D. Habeeb, Esq. (MSB #9552)
Forman Perry Watkins Krutz & Tandy LLP
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600

**OFFICIAL FILE COPY** IMAGED DEC 12 '03

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 2 2003

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

I hereby certify that I have this date mailed by United States mail and by hand delivery and by facsimile, postage prepaid a true and correct copy of the foregoing to Plaintiff's Counsel of Record and Choice Copy Service and written notice of filing of the foregoing document to counsel for defendants at their usual business addresses.

THIS, the 4th day of December, 2003.

_____
SAMUEL D. HABEEB

OF COUNSEL:

FORMAN PERRY WATKINS KRUTZ & TARDY LLP
200 One Jackson Place
188 E. Capitol Street
Post Office Box 22608
Jackson, Mississippi  39225-2608
Telephone:    (601) 960-8600
Facsimile:    (601) 960-8613

**PANEL SERVICE LIST (Excerpted from CTO-229)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Marvin Jefferson, et al. v. A. M. Lockett & Co., Ltd., et al.*, S.D. Mississippi, C.A. No. 1:03-733

Robert M. Arentson, Jr.
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Paul E. Barnes
Wise, Carter, Child & Caraway
P. O. Box 651
Jackson, MS 39205

Monte L. Barton
Copeland, Cook, Taylor & Bush
P. O. Box 6020
Ridgeland, MS 39158

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

James H. Bolin
Forman, Perry, Watkins, Krutz &
Tardy
P.O. Box 22608
Jackson, MS 39225

Craig E. Brasfield
Forman Perry Watkins Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39533-1377

Brian T. Carr
Carr & Associates
4636 Sanford St., Suite 100
Metairie, LA 70006

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Susan Coco
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Lyn B. Dodson
Copeland, Cook, Taylor & Bush
P. O. Box 6020
Ridgeland, MS 39158-6020

Charles M. Evert
Evert & Weathersby, Llc
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

James L. Fletcher, Jr.
Duncan, Courington & Rydberg
322 Lafayette Street
New Orleans, LA 70130

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

William N. Graham
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

Cheri D. Green
Brunini, Grantham, Grower & Hewes
P.O. Drawer 119
Jackson, MS 39205-0119

Lucien C. Gwin, Jr.
Gwin, Lewis & Punches
P.O. Box 1344
Natchez, MS 39121-1344

Michael O. Gwin
Watkins & Eager
P. O. Box 650
Jackson, MS 39205

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Frances K. Hardage
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

Joseph H. Hart, IV
Smith & Fawer
201 St. Charles Avenue, Suite 3702
New Orleans, LA 70170

Christy C. Hendrix
Sulzer & Williams, LLC
201 Holiday Blvd., Suite 335
Covington, LA 70433

Alben N. Hopkins
Hopkins, Barvie & Hopkins
2701 24th Avenue
P.O. Box 1510
Gulfport, MS 39502-1510

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Steven J. Irwin
Duncan, Courington & Rydberg
400 Poydras Street, Suite 1200
New Orleans, LA 70130

Paige C. Jones
Phelps Dunbar
P.O. Box 23066
Jackson, MS 39225-3066

Rebecca K. Jude
Jude & Jude, PLLC
P.O. Box 17468
Hattiesburg, MS 39404-7468

Case MDL No. 875 Document 4030 Filed 12/12/03 Page 4 of 4

PANEL SERVICE LIST (Excerpted from CTO-229) MDL-875 (cont.) Page 2 of 2

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

Bruce M. Kuehnle, Jr.
Bruce M. Kuehnle, Jr., PLLC
P.O. Box 866
Natchez, MS 39121-0866

Daphne M. Lancaster
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Louis B. Lanoux
Watkins & Eager
P. O. Box 650
Jackson, MS 39205-0650

Richard T. Lawrence
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Edward W. Mizell
Butler, Snow, O'Mara, Stevens &
Cannada
P. O. Box 22567
Jackson, MS 39225-2567

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Matthew F. Powers
Samson & Powers, PLLC
P.O. Box 1417
Gulfport, MS 39502-1417

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Ann M. Sico
Bernard, Cassisa, Elliott & Davis
P.O. Box 55490
Metairie, LA 70055-5490

Mark R. Smith
Holcomb Dunbar, P.A.
P.O. Drawer 707
Oxford, MS 38655-0707

John A. Smyth
Maynard, Cooper & Gales, P.C.
1901 Sixth Avenue North
2400 Amsouth/harbert Plaza
Birmingham, AL 35203

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Karl R. Steinberger
Colingo, Williams, Heidelberg, et al.
P.O. Drawer H
Pascagoula, MS 39568

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

David L. Trewolla
Dogan & Wilkinson
P.O. Box 23062
Jackson, MS 39225-3062

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502-4108

John E. Wade, Jr.
Brunini, Grantham, Grower &
Hewes
P. O. Drawer 119
Jackson, MS 39205-0119

Kimberly P. Wallace
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-3979

Louis H. Watson, Jr.
Watson & Heidelberg
520 East Capitol Street
Jackson, MS 39201

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Michael E. Whitehead
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Richard F. Yarborough, Jr.
Smith, Reeves & Yarborough, PLLC
6360 I-55 North, Suite 201
Jackson, MS 39211