**MDL 875**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                                        MDL DOCKET NO. 875

**This Document Relates To:**
**MARVIN JEFFERSON, et al. vs.**
**CRANE CO., ET AL.**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 2 2003

FILED
CLERK'S OFFICE

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**MARVIN JEFFERSON, ET AL.**                                                 **PLAINTIFFS**

**VERSUS**                                                           **CIVIL ACTION NO. 1:30CV733GRo**

**CRANE CO., ET AL.**                                                     **DEFENDANTS**

---

**BRANTON INSULATIONS, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

---

COMES NOW, **BRANTON INSULATIONS, INC.,** and files this its Corporate Disclosure Statement Pursuant to MDL Pane Rule 5.3 of the Rules of the United States District Courts for the Northern District of Mississippi and the Southern District of Mississippi. **BRANTON INSULATIONS, INC.,** states the following:

1. Branton Insulations, Inc.'s parent company is Branton Insulations, Inc.
2. Branton Insulations, Inc. is not a publicly-held company.
3. No publicly-held corporation owns ten percent or more of Branton Insulations, Inc.

Dated this 5th day of December, 2003.

Respectfully submitted,

BRANTON INSULATIONS, INC.

BY: _____
DAVID A. BAKER, (MSB# 101075)
JONATHAN K. HUTH, (MSB# 100084)
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
188 EAST CAPITOL STREET
POST OFFICE BOX 22608
JACKSON, MS 39225-2608
(601) 960-2600; FAX (601) 960-8613

PLEADING NO. 4031

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2003 DEC -9  A 11: 29
RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**
IMAGED DEC 1 2 '03

**CERTIFICATE OF SERVICE**                                JUDICIAL PANEL ON
                                                          MULTIDISTRICT LITIGATION

    I, DAVID A. BAKER, of the law firm of FORMAN PERRY WATKINS KRUTZ &amp;       DEC 1 2 2003
TARDY LLP, do hereby certify that I have this day mailed, by United States mail, postage
prepaid, a true and correct copy of the foregoing BRANTON INSULATIONS, INC.'S CORPORATE       FILED
DISCLOSURE STATEMENT to all counsel of record at their business address, as per the attached     CLERK'S OFFICE
service list.

    THIS, the 5th day of December, 2003.

*[signature]*

DAVID A. BAKER, (MSB# 101075)
JONATHAN K. HUTH, (MSB# 100084)
FORMAN PERRY WATKINS KRUTZ &amp;
TARDY LLP
188 EAST CAPITOL STREET
POST OFFICE BOX 22608
JACKSON, MS 39225-2608
(601) 960-2600; FAX (601) 960-8613