**MDL 875**

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                     MDL DOCKET NO. 875

This Document Relates To:
MARVIN JEFFERSON, et al. vs.
CRANE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 2 2003

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARVIN JEFFERSON, ET AL.                                           PLAINTIFFS

VERSUS                                          CIVIL ACTION NO. 1:30CV733GRo

CRANE CO., ET AL.                                                  DEFENDANTS

---

### ILLINOIS TOOL WORK, INC.'S
### CORPORATE DISCLOSURE STATEMENT

---

COMES NOW, **ILLINOIS TOOL WORK, INC.,** and files this its Corporate Disclosure Statement Pursuant to MDL Pane Rule 5.3 of the Rules of the United States District Courts for the Northern District of Mississippi and the Southern District of Mississippi. **ILLINOIS TOOL WORK, INC.,** states the following:

1. Illinois Tool Work, Inc.'s parent company is Illinois Tool Work Inc.
2. Illinois Tool Work, Inc. is a publicly-held company.
3. No publicly-held corporation owns ten percent or more of Illinois Tool Work, Inc.

Dated this 5th day of December, 2003.

Respectfully submitted,

ILLINOIS TOOL WORK, INC.

BY: *Marlin A. Miller*

MARLIN A. MILLER, (MSB# 99209)
CRAIG E. BRASFIELD, (MSB# 4340)
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
188 EAST CAPITOL STREET
POST OFFICE BOX 22608
JACKSON, MS 39225-2608
(601) 960-2600; FAX (601) 960-8613

**OFFICIAL FILE COPY**

IMAGED DEC 12 '03

## CERTIFICATE OF SERVICE

I, MARLIN A. MILLER, of the law firm of FORMAN PERRY WATKINS KRUTZ & TARDY LLP, do hereby certify that I have this day mailed, by United States mail, postage prepaid, a true and correct copy of the foregoing ILLINOIS TOOL WORK INC.'S CORPORATE DISCLOSURE STATEMENT to all counsel of record at their business address, as per the attached service list.

THIS, the 5th day of December, 2003.

*[signature: Marlin A. Miller]*

MARLIN A. MILLER, (MSB# 99209)
FORMAN PERRY WATKINS &
TARDY LLP
188 EAST CAPITOL STREET
POST OFFICE BOX 22608
JACKSON, MS 39225-2608
(601) 960-2600; FAX (601) 960-8613