# MDL 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                MDL DOCKET NO. 875

This Document Relates To:
MARVIN JEFFERSON, et al. vs.
CRANE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 2 2003

FILED
CLERK'S OFFICE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

MARVIN JEFFERSON, et al                            PLAINTIFFS

VS.                              CIVIL ACTION NO. 1:03CV733GRo

CRANE CO., et al                                   DEFENDANTS

---

### DISCLOSURE STATEMENT FORM

---

Please check one box:

☑  The nongovernmental corporate party, __Turner Supply Company__,
   in the above listed civil action does not have any parent corporation and publicly
   held corporation that owns 10% or more of its stock.

☐  the nongovernmental corporate party, _____, in
   the the above listed civil action has the following parent corporation(s) and
   publicly held corporation(s) that owns 10% or more of its stock:

RECEIVED
CLERK'S OFFICE
2003 DEC -9 A 11:
JUDICIAL PANEL
MULTIDISTRICT
LITIGATION

12-5-2003
Date

James G. Houseler, # 9576
Signature

Counsel for: Turner Supply Company

**OFFICIAL FILE COPY**   IMAGED DEC 12 '03

PLEADING NO. 4033

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 2 2003

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that I have this date mailed by United States mail, postage prepaid a true and correct copy of the foregoing document to counsel on the attached list at their usual business addresses.

THIS, the 5th day of December, 2003.

*James G. House III*
JAMES G. HOUSE, III, MS Bar No. 9576

RECEIVED CLERK'S OFFICE 2003 DEC -9 A 11: 26 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION