**MDL 875**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                              MDL DOCKET NO. 875

This Document Relates To:
MARVIN JEFFERSON, et al. vs.
CRANE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 2 2003

FILED
CLERK'S OFFICE

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

MARVIN JEFFERSON, et al                                    PLAINTIFFS

VS.                                                        CIVIL ACTION NO. 1:03CV733GRo

CRANE CO., et al                                           DEFENDANTS

---

### DISCLOSURE STATEMENT FORM

---

Please check one box:

[X]   The nongovernmental corporate party, __Standard Equipment Company, Inc.__,
      in the above listed civil action does not have any parent corporation and publicly
      held corporation that owns 10% or more of its stock.

[ ]   the nongovernmental corporate party, _____, in
      the the above listed civil action has the following parent corporation(s) and
      publicly held corporation(s) that owns 10% or more of its stock:


12-5-2003                                                  /s/ James G. Housetel
Date                                                       Signature

Counsel for:  Standard Equipment Company, Inc.

OFFICIAL FILE COPY
IMAGED DEC 12 '03

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 2 2003

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that I have this date mailed by United States mail, postage prepaid a true and correct copy of the foregoing document to counsel on the attached list at their usual business addresses.

THIS, the 5th day of December, 2003.

_James G. House III_
JAMES G. HOUSE, III, MS Bar No. 9576

RECEIVED
CLERK'S OFFICE
2003 DEC -9  A 11: 26
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION