**MDL 875**

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)             MDL DOCKET NO. 875

**This Document Relates To:**
**MARVIN JEFFERSON, et al. vs.**
**CRANE CO., ET AL.**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 2 2003

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARVIN JEFFERSON, et al**                      **PLAINTIFFS**

VS.                            **CIVIL ACTION NO. 1:03CV733GRo**

**CRANE CO., et al**                         **DEFENDANTS**

## DISCLOSURE STATEMENT FORM

Please check one box:

[✓] The nongovernmental corporate party, __Komp Equipment Company, Inc.__, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] the nongovernmental corporate party, _____, in the the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____

__12-5-2003__                     _James G. Hoose, #9576_
Date                            Signature

Counsel for: __Komp Equipment Company, Inc.__

**OFFICIAL FILE COPY**

IMAGED DEC 12 '03

## CERTIFICATE OF SERVICE

I hereby certify that I have this date mailed by United States mail, postage prepaid a true and correct copy of the foregoing document to counsel on the attached list at their usual business addresses.

THIS, the 5th day of December, 2003.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 2 2003

FILED
CLERK'S OFFICE

_____
JAMES G. HOUSE, III  MS Bar No. 9576

RECEIVED CLERK'S OFFICE
2003 DEC -9  A 11:25
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION