MDL 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                MDL DOCKET NO. 875

This Document Relates To:
MARVIN JEFFERSON, et al. vs.
CRANE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 2 2003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

FILED
CLERK'S OFFICE

MARVIN JEFFERSON, et al                                    PLAINTIFFS

VS.                                   CIVIL ACTION NO. 1:03CV733GRo

CRANE CO., et al                                           DEFENDANTS

---

### DISCLOSURE STATEMENT FORM

---

Please check one box:

- ☐ The nongovernmental corporate party, _____,
  in the above listed civil action does not have any parent corporation and publicly
  held corporation that owns 10% or more of its stock.

- ☑ the nongovernmental corporate party, <u>Yarway Corporation</u>, in the above listed
  civil action has the following parent corporation(s) and publicly held
  corporation(s) that owns 10% or more of its stock:

  <u>Yarway Corporation is a wholly-owned subsidiary of Tyco Flow Control, Inc.
  Tyco Flow Control, Inc. is a wholly-owned subsidiary of Unistrut Corporation.
  Unistrut Corporation is a wholly-owned subsidiary of Tyco Holding Corp. Tyco
  Holding Corp. is a wholly-owned subsidiary of Tyco Holdings, Inc. Tyco
  Holdings, Inc. is owned by Tyco (US) Holdings, Inc. (93%) and TME
  Management (7%). Tyco (US) Holdings, Inc. is a wholly-owned subsidiary of
  Tyco International Finance Alpha GmbH and TME Management is a wholly-
  owned subsidiary of Unistrut Corporation. Tyco International Finance Alpha
  GmbH is a wholly-owned subsidiary of Tyco Group S.a.r.l. Tyco Group S.a.r.l. is
  a wholly-owned subsidiary of Tyco International Group S.A. Tyco International
  Group S.A. is a wholly-owned subsidiary of Tyco International Ltd.</u>

PLEADING NO. 4036

OFFICIAL FILE COPY
IMAGED DEC 12 '03

RECEIVED CLERK'S OFFICE

12-5-2003
Date

*James G. Housetter*, #9576
Signature

Counsel for: Yarway Corporation

## CERTIFICATE OF SERVICE

I hereby certify that I have this date mailed by United States mail, postage prepaid a true and correct copy of the foregoing document to counsel on the attached list at their usual business addresses.

THIS, the 5th day of December, 2003.

*James G. House* (signature)
JAMES G. HOUSE, III, MS Bar No. 9576