# MDL 875

### IN THE UNITED STATES DISTRICT COURT FOR THE
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ASBESTOS PRODUCTS LIABILITY LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ) ) | JUDICIAL PANEL ON MULTIDISTRICT LITIGATION<br><br>DEC 1 2 2003<br><br>FILED<br>CLERK'S OFFICE<br><br>MDL 875 |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

MARVIN JEFFERSON, ET AL                                    PLAINTIFFS

VERSUS                            CIVIL ACTION No. 1:03CV733GRo

A.M. LOCKETT, ET AL                                        DEFENDANTS

### CORPORATE DISCLOSURE STATEMENT OF
### DEFENDANT EMERSON ELECTRIC CO.

COMES NOW, Emerson Electric Co. and files this its Corporate Disclosure Statement Pursuant to MDL Panel Rule 5.3. Emerson Electric Co. states the following:

1. Emerson Electric Co. has no parent corporation.

2. No publicly-held company owns ten percent (10%) or more of the stock of Emerson Electric Co..

This the 9th day of December, 2003.

Respectfully submitted,

EMERSON ELECTRIC CO.

By: _____
ROBERT P. THOMPSON (MSB# 8188)
LYN B. DODSON (MSB# 99143)

**PLEADING NO. 4037**

**OFFICIAL FILE COPY**
**IMAGED DEC 12 '03**

RECEIVED CLERK'S OFFICE 2003 DEC 9 P 5:18 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

OF COUNSEL:

ROBERT P. THOMPSON
LYN B. DODSON
COPELAND, COOK, TAYLOR & BUSH, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway (39157)
Post Office Box 6020
Ridgeland, Mississippi 39158
Telephone: (601) 856-7200
Facsimile: (601) 856-7626

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 2 2003

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, LYN B. DODSON, one of the attorneys in the above referenced cause, do hereby certify that I have this day caused to be mailed, via United States Postal Service, first class, postage prepaid, a true and correct copy of the above and foregoing **Corporate Disclosure Statement of Defendant Emerson Electric Co.** to:

Louis H. Watson, Jr., Esq.
WATSON & HEIDELBURG, P.A.
520 E. Capitol Street
Jackson, MS 39201

Choice Copy Service
125 S. Congress Street, Suite L-150
Jackson, MS 39201

**ALL OTHER KNOWN COUNSEL OF RECORD**

THIS, the 9th day of December, 2003.

_____
LYN B. DODSON

RECEIVED
CLERK'S OFFICE
2003 DEC -9 P 5:18
JUDICIAL MULTIDISTRICT LITIGATION PANEL ON