

**875**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |
| **This Document Relates To:**<br>MARVIN JEFFERSON, et al. vs.<br>CRANE CO., ET AL. | JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION<br>DEC 1 2 2003<br>FILED<br>CLERK'S OFFICE |

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION



| | |
|---|---|
| **MARVIN JEFFERSON, et al** | **PLAINTIFFS** |
| VS. | CIVIL ACTION NO. 1:03CV733GRo |
| **CRANE CO., et al** | **DEFENDANTS** |

### DISCLOSURE STATEMENT FORM

Please check one box:

☒ The nongovernmental corporate party, Nibco, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, Nibco, Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____

12/9/03
Date

T. Hutc[ole]
Hunt Cole (MBN 6349)
Counsel for: Nibco, Inc.

**OFFICIAL FILE COPY**
IMAGED DEC 12 '03