**MDL 875**

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                                MDL DOCKET NO. 875

**This Document Relates To:**
MARVIN JEFFERSON, et al. vs.
CRANE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 2 2003

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARVIN JEFFERSON, et al**                                        **PLAINTIFFS**

VS.                                                      CIVIL ACTION NO. 1:03CV733GRo

**CRANE CO., et al**                                              **DEFENDANTS**

---

**DISCLOSURE STATEMENT FORM**

---

Please check one box:

☑    The nongovernmental corporate party, Gorman-Rupp Co., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐    The nongovernmental corporate party, Gorman-Rupp Co.., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____

12/8/03
Date

Mark D. Ray (MBN 4652)
Jennifer M. Studebaker (10433)

Counsel for: Gorman-Rupp Co.

PLEADING NO. 4040

**OFFICIAL FILE COPY IMAGED DEC 12 '03**