

MDL 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    MDL DOCKET NO. 875

**This Document Relates To:**
MARVIN JEFFERSON, et al. vs.
CRANE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 12 2003

FILED
CLERK'S OFFICE

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

MARVIN JEFFERSON, et al                                     PLAINTIFFS

VS.                                              CIVIL ACTION NO. 1:03CV733GRo

CRANE CO., et al                                            DEFENDANTS

---

### DISCLOSURE STATEMENT FORM

---

Please check one box:

☒  The nongovernmental corporate party, IDEX Corporation, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐  The nongovernmental corporate party, IDEX Corporation, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

12/8/03
Date

Mark D. Ray (MBN 4652)
Jennifer M. Studebaker (10433)

Counsel for: IDEX Corporation

OFFICIAL FILE COPY
IMAGED DEC 12 '03