**MDL 875**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                MDL DOCKET NO. 875

**This Document Relates To:**
MARVIN JEFFERSON, et al. vs.
CRANE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 2 2003

FILED
CLERK'S OFFICE

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**MARVIN JEFFERSON, et al**                                             **PLAINTIFFS**

VS.                                                     CIVIL ACTION NO. 1:03CV733GRo

**CRANE CO., et al**                                                    **DEFENDANTS**

---

### DISCLOSURE STATEMENT FORM

---

Please check one box:

☑  The nongovernmental corporate party, Warren Pumps, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐  The nongovernmental corporate party, Warren Pumps, Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

12/8/03
Date

Mark D. Ray (MBN 4652)
Jennifer M. Studebaker (10433)

Counsel for: Warren Pumps, Inc.

PLEADING NO. 4042

**OFFICIAL FILE COPY**
IMAGED DEC 1 2 '03