MDL 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                      MDL DOCKET NO. 875

**This Document Relates To:**
**MARVIN JEFFERSON, et al. vs.**
**CRANE CO., ET AL.**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 2 2003

FILED
CLERK'S OFFICE

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**MARVIN JEFFERSON, ET AL.**                                        **PLAINTIFFS**

**VERSUS**                                         **CIVIL ACTION NO. 1:30CV733GRo**

**CRANE CO., ET AL.**                                              **DEFENDANTS**

### JAMESTOWN METAL MARINE SALES, INC.'S
### CORPORATE DISCLOSURE STATEMENT

COMES NOW, **JAMESTOWN METAL MARINE SALES, INC.**, and files this its Corporate Disclosure Statement Pursuant to MDL Pane Rule 5.3 of the Rules of the United States District Courts for the Northern District of Mississippi and the Southern District of Mississippi. **JAMESTOWN METAL MARINE SALES, INC.**, states the following:

1. Jamestown Metal Marine Sales, Inc.'s parent company is Jamestown Metal Marine Sales, Inc.
2. Jamestown Metal Marine Sales, Inc. is not a publicly-held company.
3. No publicly-held corporation owns ten percent or more of Jamestown Metal Marine Sales, Inc.

Dated this 9th day of December, 2003.

Respectfully submitted,

JAMESTOWN METAL MARINE SALES, INC.

BY: /s/

JONATHAN K. HUTH, (MSB# 100084)
THOMAS W. TARDY, III, (MSB# 7431)
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
188 EAST CAPITOL STREET
POST OFFICE BOX 22608
JACKSON, MS 39225-2608
(601) 960-2600 FAX (601)

OFFICIAL FILE COPY   IMAGED DEC 12 '03

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**CERTIFICATE OF SERVICE**

DEC 1 2 2003

FILED
CLERK'S OFFICE

I, JONATHAN K. HUTH, of the law firm of FORMAN PERRY WATKINS KRUTZ & TARDY LLP, do hereby certify that I have this day mailed, by United States mail, postage prepaid, a true and correct copy of the foregoing JAMESTOWN METAL MARINE SALES, INC.'S CORPORATE DISCLOSURE STATEMENT to all counsel of record at their business address, as per the attached service list.

THIS, the 9th day of December, 2003.

JONATHAN K. HUTH, (MSB# 100084)
THOMAS W. TARDY, III, (MSB# 7431)
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
188 EAST CAPITOL STREET
POST OFFICE BOX 22608
JACKSON, MS 39225-2608
(601) 960-2600; FAX (601) 960-8613

2003 DEC 10 A 10: 39
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

Case MDL No. 875   Document 4043   Filed 12/12/03   Page 3 of 3

PANEL SERVICE LIST (Excerpted from CTO-229) MDL-875 (cont.)   Page 2 of 2

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

Bruce M. Kuehnle, Jr.
Bruce M. Kuehnle, Jr., PLLC
P.O. Box 866
Natchez, MS 39121-0866

Daphne M. Lancaster
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Louis B. Lanoux
Watkins & Eager
P. O. Box 650
Jackson, MS 39205-0650

Richard T. Lawrence
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Edward W. Mizell
Butler, Snow, O'Mara, Stevens &
Cannada
P. O. Box 22567
Jackson, MS 39225-2567

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Matthew F. Powers
Samson & Powers, PLLC
P.O. Box 1417
Gulfport, MS 39502-1417

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Ann M. Sico
Bernard, Cassisa, Elliott & Davis
P.O. Box 55490
Metairie, LA 70055-5490

Mark R. Smith
Holcomb Dunbar, P.A.
P.O. Drawer 707
Oxford, MS 38655-0707

John A. Smyth
Maynard, Cooper & Gales, P.C.
1901 Sixth Avenue North
2400 Amsouth/harbert Plaza
Birmingham, AL 35203

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Karl R. Steinberger
Colingo, Williams, Heidelberg, et al.
P.O. Drawer H
Pascagoula, MS 39568

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

David L. Trewolla
Dogan & Wilkinson
P.O. Box 23062
Jackson, MS 39225-3062

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502-4108

John E. Wade, Jr.
Brunini, Grantham, Grower &
Hewes
P. O. Drawer 119
Jackson, MS 39205-0119

Kimberly P. Wallace
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-3979

Louis H. Watson, Jr.
Watson & Heidelberg
520 East Capitol Street
Jackson, MS 39201

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Michael E. Whitehead
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Richard F. Yarborough, Jr.
Smith, Reeves & Yarborough, PLLC
6360 I-55 North, Suite 201
Jackson, MS 39211