875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)         MDL DOCKET NO. 875

**This Document Relates To:**
**MARVIN JEFFERSON, et al. vs.**
**CRANE CO., ET AL.**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 2 2003

FILED
CLERK'S OFFICE

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**MARVIN JEFFERSON, ET AL.**                                     **PLAINTIFFS**

**VERSUS**                                  **CIVIL ACTION NO. 1:30CV733GRo**

**CRANE CO., ET AL.**                                            **DEFENDANTS**

### PARKER-HANNIFIN CORPORATION'S
### CORPORATE DISCLOSURE STATEMENT

COMES NOW, **PARKER-HANNIFIN CORPORATION,** and files this its Corporate Disclosure Statement Pursuant to MDL Pane Rule 5.3 of the Rules of the United States District Courts for the Northern District of Mississippi and the Southern District of Mississippi. **PARKER-HANNIFIN CORPORATION,** states the following:

1. Parker-Hannifin Corporation's parent company is Parker-Hannifin Corporation.
2. Parker-Hannifin Corporation is a publicly-held company.
3. No publicly-held corporation owns ten percent or more of Parker-Hannifin Corporation.

Dated this 10th day of December, 2003.

Respectfully submitted,

PARKER-HANNIFIN CORPORATION

BY: _____
JOHN C. McCANTS III, (MSB# 10003)
THOMAS W. TARDY, III, (MSB# 7431)
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
188 EAST CAPITOL STREET
POST OFFICE BOX 22608
JACKSON, MS 39225-2608
(601) 960-2600; FAX (601) 960-8613

PLEADING NO. 4044

**OFFICIAL FILE COPY** IMAGED DEC 12 '03

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 2 2003

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I, JOHN C. McCANTS III, of the law firm of FORMAN PERRY WATKINS KRUTZ & TARDY LLP, do hereby certify that I have this day mailed, by United States mail, postage prepaid, a true and correct copy of the foregoing PARKER-HANNIFIN CORPORATION'S CORPORATE DISCLOSURE STATEMENT to all counsel of record at their business address, as per the attached service list.

THIS, the 10th day of December, 2003.

JOHN C. McCANTS III, (MSB# 100031)
THOMAS W. TARDY, III, (MSB# 7431)
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
188 EAST CAPITOL STREET
POST OFFICE BOX 22608
JACKSON, MS 39225-2608
(601) 960-2600; FAX (601) 960-8613

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2003 DEC 11  A 10: 37

RECEIVED
CLERK'S OFFICE