MDL 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    MDL DOCKET NO. 875

**This Document Relates To:**
MARVIN JEFFERSON, et al. vs.
CRANE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 12 2003

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARVIN JEFFERSON, et al**                     PLAINTIFFS

VS.                                             CIVIL ACTION NO. 1:03CV733GRo

**CRANE CO., et al**                             DEFENDANTS

---

## DISCLOSURE STATEMENT FORM

---

Please check one box:

☑  The nongovernmental corporate party,  _____A.R. Wilfley & Sons, Inc._____
   _____, in the above listed civil action does not have any parent
   corporation and publicly held corporation that owns 10% or more of its stock.

☐  the nongovernmental corporate party, _____, in
   the the above listed civil action has the following parent corporation(s) and
   publicly held corporation(s) that owns 10% or more of its stock:

   _____
   _____
   _____
   _____

12/8/03                                         _____
Date                                            Signature

Counsel for: A. R. Wilfley & Sons, Inc.

**OFFICIAL FILE COPY** IMAGED DEC 12 '03