**MDL 875**

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    MDL DOCKET NO. 875

This Document Relates To:
MARVIN JEFFERSON, et al. vs.
CRANE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 2 2003

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARVIN JEFFERSON, et al                                    PLAINTIFFS

VS.                                      CIVIL ACTION NO. 1:03CV733GRo

CRANE CO., et al                                           DEFENDANTS

---

### DISCLOSURE STATEMENT FORM

---

Please check one box:

☑ The nongovernmental corporate party, _____Dover Corporation_____
_____, in the above listed civil action does not have any parent
corporation and publicly held corporation that owns 10% or more of its stock.

☐ the nongovernmental corporate party, _____, in
the the above listed civil action has the following parent corporation(s) and
publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

12/8/03                                               [signature]
Date                                                  Signature

Counsel for: Dover Corporation

**OFFICIAL FILE COPY**

IMAGED DEC 12 '03