MDL 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                        MDL DOCKET NO. 875

This Document Relates To:
MARVIN JEFFERSON, et al. vs.
CRANE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
DEC 1 2 2003
FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARVIN JEFFERSON, et al                                 PLAINTIFFS

VS.                                 CIVIL ACTION NO. 1:03CV733GRo

CRANE CO., et al                                        DEFENDANTS

## DISCLOSURE STATEMENT FORM

Please check one box:

[✓]  The nongovernmental corporate party, _____Kamco Supply Co., Inc._____
     _____, in the above listed civil action does not have any parent
     corporation and publicly held corporation that owns 10% or more of its stock.

[ ]  the nongovernmental corporate party, _____, in
     the the above listed civil action has the following parent corporation(s) and
     publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

Date                                       Signature

Counsel for: Kamco Supply Co., Inc.

OFFICIAL FILE COPY

IMAGED DEC 12 '03