

MDL 875

DOCKET NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 17 2003

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Marvin Jefferson, et al. v. A. M. Lockett Co., Ltd., et al.*
*United States District Court for the Southern District of Mississippi, Southern Division*
*Civil Action No. 1:03CV733GRo*

## ROBERTSON CECO CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Comes now Robertson Ceco Corporation pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multi District Litigation and files this its Corporate Disclosure Statement and would respectfully show unto the Court as follows:

1. Robertson Ceco Corporation is a privately held corporation with no parent corporation and no publicly held company owns ten percent or more of its stock.

This the 11th day of December, 2003.

Respectfully submitted,

ROBERTSON CECO CORPORATION

BY: _____
RONALD G. PERESICH, MSB #4113
MICHAEL E. WHITEHEAD, MSB #8891
W. MARK EDWARDS, MSB #8935
PAGE, MANNINO, PERESICH &
MCDERMOTT, P.L.L.C.
759 VIEUX MARCHE' MALL
POST OFFICE DRAWER 289
BILOXI, MS 39533
228/374-2100; FAX 228/432-5539

OFFICIAL FILE COPY  IMAGED DEC 17 '03

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 17 2003

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, **MICHAEL E. WHITEHEAD**, of the law firm of **PAGE, MANNINO, PERESICH & MCDERMOTT, P.L.L.C.**, have this day mailed, by United States mail, postage prepaid, a true and correct copy of the above and foregoing **ROBERTSON CECO CORPORATION'S CORPORATE DISCLOSURE STATEMENT**, to the counsel listed on the Panel Service List excerpted from CTO-229, a copy of which is attached hereto and all counsel of record in this case attached hereto as well.

THIS, the 11th day of December, 2003.

_____
MICHAEL E. WHITEHEAD
PAGE, MANNINO, PERESICH &
MCDERMOTT, P.L.L.C.
759 VIEUX MARCHE' MALL
POST OFFICE DRAWER 289
BILOXI, MS 39533
228/374-2100; FAX 228/432-5539

N:\cases\27874\Jefferson.M\P\CorporateDisclosureStatement.wpd

2003 DEC 16 A 7:51
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

PANEL SERVICE LIST (Excerpted from CTO-229) MDL-875 (Cont.)                         Page 2 of 2

| | | |
|---|---|---|
| Reginald S. Kramer, Esquire<br>OLDHAM & DOWLING<br>195 South Main Street, Suite 300<br>Akron, OH 44308-1314 | John D. Roven, Esquire<br>ROVEN, KAPLAN & WELLS<br>2190 North Loop West, Suite 410<br>Houston, TX 77018 | Carey R. Varnado, Esquire<br>MONTAGUE, PITTMAN &<br>VARNADO<br>Post Office Box 1975<br>Hattiesburg, Mississippi 39403-1975 |
| Bruce M. Kuehnle, Jr., Esquire<br>LAW OFFICES OF BRUCE M.<br>KUEHNLE, JR., PLLC<br>P.O. Box 866<br>Natchez, MS 39122-0866 | Richard D. Schuster, Esquire<br>VORYS, SATER, SEYMOUR &<br>PEASE, L.L.P.<br>P.O. Box 1008<br>Columbus, OH 43216 | Thomas E. Vaughn Esquire<br>ALLEN, VAUGHN, COBB & HOOD,<br>P.A.<br>Post Office Drawer 4108<br>Gulfport, Mississippi 39502-4108 |
| Daphne M. Lancaster, Esquire<br>AULTMAN, TYNER, RUFFIN &<br>YARBOROUGH, LTD.<br>Post Office Drawer 750<br>Hattiesburg, Mississippi 39403-0750 | Neil Selman, Esquire<br>SELMAN, BREITMAN & BURGESS<br>11766 Wilshire Boulevard, Sixth Floor<br>Los Angeles, CA 90025 | John E. Wade, Jr., Esquire<br>BRUNINI, GRANTHAM, GROWER,<br>& HEWES, P.L.L.C.<br>Post Office Drawer 119<br>Jackson, MS 39205-0119 |
| David C. Landin, Esquire<br>HINTON E WILLIAMS<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Ann M. Sico, Esquire<br>BERNARD, CASSISA, ELLIOTT &<br>DAVIS<br>Post Office Box 55490<br>Metairie, Louisiana 70055-5490 | Kimberly P. Wallace, Esquire<br>BARFIELD & ASSOCIATES, P.A.<br>Post Office Drawer 3979<br>Jackson, MS 39207-3979 |
| Louis B. Lanoux, Esquire<br>WATKINS & EAGER<br>P.O. Box 650<br>Jackson, MS 39205-0650 | Mark R. Smith, Esquire<br>HOLCOMB DUNBAR, P.A.<br>P.O. Drawer 707<br>Oxford, MS 38655-0707 | Louis H. Watson, Jr., Esquire<br>WATSON & HEIDELBERG, P.A.<br>520 E. Capitol Street<br>Jackson, MS 39201 |
| Richard T. Lawrence, Esquire<br>WATKINS & EAGER<br>P.O. Box 650<br>Jackson, MS 39205-0650 | John A. Smyth, III, Esquire<br>MAYNARD, COOPER & GALE, P.C.<br>1901 Sixth Avenue North<br>2400 AmSouth/Harbert Plaza<br>Birmingham, AL 35203-2618 | James K. Weston, II, Esquire<br>TOM RILEY LAW FIRM<br>P.O. Box 998<br>Cedar Rapids, IA 52406 |
| Gene Locks, Esquire<br>GREITZER & LOCKS<br>1500 Walnut Street<br>Philadelphia, PA 19102 | Robert N. Spinelli, Esquire<br>KELLY, JASONS, MCGUIRE &<br>SPINELLI<br>Centre Square West, 15th Floor<br>Philadelphia, PA 19102 | Michael E. Whitehead, Esquire<br>PAGE, MANNINO, PERESICH &<br>MCDERMOTT, P.L.L.C.<br>P. O. Drawer 289<br>Biloxi, MS 39533 |
| Edward W. Mizell, Esquire<br>BUTLER, SNOW, O'MARA,<br>STEVENS & CANNADA<br>Post Office Box 22567<br>Jackson, MS 39225-2567 | Karl R. Steinberger, Esquire<br>COLINGO, WILLIAMS,<br>HEIDELBERG, STEINBERGER &<br>McELHANEY<br>Post Office Box 1407<br>Pascagoula, Mississippi 39567 | Richard F. Yarborough, Jr., Esquire<br>SMITH, REEVES & YARBOROUGH,<br>P.L.L.C.<br>Post Office Box 13469<br>Jackson, MS 39236-3469 |
| Ronald L. Motley, Esquire<br>MOTLEY RICE, L.L.C.<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29464 | Robert E. Swickle, Esquire<br>JAQUES ADMIRALTY LAW FIRM,<br>P.C.<br>1370 Penobscot Building<br>Detroit, MI 48226 | Matthew F. Powers, Esquire<br>SAMSON & POWERS, P.L.L.C.<br>Post Office Box 1417<br>Gulfport, MS 39502 |
| Andrew J. Trevelise, Esquire<br>REED SMITH, L.L.P.<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 | John J. Repcheck, Esquire<br>MARKS, O'NEILL, O'BRIEN &<br>COURTNEY<br>3200 Gulf Tower, 707 Grant Street<br>Pittsburgh, PA 15219 | David L. Trewolla, Esquire<br>DOGAN & WILKINSON, PLLC<br>Post Office Box 23062<br>Jackson, MS 39225-3062 |

Case MDL No. 875   Document 4049   Filed 12/17/03   Page 4 of 4

PANEL SERVICE LIST (Excerpted from CTO-229) MDL-875 (Cont.)                                     Page 2 of 2

| | | |
|---|---|---|
| Reginald S. Kramer, Esquire<br>OLDHAM & DOWLING<br>195 South Main Street, Suite 300<br>Akron, OH 44308-1314 | John D. Roven, Esquire<br>ROVEN, KAPLAN & WELLS<br>2190 North Loop West, Suite 410<br>Houston, TX 77018 | Carey R. Varnado, Esquire<br>MONTAGUE, PITTMAN &<br>VARNADO<br>Post Office Box 1975<br>Hattiesburg, Mississippi  39403-1975 |
| Bruce M. Kuehnle, Jr., Esquire<br>LAW OFFICES OF BRUCE M.<br>KUEHNLE, JR., PLLC<br>P.O. Box 866<br>Natchez, MS  39122-0866 | Richard D. Schuster, Esquire<br>VORYS, SATER, SEYMOUR &<br>PEASE, L.L.P.<br>P.O. Box 1008<br>Columbus, OH 43216 | Thomas E. Vaughn Esquire<br>ALLEN, VAUGHN, COBB & HOOD,<br>P.A.<br>Post Office Drawer 4108<br>Gulfport, Mississippi  39502-4108 |
| Daphne M. Lancaster, Esquire<br>AULTMAN, TYNER, RUFFIN &<br>YARBOROUGH, LTD.<br>Post Office Drawer 750<br>Hattiesburg, Mississippi  39403-0750 | Neil Selman, Esquire<br>SELMAN, BREITMAN & BURGESS<br>11766 Wilshire Boulevard, Sixth Floor<br>Los Angeles, CA 90025 | John E. Wade, Jr., Esquire<br>BRUNINI, GRANTHAM, GROWER,<br>& HEWES, P.L.L.C.<br>Post Office Drawer 119<br>Jackson, MS 39205-0119 |
| David C. Landin, Esquire<br>HINTON E WILLIAMS<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Ann M. Sico, Esquire<br>BERNARD, CASSISA, ELLIOTT &<br>DAVIS<br>Post Office Box 55490<br>Metairie, Louisiana   70055-5490 | Kimberly P. Wallace, Esquire<br>BARFIELD & ASSOCIATES, P.A.<br>Post Office Drawer 3979<br>Jackson, MS 39207-3979 |
| Louis B. Lanoux, Esquire<br>WATKINS & EAGER<br>P.O. Box 650<br>Jackson, MS 39205-0650 | Mark R. Smith, Esquire<br>HOLCOMB DUNBAR, P.A.<br>P.O. Drawer 707<br>Oxford, MS 38655-0707 | Louis H. Watson, Jr., Esquire<br>WATSON & HEIDELBERG, P.A.<br>520 E. Capitol Street<br>Jackson, MS 39201 |
| Richard T. Lawrence, Esquire<br>WATKINS & EAGER<br>P.O. Box 650<br>Jackson, MS 39205-0650 | John A. Smyth, III, Esquire<br>MAYNARD, COOPER & GALE, P.C.<br>1901 Sixth Avenue North<br>2400 AmSouth/Harbert Plaza<br>Birmingham, AL 35203-2618 | James K. Weston, II, Esquire<br>TOM RILEY LAW FIRM<br>P.O. Box 998<br>Cedar Rapids, IA 52406 |
| Gene Locks, Esquire<br>GREITZER & LOCKS<br>1500 Walnut Street<br>Philadelphia, PA 19102 | Robert N. Spinelli, Esquire<br>KELLY, JASONS, MCGUIRE &<br>SPINELLI<br>Centre Square West, 15th Floor<br>Philadelphia, PA 19102 | Michael E. Whitehead, Esquire<br>PAGE, MANNINO, PERESICH &<br>MCDERMOTT, P.L.L.C.<br>P. O. Drawer 289<br>Biloxi, MS 39533 |
| Edward W. Mizell, Esquire<br>BUTLER, SNOW, O'MARA,<br>STEVENS & CANNADA<br>Post Office Box 22567<br>Jackson, MS 39225-2567 | Karl R. Steinberger, Esquire<br>COLINGO, WILLIAMS,<br>HEIDELBERG, STEINBERGER &<br>McELHANEY<br>Post Office Box 1407<br>Pascagoula, Mississippi  39567 | Richard F. Yarborough, Jr., Esquire<br>SMITH, REEVES & YARBOROUGH,<br>P.L.L.C.<br>Post Office Box 13469<br>Jackson, MS 39236-3469 |
| Ronald L. Motley, Esquire<br>MOTLEY RICE, L.L.C.<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29464 | Robert E. Swickle, Esquire<br>JAQUES ADMIRALTY LAW FIRM,<br>P.C.<br>1370 Penobscot Building<br>Detroit, MI 48226 | Matthew F. Powers, Esquire<br>SAMSON & POWERS, P.L.L.C.<br>Post Office Box 1417<br>Gulfport, MS 39502 |
| Andrew J. Trevelise, Esquire<br>REED SMITH, L.L.P.<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 | John J. Repcheck, Esquire<br>MARKS, O'NEILL, O'BRIEN &<br>COURTNEY<br>3200 Gulf Tower, 707 Grant Street<br>Pittsburgh, PA 15219 | David L. Trewolla, Esquire<br>DOGAN & WILKINSON, PLLC<br>Post Office Box 23062<br>Jackson, MS  39225-3062 |