

# MDL 875
## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 17 2003

FILED
CLERK'S OFFICE

*Marvin Jefferson, et al. v. A. M. Lockett Co., Ltd., et al.*
United States District Court for the Southern District of Mississippi, Southern Division
Civil Action No. 1:03CV733GRo

## WEAKS ENTERPRISES, INC.
## CORPORATE DISCLOSURE STATEMENT

Comes now Weaks Enterprises, Inc. pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multi District Litigation and files this its Corporate Disclosure Statement and would respectfully show unto the Court as follows:

1. Weaks Enterprises, Inc. is a privately held company with no parent corporation and no publicly held company owns ten percent or more of its stock.

This the 12th day of December, 2003.

Respectfully submitted,

WEAKS ENTERPRISES, INC.

BY: _____
RONALD G. PERESICH, MSB #4113
MICHAEL E. WHITEHEAD, MSB #8891
W. MARK EDWARDS, MSB #8935
PAGE, MANNINO, PERESICH &
MCDERMOTT, P.L.L.C.
759 VIEUX MARCHE' MALL
POST OFFICE DRAWER 289
BILOXI, MS 39533
228/374-2100; FAX 228/432-5539

PLEADING NO. 4050

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2003 DEC 16   A 7:50

RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**   IMAGED DEC 17 '03

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 17 2003

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, **MICHAEL E. WHITEHEAD**, of the law firm of **PAGE, MANNINO, PERESICH & MCDERMOTT, P.L.L.C.**, have this day mailed, by United States mail, postage prepaid, a true and correct copy of the above and foregoing **WEAKS ENTERPRISES, INC.'S CORPORATE DISCLOSURE STATEMENT**, to the counsel listed on the Panel Service List excerpted from CTO-229, a copy of which is attached hereto and all counsel of record in this case attached hereto as well.

THIS, the 12th day of December, 2003.

MICHAEL E. WHITEHEAD
PAGE, MANNINO, PERESICH &
MCDERMOTT, P.L.L.C.
759 VIEUX MARCHE' MALL
POST OFFICE DRAWER 289
BILOXI, MS 39533
228/374-2100; FAX 228/432-5539

N:\cases\27885\Jefferson, M\P\CorporateDisclosureStatement.wpd

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
2003 DEC 16 A 7:50
RECEIVED
CLERK'S OFFICE

PANEL SERVICE LIST (Excerpted from CTO-229)     Page 1 of 2
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Marvin Jefferson, et al. v. A.M. Lockett & Co., Ltd., et al.*, S.D. Mississippi, C.A. No. 1:03-733

| | | |
|---|---|---|
| Robert M. Arentson, Jr., Esquire<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ<br>P.O. Box 14167<br>Jackson, MS 39236-4167 | Susan Coco, Esquire<br>MONTAGUE, PITTMAN & VARNADO<br>P.O. Drawer 1975<br>Hattiesburg, MS 39403 | Michael O. Gwin, Esquire<br>WATKINS & EAGER<br>P.O. Box 650<br>Jackson, MS 39205 |
| Paul E. Barnes, Esquire<br>WISE, CARTER, CHILD & CARAWAY<br>P.O. Box 651<br>Jackson, MS 39205 | David A. Damico, Esquire<br>BURNS, WHITE & HICKTON<br>Fifth Avenue Place, Suite 2400<br>120 Fifth Avenue<br>Pittsburgh, PA 15222 | Susan M. Hansen, Esquire<br>BROWNSON & BALLOU<br>4800 U.S. Bank Place<br>601 Second Avenue, South<br>Minneapolis, MN 55402 |
| Monte L. Barton, Jr., Esquire<br>COPELAND COOK TAYLOR & BUSH<br>Post Office Box 6020<br>Ridgeland, MS 39158 | Lyn P. Dodson, Esquire<br>COPELAND COOK TAYLOR & BUSH<br>Post Office Box 6020<br>Ridgeland, MS 39158 | Frances K. Hardage, Esquire<br>Daniel, Coker, Horton & Bell<br>P.O. Box 1084<br>Jackson, MS 39215-1084 |
| Richard C. Binzley, Esquire<br>THOMPSON HINE, L.L.P.<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | Charles M. Evert, Esquire<br>Evert & Weathersby, L.L.c.<br>3405 Piedmont Road, Suite 225<br>Atlanta, GA 30305 | Joseph M. Hart, IV, Esquire<br>SMITH & FAWER<br>201 St. Charles Avenue, Suite 3702<br>New Orleans, LA 70170 |
| James H. Bolin, Esquire<br>BUTLER, SNOW, O'MARA, STEVENS & CANNADA<br>Post Office Box 22567<br>Jackson, MS 39225-2567 | James L. Fletcher, Jr., Esquire<br>MONTGOMERY BARNETT<br>3200 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-3200 | Christy C. Hendrix, Esquire<br>SULZER & WILLIAMS, L.L.C.<br>201 Holiday Blvd., Suite 335<br>Covington, LA 70433 |
| Craig E. Brasfield, Esquire<br>FORMAN, PERRY, WATKINS, KRUTZ & TARDY<br>Post Office Box 22608<br>Jackson, Mississippi  39225-2608 | Raymond P. Forceno, Esquire<br>FORCENO & HANNON<br>Philadelphia Bourse Building, Suite 1000<br>Independence Mall East<br>Philadelphia, PA 19106 | Alben N. Hopkins, Esquire<br>HOPKINS, BARVIE' & HOPKINS, P.L.L.C.<br>Post Office Box 1510<br>Gulfport, Mississippi  39502 |
| Patrick R. Buchanan, Esquire<br>BROWN, BUCHANAN, & SESSOMS, P.A.<br>Post Office Drawer 1377<br>Biloxi, MS  39533 | Ellen B. Furman, Esquire<br>GOLDFEIN & HOSMER<br>1600 Market Street, 33rd Floor<br>Philadelphia, PA 19103 | Jeffrey P. Hubbard, Esquire<br>WELLS, MOORE, SIMMONS & HUBBARD<br>Post Office Box 1970<br>Jackson, Mississippi  39215-1970 |
| Brian T. Carr, Esquire<br>CARR & ASSOCIATES<br>4636 Sanford Street, Suite 100<br>Metairie, LA 70006 | William N. Graham, Esquire<br>AULTMAN, TYNER, RUFFIN & YARBOROUGH, LTD.<br>Post Office Drawer 750<br>Hattiesburg, Mississippi  39403-0750 | Stephen J. Irwin, Esquire<br>DUNCAN, COURINGTON & RYDBERG<br>400 Poydras Street, Suite 1200<br>New Orleans, LA 70130 |
| Edward J. Cass, Esquire<br>GALLAGHER, SHARP, FULTON & NORMAN<br>Bulkley Building, 7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | Cheri D. Green, Esquire<br>BRUNINI, GRANTHAM, GROWER, & HEWES, P.L.L.C.<br>Post Office Drawer 119<br>Jackson, MS 39205-0119 | Paige C. Jones, Esquire<br>PHELPS DUNBAR, LLP<br>Post Office Box 23066<br>Jackson, Mississippi 39225 |
| Adam M. Chud, Esquire<br>SHEA & GARDNER<br>1800 Massachusetts Avenue, N.W.<br>Washington, DC 20036 | Lucien C. Gwin, Jr., Esquire<br>GWIN, LEWIS & PUNCHES<br>P.O. Box 1344<br>Natchez, MS 39121-1344 | Rebecca K. Jude, Esquire<br>JUDE & JUDE, P.L.L.C.<br>Post Office Box 17468<br>Hattiesburg, Mississippi  39404 |

Case MDL No. 875   Document 4050   Filed 12/17/03   Page 4 of 4

PANEL SERVICE LIST (Excerpted from CTO-229) MDL-875 (Cont.)                         Page 2 of 2

| | | |
|---|---|---|
| Reginald S. Kramer, Esquire<br>OLDHAM & DOWLING<br>195 South Main Street, Suite 300<br>Akron, OH 44308-1314 | John D. Roven, Esquire<br>ROVEN, KAPLAN & WELLS<br>2190 North Loop West, Suite 410<br>Houston, TX 77018 | Carey R. Varnado, Esquire<br>MONTAGUE, PITTMAN &<br>VARNADO<br>Post Office Box 1975<br>Hattiesburg, Mississippi 39403-1975 |
| Bruce M. Kuehnle, Jr., Esquire<br>LAW OFFICES OF BRUCE M.<br>KUEHNLE, JR., PLLC<br>P.O. Box 866<br>Natchez, MS 39122-0866 | Richard D. Schuster, Esquire<br>VORYS, SATER, SEYMOUR &<br>PEASE, L.L.P.<br>P.O. Box 1008<br>Columbus, OH 43216 | Thomas E. Vaughn Esquire<br>ALLEN, VAUGHN, COBB & HOOD,<br>P.A.<br>Post Office Drawer 4108<br>Gulfport, Mississippi 39502-4108 |
| Daphne M. Lancaster, Esquire<br>AULTMAN, TYNER, RUFFIN &<br>YARBOROUGH, LTD.<br>Post Office Drawer 750<br>Hattiesburg, Mississippi 39403-0750 | Neil Selman, Esquire<br>SELMAN, BREITMAN & BURGESS<br>11766 Wilshire Boulevard, Sixth Floor<br>Los Angeles, CA 90025 | John E. Wade, Jr., Esquire<br>BRUNINI, GRANTHAM, GROWER,<br>& HEWES, P.L.L.C.<br>Post Office Drawer 119<br>Jackson, MS 39205-0119 |
| David C. Landin, Esquire<br>HINTON E WILLIAMS<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Ann M. Sico, Esquire<br>BERNARD, CASSISA, ELLIOTT &<br>DAVIS<br>Post Office Box 55490<br>Metairie, Louisiana 70055-5490 | Kimberly P. Wallace, Esquire<br>BARFIELD & ASSOCIATES, P.A.<br>Post Office Drawer 3979<br>Jackson, MS 39207-3979 |
| Louis B. Lanoux, Esquire<br>WATKINS & EAGER<br>P.O. Box 650<br>Jackson, MS 39205-0650 | Mark R. Smith, Esquire<br>HOLCOMB DUNBAR, P.A.<br>P.O. Drawer 707<br>Oxford, MS 38655-0707 | Louis H. Watson, Jr., Esquire<br>WATSON & HEIDELBERG, P.A.<br>520 E. Capitol Street<br>Jackson, MS 39201 |
| Richard T. Lawrence, Esquire<br>WATKINS & EAGER<br>P.O. Box 650<br>Jackson, MS 39205-0650 | John A. Smyth, III, Esquire<br>MAYNARD, COOPER & GALE, P.C.<br>1901 Sixth Avenue North<br>2400 AmSouth/Harbert Plaza<br>Birmingham, AL 35203-2618 | James K. Weston, II, Esquire<br>TOM RILEY LAW FIRM<br>P.O. Box 998<br>Cedar Rapids, IA 52406 |
| Gene Locks, Esquire<br>GREITZER & LOCKS<br>1500 Walnut Street<br>Philadelphia, PA 19102 | Robert N. Spinelli, Esquire<br>KELLY, JASONS, MCGUIRE &<br>SPINELLI<br>Centre Square West, 15th Floor<br>Philadelphia, PA 19102 | Michael E. Whitehead, Esquire<br>PAGE, MANNINO, PERESICH &<br>MCDERMOTT, P.L.L.C.<br>P. O. Drawer 289<br>Biloxi, MS 39533 |
| Edward W. Mizell, Esquire<br>BUTLER, SNOW, O'MARA,<br>STEVENS & CANNADA<br>Post Office Box 22567<br>Jackson, MS 39225-2567 | Karl R. Steinberger, Esquire<br>COLINGO, WILLIAMS,<br>HEIDELBERG, STEINBERGER &<br>McELHANEY<br>Post Office Box 1407<br>Pascagoula, Mississippi 39567 | Richard F. Yarborough, Jr., Esquire<br>SMITH, REEVES & YARBOROUGH,<br>P.L.L.C.<br>Post Office Box 13469<br>Jackson, MS 39236-3469 |
| Ronald L. Motley, Esquire<br>MOTLEY RICE, L.L.C.<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29464 | Robert E. Swickle, Esquire<br>JAQUES ADMIRALTY LAW FIRM,<br>P.C.<br>1370 Penobscot Building<br>Detroit, MI 48226 | Matthew F. Powers, Esquire<br>SAMSON & POWERS, P.L.L.C.<br>Post Office Box 1417<br>Gulfport, MS 39502 |
| Andrew J. Trevelise, Esquire<br>REED SMITH, L.L.P.<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 | John J. Repcheck, Esquire<br>MARKS, O'NEILL, O'BRIEN &<br>COURTNEY<br>3200 Gulf Tower, 707 Grant Street<br>Pittsburgh, PA 15219 | David L. Trewolla, Esquire<br>DOGAN & WILKINSON, PLLC<br>Post Office Box 23062<br>Jackson, MS 39225-3062 |