MDL 875

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DEC 17 2003

FILED
CLERK'S OFFICE

*Marvin Jefferson, et al. v. A. M. Lockett Co., Ltd., et al.*
*United States District Court for the Southern District of Mississippi, Southern Division*
*Civil Action No. 1:03CV733GRo*

### ALBANY INTERNATIONAL CORP.'S
### CORPORATE DISCLOSURE STATEMENT

Comes now Albany International Corp. pursuant to Rule 5.3 of the Rules of Procedure of the

Judicial Panel on Multi District Litigation and files this its Corporate Disclosure Statement and

would respectfully show unto the Panel as follows:

1. Albany International Corp. is a publicly traded company on the New York Stock

Exchange, symbol, AIN. Albany International Corp. has no parent corporation.

2. Entities owning, directly or indirectly more than ten percent of Albany International

Corp.'s stock is FMR Corp.

This the 12th day of December, 2003.

Respectfully submitted,

ALBANY INTERNATIONAL CORP.

JUDICIAL PANEL
MULTIDISTRIC
LITIGATION

2003 DEC 16 A 7: 44

RECEIVED
CLERK'S OFFICE

BY: _____

RONALD G. PERESICH, MSB #4113
MICHAEL E. WHITEHEAD, MSB #8891
W. MARK EDWARDS, MSB #8935
PAGE, MANNINO, PERESICH &
MCDERMOTT, P.L.L.C.
759 VIEUX MARCHE' MALL
POST OFFICE DRAWER 289
BILOXI, MS 39533
228/374-2100; FAX 228/432-553

OFFICIAL FILE COPY

IMAGED DEC 17 '03

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 17 2003

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, **MICHAEL E. WHITEHEAD**, of the law firm of **PAGE, MANNINO, PERESICH &**

**MCDERMOTT, P.L.L.C.**, have this day mailed, by United States mail, postage prepaid, a true and

correct copy of the above and foregoing **ALBANY INTERNATIONAL CORP.'S CORPORATE**

**DISCLOSURE STATEMENT**, to the counsel listed on the Panel Service List excerpted from CTO-229,

a copy of which is attached hereto and all counsel of record in this case attached hereto as well.

THIS, the 12th day of December, 2003.

MICHAEL E. WHITEHEAD
PAGE, MANNINO, PERESICH &
MCDERMOTT, P.L.L.C.
759 VIEUX MARCHE' MALL
POST OFFICE DRAWER 289
BILOXI, MS 39533
228/374-2100; FAX 228/432-5539

N:\cases\25780\Jefferson.M\P\CorporateDisclosureStatement.wpd

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2003 DEC 16  A 7: 44

RECEIVED
CLERK'S OFFICE

**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Marvin Jefferson, et al. v. A.M. Lockett & Co., Ltd., et al.,* S.D. Mississippi, C.A. No. 1:03-733

| | | |
|---|---|---|
| Robert M. Arentson, Jr., Esquire<br>BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ<br>P.O. Box 14167<br>Jackson, MS 39236-4167 | Susan Coco, Esquire<br>MONTAGUE, PITTMAN &<br>VARNADO<br>P.O. Drawer 1975<br>Hattiesburg, MS 39403 | Michael O. Gwin, Esquire<br>WATKINS & EAGER<br>P.O. Box 650<br>Jackson, MS 39205 |
| Paul E. Barnes, Esquire<br>WISE, CARTER, CHILD &<br>CARAWAY<br>P.O. Box 651<br>Jackson, MS 39205 | David A. Damico, Esquire<br>BURNS, WHITE & HICKTON<br>Fifth Avenue Place, Suite 2400<br>120 Fifth Avenue<br>Pittsburgh, PA 15222 | Susan M. Hansen, Esquire<br>BROWNSON & BALLOU<br>4800 U.S. Bank Place<br>601 Second Avenue, South<br>Minneapolis, MN 55402 |
| Monte L. Barton, Jr., Esquire<br>COPELAND COOK TAYLOR &<br>BUSH<br>Post Office Box 6020<br>Ridgeland, MS 39158 | Lyn P. Dodson, Esquire<br>COPELAND COOK TAYLOR &<br>BUSH<br>Post Office Box 6020<br>Ridgeland, MS 39158 | Frances K. Hardage, Esquire<br>Daniel, Coker, Horton & Bell<br>P.O. Box 1084<br>Jackson, MS 39215-1084 |
| Richard C. Binzley, Esquire<br>THOMPSON HINE, L.L.P.<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | Charles M. Evert, Esquire<br>Evert & Weathersby, L.L.c.<br>3405 Piedmont Road, Suite 225<br>Atlanta, GA 30305 | Joseph M. Hart, IV, Esquire<br>SMITH & FAWER<br>201 St. Charles Avenue, Suite 3702<br>New Orleans, LA 70170 |
| James H. Bolin, Esquire<br>BUTLER, SNOW, O'MARA,<br>STEVENS & CANNADA<br>Post Office Box 22567<br>Jackson, MS 39225-2567 | James L. Fletcher, Jr., Esquire<br>MONTGOMERY BARNETT<br>3200 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-3200 | Christy C. Hendrix, Esquire<br>SULZER & WILLIAMS, L.L.C.<br>201 Holiday Blvd., Suite 335<br>Covington, LA 70433 |
| Craig E. Brasfield, Esquire<br>FORMAN, PERRY, WATKINS,<br>KRUTZ & TARDY<br>Post Office Box 22608<br>Jackson, Mississippi    39225-2608 | Raymond P. Forceno, Esquire<br>FORCENO & HANNON<br>Philadelphia Bourse Building, Suite<br>1000<br>Independence Mall East<br>Philadelphia, PA 19106 | Alben N. Hopkins, Esquire<br>HOPKINS, BARVIE' & HOPKINS,<br>P.L.L.C.<br>Post Office Box 1510<br>Gulfport, Mississippi  39502 |
| Patrick R. Buchanan, Esquire<br>BROWN, BUCHANAN, &<br>SESSOMS, P.A.<br>Post Office Drawer 1377<br>Biloxi, MS  39533 | Ellen B. Furman, Esquire<br>GOLDFEIN & HOSMER<br>1600 Market Street, 33rd Floor<br>Philadelphia, PA 19103 | Jeffrey P. Hubbard, Esquire<br>WELLS, MOORE, SIMMONS &<br>HUBBARD<br>Post Office Box 1970<br>Jackson, Mississippi    39215-1970 |
| Brian T. Carr, Esquire<br>CARR & ASSOCIATES<br>4636 Sanford Street, Suite 100<br>Metairie, LA 70006 | William N. Graham, Esquire<br>AULTMAN, TYNER, RUFFIN &<br>YARBOROUGH, LTD.<br>Post Office Drawer 750<br>Hattiesburg, Mississippi    39403-0750 | Stephen J. Irwin, Esquire<br>DUNCAN, COURINGTON &<br>RYDBERG<br>400 Poydras Street, Suite 1200<br>New Orleans, LA 70130 |
| Edward J. Cass, Esquire<br>GALLAGHER, SHARP, FULTON &<br>NORMAN<br>Bulkley Building, 7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | Cheri D. Green, Esquire<br>BRUNINI, GRANTHAM, GROWER,<br>& HEWES, P.L.L.C.<br>Post Office Drawer 119<br>Jackson, MS 39205-0119 | Paige C. Jones, Esquire<br>PHELPS DUNBAR, LLP<br>Post Office  Box 23066<br>Jackson, Mississippi  39225 |
| Adam M. Chud, Esquire<br>SHEA & GARDNER<br>1800 Massachusetts Avenue, N.W.<br>Washington, DC 20036 | Lucien C. Gwin, Jr., Esquire<br>GWIN, LEWIS & PUNCHES<br>P.O. Box 1344<br>Natchez, MS 39121-1344 | Rebecca K. Jude, Esquire<br>JUDE & JUDE, P.L.L.C.<br>Post Office  Box 17468<br>Hattiesburg, Mississippi   39404 |

| | | |
|---|---|---|
| Reginald S. Kramer, Esquire<br>OLDHAM & DOWLING<br>195 South Main Street, Suite 300<br>Akron, OH 44308-1314 | John D. Roven, Esquire<br>ROVEN, KAPLAN & WELLS<br>2190 North Loop West, Suite 410<br>Houston, TX 77018 | Carey R. Varnado, Esquire<br>MONTAGUE, PITTMAN &<br>VARNADO<br>Post Office Box 1975<br>Hattiesburg, Mississippi   39403-1975 |
| Bruce M. Kuehnle, Jr., Esquire<br>LAW OFFICES OF BRUCE M.<br>KUEHNLE, JR., PLLC<br>P.O. Box 866<br>Natchez, MS 39122-0866 | Richard D. Schuster, Esquire<br>VORYS, SATER, SEYMOUR &<br>PEASE, L.L.P.<br>P.O. Box 1008<br>Columbus, OH 43216 | Thomas E. Vaughn Esquire<br>ALLEN, VAUGHN, COBB & HOOD,<br>P.A.<br>Post Office Drawer 4108<br>Gulfport, Mississippi   39502-4108 |
| Daphne M. Lancaster, Esquire<br>AULTMAN, TYNER, RUFFIN &<br>YARBOROUGH, LTD.<br>Post Office Drawer 750<br>Hattiesburg, Mississippi   39403-0750 | Neil Selman, Esquire<br>SELMAN, BREITMAN & BURGESS<br>11766 Wilshire Boulevard, Sixth Floor<br>Los Angeles, CA 90025 | John E. Wade, Jr., Esquire<br>BRUNINI, GRANTHAM, GROWER,<br>& HEWES, P.L.L.C.<br>Post Office Drawer 119<br>Jackson, MS 39205-0119 |
| David C. Landin, Esquire<br>HINTON E WILLIAMS<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Ann M. Sico, Esquire<br>BERNARD, CASSISA, ELLIOTT &<br>DAVIS<br>Post Office Box 55490<br>Metairie, Louisiana   70055-5490 | Kimberly P. Wallace, Esquire<br>BARFIELD & ASSOCIATES, P.A.<br>Post Office Drawer 3979<br>Jackson, MS 39207-3979 |
| Louis B. Lanoux, Esquire<br>WATKINS & EAGER<br>P.O. Box 650<br>Jackson, MS 39205-0650 | Mark R. Smith, Esquire<br>HOLCOMB DUNBAR, P.A.<br>P.O. Drawer 707<br>Oxford, MS 38655-0707 | Louis H. Watson, Jr., Esquire<br>WATSON & HEIDELBERG, P.A.<br>520 E. Capitol Street<br>Jackson, MS 39201 |
| Richard T. Lawrence, Esquire<br>WATKINS & EAGER<br>P.O. Box 650<br>Jackson, MS 39205-0650 | John A. Smyth, III, Esquire<br>MAYNARD, COOPER & GALE, P.C.<br>1901 Sixth Avenue North<br>2400 AmSouth/Harbert Plaza<br>Birmingham, AL 35203-2618 | James K. Weston, II, Esquire<br>TOM RILEY LAW FIRM<br>P.O. Box 998<br>Cedar Rapids, IA 52406 |
| Gene Locks, Esquire<br>GREITZER & LOCKS<br>1500 Walnut Street<br>Philadelphia, PA 19102 | Robert N. Spinelli, Esquire<br>KELLY, JASONS, MCGUIRE &<br>SPINELLI<br>Centre Square West, 15th Floor<br>Philadelphia, PA 19102 | Michael E. Whitehead, Esquire<br>PAGE, MANNINO, PERESICH &<br>MCDERMOTT, P.L.L.C.<br>P. O. Drawer 289<br>Biloxi, MS 39533 |
| Edward W. Mizell, Esquire<br>BUTLER, SNOW, O'MARA,<br>STEVENS & CANNADA<br>Post Office Box 22567<br>Jackson, MS 39225-2567 | Karl R. Steinberger, Esquire<br>COLINGO, WILLIAMS,<br>HEIDELBERG, STEINBERGER &<br>McELHANEY<br>Post Office Box 1407<br>Pascagoula, Mississippi   39567 | Richard F. Yarborough, Jr., Esquire<br>SMITH, REEVES & YARBOROUGH,<br>P.L.L.C.<br>Post Office Box 13469<br>Jackson, MS 39236-3469 |
| Ronald L. Motley, Esquire<br>MOTLEY RICE, L.L.C.<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29464 | Robert E. Swickle, Esquire<br>JAQUES ADMIRALTY LAW FIRM,<br>P.C.<br>1370 Penobscot Building<br>Detroit, MI 48226 | Matthew F. Powers, Esquire<br>SAMSON & POWERS, P.L.L.C.<br>Post Office Box 1417<br>Gulfport, MS 39502 |
| Andrew J. Trevelise, Esquire<br>REED SMITH, L.L.P.<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 | John J. Repcheck, Esquire<br>MARKS, O'NEILL, O'BRIEN &<br>COURTNEY<br>3200 Gulf Tower, 707 Grant Street<br>Pittsburgh, PA 15219 | David L. Trewolla, Esquire<br>DOGAN & WILKINSON, PLLC<br>Post Office Box 23062<br>Jackson, MS  39225-3062 |