875

DOCKET NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 17 2003

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Marvin Jefferson, et al. v. A. M. Lockett Co., Ltd., et al.*
United States District Court for the Southern District of Mississippi, Southern Division
Civil Action No. 1:03CV733GRo

### AMERICAN STANDARD, INC.'S
### CORPORATE DISCLOSURE STATEMENT

COMES NOW, American Standard Inc. pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multi District Litigation and files this its Corporate Disclosure Statement and would respectfully show unto the Panel as follows:

1. American Standard, Inc.'s parent corporation is American Standard Companies, Inc.

2. American Standard Companies, Inc. is a publicly-held company.

3. No publicly-held corporation owns ten per cent or more of American Standard Companies, Inc.

Dated this 12th day of December, 2003.

Respectfully submitted,

AMERICAN STANDARD, INC.

BY: _____
RONALD G. PERESICH, MSB #4113
W. MARK EDWARDS, MSB #8935
JARA C. MACDERMOTT, MSB #100913
PAGE, MANNINO, PERESICH
 & McDERMOTT, P.L.L.C.
759 VIEUX MARCHE' MALL
P. O. DRAWER 289
BILOXI, MS 39533
228-374-2100; FAX 228-436-5081

PLEADING NO. 4054

OFFICIAL FILE COPY   IMAGED DEC 17 '03

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 17 2003

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, **JARA C. MACDERMOTT**, of the law firm of **PAGE, MANNINO, PERESICH & MCDERMOTT, P.L.L.C.,** do hereby certify that I have this day mailed, by United States mail, postage prepaid, a true and correct copy of the foregoing **AMERICAN STANDARD, INC.'S CORPORATE DISCLOSURE STATEMENT** to all counsel of record at their usual business addresses, as per the attached service list.

THIS, the 12th day of December, 2003.

/s/ Mael

JARA C. MACDERMOTT, MSB #100913
PAGE, MANNINO, PERESICH
  & MCDERMOTT, P.L.L.C.
759 VIEUX MARCHE' MALL
POST OFFICE DRAWER 289
BILOXI, MS 39533
228-374-2100; FAX 228-436-5081

RECEIVED
CLERK'S OFFICE
2003 DEC 16 A 7:41
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

N:\cases\25785\Jefferson, Marvin\P\Corp Disclosure MDL draft.wpd

PANEL SERVICE LIST (Excerpted from CTO-229)          Page 1 of 2
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Marvin Jefferson, et al. v. A.M. Lockett & Co., Ltd., et al.*, S.D. Mississippi, C.A. No. 1:03-733

| | | |
|---|---|---|
| Robert M. Arentson, Jr., Esquire<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ<br>P.O. Box 14167<br>Jackson, MS 39236-4167 | Susan Coco, Esquire<br>MONTAGUE, PITTMAN & VARNADO<br>P.O. Drawer 1975<br>Hattiesburg, MS 39403 | Michael O. Gwin, Esquire<br>WATKINS & EAGER<br>P.O. Box 650<br>Jackson, MS 39205 |
| Paul E. Barnes, Esquire<br>WISE, CARTER, CHILD & CARAWAY<br>P.O. Box 651<br>Jackson, MS 39205 | David A. Damico, Esquire<br>BURNS, WHITE & HICKTON<br>Fifth Avenue Place, Suite 2400<br>120 Fifth Avenue<br>Pittsburgh, PA 15222 | Susan M. Hansen, Esquire<br>BROWNSON & BALLOU<br>4800 U.S. Bank Place<br>601 Second Avenue, South<br>Minneapolis, MN 55402 |
| Monte L. Barton, Jr., Esquire<br>COPELAND COOK TAYLOR & BUSH<br>Post Office Box 6020<br>Ridgeland, MS 39158 | Lyn P. Dodson, Esquire<br>COPELAND COOK TAYLOR & BUSH<br>Post Office Box 6020<br>Ridgeland, MS 39158 | Frances K. Hardage, Esquire<br>Daniel, Coker, Horton & Bell<br>P.O. Box 1084<br>Jackson, MS 39215-1084 |
| Richard C. Binzley, Esquire<br>THOMPSON HINE, L.L.P.<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | Charles M. Evert, Esquire<br>Evert & Weathersby, L.L.c.<br>3405 Piedmont Road, Suite 225<br>Atlanta, GA 30305 | Joseph M. Hart, IV, Esquire<br>SMITH & FAWER<br>201 St. Charles Avenue, Suite 3702<br>New Orleans, LA 70170 |
| James H. Bolin, Esquire<br>BUTLER, SNOW, O'MARA, STEVENS & CANNADA<br>Post Office Box 22567<br>Jackson, MS 39225-2567 | James L. Fletcher, Jr., Esquire<br>MONTGOMERY BARNETT<br>3200 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-3200 | Christy C. Hendrix, Esquire<br>SULZER & WILLIAMS, L.L.C.<br>201 Holiday Blvd., Suite 335<br>Covington, LA 70433 |
| Craig E. Brasfield, Esquire<br>FORMAN, PERRY, WATKINS, KRUTZ & TARDY<br>Post Office Box 22608<br>Jackson, Mississippi   39225-2608 | Raymond P. Forceno, Esquire<br>FORCENO & HANNON<br>Philadelphia Bourse Building, Suite 1000<br>Independence Mall East<br>Philadelphia, PA 19106 | Alben N. Hopkins, Esquire<br>HOPKINS, BARVIE' & HOPKINS, P.L.L.C.<br>Post Office Box 1510<br>Gulfport, Mississippi  39502 |
| Patrick R. Buchanan, Esquire<br>BROWN, BUCHANAN, & SESSOMS, P.A.<br>Post Office Drawer 1377<br>Biloxi, MS  39533 | Ellen B. Furman, Esquire<br>GOLDFEIN & HOSMER<br>1600 Market Street, 33rd Floor<br>Philadelphia, PA 19103 | Jeffrey P. Hubbard, Esquire<br>WELLS, MOORE, SIMMONS & HUBBARD<br>Post Office Box 1970<br>Jackson, Mississippi   39215-1970 |
| Brian T. Carr, Esquire<br>CARR & ASSOCIATES<br>4636 Sanford Street, Suite 100<br>Metairie, LA 70006 | William N. Graham, Esquire<br>AULTMAN, TYNER, RUFFIN & YARBOROUGH, LTD.<br>Post Office Drawer 750<br>Hattiesburg, Mississippi   39403-0750 | Stephen J. Irwin, Esquire<br>DUNCAN, COURINGTON & RYDBERG<br>400 Poydras Street, Suite 1200<br>New Orleans, LA 70130 |
| Edward J. Cass, Esquire<br>GALLAGHER, SHARP, FULTON & NORMAN<br>Bulkley Building, 7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | Cheri D. Green, Esquire<br>BRUNINI, GRANTHAM, GROWER, & HEWES, P.L.L.C.<br>Post Office Drawer 119<br>Jackson, MS 39205-0119 | Paige C. Jones, Esquire<br>PHELPS DUNBAR, LLP<br>Post Office Box 23066<br>Jackson, Mississippi 39225 |
| Adam M. Chud, Esquire<br>SHEA & GARDNER<br>1800 Massachusetts Avenue, N.W.<br>Washington, DC 20036 | Lucien C. Gwin, Jr., Esquire<br>GWIN, LEWIS & PUNCHES<br>P.O. Box 1344<br>Natchez, MS 39121-1344 | Rebecca K. Jude, Esquire<br>JUDE & JUDE, P.L.L.C.<br>Post Office Box 17468<br>Hattiesburg, Mississippi   39404 |

Case MDL No. 875   Document 4054   Filed 12/17/03   Page 4 of 4

PANEL SERVICE LIST (Excerpted from CTO-229) MDL-875 (Cont.)    Page 2 of 2

| | | |
|---|---|---|
| Reginald S. Kramer, Esquire<br>OLDHAM & DOWLING<br>195 South Main Street, Suite 300<br>Akron, OH 44308-1314 | John D. Roven, Esquire<br>ROVEN, KAPLAN & WELLS<br>2190 North Loop West, Suite 410<br>Houston, TX 77018 | Carey R. Varnado, Esquire<br>MONTAGUE, PITTMAN &<br>VARNADO<br>Post Office Box 1975<br>Hattiesburg, Mississippi 39403-1975 |
| Bruce M. Kuehnle, Jr., Esquire<br>LAW OFFICES OF BRUCE M.<br>KUEHNLE, JR., PLLC<br>P.O. Box 866<br>Natchez, MS 39122-0866 | Richard D. Schuster, Esquire<br>VORYS, SATER, SEYMOUR &<br>PEASE, L.L.P.<br>P.O. Box 1008<br>Columbus, OH 43216 | Thomas E. Vaughn Esquire<br>ALLEN, VAUGHN, COBB & HOOD,<br>P.A.<br>Post Office Drawer 4108<br>Gulfport, Mississippi 39502-4108 |
| Daphne M. Lancaster, Esquire<br>AULTMAN, TYNER, RUFFIN &<br>YARBOROUGH, LTD.<br>Post Office Drawer 750<br>Hattiesburg, Mississippi 39403-0750 | Neil Selman, Esquire<br>SELMAN, BREITMAN & BURGESS<br>11766 Wilshire Boulevard, Sixth Floor<br>Los Angeles, CA 90025 | John E. Wade, Jr., Esquire<br>BRUNINI, GRANTHAM, GROWER,<br>& HEWES, P.L.L.C.<br>Post Office Drawer 119<br>Jackson, MS 39205-0119 |
| David C. Landin, Esquire<br>HINTON E WILLIAMS<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Ann M. Sico, Esquire<br>BERNARD, CASSISA, ELLIOTT &<br>DAVIS<br>Post Office Box 55490<br>Metairie, Louisiana 70055-5490 | Kimberly P. Wallace, Esquire<br>BARFIELD & ASSOCIATES, P.A.<br>Post Office Drawer 3979<br>Jackson, MS 39207-3979 |
| Louis B. Lanoux, Esquire<br>WATKINS & EAGER<br>P.O. Box 650<br>Jackson, MS 39205-0650 | Mark R. Smith, Esquire<br>HOLCOMB DUNBAR, P.A.<br>P.O. Drawer 707<br>Oxford, MS 38655-0707 | Louis H. Watson, Jr., Esquire<br>WATSON & HEIDELBERG, P.A.<br>520 E. Capitol Street<br>Jackson, MS 39201 |
| Richard T. Lawrence, Esquire<br>WATKINS & EAGER<br>P.O. Box 650<br>Jackson, MS 39205-0650 | John A. Smyth, III, Esquire<br>MAYNARD, COOPER & GALE, P.C.<br>1901 Sixth Avenue North<br>2400 AmSouth/Harbert Plaza<br>Birmingham, AL 35203-2618 | James K. Weston, II, Esquire<br>TOM RILEY LAW FIRM<br>P.O. Box 998<br>Cedar Rapids, IA 52406 |
| Gene Locks, Esquire<br>GREITZER & LOCKS<br>1500 Walnut Street<br>Philadelphia, PA 19102 | Robert N. Spinelli, Esquire<br>KELLY, JASONS, MCGUIRE &<br>SPINELLI<br>Centre Square West, 15th Floor<br>Philadelphia, PA 19102 | Michael E. Whitehead, Esquire<br>PAGE, MANNINO, PERESICH &<br>MCDERMOTT, P.L.L.C.<br>P. O. Drawer 289<br>Biloxi, MS 39533 |
| Edward W. Mizell, Esquire<br>BUTLER, SNOW, O'MARA,<br>STEVENS & CANNADA<br>Post Office Box 22567<br>Jackson, MS 39225-2567 | Karl R. Steinberger, Esquire<br>COLINGO, WILLIAMS,<br>HEIDELBERG, STEINBERGER &<br>McELHANEY<br>Post Office Box 1407<br>Pascagoula, Mississippi 39567 | Richard F. Yarborough, Jr., Esquire<br>SMITH, REEVES & YARBOROUGH,<br>P.L.L.C.<br>Post Office Box 13469<br>Jackson, MS 39236-3469 |
| Ronald L. Motley, Esquire<br>MOTLEY RICE, L.L.C.<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29464 | Robert E. Swickle, Esquire<br>JAQUES ADMIRALTY LAW FIRM,<br>P.C.<br>1370 Penobscot Building<br>Detroit, MI 48226 | Matthew F. Powers, Esquire<br>SAMSON & POWERS, P.L.L.C.<br>Post Office Box 1417<br>Gulfport, MS 39502 |
| Andrew J. Trevelise, Esquire<br>REED SMITH, L.L.P.<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 | John J. Repcheck, Esquire<br>MARKS, O'NEILL, O'BRIEN &<br>COURTNEY<br>3200 Gulf Tower, 707 Grant Street<br>Pittsburgh, PA 15219 | David L. Trewolla, Esquire<br>DOGAN & WILKINSON, PLLC<br>Post Office Box 23062<br>Jackson, MS 39225-3062 |