MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 17 2003

FILED
CLERK'S OFFICE

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**MARVIN JEFFERSON, ET AL.**                                    **PLAINTIFFS**

**VERSUS**                                    **CIVIL ACTION NO. 1:30CV733GR0**

**CRANE CO., ET AL.**                                    **DEFENDANTS**

---

**BRICE BUILDING COMPANY, INC.'S
CORPORATE DISCLOSURE STATEMENT**

---

COMES NOW, **BRICE BUILDING COMPANY, INC.,** and files this its Corporate
Disclosure Statement Pursuant to MDL Pane Rule 5.3 of the Rules of the United States District
Courts for the Northern District of Mississippi and the Southern District of Mississippi. **BRICE
BUILDING COMPANY, INC.,** states the following:

1.      The parent company is Brice Building Company, Inc.

2.      Brice Building Company, Inc. is a privately held company.

3.      No public-held corporation owns ten percent or more of Brice Building Company,

Inc.

Dated this ____ day of December, 2003.

Respectfully submitted,

**BRICE BUILDING COMPANY, INC.**

BY:    _Mary Margaret Ratliff_

MARY MARGARET RATLIFF, (MSB# 100672)
AMANDA D. SUMMERLIN, (MSB# 100773)
**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**
**188 EAST CAPITOL STREET**
**POST OFFICE BOX 22608**
**JACKSON, MS 39225-2608**
**(601) 960-8600; FAX (601) 960-8613**

**OFFICIAL FILE COPY**

PLEADING NO. 4055

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2003 DEC 16 A 7:33
RECEIVED CLERK'S OFFICE

IMAGED DEC 17 '03

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 17 2003

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, MARY MARGARET RATLIFF, of the law firm of FORMAN PERRY WATKINS KRUTZ & TARDY LLP, do hereby certify that I have this day mailed, by United States mail, postage prepaid, a true and correct copy of the foregoing BRICE BUILDING COMPANY, INC.'S CORPORATE DISCLOSURE STATEMENT to all counsel of record at their business address, as per the attached service list.

THIS, the ___ day of December, 2003.



**MARY MARGARET RATLIFF, (MSB# 100672)**
**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**
**188 EAST CAPITOL STREET**
**POST OFFICE BOX 22608**
**JACKSON, MS 39225-2608**
**(601) 960-8600; FAX (601) 960-8613**

RECEIVED
CLERK'S OFFICE
2003 DEC 16 A 7: 33
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

Louis H. Watson, Jr., Esq.
Watson & Heidelberg, P.A.
520-E. Capital Street
Jackson, Mississippi 39201
(601) 968-0000; FAX (601) 968-0010
**ATTORNEY FOR PLAINTIFFS**

Thomas E. Vaughn, Esq.
Allen, Vaughn, Cobb & Hood, P.A.
One Hancock Plaza, 12th Floor (39501)
Post Office Drawer 4108
Gulfport, MS  39502-4108
(228) 864-4011; FAX (228) 864-4852
**ATTORNEY FOR INDRESCO, INC.;**
**LOUIS M. GERSON COMPANY; PARMALEE INDUSTRIES, INC.**

Thomas W. Tyner, Esq.
Daphne Lancaster, Esq.
Aultman, Tyner, Ruffin & Yarborough, Ltd.
315 Hemphill Street (39401)
Post Office Drawer 750
Hattiesburg, MS  39403-0750
(601) 583-2671; FAX (601) 583-2677
**ATTORNEYS FOR ANCHOR PACKING COMPANY; GARLOCK, INC.;**
**BORG WARNER CORP.; GULF BELTING AND GASKET CO.;**
**CONGOLEUM CORPORATION; DWYER INSTRUMENTS, INC.;**
**COLTEC INDUSTRIES, INC.; MARLEY PUMP COMPANY**

R. Patrick Baughman, Esq.
Susan S. Henderson, Esq.
Tommie Marsilio, Esq.
Baughman & Associates
55 Public Square, Suite 2215
Cleveland, OH  44113
(216) 687-1244; FAX (216) 621-4066
**ATTORNEYS FOR USX CORPORATION**

Paul V. Cassisa, Sr., Esq.
Stephen N. Elliott, Esq.
Eugene M. McEachin, Jr., Esq.
Ann M. Sico, Esq.
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
Post Office Box 55490
Metairie, LA 70055-5490
(504) 834-2612; FAX (504) 838-9438
**ATTORNEYS FOR REILLY-BENTON COMPANY, INC.**

W. Lee Watt, Esq.
Brunini Grantham Grower & Hewes
1710 Jackson Avenue (39567)
Post Office Drawer 210
Pascagoula, MS  39568-0210
(228) 696-0044; FAX (228) 696-0223
**ATTORNEY FOR COPES-VULCAN, INC.;**
**SPIRAX-SARCO, INC.**

Raymond L. Brown, Esq.
Patrick R. Buchanan, Esq.
Brown Buchanan Sessoms, PA
3112 Canty Street (39567)
Post Office Box 2220
Pascagoula, MS  39569-2220
(228) 762-0035; FAX (228) 762-0299
**ATTORNEYS FOR ATLAS COPCO COMPRESSORS, INC.**

Lawrence G. Pugh, III, Esq.
Montgomery, Barnett, Brown, Read, Hammond & Mintz
3200 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-3200
(504) 585-7667; FAX (504) 585-7688
**ATTORNEYS FOR ATLAS COPCO COMPRESSORS, INC.;**
**SPENCE ENGINEERING CO., INC.**

Nick Roberts, Esq.
Montgomery, Barnett, Brown, Read, Hammond & Mintz
203 North Court One
2304 19th Street
Gulfport, MS   39501
(228) 863-8894; FAX (228) 863-9308
**ATTORNEY FOR SPENCE ENGINEERING CO., INC.; CIRCOR INTERNATIONAL, INC.**

Christopher A. Shapley, Esq.
Cheri D. Green, Esq.
Brunini, Grantham, Grower & Hewes
1400 Trustmark Building
248 East Capitol Street (39201)
Post Office Drawer 119
Jackson, MS  39205-0119
(601) 948-3101; FAX (601) 960-6902
**ATTORNEYS FOR IMO INDUSTRIES, INC.; REUNION INDUSTRIES, INC.;
ALLEN-BRADLEY COMPANY**

Robert Gibbs, Esq.
La'Verne Edney, Esq.
Brunini, Grantham, Grower & Hewes
1400 Trustmark Building
248 East Capitol Street (39201)
Post Office Drawer 119
Jackson, MS  39205-0119
(601) 948-3101; FAX (601) 960-6902
**ATTORNEYS FOR A.W. CHESTERTON COMPANY**

Patrick R. Buchanan, Esq.
Brown Buchanan Sessoms, PA
3112 Canty Street (39567)
Post Office Box 2220
Pascagoula, MS  39569-2220
(228) 762-0035; FAX (228) 762-0299
**ATTORNEY FOR AIR LIQUIDE AMERICA, INC.; AQUA CHEM, INC.;
DANAHER CORPORATION, SUCCESSOR TO DELEVAN CORP.**

James O. Dukes, Esq.
Karen Sawyer, Esq.
Bryant, Clark, Dukes, Blakeslee, Ramsay & Hammond, PLLC
2223 14th Street (39501)
Post Office Box 10
Gulfport, MS  39502-0010
(228) 863-6101; FAX (228) 868-9077
**ATTORNEY FOR ATLAS TURNER, INC.; E.H. O'NEIL COMPANY;
SAMES CORPORATION f/k/a BINKS MANUFACTURING COMPANY**

Meade Mitchell, Esq.
Robert A. Miller, Esq.
Phil Abernathy, Esq.
Butler, Snow, O'Mara, Stevens & Cannada
1700 Deposit Guaranty Plaza
210 East Capitol Street (39201)
Post Office Box 22567
Jackson, MS  39225-2567
(601) 948-5711; FAX (601) 985-4500
**ATTORNEYS FOR CHAMPION INTERNATIONAL CORP.; BORDEN, INC.;
AMERON INTERNATIONAL CORPORATION; ARMSTRONG INTERNATIONAL;
SYNKOLOID, A DIVISION OF MURALO CO.**

Barry W. Ford, Esq.
Baker Donelson Bearman & Caldwell, P. C.
Meadowbrook Office Park
4268 I-55 North (39211)
Post Office Box 14167
Jackson, MS  39236
(601) 351-2400; FAX (601) 974-8926
**ATTORNEY FOR 3M COMPANY, f/k/a MINNESOTA MINING AND
MANUFACTURING COMPANY**

James P. Streetman, III, Esq.
Wade Manor, Esq.
Wade Manor, Esq.
Scott, Sullivan, Streetman & Fox, P.C.
725 Avignon Drive
Ridgeland, MS    39157
(601) 607-4800; FAX (601) 607-4801
**ATTORNEYS FOR H.S. COVER CORPORATION d/b/a PRO-TECH RESPIRATORS;
AMERICAN OPTICAL CORPORATION; RESCO PRODUCTS, INC.;
WATTS INDUSTRIES, INC.; PFIZER, INC.**

C. Michael Evert, Jr., Esq.
Evert & Weathersby, LLC
3405 Piedmont Road, Suite 225
Atlanta, GA  30305
(404) 233-8718; FAX (404) 233-8933
**ATTORNEY FOR VIACOM, successor to CBS CORPORATION,
f/k/a WESTINGHOUSE ELECTRIC CORP.**

Roy C. Williams, Esq.
Colingo, Williams, Heidelberg, Steinberger & McElhaney
711 Delmas Avenue (39567)
Post Office Drawer 1407
Pascagoula, MS  39568-1407
(228) 762-8021; FAX (228) 762-7589
**ATTORNEY FOR VIACOM, successor to CBS CORPORATION,
f/k/a WESTINGHOUSE ELECTRIC CORP.; BEAIRD INDUSTRIES, INC.**

Karl Steinberger, Esq.
Colingo, Williams, Heidelberg, Steinberger & McElhaney
711 Delmas Avenue (39567)
Post Office Drawer 1407
Pascagoula, MS  39568-1407
(228) 762-8021; FAX (228) 762-7589
**ATTORNEY FOR MISSISSIPPI RUBBER & SPECIALTY CO., INC.; INDUSTRIAL
RUBBER & SPECIALTY CO., INC., f/k/a COASTAL RUBBER & GASKET CO.**

J. Price Coleman, Esq.
Robert M. Arentson, Jr., Esq.
Baker Donelson Bearman & Caldwell, P. C.
Meadowbrook Office Park
4268 I-55 North (39211)
Post Office Box 14167
Jackson, MS  39236
(601) 351-2400; FAX (601) 974-8926
**ATTORNEYS FOR GENERAL REFRACTORIES COMPANY; GREFCO, INC.;
PULMOSAN SAFETY EQUIPMENT CORP.; SQUARE D COMPANY**

Darryl J. Foster, Esq.
Lemle & Kelleher
Pan-American Life Center, 21st Floor
601 Poydras Street
New Orleans, Louisiana  70130-6097
(504) 586-1241; FAX(504) 5849142
**ATTORNEY FOR MONSANTO COMPANY**

David W. Dogan, III, Esq.
David L. Trewolla, Esq.
Dogan, Wilkinson, Kinard, Smith & Edwards
Post Office Box 23062
Jackson, MS  39225-3062
(601) 351-3200; FAX (601) 351-3232
**ATTORNEYS FOR FLINTKOTE CO.; DURABLA, INC.**

Robert W. Wilkinson, Esq.
Dogan, Wilkinson, Kinard, Smith & Edwards
734 Delmas Avenue (39567)
Post Office Box 1618
Pascagoula, MS  39568-1618
(228) 762-2272; FAX (228) 762-3223
**ATTORNEY FOR AJAX BOILER, INC.; TENNECO AUTOMOTIVE, INC.;
SCOTT TECHNOLOGIES; BEAZER EAST, INC.;
MOBILE WELDING SUPPLY CO., INC.; WHEELER PROTECTIVE APPAREL, INC.**

Walter W. Dukes, Esq.
Dukes, Dukes, Keating and Faneca
2909 13th Street, 6th Floor (39501)
Post Office Drawer W
Gulfport, MS  39502
(228) 868-1111; FAX (228) 863-2886
**ATTORNEY FOR MARTINDALE ELECTRIC CO.; GOODYEAR TIRE & RUBBER CO.;
SEPCO CORPORATION; FURON CO.; MILTON ROY COMPANY;
ARCHER DANIELS MIDLAND CO., INC.**

Kaye N. Courington, Esq.
James L. Fletcher, Jr., Esq.
Duncan, Courington & Rydberg, LLC
400 Poydras Street, Suite 1200
New Orleans, Louisiana   70130
(504) 524-5566; FAX (504) 524-7887
**ATTORNEYS FOR HOPEMAN BROTHERS, INC.** successor to **WAYNE
MANUFACTURING CORP.**

Alben N. Hopkins, Esq.
Hopkins, Barvié & Hopkins, PLLC
2701 24th Avenue (39501-4941)
Post Office Box 1510
Gulfport, MS  39502-1510
(228) 864-2200; FAX (228) 868-9358
**ATTORNEY FOR GENERAL CABLE CORP.; RILEY-STUART SUPPLY CO., INC.;**
**S.B. DECKING f/k/a SELBY, BATTERSBY & COMPANY;**
**UNITED STATES STEEL LLC, successor to USX CORPORATION;**
**USX CORPORATION; A.O. SMITH CORPORATION;**
**DALLOZ SAFETY, INC., f/k/a WGM SAFETY CORPORATION**
**d/b/a WILLSON SAFETY PRODUCTS;  G.K. TECHNOLOGIES;**
**GOODRICH CORPORATION f/k/a B.F. GOODRICH COMPANY;**
**QUAKER CHEMICAL CORPORATION**

Donald H. Carlson, Esq.
Robert Bull, Esq.
John R. Pendergast, Jr.
Crivello, Carlson, Mentkowski & Steeves, S.C.
710 North Plankinton Avenue
Milwaukee, Wisconsin 53203
**ATTORNEYS FOR A. O. SMITH CORPORATION**

Lucien C. Gwin, Jr., Esq.
Gwin, Lewis & Punches
319 Market Street (39120)
Post Office Box 1344
Natchez, MS  39121
(601) 446-6621; (601) 442-6175 FAX
**ATTORNEY FOR ASARCO, INC.**

Kathryn Jude, Esq.
Jude & Associates
6424 Highway 98 West, Suite 50
Post Office Box 17468
Hattiesburg, MS  39404-7468
(601) 579-8411; FAX (601) 579-8461
**ATTORNEYS FOR OGLEBAY NORTON CO.;**
**FERRO ENGINEERING, DIVISION OF OGLEBAY NORTON COMPANY**

David A. Barfield, Esq.
Kimberly Wallace, Esq.
Barfield & Associates
233 East Capitol Street (39201)
Post Office Drawer 3979
Jackson, Mississippi  39207-3979
(601) 968-9420; FAX (601) 968-9425
**ATTORNEYS FOR ACANDS, INC.; DRESSER INDUSTRIES, INC.;
ROCKBESTOS COMPANY f/k/a ROCKBESTOS-SURPRENANT CABLE CORP.;
MOBIL OIL CORP.; THE McCARTY CORPORATION; MARMON GROUP**

Susan B. Kohn, Esq.
Simon, Peragine, Smith & Redfearn
30th Floor-Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3000
(504) 569-2030; FAX (504) 569-2999
**ATTORNEY FOR THE McCARTY CORPORATION**

William C. Reeves, Esq.
Smith Reeves & Yarborough, PLLC
6360 I-55 North, Suite 330 (39211)
Post Office Box 13469
Jackson, MS  39236-3469
(601) 965-7200; FAX (601) 965-7201
**ATTORNEY FOR RILEY-STOKER CORPORATION;
D.B. RILEY, f/k/a RILEY-STOKER CORPORATION;
CLARK INDUSTRIAL INSULATION CO.; OCCIDENTAL PETROLEUM CORP.;
MCKESSON CORPORATION; CARLISLE COMPANIES INCORPORATED;
WICKES, INC.**

Richard F. Yarborough, Jr., Esq.
Smith Reeves & Yarborough, PLLC
6360 I-55 North, Suite 330 (39211)
Post Office Box 13469
Jackson, MS  39236-3469
(601) 965-7200; FAX (601) 965-7201
**ATTORNEY FOR ASHLAND OIL, INC.;
ASHLAND, INC. a/k/a ASHLAND CHEMICAL COMPANY**

John H. Hainkel, III, Esq.
Frilot, Partridge, Kohnke & Clements, L.C.
3600 Energy Centre
1100 Poydras Street
New Orleans, Louisiana   70163-3600
(504) 599-8121; FAX (504) 599-8100
**ATTORNEY FOR CARLISLE COMPANIES INCORPORATED**

Frank G. Harmon, III, Esq.
3300 Two Houston Center
Houston, Texas 77010
(713) 658-2323; (713) 655-7287 FAX
**ATTORNEY FOR CROWN CORK & SEAL COMPANY, INC.**

Minor C. Sumners, Jr., Esq.
1907 Dunbarton Drive, Suite F
Jackson, MS  39216
(601) 362-8058; (601) 366-7498   FAX
**ATTORNEY FOR CROWN CORK & SEAL COMPANY, INC.**

Michael N. Watts, Esq.
Mark Smith, Esq.
Holcomb Dunbar
1217 Jackson Avenue
Post Office Drawer 707
Oxford, MS    38655-0707
(662) 234-8775; FAX (662) 238-7552
**ATTORNEYS FOR CROWN CORK & SEAL COMPANY, INC.**

Carey R. Varnado, Esq.
Montague, Pittman & Varnado
Post Office Drawer 1975
Hattiesburg, MS 39403-1975
(601) 544-1234; FAX (601) 544-1276
**ATTORNEY FOR JOHN CRANE, INC.**

Susan Coco, Esq.
Montague, Pittman & Varnado
Post Office Drawer 1975
Hattiesburg, MS 39403-1975
(601) 544-1234; FAX (601) 544-1276
**ATTORNEY FOR THE BUDD COMPANY**

Ronald G. Peresich, Esq.
Michael E. Whitehead, Esq.
Mark Edwards, Esq.
Page, Mannino, Peresich & McDermott
759 Vieux Marché Mall (39530)
Post Office Drawer 289
Biloxi, MS  39533
(228) 374-2100; FAX (228) 432-5539
**ATTORNEYS FOR U.C. REALTY, INC.; KELLY-MOORE PAINT COMPANY;
AMERICAN STANDARD INC.; ALBANY INTERNATIONAL CORP.;
H.H. ROBERTSON CO. (ROBERTSON-CECO); WEAKS ENTERPRISES, INC.;
SAINT-GOBAIN ABRASIVES, INC. f/k/a NORTON COMPANY**

Steve A. Bryant, Esq.
Steve A. Bryant & Associates, P.C.
3618 Mt. Vernon
Houston, TX  77006
(713) 526-7474; FAX (713) 526-7720
**ATTORNEY FOR E.D. BULLARD COMPANY**

Richard M. Truly, Esq.
116 Expero Drive
Natchez, MS   39120
(601) 445-8192; FAX (601) 442-4874
**ATTORNEY FOR E. D. BULLARD COMPANY**

W. Scott Welch, III, Esq.
Joshua J. Wiener, Esq.
Patricia C. Gandy, Esq.
James H. Bolin, Esq.
Butler, Snow, O'Mara, Stevens & Cannada
1700 Deposit Guaranty Plaza
210 East Capitol Street (39201)
Post Office Box 22567
Jackson, MS  39225-2567
(601) 948-5711; FAX (601) 985-4500
**ATTORNEYS FOR METROPOLITAN LIFE INSURANCE COMPANY**

John G. Corlew, Esq.
Richard T. Lawrence, Esq.
Michael O. Gwin, Esq.
Louis B. Lanoux, Esq.
Watkins & Eager, PLLC
400 East Capitol Street, Suite 300 (39201)
Post Office Box 650
Jackson, MS  39205-0650
(601) 948-6470; FAX (601) 354-3623
**ATTORNEYS FOR SUNOCO, INC. (R&M); SHELL OIL COMPANY;
PHILLIPS PETROLEUM COMPANY; CHEVRON TEXACO CORP.**

Joe E. Basenberg, Esq.
Hand Arendall
3000 AmSouth Bank Building
107 St. Francis Street
Post Office Box 123
Mobile, AL    36601
(251) 432-5511; FAX (251) 694-6375
**ATTORNEY FOR ANCO INSULATIONS, INC.**

Jeffrey P. Hubbard, Esq.
Charles R. Wilbanks, Esq.
Wells, Moore, Simmons & Hubbard, PLLC
1300 AmSouth Plaza (39201)
Post Office Box 1970
Jackson, MS  39215-1970
(601) 354-5400; FAX (601) 355-5850
**ATTORNEYS FOR PAULI & GRIFFIN COMPANY; FMC CORPORATION;
ATLANTIC RICHFIELD COMPANY, INC.;
CNA HOLDINGS, INC.; FLOWSERVE ANCHOR DARLING OPERATIONS;
OKONITE COMPANY**

David K. Groome, Esq.
Hailey, McNamara, Hall, Larmann & Papale, LLP
One Galleria Boulevard, Suite 1400
Post Office Box 8288
Metairie, LA    70011-8288
(504) 836-6500; FAX (504) 836-6565
**ATTORNEY FOR TAYLOR-SEIDENBACH, INC.**

Matthew F. Powers, Esq.
Samson & Powers
2400 13th Street (39501)
Post Office Box 1417
Gulfport, Mississippi   39502
(228) 822-1109; FAX (228) 822-2317
**ATTORNEY FOR BIRD INCORPORATED**

Bruce M. Kuehnle, Jr., Esq.
126 South Commerce Street, Suite 101 (39121)
Post Office Box 866
Natchez, MS   39122-0866
(601) 442-2733; FAX (601) 442-4085
**ATTORNEY FOR BRIDGESTONE/FIRESTONE, INC.**

Lawrence E. Abbott, Esq.
Deborah D. Kuchler, Esq.
Abbott, Simses & Kuchler
400 Lafayette Street, Suite 200
New Orleans, LA   70130
(504) 568-9393; FAX (504) 524-1933
**ATTORNEYS FOR E.I. du PONT de NEMOURS & COMPANY;
CYTEC FIBERITE, INC.; CYTEC INDUSTRIES, INC.**

Glenn L.M. Swetman, Esq.
Robert P. Vining, Esq.
Aultman, Tyner, Ruffin & Yarborough, Ltd.
The Texaco Center
400 Poydras Street, Suite 1900
New Orleans, LA 70130
(504) 528-9616; FAX (504) 528-9640
**ATTORNEYS FOR ELLIOTT TURBO MACHINERY CORP.**

Richard P. Sulzer, Esq.
Robert E. Williams, IV, Esq.
Sulzer & Williams, L.L.C.
201 Holiday Boulevard, Suit 335
Covington, Louisiana   70433
(985) 898-0608; FAX (985) 898-0871
**ATTORNEYS FOR ELLIOTT TURBO MACHINERY CORP.**

Robert P. Thompson, Esq.
Lyn B. Dodson, Esq.
Copeland, Cook, Taylor & Bush
200 Concourse, Suite 200
1062 Highland Colony Parkway (39157)
Post Office Box 6020
Ridgeland, MS  39158
(601) 856-7200; FAX (601) 856-7626
**ATTORNEYS FOR EMERSON ELECTRIC CO.**

Mark W. Garriga, Esq.
Butler, Snow, O'Mara, Stevens & Cannada
1700 Deposit Guaranty Plaza
210 East Capitol Street (39201)
Post Office Box 22567
Jackson, MS  39225-2567
(601) 948-5711; FAX (601) 985-4500
**ATTORNEYS FOR INSUL COMPANY, INC.**

Robert C. Galloway, Esq.
Butler, Snow, O'Mara, Stevens & Cannada
Post Office Drawer 4248
Gulfport, Mississippi   39502
(228) 864-1170; FAX (228) 868-1531
**ATTORNEY FOR WHITTAKER, CLARK & DANIELS, INC.**

John A. Smyth, III, Esq.
Maynard, Cooper & Gale, PC
AmSouth/Harbert Plaza, Suite 2400
1901 Sixth Avenue North
Birmingham, AL   35203-2618
(205) 254-1000; (205) 254-1999 FAX
**ATTORNEY FOR THE MEAD CORPORATION**

John W. Robinson, III, Esq.
Phelps Dunbar, LLP
Post Office Box 23066
Jackson, MS  39225-3066
(601) 352-2300; FAX (601) 360-9777
**ATTORNEY FOR TYCO INTERNATIONAL, LTD.**

George H. Ritter, Esq.
Wise, Carter, Child & Caraway
600 Heritage Building
401 East Capitol Street (39201)
Post Office Box 651
Jackson, MS   39205-0651
(601) 968-5500; FAX (601) 968-5519
**ATTORNEY FOR LAMONS METAL GASKET COMPANY**

Steven B. Witman, Esq.
Two Lakeway Center, Suite 1960
3850 North Causeway Boulevard
Metairie, LA   70002
(504) 836-2200; FAX (504) 836-2201
**ATTORNEY FOR DIXIE MILL SUPPLY COMPANY, INC.**

Frank Allen, Esq.
Thomas M. Nosewicz, Esq.
Jones, Walker, Waechter, Pointevent, Carrère & Denegrè, LLP
201 St. Charles Avenue
New Orleans, Louisiana   70170-5100
(504) 582-8000; FAX (504) 582-8583
**ATTORNEYS FOR KING & CO., INC.**

Silas McCharen, Esq.
Kay Hardage, Esq.
Daniel Coker Horton & Bell
111 East Capitol Street, Suite 600 (39201)
Post Office Box 1084
Jackson, MS  39215-1084
(601) 969-7607; FAX (601) 969-1116
**ATTORNEYS FOR LAYNE CENTRAL CO.**

Francis P. Accardo, Esq.
Montgomery, Barnett, Brown, Read, Hammond & Mintz
3200 Energy Centre
1100 Poydras Street
New Orleans, Louisiana   70163
(504) 585-3200; FAX (504) 585-7688
**ATTORNEY FOR CSR, LTD.**

Stefan G. Bourn, Esq.
Burr & Forman LLP
210 East Capitol Street, Suite 2120
Jackson, MS    39201
(601) 355-3434; FAX (601) 355-5150
**ATTORNEY FOR VELAN VALVE CO.; AMETEK, INC.**

Sheila M. Bossier, Esq.
Bossier Kitchens, PLLC
SkyTel Centre, Suite 1050 South
200 South Lamar Street
Jackson, MS    39201
(601) 352-5450; FAX (601) 352-5452
**ATTORNEY FOR WEIL-McLAIN**

Robert Redfearn, Jr., Esq.
Simon, Peragine, Smith & Redfearn
Markham Building, Suite 600
2301 14th Street
Gulfport, MS    39501
(228) 867-6277; FAX (228) 867-6227
**ATTORNEY FOR CLARK-RELIANCE CORP.**