MDL 875

BEFORE THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)     MDL DOCKET NO. 875

This Document Relates To:
MARVIN JEFFERSON, et al v.
CRANE CO., et al

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 17 2003

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARVIN JEFFERSON, et al     PLAINTIFFS

VS.     CIVIL ACTION NO. 1:03CV733GRo

CRANE CO., et al     DEFENDANTS

PLEADING NO. 4056

### DISCLOSURE STATEMENT

The nongovernmental corporate party, Dwyer Instruments, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

This the 10th day of December, 2003.

DWYER INSTRUMENTS, INC.

BY: _____
WILLIAM N. GRAHAM

WILLIAM N. GRAHAM
MB# 4942
Aultman, Tyner & Ruffin, LTD.
315 Hemphill Street
Post Office Drawer 750
Hattiesburg, MS 39403-0750
Telephone: 601-583-2671
Facsimile: 601-583-2677

2003 DEC 16 A 8:00
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

OFFICIAL FILE COPY
IMAGED DEC 17 '03

## CERTIFICATE OF SERVICE

I hereby certify that, on the 10th day of December, 2003 I caused an original and one (1) copy of the foregoing Disclosure to be served by United States Mail on the Clerk of the Panel:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-225, North Lobby
Washington, D.C. 20002-8004

I further certify that, on this 10th day of December, 2003, I caused copies of the foregoing Disclosure to be served by first-class mail, postage prepaid, on the counsel on the attached service list.

_____
WILLIAM N. GRAHAM

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
DEC 17 2003
FILED
CLERK'S OFFICE

2003 DEC 16 A 8:00
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE