**MDL 875**

BEFORE THE JUDICIAL PANEL
OF MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 23 2003

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (No. VI) | § | MDL DOCKET NO. 875 |
| | § | |
| | § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| JAMES A. HAMMONS, | § | |
| *Plaintiff,* | § | |
| vs. | § | Civil Action No. |
| | § | 1:03CV00626 |
| DANA CORPORATION, et al., | § | |
| *Defendants.* | § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| JAMES A. HAMMONS, | § | |
| *Plaintiff,* | § | |
| vs. | § | Civil Action No. |
| | § | 1:03CV00627 |
| ILLINOIS CENTRAL RAILROAD, | § | |
| *Defendants.* | § | |

PLEADING NO. 4052

**BRIEF OF DEFENDANT ILLINOIS CENTRAL RAILROAD COMPANY IN
RESPONSE TO PLAINTIFF'S MOTION TO VACATE**

Defendant, Illinois Central Railroad Company, by and through its attorneys, and hereby files its response to plaintiff's Motion To Vacate the Conditional Order of Transfer.

Plaintiff's recitation of the procedural history regarding the litigation involving James Hammons and the Illinois Central is essentially correct. Mr. Hammons filed a lawsuit against the Illinois Central and other defendants in the Circuit Court of Copiah County, Mississippi. This

**OFFICIAL FILE COPY**   IMAGED DEC 23 '03

case was removed by defendant Owens-Illinois to the United States District Court for the Southern District of Mississippi. The action was then transferred for further proceedings before the Honorable Charles R. Weiner. Hammons filed a motion seeking to remand and/or dismiss that action. The parties briefed that motion and Judge Weiner has that motion under submission. Judge Weiner also conducted three settlement conferences with the parties which did not resolve Mr. Hammons' case.

In an obvious attempt to circumvent the authority of Judge Weiner, Hammons re-filed the instant action in Copiah County, Mississippi Circuit Court seeking damages for the same injuries which are pleaded in the cause of action that is currently pending before Judge Weiner.

Hammons is now attempting to proceed with two different cases. This court should, in the interests of judicial economy, transfer this action to Judge Weiner who can, in the course of handling, determine whether this action was improvidently removed and should be remanded in as much as Judge Weiner has the same issue currently pending before him.

Accordingly, defendant Illinois Central Railroad Company urges this Panel, pursuant to 28 U.S.C. 1407, to transfer this action to the United States District Court for the Eastern District of Pennsylvania for further proceedings.

WISE, CARTER, CHILD & CARAWAY

_____
Charles T. Ozier
Charles H. Russell, III
WISE, CARTER, CHILD & CARAWAY
600 Heritage Building
401 East Capitol Street
P. O. Box 651
Jackson, MS 39205-0651
(601) 968-5591
(601) 968-5593

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 23 2003

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

The undersigned attorney certifies that a copy of the foregoing was deposited in a mail box located near 5000 West Main Street, Belleville, Illinois, with proper postage prepaid at approximately 5:00 p.m. on the _19th_ day of _December_, 2003 addressed to the attorneys of record listed below as well as all counsel listed on the attached service list.

Charles S. Siegel
WALTERS & KRAUS, LLP
3219 McKinney Avenue
Dallas, Texas 75204

_____
Charles T. Ozier

RECEIVED
CLERK'S OFFICE
2003 DEC 22 A 11:06
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

Foreman Perry Watkins Krutz & Tardy, PLLC
1200 One Jackson Place
188 East Capitol Street
P.O. Box 22608
Jackson, Mississippi 39225
(Southern Pipe & Supply Co.)

Marcie Kroft
Forman, Perry, et al
188 East Capital Street
Suite 1200
Jackson, MS 39201
(Dana Corporation)

James P. Streetman, III
Clark, Scott & Streetman
P.O. Box 13847
Jackson, MS 39236-3847
(Quigley)

Jay Stroble
Watkins & Eager
PO Box 650
Jackson, MS 39205
(Met Life)

Mitchell Metal Products, Inc., a Mississippi Corporation
c/o its Registered Agent, DeWitt Belk
Highway 12 East
Kosciusko, MS 39090

W.G. Watkins
Forman, Perry, et al.
188 East Capital Street
Suite 1200
Jackson, MS 39201
(Owens-Illinois, Mitchell Metal)

*James A. Hammons v. Illinois Central Railroad Co.*, S.D. Mississippi, C.A. No. 1:03-626
*James A. Hammons v. Illinois Central Railroad Co.*, S.D. Mississippi, C.A. No. 1:03-627

Charles S. Siegel
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Charles H. Russell, III
Wise, Carter, Child & Caraway
P. O. Box 651
Jackson, MS 39205

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406