# MDL 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS )
LIABILITY LITIGATION )
 )
_____ )
 )
THIS DOCUMENT RELATES TO: )   MDL 875
 )
_____ )
 )

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 24 2003

FILED
CLERK'S OFFICE

Request of Defendants Dana Corp.; Komp Equipement Co., Inc.; Laurel Machine & Foundry Co.; and Owens-Illinois Southern Pipe for an Extension of Time to File Response -- GRANTED TO AND INCLUDING JANUARY 6, 2004

(cdm - 12/24/03)

IN THE UNITED STATES DIS
FOR THE SOUTHERN DISTRIC
SOUTHERN DIVISION

JAMES A. HAMMONS                                                    PLAINTIFF

VS.                                               CIVIL ACTION NO: 1:03CV00626

DANA CORPORATION, ET. AL.                                       DEFENDANTS

### CERTAIN DEFENDANTS' APPLICATION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER

COME NOW, Defendants[1], by and through counsel, and hereby moves for an extension of time to file its response to Plaintiff's Motion to Vacate the Conditional Transfer Order pursuant to Rule 6.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. In support of said application Defendants would show the following:

1. Defendants' counsel received Plaintiff's Motion to Vacate CTO-229 and Brief to Vacate CTO-229 on December 15, 2003, with a Certificate of Service dated December 9, 2003.

2. Defendants' response is currently due December 30, 2003. The case attorney, Michael D.

---

[1] Dana Corporation, Komp Equipment Co., Inc., Laurel Machine & Fondry Co., Owens-Illinois, Southern Pipe.

**OFFICIAL FILE COPY**   IMAGED DEC 24 '03

Goggins, previously handling this matter is no longer with the firm. The holiday season further exacerbates meeting the current deadline with an appropriate response. In order to provide sufficient time to prepare the opposition to the various issues raised in the Plaintiff's Motion to Vacate CTO-229 and respond in addition to securing client review, Defendants respectfully requests that this Court extend this deadline to January 16, 2004.

WHEREFORE, PREMISES CONSIDERED Defendants requests that the Court grant its Motion for Additional Time and grant Defendants an extension until January 16, 2003, in which to file its Opposition and Response Brief to Plaintiffs' Motion to Vacate CTO-229.

RESPECTFULLY SUBMITTED, this the __23rd__ day of December, 2003.

FOR THE DEFENDANTS, DANA
CORPORATION, KOMP EQUIP., INC., LAUREL
MACHINE & FONDRY CO., OWENS-ILLINOIS,
SOUTHERN PIPE.

_/s/ Marlin A. Miller_
CRAIG E. BRASFIELD, MSB #4340
MARLIN A. MILLER, MSB #99209

OF COUNSEL:
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
Suite 1200, One Jackson Place
188 E. Capitol Street
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600; FAX: (601) 960-8613

*RECEIVED CLERK'S OFFICE 2003 DEC 23 P 3: 49 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 23rd day of December, 2003, I caused copies of the foregoing Motion of Defendants Dana Corporation, Komp Equipment Company, Inc., and Laurel Machine and Foundry Company, Owens-Illinois, Southern Pipe for Extension of Time to File Opposition to Plaintiffs' Motion to Vacate CTO-229 to be served by first-class mail, postage prepaid, on the counsel on the attached service list.

*Marlin A. Miller*
CRAIG E. BRASFIELD MSB #4340
MARLIN A. MILLER MSB #99209

RECEIVED
CLERK'S OFFICE
2003 DEC 23 P 3:49
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION