**MDL 875**

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DEC 29 2003

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS
      LIABILITY LITIGATION (NO. VI)      MDL DOCKET NO. 875

THIS DOCUMENT RELATES TO:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARVIN JEFFERSON, ET AL.            PLAINTIFFS

VERSUS            CIVIL ACTION NO. 1:03CV733GRo

CRANE CO., ET AL.

## CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant, Durabla Manufacturing Company ("Durabla"), and files this its Corporate Disclosure Statement pursuant to MDL Panel Rule 5.3.

1. Durabla Manufacturing Company is a wholly owned subsidiary of Durmanco Incorporated.

2. No publicly held company owns 10% or more of Durabla stock.

RESPECTFULLY SUBMITTED on this 18th day of December, 2003.

Respectfully submitted,

*/s/ David Trewolla*
David W. Dogan, III (MB #6143)
David L. Trewolla (MB #8272)
ATTORNEYS FOR DEFENDANT
DURABLA MANUFACTURING COMPANY

PLEADING NO. 4059

OFFICIAL FILE COPY
IMAGED DEC 29 '03

RECEIVED CLERK'S OFFICE 2003 DEC 23 A 9:21 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

OF COUNSEL:

**Dogan & Wilkinson, PLLC**
P. O. Box 23062
125 South Congress St., Suite 1500
Jackson, Mississippi 39225-3062
Phone (601) 351-3200
Facsimile (601) 351-3232

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 9 2003

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, David L. Trewolla, attorney for Defendant, Durabla Manufacturing Company, hereby certify that I have this day served via United States Mail, postage prepaid, a true and correct copy of the above and foregoing **Corporate Disclosure Statement** to all known counsel of record.

This the 18th day of December, 2003.

_____
David L. Trewolla

G:\PUB\DLT\3661\Durabla\M-Jefferson.CorpDisclosure.wpd