MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 29 2003

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Charles Lee Ellis v. Viacom, Inc., et al.*
*United States District Court for the Southern District of Mississippi, Southern Division*
*Civil Action No. 1:03CV747GR*

PLEADING NO. 4060

## ROBERTSON CECO CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Comes now Robertson Ceco Corporation pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multi District Litigation and files this its Corporate Disclosure Statement and would respectfully show unto the Court as follows:

1.   Robertson Ceco Corporation is a privately held corporation with no parent corporation and no publicly held company owns ten percent or more of its stock.

This the 17th day of December, 2003.

Respectfully submitted,

ROBERTSON CECO CORPORATION

BY: /s/ Michael E. Whitehead

RONALD G. PERESICH, MSB #4113
MICHAEL E. WHITEHEAD, MSB #8891
W. MARK EDWARDS, MSB #8935
PAGE, MANNINO, PERESICH &
MCDERMOTT, P.L.L.C.
759 VIEUX MARCHE' MALL
POST OFFICE DRAWER 289
BILOXI, MS 39533
228/374-2100; FAX 228/432-5539

OFFICIAL FILE COPY
IMAGED DEC 29 '03
RECEIVED CLERK'S OFFICE
2003 DEC 23 A 9: 34
PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 29 2003

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I, **MICHAEL E. WHITEHEAD**, of the law firm of **PAGE, MANNINO, PERESICH & MCDERMOTT, P.L.L.C.**, have this day mailed, by United States mail, postage prepaid, a true and correct copy of the above and foregoing **ROBERTSON CECO CORPORATION'S CORPORATE DISCLOSURE STATEMENT**, to the counsel listed on the Panel Service List excerpted from CTO-229, a copy of which is attached hereto and all counsel of record in this case attached hereto as well.

THIS, the 17th day of December, 2003.

_____
MICHAEL E. WHITEHEAD
PAGE, MANNINO, PERESICH &
MCDERMOTT, P.L.L.C.
759 VIEUX MARCHE' MALL
POST OFFICE DRAWER 289
BILOXI, MS 39533
228/374-2100; FAX 228/432-5539

N:\cases\27874\Ellis.CharlesLee\P\CorporateDisclosureStatement.wpd



PANEL SERVICE LIST (Excerpted from CTO-229)            Page 1 of 2
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Charles Lee Ellis, et al. v. Viacom, Inc., et al.,* S.D. Mississippi, C.A. No. 1:03-747

| | | |
|---|---|---|
| Richard C. Binzley, Esquire<br>THOMPSON HINE, L.L.P.<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | Patricia C. Gandy, Esquire<br>BUTLER, SNOW, O'MARA,<br>STEVENS & CANNADA<br>Post Office Box 22567<br>Jackson, MS 39225-2567 | Gene Locks, Esquire<br>GREITZER & LOCKS<br>1500 Walnut Street<br>Philadelphia, PA 19102 |
| Edward J. Cass, Esquire<br>GALLAGHER, SHARP, FULTON &<br>NORMAN<br>Bulkley Building, 7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | Vicki L. Gilliam, Esquire<br>FORMAN, PERRY, WATKINS,<br>KRUTZ & TARDY<br>Post Office Box 22608<br>Jackson, Mississippi   39225-2608 | Jara C. MacDermott, Esquire<br>PAGE, MANNINO, PERESICH &<br>MCDERMOTT, P.L.L.C.<br>P. O. Drawer 289<br>Biloxi, MS 39533 |
| Adam M. Chud, Esquire<br>SHEA & GARDNER<br>1800 Massachusetts Avenue, N.W.<br>Washington, DC 20036 | Robert V. Greenlee, Esquire<br>FORMAN, PERRY, WATKINS,<br>KRUTZ & TARDY<br>Post Office Box 22608<br>Jackson, Mississippi   39225-2608 | Ronald L. Motley, Esquire<br>MOTLEY RICE, L.L.C.<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29464 |
| Edward J. Currie, Jr., Esquire<br>CURRIE, JOHNSON, GRIFFIN,<br>GAINES & MYERS<br>P.O. Box 750<br>Jackson, MS 39205-0750 | Lucien C. Gwin, Jr., Esquire<br>GWIN, LEWIS & PUNCHES<br>P.O. Box 1344<br>Natchez, MS 39121-1344 | Donald C. Partridge, Esquire<br>FORMAN, PERRY, WATKINS,<br>KRUTZ & TARDY<br>Post Office Box 22608<br>Jackson, Mississippi   39225-2608 |
| David A. Damico, Esquire<br>BURNS, WHITE & HICKTON<br>Fifth Avenue Place, Suite 2400<br>120 Fifth Avenue<br>Pittsburgh, PA 15222 | Susan M. Hansen, Esquire<br>BROWNSON & BALLOU<br>4800 U.S. Bank Place<br>601 Second Avenue, South<br>Minneapolis, MN 55402 | John M. Radicia, Esquire<br>PAGE, MANNINO, PERESICH &<br>MCDERMOTT, P.L.L.C.<br>P. O. Drawer 289<br>Biloxi, MS 39533 |
| Andrea L. Edney, Esquire<br>BRUNINI, GRANTHAM, GROWER,<br>& HEWES, P.L.L.C.<br>Post Office Drawer 119<br>Jackson, MS 39205-0119 | Lee J. Hunter, Esquire<br>CUMBEST, CUMBEST, HUNGER &<br>MCCORMICK<br>P.O. Drawer 1287<br>Pascagoula, MS 39568-1287 | William C. Reeves, Esquire<br>SMITH, REEVES & YARBOROUGH,<br>P.L.L.C.<br>Post Office Box 13469<br>Jackson, MS 39236-3469 |
| Charles M. Evert, Esquire<br>Evert & Weathersby, L.L.c.<br>3405 Piedmont Road, Suite 225<br>Atlanta, GA 30305 | Reginald S. Kramer, Esquire<br>OLDHAM & DOWLING<br>195 South Main Street, Suite 300<br>Akron, OH 44308-1314 | John J. Repcheck, Esquire<br>MARKS, O'NEILL, O'BRIEN &<br>COURTNEY<br>3200 Gulf Tower, 707 Grant Street<br>Pittsburgh, PA 15219 |
| Raymond P. Forceno, Esquire<br>FORCENO & HANNON<br>Philadelphia Bourse Building, Suite<br>1000<br>Independence Mall East<br>Philadelphia, PA 19106 | Daphne M. Lancaster, Esquire<br>AULTMAN, TYNER, RUFFIN &<br>YARBOROUGH, LTD.<br>Post Office Drawer 750<br>Hattiesburg, Mississippi   39403-0750 | John D. Roven, Esquire<br>ROVEN, KAPLAN & WELLS<br>2190 North Loop West, Suite 410<br>Houston, TX 77018 |
| Ellen B. Furman, Esquire<br>GOLDFEIN & HOSMER<br>1600 Market Street, 33rd Floor<br>Philadelphia, PA 19103 | David C. Landin, Esquire<br>HINTON E WILLIAMS<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Richard D. Schuster, Esquire<br>VORYS, SATER, SEYMOUR &<br>PEASE, L.L.P.<br>P.O. Box 1008<br>Columbus, OH 43216 |

Case MDL No. 875   Document 4060   Filed 12/29/03   Page 4 of 4

PANEL SERVICE LIST (Excerpted from CTO-229) MDL-875 (Cont.)                    Page 2 of  2

| | | |
|---|---|---|
| Neil Selman, Esquire<br>SELMAN, BREITMAN & BURGESS<br>11766 Wilshire Boulevard, Sixth Floor<br>Los Angeles, CA 90025 | Robert N. Spinelli, Esquire<br>KELLY, JASONS, MCGUIRE & SPINELLI<br>Centre Square West, 15th Floor<br>Philadelphia, PA 19102 | Karl R. Steinberger, Esquire<br>COLINGO, WILLIAMS, HEIDELBERG, STEINBERGER & McELHANEY<br>Post Office Box 1407<br>Pascagoula, Mississippi  39567 |
| Robert E. Swickle, Esquire<br>JAQUES ADMIRALTY LAW FIRM, P.C.<br>1370 Penobscot Building<br>Detroit, MI 48226 | Andrew J. Trevelise, Esquire<br>REED SMITH, L.L.P.<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 | Carey R. Varnado, Esquire<br>MONTAGUE, PITTMAN & VARNADO<br>Post Office Box 1975<br>Hattiesburg, Mississippi  39403-1975 |
| Kimberly P. Wallace, Esquire<br>BARFIELD & ASSOCIATES, P.A.<br>Post Office Drawer 3979<br>Jackson, MS 39207-3979 | James K. Weston, II, Esquire<br>TOM RILEY LAW FIRM<br>P.O. Box 998<br>Cedar Rapids, IA 52406 | Michael E. Whitehead, Esquire<br>PAGE, MANNINO, PERESICH & MCDERMOTT, P.L.L.C.<br>P. O. Drawer 289<br>Biloxi, MS 39533 |
| Roy C. Williams, Esquire<br>COLINGO, WILLIAMS, HEIDELBERG, STEINBERGER & McELHANEY<br>Post Office Box 1407<br>Pascagoula, Mississippi  39567 | | |