MDL 875

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 29 2003

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | ) ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) ) ) |

MDL 875

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARVIN JEFFERSON, ET AL.                                   PLAINTIFFS

VERSUS                                        CIVIL ACTION NO. 1:03CV733GRo

A. M. LOCKETT, ET AL                                       DEFENDANTS

---

**UNITED INDUSTRIAL CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

---

COMES NOW, **UNITED INDUSTRIAL CORPORATION**, and files this its Corporate Disclosure Statement Pursuant to MDL Panel Rule 5.3. **UNITED INDUSTRIAL CORPORATION** states the following:

1. United Industrial Corporation is a Delaware corporation and has no parent corporation.

2. No publicly-held company owns ten percent (10%) or more of United Industrial Corporation's stock.

Dated this the _____ day of December, 2003.

PLEADING NO. 4061

RECEIVED
CLERK'S OFFICE
2003 DEC 23 A 9:31
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**OFFICIAL FILE COPY**
IMAGED DEC 29 '03

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 9 2003

FILED
CLERK'S OFFICE

Respectfully submitted,

**UNITED INDUSTRIAL CORPORATION**

BY: _____
**LOUIS F. COLEMAN, MSBN 6363**
**JOE B. MOSS MSBN 3537**

FORMAN PERRY WATKINS KRUTZ & TARDY LLP
Suite 200, One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600

## CERTIFICATE OF SERVICE

I hereby certify that I have this date mailed by United States mail, postage prepaid a true and correct copy of the foregoing United Industrial Corporation's Corporate Disclosure Statement to all Counsel of Record at their usual business addresses.

THIS, the 18th day of December, 2003.

_____
**LOUIS F. COLEMAN, MSBN 6363**
**JOE B. MOSS MSBN 3537**

RECEIVED CLERK'S OFFICE
2003 DEC 23 A 9:32
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION