MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

DEC 29 2003

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

**MDL DOCKET NO. 875**

This Document Relates To:
MARVIN JEFFERSON, et al. vs.
CRANE CO., et al.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**MARVIN JEFFERSON, ET AL.**                  **PLAINTIFFS**

**VS.**                **CIVIL ACTION NO:1:03CV733GRo**

**A. M. LOCKETT AND CO., LTD., ET AL.**          **DEFENDANTS**

## ROCKBESTOS-SURPRENANT CABLE CORP.'S
## CORPORATE DISCLOSURE STATEMENT

COMES NOW Rockbestos-Surprenant Cable Corp. pursuant to Rule 5.3 of the Rules of

Procedure of the Judicial Panel on Multi District Litigation and files this its Corporate Disclosure

Statement and would respectfully show unto the Court as follows:

1.     Rockbestos-Surprenant Cable Corp.'s parent corporation is Marmon Holdings, Inc.

2.     Rockbestos-Surprenant Cable Corp. is not a publicly held company.

3.     No publicly held company owns ten percent or more of its stock.

RESPECTFULLY SUBMITTED, this the 18th day of December, 2003.

By: _David A. Barfield_
David A. Barfield

**OFFICIAL FILE COPY**

IMAGED DEC 29 '03

OF COUNSEL:

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 9 2003

FILED
CLERK'S OFFICE

David A. Barfield, MSB #1994
Kimberly P. Wallace, MSB #99260
BARFIELD & ASSOCIATES
Attorneys at Law, P.A.
233 East Capitol Street
Post Office Box 3979
Jackson, Mississippi  39207-3979
Telephone (601) 968-9420
Facsimile (601) 968-9425

## CERTIFICATE OF SERVICE

I, David A. Barfield, counsel for the above named Defendant, do hereby certify that I have

this date delivered, via United States Mail, postage prepaid, a true and correct copy of the foregoing

document to counsel listed on the Panel Service List excerpted from CTO 229, a copy of which is

attached hereto and all counsel of record in this case attached hereto as well.

SO CERTIFIED, this the 18th day of December, 2003.

David A. Barfield

**PANEL SERVICE LIST (Excerpted from CTO-229)**   Page 1 of 2
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Marvin Jefferson, et al. v. A.M. Lockett & Co., Ltd., et al.,* S.D. Mississippi, C.A. No. 1:03-733

| | | |
|---|---|---|
| Robert M. Arentson, Jr., Esquire<br>BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ<br>P.O. Box 14167<br>Jackson, MS 39236-4167 | Susan Coco, Esquire<br>MONTAGUE, PITTMAN &<br>VARNADO<br>P.O. Drawer 1975<br>Hattiesburg, MS 39403 | Michael O. Gwin, Esquire<br>WATKINS & EAGER<br>P.O. Box 650<br>Jackson, MS 39205 |
| Paul E. Barnes, Esquire<br>WISE, CARTER, CHILD &<br>CARAWAY<br>P.O. Box 651<br>Jackson, MS 39205 | David A. Damico, Esquire<br>BURNS, WHITE & HICKTON<br>Fifth Avenue Place, Suite 2400<br>120 Fifth Avenue<br>Pittsburgh, PA 15222 | Susan M. Hansen, Esquire<br>BROWNSON & BALLOU<br>4800 U.S. Bank Place<br>601 Second Avenue, South<br>Minneapolis, MN 55402 |
| Monte L. Barton, Jr., Esquire<br>COPELAND COOK TAYLOR &<br>BUSH<br>Post Office Box 6020<br>Ridgeland, MS 39158 | Lyn P. Dodson, Esquire<br>COPELAND COOK TAYLOR &<br>BUSH<br>Post Office Box 6020<br>Ridgeland, MS 39158 | Frances K. Hardage, Esquire<br>Daniel, Coker, Horton & Bell<br>P.O. Box 1084<br>Jackson, MS 39215-1084 |
| Richard C. Binzley, Esquire<br>THOMPSON HINE, L.L.P.<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | Charles M. Evert, Esquire<br>Evert & Weathersby, L.L.c.<br>3405 Piedmont Road, Suite 225<br>Atlanta, GA 30305 | Joseph M. Hart, IV, Esquire<br>SMITH & FAWER<br>201 St. Charles Avenue, Suite 3702<br>New Orleans, LA 70170 |
| James H. Bolin, Esquire<br>BUTLER, SNOW, O'MARA,<br>STEVENS & CANNADA<br>Post Office Box 22567<br>Jackson, MS 39225-2567 | James L. Fletcher, Jr., Esquire<br>MONTGOMERY BARNETT<br>3200 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-3200 | Christy C. Hendrix, Esquire<br>SULZER & WILLIAMS, L.L.C.<br>201 Holiday Blvd., Suite 335<br>Covington, LA 70433 |
| Craig E. Brasfield, Esquire<br>FORMAN, PERRY, WATKINS,<br>KRUTZ & TARDY<br>Post Office Box 22608<br>Jackson, Mississippi   39225-2608 | Raymond P. Forceno, Esquire<br>FORCENO & HANNON<br>Philadelphia Bourse Building, Suite<br>1000<br>Independence Mall East<br>Philadelphia, PA 19106 | Alben N. Hopkins, Esquire<br>HOPKINS, BARVIE' & HOPKINS,<br>P.L.L.C.<br>Post Office Box 1510<br>Gulfport, Mississippi 39502 |
| Patrick R. Buchanan, Esquire<br>BROWN, BUCHANAN, &<br>SESSOMS, P.A.<br>Post Office Drawer 1377<br>Biloxi, MS 39533 | Ellen B. Furman, Esquire<br>GOLDFEIN & HOSMER<br>1600 Market Street, 33rd Floor<br>Philadelphia, PA 19103 | Jeffrey P. Hubbard, Esquire<br>WELLS, MOORE, SIMMONS &<br>HUBBARD<br>Post Office Box 1970<br>Jackson, Mississippi   39215-1970 |
| Brian T. Carr, Esquire<br>CARR & ASSOCIATES<br>4636 Sanford Street, Suite 100<br>Metairie, LA 70006 | William N. Graham, Esquire<br>AULTMAN, TYNER, RUFFIN &<br>YARBOROUGH, LTD.<br>Post Office Drawer 750<br>Hattiesburg, Mississippi   39403-0750 | Stephen J. Irwin, Esquire<br>DUNCAN, COURINGTON &<br>RYDBERG<br>400 Poydras Street, Suite 1200<br>New Orleans, LA 70130 |
| Edward J. Cass, Esquire<br>GALLAGHER, SHARP, FULTON &<br>NORMAN<br>Bulkley Building, 7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | Cheri D. Green, Esquire<br>BRUNINI, GRANTHAM, GROWER,<br>& HEWES, P.L.L.C.<br>Post Office Drawer 119<br>Jackson, MS 39205-0119 | Paige C. Jones, Esquire<br>PHELPS DUNBAR, LLP<br>Post Office  Box 23066<br>Jackson, Mississippi 39225 |
| Adam M. Chud, Esquire<br>SHEA & GARDNER<br>1800 Massachusetts Avenue, N.W.<br>Washington, DC 20036 | Lucien C. Gwin, Jr., Esquire<br>GWIN, LEWIS & PUNCHES<br>P.O. Box 1344<br>Natchez, MS 39121-1344 | Rebecca K. Jude, Esquire<br>JUDE & JUDE, P.L.L.C.<br>Post Office Box 17468<br>Hattiesburg, Mississippi   39404 |

**PANEL SERVICE LIST (Excerpted from CTO-229)**          Page 1 of 2
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Marvin Jefferson, et al. v. A.M. Lockett & Co., Ltd., et al.,* S.D. Mississippi, C.A. No. 1:03-733

| | | |
|---|---|---|
| Robert M. Arentson, Jr., Esquire<br>BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ<br>P.O. Box 14167<br>Jackson, MS 39236-4167 | Susan Coco, Esquire<br>MONTAGUE, PITTMAN &<br>VARNADO<br>P.O. Drawer 1975<br>Hattiesburg, MS 39403 | Michael O. Gwin, Esquire<br>WATKINS & EAGER<br>P.O. Box 650<br>Jackson, MS 39205 |
| Paul E. Barnes, Esquire<br>WISE, CARTER, CHILD &<br>CARAWAY<br>P.O. Box 651<br>Jackson, MS 39205 | David A. Damico, Esquire<br>BURNS, WHITE & HICKTON<br>Fifth Avenue Place, Suite 2400<br>120 Fifth Avenue<br>Pittsburgh, PA 15222 | Susan M. Hansen, Esquire<br>BROWNSON & BALLOU<br>4800 U.S. Bank Place<br>601 Second Avenue, South<br>Minneapolis, MN 55402 |
| Monte L. Barton, Jr., Esquire<br>COPELAND COOK TAYLOR &<br>BUSH<br>Post Office Box 6020<br>Ridgeland, MS 39158 | Lyn P. Dodson, Esquire<br>COPELAND COOK TAYLOR &<br>BUSH<br>Post Office Box 6020<br>Ridgeland, MS 39158 | Frances K. Hardage, Esquire<br>Daniel, Coker, Horton & Bell<br>P.O. Box 1084<br>Jackson, MS 39215-1084 |
| Richard C. Binzley, Esquire<br>THOMPSON HINE, L.L.P.<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | Charles M. Evert, Esquire<br>Evert & Weathersby, L.L.c.<br>3405 Piedmont Road, Suite 225<br>Atlanta, GA 30305 | Joseph M. Hart, IV, Esquire<br>SMITH & FAWER<br>201 St. Charles Avenue, Suite 3702<br>New Orleans, LA 70170 |
| James H. Bolin, Esquire<br>BUTLER, SNOW, O'MARA,<br>STEVENS & CANNADA<br>Post Office Box 22567<br>Jackson, MS 39225-2567 | James L. Fletcher, Jr., Esquire<br>MONTGOMERY BARNETT<br>3200 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-3200 | Christy C. Hendrix, Esquire<br>SULZER & WILLIAMS, L.L.C.<br>201 Holiday Blvd., Suite 335<br>Covington, LA 70433 |
| Craig E. Brasfield, Esquire<br>FORMAN, PERRY, WATKINS,<br>KRUTZ & TARDY<br>Post Office Box 22608<br>Jackson, Mississippi   39225-2608 | Raymond P. Forceno, Esquire<br>FORCENO & HANNON<br>Philadelphia Bourse Building, Suite<br>1000<br>Independence Mall East<br>Philadelphia, PA 19106 | Alben N. Hopkins, Esquire<br>HOPKINS, BARVIE' & HOPKINS,<br>P.L.L.C.<br>Post Office Box 1510<br>Gulfport, Mississippi  39502 |
| Patrick R. Buchanan, Esquire<br>BROWN, BUCHANAN,  &<br>SESSOMS, P.A.<br>Post Office Drawer 1377<br>Biloxi, MS  39533 | Ellen B. Furman, Esquire<br>GOLDFEIN & HOSMER<br>1600 Market Street, 33rd Floor<br>Philadelphia, PA 19103 | Jeffrey P. Hubbard, Esquire<br>WELLS, MOORE, SIMMONS &<br>HUBBARD<br>Post Office Box 1970<br>Jackson, Mississippi   39215-1970 |
| Brian T. Carr, Esquire<br>CARR & ASSOCIATES<br>4636 Sanford Street, Suite 100<br>Metairie, LA 70006 | William N. Graham, Esquire<br>AULTMAN, TYNER, RUFFIN &<br>YARBOROUGH, LTD.<br>Post Office Drawer 750<br>Hattiesburg, Mississippi   39403-0750 | Stephen J. Irwin, Esquire<br>DUNCAN, COURINGTON &<br>RYDBERG<br>400 Poydras Street, Suite 1200<br>New Orleans, LA 70130 |
| Edward J. Cass, Esquire<br>GALLAGHER, SHARP, FULTON &<br>NORMAN<br>Bulkley Building, 7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | Cheri D. Green, Esquire<br>BRUNINI, GRANTHAM, GROWER,<br>& HEWES, P.L.L.C.<br>Post Office Drawer 119<br>Jackson, MS 39205-0119 | Paige C. Jones, Esquire<br>PHELPS DUNBAR, LLP<br>Post Office  Box 23066<br>Jackson, Mississippi  39225 |
| Adam M. Chud, Esquire<br>SHEA & GARDNER<br>1800 Massachusetts Avenue, N.W.<br>Washington, DC 20036 | Lucien C. Gwin, Jr., Esquire<br>GWIN, LEWIS & PUNCHES<br>P.O. Box 1344<br>Natchez, MS 39121-1344 | Rebecca K. Jude, Esquire<br>JUDE & JUDE, P.L.L.C.<br>Post Office  Box 17468<br>Hattiesburg, Mississippi   39404 |

## MARVIN JEFFERSON SERVICE LIST

**PLAINTIFF**
> Louis H. Watson, Jr.
> C. Maison Heidelberg
> WATSON & HEIDELBERG, P.A.
> 520 East Capitol Street
> Jackson, MS 39201-2703

**DRESSER INDUSTRIES, INC. individually and as successor to Kellogg Brown & Root; THE MCCARTY CORPORATION; ROCKBESTOS- SURPRENANT CABLE CORP. f/k/a The Rockbestos Company**
> David A. Barfield
> Kimberly P. Wallace
> BARFIELD & ASSOCIATES
> Attorneys at Law, P.A.
> Post Office Box 3979
> Jackson, Mississippi 39207-3979

**ALLIED EQUIPMENT, INC.**
> James N. Compton
> COMPTON, CROWELL & HEWITT
> P. O. Drawer 1937
> Biloxi, MS  39533-1937

**AMERICAN CYANAMID; CYTEC INDUSTRIES, INC.; CYTEC FIBERITE, INC.; E.I. DUPONT DE NEMOURS & COMPANY**
> Darren M. Guillot
> ABBOTT, SIMSES & KUCHLER
> 400 Lafayette St., Ste. 200
> New Orleans, LA 70130

**AMERICAN OPTICAL CORP.; H. S. COVER CORPORATION; PFIZER, INC.; QUIGLEY; RESCO PRODUCTS, INC.**
> James P. Streetman, III
> CLARK, SCOTT & STREETMAN
> P. O. Box 13847
> Jackson, MS  39236-3847

**ANCO INSULATIONS, INC.; C. V. HAROLD RUBBER CO.; GRAYBAR ELECTRIC COMPANY, INC.**
> Joe E. Basenberg
> HAND ARENDALL, LLC
> P. O. Box 123
> Mobile, AL 36601

**ASARCO, INC.**
> Lucien C. Gwin, Jr.
> GWIN, LEWIS & PUNCHES, LLP
> Post Office Box 1344
> Natchez, MS 39121
>
> Frank Fazio
> Jonathan R. Kuhlman
> D. Jeffrey Campbell
> PORZIO, BOMBERG & NEWMAN
> Post Office Box 1997
> Morristown, MJ 07962-1997

**ATLAS COPCO COMPRESSORS, INC.**
Alison Borison
MONTGOMERY, BARNETT
3200 Energy Centre
1100 Poydras St.
New Orleans, LA  70163

**THE BIRD CORPORATION**
Matthew F. Powers
SAMPSON & POWERS, PLLC
Post Office Box 1417
Gulfport, MS 39502

**BRANTON INSULATIONS, INC.**
Thomas W. Tardy, III
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
Post Office Box 22608
Jackson, MS 39225-2608

**CONTINENTAL BEVERAGE PACKING, INC.**
James A. Prather
TRINCHARD & TRINCHARD, LLC
858 Camp Street
New Orleans, LA 70130

**ATLANTIC RICHFIELD, INC.; FLOWSERVE CORP.; FLOWSERVE ANCHOR DARLING OPERATIONS; FMC CORPORATION; PAULI & GRIFFIN CO.;  WALWORTH COMPANY**
Jeff Hubbard
WELLS, MOORE, SIMMONS & HUBBARD
P.O. Box 1970
Jackson, MS 39215

**AMETEK, INC.; ANCHOR PACKING COMPANY; ASHLAND OIL COMPANY; ASHLAND CHEMICAL CO.; BORG-WARNER CORP.; CONGOLEUM CORPORATION; COLTEC INDUSTRIES, INC.; GARFIELD MANUFACTURING CO.; GARLOCK, INC.; GULF BELTING & GASKET CO., INC.; HERCULES, INC.; MOBIL OIL CORPORATION**
Thomas W. Tyner
AULTMAN, TYNER, & RUFFIN, LTD
PO Drawer 750
Hattiesburg, MS  39403-0750

**REICHOLD, INC.**
Richard F. Yarborough, Jr.
SMITH REEVES & YARBOROUGH
Post Office Box 13469
Jackson, MS  39236-3469

**ALLIED GLOVE CORPORATION; AMCHEM PRODUCTS, INC.; BEAZER EAST, INC.; CARBORUNDUM COMPANY; C. E. THURSTON & SONS, INC.; CERTAINTEED CORP.; CLEMCO INDUSTRIES; COLLINS PACKING CO., INC.; COMBUSTION ENGINEERING; COOPER INDUSTRIES, INC.; CRANE CO.; CROSSFIELD PRODUCTS CORP.; DANA CORPORATION; EASTERN SAFETY EQUIPMENT CO.; FLEXITALLIC, INC.; FLEXO PRODUCTS, INC.; GENERAL ELECTRIC COMPANY; GEORGIA-PACIFIC CORP.; GREENE TWEED & CO.; GULF COAST MARINE SUPPLY CO.; GULF ENGINEERING CO., INC.; HOBART BROTHERS CO.; INDUSTRIAL HOLDINGS, INC.; INGERSOLL-RAND CO.; ITT INDUSTRIES, INC.; JAMESTOWN METAL & MARINE SALES; KAISER ALUMINUM & CHEMICAL CORP.; KAMCO SUPPLY CO.; KELCO SALES & ENGINEERING CO.; KIMBERLY-CLARK CORP.; KOMP EQUIPMENT CO.; LAUREL MACHINE & FOUNDRY CO.; LINCOLN ELECTRIC COMPANY; LOUIS M. GERSON CO., INC.; MAREMONT CORP.; MARINE SPECIALTY CO., INC.; MCMASTERS-CARR SUPPLY CO.; NATIONAL SERVICE INDUSTRIES, INC.; NOBCO, INC.; OWENS-ILLINOIS, INC.; PLIBRICO CO.; PROKO INDUSTRIES, INC.; PULMONSAN SAFETY EQUIPMENT CORP.; ROGERS CORPORATION; SHOOK & FLETCHER INSULATION CO.; S. T. JOHNSON COMPANY; STANDARD EQUIPMENT CO., INC.; TURNER SUPPLY CO.; TUTHILL CORP.; UNION CARBIDE CORP.; UNIROYAL, INC.; UNITED INDUSTRIAL CORP.; VELAN VALVE CORP.; ZURN INDUSTRIES, INC.**

    Thomas W. Tardy, III
    Walter G. Watkins, Jr.
    FORMAN, PERRY, WATKINS, KRUTZ & TARDY
    P.O. Box 22608
    Jackson, MS 39225-2608

**COPES-VULCAN, INC.; ENOCHS SALES CO., INC.**

    Raymond L. Brown
    Patrick Buchanan
    BROWN, BUCHANAN & SESSOMS, P.A.
    P. O. Box 2220
    Pascagoula, MS 39569-2220

**ELLIOT TURBO MACHINERY CO., INC.**

    Richard P. Sulzer
    SULZER & WILLIAMS
    201 Holiday Blvd., Ste. 335
    Covington, LA 70433

**DURABLA MANUFACTURING CO.; THE FLINTKOTE COMPANY; FOSTER-WHEELER CORPORATION**

    David W. Dogan, III
    DOGAN & WILKINSON, PLLC
    P. O. Box 23062
    Jackson, MS 39225-3062

**CROWN, CORK & SEAL COMPANY, INC.**

    Michael N. Watts
    HOLCOMB DUNBAR
    P. O. Box 707
    Oxford, MS 38655

    Minor C. Sumners, Jr.
    1907 Dunbarton, Suite F
    Jackson, MS 39216

    Frank G. Harmon, III
    3300 Two Houston Center
    Houston, TX 77010

**AJAX BOILER, INC.; H. B. FULLER CO., INC.; SCOTT TECHNOLOGIES F/K/A FIGGIE INTERNATIONAL, INC.**
> Robert W. Wilkinson
> DOGAN & WILKINSON, PLLC
> P. O. Box 1618
> Pascagoula, MS  39568-1618

**E. D. BULLARD COMPANY**
> Richard M. Truly
> 116 Espero Dr.
> Natchez, MS 39120-4904

**ENGELHARD HANOVIA, INC.; GENERAL REFRACTORIES CO.; GREFCO, INC.; MINNESOTA MINING AND MANUFACTURING COMPANY (3M); MONSANTO**
> Barry Ford
> BAKER, DONELSON, BEARMAN & CALDWELL
> Post Office Box 14167
> Jackson, MS  39236

**HOPEMAN BROTHERS, INC.**
> Kaye N. Courington
> DUNCAN & COURINGTON
> 400 Poydras St., Ste. 1200
> New Orleans, LA  70130

**PHILLIPS PETROLEUM CO.; SHELL OIL COMPANY**
> John Corlew
> WATKINS & EAGER, PLLC
> 400 East Capitol Ste., Ste. 300
> Jackson, MS 39201

**PARMALEE INDUSTRIES d/b/a Chicago Eye & Shield Co.**
> Thomas E. Vaughn
> ALLEN, VAUGHN, COBB & HOOD
> P. O. Box 4108
> Gulfport, MS 39501

**WARREN PUMPS, INC.**
> Christopher A. Shapley
> BRUNINI, GRANTHAM, GROWER & HEWES
> Post Office Drawer 119
> Jackson, MS  39205

**INDUSTRIAL RUBBER & SPECIALTY CO.**
> Karl R. Steinberger
> COLINGO, WILLIAMS, HEIDELBERG,
>  STEINBERGER & MCELHANEY
> P. O. Box 1407
> Pascagoula, MS 39568-1407

> Reuben V. Anderson
> PHELPS DUNBAR, LLP
> P. O. Box 23066
> Jackson, MS 39225-3066

**BINKS MANUFACTURING CO.; E. H. O'NEILL COMPANY, INC.**
Karen Sawyer
BRYANT, CLARK, DUKES, BLAKESLEE,
 RAMSAY & HAMMOND
Post Office Box 10
Gulfport, MS 39502-0010

**JOHN CRANE, INC.**
Carey Varnado
MONTAGUE, PITTMAN & VARNADO
Post Office Drawer 1975
Hattiesburg, MS 39403-1975

**BEAIRD INDUSTRIES, INC.; MISSISSIPPI RUBBER & SPECIALTY CO., INC.**
Roy C. Williams
COLINGO, WILLIAMS, HEIDELBERG,
 STEINBERGER & MCELHANEY
Post Office Drawer 1407
Pascagoula, MS 39568-1407

**ALBANY INTERNATIONAL, INC.; AMERICAN STANDARD; KELLY-MOORE PAINT COMPANY; MCCORD GASKET CO.; ROBERTSON CECO CORP.; U.C. REALTY CORP.; WEAKS ENTERPRISES, INC.**
Ronald G. Peresich
Michael E. Whitehead
PAGE, MANNINO, PERESICH & MCDERMOTT
Post Office Box 289
Biloxi, MS 39533

**BORDEN, INC.; CHAMPION INTERNATIONAL CORP.; INSUL COMPANY**
Patti Gandy
BUTLER, SNOW, O'MARA, STEVENS & CANNADA
P. O. Box 22567
Jackson, MS 39225-2567

**LAMONS GASKET COMPANY, INC.**
Lawrence C. Gunn, Jr.
GUNN & HICKS, PLLC
Post Office Box 1588
Hattiesburg, MS 39403-1588

**LAYNE CENTRAL CO.**
Kay Hardage
DANIEL, COKER, HORTON & BELL
P. O. Box 1084
Jackson, MS 39215-1084

**METROPOLITAN LIFE INSURANCE COMPANY**
David A. Barfield
Kimberly P. Wallace
BARFIELD & ASSOCIATES
Post Office Box 3979
Jackson, MS 39207-3979

**MILTON ROY COMPANY**
Jim Bullock
SHELL BUFORD, PLLC
Post Office Box 157
Jackson, MS 39205-0157

**OGLEYBAY NORTON CO.**
>Kathryn Jude
>JUDE & JUDE, P.A.
>P. O. Box 17499
>Hattiesburg, MS 39404

**REILLY-BENTON COMPANY, INC.; EMPIRE ABRASIVE EQUIPMENT COMPANY**
>Eugene M. McEachin, Jr.
>Paul V. Cassisa, Jr.
>BERNARD, CASSISA & ELLIOTT
>Post Office Box 55490
>Metairie, LA 70055-5490

**CARLISLE CORPORATION; CLARK INDUSTRIAL INSULATION CO.; RILEY STOKER CORP.; OCCIDENTAL PETROLEUM; OCCIDENTAL CHEMICAL CORP.**
>William C. Reeves
>SMITH REEVES & YARBOROUGH
>Post Office Box 13469
>Jackson, MS 39236-3469

**A. O. SMITH; S.B. DECKING, INC. F/K/A SELBY, BATTERSBY AND CO.; GK TECHNOLOGIES, INC.; GENERAL CABLE CORP.; QUAKER CHEMICAL CORP.; RILEY-STUART SUPPLY CO., INC.; USX CORP.; WGM SAFETY CORP.**
>Alben N. Hopkins
>HOPKINS BARVIE` & HOPKINS
>P. O. Box 1510
>Gulfport, MS 39501

**GOODYEAR TIRE & RUBBER CO.; FURON CO.; SEPCO CORP.; GLENDALE PROTECTIVE TECHNOLOGIES, INC.; MARTINDALE ELECTRIC COMPANY**
>Walter W. Dukes
>DUKES, DUKES, KEATING AND FANECA, P.A.
>Post Office Drawer W
>Gulfport, MS 39502

**TAYLOR SEIDENBACH, INC.**
>David Broome
>HAILEY, MCNAMARA, HALL, LARMANN & PAPALE, LLP
>Post Office Box 8288
>Metairie, LA 70011-8288

**DWYER INSTRUMENTS, INC.**
William N. Graham
AULTMAN, TYNER, & RUFFIN, LTD.
Post Office Drawer 750
Hattiesburg, MS  39403-0750

**THE BUDD COMPANY**
Susan Coco
MONTAGUE, PITTMAN & VARNADO
Post Office Drawer 1975
Hattiesburg, MS  39403-1975

**THE MEAD CORPORATION**
John A. Smyth, III
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2618

**SPENCE ENGINEERING COMPANY**
Nick B. Roberts, Jr.
MONTGOMERY BARNETT
2304 19TH St., Suite 203
Gulfport, MS 39501

**TYCO INTERNATIONAL**
Paige C. Jones
PHELPS DUNBAR
Post Office Box 23066
Jackson, MS  39225-3066

**CBS CORPORATION as successor in interest to WESTINGHOUSE ELECTRIC CORP.**
C. Michael Evert, Jr.
EVERT & WEATHERSBY
3405 Piedmont Rd., Suite 225
Atlanta, GA 30305

Roy C. Williams
COLINGO, WILLIAMS, HEIDELBERG,
 STEINBERGER & MCELHANEY
Post Office Drawer 1407
Pascagoula, MS  39568-1407

Reuben V. Anderson
PHELPS DUNBAR, L.L.P.
Post Office Box 23066
Jackson, Mississippi  39225-3066

**VIACOM, INC. successor by merger to CBS CORPORATION as successor in interest to WESTINGHOUSE ELECTRIC CORPORATION**
C. Michael Evert, Jr.
EVERT & WEATHERSBY
3405 Piedmont Rd., Suite 225
Atlanta, GA 30305

Roy C. Williams
COLINGO, WILLIAMS, HEIDELBERG,
 STEINBERGER & MCELHANEY
Post Office Drawer 1407
Pascagoula, MS  39568-1407

Reuben V. Anderson
PHELPS DUNBAR, L.L.P.
Post Office Box 23066
Jackson, Mississippi  39225-3066

**WHITTAKER CLARK & DANIELS, INC.**
Robert C. Galloway
BUTLER, SNOW, O'MARA, STEVENS & CANNADA
Post Office Drawer 4248
Gulfport, MS 39501

**YARWAY CORPORATION**
Donald C. Partridge
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
P.O. Box 22608
Jackson, MS 39225-2608


**COUNSEL UNKNOWN FOR:**

Aearo Company
A.R. Wilfley & Sons, Inc.
Allpax Company, Inc.
Ameron International Corp.
Aqua-Chem, Inc.
Archer-Daniels-Midland Co., Inc.
Armstrong International, Inc.
Brice Building Company, Inc.
Bridgestone Firestone, Inc.
CNA Holdings, Inc.
Chevron Texaco, Inc.
Circor International, Inc.
Danaher Corporation
Dixie Mill Supply Co., Inc.
Dover Corporation
Emerson Electric Co.
Engelhard Corp.
General Dynamics Corp.
Gulf Engineering Co., Inc.
I. U. North America, Inc.
Idex Corporation
Illinois Tool Works
Insulation Engineers, Inc.
King & Co., Inc.
Nelco
Parker Hannifin Corp.
Phillips Petroleum Company
Phoenix Specialty Manufacturing Company, Inc.
Schneider Electric
Schutte & Koerting, LLC

Steel Kote Manufacturing Co.
Sunoco, Inc.
Synkoloid
Tenneco Automotive, Inc.
Terex Corporation
The Gorman Rupp Company
The B.F. Goodrich Co./Fairbanks Morse Engine Division
Watts Industries, Inc.
Wickes, Inc.
William Powell Company
Yuba Heat Transfer Co.