**MDL 875**

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                MDL DOCKET NO. 875

This Document Relates To:
MARVIN JEFFERSON, et al. vs.
CRANE CO., et al.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARVIN JEFFERSON, ET AL.                              PLAINTIFFS

VS.                                    CIVIL ACTION NO:1:03CV733GRo

A. M. LOCKETT AND CO., LTD., ET AL.                  DEFENDANTS

**DRESSER INDUSTRIES, INC.'S
CORPORATE DISCLOSURE STATEMENT**

COMES NOW Dresser Industries, Inc. pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multi District Litigation and files this its Corporate Disclosure Statement and would respectfully show unto the Court as follows:

1. Dresser Industries, Inc. has been converted to DII Industries, LLC.

2. DII Industries, LLC is a wholly owned subsidiary of Halliburton Company.

3. Halliburton Company owns 10% or more of DII, Industries, LLC.

RESPECTFULLY SUBMITTED, this the 15th day of December, 2003.

By: _____
Kimberly P. Wallace

**OFFICIAL FILE COPY**
IMAGED DEC 29 '03

OF COUNSEL:

David A. Barfield, MSB #1994
Kimberly P. Wallace, MSB #99260
BARFIELD & ASSOCIATES
Attorneys at Law, P.A.
233 East Capitol Street
Post Office Box 3979
Jackson, Mississippi 39207-3979
Telephone (601) 968-9420
Facsimile (601) 968-9425

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 29 2003

FILED
CLERK'S OFFICE

**CERTIFICATE OF SERVICE**

I, Kimberly P. Wallace, counsel for the above named Defendant, do hereby certify that I have this date delivered, via United States Mail, postage prepaid, a true and correct copy of the foregoing document to counsel listed on the Panel Service List excerpted from CTO 229, a copy of which is attached hereto and all counsel of record in this case attached hereto as well.

SO CERTIFIED, this the 15th day of December, 2003.

_Kimberly P. Wallace_
Kimberly P. Wallace

2

PANEL SERVICE LIST (Excerpted from CTO-229)  Page 1 of 2
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Marvin Jefferson, et al. v. A.M. Lockett & Co., Ltd., et al.,* S.D. Mississippi, C.A. No. 1:03-733

| | | |
|---|---|---|
| Robert M. Arentson, Jr., Esquire<br>BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ<br>P.O. Box 14167<br>Jackson, MS 39236-4167 | Susan Coco, Esquire<br>MONTAGUE, PITTMAN &<br>VARNADO<br>P.O. Drawer 1975<br>Hattiesburg, MS 39403 | Michael O. Gwin, Esquire<br>WATKINS & EAGER<br>P.O. Box 650<br>Jackson, MS 39205 |
| Paul E. Barnes, Esquire<br>WISE, CARTER, CHILD &<br>CARAWAY<br>P.O. Box 651<br>Jackson, MS 39205 | David A. Damico, Esquire<br>BURNS, WHITE & HICKTON<br>Fifth Avenue Place, Suite 2400<br>120 Fifth Avenue<br>Pittsburgh, PA 15222 | Susan M. Hansen, Esquire<br>BROWNSON & BALLOU<br>4800 U.S. Bank Place<br>601 Second Avenue, South<br>Minneapolis, MN 55402 |
| Monte L. Barton, Jr., Esquire<br>COPELAND COOK TAYLOR &<br>BUSH<br>Post Office Box 6020<br>Ridgeland, MS 39158 | Lyn P. Dodson, Esquire<br>COPELAND COOK TAYLOR &<br>BUSH<br>Post Office Box 6020<br>Ridgeland, MS 39158 | Frances K. Hardage, Esquire<br>Daniel, Coker, Horton & Bell<br>P.O. Box 1084<br>Jackson, MS 39215-1084 |
| Richard C. Binzley, Esquire<br>THOMPSON HINE, L.L.P.<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | Charles M. Evert, Esquire<br>Evert & Weathersby, L.L.c.<br>3405 Piedmont Road, Suite 225<br>Atlanta, GA 30305 | Joseph M. Hart, IV, Esquire<br>SMITH & FAWER<br>201 St. Charles Avenue, Suite 3702<br>New Orleans, LA 70170 |
| James H. Bolin, Esquire<br>BUTLER, SNOW, O'MARA,<br>STEVENS & CANNADA<br>Post Office Box 22567<br>Jackson, MS 39225-2567 | James L. Fletcher, Jr., Esquire<br>MONTGOMERY BARNETT<br>3200 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-3200 | Christy C. Hendrix, Esquire<br>SULZER & WILLIAMS, L.L.C.<br>201 Holiday Blvd., Suite 335<br>Covington, LA 70433 |
| Craig E. Brasfield, Esquire<br>FORMAN, PERRY, WATKINS,<br>KRUTZ & TARDY<br>Post Office Box 22608<br>Jackson, Mississippi   39225-2608 | Raymond P. Forceno, Esquire<br>FORCENO & HANNON<br>Philadelphia Bourse Building, Suite<br>1000<br>Independence Mall East<br>Philadelphia, PA 19106 | Alben N. Hopkins, Esquire<br>HOPKINS, BARVIE' & HOPKINS,<br>P.L.L.C.<br>Post Office Box 1510<br>Gulfport, Mississippi  39502 |
| Patrick R. Buchanan, Esquire<br>BROWN, BUCHANAN, &<br>SESSOMS, P.A.<br>Post Office Drawer 1377<br>Biloxi, MS  39533 | Ellen B. Furman, Esquire<br>GOLDFEIN & HOSMER<br>1600 Market Street, 33rd Floor<br>Philadelphia, PA 19103 | Jeffrey P. Hubbard, Esquire<br>WELLS, MOORE, SIMMONS &<br>HUBBARD<br>Post Office Box 1970<br>Jackson, Mississippi   39215-1970 |
| Brian T. Carr, Esquire<br>CARR & ASSOCIATES<br>4636 Sanford Street, Suite 100<br>Metairie, LA 70006 | William N. Graham, Esquire<br>AULTMAN, TYNER, RUFFIN &<br>YARBOROUGH, LTD.<br>Post Office Drawer 750<br>Hattiesburg, Mississippi   39403-0750 | Stephen J. Irwin, Esquire<br>DUNCAN, COURINGTON &<br>RYDBERG<br>400 Poydras Street, Suite 1200<br>New Orleans, LA 70130 |
| Edward J. Cass, Esquire<br>GALLAGHER, SHARP, FULTON &<br>NORMAN<br>Bulkley Building, 7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | Cheri D. Green, Esquire<br>BRUNINI, GRANTHAM, GROWER,<br>& HEWES, P.L.L.C.<br>Post Office Drawer 119<br>Jackson, MS 39205-0119 | Paige C. Jones, Esquire<br>PHELPS DUNBAR, LLP<br>Post Office Box 23066<br>Jackson, Mississippi  39225 |
| Adam M. Chud, Esquire<br>SHEA & GARDNER<br>1800 Massachusetts Avenue, N.W.<br>Washington, DC 20036 | Lucien C. Gwin, Jr., Esquire<br>GWIN, LEWIS & PUNCHES<br>P.O. Box 1344<br>Natchez, MS 39121-1344 | Rebecca K. Jude, Esquire<br>JUDE & JUDE, P.L.L.C.<br>Post Office Box 17468<br>Hattiesburg, Mississippi  39404 |

PANEL SERVICE LIST (Excerpted from CTO-229)   Page 1 of 2
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Marvin Jefferson, et al. v. A.M. Lockett & Co., Ltd., et al.*, S.D. Mississippi, C.A. No. 1:03-733

| | | |
|---|---|---|
| Robert M. Arentson, Jr., Esquire<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ<br>P.O. Box 14167<br>Jackson, MS 39236-4167 | Susan Coco, Esquire<br>MONTAGUE, PITTMAN & VARNADO<br>P.O. Drawer 1975<br>Hattiesburg, MS 39403 | Michael O. Gwin, Esquire<br>WATKINS & EAGER<br>P.O. Box 650<br>Jackson, MS 39205 |
| Paul E. Barnes, Esquire<br>WISE, CARTER, CHILD & CARAWAY<br>P.O. Box 651<br>Jackson, MS 39205 | David A. Damico, Esquire<br>BURNS, WHITE & HICKTON<br>Fifth Avenue Place, Suite 2400<br>120 Fifth Avenue<br>Pittsburgh, PA 15222 | Susan M. Hansen, Esquire<br>BROWNSON & BALLOU<br>4800 U.S. Bank Place<br>601 Second Avenue, South<br>Minneapolis, MN 55402 |
| Monte L. Barton, Jr., Esquire<br>COPELAND COOK TAYLOR & BUSH<br>Post Office Box 6020<br>Ridgeland, MS 39158 | Lyn P. Dodson, Esquire<br>COPELAND COOK TAYLOR & BUSH<br>Post Office Box 6020<br>Ridgeland, MS 39158 | Frances K. Hardage, Esquire<br>Daniel, Coker, Horton & Bell<br>P.O. Box 1084<br>Jackson, MS 39215-1084 |
| Richard C. Binzley, Esquire<br>THOMPSON HINE, L.L.P.<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | Charles M. Evert, Esquire<br>Evert & Weathersby, L.L.c.<br>3405 Piedmont Road, Suite 225<br>Atlanta, GA 30305 | Joseph M. Hart, IV, Esquire<br>SMITH & FAWER<br>201 St. Charles Avenue, Suite 3702<br>New Orleans, LA 70170 |
| James H. Bolin, Esquire<br>BUTLER, SNOW, O'MARA, STEVENS & CANNADA<br>Post Office Box 22567<br>Jackson, MS 39225-2567 | James L. Fletcher, Jr., Esquire<br>MONTGOMERY BARNETT<br>3200 Energy Centre, 1100 Poydras St.<br>New Orleans, LA 70163-3200 | Christy C. Hendrix, Esquire<br>SULZER & WILLIAMS, L.L.C.<br>201 Holiday Blvd., Suite 335<br>Covington, LA 70433 |
| Craig E. Brasfield, Esquire<br>FORMAN, PERRY, WATKINS, KRUTZ & TARDY<br>Post Office Box 22608<br>Jackson, Mississippi   39225-2608 | Raymond P. Forceno, Esquire<br>FORCENO & HANNON<br>Philadelphia Bourse Building, Suite 1000<br>Independence Mall East<br>Philadelphia, PA 19106 | Alben N. Hopkins, Esquire<br>HOPKINS, BARVIE' & HOPKINS, P.L.L.C.<br>Post Office Box 1510<br>Gulfport, Mississippi  39502 |
| Patrick R. Buchanan, Esquire<br>BROWN, BUCHANAN, & SESSOMS, P.A.<br>Post Office Drawer 1377<br>Biloxi, MS  39533 | Ellen B. Furman, Esquire<br>GOLDFEIN & HOSMER<br>1600 Market Street, 33rd Floor<br>Philadelphia, PA 19103 | Jeffrey P. Hubbard, Esquire<br>WELLS, MOORE, SIMMONS & HUBBARD<br>Post Office Box 1970<br>Jackson, Mississippi   39215-1970 |
| Brian T. Carr, Esquire<br>CARR & ASSOCIATES<br>4636 Sanford Street, Suite 100<br>Metairie, LA 70006 | William N. Graham, Esquire<br>AULTMAN, TYNER, RUFFIN & YARBOROUGH, LTD.<br>Post Office Drawer 750<br>Hattiesburg, Mississippi   39403-0750 | Stephen J. Irwin, Esquire<br>DUNCAN, COURINGTON & RYDBERG<br>400 Poydras Street, Suite 1200<br>New Orleans, LA 70130 |
| Edward J. Cass, Esquire<br>GALLAGHER, SHARP, FULTON & NORMAN<br>Bulkley Building, 7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | Cheri D. Green, Esquire<br>BRUNINI, GRANTHAM, GROWER, & HEWES, P.L.L.C.<br>Post Office Drawer 119<br>Jackson, MS 39205-0119 | Paige C. Jones, Esquire<br>PHELPS DUNBAR, LLP<br>Post Office Box 23066<br>Jackson, Mississippi  39225 |
| Adam M. Chud, Esquire<br>SHEA & GARDNER<br>1800 Massachusetts Avenue, N.W.<br>Washington, DC 20036 | Lucien C. Gwin, Jr., Esquire<br>GWIN, LEWIS & PUNCHES<br>P.O. Box 1344<br>Natchez, MS 39121-1344 | Rebecca K. Jude, Esquire<br>JUDE & JUDE, P.L.L.C.<br>Post Office Box 17468<br>Hattiesburg, Mississippi  39404 |

# MARVIN JEFFERSON SERVICE LIST

**PLAINTIFF**
    Louis H. Watson, Jr.
    C. Maison Heidelberg
    WATSON & HEIDELBERG, P.A.
    520 East Capitol Street
    Jackson, MS 39201-2703

**DRESSER INDUSTRIES, INC. individually and as successor to Kellogg Brown & Root; THE MCCARTY CORPORATION; ROCKBESTOS- SURPRENANT CABLE CORP. f/k/a The Rockbestos Company**
    David A. Barfield
    Kimberly P. Wallace
    BARFIELD & ASSOCIATES
    Attorneys at Law, P.A.
    Post Office Box 3979
    Jackson, Mississippi 39207-3979

**ALLIED EQUIPMENT, INC.**
    James N. Compton
    COMPTON, CROWELL & HEWITT
    P. O. Drawer 1937
    Biloxi, MS 39533-1937

**AMERICAN CYANAMID; CYTEC INDUSTRIES, INC.; CYTEC FIBERITE, INC.; E.I. DUPONT DE NEMOURS & COMPANY**
    Darren M. Guillot
    ABBOTT, SIMSES & KUCHLER
    400 Lafayette St., Ste. 200
    New Orleans, LA 70130

**AMERICAN OPTICAL CORP.; H. S. COVER CORPORATION; PFIZER, INC.; QUIGLEY; RESCO PRODUCTS, INC.**
    James P. Streetman, III
    CLARK, SCOTT & STREETMAN
    P. O. Box 13847
    Jackson, MS 39236-3847

**ANCO INSULATIONS, INC.; C. V. HAROLD RUBBER CO.; GRAYBAR ELECTRIC COMPANY, INC.**
    Joe E. Basenberg
    HAND ARENDALL, LLC
    P. O. Box 123
    Mobile, AL 36601

**ASARCO, INC.**
    Lucien C. Gwin, Jr.
    GWIN, LEWIS & PUNCHES, LLP
    Post Office Box 1344
    Natchez, MS 39121

    Frank Fazio
    Jonathan R. Kuhlman
    D. Jeffrey Campbell
    PORZIO, BOMBERG & NEWMAN
    Post Office Box 1997
    Morristown, MJ 07962-1997

**ATLAS COPCO COMPRESSORS, INC.**
    Alison Borison
    MONTGOMERY, BARNETT
    3200 Energy Centre
    1100 Poydras St.
    New Orleans, LA  70163

**THE BIRD CORPORATION**
    Matthew F. Powers
    SAMPSON & POWERS, PLLC
    Post Office Box 1417
    Gulfport, MS 39502

**BRANTON INSULATIONS, INC.**
    Thomas W. Tardy, III
    FORMAN, PERRY, WATKINS, KRUTZ & TARDY
    Post Office Box 22608
    Jackson, MS  39225-2608

**CONTINENTAL BEVERAGE PACKING, INC.**
    James A. Prather
    TRINCHARD & TRINCHARD, LLC
    858 Camp Street
    New Orleans, LA 70130

**ATLANTIC RICHFIELD, INC.; FLOWSERVE CORP.; FLOWSERVE ANCHOR DARLING OPERATIONS; FMC CORPORATION; PAULI & GRIFFIN CO.; WALWORTH COMPANY**
    Jeff Hubbard
    WELLS, MOORE, SIMMONS & HUBBARD
    P.O. Box 1970
    Jackson, MS 39215

**AMETEK, INC.; ANCHOR PACKING COMPANY; ASHLAND OIL COMPANY; ASHLAND CHEMICAL CO.; BORG-WARNER CORP.; CONGOLEUM CORPORATION; COLTEC INDUSTRIES, INC.; GARFIELD MANUFACTURING CO.; GARLOCK, INC.; GULF BELTING & GASKET CO., INC.; HERCULES, INC.; MOBIL OIL CORPORATION**
    Thomas W. Tyner
    AULTMAN, TYNER, & RUFFIN, LTD
    PO Drawer 750
    Hattiesburg, MS  39403-0750

**REICHOLD, INC.**
    Richard F. Yarborough, Jr.
    SMITH REEVES & YARBOROUGH
    Post Office Box 13469
    Jackson, MS  39236-3469

ALLIED GLOVE CORPORATION; AMCHEM PRODUCTS, INC.; BEAZER EAST, INC.; CARBORUNDUM COMPANY; C. E. THURSTON & SONS, INC.; CERTAINTEED CORP.; CLEMCO INDUSTRIES; COLLINS PACKING CO., INC.; COMBUSTION ENGINEERING; COOPER INDUSTRIES, INC.; CRANE CO.; CROSSFIELD PRODUCTS CORP.; DANA CORPORATION; EASTERN SAFETY EQUIPMENT CO.; FLEXITALLIC, INC.; FLEXO PRODUCTS, INC.; GENERAL ELECTRIC COMPANY; GEORGIA-PACIFIC CORP.; GREENE TWEED & CO.; GULF COAST MARINE SUPPLY CO.; GULF ENGINEERING CO., INC.; HOBART BROTHERS CO.; INDUSTRIAL HOLDINGS, INC.; INGERSOLL-RAND CO.; ITT INDUSTRIES, INC.; JAMESTOWN METAL & MARINE SALES; KAISER ALUMINUM & CHEMICAL CORP.; KAMCO SUPPLY CO.; KELCO SALES & ENGINEERING CO.; KIMBERLY-CLARK CORP.; KOMP EQUIPMENT CO.; LAUREL MACHINE & FOUNDRY CO.; LINCOLN ELECTRIC COMPANY; LOUIS M. GERSON CO., INC.; MAREMONT CORP.; MARINE SPECIALTY CO., INC.; MCMASTERS-CARR SUPPLY CO.; NATIONAL SERVICE INDUSTRIES, INC.; NOBCO, INC.; OWENS-ILLINOIS, INC.; PLIBRICO CO.; PROKO INDUSTRIES, INC.; PULMONSAN SAFETY EQUIPMENT CORP.; ROGERS CORPORATION; SHOOK & FLETCHER INSULATION CO.; S. T. JOHNSON COMPANY; STANDARD EQUIPMENT CO., INC.; TURNER SUPPLY CO.; TUTHILL CORP.; UNION CARBIDE CORP.; UNIROYAL, INC.; UNITED INDUSTRIAL CORP.; VELAN VALVE CORP.; ZURN INDUSTRIES, INC.

    Thomas W. Tardy, III
    Walter G. Watkins, Jr.
    FORMAN, PERRY, WATKINS, KRUTZ & TARDY
    P.O. Box 22608
    Jackson, MS 39225-2608

COPES-VULCAN, INC.; ENOCHS SALES CO., INC.
    Raymond L. Brown
    Patrick Buchanan
    BROWN, BUCHANAN & SESSOMS, P.A.
    P. O. Box 2220
    Pascagoula, MS 39569-2220

ELLIOT TURBO MACHINERY CO., INC.
    Richard P. Sulzer
    SULZER & WILLIAMS
    201 Holiday Blvd., Ste. 335
    Covington, LA 70433

DURABLA MANUFACTURING CO.; THE FLINTKOTE COMPANY; FOSTER-WHEELER CORPORATION
    David W. Dogan, III
    DOGAN & WILKINSON, PLLC
    P. O. Box 23062
    Jackson, MS 39225-3062

CROWN, CORK & SEAL COMPANY, INC.
    Michael N. Watts
    HOLCOMB DUNBAR
    P. O. Box 707
    Oxford, MS 38655

    Minor C. Sumners, Jr.
    1907 Dunbarton, Suite F
    Jackson, MS 39216

    Frank G. Harmon, III
    3300 Two Houston Center
    Houston, TX 77010

**AJAX BOILER, INC.; H. B. FULLER CO., INC.; SCOTT TECHNOLOGIES F/K/A FIGGIE INTERNATIONAL, INC.**
    Robert W. Wilkinson
    DOGAN & WILKINSON, PLLC
    P. O. Box 1618
    Pascagoula, MS  39568-1618

**E. D. BULLARD COMPANY**
    Richard M. Truly
    116 Espero Dr.
    Natchez, MS 39120-4904

**ENGELHARD HANOVIA, INC.; GENERAL REFRACTORIES CO.; GREFCO, INC.; MINNESOTA MINING AND MANUFACTURING COMPANY (3M); MONSANTO**
    Barry Ford
    BAKER, DONELSON, BEARMAN & CALDWELL
    Post Office Box 14167
    Jackson, MS  39236

**HOPEMAN BROTHERS, INC.**
    Kaye N. Courington
    DUNCAN & COURINGTON
    400 Poydras St., Ste. 1200
    New Orleans, LA  70130

**PHILLIPS PETROLEUM CO.; SHELL OIL COMPANY**
    John Corlew
    WATKINS & EAGER, PLLC
    400 East Capitol Ste., Ste. 300
    Jackson, MS 39201

**PARMALEE INDUSTRIES d/b/a Chicago Eye & Shield Co.**
    Thomas E. Vaughn
    ALLEN, VAUGHN, COBB & HOOD
    P. O. Box 4108
    Gulfport, MS 39501

**WARREN PUMPS, INC.**
    Christopher A. Shapley
    BRUNINI, GRANTHAM, GROWER & HEWES
    Post Office Drawer 119
    Jackson, MS  39205

**INDUSTRIAL RUBBER & SPECIALTY CO.**
    Karl R. Steinberger
    COLINGO, WILLIAMS, HEIDELBERG,
     STEINBERGER & MCELHANEY
    P. O. Box 1407
    Pascagoula, MS 39568-1407

    Reuben V. Anderson
    PHELPS DUNBAR, LLP
    P. O. Box 23066
    Jackson, MS 39225-3066

**BINKS MANUFACTURING CO.; E. H. O'NEILL COMPANY, INC.**
    Karen Sawyer
    BRYANT, CLARK, DUKES, BLAKESLEE,
     RAMSAY & HAMMOND
    Post Office Box 10
    Gulfport, MS  39502-0010

**JOHN CRANE, INC.**
    Carey Varnado
    MONTAGUE, PITTMAN & VARNADO
    Post Office Drawer 1975
    Hattiesburg, MS  39403-1975

**BEAIRD INDUSTRIES, INC.; MISSISSIPPI RUBBER & SPECIALTY CO., INC.**
    Roy C. Williams
    COLINGO, WILLIAMS, HEIDELBERG,
     STEINBERGER & MCELHANEY
    Post Office Drawer 1407
    Pascagoula, MS  39568-1407

**ALBANY INTERNATIONAL, INC.; AMERICAN STANDARD; KELLY-MOORE PAINT COMPANY; MCCORD GASKET CO.; ROBERTSON CECO CORP.; U.C. REALTY CORP.; WEAKS ENTERPRISES, INC.**
    Ronald G. Peresich
    Michael E. Whitehead
    PAGE, MANNINO, PERESICH & MCDERMOTT
    Post Office Box 289
    Biloxi, MS  39533

**BORDEN, INC.; CHAMPION INTERNATIONAL CORP.; INSUL COMPANY**
    Patti Gandy
    BUTLER, SNOW, O'MARA, STEVENS & CANNADA
    P. O. Box 22567
    Jackson, MS  39225-2567

**LAMONS GASKET COMPANY, INC.**
    Lawrence C. Gunn, Jr.
    GUNN & HICKS, PLLC
    Post Office Box 1588
    Hattiesburg, MS 39403-1588

**LAYNE CENTRAL CO.**
    Kay Hardage
    DANIEL, COKER, HORTON & BELL
    P. O. Box 1084
    Jackson, MS 39215-1084

**METROPOLITAN LIFE INSURANCE COMPANY**
    David A. Barfield
    Kimberly P. Wallace
    BARFIELD & ASSOCIATES
    Post Office Box 3979
    Jackson, MS 39207-3979

**MILTON ROY COMPANY**
    Jim Bullock
    SHELL BUFORD, PLLC
    Post Office Box 157
    Jackson, MS 39205-0157

**OGLEYBAY NORTON CO.**
    Kathryn Jude
    JUDE & JUDE, P.A.
    P. O. Box 17499
    Hattiesburg, MS 39404

**REILLY-BENTON COMPANY, INC.; EMPIRE ABRASIVE EQUIPMENT COMPANY**
    Eugene M. McEachin, Jr.
    Paul V. Cassisa, Jr.
    BERNARD, CASSISA & ELLIOTT
    Post Office Box 55490
    Metairie, LA  70055-5490

**CARLISLE CORPORATION; CLARK INDUSTRIAL INSULATION CO.; RILEY STOKER CORP.; OCCIDENTAL PETROLEUM; OCCIDENTAL CHEMICAL CORP.**
    William C. Reeves
    SMITH REEVES & YARBOROUGH
    Post Office Box 13469
    Jackson, MS  39236-3469

**A. O. SMITH; S.B. DECKING, INC. F/K/A SELBY, BATTERSBY AND CO.; GK TECHNOLOGIES, INC.; GENERAL CABLE CORP.; QUAKER CHEMICAL CORP.; RILEY-STUART SUPPLY CO., INC.; USX CORP.; WGM SAFETY CORP.**
    Alben N. Hopkins
    HOPKINS BARVIE` & HOPKINS
    P. O. Box 1510
    Gulfport, MS 39501

**GOODYEAR TIRE & RUBBER CO.; FURON CO.; SEPCO CORP.; GLENDALE PROTECTIVE TECHNOLOGIES, INC.; MARTINDALE ELECTRIC COMPANY**
    Walter W. Dukes
    DUKES, DUKES, KEATING AND FANECA, P.A.
    Post Office Drawer W
    Gulfport, MS  39502

**TAYLOR SEIDENBACH, INC.**
    David Broome
    HAILEY, MCNAMARA, HALL, LARMANN & PAPALE, LLP
    Post Office Box 8288
    Metairie, LA  70011-8288

**DWYER INSTRUMENTS, INC.**
 William N. Graham
 AULTMAN, TYNER, & RUFFIN, LTD.
 Post Office Drawer 750
 Hattiesburg, MS  39403-0750

**THE BUDD COMPANY**
 Susan Coco
 MONTAGUE, PITTMAN & VARNADO
 Post Office Drawer 1975
 Hattiesburg, MS  39403-1975

**THE MEAD CORPORATION**
 John A. Smyth, III
 MAYNARD, COOPER & GALE, P.C.
 1901 Sixth Avenue North
 2400 AmSouth/Harbert Plaza
 Birmingham, AL 35203-2618

**SPENCE ENGINEERING COMPANY**
 Nick B. Roberts, Jr.
 MONTGOMERY BARNETT
 2304 19TH St., Suite 203
 Gulfport, MS 39501

**TYCO INTERNATIONAL**
 Paige C. Jones
 PHELPS DUNBAR
 Post Office Box 23066
 Jackson, MS  39225-3066

**CBS CORPORATION as successor in interest to WESTINGHOUSE ELECTRIC CORP.**
 C. Michael Evert, Jr.
 EVERT & WEATHERSBY
 3405 Piedmont Rd., Suite 225
 Atlanta, GA 30305

 Roy C. Williams
 COLINGO, WILLIAMS, HEIDELBERG,
  STEINBERGER & MCELHANEY
 Post Office Drawer 1407
 Pascagoula, MS  39568-1407

 Reuben V. Anderson
 PHELPS DUNBAR, L.L.P.
 Post Office Box 23066
 Jackson, Mississippi  39225-3066

**VIACOM, INC. successor by merger to CBS CORPORATION as successor in interest to WESTINGHOUSE ELECTRIC CORPORATION**
 C. Michael Evert, Jr.
 EVERT & WEATHERSBY
 3405 Piedmont Rd., Suite 225
 Atlanta, GA 30305

    Roy C. Williams
    COLINGO, WILLIAMS, HEIDELBERG,
     STEINBERGER & MCELHANEY
    Post Office Drawer 1407
    Pascagoula, MS  39568-1407

    Reuben V. Anderson
    PHELPS DUNBAR, L.L.P.
    Post Office Box 23066
    Jackson, Mississippi  39225-3066

**WHITTAKER CLARK & DANIELS, INC.**
    Robert C. Galloway
    BUTLER, SNOW, O'MARA, STEVENS & CANNADA
    Post Office Drawer 4248
    Gulfport, MS 39501

**YARWAY CORPORATION**
    Donald C. Partridge
    FORMAN, PERRY, WATKINS, KRUTZ & TARDY
    P.O. Box 22608
    Jackson, MS 39225-2608


**COUNSEL UNKNOWN FOR:**

Aearo Company
A.R. Wilfley & Sons, Inc.
Allpax Company, Inc.
Ameron International Corp.
Aqua-Chem, Inc.
Archer-Daniels-Midland Co., Inc.
Armstrong International, Inc.
Brice Building Company, Inc.
Bridgestone Firestone, Inc.
CNA Holdings, Inc.
Chevron Texaco, Inc.
Circor International, Inc.
Danaher Corporation
Dixie Mill Supply Co., Inc.
Dover Corporation
Emerson Electric Co.
Engelhard Corp.
General Dynamics Corp.
Gulf Engineering Co., Inc.
I. U. North America, Inc.
Idex Corporation
Illinois Tool Works
Insulation Engineers, Inc.
King & Co., Inc.
Nelco
Parker Hannifin Corp.
Phillips Petroleum Company
Phoenix Specialty Manufacturing Company, Inc.
Schneider Electric
Schutte & Koerting, LLC

Steel Kote Manufacturing Co.
Sunoco, Inc.
Synkoloid
Tenneco Automotive, Inc.
Terex Corporation
The Gorman Rupp Company
The B.F. Goodrich Co./Fairbanks Morse Engine Division
Watts Industries, Inc.
Wickes, Inc.
William Powell Company
Yuba Heat Transfer Co.