

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 29 2003

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION | )<br>)<br>) |
| _____ | )<br>) |
| THIS DOCUMENT RELATES TO: | ) MDL 875<br>) |
| _____ | ) |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARVIN JEFFERSON, ET AL.                                     PLAINTIFFS

VERSUS                                    CIVIL ACTION NO. 1:03CV733GRo

A. M. LOCKETT, ET AL                                         DEFENDANTS

---

**PECORA CORPORATION'S
CORPORATE DISCLOSURE STATEMENT**

---

COMES NOW, **PECORA CORPORATION**, and files this its Corporate Disclosure Statement Pursuant to MDL Panel Rule 5.3. **PECORA CORPORATION** states the following:

1.  Pecora Corporation is a Delaware corporation that resides in Pennsylvania and has no parent corporation.

2.  No publicly-held company owns ten percent (10%) or more of Pecora Corporation's stock.

Dated this the /7th day of December, 2003.

**OFFICIAL FILE COPY**

IMAGED DEC 29 '03

Respectfully submitted,

PECORA CORPORATION

BY: _____
LOUIS F. COLEMAN, MSBN 6363
JOE B. MOSS MSBN 3537

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 29 2003

FILED
CLERK'S OFFICE

FORMAN PERRY WATKINS KRUTZ & TARDY LLP
Suite 200, One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600

## CERTIFICATE OF SERVICE

I hereby certify that I have this date mailed by United States mail, postage prepaid a true and correct copy of the foregoing Pecora Corporation's Corporate Disclosure Statement to all Counsel of Record at their usual business addresses.

THIS, the 17th day of December, 2003.

_____
LOUIS F. COLEMAN, MSBN 6363
JOE B. MOSS MSBN 3537