**MDL 875**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 29 2003

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | ) ) ) |
| _____ | ) ) |
| THIS DOCUMENT RELATES TO: | ) )  MDL 875 |
| _____ | ) ) |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARVIN JEFFERSON, ET AL.                                   PLAINTIFFS

VERSUS                                              CIVIL ACTION NO. 1:03CV733GRo

A. M. LOCKETT, ET AL                                        DEFENDANTS

## ROGERS CORPORATION'S
## CORPORATE DISCLOSURE STATEMENT

COMES NOW, **ROGERS CORPORATION**, and files this its Corporate Disclosure Statement Pursuant to MDL Panel Rule 5.3. **ROGERS CORPORATION** states the following:

1. Rogers Corporation is a Massachusetts corporation and has no parent corporation.

2. No publicly-held company owns ten percent (10%) or more of Rogers Corporation's stock.

Dated this the ___17th___ day of December, 2003.



**OFFICIAL FILE COPY**

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2003 DEC 22 A 9: 23

RECEIVED
CLERK'S OFFICE

IMAGED DEC 29 '03

PLEADING NO. 4066

Respectfully submitted,

ROGERS CORPORATION

BY: _____
LOUIS F. COLEMAN, MSBN 6363
JOE B. MOSS MSBN 3537

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 29 2003

FILED
CLERK'S OFFICE

FORMAN PERRY WATKINS KRUTZ & TARDY LLP
Suite 200, One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600

## CERTIFICATE OF SERVICE

I hereby certify that I have this date mailed by United States mail, postage prepaid a true and correct copy of the foregoing Rogers Corporation's Corporate Disclosure Statement to all Counsel of Record at their usual business addresses.

THIS, the 17th day of December, 2003.

_____
LOUIS F. COLEMAN, MSBN 6363
JOE B. MOSS MSBN 3537

2003 DEC 22 A 9:23
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE