MDL 875

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 29 2003

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS )
LIABILITY LITIGATION )
)
_____ )
)
THIS DOCUMENT RELATES TO: )   MDL 875
)
_____ )

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARVIN JEFFERSON, ET AL.                    PLAINTIFFS

VERSUS                                      CIVIL ACTION NO. 1:03CV733GRo

A. M. LOCKETT, ET AL                        DEFENDANTS

---

**MCMASTER-CARR SUPPLY COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

---

COMES NOW, **MCMASTER-CARR SUPPLY COMPANY**, and files this its Corporate Disclosure Statement Pursuant to MDL Panel Rule 5.3. **MCMASTER-CARR SUPPLY COMPANY** states the following:

1. McMaster-Carr Supply Company is an Illinois corporation and has no parent corporation.

2. No publicly-held company owns ten percent (10%) or more of McMaster-Carr Supply Company's stock.

Dated this the 17th day of December, 2003.

PLEADING NO. 4067

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
2003 DEC 22 A 9:23
RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**
IMAGED DEC 29 '03

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 9 2003

FILED
CLERK'S OFFICE

Respectfully submitted,

MCMASTER-CARR SUPPLY COMPANY

BY: _____
DONALD C. PARTRIDGE MSBN 4037
LOUIS F. COLEMAN, MSBN 6363
JOE B. MOSS MSBN 3537

FORMAN PERRY WATKINS KRUTZ & TARDY LLP
Suite 200, One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600

## CERTIFICATE OF SERVICE

I hereby certify that I have this date mailed by United States mail, postage prepaid a true and correct copy of the foregoing McMaster-Carr Supply Company's Corporate Disclosure Statement to all Counsel of Record at their usual business addresses.

THIS, the 17th day of December, 2003.

_____
DONALD C. PARTRIDGE MSBN 4037
LOUIS F. COLEMAN, MSBN 6363
JOE B. MOSS MSBN 3537

2003 DEC 22 A 9:23
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE