MDL 875

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 29 2003

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) ) | MDL 875 |

PLEADING NO. 4068

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARVIN JEFFERSON, ET AL.                                         PLAINTIFFS

VERSUS                                                          CIVIL ACTION NO. 1:03CV733GRo

A. M. LOCKETT, ET AL                                            DEFENDANTS

---

**GULF COAST MARINE SUPPLY COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

---

COMES NOW, **GULF COAST MARINE SUPPLY COMPANY**, and files this its Corporate Disclosure Statement Pursuant to MDL Panel Rule 5.3. **GULF COAST MARINE SUPPLY COMPANY** states the following:

1. Gulf Coast Marine Supply Company is an Alabama corporation and has no parent corporation.

2. No publicly-held company owns ten percent (10%) or more of Gulf Coast Marine Supply Company's stock.

Dated this the ___17th___ day of December, 2003.

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2003 DEC 22  A 9:23

RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**

IMAGED DEC 29 '03

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 29 2003

FILED
CLERK'S OFFICE

Respectfully submitted,

**GULF COAST MARINE SUPPLY COMPANY**

BY: _____
LOUIS F. COLEMAN, MSBN 6363
JOE B. MOSS MSBN 3537


FORMAN PERRY WATKINS KRUTZ & TARDY LLP
Suite 200, One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600


### CERTIFICATE OF SERVICE

I hereby certify that I have this date mailed by United States mail, postage prepaid a true and correct copy of the foregoing Gulf Coast Marine Supply Company's Corporate Disclosure Statement to all Counsel of Record at their usual business addresses.

THIS, the 17th day of December, 2003.

_____
LOUIS F. COLEMAN, MSBN 6363
JOE B. MOSS MSBN 3537

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
2003 DEC 22 A 9: 23
RECEIVED
CLERK'S OFFICE