MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 29 2003

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS        )
LIABILITY LITIGATION            )
                                )
_____  )
                                )
THIS DOCUMENT RELATES TO:       )        MDL 875
                                )
_____  )

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARVIN JEFFERSON, ET AL.                              PLAINTIFFS

VERSUS                                CIVIL ACTION NO. 1:03CV733GRo

A. M. LOCKETT, ET AL                                  DEFENDANTS

## FLEXO PRODUCTS, INC.'S
## CORPORATE DISCLOSURE STATEMENT

COMES NOW, **FLEXO PRODUCTS, INC.**, and files this its Corporate Disclosure Statement Pursuant to MDL Panel Rule 5.3. **FLEXO PRODUCTS, INC.** states the following:

1. Flexo Products, Inc. was an Ohio corporation that dissolved in 1997 and had no parent corporation.

2. No publicly-held company owns ten percent (10%) or more of Flexo Products, Inc.'s stock.

Dated this the 17th day of December, 2003.

PLEADING NO. 4069

RECEIVED
CLERK'S OFFICE
2003 DEC 22 A 9:23
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

OFFICIAL FILE COPY  IMAGED DEC 29 '03

Respectfully submitted,

FLEXO PRODUCTS, INC.

BY: _____
LOUIS F. COLEMAN, MSBN 6363
JOE B. MOSS MSBN 3537

FORMAN PERRY WATKINS KRUTZ & TARDY LLP
Suite 200, One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600

## CERTIFICATE OF SERVICE

I hereby certify that I have this date mailed by United States mail, postage prepaid a true and correct copy of the foregoing Flexo Products, Inc.'s Corporate Disclosure Statement to all Counsel of Record at their usual business addresses.

THIS, the 17th day of December, 2003.

_____
LOUIS F. COLEMAN, MSBN 6363
JOE B. MOSS MSBN 3537