MDL 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

MDL DOCKET NO. 875

**This Document Relates To:**
MARVIN JEFFERSON, et al. vs.
CRANE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 29 2003

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARVIN JEFFERSON, et al**                                           **PLAINTIFFS**

VS.                                                        CIVIL ACTION NO. 1:03CV733GRo

**CRANE CO., et al**                                                  **DEFENDANTS**

---

### DISCLOSURE STATEMENT FORM

---

Please check one box:

☑   The nongovernmental corporate party, General Electric Company, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐   The nongovernmental corporate party, General Electric Company, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

12/16/03
Date

Marcy B. Croft (MSB 10864)

Counsel for: General Electric Company

**OFFICIAL FILE COPY**   IMAGED DEC 29 '03