**MDL 875**

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. V).

MDL DOCKET NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 29 2003

FILED
CLERK'S OFFICE

This Document Relates To:
MARVIN JEFFERSON, et al. vs.
CRANE CO., et al.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARVIN JEFFERSON, ET AL.                                    PLAINTIFFS

VERSUS                                        CIVIL ACTION NO. 1:03-CV-733-GR

CRANE CO., ET AL.                                           DEFENDANTS

PLEADING NO. 4071

---

BIRD INCORPORATED'S
CORPORATE DISCLOSURE STATEMENT

---

COMES NOW Bird Incorporated and files this Corporate Disclosure Statement pursuant to MDL Panel Rule 5.3 of the Rules of the United States District Courts for the Northern District of Mississippi and the Southern District of Mississippi. Bird Incorporated states the following:

1. Bird Incorporated is a wholly owned subsidiary of Certainteed Corp.

2. No publicly-traded entity owns ten percent (10%) or more of its stock.

**OFFICIAL FILE COPY**        IMAGED DEC 29 '03

RESPECTFULLY SUBMITTED, this the 16 day of December, 2003.

                                  BIRD INCORPORATED

                                  BY:  SAMSON & POWERS, PLLC

                                  BY: _____
                                       MATTHEW F. POWERS
                                       Mississippi Bar No. 10092

SAMSON & POWERS, PLLC
Attorneys at Law
Post Office Box 1417
Gulfport, MS 39502
Telephone: 228/822-1109
Facsimile: 228/822-2317

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 29 2003

FILED
CLERK'S OFFICE

## CERTIFICATE

I, Matthew F. Powers, one of the attorneys for Defendant, Bird Incorporated, do hereby certify that I have mailed, postage prepaid, a true and correct copy of the above and foregoing pleading to all counsel of record per the attached service list.

This, the 16 day of December, 2003.

_____
MATTHEW F. POWERS

SAMSON & POWERS, PLLC
2400 - 13TH Street
Post Office Box 1417
Gulfport, Mississippi 39502-1417
Telephone: (228) 822-1109
Facsimile: (228) 822-2317

RECEIVED
CLERK'S OFFICE
2003 DEC 22 A 9:54
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE
2003 DEC 22 A 9:5
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

Ann M. Sico, Esq.
Bernard, Cassisa, Elliott & Davis
Post Office Box 55490
Metairie, LA 70055

Bruce M. Kuehnle, Jr., Esq.
Bruce M. Kuehnle, Jr. PLLC
Post Office Box 866
Natchez, MS 39212-0866

C. Michael Evert, Jr., Esq.
Evert & Weathersby, LLC
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

C. Paul Cavender, Esq.
Burr & Forman
Post Office Box 83079
Birmingham, AL 35283-0719

Carey R. Varnado, Esq.
Montague, Pittman & Varnado
Post Office Box 1975
Hattiesburg, MS 39403-1975

Cheri D. Green, Esq.
Brunini, Grantham, Grower & Hughes
Post Office Box 119
Jackson, MS 39205

Craig E. Brasfield, Esq.
Forman, Perry, Watkins, Krutz & Tardy, PLLC
Post Office Box 22068
Jackson, MS 39225-2608

Darryl J. Foster, Esq.
Lemle & Kelleher, LLP
601 Poydras St., 21st Floor - Pan-Am Life Center
New Orleans, LA 70130-6097

David A. Barfield, Esq.
Barfield & Associates
Post Office Drawer 3979
Jackson, MS 39207

David K. Groome, Jr., Esq.
Hailey, McNamara
Post Office Box 8288
Metairie, LA 70001

David L. Trewolla, Esq.
Dogan & Wilkinson
Post Office Box 23062
Jackson, MS 3925-3062

David L. Trewolla, Esq.
Dogan, Wilkinson, Kinard, Smith & Edwards
Post Office Box 23062
Jackson, MS 39225-3062

David W. Dogan, III, Esq.
Dogan & Wilkinson
Post Office Box 23062
Jackson, MS 3925-3062

Donald C. Partridge, Esq.
Forman, Perry, Watkins, Krutz & Tardy, PLLC
Post Office Box 22068
Jackson, MS 39225-2608

Eugene M. McEachin, Jr., Esq.
Bernard, Cassisa, Elliott & Davis
Post Office Box 55490
Metairie, LA 70055

George H. Ritter, Esq.
Wise, Carter, Child & Caraway
Post Office Box 651
Jackson, MS 39205-0651

Gregg L. Spyridon, Esq.
Spyridon, Koch, Palermo
3838 N. Causeway Blvd., Suite 3010
Metairie, LA 70002

J. Price Coleman, Esq.
Baker, Donelson, Bearman & Caldwell
Post Office Box 14167
Jackson, MS 39236

James H. Bolin, Esq.
Butler, Snow, O'Mara, Stevens & Cannada
Post Office Box 22567
Jackson, MS 39225-2567

James L. Jones, Esq.
Baker, Donelson, Bearman & Caldwell
Post Office Box 14167
Jackson, MS 39236

James N. Bullock, Esq.
Shell, Buford, PLLC
Post Office Box 157
Jackson, MS 39205-0157

James P. Streetman, Esq.
Clark, Scott, Streetman
Post Office Box 13847
Jackson, MS 39236-3847

Jeffrey P. Hubbard, Esq.
Wells, Moore, Simmons & Hubbard
Post Office Box 1970
Jackson, MS 39215-1970

Jessica DeGroote, Esq.
Forman, Perry, Watkins, Krutz & Tardy, PLLC
Post Office Box 22068
Jackson, MS 39225-2608

Joe E. Basenberg, Esq.
Hand Arendall
Post Office Box 123
Mobile, AL 36601-0123

John A. Smyth, III, Esq.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2618

John G. Corlew, Esq.
Watkins & Eager
Post Office Box 650
Jackson, MS 39205

John H. Holloman, III, Esq.
Watkins, Ludlam, Winter & Stennis
Post Office Box 427
Jackson, MS 39205-0427

John T. Kitchens, Esq.
Forman, Perry, Watkins, Krutz & Tardy, PLLC
Post Office Box 22068
Jackson, MS 39225-2608

John W. Robinson, III, Esq.
Phelps, Dunbar
Post Office Box 23066
Jackson, MS 39201

| | | |
|---|---|---|
| Joseph Hart, IV, Esq.<br>Abbott, Simses & Kuchler<br>400 Lafayette St., Suite 200<br>New Orleans, LA 70130 | Joseph J. Stroble, Esq.<br>Watkins & Eager<br>Post Office Box 650<br>Jackson, MS 39205 | Justin L. Matheny, Esq.<br>Phelps Dunbar, LLP<br>Post Office Box 23066<br>Jackson, MS 39225-3066 |
| Karl R. Steinberger, Esq.<br>Colingo, Williams<br>Post Office Box 1407<br>Pascagoula, MS 39568 | Kathryn Jude, Esq.<br>Jude & Associates<br>Post Office Box 17468<br>Hattiesburg, MS 39402 | Kay Courington, Esq.<br>Duncan, Courington & Rydberg<br>400 Poydras St., Suite 1200<br>New Orleans, LA 70130 |
| Kay Freeman Dodge, Esq.<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Post Office Box 22068<br>Jackson, MS 39225-2608 | Kay Hardage, Esq.<br>Daniel, Coker, Horton & Bell<br>Post Office Box 1084<br>Jackson, MS 39215-1084 | Kermit L. Kendrick, Esq.<br>Burr & Forman<br>Post Office Box 83079<br>Birmingham, AL 35283-0719 |
| Kristi D. Kennedy, Esq.<br>Currie, Johnson, Griffin, Gaines & Myers<br>Post Office Box 750<br>Jackson, MS 39205-0750 | Lawrence E. Abbott, Esq.<br>Abbott, Simses & Kuchler<br>400 Lafayette St., Suite 200<br>New Orleans, LA 70130 | Lawrence G. Pugh, III, Esq.<br>Montgomery Barnett<br>3200 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-3200 |
| Leigh Ann Schell, Esq.<br>Duncan, Courington & Rydberg, LLC<br>400 Poydras St., Suite 1200<br>New Orleans, LA 70130 | Lucien C. Gwin, Jr., Esq.<br>Gwin, Lewis & Punches, LLP<br>Post Office Box 1344<br>Natchez, MS 39121-1344 | Luke Dove, Esq.<br>Dove & Chill<br>4266 I-55 North, Suite 108<br>Jackson, MS 39211 |
| Marcy B. Croft, Esq.<br>Forman, Perry, Watkins, Krutz & Tardy, PLLC<br>Post Office Box 22068<br>Jackson, MS 39225-2608 | Margaret A. Cassisa, Esq.<br>Bernard, Cassisa, Elliott & Davis<br>Post Office Box 55490<br>Metairie, LA 70055 | Meade W. Mitchell, Esq.<br>Butler, Snow, O'Mara, Stevens & Cannada<br>Post Office Box 22567<br>Jackson, MS 39225-2567 |
| Michael E. Whitehead, Esq.<br>Page, Mannino, Peresich & McDermott, PLLC<br>Post Office Drawer 289<br>Biloxi, MS 39533 | Michael N. Watts, Esq.<br>Holcomb Dunbar<br>Post Office Drawer 707<br>Oxford, MS 38655-0707 | Minor C. Sumners, Jr., Esq.<br><br>1907 Dunbarton Dr., Suite F<br>Jackson, MS 39216 |
| Paige C. Jones, Esq.<br>Phelps, Dunbar LLP<br>Post Office Box 23066<br>Jackson, MS 39225-3066 | Patrick R. Buchanan, Esq.<br>Brown, Buchanan & Sessoms<br>Post Office Drawer 1377<br>Biloxi, MS 39533 | Patty C. Gandy, Esq.<br>Butler, Snow, O'Mara, Stevens & Cannada<br>Post Office Box 22567<br>Jackson, MS 39225-2567 |
| Ray Carter, Esq.<br>Hopkins, Barvie & Hopkins<br>Post Office Box 1510<br>Gulfport, MS 39502 | Richard F. Yarborough, Jr., Esq.<br>Aultman, Tyner, Ruffin & Yarborough<br>Post Office Drawer 707<br>Columbia, MS 39429 | Richard L. Yoder, Esq.<br>Gilchrist, Sumrall, Thaxton, Yoder & Boone<br>Post Office Box 106<br>Laurel, MS 39441-0106 |
| Richard P. Sulzer, Esq.<br>Sulzer & Williams<br>201 Holiday Blvd., Suite 335<br>Covington, LA 70433 | Robert C. Galloway, Esq.<br>Butler, Snow, O'Mara, Stevens & Cannada<br>Post Office Drawer 4248<br>Gulfport, MS 39502 | Robert M. Arentson, Jr., Esq.<br>Baker, Donelson, Bearman & Caldwell<br>Post Office Box 14167<br>Jackson, MS 39236 |

Robert P. Thompson, Esq.
Copeland, Cook, Taylor & Bush
Post Office Box 6020
Ridgeland, MS  39158

Robert W. Wilkinson, Esq.
Dogan & Wilkinson
Post Office Box 1618
Pascagoula, MS  39568

Ronald G. Peresich, Esq.
Page, Mannino, Peresich & McDermott, PLLC
Post Office Drawer 289
Biloxi, MS  39533

Roy C. Williams, Esq.
Colingo, Williams
Post Office Box 1407
Pascagoula, MS  39568-1407

Sheila M. Bossier, Esq.
Forman, Perry, Watkins, Krutz & Tardy, PLLC
Post Office Box 22068
Jackson, MS  39225-2608

Steven B. Witman, Esq.
Two Lakeway Center, Suite 1960
3850 North Causeway Boulevard
Metairie, LA  70002

Susan Coco, Esq.
Montague, Pittman & Varnado
Post Office Drawer 1975
Hattiesburg, MS  39403-1975

Thomas E. Vaughn, Esq.
Allen, Vaughn, Cobb & Hood
Post Office Drawer 4108
Gulfport, MS  39502

Thomas W. Tardy, III, Esq.
Forman, Perry, Watkins, Krutz & Tardy, PLLC
Post Office Box 22068
Jackson, MS  39225-2608

Thomas W. Tyner, Esq.
Aultman, Tyner, Ruffin & Yarborough
Post Office Drawer 750
Hattiesburg, MS  39403-0750

W. Lee Watt, Esq.
Brunini, Grantham, Grower & Hewes
Post Office Drawer 210
Pascagoula, MS  39568

W. Mark Edwards, Esq.
Page, Mannino, Peresich & McDermott, PLLC
Post Office Drawer 289
Biloxi, MS  39533

Walter G. Watkins, Esq.
Forman, Perry, Watkins, Krutz & Tardy, PLLC
Post Office Box 22068
Jackson, MS  39225-2608

Walter W. Dukes, Esq.
Dukes, Dukes, Keating & Faneca
Post Office Drawer W
Gulfport, MS  39502

William C. Reeves, Esq.
Smith, Reeves & Yarborough, PLLC
6360 I-55 North, Suite 201
Jackson, MS  39211

William L. Brockman, Esq.
Bernard, Cassisa, Elliott & Davis
Post Office Box 55490
Metairie, LA  70055