MDL 875

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)          MDL DOCKET NO. 875

**This Document Relates To:**
MARVIN JEFFERSON, et al. vs.
CRANE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 29 2003

FILED
CLERK'S OFFICE

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**MARVIN JEFFERSON, et al**                              PLAINTIFFS

VS.                                          CIVIL ACTION NO. 1:03CV733GRo

**CRANE CO., et al**                                     DEFENDANTS

---

## DISCLOSURE STATEMENT

---

Please check one box:

☐   The nongovernmental corporate party, _____,
    in the above listed civil action does not have any parent corporation and publicly held
    corporation that owns 10% or more of its stock.

☑   The nongovernmental corporate party, <u>ELLIOTT TURBOMACHINERY CO., INC.,</u>
    in the above listed civil action has the following parent corporation(s) and publicly
    held corporation(s) that owns 10% or more of its stock:

    <u>EBARA CORPORATION</u>

12-18-03
Date

Christy C. Hendrix
CHRISTY C. HENRIX, MS Bar #100492
SULZER & WILLIAMS, L.L.C.
201 Holiday Blvd., Ste. 335
Covington, LA 70433
Telephone: (504) 898-0608
Attorneys for Elliott Turbomachinery Co., Inc.

**OFFICIAL FILE COPY**
IMAGED DEC 29 '03

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 29 2003

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that, on this 18th day of December, 2003, I caused an original and one (1) copy of the foregoing Disclosure to be served by United States Mail on the Clerk of the Panel:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-225, North Lobby
Washington, D.C. 20002-8004

I further certify that, on this 18th day of December, 2003, I caused copies of the foregoing Disclosure to be served by first-class mail, postage prepaid, on the counsel on the attached service list.

_____
CHRISTY C. HENDRIX

2003 DEC 24 A 8: 24
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

**PANEL SERVICE LIST (Excerpted from CTO-229)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Marvin Jefferson, et al. v. A. M. Lockett & Co., Ltd., et al.*, S.D. Mississippi, C.A. No. 1:03-733

Robert M. Arentson, Jr.
Baker, Donelson, Bearman,
Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Susan Coco
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Michael O. Gwin
Watkins & Earger
P.O. Box 650
Jackson, MS 39205

Paul E. Barnes
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Ste. 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Samuel D. Habeeb
Schutte & Koerting, LLC
P.O. Box 22608
Jackson, MS 39225-2608

Monte L. Barton
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158

Lyn B. Dodson
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Charles M. Evert
Evert & Weathersby, LLC
3405 Piedmont Rd., Ste. 225
Atlanta, Ga 30305

Frances K. Hardage
Daniel, Coker, Horton & Beli
P.O. Box 1084
Jackson, MS 39215-1084

James H. Bolin
Foreman, Perry, Watkins, Krutz &
Tardy
P.O. Box 22608
Jackson, MS 39225-2608

James L. Fletcher, Jr.
Montgomery Barnett
3200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3200

Joseph H. Hart, IV
Smith & Fawer
201 St. Charles Avenue, Suite 3702
New Orleans, LA 70170

Craig E. Brasfield
Foreman, Perry, Watkins, Krutz &
Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Bldg. Ste 1000
Independence Mall East
Philadelphia, PA 19106

Alben N. Hopkins
Hopkins, Barvie & Hopkins
2701 24th Avenue
P.O. Box 1510
Gulport, MS 39502-1510

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39533-1377

Ellen B. Furman
Goldfein & Hosmer
1600 Market St., 33rd Floor
Philadelphia, PA 19103

Jeffrey P. Hubbard
Wells, Moore, Simmons &
Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Brian T. Carr
Carr & Associates
4636 Sanford Street, Ste. 100
Metairie, LA 70006

William N. Graham
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

Steven J. Irwin
Duncan, Courington & Rydberg
400 Poydras Street, Ste. 1200
New Orleans, LA 70130

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bunkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Cheri D. Green
Brunini, Grantham, Grower &
Hewes
P.O. Drawer 119
Jackson, MS 39205-0119

Paige C. Jones
Phelps Dunbar
P.O. Box 23066
Jackson, MS 39255-3066

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036

Reginald S. Kramer
Oldham & Dowling
195 South Main St., Ste. 300
Akron, OH 44308-1314

Bruce M. Kuehnle, Jr.
Bruce M. Kuehnle, Jr., PLLC
P.O. Box 866
Natchez, MS 39121-0866

Daphne M. Lancaster
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Louis B. Lanoux
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Richard T. Lawrence
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Edward W. Mizell
Butler, Snow, O'Mara, Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Matthew F. Powers
Samson & Powers, PLLC
P.O. Box 1417
Gulfport, MS 39502-1417

Lucien C. Gwin, Jr.
Gwin, Lewis & Punches
P.O. Box 1344
Natchez, MS 39121-1344

John D. Roven
Roven, Kaplan & Wells
2190 North Loop W, Ste. 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease,
LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Ann M. Sico
Bernard, Cassisa, Elliott & Davis
P.O. Box 55490
Metairie, LA 70055-5490

Mark R. Smith
Holcomb Dunbar, P.A.
P.O. Drawer 707
Oxford, MS 38655-0707

John A. Smyth
Maynard, Cooper & Gales, P.C.
1901 Sixth Avenue North
2400 Amsouth/Harbert Plaza
Birmingham, AL 35203

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square W, 15th Floor
Philadelphia, PA 19102

Karl R. Steinberger
Colingo, Williams, Heidelberg
P.O. Drawer H
Pascagoula, MS 39568

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Rebecca K. Jude
Jude & Jude, PLLC
P.O. Box 17468
Hattiesburg, MS 39404-7468

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulport, MS 39502-4108

John E. Wade, Jr.
Brunini, Grantham, Grower &
Hewes
P.O. Drawer 119
Jackson, MS 39205-0119

Kimberly P. Wallace
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-3979

Louis H. Watson, Jr.
Watson & Heidelberg
520 East Capitol Street
Jackson, MS 39201

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Michael E. Whitehead
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Richard F. Yarborough, Jr.
Smith, Reeves & Yarborough,
PLLC
6360 I-55 North, Suite 201
Jackson, MS 39211

David L. Trewolla
Dogan & Wilkinson
P.O. Box 23062
Jackson, MS 39225-3062

John J. Repcheck
Marks, O'Neill, O'Brien &
Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219