JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

DEC 29 2003

FILED
CLERK'S OFFICE

PLEADING NO. 4073

BEFORE THE JUDICIAL PANEL ON MULTDISTRICT LITIGATION

IN RE:  ASBESTOS PRODUCTS
        LIABILITY LITIGATION (NO. VI)    MDL DOCKET NO. 875

**This Document Relates To:**
MARVIN JEFFERSON, et al. vs.
CRANE CO., et al.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARVIN JEFFERSON, ET AL.**                                 **PLAINTIFFS**

VS.                                        CIVIL ACTION NO.1:03CV733GR

**CRANE CO., ET AL.**                                         **DEFENDANTS**

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
LAMONS METAL GASKET CO.**

Pursuant to MDL Panel Rule 5.3, the undersigned counsel of record for Lamons Metal Gasket Co., a Delaware corporation (hereinafter "Lamons"), states that TriMas Company, LLC is the sole parent company of Lamons and owns 100% of Lamons' stock.  No publicly-held company owns ten percent or more of Lamons' stock.

This the 22nd day of December, 2003.

OFFICIAL FILE COPY

IMAGED DEC 29 '03

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 9 2003

FILED
CLERK'S OFFICE

Respectfully submitted,

LAMONS METAL GASKET CO.

BY: /s/ Paul E. Barnes
GEORGE H. RITTER (MSB NO. 5372)
PAUL E. BARNES (MSB NO. 99107)

OF COUNSEL:

WISE CARTER CHILD & CARAWAY, P.A.
401 East Capital Street
600 Heritage Building
Post Office Box 651
Jackson, Mississippi 39201
Telephone: 601-968-5500
Fax: 601-968-5593
      601-968-5591

## CERTIFICATE OF SERVICE

I, Paul E. Barnes, do hereby certify that a true and correct copy of the foregoing has been served via United States mail, postage prepaid, or via email as previously agreed, to:

> ALL KNOWN COUNSEL OF RECORD AS INDICATED ON THE ATTACHED SERVICE LIST.

THIS the 22nd day of December, 2003.

/s/ Paul E. Barnes
PAUL E. BARNES

G:\users\LAMONS\Jefferson\General Pleadings\jefferson.lamons.disclosure.MDL.12-22-03.wpd

2003 DEC 29 A 8:37
RECEIVED
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## PANEL SERVICE LIST
### DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
*Marvin Jefferson, et al. v. AM. M. Lockett & Co., Ltd., et al.*
*S.D. Mississippi, C.A. No. 1:03-733*

Craig E. Brasfield
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
P.O. Box 22608
Jackson, MS 39225-2608

Michael Edward Whitehead
PAGE, MANNINO, PERESICH & MCDERMOTT
P.O. Drawer 289
Biloxi, MS 39533-0289

Daphne M. Lancaster
AULTMAN, TYNER, RUFFIN & YARBOROUGH, LTD
P. O. Box 750
Hattiesburg, MS 39403-0750

James H. Bolin
GWIN, LEWIS & PUNCHES
P O Box 1344
Natchez, MS 39121-1344
(601) 446-6621

Matthew F. Powers
SAMSON & POWERS, PLLC
P. O. Box 1417
Gulfport, MS 39502-1417

Alben N. Hopkins
HOPKINS, BARVIE & HOPKINS, PLLC
P. O. Box 1510
Gulfport, MS 39502-1510

Edward W. Mizell
BUTLER, SNOW, O'MARA, STEVENS & CANNADA
P. O. Box 22567
Jackson, MS 39225-2567

Patrick R. Buchanan
BROWN, BUCHANAN & SESSOMS
P. O. Box 1377
Biloxi, MS 39533-1377

Jeffrey P. Hubbard
WELLS, MOORE, SIMMONS & HUBBARD
P. O. Box 1970
Jackson, MS 39215-1970

James H. Bolin
Bruce M. Kuehnle, Jr.
BRUCE M. KUEHNLE, JR., PLLC
P. O. Box 866
Natchez, MS 39121-0866

Susan Coco
MONTAGUE, PITTMAN & VARNADO
P.O. Drawer 1975
Hattiesburg, MS 39403-1975
(601) 544-1234

James L. Fletcher, Jr.
MONTGOMERY, BARNETT, BROWN, READ
HAMMOND & MINTZ
3200 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-3200

Monte L. Barton, Jr.
COPELAND, COOK, TAYLOR & BUSH
P. O. Box 6020
Ridgeland, MS 39158-6020

Kimberly P. Wallace
BARFIELD & ASSOCIATES
P. O. Drawer 3979
Jackson, MS 39207-3979

William N. Graham
AULTMAN, TYNER, RUFFIN &
YARBOROUGH, LTD
P. O. Box 750
Hattiesburg, MS 39403-0750

Christy C. Hendrix
SULZER AND WILLIAMS, LLC
201 Holiday Blvd., Suite 335
Covington, LA 70433

Thomas E. Vaughn
ALLEN, VAUGHN, COBB & HOOD
P.O. Drawer 4108
Gulfport, MS 39502-4108

Michael O'Mara Gwin
WATKINS & EAGER
P. O. Box 650
Jackson, MS 39205-0650

John E. Wade, Jr.
BRUNINI, GRANTHAM, GROWER &
HEWES
P. O. Drawer 119
Jackson, MS 39205-0119

Mark R. Smith
HOLCOMB DUNBAR, P.A.
P. O. Drawer 707
Oxford, MS 38655-0707

David Luke Trewolla
DOGAN & WILKINSON
P.O. Box 23062
Jackson, MS 39225-3062

Joseph Henry Hart, IV
ABBOTT, SIMSES & KUCHLER
400 Lafayette St., Suite 200
New Orleans, LA 70130

Lyn B. Dodson
COPELAND, COOK, TAYLOR & BUSH
P. O. Box 6020
Ridgeland, MS 39158-6020

Robert M. Arentson, Jr.
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
P. O. Box 14167
Jackson, MS 39236-4167

Charles Michael Evert, Jr.
EVERT & WEATHERSBY, LLC
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

Cheri D. Green
BRUNINI, GRANTHAM, GROWER & HEWES
P. O. Drawer 119
Jackson, MS 39205-0119

Craig E. Brasfield
MONTAGUE, PITTMAN & VARNADO
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

John Albert Smyth, III
MAYNARD, COOPER & GALES, PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203

Richard T. Lawrence
WATKINS & EAGER
P. O. Box 650
Jackson, MS 39205-0650

Ann M. Sico
BERNARD, CASSISA, ELLIOTT & DAVIS
P.O. Box 55490
Metairie, LA 70055-5490

Louis B. Lanoux
WATKINS & EAGER
P. O. Box 650
Jackson, MS 39205-0650

Steven Jay Irwin
DUNCAN, COURINGTON & RYDBERG, LLC
400 Poydras Street, Suite 1200
New Orleans, LA 70130

Karl R. Steinberger
COLINGO, WILLIAMS, HEIDELBERG, STEINBERGER & MCELHANEY
P.O. Box 1407
Pascagoula, MS 39568-1407

Frances Kay Hardage
COPELAND, COOK, TAYLOR & BUSH
P. O. Box 6020
Ridgeland, MS 39158-6020

Rebecca Kathryn Jude
JUDE & JUDE
P. O. Box 17468
Hattiesburg, MS 39404-7468
601/579-8411

Richard F. Yarborough, Jr.
SMITH, REEVES & YARBOROUGH, PLLC
6360 I-55 North, Suite 330
Jackson, MS 39211

Thomas W. Tardy, III
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
P.O. Box 22608
Jackson, MS 39225-2608

Brian Thomas Carr
CARR & ASSOCIATES
4636 Sanford St., Ste 100
Metairie, LA 70006
504/888-5030

Robert L. Spell
ABBOTT, SIMSES & KUCHLER
210 E. Capitol St., Suite 710
Jackson, MS 39201

Robert W. Wilkinson
DOGAN & WILKINSON
P. O. Drawer 1618
Pascagoula, MS 39568-1618

Deborah D. Kuchler
ABBOTT, SIMSES & KUCHLER
400 Lafayette St., Suite 200
New Orleans, LA 70130

Michael Scott Minyard
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
P. O. Box 14167
Jackson, MS 39236-4167

Patricia Cox Gandy
BUTLER, SNOW, O'MARA, STEVENS &
CANNADA
P. O. Box 22567
Jackson, MS 39225-2567

Paige C. Jones
PHELPS DUNBAR
P.O. Box 23066
Jackson, MS 39225-3066

Darren Milton Guillot
ABBOTT, SIMSES & KUCHLER
400 Lafayette St., Suite 200
New Orleans, LA 70130
504/568-9393