JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

JAN -5 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-230)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 77,698 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY   IMAGED JAN 6 '04

## SCHEDULE CTO-230 - TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DISTRICT  DIV. CIVIL ACTION#

**CALIFORNIA NORTHERN**
CAN   3   03-4686       Spencer Ward v. Unisys Corp., et al.

**GEORGIA SOUTHERN**
GAS   2   03-119        Gloria V. Williamson v. CSX Transportation, Inc., et al.

**ILLINOIS NORTHERN**
ILN   1   03-6128       Billy Scroggins v. Anchor Packing Co., et al.

**ILLINOIS SOUTHERN**
ILS   3   03-534        Lawrence Redmon v. A.W. Chesterton, Inc., et al.
ILS   3   03-655        Richard Folger, et al. v. Burlington Northern & Santa Fe Railway Co.

**INDIANA NORTHERN**
INN   2   03-378        Juan Casas, et. al. v. A.W. Chesterton, et. al.

**INDIANA SOUTHERN**
INS   1   03-1440       Michael Ash v. Certainteed Corporation, et. al.

**LOUISIANA EASTERN**
LAE   2   03-2854       Charles Anthony Cusimano, et al. v. Flintkote Co., et al.

**MASSACHUSETTS**
MA    1   03-11970      Madeline J. Dyer, etc. v. Eastern Refractories Co., Inc., et al.

**MARYLAND**
MD    1   94-3509       Susan Purdie, etc. v. Corhart Refractoires Co., et al.

**NORTH CAROLINA EASTERN**
NCE   2   03-47         David Scholar, etc. v. Certainteed Corp., et al.
NCE   4   03-124        Gregory Mark Whitman, Sr., et al. v. Aqua-Chem, et al.
NCE   4   03-125        James H. Sikes, et al. v. Aqua-Chem, et al.
NCE   4   03-138        Edward L. Mills, etc. v. Anchor Packing Co., et al.
NCE   4   03-139        Robert Glenn Gurley, et al. v. Anchor Packing Co., et al.
NCE   4   03-140        Elizabeth Amanda Davis, etc. v. Anchor Packing Co., et al.
NCE   5   03-604        Allen Ray Jones, et al. v. Anchor Packing Co., et al.
NCE   7   03-132        Glenn Darden Merritt, etc. v. Anchor Packing Co., et al.

**NORTH CAROLINA MIDDLE**
NCM   1   03-835        Betty Dunn Sedberry, etc. v. Aqua-Chem, Inc., et al.

**NEW YORK EASTERN**
NYE   1   03-5070       Earl A. Dalkas v. A.W. Chesterton Co., et. al.
NYE   1   03-5135       Cecil Lewis Green, et al. v. Ericsson, Inc., et. al.
NYE   1   03-5137       Margaret E. Broadnax, et. al. v. Union Pacific Railroad Co., et. al.
NYE   1   03-5138       Ethel Barnett, et. al. v. Burns International Services Corp., et. al.
NYE   1   03-5280       Mary Garvey, et. al. v. A.W. Chesterton Co., et. al.
NYE   1   03-5281       Deana Cerroni v. A.W. Chesterton Co., et. al.
NYE   1   03-5784       Dorothy Cothron, et. al. v. A.W. Chesterton Co., et. al.

Case MDL No. 875   Document 4074   Filed 01/05/04   Page 3 of 4

SCHEDULE FOR CTO-230 - TAG-ALONG CASES  MDL 875 (Cont.)                                    PAGE 2 OF 3

DISTRICT  DIV. CIVIL ACTION#

OHIO NORTHERN
- OHN  1  03-10009    Richard M. Andrews v. A-C Product Liability Trust, et al.
- OHN  1  03-10010    Manuel V. Rozario v. A-C Product Liability Trust, et al.
- OHN  1  03-10011    Robert Herman v. A-C Product Liability Trust, et al.
- OHN  1  03-10012    August H. Wagner v. A-C Product Liability Trust, et al.
- OHN  1  03-20015    William H. Monroe, et al. v. Waco, Inc., et al.
- OHN  1  03-20016    Carol Ann Burson v. Lac D'Amiante Du Quebec, et al.
- OHN  1  03-20017    John Ivanusic, et al. v. 3m Co., et al.
- OHN  1  03-20018    Senno Krinke, et al. v. 3m Co., et al.

OHIO SOUTHERN
- OHS  1  03-571    Bella Goden, etc. v. 3M Co., et al.
- OHS  1  03-579    Darrell E. Lucas v. 3M Co., et al.

OKLAHOMA NORTHERN
- OKN  4  03-681    Robert Nyberg, et al. v. Abex Corp., et al.

RHODE ISLAND
- RI  1  03-378    Nolan D. Phillips, et al. v. Viacom, Inc., et al.

SOUTH CAROLINA
- SC  0  02-1289    Julia F. Reburn, et al. v. ACandS, Inc., et al.
- SC  2  03-3057    Louis J. Wickas, Jr., et al. v. Owens-Illinois, Inc., et al.
- SC  2  03-3058    Betty G. Millwood v. Owens-Illinois, Inc., et al.
- SC  7  03-3064    Roy Foster Dawson, et al. v. Aqua-Chem, Inc., et al.

TEXAS NORTHERN
- TXN  3  03-2386    Harold Boak, et al. v. Guard-Line, Inc., et al.

TEXAS WESTERN
- TXW  5  03-996    Leonard Altman, et al. v. Harmony Castings, LLC, et al.

VIRGINIA EASTERN
- VAE  2  03-7512    Robert Adams Adams v. American Standard, et al.
- VAE  2  03-7513    Raymond J. Fife v. American Standard, et al.
- VAE  2  03-7514    George H. Kluttz v. American Standard, et al.
- VAE  2  03-7515    Raymond R. Lee v. American Standard, et al.
- VAE  2  03-7516    John P. Brown v. American Standard, et al.
- VAE  2  03-7517    Rudy B. Martinez v. American Standard, et al.
- VAE  2  03-7518    William E. McLaughlin v. American Standard, et al.
- VAE  2  03-7519    Lawrence R. Nuse v. American Standard, et al.
- VAE  2  03-7520    Frank Sedivy v. American Standard, et al.
- VAE  2  03-7521    Wade C. Morris v. American Standard, et al.
- VAE  2  03-7522    William R. Lenhart v. American Standard, et al.
- VAE  2  03-7523    Lonnie H. Orme v. American Standard, et al.
- VAE  2  03-7524    Robert L. Potter v. American Standard, et al.
- VAE  2  03-7525    Charles H. Redmond v. American Standard, et al.
- VAE  2  03-7526    Walter J. Revers v. American Standard, et al.
- VAE  2  03-7527    Gerald W. Schulz v. American Standard, et al.
- VAE  2  03-7528    Darrell E. Snyder v. American Standard, et al.
- VAE  2  03-7529    Maurice O. Stanton v. American Standard, et al.
- VAE  2  03-7530    Robert Lee Taylor v. American Standard, et al.
- VAE  2  03-7531    David A. Van Fleet v. American Standard, et al.
- VAE  2  03-7532    Robert D. Johnson v. American Standard, et al.
- VAE  2  03-7533    Gene T. Poland v. American Standard, et al.

Case MDL No. 875   Document 4074   Filed 01/05/04   Page 4 of 4

SCHEDULE FOR CTO-230 - TAG-ALONG CASES MDL 875 (Cont.)                     PAGE 3 OF 3

DISTRICT  DIV. CIVIL ACTION#

| | | | |
|---|---|---|---|
| VAE | 2 | 03-7534 | Hoy B. Flanagan v. American Standard, et al. |
| VAE | 2 | 03-7535 | William Hutchison v. American Standard, et al. |
| VAE | 2 | 03-7536 | Robert M. McCarty v. American Standard, et al. |
| VAE | 2 | 03-7537 | Hubert S. Peele v. American Standard, et al. |
| VAE | 2 | 03-7538 | Edward E. Shockey v. American Standard, et al. |
| VAE | 2 | 03-7539 | Robert D. Via v. American Standard, et al. |

WISCONSIN EASTERN

| | | | |
|---|---|---|---|
| WIE | 2 | 03-835 | Greg Schulte v. Foster Wheeler Corp., et al. |