MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 5 2004

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) ) ) | MDL 875 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARVIN JEFFERSON, ET AL.**                                                                   **PLAINTIFFS**

VS.                                            **CIVIL ACTION NO: 1:03CV733GRo**

**A.M. LOCKETT, ET. AL.**                                                       **DEFENDANTS**

### OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CTO-229

Certain defendants[1] in the above-captioned action respectfully submit this Opposition to plaintiffs' Motion To Vacate Conditional Transfer Order ("CTO"). Plaintiffs ask the Panel to vacate CTO-229 as it pertains to the action transferred from the United States District Court for the Southern District of Mississippi that is listed above. The Panel should deny plaintiffs' motion, because it contradicts well-settled Panel precedent and is premised on a fundamental misunderstanding of the co-equal competence of federal courts.

Plaintiffs acknowledge that this case falls within the category of cases that should be transferred to MDL-875. See Pl. Brief at 3 ("Plaintiffs have suffered injuries caused by exposure to asbestos-containing products designed, manufactured, sold, or distributed by Defendants.").

---

[1] Allied Glove; A. R. Wilfley; Branton; Brice; Crossfield; Flexo; Gulf Eng.; Illinois Tool; Industrial Holding (Carbo); Ingersoll Rand; Jamestown; Kamco; Kimberly-Clark; Komp; Lincoln Electric; McMaster Carr; Nibco; Parker Hannifin; Phoenix; Pecora; Standard Equipment; Schutte & Koerting; Terex; Turner; Yuba; IDEX; Dana; Foseco; I.U. North America; Dezurik; Dover; Eastern Safety; General Electric; Gorman-Rupp; Gulf Coast Marine; Rogers Corp.; United Industrial; Viking; Warren Pumps; O-I; Uniroyal

Plaintiffs nonetheless argue that the Panel should not transfer this case to MDL-875 because "The Panel should refuse to transfer until the Federal District Court determines whether federal jurisdiction exists and whether this matter has been properly removed." Id. at 2. Thus, plaintiffs assert that the Panel should vacate CTO-229 until the Southern District of Mississippi addresses plaintiffs' pending motion to remand.

The Panel has rejected identical arguments against transfer over and over again. In its initial opinion creating this MDL docket, the Panel made clear that "distinctions based on such matters as the pendency of motions or other matters before the transferor court" do not present a basis "for carving out exceptions to transfer in this extraordinary docket." In re Asbestos Prods. Liab. Litig. (VI), MDL-875 (J.P.M.L. Aug. 9, 2002) (transfer order), at 1-2, citing In re Asbestos Prods. Liab. Litig. (VI), 771 F. Supp. 415 (J.P.M.L. 1991). The Panel has repeatedly reaffirmed this position,[2] and has explicitly held that the pendency of a motion for remand to state court is not a proper basis for denial of transfer. See, e.g., In re Asbestos Prods. Liab. Litig. (VI), MDL-875 (J.P.M.L. Aug. 9, 2002) (transfer order), at 1 n.1 ("Plaintiffs . . . have argued that transfer should be denied or deferred in order to permit the resolution of a pending motion to remand the action to state court. There is no need to delay transfer in order to accommodate such an interest.").

Plaintiffs' motion also ignores the legal and functional equivalence of two co-equal federal courts. The transferee court, the United States District Court for the Eastern District of Pennsylvania, is just as competent as the transferor court to decide expeditiously whether

---

[2] E.g., In re Asbestos Prods. Liab. Litig. (VI), MDL-875 (J.P.M.L. Apr. 17, 2001) (transfer order), at 1-2; In re Asbestos Prods. Liab. Litig. (VI), MDL-875 (J.P.M.L. Feb. 20, 2002) (transfer order), at 1.

removal from the state court was proper. In keeping with Panel precedent, plaintiffs should avail themselves of Panel Rule 7.6 before the transferee court rather than seeking relief here.

Plaintiffs' assertion that the Southern District of Mississippi must consider the remand issue is without merit. As noted above, until a final transfer order is entered, this Panel and the local district court have equal rights to remand the case. However, Plaintiffs' remand issue can be considered even after a final transfer order is entered. Judge Weiner may remand certain claims in advance of the remainder of the action. That apportionment of responsibility is made clear by the Panel's original decision creating MDL-875, which held that "[i]t may well be that on further refinement of the issues and *close scrutiny by the transferee court*, some claims or actions can be remanded in advance of the other actions in the transferee district," and that "[s]hould the transferee court deem remand of any claims or actions appropriate, *the transferee court can communicate this to the Panel*, and the Panel will accomplish remand with a minimum of delay." In re Asbestos Prods. Liab. Litig. (VI), 771 F. Supp. 415, 422 (J.P.M.L. 1991) (emphasis added).

Plaintiffs also assert that "the Panel has a duty to protect the substantive rights of Plaintiffs." Pl. Brief at 2. The Panel has consistently recognized the efficiency of MDL consolidation of asbestos cases, to the point where that issue is not seriously subject to debate. See, e.g., In re Asbestos Prods. Liab. Litig. (VI), MDL No. 875 (J.P.M.L. Aug. 9, 2002) (transfer order), at 1 (transfer to MDL-875 "will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation"). The benefits of consolidating all federal court asbestos cases in a single district that the Panel contemplated when it established MDL-875 have been validated by Judge Weiner's impressive record in resolving cases in MDL-875. See id. at 2 (Judge Weiner has closed over 73,000 asbestos actions since 1991).

In short, plaintiffs have presented no basis on which the Panel should vacate CTO-229 with respect to this case. Plaintiffs present no novel grounds for denying transfer. This Panel's Transfer Order of February 20, 2003, summarizes the proper response.

> In particular, we note that in the Panel's original decision distinctions based on such matters as the pendency of motions or other matters before the transferor court, the uniqueness of a party's status, the type of defendant, the docket condition of any specific federal district, the state of pretrial proceedings, the presence of unique claims or additional claims not relating to asbestos injury or death, and/or the unanimity of opposition to transfer by the parties to an action, were considered and rejected by the Panel as grounds for carving out exceptions to transfer in this extraordinary docket. We are not persuaded to depart from this approach in dealing with the question of transfer of the action now before the Panel. In re Asbestos Prods. Liab. Litig. (VI), MDL-875 (J.P.M.L., Feb. 20, 2003) (transfer order in *Lucille Evers, et al. v. AC&S, et al.*, S.D. Miss., C.A. No. 1:02-708).

As this Panel has ruled time and again, the mere fact that Plaintiffs do not want the case before Judge Weiner is insufficient to merit valid opposition to a transfer order. For the stated reasons, the Panel should deny plaintiffs' motion to vacate and should instead expeditiously transfer this matter to MDL-875.

Respectfully submitted, this the 17th day of December, 2003.

CERTAIN DEFENDANTS[3]

By _/s/ Marlin A. Miller_
CRAIG E. BRASFIELD, (MSB #4340)
MARLIN A. MILLER, (MSB #99209)

OF COUNSEL:

---

[3]
Allied Glove; A. R. Wilfley; Branton; Brice; Crossfield; Flexo; Gulf Eng.; Illinois Tool; Industrial Holding (Carbo); Ingersoll Rand; Jamestown; Kamco; Kimberly-Clark; Komp; Lincoln Electric; McMaster Carr; Nibco; Parker Hannifin; Phoenix; Pecora; Standard Equipment; Schutte & Koerting; Terex; Turner; Yuba; IDEX; Dana; Foseco; I.U. North America; Dezurik; Dover; Eastern Safety; General Electric; Gorman-Rupp; Gulf Coast Marine; Rogers Corp.; United Industrial; Viking; Warren Pumps; O-I; Uniroyal

Forman Perry Watkins Krutz & Tardy LLP
Suite 1200, One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, MS 39225-2608
(601) 960-8600

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 5 2004

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that, on this 17th day of December, 2003, I caused an original, eleven (11) copies, and one computer readable disk copy of the foregoing Opposition to be served by hand on the Clerk of the Panel:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-225, North Lobby
Washington, D.C. 20002-8004

I further certify that, on this 17th day of December, 2003, I caused copies of the foregoing Opposition to be served by first-class mail, postage prepaid, on the counsel on the attached service list.

I finally certify that, on this 17th day of December, 2003, I caused a copy of the foregoing Opposition was served by first-class mail, postage prepaid, on the Clerk of the transferee court:

Michael E. Kunz
Clerk of the Court
United States District Court for the
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

_____
MARLIN A. MILLER

# PANEL SERVICE LIST (Excerpted from CTO-229)
## DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Marvin Jefferson, et al. v. A. M. Lockett & Co., Ltd., et al.*, S.D. Mississippi, C.A. No. 1:03-733

Robert M. Arentson, Jr.
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Paul E. Barnes
Wise, Carter, Child & Caraway
P. O. Box 651
Jackson, MS 39205

Monte L. Barton
Copeland, Cook, Taylor & Bush
P. O. Box 6020
Ridgeland, MS 39158

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

James H. Bolin
Forman, Perry, Watkins, Krutz &
Tardy
P.O. Box 22608
Jackson, MS 39225

Craig E. Brasfield
Forman Perry Watkins Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39533-1377

Brian T. Carr
Carr & Associates
4636 Sanford St., Suite 100
Metairie, LA 70006

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Susan Coco
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Lyn B. Dodson
Copeland, Cook, Taylor & Bush
P. O. Box 6020
Ridgeland, MS 39158-6020

Charles M. Evert
Evert & Weathersby, Llc
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

James L. Fletcher, Jr.
Duncan, Courington & Rydberg
322 Lafayette Street
New Orleans, LA 70130

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

William N. Graham
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

Cheri D. Green
Brunini, Grantham, Grower & Hewes
P.O. Drawer 119
Jackson, MS 39205-0119

Lucien C. Gwin, Jr.
Gwin, Lewis & Punches
P.O. Box 1344
Natchez, MS 39121-1344

Michael O. Gwin
Watkins & Eager
P. O. Box 650
Jackson, MS 39205

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Frances K. Hardage
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

Joseph H. Hart, IV
Smith & Fawer
201 St. Charles Avenue, Suite 3702
New Orleans, LA 70170

Christy C. Hendrix
Sulzer & Williams, LLC
201 Holiday Blvd., Suite 335
Covington, LA 70433

Alben N. Hopkins
Hopkins, Barvie & Hopkins
2701 24th Avenue
P.O. Box 1510
Gulfport, MS 39502-1510

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Steven J. Irwin
Duncan, Courington & Rydberg
400 Poydras Street, Suite 1200
New Orleans, LA 70130

Paige C. Jones
Phelps Dunbar
P.O. Box 23066
Jackson, MS 39225-3066

Rebecca K. Jude
Jude & Jude, PLLC
P.O. Box 17468
Hattiesburg, MS 39404-7468

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

Bruce M. Kuehnle, Jr.
Bruce M. Kuehnle, Jr., PLLC
P.O. Box 866
Natchez, MS 39121-0866

Daphne M. Lancaster
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Louis B. Lanoux
Watkins & Eager
P. O. Box 650
Jackson, MS 39205-0650

Richard T. Lawrence
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Edward W. Mizell
Butler, Snow, O'Mara, Stevens &
Cannada
P. O. Box 22567
Jackson, MS 39225-2567

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Matthew F. Powers
Samson & Powers, PLLC
P.O. Box 1417
Gulfport, MS 39502-1417

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Ann M. Sico
Bernard, Cassisa, Elliott & Davis
P.O. Box 55490
Metairie, LA 70055-5490

Mark R. Smith
Holcomb Dunbar, P.A.
P.O. Drawer 707
Oxford, MS 38655-0707

John A. Smyth
Maynard, Cooper & Gales, P.C.
1901 Sixth Avenue North
2400 Amsouth/harbert Plaza
Birmingham, AL 35203

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Karl R. Steinberger
Colingo, Williams, Heidelberg, et al.
P.O. Drawer H
Pascagoula, MS 39568

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

David L. Trewolla
Dogan & Wilkinson
P.O. Box 23062
Jackson, MS 39225-3062

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502-4108

John E. Wade, Jr.
Brunini, Grantham, Grower &
Hewes
P. O. Drawer 119
Jackson, MS 39205-0119

Kimberly P. Wallace
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-3979

Louis H. Watson, Jr.
Watson & Heidelberg
520 East Capitol Street
Jackson, MS 39201

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Michael E. Whitehead
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Richard F. Yarborough, Jr.
Smith, Reeves & Yarborough, PLLC
6360 I-55 North, Suite 201
Jackson, MS 39211