JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



JAN - 7 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Daniel Reilly, et al. v. Owens-Illinois, Inc., et al.*, D. Hawaii, C.A. No. 1:03-416

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Reilly*) on November 10, 2003. In the absence of any opposition, the conditional transfer order was finalized with respect to *Reilly* on November 26, 2003. The Panel has now been advised, however, that *Reilly* was dismissed in the District of Hawaii pursuant to a notice of voluntary dismissal filed on September 10, 2003.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-229" filed on November 10, 2003, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

IMAGED JAN 8 '04

OFFICIAL FILE COPY