**MDL 875**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 1 2 2003
BY J.T. NOBLIN, CLERK
_____ DEPUTY

BERT McDANIEL, ET AL.                                    PLAINTIFFS

VERSUS                                                   CIVIL ACTION NO. 1:03cv694GRo

OWENS-ILLINOIS, INC.                                     DEFENDANT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 8 2004

FILED
CLERK'S OFFICE

## ORDER

This cause comes before the Court on motion of the plaintiffs to remand [2-1] the above referenced action to the Circuit Court of Smith County, Mississippi. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED that the plaintiffs' motion to remand [2-1] be, and is hereby, granted. The Clerk of this Court is directed to mail the court file along with a certified copy of this order to the Clerk for the Circuit Court of Smith County, Mississippi after the expiration of ten days of the entry date of this judgment or by no earlier than December 29, 2003. It is further,

ORDERED that this Court shall retain jurisdiction of this matter until the Clerk has mailed the certified copy of this order to the Clerk for the Circuit Court of Smith County, Mississippi, and that transfer of this matter shall not be effected until that time. It is further,

ORDERED that any party in violation of this order shall be appropriately sanctioned. It is further,

ORDERED that each party shall bear their respective costs associated with this motion.

SO ORDERED this the 29th day of December, 2003.

MDL- 875
RECOMMENDED ACTION
Vacate CTO-229+ H.O.
Approved/Date: MFK 1/5

_____
UNITED STATES DISTRICT JUDGE

**OFFICIAL FILE COPY**

IMAGED JAN 8 '04