MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 8 2004

FILED
CLERK'S OFFICE

PLEADING NO. 4079

DOCKET NO. 875

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*Bert McDaniel, et al. v. Owens-Illinois, Inc.*, S.D. Mississippi, C.A. No. 1:03-694

*ORDER VACATING CONDITIONAL TRANSFER ORDER
AND VACATING THE JANUARY 29, 2004 HEARING SESSION*

A conditional transfer order was filed in this action (*McDaniel*) on November 10, 2003. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *McDaniel* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *McDaniel* was remanded to the Circuit Court of Smith County, Mississippi, by the Honorable Walter J. Gex III in an order filed on December 12, 2003.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-229" filed on November 10, 2003, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 11, 2003, are VACATED insofar as they relate to this action.

FOR THE PANEL:

*[signature]*

Wm. Terrell Hodges
Chairman

**OFFICIAL FILE COPY**

IMAGED JAN 8 '04