ORIGINAL

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 20 2004

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | §<br>§<br>§<br>§ | MDL DOCKET NO. 875 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| HAROLD BOAK,<br>  *Plaintiff,*<br>vs.<br>GUARD-LINE, INC., ET AL<br>  *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.<br>3:03-cv-2386 |

### NOTICE OF OPPOSITION TO TRANSFER

Comes now Plaintiff and files this Notice of Opposition to the Conditional Transfer Order (CTO-230) entered by the Panel on January 5, 2004.

Harold Boak v. Guard-Line, Inc., No. 3:03-cv-2386 is pending in the United States District Court Northern District of Texas. Pursuant to Panel Rule 7.4(c), the plaintiff files this notice of opposition to apprise the Panel of his opposition to transfer.

Pursuant to Panel Rule 7.4(d), plaintiff shall file, within 15 days of the filing of this notice, his motion to vacate conditional transfer order and supporting brief.

1

OFFICIAL FILE COPY   IMAGED JAN 20 '04

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 20 2004

FILED
CLERK'S OFFICE

Respectfully submitted,

_____
Charles S. Siegel
Texas State Bar No. 18341875
Jeffrey Simon
Texas State Bar No. 00788420
**Waters & Kraus, LLP**
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 Telecopier

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition has been served by regular mail on all counsel of record (Schedule CTO-230 / Docket No. 875), in addition to the counsel listed below on this January 19, 2004.

Robert Wilkinson
Dogan & Wilkinson
P.O. Box 1618
Pascagoula, MS  39568
228-762-3223 Facsimile

Joseph Pevsner
Thompson & Knight
1700 Pacific Avenue, Suite 3300
Dallas, Texas  75201
214-969-1751  Facsimile



RECEIVED
CLERK'S OFFICE
2004 JAN 20 A 11: 58
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

_____
Charles S. Siegel

## INVOLVED COUNSEL LIST (CTO-230)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Murray E. Abowitz
Abowitz Timberlake & Dahnke, PC
105 N. Hudson, 10th Floor
P.O. Box 1937
Oklahoma City, OK 73101

Allstate Auto Supply, Inc
c/o Warren Morgan
3131 N. I-10 Service Road
Metarie, LA 70002

James Randolph Baker
Holloway Dobson & Bachman, P.C.
211 N. Robinson Avenue
Suite 900 North
Oklahoma City, OK 73102

Christopher Banaszak
Reinhart, Boerner, Van Deuren, Norris
1000 North Water Street, Suite 2100
P.O. Box 2965
Milwaukee, WI 53201-2965

Robert A. Barnaby, II
Carter & Ansley
Atlantic Center Plaza
1180 W. Peachtree Street
Suite 2300
Atlanta, GA 30309

Alan I. Becker
Litchfield Cavo
303 West Madison Street, Suite 200
Chicago, IL 60606

Richard V. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Michael A. Bergin
Locke Reynolds LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961

V. Brian Devon
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Ralph W. Bond
2734 Calhoun Street
New Orleans, LA 70118

Timothy W. Bouch
Leath, Bouch & Crawford
P.O. Box 59
Charleston, SC 29402

Howard Michael Bowers
Nexsen, Pruet, Jacobs, Pollard & Robinson
P.O. Box 486
Charleston, SC 29402

Garrett J. Bradley
Thornton & Naumes, L.L.P.
100 Summer Street, 30th Floor
Boston, MA 02110

Thomas M. Buckley
Patterson, Dilthey, Clay, Bryson & Anderson
4020 WestChase Boulevard
Suite 550
Raleigh, NC 27607

Alexander M. Bullock
Evert & Weathersby
3405 Piedmont Road, N.E., Suite 225
Atlanta, GA 30305

Robert A. Bunda
Bunda, Stutz & DeWitt
One Seagate, Suite 650
Toledo, OH 43604

Lisa N. Busch
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

Andrew M. Cantor
Law Offices of Peter G. Angelos
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

William T. Causby
Nelson, Mullins, Riley & Scarborough, LLP
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Margaret M. Chaplinsky
Kalinoski & Chaplinsky
100 Court Avenue, Suite 315
Des Moines, IA 50309

Mark R. Chilson
Young & Alexander
130 West Second Street, Ste. 2000
Dayton, OH 45402-9291

John R. Christie
Rawlin, Gravens & Franey
1240 Standard Bldg.
1370 Ontario Street
Cleveland, OH 44113

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Dixie L. Coffey
Smith, Shew, Scrivner, Corbin & Watts
6520 North Western Avenue
Suite 300
Oklahoma City, OK 73116

Keith E. Coltrain
Elmore & Walls, PA
P.O. Box 10937
Raleigh, NC 27605

Case MDL No. 875   Document 4081   Filed 01/20/04   Page 4 of 7

INVOLVED COUNSEL LIST (CTO-230) MDL-875   (Cont.)                                                   PAGE 2 OF 6

Jonathan A. Conte
Blank, Rome, Comisky & McCauley
201 E Fifth Street
1700 PNC Center
Cincinnati, OH 45202

David Marvin Cook
22 W Ninth Street
Cincinnati, OH 45202

Ronald B. Cox
Bowers Orr, LLP
P.O. Box 25389
Columbia, SC 29224

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

William S. Davies, Jr.
Nelson, Mullins, Riley &
Scarborough, LLP
1330 Lady Street
Keenan Building, 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Dana Hefter Davis
P.O. Box 31627
Raleigh, NC 27622

H. Lee Davis, Jr.
Davis & Hamrick, L.L.P.
P.O. Drawer 20039
Winston-Salem, NC 27120-0039

William Pearce Davis
Baker, Ravenel & Bender
P.O. Box 8057
Columbia, SC 29202

David L. Day
Day, Cook & Gallagher
400 S. Fifith Street, Suite 300
Columbus, OH 43215

Mark O. Denchy
Adler, Pollock & Sheehan
175 Federal Street
Boston, MA 02110

Theresa R. Dewitt
Bunda, Stutz & DeWitt
One Seagate, Suite 650
Toledo, OH 43604

CharCretia V. Di Bartolo
Cetrulo & Capone, LLP
The Herigate Building
321 South Main Street
Providence, RI 02903

David R. Donadio
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Thomas F. Dougall
Law Office of Thomas F. Dougall
1713 Woodcreek Farms Road
Elgin, SC 29045

Dennis M. Duggan, Jr.
Nixon Peabody, LLP
101 Federal Street
Boston, MA 02110

Maja C. Eaton
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Ann C. Egan
Cetrulo & Capone, LLP
2 Seaport Lane, 10th Floor
Boston, MA 02210

James H. Elliott, Jr.
Barnwell, Whaley, Patterson &
Helms
885 Island Park Drive
Charleston, SC 29492-0197

Michael M. Essmyer
Essmyer, Tritico & Clary
4300 Scotland
Houston, TX 77007

Stephen B. Evans
Deeba, Sauter, et al.
3415 Hampton Avenue
St. Louis, MO 63139

James R. Eyler
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202

John C. Felice
Hermes, Netburn, O'Connor &
Spearing, P.C.
111 Devonshire Street, 8th Floor
Boston, MA 02109

Michael T. Flynn
Reinhart, Boerner, Van Deuren,
Norris
1000 North Water Street, Suite 2100
P.O. Box 2965
Milwaukee, WI 53202-2965

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Richard A. Gann
Riggs, Abney, Neal, Turpen,
Orbison & Lewis
502 West 6th Street
Tulsa, OK 74119-1010

J. Ric Gass
Kravit, Gass, Hovel & Leitner, S.C.
825 North Jefferson Street
Suite 500
Milwaukee, WI 53202-3721

Virginia M. Giokaris
Rasmussen Willis Dickey & Moore
9200 Ward Parkway, Suite 310
Kansas City, MO 64114

Richard S. Glasser
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

Marc C. Greco
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

Vincent L. Greene, IV
Ness, Motely, Loadholt, Richardson
& Poole
321 South Main Street, Suite 402
P.O. Box 6067
Providence, RI 02940

Case MDL No. 875   Document 4081   Filed 01/20/04   Page 5 of 7

INVOLVED COUNSEL LIST (CTO-230) MDL-875  (Cont.)                    PAGE 3 OF 6

William Michael Gruenloh
Ness, Motley, P.A.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464

M. Bradley Hallwig
Anderson, Coe & King
201 N. Charles Street, Suite 2000
Baltimore, MD 21202

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Susan Haney Hargrove
Smith, Anderson, Blount, et al.
2500 First Union Capitol Center
P.O. Box 2611
Raleigh, NC 27602

J.C. Harkness
4508 Cedar Bush
Dallas, TX 75229

Robin Elise Harvey
Baker & Hostetler, L.L.P.
312 Walnut Street
Suite 3200
Cincinnati, OH 45202

Jeffrey A. Healy
Arter & Hadden
1100 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115-1475

Windham M. Hill
Secrest, Hill & Butler
7134 S. Yale Avenue
Suite 900
Tulsa, OK 74136

Edward F. Houff
Church, Loker & Silver, P.A.
2 North Charles Street, Suite 600
B&O Building
Baltimore, MD 21201

Richard W. Hunnicutt, III
Law Offices Of David Mcquade
Leibowitz
111 Soledad, 20th Floor
San Antonio, TX 78205

Michael E. Jackson
Schwarzwald & Mcnair
616 Penton Media Bldg.
1300 East Ninth Street
Cleveland, OH 44114-1503

Jay M. Jalenak, Jr.
Kean, Miller, Hawthorne,
D'Armond, et al.
One American Place, 22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821

William G. James
Pray, Walker, Jackman, et al.
100 W. 5th Street
Oneok Plaza, Suite 900
Tulsa, OK 74103

A. Timothy Jones
Hawkins & Parnell
4000 One Peachtree Center
303 Peachtree Street, N.E.
Atlanta, GA 30308

Eileen M. Joyce
Baughman & Associates
2215 Illuminating Bldg.
55 Public Square
Cleveland, OH 44113

Daniel J. Kelly
Haight, Brown & Bonesteel
100 Bush Street, 27th Street
San Francisco, CA 90104

H.E. Kettenring
81 Cochrane Drive
Chamlette, LA 70043

Douglas B. King
Wooden & McLaughlin
One Indiana Square, Suite 1800
Indianapolis, IN 46204

Walter Knorr
International Telephone & Telegraph
320 Park Avenue
New York, NY 10022

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

Donald A. Krispin
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
645 Griswold St.
Detroit, MI 48226

John A. Kristan, Jr.
Kelley Jasons Mcguire & Spinelli
629 Euclid Avenue, Suite 1037
Cleveland, OH 44114

Lisa A. LaConte
Heyl, Royster, Voelker & Allen
Bank One Building, Suite 600
124 S.W. Adams Street
Peoria, IL 61602

Carter T. Lambeth
Johnson & Lambeth
P.O. Box 660
Wilmington, NC 28402

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Roger B. Lane
Lane & Gossett, P.C.
1601 Reynolds Street
Brunswick, GA 31520

James W. Ledlie
Motley Rice
28 Bridgeside Boulevard
Mount Pleasant, SC 29464

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Thomas W. Lyons, III
Strauss, Factor & Lopes
403 South Main Street
Providence, RI 02903

Bruce P. Mandel
Ulmer & Berne, L.L.P.
1300 E. Ninth Street
900 Bond Court Building
Cleveland, OH 44114

Christopher D. Maurielle
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Kevin E. McDermott
Law Offices of Robert E. Sweeney
& Associates
1500 Illuminating Building
55 Public Square
Cleveland, OH 44113

INVOLVED COUNSEL LIST (CTO-230) MDL-875   (Cont.)                                                PAGE 4 OF 6

Moffatt Grier McDonald
Haynsworth, Marion, McKay & Guerard
75 Beattie Place
Two Insignia Plaza - 11th Floor
P.O. Box 2048
Greenville, NC 29602

Daniel W. McGrath
Hinshaw & Culbertson
222 North Lasalle Street, Suite 300
Chicago, IL 60601-1081

Molly McKay
Gordon & Rees
275 Batter Street, 20th Floor
San Francisco, CA 94111

Jeffrey L. McKean
Wooden & McLaughlin
1600 Capital Center South
201 N. Illinois
Indianapolis, IN 46204

John B. McLeod
Haynsworth, Marion, McKey & Guerard
75 Beattie Place, 11th Floor
Greenville, SC 29601

Bryna Misuira
Governo Law Firm LLC
260 Franklin Street
Boston, MA 02110

Anthony M. Moccia
Eckert, Seamans, Cherin & Mellot
One International Place
Boston, MA 02110

Joseph J. Morford
Tucker Ellis & West LLP
1100 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115-1475

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Alan Muraidckh
Hodgson Russ, LLP
152 West 57th Street, 35th Floor
New York, NY 10019

Stephen B. Murray
Murray Law Firm
909 Poydras Street, Suite 2550
New Orleans, LA 70112

Robert L. Norton
Jones & Granger
10000 Memorial Drive, Suite 888
P.O. Box 4340
Houston, TX 77210-4340

Jenifer E. Novak
Frantz Ward
55 Public Square, 19th Floor
Cleveland, OH 44113

Richard P. O'Leary
Mccarter & English, LLP
300 Park Avenue, 18th Floor
New York, NY 10022

Matthew C. O'Connell
1301 East 9th Street
3600 Erieview Tower
Cleveland, OH 44114

Ann O'Malley
O'Malley & Harvey
Two Oliver St., 9th Floor
Boston, MA 02109

James J. Ostertag
Thelen, Reid & Priest
101 2nd Street, Suite 1800
San Francisco, CA 94105-3601

Dominic J. Ovella
Hailey, McNamara, Hall, Larmann & Papale
One Galleria Boulevard, Suite 1400
P.O. Box 8288
Metairie, LA 70011

R. Chris Parks
Ledbetter, Cogbill, Arnold & Harrison, LLP
P.O. Box 185
Fort Smith, AR 72902

E. Spencer Parris
Martin & Jones
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603

Lisa M. Pascarella
Pehlivanian & Braaten, LLC
2430 Route 34
P.O. Box 648
Manasquan, NJ 08736

Monica F. Patterson
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

David P. Pavlik
Law Offices of Robert E. Sweeney & Associates
1500 Illuminating Building
55 Public Square
Cleveland, OH 44113

Timothy Peck
Smith, Helms, Mulliss & Moore
P.O. Box 21927
Greensboro, NC 27420

Martha J. Phillips
Atkinson, Haskins, et al.
525 S. Main Street, Suite 1500
Tulsa, OK 74103-4524

Carl E. Pierce, II
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Joel F. Pierce
Pierce, Davis & Perritano, L.L.P.
Ten Winthrop Square
Boston, MA 02110

Diane M. Pompei
Sedgwick, Detert, Moran & Arnold
One Gateway Center, 11th Floor
Newark, NJ 07102

Frank D. Pond
Burke Williams & Sorensen LLP
450 Sansone Street, Suite 1200
San Francisco, CA 94111

James B. Pressly, Jr.
Haynsworth, Marion, McKey & Guerard
75 Beattie Place, 11th Floor
P.O. Box 2048
Greenville, SC 29602

Eve E. Prietz
Union Park Center
5905 Harford Road
Baltimore, MD 21214

Steven J. Pugh
Richarson, Plowden, Carpenter & Robinson, PA
P.O. Drawer 7788
Columbia, SC 29202

Marcus E. Raichle, Jr.
Simmons Firm
301 Evans Avenue, Suite 301
P.O. Box 559
Wood River, IL 62095

INVOLVED COUNSEL LIST (CTO-230) MDL-875   (Cont.)                                                                    PAGE 5 OF 6

Kristen Marie Rectenwald
Jordan & Moses
1804 Frederica Road, Suite C
St. Simons Isl., GA 31522

Giovanni Regina
Waters, McPherson, McNeill, P.C.
300 Lighting Way
Secaucus, NJ 07096

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Joel J. Rhiner
Stein, Ray, et al.
222 West Adams Street
Suite 1800
Chicago, IL 60606

Ronald N. Ricketts
Gable & Gotwals
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217

Trudy Hartzog Robertson
Moore & Van Allen, PLLC
P.O. Box 22828
Charleston, SC 29413-2828

Robert M. Rolfe
Hunton & Williams
Riverfront Plaza
951 East Byrd Street
Richmond, VA 23219

Thomas Louis Rosenberg
Ulmer & Berne, L.L.P.
88 E Broad Street, Suite 1980
Columbus, OH 43215

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Peter J. Rubin
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04101

Jeffrey W. Ruple
Buckley King
1400 Bank One Center
600 Superior Avenue
Cleveland, OH 44114

John Schmitt
3415 Fair Lawn Avenue
Fair Lawn, NJ 07410

Robert H. Schultz, Jr.
Heyl, Royster, Voelker & Allen
103 West Vandalia Street, Suite 100
P.O. Box 467
Edwardsville, IL 62025

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Beth A. Sebaugh
Quandt, Giffels, Buck & Rodgers
1400 Leader Building
526 Superior Avenue
Cleveland, OH 44114

Rebecca C. Sechrist
Bunda Stutz & Dewitt
One Seagate, Suite 650
Toledo, OH 43604

Michael S. Seekings
Mullen, Wiley & Seekings, LLC
171 Church Street, Suite 370
Charleston, SC 29401

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard, 6th Floor
Los Angeles, CA 90025

Robert H. Shultz, Jr.
Heyl, Royster, Voelker & Allen
103 West Vandalia Street
Suite 100
P.O. Box 467
Edwawrdsville, IL 62025

Eric Shuman
McGlinchey Stafford
643 Magazine Street
New Orleans, LA 70130

Jeffrey B. Simon
Waters & Kraus
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Vani Singhal
Segal, McCambridge, Singer & Mahoney, Ltd.
One IBM Plaza
330 N. Wabash Avenue, Suite 200
Chicago, IL 60611

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Joseph Stalmack
Joseph Stalmack & Associates, P.C.
5253 Hohman Avenue
P.O. Box 1150
Hammond, IN 46320

Thomas E. Steichen
Eldridge Cooper Steichen & Leach
P.O. Box 3566
Tulsa, OK 74101-3566

David H. Stillman
Law Office of David H. Stillman
25 Braintree Hill Office Park
Suite 401
Braintree, MA 02184-8707

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

J. Derrick Teague
204 N. Robinson, Suite 1000
Oklahoma City, OK 73102

Jennifer M. Techman
Evert & Weathersby
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Mark S. Thomas
Maupin, Taylor & Ellis
P.O. Drawer 19764
Raleigh, NC 27619-9764

Tracy E. Tomlin
Nelson, Mullins, Riley & Scarborough
100 North Tryon Street, Suite 2400
Charlotte, NC 28202-4000

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144