

# Brayton•Purcell

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 20 2004

FILED
CLERK'S OFFICE

**TRIAL LAWYERS**

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
CHRISTOPHER E. ANDREAS

OF COUNSEL
ROBERT M. BROWN
JEFFREY D. EISENBERG*
PETER W. FISHER

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (310) 727-1900
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

JARED J. BABULA
DAVID H. BACKENSTOE
RETT D. BERGMARK
GARY L. BRAYTON
ELAINE I. BROWN*
C. RYAN CHRISTENSEN*
KIMBERLY J. CHU
HUGH C. COOK
MICHELE L. DE ROUEN
JON M. EGAN*
LISA J. ESPADA
JOSHUA C. EZRIN
DAVID L. FIOL
BARBARA D. FOULDS
PETER B. FREDMAN
ROBERT GILCHRIST*
JOHN B. GOLDSTEIN
JULIE C. GREBEL
LAUREN D. JOHNSON
GARY V. JUDD
CLAYTON W. KENT
KERRY LAIW

LLOYD F. LeROY
THOMAS R. MATES
LeANN McDONALD*
MAUREEN C. McGOWAN
VALERIE A. McGUIRE
S. BROOK MILLARD*
MONIQUE G. MORALES
JAMES P. NEVIN
OREN P. NOAH
DONALD R. ODER
DAVID L. POLIN
JOHN W. SCHILT
CHARLOTTE E. SCOTT
KEITH C. SHAW
CHRISTINA C. SKUBIC
ERIC C. SOLOMON
ROBYN L. STEIN*
SALVATORE C. TIMPANO
PAUL A. VAILLANCOURT
ANTHONY E. VIEIRA
NANCY T. WILLIAMS

January 20, 2004

**VIA FACSIMILE: (202) 502-2888**
**Confirmation by U.S. Mail**
Michael J. Beck
Clerk of the Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-225, North Lobby
Washington, D.C. 20002

Re: Notice of Opposition - CTO -230
N.D. Cal. No. 03-4686, Spencer Ward v. Unisys Corp. et al.

Dear Mr. Beck:

Please take notice that the Plaintiff Spencer Ward opposes transfer of the above-referenced action under MDL 875 as proposed in conditional transfer order. A motion to vacate the CTO and memorandum in support will be filed within 15 days.

Very truly yours,

David L. Fiol

DLF:jae

K:\Injured\28405\ltr-MDL panel.wpd

**OFFICIAL FILE COPY**
IMAGED JAN 20 '04

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 20 2004

FILED
CLERK'S OFFICE

## PROOF OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, Novato, California 94948-6169.

On January 20, 2004, I served the attached:

**Letter - Notice of Opposition - CTO - 240**
**N.D. Cal. No. 03-4686, Spencer Ward v. Unisys Corp., et al.**

and on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST**

<u>XXX</u>   (BY TELECOPIER) I caused each of the above document(s) to be telecopied this date to the parties listed above.

The above document was transmitted by facsimile transmission and the transmission was reported as complete and without error. The attached transmission report confirming receipt was properly issued by the transmitting facsimile machine.

Executed this **January 20, 2004** at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

JANE A. EHNI



BRAYTON♦PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
NOVATO, CALIFORNIA 94945
(415) 898-1555

RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2004 JAN 20 A 11: 49

I:\POS\MULTIP.WPD                    1

Service List

Run By : Ehni, Jane (JAE)

Date Created: 1/20/04-8:33:22 AM
Created by: LitSupport - ServiceList - BPImport
Matter Number: 28405.01-Ward, Spencer S.

Waldron, Duffy, Inc.
Archer Norris
P.O. Box 8035
2033 N. Main Street, Suite 800
Walnut Creek, CA 94596
925-930-6600    925-930-6620

General Cable Corporation
Colombatto, Klimenko & Rosse
130 Sutter Street
7th Floor
San Francisco, CA 94104
415-391-6182    415-391-2904

Ingersoll-Rand Company
Gordon & Rees, LLP
Embarcadero Center West
275 Battery Street, Ste. 2000
San Francisco, CA 94111
415-986-5900    415-986-8054

Cutler-Hammer, Inc.
Howard Rome Martin & Ridley
1775 Woodside Road, Suite 200
Redwood City, CA 94061
650-365-7715    650-364-5297

Owens-Illinois, Inc.
Morgenstein & Jubelirer
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700    415-901-8701

Viacom, Inc.
Pond North
611 West Sixth Street, 25th Floor
Los Angeles, CA 90017
213-236-0600    213-623-3594

Pneumo Abex Corporation
Stevens, Drummond & Gifford
1910 Olympic Boulevard
Suite 250
Walnut Creek, CA 94596
925-944-5550    925-256-9669

Rapid-American Corporation
Thelen, Reid & Priest, LLP
101 Second St., Ste 1800
San Francisco, CA 94105
415-371-1200    415-371-1211

Plant Insulation Company
Travis & Pon
Monte S. Travis
2001 Fillmore St.
San Francisco, CA 94115
415-923-1200    415-673-6263

Gatke Corporation
Bennett, Samuelsen, et al.
Richard Reynolds, Esq.
1951 Webster St., Ste. 200
Oakland, CA 94612
510-444-7688    510-444-5849

Metalclad Insulation Corporation
Colombatto, Klimenko & Rosse
130 Sutter Street
7th Floor
San Francisco, CA 94104
415-391-6182    415-391-2904

General Motors Corporation
Grace, Genson, Cosgrove & Schirm
444 South Flower Street
Suite 1100
Los Angeles, CA 90071
213-533-5400    213-533-5444

Foster Wheeler Corporation
Jackson & Wallace
55 Francisco Street
Sixth Floor
San Francisco, CA 94133
415-982-6300    415-982-6700

Honeywell International, Inc.
Perkins Coie LLP
180 Townsend St., 3rd Flr.
San Francisco Ca 94107,  94107
415-344-7000    415-344-7050

Gatke Corporation
Sedgwick, Detert, Moran & Arnold
One Embarcadero Center
16th Floor
San Francisco, CA 94111
415-781-7900    415-781-2635

Daimler Chrysler Corporation
Thelen, Reid & Priest, LLP
101 Second St., Ste 1800
San Francisco, CA 94105
415-371-1200    415-371-1211

Parker-Hannifin Corporation
Towle, Denison, Smith & Tavera
10866 Wilshire Blvd
Suite 1270
Los Angeles, CA 90024
310-446-5445    310-446-5447

Berry & Berry
Berry & Berry
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330    510-835-5117

Thorpe Insulation Company
Fox, Shjeflo, et al.
1730 South El Camino Real
6th Floor
San Mateo, CA 94402
650-341-2901    650-341-2258

Thorpe Insulation Company
Hildebrandt & Lucky
757 West 9th Street
San Pedro, CA 90731
310-548-7882    310-548-4148

Union Carbide Corporation
McKenna Long & Aldridge
One Market, Spear Tower
Suite 3500
San Francisco, CA 94105-1475
415-267-4000    415-267-4198

Unisys Corporation
Pond North
611 West Sixth Street, 25th Floor
Los Angeles, CA 90017
213-236-0600    213-623-3594

Rockwell Automation, Inc.
Shea & Gardner
1800 Massachusetts Avenue N.W.
Washington D.C.,    20036
202-828-2000    202-828-2195

Ford Motor Company
Thelen, Reid & Priest, LLP
101 Second St., Ste 1800
San Francisco, CA 94105
415-371-1200    415-371-1211

Standard Motor Products, Inc.
Towle, Denison, Smith & Tavera
10866 Wilshire Blvd
Suite 1270
Los Angeles, CA 90024
310-446-5445    310-446-5447

RECEIVED CLERK'S OFFICE
2004 JAN 20  A 11: 49
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION