

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 21 2004

FILED
CLERK'S OFFICE

### DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Charles Anthony Cusimano, et al. v. Flintkote Co., et al.*, E.D. Louisiana, C.A. No. 2:03-2854

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Cusimano*) on January 5, 2004. The Panel has now been advised that *Cusimano* was remanded to Louisiana state court by the Honorable Martin L. C. Feldman in an order filed on November 21, 2003.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-230" filed on January 5, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

PLEADING NO. 4084

IMAGED JAN 21 '04   **OFFICIAL FILE COPY**