MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 5 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-230)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 77,698 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 2 1 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IMAGED JAN 21 '04

**OFFICIAL FILE COPY**

# SCHEDULE CTO-230 - TAG ALONG CASES
# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DISTRICT  DIV. CIVIL ACTION#

CALIFORNIA NORTHERN
  ~~CAN      3    03-4686~~            ~~Spencer Ward v. Unisys Corp., et al.~~   Opposed 1/20/04

GEORGIA SOUTHERN
  GAS      2    03-119              Gloria V. Williamson v. CSX Transportation, Inc., et al.

ILLINOIS NORTHERN
  ILN      1    03-6128             Billy Scroggins v. Anchor Packing Co., et al.

ILLINOIS SOUTHERN
  ILS      3    03-534              Lawrence Redmon v. A.W. Chesterton, Inc., et al.
  ILS      3    03-655              Richard Folger, et al. v. Burlington Northern & Santa Fe Railway Co.

INDIANA NORTHERN
  INN      2    03-378              Juan Casas, et. al. v. A.W. Chesterton, et. al.

INDIANA SOUTHERN
  INS      1    03-1440             Michael Ash v. Certainteed Corporation, et. al.

LOUISIANA EASTERN
  ~~LAE     2    03-2854~~             ~~Charles Anthony Cusimano, et al. v. Flintkote Co., et al.~~  Vacated 1/21/04

MASSACHUSETTS
  MA       1    03-11970            Madeline J. Dyer, etc. v. Eastern Refractories Co., Inc., et al.

MARYLAND
  MD       1    94-3509             Susan Purdie, etc. v. Corhart Refractoires Co., et al.

NORTH CAROLINA EASTERN
  NCE      2    03-47               David Scholar, etc. v. Certainteed Corp., et al.
  NCE      4    03-124              Gregory Mark Whitman, Sr., et al. v. Aqua-Chem, et al.
  NCE      4    03-125              James H. Sikes, et al. v. Aqua-Chem, et al.
  NCE      4    03-138              Edward L. Mills, etc. v. Anchor Packing Co., et al.
  NCE      4    03-139              Robert Glenn Gurley, et al. v. Anchor Packing Co., et al.
  NCE      4    03-140              Elizabeth Amanda Davis, etc. v. Anchor Packing Co., et al.
  NCE      5    03-604              Allen Ray Jones, et al. v. Anchor Packing Co., et al.
  NCE      7    03-132              Glenn Darden Merritt, etc. v. Anchor Packing Co., et al.

NORTH CAROLINA MIDDLE
  NCM      1    03-835              Betty Dunn Sedberry, etc. v. Aqua-Chem, Inc., et al.

NEW YORK EASTERN
  NYE      1    03-5070             Earl A. Dalkas v. A.W. Chesterton Co., et. al.
  NYE      1    03-5135             Cecil Lewis Green, et al. v. Ericsson, Inc., et. al.
  NYE      1    03-5137             Margaret E. Broadnax, et. al. v. Union Pacific Railroad Co., et. al.
  NYE      1    03-5138             Ethel Barnett, et. al. v. Burns International Services Corp., et. al.
  NYE      1    03-5280             Mary Garvey, et. al. v. A.W. Chesterton Co., et. al.
  NYE      1    03-5281             Deana Cerroni v. A.W. Chesterton Co., et. al.
  NYE      1    03-5784             Dorothy Cothron, et. al. v. A.W. Chesterton Co., et. al.

DISTRICT DIV. CIVIL ACTION#

OHIO NORTHERN
| | | | |
|---|---|---|---|
| OHN | 1 | 03-10009 | Richard M. Andrews v. A-C Product Liability Trust, et al. |
| OHN | 1 | 03-10010 | Manuel V. Rozario v. A-C Product Liability Trust, et al. |
| OHN | 1 | 03-10011 | Robert Herman v. A-C Product Liability Trust, et al. |
| OHN | 1 | 03-10012 | August H. Wagner v. A-C Product Liability Trust, et al. |
| OHN | 1 | 03-20015 | William H. Monroe, et al. v. Waco, Inc., et al. |
| OHN | 1 | 03-20016 | Carol Ann Burson v. Lac D'Amiante Du Quebec, et al. |
| OHN | 1 | 03-20017 | John Ivanusic, et al. v. 3m Co., et al. |
| OHN | 1 | 03-20018 | Senno Krinke, et al. v. 3m Co., et al. |

OHIO SOUTHERN
| | | | |
|---|---|---|---|
| OHS | 1 | 03-571 | Bella Goden, etc. v. 3M Co., et al. |
| OHS | 1 | 03-579 | Darrell E. Lucas v. 3M Co., et al. |

OKLAHOMA NORTHERN
| | | | |
|---|---|---|---|
| OKN | 4 | 03-681 | Robert Nyberg, et al. v. Abex Corp., et al. |

RHODE ISLAND
| | | | |
|---|---|---|---|
| RI | 1 | 03-378 | Nolan D. Phillips, et al. v. Viacom, Inc., et al. |

SOUTH CAROLINA
| | | | |
|---|---|---|---|
| SC | 0 | 02-1289 | Julia F. Reburn, et al. v. ACandS, Inc., et al. |
| SC | 2 | 03-3057 | Louis J. Wickas, Jr., et al. v. Owens-Illinois, Inc., et al. |
| SC | 2 | 03-3058 | Betty G. Millwood v. Owens-Illinois, Inc., et al. |
| SC | 7 | 03-3064 | Roy Foster Dawson, et al. v. Aqua-Chem, Inc., et al. |

TEXAS NORTHERN
| | | | |
|---|---|---|---|
| ~~TXN~~ | ~~3~~ | ~~03-2386~~ | ~~Harold Boak, et al. v. Guard-Line, Inc., et al.~~  **Opposed 1/20/04** |

TEXAS WESTERN
| | | | |
|---|---|---|---|
| TXW | 5 | 03-996 | Leonard Altman, et al. v. Harmony Castings, LLC, et al. |

VIRGINIA EASTERN
| | | | |
|---|---|---|---|
| VAE | 2 | 03-7512 | Robert Adams Adams v. American Standard, et al. |
| VAE | 2 | 03-7513 | Raymond J. Fife v. American Standard, et al. |
| VAE | 2 | 03-7514 | George H. Kluttz v. American Standard, et al. |
| VAE | 2 | 03-7515 | Raymond R. Lee v. American Standard, et al. |
| VAE | 2 | 03-7516 | John P. Brown v. American Standard, et al. |
| VAE | 2 | 03-7517 | Rudy B. Martinez v. American Standard, et al. |
| VAE | 2 | 03-7518 | William E. McLaughlin v. American Standard, et al. |
| VAE | 2 | 03-7519 | Lawrence R. Nuse v. American Standard, et al. |
| VAE | 2 | 03-7520 | Frank Sedivy v. American Standard, et al. |
| VAE | 2 | 03-7521 | Wade C. Morris v. American Standard, et al. |
| VAE | 2 | 03-7522 | William R. Lenhart v. American Standard, et al. |
| VAE | 2 | 03-7523 | Lonnie H. Orme v. American Standard, et al. |
| VAE | 2 | 03-7524 | Robert L. Potter v. American Standard, et al. |
| VAE | 2 | 03-7525 | Charles H. Redmond v. American Standard, et al. |
| VAE | 2 | 03-7526 | Walter J. Revers v. American Standard, et al. |
| VAE | 2 | 03-7527 | Gerald W. Schulz v. American Standard, et al. |
| VAE | 2 | 03-7528 | Darrell E. Snyder v. American Standard, et al. |
| VAE | 2 | 03-7529 | Maurice O. Stanton v. American Standard, et al. |
| VAE | 2 | 03-7530 | Robert Lee Taylor v. American Standard, et al. |
| VAE | 2 | 03-7531 | David A. Van Fleet v. American Standard, et al. |
| VAE | 2 | 03-7532 | Robert D. Johnson v. American Standard, et al. |
| VAE | 2 | 03-7533 | Gene T. Poland v. American Standard, et al. |

DISTRICT  DIV. CIVIL ACTION#

    VAE   2  03-7534      Hoy B. Flanagan v. American Standard, et al.
    VAE   2  03-7535      William Hutchison v. American Standard, et al.
    VAE   2  03-7536      Robert M. McCarty v. American Standard, et al.
    VAE   2  03-7537      Hubert S. Peele v. American Standard, et al.
    VAE   2  03-7538      Edward E. Shockey v. American Standard, et al.
    VAE   2  03-7539      Robert D. Via v. American Standard, et al.

WISCONSIN EASTERN
    WIE   2  03-835       Greg Schulte v. Foster Wheeler Corp., et al.