ORIGINAL   MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 4 2004

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | § § § § | MDL DOCKET NO. 875 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| HAROLD BOAK,<br>   *Plaintiff*,<br>vs.<br>GUARD-LINE, INC., ET AL<br>   *Defendants*. | § § § § § § § | Civil Action No.<br>3:03-cv-2386 |

## MOTION TO VACATE THE
## <u>CONDITIONAL TRANSFER ORDER</u>

Plaintiff, pursuant to Rule 12(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, move the Panel to vacate its order of January 5, 2004, conditionally transferring the above-captioned case to the United States District Court for the Western District of Washington. This motion is based on the attached Brief in Support of Motion to Vacate Conditional Transfer Order and such other materials as may be presented to the Panel at the time of the hearing

1

OFFICIAL FILE COPY IMAGED FEB 05 '04

on the motion.

    Pursuant to Rule 12(c), movant request the Clerk to set this motion for hearing at the next session of the Panel.

                               Respectfully submitted,

                               Charles S. Siegel
                               Texas State Bar No. 18341875
                               Jeffrey Simon
                               Texas State Bar No. 00788420
                               **WATERS & KRAUS, LLP**
                               3219 McKinney Avenue
                               Dallas, Texas 75204
                               (214) 357-6244
                               (214) 871-2263 Telecopier

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Notice of Opposition has been served by facsimile on all counsel of record (Schedule CTO-230 / Docket No. 875), in addition to the counsel listed below on this ___ day of February 2004.

Robert Wilkinson
Dogan & Wilkinson
P.O. Box 1618
Pascagoula, MS 39568
228-762-3223 Facsimile

Joseph Pevsner
Thompson & Knight
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
214-969-1751 Facsimile

_____
Charles S. Siegel

Case MDL Document 48c Filed 02/04/04 Page 4 of 8

# PANEL SERVICE LIST (Excerpted from CTO-230)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Harold Boak, et al. v. Guard-Line, Inc., et al.*, N.D. Texas, C.A. No. 3:03-2386

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Michael M. Essmyer
Essmyer, Tritico & Clary
4300 Scotland
Houston, TX 77007

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Charles S. Siegel
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Robert W. Wilkinson
Dogan & Wilkinson
P.O. Box 1618
Pascagoula, MS 39568-1618

ORIGINAL

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 4 2004

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | §<br>§<br>§<br>§ | MDL DOCKET NO. 875 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| HAROLD BOAK,<br>  Plaintiff,<br>vs.<br>GUARD-LINE, INC., ET AL<br>  Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.<br>3:03-cv-2386 |

**BRIEF TO VACATE THE CONDITIONAL TRANSFER ORDER**

I.   PRELIMINARY STATEMENT

Plaintiff respectfully files this brief in support of his Motion to Vacate the Conditional Transfer Order (CTO-230) entered by the Judicial Panel on Multidistrict Litigation on January 5, 2004. Pursuant to Panel Rules 5.12(a), 5.13 and 7.4(d), this Brief to Vacate the Conditional Transfer Order is being filed in support of plaintiff's Notice of Opposition which was filed on January 19, 2004 in accordance with Panel Rule 7.4(b). This submission is being filed within 15 days of the filing of the Notice of

Opposition. For the reasons stated below, the Conditional Transfer Order should be vacated so that the claimant represented in this case can proceed in the timely resolution of his claim in *state* court.

Plaintiff intends to file a motion for remand in the above case. The district judge has not lost jurisdiction over this case and, therefore, *can* make a determination as to plaintiff's Motion for Remand. Faulk v. Owens-Corning Fiberglas Corp., et al., 48 F.Supp.2d 653, 657 (E.D. Tex. 1999); *See* Panel Rule 1.5, 181 F.R.D. 1,3 (1998); *See also* Bartley v. Borden, Inc. et al., 1996 WL 68482 (E.D. La. 1996)(citing Panel Rule 18 which states that the pendency of a conditional transfer order "does not affect or suspend orders and pretrial proceedings in the district court in which the action is pending and does not in any way limit the pretrial jurisdiction of that court" within the prescribed fifteen day period.)

Plaintiff Harold Boak has mesothelioma, a cancer caused exclusively by exposure to asbestos. Mesothelioma is an "invariably fatal cancer…for which asbestos exposure is the only known cause…" In re Patenaude, 210 F.3d 135, 138 (3d Cir.), cert. Denied, 531 U.S. 1011 (2000). It kills its victims "generally within two years of diagnosis[,]" during which "[m]esothelioma victims invariably suffer great pain and disability." Georgine v. Amchem Prods., Inc., 83 F.3d 610, 633 (3d Cir.), aff'd, 521 U.S. 591 (1997).

Plaintiff respectfully requests that the Court vacate the Conditional Transfer Order so that the district court may rule on plaintiff's forthcoming motion for remand, which raises only issues of state law.

WHEREFORE, PREMISES CONSIDERED, plaintiff respectfully requests that the conditional transfer order be vacated.

Respectfully submitted,

Charles S. Siegel
Texas State Bar No. 18341875
Jeffrey Simon
Texas State Bar No. 00788420
**WATERS & KRAUS, LLP**
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 Telecopier

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Brief to Vacate the Conditional Transfer Order has been served by facsimile on all counsel of record (Schedule CTO-230 / Docket No. 875), in addition to the counsel listed below on this 3rd day of February 2004.

Robert Wilkinson
Dogan & Wilkinson
P.O. Box 1618
Pascagoula, MS 39568
228-762-3223 Facsimile

Joseph Pevsner
Thompson & Knight
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
214-969-1751 Facsimile

Charles S. Siegel

## PANEL SERVICE LIST (Excerpted from CTO-230)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Harold Boak, et al. v. Guard-Line, Inc., et al.*, N.D. Texas, C.A. No. 3:03-2386

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Michael M. Essmyer
Essmyer, Tritico & Clary
4300 Scotland
Houston, TX 77007

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Charles S. Siegel
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Robert W. Wilkinson
Dogan & Wilkinson
P.O. Box 1618
Pascagoula, MS 39568-1618