JUDICIAL PANEL
MULTIDISTRICT LITIGATION

FEB - 5 2004

FILED
CLERK'S OFFICE

MDL 875

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

FEB - 2 2004

J. T. NOBLIN, CLERK
By _____ Deputy

### MINUTE ENTRY ORDER

Docket No.: 1:03cv733GRo                               Date: 1/30/2004
Short Title: Jefferson, *et al.* v. Lockett, *et al.*
Judge: Gex

## Type Activity

Pretrial Motion  __X__        *In Limine* Motion __        Post Trial Motion __

## Action Taken

**Motion:** *Ore Tenus* __      Written __
**By:** Plaintiff __      Defendant __      Court, *sua sponte* __X__

RULING: [64-1] Plaintiff's motion to remand is hereby granted as unopposed pursuant to the Uniform Local Rule 7.2(C)(2); Plaintiff's motion for sanctions is hereby denied as moot. This matter shall be immediately remanded to the Circuit Court of Holmes County.

The Clerk of Court is hereby directed to forward a certified copy of this Minute Entry Order, together with the court record, to the Circuit Court of Holmes County.

Opinion to follow: No __X__      Yes __
Order/Judgment to follow: No __X__      Yes __
By: Plaintiff __      Defendant __      Court __

SO ORDERED, this the 30th day of January, 2004.

_____
UNITED STATES DISTRICT JUDGE

RECEIVED
CLERK'S OFFICE
2004 FEB -4

MDL- 875
RECOMMENDED ACTION
Vacate CTO-229 *one action after H.S.*
Approved/Date: MJB (for TMK) 2/4/04

IMAGED FEB 0 5 '04

OFFICIAL FILE COPY