

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 5 2004

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Marvin Jefferson, et al. v. A. M. Lockett & Co., Ltd., et al.*, S.D. Mississippi, C.A. No. 1:03-733

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Jefferson*) on November 10, 2003. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Jefferson* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. This matter was then considered by the Panel at its hearing session in Sacramento, California, on January 29, 2004. The Panel has now been advised that *Jefferson* was remanded to the Circuit Court of Holmes County, Mississippi, by the Honorable Walter J. Gex III in an order filed on February 2, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-229" filed on November 10, 2003, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

**OFFICIAL FILE COPY**
IMAGED FEB 0 5 '04