

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                              **MDL DOCKET NO. 875**

**This Document Relates To:**
**MARVIN JEFFERSON, et al. vs.**
**CRANE CO., ET AL.**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 6 2004

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARVIN JEFFERSON, et al**                                             **PLAINTIFFS**

**VS.**                                        **CIVIL ACTION NO. 1:03CV733GRo**

**CRANE CO., et al**

---

### DISCLOSURE STATEMENT FORM

---

Please check one box:

❏   The nongovernmental corporate party, Milton Roy Company, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

❏   The nongovernmental corporate party, Milton Roy Company, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

United Technologies Corporation _____

_____

_____

_____

1/12/04
Date

*Walter W. Dukes*
Walter W. Dukes (MSB #6214)

Counsel for: Milton Roy Company

