JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB. 12, 2004

MICHAEL J. BECK
CLERK OF THE PANEL

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, BRUCE M. SELYA, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., AND KATHRYN H. VRATIL, JUDGES OF THE PANEL

## HEARING SESSION ORDER

IT IS ORDERED that on March 23, 2004, a hearing session will be held in Jacksonville, Florida, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

IMAGED FEB 13 '04

SCHEDULE OF MATTERS FOR HEARING SESSION
March 23, 2004 -- Jacksonville, Florida

**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**

MDL-1334 -- In re Managed Care Litigation

Motion of defendant PacifiCare Health Systems, Inc., to remand, under 28 U.S.C. § 1407(a), the following actions to their respective transferor courts:

Southern District of Florida

*Leonard J. Klay, M.D. v. PacifiCare Health Systems, Inc., et al.*, C.A. No. 1:01-83
  (N.D. California, C.A. No. 3:00-1890)
*California Medical Association v. Blue Cross of California, et al.*, C.A. No. 1:01-84
  (N.D. California, C.A. No. 3:00-1894)
*Charles B. Shane, M.D., et al. v. Humana, Inc., et al.*, C.A. No. 1:00-2830
  (W.D. Kentucky, C.A. No. 3:00-53)

MDL-1592 -- In re Columbia University Patent Litigation

Motion of The Trustees of Columbia University in the City of New York for centralization of the following actions in the United States District Court for the Northern District of California:

Central District of California

*Immunex Corp., et al. v. The Trustees of Columbia University in the City of New York*,
  C.A. No. 2:03-4349

Northern District of California

*Genentech, Inc. v. The Trustees of Columbia University in the City of New York*,
  C.A. No. 3:03-1603

Schedule of Matters for Hearing Session, Section A                    p. 2
Jacksonville, Florida


MDL-1592 (Continued)


Northern District of California (Continued)

*The Trustees of Columbia University in the City of New York v. Johnson & Johnson, et al.*, C.A. No. 3:03-4875

District of Massachusetts

*Biogen, Inc., et al. v. The Trustees of Columbia University in the City of New York*, C.A. No. 1:03-11329
*Wyeth, et al. v. The Trustees of Columbia University in the City of New York*, C.A. No. 1:03-11570
*Baxter Healthcare Corp. v. The Trustees of Columbia University in the City of New York*, C.A. No. 1:03-12221

Southern District of New York

*Johnson & Johnson v. The Trustees of Columbia University in the City of New York*, C.A. No. 1:03-8811


MDL-1593 -- In re Capital Consultants, LLC, "ERISA" Litigation

Motion of Trustees and Plans defendants for centralization of the following actions in the United States District Court for the District of Oregon:


District of Minnesota

*Elaine L. Chao v. Greg Shafranski, et al.*, C.A. No. 0:03-5144

Northern District of Ohio

*Elaine L. Chao v. Salvatore J. Chilia, et al.*, C.A. No. 1:03-1822
*Elaine L. Chao v. Dennis P. Talbott, et al.*, C.A. No. 5:03-1823
*Elaine L. Chao v. Kenneth Derreberry, et al.*, C.A. No. 5:03-1824

Southern District of Ohio

*Elaine L. Chao v. Donald B. Bolling, et al.*, C.A. No. 1:03-613

MDL-1594 -- In re Laughlin Products, Inc. /Magic Tan Patent Litigation

   Motion of defendant Magic Tan, LLC, and its vendor, distributor, and customer codefendants for centralization of the following actions in the United States District Court for the Northern District of Ohio:

### Middle District of Florida

*Laughlin Products, Inc. v. Formulated Solutions, LLC*, C.A. No. 8:03-2271

### Southern District of Indiana

*Laughlin Products, Inc. v. Super Tan, LLC*, C.A. No. 1:03-1596
*Laughlin Products, Inc. v. One Minute Tan, LLC*, C.A. No. 1:03-1597

### Northern District of Ohio

*Laughlin Products, Inc. v. Great Lakes Engineering & Design*, C.A. No. 1:03-2213

### Eastern District of Tennessee

*Laughlin Products, Inc. v. Wendy Storey, et* al., C.A. No. 3:03-560
*Laughlin Products, Inc. v. Shirley Moon*, C.A. No. 3:03-561

### Middle District of Tennessee

*Laughlin Products, Inc. v. Kelly L. Sharpton*, C.A. No. 1:03-118
*Laughlin Products, Inc. v. Terrelle Johnson, et al.*, C.A. No. 3:03-1007

### Northern District of Texas

*Laughlin Products, Inc. v. Joseph M. Presti*, C.A. No. 4:03-1277

### Southern District of Texas

*Laughlin Products, Inc. v. Regina Symons*, C.A. No. 4:03-3683
*Laughlin Products, Inc. v. Christie M. Tucker*, C.A. No. 4:03-4794

Schedule of Matters for Hearing Session, Section A                    p. 4
Jacksonville, Florida


MDL-1594 (Continued)


### Western District of Texas

*Laughlin Products, Inc. v. Future Tan, Inc., et al.*, C.A. No. 1:03-307

### Eastern District of Washington

*Laughlin Products, Inc. v. Cheryl L. Szendre, et al.*, C.A. No. 2:03-393

### Western District of Washington

*Laughlin Products, Inc. v. Jonathan D. Edwards, et al.*, C.A. No. 2:03-3251
*Laughlin Products, Inc. v. Marilyn Maysey*, C.A. No. 2:03-3329
*Laughlin Products, Inc. v. Allison B. Calkins*, C.A. No. 3:03-5597
*Laughlin Products, Inc. v. Steve R. Feller*, C.A. No. 3:03-5598


## MDL-1595 -- In re Electrical Receptacle Products Liability Litigation

Motion of defendant Pass & Seymour, Inc., for centralization of the following actions in the United States District Court for the Southern District of New York:


### District of South Carolina

*Anthony R. Cimpric v. Eagle Manufacturing Co., Inc.*, C.A. No. 9:03-3213
*April Cramer, et al. v. Leviton Manufacturing Co., Inc.*, C.A. No. 9:03-3229

### Northern District of West Virginia

*Rodney Carter, et al. v. Eagle Electric Manufacturing Co., Inc.*, C.A. No. 5:03-235
*Christie L. Kittle, et al. v. Leviton Manufacturing Co., Inc.*, C.A. No. 5:03-238

Schedule of Matters for Hearing Session, Section A                    p. 5
Jacksonville, Florida

MDL-1596 -- In re Zyprexa Products Liability Litigation

Motion of defendant Eli Lilly and Company for centralization of the following actions in the United States District Court for the Southern District of Indiana:

Central District of California

*Janetta Thompson, et al. v. County of Los Angeles, et al.*, C.A. No. 2:03-7641

Eastern District of Kentucky

*Carl Cooper, et al. v. Eli Lilly & Co., et al.*, C.A. No. 6:03-422

Western District of Louisiana

*Charlene H. Folse, etc. v. Eli Lilly & Co., et al.*, C.A. No. 6:03-1888

Middle District of North Carolina

*Barry McClamrock v. Eli Lilly & Co.*, C.A. No. 1:03-929

Northern District of Ohio

*Barbara Wilson v. Eli Lilly & Co.*, C.A. No. 3:03-7202

Eastern District of Tennessee

*Carolyn Phillips, etc. v. Roane County TN, et al.*, C.A. No. 3:00-692

Eastern District of Virginia

*Carol Wright, etc. v. Eli Lilly & Co., et al.*, C.A. No. 2:03-888

MDL-1597 -- In re Union Pacific Railroad Co. Employment Practices Litigation

Motion of plaintiffs Brandi Standridge, et al., for centralization of the following actions in the United States District Court for the Central District of California:

Western District of Missouri

*Kenya Phillips v. Union Pacific Railroad Co.*, C.A. No. 2:03-4237

District of Nebraska

*Brandi Standridge, et al. v. Union Pacific Railroad Co.*, C.A. No. 8:03-437

District of Oregon

*Jackie Fitzgerald v. Union Pacific Railroad Co., et al.*, C.A. No. 3:03-283

Western District of Washington

*Samantha Brand v. Union Pacific Railroad Co.*, C.A. No. 2:03-3935

MDL-1598 -- In re Ephedra Products Liability Litigation

Motion of plaintiffs Stephanie Turner, Sherry Cox, Angela Bennett, Bobbie J. Barnett, Margo A. Durrance, Ruth J. English, Mario Ochoa, Sandra Lee Parker, Douglas Risley, Sandra G. Sinegal, Robert Donald Terrell, Gary Townsend, and Teresa Villareal for centralization of the following actions in the United States District Court for the Southern District of Ohio:

Southern District of California

*Joanne Marlow, et al. v. Metabolife International, Inc.*, C.A. No. 3:01-2306

Middle District of Georgia

*Margo A. Durrance, etc. v. Royal Numico, N.V., et al.*, C.A. No. 6:03-29

Schedule of Matters for Hearing Session, Section A                    p. 7
Jacksonville, Florida


MDL-1598 (Continued)


### Eastern District of Kentucky

*Stephanie Turner, etc. v. Rexall Sundown, Inc.*, C.A. No. 2:01-197

### District of Massachusetts

*George W. Winsor, etc. v. Metabolife International, Inc., et al.*, C.A. No. 1:02-10387

### Southern District of Ohio

*Sherry Cox, etc. v. Metabolife International, Inc.*, C.A. No. 1:01-643
*Angela Bennett v. Cytodyne Technologies Inc., et al.*, C.A. No. 1:03-451

### Western District of Pennsylvania

*Shelli Schlafhauser, et al. v. Metabolife International, Inc., et al.*, C.A. No. 2:02-1450

### Eastern District of Texas

*Sandra G. Sinegal v. Metabolife International, Inc., et al.*, C.A. No. 1:03-92
*Mario Ochoa v. Metabolife International, Inc., et al.*, C.A. No. 4:03-371
*Bobbie J. Barnett v. Metabolife International, Inc., et al.*, C.A. No. 6:03-227

### Northern District of Texas

*Robert Donald Terrell v. Metabolife International, Inc., et al.*, C.A. No. 3:03-1013
*Gary Townsend v. Metabolife International, Inc., et al.*, C.A. No. 3:03-1353
*Teresa Villareal v. Metabolife International, Inc., et al.*, C.A. No. 4:03-606

### Southern District of Texas

*Ruth J. English v. Metabolife International, Inc., et al.*, C.A. No. 4:03-5387
*Sandra Lee Parker v. Metabolife International, Inc., et al.*, C.A. No. 4:03-5419

### Western District of Texas

*Douglas Risley v. Metabolife International, Inc., et al.*, C.A. No. 3:03-395

Schedule of Matters for Hearing Session, Section A                    p. 8
Jacksonville, Florida


## MDL-1599 -- In re Acrylonitrile-Butadiene Rubber (NBR) Antitrust Litigation

Motion of defendants Bayer Corporation, Crompton Corporation, and Uniroyal Chemical Company, Inc., for centralization of the following actions in the United States District Court for the Western District of Pennsylvania:


### District of Connecticut

*RBX Industries, Inc. v. Crompton Corp., et al.*, C.A. No. 3:03-2170

### Western District of Pennsylvania

*Diamond Holding Corp. v. Crompton Corp., et al.*, C.A. No. 2:03-1898


## MDL-1600 -- In re General Motors Corp. "Piston Slap" Products Liability Litigation

Motion of plaintiff Troy Smith for centralization of the following actions in the United States District Court for the Western District of Oklahoma:


### Eastern District of Michigan

*Kim Powell, et al. v. General Motors Corp.*, C.A. No. 2:03-74595

### Eastern District of Oklahoma

*John Wayne Caraway, et al. v. General Motors Corp.*, C.A. No. 6:03-689

### Western District of Oklahoma

*Troy Smith v. General Motors Corp.*, C.A. No. 5:03-1546

Schedule of Matters for Hearing Session, Section A                    p. 9
Jacksonville, Florida


## MDL-1601 -- In re StarMed Health Personnel, Inc., Fair Labor Standards Act Litigation

Motion of defendants StarMed Health Personnel, Inc.; Healthcare Staffing Solutions, Inc.; and Wesley Medical Resources, Inc., for centralization of the following actions in the United States District Court for the Eastern District of Missouri or, in the alternative, the United States District Court for the Northern District of Alabama:

### Northern District of Alabama

*Michelle Gaynor v. StarMed Health Personnel, Inc.*, C.A. No. 2:03-790

### Central District of California

*Bonnie Morey, et al. v. StarMed Health Personnel, Inc., et al.*, C.A. No. 8:03-1273


## MDL-1602 -- In re Federated Mutual Funds Investment Litigation

Motion of plaintiffs Diane Ruchka; Resa H. Jannett, et al.; and Robert Steinberg, et al., for centralization of the following actions in the United States District Court for the Western District of Pennsylvania:

### Central District of California

*Mike Sayegh v. Janus Capital Corp., et al.*, C.A. No. 2:03-8736

### Southern District of New York

*Herman S. & Esperanza A. Drayer Residual Trust U/A 4/22/83, et al. v. Federated Investors, Inc., et al.*, C.A. No. 1:03-10132

### Western District of Pennsylvania

*John Dejean v. Federated Investors, Inc., et al.*, C.A. No. 2:03-1627
*Diane Ruchka v. American Skandia Advisor Funds, Inc., et al.*, C.A. No. 2:03-1639
*Resa H. Jannett, et al. v. American Skandia Advisor Funds, Inc., et al.*,
   C.A. No. 2:03-1659

Schedule of Matters for Hearing Session, Section A                                              p. 10
Jacksonville, Florida


MDL-1602 (Continued)


### Western District of Pennsylvania (Continued)

*Robert Steinberg, et al. v. American Skandia Advisor Funds, Inc., et al.,*
   C.A. No. 2:03-1737
*John M. Abraham v. Federated Investors, Inc., et al.,* C.A. No. 2:03-1858
*Michael Feder, etc. v. Federated Investors, Inc., et al.,* C.A. No. 2:03-1942
*Risa B. Schneps v. Federated Investment Management Co.,* C.A. No. 2:03-1965
*Martin J. Michlik v. Federated Investors, Inc., et al.,* C.A. No. 2:03-1971


## MDL-1603 -- In re OxyContin Antitrust Litigation

Motion of plaintiff Pamela Krause for centralization of the following actions in the United
States District Court for the Southern District of New York:


### District of Connecticut

*Connecticut Citizen Action Group, et al. v. Purdue Pharma Co., et al.,* C.A. No. 3:04-15
*Mark Klein v. Purdue Pharma Co., et al.,* C.A. No. 3:04-39

### Southern District of New York

*Pamela Krause v. P.F. Laboratories, Inc., et al.,* C.A. No. 1:04-314

Schedule of Matters for Hearing Session, Section A                          p. 11
Jacksonville, Florida


MDL-1604 -- In re Ocwen Federal Bank, FSB, Mortgage Servicing Litigation

Motion of plaintiffs Allie M. Maddox, et al., for centralization of the following actions in the United States District Court for the Northern District of California:


### Central District of California

*Allie M. Maddox, et al. v. Ocwen Federal Bank, FSB*, C.A. No. 2:03-9515

### Northern District of California

*Lula M. Jackson, et al. v. Ocwen Federal Bank, FSB*, C.A. No. 3:03-743
*Arleatha L. Robinson v. Moss Codilis Stawiarski Morris Schneider & Prior, LLP, et al.*, C.A. No. 3:03-1302
*Patricia Antoine, et al. v. Ocwen Financial Services, Inc., et al.*, C.A. No. 3:03-5503
*Geneva Spires v. Ocwen Financial Services, Inc., et al.*, C.A. No. 3:03-5600

### District of Connecticut

*Kweku Hanson v. Ocwen Federal Bank, et al.*, C.A. No. 3:02-960

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL-381 -- In re "Agent Orange" Products Liability Litigation

      Opposition of plaintiffs Robert S. Bauer, et al., and Sheryl A. Walker, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of New York:

          Eastern District of Missouri

      *Robert S. Bauer, et al. v. Dow Chemical Co., et al.*, C.A. No. 4:03-1331
      *Sheryl A. Walker, et al. v. Dow Chemical Co., et al.*, C.A. No. 4:03-1470

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

      Oppositions of plaintiffs Spencer Ward and Harold Boak, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

          Northern District of California

      *Spencer Ward v. Unisys Corp., et al.*, C.A. No. 3:03-4686

          Northern District of Texas

      *Harold Boak, et al. v. Guard-Line, Inc., et al.*, C.A. No. 3:03-2386

Schedule of Matters for Hearing Session, Section B                    p. 13
Jacksonville, Florida


## MDL-986 -- In re "Factor VIII or IX Concentrate Blood Products" Products Liability Litigation

Motion of defendants Bayer Corporation; Armour Pharmaceutical Company, Inc.; Aventis Behring LLC; Aventis, Inc.; Baxter Healthcare Corporation; and Alpha Therapeutic Corporation to transfer the following action to the United States District Court for the Northern District of Illinois:

### Central District of California

*Fabian Castro, et al. v. Alpha Therapeutic Corp., et al.*, C.A. No. 2:03-9084


## MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective actions listed on Attachment A to the United States District Court for the Eastern District of Pennsylvania.


## MDL-1278 -- In re Cardizem CD Antitrust Litigation

Opposition of defendant Andrx Pharmaceuticals, Inc., to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Southern District of Florida:

### Eastern District of Michigan

*Kroger Co., et al. v. Hoechst Marion Roussel, Inc., et al.*, C.A. No. 2:99-73735
(S.D. Florida, C.A. No. 0:99-6533)

Schedule of Matters for Hearing Session, Section B                                    p. 14
Jacksonville, Florida

MDL-1328 -- In re Monosodium Glutamate Antitrust Litigation

    Opposition of plaintiff Newco Trading Company to transfer of the following action to the
United States District Court for the District of Minnesota:

          Southern District of New York

    *Newco Trading Co. v. Ajinomoto Co., Inc., et al.*, C.A. No. 1:03-8217

    Motion of plaintiff Newco Trading Company for separate centralization of the following
actions in the United States District Court for the Southern District of New York:

          District of Minnesota

    *Inquivosa SA, et al. v. Ajinomoto Co., et al.*, C.A. No. 0:03-2997

          Southern District of New York

    *Newco Trading Co. v. Ajinomoto Co., Inc., et al.*, C.A. No. 1:03-8217

MDL-1332 -- In re Microsoft Corp. Windows Operating Systems Antitrust Litigation

    Opposition of defendant Microsoft Corporation to transfer of the following action to the
United States District Court for the District of Maryland:

          Northern District of California

    *RealNetworks, Inc. v. Microsoft Corp.*, C.A. No. 5:03-5717

## MDL-1334 -- In re Managed Care Litigation

Opposition of plaintiff Donald Robbins, D.M.D., to transfer of the following action to the United States District Court for the Southern District of Florida:

### Eastern District of Pennsylvania

*Donald Robbins, D.M.D. v. Aetna U.S. Healthcare, et al.*, C.A. No. 2:03-6006

## MDL-1348 -- In re Rezulin Products Liability Litigation

Opposition of plaintiffs to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### Central District of California

*Peter Wozniak v. Warner-Lambert Co., et al.*, C.A. No. 2:03-7458
*Charles Gordon v. Warner-Lambert Co., et al.*, C.A. No. 2:03-7459
*Shirley Lewan v. Warner-Lambert Co., et al.*, C.A. No. 2:03-7460
*Wynema Olson, etc. v. Warner-Lambert Co., et al.*, C.A. No. 2:03-7461
*John Villalobos v. Warner-Lambert Co., et al.*, C.A. No. 2:03-7966
*Glenda Valencia v. Warner-Lambert Co., et al.*, C.A. No. 5:03-1145

### Eastern District of California

*Sherry Galvin v. Warner-Lambert Co.*, C.A. No. 1:03-6458
*Diane Christ v. Warner-Lambert Co., et al.*, C.A. No. 1:03-6460

### Southern District of California

*Maria Martinez v. Warner-Lambert Co., et al.*, C.A. No. 3:03-2070

Schedule of Matters for Hearing Session, Section B                              p. 16
Jacksonville, Florida


MDL-1373 -- In re Bridgestone/Firestone, Inc., Tires Products Liability Litigation

Opposition of plaintiff LaQuita Saunders, etc., to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Eastern District of Arkansas:


Southern District of Indiana

*LaQuita Saunders, etc. v. Ford Motor Co., et al.*, C.A. No. 1:01-5483
   (E.D. Arkansas, C.A. No. 3:01-170)


MDL-1390 -- In re Life Insurance Co. of Georgia Industrial Life Insurance Litigation

Oppositions of plaintiffs Emma Alford, et al.; Harvey Lewis, Sr., et al.; and Margaret Abram, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:


Northern District of Georgia

*Emma Alford, et al. v. Life Insurance Co. of Georgia*, C.A. No. 1:03-3293
*Harvey Lewis, Sr., et al. v. Life Insurance Co. of Georgia*, C.A. No. 1:03-4043
*Margaret Abram, et al. v. Life Insurance Co. of Georgia*, C.A. No. 1:03-4045


MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

Oppositions of plaintiffs George Brooks, et al., and Jonell Whitehorn to transfer of their respective following actions to the United States District Court for the Western District of Washington:


Northern District of Mississippi

*George Brooks, et al. v. Bayer Corp., et al.*, C.A. No. 4:03-290

Eastern District of Missouri

*Jonell Whitehorn v. Chattem, Inc., et al.*, C.A. No. 4:03-1494

MDL-1431 -- In re Baycol Products Liability Litigation

Opposition of defendant Joel McCloud, M.D., to transfer of the following action to the United States District Court for the District of Minnesota:

Middle District of Alabama

*Ethel McGhee v. Bayer AG, et al.*, C.A. No. 2:03-949

MDL-1446 -- In re Enron Corp. Securities, Derivative & "ERISA" Litigation

Opposition of plaintiff City of Montgomery, Alabama Employees' Retirement Systems to transfer of the following action to the United States District Court for the Southern District of Texas:

Middle District of Alabama

*City of Montgomery, Alabama Employees' Retirement Systems v. Kenneth L. Lay, et al.*, C.A. No. 2:03-1152

MDL-1487 -- In re WorldCom, Inc., Securities & "ERISA" Litigation

Opposition of plaintiffs Gordon W. Edwards, et al., to transfer of the following action to the United States District Court for the Southern District of New York:

Western District of Oklahoma

*Gordon W. Edwards, et al. v. WorldCom, Inc., et al.*, C.A. No. 5:03-1398

Schedule of Matters for Hearing Session, Section B                                    p. 18
Jacksonville, Florida


MDL-1507 -- In re Prempro Products Liability Litigation

Oppositions of plaintiffs and/or defendants Pharmacia & UpJohn Company; Pfizer, Inc.; Pharmacia Corporation; and Bristol-Myers Squibb Company to transfer of their respective following actions to the United States District Court for the Eastern District of Arkansas:


Northern District of Illinois

*Carolyn Snorek v. Wyeth Pharmaceuticals, Inc., et al.*, C.A. No. 1:03-6626

Eastern District of Texas

*Carolyn Burnett, et al. v. Wyeth Pharmaceuticals, Inc., et al.*, C.A. No. 1:03-1193
*Vera Boyett, et al. v. Wyeth Pharmaceuticals, Inc., et al.*, C.A. No. 1:03-1339
*Jo E. Cook, et al. v. Wyeth Pharmaceuticals, Inc., et al.*, C.A. No. 1:03-1340
*Margie Hill, et al. v. Wyeth Pharmaceuticals, Inc., et al.*, C.A. No. 1:03-1343
*Deborah Fenner, et al. v. Wyeth Pharmaceuticals, Inc., et al.*, C.A. No. 1:03-1366
*Shirley Neal, et al. v. Wyeth Pharmaceuticals, Inc., et al.*, C.A. No. 1:03-1367

Southern District of Texas

*Brenda Caldwell, et al. v. Wyeth Pharmaceuticals, Inc., et al.*, C.A. No. 3:03-926
*Sharon Cherry, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:03-935
*Diane Ada Johnson, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-3974
*Bettye Glenn, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-3975
*Gloria Moore v. Wyeth, Inc., et al.*, C.A. No. 4:03-3976
*Dorothy M. Walston, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-3977
*Gay Nell Clary v. Wyeth, Inc., et al.*, C.A. No. 4:03-3981
*Thelma Fair, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-4139
*Suzanne Celeste Carpenter v. Wyeth, Inc., et al.*, C.A. No. 4:03-4140
*Claire Ann Anderson, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-4372
*Thelma Marie Goodwin v. Wyeth, Inc., et al.*, C.A. No. 4:03-4448
*Sandra Gail Williams, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-4449
*Elizabeth Ann Mobley, et al. v. Wyeth, et al.*, C.A. No. 4:03-4694
*Shirley Ann Hardy v. Wyeth, Inc., et al.*, C.A. No. 4:03-4871
*Jean Kelly, et al. v. Wyeth, et al.*, C.A. No. 4:03-4874
*Janita Lo v. Wyeth, Inc., et al.*, C.A. No. 4:03-5162
*Corinne Mascola, et al. v. Wyeth Pharmaceuticals, Inc., et al.*, C.A. No. 7:03-342

Schedule of Matters for Hearing Session, Section B            p. 19
Jacksonville, Florida


MDL-1507 (Continued)


### Western District of Texas

*Minerva Hernandez, et al. v. Wyeth Pharmaceuticals, et al.*, C.A. No. 5:03-1090


## MDL-1551 -- In re Reciprocal of America (ROA) Sales Practices Litigation

Opposition of Alfred W. Gross to transfer of the following actions to the United States
District Court for the Western District of Tennessee:


### Western District of Missouri

*Missouri Hospital Plan, et al. v. Reciprocal of America, et al.*, C.A. No. 2:03-4253

### Eastern District of Virginia

*Alfred W. Gross v. General Reinsurance Corp., et al.*, C.A. No. 3:03-955


## MDL-1566 -- In re Western States Wholesale Natural Gas Antitrust Litigation

Oppositions of plaintiff Texas-Ohio Energy, Inc., and plaintiffs in certain previously
centralized MDL-1566 actions (Laurence Uyeda, et al.; Team Design, et al.; Shanghai 1930
Restaurant Partners, L.P.; A.L. Gilbert Company; Oberti Wholesale Foods, Inc.; David C. Brown;
and Lois The Pie Queen) to transfer of one or both of the following actions to the United States
District Court for the District of Nevada:


### Central District of California

*City of Los Angeles, etc. v. Reliant Energy Services Inc., et al.*, C.A. No. 2:03-4925

### Eastern District of California

*Texas-Ohio Energy, Inc. v. Centerpoint Energy, Inc., et al.*, C.A. No. 2:03-2346

**ATTACHMENT A TO THE MARCH 23, 2004**
**SCHEDULE OF MATTERS FOR HEARING**

MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability
Litigation

Northern District of Georgia

*Margaret A. Francis, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-1894
*Crystal Hayes, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-1921
*Hubert Roberts, et al. v. Wyeth, et al.*, C.A. No. 1:03-1922
*Daisy Mosley, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-1952
*Constance Stanton, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-1953
*Sylvia Brown, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2070
*Sandra Bosque, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2071
*Sherry Jones, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2072
*Irene Chernack, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2073
*Joseph Brounstein, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2074
*Elaine Cavallo, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2075
*Christine Knopf, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2076
*Carol Bee-Latty, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2077
*Margaret (Marnie) Adair, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2080
*Kim M. Hardy, et al. v. Wyeth Pharm, Inc., et al.*, C.A. No. 1:03-2082
*Gerald E. Jundt, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2083
*Rhonda R. Allen, et. al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2085
*Cynthia H. Abercrombie, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2086
*Talmadge U. Bailey, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2087
*Joan M. Abegg-Gehring, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2089
*Regina E. Driggers, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2092
*Marjorie (Jean) Owens, et. al. v. Wyeth, Inc., et. al.*, C.A. No. 1:03-2093
*Albert L. Gale, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2094
*Kitty Albert, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2101
*Beverly J. Johnson, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2105
*Caren J. Anderson, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2119
*Allene Luke, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2120
*Bobbie Adkins, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2121
*Paulette Harris Agha, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2122
*Alice Adams, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2123
*Gina Anderson, et al. v. Wyeth Pharmaceutical, et al.*, C.A. No. 1:03-2124
*Margaret Carter-Thompson, et. al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2130
*Jenetta L. Langston, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2131
*Diane S. Pinkney, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2132
*Sarah M. Kubelka, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2133
*Herbert Aiken, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2134
*Susan Lindemann, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2135
*Lucille Pietrocarlo, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2136
*Kristine Amussen, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2137
*Bobbie Sherod, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2138
*Julia Fowler, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2139

- 2 -

**MDL-1203 Attachment A (Continued)**

<u>Northern District of Georgia</u> (Continued)

*Rebecca Butler, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2140
*Woneta A. Bellevue, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2141
*David E. King, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2142
*Leann M. Albrecht, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2144
*Vicky W. Huckeba, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2145
*Linda Atkinson, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2146
*Eleanor Mauser, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2147
*Billy J. Givens, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2148
*Anita Fuhrman, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2150
*Jenny Joslyn, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2151
*Bonnie C. Beaver, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2154
*Christina Alarcon, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2156
*Susan Neils v. Wyeth, Inc., et al.*, C.A. No. 1:03-2167
*Louanne McKinney, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2168
*Deborah S. Brown, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2169
*Kathryn Duncan, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2170
*Jana Meyers, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2172
*Kathleen Hopper, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2174
*Cynthia E. Dennis v. Wyeth, Inc., et al.*, C.A. No. 1:03-2175
*Mary Wilkinson-Orvik, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2176
*Sharon Kirkpatrick, et. al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2178
*James Pierce, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2179
*Laurie Crawford, et. al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2180
*Jackie Acree, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2181
*Cynthia L. Lazenberry v. Wyeth, Inc., et al.*, C.A. No. 1:03-2183
*William K. Brown, et al. v. Wyeth Inc., et al.*, C.A. No. 1:03-2184
*Yvonne Briscoe, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2185
*William K. Brown, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2186
*Linda Pryor, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2187
*Deborah J. Agee, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2189
*Michele Rushing, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2190
*Helen Harrison, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2191
*Fred Smith, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2192
*Camille M. Moffitt, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2193
*James D. Allen, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2195
*Cathy Davis, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2196
*Deborah McCreary, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2197
*Terri Lynn Wood, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2205
*Teresa Yates, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2206
*Terry Anderson, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2207
*Sandra Augarten, et al. v. Wyeth, et al.*, C.A. No. 1:03-2209
*Nancy Hanson, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2210

- 3 -

**MDL-1203 Attachment A (Continued)**

<u>Northern District of Georgia</u> (Continued)

*Mary Angela Fruen, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2211
*Arthur Whitelaw, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2214
*Christeen Perry, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2215
*Constance M. Stafford, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2216
*Richard Walter, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2217
*Bonnee Reddish, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2218
*Irma Shor, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2219
*Angela D. Scott, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2220
*David Gossett, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2221
*Socorro Lucero, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2222
*Diane Maxwell, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2223
*Sylvia Huggins v. Wyeth, Inc., et al.*, C.A. No. 1:03-2224
*Diana Thompson, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2225
*Helen E. Blash, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2226
*Mary A. Snow, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2227
*Shirley Ann McWhorter, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2228
*L. Pinsker, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2229
*Johnnie M. Williams, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2239
*Jack W. Miller, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2240
*Janet L. Anderson, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2242
*James S. Mitchell, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2243
*Ellen B. McFarland, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2244
*Jennifer E. Bassi, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2245
*Eia (Ethel Louise) Huse-Wooten-Plenty, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2247
*Betty C. Beck, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2248
*Sarah C. Hudson v. Wyeth, Inc., et al.*, C.A. No. 1:03-2249
*Monique L. Johnson, et al. v. Wyeth Inc., et al.*, C.A. No. 1:03-2250
*Blondine Moreland, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2251
*Theresa Vandewater, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2252
*Dorothy M. Beard, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2253
*Barbara Fuller v. Wyeth, Inc., et al.*, C.A. No. 1:03-2254
*Selinda R. Mahan, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2255
*Patricia A. Andreasen, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2256
*Janet Allen, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2257
Nola Arko v. Wyeth, Inc., et. al., C.A. No. 1:03-2258
*Laverne Baker, et al. v. Wyeth Inc., et al.*, C.A. No. 1:03-2259
*Susan N. Sharp, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2260
*Lauralee Pasko, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2262
*Connie M. Bailey, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2263
*Michelle McBride, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2264
*Mary Wurdinger, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2265
*Vicky C. Smith, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2266
*Suzanne Albright, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2267

- 4 -

**MDL-1203 Attachment A (Continued)**

<u>Northern District of Georgia</u> (Continued)

*Dariece Jackson-Bartlett, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2268
*Terri L. White v. Wyeth, Inc., et al.*, C.A. No. 1:03-2269
*Joanna Carney, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2271
*Sheridan Foreman, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2272
*Janice Beckton, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2273
*Cora V. Abegglen, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2274
*Betty Smith, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2275
*Delores Parks, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2276
*Johnnie Armstrong, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2277
*Frances J. Ricketts, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2278
*Justin E. Nall-Tillman, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2279
*Nona Hudgins v. Wyeth, Inc., et al.*, C.A. No. 1:03-2280
*Della R. Baxter, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:03-2281

<u>Northern District of Texas</u>

*Alma M. Kiser v. Wyeth, et al.*, C.A. No. 3:03-2041
*Mygra M. Brewington, et al. v. Wyeth, et al.*, C.A. No. 3:03-2052
*Brenda I. Carrigan, et al. v. Wyeth, et al.*, C.A. No. 3:03-2198
*Lisa D. Arnim, et al. v. Wyeth, et al.*, C.A. No. 3:03-2199
*Stephanie Davis, et al. v. Wyeth, et al.*, C.A. No. 3:03-2200
*Sherilyn Carter, et al. v. Wyeth, et al.*, C.A. No. 3:03-2211
*Diana L. Fourneret, et al. v. Wyeth, et al.*, C.A. No. 3:03-2213
*Patty G. Talamantez, et al. v. Wyeth, et al.*, C.A. No. 3:03-2214
*Brandy C. Burton, et al. v. Wyeth, et al.*, C.A. No. 3:03-2215
*Eloise Bibbs, et al. v. Wyeth, et al.*, C.A. No. 3:03-2216
*Pamela K. Padden, et al. v. Wyeth, et al.*, C.A. No. 3:03-2235
*Hilde E. Royal, et al. v. Wyeth, et al.*, C.A. No. 3:03-2236
*Christiana M. Dudley v. Wyeth, et al.*, C.A. No. 3:03-2237
*Richard E. Brown, et al. v. Wyeth, et al.*, C.A. No. 3:03-2238
*Glenda M. Nelms, et al. v. Wyeth, et al.*, C.A. No. 3:03-2242
*Zelma D. Tate, et al. v. Wyeth, et al.*, C.A. No. 3:03-2244
*Lisa A. Davis, et al. v. Wyeth, et al.*, C.A. No. 3:03-2249
*Christine Kadey, et al. v. Wyeth, et al.*, C.A. No. 3:03-2250
*Mary F. Allen, et al. v. Wyeth, et al.*, C.A. No. 3:03-2251
*Kenneth H. Cooper, et al. v. Wyeth, et al.*, C.A. No. 3:03-2252
*Patricia K. Dunson, et al. v. Wyeth, et al.*, C.A. No. 3:03-2253
*Revaleann E. Palmer, et al. v. Wyeth, et al.*, C.A. No. 3:03-2254
*Debra K. Alexander, et al. v. Wyeth, et al.*, C.A. No. 3:03-2255
*Deanna K. Caddell, et al. v. Wyeth, et al.*, C.A. No. 3:03-2256
*Yolanda Glover-williams, et al. v. Wyeth, et al.*, C.A. No. 3:03-2257
*Carolyn Matthews, et al. v. Wyeth, et al.*, C.A. No. 3:03-2264
*Vanessa G. Miller, et al. v. Wyeth, et al.*, C.A. No. 3:03-2265

- 5 -

**MDL-1203 Attachment A (Continued)**

<u>Northern District of Texas</u> (Continued)

*Shellene K. Castilaw, et al. v. Wyeth, et al.*, C.A. No. 3:03-2266
*Kathryn Moore, et al. v. Wyeth, et al.*, C.A. No. 3:03-2267
*Paula Schirman, et al. v. Wyeth*, C.A. No. 3:03-2268
*Carolyn Y. Smith, et al. v. Wyeth, et al.*, C.A. No. 3:03-2269
*Edward L. Clem, et al. v. Wyeth, et al.*, C.A. No. 3:03-2276
*Sylvia A. Mcnair, et al. v. Wyeth, et al.*, C.A. No. 3:03-2277
*Latisha P. Preston, et al. v. Wyeth, et al.*, C.A. No. 3:03-2278
*Paula M. Gilbert, et al. v. Wyeth, et al.*, C.A. No. 3:03-2290
*Ruby M. Haynes, et al. v. Wyeth, et al.*, C.A. No. 3:03-2291
*Carol B. Clark, et al. v. Wyeth, et al.*, C.A. No. 3:03-2293
*Emily Stover, et al. v. Wyeth, et al.*, C.A. No. 3:03-2294
*Verna B. Kaminski, et al. v. Wyeth, et al.*, C.A. No. 3:03-2295
*Melvin E. Aylett v. Wyeth, et al.*, C.A. No. 3:03-2296
*Edra V. Moore-bailey, et al. v. Wyeth, et al.*, C.A. No. 3:03-2298
*Cheryl L. Peterson, et al. v. Wyeth, et al.*, C.A. No. 3:03-2299
*Carlynn R. Priestley, et al. v. Wyeth, et al.*, C.A. No. 3:03-2301
*Patricia A. Eberwein v. Wyeth, et al.*, C.A. No. 3:03-2302
*Laura E. Hafner, et al. v. Wyeth, et al.*, C.A. No. 3:03-2303
*Gwen Riley, et al. v. Wyeth, et al.*, C.A. No. 3:03-2304
*Linda Logsdon, et al. v. Wyeth, et al.*, C.A. No. 3:03-2305
*Nelda R. Wheat, et al. v. Wyeth, et al.*, C.A. No. 3:03-2306
*Karina D. Glaspy, et al. v. Wyeth*, C.A. No. 3:03-2333
*Carol K. Wolfe, et al. v. Wyeth, et al.*, C.A. No. 3:03-2334
*Lorraine Hammer v. Wyeth, et al.*, C.A. No. 3:03-2335
*Kayron E. Huttash, et al. v. Wyeth, et al.*, C.A. No. 3:03-2336
*Erma Bennett v. Wyeth, et al.*, C.A. No. 3:03-2337
*Andrea L. Dillard, et al. v. Wyeth, et al.*, C.A. No. 3:03-2338
*Billie J. Harper, et al. v. Wyeth, et al.*, C.A. No. 3:03-2339
*Barbara A. Watts, et al. v. Wyeth, et al.*, C.A. No. 3:03-2343
*Sandra D. Lassberg, et al. v. Wyeth, et al.*, C.A. No. 3:03-2359
*Floyd Carter v. Wyeth, et al.*, C.A. No. 3:03-2391
*Jill Diane Gipson v. Wyeth, et al.*, C.A. No. 3:03-2394
*Michelle Baena v. Wyeth, et al.*, C.A. No. 3:03-2396
*Joan Brant v. Wyeth, et al.*, C.A. No. 3:03-2398
*Sharon Deesch v. Wyeth, et al.*, C.A. No. 3:03-2399
*Susan Fabos, et al. v. Wyeth, et al.*, C.A. No. 3:03-2400
*Sue L. Adams v. Wyeth, et al.*, C.A. No. 3:03-2401
*Sandra B. Smith, et al. v. Wyeth, et al.*, C.A. No. 3:03-2402
*Sylvia Suzanne Baba v. Wyeth, et al.*, C.A. No. 3:03-2403
*Rita D. Hensley, et al. v. Wyeth, et al.*, C.A. No. 3:03-2407
*Angela Debusk v. Wyeth, et al.*, C.A. No. 3:03-2408
*Anne P. Fletcher v. Wyeth, et al.*, C.A. No. 3:03-2409
*Linda D. Jackson v. Wyeth, et al.*, C.A. No. 3:03-2410

- 6 -

**MDL-1203 Attachment A (Continued)**

<u>Northern District of Texas</u> (Continued)

*Kristina Baker v. Wyeth, et al.*, C.A. No. 3:03-2411
*Marilyn Franklin v. Wyeth, et al.*, C.A. No. 3:03-2412
*Roe Ann Glaspie v. Wyeth, et al.*, C.A. No. 3:03-2413
*Loretta Brown v. Wyeth, et al.*, C.A. No. 3:03-2414
*Karen Watt, et al. v. Wyeth, et al.*, C.A. No. 3:03-2419
*Angela M. Modester, et al. v. Wyeth, et al.*, C.A. No. 3:03-2421
*Rose L. Rodriguez, et al. v. Wyeth, et al.*, C.A. No. 3:03-2422
*Deborah G. Morrison, et al. v. Wyeth, et al.*, C.A. No. 3:03-2423
*Linda Ann Adams v. Wyeth, et al.*, C.A. No. 3:03-2424
*Brenda J. Boggs, et al. v. Wyeth, et al.*, C.A. No. 3:03-2425
*Helen E. Griffin-rivera, et al. v. Wyeth, et al.*, C.A. No. 3:03-2426
*Glenda D. Abbott, et al. v. Wyeth, et al.*, C.A. No. 3:03-2428
*Susan Berry v. Wyeth, et al.*, C.A. No. 3:03-2431
*Melinda J. Sellers, et al. v. Wyeth, et al.*, C.A. No. 3:03-2434
*Sharon Y. Wooten, et al. v. Wyeth, et al.*, C.A. No. 3:03-2436
*Mary F. Wells, et al. v. Wyeth, et al.*, C.A. No. 3:03-2437
*Julia Brown v. Wyeth, et al.*, C.A. No. 3:03-2455
*Michael L. Robinson v. Wyeth, et al.*, C.A. No. 3:03-2459
*Demetra Spikes v. Wyeth, et al.*, C.A. No. 3:03-2460
*Joan Grayson v. Wyeth, et al.*, C.A. No. 3:03-2462
*Leota Childress v. Wyeth, et al.*, C.A. No. 3:03-2464
*Anita D. Burris v. Wyeth*, C.A. No. 3:03-2465
*Frances T. Jackson v. Wyeth, et al.*, C.A. No. 3:03-2466
*Diana Mccreary v. Wyeth, et al.*, C.A. No. 3:03-2469
*Bette Janice Loftis v. Wyeth, et al.*, C.A. No. 3:03-2473
*Mechelle Stubblefield v. Wyeth, et al.*, C.A. No. 3:03-2478
*Edmund Gomez v. Wyeth, et al.*, C.A. No. 3:03-2479
*Pamela Anderson v. Wyeth, et al.*, C.A. No. 4:03-1009
*Amanda Hencke v. Wyeth, et al.*, C.A. No. 4:03-1010
*Hyrice B. Tomlin v. Wyeth, et al.*, C.A. No. 4:03-1011
*Diane L. Craft v. Wyeth, et al.*, C.A. No. 4:03-1012
*Carmen R. Johnson v. Wyeth, et al.*, C.A. No. 4:03-1013
*Rhonda Culp v. Wyeth, et al.*, C.A. No. 4:03-1014
*Doris Magnuson v. Wyeth, et al.*, C.A. No. 4:03-1015
*Mitzi Baker v. Wyeth, et al.*, C.A. No. 4:03-1016
*Magna C. Barnett v. Wyeth, et al.*, C.A. No. 4:03-1018
*Joyce Love v. Wyeth, et al.*, C.A. No. 4:03-1019
*John Knox v. Wyeth, et al.*, C.A. No. 4:03-1020
*John Greco v. Wyeth, et al.*, C.A. No. 4:03-1023
*Gary Mickel v. Wyeth, et al.*, C.A. No. 4:03-1024
*Terri Jackson v. Wyeth, et al.*, C.A. No. 4:03-1025
*Linda Pritchett v. Wyeth, et al.*, C.A. No. 4:03-1026
*Stephanie Payne-taylor v. Wyeth, et al.*, C.A. No. 4:03-1027

- 7 -

**MDL-1203 Attachment A (Continued)**

<u>Northern District of Texas</u> (Continued)

*Jennifer Campbell v. Wyeth, et al.*, C.A. No. 4:03-1028
*Robin Nelson v. Wyeth, et al.*, C.A. No. 4:03-1029
*Damon Schleuse v. Wyeth, et al.*, C.A. No. 4:03-1030
*Rosie L. Hutchinson v. Wyeth, et al.*, C.A. No. 4:03-1031
*Paulette Richardson v. Wyeth, et al.*, C.A. No. 4:03-1032
*Vicki Horton v. Wyeth, et al.*, C.A. No. 4:03-1033
*Katherine Mccabe v. Wyeth, et al.*, C.A. No. 4:03-1034
*Ida Jan Blair v. Wyeth, et al.*, C.A. No. 4:03-1035
*Debra Kay v. Wyeth, et al.*, C.A. No. 4:03-1036
*Caroline E. Burns v. Wyeth, et al.*, C.A. No. 4:03-1037
*Erlenne Brownlee v. Wyeth, et al.*, C.A. No. 4:03-1038
*Kathryn S. Oldham v. Wyeth, et al.*, C.A. No. 4:03-1039
*Jonnie Walker v. Wyeth, et al.*, C.A. No. 4:03-1040
*Ronda Mcgrew v. Wyeth, et al.*, C.A. No. 4:03-1041
*Lupe Green v. Wyeth, et al.*, C.A. No. 4:03-1042
*Julie Hayes v. Wyeth, et al.*, C.A. No. 4:03-1043
*Ramona Gray v. Wyeth, et al.*, C.A. No. 4:03-1044
*Elizabeth Goetz v. Wyeth, et al.*, C.A. No. 4:03-1045
*Jennifer Tetts v. Wyeth, et al.*, C.A. No. 4:03-1046
*Darlene Shaw v. Wyeth, et al.*, C.A. No. 4:03-1047
*Barbara Jean Stephens v. Wyeth, et al.*, C.A. No. 4:03-1048
*Patricia Philpot v. Wyeth, et al.*, C.A. No. 4:03-1049
*Linda R. Ward v. Wyeth, et al.*, C.A. No. 4:03-1050
*Carolyn A. Spencer v. Wyeth, et al.*, C.A. No. 4:03-1051
*Lashanta White v. Wyeth, et al.*, C.A. No. 4:03-1052
*Ernestine Williams v. Wyeth, et al.*, C.A. No. 4:03-1053
*Belinda Wales v. Wyeth, et al.*, C.A. No. 4:03-1054
*Ida Rose Henley v. Wyeth, et al.*, C.A. No. 4:03-1055
*Edna Rockwell v. Wyeth, et al.*, C.A. No. 4:03-1056
*Audra L. Herring v. Wyeth, et al.*, C.A. No. 4:03-1057
*Mary Hutchens v. Wyeth, et al.*, C.A. No. 4:03-1058
*Alice Johnson v. Wyeth, et al.*, C.A. No. 4:03-1059
*Brenda B. Jenkins v. Wyeth, et al.*, C.A. No. 4:03-1060
*M Diane Hitt v. Wyeth, et al.*, C.A. No. 4:03-1061
*Annette Robberson v. Wyeth, et al.*, C.A. No. 4:03-1062
*Nancy Kay Rogers v. Wyeth, et al.*, C.A. No. 4:03-1063
*Marsha Riley v. Wyeth, et al.*, C.A. No. 4:03-1064
*Rachel Ramos v. Wyeth, et al.*, C.A. No. 4:03-1065
*Katherine E. Pool v. Wyeth, et al.*, C.A. No. 4:03-1066
*Constance Peoples v. Wyeth, et al.*, C.A. No. 4:03-1067
*Dorothy Noe v. Wyeth, et al.*, C.A. No. 4:03-1068
*Bonnie Neathery v. Wyeth, et al.*, C.A. No. 4:03-1069
*Melissa Mcinnis v. Wyeth, et al.*, C.A. No. 4:03-1070

- 8 -

**MDL-1203 Attachment A (Continued)**

<u>Northern District of Texas</u> (Continued)

*Joyce Lovelady v. Wyeth, et al.*, C.A. No. 4:03-1071
*Marilyn Knowlton v. Wyeth, et al.*, C.A. No. 4:03-1072
*Lynda Johnson v. Wyeth, et al.*, C.A. No. 4:03-1073
*Lance Jones v. Wyeth, et al.*, C.A. No. 4:03-1074
*Renna Johnson v. Wyeth, et al.*, C.A. No. 4:03-1075
*Sylvia J. Riojas v. Wyeth, et al.*, C.A. No. 4:03-1076
*Missy Barker v. Wyeth, et al.*, C.A. No. 4:03-1077
*Linda M. Glaude v. Wyeth, et al.*, C.A. No. 4:03-1078
*Susan Fitzgerald v. Wyeth, et al.*, C.A. No. 4:03-1079
*Nora J Crozier v. Wyeth, et al.*, C.A. No. 4:03-1080
*Cassandra Cockroft v. Wyeth, et al.*, C.A. No. 4:03-1081
*Lana M. Bratton v. Wyeth, et al.*, C.A. No. 4:03-1082
*Sharon White v. Wyeth, et al.*, C.A. No. 4:03-1104
*Carla J. Watson v. Wyeth, et al.*, C.A. No. 4:03-1105
*Dolores L. Wood v. Wyeth, et al.*, C.A. No. 4:03-1106
*Donald W. Taylor v. Wyeth, et al.*, C.A. No. 4:03-1107
*Virginia Treadway v. Wyeth, et al.*, C.A. No. 4:03-1108
*Bridgette Spurlock v. Wyeth, et al.*, C.A. No. 4:03-1109
*Trisha Tipton v. Wyeth, et al.*, C.A. No. 4:03-1110
*Danna Harvey v. Wyeth, et al.*, C.A. No. 4:03-1111
*Suzanne S. Gifford v. Wyeth, et al.*, C.A. No. 4:03-1112
*Janice A. Seifert v. Wyeth, et al.*, C.A. No. 4:03-1113
*Phyllis Ingram v. Wyeth, et al.*, C.A. No. 4:03-1114
*Earleen Isbell v. Wyeth, et al.*, C.A. No. 4:03-1115
*Virgie R. Pardue v. Wyeth, et al.*, C.A. No. 4:03-1116
*Clint Monkres v. Wyeth, et al.*, C.A. No. 4:03-1117
*Cynthia Mcgee v. Wyeth, et al.*, C.A. No. 4:03-1118
*Cheryl Hafez v. Wyeth, et al.*, C.A. No. 4:03-1119
*Dana L. Wood v. Wyeth, et al.*, C.A. No. 4:03-1120
*Marti Trivett v. Wyeth, et al.*, C.A. No. 4:03-1121
*Marci Evans v. Wyeth, et al.*, C.A. No. 4:03-1122
*Dana K. Dewoody v. Wyeth, et al.*, C.A. No. 4:03-1123
*Ladonna Richelle Vega v. Wyeth, et al.*, C.A. No. 4:03-1124
*Reginald R. Williams v. Wyeth, et al.*, C.A. No. 4:03-1125
*Gwindelyon Diane Young, et al. v. Wyeth, et al.*, C.A. No. 4:03-1135
*Toni L. Jones, et al. v. Wyeth, et al.*, C.A. No. 4:03-1136
*Debra Stuart, et al. v. Wyeth, et al.*, C.A. No. 4:03-1137
*Tiffany D. Rice, et al. v. Wyeth, et al.*, C.A. No. 4:03-1138
*Debbie J. Knabe, et al. v. Wyeth, et al.*, C.A. No. 4:03-1139
*Sandy Dedushaj v. Wyeth, et al.*, C.A. No. 4:03-1206
*Betty Mayfield v. Wyeth, et al.*, C.A. No. 4:03-1207
*Debra Kay White-ward v. Wyeth, et al.*, C.A. No. 4:03-1209
*Rozena Leslie v. Wyeth, et al.*, C.A. No. 4:03-1216

- 9 -

**MDL-1203 Attachment A (Continued)**

Northern District of Texas (Continued)

*Patsy Muse v. Wyeth, et al.*, C.A. No. 4:03-1217
*Betty Jane Taylor v. Wyeth, et al.*, C.A. No. 4:03-1218
*Alberta Shears v. Wyeth, et al.*, C.A. No. 4:03-1219
*Cheryl A. Haley, et al. v. Wyeth, et al.*, C.A. No. 5:03-210
*Sally Bradford v. Wyeth, et al.*, C.A. No. 5:03-217
*Belynda K. Rodriguez v. Wyeth, et. al.*, C.A. No. 7:03-182

Southern District of Texas

*Brenna Hayes v. Wyeth, et al.*, C.A. No. 3:03-620
*Donna Sarpy v. Wyeth, et. al.*, C.A. No. 3:03-629
*Fay Minnie Wreyford v. Wyeth, et al.*, C.A. No. 3:03-630
*Kathleen P. Coutorie v. Wyeth, et. al.*, C.A. No. 3:03-631
*Constance L. Pothier v. Wyeth, et al.*, C.A. No. 3:03-632
*Ellen J. Robinson v. Wyeth, et al.*, C.A. No. 3:03-633
*Sharon Rigby v. Wyeth, et al.*, C.A. No. 3:03-634
*Suman Devasier v. Wyeth, et al.*, C.A. No. 3:03-635
*Jean Franklin v. Wyeth, et al.*, C.A. No. 3:03-636
*Paula R. Stull v. Wyeth, et al.*, C.A. No. 3:03-637
*Mary D. Garison v. Wyeth, et al.*, C.A. No. 3:03-638
*Susan Brooks v. Wyeth, et al.*, C.A. No. 3:03-639
*Darleen A. Tuttle v. Wyeth, et al.*, C.A. No. 3:03-640
*Elizabeth J. Meyer v. Wyeth, et al.*, C.A. No. 3:03-641
*Delores Randle v. Wyeth, et al.*, C.A. No. 3:03-642
*Gayle Yarbrough v. Wyeth, et al.*, C.A. No. 3:03-643
*Sandra Horne v. Wyeth, et al.*, C.A. No. 3:03-644
*Joe A. Munoz v. Wyeth, et al.*, C.A. No. 3:03-645
*Beverly A. Rogers v. Wyeth, et al.*, C.A. No. 3:03-646
*Ruth Soler v. Wyeth, et al.*, C.A. No. 3:03-648
*Barbara Hawkins v. Wyeth, et al.*, C.A. No. 3:03-649
*K Joyce Minton v. Wyeth, et al.*, C.A. No. 3:03-650
*Jeannette Westerman, et al. v. Wyeth, et. al.*, C.A. No. 3:03-651
*Kevin D. Tholen v. Wyeth, et al.*, C.A. No. 3:03-652
*Jan M. Wilks v. Wyeth, et. al.*, C.A. No. 3:03-653
*Vickie L. Johnson v. Wyeth, et al.*, C.A. No. 3:03-654
*Carolyn Droege v. Wyeth, et al.*, C.A. No. 3:03-655
*Patricia Deasy v. Wyeth, et al.*, C.A. No. 3:03-656
*Yvette M. Cotton v. Wyeth, et al.*, C.A. No. 3:03-657
*Susett Norvella Gibson v. Wyeth, et al.*, C.A. No. 3:03-658
*Patricia Nolte v. Wyeth, et al.*, C.A. No. 3:03-659
*Cynthia Banuelos v. Wyeth, et al.*, C.A. No. 3:03-660
*Rebecca Daniels v. Wyeth, et al.*, C.A. No. 3:03-661

- 10 -

**MDL-1203 Attachment A (Continued)**

<u>Southern District of Texas</u> (Continued)

*Revender Dotson v. Wyeth, et. al.*, C.A. No. 3:03-662
*Linda G. Lindsey v. Wyeth, et al.*, C.A. No. 3:03-663
*Denetra L. Smith v. Wyeth, et al.*, C.A. No. 3:03-664
*Anita Durham v. Wyeth, et al.*, C.A. No. 3:03-665
*Dorothy Allison v. Wyeth, et al.*, C.A. No. 3:03-666
*Mary L. Spikes v. Wyeth Pharmaceutical, et al.*, C.A. No. 3:03-667
*Harriette Shoemaker v. Wyeth, et al.*, C.A. No. 3:03-679
*Pamela Pixley v. Wyeth, et. al.*, C.A. No. 3:03-706
*Sheryl King v. Wyeth, et al.*, C.A. No. 3:03-708
*Judy Ann Jordan v. Wyeth, et al.*, C.A. No. 3:03-710
*Mary Ann Jones v. Wyeth, et al.*, C.A. No. 3:03-711
*Cheryl Lane v. Wyeth, et al.*, C.A. No. 3:03-712
*Robert Johnson v. Wyeth, et al.*, C.A. No. 3:03-713
*Madeline Shaw, et al. v. Wyeth, et al.*, C.A. No. 3:03-721
*Ruben Hernandez v. Wyeth, et al.*, C.A. No. 3:03-738
*Mary Zapalac v. Wyeth, et al.*, C.A. No. 3:03-740
*Lela Smith v. Wyeth, et al.*, C.A. No. 3:03-742
*Alfred Lara, et al. v. Wyeth, et al.*, C.A. No. 3:03-743
*Debra Caldwell v. Wyeth, et al.*, C.A. No. 3:03-759
*Brenda Mae Brewster v. Wyeth, et al.*, C.A. No. 3:03-760
*Sandra Miculka v. Wyeth, et al.*, C.A. No. 3:03-761
*Evelyn L. Lennon v. Wyeth, et al.*, C.A. No. 3:03-762
*Patricia A. Eckler v. Wyeth, et al.*, C.A. No. 3:03-764
*Jesse Miranda, et al. v. Wyeth, et al.*, C.A. No. 3:03-765
*Carmela Araujo, et al. v. Wyeth, et al.*, C.A. No. 3:03-785
*Bill Woods v. Wyeth, et al.*, C.A. No. 3:03-791
*Maria Anderson, et al. v. Wyeth, et al.*, C.A. No. 3:03-793
*Brenda Randall v. Wyeth, et al.*, C.A. No. 3:03-794
*Barbara S. Bartlett v. Wyeth, et al.*, C.A. No. 3:03-796
*Clinton F. Fregia v. Wyeth, et al.*, C.A. No. 3:03-797
*Gayle Linderman v. Wyeth, et al.*, C.A. No. 3:03-799
*Betty Boren v. Wyeth, et al.*, C.A. No. 3:03-800
*Phyllis L. Harris v. Wyeth, et al.*, C.A. No. 3:03-805
*Mark K. Woods v. Wyeth, et al.*, C.A. No. 3:03-806
*Debra McKinney v. Wyeth, et al.*, C.A. No. 3:03-807
*David Toney v. Wyeth, et al.*, C.A. No. 3:03-808
*Margaret Rogers v. Wyeth, et al.*, C.A. No. 3:03-809
*Steve Chrane v. Wyeth, et al.*, C.A. No. 3:03-810
*Georganne Hodges v. Wyeth, et al.*, C.A. No. 3:03-864
*Dana Sims v. Wyeth, et al.*, C.A. No. 4:03-2435
*Tira D. Ishikawa v. Wyeth, et al.*, C.A. No. 4:03-2436
*Melissa Dawn Donnell v. Wyeth, et al.*, C.A. No. 4:03-2437

- 11 -

**MDL-1203 Attachment A (Continued)**

<u>Southern District of Texas</u> (Continued)

Jacque D. Hyde v. Wyeth, et al., C.A. No. 4:03-2438
Peggy Huenerberg v. Wyeth, et al., C.A. No. 4:03-2439
Shirley S. Calhoun v. Wyeth, et al., C.A. No. 4:03-2451
Beverly S. Corbin v. Wyeth, et al., C.A. No. 4:03-2452
Julius Kilnar v. Wyeth, et al., C.A. No. 4:03-2454
Ellen E. Cooke v. Wyeth, et al., C.A. No. 4:03-2455
Judy Gray v. Wyeth, et al., C.A. No. 4:03-2456
Daniel C. Culver v. Wyeth, et al., C.A. No. 4:03-2457
Carolyn Garcia-Sinson v. Wyeth, et al., C.A. No. 4:03-2459
Angelina Rivera v. Wyeth, et al., C.A. No. 4:03-2460
Charlotte Casselberry v. Wyeth, et al., C.A. No. 4:03-2461
David N. Clevenger v. Wyeth, et al., C.A. No. 4:03-2463
Rebecca (Tolbert) Canales v. Wyeth, et al., C.A. No. 4:03-2464
Terry A. Carroll v. Wyeth, et al., C.A. No. 4:03-2465
Joni Hammers v. Wyeth, et al., C.A. No. 4:03-2466
Susan R. Riley v. Wyeth, et al., C.A. No. 4:03-2468
Carmen Dalton v. Wyeth, et al., C.A. No. 4:03-2469
Karen S. Bulian v. Wyeth, et al., C.A. No. 4:03-2470
Barbara Garrels v. Wyeth, et al., C.A. No. 4:03-2471
Alice Dacus v. Wyeth, et al., C.A. No. 4:03-2472
Sherry J. Bruce v. Wyeth, et al., C.A. No. 4:03-2473
Karol Denise DeWitt v. Wyeth, et al., C.A. No. 4:03-2474
Connie Cheney v. Wyeth, et al., C.A. No. 4:03-2475
Nancy M. Brown v. Wyeth, et al., C.A. No. 4:03-2476
Michael C. Davis v. Wyeth, et al., C.A. No. 4:03-2491
Tom Chapman v. Wyeth, et al., C.A. No. 4:03-2492
Delores Gonzales v. Wyeth, et al., C.A. No. 4:03-2516
Sandra Tryon v. Wyeth, et al., C.A. No. 4:03-2517
Barbara Chiarolanza v. Wyeth, et al., C.A. No. 4:03-2518
Patricia Jane Galloway v. Wyeth, et al., C.A. No. 4:03-2519
Debbie K. Townley v. Wyeth, et al., C.A. No. 4:03-2520
Erma D. Russell v. Wyeth, et al., C.A. No. 4:03-2521
Sharon R. Ramsey v. Wyeth, et al., C.A. No. 4:03-2522
Carol L. Boyett v. Wyeth, et al., C.A. No. 4:03-2523
Linda Teel v. Wyeth, et al., C.A. No. 4:03-2524
Harriet K. Dumas v. Wyeth, et al., C.A. No. 4:03-2525
Armadine Garcia v. Wyeth, et al., C.A. No. 4:03-2526
Ruthan McDonald v. Wyeth, et al., C.A. No. 4:03-2527
Thomas Proctor v. Wyeth, et al., C.A. No. 4:03-2528
Frances Hicks v. Wyeth, et al., C.A. No. 4:03-2529
Carrie Heidemann v. Wyeth, et al., C.A. No. 4:03-2530
Barbara Hatch v. Wyeth, et al., C.A. No. 4:03-2531

- 12 -

**MDL-1203 Attachment A (Continued)**

<u>Southern District of Texas</u> (Continued)

*Ruth Thibodeaux v. Wyeth, et al.*, C.A. No. 4:03-2532
*Lacita J. Childs v. Wyeth, et al.*, C.A. No. 4:03-2533
*Lewis D. Bennett v. Wyeth, et al.*, C.A. No. 4:03-2534
*Shirley Kay Holle v. Wyeth, et al.*, C.A. No. 4:03-2535
*Ann Harris v. Wyeth, et al.*, C.A. No. 4:03-2536
*Lana G. Rosener v. Wyeth, et al.*, C.A. No. 4:03-2537
*Marie V. Atchley v. Wyeth, et al.*, C.A. No. 4:03-2538
*Curtis Jasper v. Wyeth, et al.*, C.A. No. 4:03-2539
*Stephanie Bankston v. Wyeth, et al.*, C.A. No. 4:03-2592
*Mary Tompkins v. Wyeth, et al.*, C.A. No. 4:03-2593
*Barbara Jean Brantley v. Wyeth, et al.*, C.A. No. 4:03-2594
*Amanda Garcia v. Wyeth, et al.*, C.A. No. 4:03-2595
*Patricia L. Baldwin v. Wyeth, et al.*, C.A. No. 4:03-2609
*Ann Allosso v. Wyeth, et al.*, C.A. No. 4:03-2610
*Carolyn Allen v. Wyeth, et al.*, C.A. No. 4:03-2611
*Rebecca L. Burrell v. Wyeth, et al.*, C.A. No. 4:03-2613
*Sara Elmore v. Wyeth, et al.*, C.A. No. 4:03-2615
*Robin Hesse v. Wyeth, et al.*, C.A. No. 4:03-2616
*Jack N. Foty v. Wyeth, et al.*, C.A. No. 4:03-2618
*Jerry Easley v. Wyeth, et al.*, C.A. No. 4:03-2619
*Beatrice Foster v. Wyeth, et al.*, C.A. No. 4:03-2620
*Elizabeth Ann Auippa v. Wyeth, et al.*, C.A. No. 4:03-2622
*Mary Beth Alsdorf v. Wyeth, et al.*, C.A. No. 4:03-2623
*William D. Cockrell v. Wyeth, et al.*, C.A. No. 4:03-2624
*Gerald R. Byrd, et al. v. Wyeth, et al.*, C.A. No. 4:03-2625
*Kathy A. Baker v. Wyeth, et al.*, C.A. No. 4:03-2632
*Dorothy Holliday, et al. v. Wyeth, et al.*, C.A. No. 4:03-2633
*Richard Crismon v. Wyeth, et al.*, C.A. No. 4:03-2634
*Suzanne Janice Ball, et al. v. Wyeth, et al.*, C.A. No. 4:03-2636
*Mary Jolene Boone v. Wyeth, et al.*, C.A. No. 4:03-2637
*Frank Bertucci v. Wyeth, et al.*, C.A. No. 4:03-2638
*Dona R. Fields v. Wyeth, et al.*, C.A. No. 4:03-2639
*Laverne Broadenaux v. Wyeth, et al.*, C.A. No. 4:03-2640
*Audrey Jarman v. Wyeth, et al.*, C.A. No. 4:03-2641
*Lorraine Frank v. Wyeth, et al.*, C.A. No. 4:03-2642
*Rhonda Cline v. Wyeth, et al.*, C.A. No. 4:03-2643
*Joseph O. Dryer v. Wyeth, et al.*, C.A. No. 4:03-2649
*Patricia Holden v. Wyeth, et al.*, C.A. No. 4:03-2650
*Kathleen Jonick v. Wyeth, et al.*, C.A. No. 4:03-2651
*Linda Browning v. Wyeth, et al.*, C.A. No. 4:03-2652
*Ann Brooks v. Wyeth, et al.*, C.A. No. 4:03-2653
*Herman R. Graham v. Wyeth, et al.*, C.A. No. 4:03-2654

- 13 -

**MDL-1203 Attachment A (Continued)**

<u>Southern District of Texas</u> (Continued)

*Marilyn J. Earthly v. Wyeth, et al.*, C.A. No. 4:03-2655
*Pamela G. Custer v. Wyeth, et al.*, C.A. No. 4:03-2656
*Karen Farve v. Wyeth, et al.*, C.A. No. 4:03-2657
*Phyllis N. Samz v. Wyeth, et al.*, C.A. No. 4:03-2658
*Donald G. Franks v. Wyeth, et al.*, C.A. No. 4:03-2659
*Yolanda B. Gonzales v. Wyeth, et al.*, C.A. No. 4:03-2660
*Pamela D. Baumbach v. Wyeth, et al.*, C.A. No. 4:03-2661
*Janice Aduddell v. Wyeth, et al.*, C.A. No. 4:03-2663
*Caire Garcia v. Wyeth, et al.*, C.A. No. 4:03-2664
*Tom Northcutt v. Wyeth, et al.*, C.A. No. 4:03-2665
*John C. Kerr v. Wyeth, et al.*, C.A. No. 4:03-2666
*Helen R. Butler v. Wyeth, et al.*, C.A. No. 4:03-2667
*Ana Burda v. Wyeth, et al.*, C.A. No. 4:03-2668
*Shandra A. Dean v. Wyeth, et al.*, C.A. No. 4:03-2751
*Naomi F. Washington v. Wyeth, et al.*, C.A. No. 4:03-2753
*Helen Creech v. Wyeth, et al.*, C.A. No. 4:03-2756
*Dawn C. Brown v. Wyeth, et al.*, C.A. No. 4:03-2757
*Judy C. Roberts v. Wyeth, et al.*, C.A. No. 4:03-2758
*Shellie J. Karm v. Wyeth*, C.A. No. 4:03-2759
*Michelle L. Claunch v. Wyeth, et al.*, C.A. No. 4:03-2760
*Teresa K. Lyon v. Wyeth, et al.*, C.A. No. 4:03-2763
*Linda Childress v. Wyeth, et al.*, C.A. No. 4:03-2802
*Emma L. Williams v. Wyeth*, C.A. No. 4:03-2808
*Mary A. Diaz v. Wyeth*, C.A. No. 4:03-2809
*Charlotte Hurley, et al. v. Wyeth*, C.A. No. 4:03-3098
*Deborah Y. Cohn v. Wyeth, et al.*, C.A. No. 4:03-3298
*Tarus Burrell v. Wyeth, et al.*, C.A. No. 4:03-3307
*Adrian Beaver v. Wyeth, et al.*, C.A. No. 4:03-3308
*Mary Anne Boehm v. Wyeth, et al.*, C.A. No. 4:03-3309
*Barbara J. Bendick v. Wyeth, et al.*, C.A. No. 4:03-3310
*Nicol Dames v. Wyeth, et al.*, C.A. No. 4:03-3311
*Linda Barnes v. Wyeth*, C.A. No. 4:03-3312
*Rosa L. Brittain, et al. v. Wyeth, et al.*, C.A. No. 4:03-3313
*Debra Branum v. Wyeth*, C.A. No. 4:03-3314
*Dee Janet Bell v. Wyeth, et al.*, C.A. No. 4:03-3315
*Angela Brill v. Wyeth, et al.*, C.A. No. 4:03-3316
*Pat Randy Bullard v. Wyeth, et al.*, C.A. No. 4:03-3317
*Ginger Schindler v. Wyeth*, C.A. No. 4:03-3422
*Rufus Sharpe v. Wyeth, et al.*, C.A. No. 4:03-3468
*Marlene Cannoles v. Wyeth, et al.*, C.A. No. 4:03-3471
*Jeanne C. Tobin v. Wyeth*, C.A. No. 4:03-3952
*Ora Marie York v. Wyeth*, C.A. No. 4:03-3953

- 14 -

**MDL-1203 Attachment A (Continued)**

<u>Southern District of Texas</u> (Continued)

*Joyce L. Montgomery v. Wyeth*, C.A. No. 4:03-3991
*Catherine Plath v. Wyeth*, C.A. No. 4:03-3992
*Nina F. Lamb v. Wyeth*, C.A. No. 4:03-3993
*Lois A. Malone v. Wyeth, et al.*, C.A. No. 4:03-3994
*Nancy W. McCreary v. Wyeth*, C.A. No. 4:03-3995
*Lonnie McConnell v. Wyeth*, C.A. No. 4:03-3996
*Lisa C. Parker v. Wyeth*, C.A. No. 4:03-3997
*Karen Nygard v. Wyeth*, C.A. No. 4:03-3998
*Laura Van Walsen v. Wyeth*, C.A. No. 4:03-3999
*Audy Barclay v. Wyeth, et al.*, C.A. No. 4:03-4000
*Patricia McFarland v. Wyeth*, C.A. No. 4:03-4001
*Michelle Beatrice Plummer v. Wyeth*, C.A. No. 4:03-4002
*Jean G. Lacewell v. Wyeth*, C.A. No. 4:03-4003
*Rosiland Meeks v. Wyeth, et al.*, C.A. No. 4:03-4004
*Connie McCracken v. Wyeth*, C.A. No. 4:03-4005
*Suella Newell v. Wyeth*, C.A. No. 4:03-4006
*Tammy Mchale v. Wyeth, et al.*, C.A. No. 4:03-4007
*Debra A. Thibeault v. Wyeth*, C.A. No. 4:03-4008
*Jennifer Nerf v. Wyeth*, C.A. No. 4:03-4009
*Lorine Legrand-Cooks v. Wyeth*, C.A. No. 4:03-4010
*Tanya Lengefeld v. Wyeth, et al.*, C.A. No. 4:03-4011
*Jo Lynn Moore v. Wyeth*, C.A. No. 4:03-4013
*Mary H. Pinkley v. Wyeth*, C.A. No. 4:03-4014
*Stella Nieto v. Wyeth*, C.A. No. 4:03-4015
*Deborah K. Purvis v. Wyeth*, C.A. No. 4:03-4016
*Karen A. Springer v. Wyeth*, C.A. No. 4:03-4017
*Dolores Myers v. Wyeth*, C.A. No. 4:03-4018
*Barbara Savell v. Wyeth*, C.A. No. 4:03-4019
*Tana Tamez v. Wyeth*, C.A. No. 4:03-4021
*Thomas J. Swearingen v. Wyeth*, C.A. No. 4:03-4022
*Rosie Spencer v. Wyeth*, C.A. No. 4:03-4023
*Samuel M. Sullivan v. Wyeth*, C.A. No. 4:03-4024
*Sandy Mixon v. Wyeth*, C.A. No. 4:03-4025
*Lori A. Moon v. Wyeth*, C.A. No. 4:03-4026
*Michelle Speetzen v. Wyeth*, C.A. No. 4:03-4027
*Jane Miller v. Wyeth*, C.A. No. 4:03-4028
*Patti Nolte v. Wyeth*, C.A. No. 4:03-4029
*Cindy Mitchell v. Wyeth*, C.A. No. 4:03-4030
*Donna Nelson v. Wyeth*, C.A. No. 4:03-4031
*Lori Stewart v. Wyeth*, C.A. No. 4:03-4032
*Loretta L. Young v. Wyeth*, C.A. No. 4:03-4033
*Margie Sparks v. Wyeth*, C.A. No. 4:03-4034

- 15 -

**MDL-1203 Attachment A (Continued)**

<u>Southern District of Texas</u> (Continued)

*Ninfa A. Sepulveda v. Wyeth*, C.A. No. 4:03-4035
*Luz Veronica Rivera v. Wyeth*, C.A. No. 4:03-4036
Michelle Merriman v. Wyeth, C.A. No. 4:03-4037
*Michelle G. McCoy v. Wyeth*, C.A. No. 4:03-4038
*Kay Morgan v. Wyeth*, C.A. No. 4:03-4039
*Balencia Dove-Kimble v. Wyeth*, C.A. No. 4:03-4057
*William Willis v. Wyeth*, C.A. No. 4:03-4058
*Marilyn Luder v. Wyeth, et al.*, C.A. No. 4:03-4059
*Clarida Sue Wyly v. Wyeth*, C.A. No. 4:03-4060
*Marilyn McKnight v. Wyeth, et al.*, C.A. No. 4:03-4061
*Kathy L. Truitt v. Wyeth*, C.A. No. 4:03-4062
*Harriet Vincent v. Wyeth*, C.A. No. 4:03-4063
*Betty A. Walker v. Wyeth*, C.A. No. 4:03-4064
*Wynde Rosanky-Herrera v. Wyeth*, C.A. No. 4:03-4066
*Audrey L. Malone v. Wyeth*, C.A. No. 4:03-4068
*Linda Manuel v. Wyeth*, C.A. No. 4:03-4069
*Maria Hernandez v. Wyeth*, C.A. No. 4:03-4070
*Geneva Vyvial v. Wyeth*, C.A. No. 4:03-4071
*Tara Allred v. Wyeth*, C.A. No. 4:03-4072
*John Sisk v. Wyeth*, C.A. No. 4:03-4073
*Judy Waite v. Wyeth*, C.A. No. 4:03-4074
*Susan Metzler v. Wyeth*, C.A. No. 4:03-4075
*Mary Lightfoot v. Wyeth*, C.A. No. 4:03-4076
*Linda B. Townsend v. Wyeth*, C.A. No. 4:03-4077
*Alva Jo Lindsey v. Wyeth*, C.A. No. 4:03-4078
*Norma W. Peddie v. Wyeth*, C.A. No. 4:03-4079
*Idalia Morin v. Wyeth*, C.A. No. 4:03-4080
*Lois B. Ventura v. Wyeth*, C.A. No. 4:03-4081
*Cliff W. Swearingen v. Wyeth*, C.A. No. 4:03-4082
*Cynthia J. Lee v. Wyeth, et al.*, C.A. No. 4:03-4083
*Gayle Warzon v. Wyeth*, C.A. No. 4:03-4084
*M. Pamela Bryant v. Wyeth, et al.*, C.A. No. 4:03-4085
*Mary Sue Lindle v. Wyeth*, C.A. No. 4:03-4086
*Mary E. Sirmons v. Wyeth*, C.A. No. 4:03-4087
*Eureta George v. Wyeth*, C.A. No. 4:03-4099
*Betty Sue Potter v. Wyeth*, C.A. No. 4:03-4100
*Laura Mire v. Wyeth*, C.A. No. 4:03-4101
*Rebecca Carroll v. Wyeth*, C.A. No. 4:03-4102
*Mary L. Luckey v. Wyeth*, C.A. No. 4:03-4103
*Thelma T. Maynor v. Wyeth*, C.A. No. 4:03-4104
*Dianne Manis v. Wyeth*, C.A. No. 4:03-4105
*Tommie Gayle Wright v. Wyeth*, C.A. No. 4:03-4106

- 16 -

**MDL-1203 Attachment A (Continued)**

<u>Southern District of Texas</u> (Continued)

*Shelly A. Sedberry v. Wyeth*, C.A. No. 4:03-4107
*Deborah G. Vining v. Wyeth*, C.A. No. 4:03-4108
*Phyllis Michel v. Wyeth*, C.A. No. 4:03-4109
*Rita Latham v. Wyeth*, C.A. No. 4:03-4110
*Shannon Proteau v. Wyeth*, C.A. No. 4:03-4112
*Ruby Janelle Wells v. Wyeth*, C.A. No. 4:03-4115
*Carol A. Sedberry v. Wyeth*, C.A. No. 4:03-4116
*Grace Taylor v. Wyeth*, C.A. No. 4:03-4117
*Roxanne Prado v. Wyeth*, C.A. No. 4:03-4118
*Nichelle Montgomery v. Wyeth*, C.A. No. 4:03-4120
*Patricia Ann Filippini v. Wyeth*, C.A. No. 4:03-4121
*Sharon Wszolek v. Wyeth*, C.A. No. 4:03-4122
*Margarita Valerio v. Wyeth*, C.A. No. 4:03-4123
*Frances Lanagan v. Wyeth*, C.A. No. 4:03-4124
*Carol Nadine White v. Wyeth*, C.A. No. 4:03-4125
*Teresa Rivero v. Wyeth*, C.A. No. 4:03-4126
*Mary Wilson v. Wyeth*, C.A. No. 4:03-4128
*Stacie B. Parker v. Wyeth*, C.A. No. 4:03-4129
*Charlotte Tipton v. Wyeth*, C.A. No. 4:03-4131
*Guia Lathrop v. Wyeth*, C.A. No. 4:03-4132
*Clarence Rems v. Wyeth*, C.A. No. 4:03-4166
*Stacy L. Radke, et. al. v. Wyeth, et al.*, C.A. No. 5:03-140
*Ruby Estes, et. al. v. Wyeth, et al.*, C.A. No. 6:03-112
*Norma Trevino v. Wyeth, et al.*, C.A. No. 6:03-113
*Frances E. Velasquez v. Wyeth, et al.*, C.A. No. 6:03-114
*Karen A. Briscoe, et. al. v. Wyeth, et al.*, C.A. No. 7:03-240
*Sheri Rowland, et. al. v. Wyeth, et al.*, C.A. No. 7:03-282
*Lucia Garcia v. Wyeth, Inc., et al.*, C.A. No. 7:03-319

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the
Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001).  Rule 16.1(g) allows a
maximum of twenty minutes for oral argument in each matter.  In most cases, however, less time
is necessary for the expression of all views and the Panel reserves the prerogative of reducing the
time requested by counsel.  Accordingly, counsel should be careful not to overstate the time
requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria.  <u>See</u> <u>generally</u> <u>In
re "East of the Rockies" Concrete Pipe Antitrust Cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L.
1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)    Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)    Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)    No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:

      (i)    the dispositive issue(s) have been authoritatively decided; or

      (ii)   the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)    In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)    Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)    Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)    Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.