MDL 875

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FEB 26 2004

FILED CLERK'S OFFICE

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Marvin Jefferson, et al. v. A. M. Lockett Co., Ltd., et al.*
*United States District Court for the Southern District of Mississippi, Southern Division*
*Civil Action No. 1:03CV733Gro*

### GULF BELTING & GASKET CO., INC.'S CORPORATE DISCLOSURE STATEMENT

Comes now Gulf Belting & Gasket Co., Inc. pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multi District Litigation and files this its Corporate Disclosure Statement and would respectfully show unto the Court as follows:

1. Gulf Belting & Gasket Co., Inc. has no parent corporation. Further it is not a publicly traded stock and no publicly traded entity owns ten percent or more of the company stock.

This the 3rd day of February, 2004.

Respectfully submitted,

GULF BELTING & GASKET CO., INC.

*[signature: Daphne M. Lancaster]*
COUNSEL FOR SAID DEFENDANT

DAPNE M. LANCASTER
MSB#10336
Aultman, Tyner & Ruffin, Ltd.
P. O. Box 750
Hattiesburg, MS  39401
Telephone: (601) 583-2671
Fax: (601) 583-2677

PLEADING NO. 4095

RECEIVED CLERK'S OFFICE 2004 FEB -5 P 4:20 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IMAGED FEB 26 '04    **OFFICIAL FILE COPY**

CERTIFICATE OF SERVICE

I, Daphne M. Lancaster, of the law firm of Aultman, Tyner & Ruffin, Ltd., have this day mailed, by United States mail, postage prepaid, a true and correct copy of the above and foregoing Gulf Belting & Gasket Co., Inc.'s Corporate Disclosure Statement, to the counsel listed on the Panel Service List excerpted from CTO-229, a copy of which is attached hereto and all counsel of record in this case attached hereto as well.

THIS, the 3rd day of February, 2004.

_____
DAPHNE M. LANCASTER

2004 FEB -5  P 4: 20
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE