

DOCKET NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 2 6 2004

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Marvin Jefferson, et al. v. A. M. Lockett Co., Ltd., et al.*
United States District Court for the Southern District of Mississippi, Southern Division
Civil Action No. 1:03CV733Gro

### FAIRBANKS MORSE ENGINE DIVISION'S
### CORPORATE DISCLOSURE STATEMENT

Comes now Fairbanks Morse Engine Division (hereinafter "Fairbanks Morse Engine") pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multi District Litigation and files this its Corporate Disclosure Statement and would respectfully show unto the Court as follows:

1. Fairbanks Morse Engine is an unincorporated operating division of Coltec Industries, Inc. Coltec Industries, Inc. is a holly owned subsidiary of EnPro Industries, Inc. Further it is not a publicly traded stock and no publicly traded entity owns ten percent or more of the company's stock.

This the 3rd day of February, 2004.

Respectfully submitted,

FAIRBANKS MORSE ENGINE DIVISION

*Daphne M. Lancaster*

DAPNE M. LANCASTER, MSB#10336
Counsel for said Defendant
Aultman, Tyner & Ruffin, Ltd.
P. O. Box 750
Hattiesburg, MS 39401
Telephone: (601) 583-2671
Fax: (601) 583-2677

IMAGED FEB 26 '04   OFFICIAL FILE COPY

2004 FEB -5 P 4:20
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, Daphne M. Lancaster, of the law firm of Aultman, Tyner & Ruffin, Ltd., have this day mailed, by United States mail, postage prepaid, a true and correct copy of the above and foregoing Fairbanks Morse Engine Division's Corporate Disclosure Statement, to the counsel listed on the Panel Service List excerpted from CTO-229, a copy of which is attached hereto and all counsel of record in this case attached hereto as well.

THIS, the 3rd day of February, 2004.

_____
DAPHNE M. LANCASTER

RECEIVED CLERK'S OFFICE
2004 FEB -5 P 4: 20
PANEL ON MULTIDISTRICT LITIGATION