MDL 875

DOCKET NO. 875

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FEB 2 6 2004

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Marvin Jefferson, et al. v. A. M. Lockett Co., Ltd., et al.*
*United States District Court for the Southern District of Mississippi, Southern Division*
*Civil Action No. 1:03CV733Gro*

### THE ANCHOR PACKING COMPANY
### CORPORATE DISCLOSURE STATEMENT

Comes now The Anchor Packing Company (hereinafter "Anchor") pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multi District Litigation and files this its Corporate Disclosure Statement and would respectfully show unto the Court as follows:

1. Anchor is a holly owned subsidiary of Garlock Inc. Further it is not a publicly traded stock and no publicly traded entity owns ten percent or more of the company's stock.

This the 3rd day of February, 2004.

Respectfully submitted,

The Anchor Packing Company

*/s/ Daphne M. Lancaster*

DAPNE M. LANCASTER, MSB#10336
Counsel for said Defendant
Aultman, Tyner & Ruffin, Ltd.
P. O. Box 750
Hattiesburg, MS 39401
Telephone: (601) 583-2671
Fax: (601) 583-2677

IMAGED FEB 26 '04   OFFICIAL FILE COPY

## CERTIFICATE OF SERVICE

I, Daphne M. Lancaster, of the law firm of Aultman, Tyner & Ruffin, Ltd., have this day mailed, by United States mail, postage prepaid, a true and correct copy of the above and foregoing The Anchor Packing Company's Corporate Disclosure Statement, to the counsel listed on the Panel Service List excerpted from CTO-229, a copy of which is attached hereto and all counsel of record in this case attached hereto as well.

THIS, the 3rd day of February, 2004.

*Daphne M. Lancaster*
DAPHNE M. LANCASTER