MDL #875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 15 2004

FILED
CLERK'S OFFICE

PLEADING NO. 4101

ALAN R. BRAYTON, ESQ., S.B. #73685
LLOYD F. LEROY, ESQ., S.B. #203502
DAVID L. FIOL, ESQ., S.B. #203546
BRAYTON✦PURCELL
Attorneys at Law
222 Rush Landing Road
Novato, California 94948
(415) 898-1555

Attorneys for Plaintiff

MDL- 875
RECOMMENDED ACTION

VACATE CTO-230 + H.S. --1 ACTION

Approved/Date: MJL 3/12/04

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPENCER WARD,

    Plaintiff,

vs.

ASBESTOS DEFENDANTS (B✦P)

No. C 03-4686 (JSW)

[STIPULATION AND]
ORDER DISMISSING DEFENDANT
UNISYS CORPORATION AND
REMANDING TO STATE COURT

WHEREAS:

1. This case was originally filed in the Superior Court of California for the County of San Francisco, and

2. Defendant UNISYS CORPORATION filed its Notice of Removal on October 17, 2003, alleging that this Court has removal jurisdiction on various grounds, and

4. The parties have agreed to and do hereby stipulate that defendant UNISYS CORPORATION should be dismissed from the above entitled action, pursuant to FRCP 41 (a)(2);

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel, that because the sole removing defendant is hereby dismissed from this case, and therefore no basis currently exists for this court to exercise removal jurisdiction over

K:\Injured\28405\USDC-Stip-Dismiss & Remand Unisys.wpd
ORDER DISMISSING DEFENDANT UNISYS CORPORATION
AND REMANDING TO STATE COURT - C 03-4686 (JSW)

1

1 | this action, remand to the Superior Court of California for the County of San Francisco is
2 | appropriate.
3 |     Accordingly, the parties petition this court for an order dismissing defendant UNISYS
4 | CORPORATION from this action, and remanding the action to the Superior Court of California
5 | for the County of San Francisco.
6 |
7 | Dated: March 4, 2004             BRAYTON❖PURCELL
8 |                               /s David L. Fiol
                              Attorneys for Plaintiff
9 |
                              POND NORTH, LLP
10 |
11 |                               /s Michael Graham
                              Attorneys for Defendant
12 |                               UNISYS CORPORATION
13 | **ECF Attestation of Filer:** I hereby attest that concurrence in the filing of this document has
14 | been obtained from Michael Graham and that a signed copy of this document is retained in our files for inspection by the court. /s David L. Fiol.

K:\Injured\28405\USDC-Stip-Dismiss & Remand Unisys.wpd
2
ORDER DISMISSING DEFENDANT UNISYS CORPORATION
AND REMANDING TO STATE COURT - C 03-4686 (JSW)

## ORDER DISMISSING DEFENDANT AND REMANDING CASE TO STATE COURT

Having considered the stipulation between the plaintiff and the sole removing party, and good cause appearing:

IT IS HEREBY ORDERED that the sole removing defendant, UNISYS CORPORATION, is dismissed from this action pursuant to FRCP 41 (a)(2), and

IT IS FURTHER ORDERED THAT the sole removing defendant having been dismissed from the case, no basis currently exists for removal of this action from the Superior Court of California for the County of San Francisco, and this matter should be and is, therefore, remanded to that court immediately.

Dated March 10, 2004

/s/ Jeffrey S. White
Jeffrey S. White
United States District Judge

K:\Injures\28405\USDC-Stip-Dismiss & Remand Unisys.wpd

3

ORDER DISMISSING DEFENDANT UNISYS CORPORATION
AND REMANDING TO STATE COURT - C 03-4686 (JSW)