MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 15 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Spencer Ward v. Unisys Corp., et al.*, N.D. California, C.A. No. 3:03-4686

### ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE MARCH 23, 2004 HEARING SESSION

A conditional transfer order was filed in this action (*Ward*) on January 5, 2004. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Ward* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Ward* was remanded to the Superior Court of California for the County of San Francisco by the Honorable Jeffrey S. White in an order signed on March 10, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-230" filed on January 5, 2004, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 12, 2004, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

**OFFICIAL FILE COPY**

IMAGED MAR 17 '04