MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 15 2004

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>This document relates to:<br><br>SPENCER WARD,<br><br>Plaintiff,<br><br>vs.<br><br>UNISYS CORPORATION, et al.,<br><br>Defendants. | MDL Docket No. 875<br><br>N.D. Cal. No. C 03-4686 (JSW) |

## RULE 5.3 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT UNISYS CORPORATION

Pursuant to R.P.J.P.M.L. 5.3, Defendant Unisys Corporation ("Unisys") provides the following information concerning its corporate affiliations:

1. Unisys has no parent corporation.
2. There is no publicly held company that owns 10% or more of Unisys stock.

IMAGED MAR 17 '04

OFFICIAL FILE COPY

McKenna Long &
Aldridge LLP
Attorneys at Law
Washington

RULE 5.3 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT UNISYS CORPORATION

MAR-03-04 15:49 From:MCKENNA LONG & ALDRIDGE 2024867756 T-972 P.03/03 Job-253
Case MDL No. 875 Document 4103 Filed 03/15/04 Page 2 of 2

1

Dated: March 3, 2004

2

Respectfully submitted,

3

McKENNA LONG & ALDRIDGE LLP

4

By: *Lisa M. Norrett*

5

*Of Counsel:*
Raymond B. Biagini
Lisa M. Norrett
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756

6

7

8

9

10

Frank D. Pond
Michael A. Graham
Pond North, LLP
611 West Sixth Street, Suite 2500
Los Angeles, CA 90017-3102
Telephone: (213) 236-0600
Facsimile: (213) 623-3594

11

12

13

14

**Attorneys for Defendant
Unisys Corporation**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
WASHINGTON

RULE 5.3 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT UNISYS CORPORATION