JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 1 8 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY   :
LITIGATION (NO. VI)                  :
_____x

This Document Relates to:                        :   CIVIL ACTION NO. MDL 875
                                                 :
Law Offices of Antonio Pyle                      :
                                                 :
United States District Court                     :
Northern District of New York                    :
                                                 :
(See attached list of cases)                     :
[ In the event the above-listed case is a multiple :
plaintiff (victim) action, this transfer is for the :   MDL- 875
above-named party only, or said party's repre-   :   RECOMMENDED ACTION
sentative, and any spousal or dependent actions.]:   CRO - 17 actions
_____x               Approved/Date: _____ 3/15/04

## SUGGESTION OF REMAND

THESE MATTERS being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Northern District of New York, and the Court having reviewed these cases and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from these cases and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the cases listed upon the attachment should now be REMANDED to the United States District Court for the Northern District of New York for such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 2/26/2003

_____
Charles  R.  Weiner            J.

## ATTACHED LIST OF CASES

|    | Case Name | Case Number | Jurisdiction |
|----|-----------|-------------|--------------|
| 1. | Edgar DAIGLE, dec. | 87 CV 0205; 87 CV 0986 | ND-NY |
| 2. | Edward DAVIS, dec. | 87 CV 0310 | ND-NY |
| 3. | Herman KRAMM, dec. | 87 CV 0206 | ND-NY |
| 4. | Frank MUIA, dec. | 87 CV 0383 | ND-NY |
| 5. | John J. NEAD | 87 CV 0098 | ND-NY |
| 6. | Robert REESE, dec. | 87 CV 0309 | ND-NY |
| 7. | Frank ROCHLER, dec. | 87 CV 0097 | ND-NY |
| 8. | Donald SHUFELT, dec. | 87 CV 0286 | ND-NY |
| 9. | Charles SPADARO, dec. | 87 CV ~~1103~~ 760 | ND-NY |
| 10. | ~~Paul STANSFIELD, dec.~~ *Pfaffer back* | 87 CV 0758 | ND-NY |
| 11. | ~~James TAYLOR, dec.~~ *Tiernan* | 87 CV 0019 | ND-NY |
| 12. | John VAN ZANDT, dec. | 87 CV 0355; 87 CV 0904 | ND-NY |
| 13. | BULMAN | 90 CV 1355 | ND-NY |
| 14. | CARUSO | 91 CV 0247 | ND-NY |
| 15. | POWERS | 90 CV 1357 | ND-NY |