

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 22 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Donald Miller, et al. v. American Honda Motor Co., et al.*, S.D. Florida, C.A. No. 0:03-62155

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Miller*) on March 10, 2004. The Panel has now been advised that *Miller* was remanded to the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, by the Honorable James I. Cohn in an order filed on January 30, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-231" filed on March 10, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

IMAGED MAR 23 '04

**OFFICIAL FILE COPY**