JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



MAR 2 3 2004

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PENAL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION

(NO. IV)

Willie H. Brown, et al. v. Illinois
Central Railroad Company
(SD MS; 1:04cv30GRO)

DOCKET NO. 875

ORAL ARGUMENTS:

*COUNSEL FOR PLAINTIFFS HEREBY STATE, PURSUANT TO RULE 16.2, THAT SAID COUNSEL REQUESTS ORAL ARGUMENT AND WILL PRESENT SAME AT ANY HEARING ON THE HEREIN NOTICE AND PLAINTIFFS' OPPOSITION REGARDLESS OF WHETHER DEFENSE COUNSEL CHOOSES TO DO SO.*

**PLAINTIFFS' NOTICE OF OPPOSITION TO THE PANEL'S CONDITIONAL TRANSFER ORDER FILED IN THE ABOVE ACTIONS ON OR ABOUT MARCH 10, 2004**

Comes now, Willie H. Brown, et al., by and through their counsel of record, and move this Honorable Panel to deny jurisdiction over this matter, withdraw the Conditional Transfer Order relative to this action, and remand this action to the Federal District Court for the Southern District of Mississippi, Southern Division where it is pending. In support of this Notice, Plaintiff have filed a Motion to Vacate this Conditional Transfer Order and supporting Brief simultaneously herewith. Plaintiffs' Opposition is based on the Federal Court's lack of

**IMAGED MAR 23 '04**    **OFFICIAL FILE COPY**

jurisdiction over this matter, and their pending Motion to Remand before that Court. This action was filed under the Federal Employers Liability Act and pursuant to such there is concurrent jurisdiction in the State Court and Federal Court. Plaintiffs have chosen the State Court venue and this case should be sent back to the Southern District to rule on the Plaintiffs' Motion to Remand.

The Southern District of Mississippi Judge Gex, although not timely filed, issue an Order of Remand in the companion case to this matter, styled *Thomas Wicker, et al. v. Illinois Central Railroad Company*, 1:03cv30GRO. A copy is attached to Plaintiffs' Brief.

Respectfully submitted this the 22nd day of March, 2004.

C.E. Sorey, II. (Ms. Bar No. 7692)
Attorney for Plaintiffs

OF COUNSEL:

Ramsey Law Firm, P.C.
21 North Florida Street
Mobile, AL 36607
(251) 479-5655

2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 23 2004

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

I, C.E. Sorey, II. attorney for Plaintiffs Willie H. Brown, et al., do hereby certify that have this day caused a true and correct copy of the foregoing Plaintiffs' Notice of Opposition to the Panel's Conditional Transfer Order Filed in the Above Actions on or About March 10, 2004 to be served by United States mail, postage prepaid, to the following: **Glenn F. Beckham, Esq., Upshaw, Williams, Biggers, Beckham & Riddick, LLP., Post Office Drawer 8230, Greenwood, MS 38935-8230; and, to all of the attorneys listed on the Certificate of Service for the MDL.**

This, the 22nd day of March, 2004.

_____
C.E. Sorey, II.

RECEIVED CLERK'S OFFICE
2004 MAR 22 P 12: 14
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Mar 22 04 12:05p    Ramsey Law Firm    2514792488    p.5