JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 24 2004

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Willie Pate, et al. v. Minnesota Mining and Manufacturing Company, et al.;* United States District Court for the Southern District of Mississippi, Southern Division; Civil Action No. 1:03cv801GR

NOTICE OF OPPOSITION
PURSUANT TO RULE 12 OF THE RULES OF PROCEDURE
OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PURSUANT to Rule 12(c) of the *Rules of Procedure of the Judicial Panel on Multidistrict Litigation*, the Plaintiffs hereby file this their Notice of Opposition to the Conditional Transfer Order entered March 10, 2004, in the above cited case by the Clerk of the Panel transferring this action to the United States District Court for the Eastern District of Pennsylvania (MDL Docket No. 875).

In accordance with Rule 12(d) of the *Rules of Procedure of the Judicial Panel on Multidistrict Litigation*, the Plaintiffs within fifteen (15) days of the filing of this Notice of Opposition, will file a Motion to Vacate the Conditional Transfer Order and brief in support thereof.

Respectfully submitted, this the 23rd day of March, 2004.

TIMOTHY W. PORTER
ATTORNEY FOR PLAINTIFFS

OF COUNSEL:

Timothy W. Porter, MSB No. 9687
Patrick C. Malouf, MSB No. 9702
PORTER & MALOUF, P.A.
Post Office Box 12768
Jackson, Mississippi 39236
Telephone:  (601) 957-1173
Facsimile:  (601) 957-7366

**OFFICIAL FILE COPY**

IMAGED MAR 25 '04

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 24 2004

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiffs hereby certifies that this date a true and correct copy of the above and foregoing document has been sent by United States Mail, postage prepaid, to the counsel listed on the Panel Service List excerpted from CTO-231, a copy of which is attached hereto and all counsel of record in this case attached hereto as well.

This the 23rd day of March, 2004.

TIMOTHY W. PORTER