

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR 25 2004

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)** :

**MDL DOCKET NO. 875**
**SCHEDULE CTO-231**

**United States District Court**
**Southern District of Mississippi**

| | |
|---|---|
| *Aldridge, et al., v. Honeywell International, Inc., et al.,* | *1:03cv793GR* |
| *Waters, et al., v. Honeywell International, Inc., et al.,* | *1:03cv794GR* |
| *Smith, et al., v. Honeywell International, Inc., et al.,* | *1:03cv795GR* |
| *Wright, et al., v. Honeywell International, Inc., et al.,* | *1:03cv797GR* |
| *Willie Spann, et al., v. Honeywell International, Inc., et al.,* | *1:03cv798GR* |
| *Johnnie W. Spann, et al., v. Honeywell International, Inc., et al.,* | *1:03cv799GR* |
| *Bush, et al., v. Honeywell International, Inc., et al.,* | *1:03cv805GR* |
| *Collum, et al., v. Honeywell International, Inc., et al.,* | *1:03cv806GR* |
| *Gordon, et al., v. Honeywell International, Inc., et al.,* | *1:03cv807GR* |
| *King, et al., v. Honeywell International, Inc., et al.,* | *1:03cv808GR* |
| *Reiman, et al., v. Honeywell International, Inc., et al.,* | *1:03cv809GR* |
| *Taylor, et al., v. Honeywell International, Inc., et al.,* | *1:03cv810GR* |
| *Waltman, et al., v. Honeywell International, Inc., et al.,* | *1:03cv811GR* |

**United States District Court**
**Northern District of Mississippi**

| | |
|---|---|
| *Moore, et al., v. Honeywell International, Inc., et al.,* | *4:03cv388DB* |
| *Duffin, et al., v. Honeywell International, Inc., et al.,* | *4:03cv389MB* |
| *Bennet, et al., v. Honeywell International, Inc., et al.,* | *4:03cv390MB* |

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER**

Plaintiffs in each of the above-captioned actions, through undersigned counsel, pursuant to Rule 7.4 (c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation oppose the transfer of these actions to the United States District Court for the Eastern District of Pennsylvania under 28 U.S.C. § 1407, as conditionally ordered by the Judicial Panel on Multidistrict Litigation on March 10, 2004.

Pursuant to Rule 7.4 (d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, a Motion to Vacate the Conditional Transfer Order and a brief in support of said motion will be duly filed.

OFFICIAL FILE COPY

IMAGED MAR 25 '04

RESPECTFULLY SUBMITTED, this 24th day of March, 2004.

BY: ______________________
WILBUR COLOM
BRIAN A. HINTON
DAVID M. LIPMAN
ROBERT B. McDUFF

WILBUR COLOM (6403)
BRIAN A. HINTON (99173)
THE COLOM LAW FIRM, LLC
406 Third Ave. North
Post Office Box 866
Columbus, MS 39703-0866
(662)327-0903 Telephone
(662)329-4832 Facsimile

DAVID M. LIPMAN (1272)
DAVID M. LIPMAN, P.A.
5901 S.W. 74th Street, Suite 304
Miami, FL. 33143-5186
(305)662-2600 Telephone
(305) 667-3361 Facsimile

ROBERT B. McDUFF (2532)
ATTORNEY AT LAW
767 N. Congress St.
Jackson, MS 39202

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 25 2004

FILED
CLERK'S OFFICE

**CERTIFICATE OF SERVICE**

I, Brian A. Hinton, do hereby certify that I have this day served a copy of the foregoing document upon all persons identified on the Panel Service List, a copy of which is attached hereto, by placing same in the United States mail, postage prepaid and properly addressed, or by electronic means.

Columbus, Mississippi, this 24th day of March, 2004.

BRIAN A. HINTON

RECEIVED
CLERK'S OFFICE
2004 MAR 24 P 2:30
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

## PANEL SERVICE LIST

**Beaver Dam Products Corp.**
**Daimler Chrysler Corp.**
**Ford Motor Company**
**Volkswagon of America, Inc.**
William N. Reed, Walker Jones, III, Barry W. Ford, Scott W. Bates
Baker, Donelson, Bearman & Caldwell
4268 I-55 North Meadowbrook Office Park
Post Office Box 14167
Jackson, MS 39236
(601) 351-2400 phone
(601) 351-2424 fax
wreed@bakerdonelson.com

**Bridgestone/Firestone, Inc.**
Bruce M. Kuehnle, Jr.
Law Offices of Bruce M. Kuehnle, Jr.
322 Main Street
Post Office Box 866
Natchez, MS 39121
(601) 442-2733 phone
(601) 442-4085 fax
kuehnle@bellsouth.com

Phil R. Abernathy
Patricia C. Gandy
Butler, Snow, O'Mara, Stevens & Cannada
210 E. Capital Street, Suite 700
Post Office Box 22567
Jackson, MS 39225
(601) 948-5711 phone
(601) 985-4500 fax
phil.abernathy@butlersnow.com
patty.gandy@butlersnow.com

**Briggs-Stratton Corp.**
Roy A. Smith, Jr.
Daniel Coker Horton & Bell
4400 Old Canton Road Suite 400
Post Office Box 1084
Jackson, MS 39215
(601) 969-7607 phone
(601) 969-1116 fax
rsmith@danielcoker.com

**Borg Warner Corp.**
**Garlock, Inc.**
**Mack Trucks, Inc.**
**Paccar, Inc./Peterbilt Motors, Co.**
**Volvo GM Heavy Trucks Corp.**
Thomas W. Tyner, Dayne M. Lancaster, Christopher O. Massenburg
Aultman, Tyner, Ruffin & Yarborough, LTD.
Post Office Drawer 750
Hattiesburg, MS 3940[illegible]
(601) 583-2671 phone
(601) 583-2677 fax
aulttyn@megagate.com
amoore@megagate.com
dlancaster@megagate.com
cmassenburg@megagate.com

**Caterpillar, Inc.**
**Perkins Engines, Inc.**
**Puckett Machinery Company**
Betty A. Mallett
McGlinchey Stafford
Skytel Center South, Suite 110, 200 South Lamar Street
Post Office Drawer 22949
Jackson, MS 39225
(601) 960-8424 phone
(601) 960-8431 fax
bmallett@mcglinchey.com

**Cummins Engine Company, Inc.**
**McCord Corp.**
Ronald G. Peresich, W. Mark Edwards, Michael E. Whitehead
Page, Mannino, Peresich & McDermott
759 Vieux Marche Mall
Post Office Drawer 289
Biloxi, MS 39533
(228) 374-2100 phone
(228) 432-5539 fax
michael.whitehead@pmp.org
mark.edwards@pmp.org
rgp@pmp.org

**Dana Corporation**
**Pneumo Abex Corp.**
**Teledyne, Inc.**
**TDY Industries**
**Lexington Automotive Parts Company**
Thomas W. Tardy, III, Marcy B. Croft, Richard L. Forman, Craig E. Brasfield
Forman, Perry, Watkins, Krutz & Tardy, PLLC
1200 One Jackson Place, 188 East Capital Street
Post Office Box 22608
Jackson, MS 39225
(601) 960-8600 phone
(601) 960-3241 fax
hardy@fpwk.com
croftmb@fpwk.com
rforeman@fpwk.com
craig@fpwk.com

**Deer & Co., Inc.**
Deborah D. Kuchler
Abbott, Simses & Kuchler
400 Lafayette Street Suite 200
New Orleans, LA 70130
(504) 568-9393 phone
(504) 524-1933 fax
rfontenot@abbott-simses.com

## PANEL SERVICE LIST

**Detroit Diesel Corp.,General Motors Corp.**
**Carl Hogan Automotive, Inc.**
**Fitzner Pontiac, Inc.**
**Herrin Gear Chevrolet Company**
Paul V. Cassisa, Sr., Ann M. Sico
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
Post Office Box 55490
Metairie, LA 70055
(504) 834-2616 phone
(504) 838-9438 fax
cassisa@dixie-net.com

**Goodyear Rubber Company**
C. Michael Evert, Jr., Frances Spinelli
Evert & Weathersby, LLC
3504 Piedmont Road Suite 225
Atlanta, GA 30305
(404) 233-8718 phone
(404) 233-8933 fax
cmevert@ewlaw.com
flspinelli@ewlaw.com

Walter W. Dukes
Dukes, Dukes, Keating and Fanaca
2909 13th Street, 6th Floor
Post Office Drawer W
Gulfport, MS 39502
(228) 868-1111 phone
(228) 863-2886 fax
walter@ddkf.com

**Hennessy Industries, Inc.**
Ashley J. Platt
Brown, Buchanan, Sessoms, PA
3112 Canty Street
Post Office Box 2220
Pascagoula, MS 39569
(228) 762-0035 phone
(228)762-0299 fax
ajp@brownbuchanan.com

**Honeywell International**
Edward J. Currie, Jr., Kristi Duncan Kennedy
Curri Johnson Griffin Gaines & Myers, PA
1044 River Oaks Drove
Post Office Box 750
Jackson, MS 39205
(601) 969-1010 phone
(601) 969-5120 fax
ecurrie@curriejohnson.com
kkennedy@curriejohnson.com

**Kohler Co., Inc.**
William C. Spencer
Mitchell, McNutt & Sams
105 S. Front Street
Post Office Box 7120
Tupelo, MS 38802
(662) 842-3871 phone
(662) 842-8450 fax
wspencer@mitchellmcnutt.com

**Maremont Corp.**
Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard, PLLC
4450 Old Canton Road, Suite 200
Jackson, MS 39211
(601) 354-5400 phone
(601) 355-5850 fax
jphubl@wellsmoore.com

**Motion Control Industries, Inc.**
John J. Hainkel, III,
Frilot, Partridge, Kohnke & Clements, L.C.
3600 Energy Centre, 110 Poydras Street
New Orleans, LA 70163
(504) 599-8000 phone
(504) 599-8100 fax
jjh@fpkc.com

**Lipe Rollway Corporation**
**Motion Control Industries, Inc.**
**Oshkosh Truck Corp.,Genuine Auto Parts,**
**Motor Parts Co. of Yazoo City, Inc.**
William C. Reeves
Smith, Reeves, LLPC
6360 I55N Suite 201
Jackson, MS 39211
(601) 965-7200 phone
(601) 965-7201 fax
breeves@smithreeves.com

**Navistar Int'l Transportation, Corp**
**Metropolitan Life Insurance Company**
Scott W. Welch, III
Butler, Snow, O'Mara, Stevens & Cannada
210 E.Capital Street, Suite 700
Post Office Box 22567
Jackson, MS 39225
(601) 948-5711 phone
(601) 985-4500 fax
scotty.welch@butlersnow.com

**Rechtien International Trucks, Inc.**
**Waters Truck and Tractor**
Thomas Y. Page,
Page, Kruger & Holland, P.A.
10 Canebrake Blvd.
Post Office Box 1163
Jakcson, MS 39215
(601) 420-0333
(601) 420-0033
tpage@pkh.net

Jakcson, MS 39216
(601) 420-0333
(601) 420-0033
jholland@pkh.net

**Napa Auto Parts**
**Service Parts, Inc.**
Marc A. Biggers
Upshaw, Williams, Biggers, Beckham & Riddick, LLP
309 Fulton Street
Post Office Drawer 8230
Greenwood, MS 38935
(662) 455-1613 phone
(662) 453-9245 fax
mbiggers@uwbbr.com

**Premiere Ford, Lincoln, Mercury, Inc.**
Joe E. Basenberg
Hand Arendall, LLC
3000 Amsouth Bank Building 107 Saint Francis Street
Post Office Box 123
Mobile, AL 36602
(251) 694-6264 phone
(251) 694-6375 fax
jbasenburg@handarendall.com

**East Ford, Inc.**
**Herrin-Gear Chevrolet Co.**
Tara S. Clifford
Daniel, Coker, Horton & Bell, LLP
440 Old Canton Road, Suite 400
Post Office Box 1084
Jackson, MS 39215
(601) 969-7607 phone
(601) 969-1116 fax
tclifford@danielcoker.com

Ridgeland, MS 39158
(601) 856-7200 phone
(601) 856-7626 fax
mitchell@cctb.com

**Yazoo Motor Co.**
**Howard Wilson Chrysler Jeep, Inc.**
Kyle S. Moran
Deutsch, Kerrigan & Stiles, LLP
2510 14th Street, Suite 101
Gulfport, MS 39501
(228) 864-0161 phone
(228) 863-5278 fax
morank@phelps.com

**Delta Parts & Machinery, Inc.**
**Buddy Jones Ford Lincoln Mercury, Inc.**
Chris H. Deaton
Deaton & Deaton, PA
84 Clark Blvd.
Post Office Box 1726
Tupelo, MS 38802
(662) 844-2055 phone
(662) 840-6039 fax
chrisd@deatonanddeaton.com

**Columbus Motor Company**
Ronald L. Roberts
Mitchell McNutt & Sams
215 Fifth Street North
Post Office Box 1366
Columbus, MS 39703
(662) 328-2316 phone
(662) 328-8035 fax
rroberts@mitchelmcnutt.com

## PANEL SERVICE LIST

**Mills Morris Company of Columbus/Mid City Auto Parts, Inc.**
Aubrey E. Nichols
Gholson, Hicks & Nichols
710 Main Street
Post Office Box 1111
Columbus, MS 39703
(662) 243-7300 phone
(662) 327-5217 fax
anichols@ghnlaw.com

**Blackwell Chevrolet**
**Motor Supply Company, Inc.**
James Holland
Page, Kruger & Holland, P.A.
10 Canebrake Blvd.
Post Office Box 1163
Jakcson, MS 39215
(601) 420-0333
(601) 420-0033
**jholland@pkh.net**

**Napa Auto Parts**
**Service Parts, Inc.**
Marc A. Biggers
Upshaw, Williams, Biggers, Beckham & Riddick, LLP
309 Fulton Street
Post Office Drawer 8230
Greenwood, MS 38935
(662) 455-1613 phone
(662) 453-9245 fax
mbiggers@uwbbr.com

**Premiere Ford, Lincoln, Mercury, Inc.**
Joe E. Basenberg
Hand Arendall, LLC
3000 Amsouth Bank Building 107 Saint Francis Street
Post Office Box 123
Mobile, AL 36602
(251) 694-6264 phone
(251) 694-6375 fax
jbasenburg@handarendall.com

**East Ford, Inc.**
**Herrin-Gear Chevrolet Co.**
Tara S. Clifford
Daniel, Coker, Horton & Bell, LLP
440 Old Canton Road, Suite 400
Post Office Box 1084
Jackson, MS 39215
(601) 969-7607 phone
(601) 969-1116 fax
tclifford@danielcoker.com

**England Motor Co.**
Bradley F. Hathaway
Campbell, Delong, Hagwood & Wade, LLP
923 Washington Avenue
Post Office Box 1856
Greenville, MS 38702
(662) 335-6011 phone
(662) 334-6407 fax
jdare@cdhwllp.com
**bhathaway@cdhwllp.com**

**Rogers Part, Inc.**
J. Tucker Mitchell
Copeland, Cook, Taylor & Bush
200 Concourse Suite 200
1062 Highland Colony Parkway
Post Office Box 6020
Ridgeland, MS 39158
(601) 856-7200 phone
(601) 856-7626 fax
tmitchell@cctb.com

**Yazoo Motor Co.**
**Howard Wilson Chrysler Jeep, Inc.**
Kyle S. Moran
Deutsch, Kerrigan & Stiles, LLP
2510 14th Street, Suite 101
Gulfport, MS 39501
(228) 864-0161 phone
(228) 863-5278 fax
morank@phelps.com

**Delta Parts & Machinery, Inc.**
**Buddy Jones Ford Lincoln Mercury, Inc.**
Chris H. Deaton
Deaton & Deaton, PA
84 Clark Blvd.
Post Office Box 1726
Tupelo, MS 38802
(662) 844-2055 phone
(662) 840-6039 fax
chrisd@deatonanddeaton.com

**Columbus Motor Company**
Ronald L. Roberts
Mitchell McNutt & Sams
215 Fifth Street North
Post Office Box 1366
Columbus, MS 39703
(662) 328-2316 phone
(662) 328-8035 fax
rroberts@mitchelmcnutt.com