JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

MAR 2 5 2004

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
MDL DOCKET NO. 875

TO: VIA FACSIMILE (202) 502-2888
MICHAEL J. BECK, CLERK OF THE PANEL
ONE COLUMBUS CIRCLE N.E.
THRUGOOD MARSHALL FEDERAL JUDICIARY BUILDING
WASHINGTON, D.C. 20002-8004

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

Pleas Ozell Rosamond, et al.                                    **PLAINTIFFS**

V.                                              Civil Action No. 3:3CV235-M-A

Garlock Sealing Technologies, Inc.,
f/k/a Garlock, Inc., et al.                                     **DEFENDANTS**

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

Plaintiffs file this Notice of Opposition to the Conditional Transfer Order entered by the Judicial Panel on Multidistrict Litigation on March 10, 2004, for the following reasons:

1. Jurisdiction and venue of this matter are proper in the Circuit Court of Montgomery County, Mississippi.

2. Defendants' Notice of Removal is improvident.

3. Defendants' Notice of Removal was not timely filed which requires immediate remand.

4. All Defendant's have not joined in the improvident removal which also requires immediate remand.

5. The Defendants' bases for removal, namely, that there was fraudulent joinder of Mississippi resident Defendants, are baseless.

6. Plaintiffs have filed a Motion to Remand with supporting brief, which is currently pending before the United States District Court, Northern District of Mississippi, Western Division.

7. Transfer is not appropriate because subject matter jurisdiction does not exist for any federal court in this case.

8. Transfer is not appropriate because this case involves only Mississippi state law claims.

9. Transfer will not further the convenience of the parties or witnesses.

10. Transfer will not advance the just and efficient conduct of this case.

11. Discovery is ongoing in this case which is set for trial on July 5, 2004 in the Circuit Court of Montgomery County, Mississippi.

WHEREFORE, Plaintiffs respectfully submit this Notice of Opposition to the Conditional Transfer Order entered by the Judicial Panel on Multidistrict Litigation on March 10, 2004, and request such other relief, general and special, legal and equitable, to which Plaintiffs have shown themselves justly entitled.

Respectfully submitted,

Grady F. Tollison, MSB #8240
LeRoy D. Percy, MSB # 10454
Tollison Law Firm, P.A.
100 Courthouse Square
P.O. Box 1216
Oxford, MS 38655
662-234-7070
662-234-7095 (Fax)
e-mail: grady@tollisonlaw.com

AND

William H. Liston, MSB #1277
John M. "Mickey" Montgomery
MSB #3418
P.O. Box 645
Winona, MS 38967
662-283-2132
662-283-3742 (Fax)
e-mail: bliston@liston-lancaster.com

AND

Zollie C. Steakley, MSB #100517
Dudley G. Jordan, MSB #100522
Campbell~Cherry~Harrison~
Davis~Dove, P.C.
3003 Lakeland Cove, Suite F
Jackson, MS 39208
601-420-6868
601-420-9292 (Fax)
e-mail: zollie@thetriallawyers.com

ATTORNEYS FOR PLAINTIFFS

BY: _____
DUDLEY G. JORDAN

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 25 2004

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I, Dudley G. Jordan, one of the attorneys for the Plaintiffs, do hereby certify that a true and correct copy of this instrument was served by First Class U.S. Mail upon all counsel and parties on the attached service list.

This the 24th day of March 2004.

_____
Dudley G. Jordan

RECEIVED
CLERK'S OFFICE
2004 MAR 25 A 10:09
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SERVICE LIST

Charles H. Abbott
Abbott, Simses & Kuchler
400 Lafayette St., Suite 200
New Orleans, LA 70130

Deborah D. Kuchler
Abbott, Simses & Kuchler
400 Lafayette St., Suite 200
New Orleans, LA 70130

David S. Pokela
Adams, Kleemeier, Hagan,
   Hannah & Fouts
P.O. Box 3463
Greensboro, NC 27402

David Foxwell Albright, Sr.
Albright & Goertemiller, LLC
120 E. Baltimore Street, Suite 2150
Baltimore, MD 21202

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502-4108

Michael T. Tomlin
Anania, Bandklayder, Blackwell,
   Baumgarten, et al
Bank of America Tower
100 Southeast 2nd St., Suite 4300
Miami, FL 33131-2144

Geffrey W. Anderson
Anderson Smyer & Riddle
1300 S. University Dr., Suite 110
University Centre I
Fort Worth, TX 76107

Thomas W. Taylor
Andrews & Kurth
600 Travis, Suite 4200
Houston, TX 77002

Feliz A. Rael
Atkinson & Thal
201 Third St., N.W. #1850
Albuquerque, NM 87102

Troy N. Bell
Aultman, Tyner, Ruffin &
   Yarborough, Ltd.
400 Poydras Street, Suite 1900
New Orleans, LA 70130

William N. Graham
Aultman, Tyner, Ruffin &
   Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

Daphne M. Lancaster
Aultman, Tyner, Ruffin &
   Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

Thomas W. Tyner
Aultman, Tyner, Ruffin &
   Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

Laura E. Kugler
Bailey Crowe & Kugler
4600 Bank of America Plaza
901 Main St.
Dallas, TX 75202

Mel D. Bailey
Bailey, Crowe & Kugler
4600 Bank of America Plaza
901 Main Street
Dallas, TX 75202

Michael Lamar Brem
Baker & Botts
One Shell Plaza
910 Louisiana
Houston, TX 77002-4995

Robin E. Harvey
Baker & Hostetler
312 Walnut St., Suite 3200
Cincinnati, OH 45202

Robert M. Arentson, Jr.
Baker, Donelson, Bearman,
   Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Scott W. Bates
Baker, Donelson, Bearman,
   Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Barry C. Campbell
Baker, Donelson, Bearman,
   Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Lawrence M. Coco, III
Baker, Donelson, Bearman,
   Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Barry W. Ford
Baker, Donelson, Bearman,
   Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

William Pearce Davis
Baker, Ravenel & Bender
P.O. Box 8057
Columbia, SC 29202

David A. Barfield
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-3979

Kimberly P. Wallace
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-3979

James H. Elliott, Jr.
Barnwell, Whaley, Patterson
   & Helms
885 Island Park Drive
Charleston, SC 29492-0197

Gregory L. Deans
Beirne, Maynard & Parsons
1700 Pacific Ave., Suite 5
Dallas, TX 75201

David F. Albright, Jr.
Bennett & Albright, PA
200 Court Square Building
200 E. Lexington Street
Baltimore, MD 21202

Richard V. Bennett
Bennett & Guthrie, PLLC
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Donald J. Berger
Berger Gamage
110 S. Taylor Street
South Bend, IN 46601

Ann M. Sico
Bernard, Cassisa, Elliott & Davis
P.O. Box 55490
Metairie, LA 70055-5490

Susan J. Cole
Bice Cole Law Firm
2801 Ponce De Leon Blvd.,
   Suite 550
Coral Gables, FL 33134-6920

Dennis F. Cantrell
Bingham McHale, LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204

John J. Nagle, III
Bodie, Nagle, Dolina, Smith
    & Hobbs, PA
21 W. Susquehanna Ave.
Towson, MD 21204

Kevin O. Kadlec
Bonezzi, Switzer, Murphy & Polito
1400 Leader Bldg.
526 Superior Ave.
Cleveland, OH 44114-1491

Lee Ruffin Wilson
Bowers Orr, LLP
P.O. box 25389
Columbia, SC 29224

Patricia K. Andrews
Brown McCarroll & Oaks Hartline
111 Congress Ave., Suite 1400
Austin, TX 78701

Tammy M. Holt
Brown McCarroll & Oaks Hartline
2000 Trammel Crow Center
20001 Ross Avenue
Dallas, TX 75201

Patrick R. Buchanan
Brown, Buchanan & Sessoms, P.A.
P.O. Box 1377
Biloxi, MS 39533-1377

Steven B. Dick
Brown, Buchanan & Sessoms, P.A.
P.O. Box 2220
Pascagoula, MS 39569-2220

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402

Bruce M. Kuehnle, Jr.
Bruce M. Kuehnle, Jr., PLLC
P.O. Box 866
Natchez, MS 39121-0866

Jeffrey W. Ruple
Buckley King
1400 Bank One Center
600 Superior Ave.
Cleveland, OH 44114

Rebecca C. Sechrist
Bunda Stutz & Dewitt
One Seagate, Suite 650
Toledo, OH 43604

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

W. S. Welch
Butler, Snow, O'Mara, Stevens
    & Cannada
Deposit Guaranty Plaza, 17th Floor
210 East Capitol St.
Jackson, MS 39225

James H. Bolin
Butler, Snow, O'Mara, Stevens
    & Cannada
P.O. Box 22567
Jackson, MS 39225

Patricia C. Gandy
Butler, Snow, O'Mara, Stevens
    & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Mark W. Garriga
Butler, Snow, O'Mara, Stevens
    & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Utah Railway Co.
C/O CT Corporation System
50 W. Boradway, 8th Floor
Salt Lake City, UT 84101

Bradley F. Hathaway
Campbell, Delong, Hagwood
    & Wade
P.O. Box 1856
Greenville, MS 38702-1856

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607

Deetrie D. Montgomery
Clark, Scott & Streetman
P.O. Box 113847
Jackson, MS 39236-3847

Clyde L. Nichols, III
Clark, Scott & Streetman
P.O. Box 13847
Jackson, MS 39236-3847

James P. Streetman, III
Clark, Scott & Streetman
447 Northpark Dr.
P.O. Box 13847
Ridgeland, MS 39236-3847

Lawrence A. Lynn
Coats Rose Yale Holm
    Ryman & Lee
1001 Fannin
800 First City Tower
Houston, TX 77002

Stefan R. Hughes
Cole, Moore & Baker
P.O. Box 10240
Bowling Green, KY 42102

Patrick T. Tierney
Collins, Buckley, Sauntry & Haugh
West 1100 First National Bank Bldg
332 Minnesota St.
St. Paul, MN 55101

Wilbur O. Colom
Colom Law Firm
P.O. Box 866
Columbus, MS 39703-0866

Michael T. Bartley
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Monte L. Barton
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158

William Howard Farrell
Cotton & Farrell
801 Congress, Suite 400
Houston, TX 77002

James R. Eyler
Court of Special Appeals
    of Maryland
361 Rowe Blvd.
Annapolis, MD 21401

Edward J. Currie, Jr.
Currie, Johnson, Griffin,
    Gaines & Myers
P.O. Box 750
Jackson, MS 39205-0750

Kristi A. Duncan
Currie, Johnson, Griffin,
    Gaines & Myers
P.O. Box 750
Jackson, MS 39205-0750

Charles H. Hathorn
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

David M. Lipman
David P. Lipman, P.A.
5901 S.W. 74th St., Suite 304
Miami, FL 33143

H. Lee Davis, Jr.
Davis & Hamrick, LLP
P.O. Drawer 20039
Winston-Salem, NC 27120-0039

Rodney A. Dean
Dean & Gibson, LLP
Cameron Brown Bldg., Suite 900
301 S. McDowell Street
Charlotte, NC 28204

Chris H. Deaton
Deaton & Deaton, P.A.
113 Clark Street, Suite 5
Tupelo, MS 38804

Stephen B. Evans
Deeba, Sauter, et al
3415 Hampton Ave.
St. Louis, MO 63139

Gary D. Eliston
DeHay & Elliston, LLP
3500 Bank of America Plaza
901 Main Street
Dallas, TX 75202-3736

Janet L. MacDonell
Deutsch, Kerrigan & Stiles
755 Magazine St.
New Orleans, LA 70130

George M. Schumann
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

Nathan A. Bosio
Dogan & Wilkinson, PLLC
P.O. Box 1618
Pascagoula, MS 39568-1618

David W. Dogan, III
Dogan & Wilkinson, PLLC
P.O. Box 23062
Jackson, MS 39225-3062

John B. Edwards
Dogan & Wilkinson, PLLC
P.O. Box 1618
Pascagoula, MS 39568-1618

David L. Trewolla
Dogan & Wilkinson, PLLC
P.O. Box 23062
Jackson, MS 39225-3062

Robert W. Wilkinson
Dogan & Wilkinson, PLLC
P.O. Box 1618
Pascagoula, MS 39568-1618

Janet W. Black
Donaldson & Black, P.A.
208 West Wendover Avenue
Greensboro, NC 27401

David A. Temple
Drewry Simmons Pitts & Vornehm
8888 Keystone Crossing, Suite 1200
Indianapolis, IN 46240

Hector Ralph Rivera
Duane Morris LLP
200 South Biscayne Blvd.,
    Suite 3400
Miami, FL 33131

David Duke
Duke Law Firm
236 Westview Terrace
Arlington, TX 76013

Walter W. Dukes
Dukes, Dukes, Keating & Faneca
P.O. Drawer W
Gulfport, MS 39502-0680

Kenneth D. Rhodes
Dunn, Kacal, Adams, et al
America Tower
One Riverway, Suite 1200
Houston, TX 77056

Robert L. Adams
Dunn, Kacal, Adams, Pappas
    & Law
One Riverway, Suite 1200
Houston, TX 77056

Lily C. Myers
Dunn, Kacal, Adams, Pappas
    & Law
900 Jackson St., Suite 330
Dallas, TX 75202

Keith E. Coltrain
Elmore & Walls, P.A.
P.O. Box 10937
Raleigh, NC 27605

Nicholas L. Evanchan, Jr.
Evanchan & Palmisano
1225 West Market Street
Akron, OH 44313

Ivan A. Gustafson
Evert & Weathersby
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

Charles M. Evert
Evert & Weathersby, LLC
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

Richard M. Lauth
Evert & Weathersby, LLC
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

Frances L. Spinelli
Evert & Weathersby, LLC
3405 Piedmont Road, NE, Suite 225
Atlanta, GA 30305

Jennifer M. Techman
Evert & Weathersby, LLC
3405 Piedmont Road, N.E.,
    Suite 225
Atlanta, GA 30305

Mark J. Fellman
Fellman Law Office
213 4th Street East, Suite 200
St. Paul, MN 55101

Christopher E. Fitzgerald
Fitzgerald & Associates, PLLC
2113 Government Street, D-3
Ocean Springs, MS 39564

James T. Foley
Foley & Boyd
First Place, Suite 404
Tyler, TX 75702

Jana Marie Fried
Foley & Mansfield
4770 Biscayne Blvd., Suite 1030
Miami, FL 33137

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Bldg.,
    Suite 1000
Independence Mall East
Philadelphia, PA 19106

T. H. Cole
Forman, Perry, Watkins, Krutz
    & Tardy LLP
P.O. Box 22608
Jackson, MS 39225-2608

Marcy L. Bryan
Forman, Perry, Watkins, Krutz
    & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Marcy B. Croft
Forman, Perry, Watkins, Krutz
  & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Richard M. Crump
Forman, Perry, Watkins, Krutz
  & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Richard L. Forman
Forman, Perry, Watkins, Krutz
  & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Laura A. Frase
Forman, Perry, Watkins, Krutz
  & Tardy, LLP
2001 Bryan St., Suite 1300
Dallas, TX 75201-3008

Amanda D. Summerlin
Forman, Perry, Watkins, Krutz
  & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Jenifer E. Novak
Frantz Ward
55 Public Square, 19th Floor
Cleveland, OH 44113

Harold J. Friedman
Friedman Gaythwaite
  Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

Kevin C. Alexanderson
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Ave.
Cleveland, OH 44115

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Ave.
Cleveland, OH 44115

J. Michael Jordan
Garderc Wynne Swell
Wells Fargo Bank Plaza
1000 Louisiana, Suite 3400
Houston, TX 777002-5007

George C. Doub, Jr.
George C. Doub, Jr., P.C.
12 West Madison Street
Baltimore, MD 21201-5231

Michael J. Nichols
Gholson, Hicks & Nichols
P.O. Box 1111
Columbus, MS 39703-1111

Richard S. Glasser
Glasser & Glasser, PLC
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

John E. Conley
Glasser & Glasser, PLC
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510-2212

Marc C. Greco
Glasser & Glasser, PLC
Crown Center Bldg., Suite 600
580 E. Main St.
Norfolk, VA 23510

H. Seward Lawlor
Glasser & Glasser, PLC
580 East Main Street
600 Crown Center
Norfolk, VA 23510-3312

Donald E. Godwin
Godwin & Gruber, P.C.
Renaissance Tower
1201 Elm St., Suite 1700
Dallas, TX 75270

John W. Petereit
Godwin Gruber, P.C.
1201 Elm St., Suite 1700
Dallas, TX 75270-2084

Michael John Ramirez
Godwin Gruber, P.C.
Renaissance Tower
1201 Elm St., Suite 1700
Dallas, TX 75270-2084

Peter T. Paladino, Jr.
Goldberg, Persky Jennings & White
Ketchum Center, 3rd Floor
1030 5th Ave.
Pittsburgh, PA 15219

Ellen B. Furman
Goldfein & Hosmer
1600 Market St., 33rd Floor
Philadelphia, PA 19103

David W. Allen
Goodell, DeVries, Leech & Dann
One South Street, 20th Floor
Baltimore, MD 21202

Gene Locks
Greitzer & Locks
1500 Walnut St.
Philadelphia, PA 19102

Lucien C. Gwin, Jr.
Gwin, Lewis & Punches
P.O. Box 1344
Natchez, MS 39121-1344

David K. Groome
Hailey, McNamara, Hall,
  Larmann & Papale
P.O. Box 8288
Metarie, LA 70011-8288

Richard E. Fay
Hamilton Gaskins Fay & Moon
2020 Charlotte Plaza
201 South College Street
Charlotte, NC 28244-2020

Joe E. Basenberg
Hand, Arendall, LLC
P.O. Box 123
Mobile, AL 36601

James M. Harris, Jr.
Harris Lively, Duesler & Hatfield
P.O. Box 830
550 Fannin, Suite 650
Beaumont, TX 77704

Monica F. Patterson
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree St., N.E.
Atlanta, GA 30308-3243

Patrick J. Stubbs
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree St., N.E.
Atlanta, GA 30308-3243

Robert E. Thackston
Hawkins, Parnell & Thackston
4514 Cole Ave., Suite 550
Dallas, TX 75202

John B. McLeod
Haynsworth, Marion, McKey
  & Guerard
75 Beattie Place, 11th Floor
Greenville, SC 29601

James B. Pressly, Jr.
Haynsworth, Sinkler & Boyd
75 Beattie Place, 11th Floor
P.O. Box 2048
Greenville, SC 29602

Moffatt Grier McDonald
Haynsworth, Sinkler & Boyd
P.O. Box 2048
Greenville, SC 29602

Francis M. Hadden
Hecker, Brown, Sherry & Johnson
1700 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Jeffrey A. Kadis
Hedrick, Eatman, Gardner
 & Kincheloe
P.O. Box 30397
Charlotte, NC 28230

Gordon James, III
Heinrich, Gordon, Hargrove,
 Weihe & James
Broward Financial Ctr, Suite 1000
500 East Broward Blvd.
Fort Lauderdale, FL 33394-3092

Jack C. Helgesen
Helgesen, Waterfall & Jones
4605 Harrison Blvd., Suite 300
Ogden, UT 84403

Myron Shapiro
Herzfeld & Rubin, P.C.
80 S.W. 8th St., Suite 1920
Miami, FL 33130

Christopher P. Larson
Heyl, Royster, Voelker & Allen
600 Bank One Building
124 Southwest Adams
Peoria, IL 61602

Tobin J. Taylor
Heyl, Royster, Voelker & Allen
600 Bank One Building
124 Southwest Adams
Peoria, IL 61602

Knight S. Anderson
Hill, Fulwider, McDowell,
 Funk & Matthews
2000 INB Tower
One Indiana Square
Indianapolis, IN 46204-2031

Daniel W. McGrath
Hinshaw & Culbertson
222 N. Lasalle St., Suite 300
Chicago, IL 60601-1081

Lanny R. Holbrook
Holbrook & Associates
1400 Fourth & Race Tower
One East Fourth Street
Cincinnati, OH 45202

Michael N. Watts
Holcomb, Dunbar
P.O. Box 707
Oxford, MS 38655

Chris N. Kolos
Holland & Knight, LLP
200 S. Orange Ave., Suite 2600
P.O. Box 1526
Orlando, FL 32801

Alben N. Hopkins
Hopkins, Barvie & Hopkins
2701 24th Avenue
P.O. Box 1510
Gulfport, MS 39502-1510

Shawn C. Reed
Howard & Reed
516 N. Columbia St.
Covington, LA 70433

D. Douglas Howard, Jr.
Howard, Laudumiey, et al
P.O. Box 50430
839 St. Charles Ave., Suite 306
New Orleans, LA 70150

Scott A. Britton-Mehlisch
Humphrey, Farrington, McClain
 & Edgar
221 W. Lexington, Suite 400
P.O. Box 900
Independence, MO 64051

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd St.
Richmond, VA 23219

A. Todd Brown
Hunton & Williams
Bank of America Plaza
101 Sout Tryon Street, Suite 3500
Charlotte, NC 28280

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Susan M. Hull
Jenkens & Gilchrist
Fountain Place, Suite 3200
1445 Ross Ave.
Dallas, TX 75202

Carter T. Lambeth
Johnson & Lambeth
P.O. Box 660
Wilmington, NC 28402

Robert L. Norton
Jones & Granger
10000 Memorial Dr., Suite 888
P.O. Box 4340
Houton, TX 77210-4340

Joseph Stalmack
Joseph Stalmack & Associates, P.C.
5253 Hohman Ave.
P.O. Box 1150
Hammond, IN 46320

S. B. Windham
Jude & Jude, PLLC
P.O. Box 17468
Hattiesburg, MS 39404-7468

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

George S. McCall
Kern & Wooley, LLP
5215 N. O'Connor Rd, Suite 1700
Irving, TX 75039

J. Ric Gass
Kravit, Gass, Hovel & Leitner, S.C.
825 N. Jefferson St., Suite 500
Milwaukee, WI 53202-3721

Kenneth L. Weltz
Lathrop & Gage, L.C.
10851 Mastin Blvd.
Building 82, Suite 1000
Overland Park, KS 66210-1669

Evan J. Palik
Law Office of Evan J. Palik
918 Terminal Tower
50 Public Square
Cleveland, OH 44113-2203

Steven Wentzel Smith
Law Office of Peter G. Angelos
One Charles Center
100 N. Charles St., 22nd Floor
Baltimore, MD 21201

Thomas F. Dougall
Law Office of Thomas F. Dougall
1713 Woodcreek Farms Road
Elgin, SC 29045

Thomas W. Hayes
Law Office of William M. Koziol
One Kemper Dr.
Long Grove, IL 60049

Kathleen M. Brown
Law Offices of Peter G. Angelos
5905 Harford Road
Baltimore, MD 21214

Gary Scott Tosadori
Law Offices of Peter G. Angelos
5905 Harford Road
Baltimore, MD 21214

Marlo Ann Trotta
Law Offices of Peter G. Angelos
5905 Harford Road
Baltimore, MD 21214

Timothy W. Bouch
Leath, Bouch & Crawford
P.O. Box 59
Charleston, SC 29402

Jody E. Anderman
LeBlanc & Waddell, LLC
5353 Essen Lane, Suite 420
Baton Rouge, LA 70809

John M. Fitzpatrick
LeClair, Ryan, P.C.
707 East Main St., 11th Floor
Richmond, VA 23219

Lewis Charles Miltenberger
Lewis C. Miltenberger & Associates
108 W. 8th St., Suite 500
Fort Worth, TX 76102

Scott A. Wissel
Lewis, Rice & Fingersh, LC
One Petticoat Lane
1010 Walnut, Suite 500
Kansas City, MO 64106

William H. Liston, III
Liston / Lancaster
P.O. Box 645
Winona, MS 38967-0645

Patricia A. Burke
Littler Mendelson, PC
33 South 6th Street, Suite 3110
Minneapolis, MN 55402

Cole D. Bond
Locke Liddell & Sapp, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776

John L. Hill, Jr.
Locke Liddell & Sapp, LLP
3400 J.P. Chase Tower
600 Travis St.
Houston, TX 77002

Michael A. Bergin
Locke Reynolds LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961

John J. Boyd, Jr.
Lord & Whip, P.A.
Charles Center South
36 S. Charles Street, 10th Floor
Baltimore, MD 21201

Ann Marie Walsh
Lord, Bissell & Brook, LLP
115 South La Salle St.
Chicago, IL 60603

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant St.
Pittsburgh, PA 15219

H. Forest Horne, Jr.
Martin & Jones
410 Glenwood Ave., Suite 200
Raleigh, NC 27603

E. Spencer Parris
Martin & Jones
410 Glenwood Ave., Suite 200
Raleigh, NC 27603

Mark S. Thomas
Maupin, Taylor & Ellis
P.O. Drawer 19764
Raleigh, NC 27619-9764

Betty A. Mallett
McGlinchey Stafford
P.O. Box 22949
Jackson, MS 39225-2949

Eric Alan Shuman
McGlinchey Stafford
643 Magazine St.
New Orleans, LA 70055-5490

Barbara J. Barron
Mehaffy & Weber, P.C.
P.O. Box 16
Beaumont, TX 77704

F. Ford Loker
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202-1487

John P. Sweeney
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202-1487

William C. Spencer
Mitchell, McNutt & Sams, P.A.
P.O. Box 7120
Tupelo, MS 38802-7120

Ronald L. Roberts
Mitchell, McNutt & Sams, P.A.
P.O. Box 1366
Columbus, MS 39703-1366

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Trudy Hartzog Robertson
Moore & Van Allen, PLLC
P.O. Box 22828
Charleston, SC 29413-2828

Michael R. Ward
Morris & Morris
1200 Ross Building
801 E. Main St.
Richmond, VA 23218-0030

James C. Morrow
Morrow, Willnauer & Klosterman
901 E. 104th St., Suite 610
Executive Hills East Building B
Kansas City, MO 64131-4509

James W. Ledlie
Motley, Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Fred Thompson
Motley, Rice LLP
1750 Jackson St.
Barnwell, SC 29812

Ronald L. Motley
Motley, Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Lauren Miller Robbins
Munisteri, Sprott, Lefevre & Rigby
3323 Richmond Ave., Suite A
Houston, TX 77098

Robert T. Shaffer, III
Murphy & Shaffer
36 South Charles St., Suite 1400
Baltimore, MD 21202-1019

Herbert I. Waldman
Nagel, Rice & Mazie, LLP
301 S. Livingston Ave., Suite 201
Livingston, NJ 07039

Tracy E. Tomlin
Nelson, Mullins, Riley
 & Scarborough
100 North Tryon St., Suite 2400
Charlotte, NC 28202-4000

William T. Causby
Nelson, Mullins, Riley &
  Scarborough, LLP
1330 Lady Street, Keenan Bldg.,
3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

William S. Davies, Jr.
Nelson, Mullins, Riley &
  Scarborough, LLP
1330 Lady Street, Keenan Bldg.,
3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Jeremy W. North
North & Cobb, P.A.
7313 York Road
Towson, MD 21204

Keith D. Obert
Obert Law Group, P.A.
P.O. Box 2081
Madison, MS 39130-2081

Reginald S. Kramer
Oldham & Dowling
195 South Main St., Suite 300
Akron, OH 44308-1314

Cowles E. Symmes
Page, Mannino & Peresich
759 Vieux Marche' Mall
P.O. Drawer 289
Biloxi, MS 39533-0289

W. M. Edwards
Page, Mannino, Peresich, Dickinson
  & McDermott
P.O. Drawer 289
Biloxi, MS 39533

Patricia A. Dicke
Page, Mannino, Peresich &
  McDermott
P.O. Drawer 289
Biloxi, MS 39533

Ronald G. Peresich
Page, Mannino, Peresich &
  McDermott
P.O. Drawer 289
759 Vieux Marche' Mall
Biloxi, MS 39533-0289

Christopher M. Parks
Parker & Parks, LLP
One Plaza Square
Port Arthur, TX 77642

Thomas M. Buckley
Patterson, Dulthey, Clay,
  Bryson & Anderson
4020 WestChase Blvd., Suite 550
Raleigh, NC 27607

James J. Fabian
Pfeifer & Fabian
326 Saint Paul Place, Suite 100
Baltimore, MD 21202

Richard C. Biedrzycki
Phelan, Pettit & Biedrzycki
121 South Broad Street, Suite 1600
Philadelphia, PA 19107

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Carl E. Pierce, II
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Kenneth K. Kyre, Jr.
Pinto, Coates, Kyre & Brown
P.O. Box 4848
Greensboro, NC 27404

Jay I. Morstein
Piper Rudnick, LLP
6225 Smith Avenue
Baltimore, MD 21209-3600

Patrick C. Malouf
Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236

Timothy W. Porter
Porter & Malouf, P.A.
4670 McWillie Dr.
P.O. Box 12768
Jackson, MS 39236

Stephen M. Fowler
Pullin, Knopf, Fowler & Flanagan
Bank One Center, Suite 1000
707 Virginia Street East
Charleston, WV 25301

William P. Croke
Quale, Feldbruegge, Calvelli,
  Thom & Croke
710 N. Plankinton Ave., 9th Floor
Milwaukee, WI 53203-2404

Beth A. Sebaugh
Quandt, Giffels, Buck & Rodgers
1400 Leader Building
52 Superior Avenue
Cleveland, OH 44114

Peter A. Moir
Quilling, Selander, et al
2001 Bryan St., Suite 1800
Dallas, TX 75201

Charles E. Sorey, II
Ramsey Law Firm, P.C.
21 North Florida St.
Mobile, AL 36607

William W. Webster, II
Ray Valdez McChristian & Jeans
101 Summit Ave., Suite 705
Fort Worth, TX 76102

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market St.
Philadelphia, PA 19103

Michael T. Flynn
Reinhart, Boerner, Van Deuren
1000 N. Water St., Suite 2100
P.O. Box 2965
Milwaukee, WI 53202-2965

Steven J. Pugh
Richarson, Plowden, Carpenter
  & Robinson, P.A.
P.O. Drawer 7788
Columbia, SC 29202

Jeffrey M. Bell
Ritter, Chusid, Bivona & Cohen
7000 W. Palmetto Prk Rd, Suite 400
Boca Raton, FL 33433

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Joe D. Wells
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018-8008

Peter J. Frommer
Ruden, McClosky, Smith, et al.
701 Brickell Ave., Suite 1900
Miami, FL 33131

Robert John Hanreck
Rumberger, Kirk & Caldwell
80 SW 8th St., Suite 3000
Miami, FL 33130-3047

Matthew F. Powers
Samson & Powers, PLLC
P.O. Box 1417
Gulfport, MS 39502-1417

Elizbeth K. Niendorf
Schiff, Hardin & Waite
233 South Wacker Dr.
6600 Sears Tower
Chicago, IL 60606

Michael E. Jackson
Schwarzwald & McNair
616 Penton Media Bldg.
1300 East Ninth St.
Cleveland, OH 44114-1503

Diana R. Warnecke
Sedgwick Detert, et al.
1717 Main St., Suite 5400
Dallas, TX 75201

James R. Williams
Segal, McCambridge, Singer & Mahoney, Ltd.
330 North Wabash, Suite 200
Chicago, IL 60611

Jesse Matthew Butler
Segal, McCambridge, Singer & Mahoney, Ltd.
100 Congress Ave., Suite 700
Austin, TX 78701

Melissa K. Ferrell
Segal, McCambridge, Singer & Mahoney, Ltd.
100 Congress Ave., Suite 700
Austin, TX 78701

Jason L. Kennedy
Segal, McCambridge, Singer & Mahoney, Ltd.
One IBM Plaza
330 N. Wabash Ave., Suite 1800
Indianapolis, IN 46204

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025

Dan Shaked
Shaded & Posner
225 West 34th St., Suite 1111
New York, NY 10122

Kelley M. Berry
Shannon Law Firm
100 West Gallatin Street
P.O. Drawer 869
Hazelhurst, MS 39083

Adam M. Chud
Shea & Gardner
1800 Massachusetts Ave., NW
Washington, DC 20036

James L. Ware
Shechy, Serpe & Ware, P.C.
2500 Two Houston Centre
909 Fanin
Houston, TX 77010-1003

Michael S. Polk
Sieben, Polk, LaVerdiere, Jones & Hawn
999 Westview Dr.
Hastings, MN 55033

Dixie T. Wells
Smith Moore, LLLP
P.O. Box 21927
Greensboro, NC 27420

Kirk G. Warner
Smith, Anderson, Blount, et al.
P.O. Box 2611
Raleigh, NC 27602-2611

Timothy Peck
Smith, Helms, Mulliss & Moore
P.O. Box 21927
Greensboro, NC 27420

William C. Reeves
Smith, Reeves & Yarborough
6360 I-55 North, Suite 201
Jackson, MS 39211

Timothy Kent Masterson
Spence, Ricke, Sweeney & Gernes
600 Degree of Honor Building
325 Cedar St.
St. Paul, MN 55101

John G. Bissell
Strong, Pipkin, Nelson & Bissell
1111 Bagby Street, Suite 2300
Houston, TX 77002

Michael Hendryx
Strong, Pipkin, Nelson & Bissell
1111 Bagby St., Suite 2300
Houston, TX 77002-2546

Brian A. Hinton
The Colom Law Firm
P.O. Box 866
Columbus, MS 39703

Heather M Mackenzie
Thompson & Knight
1700 Pacific Ave., Suite 3300
Dallas, TX 75201-4693

Dawn M. Wright
Thompson & Knight
1700 Pacific Ave., Suite 3300
Dallas, TX 75201

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

David M. Taylor
Thompson, Coe, Cousins & Irons
700 N. Pearl St., 25th Floor
Dallas, TX 75201

Michael P. Thornton
Thornton & Naumes LLP
100 Summer St., 30th Floor
Boston, MA 02110

Grady F. Tollison, Jr.
Tollison, Austin & Twiford
P.O. Box 1216
103 N. Lamar Ave.
Oxford, MS 38655-1216

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. box 998
Cedar Rapids, IA 82406

Willis R. Tribler
Tribler, Orpett & Crone
30 North LaSalle St., Suite 2200
Chicago, IL 60602

Joseph J. Morford
Tucker Ellis & West LLP
1100 Huntington Bldg.
925 Euclid Ave.
Cleveland, OH 44115-1475

Kyle A. Pinkerton
Tyner Law Firm
5750 I-55 North
Jackson, MS 39211

Bruce P. Mandel
Ulmer & Berne, LLP
1300 E. Ninth St.
900 Bond Court Building
Cleveland, OH 44114

Glenn F. Beckham
Upshaw, Williams, Biggers, Beckham & Riddick
P.O. Drawer 8230
Greenwood, MS 38935-8230

John R. Countiss, III
Upshaw, Williams, Biggers, Beckham & Riddick
715 South Pear Orchard Road
Ridgeland, MS 39157

Jeffrey A. Varas
Varas & Morgan
P.O. Box 886
Hazelhurst, MS 39083

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay St.
P.O. Box 1008
Columbus, OH 43216

Christopher D. Mauriello
Wallace & Graham, P.A.
525 North Main St.
Salisbury, NC 28144

Michelle Norton
Waters & Kraus
3219 McKinney Ave., Suite 3000
Dallas, TX 75204

Joseph J. Stroble
Watkins & Eager
The Emporium Building
400 East Capitol St., Suite 300
Jackson, MS 39205-0650

John Elliott Unsworth, III
Weiss & Bason
1515 Poydras St., Suite 1100
New Orleans, LA 70112-3723

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Keith L. Arnold
Whiteford, Taylor & Preston
7 Saint Paul Street, Suite 1300
Baltimore, MD 21202-1626

Raymond P. Harris, Jr.
Whittenburg & Schachter, P.C.
Plaza of the Americas, Suite 2300
600 N. Pearl St., LB 133
Dallas, TX 75201

Laurel A. Fay
Whittenburg Whittenburg
   & Schachter
600 North Pearl Street, Suite 2300
Lb 133
Dallas, TX 75201

Charles H. Bohl
Whyte, Hirschboeck & Dudek, S.C.
111 E. Wisconsin Ave., Suite 2100
Milwaukee, WI 53202

Douglas B. King
Wooden & McLaughlin
One Indiana Square, Suite 1800
Indianapolis, In 46204

Mark R. Chilson
Young & Alexander
130 West Second Street, Suite 2000
Dayton, OH 45402-9291

Pilar Vaile
Youngdahl, Youtz & Youngdahl
420 Central Ave., Suite 210
Albuquerque, NM 87102-3296

Paul T. Benton
181 Main Street
Biloxi, MS 39530

Debra P. Branan
170 West Center Street
Hernando, MS 38632

Rodd Russell Buell
1183 Maidstone Dr.
Wellington, FL 33414-7008

Dana Hefter Davis
P.O. Box 31627
Raleigh, NC 27622

Edward S. Digges, Jr.
P.O. Box 72
Route 445
Rock Hall, MD 21663

Robert B. McDuff
767 North Congress St.
Jackson, MS 39202

Agostini Dias Reis
P.O. Box 105
Unionville, CT 06085

Michael J. Schenk
3360 S.W. Harrison St.
Topeka, KS 66611-2213