MDL 875

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 03-62114-CIV-JORDAN

FILED by ___ D.C.
MAR - 3 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

FRANK RE and NOREN RE )
)
   Plaintiffs )
)
vs. )
)
BORG WAGNER CORP. et al. )
)
   Defendants )
)

**CLOSED CIVIL CASE**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 25 2004

FILED
CLERK'S OFFICE

### ORDER OF REMAND

DaimlerChrysler Corporation concedes that the case must be remanded to state court because one of the defendants, Steel Grip, Inc., did not file a consent to removal. Accordingly, the motion to remand [D.E. 17] is GRANTED. The clerk is directed to send a certified copy of the entire file, together with a copy of this order, to the clerk of the Seventeenth Judicial Circuit in and for Broward County, Florida, and to close this matter in federal court.

Consistent with the presumption against addressing unnecessary issues, I do not reach any of the other grounds asserted by the plaintiffs in their motion to remand.

Done and ordered in chambers at Miami, Florida, this 3rd day of March, 2004.

_____
Adalberto Jordan
United States District Judge

copies to counsel of record

MDL- 875
RECOMMENDED ACTION
Vacate CTO-231 one action
Approved/Date: MJB 3/25/04

OFFICIAL FILE COPY   IMAGED MAR 25 '04