

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 5 2004

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Frank Re, et al. v. Borg Warner Corp., et al.*, S.D. Florida, C.A. No. 0:03-62114

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Re*) on March 10, 2004. The Panel has now been advised that *Re* was remanded to the Seventeenth Judicial Circuit in and for Broward County, Florida, by the Honorable Adalberto Jordan in an order filed on March 3, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-231" filed on March 10, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

**OFFICIAL FILE COPY**
IMAGED MAR 25 '04