JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

MAR 25 2004

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

FILED
CLERK'S OFFICE

In re: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

MDL Docket No. 875

District Div. Civil Action:
MSN 2 03-48

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO) 230 231**

The plaintiff, Derrell Melear, files his notice of opposition to conditional transfer order (CTO) 230, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

Respectfully submitted,

By: _Paul C. Peel_
Robert A. McLean TN #6516
Paul C. Peel TN #19536

**FARRIS MATHEWS BRANAN
BOBANGO HELLEN & DUNLAP PLC**
Suite 2000
One Commerce Square
Memphis, Tennessee 38103
(901) 259-7100
Attorneys for Plaintiff

**OFFICIAL FILE COPY**

IMAGED MAR 25 '04

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 5 2004

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I certify that I have this day served by facsimile a true and correct copy of the foregoing Notice of Opposition to Conditional Transfer Order (CTO) 230 to 231 the following person:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Telephone: (202) 502-2800
FAX: (202) 502-2888

I certify that I have this day served by U.S. Mail, postage prepaid, a true and correct copy of the foregoing Notice of Opposition to Conditional Transfer Order (CTO) 230 on March 25, 2004 to the following persons:

Scott Bates
Baker Donelson Bearman
& Caldwell
4268 I-55 North
Jackson, MS 39211

Ann. M. Sico
Bernard Cassisa Elliot
& Davis
1615 Metairie Road
P.O. Box 55490
Metairie, LA 70055-5490

Edward J. Currie
Currie Johnson Griffin
Gaines, & Myers
1044 River Oaks Drive
P.O. Box 750
Jackson, MS 39205-0750

Keith D. Obert
Obert Law Group, PA
One Woodgreen Place, Ste. 200
P.O. Box 2081
Madison, MS 39130-2081

*Paul C. Peel*
Paul C. Peel

2