JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 6 2004

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS          DOCKET NO. 875
LIABILITY LITIGATION

(NO. VI)

Betty Fischer, et al. v. Garlock, Inc., et al.
(Eastern District of Louisiana, Div. 2, Civil Action # 03-3318)

### PLAINTIFFS' NOTICE OF OPPOSITION TO THE PANEL'S CONDITIONAL TRANSFER ORDER FILED IN THE ABOVE ACTIONS ON OR ABOUT MARCH 10, 2004

Comes now, Betty Fischer, spouse of/and John F. Fischer, by and through their counsel of record, and move this Honorable Panel to deny jurisdiction over this matter, withdraw the Conditional Transfer Order relative to this action, and remand this action to the Federal District Court for the Eastern District of Louisiana where it is pending. In support of this Notice, Plaintiffs have filed a Motion to Vacate this Conditional Transfer Order and supporting Brief simultaneously herewith. Plaintiffs' Opposition is based on the Federal Court's lack of jurisdiction over this matter, and their pending Motion to Remand before that Court. This case lacks diversity of citizenship between plaintiffs and defendants. As such, there is no Federal jurisdiction pursuant to 28 U.S.C. 1447. Both Plaintiffs and several defendants are citizens of the State of Louisiana. Plaintiffs have filed a Motion to Remand this case back to Civil District Court for the Parish of Orleans, State of

IMAGED MAR 26 '04   OFFICIAL FILE COPY

03/25/2004 13:10 5048933478 REED PAGE 04
Case MDL No. 875 Document 4126 Filed 03/26/04 Page 2 of 2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 26 2004

FILED
CLERK'S OFFICE

Louisiana. Plaintiffs' Motion to Remand is set for hearing on April 6, 2004. This case should be sent back to the Eastern District of Louisiana to rule on the Plaintiffs' Motion to Remand.

The Eastern District of Louisiana has set Plaintiffs' Motion to Remand for hearing on April 6, 2004. A copy of the Notice of Motion to Remand is attached to Plaintiffs' Brief.

Respectfully submitted this the 25th day of March, 2004.

SHAWN C. REED, #14304
AMY C. YENARI, #23682
HOWARD, REED & TAYLOR
516 N. Columbia Street
Covington, Louisiana 70433
(985) 893-3607
ATTORNEYS FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

I, Shawn C. Reed, do hereby certify that have this day caused a true and correct copy of the foregoing Plaintiffs' Notice of Opposition to the Panel's Conditional Transfer Order Filed in the Above Actions on or About March 10, 2004 to be served by United States mail, postage prepaid, to the following: **Glenn M. Swetman, Esq., Aultman, Tyner & Ruffin, Ltd., 400 Poydras Street, Suite 1900, New Orleans, LA 70130; Ernest E. Barrow, III, 113 E. 23rd Ave., Covington, LA 70433 and, to all of the attorneys listed on the Certificate of Service for the MDL.**

This, the 25th day of March, 2004.

Shawn C. Reed

2004 MAR 25 P 1:10
RECEIVED
CLERK'S OFFICE