JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

   MDL 875

MAR 10 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-231)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 77,767 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

MAR 26 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IMAGED MAR 29 '04

**OFFICIAL FILE COPY**

# SCHEDULE CTO-231 - TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DISTRICT | DIV. | CIVIL ACTION# |
|---|---|---|
| **DISTRICT OF COLUMBIA** | | |
| DC | 1 | 03-890 |
| **FLORIDA SOUTHERN** | | |
| FLS | 0 | 03-62114 |
| FLS | 0 | 03-62155 |
| **ILLINOIS NORTHERN** | | |
| ILN | 1 | 02-381 |
| ILN | 1 | 03-6890 |
| ILN | 1 | 03-6987 |
| **ILLINOIS SOUTHERN** | | |
| ILS | 3 | 03-808 |
| **INDIANA NORTHERN** | | |
| INN | 2 | 03-355 |
| INN | 3 | 02-902 |
| **KANSAS** | | |
| KS | 2 | 03-2554 |
| **KENTUCKY EASTERN** | | |
| KYE | 2 | 03-211 |
| **LOUISIANA EASTERN** | | |
| ~~LAE~~ | ~~2~~ | ~~03-3318~~ |
| *Opposed 3/24/03* | | |
| **LOUISIANA MIDDLE** | | |
| LAM | 3 | 03-793 |
| **MARYLAND** | | |
| MD | 1 | 03-2995 |
| MD | 1 | 03-3094 |
| MD | 1 | 03-3197 |
| MD | 1 | 03-3400 |
| MD | 1 | 03-3454 |
| MD | 1 | 03-3593 |
| **MAINE** | | |
| ME | 1 | 04-3 |
| **MINNESOTA** | | |
| MN | 0 | 03-5231 |
| MN | 0 | 03-5767 |
| MN | 0 | 03-5769 |
| MN | 0 | 03-5770 |
| MN | 0 | 03-5771 |
| MN | 0 | 03-5772 |
| MN | 0 | 03-6387 |
| **MISSOURI WESTERN** | | |
| MOW | 4 | 03-1108 |
| MOW | 4 | 03-1109 |
| **MISSISSIPPI NORTHERN** | | |
| ~~MSN~~ | ~~2~~ | ~~03-48~~ |
| *Opposed 3/25/04* | | |
| ~~MSN~~ | ~~3~~ | ~~03-235~~ |
| *Opposed 3/25/04* | | |
| ~~MSN~~ | ~~4~~ | ~~03-388~~ |
| *Opposed 3/25/04* | | |
| ~~MSN~~ | ~~4~~ | ~~03-389~~ |
| *Opposed 3/25/04* | | |
| ~~MSN~~ | ~~4~~ | ~~03-390~~ |
| *Opposed 3/25/04* | | |
| MSN | 4 | 03-391 |
| **MISSISSIPPI SOUTHERN** | | |
| ~~MSS~~ | ~~1~~ | ~~03-793~~ |
| *Opposed 3/25/04* | | |
| ~~MSS~~ | ~~1~~ | ~~03-794~~ |
| *Opposed 3/25/04* | | |
| ~~MSS~~ | ~~1~~ | ~~03-795~~ |
| *Opposed 3/25/04* | | |
| ~~MSS~~ | ~~1~~ | ~~03-796~~ |
| *Opposed 3/24/04* | | |
| ~~MSS~~ | ~~1~~ | ~~03-797~~ |
| *Opposed 3/25/04* | | |
| ~~MSS~~ | ~~1~~ | ~~03-798~~ |
| *Opposed 3/25/04* | | |
| ~~MSS~~ | ~~1~~ | ~~03-799~~ |
| *Opposed 3/25/04* | | |
| ~~MSS~~ | ~~1~~ | ~~03-800~~ |
| *Opposed 3/24/04* | | |
| ~~MSS~~ | ~~1~~ | ~~03-801~~ |
| *Opposed 3/24/04* | | |
| ~~MSS~~ | ~~1~~ | ~~03-802~~ |
| *Opposed 3/24/04* | | |
| ~~MSS~~ | ~~1~~ | ~~03-803~~ |
| *Opposed 3/24/04* | | |
| MSS | 1 | 03-804 |
| ~~MSS~~ | ~~1~~ | ~~03-805~~ |
| *Opposed 3/25/04* | | |
| ~~MSS~~ | ~~1~~ | ~~03-806~~ |
| *Opposed 3/25/04* | | |
| ~~MSS~~ | ~~1~~ | ~~03-807~~ |
| *Opposed 3/25/04* | | |
| ~~MSS~~ | ~~1~~ | ~~03-808~~ |
| *Opposed 3/25/04* | | |
| ~~MSS~~ | ~~1~~ | ~~03-809~~ |
| *Opposed 3/25/04* | | |
| ~~MSS~~ | ~~1~~ | ~~03-810~~ |
| *Opposed 3/25/04* | | |
| ~~MSS~~ | ~~1~~ | ~~03-811~~ |
| *Opposed 3/25/04* | | |
| ~~MSS~~ | ~~1~~ | ~~03-812~~ |
| *Opposed 3/24/04* | | |
| ~~MSS~~ | ~~1~~ | ~~03-813~~ |
| *Opposed 3/24/04* | | |
| ~~MSS~~ | ~~1~~ | ~~03-814~~ |
| *Opposed 3/24/04* | | |
| ~~MSS~~ | ~~1~~ | ~~03-815~~ |
| *Opposed 3/24/04* | | |
| ~~MSS~~ | ~~1~~ | ~~03-817~~ |
| *Opposed 3/24/04* | | |
| ~~MSS~~ | ~~1~~ | ~~03-819~~ |
| *Opposed 3/24/04* | | |
| MSS | 1 | 03-825 |
| MSS | 1 | 03-826 |
| MSS | 1 | 03-827 |
| MSS | 1 | 03-828 |
| MSS | 1 | 03-829 |
| MSS | 1 | 03-843 |
| MSS | 1 | 03-867 |
| ~~MSS~~ | ~~1~~ | ~~04-30~~ |
| *Opposed 3/23/04* | | |
| **NORTH CAROLINA EASTERN** | | |
| NCE | 4 | 03-154 |
| NCE | 4 | 03-156 |
| NCE | 4 | 03-158 |
| NCE | 4 | 03-159 |
| NCE | 4 | 03-160 |
| NCE | 4 | 03-161 |
| NCE | 4 | 03-162 |
| NCE | 4 | 03-163 |
| NCE | 4 | 03-164 |
| NCE | 4 | 03-165 |
| NCE | 4 | 03-166 |
| NCE | 4 | 03-167 |
| NCE | 4 | 03-181 |
| NCE | 4 | 03-197 |
| NCE | 4 | 03-198 |
| NCE | 5 | 03-790 |
| NCE | 7 | 03-191 |
| NCE | 7 | 03-192 |
| NCE | 7 | 03-209 |
| **NORTH CAROLINA MIDDLE** | | |
| NCM | 1 | 03-1206 |
| **NORTH CAROLINA WESTERN** | | |
| NCW | 1 | 03-252 |
| NCW | 1 | 03-263 |
| NCW | 1 | 03-278 |
| **NEW MEXICO** | | |
| NM | 1 | 03-1180 |
| **NEW YORK SOUTHERN** | | |
| NYS | 1 | 03-8220 |
| **OHIO NORTHERN** | | |
| OHN | 1 | 03-20022 |

SCHEDULE FOR CTO-231 - TAG-ALONG CASES, MDL-875 (Cont.) PAGE 2 OF 2

Case MDL No. 875 Document 4127 Filed 03/26/04 Page 3 of 3

| DISTRICT DIV. CIVIL ACTION# | DISTRICT DIV. CIVIL ACTION# | DISTRICT DIV. CIVIL ACTION# |
|---|---|---|
| **SOUTH CAROLINA** | VAE 2 03-7553 | VAE 2 03-7616 |
| SC 7 02-1955 | VAE 2 03-7554 | VAE 2 03-7617 |
| SC 8 02-2157 | VAE 2 03-7555 | VAE 2 03-7618 |
| SC 9 03-3404 | VAE 2 03-7556 | VAE 2 03-7619 |
|  | VAE 2 03-7557 | VAE 2 03-7620 |
| **TEXAS EASTERN** | VAE 2 03-7558 | VAE 2 03-7621 |
| TXE 1 03-94 | VAE 2 03-7559 | VAE 2 03-7622 |
|  | VAE 2 03-7560 | VAE 2 03-7623 |
| **TEXAS NORTHERN** | VAE 2 03-7561 | VAE 2 03-7624 |
| ~~TXN 3 03-2921~~ | VAE 2 03-7562 |  |
| Opposed 3/24/04 | VAE 2 03-7563 | **WISCONSIN EASTERN** |
| TXN 4 02-811 | VAE 2 03-7564 | WIE 1 03-736 |
| TXN 4 02-812 | VAE 2 03-7565 | WIE 1 03-832 |
| TXN 4 02-813 | VAE 2 03-7566 | WIE 2 03-794 |
| TXN 4 02-814 | VAE 2 03-7567 | WIE 2 03-1262 |
| TXN 4 02-942 | VAE 2 03-7568 |  |
| TXN 4 02-943 | VAE 2 03-7569 |  |
| TXN 4 02-944 | VAE 2 03-7570 |  |
| TXN 4 02-945 | VAE 2 03-7571 |  |
| TXN 4 02-946 | VAE 2 03-7572 |  |
| TXN 4 02-947 | VAE 2 03-7573 |  |
| TXN 4 02-948 | VAE 2 03-7574 |  |
| TXN 4 02-949 | VAE 2 03-7575 |  |
| TXN 4 02-950 | VAE 2 03-7576 |  |
| TXN 4 02-951 | VAE 2 03-7577 |  |
| TXN 4 02-952 | VAE 2 03-7578 |  |
| TXN 4 02-1031 | VAE 2 03-7582 |  |
| TXN 4 03-29 | VAE 2 03-7583 |  |
| TXN 4 03-30 | VAE 2 03-7584 |  |
| TXN 4 03-31 | VAE 2 03-7585 |  |
| TXN 4 03-1178 | VAE 2 03-7586 |  |
| TXN 4 03-1179 | VAE 2 03-7587 |  |
| TXN 4 03-1228 | VAE 2 03-7588 |  |
| TXN 4 03-1389 | VAE 2 03-7589 |  |
| TXN 4 03-1422 | VAE 2 03-7590 |  |
| TXN 4 03-1487 | VAE 2 03-7591 |  |
|  | VAE 2 03-7592 |  |
| **TEXAS SOUTHERN** | VAE 2 03-7593 |  |
| TXS 4 03-5236 | VAE 2 03-7594 |  |
| TXS 4 03-5624 | VAE 2 03-7595 |  |
| TXS 4 03-5899 | VAE 2 03-7596 |  |
|  | VAE 2 03-7597 |  |
| **UTAH** | VAE 2 03-7598 |  |
| UT 2 03-979 | VAE 2 03-7599 |  |
|  | VAE 2 03-7600 |  |
| **VIRGINIA EASTERN** | VAE 2 03-7601 |  |
| VAE 2 98-1341 | VAE 2 03-7602 |  |
| VAE 2 03-7540 | VAE 2 03-7603 |  |
| VAE 2 03-7541 | VAE 2 03-7604 |  |
| VAE 2 03-7542 | VAE 2 03-7605 |  |
| VAE 2 03-7543 | VAE 2 03-7606 |  |
| VAE 2 03-7544 | VAE 2 03-7607 |  |
| VAE 2 03-7545 | VAE 2 03-7608 |  |
| VAE 2 03-7546 | VAE 2 03-7609 |  |
| VAE 2 03-7547 | VAE 2 03-7610 |  |
| VAE 2 03-7548 | VAE 2 03-7611 |  |
| VAE 2 03-7549 | VAE 2 03-7612 |  |
| VAE 2 03-7550 | VAE 2 03-7613 |  |
| VAE 2 03-7551 | VAE 2 03-7614 |  |
| VAE 2 03-7552 | VAE 2 03-7615 |  |