

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 3 0 2004

FILED
CLERK'S OFFICE

### DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-232)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 77,773 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

IMAGED MAR 30 '04

OFFICIAL FILE COPY

## SCHEDULE CTO-232 - TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DISTRICT  DIV. CIVIL ACTION#**

**FLORIDA SOUTHERN**
| | | | |
|---|---|---|---|
| FLS | 0 | 03-62024 | Joseph Brenner, et al. v. American Honda Motor Co., Inc., et al. |
| FLS | 1 | 03-22424 | Milton Triefler v. Briggs Stratton Corp., et al. |
| FLS | 1 | 03-22885 | Marion Daniels v. Borg-Warner Corp., et al. |

**INDIANA NORTHERN**
| | | | |
|---|---|---|---|
| INN | 2 | 03-75 | Rosie Thomas, etc. v. AGA Gas, Inc., et al. |
| INN | 2 | 03-494 | Raymond Webb v. A.W. Chesterton Co., et al. |

**LOUISIANA EASTERN**
| | | | |
|---|---|---|---|
| LAE | 2 | 04-430 | Andrew S. Fink v. Todd Shipyards Corp., et al. |
| LAE | 2 | 04-431 | Mary F. Delancey, et al. v. General Electric Co., et al. |

**MISSISSIPPI NORTHERN**
| | | | |
|---|---|---|---|
| MSN | 3 | 03-236 | Lemon Covington, et al. v. Garlock Sealing Technologies, LLC, et al. |

**MISSISSIPPI SOUTHERN**
| | | | |
|---|---|---|---|
| MSS | 1 | 03-845 | Edward H. Jones, et al. v. A.O. Smith Corp., et al. |
| MSS | 1 | 04-46 | Billy N. Alexander, et al. v. Minnesota Mining & Manufacturing Co., et al. |

**NORTH CAROLINA MIDDLE**
| | | | |
|---|---|---|---|
| NCM | 1 | 04-162 | Charles Brooks, Sr., et al. v. Anchor Packing Co., et al. |

**NORTH CAROLINA WESTERN**
| | | | |
|---|---|---|---|
| NCW | 1 | 04-26 | Norma W. Morgan, etc. v. Aventis CropScience USA, Inc., et al. |

**NEW YORK EASTERN**
| | | | |
|---|---|---|---|
| NYE | 1 | 04-18 | Michael Rhodes, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-19 | Robert F. Reed v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-156 | Homer Claude Money, Sr. v. Burns International Services Corp., et al. |
| NYE | 1 | 04-337 | Henry Duke, et al. v. A.W. Chesterton Co., et al. |

**NEW YORK SOUTHERN**
| | | | |
|---|---|---|---|
| NYS | 1 | 03-9922 | John P. Toth v. United States Lines, Inc., Reorganization Trust |
| NYS | 1 | 04-287 | John E. Ralston, Jr. v. United States Lines, Inc., Reorganization Trust |
| NYS | 1 | 04-288 | Willard E. Bartel, et al. v. United States Lines, Inc., Reorganization Trust |
| NYS | 1 | 04-289 | Willard E. Bartel, et al. v. United States Lines, Inc., Reorganization Trust |

**OHIO NORTHERN**
| | | | |
|---|---|---|---|
| OHN | 1 | 04-10001 | John P. Toth v. Alcoa Steamship Co., Inc., et al. |
| OHN | 1 | 04-10002 | Willard E. Bartel, et al. v. A C Product Liability Trust, et al. |
| OHN | 1 | 04-10003 | William A. Wiitala v. A C Product Liability Trust, et al. |
| OHN | 1 | 04-10004 | Manolo B. Moneda v. A C Product Liability Trust, et al. |
| OHN | 1 | 04-10005 | Jesus B. Balbuera v. A C Product Liability Trust, et al. |
| OHN | 1 | 04-10006 | George V. Patterson v. A C Product Liability Trust, et al. |
| OHN | 1 | 04-10007 | Frank Panebianco v. A C Product Liability Trust, et al. |
| OHN | 1 | 04-20001 | Melvin D. Creque v. Flintkote Co. |
| OHN | 1 | 04-20002 | William Agate, et al. v. 3M Co., et al. |

Case MDL No. 875 Document 4128 Filed 03/30/04 Page 3 of 4

SCHEDULE FOR CTO-232 - TAG-ALONG CASES MDL 875 (Cont.) PAGE 2 OF 3

**DISTRICT DIV. CIVIL ACTION#**

SOUTH CAROLINA
| | | | |
|---|---|---|---|
| SC | 2 | 02-1217 | Alex F. Moore, Sr., et al. v. Amchem Products, Inc., et al. |
| SC | 2 | 04-95 | William F. Davey v. Owens-Illinois, Inc., et al. |
| SC | 2 | 04-96 | James D. Bond, et al. v. Owens-Illinois, Inc., et al. |
| SC | 2 | 04-97 | Jack B. Webber, et al. v. Owens-Illinois, Inc., et al. |
| SC | 2 | 04-133 | Robert P. Baker, Sr. v. Owens-Illinois, Inc., et al. |

TEXAS NORTHERN
| | | | |
|---|---|---|---|
| TXN | 3 | 03-2999 | Billy Edward Aldridge, et al. v. Crane Co., Inc. |

TEXAS SOUTHERN
| | | | |
|---|---|---|---|
| TXS | 2 | 03-555 | David Ray Amason, et al. v. America Optical Corp., et al. |
| TXS | 3 | 04-40 | Rodney Anderson v. Ford Motor Co., et al. |
| TXS | 4 | 04-248 | Thomas Threatt, et al. v. CSX Transportation, Inc. |
| TXS | 4 | 04-256 | Bernard Dollar, et al. v. CSX Transportation, Inc. |
| TXS | 4 | 04-257 | Thelma Moore v. CSX Transportation, Inc. |
| TXS | 4 | 04-258 | Elijah Rivers, et al. v. CSX Transportation, Inc. |

VIRGINIA EASTERN
| | | | |
|---|---|---|---|
| VAE | 2 | 04-7652 | Bruce G. Bremby v. AC&S, Inc., et al. |
| VAE | 2 | 04-7660 | Robert E. West v. AC&S, Inc., et al. |
| VAE | 2 | 04-7667 | Virgil C. Arnold v. American Standard, et al. |
| VAE | 2 | 04-7668 | Charles W. Jensen v. American Standard, et al. |
| VAE | 2 | 04-7669 | Earl H. Bohm v. American Standard, et al. |
| VAE | 2 | 04-7670 | Delbert Dial v. American Standard, et al. |
| VAE | 2 | 04-7671 | George C. Ross v. American Standard, et al. |
| VAE | 2 | 04-7672 | William H. Conant v. American Standard, et al. |
| VAE | 2 | 04-7673 | James W. Gochenour v. American Standard, et al. |
| VAE | 2 | 04-7674 | Muriel M. Heath v. American Standard, et al. |
| VAE | 2 | 04-7675 | Robert V. Thomas v. American Standard, et al. |
| VAE | 2 | 04-7676 | Paul I. Anderson v. American Standard, et al. |
| VAE | 2 | 04-7677 | Floyd L. Babbitt v. American Standard, et al. |
| VAE | 2 | 04-7678 | Bowen C. Blair v. American Standard, et al. |
| VAE | 2 | 04-7679 | Allen M. Bousman v. American Standard, et al. |
| VAE | 2 | 04-7680 | George L. Buchta v. American Standard, et al. |
| VAE | 2 | 04-7681 | Todd J. Bunn v. American Standard, et al. |
| VAE | 2 | 04-7682 | C. E. Champneys v. American Standard, et al. |
| VAE | 2 | 04-7683 | Gary D. Clawson v. American Standard, et al. |
| VAE | 2 | 04-7684 | Tracy E. Crews v. American Standard, et al. |
| VAE | 2 | 04-7685 | William Dagendesh v. American Standard, et al. |
| VAE | 2 | 04-7686 | Ernest G. Dahmer v. American Standard, et al. |
| VAE | 2 | 04-7687 | Lino De Leon, Sr. v. American Standard, et al. |
| VAE | 2 | 04-7688 | Harold L. Dilley v. American Standard, et al. |
| VAE | 2 | 04-7689 | John C. Dobson v. American Standard, et al. |
| VAE | 2 | 04-7690 | John W. Fly v. American Standard, et al. |
| VAE | 2 | 04-7691 | Arthur E. Frazier v. American Standard, et al. |
| VAE | 2 | 04-7692 | Robert E. Freeman v. American Standard, et al. |
| VAE | 2 | 04-7693 | Joe L. Fuller v. American Standard, et al. |
| VAE | 2 | 04-7694 | Roy L. Gage v. American Standard, et al. |
| VAE | 2 | 04-7695 | Marvin L. Gritton v. American Standard, et al. |

**DISTRICT  DIV. CIVIL ACTION#**

| | | | |
|---|---|---|---|
| VAE | 2 | 04-7696 | George W. Hoffman v. American Standard, et al. |
| VAE | 2 | 04-7697 | Weldon D. Johnson v. American Standard, et al. |
| VAE | 2 | 04-7698 | Lerry Lyons v. American Standard, et al. |
| VAE | 2 | 04-7699 | Lawrence McCullough v. American Standard, et al. |
| VAE | 2 | 04-7700 | Donnie G. Parlier v. American Standard, et al. |
| VAE | 2 | 04-7701 | Carlton E. Pugh v. American Standard, et al. |
| VAE | 2 | 04-7702 | Everett W. Reeder v. American Standard, et al. |
| VAE | 2 | 04-7703 | John W. Reiley v. American Standard, et al. |
| VAE | 2 | 04-7704 | Dale L. Rogers v. American Standard, et al. |
| VAE | 2 | 04-7705 | Kenneth K. Skoog v. American Standard, et al. |
| VAE | 2 | 04-7706 | Robert L. Smith v. American Standard, et al. |
| VAE | 2 | 04-7707 | Henry A. Sokolosky v. American Standard, et al. |
| VAE | 2 | 04-7708 | Guy V. Tanner v. American Standard, et al. |
| VAE | 2 | 04-7709 | Thomas Thomas v. American Standard, et al. |
| VAE | 2 | 04-7710 | Leo W. Waisanen v. American Standard, et al. |
| VAE | 2 | 04-7711 | George W. Walling v. American Standard, et al. |
| VAE | 2 | 04-7712 | James Watson v. American Standard, et al. |
| VAE | 2 | 04-7713 | Ernest R. Weigle v. American Standard, et al. |
| VAE | 2 | 04-7714 | Richard A. West v. American Standard, et al. |
| VAE | 2 | 04-7715 | Erich G. Knechtel v. American Standard, et al. |
| VAE | 2 | 04-7716 | Lawrence A. Powell v. American Standard, et al. |
| VAE | 2 | 04-7717 | Ray E. Bookheimer v. American Standard, et al. |
| VAE | 2 | 04-7718 | Billy D. Carrier v. American Standard, et al. |
| VAE | 2 | 04-7719 | Bruce Carter v. American Standard, et al. |
| VAE | 2 | 04-7720 | Andres C. Jaramillo v. American Standard, et al. |
| VAE | 2 | 04-7721 | Lucario G. Jaramillo v. American Standard, et al. |
| VAE | 2 | 04-7722 | Jack T. Frank v. American Standard, et al. |
| VAE | 2 | 04-7723 | Janet Louise Sensabaugh v. American Standard, et al. |
| VAE | 2 | 04-7724 | Mike L. Ritter v. American Standard, et al. |
| VAE | 2 | 04-7725 | Daniel Casas v. American Standard, et al. |
| VAE | 2 | 04-7726 | Rudy F. Aguilar v. American Standard, et al. |
| VAE | 2 | 04-7727 | Santos Aguilar v. American Standard, et al. |
| VAE | 2 | 04-7728 | Harold M. Deeg v. American Standard, et al. |
| VAE | 2 | 04-7729 | Howard M. Dowling v. American Standard, et al. |
| VAE | 2 | 04-7730 | Terry B. Duncan v. American Standard, et al. |
| VAE | 2 | 04-7731 | Donald N. Fiol v. American Standard, et al. |
| VAE | 2 | 04-7732 | Frederick A. Hallberg v. American Standard, et al. |
| VAE | 2 | 04-7733 | David W. Lee v. American Standard, et al. |
| VAE | 2 | 04-7734 | Doyle W. Lowry v. American Standard, et al. |
| VAE | 2 | 04-7735 | Binas W. Lung v. American Standard, et al. |
| VAE | 2 | 04-7736 | Davie L. Mabine v. American Standard, et al. |
| VAE | 2 | 04-7737 | Richard A. McGuire v. American Standard, et al. |
| VAE | 2 | 04-7738 | Melvin P. Oliver v. American Standard, et al. |
| VAE | 2 | 04-7739 | Albert S. Pahlke v. American Standard, et al. |
| VAE | 2 | 04-7740 | Rodney A. Privette v. American Standard, et al. |
| VAE | 2 | 04-7741 | Stephen P. Rasch v. American Standard, et al. |