JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

APR 0 7 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Jerry W. Duffin, et al. v. Honeywell International, Inc., et al.*, N.D. Mississippi,
C.A. No. 4:03-389

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Duffin*) on March 10, 2004. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Duffin* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Duffin* was remanded to the Circuit Court of Washington County, Mississippi, by the Honorable Michael P. Mills in an order signed on April 5, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-231" filed on March 10, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

IMAGED APR 7 '04  OFFICIAL FILE COPY