

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 0 7 2004

FILED
CLERK'S OFFICE



### BEFORE THE JUDICIAL PANEL
### ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | §<br>§<br>§<br>§ | MDL DOCKET NO. 875 |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| CHRISTO KOUTROBIS AND POTA<br>KOUTROBIS<br>    Plaintiffs,<br><br>v.<br><br>AMETEK INC, SUED INDIVIDUALLY<br>AND AS SUCCESSOR-IN-INTEREST<br>TO HAVEG INDUSTRIES, INC. AND<br>SCHUTTE & KOERTING, et al.<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL CASE NO. 3:03-cv-02921 |

### MOTION TO VACATE THE
### CONDITIONAL TRANSFER ORDER

Plaintiffs, pursuant to Rule 12(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, move the Panel to vacate its order of March 10, 2004, conditionally transferring the above-captioned case to the United States District Court for the Eastern District of Pennsylvania. This motion is based on the attached Brief in Support of Motion to Vacate

1

IMAGED APR 9 '04        OFFICIAL FILE COPY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 07 2004

FILED
CLERK'S OFFICE

Conditional Transfer Order and such other materials as may be presented to the Panel at the time of the hearing on the motion.

Pursuant to Rule 12(c), movants request the Clerk to set this motion for hearing at the next session of the Panel.

Respectfully submitted,

_____
Charles S. Siegel
Texas State Bar No. 18341875
**Waters & Kraus, LLP**
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 Telecopier

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion in Support of Brief to Vacate the Conditional Transfer Order has been been served by facsimile on all counsel of record (Schedule CTO-231 / Docket No. 875), in addition to the counsel listed below on this 5th day of April 2004.

Gary D Elliston
DeHay & Elliston
Bank of America Plaza
901 Main St
Suite 3500
Dallas, TX 75202-3736

John W Petereit
Godwin Gruber
Renaissance Tower
1201 Elm St
Suite 1700
Dallas, TX 75270-2084

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2004 APR -6  A 10: 49
RECEIVED
CLERK'S OFFICE

Robert L Adams
Dunn Kacal Adams Pappas & Law
America Tower
One Riverway
Suite 1200
Houston, TX 77056

Lewis C Miltenberger
Lewis C Miltenberger & Associates
108 W 8th St
Suite 500
Fort Worth, TX 76102

Raymond P Harris, Jr
Whittenburg Whittenburg & Schachter
Plaza of the Americas
600 North Pearl Street
Suite 2300 LB 133
Dallas, TX 75201

Patricia Kay Andrews
Brown McCarroll
Franklin Federal Plaza
111 Congress Ave
Suite 1400
Austin, TX 78701-4043

Barbara Jane Barron
Mehaffy & Weber
2615 Calder Ave Suite 800
PO Box 16
Beaumont, TX 77704-0016

Robert Wilkinson
Dogan & Wilkinson
734 Delmas Ave
PO Box 1618
Pascagoula, MS 39568-1618

George Steven McCall
Kern & Wooley
The Towers at Williams Square
5215 N O'Connor Blvd
Suite 1700
Irving, TX 75039

J Michael Jordan
Gardere Wynne Sewell
Wells Fargo Bank Plaza
1000 Louisiana
Suite 3400
Houston, TX 77002-5007

Laura A Frase
Forman Perry Watkins Krutz & Tardy - Dallas
2001 Bryan St
Suite 1300
Dallas, TX 75201-3008

Kenneth David Rhodes
Dunn Kacal Adams Pappas & Law
America Tower
One Riverway
        Suite 1200
Houston, TX 77056

Peter A Moir
Quilling Selander Cummiskey & Lownds
2001 Bryan St
Suite 1800
Dallas, TX 75201

Gregory L Deans
Beirne Maynard & Parsons
1700 Pacific Ave
Suite 4400
Dallas, TX 75201

John G Bissell
Strong Pipkin Nelson Bissell & Ledyard
1111 Bagby Street
Suite 2300
Houston, TX 77002-2546

John Parsons
Foreman, Perry, Watkins
& Krutz & Tardy, LLP
2001 Bryan Street, Suite 1300
Dallas, Texas 75201

_____
Charles S. Siegel

# PANEL SERVICE LIST (Excerpted from CTO-231)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Christo Koutrobis, et al. v. Ametek, Inc., et al.*, N.D. Texas, C.A. No. 3:03-2921

Robert L. Adams
Dunn, Kacal, Adams, Pappas & Law
One Riverway
Suite 1200
Houston, TX 77056

Patricia K. Andrews
Brown McCarroll & Oaks Hartline
111 Congress Avenue
Suite 1400
Austin, TX 78701

Barbara J. Barron
Mehaffy & Weber, P.C.
P.O. Box 16
Beaumont, TX 77704

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

John G. Bissell
Strong, Pipkin, Nelson & Bissell
1111 Bagby Street
Suite 2300
Houston, TX 77002

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Gregory L. Deans
Beirne, Maynard & Parsons
1700 Pacific Avenue
Suite 4400
Dallas, TX 75201

Gary D. Elliston
DeHay & Elliston, L.L.P.
3500 Bank of America Plaza
901 Main Street
Dallas, TX 75202-3736

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Laura A. Frase
Forman, Perry, Watkins, Krutz &
Tardy, LLP
2001 Bryan Street
Suite 1300
Dallas, TX 75201-3008

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Raymond P. Harris, Jr.
Whittenburg & Schachter, PC
Plaza of the Americas, Suite 2300
600 North Pearl Street
LB 133
Dallas, TX 75201

J. Michael Jordan
Gardere Wynne Swell
Wells Fargo Bank Plaza
1000 Louisana
Suite 3400
Houston, TX 77002-5007

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

George S. McCall
Kern & Wooley LLP
5215 North O'Connor Road
Suite 1700
Irving, TX 75039

Lewis Charles Miltenberger
Lewis C. Miltenberger & Associates
108 W. 8th Street
Suite 500
Fort Worth, TX 76102

Peter A. Moir
Quilling, Selander, Cummiskey, Clutts
& Lownds
2001 Bryan Street
Suite 1800
Dallas, TX 75201

Ronald L. Motley
Motley, Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John W. Petereit
Godwin Gruber
1201 Elm Street
Suite 1700
Dallas, TX 75270-2084

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Kenneth D. Rhodes
Dunn, Kacal, Adams, Pappas & Law
America Tower
One Riverway
Suite 1200
Houston, TX 77056

PANEL SERVICE LIST (Excerpted from CTO-231) MDL-875 (Cont.)    PAGE 2 OF 2

Case MDL No. 875   Document 4134   Filed 04/07/04   Page 7 of 15

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Charles S. Siegel
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Robert W. Wilkinson
Dogan & Wilkinson, PLLC
P.O. Box 1618
Pascagoula, MS 39568-1618



```
                                            JUDICIAL PANEL ON
                                          MULTIDISTRICT LITIGATION

                                               APR 07 2004

                                                  FILED
                                              CLERK'S OFFICE
```

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS <br> LIABILITY LITIGATION (No. VI) | § § § § | MDL DOCKET NO. 875 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| CHRISTO KOUTROBIS AND POTA <br> KOUTROBIS <br>     Plaintiffs, <br> <br> v. <br> <br> AMETEK INC, SUED INDIVIDUALLY <br> AND AS SUCCESSOR-IN-INTEREST <br> TO HAVEG INDUSTRIES, INC. AND <br> SCHUTTE & KOERTING, et al. <br>     Defendants. | § § § § § § § § § § § § | CIVIL CASE NO. 3:03-cv-02921 |

**BRIEF TO VACATE THE CONDITIONAL TRANSFER ORDER**

I.   PRELIMINARY STATEMENT

Plaintiffs respectfully file this brief in support of their Motion to Vacate the Conditional Transfer Order (CTO-231) entered by the Judicial Panel on Multidistrict Litigation March 10, 2004. Pursuant to Panel Rules 5.12(a), 5.13 and 7.4(d), this Brief to Vacate the Conditional Transfer Order is being filed in support of plaintiff's Motion to

Vacate, and her previous Opposition, filed on March 23, 2004 in accordance with Panel Rule 7.4(b)(*See* notice attached as Exhibits A). This submission is being filed within 15 days of the filing of the Notice of Opposition. For the reasons stated below, the Conditional Transfer Order should be vacated so that plaintiffs can proceed in the timely resolution of their claim in *state* court.

Plaintiffs have filed a motion for remand in both of the above cases. Despite the fact that the Panel entered its Conditional Transfer Order before the district court judge was able to rule on the motion, that judge has not lost jurisdiction over these cases and, therefore, can make a determination as to plaintiff's Motions for Remand. Faulk v. Owens-Corning Fiberglas Corp., et al., 48 F.Supp.2d 653, 657 (E.D. Tex. 1999); *See* Panel Rule 1.5, 181 F.R.D. 1,3 (1998); *See also* Bartley v. Borden, Inc. et al., 1996 WL 68482 (E.D. La. 1996)(citing Panel Rule 18 which states that the pendency of a conditional transfer order "does not affect or suspend orders and pretrial proceedings in the district court in which the action is pending and does not in any way limit the pretrial jurisdiction of that court" within the prescribed fifteen day period.)

Plaintiffs filed their notice of opposition within the prescribed fifteen-day period. Therefore, transmittal of the CTO was stayed and continues to be stayed until further action by this Panel. Finally, since the cases have not been finally transferred, but only "provisionally" transferred, pending a final decision on transfer, they are still technically pending in the original district court to which they were removed. Thus, not only does the United States District Court judge retain jurisdiction to rule on the Motion for Remand before him, but he may promptly do so and preserve the plaintiff's right to a timely resolution of his claim.

2

Case MDL No. 875   Document 4134   Filed 04/07/04   Page 10 of 15

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 0 7 2004

FILED
CLERK'S OFFICE

In the present case, plaintiffs have sought remand both on timeliness grounds, and because no basis for federal subject matter jurisdiction exists. Plaintiffs will not repeat their arguments in support of remand in this motion, but it should be noted that defendants' argument on timeliness is foreclosed entirely by the governing case of S.W.S. Erectors, Inc. v. Infax, Inc., 72 F.3d 489 (5th Cir. 1996). As to subject matter jurisdiction, defendant has not even responded to one of plaintiffs' arguments.

Plaintiffs respectfully request that their motion to vacate the CTO be granted, so that the court to which the case was removed may resolve plaintiffs' motion for remand.

Respectfully submitted,

Charles S. Siegel
Texas State Bar No. 18341875
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 Telecopier

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition has been served by facsimile on all counsel of record (Schedule CTO-231 / Docket No. 875), in addition to the counsel listed below on this 5th day of April, 2004.

Gary D Elliston
DeHay & Elliston
Bank of America Plaza
901 Main St
Suite 3500
Dallas, TX 75202-3736



John W Petereit
Godwin Gruber
Renaissance Tower
1201 Elm St
Suite 1700
Dallas, TX 75270-2084

Robert L Adams
Dunn Kacal Adams Pappas & Law
America Tower
One Riverway
Suite 1200
Houston, TX 77056

Lewis C Miltenberger
Lewis C Miltenberger & Associates
108 W 8th St
Suite 500
Fort Worth, TX 76102

Raymond P Harris, Jr
Whittenburg Whittenburg & Schachter
Plaza of the Americas
600 North Pearl Street
Suite 2300 LB 133
Dallas, TX 75201

Patricia Kay Andrews
Brown McCarroll
Franklin Federal Plaza
111 Congress Ave
Suite 1400
Austin, TX 78701-4043

Barbara Jane Barron
Mehaffy & Weber
2615 Calder Ave Suite 800
PO Box 16
Beaumont, TX 77704-0016

Robert Wilkinson
Dogan & Wilkinson
734 Delmas Ave
PO Box 1618
Pascagoula, MS 39568-1618

George Steven McCall
Kern & Wooley
The Towers at Williams Square
5215 N O'Connor Blvd
Suite 1700
Irving, TX 75039

J Michael Jordan
Gardere Wynne Sewell
Wells Fargo Bank Plaza
1000 Louisiana
Suite 3400
Houston, TX 77002-5007

Laura A Frase
Forman Perry Watkins Krutz & Tardy - Dallas
2001 Bryan St
Suite 1300
Dallas, TX 75201-3008

Kenneth David Rhodes
Dunn Kacal Adams Pappas & Law
America Tower
One Riverway
Suite 1200
Houston, TX 77056

Peter A Moir
Quilling Selander Cummiskey & Lownds
2001 Bryan St
Suite 1800
Dallas, TX 75201

Gregory L Deans
Beirne Maynard & Parsons
1700 Pacific Ave
Suite 4400
Dallas, TX 75201

John G Bissell
Strong Pipkin Nelson Bissell & Ledyard
1111 Bagby Street
Suite 2300
Houston, TX 77002-2546

_____
Charles S. Siegel

**PANEL SERVICE LIST (Excerpted from CTO-231)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Christo Koutrobis, et al. v. Ametek, Inc., et al.*, N.D. Texas, C.A. No. 3:03-2921

Robert L. Adams
Dunn, Kacal, Adams, Pappas & Law
One Riverway
Suite 1200
Houston, TX 77056

Patricia K. Andrews
Brown McCarroll & Oaks Hartline
111 Congress Avenue
Suite 1400
Austin, TX 78701

Barbara J. Barron
Mehaffy & Weber, P.C.
P.O. Box 16
Beaumont, TX 77704

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

John G. Bissell
Strong, Pipkin, Nelson & Bissell
1111 Bagby Street
Suite 2300
Houston, TX 77002

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Gregory L. Deans
Beirne, Maynard & Parsons
1700 Pacific Avenue
Suite 4400
Dallas, TX 75201

Gary D. Elliston
DeHay & Elliston, L.L.P.
3500 Bank of America Plaza
901 Main Street
Dallas, TX 75202-3736

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Laura A. Frase
Forman, Perry, Watkins, Krutz & Tardy, LLP
2001 Bryan Street
Suite 1300
Dallas, TX 75201-3008

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Raymond P. Harris, Jr.
Whittenburg & Schachter, PC
Plaza of the Americas, Suite 2300
600 North Pearl Street
LB 133
Dallas, TX 75201

J. Michael Jordan
Gardere Wynne Swell
Wells Fargo Bank Plaza
1000 Louisana
Suite 3400
Houston, TX 77002-5007

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

George S. McCall
Kern & Wooley LLP
5215 North O'Connor Road
Suite 1700
Irving, TX 75039

Lewis Charles Miltenberger
Lewis C. Miltenberger & Associates
108 W. 8th Street
Suite 500
Fort Worth, TX 76102

Peter A. Moir
Quilling, Selander, Cummiskey, Clutts & Lownds
2001 Bryan Street
Suite 1800
Dallas, TX 75201

Ronald L. Motley
Motley, Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John W. Petereit
Godwin Gruber
1201 Elm Street
Suite 1700
Dallas, TX 75270-2084

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Kenneth D. Rhodes
Dunn, Kacal, Adams, Pappas & Law
America Tower
One Riverway
Suite 1200
Houston, TX 77056

PANEL SERVICE LIST (Excerpted from CTO-231) MDL-875 (Cont.) PAGE 2 OF 2

Case MDL No. 875   Document 4134   Filed 04/07/04   Page 15 of 15

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Charles S. Siegel
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Robert W. Wilkinson
Dogan & Wilkinson, PLLC
P.O. Box 1618
Pascagoula, MS 39568-1618