JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 8 2004

FILED
CLERK'S OFFICE

MDL 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS       DOCKET NO. 875
LIABILITY LITIGATION

(NO. VI)

**Betty Fischer, et al. v. Garlock, Inc., et al.**
(Eastern District of Louisiana, Div. 2, Civil Action # 03-3318)

### PLAINTIFFS' MOTION AND BRIEF TO VACATE THE PANEL'S CONDITIONAL TRANSFER ORDER FILED IN THE ABOVE ACTIONS ON OR ABOUT MARCH 10, 2004

**COMES NOW,** Betty Fischer, spouse of/and John F. Fischer, and submits this Motion to Vacate and supporting Brief. Plaintiffs respectfully request that this Honorable Panel deny jurisdiction over this matter, withdraw the Conditional Transfer Order relative to this action, and allow this action to remain in the Federal District Court for the Eastern District of Louisiana where it is pending.

### I.   Motion

1.  Plaintiffs' Opposition is based on the Federal Court's lack of jurisdiction over this matter. Plaintiffs have a Motion to Remand pending before the Federal District Court for the Eastern District of Louisiana, which is set for hearing on April 14, 2004. Consequently, the Federal District

OFFICIAL FILE COPY   IMAGED APR 13 '04

Court for the Eastern District of Louisiana should be allowed to rule on Plaintiffs' Motion to Remand, and remand this action to the Louisiana state court from which it came.

2. On or about October 13, 2003, the Plaintiffs Betty Fischer, et al., filed suit against the Defendant, Garlock, Inc., in the Civil District Court for the Parish of Orleans, State of Louisiana.

3. The Defendant removed this case to the Federal District Court for the Eastern District of Louisiana. Defendant claimed that federal jurisdiction exists over this matter.

4. Plaintiffs then filed a Motion for Leave to Amend the Petition for Damages, to add necessary parties to this litigation, which included several Louisiana defendants.

5. The Federal District Court for the Eastern District of Louisiana granted Plaintiffs' Motion for Leave to Amend the Petition and ordered that the Petition be amended to add these Louisiana defendants.

6. Plaintiffs then filed a Motion and Order to Remand the case back to Civil District Court for the Parish of Orleans, State of Louisiana. Plaintiffs' Motion to Remand is set for hearing before the Federal District Court for the Eastern District of Louisiana, on April 14, 2004. A copy of the Notice of Motion to Remand is attached hereto as Exhibit A.

7. There is no complete diversity of citizenship between Plaintiffs and necessary defendants, which have been joined in this case in the First Supplemental and Amending Petition. Because there is no complete diversity of citizenship between Plaintiffs and defendants, this Court lacks subject matter jurisdiction and the case must be remanded.

8. Therefore, this Panel's Conditional Motion to Transfer should be withdrawn, and this case should remain in the Federal District Court for the Eastern District of Louisiana for remand decision.

II. <u>Brief</u>

    A. **Transfer to the MDL is inappropriate prior to the Federal District Court for the Eastern District of Louisiana ruling upon Plaintiffs' pending Motion to Remand.**

Every Federal District Court has the obligation to determine, upon removal of a case to its court, whether it has jurisdiction to entertain and oversee the matter. The usual circumstance is that counsel for the Plaintiff will file a Motion to Remand challenging the court's subject matter jurisdiction. The Plaintiffs here have filed a Motion to Remand. However, even where the Plaintiff does not file such a motion, the Federal District Court has the obligation *sua sponte* to determine if it has subject matter jurisdiction.

Jurisdiction must exist before the court, Federal District **or MDL** court, can make any effective substantive rulings in the matter. Without subject matter jurisdiction in the Federal District Court where the action was removed, an MDL transfer is moot. See *Howery v. Allstate Ins. Co.*, 243 F.3d 912 (5th Cir. 2001); *H & D Tire v. Pitney Bowes*, 227 F.3d 326, 328 (5th Cir. 2000); *United Transportation Union v. Foster*, 205 F.3d 851, 857 (5th Cir. 2000); *Smith v. Texas Children's Hospital*, 172 F.3d 923, 925 (5th Cir. 1999); and *Pemberton v. State Farm Mut. Auto Ins.*, 996 F.2d 789 (5th Cir. 1993).

In this case, the Federal Court lacks subject matter jurisdiction due to the lack of diversity between the plaintiffs and defendants. A hearing on the Motion to Remand filed by plaintiffs is set for April 14, 2004. The MDL Rules set forth in 28 U.S.C. § 1407 provide that "The pendency of a motion [to transfer]. . . does not affect or suspend orders and pretrial proceedings in the district

court in which the action is pending and does not in any way limit the pretrial jurisdiction of that court." Rule 1.5, 28 U.S.C. § 1407.

It is illogical to request that the present case be transferred to the MDL's chosen court prior to the hearing on plaintiffs' Motion to Remand due to lack of diversity between plaintiffs and defendants and lack of subject matter jurisdiction. If the Federal District Court for the Eastern District of Louisiana finds that it lacks subject matter jurisdiction, the transfer assertion and request would be moot. Lack of jurisdiction in the originating Federal District Court is lack of jurisdiction in the MDL District Court.

## CONCLUSION

There is no federal subject matter jurisdiction due to lack of diversity between the plaintiffs and defendants in this matter. Plaintiffs filed a Motion to Remand which is set for hearing on April 14, 2004. Therefore, this Panel's Conditional Motion to Transfer should be withdrawn, and this case should remain in the Federal District Court for the Eastern District of Louisiana for remand decision.

Respectfully submitted this the 6th day of April, 2004.

SHAWN C. REED, #14304
AMY C. YENARI, #23682
HOWARD, REED & TAYLOR
516 N. Columbia Street
Covington, Louisiana 70433
(985) 893-3607
ATTORNEYS FOR PLAINTIFFS,
BETTY FISCHER, ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 8 2004

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, Shawn C. Reed, do hereby certify that I have this day caused a true and correct copy of the foregoing Motion and Brief to be served by United States mail, postage prepaid, to the following: **Glenn M. Swetman, Esq., Aultman, Tyner & Ruffin, Ltd., 400 Poydras Street, Suite 1900, New Orleans, LA 70130; Ernest E. Barrow, III, 113 E. 23rd Ave., Covington, LA 70433 and, to all of the attorneys listed on the Certificate of Service for the MDL.**

This, the 6th day of April, 2004.

_____
Shawn C. Reed

2004 APR -8  A 10: 07
RECEIVED
CLERK'S OFFICE
PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 8 2004

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BETTY FISCHER, SPOUSE OF/AND JOHN F. FISHER | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 03-3318 |
| | * | |
| GARLOCK, INC., ET AL. | * | SECTION "B" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | MAG. 5 |

## NOTICE OF MOTION TO REMAND

PLEASE TAKE NOTICE, that Plaintiff will move this Court on the 14th day of April, 2004 at 9:00 a.m. for an order pursuant to 28 U.S.C. § 1447 remanding this action to the Civil District Court for the Parish of Orleans, State of Louisiana.

Dated this 19 day of March, 2004.

Respectfully submitted,

_____
SHAWN C. REED, #14304
AMY C. YENARI, #23682
516 N. Columbia Street
Covington, Louisiana 70433
(985) 893-3607
ATTORNEYS FOR PLAINTIFFS

Page 1 of 2

EXHIBIT A

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading has been served upon all counsel of record in the above-entitled matter by depositing same in the United States Mail, postage prepaid and properly addressed on this \_\_19\_\_ day of March, 2004.

*Shawn C Reed*
SHAWN C. REED

# PANEL SERVICE LIST (Excerpted from CTO-232)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Betty Fischer, et al. v. Garlock, Inc., et al.*, E.D. Louisiana, C.A. No. 2:03-3318

Troy N. Bell
Aultman, Tyner, Ruffin & Yarborough
400 Poydras Street
Suite 1900
New Orleans, LA 70130

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

D. Douglas Howard, Jr.
Howard, Laudumiey, et al.
P.O. Box 50430
839 St. Charles Avenue
Suite 306
New Orleans, LA 70150

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley, Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Shawn C. Reed
Howard, Reed & Taylor
516 N. Columbia Street
Covington, LA 70433

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

John Elliott Unsworth, III
Weiss & Eason
1515 Poydras Street
Suite 1100
New Orleans, LA 70112-3723

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406