MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 9 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Lemon Covington, et al. v. Garlock Sealing Technologies, LLC, et al.*, N.D. Mississippi, C.A. No. 3:03-236

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Covington*) on March 30, 2004. The Panel has now been advised that *Covington* was remanded to the Circuit Court of Montgomery County, Mississippi, by the Honorable Michael P. Mills in an order filed on April 5, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-232" filed on March 30, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

PLEADING NO. 4137

OFFICIAL FILE COPY  IMAGED APR 9 '04