MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 4 2004

FILED
CLERK'S OFFICE

PLEADING NO. 4145

*DOCKET NO. 875*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*Pleas Ozell Rosamond, et al. v. Garlock Sealing Technologies, LLC, et al.,*
    N.D. Mississippi, C.A. No. 3:03-235
*Sammy Bennet, et al. v. Honeywell International, Inc., et al.,* N.D. Mississippi,
    C.A. No. 4:03-390

### *ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE MAY 27, 2004 HEARING SESSION*

A conditional transfer order was filed in these two actions (*Rosamond* and *Bennet*) on March 10, 2004. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Rosamond* and *Bennet* filed notices of opposition to the proposed transfer. *Rosamond* and *Bennet* were then remanded to Mississippi state court by the Honorable Michael P. Mills in separate orders signed on April 5, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-231" filed on March 10, 2004, is VACATED insofar as it relates to these two actions.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 14, 2004, are VACATED insofar as they relate to these two actions.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

OFFICIAL FILE COPY

IMAGED APR 15 '04