MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 4 2004

FILED
CLERK'S OFFICE

PLEADING NO. 4147

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Christo Koutrobis, et al. v. Ametek, Inc., et al.*, N.D. Texas, C.A. No. 3:03-2921

### ORDER VACATING CONDITIONAL TRANSFER ORDER
### AND VACATING THE MAY 27, 2004 HEARING SESSION

A conditional transfer order was filed in this action (*Koutrobis*) on March 10, 2004. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Koutrobis* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Koutrobis* was remanded to the 101st Judicial District Court of Dallas County, Texas, by the Honorable Jorge A. Solis in an order filed on April 6, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-231" filed on March 10, 2004, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 14, 2004, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

OFFICIAL FILE COPY

IMAGED APR 15 '04