JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



APR 15 2004

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
DOCKET NO. MDL-875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| DAVID RAY AMASON, et al., § § Plaintiffs, § § V. § § AMERICAN OPTICAL § CORPORATION, et al., § § Defendants. § | IN THE SOUTHERN DISTRICT OF TEXAS; CIVIL ACTION NO. 2:03CV555 |

## PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER-232

COMES NOW, Plaintiffs, DAVID RAY AMASON, JOE ARREZOLA, FRANKLIN BARBER, ALONZO BELTRAN, GARY CEDOTAL, CHARLES CHAPMAN, ORAN CORNETT, ROBERT DELEON, DWANE DREYER, EVARISTO DURAN, AMANDO FLORES and ALVIN FRANCIS, in the above styled case and oppose the transfer of their case to the Multi District Litigation of the United States District Court of the Eastern District of Pennsylvania. This case does not involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and eventually assigned to Judge Charles R. Weiner.

PLAINTIFFS' NOTICE OF OPPOSITION- Page 1

**OFFICIAL FILE COPY** IMAGED APR 16 '04

Respectfully submitted,

*[signature]*

D. Allen Hossley
Southern District of Texas Admission No. 36964
Texas State Bar No. 00792591
ATTORNEY-IN-CHARGE
Jeffrey T. Embry
Texas State Bar No. 24002052
Southern District of Texas Admission No. 25070
HOSSLEY ✶ EMBRY, L.L.P.
313 E. Charnwood
Tyler, Texas 75701
Ph. 903-526-1772
Fax. 903-526-1773
Email: allen@hossleyembry.com

Pruett Moore, III.
Texas State Bar No. 14362225
Southern District of Texas Admission No.15267
CONSTANT & VELA
1570 Frost Bank
802 N. Carancahua
Corpus Christi, Texas 78470
Ph. 361-887-8800
Fax. 361-887-8010

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 5 2004

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

A true and correct copy of this Motion was served on all counsel of record via facsimile and/or U.S. mail on this 14th day of April, 2004.

D. Allen Hossley