
MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 30 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-232)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 77,773 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 15 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY IMAGED APR 16 '04

# SCHEDULE CTO-232 - TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DISTRICT  DIV.  CIVIL ACTION#**

**FLORIDA SOUTHERN**
    FLS   0  03-62024    Joseph Brenner, et al. v. American Honda Motor Co., Inc., et al.
    FLS   1  03-22424    Milton Triefler v. Briggs Stratton Corp., et al.
    FLS   1  03-22885    Marion Daniels v. Borg-Warner Corp., et al.

**INDIANA NORTHERN**
    INN   2  03-75    Rosie Thomas, etc. v. AGA Gas, Inc., et al.
    INN   2  03-494    Raymond Webb v. A.W. Chesterton Co., et al.

**LOUISIANA EASTERN**
    ~~LAE   2  04-430    Andrew S. Fink v. Todd Shipyards Corp., et al.~~  **Opposed 4/13/04**
    LAE   2  04-431    Mary F. Delancey, et al. v. General Electric Co., et al.

**MISSISSIPPI NORTHERN**
    ~~MSN   3  03-236    Lemon Covington, et al. v. Garlock Sealing Technologies, LLC, et al.~~  **Vacated 4/9/04**

**MISSISSIPPI SOUTHERN**
    MSS   1  03-845    Edward H. Jones, et al. v. A.O. Smith Corp., et al.
    MSS   1  04-46    Billy N. Alexander, et al. v. Minnesota Mining & Manufacturing Co., et al.

**NORTH CAROLINA MIDDLE**
    NCM   1  04-162    Charles Brooks, Sr., et al. v. Anchor Packing Co., et al.

**NORTH CAROLINA WESTERN**
    NCW   1  04-26    Norma W. Morgan, etc. v. Aventis CropScience USA, Inc., et al.

**NEW YORK EASTERN**
    NYE   1  04-18    Michael Rhodes, et al. v. A.W. Chesterton Co., et al.
    NYE   1  04-19    Robert F. Reed v. A.W. Chesterton Co., et al.
    NYE   1  04-156    Homer Claude Money, Sr. v. Burns International Services Corp., et al.
    NYE   1  04-337    Henry Duke, et al. v. A.W. Chesterton Co., et al.

**NEW YORK SOUTHERN**
    NYS   1  03-9922    John P. Toth v. United States Lines, Inc., Reorganization Trust
    NYS   1  04-287    John E. Ralston, Jr. v. United States Lines, Inc., Reorganization Trust
    NYS   1  04-288    Willard E. Bartel, et al. v. United States Lines, Inc., Reorganization Trust
    NYS   1  04-289    Willard E. Bartel, et al. v. United States Lines, Inc., Reorganization Trust

**OHIO NORTHERN**
    OHN   1  04-10001    John P. Toth v. Alcoa Steamship Co., Inc., et al.
    OHN   1  04-10002    Willard E. Bartel, et al. v. A C Product Liability Trust, et al.
    OHN   1  04-10003    William A. Wiitala v. A C Product Liability Trust, et al.
    OHN   1  04-10004    Manolo B. Moneda v. A C Product Liability Trust, et al.
    OHN   1  04-10005    Jesus B. Balbuera v. A C Product Liability Trust, et al.
    OHN   1  04-10006    George V. Patterson v. A C Product Liability Trust, et al.
    OHN   1  04-10007    Frank Panebianco v. A C Product Liability Trust, et al.
    OHN   1  04-20001    Melvin D. Creque v. Flintkote Co.
    OHN   1  04-20002    William Agate, et al. v. 3M Co., et al.

Case MDL No. 875   Document 4150   Filed 04/15/04   Page 3 of 4

SCHEDULE FOR CTO-232 - TAG-ALONG CASES  MDL 875 (Cont.)                    PAGE 2 OF 3

**DISTRICT  DIV.  CIVIL ACTION#**

**SOUTH CAROLINA**
| | | | |
|---|---|---|---|
| SC | 2 | 02-1217 | Alex F. Moore, Sr., et al. v. Amchem Products, Inc., et al. |
| SC | 2 | 04-95 | William F. Davey v. Owens-Illinois, Inc., et al. |
| SC | 2 | 04-96 | James D. Bond, et al. v. Owens-Illinois, Inc., et al. |
| SC | 2 | 04-97 | Jack B. Webber, et al. v. Owens-Illinois, Inc., et al. |
| SC | 2 | 04-133 | Robert P. Baker, Sr. v. Owens-Illinois, Inc., et al. |

**TEXAS NORTHERN**
| | | | |
|---|---|---|---|
| TXN | 3 | 03-2999 | Billy Edward Aldridge, et al. v. Crane Co., Inc. |

**TEXAS SOUTHERN**
| | | | |
|---|---|---|---|
| ~~TXS~~ | ~~2~~ | ~~03-555~~ | ~~David Ray Amason, et al. v. America Optical Corp., et al.~~  Opposed 4/15/04 |
| TXS | 3 | 04-40 | Rodney Anderson v. Ford Motor Co., et al. |
| TXS | 4 | 04-248 | Thomas Threatt, et al. v. CSX Transportation, Inc. |
| TXS | 4 | 04-256 | Bernard Dollar, et al. v. CSX Transportation, Inc. |
| TXS | 4 | 04-257 | Thelma Moore v. CSX Transportation, Inc. |
| TXS | 4 | 04-258 | Elijah Rivers, et al. v. CSX Transportation, Inc. |

**VIRGINIA EASTERN**
| | | | |
|---|---|---|---|
| VAE | 2 | 04-7652 | Bruce G. Bremby v. AC&S, Inc., et al. |
| VAE | 2 | 04-7660 | Robert E. West v. AC&S, Inc., et al. |
| VAE | 2 | 04-7667 | Virgil C. Arnold v. American Standard, et al. |
| VAE | 2 | 04-7668 | Charles W. Jensen v. American Standard, et al. |
| VAE | 2 | 04-7669 | Earl H. Bohm v. American Standard, et al. |
| VAE | 2 | 04-7670 | Delbert Dial v. American Standard, et al. |
| VAE | 2 | 04-7671 | George C. Ross v. American Standard, et al. |
| VAE | 2 | 04-7672 | William H. Conant v. American Standard, et al. |
| VAE | 2 | 04-7673 | James W. Gochenour v. American Standard, et al. |
| VAE | 2 | 04-7674 | Muriel M. Heath v. American Standard, et al. |
| VAE | 2 | 04-7675 | Robert V. Thomas v. American Standard, et al. |
| VAE | 2 | 04-7676 | Paul I. Anderson v. American Standard, et al. |
| VAE | 2 | 04-7677 | Floyd L. Babbitt v. American Standard, et al. |
| VAE | 2 | 04-7678 | Bowen C. Blair v. American Standard, et al. |
| VAE | 2 | 04-7679 | Allen M. Bousman v. American Standard, et al. |
| VAE | 2 | 04-7680 | George L. Buchta v. American Standard, et al. |
| VAE | 2 | 04-7681 | Todd J. Bunn v. American Standard, et al. |
| VAE | 2 | 04-7682 | C. E. Champneys v. American Standard, et al. |
| VAE | 2 | 04-7683 | Gary D. Clawson v. American Standard, et al. |
| VAE | 2 | 04-7684 | Tracy E. Crews v. American Standard, et al. |
| VAE | 2 | 04-7685 | William Dagendesh v. American Standard, et al. |
| VAE | 2 | 04-7686 | Ernest G. Dahmer v. American Standard, et al. |
| VAE | 2 | 04-7687 | Lino De Leon, Sr. v. American Standard, et al. |
| VAE | 2 | 04-7688 | Harold L. Dilley v. American Standard, et al. |
| VAE | 2 | 04-7689 | John C. Dobson v. American Standard, et al. |
| VAE | 2 | 04-7690 | John W. Fly v. American Standard, et al. |
| VAE | 2 | 04-7691 | Arthur E. Frazier v. American Standard, et al. |
| VAE | 2 | 04-7692 | Robert E. Freeman v. American Standard, et al. |
| VAE | 2 | 04-7693 | Joe L. Fuller v. American Standard, et al. |
| VAE | 2 | 04-7694 | Roy L. Gage v. American Standard, et al. |
| VAE | 2 | 04-7695 | Marvin L. Gritton v. American Standard, et al. |

Case MDL No. 875   Document 4150   Filed 04/15/04   Page 4 of 4

SCHEDULE FOR CTO-232 - TAG-ALONG CASES  MDL 875 (Cont.)                                   PAGE 3 OF 3

**DISTRICT DIV. CIVIL ACTION#**

| District | Div. | Civil Action# | Case |
|---|---|---|---|
| VAE | 2 | 04-7696 | George W. Hoffman v. American Standard, et al. |
| VAE | 2 | 04-7697 | Weldon D. Johnson v. American Standard, et al. |
| VAE | 2 | 04-7698 | Lerry Lyons v. American Standard, et al. |
| VAE | 2 | 04-7699 | Lawrence McCullough v. American Standard, et al. |
| VAE | 2 | 04-7700 | Donnie G. Parlier v. American Standard, et al. |
| VAE | 2 | 04-7701 | Carlton E. Pugh v. American Standard, et al. |
| VAE | 2 | 04-7702 | Everett W. Reeder v. American Standard, et al. |
| VAE | 2 | 04-7703 | John W. Reiley v. American Standard, et al. |
| VAE | 2 | 04-7704 | Dale L. Rogers v. American Standard, et al. |
| VAE | 2 | 04-7705 | Kenneth K. Skoog v. American Standard, et al. |
| VAE | 2 | 04-7706 | Robert L. Smith v. American Standard, et al. |
| VAE | 2 | 04-7707 | Henry A. Sokolosky v. American Standard, et al. |
| VAE | 2 | 04-7708 | Guy V. Tanner v. American Standard, et al. |
| VAE | 2 | 04-7709 | Thomas Thomas v. American Standard, et al. |
| VAE | 2 | 04-7710 | Leo W. Waisanen v. American Standard, et al. |
| VAE | 2 | 04-7711 | George W. Walling v. American Standard, et al. |
| VAE | 2 | 04-7712 | James Watson v. American Standard, et al. |
| VAE | 2 | 04-7713 | Ernest R. Weigle v. American Standard, et al. |
| VAE | 2 | 04-7714 | Richard A. West v. American Standard, et al. |
| VAE | 2 | 04-7715 | Erich G. Knechtel v. American Standard, et al. |
| VAE | 2 | 04-7716 | Lawrence A. Powell v. American Standard, et al. |
| VAE | 2 | 04-7717 | Ray E. Bookheimer v. American Standard, et al. |
| VAE | 2 | 04-7718 | Billy D. Carrier v. American Standard, et al. |
| VAE | 2 | 04-7719 | Bruce Carter v. American Standard, et al. |
| VAE | 2 | 04-7720 | Andres C. Jaramillo v. American Standard, et al. |
| VAE | 2 | 04-7721 | Lucario G. Jaramillo v. American Standard, et al. |
| VAE | 2 | 04-7722 | Jack T. Frank v. American Standard, et al. |
| VAE | 2 | 04-7723 | Janet Louise Sensabaugh v. American Standard, et al. |
| VAE | 2 | 04-7724 | Mike L. Ritter v. American Standard, et al. |
| VAE | 2 | 04-7725 | Daniel Casas v. American Standard, et al. |
| VAE | 2 | 04-7726 | Rudy F. Aguilar v. American Standard, et al. |
| VAE | 2 | 04-7727 | Santos Aguilar v. American Standard, et al. |
| VAE | 2 | 04-7728 | Harold M. Deeg v. American Standard, et al. |
| VAE | 2 | 04-7729 | Howard M. Dowling v. American Standard, et al. |
| VAE | 2 | 04-7730 | Terry B. Duncan v. American Standard, et al. |
| VAE | 2 | 04-7731 | Donald N. Fiol v. American Standard, et al. |
| VAE | 2 | 04-7732 | Frederick A. Hallberg v. American Standard, et al. |
| VAE | 2 | 04-7733 | David W. Lee v. American Standard, et al. |
| VAE | 2 | 04-7734 | Doyle W. Lowry v. American Standard, et al. |
| VAE | 2 | 04-7735 | Binas W. Lung v. American Standard, et al. |
| VAE | 2 | 04-7736 | Davie L. Mabine v. American Standard, et al. |
| VAE | 2 | 04-7737 | Richard A. McGuire v. American Standard, et al. |
| VAE | 2 | 04-7738 | Melvin P. Oliver v. American Standard, et al. |
| VAE | 2 | 04-7739 | Albert S. Pahlke v. American Standard, et al. |
| VAE | 2 | 04-7740 | Rodney A. Privette v. American Standard, et al. |
| VAE | 2 | 04-7741 | Stephen P. Rasch v. American Standard, et al. |