JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



APR 1 5 2004

FILED
CLERK'S OFFICE

DOCKET NO. 875

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

**This document relates to the following cases:**

*Willie Pate, et al. v. 3M f/k/a Minnesota Mining and Manufacturing Co., et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03-CV-124-GR**

*John Knotts, et al. v. Minnesota Mining and Manufacturing Co., et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03-CV-125-GR**

*Willie Gray, et al. v. Minnesota Mining and Manufacturing Co., et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03-CV-126-GR**

*John Dunlap, et al. v. Minnesota Mining and Manufacturing Co., et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03-CV-128-GR**

*Jerry Russum, et al. v. Minnesota Mining and Manufacturing Co., et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03-CV-129-GR**

*Christine Webster, et al. v. Minnesota Mining and Manufacturing Co., et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03-CV-130-GR**

*Lamar Brown, et al. v. Abex Corp., et al.;*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03-CV-812-GRo**

*Donna Ray Culver, et al. v. Abex Corp., et al.;*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03-CV-813-GRo**

JM LZC 210782 v1
2139217-000028 04/14/2004

IMAGED APR 16 '04  OFFICIAL FILE COPY

*David Cutchins, et al. v. Abex Corp., et al.;*
**United States District Court for the Southern District of Mississippi, Southern Division,
Civil Action No. 1:03-CV-814-GRo**

*William C. Fells, et al. v. Abex Corp., et al.;*
**United States District Court for the Southern District of Mississippi, Southern Division,
Civil Action No. 1:03-CV-815-GRo**

*Charles Kaho, et al. v. Abex Corp., et al.;*
**United States District Court for the Southern District of Mississippi, Southern Division,
Civil Action No. 1:03-CV-817-GRo**

---

### FORD MOTOR COMPANY'S AND DAIMLERCHRYSLER CORPORATION'S RESPONSE TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

---

1.     Defendants Ford Motor Company ("Ford") and DaimlerChrysler Corporation ("Chrysler") file their response to Plaintiffs' Motion to Vacate the Conditional Transfer Order entered by the Clerk of the Panel on March 10, 2004, and in support would show the following:

2.  ᐧ    On July 29, 1991, the Judicial Panel on Multidistrict Litigation ("MDL") ordered that all federal "personal injury or wrongful death asbestos actions not yet in trial" be transferred to the United States District Court for the Eastern District of Pennsylvania for consolidated and coordinated pre-trial proceedings pursuant to 28 U.S.C. § 1407. *In re Asbestos Products Liability Litigation (No. VI)*, MDL Docket No. 875, 771 F. Supp. 415 (J.P.M.L. 1991).

3.     Plaintiffs do not dispute this case falls within the scope of the MDL Panel's transfer order; in fact, Plaintiffs' counsel in five of the above cases has admitted, in a nearly identical case, that no legitimate basis for opposing transfer exists.[1]  Specifically, Plaintiffs' counsel, in a letter to the Clerk of the MDL Panel stated:

---

[1] Christopher E. Fitzgerald is co-counsel in *Brown, Culver, Cutchins, Fells*, and *Kaho*. The letter referenced was sent by counsel in *Robert Harrison, et al. v. Allied Signal, Inc., et al.*, Civil Action No. 1:02CV737GRo, which was transferred to the MDL court on December 12, 2003.

JM LZC 210782 v1
2139217-000028  04/14/2004

> Please accept this letter in lieu of our Motion and Brief to Vacate the Conditional Transfer Order filed on November 10, 2003 in the above referenced action. With respect to the grounds concerning opposition, we are opposed to the transfer of this case due to the complete lack of diversity jurisdiction that exists to remove this case to federal court. *However, Plaintiffs are aware that this is not one of the grounds to present to this Panel and therefore choose to take up the removal issue with Judge Weiner rather than waste the Panel's time.*

*See* Letter from Christopher E. Fitzgerald to Michael J. Beck, Clerk of the Panel, November 24, 2003 (emphasis added) (attached as Exhibit A).

4.     Despite this admission, Plaintiffs have still objected to transfer based solely on the fact that a motion to remand remains pending before the transferor district court. However, as Plaintiffs' counsel is apparently aware, this Panel has explicitly rejected this argument on numerous prior occasions. *In re Asbestos Products Liability Litigation (No. VI),* MDL Docket No. 875, 170 F. Supp.2d 1348, 1349 (J.P.M.L. 2001); *In re Asbestos Products Liability Litigation (No. VI),* MDL Docket No. 875, 1996 WL 143826, *1 (J.P.M.L. Feb. 16, 1996); *In re Asbestos Products Liability Litigation (No. VI),* MDL Docket No. 875, at 1 n.1 (J.P.M.L. Aug. 9, 2002) (attached as Exhibit B); *In re Asbestos Products Liability Litigation (No. VI),* MDL Docket No. 875, at 1 (J.P.M.L. Feb. 19, 2002) (attached as Exhibit C); *In re Asbestos Products Liability Litigation (No. VI),* MDL Docket No. 875, at 1-2 (J.P.M.L. April 18, 2001) (attached as Exhibit D).

5.     In its initial opinion creating the MDL docket, the Panel made clear that "distinctions based on such matters as the pendency of motions or other matters before the transferor court" do not present a basis "for carving out exceptions to transfer in this extraordinary docket." *In re Asbestos Products Liability Litigation (No. VI),* MDL Docket No. 875, 170 F. Supp.2d 1348, 1349 (J.P.M.L. 2001) (citing *In re Asbestos Products Liability Litigation (No. VI),* MDL Docket No. 875, 771 F. Supp. 415 (J.P.M.L. 1991)).

6.     In fact, such a motion is better situated before the MDL court because the purpose

of the MDL is to establish a single district for coordinated pre-trial proceedings, which furthers

judicial economy and eliminates the potential for conflicting pre-trial rulings. *See e.g., In Re*

*New York City Mun. Sec. Litig.*, 572 F.2d 49, 51-52 (2d Cir. 1978); *Good v. Prudential Ins. Co.*,

5 F. Supp. 2d 804, 809 (N.D. Cal. 1998); *In re Air Crash Disaster off Long Island, NY.*, 965 F.

Supp. 5, 7 (S.D. N.Y. 1997).

7.     Accordingly, the Panel should deny Plaintiffs' Motion to Vacate the Conditional

Transfer Order and enter a final order transferring this case to the MDL court.

WHEREFORE, PREMESIS CONSIDERED, Ford Motor Company and DaimlerChrysler

Corporation respectfully request that the Judicial Panel on Multidistrict Litigation deny Plaintiffs'

Motion to Vacate the Conditional Transfer Order and transfer this case to the United States

District Court for the Eastern District of Pennsylvania.

Respectfully submitted, this the 14th day of April, 2004.

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ

Lawrence M. Coco, III (MSB# 100378)

On behalf of Ford Motor Company and
DaimlerChrysler Corporation

- 4 -

Of Counsel:

Walker Jones III, Esq.
Barry W. Ford, Esq.
T. Gerry Bufkin, Esq.
Lawrence M. Coco, III, Esq.
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
P.O. Box 14167
Jackson, Mississippi 39236
(601) 351-2400

Counsel for Defendants Ford Motor Company and DaimlerChrysler Corporation

JM LZC 210782 v1
2139217-000028  04/14/2004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 15 2004

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed by United States mail, postage prepaid, a true and correct copy of the foregoing document to the following:

Patrick C. Malouf, Esq.
Timothy W. Porter, Esq.
PORTER & MALOUF, P.A.
P.O. Box 12768
Jackson, MS  39236-2768

Christopher Fitzgerald, Esq.
Garrison, Scott, Gamble & Rosemthal
P.O. Box 1500
Ocean Springs, MS  39566-1500

J. T. Noblin, Clerk
U.S. District Court
Southern District, Southern Division
243 East Capital Street
Jackson, MS 39201

Attachment A - Panel Service List; and

Attachment B - additional service lists of known defense counsel.

This the 14th day of April, 2004.

LAWRENCE M. COCO, III

JM LZC 210782 v1
2139217-000028  04/14/2004



**JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

**APR 1 5 2004**

FILED
**CLERK'S OFFICE**

# FITZGERALD & ASSOCIATES, PLLC

*Attorney At Law*

CHRISTOPHER E. FITZGERALD
chris@ceflawfirm.com

2113 Government Street D-3
Ocean Springs, MS 39564

Post Office Box 1500
Ocean Springs, MS 39566-1500
Telephone: (228) 875-9072
Facsimile: (228) 818-2877

November 24, 2003

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Re:   MDL-875 – In Re Asbestos Products Liability Litigation (No. VI)
      *Robert Harrison, et al. v. Allied Signal, Inc., et al.*
      U. S. District Court, Southern District, Southern Division
      Civil Action No. 1:03cv737GR

Dear Mr. Beck:

Please accept this letter in lieu of our Motion and Brief to Vacate the Conditional Transfer Order filed on November 10, 2003 in the above referenced action. With respect to the grounds concerning opposition, we are opposed to the transfer of this case due to the complete lack of diversity jurisdiction that exists to remove this case to federal court. However, Plaintiffs are aware that this is not one of the grounds to present to this Panel and therefore choose to take up the removal issue with Judge Weiner rather than waste the Panel's time.

Should you need any additional information, please feel free to contact me. Otherwise, we appreciate your consideration in this matter.

Sincerely,

FITZGERALD & ASSOCIATES, PLLC

Christopher E. Fitzgerald

CEF/bb
cc:   All Counsel of Record
      Robert L. Harrison
      David Owens
      Jerrell Q. Smith



EXHIBIT

A

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG -9 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, MOREY L. SEAR,* BRUCE M. SELYA, JULIA SMITH GIBBONS, D. LOWELL JENSEN AND J. FREDERICK MOTZ, JUDGES OF THE PANEL

*Flinn James, et al. v. International Paper Co., et al.*, S.D. Mississippi, C.A. No. 1:01-556
*Ronald L. Huber, et al. v. J. Robert Davis, Jr., et al.*, W.D. Pennsylvania, C.A. No. 2:02-304

## TRANSFER ORDER

Before the Panel are motions brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in two actions pending, respectively, in the Southern District of Mississippi and the Western District of Pennsylvania. Movants seek to vacate the Panel's orders conditionally transferring their respective action to the Eastern District of Pennsylvania for inclusion in the centralized pretrial proceedings occurring there in this docket before Judge Charles R. Weiner.

On the basis of the papers filed and hearing session held, the Panel finds that these two actions involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Pennsylvania, and that transfer of the actions to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings occurring in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. We find that transfer of the actions is appropriate for reasons expressed by the Panel in its original decision in this docket directing centralization of all pending federal court actions not then in trial involving allegations of personal injury or wrongful death caused by asbestos or asbestos containing products. *See In re Asbestos Products Liability Litigation (No. VI)*, 771 F.Supp. 415 (J.P.M.L. 1991). In particular, we note that in the Panel's original decision distinctions based on such matters as the pendency of motions or other matters before the transferor court,[1] the

---

*Judge Sear took no part in the decision of this matter.

[1]Plaintiffs in the Southern District of Mississippi action have argued that transfer should be denied or deferred in order to permit the resolution of a pending motion to remand the action to state court. There is no need to delay transfer in order to accommodate such an interest. We note that: 1) as a practical matter, there is a lag time of at least three or four months from the filing of an action, its identification as a potential tag-along action, issuance of a conditional transfer order, stay of transfer when a party timely objects to the
(continued...)


EXHIBIT
B

COPY IMAGED AUG 1 2 '02

- 2 -

uniqueness of a party's status, the type of defendant, the docket condition of any specific federal district, the stage of pretrial proceedings, the presence of unique claims or additional claims not relating to asbestos injury or death, and/or the unanimity of opposition to transfer by the parties to an action, were considered and rejected by the Panel as grounds for carving out exceptions to transfer in this extraordinary docket. We are not persuaded to depart from this approach in dealing with the question of transfer of the actions now before the Panel.

Plaintiffs in the Western District of Pennsylvania action (*Huber*) seek to exclude *Huber* from transfer on the ground that the action does not specifically involve claims of asbestos related injuries. They urge that *Huber* instead deals exclusively with violations of common law, statutory law and the professional duties owed by defendant lawyers to plaintiff clients whom the lawyers previously represented in state court asbestos personal injury litigation. We are not confident that plaintiffs' claims regarding the caliber of their legal representation can be redressed without an examination of the merits of their underlying personal injury claims, matters which place *Huber* within the purview of MDL-875. Transfer is therefore necessary in order to prevent duplication of pretrial efforts, inconsistent rulings, and waste of the transferee court's experience and expertise. Transfer will also enhance Judge Weiner's continuing efforts to manage the MDL-875 docket with respect to such matters as the structuring of settlements, settlement funding, and settlement administration. Finally, we note that the named plaintiffs are already parties to previously transferred MDL-875 actions that remain pending in the transferee district. Thus any inconveniences associated with Section 1407 transfer should be minimal.

We note that under Judge Weiner's stewardship, as of July 24, 2002, i) over 73,000 actions have been closed in the transferee district, and ii) over 1,190 actions or claims therein have been returned to their originating transferor districts. To any parties that believe the uniqueness of their particular situation renders continued inclusion of their action in MDL-875 unnecessary or inadvisable, we note that whenever the transferee judge deems remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38. We are confident that Judge Weiner will continue to promptly review arguments for returning transferred actions or claims to their transferor courts and will take all appropriate steps to assure their speedy return whenever he is convinced that retention in the MDL-875 proceedings is no longer needed.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these two actions are transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to

---

(...continued)
conditional transfer, briefing on the question of transfer, the Panel hearing session, and the issuance of the Panel's subsequent order; 2) Panel Rule 1.5, R.P.J.P.M.L., 199 F.R.D. at 427, expressly provides that the pendency of a conditional transfer order does not in any way i) suspend orders and pretrial proceedings in the district court in which the action that is the subject of the conditional transfer order is pending, or ii) limit the pretrial jurisdiction of that court; and 3) accordingly, those courts wishing to address such motions have adequate time in which to do so, those courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of 1407 transfer in MDL-875 can continue without any unnecessary interruption or delay.

- 3 -

the Honorable Charles R. Weiner for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 19 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, MOREY L. SEAR, BRUCE M. SELYA,* JULIA SMITH GIBBONS, D. LOWELL JENSEN* AND J. FREDERICK MOTZ,* JUDGES OF THE PANEL

*John Todd v. Porter-Hayden Co., et al.,* D. Delaware, C.A. No. 1:01-234

*Clyde Bowman, et al. v. Armstrong World Industries, Inc., et al.,* D. Delaware, C.A. No. 1:01-318

*James C. Turner, et al. v. Anchor Packing Co., et al.,* E.D. Louisiana, C.A. No. 2:01-2767

*Rodney W. Schamerhorn, etc. v. United States Dept. of Army,* W.D. Louisiana, C.A. No. 2:01-914

*Lowell Abbott, Jr., et al. v. Metropolitan Life Insurance Co., et al.,* E.D. Missouri, C.A. No. 4:01-1299

*Cam L. Atkins, et al. v. A.P. Green Services., Inc., et al.,* S.D. West Virginia, C.A. No. 2:01-781

### TRANSFER ORDER

Before the Panel are motions brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in six District of Delaware, Eastern District of Louisiana, Western District of Louisiana, Eastern District of Missouri and Southern District of West Virginia actions. Movants seek to vacate the Panel's orders conditionally transferring the actions to the Eastern District of Pennsylvania for inclusion in the centralized pretrial proceedings occurring there in this docket before Judge Charles R. Weiner.

On the basis of the papers filed and hearing session held, the Panel finds that these six actions involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Pennsylvania, and that transfer of the actions to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings occurring in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. We find that transfer of the actions is appropriate for reasons expressed by the Panel in its original decision in this docket directing centralization of all pending federal court actions not then in trial involving allegations of personal injury or wrongful death caused by asbestos or asbestos containing products. *See In re Asbestos Products Liability Litigation (No. VI),* 771 F.Supp. 415 (J.P.M.L. 1991). In particular, we note that in the Panel's original decision distinctions based on such matters as the pendency of motions or other matters before the

---

*Judges Selya and Jensen took no part in the decision of this matter with respect to the Eastern District of Louisiana and Eastern District of Missouri actions. Judge Motz also took no part in the decision of this matter with respect to the Eastern District of Louisiana action.



EXHIBIT
C

IMAGED FEB 20 '02

- 2 -

transferor court,[1] the uniqueness of a party's status, the type of defendant, the docket condition of any specific federal district, the stage of pretrial proceedings, the presence of unique claims or additional claims not relating to asbestos injury or death, and/or the unanimity of opposition to transfer by the parties to an action, were considered and rejected by the Panel as grounds for carving out exceptions to transfer in this extraordinary docket. We are not persuaded to depart from this approach in dealing with the question of transfer of the actions now before the Panel.

Nor are we persuaded by the arguments of the plaintiffs in the District of Delaware and Southern District of West Virginia actions. These parties seek to exclude their three actions from transfer on the ground that the actions do not specifically involve claims of asbestos related injuries but rather simply involve efforts to enforce contractual rights acquired in state court settlements of asbestos personal injury claims. Regardless of how plaintiffs seek to characterize the nature of their complaints, the actions all present the same key issue which is now also present in actions in the transferee district: whether asbestos personal injury settlement agreements negotiated by the Center for Claims Resolution (CCR) create joint or separate liability for defendant companies that are CCR members. Transfer is necessary in order to prevent duplication of pretrial efforts, inconsistent rulings, and waste of the transferee court's experience and expertise. Transfer will also enhance Judge Weiner's continuing efforts to manage the MDL-875 docket regarding such matters as the effect of codefendant defaults on settlement efforts, settlement funding, and proper claim sequencing.

Finally, we note that under Judge Weiner's stewardship, as of February 1, 2002, i) over 71,000 actions have been closed in the transferee district, and ii) over 1100 actions or claims therein have been returned to their originating transferor districts. To any parties that believe the uniqueness of their particular situation renders continued inclusion of their action in MDL-875 unnecessary or inadvisable, we note that whenever the transferee judge deems remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. See Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38. We are confident that Judge Weiner will continue to promptly review arguments for returning transferred actions or claims to their transferor courts and will take all appropriate steps to assure their speedy return whenever he is convinced that retention in the MDL-875 proceedings is no longer needed.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these six actions are transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable

---

[1] Plaintiffs in certain actions have argued that transfer should be denied or deferred in order to permit the resolution of pending motions to remand the actions to state court. There is no need to delay transfer in order to accommodate such an interest. We note that: 1) as a practical matter, there is a lag time of at least three or four months from the filing of an action, its identification as a potential tag-along action, issuance of a conditional transfer order, stay of transfer when a party timely objects to the conditional transfer, briefing on the question of transfer, the Panel hearing session, and the issuance of the Panel's subsequent order; 2) Panel Rule 1.5, R.P.J.P.M.L., 199 F.R.D. at 427, expressly provides that the pendency of a conditional transfer order does not in any way i) suspend orders and pretrial proceedings in the district court in which the action that is the subject of the conditional transfer order is pending, or ii) limit the pretrial jurisdiction of that court; and 3) accordingly, those courts wishing to address such motions have adequate time in which to do so, those courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of 1407 transfer in MDL-875 can continue without any unnecessary interruption or delay.

- 3 -

Charles R. Weiner for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 8 2001

FILED
CLERK'S OFFICE

## DOCKET NO. 875

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Weldon R. Moake, et al. v. Reynolds Metals Co.*, S.D. Texas, C.A. No. 4:00-4226

## BEFORE WM. TERRELL HODGES, CHAIRMAN, LOUIS C. BECHTLE, JOHN F. KEENAN, MOREY L. SEAR, BRUCE M. SELYA, JULIA SMITH GIBBONS AND D. LOWELL JENSEN, JUDGES OF THE PANEL

### TRANSFER ORDER

Before the Panel is a motion brought, pursuant to Rule 7.4, R.P.J.P.M.L., 192 F.R.D. 459, 468-69 (2000), by plaintiffs in the subject action pending in the Southern District of Texas (*Moake*) requesting that the Panel vacate the portion of its order conditionally transferring *Moake* to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket before Judge Charles R. Weiner.

On the basis of the papers filed and the hearing held, the Panel finds that *Moake* involves common questions of fact with actions in this litigation previously transferred to the Eastern District of Pennsylvania, and that transfer of the action to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings occurring in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. We find that transfer of the action is appropriate for reasons expressed by the Panel in its original decision in this docket directing centralization of all pending federal court actions not then in trial involving allegations of personal injury or wrongful death caused by asbestos or asbestos containing products. *See In re Asbestos Products Liability Litigation (No. VI)*, 771 F. Supp. 415 (J.P.M.L. 1991). In particular, we note that in the Panel's original decision distinctions based on such matters as the pendency of motions or other matters before the transferor court,[1] the uniqueness of a party's status, the type of defendant, the docket condition

---

[1]Plaintiffs in *Moake* have argued that transfer should be denied or deferred in order to permit the resolution of a pending motion to remand the action to state court. There is no need to delay transfer in order to accommodate such an interest. We note that: 1) as a practical matter, there is a lag time of at least three or four months from the filing of an action, its identification as a potential tag-along action, issuance of a conditional transfer order, stay of transfer when a party timely objects to the conditional transfer, briefing on the question of transfer, the Panel hearing, and the issuance of the Panel's subsequent order; 2) Panel Rule 1.5, R.P.J.P.M.L., *supra*, 192 F.R.D. at 461, expressly provides that the pendency of a conditional transfer order does not in any way i) suspend orders and pretrial proceedings in the district court in which the action that is the subject of the conditional transfer order is

(continued...)

EXHIBIT D

- 2 -

of any specific federal district, the stage of pretrial proceedings,[2] the presence of unique claims or additional claims not relating to asbestos injury or death, and/or the unanimity of opposition to transfer by the parties to an action, were considered and rejected by the Panel as grounds for carving out exceptions to transfer in this extraordinary docket.

We are not persuaded to depart from this approach in dealing with the question of transfer of the action now before the Panel. We note that under Judge Weiner's stewardship, as of March 31, 2001, i) nearly 67,000 actions have been closed in the transferee district, and ii) over 1,100 actions or claims therein have been returned to their originating transferor districts. To any parties that believe the uniqueness of their particular situation renders inclusion of *Moake* in MDL-875 unnecessary or inadvisable, we note that whenever the transferee judge deems remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L., *supra*, 192 F.R.D. at 470-72. We are confident that Judge Weiner will continue to promptly review arguments for returning transferred actions or claims to their transferor courts and will take all appropriate steps to assure their speedy return whenever he is convinced that retention in the MDL-875 proceedings is no longer needed.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action entitled *Weldon R. Moake, et al. v. Reynolds Metals Co.*, S.D. Texas, C.A. No. 4:00-4226, is hereby transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable Charles R. Weiner for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

---

(...continued)
pending, or ii) limit the pretrial jurisdiction of that court; and 3) accordingly, those courts wishing to address such motions have adequate time in which to do so, those courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of 1407 transfer in MDL-875 can continue without any unnecessary interruption or delay.

[2] Plaintiffs in *Moake* have argued that, by virtue of a summary judgment previously entered in favor of the sole defendant in the action, *Moake* falls outside the scope of Section 1407, which authorizes the Panel to transfer only for pretrial proceedings. We note that all parties to *Moake* agree that the Texas Supreme Court's ruling in another Texas asbestos personal injury case necessitates vacatur of the *Moake* court's order dismissing the action's sole defendant. There is also no dispute that additional pretrial proceedings will be forthcoming, including discovery and dispositive motions. In light of this agreed upon state of affairs in the action, it is clear that the *Moake* court's previously entered "final judgment" is merely a matter of form that should not prevent the action's transfer under Section 1407. Plaintiffs' argument that the case has been adjudicated on the merits is especially unpersuasive in light of plaintiffs' own motion, filed after the aforementioned Texas Supreme Court decision, requesting the *Moake* court to vacate its dismissal order.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 5 2004

FILED
CLERK'S OFFICE

# Attachment A

# SCHEDULE OF ACTIONS / PANEL SERVICE LIST (Excerpted from CTO-231)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### Southern District of Mississippi

*Willie Gray, et al. v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:03-796
*John Knotts, et al. v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:03-800
*Willie Pate, et al. v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:03-801
*Jerry Russum, et al. v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:03-802
*Christine Webster, et al. v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:03-803
*Lamar Brown, et al. v. Abex Corp., et al.*, C.A. No. 1:03-812
*Donna Ray Culver, et al. v. Abex Corp., et al.*, C.A. No. 1:03-813
*David Cutchins, et al. v. Abex Corp., et al.*, C.A. No. 1:03-814
*William C. Fells, et al. v. Abex Corp., et al.*, C.A. No. 1:03-815
*Charles Kaho, et al. v. Abex Corp., et al.*, C.A. No. 1:03-817
*John Dunlap, et al. v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:03-819

Robert M. Arentson, Jr.
Baker, Donelson, Bearman, Caldwell &
Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

David A. Barfield
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-3979

Michael T. Bartley
Copeland, Cook, Taylor & Bush
P. O. Box 6020
Ridgeland, MS 39158-6020

Monte L. Barton
Copeland, Cook, Taylor & Bush, P.A.
P. O. Box 6020
Ridgeland, MS 39158

Joe E. Basenberg
Hand, Arendall, Llc
P. O. Box 123
Mobile, AL 36601

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

James H. Bolin
Butler, Snow, O'Mara, Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Lawrence M. Coco, III
Baker, Donelson, Bearman, Caldwell &
Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

John R. Countiss, III
Upshaw, Williams, Biggers, Beckham &
Riddick
715 South Pear Orchard Road
Ridgeland, MS 39157

Marcy B. Croft
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Richard M. Crump
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Steven B. Dick
Brown, Buchanan & Sessoms, PA
P.O. Box 2220
Pascagoula, MS 39569

Kristi A. Duncan
Currie, Johnson, Griffin, Gaines &
Myers
P.O. Box 750
Jackson, MS 39205-0750

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Barry W. Ford
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

William N. Graham
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

David K. Groome
Hailey, McNamara, Hall, Larmann &
Papale
P.O. Box 8288
Metarie, LA 70011-8288

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Daphne M. Lancaster
Aultman, Tyner, Ruffin & Yarborough
P.O. Box 750
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Deetric D. Montgomery
Clark, Scott & Streetman
P.O. Box 13847
Jackson, MS 39236-3847

Ronald L. Motley
Motley, Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Clyde L. Nichols, III
Clark, Scott & Streetman
P.O. Box 13847
Jackson, MS 39236-3847

Timothy W. Porter
Porter & Malouf, P.A.
4670 McWillie Drive
P.O. Box 12768
Jackson, MS 39236

William C. Reeves
Smith, Reeves & Yarborough, PLLC
6360 I-55 North, Suite 201
Jackson, MS 39211

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Ann M. Sico
Bernard, Cassisa, Elliott & Davis
P.O. Box 55490
Metairie, LA 70055-5490

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Joseph J. Stroble
Watkins & Eager
The Emporium Building
400 East Capitol Street
Suite 300
P.O. Box 650
Jackson, MS 39205-0650

Amanda D. Summerlin
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

David L. Trewolla
Dogan & Wilkinson, PLLC
P.O. Box 23062
Jackson, MS 39225-3062

Thomas W. Tyner
Aultman, Tyner, Ruffin & Yarborough
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502-4108

W. S. Welch
Butler, Snow, O'Mara, Stevens & Cannada
Deposit Guaranty Plaza, 17th Floor
210 East Capitol Street
P.O. Box 22567
Jackson, MS 39225

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

# Attachment B

# Defendant Counsel Service List For:     Brown, Lamar

**Allen Vaughn Cobb & Hood, PA**

Post Office Box 4801

Gulfport, MS 39502-4801

Phone # (228) 864-4011
Fax # (228) 864-8962
tvaughn@avchlaw.com

---

**Aultman, Tyner, Ruffin & Yarborough, Ltd.**

Thomas W. Tyner, Esq.                Christopher O. Massenburg, Esq.        William N. Graham, Esq.

P. O. Drawer 750

Phone # (601) 583-2671
Fax # (601) 583-2677
aultyn@megagate.com

---

**Baker Donelson Bearman Caldwell & Berkowitz, PC**

Robert Arentson, Esq.                Scott Bates, Esq.

Hattiesburg, MS 39401

P.O. Box 14167

Jackson, MS 39236

Phone #
Fax #

---

**Barfield & Associates**

Kimberly P. Wallace

PO Drawer 3979

Jackson, MS 39207

Phone #
Fax # (601) 968-9425

---

**Bernard Cassisa Elliott & Davis, PC**

Paul V. Cassisa, Jr., Esq.                Ann Sico, Esq.

P.O. Box 55490

Metairie LA 70055-5490

Phone # (504) 834-2612
Fax # (504) 838-9438
cassisap@bernardcassisa.co
m; sicoa@bernardcassisa

---

**Bradley Arant Rose & White**

Laura Gibbs, Esq.

188 E. Capitol Street

One Jackson Place

Jackson MS 39215

Phone # (601) 948-2121
Fax # (601) 948-3000
dclark@barw.com

**Brown Buchanan & Sessoms**

| | | | |
|---|---|---|---|
| Patrick R. Buchanan, Esq. | Julie L. Pottenger, Esq. | P.O. Box 2220 | **Phone #** (228) 374-2999 |
| | | Pascagoula, MS 39569 | **Fax #** (228) 435-7090 |
| | | | rlb@brownbuchanan.com; mailb@brownbuchanan.com |

**Brunini Grantham Grower & Hewes, PLLC**

| | | | |
|---|---|---|---|
| Robert L. Gibbs, Esq. | A. LaVerne Edney, Esq. | P.O. Drawer 119 | **Phone #** (601) 948-3101 |
| | | Jackson, MS 39205 | **Fax #** (601) 960-6902 |
| | | | cgreen@brunini.com |

**Bryan Nelson Randolph & Weathers, PA**

| | | | |
|---|---|---|---|
| Joseph A, O'Connell, Esq. | | P.O. Drawer 18109 | **Phone #** |
| | | Hattiesburg, MS 39404-8109 | **Fax #** |

**Bryant Clark Dukes Blakeslee Ramsay & Hammond**

| | | | |
|---|---|---|---|
| Karen K. Sawyer, Esq. | | P.O. Box 10 | **Phone #** (228) 863-6101 |
| | | Gulfport, MS 39502-0010 | **Fax #** (228) 868-9077 |
| | | | ksawyer@bryantclark.com |

**Burr & Forman**

| | | | |
|---|---|---|---|
| C. Paul Cavender, Esq. | | 420 North 20th Street | **Phone #** (205) 251-3000 |
| | | Suite 3100 | **Fax #** (205) 458-5100 |
| | | Birmingham, AL 35203 | |

**Campbell DeLong Hagwood & Wade, LLP**

| | | | |
|---|---|---|---|
| Lawrence Wade, Esq. | Robert Warrington, Esq. | P.O. Box 1856 | **Phone #** (662) 325-6011 |
| | | Greenville MS 38702-1856 | **Fax #** (662) 334-6407 |

Raymond L. Brown, Esq.

Robert F. Hathaway, Esq.

**Clark Scott & Streetman, PA**

James P. Streetman, III, Esq.

Wade G. Manor, Esq.

P.O. Box 13847

Jackson MS 39236-3847

Phone # (601) 607-4800
Fax #    (601) 607-4801
css@csslegal.com;
wmanor@csslegal.com

---

**Currie Johnson Griffin Gaines & Myers, PA**

Edward J. Currie, Jr., Esq.

Kristi Duncan Kennedy, Esq.

P.O. Box 750

Jackson, MS 39205-0750

Phone # (601) 969-1010
Fax #    (601) 969-5210
ecurrie@curriejohnson.com
; kkennedy@curriejohnson

---

**Daniel Coker Horton & Bell**

Silas W. McCharen, Esq.

Roy A. Smith, Esq.

Tara S. Clifford, Esq.

P.O. Box 1084

Jackson, MS 39215-0019

Phone # (601) 969-7607
Fax #    (601) 969-1116
smccharen@danielcoker.co
m

---

**Dogan & Wilkinson, PLLC**

David W. Dogan, III, Esq.

David Trewolla, Esq.

P.O. Box 23062

Jackson, MS 39225

Phone # (601) 351-3200
Fax #    (601) 351-3232
DTREWOLLA@DOGAN
WILKINSON.COM

---

**Dogan Wilkinson Kinard Smith & Edwards**

Robert Wilkinson, Esq.

Nathan A. Bosio, Esq.

P.O. Box 1618

Pascagoula, MS 39568-
1618

Phone # (228) 762-2272
Fax #    (228) 762-3223
doganwilkinson.com

---

**Dukes, Dukes, Keating, & Faneca, P.A.**

Walter W. Dukes, Esq.

2909 15th Street

Sixth Floor

Gulfport, MS  39501

Phone # (228) 868-1111
Fax #    (228) 863-2886
walter@ddkf.com

---

## Defendant Counsel Service List For:   Brown, Lamar

| | | |
|---|---|---|
| **Evert & Weathersby** | | |
| C. Michael Evert, Jr., Esq. | | 3405 Piedmont Road |
| | | Suite 225 |
| | | Atlanta, GA 30305 |
| | | **Phone #** |
| | | **Fax #** (404) 233-8933 |
| **Forman Perry Watkins & Tardy PLLC** | | |
| Craig E. Brasfield, Esq. | Michael D. Goggans, Esq. | Stefan Bourn, Esq. |
| | | P.O. Box 22608 |
| | | Jackson, MS 39225-2608 |
| | | **Phone #** (601) 960-8600 |
| | | **Fax #** (601) 960-8613 |
| | | craig@fpwk.com; |
| | | sbossier@fpwk.com; |
| | | stefanb@fpwk.co |
| **Gwin Lewis & Punches, LLP** | | |
| Lucien C. Gwin, Jr., Esq. | | P. O. Box 1344 |
| | | Natchez, MS 39121 |
| | | **Phone #** |
| | | **Fax #** (601) 446-6621 |
| | | gwinlp@bkbank.com |
| **McNeese & Hahn, PLLC** | | |
| Lawrence E. Hahn, Esq. | | P.O. Drawer 948 |
| | | Columbia, MS 39429 |
| | | **Phone #** (601) 731-5020 |
| | | **Fax #** (601) 731-5030 |
| | | leh@cblink.com |
| **Michael N. Watts, Esq.** | | |
| | | P.O. Drawer 707 |
| | | Oxford MS 39655 |
| | | **Phone #** (662) 234-8775 |
| | | **Fax #** (662) 234-8638 |
| | | mwatts@holcombdunbar.co |
| | | m |
| **Minor C. Summers, Jr., Esq.** | | |
| | | 1907 Dunbarton Dr |
| | | Suite F |
| | | Jackson, MS 39216 |
| | | **Phone #** (601) 362-8059 |
| | | **Fax #** (601) 366-7498 |

# Defendant Counsel Service List For:

## Brown, Lamar

**Montague Pittman & Varnado**

Carey Varnado, Esq.

P.O. Box 1975

Hattiesburg, MS 39403-1975

Phone # (228) 374-2100

Fax #  (601) 544-1276

cvarnado@mpvlaw.com;
jfreeman1@mpvlaw.com

---

**Page Mannino Peresich & McDermott, PLLC**

W. Mark Edwards, Esq.

Ronald G. Peresich, Esq.

Michael E. Whitehead, Esq.

P.O. Drawer 289

Biloxi MS 39533

Phone # (228) 374-2100

Fax #  (228) 432-5539

ronald.peresich@pmp.org

---

**Phelps Dunbar**

Ross F. Bass, esq.

P.O. Box 23066

Jackson, MS 39201

Phone # (601) 352-2300

Fax #  (601) 360-9777

bassr@phelps.com

---

**Porzia Bromberg & Newman, P.C.**

William J. VonDerHeide, Esq.

Morristown, NJ 07962-1997

Phone #

Fax #  (973) 538-5146

---

**Skadden Arps Slate Meagher & Flom**

Peter McKenna, Esq.

919 Third Avenue

New York, NY 10022

Phone # (212) 735-3000

Fax #  (212) 735-2000

---

Sheila Birnham, Esq.

P.O. Box 1997

Phone #

Fax #

---

**Smith, Reeves & Yarborough, PLLC**

William C. Reeves, Esq.

6360 I-55 North
Suite 201
Jackson, MS 39211

Phone # (601) 965-7200

Fax #  (601) 965-7201

breeves@smithreeves.com

## Defendant Counsel Service List For:     Brown, Lamar

**Watkins & Eager**

William F. Goodman, III, Esq.    Michael O. Gwin, Esq.    Douglas J. Gunn, Esq.

400 East Capitol Street
Suite 300
Jackson, Ms 39201

Phone #  (601) 948-6470
Fax #      (601) 354-3623

---

**Watkins Ludlam Winter & Stennis**

John H. Holloman, III, Esq.

Post Office Box 427

Jackson, MS 39205-0427

Phone #  (601) 949-4900
Fax #      (601) 949-4804
jholloman@watkinsludlam.com

---

**Wells Moore Simmons & Hubbard, PLLC**

Jeffrey P. Hubbard, esq.

P.O. Box 1970

Jackson, MS 39215-1970

Phone #  (601) 354-5400
Fax #      (601) 355-5850
jphub1@wellsmoore.com

## Defendant Counsel Service List For:    Culver, Donna

**Allen Vaughn Cobb & Hood, PA**

Post Office Box 4801

Gulfport, MS 39502-4801

Phone # (228) 864-4011
Fax #    (228) 864-8962
tvaughn@avchlaw.com

**Autman, Tyner, Ruffin & Yarborough, Ltd.**

Thomas W. Tyner, Esq.

Christopher O. Massenburg, Esq.

William N. Graham, Esq.

P. O. Drawer 750

Hattiesburg, MS   39401

Phone # (601) 583-2671
Fax #    (601) 583-2677
aultyn@megagate.com

**Baker Donelson Bearman Caldwell & Berkowitz, PC**

Robert Arentson, Esq.

Scott Bates, Esq.

P.O. Box 14167

Jackson, MS 39236

Phone #
Fax #

**Barfield & Associates**

Kimberly P. Wallace

PO Drawer 3979

Jackson, MS 39207

Phone #
Fax #    (601) 968-9425

**Bernard Cassisa Elliott & Davis, PC**

Paul V. Cassisa, Jr., Esq.

Ann Sico, Esq.

P.O. Box 55490

Metairie LA 70055-5490

Phone # (504) 834-2612
Fax #    (504) 838-9438
cassisap@bernardcassisa.co
m; sicoa@bernardcassisa

**Bradley Arant Rose & White**

Laura Gibbs, Esq.

188 E. Capitol Street

One Jackson Place

Jackson MS 39215

Phone # (601) 948-2121
Fax #    (601) 948-3000
dclark@barw.com

# Defendant Counsel Service List For:    Culver, Donna

**Brown Buchanan & Sessoms**

Patrick R. Buchanan, Esq.                Julie L. Pottenger, Esq.          Raymond L. Brown, Esq.

P.O. Box 2220

Pascagoula, MS 39569

Phone #   (228) 374-2999
Fax #      (228) 435-7090
rlb@brownbuchanan.com;
mailb@brownbuchanan.co
m

**Brunini Grantham Grower & Hewes, PLLC**

Robert L. Gibbs, Esq.                     A. La'Verne Edney, Esq.

P.O. Drawer 119

Jackson, MS 39205

Phone #   (601) 948-3101
Fax #      (601) 960-6902
cgreen@brunini.com

**Bryan Nelson Randolph & Weathers, PA**

Joseph A, O'Connell, Esq.

P.O. Drawer 18109

Hattiesburg, MS 39404-
8109

Phone #
Fax #

**Bryant Clark Dukes Blakeslee Ramsay & Hammond**

Karen K. Sawyer, Esq.

P.O. Box 10

Gulfport, MS 39502-0010

Phone #   (228) 863-6101
Fax #      (228) 868-9077
ksawyer@bryantclark.com

**Burr & Forman**

C. Paul Cavender, Esq.

420 North 20th Street

Suite 3100

Birmingham, AL 35203

Phone #   (205) 251-3000
Fax #      (205) 458-5100

**Butler, Snow, O'Mara, Stevens & Cannada, PLLC**

W. Scott Welch, III, Esq.                 Joshua J. Wiener, Esq.          Patricia C. Gandy, Esq.

P. O. Box 22567

Jackson, MS   39225-2567

Phone #   (601) 985-4580
Fax #      (601) 985-4500
patti.gandy@butlersnow.co
m; mark.garriga@butlersno

# Defendant Counsel Service List For:

## Culver, Donna

**Campbell DeLong Hagwood & Wade, LLP**

Lawrence Wade, Esq.

Robert Warrington, Esq.        P.O. Box 1856

Greenville MS 38702-1856

Phone # (662) 325-6011
Fax # (662) 334-6407

---

**Clark Scott & Streetman, PA**

James P. Streetman, III, Esq.

Wade G. Manor, Esq.        P.O. Box 13847

Jackson MS 39236-3847

Phone # (601) 607-4800
Fax # (601) 607-4801
css@csslegal.com;
wmanor@csslegal.com

---

**Currie Johnson Griffin Gaines & Myers, PA**

Edward J. Currie, Jr., Esq.

Kristi Duncan Kennedy, Esq.        P.O. Box 750

Jackson, MS 39205-0750

Phone # (601) 969-1010
Fax # (601) 969-5210
ecurrie@curriejohnson.com
; kkennedy@curriejohnson

---

**Daniel Coker Horton & Bell**

Silas W. McCharen, Esq.        Tara S. Clifford, Esq.        P.O. Box 1084

Jackson, MS 39215-0019

Phone # (601) 969-7607
Fax # (601) 969-1116
smccharen@danielcoker.co
m

---

**Dogan & Wilkinson, PLLC**

David W. Dogan, III, Esq.

David Trewolla, Esq.        P.O. Box 23062

Jackson, MS 39225

Phone # (601) 351-3200
Fax # (601) 351-3232
DTREWOLLA@DOGAN
WILKINSON.COM

---

**Dogan Wilkinson Kinard Smith & Edwards**

Robert Wilkinson, Esq.

Nathan A. Bosio, Esq.        P.O. Box 1618

Pascagoula, MS 39568-
1618

Phone # (228) 762-2272
Fax # (228) 762-3223
doganwilkinson.com

## Defendant Counsel Service List For:

## Culver, Donna

**Dukes, Dukes, Keating & Faneca, P.A.**

Walter W. Dukes, Esq.

2909 15th Street
Sixth Floor
Gulfport, MS  39501

Phone #  (228) 868-1111
Fax #   (228) 863-2886
walter@ddkf.com

**Evert & Weathersby**

C. Michael Evert, Jr., Esq.

3405 Piedmont Road
Suite 225
Atlanta, GA 30305

Phone #
Fax #   (404) 233-8933

**Forman Perry Watkins & Tardy PLLC**

Craig E. Brasfield, Esq.          Michael D. Goggans, Esq.          Stefan Bourn, Esq.

P.O. Box 22608

Jackson, MS 39225-2608

Phone #  (601) 960-8600
Fax #   (601) 960-8613
craig@fpwk.com;
sbossier@fpwk.com;
stefanb@fpwk.co

**Gwin Lewis & Punches, LLP**

Lucien C. Gwin, Jr., Esq.

P. O. Box 1344

Natchez, MS 39121

Phone #
Fax #   (601) 446-6621
gwinlp@bkbank.com

**Hopkins Crawley Bagwell & Upshaw**

Raymond D. Carter, Esq.

P.O. Box 1510

Gulfport, MS 39501-1510

Phone #
Fax #

**McNeese & Hahn, PLLC**

Lawrence E. Hahn, Esq.

P.O. Drawer 948

Columbia, MS 39429

Phone #  (601) 731-5020
Fax #   (601) 731-5030
leh@cblink.com

## Defendant Counsel Service List For:   Culver, Donna

**Michael N. Watts, Esq.**

P.O. Drawer 707

Oxford MS 39655

Phone # (662) 234-8775
Fax #     (662) 234-8638
mwatts@holcombdunbar.com

**Minor C. Summers, Jr., Esq.**

1907 Dunbarton Dr
Suite F
Jackson, MS 39216

Phone # (601) 362-8059
Fax #     (601) 366-7498

**Montague Pittman & Varnado**

Carey Varnado, Esq.

P.O. Box 1975

Hattiesburg, MS 39403-1975

Phone # (601) 544-1234
Fax #     (601) 544-1276
cvarnado@mpvlaw.com;
jfreeman1@mpvlaw.com

**Page Mannino Peresich & McDermott, PLLC**

Ronald G. Peresich, Esq.

P.O. Drawer 289

Biloxi MS 39533

Phone # (228) 374-2100
Fax #     (228) 432-5539
ronald.peresich@pmp.org

W. Mark Edwards, Esq.          Michael E. Whitehead, Esq.

**Phelps Dunbar**

Ross F. Bass, esq.

P.O. Box 23066

Jackson, MS 39201

Phone # (601) 352-2300
Fax #     (601) 360-9777
bassr@phelps.com

**Porzia Bromberg & Newman, P.C.**

William J. VonDerHeide, Esq.

P.O. Box 1997

Morristown, NJ 07962-1997

Phone #
Fax #     (973) 538-5146

## Defendant Counsel Service List For:

## Culver, Donna

**Skadden Arps Slate Meagher & Flom**

Sheila Birnham, Esq.

Peter McKenna, Esq.

919 Third Avenue

New York, NY 10022

Phone # (212) 735-3000

Fax # (212) 735-2000

---

**Smith, Reeves & Yarborough, PLLC**

William C. Reeves, Esq.

6360 I-55 North

Suite 201

Jackson, MS 39211

Phone # (601) 965-7200

Fax # (601) 965-7201

breeves@smithreeves.com

---

**Watkins & Eager**

William F. Goodman, III, Esq.    Michael O. Gwin, Esq.

Douglas J. Gunn, Esq.

400 East Capitol Street

Suite 300

Jackson, Ms 39201

Phone # (601) 948-6470

Fax # (601) 354-3623

---

**Watkins Ludlam Winter & Stennis**

John H. Holloman, III, Esq.

Post Office Box 427

Jackson, MS 39205-0427

Phone # (601) 949-4900

Fax # (601) 949-4804

jholloman@watkinsludlam.
com

---

**Wells Moore Simmons & Hubbard, PLLC**

Jeffrey P. Hubbard, esq.

P.O. Box 1970

Jackson, MS 39215-1970

Phone # (601) 354-5400

Fax # (601) 355-5850

jphub1@wellsmoore.com

## Defendant Counsel Service List For:   Cutchins, David

**Allen Vaughn Cobb & Hood, PA**

Michael M. Quin, II, Esq.

Post Office Box 4801

Gulfport, MS 39502-4801

Phone # (228) 864-4011
Fax #      (228) 864-8962
tvaughn@avchlaw.com

**Allred Law Firm**

1911 Dunbarton Drive

Jackson MS 39207

Phone # (601) 713-1414
Fax #      (601) 713-3259
mallred@allredlaw.com

**Aultman, Tyner, Ruffin & Yarborough, Ltd.**

Thomas W. Tyner, Esq.

Christopher O. Massenburg, Esq.

William N. Graham, Esq.

P. O. Drawer 750

Hattiesburg, MS  39401

Phone # (601) 583-2671
Fax #      (601) 583-2677
aultyn@megagate.com

**Baker Donelson Bearman Caldwell & Berkowitz, PC**

Robert Arentson, Esq.

Scott Bates, Esq.

P.O. Box 14167

Jackson, MS 39236

Phone #
Fax #

**Barfield & Associates**

Kimberly P. Wallace

PO Drawer 3979

Jackson, MS 39207

Phone #
Fax #      (601) 968-9425

**Bernard Cassisa Elliott & Davis, PC**

Paul V. Cassisa, Jr., Esq.

Ann Sico, Esq.

P.O. Box 55490

Metairie LA 70055-5490

Phone # (504) 834-2612
Fax #      (504) 838-9438
cassisap@bernardcassisa.co
m; sicoa@bernardcassisa

## Defendant Counsel Service List For:     Cutchins, David

**Brown Buchanan & Sessons**

Patrick R. Buchanan, Esq.          Julie L. Pottenger, Esq.          Raymond L. Brown, Esq.          P.O. Box 2220

Pascagoula, MS 39569

Phone #   (228) 374-2999
Fax #      (228) 435-7090
rlb@brownbuchanan.com;
mailb@brownbuchanan.co
m

**Bruce M. Keuhnle, Jr., PLLC**

Bruce M. Keuhnle, Jr., Esq.          P.O. Box 866

Phone #   (601) 442-2733
Fax #      (601) 442-4085

**Brunini Grantham Grower & Hewes, PLLC**

Robert L. Gibbs, Esq.          A. LaVerne Edney, Esq.          Natchez, MS 39122-0866

P.O. Drawer 119

Jackson, MS 39205

Phone #   (601) 948-3101
Fax #      (601) 960-6902
cgreen@brunini.com

**Bryant Clark Dukes Blakeslee Ramsay & Hammond**

Karen K. Sawyer, Esq.          P.O. Box 10

Gulfport, MS 39502-0010

Phone #   (228) 863-6101
Fax #      (228) 868-9077
ksawyer@bryantclark.com

**Burr & Forman**

C. Paul Cavender, Esq.          420 North 20th Street
Suite 3100
Birmingham, AL 35203

Phone #   (205) 251-3000
Fax #      (205) 458-5100

**Campbell DeLong Hagwood & Wade, LLP**

Lawrence Wade, Esq.          Robert Warrington, Esq.          Robert F. Hathaway, Esq.          P.O. Box 1856

Greenville MS 38702-1856

Phone #   (662) 325-6011
Fax #      (662) 334-6407

## Defendant Counsel Service List For:

## Cutchins, David

| | | | |
|---|---|---|---|
| **Clark Scott & Streetman, PA** | | | |
| James P. Streetman, III, Esq. | Wade G. Manor, Esq. | P.O. Box 13847 | Phone # (601) 607-4800 |
| | | Jackson MS 39236-3847 | Fax # (601) 607-4801 |
| | | | css@csslegal.com; wmanor@csslegal.com |
| **Currie Johnson Griffin Gaines & Myers, PA** | | | |
| Edward J. Currie, Jr., Esq. | Kristi Duncan Kennedy, Esq. | P.O. Box 750 | Phone # (601) 969-1010 |
| | | Jackson, MS 39205-0750 | Fax # (601) 969-5210 |
| | | | ecurrie@curriejohnson.com ; kkennedy@curriejohnson |
| **Daniel Coker Horton & Bell** | | | |
| Silas W. McCharen, Esq. | Roy A. Smith, Esq. | Tara S. Clifford, Esq. | P.O. Box 1084 | Phone # (601) 969-7607 |
| | | | Jackson, MS 39215-0019 | Fax # (601) 969-1116 |
| | | | | smccharen@danielcoker.com |
| **Dogan & Wilkinson, PLLC** | | | |
| David W. Dogan, III, Esq. | David Trewolla, Esq. | P.O. Box 23062 | Phone # (601) 351-3200 |
| | | Jackson, MS 39225 | Fax # (601) 351-3232 |
| | | | DTREWOLLA@DOGAN WILKINSON.COM |
| **Dukes, Dukes, Keating & Faneca, P.A.** | | | |
| Walter W. Dukes, Esq. | | 2909 15th Street | Phone # (228) 868-1111 |
| | | Sixth Floor | Fax # (228) 863-2886 |
| | | Gulfport, MS 39501 | walter@ddkf.com |
| **Evert & Weathersby** | | | |
| C. Michael Evert, Jr., Esq. | | 3405 Piedmont Road | Phone # |
| | | Suite 225 | Fax # (404) 233-8933 |
| | | Atlanta, GA 30305 | |

## Defendant Counsel Service List For:    Cutchins, David

**Forman Perry Watkins & Tardy PLLC**

Craig E. Brasfield, Esq.

Michael D. Goggans, Esq.

Stefan Bourn, Esq.

P.O. Box 22608

Jackson, MS 39225-2608

**Phone #** (601) 960-8600
**Fax #** (601) 960-8613
craig@fpwk.com;
sbossier@fpwk.com;
stefanb@fpwk.co

---

**Gwin Lewis & Punches, LLP**

Lucien C. Gwin, Jr., Esq.

P. O. Box 1344

Natchez, MS 39121

**Phone #**
**Fax #** (601) 446-6621
gwinlp@bkbank.com

---

**Hand Arrendall**

Joe E. Basenberg, Esq.

P.O. Box 123

Mobile, AL 36601

**Phone #** (251) 694-6264
**Fax #** (251) 694-6375
joeb@handarrendall.com

---

**McNeese & Hahn, PLLC**

Lawrence E. Hahn, Esq.

P.O. Drawer 948

Columbia, MS 39429

**Phone #** (601) 731-5020
**Fax #** (601) 731-5030
leh@cblink.com

---

**Michael N. Watts, Esq.**

P.O. Drawer 707

Oxford MS 39655

**Phone #** (662) 234-8775
**Fax #** (662) 234-8638
mwatts@holcombdunbar.co
m

---

**Minor C. Summers, Jr., Esq.**

1907 Dunbarton Dr

Suite F

Jackson, MS 39216

**Phone #** (601) 362-8059
**Fax #** (601) 366-7498

# Defendant Counsel Service List For:    Cutchins, David

**Montague Pittman & Varnado**

Carey Varnado, Esq.

P.O. Box 1975

Hattiesburg, MS 39403-1975

Phone #    (601) 544-1234
Fax #      (601) 544-1276
cvarnado@mpvlaw.com;
jfreeman1@mpvlaw.com

**Montgomery Barnett Brown Read Hammond & Mintz**

Francis P. Accardo, Esq.

3200 Energy Centre
1100 Poydras Street
New Orleans LA 70163

Phone #    (504) 585-3200
Fax #      (504) 585-7688

**Obert Law Group**

Keith D. Obert, Esq.

One Woodgreen Place,
Sutie 200
Post Office Box 2081
Madison, MS 39130-2081

Phone #    (601) 856-9690
Fax #      (601) 856-9686
obert@netdoor.com

**Page Mannino Peresich & McDermott, PLLC**

W. Mark Edwards, Esq.        Ronald G. Peresich, Esq.        Michael E. Whitehead, Esq.

P.O. Drawer 289

Biloxi MS 39533

Phone #    (228) 374-2100
Fax #      (228) 432-5539
ronald.peresich@pmp.org

**Phelps Dunbar**

Ross F. Bass, esq.

P.O. Box 23066

Jackson, MS 39201

Phone #    (601) 352-2300
Fax #      (601) 360-9777
bassr@phelps.com

**Porzia Bromberg & Newman, P.C.**

William J. VonDerHeide, Esq.

P.O. Box 1997

Morristown, NJ 07962-1997

Phone #
Fax #      (973) 538-5146

## Defendant Counsel Service List For:                 Cutchins, David

**Skadden Arps Slate Meagher & Flom**

Sheila Birnham, Esq.

Peter McKenna, Esq.

919 Third Avenue

New York, NY 10022

**Phone #** (212) 735-3000

**Fax #** (212) 735-2000

**Watkins Ludlam Winter & Stennis**

John H. Holloman, III, Esq.

Post Office Box 427

Jackson, MS 39205-0427

**Phone #** (601) 949-4900

**Fax #** (601) 949-4804

jholloman@watkinsludlam.
com

**Wells Moore Simmons & Hubbard, PLLC**

Jeffrey P. Hubbard, esq.

P.O. Box 1970

Jackson, MS 39215-1970

**Phone #** (601) 354-5400

**Fax #** (601) 355-5850

jphubl@wellsmoore.com

**Wise Carter Child & Caraway**

D. Collier Graham, Esq.

401 East Capitol Street

600 Heritage Building

Jackson, MS 39201

**Phone #** (601) 968-5500

**Fax #** (601) 968-5519

dcg@wisecarter.com

**Defendant Counsel Service List For:    Dunlap, John**

**Allen Vaughn Cobb & Hood, PA**

| | | Post Office Box 4801 | | |
|---|---|---|---|---|
| | | Gulfport, MS 39502-4801 | Phone # | (228) 864-4011 |
| | | | Fax # | (228) 864-8962 |
| | | | | tvaughn@avchlaw.com |

**Aultman, Tyner, Ruffin & Yarborough, Ltd.**

Thomas W. Tyner, Esq.    Christopher O. Massenburg, Esq.    William N. Graham, Esq.

| P. O. Drawer 750 | | |
|---|---|---|
| Hattiesburg, MS  39401 | Phone # | (601) 583-2671 |
| | Fax # | (601) 583-2677 |
| | | aultyn@megagate.com |

**Barfield & Associates**

Kimberly P. Wallace

| PO Drawer 3979 | | |
|---|---|---|
| Jackson, MS 39207 | Phone # | |
| | Fax # | (601) 968-9425 |

**Bernard Cassisa Elliott & Davis, PC**

Paul V. Cassisa, Jr., Esq.    Ann Sico, Esq.

| Metairie LA 70055-5490 | | |
|---|---|---|
| | Phone # | (504) 834-2612 |
| | Fax # | (504) 838-9438 |
| | | cassisap@bernardcassisa.com; sicoa@bernardcassisa |

**Bradley Arant Rose & White**

Laura Gibbs, Esq.

| 188 E. Capitol Street | | |
|---|---|---|
| One Jackson Place | Phone # | (601) 948-2121 |
| Jackson MS 39215 | Fax # | (601) 948-3000 |
| | | delark@barw.com |

**Brown Buchanan & Sessons**

Patrick R. Buchanan, Esq.    Julie L. Pottenger, Esq.    Raymond L. Brown, Esq.

| P.O. Box 2220 | | |
|---|---|---|
| Pascagoula, MS 39569 | Phone # | (228) 374-2999 |
| | Fax # | (228) 435-7090 |
| | | rlb@brownbuchanan.com; mailb@brownbuchanan.com |

## Defendant Counsel Service List For:

## Dunlap, John

**Bruce M. Keuhnle, Jr., PLLC**

Bruce M. Keuhnle, Jr., Esq.

P.O. Box 866

Natchez, MS 39122-0866

Phone # (601) 442-2733
Fax # (601) 442-4085

**Brunini Grantham Grower & Hewes, PLLC**

Robert L. Gibbs, Esq.

A. La'Verne Edney, Esq.

P.O. Drawer 119

Jackson, MS 39205

Phone # (601) 948-3101
Fax # (601) 960-6902
cgreen@brunini.com

**Bryant Clark Dukes Blakeslee Ramsay & Hammond**

Karen K. Sawyer, Esq.

P.O. Box 10

Gulfport, MS 39502-0010

Phone # (228) 863-6101
Fax # (228) 868-9077
ksawyer@bryantclark.com

**Burr & Forman**

C. Paul Cavender, Esq.

420 North 20th Street
Suite 3100
Birmingham, AL 35203

Phone # (205) 251-3000
Fax # (205) 458-5100

**Butler, Snow, O'Mara, Stevens & Cannada, PLLC**

W. Scott Welch, III, Esq.

Joshua J. Wiener, Esq.

Patricia C. Gandy, Esq.

P. O. Box 22567

Jackson, MS  39225-2567

Phone # (601) 985-4580
Fax # (601) 985-4500
patti.gandy@butlersnow.co
m; mark.garriga@butlersno

**Campbell DeLong Hagwood & Wade, LLP**

Lawrence Wade, Esq.

Robert Warrington, Esq.

Robert F. Hathaway, Esq.

P.O. Box 1856

Greenville MS 38702-1856

Phone # (662) 325-6011
Fax # (662) 334-6407

**Defendant Counsel Service List For:**   **Dunlap, John**

**Clark Scott & Streetman, PA**

James P. Streetman, III, Esq.                    Wade G. Manor, Esq.

P.O. Box 1847

Jackson MS 39236-3847

Phone # (601) 607-4800
Fax #      (601) 607-4801
css@csslegal.com;
wmanor@csslegal.com

---

**Colingo, Williams, Heidelberg, Steinberger**

Roy C. Williams, Esq.          Karl R. Steinberger, Esq.

P.O. Box 1407

Pascagoula, MS 39568-1407

Phone # (228) 762-8021
Fax #      (228) 762-7589
ksteinberger@colingowillia
ms.com

---

**Copeland Cook Taylor & Bush**

J. Tucker Mitchell, Esq.          Kay Hardage, Esq.          Monte L. Barton, Esq.

P.O. Box 6020

Ridgeland, MS 39158

Phone # (601) 856-7200
Fax #      (601) 856-7626
mbartley@cctb.com;
khardage@cctb.com;
mbarton@cctb

---

**Currie Johnson Griffin Gaines & Myers, PA**

Edward J. Currie, Jr., Esq.          Kristi Duncan Kennedy, Esq.

P.O. Box 750

Jackson, MS 39205-0750

Phone # (601) 969-1010
Fax #      (601) 969-5210
ecurrie@curriejohnson.com
; kkennedy@curriejohnson

---

**Daniel Coker Horton & Bell**

Silas W. McCharen, Esq.          Roy A. Smith, Esq.          Tara S. Clifford, Esq.

P.O. Box 1084

Jackson, MS 39215-0019

Phone # (601) 969-7607
Fax #      (601) 969-1116
smccharen@danielcoker.co
m

# Defendant Counsel Service List For:  Dunlap, John

**Dogan & Wilkinson, PLLC**
David W. Dogan, III, Esq.

David Trewolla, Esq.

P.O. Box 23062

Jackson, MS 39225

Phone # (228) 868-1111
Fax # (601) 351-3200
(601) 351-3232
DTREWOLLA@DOGAN
WILKINSON.COM

**Dukes, Dukes, Keating & Faneca, P.A.**
Walter W. Dukes, Esq.

2909 15th Street
Sixth Floor
Gulfport, MS  39501

Phone # (228) 868-1111
Fax # (228) 863-2886
walter@ddkf.com

**Evert & Weathersby**
C. Michael Evert, Jr., Esq.

3405 Piedmont Road
Suite 225
Atlanta, GA 30305

Phone #
Fax # (404) 233-8933

**Forman Perry Watkins & Tardy PLLC**
Craig E. Brasfield, Esq.

Michael D. Goggans, Esq.

Stefan Bourn, Esq.

P.O. Box 22608

Jackson, MS 39225-2608

Phone # (601) 960-8600
Fax # (601) 960-8613
craig@fpwk.com;
sbossier@fpwk.com;
stefanb@fpwk.co

**Gwin Lewis & Punches, LLP**
Lucien C. Gwin, Jr., Esq.

P. O. Box 1344

Natchez, MS 39121

Phone #
Fax # (601) 446-6621
gwinlp@bkbank.com

**Hand Arrendall**
Joe E. Basenberg, Esq.

P.O. Box 123

Mobile, AL 36601

Phone # (251) 694-6264
Fax # (251) 694-6375
joeb@handarrendall.com

**Defendant Counsel Service List For:** **Dunlap, John**

**John W. Davies, Esq.**

P.O. Box 389

Prentiss, MS 39474

Phone #
Fax #

---

**McNeese & Hahn, PLLC**

Lawrence E. Hahn, Esq.

P.O. Drawer 948

Columbia, MS 39429

Phone # (601) 731-5020
Fax # (601) 731-5030
leh@cblink.com

---

**Michael N. Watts, Esq.**

Oxford MS 39655

Phone # (662) 234-8775
Fax # (662) 234-8638
mwatts@holcombdunbar.co
m

---

**Minor C. Summers, Jr., Esq.**

P.O. Drawer 707

1907 Dunbarton Dr
Suite F
Jackson, MS 39216

Phone # (601) 362-8059
Fax # (601) 366-7498

---

**Montague Pittman & Varnado**

Carey Varnado, Esq.

P.O. Box 1975

Hattiesburg, MS 39403-
1975

Phone # (601) 544-1234
Fax # (601) 544-1276
cvarnado@mpvlaw.com;
jfreeman1@mpvlaw.com

---

**Obert Law Group**

Keith D. Obert, Esq.

One Woodgreen Place,
Sutie 200
Post Office Box 2081
Madison, MS 39130-2081

Phone # (601) 856-9690
Fax # (601) 856-9686
obert@netdoor.com

# Defendant Counsel Service List For: Dunlap, John

**Page Mannino Peresich & McDermott, PLLC**

W. Mark Edwards, Esq.

Ronald G. Peresich, Esq.

Michael E. Whitehead, Esq.

P.O. Drawer 289

Biloxi MS 39533

Phone # (228) 374-2100
Fax #      (228) 432-5539

ronald.peresich@pmp.org

---

**Phelps Dunbar**

Ross F. Bass, esq.

P.O. Box 23066

Jackson, MS 39201

Phone # (601) 352-2300
Fax #      (601) 360-9777

bassr@phelps.com

---

**Shell Buford Bufkin Callicutt & Perry**

Jim Bullock, Esq.

P.O. Box 157

Jackson, MS 39205-0157

Phone # (601) 932-4118
Fax #      (601) 932-4860

shellbuford@shellbuford.co
m

---

**Skadden Arps Slate Meagher & Flom**

Sheila Birnham, Esq.

Peter McKenna, Esq.

919 Third Avenue

New York, NY 10022

Phone # (212) 735-3000
Fax #      (212) 735-2000

---

**Smith, Reeves & Yarborough, PLLC**

William C. Reeves, Esq.

6360 I-55 North

Suite 201

Jackson, MS 39211

Phone # (601) 965-7200
Fax #      (601) 965-7201

breeves@smithreeves.com

---

**Watkins & Eager**

William F. Goodman, III, Esq.

Michael O. Gwin, Esq.

Douglas J. Gunn, Esq.

400 East Capitol Street

Suite 300

Jackson, Ms 39201

Phone # (601) 948-6470
Fax #      (601) 354-3623

## Defendant Counsel Service List For:          Dunlap, John

**Watkins Ludlam Winter & Stennis**

John H. Holloman, III, Esq.

Post Office Box 427

Jackson, MS 39205-0427

**Phone #** (601) 949-4900
**Fax #**    (601) 949-4804
jholloman@watkinsludlam.com

---

**Wells Moore Simmons & Hubbard, PLLC**

Jeffrey P. Hubbard, esq.

P.O. Box 1970

Jackson, MS 39215-1970

**Phone #** (601) 354-5400
**Fax #**    (601) 355-5850
jphubl@wellsmoore.com

---

## Defendant Counsel Service List For:    Fells, William

**Allen Vaughn Cobb & Hood, PA**

Post Office Box 4801

Gulfport, MS 39502-4801

Phone # (228) 864-4011

Fax # (228) 864-8962

tvaughn@avchlaw.com

---

**Aultman, Tyner, Ruffin & Yarborough, Ltd.**

Thomas W. Tyner, Esq.

Christopher O. Massenburg, Esq.

William N. Graham, Esq.

P. O. Drawer 750

Hattiesburg, MS  39401

Phone # (601) 583-2671

Fax # (601) 583-2677

aultyn@megagate.com

---

**Baker Donelson Bearman Caldwell & Berkowitz, PC**

Robert Arentson, Esq.

Scott Bates, Esq.

P.O. Box 14167

Jackson, MS 39236

Phone #

Fax #

---

**Bernard Cassisa Elliott & Davis, PC**

Paul V. Cassisa, Jr., Esq.

Ann Sico, Esq.

P.O. Box 55490

Metairie LA 70055-5490

Phone # (504) 834-2612

Fax # (504) 838-9438

cassisap@bernardcassisa.com; sicoa@bernardcassisa

---

**Brown Buchanan & Sessons**

Patrick R. Buchanan, Esq.

Julie L. Pottenger, Esq.

Raymond L. Brown, Esq.

P.O. Box 2220

Pascagoula, MS 39569

Phone # (228) 374-2999

Fax # (228) 435-7090

rlb@brownbuchanan.com; mailb@brownbuchanan.com

---

**Brunini Grantham Grower & Hewes, PLLC**

Robert L. Gibbs, Esq.

A. LaVerne Edney, Esq.

P.O. Drawer 119

Jackson, MS 39205

Phone # (601) 948-3101

Fax # (601) 960-6902

egreen@brunini.com

---

## Defendant Counsel Service List For:     Fells, William

**Bryan Nelson Randolph & Weathers, PA**

Joseph A. O'Connell, Esq.

P.O. Drawer 18109

Phone #
Fax #

---

**Bryant Clark Dukes Blakeslee Ramsay & Hammond**

Karen K. Sawyer, Esq.

Hattiesburg, MS 39404-8109

P.O. Box 10

Phone #  (228) 863-6101
Fax #   (228) 868-9077

Gulfport, MS 39502-0010   ksawyer@bryantclark.com

---

**Campbell DeLong Hagwood & Wade, LLP**

Lawrence Wade, Esq.     Robert Warrington, Esq.     Robert F. Hathaway, Esq.

P.O. Box 1856

Phone #  (662) 325-6011
Fax #   (662) 334-6407

Greenville MS 38702-1856

---

**Charles E. Gibson, III, Esq.**

P.O. Box 3493

Phone #
Fax #

Jackson, MS 39207-3493

---

**Clark Scott & Streetman, PA**

James P. Streetman, III, Esq.     Wade G. Manor, Esq.

P.O. Box 13847

Phone #  (601) 607-4800
Fax #   (601) 607-4801

Jackson MS 39236-3847    css@csslegal.com;
wmanor@csslegal.com

---

**Currie Johnson Griffin Gaines & Myers, PA**

Edward J. Currie, Jr., Esq.     Kristi Duncan Kennedy, Esq.

P.O. Box 750

Phone #  (601) 969-1010
Fax #   (601) 969-5210

Jackson, MS 39205-0750    ecurrie@curriejohnson.com
; kkennedy@curriejohnson

---

# Defendant Counsel Service List For:    Fells, William

**Currie Johnson Griffin Gaines & Myers, PA**

| | | | |
|---|---|---|---|
| Edward J. Currie, Jr., Esq. | Kristi Duncan Kennedy, Esq. | P.O. Box 750 | Phone # (601) 969-1010 |
| | | Jackson, MS 39205-0750 | Fax # (601) 969-5210 |
| | | | ecurrie@curriejohnson.com |
| | | | ; kkennedy@curriejohnson |

**D.L. Kennedy & Associates, Inc.**

| | | | |
|---|---|---|---|
| Michael Kennedy, Esq. | | P.O. Box 603 | Phone # |
| | | Gates Mills, Ohio 44040-0603 | Fax # |

**Daniel Coker Horton & Bell**

| | | | |
|---|---|---|---|
| Silas W. McCharen, Esq. | Roy A. Smith, Esq.  Tara S. Clifford, Esq. | P.O. Box 1084 | Phone # (601) 969-7607 |
| | | Jackson, MS 39215-0019 | Fax # (601) 969-1116 |
| | | | smccharen@danielcoker.com |

**Dogan & Wilkinson, PLLC**

| | | | |
|---|---|---|---|
| David W. Dogan, III, Esq. | David Trewolla, Esq. | P.O. Box 23062 | Phone # (601) 351-3200 |
| | | Jackson, MS 39225 | Fax # (601) 351-3232 |
| | | | DTREWOLLA@DOGAN WILKINSON.COM |
| David W. Dogan, III, Esq. | David Trewolla, Esq. | P.O. Box 23062 | Phone # (601) 351-3200 |
| | | Jackson, MS 39225 | Fax # (601) 351-3232 |
| | | | DTREWOLLA@DOGAN WILKINSON.COM |

**Dogan Wilkinson Kinard Smith & Edwards**

| | | | |
|---|---|---|---|
| Robert Wilkinson, Esq. | Nathan A. Bosio, Esq. | P.O. Box 1618 | Phone # (228) 762-2272 |
| | | Pascagoula, MS 39568-1618 | Fax # (228) 762-3223 |
| | | | doganwilkinson.com |

**Defendant Counsel Service List For:** **Fells, William**

**Dukes, Dukes, Keating & Faneca, P.A.**

Walter W. Dukes, Esq.

Walter W. Dukes, Esq.

2909 15th Street
Sixth Floor
Gulfport, MS 39501

Phone # (228) 868-1111
Fax # (228) 863-2886
walter@ddkf.com

2909 15th Street
Sixth Floor
Gulfport, MS 39501

Phone # (228) 868-1111
Fax # (228) 863-2886
walter@ddkf.com

**Duncan & Courington & Ryberg, LLC**

Kaye N. Courington, Esq. Stephen J. Irwin, Esq.

400 Poydras Street
Suite 1200
New Orleans, LA 70130

Phone # (504) 524-5566
Fax # (504) 524-7887
kcourington@duncour.com

**Duplass Witman Zwain & Williams**

Gary M. Zwain, Esq.

Three Lakeway Center,
Ste 2900

3838 North Causeway
Blvd

Metairie, LA 70002

Phone #

Fax #

**Evert & Weathersby**

C. Michael Evert, Jr., Esq.

3405 Piedmont Road
Suite 225
Atlanta, GA 30305

Phone #
Fax # (404) 233-8933

**Forman Perry Watkins & Tardy PLLC**

Craig E. Brasfield, Esq. Michael D. Goggans, Esq. Stefan Bourn, Esq.

P.O. Box 22608

Jackson, MS 39225-2608

Phone # (601) 960-8600
Fax # (601) 960-8613
craig@fpwk.com;
sbossier@fpwk.com;
stefanb@fpwk.co

**Galloway & Galloway, PA**

Robert C. Galloway, Esq.

P.O. Drawer 4248

Gulfport, MS 39501

Phone #

Fax #

---

**Gwin Lewis & Punches, LLP**

Lucien C. Gwin, Jr., Esq.

P. O. Box 1344

Natchez, MS 39121

Phone #

Fax #   (601) 446-6621

gwinlp@bkbank.com

---

**Hawkins & Parnell, LLP**

J. Bruce Welch, Esq.

H. Lane Young, Esq.

4000 Suntrust Plaza
303 Peachtree Street,
N.E.

Atlanta GA 30308-3243

Phone #   (404) 614-7400

Fax #   (404) 614-7500

lyoung@hplegal.com

---

**Hopkins Barvie & Hopkins, PLLC**

Alben N. Hawkins, Esq.

Raymond D. Carter, Esq.

Post Office Box 1510

Gulfport, MS 39502-4941

Phone #   (228) 864-2200

Fax #   (228) 868-9358

---

**Hulse & Wanek**

John A. Stewart, Jr., Esq.

James A. Oswald, Esq.

J. Thaddeus Westholtz, Esq.

1010 Common St.
Ste. 2800

New Orleans LA 70112-2426

Phone #

Fax #

---

**J. Andrew Phelps, Esq.**

404 Hemphill Street

Hattiesburg, MS 39401

Phone #

Fax #

---

## Defendant Counsel Service List For: Fells, William

**James P. Cothren, Esq.**

**John M. Deakle, Esq.**

Curtis R. Hussey, Esq.

P.O. Box 1329                          Phone #

Jackson, MS 39215-1329                 Fax #

Post Office Box 2072                   Phone #

Hattiesburg, MS 39401                  Fax #

**John Sims, Esq.**

500 Central Avenue,                    Phone #
Suite 100

Laurel, MS 39440                       Fax #

**Jude & Jude, PLLC**

Rebecca Jude, Esq.

Dawn Fulce, Esq.

Post Office Box 17468                  Phone #   (601) 579-8411

                                       Fax #     (601) 579-8461

Hattiesburg, MS 39404-                 katejude@judelawfirm.com
7468

**Langston Frazer Sweet & Freese**

T. Roe Frazer, II, Esq.

Dennis C. Sweet,III, Esq.

P.O. Box 23307                         Phone #

Jackson, MS 39201                      Fax #

**Larry O. Norris, Esq.**

P.O. Box 8                             Phone #

Hattiesburg, MS 39403-                 Fax #
0008

## Defendant Counsel Service List For:    Fells, William

**Lightfoot Franklin & White**

William H. Cox, Esq.

The Clark Building                                    Phone #
400 20th Street, North                               Fax #
Birmingham AL 35203-
3200

**Mannino Peresich Dickinson & McDermott**

Ronald G. Peresich, Esq.        Michael E. Whitehead, Esq

P.O. Drawer 289                                      Phone #
                                                     Fax #

**McCoy Wilkins Stevens & Tipton, PA**

William Patterson, Esq.

Biloxi MS 39533

P.O. Box 13429                                       Phone #
                                                     Fax #

Jackson, MS 39236-3429

**McGlinchey Stafford & Lang**

Betty A. Mallett, Esq.

Post Office Drawer                                   Phone #
22949

Jackson, MS 39225-2949                               Fax #

**McNeese & Hahn, PLLC**

Lawrence E. Hahn, Esq.

P.O. Drawer 948                                      Phone #   (601) 731-5020
                                                     Fax #     (601) 731-5030

Columbia, MS 39429                                   leh@cblink.com

**Minor C. Summers, Jr., Esq.**

1907 Dunbarton Dr                                    Phone #   (601) 362-8059
Suite F                                              Fax #     (601) 366-7498

Jackson, MS 39216

## Defendant Counsel Service List For:    Fells, William

| | | | |
|---|---|---|---|
| **Montague Pittman & Varnado** | | | |
| Carey Varnado, Esq. | | P.O. Box 1975 | Phone # (601) 544-1234 |
| | | | Fax # (601) 544-1276 |
| | | Hattiesburg, MS 39403-1975 | cvarnado@mpvlaw.com; jfreeman1@mpvlaw.com |
| **Montgomery Barnett Brown Read Hammond & Mintz** | | | |
| Francis P. Accardo, Esq. | | 3200 Energy Centre | Phone # (504) 585-3200 |
| | | 1100 Poydras Street | Fax # (504) 585-7688 |
| | | New Orleans LA 70163 | |
| **Ott & Purdy, PA** | | | |
| | | P.O. Drawer 1079 | Phone # (601) 969-4140 |
| | | | Fax # (601) 353-0185 |
| | | Jackson, MS 39215-1079 | yarrough@ottpurdy.com; cgaitlin@ottpurdy.com |
| **Page Mannino Peresich & McDermott, PLLC** | | | |
| W. Mark Edwards, Esq. | Ronald G. Peresich, Esq. | Michael E. Whitehead, Esq. | P.O. Drawer 289 | Phone # (228) 374-2100 |
| | | | Fax # (228) 432-5539 |
| | | Biloxi MS 39533 | ronald.peresich@pmp.org |
| **Phelps Dunbar** | | | |
| Ross F. Bass, esq. | | P.O. Box 23066 | Phone # (601) 352-2300 |
| | | | Fax # (601) 360-9777 |
| | | Jackson, MS 39201 | bassr@phelps.com |
| **Robert Prichard, Esq.** | | | |
| | | P.O. Drawer 1707 | Phone # |
| | | | Fax # |
| | | Pascagoula, MS 39568-1707 | |

## Defendant Counsel Service List For: Fells, William

**Scott Taylor, Esq.**

**Shell Buford Bufkin Callicutt & Perry**

Jim Bullock, Esq.

P.O. Box 1729

Pascagoula MS 39568-1729

Phone #

Fax #

P.O. Box 157

Jackson, MS 39205-0157

Phone # (601) 932-4118
Fax #    (601) 932-4860
shellbuford@shellbuford.com

**Skadden Arps Slate Meagher & Flom**

Sheila Birnham, Esq.

Peter McKenna, Esq.

919 Third Avenue

New York, NY 10022

Phone # (212) 735-3000
Fax #    (212) 735-2000

**Smith, Reeves & Yarborough, PLLC**

William C. Reeves, Esq.

6360 I-55 North
Suite 201
Jackson, MS 39211

Phone # (601) 965-7200
Fax #    (601) 965-7201
breeves@smithreeves.com

**Steven B. Witman, Esq.**

3850 North Causeway Blvd
Two Lakeway Center, Ste 1960
Metairie LA 70002

Phone #

Fax #

## Defendant Counsel Service List For:     Fells, William

**Watkins Ludlam Winter & Stennis**

John H. Holloman, III, Esq.

Post Office Box 427

Jackson, MS 39205-0427

Phone # (601) 949-4900

Fax #    (601) 949-4804

jholloman@watkinsludlam.com

---

**Wells Marble & Hurst**

J. Jerry Langford, Esq.

P.O. Box 131

Jackson, MS 39201-3405

Phone # (601) 355-8321

Fax #    (601) 355-4217

## Allen Vaughn Cobb & Hood, PA

|  |  |  |  |
|---|---|---|---|
|  | Post Office Box 4801 | **Phone #** | (228) 864-4011 |
|  |  | **Fax #** | (228) 864-8962 |
|  | Gulfport, MS 39502-4801 | | tvaughn@avchlaw.com |

## Aultman, Tyner, Ruffin & Yarborough, Ltd.

| | | | |
|---|---|---|---|
| Thomas W. Tyner, Esq. | Christopher O. Massenburg, Esq. | William N. Graham, Esq. | P. O. Drawer 750 | **Phone #** | (601) 583-2671 |

|  |  |  |  |
|---|---|---|---|
| Thomas W. Tyner, Esq. | Christopher O. Massenburg, Esq. | William N. Graham, Esq. | P. O. Drawer 750 |
|  |  |  | **Phone #** (601) 583-2671 |
|  |  |  | **Fax #** (601) 583-2677 |
|  |  | Hattiesburg, MS  39401 | aultyn@megagate.com |

## Barfield & Associates

|  |  |  |
|---|---|---|
| Kimberly P. Wallace | PO Drawer 3979 | **Phone #** |
|  |  | **Fax #** (601) 968-9425 |
|  | Jackson, MS 39207 | |

## Bernard Cassisa Elliott & Davis, PC

|  |  |  |
|---|---|---|
| Paul V. Cassisa, Jr., Esq. | Ann Sico, Esq. | P.O. Box 55490 |
|  |  | **Phone #** (504) 834-2612 |
|  |  | **Fax #** (504) 838-9438 |
|  | Metairie LA 70055-5490 | cassisap@bernardcassisa.co m; sicoa@bernardcassisa |

## Bradley Arant Rose & White

|  |  |  |
|---|---|---|
| Laura Gibbs, Esq. | 188 E. Capitol Street | **Phone #** (601) 948-2121 |
|  | One Jackson Place | **Fax #** (601) 948-3000 |
|  | Jackson MS 39215 | dclark@barw.com |

## Brown Buchanan & Sessoms

|  |  |  |
|---|---|---|
| Patrick R. Buchanan, Esq. | Julie L. Pottenger, Esq. | Raymond L. Brown, Esq. | P.O. Box 2220 |
|  |  | **Phone #** (228) 374-2999 |
|  |  | **Fax #** (228) 435-7090 |
|  | Pascagoula, MS 39569 | rlb@brownbuchanan.com; mailb@brownbuchanan.co m |

## Defendant Counsel Service List For:

## Gray, Willie

**Bruce M. Keuhnle, Jr., PLLC**

Bruce M. Keuhnle, Jr., Esq.

P.O. Box 866

Natchez, MS 39122-0866

Phone # (601) 442-2733
Fax #    (601) 442-4085

**Brunini Grantham Grower & Hewes, PLLC**

Robert L. Gibbs, Esq.          A. LaVerne Edney, Esq.

P.O. Drawer 119

Jackson, MS 39205

Phone # (601) 948-3101
Fax #    (601) 960-6902
cgreen@brunini.com

**Bryant Clark Dukes Blakeslee Ramsay & Hammond**

Karen K. Sawyer, Esq.

P.O. Box 10

Gulfport, MS 39502-0010   ksawyer@bryantclark.com

Phone # (228) 863-6101
Fax #    (228) 868-9077

**Burr & Forman**

C. Paul Cavender, Esq.

420 North 20th Street
Suite 3100
Birmingham, AL 35203

Phone # (205) 251-3000
Fax #    (205) 458-5100

**Butler, Snow, O'Mara, Stevens & Cannada, PLLC**

W. Scott Welch, III, Esq.      Joshua J. Wiener, Esq.      Patricia C. Gandy, Esq.

P. O. Box 22567

Jackson, MS   39225-2567

Phone # (601) 985-4580
Fax #    (601) 985-4500
patti.gandy@butlersnow.co
m; mark.garriga@butlersno

**Campbell DeLong Hagwood & Wade, LLP**

Lawrence Wade, Esq.          Robert Warrington, Esq.      Robert F. Hathaway, Esq.

P.O. Box 1856

Greenville MS 38702-1856

Phone # (662) 325-6011
Fax #    (662) 334-6407

# Defendant Counsel Service List For:

## Gray, Willie

**Clark Scott & Streetman, PA**

James P. Streetman, III, Esq.

Wade G. Manor, Esq.

P.O. Box 13847

Jackson MS 39236-3847

**Phone #** (601) 607-4800
**Fax #** (601) 607-4801

css@csslegal.com;
wmanor@csslegal.com

---

**Colingo, Williams, Heidelberg, Steinberger**

Roy C. Williams, Esq.

Karl R. Steinberger, Esq.

P.O. Box 1407

Pascagoula, MS 39568-1407

**Phone #** (228) 762-8021
**Fax #** (228) 762-7589

ksteinberger@colingowillia
ms.com

---

**Copeland Cook Taylor & Bush**

J. Tucker Mitchell, Esq.

Kay Hardage, Esq.

Monte L. Barton, Esq.

P.O. Box 6020

Ridgeland, MS 39158

**Phone #** (601) 856-7200
**Fax #** (601) 856-7626

mbartley@cctb.com;
khardage@cctb.com;
mbarton@cctb

---

**Currie Johnson Griffin Gaines & Myers, PA**

Edward J. Currie, Jr., Esq.

Kristi Duncan Kennedy, Esq.

P.O. Box 750

Jackson, MS 39205-0750

**Phone #** (601) 969-1010
**Fax #** (601) 969-5210

ecurrie@curriejohnson.com
; kkennedy@curriejohnson

---

**Daniel Coker Horton & Bell**

Silas W. McCharen, Esq.

Roy A. Smith, Esq.

Tara S. Clifford, Esq.

P.O. Box 1084

Jackson, MS 39215-0019

**Phone #** (601) 969-7607
**Fax #** (601) 969-1116

smccharen@danielcoker.co
m

# Defendant Counsel Service List For:    Gray, Willie

**Dogan & Wilkinson, PLLC**

David W. Dogan, III, Esq.

David Trewolla, Esq.

P.O. Box 23062

Jackson, MS 39225

Phone # (601) 351-3200
Fax #     (601) 351-3232
DTREWOLLA@DOGAN
WILKINSON.COM

---

**Dukes, Dukes, Keating & Faneca, P.A.**

Walter W. Dukes, Esq.

2909 15th Street
Sixth Floor
Gulfport, MS  39501

Phone # (228) 868-1111
Fax #     (228) 863-2886
walter@ddkf.com

---

**Evert & Weathersby**

C. Michael Evert, Jr., Esq.

3405 Piedmont Road
Suite 225
Atlanta, GA 30305

Phone #
Fax #     (404) 233-8933

---

**Forman Perry Watkins & Tardy PLLC**

Michael D. Goggans, Esq.

Stefan Bourn, Esq.

P.O. Box 22608

Jackson, MS 39225-2608

Phone # (601) 960-8600
Fax #     (601) 960-8613
craig@fpwk.com;
sbossier@fpwk.com;
stefanb@fpwk.co

---

**Gwin Lewis & Punches, LLP**

Lucien C. Gwin, Jr., Esq.

P. O. Box 1344

Natchez, MS 39121

Phone #
Fax #     (601) 446-6621
gwinlp@bkbank.com

---

**Hand Arrendall**

Joe E. Basenberg, Esq.

P.O. Box 123

Mobile, AL 36601

Phone # (251) 694-6264
Fax #     (251) 694-6375
joeb@handarrendall.com

---

Craig E. Brasfield, Esq.

# Defendant Counsel Service List For:   Gray, Willie

**John W. Davies, Esq.**

P.O. Box 389

Prentiss, MS 39474

Phone #
Fax #

---

**McNeese & Hahn, PLLC**

Lawrence E. Hahn, Esq.

P.O. Drawer 948

Columbia, MS 39429

Phone # (601) 731-5020
Fax # (601) 731-5030
leh@cblink.com

---

**Michael N. Watts, Esq.**

P.O. Drawer 707

Oxford MS 39655

Phone # (662) 234-8775
Fax # (662) 234-8638
mwatts@holcombdunbar.com

---

**Minor C. Summers, Jr., Esq.**

1907 Dunbarton Dr
Suite F
Jackson, MS 39216

Phone # (601) 362-8059
Fax # (601) 366-7498

---

**Montague Pittman & Varnado**

Carey Varnado, Esq.

P.O. Box 1975

Hattiesburg, MS 39403-1975

Phone # (601) 544-1234
Fax # (601) 544-1276
cvarnado@mpvlaw.com;
jfreeman1@mpvlaw.com

---

**Obert Law Group**

Keith D. Obert, Esq.

One Woodgreen Place,
Suite 200
Post Office Box 2081
Madison, MS 39130-2081

Phone # (601) 856-9690
Fax # (601) 856-9686
obert@netdoor.com

---

## Defendant Counsel Service List For:

## Gray, Wille

**Page Mannino Peresich & McDermott, PLLC**

W. Mark Edwards, Esq.

Ronald G. Peresich, Esq.

Michael E. Whitehead, Esq.

P.O. Drawer 289

Biloxi MS 39533

**Phone #** (228) 374-2100
**Fax #** (228) 432-5539
ronald.peresich@pmp.org

**Phelps Dunbar**

Ross F. Bass, esq.

P.O. Box 23066

Jackson, MS 39201

**Phone #** (601) 352-2300
**Fax #** (601) 360-9777
bassr@phelps.com

**Shell Buford Butkin Callicutt & Perry**

Jim Bullock, Esq.

P.O. Box 157

Jackson, MS 39205-0157

**Phone #** (601) 932-4118
**Fax #** (601) 932-4860
shellbuford@shellbuford.com

**Skadden Arps Slate Meagher & Flom**

Sheila Birnham, Esq.

Peter McKenna, Esq.

919 Third Avenue

New York, NY 10022

**Phone #** (212) 735-3000
**Fax #** (212) 735-2000

**Smith, Reeves & Yarborough, PLLC**

William C. Reeves, Esq.

6360 I-55 North
Suite 201
Jackson, MS 39211

**Phone #** (601) 965-7200
**Fax #** (601) 965-7201
breeves@smithreeves.com

**Watkins & Eager**

William F. Goodman, III, Esq.    Michael O. Gwin, Esq.

Douglas J. Gunn, Esq.

400 East Capitol Street
Suite 300
Jackson, Ms 39201

**Phone #** (601) 948-6470
**Fax #** (601) 354-3623

## Defendant Counsel Service List For:    Gray, Willie

**Watkins Ludlam Winter & Stennis**

John H. Holloman, III, Esq.

Post Office Box 427

Jackson, MS 39205-0427

**Phone #** (601) 949-4900
**Fax #** (601) 949-4804
jholloman@watkinsludlam.com

**Wells Moore Simmons & Hubbard, PLLC**

Jeffrey P. Hubbard, esq.

P.O. Box 1970

Jackson, MS 39215-1970

**Phone #** (601) 354-5400
**Fax #** (601) 355-5850
jphub1@wellsmoore.com

# Defendant Counsel Service List For: Kaho, Charles

**Allen Vaughn Cobb & Hood, PA**

Post Office Box 4801

Gulfport, MS 39502-4801

Phone # (228) 864-4011
Fax #   (228) 864-8962
tvaughn@avchlaw.com

---

**Aultman, Tyner, Ruffin & Yarborough, Ltd.**

Thomas W. Tyner, Esq.

Christopher O. Massenburg, Esq.

William N. Graham, Esq.

P. O. Drawer 750

Hattiesburg, MS  39401

Phone # (601) 583-2671
Fax #   (601) 583-2677
aultyn@megagate.com

---

**Baker Donelson Bearman Caldwell & Berkowitz, PC**

Robert Arentson, Esq.

Scott Bates, Esq.

P.O. Box 14167

Jackson, MS 39236

Phone #
Fax #

---

**Bernard Cassisa Elliott & Davis, PC**

Paul V. Cassisa, Jr., Esq.

Ann Sico, Esq.

P.O. Box 55490

Metairie LA 70055-5490

Phone # (504) 834-2612
Fax #   (504) 838-9438
cassisap@bernardcassisa.com; sicoa@bernardcassisa

---

**Brown Buchanan & Sessons**

Patrick R. Buchanan, Esq.

Julie L. Pottenger, Esq.

Raymond L. Brown, Esq.

P.O. Box 2220

Pascagoula, MS 39569

Phone # (228) 374-2999
Fax #   (228) 435-7090
rlb@brownbuchanan.com; mailb@brownbuchanan.com

---

**Bruce M. Keuhnle, Jr., PLLC**

Bruce M. Keuhnle, Jr., Esq.

P.O. Box 866

Natchez, MS 39122-0866

Phone # (601) 442-2733
Fax #   (601) 442-4085

## Defendant Counsel Service List For     Kaho, Charles

**Brunini Grantham Grower & Hewes, PLLC**

Robert L. Gibbs, Esq.

A. LaVerne Edney, Esq.

P.O. Drawer 119

Jackson, MS 39205

Phone # (601) 948-3101
Fax #   (601) 960-6902
cgreen@brunini.com

---

**Bryan Nelson Randolph & Weathers, PA**

Joseph A, O'Connell, Esq.

P.O. Drawer 18109

Hattiesburg, MS 39404-8109

Phone #
Fax #

---

**Bryant Clark Dukes Blakeslee Ramsay & Hammond**

Karen K. Sawyer, Esq.

P.O. Box 10

Gulfport, MS 39502-0010

Phone # (228) 863-6101
Fax #   (228) 868-9077
ksawyer@bryantclark.com

---

**Campbell DeLong Hagwood & Wade, LLP**

Lawrence Wade, Esq.

Robert Warrington, Esq.

Robert F. Hathaway, Esq.

P.O. Box 1856

Greenville MS 38702-1856

Phone # (662) 325-6011
Fax #   (662) 334-6407

---

**Charles E. Gibson, III, Esq.**

P.O. Box 3493

Jackson, MS 39207-3493

Phone #
Fax #

---

**Clark Scott & Streetman, PA**

James P. Streetman, III, Esq.

Wade G. Manor, Esq.

P.O. Box 13847

Jackson MS 39236-3847

Phone # (601) 607-4800
Fax #   (601) 607-4801
css@csslegal.com;
wmanor@csslegal.com

## Defendant Counsel Service List For:    Kaho, Charles

| | | |
|---|---|---|
| **Colingo, Williams, Heidelberg, Steinberger** | | |
| Roy C. Williams, Esq. | Karl R. Steinberger, Esq. | P.O. Box 1407<br><br>Pascagoula, MS 39568-1407 | **Phone #** (228) 762-8021<br>**Fax #** (228) 762-7589<br>ksteinberger@colingowilliams.com |
| **Copeland Cook Taylor & Bush** | | |
| J. Tucker Mitchell, Esq. | Kay Hardage, Esq. | Monte L. Barton, Esq. | P.O. Box 6020<br><br>Ridgeland, MS 39158 | **Phone #** (601) 856-7200<br>**Fax #** (601) 856-7626<br>mbartley@cctb.com;<br>khardage@cctb.com;<br>mbarton@cctb |
| **Currie Johnson Griffin Gaines & Myers, PA** | | |
| Edward J. Currie, Jr., Esq. | Kristi Duncan Kennedy, Esq. | P.O. Box 750<br><br>Jackson, MS 39205-0750 | **Phone #** (601) 969-1010<br>**Fax #** (601) 969-5210<br>ecurrie@curriejohnson.com<br>; kkennedy@curriejohnson |
| **D.L. Kennedy & Associates, Inc.** | | |
| Michael Kennedy, Esq. | | P.O. Box 603<br><br>Gates Mills, Ohio 44040-0603 | **Phone #**<br>**Fax #** |
| **Daniel Coker Horton & Bell** | | |
| Silas W. McCharen, Esq. | Roy A. Smith, Esq. | Tara S. Clifford, Esq. | P.O. Box 1084<br><br>Jackson, MS 39215-0019 | **Phone #** (601) 969-7607<br>**Fax #** (601) 969-1116<br>smccharen@danielcoker.com |

## Defendant Counsel Service List For: Kaho, Charles

**Dogan & Wilkinson, PLLC**

David W. Dogan, III, Esq.        David Trewolla, Esq.

P.O. Box 23062

Jackson, MS 39225

Phone # (601) 351-3200

Fax #        (601) 351-3232

        DTREWOLLA@DOGAN
        WILKINSON.COM

**Dogan Wilkinson Kinard Smith & Edwards**

Robert Wilkinson, Esq.        Nathan A. Bosio, Esq.

P.O. Box 1618

Pascagoula, MS 39568-
1618

Phone # (228) 762-2272

Fax #        (228) 762-3223

        doganwilkinson.com

**Dukes, Dukes, Keating & Faneca, P.A.**

Walter W. Dukes, Esq.

2909 15th Street
Sixth Floor
Gulfport, MS  39501

Phone # (228) 868-1111

Fax #        (228) 863-2886

        walter@ddkf.com

**Duncan & Courington & Ryberg, LLC**

Kaye N. Courington, Esq.        Stephen J. Irwin, Esq.

400 Poydras Street
Suite 1200
New Orleans, LA 70130

Phone # (504) 524-5566

Fax #        (504) 524-7887

        kcourington@duncour.com

**Duplass Witman Zwain & Williams**

Gary M. Zwain, Esq.

Three Lakeway Center,
Ste 2900
3838 North Causeway
Blvd
Metairie, LA 70002

Phone #

Fax #

**Evert & Weathersby**

C. Michael Evert, Jr., Esq.

3405 Piedmont Road
Suite 225
Atlanta, GA 30305

Phone #

Fax #        (404) 233-8933

**Defendant Counsel Service List For:      Kaho, Charles**

**Forman Perry Watkins & Tardy PLLC**

| | | | | |
|---|---|---|---|---|
| Craig E. Brasfield, Esq. | Michael D. Goggans, Esq. | Stefan Bourn, Esq. | Jackson, MS 39225-2608 | Phone # (601) 960-8600 |
| | | | P.O. Box 22608 | Fax # (601) 960-8613 |
| | | | | craig@fpwk.com;<br>sbossier@fpwk.com;<br>stefanb@fpwk.co |

**Galloway & Galloway, PA**

| | | |
|---|---|---|
| Robert C. Galloway, Esq. | P.O. Drawer 4248 | Phone # |
| | Gulfport, MS 39501 | Fax # |
| Robert C. Galloway, Esq. | P.O. Drawer 4248 | Phone # |
| | Gulfport, MS 39501 | Fax # |

**Gwin Lewis & Punches, LLP**

| | | |
|---|---|---|
| Lucien C. Gwin, Jr., Esq. | P. O. Box 1344 | Phone # |
| | Natchez, MS 39121 | Fax # (601) 446-6621 |
| | | gwinlp@bkbank.com |

**Hawkins & Parnell, LLP**

| | | |
|---|---|---|
| J. Bruce Welch, Esq. | 4000 Suntrust Plaza | Phone # (404) 614-7400 |
| | 303 Peachtree Street, N.E. | Fax # (404) 614-7500 |
| H. Lane Young, Esq. | Atlanta GA 30308-3243 | lyoung@hplegal.com |

**Holcomb Dunbar**

| | | |
|---|---|---|
| Mark R. Smith, Esq. | P.O. Drawer 707 | Phone # (662) 948-0048 |
| Michael N. Watts, Esq. | Oxford, MS 38655 | Fax # (662) 238-7552 |

## Defendant Counsel Service List For: Kaho, Charles

**Hopkins Barvie & Hopkins, PLLC**

Alben N. Hawkins, Esq.    Raymond D. Carter, Esq.    Post Office Box 1510

Gulfport, MS 39502-4941

Phone #   (228) 864-2200
Fax #    (228) 868-9358

---

**Hulse & Wanek**

John A. Stewart, Jr., Esq.    James A. Oswald, Esq.    J. Thaddeus Westholtz, Esq.    1010 Common St.

Ste. 2800

New Orleans LA 70112-2426

Phone #
Fax #

---

**J. Andrew Phelps, Esq.**

404 Hemphill Street

Hattiesburg, MS 39401

Phone #
Fax #

---

**James P. Cothren, Esq.**

P.O. Box 1329

Jackson, MS 39215-1329

Phone #
Fax #

---

**John M. Deakle, Esq.**

Curtis R. Hussey, Esq.    Post Office Box 2072

Hattiesburg, MS 39401

Phone #
Fax #

---

**John Sims, Esq.**

500 Central Avenue, Suite 100

Laurel, MS 39440

Phone #
Fax #

---

**Defendant Counsel Service List For:**    **Kaho, Charles**

**Langston Frazer Sweet & Freese**

T. Roe Frazer, II, Esq.

Dennis C. Sweet, III, Esq.    P.O. Box 23307          Phone #
                                                       Fax #
                              Jackson, MS 39201

**Larry O. Norris, Esq.**

                              P.O. Box 8              Phone #
                                                       Fax #
                              Hattiesburg, MS 39403-
                              0008

**Lightfoot Franklin & White**

William H. Cox, Esq.          The Clark Building      Phone #
                              400 20th Street, North   Fax #
                              Birmingham AL 35203-
                              3200

**Mannino Peresich Dickinson & McDermott**

Ronald G. Peresich, Esq.      Michael E. Whitehead, Esq    P.O. Drawer 289     Phone #
                                                                                Fax #
                              Biloxi MS 39533

**McCoy Wilkins Stevens & Tipton, PA**

William Patterson, Esq.       P.O. Box 13429          Phone #
                                                       Fax #
                              Jackson, MS 39236-3429

**McGlinchey Stafford & Lang**

Betty A. Mallett, Esq.        Post Office Drawer       Phone #
                              22949                    Fax #
                              Jackson, MS 39225-2949

## Defendant Counsel Service List For:    Kaho, Charles

**McNeese & Hahn, PLLC**

Lawrence E. Hahn, Esq.

P.O. Drawer 948

Columbia, MS 39429

Phone # (601) 731-5020
Fax #    (601) 731-5030
leh@cblink.com

---

**Minor C. Summers, Jr., Esq.**

1907 Dunbarton Dr
Suite F
Jackson, MS 39216

Phone # (601) 362-8059
Fax #    (601) 366-7498

---

**Montague Pittman & Varnado**

Carey Varnado, Esq.

P.O. Box 1975

Hattiesburg, MS 39403-1975

Phone # (601) 544-1234
Fax #    (601) 544-1276
cvarnado@mpvlaw.com;
jfreeman1@mpvlaw.com

---

**Montgomery Barnett Brown Read Hammond & Mintz**

Francis P. Accardo, Esq.

3200 Energy Centre
1100 Poydras Street
New Orleans LA 70163

Phone # (504) 585-3200
Fax #    (504) 585-7688

---

**Page Mannino Peresich & McDermott, PLLC**

W. Mark Edwards, Esq.        Ronald G. Peresich, Esq.        Michael E. Whitehead, Esq.

P.O. Drawer 289

Biloxi MS 39533

Phone # (228) 374-2100
Fax #    (228) 432-5539
ronald.peresich@pmp.org

---

**Phelps Dunbar**

Ross F. Bass, esq.

P.O. Box 23066

Jackson, MS 39201

Phone # (601) 352-2300
Fax #    (601) 360-9777
bassr@phelps.com

---

## Defendant Counsel Service List For:      Kaho, Charles

**Robert Prichard, Esq.**

P.O. Drawer 1707

Pascagoula, MS 39568-
1707

Phone #
Fax #

---

**Scott Taylor, Esq.**

P.O. Box 1729

Pascagoula MS 39568-
1729

Phone #
Fax #

---

**Shell Buford Bufkin Callicutt & Perry**

Jim Bullock, Esq.

P.O. Box 157

Jackson, MS 39205-0157

Phone # (601) 932-4118
Fax #    (601) 932-4860
shellbuford@shellbuford.co
m

---

**Skadden Arps Slate Meagher & Flom**

Sheila Birnham, Esq.          Peter McKenna, Esq.

919 Third Avenue

New York, NY 10022

Phone # (212) 735-3000
Fax #    (212) 735-2000

---

**Smith, Reeves & Yarborough, PLLC**

William C. Reeves, Esq.

6360 I-55 North

Suite 201

Jackson, MS 39211

Phone # (601) 965-7200
Fax #    (601) 965-7201
breeves@smithreeves.com

## Defendant Counsel Service List For:    Kaho, Charles

**Steven B. Witman, Esq.**

| | | |
|---|---|---|
| 3850 North Causeway Blvd | **Phone #** | |
| Two Lakeway Center, Ste 1960 | **Fax #** | |
| Metairie LA 70002 | | |

**Watkins Ludlam Winter & Stennis**

John H. Holloman, III, Esq.

| | | |
|---|---|---|
| Post Office Box 427 | **Phone #** | (601) 949-4900 |
| | **Fax #** | (601) 949-4804 |
| Jackson, MS 39205-0427 | | jholloman@watkinsludlam.com |

**Wells Marble & Hurst**

J. Jerry Langford. Esq.

| | | |
|---|---|---|
| P.O. Box 131 | **Phone #** | (601) 355-8321 |
| | **Fax #** | (601) 355-4217 |
| Jackson, MS 39201-3405 | | |

**Wells Moore Simmons & Hubbard, PLLC**

Jeffrey P. Hubbard, esq.

| | | |
|---|---|---|
| P.O. Box 1970 | **Phone #** | (601) 354-5400 |
| | **Fax #** | (601) 355-5850 |
| Jackson, MS 39215-1970 | | jphub1@wellsmoore.com |

# Defendant Counsel Service List For:    Knotts, John

**Allen Vaughn Cobb & Hood, PA**

| | | Post Office Box 4801 | Phone # (228) 864-4011 |
| | | | Fax #    (228) 864-8962 |
| | | Gulfport, MS 39502-4801 | tvaughn@avchlaw.com |

**Aultman, Tyner, Ruffin & Yarborough, Ltd.**

Thomas W. Tyner, Esq.    Christopher O. Massenburg,    William N. Graham, Esq.    P. O. Drawer 750    Phone # (601) 583-2671
                         Esq.                                                             Fax #    (601) 583-2677
                                                                  Hattiesburg, MS  39401    aultyn@megagate.com

**Baker Donelson Bearman Caldwell & Berkowitz, PC**

Robert Arentson, Esq.    Scott Bates, Esq.    P.O. Box 14167    Phone #
                                              Jackson, MS 39236    Fax #

**Barfield & Associates**

Kimberly P. Wallace    PO Drawer 3979    Phone #
                       Jackson, MS 39207    Fax #    (601) 968-9425

**Bernard Cassisa Elliott & Davis, PC**

Paul V. Cassisa, Jr., Esq.    Ann Sico, Esq.    P.O. Box 55490    Phone # (504) 834-2612
                                                Metairie LA 70055-5490    Fax #    (504) 838-9438
                                                                          cassisap@bernardcassisa.co
                                                                          m; sicoa@bernardcassisa

**Brown Buchanan & Sessoms**

Patrick R. Buchanan, Esq.    Julie L. Pottenger, Esq.    Raymond L. Brown, Esq.    P.O. Box 2220    Phone # (228) 374-2999
                                                                                  Pascagoula, MS 39569    Fax #    (228) 435-7090
                                                                                                          rlb@brownbuchanan.com;
                                                                                                          mailb@brownbuchanan.co
                                                                                                          m

# Defendant Counsel Service List For:    Knotts, John

**Bruce M. Keuhnle, Jr., PLLC**

Bruce M. Keuhnle, Jr., Esq.

P.O. Box 866

Natchez, MS 39122-0866

**Phone #** (601) 442-2733
**Fax #** (601) 442-4085

---

**Burr & Forman**

C. Paul Cavender, Esq.

420 North 20th Street

Suite 3100

Birmingham, AL 35203

**Phone #** (205) 251-3000
**Fax #** (205) 458-5100

---

**Butler, Snow, O'Mara, Stevens & Cannada, PLLC**

Joshua J. Wiener, Esq.

Patricia C. Gandy, Esq.

P. O. Box 22567

Jackson, MS   39225-2567

**Phone #** (601) 985-4580
**Fax #** (601) 985-4500

patti.gandy@butlersno.co
m; mark.garriga@butlersno

---

**Clark Scott & Streetman, PA**

James P. Streetman, III, Esq.

Wade G. Manor, Esq.

P.O. Box 13847

Jackson MS 39236-3847

**Phone #** (601) 607-4800
**Fax #** (601) 607-4801

css@csslegal.com;
wmanor@csslegal.com

---

**Colingo, Williams, Heidelberg, Steinberger**

Roy C. Williams, Esq.

Karl R. Steinberger, Esq.

P.O. Box 1407

Pascagoula, MS 39568-
1407

**Phone #** (228) 762-8021
**Fax #** (228) 762-7589

ksteinberger@colingowillia
ms.com

---

**Currie Johnson Griffin Gaines & Myers, PA**

Edward J. Currie, Jr., Esq.

Kristi Duncan Kennedy, Esq.

P.O. Box 750

Jackson, MS 39205-0750

**Phone #** (601) 969-1010
**Fax #** (601) 969-5210

ecurrie@curriejohnson.com
; kkennedy@curriejohnson

## Defendant Counsel Service List For:   Knotts, John

### Dogan & Wilkinson, PLLC

David W. Dogan, III, Esq.

P.O. Box 23062

Phone #  (601) 351-3200
Fax #  (601) 351-3232
DTREWOLLA@DOGAN
WILKINSON.COM

David Trewolla, Esq.

Jackson, MS 39225

### Forman Perry Watkins & Tardy PLLC

Craig E. Brasfield, Esq.

P.O. Box 22608

Phone #  (601) 960-8600
Fax #  (601) 960-8613
craig@fpwk.com;
sbossier@fpwk.com;
stefanb@fpwk.co

Michael D. Goggans, Esq.

Stefan Bourn, Esq.

Jackson, MS 39225-2608

### Hand Arrendall

Joe E. Basenberg, Esq.

P.O. Box 123

Phone #  (251) 694-6264
Fax #  (251) 694-6375
joeb@handarrendall.com

Mobile, AL 36601

### Obert Law Group

Keith D. Obert, Esq.

One Woodgreen Place,
Sutie 200

Phone #  (601) 856-9690
Fax #  (601) 856-9686
obert@netdoor.com

Post Office Box 2081

Madison, MS 39130-2081

### Page Mannino Peresich & McDermott, PLLC

W. Mark Edwards, Esq.

Ronald G. Peresich, Esq.

P.O. Drawer 289

Phone #  (228) 374-2100
Fax #  (228) 432-5539
ronald.peresich@pmp.org

Michael E. Whitehead, Esq.

Biloxi MS 39533

## Defendant Counsel Service List For: Knotts, John

**Shell Buford Bufkin Callicutt & Perry**

Jim Bullock, Esq.

P.O. Box 157

Jackson, MS 39205-0157

**Phone #** (601) 932-4118
**Fax #** (601) 932-4860
shellbuford@shellbuford.com

**Watkins & Eager**

William F. Goodman, III, Esq.   Michael O. Gwin, Esq.   Douglas J. Gunn, Esq.

400 East Capitol Street
Suite 300
Jackson, Ms 39201

**Phone #** (601) 948-6470
**Fax #** (601) 354-3623

**Wells Moore Simmons & Hubbard, PLLC**

Jeffrey P. Hubbard, esq.

P.O. Box 1970

Jackson, MS 39215-1970

**Phone #** (601) 354-5400
**Fax #** (601) 355-5850
jphub1@wellsmoore.com

## Defense Counsel Service List

**Pate, Willie**

---

**Allen Vaughn Cobb & Hood, PA**

Post Office Box 4801

Gulfport, MS 39502-4801

**Phone #** (228) 864-4011
**Fax #** (228) 864-8962
tvaughn@avchlaw.com

---

**Aultman, Tyner, Ruffin & Yarborough, Ltd.**

Thomas W. Tyner, Esq.          Christopher O. Massenburg, Esq.          William N. Graham, Esq.

P. O. Drawer 750

Hattiesburg, MS  39401

**Phone #** (601) 583-2671
**Fax #** (601) 583-2677
aultyn@megagate.com

---

**Barfield & Associates**

Kimberly P. Wallace

PO Drawer 3979

Jackson, MS 39207

**Phone #**
**Fax #** (601) 968-9425

---

**Bernard Cassisa Elliott & Davis, PC**

Paul V. Cassisa, Jr., Esq.          Ann Sico, Esq.

Metairie LA 70055-5490

**Phone #** (504) 834-2612
**Fax #** (504) 838-9438
cassisap@bernardcassisa.com; sicoa@bernardcassisa.com

---

**Bradley Arant Rose & White**

Laura Gibbs, Esq.

P.O. Box 55490

Jackson, MS 39215

One Jackson Place

188 E. Capitol Street

**Phone #** (601) 948-2121
**Fax #** (601) 948-3000
dclark@barw.com

---

**Brown Buchanan & Sessons**

Patrick R. Buchanan, Esq.          Julie L. Pottenger, Esq.          Raymond L. Brown, Esq.

P.O. Box 2220

Pascagoula, MS 39569

**Phone #** (228) 374-2999
**Fax #** (228) 435-7090
rlb@brownbuchanan.com; mailb@brownbuchanan.com

Defense Counsel Service List

Pate, Willie

**Bruce M. Keuhnle, Jr., PLLC**

Bruce M. Keuhnle, Jr., Esq.

P.O. Box 866

Natchez, MS 39122-0866

Phone # (601) 442-2733

Fax #      (601) 442-4085

**Brunini Grantham Grower & Hewes, PLLC**

Robert L. Gibbs, Esq.                A. La'Verne Edney, Esq.

P.O. Drawer 119

Jackson, MS 39205

Phone # (601) 948-3101

Fax #      (601) 960-6902

cgreen@brunini.com

**Bryant Clark Dukes Blakeslee Ramsay & Hammond**

Karen K. Sawyer, Esq.

P.O. Box 10

Gulfport, MS 39502-0010

Phone # (228) 863-6101

Fax #      (228) 868-9077

ksawyer@bryantclark.com

**Burr & Forman**

C. Paul Cavender, Esq.

420 North 20th Street

Suite 3100

Birmingham, AL 35203

Phone # (205) 251-3000

Fax #      (205) 458-5100

**Butler, Snow, O'Mara, Stevens & Cannada, PLLC**

W. Scott Welch, III, Esq.     Joshua J. Wiener, Esq.     Patricia C. Gandy, Esq.

P. O. Box 22567

Jackson, MS   39225-2567

Phone # (601) 985-4580

Fax #      (601) 985-4500

patti.gandy@butlersnow.co

m; mark.garriga@butlersno

**Campbell DeLong Hagwood & Wade, LLP**

Lawrence Wade, Esq.          Robert Warrington, Esq.          Robert F. Hathaway, Esq.

P.O. Box 1856

Greenville MS 38702-1856

Phone # (662) 325-6011

Fax #      (662) 334-6407

Defense Counsel Service List

Pate, Willie

## Clark Scott & Streetman, PA

| | | | |
|---|---|---|---|
| James P. Streetman, III, Esq. | Wade G. Manor, Esq. | P.O. Box 13847 | **Phone #** (601) 607-4800 |
| | | Jackson MS 39236-3847 | **Fax #** (601) 607-4801 |
| | | | css@csslegal.com; wmanor@csslegal.com |

## Colingo, Williams, Heidelberg, Steinberger

| | | | |
|---|---|---|---|
| Roy C. Williams, Esq. | Karl R. Steinberger, Esq. | P.O. Box 1407 | **Phone #** (228) 762-8021 |
| | | Pascagoula, MS 39568-1407 | **Fax #** (228) 762-7589 |
| | | | ksteinberger@colingowillia ms.com |

## Copeland Cook Taylor & Bush

| | | | |
|---|---|---|---|
| J. Tucker Mitchell, Esq. | Kay Hardage, Esq. | P.O. Box 6020 | **Phone #** (601) 856-7200 |
| | Monte L. Barton, Esq. | Ridgeland, MS 39158 | **Fax #** (601) 856-7626 |
| | | | mbarley@cctb.com; khardage@cctb.com; mbarton@cctb |

## Currie Johnson Griffin Gaines & Myers, PA

| | | | |
|---|---|---|---|
| Edward J. Currie, Jr., Esq. | Kristi Duncan Kennedy, Esq. | P.O. Box 750 | **Phone #** (601) 969-1010 |
| | | Jackson, MS 39205-0750 | **Fax #** (601) 969-5210 |
| | | | ecurrie@curriejohnson.com ; kkennedy@curriejohnson |

## Daniel Coker Horton & Bell

| | | | |
|---|---|---|---|
| Silas W. McCharen, Esq. | Roy A. Smith, Esq. | P.O. Box 1084 | **Phone #** (601) 969-7607 |
| | Tara S. Clifford, Esq. | Jackson, MS 39215-0019 | **Fax #** (601) 969-1116 |
| | | | smccharen@danielcoker.co m |

**Defense Counsel Service List**

**Pate, Willie**

**Dogan & Wilkinson, PLLC**

David W. Dogan, III, Esq.

David Trewolla, Esq.

P.O. Box 23062

Jackson, MS 39225

Phone # (601) 351-3200
Fax #    (601) 351-3232
DTREWOLLA@DOGAN
WILKINSON.COM

**Dukes, Dukes, Keating & Faneca, P.A.**

Walter W. Dukes, Esq.

2909 15th Street

Sixth Floor

Gulfport, MS   39501

Phone # (228) 868-1111
Fax #    (228) 863-2886
walter@ddkf.com

**Evert & Weathersby**

C. Michael Evert, Jr., Esq.

3405 Piedmont Road

Suite 225

Atlanta, GA 30305

Phone #
Fax #    (404) 233-8933

**Forman Perry Watkins & Tardy PLLC**

Craig E. Brasfield, Esq.

Michael D. Goggans, Esq.

Stefan Bourn, Esq.

P.O. Box 22608

Jackson, MS 39225-2608

Phone # (601) 960-8600
Fax #    (601) 960-8613
craig@fpwk.com;
sbossier@fpwk.com;
stefanb@fpwk.co

**Gwin Lewis & Punches, LLP**

Lucien C. Gwin, Jr., Esq.

P. O. Box 1344

Natchez, MS 39121

Phone #
Fax #    (601) 446-6621
gwinlp@bkbank.com

**Hand Arrendall**

Joe E. Basenberg, Esq.

P.O. Box 123

Mobile, AL 36601

Phone # (251) 694-6264
Fax #    (251) 694-6375
joeb@handarrendall.com

Defense Counsel Service List

**Pate, Willie**

| | | | |
|---|---|---|---|
| **John W. Davies, Esq.** | | | |
| | P.O. Box 389 | Phone # | |
| | Prentiss, MS 39474 | Fax # | |
| **McNeese & Hahn, PLLC** | | | |
| Lawrence E. Hahn, Esq. | P.O. Drawer 948 | Phone # | (601) 731-5020 |
| | | Fax # | (601) 731-5030 |
| | Columbia, MS 39429 | leh@cblink.com | |
| **Michael N. Watts, Esq.** | | | |
| | P.O. Drawer 707 | Phone # | (662) 234-8775 |
| | | Fax # | (662) 234-8638 |
| | Oxford MS 39655 | mwatts@holcombdunbar.com | |
| **Minor C. Summers, Jr., Esq.** | | | |
| | 1907 Dunbarton Dr | Phone # | (601) 362-8059 |
| | Suite F | Fax # | (601) 366-7498 |
| | Jackson, MS 39216 | | |
| **Montague Pittman & Varnado** | | | |
| Carey Varnado, Esq. | P.O. Box 1975 | Phone # | (601) 544-1234 |
| | | Fax # | (601) 544-1276 |
| | Hattiesburg, MS 39403-1975 | cvarnado@mpvlaw.com; jfreeman1@mpvlaw.com | |
| **Obert Law Group** | | | |
| Keith D. Obert, Esq. | One Woodgreen Place, Suite 200 | Phone # | (601) 856-9690 |
| | Post Office Box 2081 | Fax # | (601) 856-9686 |
| | Madison, MS 39130-2081 | obert@netdoor.com | |

Defense Counsel Service List

Pate, Willie

**Page Mannino Peresich & McDermott, PLLC**

W. Mark Edwards, Esq.          Ronald G. Peresich, Esq.          Michael E. Whitehead, Esq.          P.O. Drawer 289

Biloxi MS 39533

Phone # (228) 374-2100
Fax # (228) 432-5539
ronald.peresich@pmp.org

**Phelps Dunbar**

Ross F. Bass, esq.

P.O. Box 23066

Jackson, MS 39201

Phone # (601) 352-2300
Fax # (601) 360-9777
bassr@phelps.com

**Shell Buford Bufkin Callicutt & Perry**

Jim Bullock, Esq.

P.O. Box 157

Jackson, MS 39205-0157

Phone # (601) 932-4118
Fax # (601) 932-4860
shellbuford@shellbuford.com

**Skadden Arps Slate Meagher & Flom**

Sheila Birnham, Esq.          Peter McKenna, Esq.

919 Third Avenue

New York, NY 10022

Phone # (212) 735-3000
Fax # (212) 735-2000

**Smith, Reeves & Yarborough, PLLC**

William C. Reeves, Esq.

6360 I-55 North
Suite 201
Jackson, MS 39211

Phone # (601) 965-7200
Fax # (601) 965-7201
breeves@smithreeves.com

**Watkins & Eager**

William F. Goodman, III, Esq.          Michael O. Gwin, Esq.          Douglas J. Gunn, Esq.

400 East Capitol Street
Suite 300
Jackson, Ms 39201

Phone # (601) 948-6470
Fax # (601) 354-3623

Defense Counsel Service List

Pate, Willie

## Watkins Ludlam Winter & Stennis

John H. Holloman, III, Esq.

Post Office Box 427

Jackson, MS 39205-0427

**Phone #** (601) 949-4900

**Fax #** (601) 949-4804

jholloman@watkinsludlam.com

## Wells Moore Simmons & Hubbard, PLLC

Jeffrey P. Hubbard, esq.

P.O. Box 1970

Jackson, MS 39215-1970

**Phone #** (601) 354-5400

**Fax #** (601) 355-5850

jphub1@wellsmoore.com

# Defendant Counsel Service List For:    Russum, Jerry

**Allen Vaughn Cobb & Hood, PA**

| | | Post Office Box 4801 | Phone # (228) 864-4011 |
| --- | --- | --- | --- |
| | | | Fax #    (228) 864-8962 |
| | | Gulfport, MS 39502-4801 | tvaughn@avchlaw.com |

**Aultman, Tyner, Ruffin & Yarborough, Ltd.**

| Thomas W. Tyner, Esq. | Christopher O. Massenburg, Esq. | William N. Graham, Esq. | P. O. Drawer 750 | Phone # (601) 583-2671 |
| --- | --- | --- | --- | --- |
| | | | | Fax #    (601) 583-2677 |
| | | | Hattiesburg, MS   39401 | aultyn@megagate.com |

**Barfield & Associates**

| Kimberly P. Wallace | | | PO Drawer 3979 | Phone # |
| --- | --- | --- | --- | --- |
| | | | | Fax #    (601) 968-9425 |
| | | | Jackson, MS 39207 | |

**Bernard Cassisa Elliott & Davis, PC**

| Paul V. Cassisa, Jr., Esq. | Ann Sico, Esq. | | P.O. Box 55490 | Phone # (504) 834-2612 |
| --- | --- | --- | --- | --- |
| | | | | Fax #    (504) 838-9438 |
| | | | Metairie LA 70055-5490 | cassisap@bernardcassisa.co m; sicoa@bernardcassisa |

**Bradley Arant Rose & White**

| Laura Gibbs, Esq. | | | 188 E. Capitol Street | Phone # (601) 948-2121 |
| --- | --- | --- | --- | --- |
| | | | One Jackson Place | Fax #    (601) 948-3000 |
| | | | Jackson MS 39215 | dclark@barw.com |

**Brown Buchanan & Sessoms**

| Patrick R. Buchanan, Esq. | Julie L. Pottenger, Esq. | Raymond L. Brown, Esq. | P.O. Box 2220 | Phone # (228) 374-2999 |
| --- | --- | --- | --- | --- |
| | | | | Fax #    (228) 435-7090 |
| | | | Pascagoula, MS 39569 | rlb@brownbuchanan.com; mailb@brownbuchanan.co m |

# Defendant Counsel Service List For: Russum, Jerry

**Bruce M. Keuhnle, Jr., PLLC**

Bruce M. Keuhnle, Jr., Esq.

P.O. Box 866

Natchez, MS 39122-0866

Phone # (601) 442-2733
Fax # (601) 442-4085

---

**Brunini Grantham Grower & Hewes, PLLC**

Robert L. Gibbs, Esq.

A. LaVerne Edney, Esq.

P.O. Drawer 119

Jackson, MS 39205

Phone # (601) 948-3101
Fax # (601) 960-6902
cgreen@brunini.com

---

**Bryant Clark Dukes Blakeslee Ramsay & Hammond**

Karen K. Sawyer, Esq.

P.O. Box 10

Gulfport, MS 39502-0010

Phone # (228) 863-6101
Fax # (228) 868-9077
ksawyer@bryantclark.com

---

**Burr & Forman**

C. Paul Cavender, Esq.

420 North 20th Street
Suite 3100
Birmingham, AL 35203

Phone # (205) 251-3000
Fax # (205) 458-5100

---

**Butler, Snow, O'Mara, Stevens & Cannada, PLLC**

W. Scott Welch, III, Esq.

Joshua J. Wiener, Esq.

Patricia C. Gandy, Esq.

P. O. Box 22567

Jackson, MS 39225-2567

Phone # (601) 985-4580
Fax # (601) 985-4500
patti.gandy@butlersnow.co
m; mark.garriga@butlersno

---

**Campbell DeLong Hagwood & Wade, LLP**

Lawrence Wade, Esq.

Robert Warrington, Esq.

Robert F. Hathaway Esq.

P.O. Box 1856

Greenville MS 38702-1856

Phone # (662) 325-6011
Fax # (662) 334-6407

## Defendant Counsel Service List For: Russum, Jerry

**Clark Scott & Streetman, PA**

James P. Streetman, III, Esq.

Wade G. Manor, Esq.

P.O. Box 13847

Phone # (601) 607-4800
Fax #    (601) 607-4801
css@csslegal.com;
wmanor@csslegal.com

Jackson MS 39236-3847

---

**Colingo, Williams, Heidelberg, Steinberger**

Roy C. Williams, Esq.

Karl R. Steinberger, Esq.

P.O. Box 1407

Phone # (228) 762-8821
Fax #    (228) 762-7589
ksteinberger@colingowillia
ms.com

Pascagoula, MS 39568-
1407

---

**Copeland Cook Taylor & Bush**

J. Tucker Mitchell, Esq.

Kay Hardage, Esq.

Monte L. Barton, Esq.

P.O. Box 6020

Phone # (601) 856-7200
Fax #    (601) 856-7626
mbartley@cctb.com;
khardage@cctb.com;
mbarton@cctb

Ridgeland, MS 39158

---

**Currie Johnson Griffin Gaines & Myers, PA**

Edward J. Currie, Jr., Esq.

Kristi Duncan Kennedy, Esq.

P.O. Box 750

Phone # (601) 969-1010
Fax #    (601) 969-5210
ecurrie@curriejohnson.com
; kkennedy@curriejohnson

Jackson, MS 39205-0750

---

**Daniel Coker Horton & Bell**

Silas W. McCharen, Esq.

Roy A. Smith, Esq.

Tara S. Clifford, Esq.

P.O. Box 1084

Phone # (601) 969-7607
Fax #    (601) 969-1116
smccharen@danielcoker.co
m

Jackson, MS 39215-0019

---

## Defendant Counsel Service List For:    Russum, Jerry

**Dogan & Wilkinson, PLLC**

David W. Dogan, III, Esq.            David Trewolla, Esq.

P. O. Box 23062

Jackson, MS 39225

Phone #  (601) 351-3200
Fax #     (601) 351-3232
DTREWOLLA@DOGAN
WILKINSON.COM

---

**Dukes, Dukes, Keating & Faneca, P.A.**

Walter W. Dukes, Esq.

2909 15th Street

Sixth Floor

Gulfport, MS  39501

Phone #  (228) 868-1111
Fax #     (228) 863-2886
walter@ddkf.com

---

**Evert & Weathersby**

C. Michael Evert, Jr., Esq.

3405 Piedmont Road

Suite 225

Atlanta, GA 30305

Phone #
Fax #     (404) 233-8933

---

**Forman Perry Watkins & Tardy PLLC**

Craig E. Brasfield, Esq.            Michael D. Goggans, Esq.            Stefan Bourn, Esq.

P.O. Box 22608

Jackson, MS 39225-2608

Phone #  (601) 960-8600
Fax #     (601) 960-8613
craig@fpwk.com;
sbossier@fpwk.com;
stefanb@fpwk.co

---

**Gwin Lewis & Punches, LLP**

Lucien C. Gwin, Jr., Esq.

P. O. Box 1344

Natchez, MS 39121

Phone #
Fax #     (601) 446-6621
gwinlp@bkbank.com

---

**Hand Arrendall**

Joe E. Basenberg, Esq.

P.O. Box 123

Mobile, AL 36601

Phone #  (251) 694-6264
Fax #     (251) 694-6375
joeb@handarrendall.com

## Defendant Counsel Service List For: Russum, Jerry

**John W. Davies, Esq.**

P.O. Box 389

Prentiss, MS 39474

Phone #

Fax #

---

**McNeese & Hahn, PLLC**

Lawrence E. Hahn, Esq.

P.O. Drawer 948

Columbia, MS 39429

Phone #  (601) 731-5020

Fax #    (601) 731-5030

leh@cblink.com

---

**Michael N. Watts, Esq.**

P.O. Drawer 707

Oxford MS 39655

Phone #  (662) 234-8775

Fax #    (662) 234-8638

mwatts@holcombdunbar.com

---

**Minor C. Summers, Jr., Esq.**

1907 Dunbarton Dr

Suite F

Jackson, MS 39216

Phone #  (601) 362-8059

Fax #    (601) 366-7498

---

**Montague Pittman & Varnado**

Carey Varnado, Esq.

P.O. Box 1975

Hattiesburg, MS 39403-1975

Phone #  (601) 544-1234

Fax #    (601) 544-1276

cvarnado@mpvlaw.com;
jfreeman1@mpvlaw.com

---

**Obert Law Group**

Keith D. Obert, Esq.

One Woodgreen Place, Suite 200

Post Office Box 2081

Madison, MS 39130-2081

Phone #  (601) 856-9690

Fax #    (601) 856-9686

obert@netdoor.com

---

## Defendant Counsel Service List For:   Russum, Jerry

**Page Mannino Peresich & McDermott, PLLC**

W. Mark Edwards, Esq.      Ronald G. Peresich, Esq.      Michael E. Whitehead, Esq.      P.O. Drawer 289

Biloxi MS 39533

Phone # (228) 374-2100
Fax # (228) 432-5539
ronald.peresich@pmp.org

**Phelps Dunbar**

Ross F. Bass, esq.

P.O. Box 23066

Jackson, MS 39201

Phone # (601) 352-2300
Fax # (601) 360-9777
bassr@phelps.com

**Shell Buford Bufkin Callicutt & Perry**

Jim Bullock, Esq.

P.O. Box 157

Jackson, MS 39205-0157

Phone # (601) 932-4118
Fax # (601) 932-4860
shellbuford@shellbuford.com

**Skadden Arps Slate Meagher & Flom**

Sheila Birnham, Esq.      Peter McKenna, Esq.

919 Third Avenue

New York, NY 10022

Phone # (212) 735-3000
Fax # (212) 735-2000

**Smith, Reeves & Yarborough, PLLC**

William C. Reeves, Esq.

6360 I-55 North
Suite 201
Jackson, MS 39211

Phone # (601) 965-7200
Fax # (601) 965-7201
breeves@smithreeves.com

**Watkins & Eager**

William F. Goodman, III, Esq.      Michael O. Gwin, Esq.      Douglas J. Gunn, Esq.

400 East Capitol Street
Suite 300
Jackson, Ms 39201

Phone # (601) 948-6470
Fax # (601) 354-3623

## Defendant Counsel Service List For:  Russum, Jerry

**Watkins Ludlam Winter & Stennis**

John H. Holloman, III, Esq.

Post Office Box 427

Jackson, MS 39205-0427

Phone #  (601) 949-4900

Fax #  (601) 949-4804

jholloman@watkinsludlam.com

**Wells Moore Simmons & Hubbard, PLLC**

Jeffrey P. Hubbard, esq.

P.O. Box 1970

Jackson, MS 39215-1970

Phone # (601) 354-5400

Fax #  (601) 355-5850

jphub1@wellsmoore.com

# Defendant Counsel Service List For: Webster, Christine

**Allen Vaughn Cobb & Hood, PA**

| | | |
|---|---|---|
| | Post Office Box 4801 | Phone # (228) 864-4011 |
| | | Fax # (228) 864-8962 |
| | Gulfport, MS 39502-4801 | tvaughn@avchlaw.com |

**Aultman, Tyner, Ruffin & Yarborough, Ltd.**

Thomas W. Tyner, Esq.    Christopher O. Massenburg, Esq.    William N. Graham, Esq.

| | | |
|---|---|---|
| | P. O. Drawer 750 | Phone # (601) 583-2671 |
| | | Fax # (601) 583-2677 |
| | Hattiesburg, MS  39401 | aultyn@megagate.com |

**Barfield & Associates**

Kimberly P. Wallace

| | | |
|---|---|---|
| | PO Drawer 3979 | Phone # |
| | Jackson, MS 39207 | Fax # (601) 968-9425 |

Kimberly P. Wallace

| | | |
|---|---|---|
| | PO Drawer 3979 | Phone # |
| | Jackson, MS 39207 | Fax # (601) 968-9425 |

**Bernard Cassisa Elliott & Davis, PC**

Paul V. Cassisa, Jr., Esq.    Ann Sico, Esq.

| | | |
|---|---|---|
| | P.O. Box 55490 | Phone # (504) 834-2612 |
| | | Fax # (504) 838-9438 |
| | Metairie LA 70055-5490 | cassisap@bernardcassisa.com; sicoa@bernardcassisa |

**Bradley Arant Rose & White**

Laura Gibbs, Esq.

| | | |
|---|---|---|
| | 188 E. Capitol Street | Phone # (601) 948-2121 |
| | One Jackson Place | Fax # (601) 948-3000 |
| | Jackson MS 39215 | dclark@barw.com |

## Defendant Counsel Service List For:    Webster, Christine

### Brown Buchanan & Sessoms

| | | |
|---|---|---|
| Patrick R. Buchanan, Esq. | Julie L. Pottenger, Esq. | Raymond L. Brown, Esq. |

P.O. Box 2220

Pascagoula, MS 39569

Phone #   (228) 374-2999

Fax #      (228) 435-7090

rlb@brownbuchanan.com;
mailb@brownbuchanan.com

### Bruce M. Keuhnle, Jr., PLLC

Bruce M. Keuhnle, Jr., Esq.

P.O. Box 866

Natchez, MS 39122-0866

Phone #   (601) 442-2733

Fax #      (601) 442-4085

### Brunini Grantham Grower & Hewes, PLLC

| | |
|---|---|
| Robert L. Gibbs, Esq. | A. LaVerne Edney, Esq. |

P.O. Drawer 119

Jackson, MS 39205

Phone #   (601) 948-3101

Fax #      (601) 960-6902

cgreen@brunini.com

### Bryant Clark Dukes Blakeslee Ramsay & Hammond

Karen K. Sawyer, Esq.

P.O. Box 10

Gulfport, MS 39502-0010

Phone #   (228) 863-6101

Fax #      (228) 868-9077

ksawyer@bryantclark.com

### Burr & Forman

C. Paul Cavender, Esq.

420 North 20th Street

Suite 3100

Birmingham, AL 35203

Phone #   (205) 251-3000

Fax #      (205) 458-5100

### Butler, Snow, O'Mara, Stevens & Cannada, PLLC

| | |
|---|---|
| W. Scott Welch, III, Esq. | Joshua J. Wiener, Esq. | Patricia C. Gandy, Esq. |

P. O. Box 22567

Jackson, MS   39225-2567

Phone #   (601) 985-4580

Fax #      (601) 985-4500

patti.gandy@butlersnow.com, mark.garriga@butlersno

# Defendant Counsel Service List For:   Webster, Christine

**Campbell DeLong Hagwood & Wade, LLP**

| | | | |
|---|---|---|---|
| Lawrence Wade, Esq. | Robert Warrington, Esq. | P.O. Box 1856 | Phone # (662) 325-6011 |
| | | Greenville MS 38702-1856 | Fax # (662) 334-6407 |

**Clark Scott & Streetman, PA**

| | | | |
|---|---|---|---|
| James P. Streetman, III, Esq. | Wade G. Manor, Esq. | P.O. Box 13847 | Phone # (601) 607-4800 |
| | | Jackson MS 39236-3847 | Fax # (601) 607-4801 |
| | Robert F. Hathaway, Esq. | | css@csslegal.com; wmanor@csslegal.com |

**Colingo, Williams, Heidelberg, Steinberger**

| | | | |
|---|---|---|---|
| Roy C. Williams, Esq. | Karl R. Steinberger, Esq. | P.O. Box 1407 | Phone # (228) 762-8021 |
| | | Pascagoula, MS 39568-1407 | Fax # (228) 762-7589 |
| | | | ksteinberger@colingowillia ms.com |

**Copeland Cook Taylor & Bush**

| | | | |
|---|---|---|---|
| J. Tucker Mitchell, Esq. | Kay Hardage, Esq. | P.O. Box 6020 | Phone # (601) 856-7200 |
| | | Ridgeland, MS 39158 | Fax # (601) 856-7626 |
| | Monte L. Barton, Esq. | | mbartley@cctb.com; khardage@cctb.com; mbarton@cctb |

**Currie Johnson Griffin Gaines & Myers, PA**

| | | | |
|---|---|---|---|
| Edward J. Currie, Jr., Esq. | Kristi Duncan Kennedy, Esq. | P.O. Box 750 | Phone # (601) 969-1010 |
| | | Jackson, MS 39205-0750 | Fax # (601) 969-5210 |
| | | | ecurrie@curriejohnson.com ; kkennedy@curriejohnson |

**Defendant Counsel Service List For:**   **Webster, Christine**

**Daniel Coker Horton & Bell**

Silas W. McCharen, Esq.    Roy A. Smith, Esq.    Tara S. Clifford, Esq.

P.O. Box 1084
Jackson, MS 39215-0019

Phone # (601) 969-7607
Fax # (601) 969-1116
smccharen@danielcoker.com

**Dogan & Wilkinson, PLLC**

David W. Dogan, III, Esq.    David Trewolla, Esq.

P.O. Box 23062
Jackson, MS 39225

Phone # (601) 351-3200
Fax # (601) 351-3232
DTREWOLLA@DOGAN
WILKINSON.COM

**Dukes, Dukes, Keating & Faneca, P.A.**

Walter W. Dukes, Esq.

2909 15th Street
Sixth Floor
Gulfport, MS 39501

Phone # (228) 868-1111
Fax # (228) 863-2886
walter@ddkf.com

**Evert & Weathersby**

C. Michael Evert, Jr., Esq.

3405 Piedmont Road
Suite 225
Atlanta, GA 30305

Phone #
Fax # (404) 233-8993

**Forman Perry Watkins & Tardy PLLC**

Craig E. Brasfield, Esq.    Michael D. Goggans, Esq.    Stefan Bourn, Esq.

P.O. Box 22608
Jackson, MS 39225-2608

Phone # (601) 960-8600
Fax # (601) 960-8613
craig@fpwk.com;
sbossier@fpwk.com;
stefanb@fpwk.co

**Gwin Lewis & Punches, LLP**

Lucien C. Gwin, Jr., Esq.

P. O. Box 1344
Natchez, MS 39121

Phone #
Fax # (601) 446-6621
gwinlp@bkbank.com

## Defendant Counsel Service List For:    Webster, Christine

**Hand Arrendall**

Joe E. Basenberg, Esq.

P.O. Box 123

Mobile, AL 36601

Phone # (251) 694-6264
Fax #   (251) 694-6375
joeb@handarrendall.com

---

**John W. Davies, Esq.**

P.O. Box 389

Prentiss, MS 39474

Phone #
Fax #

---

**McNeese & Hahn, PLLC**

Lawrence E. Hahn, Esq.

P.O. Drawer 948

Columbia, MS 39429

Phone # (601) 731-5020
Fax #   (601) 731-5030
leh@cblink.com

---

**Michael N. Watts, Esq.**

P.O. Drawer 707

Oxford MS 39655

Phone # (662) 234-8775
Fax #   (662) 234-8638
mwatts@holcombdunbar.com

---

**Minor C. Summers, Jr., Esq.**

1907 Dunbarton Dr
Suite F
Jackson, MS 39216

Phone # (601) 362-8059
Fax #   (601) 366-7498

---

**Montague Pittman & Varnado**

Carey Varnado, Esq.

P.O. Box 1975

Hattiesburg, MS 39403-1975

Phone # (601) 544-1234
Fax #   (601) 544-1276
cvarnado@mpvlaw.com;
jfreeman1@mpvlaw.com

## Defendant Counsel Service List For:   Webster, Christine

**Obert Law Group**

Keith D. Obert, Esq.

One Woodgreen Place, Suite 200
Post Office Box 2081
Madison, MS 39130-2081

Phone # (601) 856-9690

Fax #     (601) 856-9686

obert@netdoor.com

**Page Mannino Peresich & McDermott, PLLC**

W. Mark Edwards, Esq.

Ronald G. Peresich, Esq.

P.O. Drawer 289
Biloxi MS 39533

Phone # (228) 374-2100

Fax #     (228) 432-5539

ronald.peresich@pmp.org

**Phelps Dunbar**

Ross F. Bass, esq.

Michael E. Whitehead, Esq.

P.O. Box 23066
Jackson, MS 39201

Phone # (601) 352-2300

Fax #     (601) 360-9777

bassr@phelps.com

**Shell Buford Bufkin Callicutt & Perry**

Jim Bullock, Esq.

P.O. Box 157
Jackson, MS 39205-0157

Phone # (601) 932-4118

Fax #     (601) 932-4860

shellbuford@shellbuford.com

**Skadden Arps Slate Meagher & Flom**

Sheila Birnham, Esq.

Peter McKenna, Esq.

919 Third Avenue
New York, NY 10022

Phone # (212) 735-3000

Fax #     (212) 735-2000

**Smith, Reeves & Yarborough, PLLC**

William C. Reeves, Esq.

6360 I-55 North
Suite 201
Jackson, MS 39211

Phone # (601) 965-7200

Fax #     (601) 965-7201

breeves@smithreeves.com

## Defendant Counsel Service List For:  Webster, Christine

**Watkins & Eager**

William F. Goodman, III, Esq.   Michael O. Gwin, Esq.

**Watkins Ludlam Winter & Stennis**

John H. Holloman, III, Esq.

Douglas J. Gunn, Esq.

400 East Capitol Street
Suite 300
Jackson, Ms 39201

Phone # (601) 948-6470
Fax #   (601) 354-3623

Post Office Box 427

Jackson, MS 39205-0427

Phone # (601) 949-4900
Fax #   (601) 949-4804
jholloman@watkinsludlam.
com

**Wells Moore Simmons & Hubbard, PLLC**

Jeffrey P. Hubbard, esq.

P.O. Box 1970

Jackson, MS 39215-1970

Phone # (601) 354-5400
Fax #   (601) 355-5850
jphub1@wellsmoore.com

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 5 2004

FILED
CLERK'S OFFICE

DOCKET NO. 875
### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**This document relates to the following cases:**

*Willie Pate, et al. v. 3M f/k/a Minnesota Mining and Manufacturing Co., et al.*,
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03-CV-124-GR**

*John Knotts, et al. v. Minnesota Mining and Manufacturing Co., et al.*,
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03-CV-125-GR**

*Willie Gray, et al. v. Minnesota Mining and Manufacturing Co., et al.*,
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03-CV-126-GR**

*John Dunlap, et al. v. Minnesota Mining and Manufacturing Co., et al.*,
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03-CV-128-GR**

*Jerry Russum, et al. v. Minnesota Mining and Manufacturing Co., et al.*,
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03-CV-129-GR**

*Christine Webster, et al. v. Minnesota Mining and Manufacturing Co., et al.*,
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03-CV-130-GR**

*Lamar Brown, et al. v. Abex Corp., et al.*;
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03-CV-812-GRo**

*Donna Ray Culver, et al. v. Abex Corp., et al.*;
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03-CV-813-GRo**

- 1 -

*David Cutchins, et al. v. Abex Corp., et al.;*
**United States District Court for the Southern District of Mississippi, Southern Division,
Civil Action No. 1:03-CV-814-GRo**

*William C. Fells, et al. v. Abex Corp., et al.;*
**United States District Court for the Southern District of Mississippi, Southern Division,
Civil Action No. 1:03-CV-815-GRo**

*Charles Kaho, et al. v. Abex Corp., et al.;*
**United States District Court for the Southern District of Mississippi, Southern Division,
Civil Action No. 1:03-CV-817-GRo**

---

## BRIEF IN SUPPORT OF FORD MOTOR COMPANY'S AND DAIMLERCHRYSLER CORPORATION'S RESPONSE TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

---

### INTRODUCTION:

Defendants Ford Motor Company ("Ford") and DaimlerChrysler Corporation ("Chrysler") file their response to Plaintiffs' Motion to Vacate the Conditional Transfer Order entered by the Clerk of the Panel on March 10, 2004. On July 29, 1991, the Judicial Panel on Multidistrict Litigation ("MDL") ordered that all federal "personal injury or wrongful death asbestos actions not yet in trial" be transferred to the United States District Court for the Eastern District of Pennsylvania for consolidated and coordinated pre-trial proceedings pursuant to 28 U.S.C. § 1407. *In re Asbestos Products Liability Litigation (No. VI),* MDL Docket No. 875, 771 F. Supp. 415 (J.P.M.L. 1991). Plaintiffs do not dispute this case falls within the scope of the MDL Panel's transfer order; in fact, Plaintiffs' counsel in five of the above cases has admitted, in a nearly identical case, that no legitimate basis for opposing transfer exists.[1] Specifically, Plaintiffs' counsel, in a letter to the Clerk of the MDL Panel stated:

---

[1] Christopher E. Fitzgerald is co-counsel in *Brown, Culver, Cutchins, Fells,* and *Kaho*. The letter referenced was sent by counsel in *Robert Harrison, et al. v. Allied Signal, Inc., et al.,* Civil Action No. 1:02CV737GRo, which was transferred to the MDL court on December 12, 2003.

Please accept this letter in lieu of our Motion and Brief to Vacate the Conditional Transfer Order filed on November 10, 2003 in the above referenced action. With respect to the grounds concerning opposition, we are opposed to the transfer of this case due to the complete lack of diversity jurisdiction that exists to remove this case to federal court. *However, Plaintiffs are aware that this is not one of the grounds to present to this Panel and therefore choose to take up the removal issue with Judge Weiner rather than waste the Panel's time.*

*See* Letter from Christopher E. Fitzgerald to Michael J. Beck, Clerk of the Panel, November 24, 2003 (emphasis added) (attached as Exhibit A).

Despite this admission, Plaintiffs have still objected to transfer based solely on the fact that a motion to remand remains pending before the transferor district court. However, as Plaintiffs' counsel is apparently aware, this Panel has explicitly rejected this argument on numerous prior occasions.[2] In its initial opinion creating the MDL docket, the Panel made clear that "distinctions based on such matters as the pendency of motions or other matters before the transferor court" do not present a basis "for carving out exceptions to transfer in this extraordinary docket."[3] In fact, such a motion is better situated before the MDL court because the purpose of the MDL is to establish a single district for coordinated pre-trial proceedings, which furthers judicial economy and eliminates the potential for conflicting pre-trial rulings.[4]

---

[2] *In re Asbestos Products Liability Litigation (No. VI),* MDL Docket No. 875, 170 F. Supp.2d 1348, 1349 (J.P.M.L. 2001); *In re Asbestos Products Liability Litigation (No. VI),* MDL Docket No. 875, 1996 WL 143826, *1 (J.P.M.L. Feb. 16, 1996); *In re Asbestos Products Liability Litigation (No. VI),* MDL Docket No. 875, at 1 n.1 (J.P.M.L. Aug. 9, 2002) (attached as Exhibit B); *In re Asbestos Products Liability Litigation (No. VI),* MDL Docket No. 875, at 1 (J.P.M.L. Feb. 19, 2002) (attached as Exhibit C); *In re Asbestos Products Liability Litigation (No. VI),* MDL Docket No. 875, at 1-2 (J.P.M.L. April 18, 2001) (attached as Exhibit D).

[3] *In re Asbestos Products Liability Litigation (No. VI),* MDL Docket No. 875, 170 F. Supp.2d 1348, 1349 (J.P.M.L. 2001) (citing *In re Asbestos Products Liability Litigation (No. VI),* MDL Docket No. 875, 771 F.Supp. 415 (J.P.M.L. 1991)).

[4] *See e.g., In Re New York City Mun. Sec. Litig.,* 572 F.2d 49, 51-52 (2d Cir. 1978); *Good v. Prudential Ins. Co.,* 5 F. Supp. 2d 804, 809 (N.D. Cal. 1998); *In re Air Crash Disaster off Long Island, NY,* 965 F. Supp. 5, 7 (S.D. N.Y. 1997).

- 3 -

Accordingly, the Panel should deny Plaintiffs' Motion to Vacate the Conditional Transfer Order and enter a final order transferring this case to the MDL court.

## DISCUSSION:

### 1. The MDL Court Analyzes Motions to Remand Under the Same Standard as the Transferor Court.

Plaintiffs argue that their cases should not be transferred to the MLD court because it applies a different, more stringent standard for remand to the state courts than the district courts apply.  Specifically, Plaintiffs claim that "[i]n the 5th Circuit Court and Mississippi Federal District Court, there is a presumption against federal jurisdiction. *Coury v. Prot*, 85 F. 2d 244 (5th Cir.)  Whereas Rule 7.6(d) of the MDL Rules of Procedure provide, that the Panel is reluctant to order Remand absent suggestion of Remand from the transferee District Court.  The difference in the standard of review is irreconcilable."[5]  Plaintiffs are incorrect.

Rule 7.6 codifies procedures relating to remand from the transferee MDL court to the transferor federal district court, **not remand from the MDL court back to state court.**  In other words, Plaintiffs' suggestion that the MDL court employs a different standard in analyzing motions to remand back to state court is patently incorrect because Rule 7.6 does not apply to such situations.  Plaintiffs cite no other authority in support of their proposition, and, indeed, there is none.  Accordingly, Plaintiffs' argument regarding their illusory "different standard" should be disregarded entirely.

---

[5] *See* Plaintiffs' Brief in Support of Motion to Vacate Conditional Transfer Order Pursuant to Rule 7.2 and 7.4 of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, p. 7.

JM LZC 247430 v1
2139217-000028  04/14/2004

**2. A Pending Motion to Remand Does Not Support a Motion to Vacate a Conditional Transfer Order.**

Plaintiffs primarily oppose transfer based upon their pending motion to remand, which is before the transferor district court. Again, as Plaintiffs are aware,[6] this Panel has explicitly rejected this argument. *See In re Asbestos Products Liability Litigation (No. VI)*, MDL Docket No. 875, 170 F. Supp.2d 1348, 1349 (J.P.M.L. 2001); *In re Asbestos Products Liability Litigation (No. VI)*, MDL Docket No. 875, 1996 WL 143826, *1 (J.P.M.L. Oct. 18, 1996); *In re Asbestos Products Liability Litigation (No. VI)*, MDL Docket No. 875, at 1 n.1 (J.P.M.L. Aug. 9, 2002) (attached as Exhibit B); *In re Asbestos Products Liability Litigation (No. VI)*, MDL Docket No. 875, at 1 (J.P.M.L. Feb. 19, 2002) (attached as Exhibit C); *In re Asbestos Products Liability Litigation (No. VI)*, MDL Docket No. 875, at 1-2 (J.P.M.L. April 18, 2001) (attached as Exhibit D). In fact, in its initial opinion creating the MDL docket, the Panel made clear that "distinctions based on such matters as the pendency of motions or other matters before the transferor court" do not present a basis "for carving out exceptions to transfer in this extraordinary docket." *In re Asbestos Products Liability Litigation (No. VI)*, MDL Docket No. 875, 170 F. Supp.2d 1348, 1349 (J.P.M.L. 2001) (citing *In re Asbestos Products Liability Litigation (No. VI)*, MDL Docket No. 875, 771 F.Supp. 415 (J.P.M.L. 1991)). As the Panel recently observed, "Plaintiffs in the Southern District of Mississippi action have argued that transfer should be denied or deferred in order to permit the resolution of a pending motion to remand the action to state court. There is no need to delay transfer in order to accommodate such an interest." *In re Asbestos Products Liability Litigation (No. VI)*, MDL Docket No. 875, at 1 n.1 (J.P.M.L. Aug. 9, 2002). The Panel has repeatedly held the pendency of a motion to remand cannot defeat transfer because "jurisdictional and remand motions can be presented to

---

[6] *See supra* note 1 and accompanying text.

and decided by the transferee judge." *In re Bridgestone/Firestone, Inc.*, 2000 WL 33416573, at *1-2 (J.P.M.L. Oct. 24, 2000).[7]  In fact, Plaintiffs concede that the MDL court has the power to rule on the motion to remand, stating, in their brief, that "if the Conditional Transfer Order is entered, Plaintiffs will, of course, seek Remand . . . ."[8]

Moreover, the purpose of the MDL is to establish a single district for coordinated pre-trial proceedings and to provide consistent pre-trial rulings in cases involving common issues of fact. *See e.g., In Re New York City Mun. Sec. Litig.*, 572 F.2d 49, 51-52 (2d Cir. 1978); *Good v. Prudential Ins. Co.*, 5 F. Supp. 2d 804, 809 (N.D. Cal. 1998); *In re Air Crash Disaster off Long Island, NY.*, 965 F. Supp. 5, 7 (S.D. N.Y. 1997).  Cases such as this, where a motion to remand is pending, are particularly appropriate for transfer given that "[t]he transferee judge's familiarity with this docket furthers the expeditious resolution of the litigation taken as a whole." *In re Crown Life Ins. Premium Litig.*, 178 F. Supp. 2d 1365, 1366 (J.P.M.L. 2001).  Accordingly, Plaintiffs' Motion to Vacate should be summarily denied, and the Panel should enter a final order transferring this case to the MDL court.

## CONCLUSION:

WHEREFORE, PREMESIS CONSIDERED, Ford Motor Company and DaimlerChrysler Corporation respectfully request that the Judicial Panel on Multidistrict Litigation deny Plaintiffs'

---

[7] *See also In re Wireless Telephone Replacement Protection Programs Lit.*, 180 F. Supp. 2d 1381, 1382 (J.P.M.L. 2002) (stating same); *In re Phenylpropanolamine (PPA) Prods. Liab. Litig.*, 2002 WL 31108228, *1 (J.P.M.L. Mar. 4, 2002) (same); *In re Waste Mgmt., Inc. Sec. Litig.*, 177 F. Supp. 2d 1373, 1374 (J.P.M.L. 2002) (same); *In re Prudential Ins. Co. of Am. Sales Practices Litig.*, 170 F. Supp. 2d 1346, 1347 (J.P.M.L. 2001) (same); *In re StarLink Corn Prods. Liab. Litig.*, 152 F. Supp. 2d 1378, 1380 (J.P.M.L. 2001) ("plaintiffs' objection to Section 1407 transfer based upon the pendency of motions to remand their actions is also unpersuasive"); *In re Cooper Tire & Rubber Co. Tires Prods. Liab. Litig.*, 2001 WL 253115, *1 (J.P.M.L. Feb. 23, 2001) (stating same).

[8] *See* Plaintiffs' Brief in Support of Motion to Vacate Conditional Transfer Order Pursuant to Rule 7.2 and 7.4 of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, p. 6.

Motion to Vacate the Conditional Transfer Order and transfer this case to the United States District Court for the Eastern District of Pennsylvania.

     Respectfully submitted, this the 14th day of April, 2004.

                            BAKER DONELSON BEARMAN
                            CALDWELL & BERKOWITZ

                            Lawrence M. Coco, III (MSB# 100378)

                            On behalf of Ford Motor Company and
                            DaimlerChrysler Corporation

- 7 -

Of Counsel:

Walker Jones III, Esq.
Barry W. Ford, Esq.
T. Gerry Bufkin, Esq.
Lawrence M. Coco, III, Esq.
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
P.O. Box 14167
Jackson, Mississippi 39236
(601) 351-2400

Counsel for Defendants Ford Motor Company and DaimlerChrysler Corporation

- 8 -

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed by United States mail, postage prepaid, a true and correct copy of the foregoing document to the following:

Patrick C. Malouf, Esq.
Timothy W. Porter, Esq.
PORTER & MALOUF, P.A.
P.O. Box 12768
Jackson, MS  39236-2768

Christopher Fitzgerald, Esq.
Garrison, Scott, Gamble & Rosemthal
P.O. Box 1500
Ocean Springs, MS  39566-1500

J. T. Noblin, Clerk
U.S. District Court
Southern District, Southern Division
243 East Capital Street
Jackson, MS 39201

Attachment A - Panel Service List; and

Attachment B - additional service lists of known defense counsel.

This the 14th day of April, 2004.

LAWRENCE M. COCO, III

JM LZC 247430 v1
2139217-000028  04/14/2004



# NOTICE

## PLEASE SEE OFFICIAL FILES
### FOR

**MDL-875**
**PLEADING 4151**
**EXHIBITS A-D**
**ATTACHMENTS A & B**
**(Duplicate Exhibits for Memorandum)**

April 16, 2004

*Michael J. Beck*
CLERK OF THE PANEL