JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 5 2004

FILED
CLERK'S OFFICE



**DOCKET NO. 875**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

**This document relates to the following cases:**

*Daniel Aldridge, et al. v. Honeywell International, Inc. et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03cv793GRo**

*Jerry L. Waters, et al. v. Honeywell International, Inc. et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03cv794GRo**

*Elsie Smith, et al. v. Honeywell International, Inc., et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03cv795GRo**

*Lewis Wright, et al. v. Honeywell International, Inc. et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03cv797GRo**

*Willie Spann, et al. v. Honeywell International, Inc., et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03cv798GRo**

*Johnnie Spann, et al. v. Honeywell International, Inc., et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03cv799GRo**

*Curtis Bush, et al. v. Honeywell International, Inc., et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03cv805GRo**

IMAGED APR 16 '04   **OFFICIAL FILE COPY**

*James Collum, et al. v. Honeywell International, Inc., et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03cv806GRo**

*Frederick Gordon, et al. V. Honeywell International, Inc., et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03cv807GRo**

*Jimmie King, et al. v. Honeywell International, Inc. et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03cv808Gro**

*Lee Reiman, et al. v. Honeywell International, Inc., et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03cv809GRo**

*Charlie H. Taylor, et al. v. Honeywell International, Inc., et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03cv810GRo**

*W. G. Waltman, et al. v. Honeywell International, Inc., et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03cv811GRo**

*Eddie Moore, et al. v. Honeywell International, Inc., et al.;*
**United States District Court for the Northern District of Mississippi, Greenville Division,**
**Civil Action No. 4:03cv388DB**

---

## FORD MOTOR COMPANY'S AND DAIMLERCHRYSLER CORPORATION'S RESPONSE TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

---

     1.     Defendants Ford Motor Company ("Ford") and DaimlerChrysler Corporation ("Chrysler") file their response to Plaintiffs' Motion to Vacate the Conditional Transfer Order entered by the Clerk of the Panel on March 10, 2004, and in support would show the following:

     2.     On July 29, 1991, the Judicial Panel on Multidistrict Litigation ("MDL") ordered that all federal "personal injury or wrongful death asbestos actions not yet in trial" be transferred to the United States District Court for the Eastern District of Pennsylvania for consolidated and

coordinated pre-trial proceedings pursuant to 28 U.S.C. § 1407. *In re Asbestos Products Liability Litigation (No. VI)*, MDL Docket No. 875, 771 F. Supp. 415 (J.P.M.L. 1991).

3.     Plaintiffs do not dispute this case falls within the scope of the MDL Panel's transfer order.   Instead, Plaintiffs' object to transfer because they believe, incorrectly, that transfer will not promote the efficient resolution of the case.   However, Plaintiffs reasoning defies logic because it is axiomatic that the coordinated pretrial procedures of one consolidated case will be far more efficient and expeditious than the continuation of fourteen separate cases in the district courts of Mississippi.   In fact, this exact scenario was what the asbestos MDL court was designed for. *See In re Asbestos Products Liability Litigation (No. VI)*, MDL Docket No. 875, 771 F. Supp. at 417 (stating that the establishment of an asbestos MDL court is warranted because such "centralization under § 1407 in the Eastern District of Pennsylvania will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation).

4.     Additionally, Plaintiffs heavily rely on the fact that a motion to remand remains pending before the transferor district court.   However, this Panel has explicitly rejected this argument on numerous prior occasions. *In re Asbestos Products Liability Litigation (No. VI)*, MDL Docket No. 875, 170 F. Supp.2d 1348, 1349 (J.P.M.L. 2001); *In re Asbestos Products Liability Litigation (No. VI)*, MDL Docket No. 875, 1996 WL 143826, *1 (J.P.M.L. Feb. 16, 1996); *In re Asbestos Products Liability Litigation (No. VI)*, MDL Docket No. 875, at 1 n.1 (J.P.M.L. Aug. 9, 2002) (attached as Exhibit A); *In re Asbestos Products Liability Litigation (No. VI)*, MDL Docket No. 875, at 1-2 (J.P.M.L. Feb. 19, 2002) (attached as Exhibit B); *In re Asbestos Products Liability Litigation (No. VI)*, MDL Docket No. 875, at 1-2 (J.P.M.L. April 18, 2001) (attached as Exhibit C).

- 3 -

5.     In its initial opinion creating the MDL docket, the Panel made clear that "distinctions based on such matters as the pendency of motions or other matters before the transferor court" do not present a basis "for carving out exceptions to transfer in this extraordinary docket." *In re Asbestos Products Liability Litigation (No. VI)*, MDL Docket No. 875, 170 F. Supp.2d 1348, 1349 (J.P.M.L. 2001) (citing *In re Asbestos Products Liability Litigation (No. VI)*, MDL Docket No. 875, 771 F. Supp. 415 (J.P.M.L. 1991)).

6.     In fact, such a motion is better situated before the MDL court because the purpose of the MDL is to establish a single district for coordinated pre-trial proceedings, which furthers judicial economy and eliminates the potential for conflicting pre-trial rulings. *See e.g., In Re New York City Mun. Sec. Litig.*, 572 F.2d 49, 51-52 (2d Cir. 1978); *Good v. Prudential Ins. Co.*, 5 F. Supp. 2d 804, 809 (N.D. Cal. 1998); *In re Air Crash Disaster off Long Island, NY.*, 965 F. Supp. 5, 7 (S.D. N.Y. 1997).

7.     Finally, even if the Court were to address the substantive removal/remand issues, which it should not, it would become clear that federal subject matter jurisdiction clearly exists in these cases.  Plaintiffs failed to state any claims against the non-diverse defendants, accordingly, such defendants are fraudulently joined and federal diversity jurisdiction is appropriate in these cases.  28 U.S.C. § 1332.  While Plaintiffs provided the Panel with two Orders entered by Judge Michael Mills in *Duffin, et al. v. Honeywell International, Inc., et al.* and *Bennett v. Honeywell International, Inc., et al.*, these Orders, which were entered simultaneously, are clearly incorrect and will be subject to motions to reconsider.  The misapplication of the law in these Orders is evidence by the fact that the Court remanded the cases by concluding that the non-diverse defendants are properly joined despite the fact that no specific, factual allegations whatsoever were made against the non-diverse defendants in the

JM LZC 247550 v1
2139217-000028  04/14/2004

complaints. This, obviously, is insufficient to state a claim under the law of the Fifth Circuit. *See Travis v. Irby*, 326 F. 3d 644, 647 (5th Cir. 2003) (holding that specific, factual allegations of wrongdoing are required to establish a reasonable possibility of recovery against a non-diverse defendant); *Griggs v. State Farm Lloyds*, 181 F. 3d 694, 699 (5th Cir. 1999) (holding that generic allegations do not meet "even the liberalized requirements that permit notice pleadings"). In fact, we know of no other Mississippi district court which currently applies the interpretation of the Fifth Circuit cases employed by Judge Mills. *Peters v. Metropolitan Life Ins. Co.,* 164 F. Supp. 2d 830, 834 (S.D. Miss. 2001) (Bramlette, J.) (holding that the allegations against non-diverse defendants "must be factual, not conclusory, because conclusory allegations do not state a claim"). *Banger v. Magnolia Nursing Home, L.P.*, 234 F. Supp. 2d 633, 637 (S.D. Miss. 2002) (Barbour, J.) (holding that "conclusory or generic allegations of wrongdoing on the part of the non-diverse [resident] defendant are not sufficient to show that the defendant was not fraudulently joined"); *Addison v. Allstate Ins. Co.,* 58 F. Supp. 2d 729, 732 (S.D. Miss. 1999) (Lee, J.) (holding that "[w]here the plaintiff's complaint is devoid of any *factual* allegations suggesting a basis for recovery against a particular defendant, there can be no ground for concluding that a claim has been stated.") (emphasis in original); *Cranston v. Mariner Healthcare Mgmt. Co.,* 2003 WL 21517999, *4 (N.D. Miss. June 18, 2003) (Davidson, J.) (holding that "without a *factual basis* for concluding that [the resident defendant] participated in any alleged tortuous conduct, . . . Plaintiffs have no possibility of establishing a cause of action against [such defendant] in state court and . . . therefore, [the resident defendant was] fraudulently joined to defeat diversity") (emphasis added); *Graves, et al. v. A. W. Chesterton, et al.,* Civil Action No. 1:03CV716GRo (March 30, 2004) (Gex, J.) (holding that remand is appropriate "[a]lthough the complaint outlines the legal basis for the Plaintiffs' claims against the

Defendants, [because] there are *no specific factual allegations provided against any Defendant to support the claims*") (*See* Exhibit D).

7.    Under the correct application of the overwhelming Fifth Circuit and district court case law, the non-diverse defendants are fraudulently joined because Plaintiffs have failed to support their generic claims against such defendants with any specific factual allegations. Accordingly, complete diversity exists in these cases, and Plaintiffs' Motions to Remand will be denied.

8.    Based on the foregoing, the Panel should deny Plaintiffs' Motion to Vacate the Conditional Transfer Order and enter a final order transferring this case to the MDL court.

WHEREFORE, PREMESIS CONSIDERED, Ford Motor Company and DaimlerChrysler Corporation respectfully request that the Judicial Panel on Multidistrict Litigation deny Plaintiffs' Motion to Vacate Conditional Transfer Order and transfer this case to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted, this the 14th day of April, 2004.

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ

Lawrence M. Coco, III (MSB# 100378)

On behalf of Ford Motor Company and
DaimlerChrysler Corporation

- 6 -

Of Counsel:

Walker Jones III, Esq.
Barry W. Ford, Esq.
T. Gerry Bufkin, Esq.
Lawrence M. Coco, III, Esq.
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
P.O. Box 14167
Jackson, Mississippi 39236
(601) 351-2400

Counsel for Defendants Ford Motor Company and DaimlerChrysler Corporation

JM LZC 247550 v1
2139217-000028  04/14/2004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 5 2004

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed by United States mail, postage prepaid, a true and correct copy of the foregoing document to the following:

Wilbur Colom, Esq.
Brian A. Hinton, Esq.
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS  39703-0866

David M. Lipman, Esq.
David M. Lipman, P.A.
5901 S.W. 74th Street, Suite 304
Miami, FL  33143-5186

Robert B. McDuff, Esq.
767 N. Congress Street
Jackson, MS  39202

J. T. Noblin, Clerk
U.S. District Court
Southern District, Southern Division
243 East Capital Street
Jackson, MS 39201

Attachment A - Panel Service List; and

Attachment B - additional service lists of known defense counsel.

This the 14th day of April, 2004.

_____
LAWRENCE M. COCO, III

- 8 -

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 9 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

## BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, MOREY L. SEAR,* BRUCE M. SELYA, JULIA SMITH GIBBONS, D. LOWELL JENSEN AND J. FREDERICK MOTZ, JUDGES OF THE PANEL

*Flinn James, et al. v. International Paper Co., et al.*, S.D. Mississippi, C.A. No. 1:01-556
*Ronald L. Huber, et al. v. J. Robert Davis, Jr., et al.*, W.D. Pennsylvania, C.A. No. 2:02-304

### TRANSFER ORDER

Before the Panel are motions brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in two actions pending, respectively, in the Southern District of Mississippi and the Western District of Pennsylvania. Movants seek to vacate the Panel's orders conditionally transferring their respective action to the Eastern District of Pennsylvania for inclusion in the centralized pretrial proceedings occurring there in this docket before Judge Charles R. Weiner.

On the basis of the papers filed and hearing session held, the Panel finds that these two actions involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Pennsylvania, and that transfer of the actions to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings occurring in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. We find that transfer of the actions is appropriate for reasons expressed by the Panel in its original decision in this docket directing centralization of all pending federal court actions not then in trial involving allegations of personal injury or wrongful death caused by asbestos or asbestos containing products. *See In re Asbestos Products Liability Litigation (No. VI),* 771 F.Supp. 415 (J.P.M.L. 1991). In particular, we note that in the Panel's original decision distinctions based on such matters as the pendency of motions or other matters before the transferor court,[1] the

---

*Judge Sear took no part in the decision of this matter.

[1] Plaintiffs in the Southern District of Mississippi action have argued that transfer should be denied or deferred in order to permit the resolution of a pending motion to remand the action to state court. There is no need to delay transfer in order to accommodate such an interest. We note that: 1) as a practical matter, there is a lag time of at least three or four months from the filing of an action, its identification as a potential tag-along action, issuance of a conditional transfer order, stay of transfer when a party timely objects to the
(continued...)


EXHIBIT
A

ORIGINAL COPY IMAGED AUG 1 2 '02

- 2 -

uniqueness of a party's status, the type of defendant, the docket condition of any specific federal district, the stage of pretrial proceedings, the presence of unique claims or additional claims not relating to asbestos injury or death, and/or the unanimity of opposition to transfer by the parties to an action, were considered and rejected by the Panel as grounds for carving out exceptions to transfer in this extraordinary docket. We are not persuaded to depart from this approach in dealing with the question of transfer of the actions now before the Panel.

Plaintiffs in the Western District of Pennsylvania action (*Huber*) seek to exclude *Huber* from transfer on the ground that the action does not specifically involve claims of asbestos related injuries. They urge that *Huber* instead deals exclusively with violations of common law, statutory law and the professional duties owed by defendant lawyers to plaintiff clients whom the lawyers previously represented in state court asbestos personal injury litigation. We are not confident that plaintiffs' claims regarding the caliber of their legal representation can be redressed without an examination of the merits of their underlying personal injury claims, matters which place *Huber* within the purview of MDL-875. Transfer is therefore necessary in order to prevent duplication of pretrial efforts, inconsistent rulings, and waste of the transferee court's experience and expertise. Transfer will also enhance Judge Weiner's continuing efforts to manage the MDL-875 docket with respect to such matters as the structuring of settlements, settlement funding, and settlement administration. Finally, we note that the named plaintiffs are already parties to previously transferred MDL-875 actions that remain pending in the transferee district. Thus any inconveniences associated with Section 1407 transfer should be minimal.

We note that under Judge Weiner's stewardship, as of July 24, 2002, i) over 73,000 actions have been closed in the transferee district, and ii) over 1,190 actions or claims therein have been returned to their originating transferor districts. To any parties that believe the uniqueness of their particular situation renders continued inclusion of their action in MDL-875 unnecessary or inadvisable, we note that whenever the transferee judge deems remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38. We are confident that Judge Weiner will continue to promptly review arguments for returning transferred actions or claims to their transferor courts and will take all appropriate steps to assure their speedy return whenever he is convinced that retention in the MDL-875 proceedings is no longer needed.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these two actions are transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to

---

(...continued)
conditional transfer, briefing on the question of transfer, the Panel hearing session, and the issuance of the Panel's subsequent order; 2) Panel Rule 1.5, R.P.J.P.M.L., 199 F.R.D. at 427, expressly provides that the pendency of a conditional transfer order does not in any way i) suspend orders and pretrial proceedings in the district court in which the action that is the subject of the conditional transfer order is pending, or ii) limit the pretrial jurisdiction of that court; and 3) accordingly, those courts wishing to address such motions have adequate time in which to do so, those courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of 1407 transfer in MDL-875 can continue without any unnecessary interruption or delay.

- 3 -

the Honorable Charles R. Weiner for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 1 9 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, MOREY L. SEAR, BRUCE M. SELYA,* JULIA SMITH GIBBONS, D. LOWELL JENSEN* AND J. FREDERICK MOTZ,* JUDGES OF THE PANEL

*John Todd v. Porter-Hayden Co., et al.,* D. Delaware, C.A. No. 1:01-234
*Clyde Bowman, et al. v. Armstrong World Industries, Inc., et al.,* D. Delaware, C.A. No. 1:01-318
*James C. Turner, et al. v. Anchor Packing Co., et al.,* E.D. Louisiana, C.A. No. 2:01-2767
*Rodney W. Schamerhorn, etc. v. United States Dept. of Army,* W.D. Louisiana, C.A. No. 2:01-914
*Lowell Abbott, Jr., et al. v. Metropolitan Life Insurance Co., et al.,* E.D. Missouri, C.A. No. 4:01-1299
*Cam L. Atkins, et al. v. A.P. Green Services., Inc., et al.,* S.D. West Virginia, C.A. No. 2:01-781

### TRANSFER ORDER

Before the Panel are motions brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in six District of Delaware, Eastern District of Louisiana, Western District of Louisiana, Eastern District of Missouri and Southern District of West Virginia actions. Movants seek to vacate the Panel's orders conditionally transferring the actions to the Eastern District of Pennsylvania for inclusion in the centralized pretrial proceedings occurring there in this docket before Judge Charles R. Weiner.

On the basis of the papers filed and hearing session held, the Panel finds that these six actions involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Pennsylvania, and that transfer of the actions to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings occurring in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. We find that transfer of the actions is appropriate for reasons expressed by the Panel in its original decision in this docket directing centralization of all pending federal court actions not then in trial involving allegations of personal injury or wrongful death caused by asbestos or asbestos containing products. *See In re Asbestos Products Liability Litigation (No. VI),* 771 F.Supp. 415 (J.P.M.L. 1991). In particular, we note that in the Panel's original decision distinctions based on such matters as the pendency of motions or other matters before the

---

*Judges Selya and Jensen took no part in the decision of this matter with respect to the Eastern District of Louisiana and Eastern District of Missouri actions. Jud   Motz also took no part in the decision of this matter with respect to the Eastern District of Louisiana action.



IMAGED FEB 20 '02

- 2 -

transferor court,[1] the uniqueness of a party's status, the type of defendant, the docket condition of any specific federal district, the stage of pretrial proceedings, the presence of unique claims or additional claims not relating to asbestos injury or death, and/or the unanimity of opposition to transfer by the parties to an action, were considered and rejected by the Panel as grounds for carving out exceptions to transfer in this extraordinary docket. We are not persuaded to depart from this approach in dealing with the question of transfer of the actions now before the Panel.

Nor are we persuaded by the arguments of the plaintiffs in the District of Delaware and Southern District of West Virginia actions. These parties seek to exclude their three actions from transfer on the ground that the actions do not specifically involve claims of asbestos related injuries but rather simply involve efforts to enforce contractual rights acquired in state court settlements of asbestos personal injury claims. Regardless of how plaintiffs seek to characterize the nature of their complaints, the actions all present the same key issue which is now also present in actions in the transferee district: whether asbestos personal injury settlement agreements negotiated by the Center for Claims Resolution (CCR) create joint or separate liability for defendant companies that are CCR members. Transfer is necessary in order to prevent duplication of pretrial efforts, inconsistent rulings, and waste of the transferee court's experience and expertise. Transfer will also enhance Judge Weiner's continuing efforts to manage the MDL-875 docket regarding such matters as the effect of codefendant defaults on settlement efforts, settlement funding, and proper claim sequencing.

Finally, we note that under Judge Weiner's stewardship, as of February 1, 2002, i) over 71,000 actions have been closed in the transferee district, and ii) over 1100 actions or claims therein have been returned to their originating transferor districts. To any parties that believe the uniqueness of their particular situation renders continued inclusion of their action in MDL-875 unnecessary or inadvisable, we note that whenever the transferee judge deems remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. See Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38. We are confident that Judge Weiner will continue to promptly review arguments for returning transferred actions or claims to their transferor courts and will take all appropriate steps to assure their speedy return whenever he is convinced that retention in the MDL-875 proceedings is no longer needed.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these six actions are transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable

---

[1] Plaintiffs in certain actions have argued that transfer should be denied or deferred in order to permit the resolution of pending motions to remand the actions to state court. There is no need to delay transfer in order to accommodate such an interest. We note that: '1) as a practical matter, there is a lag time of at least three or four months from the filing of an action, its identification as a potential tag-along action, issuance of a conditional transfer order, stay of transfer when a party timely objects to the conditional transfer, briefing on the question of transfer, the Panel hearing session, and the issuance of the Panel's subsequent order; 2) Panel Rule 1.5, R.P.J.P.M.L., 199 F.R.D. at 427, expressly provides that the pendency of a conditional transfer order does not in any way i) suspend orders and pretrial proceedings in the district court in which the action that is the subject of the conditional transfer order is pending, or ii) limit the pretrial jurisdiction of that court; and 3) accordingly, those courts wishing to address such motions have adequate time in which to do so, those courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of 1407 transfer in MDL-875 can continue without any unnecessary interruption or delay.

- 3 -

Charles R. Weiner for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 8 2001

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Weldon R. Moake, et al. v. Reynolds Metals Co.*, S.D. Texas, C.A. No. 4:00-4226

## BEFORE WM. TERRELL HODGES, CHAIRMAN, LOUIS C. BECHTLE, JOHN F. KEENAN, MOREY L. SEAR, BRUCE M. SELYA, JULIA SMITH GIBBONS AND D. LOWELL JENSEN, JUDGES OF THE PANEL

### TRANSFER ORDER

Before the Panel is a motion brought, pursuant to Rule 7.4, R.P.J.P.M.L., 192 F.R.D. 459, 468-69 (2000), by plaintiffs in the subject action pending in the Southern District of Texas (*Moake*) requesting that the Panel vacate the portion of its order conditionally transferring *Moake* to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket before Judge Charles R. Weiner.

On the basis of the papers filed and the hearing held, the Panel finds that *Moake* involves common questions of fact with actions in this litigation previously transferred to the Eastern District of Pennsylvania, and that transfer of the action to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings occurring in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. We find that transfer of the action is appropriate for reasons expressed by the Panel in its original decision in this docket directing centralization of all pending federal court actions not then in trial involving allegations of personal injury or wrongful death caused by asbestos or asbestos containing products. *See In re Asbestos Products Liability Litigation (No. VI)*, 771 F. Supp. 415 (J.P.M.L. 1991). In particular, we note that in the Panel's original decision distinctions based on such matters as the pendency of motions or other matters before the transferor court,[1] the uniqueness of a party's status, the type of defendant, the docket condition

_____

[1] Plaintiffs in *Moake* have argued that transfer should be denied or deferred in order to permit the resolution of a pending motion to remand the action to state court. There is no need to delay transfer in order to accommodate such an interest. We note that: 1) as a practical matter, there is a lag time of at least three or four months from the filing of an action, its identification as a potential tag-along action, issuance of a conditional transfer order, stay of transfer when a party timely objects to the conditional transfer, briefing on the question of transfer, the Panel hearing, and the issuance of the Panel's subsequent order; 2) Panel Rule 1.5, R.P.J.P.M.L., *supra*, 192 F.R.D. at 461, expressly provides that the pendency of a conditional transfer order does not in any way i) suspend orders and pretrial proceedings in the district court in which the action that is the subject of the conditional transfer order is

(continued...)

EXHIBIT

C

- 2 -

of any specific federal district, the stage of pretrial proceedings,[2] the presence of unique claims or additional claims not relating to asbestos injury or death, and/or the unanimity of opposition to transfer by the parties to an action, were considered and rejected by the Panel as grounds for carving out exceptions to transfer in this extraordinary docket.

We are not persuaded to depart from this approach in dealing with the question of transfer of the action now before the Panel. We note that under Judge Weiner's stewardship, as of March 31, 2001, i) nearly 67,000 actions have been closed in the transferee district, and ii) over 1,100 actions or claims therein have been returned to their originating transferor districts. To any parties that believe the uniqueness of their particular situation renders inclusion of *Moake* in MDL-875 unnecessary or inadvisable, we note that whenever the transferee judge deems remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L., *supra*, 192 F.R.D. at 470-72. We are confident that Judge Weiner will continue to promptly review arguments for returning transferred actions or claims to their transferor courts and will take all appropriate steps to assure their speedy return whenever he is convinced that retention in the MDL-875 proceedings is no longer needed.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action entitled *Weldon R. Moake, et al. v. Reynolds Metals Co.*, S.D. Texas, C.A. No. 4:00-4226, is hereby transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable Charles R. Weiner for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

*Wm. Terrell Hodges*

Wm. Terrell Hodges
Chairman

---

(...continued)
pending, or ii) limit the pretrial jurisdiction of that court; and 3) accordingly, those courts wishing to address such motions have adequate time in which to do so, those courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of 1407 transfer in MDL-875 can continue without any unnecessary interruption or delay.

[2]Plaintiffs in *Moake* have argued that, by virtue of a summary judgment previously entered in favor of the sole defendant in the action, *Moake* falls outside the scope of Section 1407, which authorizes the Panel to transfer only for pretrial proceedings. We note that all parties to *Moake* agree that the Texas Supreme Court's ruling in another Texas asbestos personal injury case necessitates vacatur of the *Moake* court's order dismissing the action's sole defendant. There is also no dispute that additional pretrial proceedings will be forthcoming, including discovery and dispositive motions. In light of this agreed upon state of affairs in the action, it is clear that the *Moake* court's previously entered "final judgment" is merely a matter of form that should not prevent the action's transfer under Section 1407. Plaintiffs' argument that the case has been adjudicated on the merits is especially unpersuasive in light of plaintiffs' own motion, filed after the aforementioned Texas Supreme Court decision, requesting the *Moake* court to vacate its dismissal order.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

MAR 3 0 2004

J.T. NOBLIN, CLERK
                              DEPUTY

MARY F. GRAVES, *ET AL.*                           PLAINTIFFS

VS.                                    CIVIL ACTION NO. 1:03cv716GRo

A. W. CHESTERTON, *ET AL.*                         DEFENDANTS

## MEMORANDUM OPINION

    This cause comes before the Court on motion of the Plaintiffs to remand [24-1] the above

referenced action to the Circuit Court of Jones County, Mississippi.  Also pending before the

Court are the Plaintiffs' motion to stay [24-2] pending remand decision and the motions filed by

the Defendants, Exxon Mobil Oil Corporation; Gulf Belt & Gasket Co., Inc.; Garlock Sealing

Technologies, LLC, successor by merger to Garlock, Inc.; and Burns International Services

Corporation, f/k/a Borg Warner Corporation, to allow for remand related discovery [27-1, 39-1]

in this matter, and to extend time for submitting their response [27-2] to the motion to remand.

The Court has duly considered the record in this action in addition to the briefs of counsel and

being fully advised in the premises, concludes as follows.

    The Plaintiffs filed their first amended complaint in the Circuit Court of Jones County, on

August 26, 2002.  (Compl.)  The Plaintiffs assert that at least five of the Defendants in this case

are Mississippi residents, including Industrial Rubber & Specialty Company f/k/a Coastal

Rubber & Gasket Company [Industrial Rubber]; Komp Equipment Company, Inc., [Komp];

Laurel Machine & Foundry Company, [Laurel Machine]; Mississippi Rubber & Specialty

Company [MS Rubber]; and Peerles Supply Company of Mississippi, Inc., among others.  (Mot.

**EXHIBIT**

**D**

to Remand, p. 2.)  The Defendants assert in the removal petition that these Defendants, and any Defendants whose residences are the same as any Plaintiff, were fraudulently joined and that complete diversity exists between the Defendants and the Plaintiffs.  (Removal Notice, p. 6.)

Discussion

The Defendants assert that the Mississippi Defendants in this case were fraudulently joined to defeat diversity jurisdiction.  (Removal Notice, p. 6.)  To establish that non-diverse defendants were fraudulently joined to defeat diversity, the removing party must demonstrate either: "(1) actual fraud in the pleading of jurisdictional facts, or (2) inability of the plaintiff to establish a cause of action against the non-diverse party in state court."  *Travis v. Irby,* 326 F.3d 644, 647 (5th Cir. 2003).

A removing defendant bears a heavy burden of proving fraudulent joinder by clear and convincing evidence.  *Blackwell v. Metropolitan Life Ins. Co.,* 190 F. Supp. 2d 911, 914 (S.D. Miss. 2001).  To successfully prove a non-diverse defendant has been fraudulently joined, the removing party must demonstrate that there is no reasonable possibility that the plaintiff will be able to establish a cause of action against the in-state defendant in state court.  *Great Plains Trust Co. v. Morgan Stanley Dean Witter & Co.,* 313 F.3d 305, 312 (5th Cir. 2002).  In conducting this inquiry, the district court "must also take into account all unchallenged factual allegations, including those alleged in the complaint, in the light most favorable to the plaintiff".  *Travis,* 326 F.3d at 649; *Culpepper v. Double R, Inc.,* 269 F. Supp.2d 739, 741 (S.D. Miss. 2003).  In addition, the court must resolve all ambiguities of state law in favor of the non-removing party.  *Ross v. Citifinancial, Inc.,* 344 F.3d 458, 462-3 (5th Cir. 2003).

2

Claims of fraudulent joinder should be resolved by a review of the pleadings, affidavits

and other evidentiary material, and if necessary, the court should pierce the pleadings to

determine whether it has jurisdiction in the matter. *Burden v. General Dynamics Corp.*, 60 F.3d

213, 217 (5th Cir. 1995).  The Plaintiffs in this case assert that exposure to asbestos containing

products allegedly manufactured, sold or distributed by the Defendants resulted in their injuries.

(Compl.)  The removing Defendants assert that the Plaintiffs have not provided sufficient

evidence of specific claims against the local Defendants. (Defs.' Resp., p. 2.)  In addition, the

Defendants assert that any attempt to join claims against dissimilar Defendants "rises to the level

of fraudulent joinder" according to the Defendants.  (*Id.*)  Because the Court must first determine

whether it has jurisdiction over the suit, the Court finds that the issue of joinder of claims should

only be addressed if jurisdiction is present in this case. *Ruhrgas AG v. Marathon Oil Co.*, 526

U.S. 574, 583 (1999); *Alabama Great S. RR v. Thompson,* 200 U.S. 206, 218-19 (1906).

When considering whether the non-diverse defendants were fraudulently joined to defeat

diversity of citizenship jurisdiction, the Court should "pierce the pleadings" and consider

"summary judgment-type evidence such as affidavits and deposition testimony." *Cavallini v.*

*State Farm Mut. Auto Ins. Co.*, 44 F.3d 256, 259 (5th Cir. 1995).  This procedure has long been

endorsed by the Fifth Circuit Court of Appeals. *See, e.g., Carriere v. Sears Roebuck & Co.*, 893

F.2d 98 (5th Cir. 1990).  The plaintiffs "may not rest upon mere allegations or denials within the

pleadings" in meeting this standard. *Beck v. Texas St. Bd. Of Dental Examiners, Inc.*, 204 F.3d

629, 633 (5th Cir. 2000).  Conclusional or generic allegations of wrongdoing on the part of in-

state defendants are not sufficient to establish that the resident defendants were not fraudulently

joined. *Badon v. RJR Nabisco, Inc.*, 224 F.3d 382, 392-3 (5th Cir. 2000).  Removal is not

3

precluded merely because the complaint legally sets forth a claim against a non-diverse defendant. *Badon*, 224 F.3d at 390. A court should not "in the absence of any proof, assume that the nonmoving party could or would prove the necessary facts" to support the claims against the non-diverse party. *Little v. Liquid Air Corp.*, 37 F.3d 1069, 1075 (5th Cir. 1994).

Bearing these standards in mind, the Court has thoroughly reviewed the motion to remand and the Defendants' response to that motion along with the complaint, seeking evidence to support thePlaintiffs' claims against the resident Defendants. Although the complaint outlines the legal basis for the Plaintiffs' claims against the Defendants, there are no specific factual allegations provided against any Defendant to support the claims. (Compl., pp. 36-55.) The Plaintiffs' remand motion does not supply the necessary facts to allow the Court to determine whether there is any possibility that the Plaintiffs might prevail on their claims against the in-state Defendants. (Mot. to Remand, pp. 1-4.) The Plaintiffs have not submitted facts sufficient to support their claims to meet the well established requisite legal standards to allow the Court to determine that the in-state Defendants were not fraudulently joined in an effort to defeat diversity jurisdiction. The Court, therefore concludes that these Defendants were fraudulently joined, and their citizenship does not defeat diversity jurisdiction. The Court further finds that the Plaintiffs' motion to remand should be denied. This determination renders the Plaintiffs' motion to stay and the Defendants' motion for time to conduct discovery and to stay ruling on the remand motion moot, and the Court determines that these motions should be denied. Finally, the Court finds nothing within the motion to merit an award of fees to either party as a result of the removal. *Valdes v. Wal-Mart Stores, Inc.*, 199 F.3d 290, 292 (5th Cir. 2000).

4

<u>Conclusion</u>

For the aforementioned reasons, the Court finds that the Plaintiffs' motion to remand [24-1] this case to the Circuit Court of Jones County, Mississippi, should be denied.  The Court further concludes that the Plaintiffs' motion to stay [24-2] pending remand decision and the Defendants motions to allow remand related discovery [27-1, 39-1] and to extend time to respond to the motion to remand [27-2] should be denied.  A separate Order in conformity with and incorporating by reference the foregoing Memorandum Opinion shall issue this date.  Each party shall bear its respective costs in connection with these motions.

THIS the 29th day of March, 2004.

_____

UNITED STATES DISTRICT JUDGE

5

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 5 2004

FILED
CLERK'S OFFICE

# Attachment A

Case MDL No. 875   Document 4152   Filed 04/15/04   Page 23 of 94

# SCHEDULE OF ACTIONS — PANEL SERVICE LIST (Excerpted from CTO-231)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Northern District of Mississippi

*Enda Moore, et al. v. Honeywell International, Inc., et al.*, C.A. No. 4:03-388
*Jerry W. Duffin, et al. v. Honeywell International, Inc., et al.*, C.A. No. 4:03-389
*Sammy Bennet, et al. v. Honeywell International, Inc., et al.*, C.A. No. 4:03-390

Southern District of Mississippi

*Daniel Aldridge, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-793
*Jerry L. Waters, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-794
*Elsie B. Smith, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-795
*Lewis Wright, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-797
*Willie Spann, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-798
*Johnnie Will Spann, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-799
*Edna Bush, et al. v. Hennessy Industries, Inc., et al.*, C.A. No. 1:03-805
*James Collum, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-806
*Frederick Gordon, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-807
*Jimmie King, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-808
*Lee Reiman, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-809
*Charlie H. Taylor, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-810
*W. G. Waltman, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-811

Charles H. Abbott
Abbott, Simses & Kuchler
400 Lafayette St., Suite 200
New Orleans, LA 70130

Joe E. Basenberg
Hand, Arendall, LLC
P. O. Box 123
Mobile, AL 36601

Scott W. Bates
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P. O. Box 14167
Jackson, MS 39236-4167

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

James H. Bolin
Butler, Snow, O'Mara, Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Marcy L. Bryan
Forman, Perry, Watkins, Krutz &
Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Lawrence M. Coco, III
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

John R. Countiss, III
Upshaw, Williams, Biggers,
Beckham & Riddick
715 South Pear Orchard Road
Ridgeland, MS 39157

Marcy B. Croft
Forman, Perry, Watkins, Krutz &
Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Edward J. Currie, Jr.
Currie, Johnson, Griffin, Gaines &
Myers
P.O. Box 750
Jackson, MS 39205-0750

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Chris H. Deaton
Deaton & Deaton, P.A.
113 Clark Street
Suite 5
Tupelo, MS 38804

Steven B. Dick
Brown, Buchanan & Sessoms, PA
P.O. Box 2220
Pascagoula, MS 39569

Kristi A. Duncan
Currie, Johnson, Griffin, Gaines &
Myers
P.O. Box 750
Jackson, MS 39205-0750

Charles M. Evert
Evert & Weathersby, LLC
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

SCHEDULE OF ACTIONS / PANEL SERVICE LIST (Excerpted from CTO-231) MDL-875 (Cont.)     PAGE 2 OF 2

Case MDL No. 875   Document 4152   Filed 04/15/04   Page 24 of 94

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Patricia C. Gandy
Butler, Snow, O'Mara, Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Bradley F. Hathaway
Campbell, Delong, Hagwood &
Wade
P.O. Box 1856
Greenville, MS 38702-1856

Charles H. Hathorn
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

Brian A. Hinton
The Colom Law Firm
P.O. Box 866
Columbus, MS 39703

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

Deborah D. Kuchler
Abbott, Simses & Kuchler
400 Lafayette St., Suite 200
New Orleans, LA 70130

Daphne M. Lancaster
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Betty A. Mallett
McGlinchey Stafford
P. O. Drawer 22949
Jackson, MS 39225-2949

Ronald L. Motley
Motley, Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Michael J. Nichols
Gholson, Hicks & Nichols
P.O. Box 1111
Columbus, MS 39703-1111

Ronald G. Peresich
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
759 Vieux Marche' Mall
Biloxi, MS 39533-0289

Kyle A. Pinkerton
Tyner Law Firm
5750 I-55 North
Jackson, MS 39211

William C. Reeves
Smith, Reeves & Yarborough, PLLC
6360 I-55 North, Suite 201
Jackson, MS 39211

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronald L. Roberts
Mitchell, McNutt, Threadgill, Smith
& Sams
P.O. Box 1366
Columbus, MS 39703-1366

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Ann M. Sico
Bernard, Cassisa, Elliott & Davis
P.O. Box 55490
Metairie, LA 70055-5490

William C. Spencer
Mitchell, Mcnutt & Sams
P.O. Box 7120
Tupelo, MS 38802-7120

Frances L. Spinelli
Evert & Weathersby, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Cowles E. Symmes
Page, Mannino & Peresich
759 Vieux Marche' Mall
P.O. Drawer 289
Biloxi, MS 39533-0289

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Thomas W. Tyner
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

# Attachment B

## Defendant Counsel Service List For:    Aldridge, Daniel

### Baker Donelson Bearman Caldwell & Berkowitz, PC

Robert Arentson, Esq.    Scott Bates, Esq.

P.O. Box 14167    Phone #

Jackson, MS 39236    Fax #

### Bernard Cassisa Elliott & Davis, PC

Paul V. Cassisa, Jr., Esq.    Ann Sico, Esq.

P.O. Box 55490    Phone #   (504) 834-2612

Metairie LA 70055-5490    Fax #   (504) 838-9438

cassisap@bernardcassisa.com; sicoa@bernardcassisa

### Bruce M. Keuhnle, Jr., PLLC

Bruce M. Keuhnle, Jr., Esq.

P.O. Box 866    Phone #   (601) 442-2733

Natchez, MS 39122-0866    Fax #   (601) 442-4085

### Currie Johnson Griffin Gaines & Myers, PA

Edward J. Currie, Jr., Esq.    Kristi Duncan Kennedy, Esq.

P.O. Box 750    Phone #   (601) 969-1010

Jackson, MS 39205-0750    Fax #   (601) 969-5210

ecurrie@curriejohnson.com; kkennedy@curriejohnson

### Daniel Coker Horton & Bell

Silas W. McCharen, Esq.    Roy A. Smith, Esq.    Tara S. Clifford, Esq.

P.O. Box 1084    Phone #   (601) 969-7607

Jackson, MS 39215-0019    Fax #   (601) 969-1116

smccharen@danielcoker.com

### Dogan Wilkinson Kinard Smith & Edwards

Robert Wilkinson, Esq.    Nathan A. Bosio, Esq.

P.O. Box 1618    Phone #   (228) 762-2272

Pascagoula, MS 39568-1618    Fax #   (228) 762-3223

doganwilkinson.com

## Defendant Counsel Service List For:     Aldridge, Daniel

### Dukes, Dukes, Keating & Faneca, P.A.

Walter W. Dukes, Esq.

2909 15th Street
Sixth Floor
Gulfport, MS   39501

Phone #   (228) 868-1111
Fax #   (228) 863-2886
walter@ddkf.com

### Evert & Weathersby

C. Michael Evert, Jr., Esq.

3405 Piedmont Road
Suite 225
Atlanta, GA 30305

Phone #
Fax #   (404) 233-8933

### Forman Perry Watkins & Tardy PLLC

Craig E. Brasfield, Esq.        Stefan Bourn, Esq.

P.O. Box 22608

Jackson, MS 39225-2608

Phone #   (601) 960-8600
Fax #   (601) 960-8613

craig@fpwk.com;
sbossier@fpwk.com;
stefanb@fpwk.co

### Gholson Hicks & Nichols

Aubrey E. Nichols, Esq.

P.O. Box 1111

Columbus MS 39703

Phone #
Fax #

### Hand Arrendall

Joe E. Basenberg, Esq.

P.O. Box 123

Mobile, AL 36601

Phone #   (251) 694-6264
Fax #   (251) 694-6375
joeb@handarrendall.com

### McGlinchey Stafford & Lang

Betty A. Mallett, Esq.

Post Office Drawer
22949

Jackson, MS 39225-2949

Phone #
Fax #

## Defendant Counsel Service List For:        Aldridge, Daniel

**Ott & Purdy, PA**

|  | P.O. Drawer 1079 | Phone # (601) 969-4140 |
|  |  | Fax # (601) 353-0185 |
|  | Jackson, MS 39215-1079 | yarbrough@ottpurdy.com; cgaitlin@ottpurdy.com |

**Page Mannino Peresich & McDermott, PLLC**

| W. Mark Edwards, Esq. | Ronald G. Peresich, Esq. | Michael E. Whitehead, Esq. | P.O. Drawer 289 | Phone # (228) 374-2100 |
|  |  |  |  | Fax # (228) 432-5539 |
|  |  |  | Biloxi MS 39533 | ronald.peresich@pmp.org |

**Phelps Dunbar**

| Ross F. Bass, esq. | P.O. Box 23066 | Phone # (601) 352-2300 |
|  |  | Fax # (601) 360-9777 |
|  | Jackson, MS 39201 | bassr@phelps.com |

**Smith, Reeves & Yarborough, PLLC**

| William C. Reeves, Esq. | 6360 I-55 North | Phone # (601) 965-7200 |
|  | Suite 201 | Fax # (601) 965-7201 |
|  | Jackson, MS 39211 | breeves@smithreeves.com |

**Upshaw Williams Biggers Beckham & Riddick**

| Marc. A. Biggers, Esq. | Post Office Drawer 8230 | Phone # |
|  |  | Fax # |
|  | Greenwood MS 38935 |  |

**Watkins & Eager**

| William F. Goodman, III, Esq. | Michael O. Gwin, Esq. | Douglas J. Gunn, Esq. | 400 East Capitol Street | Phone # (601) 948-6470 |
|  |  |  | Suite 300 | Fax # (601) 354-3623 |
|  |  |  | Jackson, Ms 39201 |  |

## Defendant Counsel Service List For:

## Aldridge, Daniel

**Wells Moore Simmons & Hubbard, PLLC**

Jeffrey P. Hubbard, esq.

P.O. Box 1970

Jackson, MS 39215-1970

Phone #  (601) 354-5400

Fax #  (601) 355-5850

jphub1@wellsmoore.com

# Defendant Counsel Service List For:   Waters, Jerry

## Baker Donelson Bearman Caldwell & Berkowitz, PC

Robert Arentson, Esq.          Scott Bates, Esq.          P.O. Box 14167          Phone #

                                                                                 Fax #

                                                         Jackson, MS 39236

## Bernard Cassisa Elliott & Davis, PC

Paul V. Cassisa, Jr., Esq.     Ann Sico, Esq.             P.O. Box 55490          Phone #  (504) 834-2612

                                                                                 Fax #    (504) 838-9438

                                                         Metairie LA 70055-5490  cassisap@bernardcassisa.co
                                                                                 m; sicoa@bernardcassisa

## Bruce M. Keuhnle, Jr., PLLC

Bruce M. Keuhnle, Jr., Esq.                               P.O. Box 866            Phone #  (601) 442-2733

                                                                                 Fax #    (601) 442-4085

                                                         Natchez, MS 39122-0866

## Butler, Snow, O'Mara, Stevens & Cannada, PLLC

W. Scott Welch, III, Esq.      Joshua J. Wiener, Esq.     Patricia C. Gandy, Esq.  P. O. Box 22567          Phone #  (601) 985-4580

                                                                                 Fax #    (601) 985-4500

                                                         Jackson, MS   39225-2567  patti.gandy@butlersnow.co
                                                                                 m; mark.garriga@butlersno

## Currie Johnson Griffin Gaines & Myers, PA

Edward J. Currie, Jr., Esq.    Kristi Duncan Kennedy, Esq.  P.O. Box 750           Phone #  (601) 969-1010

                                                                                 Fax #    (601) 969-5210

                                                         Jackson, MS 39205-0750   ecurrie@curriejohnson.com
                                                                                 ; kkennedy@curriejohnson

## Daniel Coker Horton & Bell

Silas W. McCharen, Esq.        Roy A. Smith, Esq.         Tara S. Clifford, Esq.   P.O. Box 1084            Phone #  (601) 969-7607

                                                                                 Fax #    (601) 969-1116

                                                         Jackson, MS 39215-0019   smccharen@danielcoker.co
                                                                                 m

## Defendant Counsel Service List For:     Waters, Jerry

### Deaton & Deaton, PA

Chris H. Deaton, Esq.

113 Clark Street

Suite 5

Tupelo, MS 38804

Phone #

Fax #

### Dogan Wilkinson Kinard Smith & Edwards

Robert Wilkinson, Esq.          Nathan A. Bosio, Esq.

P.O. Box 1618

Pascagoula, MS 39568-1618

Phone #   (228) 762-2272

Fax #      (228) 762-3223

doganwilkinson.com

### Dukes, Dukes, Keating & Faneca, P.A.

Walter W. Dukes, Esq.

2909 15th Street

Sixth Floor

Gulfport, MS   39501

Phone #   (228) 868-1111

Fax #      (228) 863-2886

walter@ddkf.com

### Evert & Weathersby

C. Michael Evert, Jr., Esq.

3405 Piedmont Road

Suite 225

Atlanta, GA 30305

Phone #

Fax #      (404) 233-8933

### Forman Perry Watkins & Tardy PLLC

Craig E. Brasfield, Esq.     Michael D. Goggans, Esq.     Stefan Bourn, Esq.

P.O. Box 22608

Jackson, MS 39225-2608

Phone #   (601) 960-8600

Fax #      (601) 960-8613

craig@fpwk.com;
sbossier@fpwk.com;
stefanb@fpwk.co

### Gholson Hicks & Nichols

Aubrey E. Nichols, Esq.

P.O. Box 1111

Columbus MS 39703

Phone #

Fax #

## Defendant Counsel Service List For:     Waters, Jerry

**Hand Arrendall**

Joe E. Basenberg, Esq.

P.O. Box 123

Mobile, AL 36601

Phone #   (251) 694-6264
Fax #     (251) 694-6375
joeb@handarrendall.com

**McGlinchey Stafford & Lang**

Betty A. Mallett, Esq.

Post Office Drawer 22949

Jackson, MS 39225-2949

Phone #

Fax #

**Page Mannino Peresich & McDermott, PLLC**

W. Mark Edwards, Esq.          Michael E. Whitehead, Esq.          Ronald G. Peresich, Esq.

P.O. Drawer 289

Biloxi MS 39533

Phone #   (228) 374-2100
Fax #     (228) 432-5539
ronald.peresich@pmp.org

**Phelps Dunbar**

Ross F. Bass, esq.

P.O. Box 23066

Jackson, MS 39201

Phone #   (601) 352-2300
Fax #     (601) 360-9777
bassr@phelps.com

**Smith, Reeves & Yarborough, PLLC**

William C. Reeves, Esq.

6360 I-55 North

Suite 201

Jackson, MS 39211

Phone #   (601) 965-7200
Fax #     (601) 965-7201
breeves@smithreeves.com

**Upshaw Williams Biggers Beckham & Riddick**

Marc. A. Biggers, Esq.

Post Office Drawer 8230

Greenwood MS 38935

Phone #

Fax #

## Defendant Counsel Service List For:   Waters, Jerry

### Watkins & Eager

William F. Goodman, III, Esq.   Michael O. Gwin, Esq.   Douglas J. Gunn, Esq.   400 East Capitol Street   Phone # (601) 948-6470

Suite 300   Fax # (601) 354-3623

Jackson, Ms 39201

### Wells Moore Simmons & Hubbard, PLLC

Jeffrey P. Hubbard, esq.   P.O. Box 1970   Phone # (601) 354-5400

Fax # (601) 355-5850

Jackson, MS 39215-1970   jphub1@wellsmoore.com

## Defendant Counsel Service List For:   Smith, Eslie

### Daniel Coker Horton & Bell

| | | |
|---|---|---|
| Silas W. McCharen, Esq. | Roy A. Smith, Esq. | Tara S. Clifford, Esq. |

P.O. Box 1084

Jackson, MS 39215-0019

Phone # (601) 969-7607
Fax # (601) 969-1116
smccharen@danielcoker.com

### Deaton & Deaton,PA

Chris H. Deaton, Esq.

113 Clark Street
Suite 5
Tupelo, MS 38804

Phone #
Fax #

### Dogan Wilkinson Kinard Smith & Edwards

Robert Wilkinson, Esq.        Nathan A. Bosio, Esq.

P.O. Box 1618

Pascagoula, MS 39568-1618

Phone # (228) 762-2272
Fax # (228) 762-3223
doganwilkinson.com

### Dukes, Dukes, Keating & Faneca, P.A.

Walter W. Dukes, Esq.

2909 15th Street
Sixth Floor
Gulfport, MS   39501

Phone # (228) 868-1111
Fax # (228) 863-2886
walter@ddkf.com

### Evert & Weathersby

C. Michael Evert, Jr., Esq.

3405 Piedmont Road
Suite 225
Atlanta, GA 30305

Phone #
Fax # (404) 233-8933

### Forman Perry Watkins & Tardy PLLC

Craig E. Brasfield, Esq.        Michael D. Goggans, Esq.        Stefan Bourn, Esq.

P.O. Box 22608

Jackson, MS 39225-2608

Phone # (601) 960-8600
Fax # (601) 960-8613
craig@fpwk.com;
sbossier@fpwk.com;
stefanb@fpwk.co

## Defendant Counsel Service List For:    Smith, Eslie

**Gholson Hicks & Nichols**

Aubrey E. Nichols, Esq.

P.O. Box 1111

Columbus MS 39703

Phone #

Fax #

**Hand Arrendall**

Joe E. Basenberg, Esq.

P.O. Box 123

Mobile, AL 36601

Phone #   (251) 694-6264

Fax #   (251) 694-6375

joeb@handarrendall.com

**McGlinchey Stafford & Lang**

Betty A. Mallett, Esq.

Post Office Drawer 22949

Jackson, MS 39225-2949

Phone #

Fax #

**Page Mannino Peresich & McDermott, PLLC**

W. Mark Edwards, Esq.    Ronald G. Peresich, Esq.    Michael E. Whitehead, Esq.

P.O. Drawer 289

Biloxi MS 39533

Phone #   (228) 374-2100

Fax #   (228) 432-5539

ronald.peresich@pmp.org

**Phelps Dunbar**

Ross F. Bass, esq.

P.O. Box 23066

Jackson, MS 39201

Phone #   (601) 352-2300

Fax #   (601) 360-9777

bassr@phelps.com

**Smith, Reeves & Yarborough, PLLC**

William C. Reeves, Esq.

6360 I-55 North

Suite 201

Jackson, MS 39211

Phone #   (601) 965-7200

Fax #   (601) 965-7201

breeves@smithreeves.com

## Defendant Counsel Service List For:   Smith, Eslie

**Upshaw Williams Biggers Beckham & Riddick**

Marc. A. Biggers, Esq.

Post Office Drawer 8230   Phone #

Fax #

Greenwood MS 38935

**Watkins & Eager**

William F. Goodman, III, Esq.   Michael O. Gwin, Esq.   Douglas J. Gunn, Esq.

400 East Capitol Street   Phone #  (601) 948-6470

Suite 300   Fax #   (601) 354-3623

Jackson, Ms 39201

**Wells Moore Simmons & Hubbard, PLLC**

Jeffrey P. Hubbard, esq.

P.O. Box 1970   Phone #  (601) 354-5400

Fax #   (601) 355-5850

Jackson, MS 39215-1970   jphub1@wellsmoore.com

# Defendant Counsel Service List For:    Wright, Lewis

## Baker Donelson Bearman Caldwell & Berkowitz, PC

| Robert Arentson, Esq. | Scott Bates, Esq. | P.O. Box 14167 | Phone # |
|---|---|---|---|
| | | | Fax # |
| | | Jackson, MS 39236 | |

## Bernard Cassisa Elliott & Davis, PC

| Paul V. Cassisa, Jr., Esq. | Ann Sico, Esq. | P.O. Box 55490 | Phone # (504) 834-2612 |
|---|---|---|---|
| | | | Fax # (504) 838-9438 |
| | | Metairie LA 70055-5490 | cassisap@bernardcassisa.com; sicoa@bernardcassisa |

## Bruce M. Keuhnle, Jr., PLLC

| Bruce M. Keuhnle, Jr., Esq. | | P.O. Box 866 | Phone # (601) 442-2733 |
|---|---|---|---|
| | | | Fax # (601) 442-4085 |
| | | Natchez, MS 39122-0866 | |

## Butler, Snow, O'Mara, Stevens & Cannada, PLLC

| W. Scott Welch, III, Esq. | Joshua J. Wiener, Esq. | Patricia C. Gandy, Esq. | P. O. Box 22567 | Phone # (601) 985-4580 |
|---|---|---|---|---|
| | | | | Fax # (601) 985-4500 |
| | | | Jackson, MS 39225-2567 | patti.gandy@butlersnow.com; mark.garriga@butlersno |

## Currie Johnson Griffin Gaines & Myers, PA

| Edward J. Currie, Jr., Esq. | Kristi Duncan Kennedy, Esq. | P.O. Box 750 | Phone # (601) 969-1010 |
|---|---|---|---|
| | | | Fax # (601) 969-5210 |
| | | Jackson, MS 39205-0750 | ecurrie@curriejohnson.com; kkennedy@curriejohnson |

## Daniel Coker Horton & Bell

| Silas W. McCharen, Esq. | Roy A. Smith, Esq. | Tara S. Clifford, Esq. | P.O. Box 1084 | Phone # (601) 969-7607 |
|---|---|---|---|---|
| | | | | Fax # (601) 969-1116 |
| | | | Jackson, MS 39215-0019 | smccharen@danielcoker.com |

## Defendant Counsel Service List For: Wright, Lewis

### Deaton & Deaton, PA

Chris H. Deaton, Esq.

113 Clark Street

Suite 5

Tupelo, MS 38804

Phone #

Fax #

### Dogan Wilkinson Kinard Smith & Edwards

Robert Wilkinson, Esq.      Nathan A. Bosio, Esq.

P.O. Box 1618

Pascagoula, MS 39568-1618

Phone #   (228) 762-2272

Fax #      (228) 762-3223

doganwilkinson.com

### Dukes, Dukes, Keating & Faneca, P.A.

Walter W. Dukes, Esq.

2909 15th Street

Sixth Floor

Gulfport, MS   39501

Phone #   (228) 868-1111

Fax #      (228) 863-2886

walter@ddkf.com

### Evert & Weathersby

C. Michael Evert, Jr., Esq.

3405 Piedmont Road

Suite 225

Atlanta, GA 30305

Phone #

Fax #      (404) 233-8933

### Forman Perry Watkins & Tardy PLLC

Craig E. Brasfield, Esq.    Michael D. Goggans, Esq.    Stefan Bourn, Esq.

P.O. Box 22608

Jackson, MS 39225-2608

Phone #   (601) 960-8600

Fax #      (601) 960-8613

craig@fpwk.com;
sbossier@fpwk.com;
stefanb@fpwk.co

### Gholson Hicks & Nichols

Aubrey E. Nichols, Esq.

P.O. Box 1111

Columbus MS 39703

Phone #

Fax #

## Defendant Counsel Service List For:   Wright, Lewis

**Hand Arrendall**

Joe E. Basenberg, Esq.

P.O. Box 123

Mobile, AL 36601

Phone #  (251) 694-6264
Fax #    (251) 694-6375
joeb@handarrendall.com

**McGlinchey Stafford & Lang**

Betty A. Mallett, Esq.

Post Office Drawer 22949

Jackson, MS 39225-2949

Phone #

Fax #

**Page Mannino Peresich & McDermott, PLLC**

W. Mark Edwards, Esq.      Michael E. Whitehead, Esq.      Ronald G. Peresich, Esq.

P.O. Drawer 289

Biloxi MS 39533

Phone #  (228) 374-2100
Fax #    (228) 432-5539
ronald.peresich@pmp.org

**Phelps Dunbar**

Ross F. Bass, esq.

P.O. Box 23066

Jackson, MS 39201

Phone #  (601) 352-2300
Fax #    (601) 360-9777
bassr@phelps.com

**Smith, Reeves & Yarborough, PLLC**

William C. Reeves, Esq.

6360 I-55 North

Suite 201

Jackson, MS 39211

Phone #  (601) 965-7200
Fax #    (601) 965-7201
breeves@smithreeves.com

**Upshaw Williams Biggers Beckham & Riddick**

Marc. A. Biggers, Esq.

Post Office Drawer 8230

Greenwood MS 38935

Phone #

Fax #

## Defendant Counsel Service List For:   Wright, Lewis

### Watkins & Eager

William F. Goodman, III, Esq.   Michael O. Gwin, Esq.   Douglas J. Gunn, Esq.   400 East Capitol Street   Phone # (601) 948-6470

Suite 300   Fax # (601) 354-3623

Jackson, Ms 39201

### Wells Moore Simmons & Hubbard, PLLC

Jeffrey P. Hubbard, esq.   P.O. Box 1970   Phone # (601) 354-5400

Fax # (601) 355-5850

Jackson, MS 39215-1970   jphub1@wellsmoore.com

# Defendant Counsel Service List For:    Spann, Willie

## Aultman, Tyner, Ruffin & Yarborough, Ltd.

| Thomas W. Tyner, Esq. | Christopher O. Massenburg, Esq. | William N. Graham, Esq. | P. O. Drawer 750 | Phone # (601) 583-2671 |
|---|---|---|---|---|
| | | | | Fax #   (601) 583-2677 |
| | | | Hattiesburg, MS   39401 | aultyn@megagate.com |

## Baker Donelson Bearman Caldwell & Berkowitz, PC

| Robert Arentson, Esq. | Scott Bates, Esq. | | P.O. Box 14167 | Phone # |
|---|---|---|---|---|
| | | | | Fax # |
| | | | Jackson, MS 39236 | |

## Bernard Cassisa Elliott & Davis, PC

| Paul V. Cassisa, Jr., Esq. | Ann Sico, Esq. | | P.O. Box 55490 | Phone # (504) 834-2612 |
|---|---|---|---|---|
| | | | | Fax #   (504) 838-9438 |
| | | | Metairie LA 70055-5490 | cassisap@bernardcassisa.com; sicoa@bernardcassisa |

## Bruce M. Keuhnle, Jr., PLLC

| Bruce M. Keuhnle, Jr., Esq. | | | P.O. Box 866 | Phone # (601) 442-2733 |
|---|---|---|---|---|
| | | | | Fax #   (601) 442-4085 |
| | | | Natchez, MS 39122-0866 | |

## Butler, Snow, O'Mara, Stevens & Cannada, PLLC

| W. Scott Welch, III, Esq. | Joshua J. Wiener, Esq. | Patricia C. Gandy, Esq. | P. O. Box 22567 | Phone # (601) 985-4580 |
|---|---|---|---|---|
| | | | | Fax #   (601) 985-4500 |
| | | | Jackson, MS   39225-2567 | patti.gandy@butlersnow.com; mark.garriga@butlersno |

## Currie Johnson Griffin Gaines & Myers, PA

| Edward J. Currie, Jr., Esq. | Kristi Duncan Kennedy, Esq. | | P.O. Box 750 | Phone # (601) 969-1010 |
|---|---|---|---|---|
| | | | | Fax #   (601) 969-5210 |
| | | | Jackson, MS 39205-0750 | ecurrie@curriejohnson.com; kkennedy@curriejohnson |

## Defendant Counsel Service List For:    Spann, Willie

### Daniel Coker Horton & Bell

Silas W. McCharen, Esq.    Tara S. Clifford, Esq.    P.O. Box 1084

Jackson, MS 39215-0019

Phone #  (601) 969-7607
Fax #    (601) 969-1116
smccharen@danielcoker.com

### Dogan Wilkinson Kinard Smith & Edwards

Robert Wilkinson, Esq.    Nathan A. Bosio, Esq.    P.O. Box 1618

Pascagoula, MS 39568-1618

Phone #  (228) 762-2272
Fax #    (228) 762-3223
doganwilkinson.com

### Dukes, Dukes, Keating & Faneca, P.A.

Walter W. Dukes, Esq.    2909 15th Street

Sixth Floor

Gulfport, MS   39501

Phone #  (228) 868-1111
Fax #    (228) 863-2886
walter@ddkf.com

### Evert & Weathersby

C. Michael Evert, Jr., Esq.    3405 Piedmont Road

Suite 225

Atlanta, GA 30305

Phone #
Fax #    (404) 233-8933

### Forman Perry Watkins & Tardy PLLC

Craig E. Brasfield, Esq.    Michael D. Goggans, Esq.    Stefan Bourn, Esq.    P.O. Box 22608

Jackson, MS 39225-2608

Phone #  (601) 960-8600
Fax #    (601) 960-8613
craig@fpwk.com;
sbossier@fpwk.com;
stefanb@fpwk.co

## Defendant Counsel Service List For:     Spann, Willie

### Frilot Partridge Kohnke & Clements, LC

John J. Hainkel, III, Esq.

3600 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3600

Phone #
Fax #

### Gholson Hicks & Nichols

Aubrey E. Nichols, Esq.

P.O. Box 1111

Columbus MS 39703

Phone #
Fax #

### Hand Arrendall

Joe E. Basenberg, Esq.

P.O. Box 123

Mobile, AL 36601

Phone #   (251) 694-6264
Fax #      (251) 694-6375
joeb@handarrendall.com

### McGlinchey Stafford & Lang

Betty A. Mallett, Esq.

Post Office Drawer 22949

Jackson, MS 39225-2949

Phone #

Fax #

### Page Mannino Peresich & McDermott, PLLC

Ronald G. Peresich, Esq.        Michael E. Whitehead, Esq.

W. Mark Edwards, Esq.

P.O. Drawer 289

Biloxi MS 39533

Phone #   (228) 374-2100
Fax #      (228) 432-5539
ronald.peresich@pmp.org

### Smith, Reeves & Yarborough, PLLC

William C. Reeves, Esq.

6360 I-55 North
Suite 201
Jackson, MS 39211

Phone #   (601) 965-7200
Fax #      (601) 965-7201
breeves@smithreeves.com

## Defendant Counsel Service List For:

## Spann, Willie

### Upshaw Williams Biggers Beckham & Riddick

Marc. A. Biggers, Esq.

Post Office Drawer 8230

Phone #

Fax #

Greenwood MS 38935

### Wells Moore Simmons & Hubbard, PLLC

Jeffrey P. Hubbard, esq.

P.O. Box 1970

Phone #  (601) 354-5400

Fax #     (601) 355-5850

Jackson, MS 39215-1970    jphub1@wellsmoore.com

## Defendant Counsel Service List For:    Spann, Johnnie

### Aultman, Tyner, Ruffin & Yarborough, Ltd.

| Thomas W. Tyner, Esq. | Christopher O. Massenburg, Esq. | William N. Graham, Esq. | P. O. Drawer 750 | Phone # | (601) 583-2671 |
| | | | | Fax # | (601) 583-2677 |
| | | | Hattiesburg, MS   39401 | | aultyn@megagate.com |

### Baker Donelson Bearman Caldwell & Berkowitz, PC

| Robert Arentson, Esq. | Scott Bates, Esq. | | P.O. Box 14167 | Phone # | |
| | | | | Fax # | |
| | | | Jackson, MS 39236 | | |

### Bernard Cassisa Elliott & Davis, PC

| Paul V. Cassisa, Jr., Esq. | Ann Sico, Esq. | | P.O. Box 55490 | Phone # | (504) 834-2612 |
| | | | | Fax # | (504) 838-9438 |
| | | | Metairie LA 70055-5490 | | cassisap@bernardcassisa.com; sicoa@bernardcassisa |

### Bruce M. Keuhnle, Jr., PLLC

| Bruce M. Keuhnle, Jr., Esq. | | | P.O. Box 866 | Phone # | (601) 442-2733 |
| | | | | Fax # | (601) 442-4085 |
| | | | Natchez, MS 39122-0866 | | |

### Butler, Snow, O'Mara, Stevens & Cannada, PLLC

| W. Scott Welch, III, Esq. | Joshua J. Wiener, Esq. | Patricia C. Gandy, Esq. | P. O. Box 22567 | Phone # | (601) 985-4580 |
| | | | | Fax # | (601) 985-4500 |
| | | | Jackson, MS   39225-2567 | | patti.gandy@butlersnow.com; mark.garriga@butlersno |

### Currie Johnson Griffin Gaines & Myers, PA

| Edward J. Currie, Jr., Esq. | Kristi Duncan Kennedy, Esq. | | P.O. Box 750 | Phone # | (601) 969-1010 |
| | | | | Fax # | (601) 969-5210 |
| | | | Jackson, MS 39205-0750 | | ecurrie@curriejohnson.com; kkennedy@curriejohnson |

## Defendant Counsel Service List For:   Spann, Johnnie

### Daniel Coker Horton & Bell

Silas W. McCharen, Esq.

Roy A. Smith, Esq.

Tara S. Clifford, Esq.

P.O. Box 1084

Jackson, MS 39215-0019

Phone #  (601) 969-7607
Fax #  (601) 969-1116
smccharen@danielcoker.com

### Dogan Wilkinson Kinard Smith & Edwards

Robert Wilkinson, Esq.

Nathan A. Bosio, Esq.

P.O. Box 1618

Pascagoula, MS 39568-1618

Phone #  (228) 762-2272
Fax #  (228) 762-3223
doganwilkinson.com

### Dukes, Dukes, Keating & Faneca, P.A.

Walter W. Dukes, Esq.

2909 15th Street

Sixth Floor

Gulfport, MS  39501

Phone #  (228) 868-1111
Fax #  (228) 863-2886
walter@ddkf.com

### Evert & Weathersby

C. Michael Evert, Jr., Esq.

3405 Piedmont Road

Suite 225

Atlanta, GA 30305

Phone #
Fax #  (404) 233-8933

### Forman Perry Watkins & Tardy PLLC

Craig E. Brasfield, Esq.

Michael D. Goggans, Esq.

Stefan Bourn, Esq.

P.O. Box 22608

Jackson, MS 39225-2608

Phone #  (601) 960-8600
Fax #  (601) 960-8613
craig@fpwk.com;
sbossier@fpwk.com;
stefanb@fpwk.co

## Defendant Counsel Service List For:

## Spann, Johnnie

### Frilot Partridge Kohnke & Clements, LC

John J. Hainkel, III, Esq.

3600 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3600

Phone #

Fax #

### Gholson Hicks & Nichols

Aubrey E. Nichols, Esq.

P.O. Box 1111

Columbus MS 39703

Phone #

Fax #

### Hand Arrendall

Joe E. Basenberg, Esq.

P.O. Box 123

Mobile, AL 36601

Phone #   (251) 694-6264

Fax #     (251) 694-6375

joeb@handarrendall.com

### McGlinchey Stafford & Lang

Betty A. Mallett, Esq.

Post Office Drawer 22949

Jackson, MS 39225-2949

Phone #
-

Fax #

### Ott & Purdy, PA

P.O. Drawer 1079

Jackson, MS 39215-1079

Phone #   (601) 969-4140

Fax #     (601) 353-0185

yarbrough@ottpurdy.com;
cgaitlin@ottpurdy.com

### Page Kruger & Hollan, PA

Thomas Y. Page, Esq.

P.O. Box 1163

Jackson, MS 39215

Phone #

Fax #

## Defendant Counsel Service List For:   Spann, Johnnie

### Page Mannino Peresich & McDermott, PLLC

W. Mark Edwards, Esq.  Ronald G. Peresich, Esq.  Michael E. Whitehead, Esq.

P.O. Drawer 289

Biloxi MS 39533

Phone #  (228) 374-2100
Fax #   (228) 432-5539
ronald.peresich@pmp.org

### Smith, Reeves & Yarborough, PLLC

William C. Reeves, Esq.

6360 I-55 North

Suite 201

Jackson, MS 39211

Phone #  (601) 965-7200
Fax #   (601) 965-7201
breeves@smithreeves.com

### Upshaw Williams Biggers Beckham & Riddick

Marc. A. Biggers, Esq.

Post Office Drawer 8230

Greenwood MS 38935

Phone #

Fax #

### Wells Moore Simmons & Hubbard, PLLC

Jeffrey P. Hubbard, esq.

P.O. Box 1970

Jackson, MS 39215-1970

Phone #  (601) 354-5400
Fax #   (601) 355-5850
jphub1@wellsmoore.com

# Defendant Counsel Service List For:    Bush, Curtis

## Aultman, Tyner, Ruffin & Yarborough, Ltd.

Thomas W. Tyner, Esq.   Christopher O. Massenburg, Esq.   William N. Graham, Esq.   P. O. Drawer 750

Hattiesburg, MS   39401

Phone #  (601) 583-2671

Fax #   (601) 583-2677
aultyn@megagate.com

## Baker Donelson Bearman Caldwell & Berkowitz, PC

Robert Arentson, Esq.   Scott Bates, Esq.   P.O. Box 14167

Jackson, MS 39236

Phone #

Fax #

## Barfield & Associates

Kimberly P. Wallace   PO Drawer 3979

Jackson, MS 39207

Phone #

Fax #   (601) 968-9425

## Bernard Cassisa Elliott & Davis, PC

Paul V. Cassisa, Jr., Esq.   Ann Sico, Esq.   P.O. Box 55490

Metairie LA 70055-5490

Phone #  (504) 834-2612

Fax #   (504) 838-9438
cassisap@bernardcassisa.co
m; sicoa@bernardcassisa

## Brown Buchanan & Sessoms

Patrick R. Buchanan, Esq.   Julie L. Pottenger, Esq.   Raymond L. Brown, Esq.   P.O. Box 2220

Pascagoula, MS 39569

Phone #  (228) 374-2999

Fax #   (228) 435-7090
rlb@brownbuchanan.com;
mailb@brownbuchanan.co
m

## Bruce M. Keuhnle, Jr., PLLC

Bruce M. Keuhnle, Jr., Esq.   P.O. Box 866

Natchez, MS 39122-0866

Phone #  (601) 442-2733

Fax #   (601) 442-4085

## Defendant Counsel Service List For:    Bush, Curtis

### Currie Johnson Griffin Gaines & Myers, PA

Edward J. Currie, Jr., Esq.          Kristi Duncan Kennedy, Esq.

P.O. Box 750

Jackson, MS 39205-0750

Phone #  (601) 969-1010
          (601) 969-5210
Fax #
ecurrie@curriejohnson.com
; kkennedy@curriejohnson

### Daniel Coker Horton & Bell

Silas W. McCharen, Esq.          Tara S. Clifford, Esq.

P.O. Box 1084

Jackson, MS 39215-0019

Phone #  (601) 969-7607
          (601) 969-1116
Fax #
smccharen@danielcoker.co
m

### David Lipman, PA

David Lipman, Esq.

5901 S.W. 74th Street

Suite 304

Miami FL 33143

Phone #

Fax #

### Deaton & Deaton,PA

Chris H. Deaton, Esq.

113 Clark Street

Suite 5

Tupelo, MS 38804

Phone #

Fax #

### Dogan Wilkinson Kinard Smith & Edwards

Robert Wilkinson, Esq.          Nathan A. Bosio, Esq.

P.O. Box 1618

Pascagoula, MS 39568-1618

Phone #  (228) 762-2272
          (228) 762-3223
Fax #
doganwilkinson.com

### Dukes, Dukes, Keating & Faneca, P.A.

Walter W. Dukes, Esq.

2909 15th Street

Sixth Floor

Gulfport, MS    39501

Phone #  (228) 868-1111
          (228) 863-2886
Fax #
walter@ddkf.com

## Defendant Counsel Service List For:   Bush, Curtis

### Evert & Weathersby

C. Michael Evert, Jr., Esq.

3405 Piedmont Road
Suite 225
Atlanta, GA 30305

Phone #
Fax #     (404) 233-8933

### Forman Perry Watkins & Tardy PLLC

Craig E. Brasfield, Esq.      Michael D. Goggans, Esq.      Stefan Bourn, Esq.

P.O. Box 22608

Jackson, MS 39225-2608

Phone #  (601) 960-8600
Fax #     (601) 960-8613

craig@fpwk.com;
sbossier@fpwk.com;
stefanb@fpwk.co

Craig E. Brasfield, Esq.      Michael D. Goggans, Esq.      Stefan Bourn, Esq.

P.O. Box 22608

Jackson, MS 39225-2608

Phone #  (601) 960-8600
Fax #     (601) 960-8613

craig@fpwk.com;
sbossier@fpwk.com;
stefanb@fpwk.co

### Frilot Partridge Kohnke & Clements, LC

John J. Hainkel, III, Esq.

3600 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3600

Phone #
Fax #

### Gholson Hicks & Nichols

Aubrey E. Nichols, Esq.

P.O. Box 1111

Columbus MS 39703

Phone #
Fax #

### Hand Arrendall

Joe E. Basenberg, Esq.

P.O. Box 123

Mobile, AL 36601

Phone #  (251) 694-6264
Fax #     (251) 694-6375

joeb@handarrendall.com

## Defendant Counsel Service List For:    Bush, Curtis

**McGlinchey Stafford & Lang**

Betty A. Mallett, Esq.

Post Office Drawer 22949
   Phone #

   Fax #

Jackson, MS 39225-2949

**Page Kruger & Hollan, PA**

Thomas Y. Page, Esq.

P.O. Box 1163
   Phone #

   Fax #

Jackson, MS 39215

**Page Mannino Peresich & McDermott, PLLC**

W. Mark Edwards, Esq.    Ronald G. Peresich, Esq.    Michael E. Whitehead, Esq.

P.O. Drawer 289
   Phone #    (228) 374-2100

   Fax #    (228) 432-5539

Biloxi MS 39533
ronald.peresich@pmp.org

**Robert B. McDuff, Esq.**

767 North Congress Street
   Phone #

   Fax #

Jackson, MS 39202

**Smith, Reeves & Yarborough, PLLC**

William C. Reeves, Esq.

6360 I-55 North
   Phone #    (601) 965-7200

Suite 201
   Fax #    (601) 965-7201

Jackson, MS 39211
breeves@smithreeves.com

**Upshaw Williams Biggers Beckham & Riddick**

Marc. A. Biggers, Esq.

Post Office Drawer 8230
   Phone #

   Fax #

Greenwood MS 38935

# Defendant Counsel Service List For:

# Bush, Curtis

## Wells Moore Simmons & Hubbard, PLLC

Jeffrey P. Hubbard, esq.

P.O. Box 1970

Jackson, MS 39215-1970

Phone #  (601) 354-5400

Fax #      (601) 355-5850

jphub1@wellsmoore.com

# Defendant Counsel Service List For:   Collum, James

## Aultman, Tyner, Ruffin & Yarborough, Ltd.

| | | | |
|---|---|---|---|
| Thomas W. Tyner, Esq. | Christopher O. Massenburg, Esq. | William N. Graham, Esq. | P. O. Drawer 750 |

Phone #  (601) 583-2671

Fax #      (601) 583-2677

Hattiesburg, MS   39401

aultyn@megagate.com

## Baker Donelson Bearman Caldwell & Berkowitz, PC

Robert Arentson, Esq.          Scott Bates, Esq.

P.O. Box 14167

Phone #

Fax #

Jackson, MS 39236

## Bernard Cassisa Elliott & Davis, PC

Paul V. Cassisa, Jr., Esq.          Ann Sico, Esq.

P.O. Box 55490

Phone #  (504) 834-2612

Fax #      (504) 838-9438

Metairie LA 70055-5490

cassisap@bernardcassisa.com; sicoa@bernardcassisa

## Bruce M. Keuhnle, Jr., PLLC

Bruce M. Keuhnle, Jr., Esq.

P.O. Box 866

Phone #  (601) 442-2733

Fax #      (601) 442-4085

Natchez, MS 39122-0866

## Butler, Snow, O'Mara, Stevens & Cannada, PLLC

W. Scott Welch, III, Esq.          Joshua J. Wiener, Esq.          Patricia C. Gandy, Esq.

P. O. Box 22567

Phone #  (601) 985-4580

Fax #      (601) 985-4500

Jackson, MS   39225-2567

patti.gandy@butlersnow.com; mark.garriga@butlersno

## Currie Johnson Griffin Gaines & Myers, PA

Edward J. Currie, Jr., Esq.          Kristi Duncan Kennedy, Esq.

P.O. Box 750

Phone #  (601) 969-1010

Fax #      (601) 969-5210

Jackson, MS 39205-0750

ecurrie@curriejohnson.com; kkennedy@curriejohnson

## Defendant Counsel Service List For:     Collum, James

### Daniel Coker Horton & Bell

Silas W. McCharen, Esq.

Roy A. Smith, Esq.

Tara S. Clifford, Esq.

P.O. Box 1084

Jackson, MS 39215-0019

Phone #  (601) 969-7607
Fax #     (601) 969-1116
smccharen@danielcoker.com

### Dogan Wilkinson Kinard Smith & Edwards

Robert Wilkinson, Esq.

Nathan A. Bosio, Esq.

P.O. Box 1618

Pascagoula, MS 39568-1618

Phone #  (228) 762-2272
Fax #     (228) 762-3223
doganwilkinson.com

### Dukes, Dukes, Keating & Faneca, P.A.

Walter W. Dukes, Esq.

2909 15th Street
Sixth Floor
Gulfport, MS   39501

Phone #  (228) 868-1111
Fax #     (228) 863-2886
walter@ddkf.com

### Evert & Weathersby

C. Michael Evert, Jr., Esq.

3405 Piedmont Road
Suite 225
Atlanta, GA 30305

Phone #
Fax #     (404) 233-8933

### Forman Perry Watkins & Tardy PLLC

Craig E. Brasfield, Esq.

Michael D. Goggans, Esq.

Stefan Bourn, Esq.

P.O. Box 22608

Jackson, MS 39225-2608

Phone #  (601) 960-8600
Fax #     (601) 960-8613
craig@fpwk.com;
sbossier@fpwk.com;
stefanb@fpwk.co

## Defendant Counsel Service List For:    Collum, James

### Frilot Partridge Kohnke & Clements, LC

John J. Hainkel, III, Esq.

3600 Energy Centre

1100 Poydras Street

New Orleans, LA 70163-3600

Phone #

Fax #

### Gholson Hicks & Nichols

Aubrey E. Nichols, Esq.

P.O. Box 1111

Columbus MS 39703

Phone #

Fax #

### Hand Arrendall

Joe E. Basenberg, Esq.

P.O. Box 123

Mobile, AL 36601

Phone #   (251) 694-6264

Fax #     (251) 694-6375

joeb@handarrendall.com

### Page Mannino Peresich & McDermott, PLLC

W. Mark Edwards, Esq.          Ronald G. Peresich, Esq.          Michael E. Whitehead, Esq.

P.O. Drawer 289

Biloxi MS 39533

Phone #   (228) 374-2100

Fax #     (228) 432-5539

ronald.peresich@pmp.org

### Smith, Reeves & Yarborough, PLLC

William C. Reeves, Esq.

6360 I-55 North

Suite 201

Jackson, MS 39211

Phone #   (601) 965-7200

Fax #     (601) 965-7201

breeves@smithreeves.com

### Upshaw Williams Biggers Beckham & Riddick

Marc. A. Biggers, Esq.

Post Office Drawer 8230

Greenwood MS 38935

Phone #

Fax #

## Defendant Counsel Service List For:   Collum, James

**Wells Moore Simmons & Hubbard, PLLC**

Jeffrey P. Hubbard, esq.

P.O. Box 1970

Jackson, MS 39215-1970

Phone #  (601) 354-5400

Fax #    (601) 355-5850

jphub1@wellsmoore.com

## Defendant Counsel Service List For:     Gordon, Fred

### Baker Donelson Bearman Caldwell & Berkowitz, PC

Robert Arentson, Esq.          Scott Bates, Esq.          P.O. Box 14167          Phone #

Fax #

Jackson, MS 39236

### Bernard Cassisa Elliott & Davis, PC

Paul V. Cassisa, Jr., Esq.          Ann Sico, Esq.          P.O. Box 55490          Phone #  (504) 834-2612

Fax #   (504) 838-9438

Metairie LA 70055-5490          cassisap@bernardcassisa.co
m; sicoa@bernardcassisa

### Bruce M. Keuhnle, Jr., PLLC

Bruce M. Keuhnle, Jr., Esq.          P.O. Box 866          Phone #  (601) 442-2733

Fax #   (601) 442-4085

Natchez, MS 39122-0866

### Brunini Grantham Grower & Hewes, PLLC

Robert L. Gibbs, Esq.          A. La'Verne Edney, Esq.          P.O. Drawer 119          Phone #  (601) 948-3101

Fax #   (601) 960-6902

Jackson, MS 39205          cgreen@brunini.com

### Currie Johnson Griffin Gaines & Myers, PA

Edward J. Currie, Jr., Esq.          Kristi Duncan Kennedy, Esq.          P.O. Box 750          Phone #  (601) 969-1010

Fax #   (601) 969-5210

Jackson, MS 39205-0750          ecurrie@curriejohnson.com
; kkennedy@curriejohnson

### Daniel Coker Horton & Bell

Silas W. McCharen, Esq.          Roy A. Smith, Esq.          Tara S. Clifford, Esq.          P.O. Box 1084          Phone #  (601) 969-7607

Fax #   (601) 969-1116

Jackson, MS 39215-0019          smccharen@danielcoker.co
m

## Defendant Counsel Service List For:   Gordon, Fred

### Dogan Wilkinson Kinard Smith & Edwards

Robert Wilkinson, Esq.          Nathan A. Bosio, Esq.          P.O. Box 1618          Phone #   (228) 762-2272

Fax #      (228) 762-3223

Pascagoula, MS 39568-          doganwilkinson.com
1618

### Dukes, Dukes, Keating & Faneca, P.A.

Walter W. Dukes, Esq.          2909 15th Street          Phone #   (228) 868-1111

Sixth Floor          Fax #      (228) 863-2886

Gulfport, MS   39501          walter@ddkf.com

### Evert & Weathersby

C. Michael Evert, Jr., Esq.          3405 Piedmont Road          Phone #

Suite 225          Fax #      (404) 233-8933

Atlanta, GA 30305

### Forman Perry Watkins & Tardy PLLC

Craig E. Brasfield, Esq.          Michael D. Goggans, Esq.          Stefan Bourn, Esq.          P.O. Box 22608          Phone #   (601) 960-8600

Fax #      (601) 960-8613

Jackson, MS 39225-2608          craig@fpwk.com;
sbossier@fpwk.com;
stefanb@fpwk.co

### Gholson Hicks & Nichols

Aubrey E. Nichols, Esq.          P.O. Box 1111          Phone #

Fax #

Columbus MS 39703

### Hand Arrendall

Joe E. Basenberg, Esq.          P.O. Box 123          Phone #   (251) 694-6264

Fax #      (251) 694-6375

Mobile, AL 36601          joeb@handarrendall.com

## Defendant Counsel Service List For: Gordon, Fred

### McGlinchey Stafford & Lang

Betty A. Mallett, Esq.

Post Office Drawer 22949

Jackson, MS 39225-2949

Phone #

Fax #

### Page Mannino Peresich & McDermott, PLLC

W. Mark Edwards, Esq.     Ronald G. Peresich, Esq.     Michael E. Whitehead, Esq.

P.O. Drawer 289

Biloxi MS 39533

Phone #   (228) 374-2100

Fax #    (228) 432-5539

ronald.peresich@pmp.org

### Phelps Dunbar

Ross F. Bass, esq.

P.O. Box 23066

Jackson, MS 39201

Phone #   (601) 352-2300

Fax #    (601) 360-9777

bassr@phelps.com

### Smith, Reeves & Yarborough, PLLC

William C. Reeves, Esq.

6360 I-55 North

Suite 201

Jackson, MS 39211

Phone #   (601) 965-7200

Fax #    (601) 965-7201

breeves@smithreeves.com

### Upshaw Williams Biggers Beckham & Riddick

Marc. A. Biggers, Esq.

Post Office Drawer 8230

Greenwood MS 38935

Phone #

Fax #

### Wells Moore Simmons & Hubbard, PLLC

Jeffrey P. Hubbard, esq.

P.O. Box 1970

Jackson, MS 39215-1970

Phone #   (601) 354-5400

Fax #    (601) 355-5850

jphub1@wellsmoore.com

## Defendant Counsel Service List For:    King, Jimmie

### Aultman, Tyner, Ruffin & Yarborough, Ltd.

| Thomas W. Tyner, Esq. | Christopher O. Massenburg, Esq. | William N. Graham, Esq. | P. O. Drawer 750 | Phone # (601) 583-2671 |
|---|---|---|---|---|
| | | | | Fax #  (601) 583-2677 |
| | | | Hattiesburg, MS   39401 | aultyn@megagate.com |

### Baker Donelson Bearman Caldwell & Berkowitz, PC

| Robert Arentson, Esq. | Scott Bates, Esq. | | P.O. Box 14167 | Phone # |
|---|---|---|---|---|
| | | | | Fax # |
| | | | Jackson, MS 39236 | |

### Barfield & Associates

| Kimberly P. Wallace | | | PO Drawer 3979 | Phone # |
|---|---|---|---|---|
| | | | | Fax #  (601) 968-9425 |
| | | | Jackson, MS 39207 | |

### Bernard Cassisa Elliott & Davis, PC

| Paul V. Cassisa, Jr., Esq. | Ann Sico, Esq. | | P.O. Box 55490 | Phone # (504) 834-2612 |
|---|---|---|---|---|
| | | | | Fax #  (504) 838-9438 |
| | | | Metairie LA 70055-5490 | cassisap@bernardcassisa.com; sicoa@bernardcassisa |

### Bruce M. Keuhnle, Jr., PLLC

| Bruce M. Keuhnle, Jr., Esq. | | | P.O. Box 866 | Phone # (601) 442-2733 |
|---|---|---|---|---|
| | | | | Fax #  (601) 442-4085 |
| | | | Natchez, MS 39122-0866 | |

### Currie Johnson Griffin Gaines & Myers, PA

| Edward J. Currie, Jr., Esq. | Kristi Duncan Kennedy, Esq. | | P.O. Box 750 | Phone # (601) 969-1010 |
|---|---|---|---|---|
| | | | | Fax #  (601) 969-5210 |
| | | | Jackson, MS 39205-0750 | ecurrie@curriejohnson.com; kkennedy@curriejohnson |

## Defendant Counsel Service List For:   King, Jimmie

### Daniel Coker Horton & Bell

Silas W. McCharen, Esq.          Roy A. Smith, Esq.          Tara S. Clifford, Esq.

P.O. Box 1084

Jackson, MS 39215-0019

Phone # (601) 969-7607
Fax #   (601) 969-1116
smccharen@danielcoker.co
m

### Dogan & Wilkinson, PLLC

David W. Dogan, III, Esq.        David Trewolla, Esq.

P.O. Box 23062

Jackson, MS 39225

Phone # (601) 351-3200
Fax #   (601) 351-3232
DTREWOLLA@DOGAN
WILKINSON.COM

### Dukes, Dukes, Keating & Faneca, P.A.

Walter W. Dukes, Esq.

2909 15th Street

Sixth Floor

Gulfport, MS   39501

Phone # (228) 868-1111
Fax #   (228) 863-2886
walter@ddkf.com

### Evert & Weathersby

C. Michael Evert, Jr., Esq.

3405 Piedmont Road

Suite 225

Atlanta, GA 30305

Phone #

Fax #   (404) 233-8933

C. Michael Evert, Jr., Esq.

3405 Piedmont Road

Suite 225

Atlanta, GA 30305

Phone #

Fax #   (404) 233-8933

### Forman Perry Watkins & Tardy PLLC

Craig E. Brasfield, Esq.         Michael D. Goggans, Esq.         Stefan Bourn, Esq.

P.O. Box 22608

Jackson, MS 39225-2608

Phone # (601) 960-8600
Fax #   (601) 960-8613
craig@fpwk.com;
sbossier@fpwk.com;
stefanb@fpwk.co

## Defendant Counsel Service List For:   King, Jimmie

### Frilot Partridge Kohnke & Clements, LC

John J. Hainkel, III, Esq.

3600 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3600

Phone #
Fax #

### Gholson Hicks & Nichols

Aubrey E. Nichols, Esq.

P.O. Box 1111

Columbus MS 39703

Phone #
Fax #

### Hand Arrendall

Joe E. Basenberg, Esq.

P.O. Box 123

Mobile, AL 36601

Phone #   (251) 694-6264
Fax #     (251) 694-6375
joeb@handarrendall.com

### McGlinchey Stafford & Lang

Betty A. Mallett, Esq.

Post Office Drawer 22949

Jackson, MS 39225-2949

Phone #
Fax #

### Page Mannino Peresich & McDermott, PLLC

W. Mark Edwards, Esq.     Ronald G. Peresich, Esq.     Michael E. Whitehead, Esq.

P.O. Drawer 289

Biloxi MS 39533

Phone #   (228) 374-2100
Fax #     (228) 432-5539
ronald.peresich@pmp.org

### Upshaw Williams Biggers Beckham & Riddick

Marc. A. Biggers, Esq.

Post Office Drawer 8230

Greenwood MS 38935

Phone #
Fax #

## Defendant Counsel Service List For:     King, Jimmie

**Wells Moore Simmons & Hubbard, PLLC**

Jeffrey P. Hubbard, esq.

P.O. Box 1970

Jackson, MS 39215-1970

Phone #  (601) 354-5400

Fax #    (601) 355-5850

jphub1@wellsmoore.com

## Defendant Counsel Service List For:   Reiman, Lee

### Aultman, Tyner, Ruffin & Yarborough, Ltd.

| | | | |
|---|---|---|---|
| Thomas W. Tyner, Esq. | Christopher O. Massenburg, Esq. | William N. Graham, Esq. | P. O. Drawer 750 | Phone # (601) 583-2671 |

Fax #    (601) 583-2677

Hattiesburg, MS   39401    aultyn@megagate.com

### Baker Donelson Bearman Caldwell & Berkowitz, PC

Robert Arentson, Esq.          Scott Bates, Esq.          P.O. Box 14167          Phone #

Fax #

Jackson, MS 39236

### Bernard Cassisa Elliott & Davis, PC

Paul V. Cassisa, Jr., Esq.          Ann Sico, Esq.          P.O. Box 55490          Phone # (504) 834-2612

Fax #    (504) 838-9438

Metairie LA 70055-5490    cassisap@bernardcassisa.co
m; sicoa@bernardcassisa

### Brown Buchanan & Sessoms

Patrick R. Buchanan, Esq.          Julie L. Pottenger, Esq.          Raymond L. Brown, Esq.          P.O. Box 2220          Phone # (228) 374-2999

Fax #    (228) 435-7090

Pascagoula, MS 39569    rlb@brownbuchanan.com;
mailb@brownbuchanan.co
m

### Bruce M. Keuhnle, Jr., PLLC

Bruce M. Keuhnle, Jr., Esq.          P.O. Box 866          Phone # (601) 442-2733

Fax #    (601) 442-4085

Natchez, MS 39122-0866

## Defendant Counsel Service List For:     Reiman, Lee

### Butler, Snow, O'Mara, Stevens & Cannada, PLLC

| | | |
|---|---|---|
| W. Scott Welch, III, Esq. | Joshua J. Wiener, Esq. | Patricia C. Gandy, Esq. |

P. O. Box 22567

Jackson, MS   39225-2567

Phone #  (601) 985-4580
Fax #     (601) 985-4500
patti.gandy@butlersnow.co
m; mark.garriga@butlersno

### Currie Johnson Griffin Gaines & Myers, PA

| | |
|---|---|
| Edward J. Currie, Jr., Esq. | Kristi Duncan Kennedy, Esq. |

P.O. Box 750

Jackson, MS 39205-0750

Phone #  (601) 969-1010
Fax #     (601) 969-5210
ecurrie@curriejohnson.com
; kkennedy@curriejohnson

### Daniel Coker Horton & Bell

| | |
|---|---|
| Silas W. McCharen, Esq. | Roy A. Smith, Esq. |

P.O. Box 1084

Jackson, MS 39215-0019

Phone #  (601) 969-7607
Fax #     (601) 969-1116
smccharen@danielcoker.co
m

### Deaton & Deaton, PA

Chris H. Deaton, Esq.

113 Clark Street

Suite 5

Tupelo, MS 38804

Phone #
Fax #

### Dogan Wilkinson Kinard Smith & Edwards

| | |
|---|---|
| Robert Wilkinson, Esq. | Nathan A. Bosio, Esq. |

P.O. Box 1618

Pascagoula, MS 39568-1618

Phone #  (228) 762-2272
Fax #     (228) 762-3223
doganwilkinson.com

### Dukes, Dukes, Keating & Faneca, P.A.

Walter W. Dukes, Esq.

2909 15th Street

Sixth Floor

Gulfport, MS   39501

Phone #  (228) 868-1111
Fax #     (228) 863-2886
walter@ddkf.com

## Defendant Counsel Service List For:     Reiman, Lee

### Evert & Weathersby

C. Michael Evert, Jr., Esq.

3405 Piedmont Road
Suite 225
Atlanta, GA 30305

Phone #
Fax #      (404) 233-8933

### Forman Perry Watkins & Tardy PLLC

Craig E. Brasfield, Esq.      Michael D. Goggans, Esq.      Stefan Bourn, Esq.

P.O. Box 22608

Jackson, MS 39225-2608

Phone #  (601) 960-8600
Fax #      (601) 960-8613

craig@fpwk.com;
sbossier@fpwk.com;
stefanb@fpwk.co

### Frilot Partridge Kohnke & Clements, LC

John J. Hainkel, III, Esq.

3600 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3600

Phone #
Fax #

### Gholson Hicks & Nichols

Aubrey E. Nichols, Esq.

P.O. Box 1111

Columbus MS 39703

Phone #
Fax #

### Hand Arrendall

Joe E. Basenberg, Esq.

P.O. Box 123

Mobile, AL 36601

Phone #  (251) 694-6264
Fax #      (251) 694-6375

joeb@handarrendall.com

### McGlinchey Stafford & Lang

Betty A. Mallett, Esq.

Post Office Drawer 22949

Jackson, MS 39225-2949

Phone #
Fax #

## Defendant Counsel Service List For:     Reiman, Lee

### Page Kruger & Hollan, PA

Thomas Y. Page, Esq.

P.O. Box 1163

Phone #

Fax #

Jackson, MS 39215

### Page Mannino Peresich & McDermott, PLLC

W. Mark Edwards, Esq.      Ronald G. Peresich, Esq.

Michael E. Whitehead, Esq.

P.O. Drawer 289

Phone #   (228) 374-2100

Fax #      (228) 432-5539

Biloxi MS 39533

ronald.peresich@pmp.org

### Smith, Reeves & Yarborough, PLLC

William C. Reeves, Esq.

6360 I-55 North

Phone #   (601) 965-7200

Suite 201

Fax #      (601) 965-7201

Jackson, MS 39211

breeves@smithreeves.com

### Upshaw Williams Biggers Beckham & Riddick

Marc. A. Biggers, Esq.

Post Office Drawer 8230

Phone #

Fax #

Greenwood MS 38935

### Wells Moore Simmons & Hubbard, PLLC

Jeffrey P. Hubbard, esq.

P.O. Box 1970

Phone #   (601) 354-5400

Fax #      (601) 355-5850

Jackson, MS 39215-1970

jphub1@wellsmoore.com

## Defendant Counsel Service List For:   Smith, Eslie

### Baker Donelson Bearman Caldwell & Berkowitz, PC

| Robert Arentson, Esq. | Scott Bates, Esq. | P.O. Box 14167 | Phone # |
|---|---|---|---|
| | | | Fax # |
| | | Jackson, MS 39236 | |

### Barfield & Associates

| Kimberly P. Wallace | | PO Drawer 3979 | Phone # |
|---|---|---|---|
| | | | Fax #   (601) 968-9425 |
| | | Jackson, MS 39207 | |

### Bernard Cassisa Elliott & Davis, PC

| Paul V. Cassisa, Jr., Esq. | Ann Sico, Esq. | P.O. Box 55490 | Phone #   (504) 834-2612 |
|---|---|---|---|
| | | | Fax #   (504) 838-9438 |
| | | Metairie LA 70055-5490 | cassisap@bernardcassisa.com; sicoa@bernardcassisa |

### Bruce M. Keuhnle, Jr., PLLC

| Bruce M. Keuhnle, Jr., Esq. | | P.O. Box 866 | Phone #   (601) 442-2733 |
|---|---|---|---|
| | | | Fax #   (601) 442-4085 |
| | | Natchez, MS 39122-0866 | |

### Butler, Snow, O'Mara, Stevens & Cannada, PLLC

| W. Scott Welch, III, Esq. | Joshua J. Wiener, Esq.   Patricia C. Gandy, Esq. | P. O. Box 22567 | Phone #   (601) 985-4580 |
|---|---|---|---|
| | | | Fax #   (601) 985-4500 |
| | | Jackson, MS   39225-2567 | patti.gandy@butlersnow.com; mark.garriga@butlersno |

### Currie Johnson Griffin Gaines & Myers, PA

| Edward J. Currie, Jr., Esq. | Kristi Duncan Kennedy, Esq. | P.O. Box 750 | Phone #   (601) 969-1010 |
|---|---|---|---|
| | | | Fax #   (601) 969-5210 |
| | | Jackson, MS 39205-0750 | ecurrie@curriejohnson.com; kkennedy@curriejohnson |

# Defendant Counsel Service List For:   Taylor, Charlie

## Baker Donelson Bearman Caldwell & Berkowitz, PC

| | | | |
|---|---|---|---|
| Robert Arentson, Esq. | Scott Bates, Esq. | P.O. Box 14167 | Phone # |
| | | | Fax # |
| | | Jackson, MS 39236 | |

## Bernard Cassisa Elliott & Davis, PC

| | | | |
|---|---|---|---|
| Paul V. Cassisa, Jr., Esq. | Ann Sico, Esq. | P.O. Box 55490 | Phone # (504) 834-2612 |
| | | | Fax # (504) 838-9438 |
| | | Metairie LA 70055-5490 | cassisap@bernardcassisa.com; sicoa@bernardcassisa |

## Bruce M. Keuhnle, Jr., PLLC

| | | |
|---|---|---|
| Bruce M. Keuhnle, Jr., Esq. | P.O. Box 866 | Phone # (601) 442-2733 |
| | | Fax # (601) 442-4085 |
| | Natchez, MS 39122-0866 | |

## Brunini Grantham Grower & Hewes, PLLC

| | | | |
|---|---|---|---|
| Robert L. Gibbs, Esq. | A. La'Verne Edney, Esq. | P.O. Drawer 119 | Phone # (601) 948-3101 |
| | | | Fax # (601) 960-6902 |
| | | Jackson, MS 39205 | cgreen@brunini.com |

## Currie Johnson Griffin Gaines & Myers, PA

| | | | |
|---|---|---|---|
| Edward J. Currie, Jr., Esq. | Kristi Duncan Kennedy, Esq. | P.O. Box 750 | Phone # (601) 969-1010 |
| | | | Fax # (601) 969-5210 |
| | | Jackson, MS 39205-0750 | ecurrie@curriejohnson.com; kkennedy@curriejohnson |

## Daniel Coker Horton & Bell

| | | | |
|---|---|---|---|
| Silas W. McCharen, Esq. | Roy A. Smith, Esq. | Tara S. Clifford, Esq. | P.O. Box 1084 | Phone # (601) 969-7607 |
| | | | Fax # (601) 969-1116 |
| | | | Jackson, MS 39215-0019 | smccharen@danielcoker.com |

## Defendant Counsel Service List For: Taylor, Charlie

### Deaton & Deaton,PA

Chris H. Deaton, Esq.

113 Clark Street
Suite 5
Tupelo, MS 38804

Phone #
Fax #

### Dogan Wilkinson Kinard Smith & Edwards

Robert Wilkinson, Esq.    Nathan A. Bosio, Esq.

P.O. Box 1618

Pascagoula, MS 39568-1618

Phone #  (228) 762-2272
Fax #    (228) 762-3223
doganwilkinson.com

### Dukes, Dukes, Keating & Faneca, P.A.

Walter W. Dukes, Esq.

2909 15th Street
Sixth Floor
Gulfport, MS   39501

Phone #  (228) 868-1111
Fax #    (228) 863-2886
walter@ddkf.com

### Evert & Weathersby

C. Michael Evert, Jr., Esq.

3405 Piedmont Road
Suite 225
Atlanta, GA 30305

Phone #
Fax #    (404) 233-8933

### Forman Perry Watkins & Tardy PLLC

Craig E. Brasfield, Esq.    Michael D. Goggans, Esq.    Stefan Bourn, Esq.

P.O. Box 22608

Jackson, MS 39225-2608

Phone #  (601) 960-8600
Fax #    (601) 960-8613
craig@fpwk.com;
sbossier@fpwk.com;
stefanb@fpwk.co

### Gholson Hicks & Nichols

Aubrey E. Nichols, Esq.

P.O. Box 1111

Columbus MS 39703

Phone #
Fax #

## Defendant Counsel Service List For:     Taylor, Charlie

**Hand Arrendall**

Joe E. Basenberg, Esq.

P.O. Box 123

Mobile, AL 36601

Phone #   (251) 694-6264
Fax #     (251) 694-6375
joeb@handarrendall.com

**McGlinchey Stafford & Lang**

Betty A. Mallett, Esq.

Post Office Drawer
22949

Jackson, MS 39225-2949

Phone #

Fax #

**Page Mannino Peresich & McDermott, PLLC**

W. Mark Edwards, Esq.     Ronald G. Peresich, Esq.     Michael E. Whitehead, Esq.

P.O. Drawer 289

Biloxi MS 39533

Phone #   (228) 374-2100
Fax #     (228) 432-5539
ronald.peresich@pmp.org

**Phelps Dunbar**

Ross F. Bass, esq.

P.O. Box 23066

Jackson, MS 39201

Phone #   (601) 352-2300
Fax #     (601) 360-9777
bassr@phelps.com

**Smith, Reeves & Yarborough, PLLC**

William C. Reeves, Esq.

6360 I-55 North

Suite 201

Jackson, MS 39211

Phone #   (601) 965-7200
Fax #     (601) 965-7201
breeves@smithreeves.com

**Upshaw Williams Biggers Beckham & Riddick**

Marc. A. Biggers, Esq.

Post Office Drawer 8230

Greenwood MS 38935

Phone #

Fax #

## Defendant Counsel Service List For:

## Taylor, Charlie

### Wells Moore Simmons & Hubbard, PLLC

Jeffrey P. Hubbard, esq.

P.O. Box 1970

Jackson, MS 39215-1970

Phone #  (601) 354-5400

Fax #    (601) 355-5850

jphub1@wellsmoore.com

## Defendant Counsel Service List For:   Waltman, W.G.

### Aultman, Tyner, Ruffin & Yarborough, Ltd.

Thomas W. Tyner, Esq.

Christopher O. Massenburg, Esq.

William N. Graham, Esq.

P. O. Drawer 750

Hattiesburg, MS   39401

Phone #  (601) 583-2671

Fax #   (601) 583-2677

aultyn@megagate.com

### Baker Donelson Bearman Caldwell & Berkowitz, PC

Robert Arentson, Esq.

Scott Bates, Esq.

P.O. Box 14167

Jackson, MS 39236

Phone #

Fax #

### Barfield & Associates

Kimberly P. Wallace

PO Drawer 3979

Jackson, MS 39207

Phone #

Fax #   (601) 968-9425

### Bernard Cassisa Elliott & Davis, PC

Paul V. Cassisa, Jr., Esq.

Ann Sico, Esq.

P.O. Box 55490

Metairie LA 70055-5490

Phone #  (504) 834-2612

Fax #   (504) 838-9438

cassisap@bernardcassisa.co
m; sicoa@bernardcassisa

### Bruce M. Keuhnle, Jr., PLLC

Bruce M. Keuhnle, Jr., Esq.

P.O. Box 866

Natchez, MS 39122-0866

Phone #  (601) 442-2733

Fax #   (601) 442-4085

### Butler, Snow, O'Mara, Stevens & Cannada, PLLC

W. Scott Welch, III, Esq.

Joshua J. Wiener, Esq.

Patricia C. Gandy, Esq.

P. O. Box 22567

Jackson, MS   39225-2567

Phone #  (601) 985-4580

Fax #   (601) 985-4500

patti.gandy@butlersnow.co
m; mark.garriga@butlersno

## Defendant Counsel Service List For:   Waltman, W.G.

### Currie Johnson Griffin Gaines & Myers, PA

Edward J. Currie, Jr., Esq.   Kristi Duncan Kennedy, Esq.   P.O. Box 750

Jackson, MS 39205-0750

Phone #  (601) 969-1010
Fax #     (601) 969-5210
ecurrie@curriejohnson.com
; kkennedy@curriejohnson

### Daniel Coker Horton & Bell

Silas W. McCharen, Esq.   Roy A. Smith, Esq.   Tara S. Clifford, Esq.   P.O. Box 1084

Jackson, MS 39215-0019

Phone #  (601) 969-7607
Fax #     (601) 969-1116
smccharen@danielcoker.com

### Dogan Wilkinson Kinard Smith & Edwards

Robert Wilkinson, Esq.   Nathan A. Bosio, Esq.   P.O. Box 1618

Pascagoula, MS 39568-1618

Phone #  (228) 762-2272
Fax #     (228) 762-3223
doganwilkinson.com

### Dukes, Dukes, Keating & Faneca, P.A.

Walter W. Dukes, Esq.   2909 15th Street
Sixth Floor
Gulfport, MS   39501

Phone #  (228) 868-1111
Fax #     (228) 863-2886
walter@ddkf.com

### Evert & Weathersby

C. Michael Evert, Jr., Esq.   3405 Piedmont Road
Suite 225
Atlanta, GA 30305

Phone #
Fax #     (404) 233-8933

## Defendant Counsel Service List For:   Waltman, W.G.

### Forman Perry Watkins & Tardy PLLC

Craig E. Brasfield, Esq.    Michael D. Goggans, Esq.    Stefan Bourn, Esq.

P.O. Box 22608

Jackson, MS 39225-2608

Phone #   (601) 960-8600

Fax #   (601) 960-8613

craig@fpwk.com;
sbossier@fpwk.com;
stefanb@fpwk.co

### Frilot Partridge Kohnke & Clements, LC

John J. Hainkel, III, Esq.

3600 Energy Centre

1100 Poydras Street

New Orleans, LA 70163-3600

Phone #

Fax #

### Gholson Hicks & Nichols

Aubrey E. Nichols, Esq.

P.O. Box 1111

Columbus MS 39703

Phone #

Fax #

### Hand Arrendall

Joe E. Basenberg, Esq.

P.O. Box 123

Mobile, AL 36601

Phone #   (251) 694-6264

Fax #   (251) 694-6375

joeb@handarrendall.com

### McGlinchey Stafford & Lang

Betty A. Mallett, Esq.

Post Office Drawer 22949

Jackson, MS 39225-2949

Phone #

Fax #

### Page Mannino Peresich & McDermott, PLLC

W. Mark Edwards, Esq.    Ronald G. Peresich, Esq.    Michael E. Whitehead, Esq.

P.O. Drawer 289

Biloxi MS 39533

Phone #   (228) 374-2100

Fax #   (228) 432-5539

ronald.peresich@pmp.org

## Defendant Counsel Service List For:     Waltman, W.G.

### Smith, Reeves & Yarborough, PLLC

William C. Reeves, Esq.

6360 I-55 North
Suite 201
Jackson, MS 39211

Phone # (601) 965-7200
Fax #   (601) 965-7201
breeves@smithreeves.com

### Upshaw Williams Biggers Beckham & Riddick

Marc. A. Biggers, Esq.

Post Office Drawer 8230

Greenwood MS 38935

Phone #
Fax #

### Wells Moore Simmons & Hubbard, PLLC

Jeffrey P. Hubbard, esq.

P.O. Box 1970

Jackson, MS 39215-1970

Phone # (601) 354-5400
Fax #   (601) 355-5850
jphub1@wellsmoore.com

# Defendant Counsel Service List For:     Moore, Eddie

## Aultman, Tyner, Ruffin & Yarborough, Ltd.

| | | | |
|---|---|---|---|
| Thomas W. Tyner, Esq. | Christopher O. Massenburg, Esq. | William N. Graham, Esq. | P. O. Drawer 750 |

Phone #  (601) 583-2671

Fax #  (601) 583-2677
aultyn@megagate.com

Hattiesburg, MS   39401

## Baker Donelson Bearman Caldwell & Berkowitz, PC

Robert Arentson, Esq.       Scott Bates, Esq.

P.O. Box 14167

Phone #

Fax #

Jackson, MS 39236

## Bernard Cassisa Elliott & Davis, PC

Paul V. Cassisa, Jr., Esq.       Ann Sico, Esq.

P.O. Box 55490

Phone #  (504) 834-2612

Fax #  (504) 838-9438
cassisap@bernardcassisa.com; sicoa@bernardcassisa

Metairie LA 70055-5490

## Brown Buchanan & Sessoms

Patrick R. Buchanan, Esq.       Julie L. Pottenger, Esq.       Raymond L. Brown, Esq.

P.O. Box 2220

Phone #  (228) 374-2999

Fax #  (228) 435-7090
rlb@brownbuchanan.com; mailb@brownbuchanan.com

Pascagoula, MS 39569

## Bruce M. Keuhnle, Jr., PLLC

Bruce M. Keuhnle, Jr., Esq.

P.O. Box 866

Phone #  (601) 442-2733

Fax #  (601) 442-4085

Natchez, MS 39122-0866

## Campbell DeLong Hagwood & Wade, LLP

Lawrence Wade, Esq.       Robert Warrington, Esq.       Robert F. Hathaway, Esq.

P.O. Box 1856

Phone #  (662) 325-6011

Fax #  (662) 334-6407

Greenville MS 38702-1856

## Defendant Counsel Service List For:   Moore, Eddie

### Currie Johnson Griffin Gaines & Myers, PA

Edward J. Currie, Jr., Esq.     Kristi Duncan Kennedy, Esq.     P.O. Box 750     Phone #  (601) 969-1010

Jackson, MS 39205-0750     Fax #     (601) 969-5210

ecurrie@curriejohnson.com ; kkennedy@curriejohnson

### Daniel Coker Horton & Bell

Silas W. McCharen, Esq.     Roy A. Smith, Esq.     Tara S. Clifford, Esq.     P.O. Box 1084     Phone #  (601) 969-7607

Jackson, MS 39215-0019     Fax #     (601) 969-1116

smccharen@danielcoker.com

### Deaton & Deaton,PA

Chris H. Deaton, Esq.     113 Clark Street     Phone #

Suite 5     Fax #

Tupelo, MS 38804

### Dogan Wilkinson Kinard Smith & Edwards

Robert Wilkinson, Esq.     Nathan A. Bosio, Esq.     P.O. Box 1618     Phone #  (228) 762-2272

Fax #     (228) 762-3223

Pascagoula, MS 39568-1618     doganwilkinson.com

### Dukes, Dukes, Keating & Faneca, P.A.

Walter W. Dukes, Esq.     2909 15th Street     Phone #  (228) 868-1111

Sixth Floor     Fax #     (228) 863-2886

Gulfport, MS   39501     walter@ddkf.com

### Evert & Weathersby

C. Michael Evert, Jr., Esq.     3405 Piedmont Road     Phone #

Suite 225     Fax #     (404) 233-8933

Atlanta, GA 30305

## Defendant Counsel Service List For:   Moore, Eddie

### Forman Perry Watkins & Tardy PLLC

| Craig E. Brasfield, Esq. | Michael D. Goggans, Esq. | Stefan Bourn, Esq. | P.O. Box 22608 | Phone # (601) 960-8600 |
|---|---|---|---|---|
| | | | | Fax # (601) 960-8613 |
| | | | Jackson, MS 39225-2608 | craig@fpwk.com; sbossier@fpwk.com; stefanb@fpwk.co |

### Frilot Partridge Kohnke & Clements, LC

| John J. Hainkel, III, Esq. | 3600 Energy Centre | Phone # |
|---|---|---|
| | 1100 Poydras Street | Fax # |
| | New Orleans, LA 70163-3600 | |

### Gholson Hicks & Nichols

| Aubrey E. Nichols, Esq. | P.O. Box 1111 | Phone # |
|---|---|---|
| | | Fax # |
| | Columbus MS 39703 | |

### Hand Arrendall

| Joe E. Basenberg, Esq. | P.O. Box 123 | Phone # (251) 694-6264 |
|---|---|---|
| | | Fax # (251) 694-6375 |
| | Mobile, AL 36601 | joeb@handarrendall.com |

### McGlinchey Stafford & Lang

| Betty A. Mallett, Esq. | Post Office Drawer 22949 | Phone # |
|---|---|---|
| | | Fax # |
| | Jackson, MS 39225-2949 | |

### Page Kruger & Hollan, PA

| Thomas Y. Page, Esq. | P.O. Box 1163 | Phone # |
|---|---|---|
| | | Fax # |
| | Jackson, MS 39215 | |

## Defendant Counsel Service List For:   Moore, Eddie

### Page Mannino Peresich & McDermott, PLLC

W. Mark Edwards, Esq.   Ronald G. Peresich, Esq.   Michael E. Whitehead, Esq.   P.O. Drawer 289   Phone #  (228) 374-2100

Fax #      (228) 432-5539

Biloxi MS 39533   ronald.peresich@pmp.org

### Smith, Reeves & Yarborough, PLLC

William C. Reeves, Esq.   6360 I-55 North   Phone #  (601) 965-7200

Suite 201   Fax #      (601) 965-7201

Jackson, MS 39211   breeves@smithreeves.com

### Upshaw Williams Biggers Beckham & Riddick

Marc. A. Biggers, Esq.   Post Office Drawer 8230   Phone #

Fax #

Greenwood MS 38935

### Wells Moore Simmons & Hubbard, PLLC

Jeffrey P. Hubbard, esq.   P.O. Box 1970   Phone #  (601) 354-5400

Fax #      (601) 355-5850

Jackson, MS 39215-1970   jphub1@wellsmoore.com

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 5 2004

FILED
CLERK'S OFFICE

DOCKET NO. 875
# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**This document relates to the following cases:**

*Daniel Aldridge, et al. v. Honeywell International, Inc. et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03cv793GRo**

*Jerry L. Waters, et al. v. Honeywell International, Inc. et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03cv794GRo**

*Elsie Smith, et al. v. Honeywell International, Inc., et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03cv795GRo**

*Lewis Wright, et al. v. Honeywell International, Inc. et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03cv797GRo**

*Willie Spann, et al. v. Honeywell International, Inc., et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03cv798GRo**

*Johnnie Spann, et al. v. Honeywell International, Inc., et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03cv799GRo**

*Curtis Bush, et al. v. Honeywell International, Inc., et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,**
**Civil Action No. 1:03cv805GRo**

*James Collum, et al. v. Honeywell International, Inc., et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,
Civil Action No. 1:03cv806GRo**

*Frederick Gordon, et al. V. Honeywell International, Inc., et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,
Civil Action No. 1:03cv807GRo**

*Jimmie King, et al. v. Honeywell International, Inc. et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,
Civil Action No. 1:03cv808Gro**

*Lee Reiman, et al. v. Honeywell International, Inc., et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,
Civil Action No. 1:03cv809GRo**

*Charlie H. Taylor, et al. v. Honeywell International, Inc., et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,
Civil Action No. 1:03cv810GRo**

*W. G. Waltman, et al. v. Honeywell International, Inc., et al.,*
**United States District Court for the Southern District of Mississippi, Southern Division,
Civil Action No. 1:03cv811GRo**

*Eddie Moore, et al. v. Honeywell International, Inc., et al.;*
**United States District Court for the Northern District of Mississippi, Greenville Division,
Civil Action No. 4:03cv388DB**

---

## BRIEF IN SUPPORT OF FORD MOTOR COMPANY'S AND DAIMLERCHRYSLER CORPORATION'S RESPONSE TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

---

### INTRODUCTION:

Defendants Ford Motor Company ("Ford") and DaimlerChrysler Corporation ("Chrysler") file their response to Plaintiffs' Motion to Vacate the Conditional Transfer Order entered by the Clerk of the Panel on March 10, 2004. On July 29, 1991, the Judicial Panel on Multidistrict Litigation ("MDL") ordered that all federal "personal injury or wrongful death

- 2 -

asbestos actions not yet in trial" be transferred to the United States District Court for the Eastern District of Pennsylvania for consolidated and coordinated pre-trial proceedings pursuant to 28 U.S.C. § 1407. *In re Asbestos Products Liability Litigation (No. VI)*, MDL Docket No. 875, 771 F. Supp. 415, 422 & 424 (J.P.M.L. 1991). Plaintiffs do not dispute this case falls within the scope of the MDL Panel's transfer order. Instead, Plaintiffs' object to transfer because they believe, incorrectly, that transfer will not promote the efficient resolution of the case. However, Plaintiffs' reasoning defies logic because it is axiomatic that the coordinated pretrial procedures of one consolidated case will be far more efficient and expeditious than the continuation of fourteen separate cases in the district courts of Mississippi. In fact, this exact scenario was what the asbestos MDL court was designed for. *See In re Asbestos Products Liability Litigation (No. VI)*, MDL Docket No. 875, 771 F. Supp. at 417 (stating that the establishment of an asbestos MDL court is warranted because such "centralization under § 1407 in the Eastern District of Pennsylvania will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation).

Additionally, Plaintiffs heavily rely on the fact that a motion to remand remains pending before the transferor district court. However, this Panel has explicitly rejected this argument on numerous prior occasions.[1] In its initial opinion creating the MDL docket, the Panel made clear that "distinctions based on such matters as the pendency of motions or other matters before the transferor court" do not present a basis "for carving out exceptions to transfer in this

---

[1] *In re Asbestos Products Liability Litigation (No. VI)*, MDL Docket No. 875, 170 F. Supp.2d 1348, 1349 (J.P.M.L. 2001); *In re Asbestos Products Liability Litigation (No. VI)*, MDL Docket No. 875, 1996 WL 143826, *1 (J.P.M.L. Feb. 16, 1996); *In re Asbestos Products Liability Litigation (No. VI)*, MDL Docket No. 875, at 1 n.1 (J.P.M.L. Aug. 9, 2002) (attached as Exhibit A); *In re Asbestos Products Liability Litigation (No. VI)*, MDL Docket No. 875, at 1-2 (J.P.M.L. Feb. 19, 2002) (attached as Exhibit B); *In re Asbestos Products Liability Litigation (No. VI)*, MDL Docket No. 875, at 1-2 (J.P.M.L. April 18, 2001) (attached as Exhibit C).

JM LZC 247025 v1
2139217-000028  04/14/2004

extraordinary docket."[2]  In fact, such a motion is better situated before the MDL court because

the purpose of the MDL is to establish a single district for coordinated pre-trial proceedings,

which furthers judicial economy and eliminates the potential for conflicting pre-trial rulings.[3]

Accordingly, the Panel should deny Plaintiffs' Motion to Vacate the Conditional Transfer Order

and enter a final order transferring this case to the MDL court.

## DISCUSSION:

### 1.  Transfer of These Cases Will Promote the Efficient Resolution of Plaintiffs' Claims Through Consolidated and Coordinated Pre-Trial Procedures

Plaintiffs initially contend that transfer to the Eastern District of Pennsylvania will be

inconvenient to the parties.  However, the MDL Panel addressed this concern in its original order

granting transfer stating the following:

> We remain sensitive to the concerns of some parties that § 1407 transfer will be
> burdensome or inconvenient.  We note that since § 1407 transfer is primarily for
> pretrial, there is usually no need for the parties and witnesses to travel to the
> transferee district for depositions or otherwise.  *See e.g.,* Fed. R. Civ. P. 45(d)(2).
> Furthermore, the judicious use of liaison counsel, lead counsel and steering
> committees will eliminate the need for most counsel ever to travel to the
> transferee district *See Manual for Complex Litigation, Second,* § 20.22 (1985).
> And it is most logical to assume that prudent counsel will combine their forces
> and apportion their workload in order to streamline efforts of the parties and
> witnesses, their counsel, and the judiciary, thereby effectuating an overall savings
> of cost and a reduction of inconvenience to all concerned.  *See In re Nissan Motor
> Corporation Antitrust Litigation,* 385 F. Supp. 1253, 1255 (J.P.M.L. 1974).
> Hopefully, combining such practices with a uniform case management approach
> will, in fact, lead to sizable reductions in transaction costs (and especially
> attorneys' fees).

---

[2]  *In re Asbestos Products Liability Litigation (No. VI),* MDL Docket No. 875, 170 F. Supp.2d 1348, 1349 (J.P.M.L. 2001) (citing *In re Asbestos Products Liability Litigation (No. VI),* MDL Docket No. 875, 771 F.Supp. 415 (J.P.M.L. 1991)).

[3]  *See e.g., In Re New York City Mun. Sec. Litig.,* 572 F.2d 49, 51-52 (2d Cir. 1978); *Good v. Prudential Ins. Co.,* 5 F. Supp. 2d 804, 809 (N.D. Cal. 1998); *In re Air Crash Disaster off Long Island, NY,* 965 F. Supp. 5, 7 (S.D. N.Y. 1997).

- 4 -

Obviously, the benefits accrued from engaging in coordinated and consolidated pretrial procedures greatly outweighs Plaintiffs' perceived inconvenience.

Plaintiffs also argue that transfer will not promote the efficient and expeditious resolution of these cases; however, this argument is specious and ignores the basic premise upon which the MDL court was established.   Specifically, the MDL Panel stated that centralization of the asbestos litigation "under § 1407 in the Eastern District of Pennsylvania will best serve the convenience of the parties and witnesses and promote the just and efficient conduct to this litigation." *In re Asbestos Products Liability Litigation (No. VI),* MDL Docket No. 875, 771 F. Supp. at 417.   Transfer of these cases from the Mississippi district courts will allow all of the cases to enjoy a uniform pre-trial procedure as established by the MDL court.   Obviously, this consolidated pretrial procedure will provide for efficient discovery procedures, will eliminate any potential for inconsistent rulings, and will facilitate the expeditious resolution of Plaintiffs' claims.[4]   Accordingly, the MDL Panel should follow its earlier mandate and transfer this case to the MDL court.

## 2.  A Pending Motion to Remand Does Not Support a Motion to Vacate a Conditional Transfer Order.

Plaintiffs' primary opposition to transfer is based upon their pending motions to remand, which are currently before the transferor district court.   Plaintiffs apparently believe that because the transferor court has not ruled on Plaintiffs' incorrect challenge to federal diversity jurisdiction, this Panel does not have the power to effectuate a transfer to the MDL court. However, this Panel has explicitly rejected this argument. *See In re Asbestos Products Liability*

---

[4]  Plaintiffs reference that two of the sixteen cases have recently been remanded.  However, as will be discussed in Section 3, *infra*, these remand orders ignored the clear law in the Fifth Circuit regarding fraudulent joinder of non-diverse defendants based on failure to state a claim.  Based on this clear error of law, Ford and Chrysler are confident that the district court will grant the forthcoming motions to reconsider.

- 5 -

*Litigation (No. VI),* MDL Docket No. 875, 170 F. Supp.2d 1348, 1349 (J.P.M.L. 2001); *In re Asbestos Products Liability Litigation (No. VI),* MDL Docket No. 875, 1996 WL 143826, *1 (J.P.M.L. Oct. 18, 1996); *In re Asbestos Products Liability Litigation (No. VI),* MDL Docket No. 875, at 1 n.1 (J.P.M.L. Aug. 9, 2002) (attached as Exhibit A); *In re Asbestos Products Liability Litigation (No. VI),* MDL Docket No. 875, at 1-2 (J.P.M.L. Feb. 19, 2002) (attached as Exhibit B); *In re Asbestos Products Liability Litigation (No. VI),* MDL Docket No. 875, at 1-2 (J.P.M.L. April 18, 2001) (attached as Exhibit C).  In fact, in its initial opinion creating the MDL docket, the Panel made clear that "distinctions based on such matters as the pendency of motions or other matters before the transferor court" do not present a basis "for carving out exceptions to transfer in this extraordinary docket."  *In re Asbestos Products Liability Litigation (No. VI),* MDL Docket No. 875, 170 F. Supp.2d 1348, 1349 (J.P.M.L. 2001) (citing *In re Asbestos Products Liability Litigation (No. VI),* MDL Docket No. 875, 771 F.Supp. 415 (J.P.M.L. 1991)).  As the Panel recently observed, "Plaintiffs in the Southern District of Mississippi action have argued that transfer should be denied or deferred in order to permit the resolution of a pending motion to remand the action to state court.  There is no need to delay transfer in order to accommodate such an interest." *In re Asbestos Products Liability Litigation (No. VI),* MDL Docket No. 875, at 1 n.1 (J.P.M.L. Aug. 9, 2002) (attached as Exhibit A).  The Panel has repeatedly held the pendency of a motion to remand cannot defeat transfer because "jurisdictional and remand motions can be presented to and decided by the transferee judge." *In re Bridgestone/Firestone, Inc.,* 2000 WL 33416573, at *1-2 (J.P.M.L. Oct. 24, 2000).[5]

---

[5] *See also In re Wireless Telephone Replacement Protection Programs Lit.,* 180 F. Supp. 2d 1381, 1382 (J.P.M.L. 2002) (stating same); *In re Phenylpropanolamine (PPA) Prods. Liab. Litig.,* 2002 WL 31108228, *1 (J.P.M.L. Mar. 4, 2002) (same); *In re Waste Mgmt., Inc. Sec. Litig.,* 177 F. Supp. 2d 1373, 1374 (J.P.M.L. 2002) (same); *In re Prudential Ins. Co. of Am. Sales Practices Litig.,* 170 F. Supp. 2d 1346, 1347 (J.P.M.L. 2001) (same); *In re StarLink Corn Prods. Liab. Litig.,* 152 F. Supp. 2d 1378, 1380 (J.P.M.L. 2001) ("plaintiffs' objection to Section 1407 transfer based upon the pendency of motions to remand their actions is also unpersuasive"); *In re Cooper Tire & Rubber Co. Tires Prods. Liab. Litig.,* 2001 WL 253115, *1 (J.P.M.L. Feb. 23, 2001) (stating same).

Moreover, the purpose of the MDL is to establish a single district for coordinated pre-trial proceedings and to provide consistent pre-trial rulings in cases involving common issues of fact. *See e.g., In Re New York City Mun. Sec. Litig.*, 572 F.2d 49, 51-52 (2d Cir. 1978); *Good v. Prudential Ins. Co.*, 5 F. Supp. 2d 804, 809 (N.D. Cal. 1998); *In re Air Crash Disaster off Long Island, NY.*, 965 F. Supp. 5, 7 (S.D. N.Y. 1997). Cases such as this, where a motion to remand is pending, are particularly appropriate for transfer given that "[t]he transferee judge's familiarity with this docket furthers the expeditious resolution of the litigation taken as a whole." *In re Crown Life Ins. Premium Litig.*, 178 F. Supp. 2d 1365, 1366 (J.P.M.L. 2001).

### 3. Federal Diversity Jurisdiction Exists

Finally, even if the Court were to address the substantive removal/remand issues, which it should not, it would become clear that federal subject matter jurisdiction clearly exists in these cases. Plaintiffs failed to state any claims against the non-diverse defendants, accordingly, such defendants are fraudulently joined and federal diversity jurisdiction is appropriate in these cases. 28 U.S.C. § 1332. While Plaintiffs provided the Panel with two Orders entered by Judge Michael Mills in *Duffin, et al. v. Honeywell International, Inc., et al.* and *Bennett v. Honeywell International, Inc., et al.*, these Orders, which were entered simultaneously, are clearly incorrect and will be subject to motions to reconsider. The misapplication of the law in these Orders is evidenced by the fact that the Court remanded the cases by concluding that the non-diverse defendants are properly joined despite the fact that no specific, factual allegations whatsoever were made against the non-diverse defendants in the complaints. This, obviously, is insufficient to state a claim under the law of the Fifth Circuit. *See Travis v. Irby*, 326 F. 3d 644, 647 (5th Cir. 2003) (holding that specific, factual allegations of wrongdoing are required to establish a reasonable possibility of recovery against a non-diverse defendant); *Griggs v. State Farm Lloyds*,

- 7 -

181 F. 3d 694, 699 (5th Cir. 1999) (holding that generic allegations do not meet "even the liberalized requirements that permit notice pleadings"). In fact, we know of no other Mississippi district court which currently applies the interpretation of the Fifth Circuit cases employed by Judge Mills. *Peters v. Metropolitan Life Ins. Co.,* 164 F. Supp. 2d 830, 834 (S.D. Miss. 2001) (Bramlette, J.) (holding that the allegations against non-diverse defendants "must be factual, not conclusory, because conclusory allegations do not state a claim"). *Banger v. Magnolia Nursing Home, L.P.,* 234 F. Supp. 2d 633, 637 (S.D. Miss. 2002) (Barbour, J.) (holding that "conclusory or generic allegations of wrongdoing on the part of the non-diverse [resident] defendant are not sufficient to show that the defendant was not fraudulently joined"); *Addison v. Allstate Ins. Co.,* 58 F. Supp. 2d 729, 732 (S.D. Miss. 1999) (Lee, J.) (holding that "[w]here the plaintiff's complaint is devoid of any *factual* allegations suggesting a basis for recovery against a particular defendant, there can be no ground for concluding that a claim has been stated.") (emphasis in original); *Cranston v. Mariner Healthcare Mgmt. Co.,* 2003 WL 21517999, *4 (N.D. Miss. June 18, 2003) (Davidson, J.) (holding that "without a *factual basis* for concluding that [the resident defendant] participated in any alleged tortuous conduct, . . . Plaintiffs have no possibility of establishing a cause of action against [such defendant] in state court and . . . therefore, [the resident defendant was] fraudulently joined to defeat diversity") (emphasis added).

Indeed, the Mississippi district judge before whom thirteen of these fourteen cases are pending recently denied a motion to remand in a nearly identical case by holding that "specific factual allegations" are required to support claims against a non-diverse defendant to avoid a finding of fraudulent joinder. *Graves, et al. v. A. W. Chesterton, et al.,* Civil Action No. 1:03CV716GRo (March 30, 2004) (Gex, J.) (attached as Exhibit D). The Court went on to hold that:

> Although the complaint outlines the legal basis for the Plaintiffs' claims against the Defendants, there are *no specific factual allegations provided against any Defendant to support the claims*. The Plaintiffs' remand motion does not supply the necessary facts to allow the Court to determine whether there is a possibility that the Plaintiffs might prevail on their claims against the in-state Defendants. The Plaintiffs have not submitted facts sufficient to support their claims to meet the well-established requisite legal standards to allow the Court to determine that the in-state Defendants were not fraudulently joined in an effort to defeat diversity jurisdiction.   The Court, therefore concludes that these Defendants were fraudulently joined, and their citizenship does not defeat diversity jurisdiction.

*Id.* at p. 4.  Based on this correct interpretation of the voluminous Fifth Circuit and district court law on this issue, Plaintiffs' Motion to Remand was denied.

The Plaintiffs in the above-referenced cases have filed sixteen identical complaints, only differing from one another by the fact that the plaintiffs (and perhaps some of the defendants) are different.   These boilerplate complaints allege no specific factual allegations of wrongdoing against any non-diverse defendant.  None.  Indeed, no generic complaint used in sixteen separate cases could possibly state a specific, factual allegation against a particular non-diverse defendant. The failure of the Plaintiffs in these cases to support their generic, conclusory allegations against the non-diverse defendants is identical to the failure the district court noted in *Graves*.  Under the correct application of the overwhelming Fifth Circuit and district court case law, the non-diverse defendants are fraudulently joined because Plaintiffs have failed to support their generic claims against such defendants with any specific factual allegations.  Accordingly, complete diversity exists in these cases, and Plaintiffs' Motions to Remand will be denied.

### CONCLUSION:

Based on the foregoing, Plaintiffs' motion to vacate should be summarily denied, and the Panel should enter a final order transferring this case to the MDL court.

- 9 -

WHEREFORE, PREMESIS CONSIDERED, Ford Motor Company and DaimlerChrysler Corporation respectfully request that the Judicial Panel on Multidistrict Litigation deny Plaintiffs' Motion to Vacate the Conditional Transfer Order and transfer this case to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted, this the 14th day of April, 2004.

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ


Lawrence M. Coco, III (MSB# 100378)

On behalf of Ford Motor Company and
DaimlerChrysler Corporation

- 10 -

Of Counsel:

Walker Jones III, Esq.
Barry W. Ford, Esq.
T. Gerry Bufkin, Esq.
Lawrence M. Coco, III, Esq.
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
P.O. Box 14167
Jackson, Mississippi 39236
(601) 351-2400

Counsel for Defendants Ford Motor Company and DaimlerChrysler Corporation

- 11 -

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 5 2004

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed by United States mail, postage prepaid, a true and correct copy of the foregoing document to the following:

Wilbur Colom, Esq.
Brian A. Hinton, Esq.
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866

David M. Lipman, Esq.
David M. Lipman, P.A.
5901 S.W. 74th Street, Suite 304
Miami, FL 33143-5186

Robert B. McDuff, Esq.
767 N. Congress Street
Jackson, MS 39202

J. T. Noblin, Clerk
U.S. District Court
Southern District, Southern Division
243 East Capital Street
Jackson, MS 39201

Attachment A - Panel Service List; and

Attachment B - additional service lists of known defense counsel.

This the 14th day of April, 2004.

_____
LAWRENCE M. COCO, III

- 12 -



# NOTICE

### PLEASE SEE OFFICIAL FILES
#### FOR

## MDL-875
## PLEADING 4152
## EXHIBITS A-D
## ATTACHMENTS A & B
## (Duplicate Exhibits for Memorandum)

April 16, 2004

*Michael J. Beck*
CLERK OF THE PANEL