Case MDL No. 875   Document 4153   Filed 04/16/04   Page 1 of 3

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 6 2004

FILED
CLERK'S OFFICE



MOTION OF PLTFS. JAMES ARBUTHNOT, ET AL.,
FOR LEAVE TO FILE NOTICE OF OPPOSITION
OUT OF TIME -- DENIED
(mjb 4/16/04)

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:   MDL Docket No. 875 – In re Asbestos Products Liability Litigation
(NO. VI)

TO:   VIA FACSIMILE (202)502-2888 AND OVERNIGHT DELIVERY
MICHAEL J. BECK, CLERK OF THE PANEL
ONE COLUMBUS CIRCLE, N.E.
THURGOOD MARSHALL FEDERAL JUDICIARY BUILDING
ROOM G-255 NORTH LOBBY
WASHINGTON, D.C.  20002-8004

This document applies to the following cases:

*James Arbuthnot, Et. Al. v. Ford Motor Co., Et. Al.* ; No. 1:03-825 MSS

*Hendrick J. Laird, Et. Al. v. Ford Motor Co., et al.*; No. 1:03-826 MSS

*F.L. Pendleton, Deceased, Et. Al. v. Ford Motor Co., Et. Al.* No. 1:03-828 MSS

*Henry Bell, Et. Al. v. Ford Motor Co., Et. Al.;* No. 1:03-829 MSS

### MOTION FOR LEAVE TO FILE NOTICE OF OPPOSITION OF CONDITIONAL TRANSFER ORDER OUT OF TIME

COME NOW the Plaintiffs in the above-styled cause and submit to this Panel their Motion for Leave to File Notice of Opposition of Conditional Transfer Order Out of Time and would show in support of same the following, to wit:

1. The Conditional Transfer Order (CTO-231) pertaining to the above styled actions was filed with the Panel Clerk on March 10, 2004

2. A copy of said Order was not received by the undersigned counsel until April 8, 2004 when a copy was sent from the office of J.T. Noblin, United States District Court Clerk, Southern District of Mississippi. (See Affidavit of Kelley M. Berry attached).

3. Counsel had no knowledge of the transfer of these matters until receipt of CTO-231 on April 8, 2004.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 6 2004

FILED
CLERK'S OFFICE

4. As a result, Plaintiffs were unable to file their Notice of Opposition of CTO prior to the March 26, 2004 deadline.

5. Justice requires that counsel be permitted to file said Notice of Opposition and forthcoming Motion to Vacate Conditional Transfer Order (CTO-231) out of time. Plaintiffs respectfully move this Panel for leave to file their opposition to CTO-231.

Respectfully submitted this 13th day of April 2004.

_____
Kelley M. Berry

SHANNON LAW FIRM, PLLC
James D. Shannon     (MSB # 6731)
Kelley M. Berry      (MSB # 99116)
100 W. Gallatin Street
Hazlehurst, MS  39083
Telephone:    (601) 894-2202
Facsimile:    (601) 894-5033

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record by placing a copy of the same in the United States mail, first class, postage prepaid on this the 13th day of April 2004.

_____
Kelley M. Berry

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 16 2004

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:   MDL Docket No. 875 – In re Asbestos Products Liability Litigation
(NO. VI)

### AFFIDAVIT OF KELLEY M. BERRY

This document applies to the following cases:

*James Arbuthnot, Et. Al. v. Ford Motor Co., Et. Al.*; No. 1:03-825 MSS
*Hendrick J. Laird, Et. Al. v. Ford Motor Co., Et Al.*; No. 1:03-826 MSS
*F.L. Pendleton, Deceased, Et. Al. v. Ford Motor Co., Et. Al.* No. 1:03-828 MSS
*Henry Bell, Et. Al. v. Ford Motor Co., Et. Al.*; No. 1:03-829 MSS

**STATE OF MISSISSIPPI**
**COUNTY OF COPIAH**

Personally appeared Kelley Berry, of lawful age, first being duly sworn, upon his oath deposes and says:

I am one of the attorneys for the plaintiffs herein. Although it appears from the stamp dated copy of Conditional Transfer Order 231 that the Order was filed on March 10, 2004, I was not sent a copy of said Order, nor did I have any knowledge of the entry of said Order, until I received a copy on April 8, 2004. The copy I finally received came from J.T. Noblin, Clerk of Court for the U.S. District Court, Southern District of Mississippi.

Further, the Affiant sayeth not.

Witness my signature, this the 12th day of April, 2004.

_____
KELLEY M. BERRY

SWORN TO AND SUBSCRIBED before me, this the 12th day of April, 2004.

_____
NOTARY PUBLIC



My Commission expires:
NOTARY PUBLIC STATE OF MISSISSIPPI AT LARGE
MY COMMISSION EXPIRES: Apr 26, 2007
BONDED THRU NOTARY PUBLIC UNDERWRITERS