JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 19 2004

FILED
CLERK'S OFFICE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

———————————————— x

This Document Relates to:

The Jaques Admiralty Law Firm

United States District Court
Northern District of Ohio

John L. WHITE, C.A. No. 1:97 CV 11627

[In the event the above-listed case is a multiple plaintiff (victim) action, this transfer is for the above-named party only, or said parties representative, and any spousal or dependent actions.]:

———————————————— x

CIVIL ACTION NO. MDL 875

FILED   JAN 1 3 2004

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Defendant's Motion To Remand to the United States District Court for the Northern District of Ohio, and the Court having reviewed this case and having had settlement conferences with the parties, as well as an unsuccessful mediation, and now believing that such motion is appropriate since few defendants remain for trial and the parties have agreed to a remand;

MDL- 875

RECOMMENDED ACTION

CRO

Approved/Date: _____

ENTERED
JAN 1 4 20__

IMAGED APR 19 '04   OFFICIAL FILE COPY   CLERK CT COURT

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Northern District of Ohio for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 1/12/04

_____
Charles   R.   Weiner                        J.