

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

CIVIL ACTION NO.: MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 20 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| WILLIE H. BROWN AND EDDIE J. WILLIAMS | PLAINTIFFS |
| V. | CAUSE NO.: 3:04cv30(GRo) |
| ILLINOIS CENTRAL RAILROAD COMPANY | DEFENDANT |

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel certifies that the following entities constitute all parent companies, subsidiaries (except wholly-owned subsidiaries), and affiliates of Petitioner Illinois Central Railroad Company that have issued shares to the public:

Illinois Central Railroad Company is a wholly owned subsidiary of Illinois Central Corporation, Illinois Central Corporation is a wholly-owned indirect subsidiary of Canadian National Railway Company which is a publicly-owned company traded on the New York and Toronto Stock Exchanges. No single entity owns as much as 10% of the stock of Canadian National.

Respectfully submitted,

UPSHAW, WILLIAMS, BIGGERS,
BECKHAM & RIDDICK, LLP

BY: _____
GLENN F. BECKHAM
MBN: 2309
OF COUNSEL TO DEFENDANT(S)

1

IMAGED APR 20 '04   OFFICIAL FILE COPY

## CERTIFICATE OF SERVICE

I, Glenn F. Beckham, of counsel to Defendant(s), hereby certify that I have this day mailed with postage prepaid, a true and correct copy of the above and foregoing document unto:

C.E. Sorey, II
21 North Florida Street
Mobile, Alabama 36607

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, Ohio 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, Ohio 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, Pennsylvania 15222

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building, Suite 1000
Independence Mall East
Philadelphia, Pennsylvania 19106

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, Pennsylvania 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, Minnesota 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, Ohio 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, Pennsylvania 19102

Ronald L. Motley
Motley, Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, Pennsylvania 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, Texas 77018

11

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
Post Office Box 1008
Columbus, Ohio 43216

Neil Selman
Selman, Breitmann & Burgess
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, California 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, Pennsylvania 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, Michigan 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, Pennsylvania 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
Post Office Box 998
Cedar Rapids, Iowa 52406

  SO CERTIFIED, this the 8th day of April, 2004.

              */s/ Glenn F. Beckham*
              GLENN F. BECKHAM