

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 0 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS § | | CIVIL ACTION |
| LIABILITY (NO. VI) § | | NO. MDL 875 |

-------------------------------------------------x

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | | |
|---|---|---|
| EDWARD CHAVEZ & JOSE SALAS, § | | CIVIL ACTION NO. |
| § | | |
| PLAINTIFFS, § | | 2:03CV00979 DAK |
| vs. § | | |
| § | | |
| UTAH RAILWAY COMPANY, § | | |
| § | | |
| DEFENDANTS. § | | JURY TRIAL DEMANDED |

### UTAH RAILWAY COMPANY'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Utah Railway Company discloses that it is a corporation that is wholly owned by Genesee & Wyoming, Inc., a publicly held company.

DATED this 8th day of April, 2004.

BERMAN, TOMSIC & SAVAGE

_____
Casey K. McGarvey
50 South Main Street, Ste 1250
Salt Lake City, Utah 84144
(801) 328-2200 Telephone
(801) 531-9926 Facsimile

Attorneys for Defendant Utah Railway Company

IMAGED APR 20 '04  OFFICIAL-FILE COPY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 0 2004

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 8th day of April, 2004, a true and correct copy of the above and foregoing document was sent to all counsel of record on the attached list, via United States Mail.

_____
Casey K. McGarvey

## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Charles H. Abbott
Abbott, Simses & Kuchler
400 Lafayette St., Suite 200
New Orleans, LA 70130

Robert L. Adams
Dunn, Kacal, Adams, Pappas & Law
One Riverway, Suite 1200
Houston, TX 77056

David F. Albright, Jr.
Bennett & Albright, PA
200 Court Square Building
200 E. Lexington Street
Baltimore, MD 21202

David Foxwell Albright, Sr.
Albright & Goertemiller, LLC
120 E. Baltimore Street, Suite 2150
Baltimore, MD 21202

Kevin C. Alexandersen
Gallagher, Sharp, Fulton & Norman
Bulkley Bldg., 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

David W. Allen
Goodell, DeVries, Leech & Dann
One South Street, 20th Floor
Baltimore, MD 21202

Jody E. Anderman
LeBlanc & Waddell, LLC
5353 Essen Lane, Suite 420
Baton Rouge, LA 70809

Geffrey W. Anderson
Anderson Smyer & Riddle
1300 S. University Drive, Suite 110
University Centre I
Fort Worth, TX 76107

Knight S. Anderson
Hill, Fulwider, McDowell, Funk & Matthews
2000 INB Tower
One Indiana Square
Indianapolis, IN 46204-2031

Patricia K. Andrews
Brown McCarroll & Oaks Hartline
111 Congress Avenue, Suite 1400
Austin, TX 78701

Robert M. Arentson, Jr.
Baker, Donelson, Bearman, Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Keith L. Arnold
Whiteford, Taylor & Preston
7 Saint Paul Street, Suite 1300
Baltimore, MD 21202-1626

Mel D. Bailey
Bailey Crowe & Kugler
4600 Bank of America Plaza
901 Main Street
Dallas, TX 75202

David A. Barfield
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-3979

Barbara J. Barron
Mehaffy & Weber, P.C.
P.O. Box 16
Beaumont, TX 77704

Michael T. Bartley
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Monte L. Barton
Copeland, Cook, Taylor & Bush, P.A.
P.O. Box 6020
Ridgeland, MS 39158

Joe E. Basenberg
Hand, Arendall, LLC
P.O. Box 123
Mobile, AL 36601

Scott W. Bates
Baker, Donelson, Bearman, Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Glenn F. Beckham
Upshaw, Williams, Biggers, Beckham & Riddick
P.O. Drawer 8230
Greenwood, MS 38935-8230

Jeffrey M. Bell
Ritter, Chusid, Bivona & Cohen
7000 West Palmetto Park Road
Suite 400
Boca Raton, FL 33433

Troy N. Bell
Aultman, Tyner, Ruffin & Yarborough, Ltd
400 Poydras Street, Suite 1900
New Orleans, LA 70130

Richard V. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Paul T. Benton
181 Main Street
Biloxi, MS 39530

Donald J. Berger
Berger Gamage
110 S Taylor Street
South Bend, IN 46601

Michael A. Bergin
Locke Reynolds LLP
201 North Illinois Street
Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961

Kelley M. Berry
Shannon Law Firm
100 West Gallatin Street
P.O. Drawer 869
Hazlehurst, MS 39083

Richard C. Biedrzycki
Phelan, Pettit & Biedrzycki
121 South Broad Street
Suite 1600
Phildelphia, PA 19107

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

John G. Bissell
Strong, Pipkin, Nelson & Bissell
1111 Bagby Street, Suite 2300
Houston, TX 77002

Janet W. Black  
Donaldson & Black, P.A.  
208 West Wendover Avenue  
Greensboro, NC 27401

Charles H. Bohl  
Whyte, Hirschboeck & Dudek, S.C.  
111 E. Wisconsin Avenue  
Suite 2100  
Milwaukee, WI 53202

James H. Bolin  
Butler, Snow, O'Mara, Stevens & Cannada  
P.O. Box 22567  
Jackson, MS 39225

Cole D. Bond  
Locke Liddell & Sapp  
2200 Ross Avenue, Suite 2200  
Dallas, TX 75201-6776

Nathan A. Bosio  
Dogan & Wilkinson, PLLC  
P.O. Box 1618  
Pascagoula, MS 39568-1618

Timothy W. Bouch  
Leath, Bouch & Crawford  
P.O. Box 59  
Charleston, SC 29402

John J. Boyd, Jr.  
Lord & Whip, P.A.  
Charles Center South  
36 S Charles Street, 10th Floor  
Baltimore, MD 21201

Debra P. Branan  
170 West Center Street  
Hernando, MS 38632

Michael Lamar Brem  
Baker & Botts  
One Shell Plaza  
910 Louisiana  
Houston, TX 77002-4995

Scott A. Britton-Mehlisch  
Humphrey, Farrington, McClain & Edgar  
221 W. Lexington, Suite 400  
P.O. Box 900  
Independence, MO 64051

A. Todd Brown  
Hunton & Williams  
Bank of America Plaza  
101 Sout Tryon Street, Suite 3500  
Charlotte, NC 28280

Kathleen M. Brown  
Law Offices of Peter G. Angelos  
5905 Harford Road  
Baltimore, MD 21214

Marcy L. Bryan  
Forman, Perry, Watkins, Krutz & Tardy, LLP  
P.O. Box 22608  
Jackson, MS 39225-2608

Patrick R. Buchanan  
Brown, Buchanan & Sessoms  
P.O. Box 1377  
Biloxi, MS 39533-1377

Thomas M. Buckley  
Patterson, Dilthey, Clay, Bryson & Anderson  
4020 WestChase Boulevard, Suite 550  
Raleigh, NC 27607

Rodd Russell Buell  
1183 Maidstone Dr.  
Wellington, FL 33414-7008

Patricia A. Burke  
Littler Mendelson, PC  
33 South 6th Street, Suite 3110  
Minneapolis, MN 55402

Jesse Matthew Butler  
Segal, McCambridge, Singer & Mahoney, Ltd.  
100 Congress Avenue, Suite 700  
Austin, TX 78701

Barry C. Campbell  
Baker, Donelson, Bearman, Caldwell & Berkowitz  
P.O. Box 14167  
Jackson, MS 39236-4167

Dennis F. Cantrell  
Bingham McHale, LLP  
2700 Market Tower  
10 West Market Street  
Indianapolis, IN 46204

Michael P. Cascino  
Cascino Vaughan Law Offices, Ltd.  
220 South Ashland Avenue  
Chicago, IL 60607

Edward J. Cass  
Gallagher, Sharp, Fulton & Norman  
Bulkley Building, 7th Floor  
1501 Euclid Avenue  
Cleveland, OH 44115

William T. Causby  
Nelson, Mullins, Riley & Scarborough, LLP  
1330 Lady Street  
Keenan Bldg., 3rd Floor  
P.O. Box 11070  
Columbia, SC 29211-1070

Mark R. Chilson  
Young & Alexander  
Suite 2000  
130 West Second Street  
Dayton, OH 45402-9291

Adam M. Chud  
Shea & Gardner  
1800 Massachusetts Avenue, N.W.  
Washington, DC 20036

Lawrence M. Coco, III  
Baker, Donelson, Bearman, Caldwell & Berkowitz  
P.O. Box 14167  
Jackson, MS 39236-4167

Susan J. Cole  
Bice Cole Law Firm  
2801 Ponce De Leon Boulevard  
Suite 550  
Coral Gables, FL 33134-6920

T. H. Cole  
Forman, Perry, Watkins, Krutz & Tardy, LLP  
P.O. Box 22608  
Jackson, MS 39225-2608

Wilbur O. Colom  
Colom Law Firm  
P.O. Box 866  
Columbus, MS 39703-0866

Keith E. Coltrain  
Elmore & Walls, PA  
P.O. Box 10937  
Raleigh, NC 27605

John F. Conley  
Glasser & Glasser, P.L.C.  
Crown Center Building  
Suite 600  
580 East Main Street  
Norfolk, VA 23510-2212

John R. Countiss, III  
Upshaw, Williams, Biggers, Beckham & Riddick  
715 South Pear Orchard Road  
Ridgeland, MS 39157

Marcy B. Croft
Forman, Perry, Watkins, Krutz &
Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

William P. Croke
Quale, Feldbruegge, Calvelli, Thom
& Croke
710 North Plankinton Avenue
9th Floor
Milwaukee, WI 53203-2404

Richard M. Crump
Forman, Perry, Watkins, Krutz &
Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Edward J. Currie, Jr.
Currie, Johnson, Griffin, Gaines &
Myers
P.O. Box 750
Jackson, MS 39205-0750

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

William S. Davies, Jr.
Nelson, Mullins, Riley &
Scarborough, LLP
1330 Lady Street
Keenan Building, 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Dana Hefter Davis
P.O. Box 31627
Raleigh, NC 27622

H. Lee Davis, Jr.
Davis & Hamrick, L.L.P.
P.O. Drawer 20039
Winston-Salem, NC 27120-0039

William Pearce Davis
Baker, Ravenel & Bender
P.O. Box 8057
Columbia, SC 29202

Rodney A. Dean
Dean & Gibson, L.L.P.
Cameron Brown Building, Suite 900
301 S. McDowell Street
Charlotte, NC 28204

Gregory L. Deans
Beirne, Maynard & Parsons
1700 Pacific Avenue, Suite 4400
Dallas, TX 75201

Chris H. Deaton
Deaton & Deaton, P.A.
113 Clark Street, Suite 5
Tupelo, MS 38804

Steven B. Dick
Brown, Buchanan & Sessoms, PA
P.O. Box 2220
Pascagoula, MS 39569-2220

Patricia A. Dicke
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
Biloxi, MS 39533

Edward S. Digges, Jr.
P.O. Box 72
Route 445
Rock Hall, MD 21663

David W. Dogan, III
Dogan & Wilkinson, PLLC
P.O. Box 23062
Jackson, MS 39225-3062

George C. Doub, Jr.
George C. Doub, Jr., PC
12 West Madison Street
Baltimore, MD 21201-5231

Thomas F. Dougall
Law Office of Thomas F. Dougall
1713 Woodcreek Farms Road
Elgin, SC 29045

David Duke
Duke Law Firm
236 Westview Terrace
Arlington, TX 76013

Walter W. Dukes
Dukes, Dukes, Keating & Faneca
P.O. Drawer W
Gulfport, MS 39502-0680

Kristi A. Duncan
Currie, Johnson, Griffin, Gaines &
Myers
P.O. Box 750
Jackson, MS 39205-0750

John B. Edwards
Dogan & Wilkinson, PLLC
P.O. Box 1618
Pascagoula, MS 39568-1618

W. M. Edwards
Page, Mannino, Pereisch, Dickinson
& Mcdermott
P.O. Drawer 289
Biloxi, MS 39533

James H. Elliott, Jr.
Barnwell, Whaley, Patterson &
Helms
885 Island Park Drive
Charleston, SC 29492-0197

Gary D. Elliston
DeHay & Elliston, L.L.P.
3500 Bank of America Plaza
901 Main Street
Dallas, TX 75202-3736

Nicholas L. Evanchan, Jr.
Evanchan & Palmisano
1225 West Market Street
Akron, OH 44313

Stephen B. Evans
Deeba, Sauter, et al.
3415 Hampton Avenue
St. Louis, MO 63139

Charles M. Evert
Evert & Weathersby, LLC
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

James R. Eyler
Court of Special Appeals of
Maryland
361 Rowe Boulevard
Annapolis, MD 21401

James J. Fabian
Pfeifer & Fabian
326 Saint Paul Place, Suite 100
Baltimore, MD 21202

William Howard Farrell
Cotton & Farrell
801 Congress, Suite 400
Houston, TX 77002

Laurel A. Fay
Whittenburg Whittenburg & Schachter
600 North Pearl Street
Suite 2300 Lb 133
Dallas, TX 75201

Richard E. Fay
Hamilton Gaskins Fay & Moon
2020 Charlotte Plaza
201 South College Street
Charlotte, NC 28244-2020

Mark J. Fellman
Fellman Law Office
213 4th Street, East, Suite 200
St. Paul, MN 55101

Melissa K. Ferrell
Segal, McCambridge, Singer & Mahoney, Ltd.
100 Congress Avenue, Suite 700
Austin, TX 78701

Christopher E. Fitzgerald
Fitzgerald & Associates, PLLC
2113 Government Street, D-3
Ocean Springs, MS 39564

John M. Fitzpatrick
LeClair, Ryan, P.C.
707 East Main Street
Eleventh Floor
Richmond, VA 23219

Michael T. Flynn
Reinhart, Boerner, Van Deuren, S.C.
1000 North Water Street, Suite 2100
P.O. Box 2965
Milwaukee, WI 53202-2965

James T. Foley
Foley & Boyd
First Place, Suite 404
Tyler, TX 75702

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Barry W. Ford
Baker, Donelson, Bearman, Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Richard L. Forman
Forman, Perry, Watkins, Krutz & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Stephen M. Fowler
Pullin, Knopf, Fowler & Flanagan
Bank One Center, Suite 1000
707 Virginia Street, East
Charleston, WV 25301

Laura A. Frase
Forman, Perry, Watkins, Krutz & Tardy, LLP
2001 Bryan Street, Suite 1300
Dallas, TX 75201-3008

Jana Marie Fried
Foley & Mansfield
4770 Biscayne Blvd., Suite 1030
Miami, FL 33137

Harold J. Friedman
Friedman Gaythwaite Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

Peter J. Frommer
Ruden, McClosky, Smith, et al.
701 Brickell Avenue, Suite 1900
Miami, FL 33131

Ellen B Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Patricia C. Gandy
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Mark W. Garriga
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

J. Ric Gass
Kravit, Gass, Hovel & Leitner, S.C
825 North Jefferson Street, Suite 500
Milwaukee, WI 53202-3721

Richard S. Glasser
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

Donald E. Godwin
Godwin & Gruber, P.C.
Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, TX 75270

William N. Graham
Aultman, Tyner, Ruffin & Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

Marc C. Greco
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

David K. Groome
Hailey, McNamara, Hall, Larmann & Papale
P.O. Box 8288
Metarie, LA 70011-8288

Ivan A. Gustafson
Evert & Weathersby
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

Lucien C. Gwin, Jr.
Gwin, Lewis & Punches
P.O. Box 1344
Natchez, MS 39121-1344

Francis M. Hadden
Hecker, Brown, Sherry & Johnson
1700 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Robert John Hanreck
Rumberger, Kirk & Caldwell
80 SW 8th Street
Suite 3000
Miami, FL 33130-3047

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

James M. Harris, Jr.
Harris Lively, Duesler & Hatfield
P.O. Box 830
550 Fannin, Suite 650
Beaumont, TX 77704

Raymond P. Harris, Jr.
Whittenburg & Schachter, PC
Plaza of the Americas, Suite 2300
600 North Pearl Street
LB 133
Dallas, TX 75201

Robin E. Harvey
Baker & Hostetler
Ste. 3200
312 Walnut Street
Cincinnati, OH 45202

Bradley F. Hathaway
Campbell, Delong, Hagwood & Wade
P.O. Box 1856
Greenville, MS 38702-1856

Charles H. Hathorn
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

Thomas W. Hayes
Law Office of William M. Koziol
One Kemper Drive
Long Grove, IL 60049

Jack C. Helgesen
Helgesen, Waterfall & Jones
4605 Harrison Blvd., Suite 300
Ogden, UT 84403

Sheila J. Hendricks
Campbell Cherry Harrison Davis Dove
P.O. Box 5229
Jackson, MS 39296-5229

Michael Hendryx
Strong, Pipkin, Nelson & Bissell
1111 Bagby Street, Suite 2300
Houston, TX 77002-2546

John L. Hill, Jr.
Locke Liddell & Sapp, LLP
3400 J.P. Chase Tower
600 Travis Street
Houston, TX 77002

Brian A. Hinton
The Colom Law Firm
P.O. Box 866
Columbus, MS 39703

Lanny R. Holbrook
Holbrook & Associates
1400 Fourth & Race Tower
One East Fourth Street
Cincinnati, OH 45202

Tammy M. Holt
Brown McCarroll & Oaks Hartline
2000 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201

Alben N. Hopkins
Hopkins, Barvie & Hopkins
2701 24th Avenue
P.O. Box 1510
Gulfport, MS 39502-1510

H. Forest Horne, Jr.
Martin & Jones
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603

D. Douglas Howard, Jr.
Howard, Laudumiey, et al.
P.O. Box 50430
839 St. Charles Avenue, Suite 306
New Orleans, LA 70150

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Stefan R. Hughes
Cole, Moore & Baker
P.O. Box 10240
Bowling Green, KY 42102

Susan M. Hull
Jenkens & Gilchrist
Fountain Place, Suite 3200
1445 Ross Avenue
Dallas, TX 75202

Michael E. Jackson
Schwarzwald & McNair
616 Penton Media Bldg.
1300 East Ninth Street
Cleveland, OH 44114-1503

Gordon James, III
Heinrich, Gordon, Hargrove, Weihe & James
Broward Financial Center, Suite 1000
500 East Broward Boulevard
Fort Lauderdale, FL 33394-3092

J. Michael Jordan
Gardere Wynne Sewell
Wells Fargo Bank Plaza
1000 Louisana, Suite 3400
Houston, TX 77002-5007

Jeffrey A. Kadis
Hedrick, Eatman, Gardner & Kinchcloe
P.O. Box 30397
Charlotte, NC 28230

Kevin O. Kadlec
Bonezzi, Switzer, Murphy & Polito
1400 Leader Bldg.
526 Superior Avenue
Cleveland, OH 44114-1491

Jason L. Kennedy
Segal, McCambridge, Singer & Mahoney, Ltd.
One IBM Plaza
330 North Wabash Avenue
Suite 200
Chicago, IL 60611

Douglas B. King
Wooden & McLaughlin
One Indiana Square
Suite 1800
Indianapolis, IN 46204

Chris N. Kolos
Holland & Knight, LLP
200 S. Orange Avenue, Suite 2600
P.O. Box 1526
Orlando, FL 32801

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

Deborah D. Kuchler
Abbott, Simses & Kuchler
400 Lafayette St., Suite 200
New Orleans, LA 70130

Bruce M. Kuehnle, Jr.
Bruce M. Kuehnle, Jr., PLLC
P.O. Box 866
Natchez, MS 39121-0866

Laura E. Kugler
Bailey Crowe & Kugler
4600 Bank of America Plaza
901 Main Street
Dallas, TX 75202

Kenneth K. Kyre, Jr.
Pinto, Coates, Kyre & Brown
P.O. Box 4848
Greensboro, NC 27404

Carter T. Lambeth
Johnson & Lambeth
P.O. Box 660
Wilmington, NC 28402

Daphne M. Lancaster
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Christopher P. Larson
Heyl, Royster, Voelker & Allen
600 Bank One Building
124 Southwest Adams
Peoria, IL 61602

Richard M. Lauth
Evert & Weathersby, LLC
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

H. Seward Lawlor
Glasser & Glasser, P.L.C.
580 East Main Street
600 Crown Center
Norfolk, VA 23510-3312

James W. Ledlie
Motley, Rice, LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464

David M. Lipman
David P. Lipman, P.A.
5901 S.W. 74th Street, Suite 304
Miami, FL 33143

William H. Liston, III
Liston/Lancaster
P.O. Box 645
Winona, MS 38967-0645

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

F. Ford Loker
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202-1487

Lawrence A. Lynn
Coats Rose Yale Holm Ryman & Lee
1001 Fannin
800 First City Tower
Houston, TX 77002

Janet L. MacDonell
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

Heather M. Mackenzie
Thompson & Knight
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201-4693

Betty A. Mallett
McGlinchey Stafford
P.O. Drawer 22949
Jackson, MS 39225-2949

Patrick C. Malouf
Porter & Malouf
P.O. Box 12768
Jackson, MS 39236

Bruce P. Mandel
Ulmer & Berne, L.L.P.
1300 E. Ninth Street
900 Bond Court Building
Cleveland, OH 44114

Timothy Kent Masterson
Spence, Ricke, Sweeney & Gernes
600 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101

Christopher D. Mauriello
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

George S. McCall
Kern & Wooley LLP
5215 North O'Connor Road
Suite 1700
Irving, TX 75039

Moffatt Grier McDonald
Haynsworth Sinkler Boyd
P.O. Box 2048
Greenville, SC 29602

Robert B. McDuff
767 North Congress Street
Jackson, MS 39202

Daniel W. McGrath
Hinshaw & Culbertson
222 North Lasalle Street, Suite 300
Chicago, IL 60601-1081

John B. McLeod
Haynsworth, Marion, McKey &
Guerard
75 Beattie Place, 11th Floor
Greenville, SC 29601

Lewis Charles Miltenberger
Lewis C. Miltenberger & Associates
108 W. 8th Street, Suite 500
Fort Worth, TX 76102

Peter A. Moir
Quilling, Selander, et al.
2001 Bryan Street, Suite 1800
Dallas, TX 75201

Deetric D. Montgomery
Clark, Scott & Streetman
P.O. Box 13847
Jackson, MS 39236-3847

Joseph J. Morford
Tucker Ellis & West LLP
1100 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115-1475

James C. Morrow
Morrow, Willnauer & Klosterman
901 E. 104th Street
Suite 610, Executive Hills East
Building B
Kansas City, MO 64131-4509

Jay I. Morstein
Piper Rudnick, LLP
6225 Smith Avenue
Baltimore, MD 21209-3600

Ronald L. Motley
Motley, Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Lily C. Myers
Dunn, Kacal, Adams, Pappas & Law
900 Jackson Street, Suite 330
Dallas, TX 75202

John J. Nagle, III
Bodie, Nagle, Dolina, Smith & Hobbs, PA
21 W. Susquehanna Avenue
Towson, MD 21204

Clyde L. Nichols, III
Clark, Scott & Streetman
P.O. Box 13847
Jackson, MS 39236-3847

Michael J. Nichols
Gholson, Hicks & Nichols
P.O. Box 1111
Columbus, MS 39703-1111

Elizbeth K. Niendorf
Schiff, Hardin & Waite
233 South Wacker Drive
6600 Sears Tower
Chicago, IL 60606

Jeremy W. North
North & Cobb, P.A.
7313 York Road
Towson, MD 21204

Michelle Norton
Waters & Kraus
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Robert L. Norton
Jones & Granger
10000 Memorial Drive, Suite 888
P.O. Box 4340
Houston, TX 77210-4340

Jenifer E. Novak
Frantz Ward
55 Public Square, 19th Floor
Cleveland, OH 44113

Keith D. Obert
Obert Law Group, PA
P.O. Box 2081
Madison, MS 39130-2081

Peter T. Paladino, Jr.
Goldberg Persky Jennings & White
Ketchum Center, 3rd Floor
1030 5th Avenue
Pittsburgh, PA 15219

Evan J. Palik
Law Office Of Evan J. Palik
918 Terminal Tower
50 Public Square
Cleveland, OH 44113-2203

Christopher M. Parks
Parker & Parks, L.L.P.
One Plaza Square
Port Arthur, TX 77642

E. Spencer Parris
Martin & Jones
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603

Monica F. Patterson
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Timothy Peck
Smith, Helms, Mulliss & Moore, LLP
P.O. Box 21927
Greensboro, NC 27420

Ronald G. Peresich
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
759 Vieux Marche' Mall
Biloxi, MS 39533-0289

John W. Petereit
Godwin Gruber
1201 Elm Street, Suite 1700
Dallas, TX 75270-2084

Carl E. Pierce, II
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Kyle A. Pinkerton
Tyner Law Firm
5750 I-55 North
Jackson, MS 39211

David S. Pokela
Adams, Kleemeier, Hagan, Hannah & Fouts
P.O. Box 3463
Greensboro, NC 27402

Michael S. Polk
Sieben, Polk, LaVerdiere, Jones & Hawn
999 Westview Drive
Hastings, MN 55033

Timothy W. Porter
Porter & Malouf, P.A.
4670 McWillie Drive
P.O. Box 12768
Jackson, MS 39236

Matthew F. Powers
Samson & Powers, PLLC
P.O. Box 1417
Gulfport, MS 39502-1417

James B. Pressly, Jr.
Haynsworth, Sinkler & Boyd
75 Beattie Place, 11th Floor
P.O. Box 2048
Greenville, SC 29602

Steven J. Pugh
Richarson, Plowden, Carpenter & Robinson, PA
P.O. Drawer 7788
Columbia, SC 29202

Feliz A. Rael
Atkinson & Thal
201 Third Street, N.W.
#1850
Albuquerque, NM 87102

Michael John Ramirez
Godwin Gruber
Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, TX 75270-2084

Shawn C. Reed
Howard & Reed
516 N. Columbia Street
Covington, LA 70433

William C. Reeves
Smith, Reeves & Yarborough
6360 I-55 North, Suite 201
Jackson, MS 39211

Agostino Dias Reis
P.O. Box 105
Unionville, CT 06085

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Kenneth D. Rhodes
Dunn, Kacal, Adams, et al.
America Tower
One Riverway, Suite 1200
Houston, TX 77056

Hector Ralph Rivera
Duane Morris LLP
200 South Biscayne Blvd., Suite 3400
Miami, FL 33131

Lauren Miller Robbins
Munisteri, Sprott, Lefevre & Rigby
3323 Richmond Avenue, Suite A
Houston, TX 77098

Ronald L. Roberts
Mitchell, McNutt & Sams, PA
P.O. Box 1366
Columbus, MS 39703-1366

Trudy Hartzog Robertson
Moore & Van Allen, PLLC
P.O. Box 22828
Charleston, SC 29413-2828

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Jeffrey W. Ruple
Buckley King
1400 Bank One Center
600 Superior Avenue
Cleveland, OH 44114

Michael J. Schenk
3360 S.W. Harrison Street
Topeka, KS 66611-2213

George M. Schumann
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Beth A. Sebaugh
Quandt, Giffels, Buck & Rodgers
1400 Leader Building
526 Superior Avenue
Cleveland, OH 44114

Rebecca C. Sechrist
Bunda Stutz & Dewitt
One Seagate, Ste. 650
Toledo, OH 43604

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert T. Shaffer, III
Murphy & Shaffer
36 South Charles Street, Suite 1400
Baltimore, MD 21202-1019

Dan Shaked
Shaked & Posner
225 West 34th Street, Suite 1111
New York, NY 10122

Myron Shapiro
Herzfeld & Rubin, P.C.
80 S.W. 8th Street, Suite 1920
Miami, FL 33130

Eric Alan Shuman
McGlinchey Stafford
643 Magazine Street
New Orleans, LA 70130

Ann M. Sico
Bernard, Cassisa, Elliott & Davis
P.O. Box 55490
Metairie, LA 70055-5490

Steven Wentzel Smith
Law Office of Peter G. Angelos
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Charles E. Sorey, II
Ramsey Law Firm, P.C.
21 North Florida Street
Mobile, AL 36607

William C. Spencer
Mitchell, McNutt & Sams
P.O. Box 7120
Tupelo, MS 38802-7120

Frances L. Spinelli
Evert & Weathersby, LLC
3405 Piedmont Road, N.E., Suite 225
Atlanta, GA 30305

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Joseph Stalmack
Joseph Stalmack & Associates, P.C.
5253 Hohman Avenue
P.O. Box 1150
Hammond, IN 46320

James P. Streetman, III
Clark, Scott & Streetman
447 Northpark Drive
P.O. Box 13847
Ridgeland, MS 39236-3847

Joseph J. Stroble
Watkins & Eager
The Emporium Building
400 East Capitol Street, Suite 300
P.O. Box 650
Jackson, MS 39205-0650

Patrick J. Stubbs
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Amanda D. Summerlin
Forman, Perry, Watkins, Krutz &
Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

John P. Sweeney
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202-1487

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Cowles E. Symmes
Page, Mannino & Peresich
759 Vieux Marche' Mall
P.O. Drawer 289
Biloxi, MS 39533-0289

David M. Taylor
Thompson, Coe, Cousins & Irons
700 North Pearl Street, 25th Floor
Dallas, TX 75201

Thomas W. Taylor
Andrews & Kurth
600 Travis, Suite 4200
Houston, TX 77002

Tobin J. Taylor
Heyl, Royster, Voelker & Allen
600 Bank One Building
124 Southwest Adams
Peoria, IL 61602

Jennifer M. Techman
Evert & Weathersby, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

David A. Temple
Drewry Simmons Pitts & Vornehm
8888 Keystone Crossing, Suite 1200
Indianapolis, IN 46240

Robert E. Thackston
Hawkins, Parnell & Thackston
4514 Cole Avenue, Suite 550
Dallas, TX 75202

Mark S. Thomas
Maupin, Taylor & Ellis
P.O. Drawer 19764
Raleigh, NC 27619-9764

Fred Thompson
Motley, Rice, LLC
1750 Jackson Street
Barnwell, SC 29812

Michael P. Thornton
Thornton & Naumes, L.L.P.
100 Summer Street, 30th Floor
Boston, MA 02110

Patrick T. Tierney
Collins, Buckley, Sauntry & Haugh
West 1100 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

Grady F. Tollison, Jr.
Tollison, Austin & Twiford
P.O. Box 1216
103 N. Lamar Avenue
Oxford, MS 38655-1216

Michael T. Tomlin
Anania, Bandklayder, Blackwell, Baumgarten, et al.
Bank of America Tower
100 Southeast 2nd Street, Suite 4300
Miami, FL 33131-2144

Tracy E. Tomlin
Nelson, Mullins, Riley & Scarborough
100 North Tryon Street, Suite 2400
Charlotte, NC 28202-4000

Gary Scott Tosadori
Law Offices of Peter G. Angelos
5905 Harford Road
Baltimore, MD 21214

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

David L. Trewolla
Dogan & Wilkinson, PLLC
P.O. Box 23062
Jackson, MS 39225-3062

Willis R. Tribler
Tribler, Orpett & Crone
30 North LaSalle Street, Suite 2200
Chicago, IL 60602

Marlo Ann Trotta
Law Offices of Peter G. Angelos
5905 Harford Rd.
Baltimore, MD 21214

Thomas W. Tyner
Aultman, Tyner, Ruffin & Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

John Elliott Unsworth, III
Weiss & Eason
1515 Poydras Street, Suite 1100
New Orleans, LA 70112-3723

Utah Railway Co.
c/o CT Corporation System
50 W. Broadway, 8th Floor
Salt Lake City, UT 84101

Pilar Vaile
Youngdahl, Youtz & Youngdahl, PC
420 Central Avenue, Suite 210
Albuquerque, NM 87102-3296

Jeffrey A. Varas
Varas & Morgan
P.O. Box 886
Hazlehurst, MS 39083

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502-4108

Herbert I. Waldman
Nagel, Rice & Mazie, LLP
301 South Livingston Avenue
Suite 201
Livingston, NJ 07039

Kimberly P. Wallace
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-3979

Ann Marie Walsh
Lord, Bissell & Brook, LLP
115 South La Salle Street
Chicago, IL 60603

Michael R. Ward
Morris & Morris
1200 Ross Building
801 E. Main Street
P.O. Box 30
Richmond, VA 23218-0030

James L. Ware
Sheehy, Serpe & Ware, P.C.
2500 Two Houston Centre
909 Fanin
Houston, TX 77010-1003

Diana R. Warnecke
Sedgwick Detert, et al.
1717 Main Street, Suite 5400
Dallas, TX 75201

Kirk G. Warner
Smith, Anderson, Blount, et al.
P.O. Box 2611
Raleigh, NC 27602-2611

Michael N. Watts
Holcomb Dunbar
P.O. Box 707
Oxford, MS 38655

William W. Webster, II
Ray Valdez Mcchristian & Jeans
101 Summit Avenue, Suite 705
Fort Worth, TX 76102

W. S. Welch
Butler, Snow, O'Mara, Stevens & Cannada
Deposit Guaranty Plaza, 17th Floor
210 East Capitol Street
P.O. Box 22567
Jackson, MS 39225

Dixie T. Wells
Smith Moore, LLLP
P.O. Box 21927
Greensboro, NC 27420

Joe D. Wells
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018-8008

Kenneth L. Weltz
Lathrop & Gage, L.C.
10851 Mastin Blvd.
Building 82, Suite 1000
Overland Park, KS 66210-1669

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Robert W. Wilkinson
Dogan & Wilkinson, PLLC
P.O. Box 1618
Pascagoula, MS 39568-1618

James R. Williams
Segal McCambridge Singer & Mahoney Ltd.
330 North Wabash, Suite 200
Chicago, IL 60611

Lee Ruffin Wilson
Bowers Orr, LLP
P.O. Box 25389
Columbia, SC 29224

S. B. Windham
Jude & Jude, PLLC
P.O. Box 17468
Hattiesburg, MS 39404-7468

Scott A. Wissel
Lewis, Rice & Fingersh, LC
One Petticoat Lane
1010 Walnut, Suite 500
Kansas City, MO 64106

Dawn M. Wright
Thompson & Knight
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201