JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



APR 2 7 2004

FILED
CLERK'S OFFICE

MDL DOCKET NO. 875
BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

CONDITIONAL TRANSFER ORDER (CTO-232) FILED MARCH 30, 2004.

*************************************************************************

**MOTION, AND INCORPORATED BRIEF, TO VACATE CTO-232,
TRANSFERRING *ANDREW S. FINK V. TODD SHIPYARDS CORP, ET AL,
CASE NO. 04-430*, FROM THE U. S. DISTRICT COURT FOR THE EASTERN
DISTRICT OF LOUISIANA TO THE U. S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

NOW INTO COURT, comes plaintiff, Andrew S. Fink, through undersigned counsel, who respectfully represents that:

I.

On January 9, 2004, Andrew S. Fink, a resident of the State of Louisiana, filed suit against Todd Shipyards Corporation, General Electric Company, Foster Wheeler Corporation, Garlock Sealing Technologies, LLC and Eagle, Inc. in the Civil District Court for the Parish of Orleans, State of Louisiana. Mr. Fink has been diagnosed with mesothelioma, a terminal asbestos-related cancer.

II.

Defendant, General Electric Company, removed the case to federal court. Plaintiff filed a Motion to Remand which was recently denied.

OFFICIAL FILE COPY   IMAGED APR 28 '04

III.

On March 30, 2004, the Judicial Panel on Multi District Litigation issued Conditional Transfer Order 232 which transfers this matter to the Eastern District of Pennsylvania under MDL 875, <u>In re Asbestos Products Liability Litigation (No. VI)</u>.

IV.

On April 13, 2004, Mr. Fink filed his Notice of Opposition to CTO-232.

V.

Mr. Fink opposes the conditional transfer order because he is a living mesothelioma victim. The transfer of this matter to the Eastern District of Pennsylvania under MDL 875 would, in all likelihood, deprive Mr. Fink of his right to trial before he dies.

VI..

Attached as Exhibit A is a letter from plaintiff's treating oncologist, Dr. John T. Cole, who indicates that due to the nature of mesothelioma "the median survival is between 4 and 18 months with the average survival of around 11-13 months in most series." Since plaintiff was diagnosed with mesothelioma in July 2003, his life expectancy is approximately six months.

VII..

Mr. Fink seeks equitable relief and requests that this Panel vacate the conditional transfer order. In this way, Mr. Fink will have the opportunity to have his case tried in the transferor court before he dies.

VIII.

Cases transferred to MDL 875 cannot be tried in the Eastern District of Pennsylvania. In order to obtain a trial date, a transferred case must be remanded to the transferor case for trial. The Court handling MDL 875 can remand an action to the transferor court at or **before**

the conclusion of pretrial proceedings. 28 U.S.C. § 1407 (a) (Emphasis added). In determining whether to remand an action, MDL 875 has used criteria that involves "serious disease or hardship - the oldest cases and the sickest plaintiffs (those with mesothelioma and lung cancer)." *In Re Asbestos Litigation, 7 F. Supp.2d 93 (D. Mass 1998).*

IX.

By vacating CTO-232 now, this Panel would save Mr. Fink precious time since he would not need to take additional action to seek remand from MDL 875 based on his terminal disease.

WHEREFORE, plaintiff prays that after due proceedings that the Conditional Transfer Order 232 issued by the Judicial Panel on Multi District Litigation transferring this matter be vacated and that this matter be allowed to proceed in the United States District Court for the Eastern District of Louisiana.

           **GERTLER, GERTLER, VINCENT & PLOTKIN, LLP**

           LOUIS L. PLOTKIN - LA BAR NO. 21821
           JILL D. TRAHAN - LA BAR NO. 19554
           127 Carondelet Street
           New Orleans, Louisiana 70130
           #504-581-6411

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 7 2004

FILED
CLERK'S OFFICE



**CANCER INSTITUTE**
*A service of Ochsner Clinic Foundation*

DEPARTMENT OF HEMATOLOGY
AND MEDICAL ONCOLOGY

John T. Cole, M.D., Head
Archie W. Brown, Jr., M.D.
Rene A. Castillo, M.D.
Jyotsna Fuloria, M.D.
Carl C. Kardinal, M.D.
David N. Oubre, M.D.
George H. Porter, III, M.D.

January 15, 2004

Jill D. Trahan
Gertler, Gertler, Vincent & Plotkin, LLP
Attorneys At Law
127-129 Carondelet St.
New Orleans, LA 70130

RE:   Andrew S. Fink
OCF #  1362952
Your File # 9577

Dear Ms. Trahan:

Mr. Andrew Samuel Fink was diagnosed with mesothelioma in July, 2003. The nature of this disorder indicates that the median survival is between 4 and 18 months with the average survival of around 11-13 months in most series. Clearly, some patients will die of their disease in the first 6 months of their diagnosis or suffer significant complications.

I hope this information will be helpful to you.

Sincerely,

John T. Cole, MD
Pcb

1514 Jefferson Highway, New Orleans, LA 70121 | 504 842-3910 | 504 842-4533 Fax | www.ochsner.org

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 7 2004

## PROOF OF SERVICE

FILED
CLERK'S OFFICE

I certify that the foregoing pleading has been served on the parties directly involved in this action listed below, parties listed on the attached panel service list and to the Clerk of Court for the United States District Court for the Eastern District of Louisiana, by U.S. Mail, postage prepaid, by hand or by fax, this 26th day of April, 2004.

Troy N. Bell
Aultman, Tyner & Ruffin, Ltd.
400 Poydras Street, Suite 1900
New Orleans, LA 70130

Thomas W. Tyner
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
Hattiesburg, MS 39403-0750

G. Lee Henman, Jr.
Lemle & Kelleher, LP
21st Floor, Pan-American Life Center
601 Poydras Street
New Orleans, LA 70130-6097

Alison S. Borison
Montgomery Barnett
3200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3200

Lynn Luker
Luker, Sibal & McMurtray L.C.C.
616 Girod St., Suite 200
New Orleans, LA 70130

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

**PANEL SERVICE LIST (Excerpted from CTO-232)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Andrew S. Fink v. Todd Shipyards Corp., et al.*, E.D. Louisiana, C.A. No. 2:04-430

Troy N. Bell
Aultman, Tyner, Ruffin &
Yarborough, Ltd
400 Poydras Street, Suite 1900
New Orleans, LA 70130

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
Suite 1000
The Bourse
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley, Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Benjamin R. Slater, III
Lemle & Kelleher, L.L.P.
601 Poydras Street
Suite 2100
New Orleans, LA 70130-6097

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Jill D. Trahan
Gertler, Gertler, Vincent & Plotkin
127 Carondelet Street
New Orleans, LA 70130

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406