MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 17 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Esther Blount, etc. v. ACandS, Inc., et al.*, N.D. Oklahoma, C.A. No. 4:02-662

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Blount*) on May 7, 2004. The Panel has now been advised that *Blount* was remanded to the District Court in and for Tulsa County, Oklahoma, by the Honorable Claire V. Eagan in an order filed on August 27, 2002.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-233" filed on May 7, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY   IMAGED MAY 17 '04