Ronald L. Hellbusch, Utah Atty. No. 09368
BAKER & HOSTETLER LLP
303 E. 17th Avenue, Suite 1100
Denver, Colorado 80203
(303) 861-0600

ATTORNEYS FOR DEFENDANT
CERTAINTEED CORPORATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 17 2004

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Estate of Roy Langdon, and Mary Joan Langdon<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS DEFENDANTS, et al.,<br><br>Defendants. | **ORDER GRANTING DEFENDANT CERTAINTEED CORPORATION'S STIPULATED MOTION TO REMAND CASE TO THIRD JUDICIAL DISTRICT COURT, IN AND FOR SALT LAKE COUNTY, UTAH**<br><br>Case No. 2:04 CV 244 (TS) |

Based upon CertainTeed and Plaintiffs' Stipulated Motion to Remand Case back to the Third Judicial District Court, in and for Salt Lake County, State of Utah, and for good cause appearing, it is hereby

ORDERED, that this case is remanded back to the Third Judicial District Court, in and for Salt Lake County, State of Utah.

DATED this 3rd day of May, 2004.

MDL- 875
RECOMMENDED ACTION
Vacate CTO-233-one action
Approved/Date: MJB 5/17/04

BY THE COURT:

By _____
Judge Ted Stewart
United States District Court, District of Utah

OFFICIAL FILE COPY   IMAGED MAY 17 '04