JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 17 2004

FILED
CLERK'S OFFICE

MDL 875

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Estate of Roy Langdon, et al. v. Lincoln Electric Co., et al.*, D. Utah, C.A. No. 2:04-244

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Langdon*) on May 7, 2004. The Panel has now been advised that *Langdon* was remanded to the Third Judicial District Court in and for Salt Lake County, State of Utah, by the Honorable Ted Stewart in an order filed on May 3, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-233" filed on May 7, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY IMAGED MAY 17 '04