JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 19 2004

FILED
CLERK'S OFFICE

DOCKET NO. 875

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*Tommy Ronald Tull, etc. v. A.W. Chesterton, Inc., et al.*, S.D. Illinois, C.A. No. 3:04-174

*ORDER VACATING CONDITIONAL TRANSFER ORDER*

    A conditional transfer order was filed in this action (*Tull*) on May 7, 2004. The Panel has now been advised that *Tull* was remanded to the Circuit Court of Madison County, Illinois, by the Honorable Michael J. Reagan in an order signed on April 8, 2004.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-233" filed on May 7, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

IMAGED MAY 20 '04   OFFICIAL FILE COPY