**MDL    875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION MAY 1 9 2004
DOCKET NO. MDL-875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)     FILED
CLERK'S OFFICE

| | |
|---|---|
| ——————————————— ) | |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | |
| ) | |
| ——————————————— ) | |
| ) | |
| **DAVID RAY AMASON, et al.,** ) | **IN THE SOUTHERN DISTRICT** |
| ) | **OF TEXAS; CASE NO. C-03-CV-555** |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **REYNOLDS METALS COMPANY,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANT REYNOLDS METALS COMPANY'S
RESPONSE TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER
ORDER-232, TRANSFERRING *AMASON, ET AL., V. REYNOLDS METALS COMPANY,
ET AL.*, CIVIL ACTION NO. 2:03CV555, FROM THE U.S. DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS TO THE U.S. DISTRICT COURT FOR THE
<u>EASTERN DISTRICT OF PENNSYLVANIA</u>**

COMES NOW, Defendant Reynolds Metals Company, by counsel, pursuant to Rule

7.2(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and would

respectfully show the Court as follows:

1.      Reynolds Metals Company does not oppose *Plaintiffs' Motion to Vacate*

*Conditional Transfer Order-232, Transferring Amason, et al. v. Reynolds Metals Company, et*

*al., Civil Action No. 2:03CV555, from the U.S. District Court for the Southern District of Texas*

*to the U.S. District Court for the Eastern District of Pennsylvania.*

RECEIVED
CLERK'S OFFICE
2004 MAY 17 A 11: 03
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

IMAGED MAY 21 '04
OFFICIAL FILE COPY

**REYNOLDS METALS COMPANY**

_David Craig Landin / CWF_

David Craig Landin (Texas Bar No. 11863710;
Southern District of Texas Bar No. 19625)
John D. Epps (Texas Bar No. 00796079;
Southern District of Texas Bar No. 28306)
Lori M. Elliott (Texas Bar No. 24011471;
Southern District of Texas Bar No. 28308)
**HUNTON & WILLIAMS**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219
(804) 788-8200
(804) 788-8218  (facsimile)

R. Clay Hoblit (Texas Bar No. 09743100;
Southern District of Texas Bar No. 7591)
**CHAVES, GONZALES & HOBLIT, L.L.P.**
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, TX 78470
(361) 888-9392
(361) 888-9187 (facsimile)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 1 9 2004

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2004, a true and correct copy of the above

and foregoing instrument is being served by first class mail, on the following Plaintiffs' counsel:

D. Allen Hossley, Esq.
HOSSLEY & EMBRY, LLP
313 E. Charnwood Street
Tyler, Texas 75701

All other known defense counsel are being notified of this filing via facsimile. A copy

will be provided to them upon request.

*David Craig Landin /cwj*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MAY 1 9 2004**

### CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I hereby certify that on the ⎽⎽13th⎽⎽ day of May, 2004, a true and correct copy of the above

and foregoing instrument is being served by first class mail, on the following Plaintiffs' counsel:

D. Allen Hossley, Esq.
HOSSLEY & EMBRY, LLP
313 E. Charnwood Street
Tyler, Texas 75701

All other known defense counsel are being notified of this filing via facsimile.  A copy

will be provided to them upon request.

*David Craig Jardin /cwj*

# INVOLVED COUNSEL LIST (CTO-232)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Robert M. Arentson, Jr.
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Barbara J. Arison
Frantz Ward, L.L.P.
55 Public Square
19th Floor
Cleveland, OH 44113

Kenneth Carl Baker
Baker & Patterson LLP
1004 Prairie
Suite 300
Houston, TX 77002

Paul E. Barnes
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

Eric I. Barrera
Gary Thomasson, et al.
P.O. Box 2888
Corpus Christi, TX 78403-2888

Michael T. Bartley
Copeland, Cook, Taylor & Bush
P. O. Box 6020
Ridgeland, MS 39158-6020

James Duane Bashline
McLeod, Alexander, et al.
17225 El Camino Real
Suite 344
Houston, TX 77058

Ryan Andrew Beason
Spain, Hastings & Ward
909 Fannin
2350 Two Houston Center
Houston, TX 77010

Jeffrey M. Bell
Ritter, Chusid, Bivona & Cohen
7000 West Palmetto Park Road
Suite 305
Boca Raton, FL 33433

Troy N. Bell
Aultman, Tyner, Ruffin &
Yarborough, Ltd
400 Poydras Street
Suite 1900
New Orleans, LA 70130

Richard V. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Michael A. Bergin
Locke Reynolds LLP
201 North Illinois Street
Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961

V. Brian Bevon
Motley, Rice, LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

James H. Bolin
Butler, Snow, O'Mara, Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Joel M. Bondurant, Jr.
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602

Timothy W. Bouch
Leath, Bouch & Crawford
P.O. Box 59
Charleston, SC 29402

Stefan G. Bourn
Forman, Perry, Watkins, Krutz &
Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Craig E. Brasfield
Forman, Perry, Watkins, Krutz &
Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Jeremy S. Brenman
Johnson & Bell Ltd.
55 E Monroe Street
Suite 4100
Chicago, IL 60603

David Smith Brill
Brill & Associates
602 Sawyer
Suite 490
Houston, TX 77007

Robert Richard Brooks-Rigolosi
Ross & Hardis
65 East 55th Street
New York, NY 10022

Cary T. Brown
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39533-1377

Rodd R. Buell
Law Office of Rodd R. Buell, P.A.
11883 Maidstone Drive
Wellington, FL 33414-7008

Thomas M. Burke
Holland & Knight
200 South Orange Avenue
Suite 2600
P.O. Box 1526
Orlando, FL 32802-1526

Lisa N. Busch
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

Barry C. Campbell
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Dennis F. Cantrell
Bingham McHale, LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-2982

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607

SENT BY:HUNTON & WILLIAMS    ; 5-19- 4 ; 11:47 ;                                    → 202 273 2812;# 8/18

Case MDL No. 875   Document 4168   Filed 05/19/04   Page 6 of 16
INVOLVED COUNSEL LIST (CTO-232)  MDL-875  (Cont.)                        PAGE 2 OF 7

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

William T. Causby
Nelson, Mullins, Riley &
Scarborough, LLP
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Lawrence M. Coco, III
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Susan Coco
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Susan J. Cole
Bice Cole Law Firm
2801 Ponce De Leon Boulevard
Suite 550
Coral Gables, FL 33134-6920

W. David Conner
Haynsworth Sinkler Boyd
P.O. Box 2048
Greenville, SC 29602

Ronald B. Cox
Bowers Orr, LLP
P.O. Box 25389
Columbia, SC 29224

Burton Craige
Patterson, Harkavy & Lawrence
200 West Morgan Street
P.O. Box 27927
Raleigh, NC 27611

Edward J. Currie, Jr.
Currie, Johnson, Griffin, Gaines &
Myers
P.O. Box 750
Jackson, MS 39205-0750

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

H. Lee Davis, Jr.
Davis & Hamrick, LLP
635 West Fourth Street
P.O. Drawer 20039
Winston-Salem, NC 27120-0039

Carl Rapier Dawson
Ryan & Dawson
770 S. Post Oak Lane
Suite 525
Houston, TX 77056

David W. Dogan, III
Dogan & Wilkinson, PLLC
P.O. Box 23062
Jackson, MS 39225-3062

Thomas F. Dougall
Law Office of Thomas F. Dougall
1713 Woodcreek Farms Road
Elgin, SC 29045

John A. Eaves
John Arthur Eaves Law Office
101 North State Street
Jackson, MS 39201

John B. Edwards
Dogan & Wilkinson, PLLC
P.O. Box 1618
Pascagoula, MS 39568-1618

Thomas S. Ehrhardt
Kopka Landau & Pinkus
5240 Fountain Drive
Suite E
Crown Point, IN 46307-1000

C. Michael Evert, Jr.
Evert & Weathersby, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

R. Stephen Ferrell
Giessel, Barker & Lyman
2700 Two Houston Center
909 Fannin
Houston, TX 77010

Evelyn M. Fletcher
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

James L. Fletcher, Jr.
Montgomery, Barnett, Brown, et al.
3200 Energy Center
1100 Poydras Street
New Orleans, LA 70163-3200

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Jana Marie Fried
Foley & Mansfield
4770 Biscayne Blvd.
Suite 1030
Miami, FL 33137

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Robert C. Galloway
Butler, Snow, O'Mara, Stevens &
Cannada
1300 25th Avenue, Suite 204
P.O. Drawer 4248
Gulfport, MS 39502-4248

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Michael D. Goggans
Forman, Perry, Watkins, Krutz &
Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Jimmie Irl Graves
Mehaffy & Weber
P.O. Box 16
Beaumont, TX 77704

Marc C. Greco
Glasser & Glasser, P.L.C.
Crown Center Building
Suite 600
580 East Main Street
Norfolk, VA 23510

INVOLVED COUNSEL LIST (CTO-232) MDL-875  (Cont.)

Cheri D. Green
Brunini, Grantham, Grower & Hewes
P.O. Drawer 119
Jackson, MS 39205-0119

David K. Groome
Hailey, McNamara, Hall, Larmann &
Papale
P.O. Box 8288
Metarie, LA 70011-8288

Darren M. Guillot
Abbott, Simses & Kuchler
400 Lafayette St., Suite 200
New Orleans, LA 70130

Lucien C. Gwin, Jr.
Gwin, Lewis & Punches
P.O. Box 1344
Natchez, MS 39121-1344

Michael O. Gwin
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Lawrence E. Hahn
McNeese & Hahn, PLLC
P.O. Drawer 948
Columbia, MS 39429

J. T. Hamrick
Simon, Peragine, Smith & Redfearn
30th Floor, Energy Centre
1100 Poydras St.
New Orleans, LA 70163-3000

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Keith J. Hays
Hill Fulwider McDowell Funk &
Matthews
One Indiana Square
Suite 2000
Indianapolis, IN 46204-2031

Sheila J. Hendricks
Campbell Cherry Harrison Davis
Dove
P.O. Box 5229
Jackson, MS 39296-5229

Christy C. Hendrix
Sulzer & Williams, LLC
201 Holiday Blvd., Suite 335
Covington, LA 70433

Sean M. Higgins
Brown McCarroll, LLP
1111 Bagby Street
47th Floor
Houston, TX 77002

Robin C. Hoblit
Chaves, Gonzales & Hoblit
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, TX 78470

Alben N. Hopkins
Hopkins, Barvie & Hopkins
2701 24th Avenue
P.O. Box 1510
Gulfport, MS 39502-1510

H. Forest Horne, Jr.
Martin & Jones
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Daniel Allen Hossley
Hossley & Embry
313 East Charnwood Street
Tyler, TX 75701

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Michael E. Jackson
Schwarzwald & Mcnair
616 Penton Media Bldg.
1300 East Ninth Street
Cleveland, OH 44114-1503

Gordon James, III
Gordon, Hargrove & James
Broward Financial Center, Suite 1000
500 East Broward Boulevard
Fort Lauderdale, FL 33394-3092

Virginia E. Johnson
Foley & Mansfield
4770 Biscayne Blvd.
Suite 1030
Miami, FL 33137-3258

Arthur T. Jones
Hawkins & Parnell
4000 SunTrust Plaza
300 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Jennifer J. Kalas
Hinshaw & Culbertson
222 Indianapolis Blvd
Suite 202
Schererville, IN 46375

Jason L. Kennedy
Segal, McCambridge, Singer &
Mahoney, Ltd.
One IBM Plaza
330 North Wabash Avenue
Suite 200
Chicago, IL 60611

Matthew Kennedy
1505 N.E. 4th Avenue
Boca Raton, FL 33432

Douglas B. King
Wooden & McLaughlin
One Indiana Square
Suite 1800
Indianapolis, IN 46204

Chris N. Kolos
Holland & Knight, LLP
200 S. Orange Avenue, Suite 2600
P.O. Box 1526
Orlando, FL 32801-1526

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Donald A. Krispin
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
645 Griswold St.
Detroit, MI 48226

Kenneth Kyre, Jr.
Pinto Coates Kyre & Brown
P.O. Box 4848
Greensboro, N.C. 27404

Carter T. Lambeth
Johnson & Lambeth
P.O. Box 660
Wilmington, NC 28402

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219

Louis B. Lanoux
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Richard M. Lauth
Evert & Weathersby, LLC
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

Richard T. Lawrence
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

James W. Ledlie
Motley, Rice, LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464

David M. Lipman
David P. Lipman, P.A.
5901 S.W. 74th Street
Suite 304
Miami, FL 33143

William H. Liston, III
Liston/Lancaster
P.O. Box 645
Winona, MS 38967-0645

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Daniel M. Long
Locke Reynolds LLP
201 North Illinois Street
Suite 1000
Indianapolis, IN 46244

Lynn M. Luker
Lynn Luker & Associates
3433 Magazine Street
New Orleans, LA 70115

Edward H. MacCabe
MacCabe & McGuire
77 W. Wacker Drive
Suite 3333
Chicago, IL 60601

Leslie MacLean
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

David J. Mallon, Jr.
Ice Miller
One American Square
P.O. Box 82001
Indianapolis, IN 46282-0002

Patrick C. Malouf
Porter & Malouf
P.O. Box 12768
Jackson, MS 39236

Jack B. Manning
Bean & Manning
1500 San Felipe Plaza
5847 San Felipe Road
Houston, TX 77057

Bruce B. Marr
McKenna Storer Rowe White &
Farrug
33 N. Lasalle Street
Suite 1400
Chicago, IL 60602-2610

Patrick Michael Martinez
Barger, Hermansen, et al.
555 North Carancahua
Suite 1100
Corpus Christi, TX 78478

Christopher O. Massenburg
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P. O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Ben L. Mayeaux
Laborde & Neuner
One Petroleum Center
1001 W. Pinhook Road, Suite 200
P.O. Drawer 52828
Lafayette, LA 70505

Silas W. McCharen
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

Jeffrey L. McKean
Wooden & McLaughlin
1600 Capital Center South
201 N. Illinois
Indianapolis, IN 46204

Bob McCoy
Cascino Vaughan Law Offices
220 S. Ashland Avenue
Chicago, IL 60607-5308

Douglas B. Melamed
Bell, Melamed & Stubbs
1451 W. Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309

Michael S. Minyard
Baker, Donelson, Bearman, Caldwell
& Berkowitz, Pc
P. O. Box 14167
Jackson, MS 39236-4167

Edward W. Mizell
Butler, Snow, O'Mara, Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Ronald L. Motley
Motley, Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Frederick S. Mueller
Johnson & Bell Ltd - Hig/in
9000 Indianapolis Blvd Suite A
Highland, IN 46322

Maurice F. Mullins
Spotts, Chappell, Fain & Anderson
P.O. Box 1555
Richmond, VA 23218-1555

James A. Newsom
Munisteri, Sprott, Lefevre & Rigby
3323 Richmond Avenue
Suite A
Houston, TX 77098

Jenifer E. Novak
Frantz Ward
55 Public Square
19th Floor
Cleveland, OH 44113

Richard O'Leary
McCarter & English, L.L.P.
300 Park Avenue
18th Floor
New York, NY 10022

Andrew S. Oretsky
Abbott, Simses & Kuchler
Davis & Shank
1415 Louisiana, Suite 4200
Houston, TX 77002

Jerry C. Parker
Sammons & Parker, P.C.
218 North College Street
Tyler, TX 75702

E. Spencer Parris
Martin & Jones
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603

Monica F. Patterson
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Timothy Peck
Smith, Helms, Mulliss & Moore
P.O. Box 21927
Greensboro, NC 27420

Scott W. Pedigo
Baker, Donelson, Bearman, Caldwell
& Berkowitz, Pc
P. O. Box 14167
Jackson, MS 39236-4167

Ronald G. Peresich
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
759 Vieux Marche' Mall
Biloxi, MS 39533-0289

James B. Pressly, Jr.
Haynsworth, Marion, McKey &
Guerard
75 Beattie Place
11th Floor
P.O. Box 2048
Greenville, SC 29602

Robert L. Redfearn
Simon, Peragine, Smith & Redfearn
Energy Centre, 30th Floor
1100 Poydras Street
New Orleans, LA 70163

William C. Reeves
Smith, Reeves & Yarborough, PLLC
6360 I-55 North, Suite 201
Jackson, MS 39211

Giovanni Regina
Waters, McPherson, McNeill, P.C.
300 Lighting Way
Secaucus, NJ 07096

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Paul E. Ridley
Kirkpatrick & Lockhart, L.L.P.
2828 North Harwood Street
Suite 1800
Dallas, TX 75201-6966

Hector Ralph Rivera
Duane Morris LLP
200 South Biscayne Blvd.
Suite 3400
Miami, FL 33131

Trudy Hartzog Robertson
Moore & Van Allen, PLLC
P.O. Box 22828
Charleston, SC 29413-2828

John W. Robinson III
Phelps Dunbar
P.O. Box 23066
111 East Capitol Street
Suite 600
Jackson, MS 39225-3066

Robert M. Rolfe
Hunton & Williams
Riverfront Plaza
951 East Byrd Street
Richmond, VA 23219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Anthony J. Sadberry
Wickliff & Hall
1000 Louisiana
Suite 5400
Houston, TX 77002

Sandstrom Co.
c/o CT Corporation System
811 Dallas Avenue
Houston, TX 77002

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Dan Shaked
Shaked & Posner
225 West 34th Street
Suite 1111
New York, NY 10122

Myron Shapiro
Herzfeld & Rubin, P.C.
80 S.W. 8th Street
Suite 1920
Miami, FL 33130

Ann M. Sico
Bernard, Cassisa, Elliott & Davis
P.O. Box 55490
Metairie, LA 70055-5490

Stacey L. Sims
Morris, Sakalarios & Blackwell
201 Hardy Street
Hattiesburg, MS 39401

Benjamin R. Slater, III
Lemle & Kelleher, L.L.P.
Pan American Life Center
601 Poydras Street, Suite 2100
New Orleans, LA 70130-6097

Mark R. Smith
Holcomb Dunbar, P.A.
P.O. Drawer 707
Oxford, MS 38655-0707

Michael E. Smith
Frantz Ward
55 Public Square
19th Floor
Cleveland, OH 44113

John A. Smyth
Maynard, Cooper & Gales, P.C.
1901 Sixth Avenue North
2400 Amsouth/harbert Plaza
Birmingham, AL 35203

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

SENT BY:HUNTON & WILLIAMS   ; 5-19- 4 ; 11:49 ;   Case MDL No. 875  Document 4168   Filed 05/19/04   Page 10 of 16   202 273 2812;#12/18

INVOLVED COUNSEL LIST (CTO-232) MDL-875 (Cont.)                                    PAGE 6 OF 7

Gregg L. Spyridon
Spyridon, Koch & Palermo
Three Lakeway Center
Suite 3010
3838 North Causeway Boulevard
Metairie, LA 70002

Joseph Stalmack
Joseph Stalmack & Associates, P.C.
5253 Hohman Avenue
P.O. Box 1150
Hammond, IN 46320

James P. Streetman, III
Clark, Scott & Streetman
447 Northpark Drive
P.O. Box 13847
Ridgeland, MS 39236-3847

Minor C. Sumners, Jr.
1907 Dunbarton Drive
Suite F
Jackson, MS 39216

Robert E. Sweeney
Law Offices of Robert E. Sweeney &
Associates
1500 Illuminating Building
55 Public Square
Cleveland, OH 44113

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Thomas W. Tardy, III
Forman, Perry, Watkins, Krutz &
Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Thomas B. Taylor
Taylor & Warren
333 Clay Street, Suite 1300
Houston, TX 77002

Jennifer M. Techman
Evert & Weathersby, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Michael T. Terwilliger
Hinshaw & Culbertson
222 Indianapolis Blvd
Suite 202
Schererville, IN 46375

Robert E. Thackston
Hawkins, Parnell & Thackston
4514 Cole Avenue
Suite 550
Dallad, TX 75205

James M. Thompson
Royston, Rayzor, et al.
P.O. Box 804
Houston, TX 77001-8380

Willard M. Tinsley
Funderbunk & Funderbunk
2777 Allen Parkway
Suite 1089
Houston, TX 77019

Grady F. Tollison, Jr.
Tollison, Austin & Twiford
P.O. Box 1216
103 N. Lamar Avenue
Oxford, MS 38655-1216

Michael T. Tomlin
Anania, Bandklayder, Blackwell,
Baumgarten, et al.
Bank of America Tower
100 Southeast 2nd Street
Suite 4300
Miami, FL 33131-2144

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

David L. Trewolla
Dogan & Wilkinson, PLLC
P.O. Box 23062
Jackson, MS 39225-3062

Hugh J. Turner, Jr.
Akerman, Senterfitt & Eidson
Las Olas Centre, Suite 1600
350 E. Las Olas Boulevard
Ft. Lauderdale, FL 33301-0006

Thomas W. Tyner
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Carlos Uresti
Chavez, Gonzales, et al.
802 North Carancahua
Suite 802
Corpus Christi, TX 78470

Mary W. Van Slyke
Boutwell & Gowan, PLLC
P.O. Box 30
Hattiesburg, MS 39403

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Allen D. Vaughan
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607-5308

Rodney P. Vincent
Gertler, Gertler, Vincent & Plotkin
Gertler Building
3rd Floor
127-129 Carondelet Street
New Orleans, LA 70130

John E. Wade, Jr.
Brunini, Grantham, Grower & Hewes
P.O. Drawer 119
Jackson, MS 39205-0119

Herbert I. Waldman
Nagel, Rice & Mazie, LLP
301 South Livingston Avenue
Suite 201
Livingston, NJ 07039

Kimberly P. Wallace
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-3979

Michael R. Walzel
Stevens, Baldo & Freeman L.L.P.
550 Fannin Street
Suite 400
P.O. Box 4950
Beaumont, TX 77704

Alton L. Watts
Shell Buford, PLLC
P.O. Box 157
Jackson, MS 39205-0157

Michael N. Watts
Holcomb Dunbar
P.O. Box 707
Oxford, MS 38655

Joe D. Wells
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018-8008

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Paul A. Weykamp
Law Offices of Paul A. Weykamp
110 St. Paul Street
Suite 300
Baltimore, MD 21202

Robert W. Wilkinson
Dogan & Wilkinson, PLLC
P. O. Box 1618
Pascagoula, MS 39568-1618

James R. Williams
Segal Mccambridge Singer &
Mahoney
330 North Wabash
Suite 200
Chicago, IL 60611

Che Dawn Williamson
Shrader & Williamson
16903 Red Oak Dr.
Suite 220
Houston, TX 77090

S. B. Windham
Jude & Jude, PLLC
P.O. Box 17468
Hattiesburg, MS 39404-7468

Mark J. Wintering
Law Offices of Robert E. Sweeney
1500 Illuminating Building
55 Public Square
Cleveland, OH 44113

Andrew R. Wolf
Bruce P. Clark & Associates
419 Ridge Road
Munster, IN 46321-1581

Dawn M. Wright
Thompson & Knight
1700 Pacific Ave.
Suite 3300
Dallas, TX 75201

Richard F. Yarborough, Jr.
Smith, Reeves & Yarborough, PLLC
6360 I-55 North, Suite 201
Jackson, MS 39211

Richard L. Yoder
Gilchrist, Sumrall, Thaxton & Yoder
P.O. Box 106
Laurel, MS 39441



**HUNTON&
WILLIAMS**

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VIRGINIA 23219-4074

TEL   804 • 788 • 8200
FAX   804 • 788 • 8218

| FAX SERVICE LIST | INVOLVED COUNSEL LIST (CTO-232) DOCKET NO. 875 IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | | |
|---|---|---|---|
| **TO  NAME:** | **FIRM:** | **TEL:** | **FAX NO:** |
| Robert M. Arentson, Jr. | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | 601-351-2400 | 601-351-2424 |
| Barbara J. Arison | Frantz Ward, L.L.P. | 216-515-1660 | 216-515-1650 |
| Kenneth Carl Baker | Baker & Patterson LLP | 713-623-8116 | 713-623-0290 |
| Paul E. Barnes | Wise, Carter, Child & Caraway, P.A. | 601-968-5500 | 601-968-5519 |
| Eric I. Barrera | Gary, Thomasson, Hall & Marks, P.C. | 361-884-1961 | 361-889-5100 |
| Michael T. Bartley | Copeland, Cook, Taylor & Bush, P.A. | 601-856-7200 | 601-856-7626 |
| James Duane Bashline | McLeod, Alexander, et al. | | |
| Ryan Andrew Beason | Spain Hastings & Ward | 713-650-9700 | 713-650-9701 |
| Jeffrey M. Bell | Ritter, Chusid, Bivona & Cohen | 561-394-2180 | 561-394-2582 |
| Troy N. Bell | Aultman, Tyner, Ruffin & Yarboroguh, Ltd. | | |
| Richard V. Bennett | Bennett & Guthrie, P.L.L.C. | 336-765-3121 | 336-765-8622 |
| Michael A. Bergin | Locke Reynolds LLP | 317-237-3800 | 317-237-3900 |
| V. Brian Bevon | Motley, Rice, LLC | 843-216-9000 | 843-216-9450 |
| Richard C. Binzley | Thompson Hine, LLP | 216-566-5500 | 216-566-5800 |
| James H. Bolin | Butler, Snow, O'Mara, Stevens & Cannada, PLLC | 601-948-5711 | 601-985-4500 |
| Joel M. Bondurant, Jr. | Haynsworth, Sinkler, Boyd, P.A. | 864-240-3200 | 864-240-3300 |
| Timothy W. Bouch | Leath, Bouch & Crawford, L.L.P. | 843-937-8811 | 843-937-0606 |
| Stefan G. Bourn | Forman, Perry, Watkins, Krutz & Tardy, LLP | 601-960-8600 | 601-960-8613 |
| Craig E. Brasfield | | | |
| Michael D. Goggans | | | |
| Thomas W. Tardy, III | | | |
| Jeremy S. Brenman | Johnson & Bell Ltd. | 312-372-0770 | 312-372-9818 |
| David Smith Brill | Brill & Associates | 713-863-0579 | |
| Robert Richrd Brooks-Rigolosi | Ross & Hardis | | |
| Cary T. Brown | Page, Mannino, Peresich & McDermott, P.L.L.C. | 228-374-2100 | 228-432-5539 |
| Patrick R. Buchanan | Brown, Buchanan & Sessoms, P.A. | 228-374-2999 | 228-435-7090 |
| Rodd R. Buell | Law Office of Rodd R. Buell, P.A. | 561-795-5400 | 561-795-5451 |
| Thomas M. Burke | Holland & Knight, L.L.P. | 407-425-8500 | 407-244-5288 |
| Lisa N. Bushe | Weitz & Luxenberg | 212-558-5500 | 212-344-5461 |
| Barry C. Campbell | Baker, Donelson, Bearman, Caldwell & Berkowtiz | 601-351-2400 | 601-351-2424 |
| Dennis F. Cantrell | Bingham McHale, LLP | 317-635-8900 | 317-236-9907 |
| Michael P. Cascino | Cascino Vaughan Law Offices, Ltd. | 800-783-0081 | 312-944-1870 |
| Bob McCoy | | | |
| Edward J. Cass | Gallagher, Sharp, Fulton & Norman | 216-241-5310 | 216-241-1608 |
| William T. Causby | Nelson, Mullins, Riley & Scarboroguh, LLP | 803-799-2000 | 803-256-7500 |
| Adam M. Chud | Shea & Gardner | 202-828-2000 | 202-828-2195 |
| Lawrence M. Coco, III | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | 601-351-2400 | 601-351-2424 |
| Susan E. Coco | Montague, Pittman & Varnado, P.A.601-544-1234 | 601-544-1234 | 601-544-1276 |
| Susan J. Cole | Bice Cole Law Firm, PL | 305-444-1225 | 305-446-1598 |
| W. David Conner | Haynsworth Sinkler Boyd, P.A. | 864-240-3200 | 864-240-3300 |
| Ronald B. Cox | Bowers Orr, LLP | 803-788-5220 | 803-788-6767 |
| Burton Craige | Patterson, Harkavy & Lawrence, LLP | 919-755-1812 | 919-755-0124 |
| Edward J. Currie, Jr. | Currie Johnson, Griffin, Gaines & | 601-969-1010 | 601-969-5120 |

| | | | |
|---|---|---|---|
| | Myers | | |
| David A. Damico | Burns, White & Hickton | 412-394-2500 | 412-281-1352 |
| H. Lee Davis, Jr. | Davis & Hamrick, LLP | 336-725-8385 | 336-723-8838 |
| Carl Rapier Dawson | Ryan & Dawson | 713-960-1555 | 713-960-8491 |
| David W. Dogan, III | Dogan & Wilkinson, PLLC | 601-351-3200 | 601-351-3232 |
| David L. Trewolla | | | |
| Thomas F. Dougall | Law Ofice of Thomas F. Dougall | 803-865-8858 | 803-865-8944 |
| John A. Eaves | John Arthur Eaves Law Office | | |
| John B. Edwards | Dogan & Wilkinson, PLLC | 228-762-2272 | 228-762-8246 |
| Thomas S. Ehrhardt | Kopka Landau & Pinkus | 219-794-1888 | 219-794-1892 |
| C. Michael Evert, Jr. | Evert & Wethersby, LLC | 404-233-8718 | 404-233-8933 |
| Richard M. Lauth | | | |
| Jennifer M. Techman | | | |
| R. Stephen Ferrell | Giessel, Barkor & Lyman, P.C. | 713-759-1900 | 713-652-2419 |
| Evelyn M. Fletcher | Hawkins & Parnell | 404-614-7400 | 404-614-7500 |
| James L. Fletcher, Jr. | Montgomery, Barnett, Brown, Read, Hammond & Mintz, L.L.P. | 504-585-3200 | 504-585-7688 |
| Raymond P. Forceno | Forceno & Hannon | | |
| Jana Marie Fried | Foley & Mansfield | 305-438-9899 | 305-438-9819 |
| Ellen B. Furman | Goldfein & Hosmer | 215-979-8200 | 215-979-8201 |
| Robert C. Galloway | Butler, Snow, O'Mara, Stevens & Cannada | 228-864-1170 | 228-868-1531 |
| James D. Gandy, III | Pierce, Herns, Sloan & McLeod, LLC | 843-722-7733 | 843-722-7732 |
| Jimmie Irl Graves | Mehafly & Weber | | |
| Marc C. Greco | Glasser & Glasser, P.L.C. | 757-625-6787 | 757-625-5959 |
| Cheri D. Green | Brunini, Grantham, Grower & Hewes | 601-948-3101 | 601-960-6902 |
| David K. Groome, Jr. | Hailey, McNamara, Hall, Larmann & Papale, L.L.P. | 504-836-6500 | 504-836-6565 |
| Daren M. Guillot | Abbott, Simses & Kuchler | 601-352-9393 | 601-352-9066 |
| Lucien C. Gwin, Jr. | Gwin, Lewis & Punches | 601-446-6621 | 601-442-6175 |
| Michael O. Gwin | Watkins & Eager | 601-948-6470 | 601-354-3623 |
| Lawrence E. Hahn | McNeese & Hahn, PLLC | | |
| J. Thomas Hamrick, Jr. | Simon, Peragine, Smith & Redfearn | 504-569-2030 | 504-569-2999 |
| Susan M. Hansen | Brownson & Ballou, PLLP | 612-332-4020 | 612-332-4025 |
| Keith J. Hays | Hill, Fulwider, McDowell, Funk & Matthews, P.C. | 317-488-2000 | 317-630-2768 |
| Sheila J. Hendricks | Campbell Cherry Harrison Davis Dove | 601-420-6868 | 601-420-9292 |
| Christy C. Hendrix | Sulzer & Williams, LLC | 985-898-0608 | 985-898-0871 |
| Sean M. Higgins | Brown McCarroll, LLP | 713-529-3110 | 713-525-6295 |
| Alben N. Hopkins | Hopkins, Barvie & Hopkins, P.L.L.C. | 228-864-2200 | 228-868-9358 |
| H. Forest Horne, Jr. | Martin & Jones | 919-821-0005 | |
| D. Allen Hossley | Hossley & Embry, LLP | 903-526-1772 | 903-526-1773 |
| Jeffrey P. Hubbard | Wells, Moore, Simmons & Hubbard, PLLC | 601-354-5400 | 601-355-5850 |
| Michael E. Jackson | Schwarzwald, Rock & McNair | 215-500-1600 | |
| Gordon James, III | Gordon, Hargrove & James, P.A. | 954-527-2800 | 954-524-9481 |
| Virginia E. Johnson | Foley & Mansfield, P.L.L.P. | 305-438-9899 | 305-438-9819 |
| Arthur T. Jones | Hawkins & Parnell | 404-614-7400 | 404-614-7500 |
| Jennifer J. Kalas | Hinshaw & Culbertson LLP | 219-864-5051 | 219-864-5052 |
| Jason L. Kennedy | Segal, McCambridge, Singer & Mahoney, Ltd. | 312-645-7800 | 312-645-7711 |
| Matthew Kennedy | | | |
| Douglas B. King | Wooden & McLaughlin LLP | 317-639-6151 | 317-639-6444 |
| Chris N. Kolos | Holland & Knight, LLP | 407-425-8600 | 407-244-5288 |
| Reginald S. Kramer | Oldham & Dowling | 330-762-7377 | 330-762-7390 |
| Donald A. Krispin | Jaques Admiralty Law Firm, P.C. | 313-961-1080 | 313-961-5275 |
| Kenneth Kyre, Jr. | Pinto Coats Kyre & Brown, PLLC | 336-282-8848 | 336-282-8409 |
| Carter T. Lambeth | Johnson, Lambeth & Brown | 910-763-0481 | 910-251-1276 |
| Louis B. Lanoux | Watkins & Eager | 601-948-6470 | 601-354-3623 |
| Richard T. Lawrence | | | |
| James W. Ledlie | Motley, Rice, LLC | 843-216-9000 | 843-216-9450 |

| | | | |
|---|---|---|---|
| David M. Lipman | David P. Lipman, P.A. | 207-622-3711 | 207-622-7415 |
| William H. Liston, III | Liston/Lancaster | 601-944-0820 | 601-944-0811 |
| Gene Locks | Gretizer & Locks, L.L.C. | 215-893-0100 | 215-985-2960 |
| Daniel M. Long | Locke Reynolds LLP | 317-237-3800 | 317-237-3900 |
| Lynn M. Luker | Lynn Luker & Associates, LLC | 504-525-5500 | 504-525-5599 |
| Edward H. MacCabe | MacCabe & McGuire | 312-357-2600 | 312-357-0317 |
| Leslie MacLean | Waters & Kraus, LLP | 214-357-6244 | 214-357-7252 |
| David J. Mallon, Jr. | Ice Miller | 317-236-2100 | 317-236-2219 |
| Patrick C. Malouf | Porter & Malouf, P.A. | 601-957-1173 | 601-957-7366 |
| Jack B. Manning | Bean & Manning | | |
| Bruce B. Marr | McKenna Storer Rowe White & Farrug | 312-558-3900 | 312-558-8348 |
| Patrick Michael Martinez | Barger, Hermansen, et al. | | |
| Christopher O. Massenburg | Aultman, Tyner, Ruffin & Yarborough, Ltd. | | |
| Ben L. Mayeaux | Laborde & Neuner | 337-237-7000 | 337-233-9450 |
| Silas W. McCharen | Daniel, Coker, Horton & Bell, P.A. | 601-969-7607 | 601-969-1116 |
| Jeffrey L. McKean | Wooden & McLaughlin, LLP | 317639-6151 | 317-639-6444 |
| Douglas B. Melamed | Bell, Melamed & Stubbs | 954-489-2732 | 954-489-2733 |
| Michael S. Minyard | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | 601-351-2400 | 601-351-2424 |
| Edward W. Mizell | Butler, Snow, O'Mara, Stevens & Cannada, PLLC | 601-948-5711 | 601-985-4500 |
| Ronald L. Motley | Motley, Rice, LLC | 843-216-9000 | 843-216-9450 |
| Frederick S. Mueller | Johnson & Bell Ltd | 312-372-0770 | 312-372-9818 |
| Maurice F. Mullins | Spotts, Chappell, Fain & Anderson | 804-788-1190 | 804-788-0570 |
| James A. Newsom | Munisteri, Sprott, Lefevre & Rigby | | |
| Jennifer E. Novak | Frantz Ward LLP | 216-515-1660 | 216-515-1650 |
| Richard O'Leary | McCarter & English, L.L.P. | 212-609-6800 | 212-609-6921 |
| Andrew S. Oretsky | Abbott, Simses & Kuchler Davis & Shank | 713-659-1010 | 713-659-1122 |
| Jerry C. Parker | Sammons & Parker, P.C. | 903-595-4541 | 903-595-2864 |
| E. Spencer Parris | Martin & Jones | 919-821-0005 | 919-863-6071 |
| Monica F. Patterson | Hawkins & Parnell, LLP | 404-614-7400 | 404-614-7500 |
| Timothy Peck | Smith, Helms, Mulliss & Moore | 336-378-5200 | 336-378-5400 |
| Scott W. Pedigo | Baker, Donelson, Bearman, Caldwell & Berkowtiz, PC | 601-351-2400 | 601-351-2424 |
| Ronald G. Peresich, Jr. | Page, Mannino, Peresich & McDermott, P.L.L.C. | 228-374-2100 | 228-432-5539 |
| James B. Pressly, Jr. | Haynsworth, Marion, McKey & Guerard | 864-240-3200 | 864-240-3300 |
| Robert L. Redfearn, Jr. | Simon, Peragine, Smith & Redfearn, L.L.P. | 504-569-2030 | 504-569-2999 |
| William C. Reeves | Smith, Reeves & Yarborough, PLLC | 601-965-7200 | 601-977-9299 |
| Giovanni Regina | Waters, McPherson, McNeill, P.C. | 201-863-4400 | 201-863-2866 |
| John J. Repcheck | Marks, O'Neill, O'Brien & Courtney | 412-391-6171 | 412-391-8804 |
| Paul E. Ridley | Kirkpatrick & Lockhard, L.L.P. | 214-939-4900 | 214-939-4949 |
| Hector Ralph Rivera | Duane Morris LLP | 305-960-2200 | 305-960-2201 |
| Trudy H. Robertson | Moore & Van Allen, PLLC | 843-579-7000 | 843-579-7099 |
| John W. Robinson III | Phelps Dunbar LLP | 601-352-2300 | 601-360-9777 |
| John D. Roven | Roven, Kaplan & Wells, L.L.P. | 713-465-8522 | 713-465-3658 |
| Anthony J. Sadberry Sandstrom Co. | Wickliff & Hall P.C. | 713-750-3100 | 713-750-3101 |
| Richard D. Schuster | Vorys, Sater, Seymour & Pease, LLP | 614-464-6400 | 614-464-6350 |
| Neil Selman | Selman, Breitman & Burgess | 310-445-0800 | 310-473-2525 |
| Dan Shaked | Shaked & Posner | 212-494-0035 | 212-216-9049 |
| Myron Shapiro | Herzfeld & Rubin, P.C. | 305-381-7999 | 305-381-8203 |
| Ann M. Sico | Bernard, Cassisa, Elliott & Davis | 504-834-2612 | 504-838-9438 |
| Stacey L. Sims | Morris, Sakaloris & Blackwell | | |
| Benjamin R. Slater, III | Lemle & Kelleher, L.L.P. | 504-586-1241 | 504-584-9142 |
| Mark R. Smith | Holcomb Dunbar, P.A. | 662-234-8775 | 662-238-7552 |

| Michael E. Smith | Frantz Ward | 216-515-1660 | 216-515-1650 |
|---|---|---|---|
| John A. Smyth III | Maynard, Cooper & Gales, P.C. | 205-254-1000 | 205-254-1999 |
| Robert N. Spinelli | Kelley, Jasons, McGuire & Spinelli, L.L.P. | 215-854-0658 | 215-854-8434 |
| Gregg L. Spyridon | Spyridon, Koch & Palermo | 504-830-7800 | 504-830-7810 |
| Joseph Stalmack | Joseph Stalmack & Associates, P.C. | 219-937-3700 | 219-931-1677 |
| James P. Streetman, III | Clark, Scott & Streetman | 601-607-4800 | 601-607-4801 |
| Minor C. Summers, Jr. | | | |
| Robert E. Sweeney | Law Offices of Robert E. Sweeney & Assoc. | | |
| Robert E. Swickle | Jaques Admiralty Law Firm, P.C. | 313-961-1080 | 313-961-5275 |
| Thomas B. Taylor | Taylor & Warren | 713-658-1800 | 713-658-1885 |
| Michael T. Terwilliger | Hinshaw & Culbertson | 219-864-5051 | 219-864-5052 |
| Robert E. Thackston | Hawkins, Parnell & Thackston, LLP | 214-780-5100 | 214-780-5200 |
| James M. Thompson | Royston, Rayzor, et al. | 713-224-8380 | 713-225-9945 |
| Willard M. Tinsley | Funderbunk & Funderbunk, L.L.P. | 713-526-1801 | 713-526-2708 |
| Grady F. Tollison, Jr. | Tollison, Austin & Twiford | 662-234-7070 | 662-234-7095 |
| Michael T. Tomlin | Anania, Bandklayder, Blackwell, Baumgarten, et al. | 305-373-4900 | 305-373-6914 |
| Andrew J. Trevelise | Reed Smith LLP | 215-851-8100 | 215-851-1420 |
| Hugh J. Turner, Jr. | Akerman, Senterfitt & Eidson | 954-463-2700 | 954-463-2224 |
| Thomas W. Tyner | Aultman, Tyner, Ruffin & Yarboroguh, Ltd. | 601-583-2671 | 601-583-2677 |
| Mary W. Van Slyke | Boutwell & Gowan, PLLC | 228-374-2100 | 228-432-5539 |
| Carey R. Varnado | Montague, Pittman & Varnado | 601-544-1234 | 601-544-1276 |
| Allen D. Vaughan | Casino Vaughan Law Offices, Ltd. | | |
| Rodney P. Vincent | Gertler, Gertler, Vincent & Plotkin | 504-581-6411 | 504-581-6568 |
| John E. Wade, Jr. | Brunini, Grantham, Grower & Hewes | 601-948-3101 | 601-960-6902 |
| Herbert I. Waldman | Nagel, Rice & Mazie, LLP | 973-535-3100 | 973-535-3373 |
| Kimberly P. Wallace | Barfield & Associates | 601-968-9420 | 601-968-9425 |
| Michael R. Walzel | Stevens, Baldo & Freeman L.L.P. | 409-835-5200 | 409-838-5638 |
| Alton L. Watts | Shell Buford, PLLC | 601-932-4118 | 601-932-4860 |
| Michael N. Watts | Holcomb Dunbar | 662-234-8775 | 662-238-7552 |
| Joe D. Wells | Roven, Kaplan & Wells | 713-465-8522 | 713-465-3658 |
| James K. Weston, II | Tom Riley Law Firm | 319-363-4040 | 319-363-9789 |
| Paul A. Weykamp | Law Offices of Paul A. Weykamp | | |
| Robert W. Wilkinson | Dogan & Wilkinson, PLLC | 228-762-2272 | 228-762-8246 |
| James R. Williams | Segal Mccambridge Singer & Mahoney | 312-645-7800 | 312-645-7711 |
| Che Dawn Williamson | Shrader & Williamson | 866-444-0604 | 281-444-0124 |
| S.B. Windham | Jude & Jude, PLLC | 601-579-8411 | 601-579-8461 |
| Mark J. Wintering | Law Offices of Robert E. Sweeney | | |
| Andrew R. Wolkf | Bruce P. Clark & Associates | | |
| Dawn M. Wright | Thompson & Knight | 214-969-1700 | 214-969-1751 |
| Richard F. Yarborough, Jr. | Smith, Reeves & Yarborough, PLLC | 601-965-7200 | 601-977-9299 |
| Richard L. Yoder | Gilchrist, Sumrall, Thaxton & Yoder | 601-649-3351 | 601-426-9625 |

PAGES (INCLUDING COVER):  7

ORIGINAL TO FOLLOW IN MAIL:   ☐ Yes  ☒ No

FROM

NAME:   Carson W. Johnson

DIRECT DIAL:   804-788-8293

MESSAGE

IF PROBLEM WITH TRANSMISSION, PLEASE CONTACT OPERATOR AT 804 • 788 • 8670 .

OPERATOR   Mandy Lyell

DATE:

TIME:

CLIENT/MATTER NAME:   David Ray Amason - MDL 875

CLIENT/MATTER NO:   50684.336

This communication is confidential and is intended to be privileged pursuant to the attorney-client privilege and the work-product doctrine. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service.