JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 24 2004

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

NOTICE OF OPPOSITION

Come now plaintiffs in the following listed civil actions currently pending in United States District Court for the Northern Mariana Islands and state pursuant to Rule 7.4(c) Rules of Procedure of the Judicial Panel on Multidistrict Litigation, that they oppose the transfer of said civil actions to the United States District Court for the Eastern District of Pennsylvania, ordered pursuant to that certain Conditional Transfer Order (CTO-233) entered May 7, 2004. Grounds shall be set forth in the motion and brief to be filed.

1. <u>Dominador Javier v. Owens-Illinois, Inc., et al.</u>, Civil No 03-0031-ARM.

2. <u>Romeo Pascua and Soledad Pascua v. Owens-Illinois, et al.</u>, Civil No. 03-0032-ARM

3. <u>Rochelio Echon and Carmelita Echon v. Owens-Illinois, et al.</u>, Civil No. 03-0033-ARM.

OFFICIAL FILE COPY    IMAGED MAY 24 '04

4. <u>Jose Reandino and Leticia E. Reandino v. Owens-Illinois, et al.</u>, Civil No. 03-0034-ARM.

Dated this 21st day of May, 2004.

                        Respectfully Submitted,

                        DOUGLAS F. CUSHNIE
                        Attorney for Plaintiffs

                        */s/ Douglas F. Cushnie*
                        DOUGLAS F. CUSHNIE
                        P.O. Box 500949
                        Saipan MP 96950
                        Tel. (670) 234-6830/6843
                        Fax. (670) 234-9723

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 24 2004

FILED
CLERK'S OFFICE

**DOUGLAS F. CUSHNIE**
**2ND FLOOR, LIM'S BUILDING**
**SAN JOSE VILLAGE**
**P.O. BOX 500949**
**SAIPAN, MP 96950**
**TELEPHONE: (670) 234-6843**
**FACSIMILE: (670) 234-9723**

**BENJAMIN B. CASSIDAY, III**
**5699 KALANIANOLE HWY.**
**HONOLULU, HAWAII 96821**
**TELEPHONE: (808) 220-3200**
**FACSIMILE: (808) 373-7720**

Attorneys for Plaintiffs



## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

## CERTIFICATE OF SERVICE

1. <u>Dominador Javier v. Owens-Illinois, Inc.</u>, Civil No. 03-0031-ARM.

2. <u>Romeo Pascua and Soledad Pascua v. Owens-Illinois, et al.</u>, Civil No. 03-0032-ARM.

3. <u>Rochelio Echon and Carmelita Echon v. Owens-Illinois, Inc.</u>, Civil No. 03-0033-ARM.

4. <u>Jose Reandino and Leticia E. Reandino v. Owens-Illinois, Inc.</u>, Civil No. 03-0034-ARM.

I, Douglas F. Cushnie hereby certify that the Notice of Opposition was served upon opposing counsel by placing it in the U.S. mail with postage prepaid on the 23rd day

of May, 2004, to the their addresses attached hereto.

DATED this 22nd day of May, 2004.

_____
DOUGLAS F. CUSHNIE
Attorney for Plaintiffs

## ATTORNEYS AND CLIENTS LIST

Re: Javier v. Owens-Illinois, Inc. - District Court Civil No. 03-0031
    Pascua, et al. v. Owens-Illinois, Inc. - District Court Civil No. 03-0032
    Echon, et al. v. Owens-Illinois, Inc. - District Court Civil No. 03-0033
    Reandino, et al. v. Owens-Illinois, Inc. - District Court Civil No. 03-0034

Timothy H. Bellas
P.O. Box 502845
Bank of Hawaii Bldg., Ste. 203
Puerto Rico, Saipan, MP 96950
Tel: (670) 323-2115
Fax: (670) 323-2117
**Party: Quigley Company, Inc.**

Bruce L. Mailman
White, Pierce, Mailman & Nutting
P.O. Box 505222
Saipan, MP 96950
Tel: (670) 234-6547
Fax: (670) 234-9537
**Party: Foster Wheeler L.L.C.**

Carlsmith Ball LLP
John D. Osborn
Carlsmith Bldg., Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel: (670) 322-3455
Fax: (670) 322-3368
**Parties: A.W. Chesterton Company
and Georgia-Pacific Corporation**

Edward Manibusan
P.O. Box 7934, SVRB
Tun Antonio Apa Road
Fina Sisu, Saipan, MP 96950
Tel: (670) 235-6520
Fax: (670) 235-6522
**Party: John Crane, Inc.**

John L. Petry (CSB #111134)
Morgenstein & Jubelirer LLP
One Market, Spear St. Tower, 32nd Fl.
San Francisco, Ca. 94105
Tel: (415) 901-8700
Fax: (415) 901-8701
**Party: Owens-Illinois, Inc.**

Sidney K. Ayabe
Ayabe, Chong, Nishimoto, Sia
     & Nakamura
Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, Hawaii 96813
Tel: (808) 537-6119
Fax: (808) 526-3491
**Party: The Dow Chemical Co.**

John S. Nishimoto
Ayabe, Chong, Nishimoto, Sia
     & Nakamura
Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, Hawaii 96813
Tel: (808) 537-6119
Fax: (808) 326-3491
**Party: Rapid American Corp.**

Matthew T. Gregory
Second Floor, V.S. Sablan Bldg.
Chalan Piao
PMB 419, Box 10000
Saipan, MP 96950
Tel: (670) 234-3972
Fax: (670) 234-3973
**Party: Owens-Illinois, Inc.**

Sean E. Frink
Pacific Rim Int'l Bldg., 2nd Floor
P.O. Box 10003, PMB   161
Saipan, MP 96950
Tel: (670) 233-2889
Fax: (670) 234-3230
**Party: The Dow Chemical Co.**

Gregory Baka
5th Floor, Horiguchi Bldg.
P.O. Box 5148
Saipan, MP 96950
Tel: (670) 234-9314
Fax: (670) 234-9316
**Party: Rapid American Corp.**

Danilo T. Aguilar
P.O. Box 505301
First Floor, Gold Beach Hotel
Beach Road, Garapan
Saipan, MP 96950
**Party: Kaiser Gypsum Co., Inc.**