JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

MAY 25 2004

FILED
CLERK'S OFFICE

### BEFORE THE JUDICIAL PANEL
### ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS § | |
| LIABILITY LITIGATION (No. VI) § | MDL DOCKET NO. 875 |
| § | |
| § | |

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### NEWARK DIVISION

| | |
|---|---|
| LOUIS BARLETTA and § | |
| MARY JANE BARLETTA, § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL CASE NO. |
| § | 2:04-CV-00647-WGB |
| THE CONGOLEUM CORPORATION; § | |
| STEPAN COMPANY, et al., § | |
| Defendants. § | |



### NOTICE OF OPPOSITION TO TRANSFER

Come now Plaintiffs, LOUIS BARLETTA and MARY JANE BARLETTA, and file this Notice of Opposition to the Conditional Transfer Order (CTO-233) entered by the Panel on May 7, 2004.

Louis Barletta and Mary Jane Barletta are plaintiffs in an action styled, LOUIS BARLETTA and MARY JANE BARLETTA v. THE CONGOLEUM CORPORATION, STEPAN COMPANY, et al., No. 2:04-CV-00647-WGB, pending in the United States District Court for the District of New Jersey, Newark Division. Pursuant to Panel Rule 7.4(c), plaintiffs file this notice of opposition to

Plaintiffs' Notice in Opposition; Page 1.

IMAGED MAY 25 '04         OFFICIAL FILE COPY

Case MDL No. 875 Document 4172 Filed 05/25/04 Page 2 of 2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 25 2004

FILED
CLERK'S OFFICE

apprise the Panel of their opposition to transfer.

Pursuant to Panel Rule 7.4(d), plaintiffs shall file, within 15 days of the filing of this notice, their motion to vacate conditional transfer order and supporting brief. Through the motion, Plaintiffs will show that there is no federal jurisdiction over this lawsuit and that Defendant Stepan Company's removal was both improper and untimely. There is currently a motion to remand pending before the Hon. William Bassler in the New Jersey federal court litigation, and Plaintiffs believe the motion will be granted with an award of sanctions for Defendant's improper removal.

Respectfully submitted,

_____
Frederick E. Gerson
D'ALESSANDRO, JACOVINO, & GERSON

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition has been served by facsimile on all counsel of record pursuant to (MDL – CTO 233) on May 24, 2004.

_____
Frederick E. Gerson

2004 MAY 24 P #22
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE