



April Prep CRO

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 28 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :
—————————————————————x

This Document Relates to: :     CIVIL ACTION NO. MDL 875

Law Offices of John Roven :

United States District Court :
District of New Mexico

Ramon BACA, C.A. No. 02 CV 1220 JC/WWD :

[In the event the above-listed case is a multiple :    MDL- 875
plaintiff (victim) action, this transfer is for the :         RECOMMENDED ACTION
above-named party only, or said parties repre- :    CRO — one action
sentative, and any spousal or dependent actions.]:     Approved/Date: _M/A_
—————————————————————x

### SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Defendant's Motion To Remand to the United States District Court for the District of New Mexico, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

OFFICIAL FILE COPY
IMAGED JUN 1 '04

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the District of New Mexico for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 3/23/2004

_____
Charles   R.   Weiner                    J.