**ORIGINAL**



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 8 2004

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE ASBESTOS PRODUCTS § | |
| LIABILITY LITIGATION (No. VI) § | MDL DOCKET NO. 875 |
| § | |
| § | |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| COLLEEN CARTER, Individually § | |
| And as Personal Representative of the Heirs § | |
| And Estate of MARVIN CARTER, § | |
| Deceased; § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL CASE NO. |
| § | 4:04-CV-00066-RAS |
| BUFFALO PUMPS, INC., et al § | |
| Defendants. § | |

## MOTION TO VACATE THE
## CONDITIONAL TRANSFER ORDER

Plaintiffs, pursuant to Rule 12(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, move the Panel to vacate its order of May 24, 2004, conditionally transferring the above-captioned case from the United States District Court for the Eastern District of Texas, Sherman Division. This motion is based on the attached Brief in Support of Motion to

1




**OFFICIAL FILE COPY**
IMAGED JUN -9 '04

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN -8 2004

FILED
CLERK'S OFFICE

Vacate Conditional Transfer Order and such other materials as may be presented to the Panel at the time of the hearing on the motion.

Pursuant to Rule 12(c), movants request the Clerk to set this motion for hearing at the next session of the Panel.

Respectfully submitted,

_____
Charles S. Siegel
Texas State Bar No. 18341875
**Waters & Kraus, LLP**
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 Telecopier

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition has been served by facsimile on all counsel of record pursuant to (MDL – CTO 233) on this 7th day of June, 2004.

_____
Charles S. Siegel

2004 JUN -8 A 10:25
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 8 2004

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS § <br> LIABILITY LITIGATION (No. VI) § <br> § <br> § | MDL DOCKET NO. 875 |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| COLLEEN CARTER, Individually § <br> And as Personal Representative of the Heirs § <br> And Estate of MARVIN CARTER, § <br> Deceased; § <br>     Plaintiffs, § <br> § <br> v. § <br> § <br> BUFFALO PUMPS, INC., et al § <br>     Defendants. § | CIVIL CASE NO. <br> 4:04-CV-00066-RAS |

### BRIEF TO VACATE THE CONDITIONAL TRANSFER ORDER

Plaintiffs respectfully file this brief in support of their Motion to Vacate the Conditional Transfer Order (CTO-233) entered by the Judicial Panel on Multidistrict Litigation May 24, 2004. Pursuant to Panel Rules 5.12(a), 5.13 and 7.4(d), this Brief to Vacate the Conditional Transfer Order is being filed in support of plaintiff's Motion to Vacate, and her previous Opposition, filed on May 21, 2004 in accordance with Panel Rule 7.4(b)(*See* notice attached as Exhibits A). This submission is being filed within 15

days of the filing of the Notice of Opposition. For the reasons stated below, the Conditional Transfer Order should be vacated so that plaintiffs can proceed in the timely resolution of their claim in *state* court.

Plaintiffs have filed a motion for remand in the above case. Despite the fact that the Panel entered its Conditional Transfer Order before the district court judge was able to rule on the motion, that judge has not lost jurisdiction over these cases and, therefore, can make a determination as to plaintiff's Motion for Remand. Faulk v. Owens-Corning Fiberglas Corp., et al., 48 F.Supp.2d 653, 657 (E.D. Tex. 1999); *See* Panel Rule 1.5, 181 F.R.D. 1,3 (1998); *See also* Bartley v. Borden, Inc. et al., 1996 WL 68482 (E.D. La. 1996)(citing Panel Rule 18 which states that the pendency of a conditional transfer order "does not affect or suspend orders and pretrial proceedings in the district court in which the action is pending and does not in any way limit the pretrial jurisdiction of that court" within the prescribed fifteen day period.)

Plaintiffs filed their notice of opposition within the prescribed fifteen-day period. Therefore, transmittal of the CTO was stayed and continues to be stayed until further action by this Panel. Finally, since the cases have not been finally transferred, but only "provisionally" transferred, pending a final decision on transfer, they are still technically pending in the original district court to which they were removed. Thus, not only does the United States District Court judge retain jurisdiction to rule on the Motion for Remand before him, but he may promptly do so and preserve the plaintiff's right to a timely resolution of his claim.

In the present case, plaintiffs have sought remand both on timeliness grounds, and because no basis for federal subject matter jurisdiction exists. Plaintiffs respectfully

request that their motion to vacate the CTO be granted, so that the court to which the case was removed may resolve plaintiffs' motion for remand.

Respectfully submitted,

_____
Charles S. Siegel
Texas State Bar No. 18341875
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 Telecopier

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition has been served by facsimile on all counsel of record (Schedule CTO-233 / Docket No. 875), in addition to the counsel listed below on this 7th day of June, 2004.

_____
Charles S. Siegel

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2004 JUN -8 A 10:25
RECEIVED CLERK'S OFFICE

COPY

```
                                                    JUDICIAL PANEL ON
                    RECEIVED                      MULTIDISTRICT LITIGATION
                  CLERK'S OFFICE                      JUN - 8 2004

                 2004 MAY 24  A 11: 51                    FILED
                                                     CLERK'S OFFICE
```

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | § § § § | MDL DOCKET NO. 875 |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| COLLEEN CARTER, Individually<br>And as Personal Representative of the Heirs<br>And Estate of MARVIN CARTER,<br>Deceased;<br>    Plaintiffs,<br><br>v.<br><br>BUFFALO PUMPS, INC., et al<br>    Defendants. | § § § § § § § § § § § § | <br><br><br><br><br><br>CIVIL CASE NO.<br>4:04-CV-00066-RAS |

NOTICE OF OPPOSITION TO TRANSFER

Comes now COLLEEN CARTER, Individually And as Personal Representative of the Heirs And Estate of MARVIN CARTER, Deceased; and files this Notice of Opposition to the Conditional Transfer Order (CTO-233) entered by the Panel on May 7, 2004.

COLLEEN CARTER, Individually And as Personal Representative of the Heirs And Estate of MARVIN CARTER, Deceased is plaintiff in an action styled, COLLEEN CARTER, Individually And as Personal Representative of the Heirs And Estate of MARVIN CARTER, Deceased v.


PLAINTIFF'S EXHIBIT A

BUFFALO PUMPS, INC., et al, No. 4:04-CV-00066-RAS, pending in the United States District Court Northern District of Texas, Sherman Division. Pursuant to Panel Rule 7.4(c), the plaintiff files this notice of opposition to apprise the Panel of her opposition to transfer.

Pursuant to Panel Rule 7.4(d), plaintiff shall file, within 15 days of the filing of this notice, her motion to vacate conditional transfer order and supporting brief.

Respectfully submitted,

_____
Charles S. Siegel
Texas State Bar No. 18341875
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 telecopier

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition has been served by facsimile on all counsel of record pursuant to (MDL – CTO 233) on this 21st day of May, 2004.

_____
Charles S. Siegel

# INVOLVED COUNSEL LIST (CTO-233)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Murray E. Abowitz
Abowitz Timberlake & Dahnke, PC
105 N. Hudson, 10th Floor
P.O. Box 1937
Oklahoma City, OK 73101

Kevin C. Alexandersen
Gallagher, Sharp, Fulton & Norman
7th Floor
Bulkley Bldg.
1501 Euclid Avenue
Cleveland, OH 44115

David W. Allen
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

Knight S. Anderson
Hill, Fulwider, McDowell, Funk & Matthews
2000 INB Tower
One Indiana Square
Indianapolis, IN 46204-2031

James Randolph Baker
Holloway Dobson & Bachman, P.C.
211 N. Robinson Avenue
Suite 900 North
Oklahoma City, OK 73102

Joe E. Basenberg
Hand, Arendall, LLC
P. O. Box 123
Mobile, AL 36601

Jeffrey T. Bash
Heyl, Royster, et al.
103 West Vandalia Street
P.O. Box 467
Edwardsville, IL 62025

Richard V. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Michael A. Bergin
Locke Reynolds LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961

V. Brian Bevon
Motley, Rice, LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

James H. Bolin
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Timothy W. Bouch
Leath, Bouch & Crawford
P.O. Box 59
Charleston, SC 29402

Ernest W. Boyd, Jr.
Mehaffy & Weber, P.C.
One Allen Center, Suite 1200
500 Dallas
Houston, TX 77002

James M. Boyers
Wooden And McLaughlin
201 N. Illinois Street
Indianapolis, IN 46204

Elizabeth J. Bradford
King Law Firm
15 N. Robinson Avenue, Suite 1100
Oklahoma City, OK 73102

Matthew W. Breetz
Stites & Harbison
400 W. Market Street, Suite 1800
Louisville, KY 40202-3352

Jeremy S. Brenman
Johnson & Bell Ltd.
55 E. Monroe Street, Suite 4100
Chicago, IL 60603

Randall A. Breshears
Monnet, Hayes, Bullis, Thompson & Edwards
120 North Robinson Avenue
Suite 1719
Oklahoma City, OK 73102

Robert R. Brooks-Rigolosi
Ross & Hardies
65 East 55th Street
New York, NY 10022

Thomas M. Buckley
Patterson, Dilthey, Clay, Bryson & Anderson
4020 Westchase Boulevard
Suite 550
Raleigh, NC 27607

Lisa N. Busch
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

Dennis F. Cantrell
Bingham McHale, LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-2982

James R. Carter
Carter Law Offices
Commerce Bank Building, Suite 529
416 Main Street
Peoria, IL 61602

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Benjamin B. Cassiday
5699 Kalanianaole Highway
Honolulu, HI 96821

William T. Causby
Nelson, Mullins, Riley & Scarborough, LLP
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

INVOLVED COUNSEL LIST (CTO-233) MDL-875 (Cont.) PAGE 2 OF 9

Case MDL No. 875 Document 4179 Filed 06/08/04 Page 9 of 16

Mark R. Chilson
Young & Alexander
130 West Second Street, Suite 2000
Dayton, OH 45402-9291

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Joseph Churgin
Herzfeld & Rubin, PC
40 Wall Street
New York, NY 10005

Bruce P. Clark
Bruce P. Clark & Associates
Harrison Ridge Square
419 Ridge Road
Munster, IN 46321-1581

Gregory L. Cochran
McKenna, Storer, Rowe, White & Farrug
200 North LaSalle Street, Suite 3000
Chicago, IL 60601

Dixie L. Coffey
Smith, Shew, Scrivner, Corbin & Watts
6520 North Western Avenue
Suite 300
Oklahoma City, OK 73116

Misty Brickey Cole
Forman, Perry, Watkins, Krutz & Tardy, LLP
2001 Bryan Street
Bryan Tower, Suite 1300
Dallas, TX 75201

Elizabeth S. Conley
Parsons, Behle & Latimer
201 South Main Street, Suite 1800
P.O. Box 45898
Salt Lake City, UT 84145-0898

John R. Countiss, III
Upshaw, Williams, Biggers, Beckham & Riddick
P.O. Drawer 8230
Greenwood, MS 38930-8230

Ronald B. Cox
Bowers Orr, LLP
P.O. Box 25389
Columbia, SC 29224

Jerry L. Coyle
Law Office of Jerry L. Coyle
2183 Buckingham Road
LB 412
Richardson, TX 75081

Richard M. Crump
Forman, Perry, Watkins, Krutz & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Douglas F. Cushnie
2nd Floor, Lim's Building
San Jose Village
P.O. Box 500949
Saipan, MP 96950

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Stephen H. Daniels
McMahon, DeGulis, Hoffman & Lombardi
The Caxton Building
812 Huron Road, East
Suite 650
Cleveland, OH 44115-1126

Charles P. Dargo
Bruce P. Clark & Associates
Harrison Ridge Square
419 Ridge Road
Munster, IN 46321

Bessie S. Demos
Law Offices of Peter G. Angelos
5905 Harford Road
Baltimore, MD 21214

Andrew J. Detherage
Barnes & Thornburg
11 S. Meridan Street
Suite 1313
Indianapolis, IN 46204

Steven B. Dick
Brown, Buchanan & Sessoms, PA
P. O. Box 2220
Pascagoula, MS 39569-2220

Lisa M. Dillman
Lewis And Wagner
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202

Gary M. DiMuzio
Clark, Depew & Tracey, Ltd., LLP
440 Louisiana, Suite 1600
Houston, TX 77002

Thomas F. Dougall
Law Office of Thomas F. Dougall
1713 Woodcreek Farms Road
Elgin, SC 29045

David Duke
Duke Law Firm
236 Westview Terrace
Arlington, TX 76013

Kristi A. Duncan
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box 750
Jackson, MS 39205-0750

Thomas S. Ehrhardt
Kopka Landau & Pinkus
5240 Fountain Drive
Suite E
Crown Point, IN 46307-1000

James H. Elliott, Jr.
Barnwell, Whaley, Patterson & Helms
885 Island Park Drive
Charleston, SC 29492-0197

Gary D. Elliston
DeHay & Elliston, L.L.P.
3500 Bank of America Plaza
901 Main Street
Dallas, TX 75202-3736

Nicholas L. Evanchan, Jr.
Evanchan & Palmisano
1225 West Market Street
Akron, OH 44313

Timothy J. Evans
Bryan Nelson Randolph
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

C. Michael Evert, Jr.
Evert & Weathersby, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

Robert C. Ewald
Wyatt, Tarrant & Combs, LLP
500 West Jefferson Street
2600 Citizens Plaza
Louisville, KY 40202

William Howard Farrell
Cotton & Farrell
801 Congress, Suite 400
Houston, TX 77002

Laurel A. Fay
Whittenburg Whittenburg & Schachter
600 North Pearl Street
Suite 2300
LB 133
Dallas, TX 75201

Joseph Gerard Feehan
Heyl, Royster, Voelker & Allen
600 Bank One Building
124 Southwest Adams
Peoria, IL 61602

Dennis C. Ferguson
Williams & Hunt
257 East 200 South, Suite 500
P.O. Box 45678
Salt Lake City, UT 84145-5678

Phillip S. Ferguson
Christensen & Jensen
50 South Main Street, Suite 1500
Salt Lake City, UT 84144

Melissa K. Ferrell
Segal, McCambridge, Singer & Mahoney, Ltd.
100 Congress Avenue, Suite 700
Austin, TX 78701

Laure V. Flaniken
Ice, Miller, Donadio & Ryan
One American Square
Box 82001
Indianapolis, IN 46282

James T. Foley
Foley & Boyd
First Place, Suite 404
Tyler, TX 75702

Keith W. Foley
Mehaffy & Weber, P.C.
2615 Calder, Suite 800
Beaumont, TX 77701

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
Suite 1000
The Bourse
Philadelphia, PA 19106-2574

Margaret M. Foster
McKenna, Storer, Rowe, et al.
200 N Lasalle Street, Suite 3000
Chicago, IL 60601-1083

Tracy Fowler
Snell & Wilmer
15 West South Temple
Gateway Tower West, Suite 1200
Salt Lake City, UT 84101

Laura A. Frase
Forman, Perry, Watkins, Krutz & Tardy, LLP
2001 Bryan Street, Suite 1300
Dallas, TX 75201-3008

Wade D. Fulford
Locke Reynolds Llp
201 North Illinois St Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

John R. Gilbert
Gilbert & Moore, PLLC
P.O. Box 1819
222 N. Velasco Street
Angleton, TX 77516-1819

Richard S. Glasser
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

John K. Gordinier
Pedley, Zielke, Gordinier, Olt & Pence
462 South Fourth Avenue
2000 Meidinger Tower
Louisville, KY 40202

William N. Graham
Aultman, Tyner, Ruffin & Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

Albert F. Grasch, Jr.
Grasch & Cowen, P.S.C.
302 W. High Street
Lexington, KY 40507-1831

Ann S. Grayson
Wooden And Mclaughlin
One Indiana Square
Indianapolis, IN 46204-4208

Marc C. Greco
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

Paul E. Hamilton
DeHay & Elliston, L.L.P.
3500 Nationsbank Plaza
901 Main Street
Dallas, TX 75202

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Frank G. Harmon, III
Crain, Caton, et al.
3300 Two Houston Center
909 Fannin
Houston, TX 77010

James M. Harris, Jr.
Harris Lively, Duesler & Hatfield
P.O. Box 830
550 Fannin
Suite 650
Beaumont, TX 77704

Robin E. Harvey
Baker & Hostetler
312 Walnut Street, Suite 3200
Cincinnati, OH 45202

Tanya R. Hatfield
Ice Miller
One American Square
P.O. Box 82001
Indianapolis, IN 46282-0002

INVOLVED COUNSEL LIST (CTO-233) MDL-875 (Cont.) PAGE 4 OF 9

Case MDL No. 875   Document 4179   Filed 06/08/04   Page 11 of 16

Keith J. Hays
Hill Fulwider McDowell Funk & Matthews
One Indiana Square, Suite 2000
Indianapolis, IN 46204-2031

Ronald L. Hellbusch
Bake & Hostetler
303 E. 17th Avenue, Suite 1100
Denver, CO 80203

Michael Hendryx
Strong, Pipkin, Nelson & Bissell
1111 Bagby Street, Suite 2300
Houston, TX 77002-2546

Harry K. Herren Jr
Woodward, Hobson & Fulton, LLP
2500 National City Tower
101 S. Fifth Street
Louisville, KY 40202-3175

Frank P. Hilliard
Starks Building, Suite 380
455 S. Fourth Avenue
Louisville, KY 40202

Tammy M. Holt
Brown McCarroll & Oaks Hartline
2000 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201

Michael W. Homer
Suitter Axland, P.C.
175 South West Temple, Suite 700
P.O. Box 45101
Salt Lake City, UT 84101

Laura K. Hong
Squire, Sanders & Dempsey
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304

James R. Hopkinson
Cooney & Conway
120 North LaSalle Street
30th Floor
Chicago, IL 60602

Nathan Howell
909 Washington Avenue
Waco, TX 76703

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Michael E. Jackson
Schwarzwald & McNair
616 Penton Media Bldg.
1300 East Ninth Street
Cleveland, OH 44114-1503

Eric D. Jackstadt
Simmons Firm, LLC
707 Berkshire Boulevard
P.O. Box 521
East Alton, IL 62024

Mark F. James
Hatch, James & Dodge
10 West Broadway, Suite 400
Salt Lake City, UT 84101

Carol T. Jarman
Maguire & Kress
1414 E. Center
P.O. Box 4758
Pocatello, ID 83205-4758

A. Timothy Jones
Hawkins & Parnell
4000 One Peachtree Center
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

J. Michael Jordan
Gardere Wynne Swell
Wells Fargo Bank Plaza
1000 Louisana, Suite 3400
Houston, TX 77002-5007

Eileen M. Joyce
Baughman & Associates
2215 Illuminating Bldg.
55 Public Square
Cleveland, OH 44113

Joseph J. Joyce
Strong & Hanni
9 Exchange Place, 6th Floor
Salt Lake City, UT 84111-84180

Kevin O. Kadlec
Bonezzi, Switzer, Murphy & Polito
1400 Leader Bldg.
526 Superior Avenue
Cleveland, OH 44114-1491

Jennifer J. Kalas
Hinshaw & Culbertson
222 Indianapolis Blvd., Suite 202
Schererville, IN 46375

Charles J. Kalinoski
Kalinoski & Chaplinsky
100 Court Avenue, Suite 315
Des Moines, IA 50309-2200

Michael V. Kelley
Climaco, Lefkowitz, Peca, Wilcox & Garofoli
900 Halle Building
1228 Euclid Avenue
Cleveland, OH 44115

Jason L. Kennedy
Segal, McCambridge, Singer & Mahoney, Ltd.
One IBM Plaza, Suite 200
330 North Wabash Avenue
Chicago, IL 60611

Steven Joseph Kherkher
Williams & Bailey, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017

Douglas B. King
Wooden & McLaughlin
One Indiana Square, Suite 1800
Indianapolis, IN 46204

Lynne M. Kizis
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NY 07092

Kevin R. Knight
Ice, Miller, Donadio & Ryan
One American Square
Box 82001
Indianapolis, IN 46282-0002

John A. Koepke
Jackson Walker, L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202

Karl M. Koons, III
Locke Reynolds Llp
201 North Illinois St Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

Case MDL No. 875   Document 4179   Filed 06/08/04   Page 12 of 16

Donald A. Krispin
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
645 Griswold St.
Detroit, MI 48226-4192

Laura E. Kugler
Bailey Crowe & Kugler
4600 Bank of America Plaza
901 Main Street
Dallas, TX 75202

Arnold C. Lakind
Szaferman, Lakind, Blumstein,
Watter & Blader
Quaker Bridge Executive Center
101 Grovers Mill Road, Suite 104
Lawrenceville, NJ 08648

Daphne M. Lancaster
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Mary N. Larimore
Ice, Miller, Donadio & Ryan
One American Square
Box 82001
Indianapolis, IN 46282

Allan L. Larson
Snow, Christensen & Martineau
10 Exchange Place
P.O. Box 45000
Salt Lake City, UT 84145-5000

Christopher P. Larson
Heyl, Royster, Voelker & Allen
600 Bank One Building
124 Southwest Adams
Peoria, IL 61602

Richard T. Lawrence
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

James W. Ledlie
Motley, Rice, LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464

Jonathan M. Lively
One IBM Plaza
330 N Wabash
Suite 200
Chicago, IL 60611

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Stephen M. Loftin
Hicks, Thomas & Lilienstern
700 Louisiana
Suite 2000
Houston, TX 77002

Daniel M. Long
Locke Reynolds LLP
201 North Illinois Street
Suite 1000
Indianapolis, IN 46244

John R. Lund
Snow, Christensen & Martineau
10 Exchange Place, #1100
P.O. Box 45000
Salt Lake City, UT 84145

Edward H. MacCabe
MacCabe & McGuire
77 W Wacker Drive
Suite 3333
Chicago, IL 60601

Heather M. MacKenzie
Thompson & Knight
1700 Pacific Avenue
Suite 3300
Dallas, TX 75201-4693

David J. Mallon, Jr.
Ice Miller
One American Square
P.O. Box 82001
Indianapolis, IN 46282-0002

Patrick C. Malouf
Porter & Malouf
P.O. Box 12768
Jackson, MS 39236

Bruce P. Mandel
Ulmer & Berne, L.L.P.
1300 E. Ninth Street
900 Bond Court Building
Cleveland, OH 44114

Brent V. Manning
Manning, Curtis, Bradshaw, &
Bednar
Third Floor Newhouse Building
10 Exchange Place
Salt Lake City, UT 84111

Jack B. Manning
Bean & Manning
1500 San Felipe Plaza
5847 San Felipe Road
Houston, TX 77057

Bruce B. Marr
McKenna, Storer, Rowe, White &
Farrug
33 N. Lasalle Street, Suite 1400
Chicago, IL 60602-2610

Karen Kay Maston
Connelly, Baker, et al.
700 Louisiana, Suite 1850
Houston, TX 77002-2778

Jonathan D. Mattingly
Barnes & Thornburg
11 S. Meridian Street
Suite 1313
Indianapolis, IN 46204

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607

John K. McDavid
Locke, Reynolds, Boyd & Weisell
201 North Illinois Street
Suite 1000
P.O. Box 44961
Indianapolis, IN 46244

Moffatt Grier McDonald
Haynsworth Sinkler Boyd
P.O. Box 2048
Greenville, SC 29602

Casey K. McGarvey
Berman Tomsic & Savage
50 S. Main, Suite 1250
Salt Lake City, UT 84144

Jeffrey L. McKean
Wooden & McLaughlin
1600 Capital Center South
201 N. Illinois
Indianapolis, IN 46204

INVOLVED COUNSEL LIST (CTO-233) MDL-875 (Cont.) PAGE 6 OF 9

Case MDL No. 875   Document 4179   Filed 06/08/04   Page 13 of 16

Bob McCoy
Cascino Vaughan Law Offices
220 S Ashland Avenue
Chicago, IL 60607-5308

Susan E. Mehringer
Lewis & Wagner
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202

Daniel J. Michalec
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Lewis Charles Miltenberger
Lewis C. Miltenberger & Associates
108 W. 8th Street, Suite 500
Fort Worth, TX 76102

James M. Miletich
McConnell, Siderius, Fleischner,
 Houghtaling & Craigmile
2401 15th Suite 300
Denver, CO 80202

William G. Minkin
Law Offices of Peter G. Angelos
One Charles Center
100 N. Charles Street, 22nd Floor
Baltimore, MD 21201

Peter A. Moir
Quilling, Selander, Cummiskey,
Clutts & Lownds
2001 Bryan Street, Suite 1800
Dallas, TX 75201

John B. Moore
Phillips, Parker, Oberson & Moore
716 W. Main Street
Suite 300 Louisville, KY 40202

Denise Moretz
Woolf, McClane, Bright, Allen &
Carpenter
P.O. Box 900
Knoxville, TN 37901-0900

Joseph J. Morford
Tucker Ellis & West Llp
1100 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115-1475

Renee J. Mortimer
Hinshaw & Culbertson
222 Indianapolis Blvd., Suite 202
Schererville, IN 46375

D. Matthew Moscon
Stoel Rives, LLP
201 South Main Street, Suite 1100
Salt Lake City, UT 84111-4904

Ronald L. Motley
Motley, Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Frederick S. Mueller
Johnson & Bell, Ltd.
9000 Indianapolis Blvd Suite A
Highland, IN 46322

Timothy J. Murphy
Maccabe & Mcguire
77 W. Wacker Drive, Suite 3333
Chicago, IL 60601-1634

John J. Nagle, III
Bodie, Nagle, Dolina, Smith &
Hobbs, PA
21 W. Susquehanna Avenue
Towson, MD 21204

Raymond A. Neuer
Sheehy, Serpe & Ware, P.C.
909 Fannin, Suite 2500
Houston, TX 77010

James A. Newsom
Munisteri, Sprott, Lefevre & Rigby
3323 Richmond Avenue, Suite A
Houston, TX 77098

Christopher A. Nichols
Husch & Eppenberger, LLC
401 Main Street
Peoria, IL 61550

Michelle Noorani
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202

Jenifer E. Novak
Frantz Ward
55 Public Square, 19th Floor
Cleveland, OH 44113

Matthew C. O'Connell
Sutter, O'Connell, Mannion & Farchi
3600 Erieview Tower
1301 East Ninth Street
Cleveland, OH 44114

Richard P. O'Leary
McCarter & English, L.L.P.
300 Park Avenue, 18th Floor
New York, NY 10022

Jon B. Orndorff
Baker & Lancianese
River Tower, 3rd Floor
1108 Third Avenue, Suite 300
Huntington, WV 25701

Joseph T. Ostrowski
Baughman & Associates
2215 Illuminating Bldg.
55 Public Square
Cleveland, OH 44113-1996

Evan J. Palik
McMahon, DeGulis, Hoffman &
Lombardi
The Caxton Building
812 Huron Road, East
Suite 650
Cleveland, OH 44115-1126

E. Spencer Parris
Martin & Jones
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603

Lisa M. Pascarella
Pehlivanian & Braaten, LLC
2430 Route 34
P.O. Box 648
Manasquan, NJ 08736

David P. Pavlik
Buckley King
1400 Bank One Center
600 Superior Avenue
Cleveland, OH 44114

Timothy Peck
Smith Moore LLP
P.O. Box 21927
Greensboro, NC 27420

John W. Petereit
Godwin Gruber
1201 Elm Street, Suite 1700
Dallas, TX 75270-2084

Martha J. Phillips
Atkinson, Haskins, et al.
525 S. Main Street, Suite 1500
Tulsa, OK 74103-4524

Case MDL No. 875 Document 4179 Filed 06/08/04 Page 14 of 16

Diane M. Pompei
Sedgwick, Detert, Moran & Arnold
One Gateway Center, 11th Floor
Newark, NJ 07102

James B. Pressly, Jr.
Haynsworth, Marion, McKey &
Guerard
75 Beattie Place, 11th Floor
P.O. Box 2048
Greenville, SC 29602

William N. Rambin
Sedgwick Detert Moran & Arnold
1717 Main Street, Suite 5400
Dallas, TX 75201

Joseph D. Rasnek
Carpenter, Bennett & Morrissey
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102

William C. Reeves
Smith, Reeves & Yarborough, PLLC
6360 I-55 North, Suite 201
Jackson, MS 39211

Giovanni Regina
Waters, McPherson, McNeill, P.C.
300 Lighting Way
Secaucus, NJ 07096

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Kenneth D. Rhodes
Dunn, Kacal, Adams, Pappas & Law
America Tower
One Riverway
Suite 1200
Houston, TX 77056

Ronald N. Ricketts
Gable & Gotwals
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217

Nancy M. Riddle
Ice Miller
One American Square
P.O. Box 82001
Indianapolis, IN 46282-0002

Jennifer A. Riester
Weston, Hurd, Fallon, Paisley &
Howley
2500 Terminal Tower
50 Public Square
Cleveland, OH 44113

Daniel L. Ring
Mayer Brown Rowe & Maw
190 South LaSalle Street
Chicago, IL 60603-3441

Robert M. Rolfe
Hunton & Williams
Riverfront Plaza
951 East Byrd Street
Richmond, VA 23219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Jeffrey W. Ruple
Buckley King
1400 Bank One Center
600 Superior Avenue
Cleveland, OH 44114

Gregory J. Sanders
Kipp & Christian
10 Exchange Place, 4th Floor
Salt Lake City, UT 84111

Joseph D. Satterley
Sales, Tillman & Wallbaum
1900 Waterfront Plaza
325 West Main Street
Louisville, KY 40202

David A. Schaefer
McCarthy, Lebit, Crystal & Haiman
1800 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

Andrew John Scholz
Flemming, Zulack & Williamson
1 Liberty Place
New York, NY 10024

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Beth A. Sebaugh
Bonezzi Switzer Murphy & Polito
1400 Leader Bldg.
526 Superior Avenue
Cleveland, OH 44114-1491

Rebecca C. Sechrist
Bunda Stutz & Dewitt
One Seagate, Suite 650
Toledo, OH 43604

Michael S. Seekings
Mullen, Wiley & Seekings, LLC
171 Church Street, Suite 370
Charleston, SC 29401

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Allan L. Shackelford
Smith Moore LLP
P.O. Box 21927
Greensboro, NC 27420

Sanjay Shivpuri
Segal, McCambridge, Singer &
Mahoney, Ltd.
330 North Wabash, Suite 200
Chicago, IL 60611

Barry A. Short
Lewis & Rice
500 North Broadway, Suite 2000
St. Louis, MO 63102

George F. Short
Short, Barnes, Wiggins, Margo &
Butts
210 Park Avenue
3100 Oklahoma Tower
Oklahoma City, OK 73102

Ann M. Sico
Bernard, Cassisa, Elliott & Davis
P.O. Box 55490
Metairie, LA 70055-5490

John A. Sivinski
Kelley & Ferraro
1901 Bond Court Bldg.
1300 East Ninth Street
Cleveland, OH 44114

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert Spitkovsky
Johnson & Bell, Ltd.
55 East Monroe Street, Suite 4100
Chicago, IL 60603

Joseph Stalmack
Joseph Stalmack & Associates, P.C.
5253 Hohman Avenue
P.O. Box 1150
Hammond, IN 46320

Kyle C. Steele
Forman, Perry, Watkins, Krutz &
Tardy, LLP
2001 Bryan Street
Bryan Tower, Suite 1300
Dallas, TX 75201-3008

Matthew R. Straus
L'Abbate, Balkan, Colavita &
Contini
1050 Franklin Ave.
New York, NY 11530

Gregory M. Sullivan
Andrews & Kurth, LLP
600 Travis St., Suite 4200
Houston, TX 77002

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Nelda Talamantes
Waters & Kraus
3219 McKinney, Suite 3000
Dallas, TX 75204

David M. Taylor
Thompson, Coe, Cousins & Irons
Plaza of the Americas
700 North Pearl Street, 25th Floor
Dallas, TX 75201

Jennifer M. Techman
Evert & Weathersby, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

David A. Temple
Drewry Simmons Pitts & Vornehm
8888 Keystone Crossing, Suite 1200
Indianapolis, IN 46240

Michael T. Terwilliger
Hinshaw & Culbertson
222 Indianapolis Blvd., Suite 202
Schererville, IN 46375

Robert E. Thackston
Hawkins, Parnell & Thackston
4514 Cole Avenue, Suite 550
Dallad, TX 75202

Louis Theros
Dickinson, Wright, Moon, et al.
500 Woodward Avenue, Suite 4000
Detroit, MI 48226

Jeffrey M. Thomen
McCarter & English
300 Park Avenue
New York, NY 10022

Tracy E. Tomlin
Nelson, Mullins, Riley &
Scarborough
100 North Tryon Street, Suite 2400
Charlotte, NC 28202-4021

Robert D. Tomlinson
McKinney & Stringer
Corporate Tower
101 N. Robinson Avenue, Suite 1300
Oklahoma City, OK 73102-5504

James K. Tracy
Leboeuf Lamb Greene & Macrae
136 S Main St., Suite 1000
Salt Lake City, UT 84101

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Willis R. Tribler
Tribler, Orpett & Crone
30 North LaSalle Street
Suite 2200
Chicago, IL 60602

Jennifer A. Trofa
2120 West Cortland
Chicago, IL 60647

Marlo Ann Trotta
Law Offices of Peter G. Angelos
5905 Harford Rd.
Baltimore, MD 21214

Allen D. Vaughan
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607-5308

Diana L. Wann
Ice Miller
One American Square
P.O. Box 82001
Indianapolis, IN 46282-0002

David R. Ward
Ward & King
4546 S. 700 E, Suite 200
Salt Lake City, UT 84107

James L. Ware
Sheehy, Serpe & Ware, P.C.
2500 Two Houston Centre
909 Fanin
Houston, TX 77010-1003

Diana R. Warnecke
Sedgwick Detert, et al.
1717 Main Street, Suite 5400
Dallas, TX 75201

Kirk G. Warner
Smith, Anderson, Blount, et al.
P.O. Box 2611
Raleigh, NC 27602-2611

David B. Watkiss
Ballard Spahr Andrews & Ingersoll
201 South Main Street, Suite 600
Salt Lake City, UT 84111-2221

Charles J. Watts
Smith, Shew, Scrivner, Corbin & Watts
6520 North Western Avenue, Suite 300
Oklahoma City, OK 73116

Harry P. Weitzel
Mayer, Brown, Rowe & Maw, LLP
NCNB Center
700 Louisiana, Suite 3600
Houston, TX 77002

Joe D. Wells
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018-8008

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Ben T. White, II
Schiller, Osbourn & Barnes
401 W. Main Street
1600 One Riverfront Plaza
Louisville, KY 40202

Lori Wiese
Powers & Frost, L.L.P.
1221 McKinney Street, Suite 2400
Houston, TX 77010-1009

Melody M. Wilkinson
Cooley, Manion & Jones
100 E. 15th Street, Suite 320
Fort Worth, TX 76102

Robert W. Wilkinson
Dogan & Wilkinson, PLLC
P.O. Box 1618
Pascagoula, MS 39568-1618

Germaine W. Willett
Ice Miller
One American Square
Indianapolis, IN 46282

James R. Williams
Segal Mccambridge Singer And Mahoney Ltd
330 North Wabash, Suite 200
Chicago, IL 60611

Kenneth J. Wilson
Richardson, Patrick, Westbrook & Brickman
1730 Jackson Street
P.O. Box 1368
Barnwell, SC 29812

Todd S. Winegar
201 South Main, Suite 900
P.O. Box 353
Salt Lake City, UT 84110

Andrew R. Wolf
Bruce P Clark And Associates
419 Ridge Road
Munster, IN 46321-1581

Dawn M. Wright
Thompson & Knight
1700 Pacific Ave.
Suite 3300
Dallas, TX 75201

Stacy Kay Yates
1001 Fannin
8th Floor
Houston, TX 77002