

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 9 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

## (SEE ATTACHED SCHEDULE)

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the nineteen Southern District of Mississippi actions listed on the attached Schedule A on March 10, 2004. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the nineteen actions filed notices of opposition to the proposed transfer and the subsequent motions and briefs to vacate the conditional transfer order. This matter was then considered by the Panel at its hearing session in Baltimore, Maryland, on May 27, 2004. The Panel has now been advised that the nineteen actions were remanded to Mississippi state court by the Honorable Walter J. Gex III in separate orders filed on May 10, 2004 and finalized on June 4, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-231" filed on March 10, 2004, is VACATED insofar as it relates to the nineteen actions listed on the attached Schedule A.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

OFFICIAL FILE COPY

IMAGED JUN -9 '04

## SCHEDULE A

<u>MDL-875</u> -- In re Asbestos Products Liability Litigation (No. VI)

### Southern District of Mississippi

*Daniel Aldridge, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-793
*Jerry L. Waters, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-794
*Elsie B. Smith, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-795
*Willie Gray, et al. v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:03-796
*Lewis Wright, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-797
*Willie Spann, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-798
*Johnnie Will Spann, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-799
*John Knotts, et al. v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:03-800
*Willie Pate, et al. v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:03-801
*Jerry Russum, et al. v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:03-802
*Christine Webster, et al. v. Minnesota Mining & Manufacturing Co., et al.*,
    C.A. No. 1:03-803
*Edna Bush, et al. v. Hennessy Industries, Inc., et al.*, C.A. No. 1:03-805
*James Collum, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-806
*Frederick Gordon, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-807
*Jimmie King, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-808
*Lee Reiman, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-809
*Charlie H. Taylor, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-810
*W. G. Waltman, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-811
*Lamar Brown, et al. v. Abex Corp., et al.*, C.A. No. 1:03-812