JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUNE 10, 2004

MICHAEL  J.  BECK
CLERK OF THE PANEL

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., AND KATHRYN H. VRATIL, JUDGES OF THE PANEL

### HEARING SESSION ORDER

IT IS ORDERED that on July 22, 2004, a hearing session will be held in Seattle, Washington, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).  The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

IMAGED JUN 10 '04

SCHEDULE OF MATTERS FOR HEARING SESSION
July 22, 2004 -- Seattle, Washington

**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**

MDL-1615 -- In re The Burgess Company, Inc., Collective Bargaining Agreement Litigation

Motion of defendant Laborers International Union of North America, Local 107 for centralization of the following actions in the United States District Court for the Middle District of Tennessee:

Western District of Arkansas

*The Burgess Co., Inc. v. Laborers International Union of North America, Local 107*, C.A. No. 2:04-2027

Middle District of Tennessee

*South Central Regional Laborers' Health & Welfare Fund v. The Burgess Co., Inc.*, C.A. No. 3:03-606

MDL-1616 -- In re Urethane Antitrust Litigation

     Motion of plaintiff Standard Rubber Products, Inc., for centralization of certain of the following actions in the United States District Court for the District of New Jersey; motion of plaintiff Rahco Rubber Products, Inc., for centralization of certain of the following actions in the United States District Court for the Northern District of California; motion of plaintiff Globe Rubber Works, Inc., for centralization of certain of the following actions in the United States District Court for the Eastern District of Pennsylvania; and motion of plaintiff Artic-Temp, Inc., for centralization of certain of the following actions in the United States District Court for the Northern District of Ohio:

               Northern District of California

*Liquidation Reserve Account Trust, etc. v. Uniroyal Chemical Co. Inc., et al.*,
   C.A. No. 3:04-1422
*Industrial Rubber Products, Inc. v. Crompton Corp., et al.*, C.A. No. 3:04-1597
*Rahco Rubber Products, Inc. v. BASF AG, et al.*, C.A. No. 4:04-1272

               Northern District of Illinois

*Creative Urethanes, Inc. v. Crompton Corp., et al.*, C.A. No. 1:04-2213
*Kryptane Systems, LLC v. BASF AG, et al.*, C.A. No. 1:04-2416
*RWM Casters v. BASF AG, et al.*, C.A. No. 1:04-3060

               District of Kansas

*Beynon Sports Surfaces, Inc. v. Crompton Corp., et al.*, C.A. No. 2:04-2165

               District of New Jersey

*Belting Industries Co., Inc. v. BASF AG, et al.*, C.A. No. 2:04-1390
*Maine Industrial Tires Limited v. Crompton Corp.*, C.A. No. 2:04-1635
*Standard Rubber Products, Inc. v. BASF AG, et al.*, C.A. No. 3:04-1383

               Northern District of Ohio

*Artic-Temp, Inc. v. Crompton Corp., et al.*, C.A. No. 5:04-725

Schedule of Matters for Hearing Session, Section A                    p. 3
Seattle, Washington

MDL-1616 (Continued)

### Eastern District of Pennsylvania

*Alco Industries, Inc. v. Crompton Corp., et al.*, C.A. No. 2:04-1339
*Globe Rubber Works, Inc. v. Crompton Corp.*, C.A. No. 2:04-1654

### Western District of Pennsylvania

*Rubber Engineering & Development Co. v. Uniroyal Chemical Co., Inc., et al.*,
     C.A. No. 2:04-460
*Quabaug Corp. v. Uniroyal Chemical Co., et al.*, C.A. No. 2:04-643
*PSI Urethanes, Inc. v. Uniroyal Chemical Co., Inc.*, C.A. No. 2:04-658

### MDL-1617 -- In re Maytag Corp. Neptune Washer Products Liability Litigation

Motion of defendants Maytag Corporation; Maytag Appliances Sales Company; and
Maytag Services, LLC, for centralization of the following actions in the United States District
Court for the Southern District of Iowa:

### District of South Carolina

*Robbie Lee Bishop v. Maytag Corp., et al.*, C.A. No. 7:04-1126

### Western District of Tennessee

*Edward Raniszewski v. Maytag Corp., et al.*, C.A. No. 2:04-2239

### Southern District of West Virginia

*Teddy Nichols v. Maytag Corp., et al.*, C.A. No. 6:04-346

Schedule of Matters for Hearing Session, Section A                    p. 4
Seattle, Washington

## MDL-1618 -- In re Northwest Airlines Corp. Privacy Litigation

Motion of plaintiff Richard S. Copeland for centralization of the following actions in a single United States district court:

### District of Minnesota

*Jeanne Vergeldt v. Northwest Airlines Corp., et al.*, C.A. No. 0:04-126
*Eric S. Povitz v. Northwest Airlines Corp., et al.*, C.A. No. 0:04-136
*Karen Lawson, et al. v. Northwest Airlines Corp., et al.*, C.A. No. 0:04-616
*Mark G. Barlow v. Northwest Airlines Corp., et al.*, C.A. No. 0:04-679
*Connie Dillon, et al. v. Northwest Airlines Corp., et al.*, C.A. No. 0:04-680
*Paul Daubitz v. Northwest Airlines Corp., et al.*, C.A. No. 0:04-899
*Mark G. Esposito v. Northwest Airlines Corp., et al.*, C.A. No. 0:04-906

### District of North Dakota

*Edwin F. Dyer, III, et al. v. Northwest Airlines Corp., et al.*, C.A. No. 1:04-33

### Western District of Tennessee

*Richard S. Copeland v. Northwest Airlines Corp., et al.*, C.A. No. 2:04-2156

## MDL-1619 -- In re Musha Cay Litigation

Motion of defendants David Copperfield and Jeffrey Berkman for centralization of the following actions in the United States District Court for the District of Nevada:

### District of Nevada

*Janet L. Melk, et al. v. David Copperfield*, C.A. No. 2:04-59

### Southern District of New York

*John J. Melk, et al. v. Jeffrey Berkman*, C.A. No. 1:04-683

MDL-1620 -- In re Metoprolol Succinate Patent Litigation

Motion of plaintiffs AstraZeneca AB, et al., for centralization of the following actions in the United States District Court for the District of Delaware:

### District of Delaware

*AstraZeneca AB, et al. v. Andrx Pharmaceuticals, LLC, et al.*, C.A. No. 1:04-80
*AstraZeneca AB, et al. v. Eon Labs, Inc.*, C.A. No. 1:04-205

### Eastern District of Missouri

*AstraZeneca AB, et al. v. KV Pharmaceutical Co.*, C.A. No. 4:03-592
*AstraZeneca AB, et al. v. KV Pharmaceutical Co.*, C.A. No. 4:03-1169

MDL-1621 -- In re Helicopter Crash Near Meadview, Arizona, on August 10, 2001

Motion of defendants Papillon Airways, Inc.; Monarch Enterprises, Inc.; Zuni, LLC; Brenda Halvorson; Barbara J. Halvorson; Lon A. Halvorson; and Elling Halvorson for centralization of the following actions in the United States District Court for the District of Arizona:

### District of Arizona

*Hillary M. Fastag, etc. v. Papillon Airways, Inc., et al.*, C.A. No. 2:02-1073
*Israel Weingarten, et al. v. Papillon Airways, Inc., et al.*, C.A. No. 3:02-1491
*Israel Weingarten, et al. v. Papillon Airways, Inc., et al.*, C.A. No. 3:02-1492
*Franco Innocenti, et al. v. Eurocopter, S.A., et al.*, C.A. No. 3:03-1429

### District of Nevada

*Chana Daskal, etc. v. Eurocopter, S.A., et al.*, C.A. No. 2:04-506
*Nitza Lichtenstein, etc. v. Papillon Airways, Inc., et al.*, C.A. No. 2:04-507

### Western District of Washington

*Franco Innocenti, et al. v. Heliquip International Ltd., et al.*, C.A. No. 2:03-2414

Schedule of Matters for Hearing Session, Section A                    p. 6
Seattle, Washington


MDL-1622 -- In re Cotton Yarn Antitrust Litigation

Motion of plaintiffs Atlantic Textiles; South Carolina Tees, Inc.; Lisa Lesavoy; Armen Co., Inc.; Mekfir International Corporation; and Dell Cartier Associates, Inc., for centralization of the following actions in the United States District Court for the Middle District of North Carolina:


Eastern District of North Carolina

*Thomaston Mills, Inc., etc. v. Parkdale America, LLC, et al.*, C.A. No. 5:04-292

Middle District of North Carolina

*Atlantic Textiles v. Parkdale America, LLC, et al.*, C.A. No. 1:04-185
*South Carolina Tees, Inc. v. Parkdale America, LLC*, C.A. No. 1:04-233
*Lisa Lesavoy, etc. v. Parkdale America, LLC*, C.A. No. 1:04-283
*Armen Co., Inc. v. Parkdale America, LLC, et al.*, C.A. No. 1:04-312
*Mekfir International Corp. v. Parkdale America, LLC, et al.*, C.A. No. 1:04-371
*Dell Cartier Associates, Inc. v. Parkdale America, LLC, et al.*, C.A. No. 1:04-412

# SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL-799 -- In re Air Disaster at Lockerbie, Scotland, on December 21, 1988

Opposition of plaintiff Douglas H. MacQuarrie to transfer of the following action to the United States District Court for the Eastern District of New York:

### District of District of Columbia

*Douglas H. MacQuarrie v. The Socialist Peoples Libyan Arab Jamahiriya, et al.*,
   C.A. No. 1:04-176

Oppositions of plaintiffs Mary Diamond, et al., and Molena Porter, et al., to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the District of District of Columbia:

### Eastern District of New York

*Jodi Hagerman, et al. v. The Socialist People's Libyan Arab Jamahiriya, et al.*,
   C.A. No. 9:03-1579 (D. District of Columbia, C.A. No. 1:02-2147)

Schedule of Matters for Hearing Session, Section B                                    p. 8
Seattle, Washington


MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

      Oppositions of plaintiffs Andrew S. Fink; Louis Barletta, et al.; Dominador Javier;
Romeo Pascua, et al.; Rochelio Echon, et al.; Jose Reandino, et al.; Colleen Carter, et al.; and
David Ray Amason, et al., to transfer of their respective following actions to the United States
District Court for the Eastern District of Pennsylvania:


          Eastern District of Louisiana

*Andrew S. Fink v. Todd Shipyards Corp., et al.*, C.A. No. 2:04-430

          District of New Jersey

*Louis Barletta, et al. v. Congoleum Corp., et al.*, C.A. No. 2:04-647

          District of Northern Mariana Islands

*Dominador Javier v. Owens-Illinois, Inc., et al.*, C.A. No. 1:03-31
*Romeo Pascua, et al. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:03-32
*Rochelio Echon, et al. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:03-33
*Jose Reandino, et al. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:03-34

          Eastern District of Texas

*Colleen Carter, et al. v. Buffalo Pumps, Inc., et al.*, C.A. No. 4:04-66

          Southern District of Texas

*David Ray Amason, et al. v. America Optical Corp., et al.*, C.A. No. 2:03-555

Schedule of Matters for Hearing Session, Section B                           p. 9
Seattle, Washington


<u>MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products
            Liability Litigation</u>

     Oppositions of plaintiffs to transfer of their respective following actions to the United
States District Court for the Eastern District of Pennsylvania:


       <u>Middle District of Alabama</u>

*Ericca Love, et al. v. Wyeth, et al.*, C.A. No. 1:04-79
*Delane Daniels, et al. v. Wyeth, et al.*, C.A. No. 1:04-89
*Cheryll Penny, et al. v. Wyeth, et al.*, C.A. No. 1:04-153
*Sherryl McDuffie, et al. v. Wyeth, et al.*, C.A. No. 1:04-155
*Janet K. Bellows, et al. v. Wyeth, et al.*, C.A. No. 1:04-156
*Hanna Malmberg, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:04-172
*Janice Donelli, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:04-175
*Gladys Gray, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:04-212
*Molly Edgar, et al. v. Wyeth, et al.*, C.A. No. 2:04-78
*Ronnie Benefield v. Wyeth, et al.*, C.A. No. 2:04-80
*Cora M. Bradley, et al. v. Wyeth, et al.*, C.A. No. 2:04-90
*Heather Sanders v. Wyeth, et al.*, C.A. No. 2:04-92
*Thomas Cook v. Wyeth, et al.*, C.A. No. 2:04-93
*Cindy Davis, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-176
*Wanda Bryant, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-213
*Georgene Peel, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-214


      <u>Northern District of Alabama</u>

*Jimmie Braden v. Wyeth, et al.*, C.A. No. 1:04-235
*Jevenari Marshall, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-179
*Vicki Jones, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-447
*Delisa Alford, et al. v. Wyeth, et al.*, C.A. No. 7:04-189
*Julie Johnson, et al. v. Wyeth, et al.*, C.A. No. 7:04-236


      <u>Southern District of Alabama</u>

*Susan Cofield, et al. v. Wyeth, et al.*, C.A. No. 1:03-875
*Carolyn Anderson, et al. v. Wyeth, et al.*, C.A. No. 1:04-11
*Marilyn Williamson v. Wyeth, et al.*, C.A. No. 1:04-12

Schedule of Matters for Hearing Session, Section B                    p. 10
Seattle, Washington


MDL-1203 (Continued)


### Southern District of Alabama (Continued)

*Jacqueline Dinkins v. Wyeth, et al.*, C.A. No. 1:04-149
*Peggy Singleton v. Wyeth, et al.*, C.A. No. 2:04-76
*Annette Horton v. Wyeth, et al.*, C.A. No. 2:04-77

### Central District of California

*Miriam Little v. American Home Products Corp., et al.*, C.A. No. 2:04-366
*Shirley Chiarini v. American Home Products Corp., et al.*, C.A. No. 2:04-630
*Theresa Byrd v. American Home Products Corp., et al.*, C.A. No. 2:04-635

### Southern District of Mississippi

*Earnestine Gatlin, et al. v. Wyeth, et al.*, C.A. No. 3:04-227
*Linda Walls, et al. v. American Home Products Corp., et al.*, C.A. No. 5:04-92
*Veronica Blanton v. Wyeth, et al.*, C.A. No. 5:04-94

### Eastern District of Missouri

*Victoria Hill, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-1526

### Western District of Tennessee

*Tina Taylor, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:04-1034
*Lynda Flippo, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:04-1035
*Jeanette Richmond, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:04-1064
*Debra Burns, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-2113
*James Ashley, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-2114
*Rhonda McKlemurry v. Wyeth, Inc., et al.*, C.A. No. 2:04-2115
*Myra Reed, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-2116
*Ray Baker, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-2117
*Laura Snipes v. Wyeth, Inc., et al.*, C.A. No. 2:04-2118
*Betty Hatzikian v. Wyeth, Inc., et al.*, C.A. No. 2:04-2119
*Delores Emmert, et al. v. Wyeth, et al.*, C.A. No. 2:04-2120
*Cynthia Roberson, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-2121

Schedule of Matters for Hearing Session, Section B                              p. 11
Seattle, Washington


MDL-1203 (Continued)


### Western District of Tennessee (Continued)

*Linda Wages, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-2122
*Michael McKinnie, et al. v. Wyeth, et al.*, C.A. No. 2:04-2123
*Diane Moody, et al. v. Wyeth, et al.*, C.A. No. 2:04-2124
*Ronald Kouri v. Wyeth, et al.*, C.A. No. 2:04-2125
*Herman Wilkins, Jr. et al. v. Wyeth, et al.*, C.A. No. 2:04-2126
*Kim Whitmer, et al. v. Wyeth, et al.*, C.A. No. 2:04-2127
*Thelma Williams, et al. v. Wyeth, et al.*, C.A. No. 2:04-2128
*Larry Joe Privett, et al. v. Wyeth, et al.*, C.A. No. 2:04-2129
*Brenda Armstrong, et al. v. Wyeth, et al.*, C.A. No. 2:04-2130
*Shirley Coburn, et al. v. Wyeth, et al.*, C.A. No. 2:04-2131
*Betty Lewellen v. Wyeth, et al.*, C.A. No. 2:04-2132
*George Chatman, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-2134
*Gerald Rogers, et al. v. Wyeth, et al.*, C.A. No. 2:04-2135
*Debbie Malone, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-2138
*Mildred Wenzler, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-2187
*Katherine McClure, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-2188
*Terry Uhrich v. Wyeth, Inc., et al.*, C.A. No. 2:04-2189
*Evelyn Smith, et al. v. Wyeth, et al.*, C.A. No. 2:04-2190
*Annie Gooden v. Wyeth, et al.*, C.A. No. 2:04-2192


### Eastern District of Texas

*Wendy C. Manning, et al. v. Wyeth, et al.*, C.A. No. 9:04-4


### Northern District of Texas

*Donna Crosby v. Wyeth, et al.*, C.A. No. 4:04-71
*J. Stewart Bass, et al. v. Wyeth, et al.*, C.A. No. 4:04-107


### Southern District of Texas

*Cynthia A. Loera, et al. v. Wyeth, et al.*, C.A. No. 2:04-13
*Carol A. Rose v. Wyeth*, C.A. No. 4:04-77

MDL-1261 -- In re Linerboard Antitrust Litigation

Opposition of plaintiff Farmland National Beef Packing Co., L.P., to transfer of the
following action to the United States District Court for the Eastern District of Pennsylvania:

District of Kansas

*Farmland National Beef Packing Co., L.P. v. Stone Container Corp., et al.,*
    C.A. No. 6:03-1312

MDL-1334 -- In re Managed Care Litigation

Oppositions of defendants Blue Cross and Blue Shield Association; Hawaii Medical
Service Association; Robert P. Hiam; Trustmark Insurance Company; and Coresource, Inc., to
transfer of their respective following actions to the United States District Court for the Southern
District of Florida:

District of Hawaii

*Jo Ann Kilar, et al. v. Blue Cross Blue Shield Association, et al.*, C.A. No. 1:03-420

Northern District of Texas

*Jefferson Dental Clinics, P.C. v. Trustmark Insurance Co., et al.*, C.A. No. 3:02-861

Motion of defendants Capital BlueCross and Highmark, Inc., to transfer the following
action to the United States District Court for the Southern District of Florida:

Eastern District of Pennsylvania

*Natalie M. Grider, M.D., et al. v. Keystone Health Plan Central, Inc., et al.*,
    C.A. No. 2:01-5641

Schedule of Matters for Hearing Session, Section B                    p. 13
Seattle, Washington

## MDL-1348 -- In re Rezulin Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective actions listed on Attachment A to the United States District Court for the Southern District of New York.

## MDL-1361 -- In re Compact Disc Minimum Advertised Price Antitrust Litigation

Opposition of defendants Metro-Goldwyn-Mayer Studios, Inc.; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Paramount Pictures Corporation; Twentieth Century Fox Film Corporation; and Universal City Studios, LLLP, to transfer of the following action to the United States District Court for the District of Maine:

### Northern District of New York

*John A. Deep v. The Recording Industry Association of America, et al.,* Bky. Advy. No. 1:04-90037

## MDL-1382 -- In re Unitrin, Inc., Industrial Life Insurance Litigation

Opposition of plaintiffs Barbara J. Bates, et al., to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

### Southern District of Mississippi

*Barbara J. Bates, et al. v. Union National Life Insurance Co., et al.,* C.A. No. 5:04-108

Schedule of Matters for Hearing Session, Section B                    p. 14
Seattle, Washington


MDL-1390 -- In re Life Insurance Co. of Georgia Industrial Life Insurance Litigation

　　　Opposition of plaintiffs Mary White Moorer, et al., and Billie A. Auld, et al., to transfer
of their respective following actions to the United States District Court for the Eastern District of
Louisiana:


　　　　　Southern District of Mississippi

　　*Mary White Moorer, et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 5:04-39
　　*Billie A. Auld, et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 5:04-55


MDL-1405 -- In re California Wholesale Electricity Antitrust Litigation

　　　Opposition of plaintiff Dry Creek Corporation to transfer of the following action to the
United States District Court for the Southern District of California:


　　　　　Northern District of California

　　*Dry Creek Corp. v. Williams Energy Marketing & Trading Co., et al.*, C.A. No. 3:04-833


MDL-1429 -- In re American General Life & Accident Insurance Co. Industrial Life Insurance
　　　Litigation

　　　Oppositions of plaintiffs Evangela Bates, et al., and Joanette D. Jones, et al., to transfer of
their respective following actions to the United States District Court for the District of South
Carolina:


　　　　　Southern District of Mississippi

　　*Evangela Bates, et al. v. American General Life & Accident Insurance Co., et al.*,
　　　C.A. No. 5:04-40
　　*Joanette D. Jones, et al. v. American General Life & Accident Insurance Co., et al.*,
　　　C.A. No. 5:04-41

Schedule of Matters for Hearing Session, Section B                    p. 15
Seattle, Washington


MDL-1446 -- In re Enron Corp. Securities, Derivative & "ERISA" Litigation

Opposition of plaintiffs William Aksamit, et al., to transfer of the following action to the United States District Court for the Southern District of Texas:


Southern District of Illinois

*William Aksamit, et al. v. UBS Painewebber, Inc., et al.*, Bky. Advy. No. 3:04-3096


MDL-1491 -- In re African-American Slave Descendants Litigation

Opposition of plaintiffs Deadria Farmer-Paellmann, et al., to transfer of the following action to the United States District Court for the Northern District of Illinois:


Southern District of New York

*Deadria Farmer-Paellmann, et al. v. FleetBoston Financial Corp., et al.*,
    C.A. No. 1:04-2430


MDL-1508 -- In re Medco Health Solutions, Inc., Pharmacy Benefits Management Litigation

Opposition of plaintiff Peabody Energy Corporation to transfer of the following action to the United States District Court for the Southern District of New York:


Eastern District of Missouri

*Peabody Energy Corp. v. Merck & Co., Inc.*, C.A. No. 4:03-1839

Schedule of Matters for Hearing Session, Section B                    p. 16
Seattle, Washington

MDL-1529 -- In re Adelphia Communications Corp. Securities & Derivative Litigation (No. II)

Opposition of plaintiffs Moctesuma Esparza, et al., to transfer of the following action to the United States District Court for the Southern District of New York:

Central District of California

*Moctesuma Esparza, et al. v. Deloitte & Touche, LLP*, C.A. No. 2:04-1784

MDL-1535 -- In re Welding Rod Products Liability Litigation

Oppositions of plaintiffs Raymond Dotson; Lester Davis, et al.; Jesse Guillen, et al.; Juan Canchola, et al.; Rick Montalbano, et al.; and David M. Cirilo to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:

Western District of Louisiana

*Raymond Dotson v. Hobart Brothers Co., et al.*, C.A. No. 5:04-375

Eastern District of Pennsylvania

*Lester Davis, et al. v. Lincoln Electric Holding, Inc., et al.*, C.A. No. 2:04-320

Southern District of Texas

*Jesse Guillen, et al. v. Lincoln Electric Co., et al.*, C.A. No. 2:04-41
*Juan Canchola, et al. v. Lincoln Electric Co., et al.*, C.A. No. 2:04-42
*Rick Montalbano, et al. v. Lincoln Electric Co., et al.*, C.A. No. 4:04-1661

Western District of Texas

*David M. Cirilo v. Lincoln Electric Co., et al.*, C.A. No. 5:04-115

MDL-1550 -- In re IDT Corp. Calling Card Terms Litigation

Opposition of plaintiff Indi Mohan to transfer of the following action to the United States District Court for the District of New Jersey:

Southern District of New York

*Indi Mohan v. IDT Corp., et al.*, C.A. No. 1:04-1884

MDL-1553 -- In re Silica Products Liability Litigation

Opposition of plaintiffs Andrew Washington, et al., to transfer of the following action to the United States District Court for the Southern District of Texas:

Southern District of Mississippi

*Andrew Washington, et al. v. Clark Sand Co., et al.*, C.A. No. 5:04-27

MDL-1568 -- In re Parcel Tanker Shipping Services Antitrust Litigation

Opposition of plaintiff Scott Sutton to transfer of the following action to the United States District Court for the District of Connecticut:

Eastern District of Tennessee

*Scott Sutton v. Stolt-Nielsen Transportation Group, Ltd., et al.*, C.A. No. 2:04-67

MDL-1578 -- In re UICI "Association-Group" Insurance Litigation

Opposition of plaintiffs Jesus M. Mendoza, et al., and Esther Valenzuela to transfer of their respective following actions to the United States District Court for the Northern District of Texas:

### Eastern District of California

*Jesus M. Mendoza, et al. v. United Insurance Co. of America, et al.*, C.A. No. 1:04-5470

### Southern District of California

*Esther Valenzuela v. United Insurance Companies, Inc., et al.*, C.A. No. 3:04-632

MDL-1586 -- In re Mutual Funds Investment Litigation

Oppositions of plaintiffs Wayne County Employees' Retirement System and Kaveh S. Shahi, et al., to transfer of their respective following actions to the United States District Court for the District of Maryland:

### District of Colorado

*Wayne County Employees' Retirement System v. Janus Capital Group, Inc., et al.*, C.A. No. 1:04-444

### District of Vermont

*Kaveh S. Shahi, et al. v. Putnam Investments*, C.A. No. 1:04-23

Schedule of Matters for Hearing Session, Section B                    p. 19
Seattle, Washington


## MDL-1598 -- In re Ephedra Products Liability Litigation

Oppositions of plaintiffs Richard James and Wanda Carr and defendants MuscleTech Research & Development, Inc.; Nutramerica Corporation; and Prolab Nutrition, Inc., to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### District of Colorado

*Travis Wingfield v. Muscletech Research & Development, Inc.*, C.A. No. 1:04-366

### Northern District of Illinois

*Donica Aetna Parker v. Muscle Tech., Inc.*, C.A. No. 1:04-1590
*James R. Tiskevich v. Metabolife International, Inc., et al.*, C.A. No. 1:04-1591
*David J. Russell v. Nutramerica Corp.*, C.A. No. 1:04-1594

### Eastern District of Kentucky

*Richard James v. Prolab Nutrition, Inc., et al.*, C.A. No. 5:03-465

### Northern District of Mississippi

*Wanda Carr v. Metabolife International, Inc.*, C.A. No. 2:03-265


## MDL-1600 -- In re General Motors Corp. "Piston Slap" Products Liability Litigation

Opposition of plaintiffs Gannon Shepherd and Lance Levitt to transfer of their respective following actions to the United States District Court for the Western District of Oklahoma:

### Middle District of Florida

*Gannon Shepherd v. General Motors Corp.*, C.A. No. 3:04-156

### Northern District of Georgia

*Lance Levitt v. General Motors Corp.*, C.A. No. 1:03-4018

**ATTACHMENT A TO THE JULY 22, 2004**
**SCHEDULE OF MATTERS FOR HEARING**

MDL-1348 -- In re Rezulin Products Liability Litigation

Central District of California

*Moe Mintz, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8763
*Sally Baldueza v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8764
*Armando Moreno v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8766
*Emelia Thomas v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8767
*Sharon Simmons v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8768
*Rebecca Velasquez, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8812
*Albert Mandakunian, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8813
*Susan Burch, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8814
*Mihran Karapetian, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8815
*Michelle Morales, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8816
*Davit Valian, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8817
*Christopher Brown, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8818
*Zepyur Shizmedzhyan, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8820
*Louis Rico, Jr. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8821
*Bernard Macko, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8822
*Elenora Carpenter v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8823
*Dennis Hagele v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8824
*Svetlana Verbiyan v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8825
*Betty Jucevic v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8826
*Virginia Manoogian v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8827
*Armenia Manoogian v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8828
*Lusin Meneshyan v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8829
*Ozan Merjanian v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8830
*Susan Miles Kelley, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9155
*Mary Ann Klemundt v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9156
*Lesley Nunez, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9160
*Gail Rudolph, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9161
*Richard Weber v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9163
*Ben Smith, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9315
*Maria Isabel Tellez, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9586
*Christine McDuffie v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9588
*Allen Altmark, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9591
*Madeline Downey v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9592
*Jason Churder, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-71
*Suzanne Hellstrom, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-96
*Robert Rockett v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-97
*Richard Hunt v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-384

- 2 -

**MDL-1348 Attachment A (Continued)**

<u>Central District of California</u> (Continued)

*Loraine Hoyt v. Warner-Lambert Co., LLC, et* al., C.A. No. 2:04-386
*Daniel Gordon, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-387
*Linda Goode v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-407
*Shirley Kendricks, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-413
*Ronald Decaro v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-414
*Don Church, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-416
*Wendell Walsten v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-417
*Rachel Felix v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-473
*Lynda Daley, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-482
*Yvonne Schwartz v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-488
*Loretta Zourek, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-506
*Robert Smith v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-507
*James J. Willette, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-508
*Florene Wimbush, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-509
*Daniel Gormley, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-512
*Charles Sutter, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-543
*Hope Romero, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-544
*Brent Van Dyke, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-584
*Richard Glomb, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-585
*Gene Manor v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-587
*Angelo Terrameo v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-616
*Virginia Martinez, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-617
*Ellen Huddleston v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-627
*George Mills v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-629
*Nellie Gonzales, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-631
*Betty Cochran v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-632
*Irvin Campbell v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-633
*Marilyn May, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-639
*Virginia Kirby v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-641
*Anna Roughton v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-708
*Hattie Jackson, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-710
*Eva Yslas v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-711
*Sharon Renee Eason v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-713
*Jerry L. Wilke, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-714
*Anne Petersen v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-715
*Aurora Rubio, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-717
*Rebecca Martinez v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-777
*Samvel Mkhsyan v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-933
*Salvador Ramirez v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-992
*Michael Buscemi v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-1023

- 3 -

**MDL-1348 Attachment A (Continued)**

<u>Central District of California</u> (Continued)

*Manuel Venegas, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-1024
*Eula Mae Rayfield, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-1025
*Stephen Hernandez v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-1026
*Gilbert Hernandez v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-1027
*Eiji Uyehara, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-1028
*Don Bennett v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-1029
*Martha Martinez v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-1141
*Alfred Dutra v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-1564
*Catherine West , et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-1666
*Rosemary Perez v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-1678
*Cris Leinberger v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-2924
*Donald Boike v. Warner-Lambert Co., LLC, et al.*, C.A. No. 8:04-14

<u>Eastern District of California</u>

*Richard Castro, Sr. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6926
*Guadalupe Garcia, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6928
*Ziaollah Gholtoghian v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6929
*Valerie Holladay v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6930
*Linda Richardson v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6931
*Martha Amancio, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6932
*Daniel R. Nichols v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6933
*Virginia Trost v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6934
*Betty Tarbell, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6935
*Kathleen Nott, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6952
*Casilda Alvarez v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6953
*Lorena Ziegenmeyer v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6954
*Orastine Shackelford v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6955
*Harold Horton v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6956
*Lewis Gibson, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6957
*Charles Donahue v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6958
*Joseph Brindero v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6959
*John Andrews, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6960
*Paul Johnson, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6961
*Manuel Neves, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6962
*Phillip Dillard, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6963
*Billie L. Driggers v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6964
*Michael Glick, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6965
*Augustine Pacheco, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6966
*Aaron Wayne Hill v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6967

- 4 -

**MDL-1348 Attachment A (Continued)**

Eastern District of California (Continued)

*Myron Boyd Smith v. Warner-Lambert Co., LLC, et* al., C.A. No. 1:03-6968
*Robert Caluya v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6969
*David Sollberger v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6970
*Charles Johnson v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6971
*Joan Collins, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6972
*Donna Cunningham v. Warner-Lambert Co., LLC., et al.*, C.A. No. 1:03-6973
*Lavina Penner, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6974
*Donald Gordon v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6975
*Theodore Hartman v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6976
*Jimmie Lou DeLuca, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6977
*Charlie Abril, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6978
*Anthony Battista, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6979
*Dorothy Waterbury, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6980
*Ila Coonce v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6981
*Linda Thompson, et al. v. Warner-Lambert Co., LLC,  et al.*, C.A. No. 1:03-6982
*Helen Swim v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6983
*Bret Dent, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6984
*Helen Pinkston, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6985
*Marie Winscott, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6986
*Opal Richardson v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6987
*Anthony Morin v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6988
*Dorothy Mott v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6989
*Evelyn Darlean Quiggins v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6990
*Jeannine Foraker, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5029
*Salvador Guerrero v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5030
*Shirley Chittister, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5031
*David L. Jones, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5032
*Karl Maas, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5033
*Donald Louis Stokes v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5034
*Harold Eugene Keisler v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5035
*Jeanette Rudich-Habay, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5036
*Shelley Hudson, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5037
*Cecelia Newman v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5038
*Susanna Valenzuela v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5039
*Opal White v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5040
*Isaac L. Bailey v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5041
*Kathleen Hendrix, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5042
*Connie Rector, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5043
*Amelia Vargas, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5044
*Fern Van Bubar, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5045

- 5 -

**MDL-1348 Attachment A (Continued)**

<u>Eastern District of California</u> (Continued)

*Michael Lyons v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5046
*Betty McKay, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5047
*Bill Washburn v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5048
*Susan J. Clark v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5049
*Justus Howard Garber, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5050
*Essie Guice, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5051
*Jessie Dean v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5053
*Betty Young, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5054
*Paul Love, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5055
*Marty Callahan, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5068
*Kelli Ferguson v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5069
*Maria Avila v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5070
*Mary Bleier v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5071
*Philander James Eads v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5072
*Diane Cauthen, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5073
*Sandra Best v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5074
*Mary Jane Gibson, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5081
*Peggy Lagrange, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5082
*Dorothea Kilgore v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5083
*Edward Keeton v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5084
*Carl Hageman, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5085
*Alfredo Gandarilla, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5086
*Pandora Fitch v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5087
*Veronica Savage v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5097
*Sandra Shivar, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5098
*Ernest Sandoval v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5099
*Patricia Pettet, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5100
*Lisa Leard v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5101
*Gregorio Saucedo v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5103
*Robert Soto v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5114
*Roena Winters v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5115
*Richard Timmons v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5116
*Lisa Poarch-Siem, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5117
*Arnold L. Swanson v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5118
*Alpha Tolbert, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5119
*Roberta Vega, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5120
*Mary Velasco, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5121
*Tonya Jackson, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5138
*Tony Gallegos, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5139
*Evelyn Goins, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5140

- 6 -

**MDL-1348 Attachment A (Continued)**

<u>Eastern District of California</u> (Continued)

*June Chandler v. Warner-Lambert, Co., LLC, et al.*, C.A. No. 1:04-5141
*Rosie Diaz v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5142
*Hideko Eckstein, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5143
*Roberto Hinojosa v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5144
*Gerald R. Martinez v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5189
*Bettie Hottle, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5190
*Alicia Miller v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5191
*Buckner James v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5192
*Carl McMurtrey, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5193
*Raymond Hernandez v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5194
*Claude McCaffrey, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5195
*Robert Hamilton, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5196
*Patricia Hansford, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5197
*Rachel Winchell, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5200
*Ellen Vincent, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5240
*Barbara Emerson v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5242
*Patricia Cady v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:04-5276

<u>Northern District of California</u>

*Mary Jackson v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:02-4078
*Daniel Wright v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5522
*Louise Hancock v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5821
*Lou E. Walton v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5823
*Darla Nelson v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5824
*C'Ella Jones v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5826
*Benny Bracero, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5827
*Helen Scheid v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5828
*Gerald Fain v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5832
*Roy D. Fortier v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5833
*Murray Peters v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5877
*Christopher Hoag v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5879
*Piscitelli, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5880
*Stanley Engram, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5881
*Idamaye Altvater, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5882
*Marley Tibbitts, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5883
*Sara Gulizia v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5884
*Maria Teresa Diaz, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5885
*Richard Mengelkoch v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5886
*Sammy White v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5887

- 7 -

**MDL-1348 Attachment A (Continued)**

<u>Northern District of California</u> (Continued)

*Dorothy Woodward v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5888
*Edward Wyman v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5889
*Lowella M. Rhyne, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5890
*Harry Chaney, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5891
*Heman Randhawa, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5892
*Candy Peralta, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5893
*Wayne Brasher, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5894
*Douglas Dickson v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5896
*John Kwashima v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5897
*Gerald Connor v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5898
*Robert Cota, Sr. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-5899
*Tammy Miller v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-56
*Martha Dowd v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-58
*Ellen Waller, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-59
*Robert Marymee, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-60
*Joann Kozinchik v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-61
*Anna Fierimonte v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-62
*Anna Ferulli v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-66
*Polly Peru v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-67
*Joann Van Camp, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-68
*Adeline De Vincente v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-80
*Dorothy Cooper v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-206
*Geraldine S. Wood v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-207
*Robert Croteau v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-208
*Ernest Foster, Jr., et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-209
*Levi Byrd v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-210
*Eva Lamaster v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-211
*Luis Bonilla v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-215
*Angelina Francisco v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-217
*Martha Stevenson etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-218
*Jeanette Ann Brown v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-219
*Ira Dickerson, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-220
*Robert Horan, Jr., etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-292
*Willard W. Barksdale v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-293
*Jacquelin Moore, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-384
*Juliene Mason v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-772
*Debra Prater v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-968
*Sharon Jackson v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-969

- 8 -

**MDL-1348 Attachment A (Continued)**

Southern District of California

*Rita Thompson v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-2605
*Yolanda Garza v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-2606
*Marvin Moore v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-2607
*Andres Duran v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-48
*Jeanette Beaver, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-105
*Billie Sauderberg v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-106
*Jonny Baron v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-140
*Eddy Arredondo, et al. v. Warner-Lambert Co., LLC,  et al.*, C.A. No. 3:04-180
*Dorothy Ann Loo, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-493

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the Rules of Procedure of the
Judicial Panel on Multidistrict Litigation (effective April 2, 2001).  Rule 16.1(g) allows a
maximum of twenty minutes for oral argument in each matter.  In most cases, however, less time
is necessary for the expression of all views and the Panel reserves the prerogative of reducing the
time requested by counsel.  Accordingly, counsel should be careful not to overstate the time
requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria.  See generally In
re "East of the Rockies" Concrete Pipe Antitrust Cases, 302 F. Supp. 244, 255-56 (J.P.M.L.
1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)      Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)      Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)      No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:

(i)    the dispositive issue(s) have been authoritatively decided; or

(ii)   the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)      In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)      Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)      Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)      Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

      (h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

      (i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.