JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

JUN 17 2004

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the six Southern District of Mississippi actions listed on the attached Schedule A on March 10, 2004. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the six actions filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. This matter was then considered by the Panel at its hearing session in Baltimore, Maryland, on May 27, 2004. The Panel has now been advised that the six actions were remanded to Mississippi state court by the Honorable Walter J. Gex III pursuant to separate orders filed on May 28, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-231" filed on March 10, 2004, is VACATED insofar as it relates to the six actions listed on the attached Schedule A.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

OFFICIAL FILE COPY
IMAGED JUN 17 '04

## SCHEDULE A

### MDL-875 — In re Asbestos Products Liability Litigation (No. VI)

#### Southern District of Mississippi

*Donna Ray Culver, et al. v. Abex Corp., et al.*, C.A. No. 1:03-813
*David Cutchins, et al. v. Abex Corp., et al.*, C.A. No. 1:03-814
*William C. Fells, et al. v. Abex Corp., et al.*, C.A. No. 1:03-815
*Charles Kaho, et al. v. Abex Corp., et al.*, C.A. No. 1:03-817
*John Dunlap, et al. v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:03-819
*Willie H. Brown, et al. v. Illinois Central Railroad Co.*, C.A. No. 1:04-30