

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 4 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-234)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 78,254 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY IMAGED JUN 28 '04

## SCHEDULE CTO-234 - TAG ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DISTRICT  DIV. C.A. #**

CALIFORNIA CENTRAL
   CAC   2  04-1888         Richard Porreca, et al. v. Bridgestone/Firestone, Inc., et al.

CALIFORNIA EASTERN
   CAE   1  03-6387         William H. Monroe, etc. v. Burlington Northern & Santa Fe Railway Co.
   CAE   1  03-6389         James Knight Rogers v. Burllington Northern & Santa Fe Railway Co., et al.

GEORGIA SOUTHERN
   GAS   5  04-35         Dorothy L. Coffie, etc. v. Garlock Sealing Technologies, LLC

ILLINOIS NORTHERN
   ILN   1  03-3933         Charles J. Schaefer v. Canadian National, et al.
   ILN   1  03-8176         Erasmo Solorio v. A.W. Chesterton Co., et al.
   ILN   1  03-9367         Billy Brownlee v. National Wrecking Co.
   ILN   1  04-2004         James Love v. A.W. Chesterton Inc., et al.

KENTUCKY WESTERN
   KYW   3  04-211         Wilo Dean Rich v. Hollinsworth & Vose Co., et al.

LOUISIANA MIDDLE
   LAM   3  04-23         Kermit Holmes v. United States of America, et al.
   LAM   3  04-187         Ramona Andaya v. Georgia-Pacific Corp., et al.

MINNESOTA
   MN   0  03-5768         Roger Walton Pierce v. Soo Line Railroad Co.
   MN   0  04-1545         Morton Jensen, et al. v. Burlington Northern & Santa Fe Railway Co.

MISSOURI WESTERN
   MOW   4  04-274         Edward E. Voss v. Burlington Northern & Santa Fe Railway Co.

MISSISSIPPI SOUTHERN
   MSS   1  04-464         Calvin Bryant, et al. v. 3M Co.
   MSS   1  04-512         Janet Hockley v. ACF Valves, et al.

NORTH CAROLINA EASTERN
   NCE   4  04-8         Robert Gerald Davenport v. Anchor Packing Co., et al.
   NCE   4  04-23         Bert Martin Lee, Sr., et al. v. Anchor Packing Co., et al.
   NCE   4  04-41         Earle J. Phillips, Jr., et al. v. Aqua-Chem, et al.
   NCE   4  04-43         Parrott Gilford Whitley, et al. v. Anchor Packing Co., et al.
   NCE   5  04-63         Charles Odell Watkins v. Anchor Packing Co., et al.
   NCE   5  04-86         Anthony Collie, et al. v. Anchor Packing Co., et al.
   NCE   7  04-25         Charles Lowery, et al. v. Anchor Packing Co., et al.
   NCE   7  04-30         Elbert Costin, Sr., et al. v. Anchor Packing Co., et al.

NEW YORK EASTERN
   NYE   1  04-452         Harold E. Miller, et al. v. A.W. Chesterton Co., et al.
   NYE   1  04-543         Arturo Zacarias Rivero, Jr., et al. v. A.W. Chesterton Co., Inc., et al.
   NYE   1  04-767         Jean Hastings Smawley, etc. v. A.W. Chesterton Co., et al.
   NYE   1  04-810         Robert Roviello, etc. v. A.W. Chesterton Co., et al.
   NYE   1  04-947         Janice C. Stevens Velthoven, etc. v. A.W. Chesterton Co., et al.
   NYE   1  04-1022        Norma Shamaly, etc. v. A.W. Chesterton Co., et al.
   NYE   1  04-1040        Alvina Whittington, etc. v. A.W. Chesterton Co., et al.

**DISTRICT  DIV. C.A. #**

TEXAS NORTHERN
    TXN    4   02-965        John Gavin Tait v. ACandS, Inc., et al.

WASHINGTON WESTERN
    WAW   2   04-653        Lloyd Spears v. ACandS, Inc., et al.

WEST VIRGINIA SOUTHERN
    WVS    2   03-55        Tammy Brock, etc. v. Georgia-Pacific Corp.