MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
JUL - 2 2004
FILED
CLERK'S OFFICE

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RAMONA ANDAYA | CIVIL ACTION |
| VERSUS | |
| GEORGIA-PACIFIC CORPORATION, ET AL. | NO. 04-187-D |

### NOTICE TO COUNSEL

The deadline for filing objections having run without any objections being filed;

IT IS ORDERED that the motion to withdraw the notice of removal be and it is hereby GRANTED.

IT IS FURTHER ORDERED that this matter is hereby REMANDED to the 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana. All parties will bear their own costs associated with the removal and remand.

The clerk's office shall fax a copy of this order to counsel of record.

Baton Rouge, Louisiana, May 4, 2004.

MDL- 875
RECOMMENDED ACTION
VACATE CTO-234 -- 1 ACTION
Approved/Date: _____

JAMES J. BRADY, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

JB
SE
BP
EDM
SCR
BW
19th

Gettys
Wilkes
Jalenak
Kohn
Culotta
Swetman
Brockman
Valdin
Shuman
Hanna
Bezet
Miyagi

by fax

Date Docketed
MAY - 6 2004
Notices Mailed To:

INITIALS | DOCKET
nt | 12

OFFICIAL FILE COPY
IMAGED JUL 6 '04