JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL – 2 2004

FILED
CLERK'S OFFICE

MDL. 875



## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Ramona Andaya v. Georgia-Pacific Corp., et al.*, M.D. Louisiana, C.A. No. 3:04-187

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Andaya*) on June 24, 2004. The Panel has now been advised that *Andaya* was remanded to the 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana, by the Honorable James J. Brady in an order filed on May 6, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-234" filed on June 24, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY

IMAGED JUL 6 '04