

DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Janet Hockley v. ACF Valves, et al.;*
United States District Court for the Southern District of Mississippi, Southern Division;
Civil Action No. 1:04CV512

### NOTICE OF OPPOSITION
### PURSUANT TO RULE 12 OF THE RULES OF PROCEDURE
### OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PURSUANT to Rule 12(c) of the *Rules of Procedure of the Judicial Panel on Multidistrict Litigation*, the Plaintiffs hereby file this their Notice of Opposition to the Conditional Transfer Order entered June 24, 2004, in the above cited case by the Clerk of the Panel transferring this action to the United States District Court for the Eastern District of Pennsylvania (MDL Docket No. 875).

In accordance with Rule 12(d) of the *Rules of Procedure of the Judicial Panel on Multidistrict Litigation*, the Plaintiffs within fifteen (15) days of the filing of this Notice of Opposition, will file a Motion to Vacate the Conditional Transfer Order and brief in support thereof.

Respectfully submitted, this the 8th day of July, 2004.

/s/ LOUIS H. WATSON, JR.
LOUIS H. WATSON, JR.
ATTORNEY FOR PLAINTIFF

OF COUNSEL:

WATSON & HEIDELBERG, P.A.
520 East Capitol Street
Jackson, MS 39201
Telephone:  (601) 968-0000
Facsimile:   (601) 968-0010

**OFFICIAL FILE COPY    IMAGED JUL 9 '04**

From:WATSON & HEIDELBERG, P.A. 601-968-0010 07/08/2004 15:56 #125 P.004/004
Case MDL No. 875 Document 4197 Filed 07/09/04 Page 2 of 2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 9 2004

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiffs hereby certifies that this date a true and correct copy of the above and foregoing document has been sent by United States Mail, postage prepaid, to the counsel listed on the Panel Service List excerpted from CTO-229 and all counsel of record in this case.

This the 8th day of July, 2004.

_____
LOUIS H. WATSON, JR.

2004 JUL -8 P 5: 20
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE