

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 2 2004

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

---

TAMMY J. BROCK, Executrix
For the Estate of
JAMES ORVILLE BARNHART,
deceased,
      Plaintiff,

v.

Georgia-Pacific Corporation

      Defendant.

West Virginia Southern
Civil Action No. MDL 875
C. A. No. 2:03-0055

## NOTICE OF OPPOSITION

PLEASE TAKE NOTICE that now comes the Plaintiff, by counsel, Robert H. Miller, II, and hereby files a **NOTICE OF OPPOSITION** to the Conditional Transfer Order (CTO-234), for this case.

Respectfully submitted,

Plaintiff,

By Counsel

*[signature]*

John E. Sutter, Esquire (WV Bar ID # 4216)
Robert H. Miller, Esquire (WV Bar ID# 6278)
The Sutter Law Firm
1598 Kanawha Boulevard East
Charleston, West Virginia 25311
(304) 343-1514

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2004 JUL -9  P 4: 37

RECEIVED
CLERK'S OFFICE

IMAGED JUL 1 2 '04   **OFFICIAL FILE COPY**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 2 2004

FILED
CLERK'S OFFICE

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

---

TAMMY J. BROCK, Executrix
For the Estate of
JAMES ORVILLE BARNHART,
deceased,
      Plaintiff,

v.

Georgia-Pacific Corporation

      Defendant.

West Virginia Southern
Civil Action No. MDL 875
C. A. No. 2:03-0055

### CERTIFICATE OF SERVICE

I, Robert H. Miller, II, counsel for plaintiff, do hereby certify that I have served the foregoing **Notice of Opposition** by placing a true copy in an envelope, postage prepaid, in United States Mail, addressed as follows:

Joseph S. Beeson
Robinson & McElwee
P. O. Box 1791
Charleston, West Virginia 25326-1791
Counsel for Georgia-Pacific Corporation

Michael Hutchins
Kasowitz, Benson, Torres &
Friedman
Suite 1150
1360 Peachtree Treet, N.E.
Atlanta, GA 30309
Counsel for Georgia-Pacific Corporation

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2004 JUL -9 P 4:37

RECEIVED
CLERK'S OFFICE

Plaintiff,

By Counsel

*[signature]*

John E. Sutter, Esquire (WV Bar ID # 4216)
Robert H. Miller, Esquire (WV Bar ID# 6278)
The Sutter Law Firm
1598 Kanawha Boulevard East
Charleston, West Virginia 25311
(304) 343-1514