# Brayton ❖ Purcell

**TRIAL LAWYERS**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 12 2004

FILED
CLERK'S OFFICE

ALAN R. BRAYTON*
GILBERT L. PURCELL*

DAVID R. DONADIO*
CHRISTOPHER E. ANDREAS*

OF COUNSEL
JEFFERY D. EISENBERG*
PETER W. FISHER*

* ADMITTED ONLY IN STATES
  OTHER THAN OREGON

The American Bank Building
621 S.W. Morrison Street, Suite 950
Portland, Oregon 97205
Telephone: (503) 295-4931
Facsimile: (503) 241-2573

Los Angeles: (310) 727-1900
San Francisco: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: portland@braytonlaw.com
www.braytonlaw.com

JARED J. BABULA*       LLOYD F. LEROY*
DAVID H. BACKENSTOE*   LeANN McDONALD*
BERNARD A. BARTFELD*   MAUREEN C. McGOWAN*
GARY L. BRAYTON*       VALERIE A. McGUIRE*
ELAINE J. BROWN        S. BROOK MILLARD*
ANDREW CHEW*           MONIQUE G. MORALES*
C. RYAN CHRISTENSEN*   JAMES P. NEVIN*
KIMBERLY J. CHU*       OREN P. NOAH*
HUGH C. COOK*          DONALD R. ODER*
MICHELE L. De ROUEN*   DAVID PAI*
JON M. EGAN            EUGENE Y. PENG*
DAVID L. FIOL*         DAVID L. POLIN*
PETER B. FREDMAN*      CHRISTOPHER D. SAWYER*
ROBERT GILCHRIST*      JOHN W. SCHILT*
JOHN B. GOLDSTEIN*     KEITH C. SHAW*
JULIE C. GREBEL*       CHRISTINA C. SKUBIC*
CRYSTAL G. HOWARD*     ERIC C. SOLOMON*
LAUREN D. JOHNSON*     ROBYN L. STEIN*
GARY V. JUDD*          JUSTIN R. SURBER*
CLAYTON W. KENT*       PAUL A. VAILLANCOURT*
KERRY LAIW*            NANCY T. WILLIAMS*

July 9, 2004

**VIA FACSIMILE: (202) 502-2888**
**Confirmation by U.S. Mail**

Michael J. Beck
Clerk of the Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-225, North Lobby
Washington, D.C. 20002

Re:   Notice of Opposition - CTO -234
      <u>W.D. Wash. No. CV04-653L, Lloyd Spears v. ACandS, Inc., et al.</u>

Dear Mr. Beck:

Please take notice that the Plaintiff Lloyd Spears opposes transfer of the above-referenced action under MDL 875 as proposed in conditional transfer order. A motion to vacate the CTO and memorandum in support will be filed within 15 days.

Very truly yours,

*[signature]*

LeAnn McDonald

LZM:lcdm

J:\WA\20301\LTR\MDL-panel-01.wpd

**OFFICIAL FILE COPY**

RECEIVED CLERK'S OFFICE
2004 JUL 12 A 8: 02
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IMAGED JUL 12 '04

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 2 2004

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LLOYD SPEARS,<br><br>          Plaintiff,<br><br>    v.<br><br>ACANDS, INC., et al.,<br><br>          Defendants. | USDC No. CV04-653L<br><br>KCSC Cause No.: 00-2-27035-6SEA<br><br>DECLARATION OF DELIVERY AND/OR MAILING |

    I am employed by the law firm of Brayton ❖ Purcell in Portland, Oregon. I am over the age of eighteen years and not a party to the within cause. My business address is 621 SW Morrison Street, Suite 950, Portland, Oregon 97205.

    On the date below, I caused to be served the within **LETTER TO MICHAEL BECK, CLERK OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION RE: NOTICE OF OPPOSITION** to the parties listed below by transmitting a true copy thereof in the following manner unless otherwise indicated.

_XX_ I caused each of the above document(s) to be placed in a sealed envelope, postage thereon prepaid, addressed and served as follows:

____ The above document was transmitted by facsimile transmission to the following:

____ I delivered by hand this date the above listed document(s), in an envelope to the offices of the following:

I declare under penalty of perjury and under the laws of the State of Washington (RCW 9A.72.085) that the foregoing is true and correct.

Executed at Portland, Oregon, this 9th day of July, 2004.

*Lisa C.D. Minner*, Legal Secretary

RECEIVED CLERK'S OFFICE 2004 JUL 12 A 8:02 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

1 - DECLARATION OF DELIVERY AND/OR MAILING
J:\WA\23301\USDC\Service\Decmail.wpd

**BRAYTON ❖ PURCELL**
American Bank Building
621 SW Morrison Street, Suite 950
Portland, Oregon 97205
(503) 295-4931

| | |
|---|---|
| G. WILLIAM SHAW<br>Preston Gates & Ellis<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>**Attorneys for Andritz, Inc. and Astenjohnson, Inc.**<br><br>MATTHEW TURETSKY<br>Schwabe, Williamson & Wyatt<br>1420 Fifth Avenue, Suite 3010<br>Seattle, WA 98101-2393<br>**Attorneys for The Carquest Corporation**<br><br>VIRGINIA LEEPER<br>The Gaitan Group<br>3131 Elliott Avenue, Suite 700<br>Seattle, WA 98121<br>**Attorneys for DaimlerChrysler Corporation and Ford Motor Company**<br><br>THEODORE L. PREG<br>BRADFORD A. PATRICK<br>Preg O'Donnell & Gillett<br>1800 Ninth Avenue, Suite 1500<br>Seattle, WA 98101-1340<br>**Attorneys for General Motors Corporation**<br><br>CORI GORDON MOORE<br>Perkins Coie<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099<br>**Attorneys for Honeywell International, Inc.** | KELLY CORR<br>Corr Cronin<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154-1051<br>**Attorneys for Industrial Holdings Corporation**<br><br>Rice Barton Corporation<br>Attn.: Robert Couture<br>16 Southgate<br>Worcester, MA 01610<br>**Agent for Service for Rice Barton Corporation**<br><br>JACKSON SCHMIDT<br>Pepple Johnson Cantu & Schmidt<br>1218 Third Avenue, Suite 1900<br>Seattle, WA 98101<br>**Attorneys for Sulzer Pumps (US) Inc.**<br><br>CHRISTOPHER MARKS<br>KENNETH E. PETTY<br>Williams, Kastner & Gibbs, PLLC<br>Two Union Square, Suite 4100<br>P.O. Box 21926<br>Seattle, WA 98111-3926<br>**Attorneys for Viacom, Inc.**<br><br>JASON DAYWITT<br>Steven V. Rizzo, P.C.<br>Lincoln Place, Suite 350<br>1620 S.W. Taylor Street<br>Portland, OR 97205<br>**Attorneys for Viking Pump, Inc.** |

Revised: 4/8/04

2 - DECLARATION OF DELIVERY AND/OR MAILING
J:\WA\23301\USDC\Service\Dcemail.wpd

BRAYTON ◆ PURCELL
American Bank Building
621 SW Morrison Street, Suite 950
Portland, Oregon 97205
(503) 295-4931