MDL - 875

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUL 12 2004

FILED
CLERK'S OFFICE

STEPHEN HEALY, ESQ. (SBN 133192)
LAW OFFICE OF STEPHEN HEALY
1334 PARK VIEW AVE., STE. 100
MANHATTAN BEACH, CA 90266

(310) 546-8161
(310) 546-8192

Attorney for Plaintiffs

FILED
CLERK, U.S. DISTRICT COURT
MAY 24 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
MAY 26 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

____ Priority
____ Send
____ Clsd
__/__ Enter
____ JS-5/JS-6
____ JS-2/JS-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PORRECA, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> BRIDGESTONE/FIRESTONE, et al, <br><br> Defendants. | Case No.: CV04-01888 NM(RCx) <br><br> STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT MCDONNELL DOUGLAS CORPORATION AND STIPULATING TO REMAND TO STATE COURT <br><br> [Superior Court of California, County of Los Angeles, Case No. BC310663] |

WHEREAS:

1. This case was originally filed in the Superior Court of California for the County of Los Angeles;

2. Defendant McDONNELL DOUGLAS CORPORATION filed its Notice of Removal on April 2, 2004, alleging that this Court has removal jurisdiction pursuant to the federal officer removal statute, 28 U.S.C. § 1442(a)(1),

1

STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT MCDONNELL DOUGLAS CORPORATION AND STIPULATING TO REMAND TO STATE COURT

IMAGED JUL 12 '04    OFFICIAL FILE COPY

MDL-875 RECOMMENDED ACTION
Vacate CTO 234 - creation
Approved/Date: MJB 7/12/04

1. on the ground that it was acting under the direction of agencies and officers of the United States government in committing the acts that Plaintiff complains of;

3. The removal by defendant McDONNELL DOUGLAS CORPORATION did not require the consent of other party defendant and no consent of joinder in the removal was submitted to the court, although a separate Notice of Removal was filed by Defendant Lockheed Martin.

4. The parties have agreed to and do hereby stipulate that defendant McDONNELL DOUGLAS CORPORATION should be dismissed from the above-entitled action, with prejudice, pursuant to FRCP 41 (a)(2);

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel, that McDonnel Douglas is hereby dismissed from this case, and it therefore withdraws its Motion to Remand and stipulates to the remand to the Superior Court of California for the County of Los Angeles.

Accordingly, the parties petition this court for an order dismissing defendant McDONNELL DOUGLAS CORPORTION from this action with prejudice.

Respectfully Submitted,

Dated this 20 day of May, 2004

By: _____
STEPHEN HEALY, ESQ. (SBN 133192)
Attorney for Plaintiff

Respectfully Submitted,

Dated this 20 day of May, 2004

By: _____
SCOTT W. FLEMING, ESQ. (SBN 227120)
Attorney for Defendant MCDONNELL DOUGLAS CORPORATION

STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT MCDONNELL DOUGLAS
CORPORATION AND STIPULATING TO REMAND TO STATE COURT

## ORDER REMANDING CASE TO STATE COURT

Having considered the stipulation between the plaintiff and McDonnell Douglas, and good cause appearing:

IT IS HEREBY ORDERED that McDonnell Douglas is dismissed from this matter with prejudice.

Dated this 24 day of May, 2004

NORA M. MANELLA

By:_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT MCDONNELL DOUGLAS CORPORATION AND STIPULATING TO REMAND TO STATE COURT