JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



JUL 1 2 2004

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Richard Porreca et al. v. Bridgestone/Firestone, Inc., et al.*, C.D. California,
C.A. No. 2:04-1888

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Porreca*) on June 24, 2004. The Panel has now been advised that *Porreca* was remanded to the Superior Court of California for the County of Los Angeles by the Honorable Nora A. Manella in an order filed on May 24, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-234" filed on June 24, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

IMAGED JUL 12 '04    **OFFICIAL FILE COPY**