

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 24 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-234)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 78,254 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 12 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IMAGED JUL 12 '04

OFFICIAL FILE COPY

## SCHEDULE CTO-234 - TAG ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DISTRICT  DIV. C.A. #**

**CALIFORNIA CENTRAL**
~~CAC     2   04-1888~~              ~~Richard Porreca, et al. v. Bridgestone/Firestone, Inc., et al.~~  Vacated 7/12/04

**CALIFORNIA EASTERN**
CAE    1   03-6387              William H. Monroe, etc. v. Burlington Northern & Santa Fe Railway Co.
CAE    1   03-6389              James Knight Rogers v. Burllington Northern & Santa Fe Railway Co., et al.

**GEORGIA SOUTHERN**
GAS    5   04-35                Dorothy L. Coffie, etc. v. Garlock Sealing Technologies, LLC

**ILLINOIS NORTHERN**
ILN    1   03-3933              Charles J. Schaefer v. Canadian National, et al.
ILN    1   03-8176              Erasmo Solorio v. A.W. Chesterton Co., et al.
ILN    1   03-9367              Billy Brownlee v. National Wrecking Co.
ILN    1   04-2004              James Love v. A.W. Chesterton Inc., et al.

**KENTUCKY WESTERN**
KYW    3   04-211               Wilo Dean Rich v. Hollinsworth & Vose Co., et al.

**LOUISIANA MIDDLE**
LAM    3   04-23                Kermit Holmes v. United States of America, et al.
~~LAM    3   04-187~~              ~~Ramona Andaya v. Georgia-Pacific Corp., et al.~~  Vacated 7/2/04

**MINNESOTA**
MN     0   03-5768              Roger Walton Pierce v. Soo Line Railroad Co.
MN     0   04-1545              Morton Jensen, et al. v. Burlington Northern & Santa Fe Railway Co.

**MISSOURI WESTERN**
MOW    4   04-274               Edward E. Voss v. Burlington Northern & Santa Fe Railway Co.

**MISSISSIPPI SOUTHERN**
MSS    1   04-464               Calvin Bryant, et al. v. 3M Co.
~~MSS    1   04-512~~              ~~Janet Hockley v. ACF Valves, et al.~~  Opposed 7/9/04

**NORTH CAROLINA EASTERN**
NCE    4   04-8                 Robert Gerald Davenport v. Anchor Packing Co., et al.
NCE    4   04-23                Bert Martin Lee, Sr., et al. v. Anchor Packing Co., et al.
NCE    4   04-41                Earle J. Phillips, Jr., et al. v. Aqua-Chem, et al.
NCE    4   04-43                Parrott Gilford Whitley, et al. v. Anchor Packing Co., et al.
NCE    5   04-63                Charles Odell Watkins v. Anchor Packing Co., et al.
NCE    5   04-86                Anthony Collie, et al. v. Anchor Packing Co., et al.
NCE    7   04-25                Charles Lowery, et al. v. Anchor Packing Co., et al.
NCE    7   04-30                Elbert Costin, Sr., et al. v. Anchor Packing Co., et al.

**NEW YORK EASTERN**
NYE    1   04-452               Harold E. Miller, et al. v. A.W. Chesterton Co., et al.
NYE    1   04-543               Arturo Zacarias Rivero, Jr., et al. v. A.W. Chesterton Co., Inc., et al.
NYE    1   04-767               Jean Hastings Smawley, etc. v. A.W. Chesterton Co., et al.
NYE    1   04-810               Robert Roviello, etc. v. A.W. Chesterton Co., et al.
NYE    1   04-947               Janice C. Stevens Velthoven, etc. v. A.W. Chesterton Co., et al.
NYE    1   04-1022              Norma Shamaly, etc. v. A.W. Chesterton Co., et al.
NYE    1   04-1040              Alvina Whittington, etc. v. A.W. Chesterton Co., et al.

**DISTRICT  DIV. C.A. #**

TEXAS NORTHERN
    TXN    4  02-965        John Gavin Tait v. ACandS, Inc., et al.

WASHINGTON WESTERN
    ~~WAW    2  04-653~~        ~~Lloyd Spears v. ACandS, Inc., et al.~~  **Opposed 7/12/04**

WEST VIRGINIA SOUTHERN
    ~~WVS    2  03-55~~        ~~Tammy Brock, etc. v. Georgia-Pacific Corp.~~  **Opposed 7/12/04**