

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 3 2004

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
DOCKET NO. 875

RAMON BACA and AGNES BACA,

    Plaintiffs,

v.

U.S. DIST. CT., DIST. OF N. MEX.
CAUSE NO. 02-CV-1220 JC/WWD

THE BURLINGTON NORTHERN AND
SANTA FE RAILWAY COMPANY (as
Successor in interest to the Atchison,
Topeka & Santa Fe Railway Company),
and OLD ORCHARD INDUSTRIAL
CORPORATION, a corporation, individually
and as successor in interest to Vapor Corporation
and Vapor Heating Corporation,

    Defendants.

## BNSF'S RESPONSE TO OLD ORCHARD INDUSTRIAL CORP.'S MOTION TO VACATE CONDITIONAL REMAND ORDER

Defendant Burlington Northern and Santa Fe Railway Company (BNSF) Responds and opposes the motion filed by Old Orchard Industrial Corporations (Old Orchard) requesting that this Panel vacate the Conditional Remand Order in this action. There are three parties to this action: Plaintiffs, Defendant Old Orchard and Defendant BNSF. **Plaintiffs and Defendant BNSF** agree with Judge Weiner that remand is appropriate at this time.

This matter was transferred to the MDL on November 26, 2002. On March 23, 2004, over one year later, Judge Weiner entered a Suggestion of Remand expressly finding that the Court reviewed the case, had various settlement discussions with the parties, and believed that remand of the case was appropriate. On May 28, 2004, the Panel filed its Conditional Remand

OFFICIAL FILE COPY     IMAGED JUL 1 4 '04

Order based on Judge Weiner's recommendation that remand was appropriate. Old Orchard raised each and every issue in its Motion to Vacate Conditional Remand Order during the various settlement conferences held before the Court. Even after considering Old Orchard's arguments, the Court found that it was appropriate for the case to be remanded. Old Orchard makes no new argument in favor of continued MDL jurisdiction.

BNSF believes that remand at this time is the only way that Old Orchard will participate in meaningful settlement negotiations. It is now appropriate to remand this case back to the United States District Court, District of New Mexico, in the interest of fairness and a speedy resolution for all parties.

WHEREFORE Defendant BNSF asks that this Court deny Old Orchard's Motion to Vacate Conditional Remand Order.

ATKINSON & THAL, P.C.

By: _____
John S. Thal
Feliz A. Rael
201 Third Street, NW, Suite 1850
Albuquerque, New Mexico 87102
(505) 764-8111
*Attorneys for BNSF*

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 13 2004

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
DOCKET NO. 875

RAMON BACA and AGNES BACA,

    Plaintiffs,

v.

U.S. DIST. CT., DIST. OF N. MEX.
CAUSE NO. 02-CV-1220 JC/WWD

THE BURLINGTON NORTHERN AND
SANTA FE RAILWAY COMPANY (as
Successor in interest to the Atchison,
Topeka & Santa Fe Railway Company),
and OLD ORCHARD INDUSTRIAL
CORPORATION, a corporation, individually
and as successor in interest to Vapor Corporation
and Vapor Heating Corporation,

    Defendants.

### CERTIFICATE OF SERVICE

The undersigned counsel for Defendant Burlington Northern and Santa Fe Railway Co. hereby certifies that copies of BNSF'S RESPONSE TO OLD ORCHARD INDUSTRIAL CORP.'S MOTION TO VACATE CONDITIONAL REMAND ORDER were served upon the Clerk of the Court and all counsel of record on the mailing list, attached hereto, on this 9th day of July, 2004.

ATKINSON & THAL, P.C.

By: _____
John S. Thal
Feliz A. Rael
201 Third Street, NW, Suite 1850
Albuquerque, New Mexico 87102
(505) 764-8111
*Attorneys for BNSF*

PANEL SERVICE LIST
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Ramon Baca, et al. v. Burlington Northern & Santa Fe Railway Co., et al.*,
E.D. Pennsylvania, (D. New Mexico, C.A. No. 1:02-1220)

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
Suite 1000
The Bourse
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley, Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Jon B. Orndorff
Baker, Lancianese & Conaty
River Tower, 3rd Floor
1108 Third Avenue
Suite 300
Huntington, WV 25701

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Michael S. Sanchez
Law Office of Michael S. Sanchez
P.O. Box 1297
Los Lunas, NM 87031

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

John S. Thal
Atkinson & Thal
201 Third Street, NW #1850
Albuquerque, NM 87102

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406