JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 19 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :

This Document Relates to: : CIVIL ACTION NO. MDL 875

Law Offices of Steven Wodka

United States District Court
Western District of Kentucky

TRIPLETT, C.A. No. 3:01 CV 11 S

[In the event the above-listed case is a multiple
plaintiff (victim) action, this transfer is for the
above-named party only, or said parties repre-
sentative, and any spousal or dependent actions.]:

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Defendant's Motion For Summary Judgment and Plaintiff's prior Motion To Remand to the United States District Court for the Western District of Kentucky, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that a remand is appropriate since only one defendant remains for trial and the parties are at an impasse as to settlement;

MDL- 875
RECOMMENDED ACTION
CRO - one action
Approved/Date: ___

IMAGED JUL 20 '04   OFFICIAL FILE COPY

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Western District of Kentucky for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 5/13/2004

_____
Charles   R.   Weiner          J.