MDL 875

ORIGINAL
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 26 2004

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re Asbestos Products Liability Litigation (No. VI) | MDL Docket No. 875 |
| This document relates to: | W.D. Washington, No. CV04-653L |
| LLOYD SPEARS, | |
|     Plaintiff, | |
| vs. | NOTICE OF APPEARANCE |
| ACandS INC., et al., | |
|     Defendants. | |

Pursuant to Panel Rule 5.2(c), the undersigned hereby is designated at the attorney appearing on behalf of the plaintiff in this proceeding.

Dated: July 23, 2004

BRAYTON PURCELL

By: _/s/ LeAnn McDonald_
LeAnn McDonald
621 SW Morrison, Suite 950
Portland, Oregon 97205
(503) 295-4931
Attorneys for Plaintiff Lloyd Spears

J:\WA\23301\MDL Pldgs\USDC-Notice of Appearance.wpd

NOTICE OF APPEARANCE     1

IMAGED JUL 27 '04   OFFICIAL FILE COPY

RECEIVED CLERK'S OFFICE 2004 JUL 26 A 11:0_  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## PROOF OF SERVICE

I am employed in the County of Multnomah, State of Oregon. I am over the age of 18 years and am not a party to the within action. My business address is 621 SW Morrison, Portland, Oregon 97205

On July 23, 2004, I served the attached:

**NOTICE OF APPEARANCE**

on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

**ALL PARTIES ON ATTACHED SERVICE LIST**

XXX      (BY MAIL)  I am readily familiar with the business practice at my place of business for collection and processing of correspondence for delivery by mail. Correspondence so collected and processed is deposited with the United States Postal Service on the same day in the ordinary course of business. On the above date the said envelope was collected for the United States Postal Service following ordinary business practices.

Executed this 23rd day of July, 2004, at Portland, Oregon.

I declare under penalty of perjury that the foregoing is true and correct.

_____
ABIGAIL ADAMS

Lloyd Spears v. Asb. Defs
USDC No. CV04-653L

2004 JUL 26 A 11: 04
RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

NOTICE OF APPEARANCE                    2

**PANEL SERVICE LIST (Excerpted from CTO-234)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Lloyd Spears v. ACandS, Inc., et al.*, W.D. Washington, C.A. No. 2:04-653

Kevin C. Baumgartner
Corr & Cronin, L.L.P.
1001 4th Avenue, Suite 3700
Seattle, WA 98154

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
Suite 1000
The Bourse
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Diane J. Kero
Gordon, Thomas, Honeywell, et al.
One Union Square, Suite 2100
600 University
Seattle, WA 98101

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Virginia Leeper
The Gaitan Group
3131 Elliott Avenue, Suite 700
Seattle, WA 98121

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Christopher S. Marks
Williams, Kastner & Gibb
P.O. Box 21926
Seattle, WA 98111-3926

LeAnn McDonald
Brayton Purcell
The American Bank Building
621 S.W. Morrison, Suite 950
Portland, OR 97205

Cori Gordon Moore
Perkins & Coie
1201 3rd Avenue
Suite 4800
Seattle, WA 98101

Ronald L. Motley
Motley, Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Bradford Allen Patrick
Preg O'Donnell & Gillett
1800 Nineth Avenue, Suite 1500
Seattle, WA 98101

Kenneth E. Petty
Williams, Kastner & Gibbs
P.O. Box 21926
Seattle, WA 98111

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Jackson Schmidt
Pepple, Johnson, cantu & Schmidt
1218 3rd Avenue, Suite 1900
Seattle, WA 98104

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

G. William Shaw
Preston, Gates & Ellis, LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Matthew Turetsky
Schwabe Williamson & Wyatt
1420 5th Ave Ste 3010
Seattle, WA 98101-2339

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406