MDL - 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 3 2004

FILED
CLERK'S OFFICE

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

MDL-875
E.D. Pennsylvania

RAMON BACA and AGNES BACA,

    Plaintiffs,

v.

Civil Action No. CIV 02 - 1220
D. New Mexico

THE BURLINGTON NORTHERN AND
SANTA FE RAILWAY COMPANY (as
successor in interest to the Atchison,
Topeka & Santa Fe Railway Company),
and OLD ORCHARD INDUSTRIAL
CORPORATION, a corporation, individually
as successor in interest to Vapor Corporation
and Vapor Heating Corporation,

    Defendants.

PLEADING NO. 4211

## CORPORATE DISCLOSURE OF
## OLD ORCHARD INDUSTRIAL CORP., INDIVIDUALLY AND
## AS SUCCESSOR-IN-INTEREST TO VAPOR CORPORATION

Pursuant to Panel Rule 5.3, Old Orchard Industrial Corp., Individually and as Successor-in-Interest to Vapor Corporation, which is a defendant in this matter, makes the following disclosures:

1. Is party/amicus a publicly held corporation or other publicly held entity?
    (  ) YES                           ( X ) NO

2. Does party/amicus have any parent corporations?
    ( X ) YES                         ( ) NO
If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

**OFFICIAL FILE COPY**

IMAGED AUG 3 '04

Old Orchard Industrial Corp. is a wholly owned subsidiary of Brunswick Corporation.

3. Is 10 percent or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?
   ( X ) YES                              (    ) NO
   If yes, identify all such owners:

Old Orchard Industrial Corp. is a wholly owned subsidiary of Brunswick Corporation.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   (    ) YES                              ( X ) NO

If yes, identify entity and nature of interest:

5. Is the party a trade association?
   (    ) YES                              ( X ) NO

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:  NA

_____           7/1/04
JON B. ORNDORFF, ESQUIRE                   DATE
BAKER & LANCIANESE
RIVER TOWER - SUITE 300
1108 THIRD AVENUE
HUNTINGTON, WEST VIRGINIA 25701
TELEPHONE: (304)522-6906
FACSIMILE: (304)522-6910

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 3 2004

FILED
CLERK'S OFFICE

IN RE ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

MDL-875
E.D. Pennsylvania

RAMON BACA and AGNES BACA,

    Plaintiffs,

v.

Civil Action No. CIV 02 - 1220
D. New Mexico

THE BURLINGTON NORTHERN AND
SANTA FE RAILWAY COMPANY (as
successor in interest to the Atchison,
Topeka & Santa Fe Railway Company),
and OLD ORCHARD INDUSTRIAL
CORPORATION, a corporation, individually
as successor in interest to Vapor Corporation
and Vapor Heating Corporation,

    Defendants.

## CERTIFICATE OF SERVICE

The undersigned counsel for the Defendant, Old Orchard Industrial Corp., Individually And As Successor-In-Interest to Vapor Corporation, hereby certifies that on the 1st day of July, 2004, the original of the attached *"Corporate Disclosure of Old Orchard Industrial Corp., Individually and as Successor-In-Interest to Vapor Corporation"* was served via U.S. Mail upon the Clerk of the Court and upon the following counsel as follows:

John D. Roven, Esquire
Roven Kaplan & Wells
2190 North Loop West - Ste 410
Houston, Texas 77018-8008
(Via Facsimile and U.S. Mail)

Michael S Sanchez, Esquire
Michael S Sanchez PC
P O Box 1297
Los Lunas, NM 87031
(Via Facsimile and U.S. Mail)

RECEIVED CLERK'S OFFICE 2004 JUL -7 P 2:09 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Feliz A. Rael, Esquire
John S Thal, Esquire
Atkinson & Thal
Albuquerque Square
201 Third St Nw - Suite1850
Albuquerque, NM   87102
(Via Facsimile and U.S. Mail)

Richard C. Binzley, Esquire
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114
(Via U.S. Mail Only)

Edward J. Cass, Esquire
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, OH 44115
(Via U.S. Mail Only)

Adam M. Chud, Esquire
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, D.C.  20036
(Via U.S. Mail Only)

Raymond P. Forceno, Esquire
Forceno & Hannon
111 S. Independence Mall East
Suite 1000
The Bourse
Philadelphia, PA 15222
(Via U.S. Mail Only)

Ellen B. Furman, Esquire
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103
(Via U.S. Mail Only)

Susan M. Hansen, Esquire
Brownson & Ballou
4800 U.B. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402
(Via U.S. Mail Only)

Reginald S. Kramer, Esquire
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314
(Via U.S. Mail Only)

David C. Landin, Esquire
Hunton & Williams
Riverfront Plaza, Ease Tower
951 East Byrd Street
Richmond, VA 23219
(Via U.S. Mail Only)

Gene Locks, Esquire
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102
(Via U.S. Mail Only)

Ronald L. Motley, Esquire
Motley, Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(Via U.S. Mail Only)

John J. Repcheck, Esquire
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(Via U.S. Mail Only)

Richard D. Schuster, Esquire
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216
(Via U.S. Mail Only)


Neil Selman, Esquire
Selman, Breitman & Burgess
11766 Wilshire Blvd.
Sixth Floor
Los Angeles, CA 90025
(Via U.S. Mail Only)

Robert N. Spinelli, Esquire
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102
(Via U.S. Mail Only)

David A. Damico, Esquire
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222
(Via U.S. Mail Only)

Robert E. Swickle, Esquire
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226
(Via U.S. Mail Only)

Andrew J. Trevelise, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
(Via U.S. Mail Only)

James K. Weston, II, Esquire
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406
(Via U.S. Mail Only)

_____