**MDL - 875**

DOCKET NO. 875
BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
IN RE ASBESTOS PRODUCT LIABILITY (NO. VI)
CONDITIONAL TRANSFER ORDER (CTO 232)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 3 2004

FILED
CLERK'S OFFICE

**MARION DANIELS,**

    **Plaintiff,**

vs.

**BORG WARNER CORPORATION,**
**CARLISLE COMPANIES, INC.,**
**DAIMLER CHRYSLER CORPORATION,**
**DANA CORPORATION,**
**FORD MOTOR COMPANY,**
**GARLOCK, INC.,**
**GENERAL MOTORS CORPORATION,**
**GOODYEAR TIRE AND RUBBER COMPANY,**
**McCORD CORPORATION, individually**
and as successor in interest to A.E. CLEVITE, INC.
and J.P. INDUSTRIES, INC.,
**PNEUMO ABEX CORPORATION,**
as successor in interest to ABEX CORPORATION,
**HONEYWELL INTERNATIONAL, INC., f/k/a ALLIED SIGNAL, INC.,**
as successor in interest to ALLIED CORPORATION,
as successor in interest to THE BENDIX CORPORATION,
**KELSEY HAYES,**
**MACK TRUCKS, INC.,**
**NAPA AUTO PARTS, LLC,**

    **Defendants.**

_____/

PLEADING NO. 4212

2004 JUL 27 A 8:56
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED
CLERK'S OFFICE

## DEFENDANT, BURNS INTERNATIONAL SERVICES CORPORATION, f/k/a BORG-WARNER CORPORATION'S CORPORATE DISCLOSURE STATEMENT

The Defendant, BURNS INTERNATIONAL SERVICES CORPORATION, f/k/a BORG-WARNER CORPORATION, by and through its undersigned counsel and

**OFFICIAL FILE COPY**

IMAGED AUG 3 '04

**DOCKET NO. 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 3 2004

FILED
CLERK'S OFFICE

pursuant to Multidistrict Litigation Rule 5.3, states that the following are parents, trusts, subsidiaries and/or affiliates of BURNS INTERNATIONAL SERVICES CORPORATION, f/k/a BORG-WARNER CORPORATION that have issued shares or debt securities to the public or own more than ten percent of its stock: SECURITAS AB (STOCKHOM STOCK EXCHANGE). SECURITAS AB is the only publicly traded entity with ownership interest in BURNS INTERNATIONAL SERVICES CORPORATION, f/k/a BORG-WARNER CORPORATION.

Respectfully submitted,

BURNS INTERNATIONAL SERVICES
CORPORATION, f/k/a BORG-WARNER
CORPORATION

_____
VIRGINIA EASLEY JOHNSON, P.A.
Florida Bar Number 559156
DANIEL A. GARCIA, ESQ.
Florida Bar Number 0194130
FOLEY & MANSFIELD, P.L.L.P.
4770 Biscayne Boulevard, Suite 1030
Miami, Florida 33137
Telephone: (305) 438-9899
Facsimile: (305) 438-9819
E-mail: dgarcia@foleymansfield.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 21 day of July, 2004 to all counsel of record.

By: _____
Daniel A. Garcia

RECEIVED
CLERK'S OFFICE
2004 JUL 27 A 8: 56
PANEL ON
MULTIDISTRICT
LITIGATION

**DOCKET NO. 875**

# MARION DANIELS VS. BORG WARNER, ET. AL.
## DOCKET NO. 875
## SERVICE LIST

DAVID M. LIPMAN, ESQUIRE
David M. Lipman, P.A.
5901 S.W. 74 Street, Suite 304
Miami, Florida 33143-5186
305-662-2600
305-667-3361 fax
**Attorneys for Plaintiffs**

MICHAEL T. TOMLIN, ESQUIRE
Anania, Bandklayder, Blackwell, Baumgarten, Torricella & Stein
Bank of America Tower,
Suite 4300
100 S.E. Second Street
Miami, Florida 33131
305-373-4900
305-373-6914 fax
**Attorneys for Plaintiffs**

HUGH J. TURNER, ESQUIRE
Akerman Senterfitt
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Ft. Lauderdale, Florida 33301-2229
**MCCORD CORPORATION**

EVELYN FLETCHER, ESQUIRE
JEFFREY STUBBS, ESQUIRE
Hawkins & Parnell
Sun Trust Plaza
303 Peachtree Street NE
Suite 4000
Atlanta, Georgia 30308-3243
**DANA CORPORATION**

HECTOR RIVERA, ESQUIRE
Carlos Zumpano, Esquire
Duane Morris
200 S. Biscayne Blvd.
Suite 3400
Miami, Florida 33131
305-960-2200

DOCKET NO. 875

305-960-2201 fax
**FORD MOTOR COMPANY**

SUSAN COLE, ESQUIRE
KATHLEEN M. LABARGE, ESQUIRE
Bice Cole Law Firm, PL
2801 Ponce de Leon Boulevard
Suite 550
Coral Gables, Florida 33134
305-444-1225
305-446-1598 fax
**KELSEY-HAYES CORPORATION**

CHRIS N. KOLOS, ESQUIRE
Holland & Knight LLP
200 S. Orange Avenue
Suite 2600
Orlando, Florida 32801
407-425-8500
407-244-5288 fax
**MACK TRUCK and NAPA AUTO PARTS, LLC**

MATTHEW KENNEDY, P.A.
1505 N.E. 4th Avenue
Boca Raton, Florida 33432
561-394-2665
561-417-3535 fax
**GENERAL MOTORS CORP.**

JEFFREY M. BELL, ESQUIRE
DOUGLAS B. MELAMED, ESQUIRE
Ritter, Chusid, Bivona & Cohen, LLP.
7000 W. Palmetto Park Road, Suite 305
Boca Raton, Florida 33433
**DAIMLER CHRYSLER CORP.**

RODD R. BUELL, ESQUIRE
Rodd R. Buell, P.A.
11883 Maidstone Drive
Wellington, Florida 33414-7008
561-795-5400
561-795-5451 fax
**HONEYWELL INTERNATIONAL, INC.**

**DOCKET NO. 875**

M. STEPHEN SMITH, ESQUIRE
Rumberger, Kirk & Caldwell, PA
Brickell Bayview Centre, Ste 3000
80 SW 8th Street
Miami, Florida  33131-3047
305-358-5577
305-371-7580 fax
**GARLOCK**

BEN GIRTMAN, ESQUIRE
Ben Girtman, P.A.
1020 East Lafayette Street, Suite 207
Tallahassee, Florida  32301
850-656-3232
850-656-3233 fax
**PNEUMO ABEX**

MICHAEL EVERT, ESQUIRE
Evert & Weathersby
3405 Piedmont Road, Suite 225
Atlanta, GA  30305
**GOODYEAR TIRE and RUBBER COMPANY**

j:\documents\borg-warner\daniels, marion\pleading\service list 02.17.04.doc\service list.doc