

**DOCKET NO. 875**
**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
**IN RE ASBESTOS PRODUCT LIABILITY (NO. VI)**
**CONDITIONAL TRANSFER ORDER (CTO 225)**

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 3 2004

FILED
CLERK'S OFFICE

THOMAS GOTT,

    Plaintiff,

vs.

AMERICAN STANDARD, INC.,
DAIMLER CHRYSLER CORPORATION,
FORD MOTOR COMPANY,
GENERAL MOTORS CORPORATION,
GUARDLINE, INC.,
Individually and as successor in interest to
CENTURY GLOVE CORPORATION,
HONEYWELL INTERNATIONAL, INC.,
(successor and/or parent of ALLIED SIGNAL, INC.)
CRANE COMPANY
KAISER GYPSUM COMPANY, INC.,
KELLY MOORE PAINT COMPANY, INC.,
MAREMONT CORPORATION, and
PROKO INDUSTRIES, INC.,

    Defendants.
_____/

## DEFENDANT, KELLY-MOORE PAINT COMPANY, INC.'S CORPORATE DISCLOSURE STATEMENT

The Defendant, KELLY-MOORE PAINT COMPANY, INC., by and through its undersigned counsel and pursuant to Multidistrict Litigation Rule 5.3, certifies that KELLY-MOORE PAINT COMPANY, INC. is a privately-held company, it has a parent corporation, K-M INDUSTRIES HOLDING COMPANY INC., and no publicly traded entity owns 10 percent or more of its stock.

**OFFICIAL FILE COPY**

IMAGED AUG 3 '04

**DOCKET NO. 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 3 2004

FILED
CLERK'S OFFICE

Respectfully submitted,

KELLY MOORE PAINT COMPANY, INC.

_____
VIRGINIA EASLEY JOHNSON, P.A.
Florida Bar Number 559156
DANIEL A. GARCIA, ESQ.
Florida Bar Number 0194130
FOLEY & MANSFIELD, P.L.L.P.
4770 Biscayne Boulevard, Suite 1030
Miami, Florida 33137
Telephone: (305) 438-9899
Facsimile: (305) 438-9819
E-mail:  dgarcia@foleymansfield.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 21 day of July, 2004 to all counsel of record.

By: _____
Daniel A. Garcia

j:\documents\kelly moore\gott, thomas\mdl corporate disclosure statement.doc

2004 JUL 27 A 8:56
RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 875

# THOMAS GOTT VS. KELLY MOORE PAINT COMPANY, INC., ET. AL.
## DOCKET NO. 875
## SERVICE LIST

DAVID M. LIPMAN, ESQUIRE
David M. Lipman, P.A.
5901 S.W. 74 Street, Suite 304
Miami, Florida 33143-5186
305-662-2600
305-667-3361 fax
**Attorneys for Plaintiffs**

EDWARD J. BRISCOE, ESQUIRE
Fowler White Burnett
100 S.E. 2nd Street
17th Floor
Miami, FL 33131
305-789-9252
305-789-9201 fax
**AMERICAN STANDARD, INC.**

JEFFREY M. BELL, ESQUIRE
DOUGLAS B. MELAMED, ESQUIRE
Ritter, Chusid, Bivona & Cohen, LLP.
7000 W. Palmetto Park Road, Suite 305
Boca Raton, Florida 33433
**DAIMLER CHRYSLER CORP.**

JAMES E. MCDONALD, ESQUIRE
HECTOR R. RIVERA, ESQUIRE
CARLOS A. ZUMPANO, ESQUIRE
Duane Morris LLP
200 South Biscayne Blvd., Suite 3400
Miami, Florida 33131
305-960-2200
305-960-2201 fax
**FORD MOTOR COMPANY**

MATTHEW KENNEDY, P.A.
1505 N.E. 4th Avenue
Boca Raton, Florida 33432
561-394-2665
561-417-3535 fax

**DOCKET NO. 875**

**GENERAL MOTORS CORP.**

RODD R. BUELL, ESQUIRE
Rodd R. Buell, P.A.
11883 Maidstone Drive
Wellington, Florida 33414-7008
561-795-5400
561-795-5451 fax
**HONEYWELL INTERNATIONAL, INC.**

SUSAN COLE, ESQUIRE
Bice Cole Law Firm, PL
2801 Ponce de Leon Boulevard
Suite 550
Coral Gables, Florida 33134
305-444-1225
305-446-1598 fax
**KAISER GYPSUM COMPANY, INC.**

EVELYN FLETCHER, ESQUIRE
JEFFREY STUBBS, ESQUIRE
Hawkins & Parnell
Sun Trust Plaza
303 Peachtree Street NE
Suite 4000
Atlanta, Georgia 30308-3243
**MAREMONT CORPORATION**