

## DOCKET NO. 875
### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
### IN RE ASBESTOS PRODUCT LIABILITY (NO. VI)
### CONDITIONAL TRANSFER ORDER (CTO 232)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 3 2004

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

JOSEPH BRENNER,

   Plaintiff,

vs.

AMERICAN HONDA MOTOR COMPANY, INC., et al

   Defendants.
_____/

### DEFENDANT, DEERE & CO., INC.'S
### CORPORATE DISCLOSURE STATEMENT

The Defendant, DEERE & CO., INC., by and through its undersigned counsel and pursuant to Multidistrict Litigation Rule 5.3, certifies that DEERE & CO., INC. has no parent corporation and no publicly traded entity owns 10 percent or more of its stock.

Respectfully submitted,

DEERE & CO., INC.

_____
VIRGINIA EASLEY JOHNSON, P.A.
Florida Bar Number 559156
DANIEL A. GARCIA, ESQ.
Florida Bar Number 0194130
FOLEY & MANSFIELD, P.L.L.P.
4770 Biscayne Boulevard, Suite 1030
Miami, Florida 33137
Telephone: (305) 438-9899
Facsimile: (305) 438-9819
E-mail: dgarcia@foleymansfield.com

**OFFICIAL FILE COPY**

IMAGED AUG 3 '04

PLEADING NO. 4214

**DOCKET NO. 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 3 2004

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 21 day of July, 2004 to all counsel of record.

By: _____
Daniel A. Garcia

j:\documents\deere & co\brenner, joseph\correspondence\pleading\mdl corporate disclosure statement.doc

RECEIVED
CLERK'S OFFICE
2004 JUL 27 A 8: 54
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

## JOSEPH BRENNER v. AMERICAN HONDA MOTOR COMPANY, INC. et al
## SERVICE LIST
## MDL 875

DAVID M. LIPMAN, ESQUIRE
David M. Lipman, P.A.
5901 S.W. 74 Street, Suite 304
Miami, Florida  33143-5186
305-662-2600
305-667-3361 fax
**Attorneys for Plaintiffs**

MICHAEL T. TOMLIN, ESQUIRE
Anania, Bandklayder, Blackwell, Baumgarten, Torricella & Stein
Bank of America Tower,
Suite 4300
100 S.E. Second Street
Miami, Florida 33131
305-373-4900
305-373-6914 fax
**Attorneys for Plaintiffs**

ROBER J. HANRECK, ESQ.
Rumberger, Kirk & Caldwell, PA
Brickell Bayview Centre, Ste 3000
80 SW 8th Street
Miami, Florida  33131-3047
305-358-5577
305-371-7580 fax
**AMERICAN HONDA MOTOR COMPANY, INC., CUMMINS, INC. & TOYOTA MOTOR NORTH AMERICA, INC.**

EVELYN FLETCHER, ESQUIRE
Hawkins & Parnell
303 Peach Street Northeast
Suite 4000
Atlanta, Georgia 30308-3243
404-614-7571
404-614-7500 fax
EMAIL: efletcher@hplegal.com
**ARVINMERITOR & DANA CORPORATION**

MYRON SHAPIRO, ESQ.
KENN W. GOFF, ESQ.
Herzfeld & Rubin
80 SW 8th Street, Suite 1920

Miami, Florida 33131-3047
305-381-7999
305-381-8203 fax
**BRIGGS-STRATTON CORP.**

GORDON JAMES, III, ESQ.
500 East Broward Boulevard,
Ste. 1000
Ft. Lauderdale, Florida 33394
954-527-2800
954-524-9481 fax
**CATERPILLAR**

JEFFREY M. BELL, ESQUIRE
BELL, MELAMED & STUBBS, LLC
1451 W. Cypress Creek Road, Suite 300
Ft. Lauderdale, FL 33309
(954) 489-2732
(954) 489-2733 fax
email: jbell@bmslegal.com
**DAIMLER CHRYSLER CORP.**

MATTHEW KENNEDY, ESQ.
Matthew Kennedy, P.A.
1505 NE 4th Avenue
Boca Raton, FL 33432
561-394-2665
561-417-3535 fax
**DETROIT DIESEL & GENERAL MOTORS CORPORATION**

HECTOR RIVERA, ESQUIRE
CARLOS ZUMPANO, ESQUIRE
Duane Morris
200 S. Biscayne Blvd.
Suite 3400
Miami, Florida 33131
305-960-2200
305-960-2201 fax
**FORD MOTOR COMPANY**

M. STEPHEN SMITH, ESQUIRE
Rumberger, Kirk & Caldwell, PA
Brickell Bayview Centre, Ste 3000
80 SW 8th Street
Miami, Florida 33131-3047
305-358-5577

305-371-7580 fax
**GARLOCK, INC.**

C. MICHAEL EVERT, JR., ESQ.
Evert & Weathersby
3405 Piedmont Road, #225
Atlanta, Georgia  30305
404-233-8718
404-233-8933 fax
**GOODYEAR TIRE & RUBBER CO.**

RODD R. BUELL, ESQUIRE
Rodd R. Buell, P.A.
11883 Maidstone Drive
Wellington, Florida  33414-7008
561-795-5400
561-795-5451 fax
**HONEYWELL INTERNATIONAL, INC.**

SUSAN COLE, ESQUIRE
KATHLEEN M. LABARGE, ESQUIRE
Bice Cole Law Firm, PL
2801 Ponce de Leon Boulevard
Suite 550
Coral Gables, Florida  33134
305-444-1225
305-446-1598 fax
**KELSEY-HAYES CORPORATION**

TIMOTHY CLARK, ESQUIRE
Law Offices of Timothy Clark P.A.
Wellesley Corporate Plaza
7951 SW 6th Street, #106
Plantation, FL  33324-3211
954-475-8803
954-475-9199 fax
**LIPE AUTOMATION CORP.**

THOMAS M. BURKE, ESQUIRE
CHRIS N. KOLOS, ESQUIRE
Holland & Knight LLP
200 S. Orange Avenue
Suite 2600
Orlando, Florida 32801
407-425-8500
407-244-5288 fax

**MACK TRUCK and NAVISTAR INT'L TRANSPORTATION CORP.**

EDWARD J. BRISCOE, ESQUIRE
JUNE HOFFMAN, ESQUIRE
Fowler White Burnett, P.A.
100 SE Second Street, 17th Floor
Miami, Florida  33131
305-789-9200
305-789-9201 fax
**PACCAR, INC.**