MDL 875

DOCKET NO. 875
BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
IN RE ASBESTOS PRODUCT LIABILITY (NO. VI)
CONDITIONAL TRANSFER ORDER (CTO 232)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
AUG - 3 2004
FILED
CLERK'S OFFICE

JOSEPH BRENNER,

    Plaintiff,

vs.

AMERICAN HONDA MOTOR COMPANY, INC., et al

    Defendants.

_____/

### DEFENDANT, KOHLER, INC.'S
### CORPORATE DISCLOSURE STATEMENT

The Defendant, KOHLER, INC., by and through its undersigned counsel and pursuant to Multidistrict Litigation Rule 5.3, certifies that KOHLER, INC. has no parent corporation and no publicly traded entity owns 10 percent or more of its stock.

    Respectfully submitted,

    KOHLER, INC.

    _____
    VIRGINIA EASLEY JOHNSON, P.A.
    Florida Bar Number 559156
    DANIEL A. GARCIA, ESQ.
    Florida Bar Number 0194130
    FOLEY & MANSFIELD, P.L.L.P.
    4770 Biscayne Boulevard, Suite 1030
    Miami, Florida 33137
    Telephone: (305) 438-9899
    Facsimile: (305) 438-9819
    E-mail: dgarcia@foleymansfield.com

PLEADING NO. 4215

IMAGED AUG 3 '04   OFFICIAL FILE COPY

RECEIVED CLERK'S OFFICE 2004 JUL 27 A 8:55 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**DOCKET NO. 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 3 2004

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 21 day of July, 2004 to all counsel of record.

By: _____
    Daniel A. Garcia

j:\documents\kohler\brenner, joseph\pleading\mdl corporate disclosure statement.doc

RECEIVED CLERK'S OFFICE
2004 JUL 27 A 8:55
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## JOSEPH BRENNER v. AMERICAN HONDA MOTOR COMPANY, INC. et al
### SERVICE LIST
### MDL 875

DAVID M. LIPMAN, ESQUIRE
David M. Lipman, P.A.
5901 S.W. 74 Street, Suite 304
Miami, Florida  33143-5186
305-662-2600
305-667-3361 fax
**Attorneys for Plaintiffs**

MICHAEL T. TOMLIN, ESQUIRE
Anania, Bandklayder, Blackwell, Baumgarten, Torricella & Stein
Bank of America Tower,
Suite 4300
100 S.E. Second Street
Miami, Florida 33131
305-373-4900
305-373-6914 fax
**Attorneys for Plaintiffs**

ROBER J. HANRECK, ESQ.
Rumberger, Kirk & Caldwell, PA
Brickell Bayview Centre, Ste 3000
80 SW 8th Street
Miami, Florida  33131-3047
305-358-5577
305-371-7580 fax
**AMERICAN HONDA MOTOR COMPANY, INC., CUMMINS, INC. & TOYOTA MOTOR NORTH AMERICA, INC.**

EVELYN FLETCHER, ESQUIRE
Hawkins & Parnell
303 Peach Street Northeast
Suite 4000
Atlanta, Georgia 30308-3243
404-614-7571
404-614-7500 fax
EMAIL: efletcher@hplegal.com
**ARVINMERITOR & DANA CORPORATION**

MYRON SHAPIRO, ESQ.
KENN W. GOFF, ESQ.
Herzfeld & Rubin
80 SW 8th Street, Suite 1920

Miami, Florida  33131-3047
305-381-7999
305-381-8203 fax
**BRIGGS-STRATTON CORP.**

GORDON JAMES, III, ESQ.
500 East Broward Boulevard,
Ste. 1000
Ft. Lauderdale, Florida  33394
954-527-2800
954-524-9481 fax
**CATERPILLAR**

JEFFREY M. BELL, ESQUIRE
BELL, MELAMED & STUBBS, LLC
1451 W. Cypress Creek Road, Suite 300
Ft. Lauderdale, FL 33309
(954) 489-2732
(954) 489-2733 fax
email: jbell@bmslegal.com
**DAIMLER CHRYSLER CORP.**

MATTHEW KENNEDY, ESQ.
Matthew Kennedy, P.A.
1505 NE 4th Avenue
Boca Raton, FL 33432
561-394-2665
561-417-3535 fax
**DETROIT DIESEL & GENERAL MOTORS CORPORATION**

HECTOR RIVERA, ESQUIRE
CARLOS ZUMPANO, ESQUIRE
Duane Morris
200 S. Biscayne Blvd.
Suite 3400
Miami, Florida  33131
305-960-2200
305-960-2201 fax
**FORD MOTOR COMPANY**

M. STEPHEN SMITH, ESQUIRE
Rumberger, Kirk & Caldwell, PA
Brickell Bayview Centre, Ste 3000
80 SW 8th Street
Miami, Florida  33131-3047
305-358-5577

305-371-7580 fax
**GARLOCK, INC.**

C. MICHAEL EVERT, JR., ESQ.
Evert & Weathersby
3405 Piedmont Road, #225
Atlanta, Georgia 30305
404-233-8718
404-233-8933 fax
**GOODYEAR TIRE & RUBBER CO.**

RODD R. BUELL, ESQUIRE
Rodd R. Buell, P.A.
11883 Maidstone Drive
Wellington, Florida 33414-7008
561-795-5400
561-795-5451 fax
**HONEYWELL INTERNATIONAL, INC.**

SUSAN COLE, ESQUIRE
KATHLEEN M. LABARGE, ESQUIRE
Bice Cole Law Firm, PL
2801 Ponce de Leon Boulevard
Suite 550
Coral Gables, Florida 33134
305-444-1225
305-446-1598 fax
**KELSEY-HAYES CORPORATION**

TIMOTHY CLARK, ESQUIRE
Law Offices of Timothy Clark P.A.
Wellesley Corporate Plaza
7951 SW 6th Street, #106
Plantation, FL 33324-3211
954-475-8803
954-475-9199 fax
**LIPE AUTOMATION CORP.**

THOMAS M. BURKE, ESQUIRE
CHRIS N. KOLOS, ESQUIRE
Holland & Knight LLP
200 S. Orange Avenue
Suite 2600
Orlando, Florida 32801
407-425-8500
407-244-5288 fax

**MACK TRUCK and NAVISTAR INT'L TRANSPORTATION CORP.**

EDWARD J. BRISCOE, ESQUIRE
JUNE HOFFMAN, ESQUIRE
Fowler White Burnett, P.A.
100 SE Second Street, 17th Floor
Miami, Florida  33131
305-789-9200
305-789-9201 fax
**PACCAR, INC.**