MDL-875

DOCKET NO. 875
# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
## IN RE ASBESTOS PRODUCT LIABILITY (NO. VI)
### CONDITIONAL TRANSFER ORDER (CTO 227)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 3 2004

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RONALD BUSH,

    Plaintiff,

vs.

AMERICAN STANDARD, INC.,
CLEAVER BROOKS COMPANY,
DANA CORPORATION,
GOULD PUMPS,
IMO INDUSTRIES, INC.,
KAISER GYPSUM COMPANY, INC.
KCG, INC.,
KELLY MOORE PAINT COMPANY, INC.,
KEWANEE BOILER MANUFACTURING CO.,
PROKO INDUSTRIES, INC.,
VIACOM, INC., successor by merger to
CBS CORPORATION f/k/a
WESTINGHOUSE ELECTRIC CORPORATION, and
ZURN INDUSTRIES,

    Defendants.

_____/

RECEIVED
CLERK'S OFFICE
2004 JUL 27 A 8: 55
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

PLEADING NO. 4216

## DEFENDANT, KCG, INC.'S
## CORPORATE DISCLOSURE STATEMENT

The Defendant, KCG, INC., pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, of the Rules of the United States District Court, notice is hereby given by counsel of record for Defendant, KCG, Inc., that the following corporate interests are disclosed:

IMAGED AUG 3 '04   OFFICIAL FILE COPY

**DOCKET NO. 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 3 2004

CLERK'S OFFICE

1. The parent companies of the corporation:   N/A

2. Any publicly held company that owns ten percent (10%) or more of the corporation's stock:   NONE

        Respectfully submitted,

        KCG, INC.,

        _____
        VIRGINIA EASLEY JOHNSON, P.A.
        Florida Bar Number 559156
        DANIEL A. GARCIA, ESQ.
        Florida Bar Number 0194130
        FOLEY & MANSFIELD, P.L.L.P.
        4770 Biscayne Boulevard, Suite 1030
        Miami, Florida 33137
        Telephone: (305) 438-9899
        Facsimile: (305) 438-9819
        E-mail:  dgarcia@foleymansfield.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 21 day of July, 2004 to all counsel of record.

        By: _____
              Daniel A. Garcia

j:\documents\kcg, inc\bush, ronald\mdl corporate disclosure statement.doc

2004 JUL 27 A 8:55
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

**DOCKET NO. 875**

# RONALD BUSH VS. KCG, INC., ET. AL.
# DOCKET NO. 875
# SERVICE LIST

DAVID M. LIPMAN, ESQUIRE
David M. Lipman, P.A.
5901 S.W. 74 Street, Suite 304
Miami, Florida 33143-5186
305-662-2600
305-667-3361 fax
**Attorneys for Plaintiffs**

EVELYN FLETCHER, ESQUIRE
JEFFREY STUBBS, ESQUIRE
Hawkins & Parnell
Sun Trust Plaza
303 Peachtree Street NE
Suite 4000
Atlanta, Georgia 30308-3243
**DANA CORPORATION**

SUSAN COLE, ESQUIRE
KATHLEEN M. LABARGE, ESQUIRE
Bice Cole Law Firm, PL
2801 Ponce de Leon Boulevard
Suite 550
Coral Gables, Florida 33134
305-444-1225
305-446-1598 fax
**KAISER GYPSUM COMPANY, INC.**

FRAN SPINELLI, ESQUIRE
Evert & Weathersby
3405 Piedmont Road, #225
Atlanta, Georgia 30305
404-233-8718
404-233-8933 fax
**VIACOM, INC.**

JUNE G. HOFFMAN, ESQUIRE
Fowler White Burnett, et al.
100 SE Second Street, 17th Floor
Miami, Florida 33131

**DOCKET NO. 875**

305-789-9200
305-789-9201 fax
**AMERICAN STANDARD, INC.**

Nicholas Berry, Esq.
HINSHAW & CULBERTSON, P.A.
One E. Broward Blvd.
Suite 110
Fort Lauderdale, FL 33301
954-467-7900
F: 954-467-1024
**GOULDS PUMPS**

Nicholas Berry, Esq.
HINSHAW & CULBERTSON, P.A.
One E. Broward Blvd.
Suite 110
Fort Lauderdale, FL 33301
954-467-7900
F: 954-467-1024
**GOULDS PUMPS**

j:\documents\kelly moore\bush, ronald\service list.doc