

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 4 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*David Ray Amason, et al. v. America Optical Corp., et al.*, S.D. Texas, C.A. No. 2:03-555

### BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN,[*] JUDGES OF THE PANEL

### ORDER VACATING CONDITIONAL TRANSFER ORDER

 Before the Panel is a motion brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in one Southern District of Texas action (*Amason*). Movants seek to vacate the Panel's order conditionally transferring *Amason* to the Eastern District of Pennsylvania for inclusion in the centralized pretrial proceedings occurring there in this docket before Judge Charles R. Weiner. The only party to respond to plaintiffs' motion is defendant Reynolds Metals Co. (Reynolds). Reynolds, which previously initiated removal of *Amason* from state to federal court, states that it does not oppose the plaintiffs' motion to vacate the conditional transfer order.

 On the basis of the papers filed and hearing session held, the Panel finds that transfer of *Amason* to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings occurring in that district would not be for the convenience of the parties and witnesses or promote the just and efficient conduct of the litigation. *Amason* is currently the subject of a motion by its plaintiffs to amend the complaint to delete all claims for damages arising as a result of exposure to asbestos or asbestos materials. If, as anticipated, the amendment is approved, *Amason* will fall outside the ambit of actions considered appropriate by the Panel for inclusion in this docket. Furthermore, the only responding party to plaintiffs' motion states that it does not oppose the motion to vacate the conditional transfer order. Under such circumstances we are persuaded that transfer of the action is not necessary.

 IT IS THEREFORE ORDERED that the Panel's order of conditional transfer pertaining to this action is vacated.

FOR THE PANEL:

*Wm. Terrell Hodges*

Wm. Terrell Hodges
Chairman

---

[*]Judge Hansen took no part in the decision of this matter.

IMAGED AUG 5 '04    **OFFICIAL FILE COPY**