**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED**

**August 11, 2004**

**MICHAEL J. BECK
CLERK OF THE PANEL**

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL*

## HEARING SESSION ORDER

IT IS ORDERED that on September 30, 2004, a hearing session will be held in Philadelphia, Pennsylvania, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

**IMAGED AUG 1 1 '04**

SCHEDULE OF MATTERS FOR HEARING SESSION
September 30, 2004 -- Philadelphia, Pennsylvania

### SECTION A
### MATTERS DESIGNATED FOR ORAL ARGUMENT

MDL-1624 -- In re GMAC Insurance Management Corp. Overtime Pay Litigation

Motion of defendant GMAC Insurance Management Corporation for centralization of the following actions in the United States District Court for the Middle District of Florida:

Middle District of Florida

*James Dawkins, et al. v. GMAC Insurance Holdings, Inc., et al.*, C.A. No. 3:03-322

Southern District of Florida

*Jeffrey Goldston v. GMAC Insurance Management Corp.*, C.A. No. 0:04-60541

MDL-1625 -- In re THCI Company LLC Contract Litigation

Motion of defendant THCI Company LLC for centralization of the following actions in the United States District Court for the District of New Jersey:

District of Connecticut

*Mediplex of Connecticut, Inc. v. 745 Highland Ave. Operating Co., LLC,*
    C.A. No. 3:04-754

Schedule of Matters for Hearing Session, Section A                    p. 2
Philadelphia, Pennsylvania


MDL-1625 (Continued)


### District of Massachusetts

*Mediplex of Massachusetts, Inc. v. Park, Marion & Vernon Streets Operating Co., LLC*,
    C.A. No. 1:04-10903
*Mediplex Rehabilitation of Massachusetts, Inc. v. 910 Saratoga & 16-20 Trident Streets,
    LLC, et al.*, C.A. No. 1:04-10904

### District of New Jersey

*Sun Healthcare Group, Inc., et al. v. THCI Co., LLC, et al.*, C.A. No. 2:04-1202


## MDL-1626 -- In re Accutane Products Liability Litigation

Motion of plaintiff Justin Rand for centralization of the following actions in the United
States District Court for the Middle District of Florida:


### Middle District of Florida

*Julia Bishop, et al. v. Hoffman-La Roche, Inc., et al.*, C.A. No. 8:02-1533
*Justin Rand v. Hoffman-La Roche, Inc., et al.*, C.A. No. 8:03-1729
*Caroline Bencz, etc. v. Hoffman-La Roche, Inc., et al.*, C.A. No. 8:03-2080

### Southern District of Indiana

*Caleb Robert McClain, et al. v. Hoffman-La Roche, Inc., et al.*, C.A. No. 1:02-944

### Eastern District of Texas

*Jessica A. Hodges, et al. v. Hoffman-La Roche, Inc., et al.*, C.A. No. 5:04-57
*Garrett Stephens, et al. v. Hoffman-La Roche, Inc., et al.*, C.A. No. 5:04-58
*Keith Hubbard, et al. v. Hoffman-La Roche, Inc., et al.*, C.A. No. 5:04-59

MDL-1627 -- In re American Airlines, Inc., Privacy Litigation

Motion of plaintiff Michael Rosenberg for centralization of certain of the following actions in the United States District Court for the Eastern District of New York and motion of defendant Lockheed Martin Corporation for centralization of the following actions in the United States District Court for the Northern District of Texas:

Eastern District of New York

*Michael Rosenberg v. AMR Corp., et al.*, C.A. No. 1:04-2008

Northern District of Texas

*Bruce Kimmell v. AMR Corp., et al.*, C.A. No. 3:04-750
*Erica Baldwin v. AMR Corp., et al.*, C.A. No. 3:04-1148

MDL-1628 -- In re Pineapple Antitrust Litigation

Motion of defendants Del Monte Fresh Produce Company and Del Monte Fresh Produce N.A., Inc., for centralization of the following actions in the United States District Court for the Southern District of New York:

District of Arizona

*Eileen Churosh v. Del Monte Fresh Produce, N.A., Inc.*, C.A. No. 2:04-1067

Central District of California

*James Linden, et al. v. Fresh Del Monte Produce, Inc., et al.*, C.A. No. 2:04-2708
*Jonathan Weiss v. Del Monte Fresh Produce (West Coast), Inc., et al.*,
   C.A. No. 2:04-2709

Southern District of Florida

*Faye Vassilatos v. Del Monte Fresh Produce Co., et al.*, C.A. No. 9:04-80450

Schedule of Matters for Hearing Session, Section A                    p. 4
Philadelphia, Pennsylvania


MDL-1628 (Continued)


### Southern District of New York

*American Banana Co., Inc. v. Del Monte Fresh Produce Co., et al.*, C.A. No. 1:03-10230
*J. Bonafede Co., Inc. v. Del Monte Fresh Produce Co., et al.*, C.A. No. 1:04-705
*Just-A-Mere Trading Co., LLC v. Del Monte Fresh Produce Co., et al.*,
  C.A. No. 1:04-1687
*Gary Freed, et al. v. Del Monte Fresh Produce Co., et al.*, C.A. No. 1:04-1950
*Meijer, Inc., et al. v. Del Monte Fresh Produce Co., et al.*, C.A. No. 1:04-2406
*Neil Schwam v. Del Monte Fresh Produce Co., et al.*, C.A. No. 1:04-2526


### MDL-1629 -- In re Neurontin Marketing and Sales Practices Litigation

Motion of plaintiffs ASEA/AFSCME Local 52 Health Benefits Trust, et al., for
centralization of certain of the following actions in the United States District Court for the
District of New Jersey; motion of plaintiffs Emma B. Christina and Maggie Dorty, et al., for
centralization of certain of the following actions in the United States District Court for the
Eastern District of Louisiana; and motion of defendants Pfizer, Inc.; Warner-Lambert Company;
and Parke-Davis for centralization of the following actions in the United States District Court for
the Southern District of New York:


### Southern District of Alabama

*Gulf Distributing Holdings, LLC v. Pfizer, Inc.*, C.A. No. 1:04-403

### Eastern District of Arkansas

*Claudia Lang v. Pfizer, Inc., et al.*, C.A. No. 5:04-234
*James Hope v. Pfizer, Inc., et al.*, C.A. No. 5:04-248

### Northern District of Florida

*Sylvia G. Hyman v. Pfizer, Inc., et al.*, C.A. No. 3:04-215
*Clifford Eckenrode v. Pfizer, Inc., et al.*, C.A. No. 3:04-240

Schedule of Matters for Hearing Session, Section A                               p. 5
Philadelphia, Pennsylvania


MDL-1629 (Continued)


### Northern District of Georgia

*Johnny Ray Meeks, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-1781

### Southern District of Illinois

*Brenda Straddeck v. Pfizer, Inc., et al.*, C.A. No. 4:04-4106

### Southern District of Indiana

*Gerald Smith v. Pfizer, Inc., et al.*, C.A. No. 1:04-1052

### Eastern District of Louisiana

*Emma B. Christina v. Pfizer, Inc., et al.*, C.A. No. 2:04-1450
*Debra Mull, etc. v. Pfizer, Inc., et al.*, C.A. No. 2:04-1489
*Maggie Dorty, et al. v. Pfizer, Inc., et al.*, C.A. No. 2:04-1547
*Dianne Irene Hood v. Pfizer, Inc., et al.*, C.A. No. 2:04-1575
*Joyce B. Duhe v. Pfizer, Inc., et al.*, C.A. No. 2:04-1591
*Patricia Ann White v. Pfizer, Inc.*, C.A. No. 2:04-1712

### Western District of Louisiana

*Annie D. Blevins v. Pfizer, Inc.*, C.A. No. 6:04-1162

### District of Massachusetts

*The Guardian Life Insurance Co. of America v. Pfizer, Inc., et al.*, C.A. No. 1:04-10739
*Aetna, Inc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-10958
*Harden Manufacturing Corp. v. Pfizer, Inc., et al.*, C.A. No. 1:04-10981
*Teamsters Health & Welfare Fund of Philadelphia & Vicinity v. Pfizer Inc., et al.*,
    C.A. No. 1:04-10984

### District of Minnesota

*John Lerch v. Pfizer, Inc., et al.*, C.A. No. 0:04-3021

Schedule of Matters for Hearing Session, Section A                    p. 6
Philadelphia, Pennsylvania

MDL-1629 (Continued)

### Southern District of Mississippi

*Mary Jane Gordon, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-552

### District of New Jersey

*ASEA/AFSCME Local 52 Health Benefits Trust, et al. v. Pfizer, Inc., et al.*,
    C.A. No. 2:04-2577
*Julie K. Bakle v. Pfizer, Inc., et al.*, C.A. No. 2:04-2935

### Southern District of New York

*Lorraine Kopa v. Pfizer, Inc., et al.*, C.A. No. 1:04-4593

### Northern District of Ohio

*Mary Lou Lienerth v. Pfizer, Inc., et al.*, C.A. No. 1:04-1161

### Western District of Tennessee

*James Doyle v. Pfizer, Inc., et al.*, C.A. No. 2:04-2509

### Northern District of Texas

*Tammylee Willoz v. Pfizer, Inc., et al.*, C.A. No. 3:04-1234

Schedule of Matters for Hearing Session, Section A                    p. 7
Philadelphia, Pennsylvania


## MDL-1630 -- In re Global Crossing Limited Securities Litigation

Motion of defendants Global Crossing Limited, John Legere, and Daniel O'Brien for centralization of the following actions in the United States District Court for the District of New Jersey:

### Central District of California

*Alaska Electrical Pension Fund v. Global Crossing Limited, et al.*, C.A. No. 2:04-3096

### District of New Jersey

*Harold Silverstein v. Global Crossing Limited, et al.*, C.A. No. 2:04-2045
*Eva Campbell v. Global Crossing Limited, et al.*, C.A. No. 2:04-2089
*Gerard P. Woods v. Global Crossing Limited, et al.*, C.A. No. 2:04-2091
*Rosario Marino v. Global Crossing Limited, et al.*, C.A. No. 2:04-2195

### Southern District of New York

*Paul Zedeck v. Global Crossing Limited, et al.*, C.A. No. 1:04-3327
*Gerald G. Buc v. Global Crossing Limited, et al.*, C.A. No. 1:04-3446


## MDL-1631 -- In re Publication Paper Antitrust Litigation

Motion of plaintiff Charles J. Gardella, Jr., for centralization of certain of the following actions in the United States District Court for the District of Connecticut; motion of plaintiff MMP Bala, Inc., for centralization of certain of the following actions in the United States District Court for the Western District of Washington; and motion of plaintiff Austin Printing Company, Inc., for centralization of the following actions in the United States District Court for the Eastern District of Wisconsin:

### Northern District of California

*T&W Printing, Inc. v. International Paper Co., et al.*, C.A. No. 4:04-2428

Schedule of Matters for Hearing Session, Section A                    p. 8
Philadelphia, Pennsylvania

MDL-1631 (Continued)

### District of Connecticut

*Charles J. Gardella, Jr., etc. v. International Paper Co., et al.*, C.A. No. 3:04-935
*Larry Weiss, etc. v. International Paper Co., et al.*, C.A. No. 3:04-974
*Acorn/Parliament Paper Inc. v. International Paper Co., et al.*, C.A. No. 3:04-1077

### Southern District of Illinois

*Nies Artcraft Co., Inc. v. International Paper Co., et al.*, C.A. No. 3:04-455
*Three Z Printing Co. v. International Paper Co., et al.*, C.A. No. 3:04-4110

### District of Minnesota

*Newtown Business Forms Corp. v. International Paper Co.*, C.A. No. 0:04-3035

### Western District of Washington

*MMP BALA, Inc., v. International Paper Co., et al.*, C.A. No. 2:04-1496

### Eastern District of Wisconsin

*Austin Printing Co., Inc. v. International Paper Co., et al.*, C.A. No. 2:04-668

### MDL-1632 -- In re High Sulfur Content Gasoline Products Liability Litigation

Motion of plaintiffs Barbara Bourgeois, et al., for centralization of the following actions in the United States District Court for the Eastern District of Louisiana:

### Southern District of Florida

*Cynthia Chowdhury, et al. v. Shell Oil Co., et al.*, C.A. No. 0:04-60717

MDL-1632 (Continued)

### Eastern District of Louisiana

*Joel Lewis, et al. v. Shell Oil Products Co., LLC, et al.*, C.A. No. 2:04-1595
*Oliver W. Gautreaux, et al. v. Shell Oil Co., et al.*, C.A. No. 2:04-1628
*Barbara Bourgeois, et al. v. Shell Oil Co., et al.*, C.A. No. 2:04-1688
*Barbara Dorsey v. Shell Oil Co., et al.*, C.A. No. 2:04-1914

### MDL-1634 -- In re Peanut Crop Insurance Litigation

Motion of plaintiffs in the following actions for centralization of the actions in the United States District Court for the Eastern District of North Carolina:

### Middle District of Alabama

*Terry E. Beasley, et al. v. Ross J. Davidson, et al.*, C.A. No. 1:03-500

### Northern District of Florida

*Florida Peanut Farmers, et al. v. Ross J. Davidson, et al.*, C.A. No. 5:03-107

### Middle District of Georgia

*Georgia Peanut Farmers, et al. v. Ross J. Davidson, et al.*, C.A. No. 1:03-175

### Eastern District of North Carolina

*Marvin Taylor Barnhill, et al. v. Ross J. Davidson, et al.*, C.A. No. 4:02-159

### District of South Carolina

*Wallace A. Berry, et al. v. Ross J. Davidson, et al.*, C.A. No. 3:03-1631

Schedule of Matters for Hearing Session, Section A                                    p. 10
Philadelphia, Pennsylvania

MDL-1634 (Continued)

### Eastern District of Texas

*Texas Peanut Farmers, et al. v. Ross J. Davidson, et al.*, C.A. No. 2:03-120

### Eastern District of Virginia

*Tom Clements, et al. v. Ross J. Davidson, et al.*, C.A. No. 2:03-352

## MDL-1635 -- In re Dollar General Corp. Fair Labor Standards Act Litigation

Motion of defendants Dolgencorp, Inc., and Dollar General Corporation for centralization of the following actions in the United States District Court for the Western District of Oklahoma:

### Northern District of Alabama

*Edith Brown, et al. v. Dollar General Stores, Ltd., et al.*, C.A. No. 7:02-673

### Southern District of Georgia

*Tina Depasquales v. Dollar General Corp.*, C.A. No. 4:04-96

### Southern District of Ohio

*Karen Buckley v. Dollar General Corp.*, C.A. No. 2:04-484

### Western District of Oklahoma

*Sheila Ann Hunsucker v. Dollar General Corp., et al.*, C.A. No. 5:04-165

Schedule of Matters for Hearing Session, Section A                    p. 11
Philadelphia, Pennsylvania

MDL-1637 -- In re Midpoint Development, LLC, Litigation

Motion of Meridith R. Brown; Decatur Asset Management, L.L.C.; Offshore Island Investment, Inc.; Midpoint Construction, Inc.; Midpoint Development, L.L.C.; Bay Hills Development Company, Inc.; Belle Isle Consulting, Inc.; and Wildewood Executive Park, Inc., for centralization of the following actions in the United States District Court for the Western District of Oklahoma:

Northern District of Mississippi

*Meridith Brown, et al. v. Supertrail Manufacturing Co., Inc., et al.,*
   Bky. Advy. No. 1:02-1265
*Meridith Brown, et al. v. Supertrail Manufacturing Co., Inc., et al.,*
   Bky. Advy. No. 1:02-1283

Western District of Oklahoma

*Midpoint Construction, Inc. v. Lucien B. Crosland, et al.,* C.A. No. 5:02-904
*Judy Circo, etc. v. Bayhills Development Co., Inc., et al.,* C.A. No. 5:03-1292

Northern District of Texas

*Meridith Brown, et al. v. Toile, Ltd., et al.,* C.A. No. 3:04-1405

MDL-1638 -- In re Foundry Resins Antitrust Litigation

Motion of plaintiff Zurn Industries, Inc., for centralization of the following actions in the United States District Court for the Western District of Pennsylvania:

Central District of Illinois

*Caterpillar, Inc. v. Ashland, Inc., et al.,* C.A. No. 1:04-1199

Northern District of Illinois

*Urick Foundry Co. v. Ashland, Inc., et al.,* C.A. No. 1:04-3797
*Buffalo Metal Casting Co. v. Ashland, Inc., et al.,* C.A. No. 1:04-4046

Schedule of Matters for Hearing Session, Section A                    p. 12
Philadelphia, Pennsylvania

MDL-1638 (Continued)

### Southern District of Ohio

*Kulp Foundry, Inc. v. Ashland, Inc., et al.*, C.A. No. 1:04-434
*Hayes-Albion Corp., et al. v. Ashland, Inc., et al.*, C.A. No. 2:04-415
*Port Shell Molding Co. v. Ashland, Inc., et al.*, C.A. No. 2:04-439
*Amite Foundry & Machine, Inc. v. Ashland, Inc., et al.*, C.A. No. 2:04-440
*Atchison Casting Corp. v. Ashland, Inc., et al.*, C.A. No. 2:04-449
*Lancaster Foundry Supply Co. v. Ashland, Inc., et al.*, C.A. No. 2:04-482
*Johnstown Corp. v. Ashland, Inc., et al.*, C.A. No. 2:04-527

### Western District of Pennsylvania

*Zurn Industries, Inc. v. Ashland, Inc., et al.*, C.A. No. 1:04-170

### Eastern District of Wisconsin

*Maynard Steel Casting Co. v. Ashland, Inc., et al.*, C.A. No. 2:04-573

MDL-1639 -- In re Hanger Orthopedic Group, Inc., Securities Litigation

Motion of plaintiff Twist Partners for centralization of the following actions in the United
States District Court for the Eastern District of New York:

### Eastern District of New York

*Twist Partners v. Hanger Orthopedic Group, Inc., et al.*, C.A. No. 1:04-2585
*Adam Shapiro v. Hanger Orthopedic Group, Inc., et al.*, C.A. No. 1:04-2681
*Robert Imperato v. Hanger Orthopedic Group, Inc., et al.*, C.A. No. 1:04-2736
*Kenneth Walters v. Hanger Orthopedic Group, Inc., et al.*, C.A. No. 1:04-2826

### Eastern District of Virginia

*Curt Browne v. Hanger Orthopedic Group, Inc., et al.*, C.A. No. 1:04-715

Schedule of Matters for Hearing Session, Section A                    p. 13
Philadelphia, Pennsylvania


MDL-1640 -- In re HealthSouth Corp. Securities Litigation

Motion of defendant HealthSouth Corporation for centralization of the following actions in the United States District Court for the Northern District of Alabama:


### Northern District of Alabama

*Robert M. Gordon, et al. v. HealthSouth Corp., et al.*, C.A. No. 2:98-2634
*Twin Plus, LLC, et al. v. HealthSouth Corp., et al.*, C.A. No. 2:98-2695
*Irene Rigas, et al. v. HealthSouth Corp., et al.*, C.A. No. 2:98-2777
*In re HealthSouth Corp. 2002 Securities Litigation*, C.A. No. 2:02-2105
*Matt Vredenburg, etc. v. Richard M. Scrushy, et al.*, C.A. No. 2:02-2565
*Glenn Gross, et al. v. Richard M. Scrushy, et al.*, C.A. No. 2:03-213
*John Lucas v. HealthSouth Corp., et al.*, C.A. No. 2:03-645
*Alan B. Mirken v. HealthSouth Corp., et al.*, C.A. No. 2:03-696
*Ming Li, et al. v. HealthSouth Corp., et al.*, C.A. No. 2:03-713
*Julius R. Schwarz v. HealthSouth Corp., et al.*, C.A. No. 2:03-743
*William L. Bross, et al. v. HealthSouth Corp., et al.*, C.A. No. 2:03-783
*Robert J. Lancaster v. HealthSouth Corp., et al.*, C.A. No. 2:03-784
*Laurie Hunter, et al. v. Richard M. Scrushy, et al.*, C.A. No. 2:03-791
*Kim French v. HealthSouth Corp., et al.*, C.A. No. 2:03-814
*Stewart Perry v. HealthSouth Corp., et al.*, C.A. No. 2:03-848
*Dwain E. Davis v. HealthSouth Corp., et al.*, C.A. No. 2:03-878
*The Ezra Charitable Trust v. HealthSouth Corp., et al.*, C.A. No. 2:03-903
*Anne K. Low v. Richard M. Scrushy, et al.*, C.A. No. 2:03-923
*Kristi Renee Kelley-Priest v. HealthSouth Corp., et al.*, C.A. No. 2:03-926
*David Dubrow, et al. v. HealthSouth Corp., et al.*, C.A. No. 2:03-969
*Donald F. Angle, M.D., et al. v. HealthSouth Corp., et al.*, C.A. No. 2:03-1123
*Ace American Insurance Co. v. HealthSouth Corp., et al.*, C.A. No. 2:03-1139
*Zurich American Insurance v. HealthSouth Corp., et al.*, C.A. No. 2:03-1231
*George W. Smith v. HealthSouth Corp., et al.*, C.A. No. 2:03-1291
*St. Paul Mercury Insurance Co., et al. v. HealthSouth Corp., et al.*, C.A. No. 2:03-1407
*Houston Firefighters' Relief & Retirement Fund v. HealthSouth Corp., et al.*,
     C.A. No. 2:03-1496
*In re HealthSouth Corp. Securities Litigation*, C.A. No. 2:03-1500
*In re HealthSouth Corp. Stockholder Litigation*, C.A. No. 2:03-1501
*In re HealthSouth Corp. Bondholder Litigation*, C.A. No. 2:03-1502
*Travelers Casualty & Surety Co. of America v. HealthSouth Corp., et al.*,
     C.A. No. 2:03-1768

Schedule of Matters for Hearing Session, Section A                                    p. 14
Philadelphia, Pennsylvania


MDL-1640 (Continued)


### Northern District of Alabama (Continued)

*Gulf Insurance Co. v. HealthSouth Corp., et al.*, C.A. No. 2:03-1830
*Continental Casualty Co. v. HealthSouth Corp., et al.*, C.A. No. 2:03-1831
*Lumbermens Mutual Casualty Co. v. HealthSouth Corp., et al.*, C.A. No. 2:03-2319
*John S. Chamberlin, et al. v. Royal Indemnity Co.*, C.A. No. 2:03-2637
*Twin City Fire Insurance Co. v. HealthSouth Corp., et al.*, C.A. No. 2:03-2773
*Royal Insurance Co. of America v. HealthSouth Corp., et al.*, C.A. No. 2:03-2881

### Northern District of Texas

*Amalgamated Gadget, L.P. v. HealthSouth Corp.*, C.A. No. 4:04-198


## MDL-1641 -- In re Not-for-Profit Hospitals/Uninsured Patients Litigation

Motion of plaintiffs Joseph Dumas, Sr., et al.; Wojciech Cygan; and Jannie Watts, et al., for centralization of the following actions in the United States District Court for the Northern District of Illinois, or in the alternative, the United States District Court for the Middle District of Tennessee, or the United States District Court for the Eastern District of Missouri:


### Northern District of Alabama

*Rhonda Kizzire, et al. v. Baptist Health Systems, Inc.*, C.A. No. 2:04-1247

### District of Arizona

*Gregory James Fields v. Banner Health, et al.*, C.A. No. 2:04-1297

### Northern District of California

*Duane Darr v. Sutter Health*, C.A. No. 3:04-2624

Schedule of Matters for Hearing Session, Section A                    p. 15
Philadelphia, Pennsylvania


MDL-1641 (Continued)


District of Colorado

*George Scott Ferguson, et al. v. Centura Health Corp., et al.*, C.A. No. 1:04-1285

Middle District of Florida

*Wayne D. Nash v. Lee Memorial Health System*, C.A. No. 2:04-369
*Edward C. Jellison v. Florida Hospital Healthcare System, Inc., et al.*,
    C.A. No. 6:04-1021

Southern District of Florida

*Miriam Sabeta, et al. v. Baptist Hospital of Miami, et al.*, C.A. No. 1:04-21437

Middle District of Georgia

*Deborah Gail Ellis, et al. v. Phoebe Putney Health Systems, Inc., et al.*, C.A. No. 1:04-80
*Kimberly Hogland v. Athens Regional Health Services, Inc., et al.*, C.A. No. 3:04-50
*Katie M. Washington v. Medical Center of Central Georgia, Inc., et al.*,
    C.A. No. 5:04-185

Northern District of Georgia

*Doris A. Frimpong v. DeKalb Medical Center, Inc., et al.*, C.A. No. 1:04-1745
*John R. Cruz, et al. v. Wellstar Health Systems, Inc., et al.*, C.A. No. 1:04-1746

Southern District of Georgia

*Bridget Lively v. MCG Health, Inc., et al.*, C.A. No. 1:04-113

Northern District of Illinois

*Jannie Watts, et al. v. Advocate Health Care Network, et al.*, C.A. No. 1:04-4062
*Joseph Dumas, Sr., et al. v. Provena Health, et al.*, C.A. No. 1:04-4063
*Wojciech Cygan v. Resurrection Medical Center, et al.*, C.A. No. 1:04-4168

Schedule of Matters for Hearing Session, Section A                    p. 16
Philadelphia, Pennsylvania

MDL-1641 (Continued)

### Eastern District of Louisiana

*Eileen Maldonado v. Ochsner Clinic Foundation*, C.A. No. 2:04-1987

### District of Minnesota

*Rachel Peterson, et al. v. Fairview Health Services*, C.A. No. 0:04-2973
*Paul Kern, et al. v. Allina Health System, et al.*, C.A. No. 0:04-2974

### Southern District of Mississippi

*Dorothy Wright v. St. Dominic Health Services, Inc., et al.*, C.A. No. 3:04-521

### Eastern District of Missouri

*Dwight L. Quinn v. BJC Health System, et al.*, C.A. No. 4:04-768

### District of New Jersey

*Joyce Campbell v. Saint Barnabas Corp.*, C.A. No. 2:04-3201

### District of New Mexico

*Richard Garcia v. Presbyterian Healthcare Services, et al.*, C.A. No. 6:04-832

### Southern District of New York

*Shkelqim Kolari v. New York-Presbyterian Hospital, et al.*, C.A. No. 1:04-5506

### Northern District of Ohio

*Lloida Lorens v. Catholic Healthcare Partners, et al.*, C.A. No. 1:04-1151
*Mitulkumar Patel v. Cleveland Clinic Foundation, et al.*, C.A. No. 1:04-1330

MDL-1641 (Continued)

### Western District of Oklahoma

*Clayton Woodrum, et al. v. Integris Health, Inc., et al.*, C.A. No. 5:04-835

### Western District of Pennsylvania

*Gary Amato, et al. v. UPMC, et al.*, C.A. No. 2:04-1025

### Middle District of Tennessee

*Patrick Hagedorn v. Saint Thomas Hospital, Inc.*, C.A. No. 3:04-526

### Eastern District of Texas

*Crystal Lynn McCoy, et al. v. East Texas Medical Center Regional Healthcare System, et al.*, C.A. No. 2:04-223

### Northern District of Texas

*Janay Cargile, et al. v. Baylor Health Care System, et al.*, C.A. No. 3:04-1365

Schedule of Matters for Hearing Session, Section B                          p. 18
Philadelphia, Pennsylvania

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs Janet Hockley; Lloyd Spears; and Tammy Brock, etc., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Southern District of Mississippi

*Janet Hockley v. ACF Valves, et al.*, C.A. No. 1:04-512

Western District of Washington

*Lloyd Spears v. ACandS, Inc., et al.*, C.A. No. 2:04-653

Southern District of West Virginia

*Tammy Brock, etc. v. Georgia-Pacific Corp.*, C.A. No. 2:03-55

Opposition of defendant Old Orchard Industrial Corporation to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the District of New Mexico:

Eastern District of Pennsylvaina

*Ramon Baca, et al. v. Burlington Northern & Santa Fe Railway Co., et al.*
    (D. New Mexico, C.A. No. 1:02-1220)

MDL-1132 -- In re Exterior Insulation Finish System (EIFS) Products Liability Litigation

Oppositions of plaintiffs Fred Begy, et al., and defendant Marvin Windows, Inc., to transfer of the following action to the United States District Court for the Eastern District of North Carolina:

### Northern District of Illinois

*Fred Begy, et al. v. Dryvit Systems, Inc., et al.*, C.A. No. 1:04-2321

MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective actions listed on Attachment A to the United States District Court for the Eastern District of Pennsylvania.

MDL-1334 -- In re Managed Care Litigation

Opposition of plaintiffs Darlery Franco, et al., to transfer of the following action to the United States District Court for the Southern District of Florida:

### District of New Jersey

*Darlery Franco, et al. v. Connecticut General Life Insurance Co., et al.*,
   C.A. No. 2:04-1318

## MDL-1348 -- In re Rezulin Products Liability Litigation

Opposition of plaintiffs Ralph Torlucci, et al.; Barbara J. Wilson; Jacalyn Bunn, etc.; Tammie Anderson, et al.; R.E. Adkison, et al.; Dennis Holdin; and Robbie Pugh to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### Central District of California

*Ralph Torlucci, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-3192
*Barbara J. Wilson v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-3193
*Jacalyn Bunn, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-3247

### Eastern District of California

*Tammie Anderson, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-656
*R.E. Adkison, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-658

### Northern District of California

*Dennis Holdin v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-1495

### Southern District of California

*Robbie Pugh v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:04-784

## MDL-1390 -- In re Life Insurance Co. of Georgia Industrial Life Insurance Litigation

Opposition of plaintiffs Sarah Cooks, et al., and David Holmes, Jr., et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

### Northern District of Mississippi

*Sarah Cooks, et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 4:04-132

### Southern District of Mississippi

*David Holmes, Jr., et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 3:04-329

Schedule of Matters for Hearing Session, Section B                    p. 21
Philadelphia, Pennsylvania

## MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

Opposition of plaintiffs Brenda Hodges, et al., to transfer of the following action to the United States District Court for the Western District of Washington:

### Eastern District of Arkansas

*Brenda Hodges, et al. v. PharmaFab, et al.*, C.A. No. 4:04-467

## MDL-1431 -- In re Baycol Products Liability Litigation

Opposition of plaintiff Melinda Torres to transfer of the following action to the United States District Court for the District of Minnesota:

### Western District of Texas

*Melinda Torres v. Bayer Corp., et al.*, C.A. No. 6:04-108

## MDL-1446 -- In re Enron Corp. Securities, Derivative & "ERISA" Litigation

Opposition of plaintiffs Jane Bullock, et al., to transfer of the following action to the United States District Court for the Southern District of Texas:

### Western District of Texas

*Jane Bullock, et al. v. Arthur Andersen, LLP, et al.*, C.A. No. 1:04-267

MDL-1487 -- In re WorldCom, Inc., Securities & "ERISA" Litigation

      Oppositions of plaintiffs Standard Life Investments, Ltd.; William K. Holmes, et al.; and New Mexico State Investment Council, et al., to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### District of District of Columbia

*Standard Life Investments, Ltd. v. Bernard J. Ebbers, et al.*, C.A. No. 1:04-539

### Middle District of Georgia

*William K. Holmes, et al. v. Jack B. Grubman, et al.*, C.A. No. 5:04-54

### District of New Mexico

*New Mexico State Investment Council, et al. v. Clifford Alexander, Jr., et al.*,
    C.A. No. 6:04-520

MDL-1507 -- In re Prempro Products Liability Litigation

      Opposition of plaintiffs Juanita Gornor, et al., to transfer of the following action to the United States District Court for the Eastern District of Arkansas:

### Middle District of Louisiana

*Juanita Gornor, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:04-273

Schedule of Matters for Hearing Session, Section B                    p. 23
Philadelphia, Pennsylvania


## MDL-1529 -- In re Adelphia Communications Corp. Securities & Derivative Litigation (No. II)

Opposition of plaintiffs Leonard Tow, et al., and Citizens Communications Company, et al., to transfer of their respective following actions to the United States District Court for the Southern District of New York:


### District of Connecticut

*Leonard Tow, et al. v. Credit Suisse First Boston Corp., et al.*, C.A. No. 3:04-560
*Citizens Communications Co., et al. v. Credit Suisse First Boston Corp., et al.*,
   C.A. No. 3:04-561


## MDL-1535 -- In re Welding Rod Products Liability Litigation

Oppositions of plaintiffs Stanley McLemore and Rodolfo Adames, et al., and defendants Stoody Company and Thermadyne Holding Corporation to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:


### District of Minnesota

*Ronald Utt v. A.O. Smith Corp., et al.*, C.A. No. 0:04-1479
*Roger Rice v. A.O. Smith Corp., et al.*, C.A. No. 0:04-1480
*Thomas Calder v. A.O. Smith Corp., et al.*, C.A. No. 0:04-1481
*Robert Carpenter v. A.O. Smith Corp., et al.*, C.A. No. 0:04-1567


### Southern District of Mississippi

*Stanley McLemore v. Capweld, Inc., et al.*, C.A. No. 3:04-221


### Northern District of West Virginia

*Rodolfo Adames, et al. v. AGA Gas, Inc., et al.*, C.A. No. 5:04-44

MDL-1542 -- In re Ethylene Propylene Diene Monomer (EPDM) Antitrust Litigation

      Opposition of plaintiff Goodyear Tire & Rubber Company to transfer of the following action to the United States District Court for the District of Connecticut:

              Northern District of Ohio

      *Goodyear Tire & Rubber Co. v. Bayer AG, et al.*, C.A. No. 5:04-853

MDL-1568 -- In re Parcel Tanker Shipping Services Antitrust Litigation

      Opposition of plaintiff Karen Brock to transfer of the following action to the United States District Court for the District of Connecticut:

              Northern District of California

      *Karen Brock v. Stolt-Nielsen Transportation Group, Ltd., et al.*, C.A. No. 3:04-1992

MDL-1578 -- In re UICI "Association-Group" Insurance Litigation

      Oppositions of plaintiffs Jessie Powell and Owen Springer, et al., to transfer of their respective following actions to the United States District Court for the Northern District of Texas:

              Eastern District of Arkansas

      *Jessie Powell v. Mega Life & Health Insurance Co., et al.*, C.A. No. 2:04-92

              Northern District of California

      *Owen Springer, et al. v. United Insurance Companies, Inc., et al.*, C.A. No. 5:04-1869

Schedule of Matters for Hearing Session, Section B                          p. 25
Philadelphia, Pennsylvania


<u>MDL-1598 -- In re Ephedra Products Liability Litigation</u>

Oppositions of plaintiffs Melissa Cornett; Nancy Rhome; and Paul Cross, et al.; and defendants MuscleTech Research & Development, Inc.; Nittany Pharmaceuticals; Gold Line Nutritional, Inc.; Peak Wellness, Inc.; Carlon Colker, M.D.; Miami Research Associates, Inc.; and Douglas Kalman to transfer of their respective following actions to the United States District Court for the Southern District of New York:


<u>Northern District of California</u>

*Allen Tang v. Muscletech Research & Development, Inc., et al.*, C.A. No. 5:03-634

<u>Eastern District of Kentucky</u>

*Melissa Cornett v. NVE Pharmaceuticals, Inc., et al.*, C.A. No. 5:04-26

<u>Western District of Kentucky</u>

*Betty Jo McLeod, etc. v. N.V.E., Inc., et al.*, C.A. No. 5:04-75

<u>District of New Jersey</u>

*Jacquelen Crane v. Metabolife International, Inc. et al.*, C.A. No. 3:04-691

<u>Western District of Pennsylvania</u>

*Nancy Rhome v. Metabolife International, Inc.*, C.A. No. 2:02-1461

<u>Northern District of Texas</u>

*Joey R. Carter v. Muscle-Tech, Inc., et al.*, C.A. No. 3:03-1902

<u>Southern District of Texas</u>

*George Paul Barton v. Muscle-Tech, Inc., et al.*, C.A. No. 4:03-5756

<u>Northern District of West Virginia</u>

*Lynn Ann Matheny, etc. v. Body Dynamics, Inc., et al.*, C.A. No. 1:03-135

Schedule of Matters for Hearing Session, Section B                              p. 26
Philadelphia, Pennsylvania


MDL-1598 (Continued)


### Southern District of West Virginia

*Paul Cross, et al. v. Muscletech Research & Development, Inc., et al.*, C.A. No. 2:03-65


### MDL-1603 -- In re OxyContin Antitrust Litigation

Oppositions of plaintiffs S. Thomas Sperduto and Perry Ginsberg to transfer of their respective following actions to the United States District Court for the Southern District of New York:


### Central District of California

*S. Thomas Sperduto v. Purdue Pharma L.P., et al.*, C.A. No. 2:04-1123
*Perry Ginsberg v. Purdue Pharma Co., et al.*, C.A. No. 2:04-1125


### MDL-1604 -- In re Ocwen Federal Bank FSB Mortgage Servicing Litigation

Opposition of defendants Carolyn A. Taylor; Annie Catmull; and Hughes, Watters & Askanase, L.L.P., to transfer of the following action to the United States District Court for the Northern District of Illinois:


### Southern District of Texas

*Al McZeal v. Ocwen Federal Bank FSB, et al.*, C.A. No. 4:04-1576

MDL-1606 -- In re Deep Vein Thrombosis Litigation

Oppositions of plaintiffs Michael Shawn Blansett, et al., and defendants The Boeing Company; Command Security Corporation; Malaysia Airlines System Berhad; Delta Airlines, Inc.; South African Airways, Ltd.; and Continental Airlines, Inc., to transfer of their respective following actions to the United States District Court for the Northern District of California:

Central District of California

*Fazilatun Nessa, et al. v. Malaysian Airline System Berhad, et al.*, C.A. No. 2:03-7562

Middle District of Florida

*Neville Goedhals, etc. v. Delta Airlines, Inc., et al.*, C.A. No. 8:03-1116

District of Massachusetts

*Tito Mederios v. Continental Airlines, Inc.*, C.A. No. 1:02-12227

Southern District of Texas

*Michael Shawn Blansett, et al. v. Continental Airlines, Inc.*, C.A. No. 3:02-61
*Judy A. Phillips, et al. v. The Boeing Co., et al.*, C.A. No. 3:02-232

**ATTACHMENT A TO THE SEPTEMBER 30, 2004
SCHEDULE OF MATTERS FOR HEARING**

MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability
    Litigation

### Middle District of Alabama

*Laura Pebworth, et al. v. Wyeth, et al.*, C.A. No. 2:04-364
*Sharon Fuqua, et al. v. Wyeth, et al.*, C.A. No. 2:04-367
*Elizabeth Jackson, et al. v. Wyeth, et al.*, C.A. No. 2:04-369
*Alma Dixon, et al. v. Wyeth, et al.*, C.A. No. 2:04-386
*Tom Arthur, et al. v. Wyeth, et al.*, C.A. No. 2:04-387
*Wyma N. Vann, et al. v. Wyeth, et al.*, C.A. No. 2:04-388
*Alvetta Donald, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-430
*Deborah Haywood, et al. v. Wyeth, et al.*, C.A. No. 3:04-315
*Frances Scott, et al. v. Wyeth, et al.*, C.A. No. 3:04-431

### Eastern District of Arkansas

*Theresa White, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:04-166
*Rebecca Tuggle, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:04-167
*Kimberly Scarbrough, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:04-168
*Maggie Murphy, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:04-169
*Donna Denley, et al. v. Wyeth, et al.*, C.A. No. 3:04-170
*Dolores Powers, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:04-171
*Cheryl Mattingly, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:04-172
*LaJuana Hamer, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:04-173
*Linda Malone, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:04-174
*Connie Burch, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:04-175
*Vickey Hobbs v. Wyeth, Inc., et al.*, C.A. No. 3:04-176
*Gloria Moore v. Wyeth, Inc., et al.*, C.A. No. 3:04-177
*Linda Hawkins, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:04-178

### Central District of California

*Anne Hawkins v. American Home Products Corp., et al.*, C.A. No. 2:04-1633
*Lucy Taylor v. Wyeth, et al.*, C.A. No. 2:04-1842
*Debbie Garcia v. Wyeth, et al.*, C.A. No. 2:04-1975
*Judy Romans v. Wyeth, et al.*, C.A. No. 2:04-1976
*Natalie Lopez v. Wyeth, et al.*, C.A. No. 2:04-1977
*Michelle Neser v. Wyeth, et al.*, C.A. No. 2:04-2005
*Edward Sanchez v. Wyeth, et al.*, C.A. No. 2:04-2032
*Carla Plymesser v. Wyeth, et al.*, C.A. No. 2:04-2036
*Devora Silverman v. Wyeth, et al.*, C.A. No. 2:04-2048
*Julie Uretsky v. Wyeth, et al.*, C.A. No. 2:04-2059
*Jennifer Shields v. American Home Products Corp., et al.*, C.A. No. 2:04-2072

- 2 -

**MDL-1203 Attachment A (Continued)**

<u>Central District of California</u> (Continued)

*Kayava Lenoir v. Wyeth, et al.*, C.A. No. 2:04-2076
*Robin Antzoulatos v. American Home Products Corp., et al.*, C.A. No. 2:04-2276
*Fred Gilman, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-2279
*Ron Weaver v. American Home Products Corp., et al.*, C.A. No. 2:04-2353
*Jeanne Conklin v. American Home Products Corp., et al.*, C.A. No. 2:04-2354
*Anita Cecena v. American Home Products Corp., et al.*, C.A. No. 2:04-2357
*Mechelle Scheeler v. American Home Products Corp., et al.*, C.A. No. 2:04-2400
*Peggy Sue Jones v. American Home Products Corp., et al.*, C.A. No. 2:04-2401
*Arlen Knuttila v. American Home Products Corp., et al.*, C.A. No. 2:04-2414
*Luella Kramer v. American Home Products Corp., et al.*, C.A. No. 2:04-2417
*Carla De Tamaso v. Wyeth, et al.*, C.A. No. 2:04-2427
*Connie Ortega v. American Home Products Corp., et al.*, C.A. No. 2:04-2432
*Dorothy Jennings, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-2435
*Calvin D. Bayles v. Wyeth, Inc., et al.*, C.A. No. 2:04-2453
*Esther Schelin v. Wyeth, et al.*, C.A. No. 2:04-2535
*Karen Sameyah v. Wyeth, et al.*, C.A. No. 2:04-2536
*Jeanette O'Connor v. Wyeth, et al.*, C.A. No. 2:04-2537
*Ruth Ricks v. Wyeth, et al.*, C.A. No. 2:04-2553
*Charlean Davis v. American Home Products Corp., et al.*, C.A. No. 2:04-2567
*Eloise Delcampo v. American Home Products Corp., et al.*, C.A. No. 2:04-2568
*Christine Pernetti v. American Home Products Corp., et al.*, C.A. No. 2:04-2569
*Tracy Knight v. American Home Products Corp., et al.*, C.A. No. 2:04-2576
*Violet B. Layns v. American Home Products Corp., et al.*, C.A. No. 2:04-2602
*Ann Carmody v. American Home Products Corp., et al.*, C.A. No. 2:04-2603
*Roxanne Woodward v. Wyeth, et al.*, C.A. No. 2:04-2732
*Harriett F. Bentley v. American Home Products Corp., et al.*, C.A. No. 2:04-2735
*Patricia Chiappone v. American Home Products Corp., et al.*, C.A. No. 2:04-2745
*Cathy Petree, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-2809
*John Bixler v. American Home Products Corp., et al.*, C.A. No. 2:04-2904
*Cynthia M. Foster v. Wyeth, Inc., et al.*, C.A. No. 2:04-2905
*Marilyn Wansten-Martinez v. Wyeth, et* al., C.A. No. 2:04-3014
*Eunice Hooker, et al. v. Wyeth, Inc. et al.*, C.A. No. 2:04-3814
*Saunta M. Briggs v. Wyeth, Inc., et al.*, C.A. No. 2:04-3868
*Sherry L. Roth v. Wyeth, et al.*, C.A. No. 5:04-284
*Rebecca Buell v. Wyeth, et al.*, C.A. No. 5:04-285
*Deborah Brooks v. Wyeth, et al.*, C.A. No. 5:04-286
*Tamara Block v. Wyeth, et al.*, C.A. No. 5:04-287
*Meri Ballew v. Wyeth, et al.*, C.A. No. 5:04-288
*Mary Rohland v. Wyeth, et al.*, C.A. No. 5:04-312
*Tina Choquette v. Wyeth, et al.*, C.A. No. 5:04-313
*Faye Hooper v. Wyeth, et al.*, C.A. No. 5:04-314
*Nancilee De George v. Wyeth, et al.*, C.A. No. 5:04-315

- 3 -

**MDL-1203 Attachment A (Continued)**

<u>Central District of California</u> (Continued)

*John Tyler v. Wyeth, et al.*, C.A. No. 5:04-316
*Jacqueline Welcome v. Wyeth, et al.*, C.A. No. 5:04-317
*Jamie Isiah v. Wyeth, et al.*, C.A. No. 5:04-318
*Harriet Carter v. Wyeth, et al.*, C.A. No. 5:04-319
*Susan M. Rosenfeld v. Wyeth, et al.*, C.A. No. 5:04-320
*Vicki Grogan v. Wyeth, et al.*, C.A. No. 5:04-321
*Guadalupe Castro v. Wyeth, et al.*, C.A. No. 5:04-322
*Bettie Potts v. Wyeth, et al.*, C.A. No. 5:04-347
*Leotona Abbott v. American Home Products Corp., et al.*, C.A. No. 5:04-351
*Martha Jenkins v. Wyeth, et al.*, C.A. No. 5:04-357
*Prudence Moore v. Wyeth, et al.*, C.A. No. 5:04-362
*Aaron Hanson v. Wyeth, et al.*, C.A. No. 5:04-363
*Denise Lashbrook v. Wyeth, et al.*, C.A. No. 5:04-365
*Donna Gonzalez v. Wyeth, et al.*, C.A. No. 8:04-328

<u>Middle District of Florida</u>

*Michelle Patterson, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:04-329
*Carolyn S. Christy v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 3:04-351
*Adele Fontana v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 3:04-385
*Lori Sobkowski v. Wyeth, Inc., et al.*, C.A. No. 5:04-96
*Jack Armstrong v. Wyeth, et al.*, C.A. No. 5:04-173
*Larry A. Durante v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 5:04-186
*Barbara A. Policari v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 5:04-187
*Carlie Clay v. Wyeth, et al.*, C.A. No. 5:04-192
*Suzanne Biltz v. Wyeth, et al.*, C.A. No. 6:04-502
*Brenda Moore v. Wyeth, et al.*, C.A. No. 8:03-2436
*Ann Sasso v. Wyeth, et al.*, C.A. No. 8:04-465
*Camellia Salerno v. Wyeth, et al.*, C.A. No. 8:04-466
*Joan Duvall v. Wyeth, et al.*, C.A. No. 8:04-467
*Leon Szczesny v. Wyeth, et al.*, C.A. No. 8:04-481
*Doris Bateson v. Wyeth, et al.*, C.A. No. 8:04-496
*Dianne Peters v. Wyeth, et al.*, C.A. No. 8:04-497
*Margaret Moussa v. Wyeth, et al.*, C.A. No. 8:04-499
*Margaret Mougay v. Wyeth, et al.*, C.A. No. 8:04-501
*Francis Wallace v. Wyeth, et al.*, C.A. No. 8:04-502
*Mary Collins v. Wyeth, et al.*, C.A. No. 8:04-503
*Bonnie Ritchie v. Wyeth, et al.*, C.A. No. 8:04-504
*Alberta Ricketts v. Wyeth, et al.*, C.A. No. 8:04-518
*Janine Brown v. Wyeth, et al.*, C.A. No. 8:04-690
*Iris Hogan v. Wyeth, et al.*, C.A. No. 8:04-691
*Larry Bagdan v. Wyeth, et al.*, C.A. No. 8:04-702

- 4 -

**MDL-1203 Attachment A (Continued)**

Middle District of Florida (Continued)

*Deborah Hair v. Wyeth, et al.*, C.A. No. 8:04-703
*Kathy Lemmons v. Wyeth, et al.*, C.A. No. 8:04-704
*Gene Morgan v. Wyeth, et al.*, C.A. No. 8:04-705
*Edith Dominguez v. Wyeth, et al.*, C.A. No. 8:04-708
*Mary Mac Moritz v. Wyeth, et al.*, C.A. No. 8:04-709
*Tina Wilson v. Wyeth, et al.*, C.A. No. 8:04-710
*Marianne Ranieri v. Wyeth, et al.*, C.A. No. 8:04-711
*Monica Wellmaker v. Wyeth, et al.*, C.A. No. 8:04-712
*Ann Kiser v. Wyeth, et al.*, C.A. No. 8:04-713
*Robert Stuart v. Wyeth, et al.*, C.A. No. 8:04-714
*Lillian Apicella v. Wyeth, et al.*, C.A. No. 8:04-715
*Patricia Heard v. Wyeth, et al.*, C.A. No. 8:04-716
*Diane Knight v. Wyeth, et al.*, C.A. No. 8:04-717
*Faith Birnberg v. Wyeth, et al.*, C.A. No. 8:04-718
*Barbara Kasser v. Wyeth, et al.*, C.A. No. 8:04-720
*Freda Hunt v. Wyeth, et al.*, C.A. No. 8:04-728
*Dora Stewart v. Wyeth, et al.*, C.A. No. 8:04-729
*Katalin Pecora v. Wyeth, et al.*, C.A. No. 8:04-735
*Tracey Jenkins v. Wyeth, et al.*, C.A. No. 8:04-770
*John Eldridge v. Wyeth, et al.*, C.A. No. 8:04-771
*Cynthia J. Smith v. Wyeth, et al.*, C.A. No. 8:04-772
*Bernet Spanolios v. Wyeth, et al.*, C.A. No. 8:04-773
*Pam Stumpfernagel Jacobs v. Wyeth, et al.*, C.A. No. 8:04-774
*Catherine Ermann v. Wyeth, et al.*, C.A. No. 8:04-775
*Jacqueline Lancaster v. Wyeth, et al.*, C.A. No. 8:04-776
*Beverly Griffin v. Wyeth, et al.*, C.A. No. 8:04-777
*Judith Leriger v. Wyeth, et al.*, C.A. No. 8:04-778
*Marie Conroy v. Wyeth, et al.*, C.A. No. 8:04-779
*Kimberly Nichols-Stine v. Wyeth, et al.*, C.A. No. 8:04-780
*Angela Boylan v. Wyeth, et al.*, C.A. No. 8:04-781
*Maria Kavouklis v. Wyeth, et al.*, C.A. No. 8:04-782
*Leslie Ziegler v. Wyeth, et al.*, C.A. No. 8:04-783
*Darlene Johnson v. Wyeth, et al.*, C.A. No. 8:04-784
*Georgia Sasser v. Wyeth, et al.*, C.A. No. 8:04-785
*Carrie Basile v. Wyeth, et al.*, C.A. No. 8:04-786
*Carol Mannering v. Wyeth, et al.*, C.A. No. 8:04-787
*Brenda Waldron v. Wyeth, et al.*, C.A. No. 8:04-788
*Majorie Benson v. Wyeth, et* al., C.A. No. 8:04-789
*Mary A. Scandrett-Perry v. Wyeth, et al.*, C.A. No. 8:04-815
*Janet Sisler v. Wyeth, et al.*, C.A. No. 8:04-855
*Paula Prudente v. Wyeth, et al.*, C.A. No. 8:04-856
*Betty Lou Tompkins v. Wyeth, et* al., C.A. No. 8:04-857

- 5 -

**MDL-1203 Attachment A (Continued)**

<u>Middle District of Florida</u> (Continued)

*John Armes v. Wyeth, et al.*, C.A. No. 8:04-858
*Nilda Rios v. Wyeth, et al.*, C.A. No. 8:04-859
*Charlette Hindman v. Wyeth, et al.*, C.A. No. 8:04-860
*Connie Whitmire v. Wyeth, et al.*, C.A. No. 8:04-861
*David Dinsbier v. Wyeth, et al.*, C.A. No. 8:04-862
*Marilyn Richardson v. Wyeth, et al.*, C.A. No. 8:04-863
*Christy Richards v. Wyeth, et al.*, C.A. No. 8:04-868
*Jalaine Poirier v. Wyeth, et al.*, C.A. No. 8:04-869
*Kit Baston v. Wyeth, et al.*, C.A. No. 8:04-870
*Marcia Young-Smith v. Wyeth, et al.*, C.A. No. 8:04-871
*Jeanne Weeks v. Wyeth, et al.*, C.A. No. 8:04-873
*Michael Screeton v. Wyeth, et al.*, C.A. No. 8:04-875
*Angeliki Kyriakopoulos v. Wyeth, et al.*, C.A. No. 8:04-877
*Alice Gajewski v. Wyeth, et al.*, C.A. No. 8:04-879
*Dorothea Casaletto v. Wyeth, et al.*, C.A. No. 8:04-880
*Judith Capille v. Wyeth, et al.*, C.A. No. 8:04-927
*Louis Sinatra v. Wyeth, et al.*, C.A. No. 8:04-929
*Jenifer Coticchio v. Wyeth, et al.*, C.A. No. 8:04-941
*Garnet Boomer v. Wyeth, et al.*, C.A. No. 8:04-942
*Marcia Peterson v. Wyeth, et al.*, C.A. No. 8:04-943
*Pam Fig v. Wyeth, et al.*, C.A. No. 8:04-944
*Faith Epp v. Wyeth, et al.*, C.A. No. 8:04-963
*Judy Templeton v. Wyeth, et al.*, C.A. No. 8:04-964
*Starr McCleary v. Wyeth, et al.*, C.A. No. 8:04-965
*Doreen Stone v. Wyeth, et al.*, C.A. No. 8:04-967
*Althia Harper v. Wyeth, et al.*, C.A. No. 8:04-974
*Kathy McLaughlin v. Wyeth, et al.*, C.A. No. 8:04-975
*Marcella Wilson v. Wyeth, et al.*, C.A. No. 8:04-990
*Tanya Atkinson v. Wyeth, et al.*, C.A. No. 8:04-1017
*Regina Rich v. Wyeth, et al.*, C.A. No. 8:04-1018
*Cynthia Phillips v. Wyeth, et al.*, C.A. No. 8:04-1019
*Matilda Kuert v. Wyeth, et al.*, C.A. No. 8:04-1021
*Claire Homsi v. Wyeth, et al.*, C.A. No. 8:04-1022
*Dymple Royals v. Wyeth, et al.*, C.A. No. 8:04-1023
*Carla Lockwood v. Wyeth, et al.*, C.A. No. 8:04-1024
*Betty Penoyer v. Wyeth, et al.*, C.A. No. 8:04-1026
*Michael Cannon v. Wyeth, et al.*, C.A. No. 8:04-1027
*Joyce Mansell v. Wyeth, et al.*, C.A. No. 8:04-1028
*June Hansen v. Wyeth, et al.*, C.A. No. 8:04-1029
*Beverly Bragg v. Wyeth, et al.*, C.A. No. 8:04-1030
*Sandra Smith-Hause v. Wyeth, et al.*, C.A. No. 8:04-1031
*Catherine Mignault v. Wyeth, et al.*, C.A. No. 8:04-1032

- 6 -

**MDL-1203 Attachment A (Continued)**

<u>Middle District of Florida</u> (Continued)

*Ann Montgomery v. Wyeth, et al.*, C.A. No. 8:04-1051
*Susan Ouellette v. Wyeth, et al.*, C.A. No. 8:04-1052
*Patricia J. Feeley v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 8:04-1066
*Ruth Flanders v. Wyeth, et al.*, C.A. No. 8:04-1067
*Sandra Gibbs v. Wyeth, et al.*, C.A. No. 8:04-1068
*Elaine Holmes v. Wyeth, et al.*, C.A. No. 8:04-1081
*Alice Tubesing v. Wyeth, et al.*, C.A. No. 8:04-1082
*Vanessa McNish v. Wyeth, et al.*, C.A. No. 8:04-1083
*Maggielene Ellis v. Wyeth, et al.*, C.A. No. 8:04-1129
*Joan B. Kuka v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 8:04-1131
*Susan S. Morera v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 8:04-1133
*Diane M. Edwards v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 8:04-1134
*Sheryl Bryant v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 8:04-1135
*Karen Rossen v. Wyeth, et* al., C.A. No. 8:04-1159
*Sandy Ruggiero v. Wyeth, et* al., C.A. No. 8:04-1182
*Dawn Ripley v. Wyeth, et al.*, C.A. No. 8:04-1183

<u>Northern District of Florida</u>

*Sherrilee H. Lewis v. Wyeth, et al.*, C.A. No. 3:04-81
*Barbara Petty v. Wyeth, et al.*, C.A. No. 3:04-82
*Earlie J. Fowler, et al. v. Wyeth, et al.*, C.A. No. 3:04-83

<u>Northern District of Georgia</u>

*Stephanie Roane, et al. v. American Home Products Corp., et al.*, C.A. No. 1:04-779

<u>Eastern District of Kentucky</u>

*June Collett v. Wyeth, et al.*, C.A. No. 6:03-526

<u>Middle District of Louisiana</u>

*Brunetta Adams v. Wyeth, et al.*, C.A. No. 3:04-255

<u>District of Nebraska</u>

*Jacqueline Buss v. Wyeth, Inc., et al.*, C.A. No. 8:04-225

**MDL-1203 Attachment A (Continued)**

<u>Western District of Tennessee</u>

*Dorothy Armstrong v. Wyeth, Inc., et al.*, C.A. No. 1:04-1072
*Donnie Newble v. Wyeth, Inc., et al.*, C.A. No. 1:04-1073
*Margaret Haglund, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-2169
*Mary Jennings, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-2170
*Twila Hooverson v. Wyeth, Inc., et al.*, C.A. No. 2:04-2172
*Patricia Turner v. Wyeth, et al.*, C.A. No. 2:04-2214
*Susan McLemore, et al. v. Wyeth, et al.*, C.A. No. 2:04-2215
*Joe Rainey, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-2216
*Mary Benson v. Wyeth, Inc., et al.*, C.A. No. 2:04-2217
*Doris Buckner v. Wyeth, Inc., et al.*, C.A. No. 2:04-2227
*Janice Brown, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-2228
*Mary Holmes, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-2229
*Bonnie Oliver v. Wyeth, Inc., et al.*, C.A. No. 2:04-2232
*Lillian Barham v. Wyeth, Inc., et al.*, C.A. No. 2:04-2233
*William Patrick, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-2247
*O. Renee McCord, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-2248
*Rhonda Fowler v. Wyeth, Inc., et al.*, C.A. No. 2:04-2249

<u>Eastern District of Texas</u>

*James Collard v. Wyeth, et al.*, C.A. No. 1:04-195
*Suzanne Combs v. Wyeth, et al.*, C.A. No. 1:04-196
*Rebecca McCarty v. Wyeth, Inc., et al.*, C.A. No. 6:04-78

<u>Southern District of Texas</u>

*Tery J. Enderle v. Wyeth, et al.*, C.A. No. 4:04-1130
*Terri L. Garza v. Wyeth, et al.*, C.A. No. 4:04-1500
*Karina J. Metsers v. Wyeth, et al.*, C.A. No. 4:04-1501
*Mary B. Flores, et al. v. Wyeth, et al.*, C.A. No. 6:04-34

<u>District of Utah</u>

*Gladys K. Bell, et al. v. Wyeth*, C.A. No. 2:04-283

<u>Northern District of West Virginia</u>

*Kenneth Mitchell v. Wyeth, et al.*, C.A. No. 5:03-120
*Gloria Riggs v. Wyeth, et al.*, C.A. No. 5:03-121
*Shelia Sergent v. Wyeth, et al.*, C.A. No. 5:03-122
*Juanita White v. Wyeth, et al.*, C.A. No. 5:03-123
*Cathy Jo Allen v. Wyeth, et al.*, C.A. No. 5:03-124

- 8 -

**MDL-1203 Attachment A (Continued)**

<u>Northern District of West Virginia</u> (Continued)

*Flora Anderson v. Wyeth, et al.*, C.A. No. 5:03-125
*Dorothy Bertrand v. Wyeth, et al.*, C.A. No. 5:03-126
*Rebecca Byerly v. Wyeth, et al.*, C.A. No. 5:03-127
*Cheryl Dougherty v. Wyeth, et al.*, C.A. No. 5:03-128
*Lauren Golemon v. Wyeth, et al.*, C.A. No. 5:03-129
*Sharon Kae Hall v. Wyeth, et al.*, C.A. No. 5:03-130
*Cynthia Ignatius v. Wyeth, et al.*, C.A. No. 5:03-131
*Mary Jackson v. Wyeth, et al.*, C.A. No. 5:03-132
*Lucille Johnson v. Wyeth, et al.*, C.A. No. 5:03-133
*Vickey Kelley v. Wyeth, et al.*, C.A. No. 5:03-134
*Dortha Klepper v. Wyeth, et al.*, C.A. No. 5:03-135
*Pauline Kwang v. Wyeth, et al.*, C.A. No. 5:03-136
*Doreenie Lewis v. Wyeth, et al.*, C.A. No. 5:03-137
*John Love v. Wyeth, et al.*, C.A. No. 5:03-138
*Regina Mathis v. Wyeth, et al.*, C.A. No. 5:03-139
*Bessie McGuire v. Wyeth, et al.*, C.A. No. 5:03-140
*Barbara Millon v. Wyeth, et al.*, C.A. No. 5:03-141
*Richard Pariseau v. Wyeth, et al.*, C.A. No. 5:03-142
*Reneca Perez v. Wyeth, et al.*, C.A. No. 5:03-143
*Laura Stevens v. Wyeth, et al.*, C.A. No. 5:03-144
*Irene Tatom v. Wyeth, et al.*, C.A. No. 5:03-145
*Becky Thomas v. Wyeth, et al.*, C.A. No. 5:03-146
*Anna Trevino v. Wyeth, et al.*, C.A. No. 5:03-147
*Jimmy Umfleet v. Wyeth, et al.*, C.A. No. 5:03-148
*Eva Watkins v. Wyeth, et al.*, C.A. No. 5:03-149
*Ricky L. Williams v. Wyeth, et al.*, C.A. No. 5:03-150
*Sharon Yilmaz v. Wyeth, et al.*, C.A. No. 5:03-167
*Charles Miller v. Wyeth, et al.*, C.A. No. 5:03-168
*Josie Withers v. Wyeth, et al.*, C.A. No. 5:03-169
*David Bryan Fultz v. Wyeth, et al.*, C.A. No. 5:03-170
*Shirley Meadows v. Wyeth, et al.*, C.A. No. 5:03-171
*Anita Webb v. Wyeth, et al.*, C.A. No. 5:03-172
*Edwina Donley v. Wyeth, et al.*, C.A. No. 5:03-173
*Betty McKernan v. Wyeth, et al.*, C.A. No. 5:03-174
*Jeanine Vuono-O'Toole v. Wyeth, et al.*, C.A. No. 5:03-175
*Diane Weems v. Wyeth, et al.*, C.A. No. 5:03-176
*Terrilyn Moton v. Wyeth, et al.*, C.A. No. 5:03-177
*Rimonda Miara v. Wyeth, et al.*, C.A. No. 5:03-178
*Dan Kramer v. Wyeth, et al.*, C.A. No. 5:03-179
*Nancy Colella v. Wyeth, et al.*, C.A. No. 5:03-180
*Marsha Washington-Lomack v. Wyeth, et al.*, C.A. No. 5:03-181
*Arlette Howard v. Wyeth, et al.*, C.A. No. 5:03-182

**MDL-1203 Attachment A (Continued)**

<u>Northern District of West Virginia</u> (Continued)

*Cindy Brooks v. Wyeth, et al.*, C.A. No. 5:03-183
*Virginia A. Smith v. Wyeth, et al.*, C.A. No. 5:03-184
*Bobbie Hartpence v. Wyeth, et* al., C.A. No. 5:03-185
*Laura Wiggins v. Wyeth, et* al., C.A. No. 5:03-186
*Gina Tucker v. Wyeth, et al.*, C.A. No. 5:03-187
*Joe Plentie v. Wyeth, et al.*, C.A. No. 5:03-188
*Sharon Pollard v. Wyeth, et al.*, C.A. No. 5:03-189
*Catherine Noonan v. Wyeth, et al.*, C.A. No. 5:03-190
*Carla Poff-Spears v. Wyeth, et al.*, C.A. No. 5:03-191
*Virginia Breenden v. Wyeth, et al.*, C.A. No. 5:03-192
*Darlene Parker v. Wyeth, et al.*, C.A. No. 5:03-193
*Melissa Neal v. Wyeth, et al.*, C.A. No. 5:03-194
*Kimberly Price v. Wyeth, et al.*, C.A. No. 5:03-195
*Faith Adams v. Wyeth, et al.*, C.A. No. 5:03-196
*Gale Beal v. Wyeth, et al.*, C.A. No. 5:03-197
*Mary Clark v. Wyeth, et al.*, C.A. No. 5:03-198
*Joanette Clipson v. Wyeth, et al.*, C.A. No. 5:03-199
*Sherri Cortes v. Wyeth, et al.*, C.A. No. 5:03-200
*Annette Cole v. Wyeth, et al.*, C.A. No. 5:03-201
*Silva Zermeno v. Wyeth, et al.*, C.A. No. 5:03-202
*Deborah Bynum v. Wyeth, et al.*, C.A. No. 5:03-203
*Bette Hamori v. Wyeth, et al.*, C.A. No. 5:03-204
*Helen Harper v. Wyeth, et al.*, C.A. No. 5:03-205
*Joanne Gilk v. Wyeth, et al.*, C.A. No. 5:03-206
*Christian Curry v. Wyeth, et al.*, C.A. No. 5:03-207
*Betty Ford v. Wyeth, et al.*, C.A. No. 5:03-208
*Mary Elliott v. Wyeth, et al.*, C.A. No. 5:03-209
*Garfield Bowen v. Wyeth, et al.*, C.A. No. 5:03-210
*Brenda Flowers v. Wyeth, et* al., C.A. No. 5:03-211
*Joy Daniels v. Wyeth, et al.*, C.A. No. 5:03-212
*Eva Franks v. Wyeth, et al.*, C.A. No. 5:03-213
*Rita Hennington v. Wyeth, et al.*, C.A. No. 5:03-214
*Nicolette Allred v. Wyeth, et al.*, C.A. No. 5:03-215
*Anita Balan v. Wyeth, et al.*, C.A. No. 5:03-216
*Helen Youens v. Wyeth, et al.*, C.A. No. 5:03-217
*Ivory Shotwell v. Wyeth, et al.*, C.A. No. 5:03-218
*Marybess Salvaggio v. Wyeth, et al.*, C.A. No. 5:03-219
*Jennifer Rogers v. Wyeth, et al.*, C.A. No. 5:03-220
*Linda Rillema v. Wyeth, et al.*, C.A. No. 5:03-221

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION


All oral argument is governed by the provisions of Rule 16.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (effective April 2, 2001).  Rule 16.1(g) allows a maximum of twenty minutes for oral argument in each matter.  In most cases, however, less time is necessary for the expression of all views and the Panel reserves the prerogative of reducing the time requested by counsel.  Accordingly, counsel should be careful not to overstate the time requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria.  See generally In re "East of the Rockies" Concrete Pipe Antitrust Cases, 302 F. Supp. 244, 255-56 (J.P.M.L. 1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:    HEARING SESSIONS AND ORAL ARGUMENT

(a)      Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)      Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard.  Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)      No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
        (i)    the dispositive issue(s) have been authoritatively decided; or
        (ii)   the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)      In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised.  If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules.  Failure to do so shall be deemed a waiver of oral argument by that party.  If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)      Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)      Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)      Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter.  The time shall be divided equally among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.

- 2 -

      (h)      So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

      (i)      After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.