

AUG 2 6 2004 A CC



FILED
SOUTHEAN DISTRICT CLERK'S OFFICE
FILED
FEB - 9 2004
J.T. NOBLIN, CLERK
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

## MINUTE ENTRY ORDER

Docket No.: 1:03cv845GRo        Date: 2/5/2004
Short Title: Jones, *et al.* v. A.O. Smith, *et al.*
Judge: Gex

### Type Activity

Pretrial Motion __X__     *In Limine* Motion __     Post Trial Motion __

### Action Taken

**Motion**: *Ore Tenus* __     Written __
**By**: Plaintiff __     Defendant __     Court, *sua sponte* __X__

RULING: [64-1] Plaintiff's motion to remand is hereby granted as unopposed pursuant to the Uniform Local Rule 7.2(C)(2). This matter shall be immediately remanded to the Circuit Court of Jasper County, First Judicial District.

The Clerk of Court is hereby directed to forward a certified copy of this Minute Entry Order, together with the court record, to the Circuit Court of Jasper County, First Judicial District.

Opinion to follow: No __X__     Yes __
Order/Judgment to follow: No __X__     Yes __
By: Plaintiff __     Defendant __     Court __

SO ORDERED, this the 5th day of February, 2004.

MDL- *875*
RECOMMENDED ACTION     UNITED STATES DISTRICT JUDGE

*Vacate CTO-232 - one action*
Approved/Date: *MJB 8/25/04*

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

2004 AUG 24 P 4: 55

RECEIVED CLERK'S OFFICE

IMAGED AUG 26 '04     **OFFICIAL FILE COPY**     *88*

PLEADING NO. 4224