

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 6 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Edward H. Jones, et al. v. A.O. Smith Corp., et al.*, S.D. Mississippi, C.A. No. 1:03-845

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Jones*) on March 30, 2004. In the absence of any opposition, the conditional transfer order was finalized with respect to *Jones* on April 15, 2004. The Panel has now been advised, however, that *Jones* was remanded to the Circuit Court of Jasper County, Mississippi, by the Honorable Walter J. Gex III in an order filed on February 9, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-232" filed on March 30, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY
IMAGED AUG 26 '04