

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-235)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 78,285 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_Michael J. Beck_
Michael J. Beck
Clerk of the Panel

**OFFICIAL FILE COPY** IMAGED AUG 30 '04

## SCHEDULE CTO-235 - TAG ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DISTRICT  DIV. C.A.#**

ALABAMA NORTHERN
   ALN  7  04-1158    Terry Acker v. Micro, et al.

GEORGIA SOUTHERN
   GAS  2  04-76    William Henry Heard v. Garlock Sealing Technologies, LLC, et al.

MICHIGAN EASTERN
   MIE  2  88-71858    Pedro Batine v. G. Stivenson, et al.
   MIE  2  04-71065    John Kerr, etc. v. Adience, Inc., et al.

MINNESOTA
   MN  0  04-2767    David Bloch v. Burlington Northern & Santa Fe Co.
   MN  0  04-2768    Kenneth Pikula v. Burlington Northern & Santa Fe Railway Co.
   MN  0  04-3032    Douglas Heppner v. Soo Line Railroad Co.
   MN  0  04-3034    Raymond R. Castel v. Soo Line Railroad Co.

MISSISSIPPI SOUTHERN
   MSS  1  04-532    Johnnie Jackson, et al. v. ABB Lummus Crest, Inc., et al.
   MSS  1  04-579    Allen Matthews, et al. v. AGCO Corp., et al.

MONTANA
   MT  4  04-34    Walter Hume, et al. v. Burlington Northern & Santa Fe Railroad Co., et al.
   MT  4  04-38    Mary Ecklund, etc. v. Lincoln Electric Co., et al.
   MT  6  04-10    Irving Ball v. International Paper Co., et al.

NORTH CAROLINA MIDDLE
   NCM  1  04-409    Thelma Johnson, etc. v. Anchor Packing Co., et al.

NORTH CAROLINA WESTERN
   NCW  1  04-84    William Grady Davis, Sr., et al. v. Anchor Packing Co., et al.
   NCW  1  04-114    Norma Jean Cloer Yount, etc. v. Aqua-Chem, Inc., et al.
   NCW  5  04-47    Silas David Benfield, et al. v. Daniel International Corp., et al.

NORTH DAKOTA
   ND  1  04-71    Alice Ereth, etc. v. Gatke Corp., et al.

NEBRASKA
   NE  8  04-241    Gonzalo Mendoza v. Burlington Northern Santa Fe Railway Co.
   NE  8  04-242    Velmont Quinn v. Burlington Northern & Santa Fe Railway Co.
   NE  8  04-243    Clifford Cieminski v. Burlington Northern & Santa Fe Railway Co.

NEW YORK EASTERN
   NYE  1  03-3190    Patricia Pearson, etc. v. A.W. Chesterton Co., Inc., et al.
   NYE  1  04-108    Jerry Dale Willis, et al. v. A.W. Chesterton Co., et al.
   NYE  1  04-1523    Frank Westfall, etc. v. A.W. Chesterton Co., et al.
   NYE  1  04-1524    J.W. Johnson, et al. v. A.W. Chesterton Co., et al.
   NYE  1  04-1806    Rodney L. Oliver, et al. v. A.W. Chesterton Co., et al.
   NYE  1  04-1949    Charles Lee Newman, et al. v. A.W. Chesterton Co., et al.
   NYE  1  04-1950    Gladys Jacques, etc. v. A.W. Chesterton Co., et al.
   NYE  1  04-2013    Barbara Del Gallo, etc. v. A.W. Chesterton Co., et al.

SCHEDULE OF TAG-ALONG ACTIONS FOR CTO-235 MDL-875     PAGE 2 OF 4

**DISTRICT DIV. C.A.#**

NEW YORK SOUTHERN
   NYS   1   04-2696     Willard E. Bartel, et al. v. United States Lines, Inc. Reorganization Trust
   NYS   1   04-4021     Lanny R. Broadbent, et al. v. A.O. Smith Water Products Co., et al.

RHODE ISLAND
   RI   1   02-386     James Henderson, et al. v. A.P. Green Industries, Inc., et al.

SOUTH CAROLINA
   SC   0   04-1240     Mamie G. Lewis, etc. v. Aqua-Chem, Inc., et al.
   SC   2   04-932     Herbert K. Christian, et al. v. Owens-Illinois, Inc., et al.
   SC   2   04-1298     William Russell, et al. v. Aventis Cropscience USA., Inc., et al.
   SC   2   04-1449     Pomua J. Dickerson v. Aventis Cropscience USA, Inc., et al.
   SC   2   04-1608     Floyd C. Clubb, Jr., et al. v. Georgia-Pacific Co., et al.
   SC   2   04-1935     Ralph Smith, et al. v. Aventis Cropscience USA, Inc., et al.
   SC   2   04-1966     Vivian H. Alsbrook, et al. v. Owens Illinois, Inc., et al.

TEXAS EASTERN
   TXE   2   03-328     Andrew Belgard, et al. v. Union Pacific Railroad Co.

TEXAS NORTHERN
   TXN   4   04-464     Arthur Griswold v. 3m Co., et al.
   TXN   4   04-485     Thomas Dixon v. 3m Co., et al.
   TXN   4   04-486     Allan Niehaus v. 3m Co., et al.
   TXN   4   04-487     Johan Benninger v. 3m Co., et al.
   TXN   4   04-488     Osmo Maki v. 3m Co., et al.
   TXN   4   04-489     Berthold Stober v. 3m Co., et al.
   TXN   4   04-490     John Thrumble v. 3m Co., et al.
   TXN   4   04-491     Jack Wiebe v. 3m Co., et al.
   TXN   4   04-492     Robert Vaughan v. 3m Co., et al.

VIRGINIA EASTERN
   VAE   2   04-7829     James L. Fortune v. American Standard, et al.
   VAE   2   04-7830     Sullivan Alger v. American Standard, et al.
   VAE   2   04-7831     Roland H. Ames v. American Standard, et al.
   VAE   2   04-7832     James J. Baker v. American Standard, et al.
   VAE   2   04-7833     William E. Baldwin v. American Standard, et al.
   VAE   2   04-7834     Henry S. Black v. American Standard, et al.
   VAE   2   04-7835     Marcus O. Boyce v. American Standard, et al.
   VAE   2   04-7836     Rudy Bryan v. American Standard, et al.
   VAE   2   04-7837     Aurelio R. Chavez v. American Standard, et al.
   VAE   2   04-7838     Nolbert V. Chavez v. American Standard, et al.
   VAE   2   04-7839     Edwin H. Drath v. American Standard, et al.
   VAE   2   04-7840     Antonio H. Duarte v. American Standard, et al.
   VAE   2   04-7841     Floyd L. Forrest v. American Standard, et al.
   VAE   2   04-7842     Joseph L. Garcia v. Amrican Standard, et al.
   VAE   2   04-7843     Mark W. Gordon v. American Standard, et al.
   VAE   2   04-7844     Kenneth R. Hardesty v. American Standard, et al.
   VAE   2   04-7845     James T. Hargiss v. American Standard, et al.
   VAE   2   04-7846     Victor W. Harrison v. American Standard, et al.
   VAE   2   04-7847     Stanley O. Hartman v. American Standard, et al.
   VAE   2   04-7848     James V. Hellane v. American Standard, et al.
   VAE   2   04-7849     James L. Henderson v. American Standard, et al.
   VAE   2   04-7850     Leonard U. Higdon v. American Standard, et al.
   VAE   2   04-7851     Jerry Lee Hill v. American Standard, et al.
   VAE   2   04-7852     Lloyd Earl Hill v. American Standard, et al.
   VAE   2   04-7853     Robert L. Jackson v. American Standard, et al.
   VAE   2   04-7854     Randel C. Jennings v. American Standard, et al.

**DISTRICT  DIV. C.A.#**

| District | Div. | C.A.# | Case |
|---|---|---|---|
| VAE | 2 | 04-7855 | Edward T. Jonas v. American Standard, et al. |
| VAE | 2 | 04-7856 | George Jump v. American Standard, et al. |
| VAE | 2 | 04-7857 | Glenn C. Land v. American Standard, et al. |
| VAE | 2 | 04-7858 | George A. Lee v. American Standard, et al. |
| VAE | 2 | 04-7859 | Charles Macias v. American Standard, et al. |
| VAE | 2 | 04-7860 | Ignacio Maestas v. American Standard, et al. |
| VAE | 2 | 04-7861 | Jesse G. Ramos v. American Standard, et al. |
| VAE | 2 | 04-7862 | John J. Rhodes v. American Standard, et al. |
| VAE | 2 | 04-7863 | Everette H. Jones v. American Standard, et al. |
| VAE | 2 | 04-7864 | William K. Stacy v. American Standard, et al. |
| VAE | 2 | 04-7865 | Paul Apodaca v. American Standard, et al. |
| VAE | 2 | 04-7866 | Larry Don Black v. American Standard, et al. |
| VAE | 2 | 04-7867 | Robert E. Crick v. American Standard, et al. |
| VAE | 2 | 04-7868 | William F. Denney v. American Standard, et al. |
| VAE | 2 | 04-7869 | Richard E. Hamilton v. American Standard, et al. |
| VAE | 2 | 04-7870 | Clarence E. Kerns v. American Standard, et al. |
| VAE | 2 | 04-7871 | Claude J. Kimmell v. American Standard, et al. |
| VAE | 2 | 04-7872 | John J. Kroboth v. American Standard, et al. |
| VAE | 2 | 04-7873 | Donald D. Lantz v. American Standard, et al. |
| VAE | 2 | 04-7874 | Garland R. Logsdon v. American Standard, et al. |
| VAE | 2 | 04-7875 | Joseph O. Miller v. American Standard, et al. |
| VAE | 2 | 04-7876 | Terry R. Moore v. American Standard, et al. |
| VAE | 2 | 04-7877 | Charles R. Nolot v. American Standard, et al. |
| VAE | 2 | 04-7878 | George O. Sheldon v. American Standard, et al. |
| VAE | 2 | 04-7879 | William D. Underwood v. American Standard, et al. |
| VAE | 2 | 04-7880 | Oscar L. White v. American Standard, et al. |
| VAE | 2 | 04-7881 | Johnnie G. Yates v. American Standard, et al. |
| VAE | 2 | 04-7882 | Wayne R. Yocum v. American Standard, et al. |
| VAE | 2 | 04-7883 | Daniel H. Barden v. American Standard, et al. |
| VAE | 2 | 04-7884 | Richard H. Bloom v. American Standard, et al. |
| VAE | 2 | 04-7885 | Brittenham, Floyd v. American Standard, et al. |
| VAE | 2 | 04-7886 | Bruce L. Burgstiner v. American Standard, et al. |
| VAE | 2 | 04-7887 | Harold G. Christeson v. American Standard, et al. |
| VAE | 2 | 04-7888 | Cook, Benjamin C. v. American Standard, et al. |
| VAE | 2 | 04-7889 | Charles D. Cooper v. American Standard, et al. |
| VAE | 2 | 04-7890 | Harry L. Corriher v. American Standard, et al. |
| VAE | 2 | 04-7891 | Charles L. Gilmore v. American Standard, et al. |
| VAE | 2 | 04-7892 | Howard Goble v. American Standard, et al. |
| VAE | 2 | 04-7893 | William P. Hand v. American Standard, et al. |
| VAE | 2 | 04-7894 | Herbert H. Hessil v. American Standard, et al. |
| VAE | 2 | 04-7895 | James E. Justice v. American Standard, et al. |
| VAE | 2 | 04-7896 | Donald E. O'Leary v. American Standard, et al. |
| VAE | 2 | 04-7897 | Pfeifer, Leonard R. v. American Standard, et al. |
| VAE | 2 | 04-7898 | William H. Reeves v. American Standard, et al. |
| VAE | 2 | 04-7899 | Miguel M. Rodriguez v. American Standard, et al. |
| VAE | 2 | 04-7900 | Heriberto Rojas v. American Standard, et al. |
| VAE | 2 | 04-7901 | Alberto Sisneros v. American Standard, et al. |
| VAE | 2 | 04-7902 | Gilbert F. Vanhook v. American Standard, et al. |
| VAE | 2 | 04-7903 | Maurice Wavra v. American Standard, et al. |
| VAE | 2 | 04-7904 | Bernard A. Wolford v. American Standard, et al. |
| VAE | 2 | 04-7905 | James N. Collins v. American Standard, et al. |
| VAE | 2 | 04-7906 | Jack O. Elwood v. American Standard, et al. |
| VAE | 2 | 04-7907 | E. C. Pagan v. American Standard, et al. |
| VAE | 2 | 04-7908 | Dean W. Strohm v. American Standard, et al. |
| VAE | 2 | 04-7909 | Lawrence E. Wagner v. American Standard, et al. |
| VAE | 2 | 04-7910 | Reuben L. Wahl v. American Standard, et al. |
| VAE | 2 | 04-7911 | Larry E. Webb v. American Standard, et al. |

**DISTRICT  DIV. C.A.#**

| | | | |
|---|---|---|---|
| VAE | 2 | 04-7912 | Herbert H. Weeks v. American Standard, et al. |
| VAE | 2 | 04-7913 | Ronald D. Wessel v. American Standard, et al. |
| VAE | 2 | 04-7914 | Glenn R. Baughman v. American Standard, et al. |
| VAE | 2 | 04-7915 | Clarence E. Brewer v. American Standard, et al. |
| VAE | 2 | 04-7916 | Francis R. Brown v. American Standard, et al. |
| VAE | 2 | 04-7917 | Bob Butler v. American Standard, et al. |
| VAE | 2 | 04-7918 | Ronald D. Butler v. American Standard, et al. |
| VAE | 2 | 04-7919 | David L. Carder v. American Standard, et al. |
| VAE | 2 | 04-7920 | Willie R. Chavez v. American Standard, et al. |
| VAE | 2 | 04-7921 | Rodney H. Dowden v. American Standard, et al. |
| VAE | 2 | 04-7922 | Samuel D. Dunkin v. American Standard, et al. |
| VAE | 2 | 04-7923 | Jerry G. Duty v. American Standard, et al. |
| VAE | 2 | 04-7924 | Donald G. Erlandson v. American Standard, et al. |
| VAE | 2 | 04-7925 | Robert E. Fingar v. American Standard, et al. |
| VAE | 2 | 04-7926 | John T. Fisher v. American Standard, et al. |
| VAE | 2 | 04-7927 | James W. Fitzgerald v. American Standard, et al. |
| VAE | 2 | 04-7928 | William F. Fitzpatrick v. American Standard, et al. |
| VAE | 2 | 04-7929 | Chris T. Frank v. American Standard, et al. |
| VAE | 2 | 04-7930 | Frederick W. Gehrer v. American Standard, et al. |
| VAE | 2 | 04-7931 | John E. Guyer v. American Standard, et al. |
| VAE | 2 | 04-7932 | Billy J. Harris v. American Standard, et al. |
| VAE | 2 | 04-7933 | Roye P. Leckemby v. American Standard, et al. |
| VAE | 2 | 04-7934 | Roland E. Lish v. American Standard, et al. |
| VAE | 2 | 04-7935 | Glenn A. Lloyd v. American Standard, et al. |
| VAE | 2 | 04-7936 | Freddie D. Luzader v. American Standard, et al. |
| VAE | 2 | 04-7937 | Mason L. Madigan v. American Standard, et al. |
| VAE | 2 | 04-7938 | Fermin Maestas v. American Standard, et al. |
| VAE | 2 | 04-7939 | George H. Martzolf v. American Standard, et al. |
| VAE | 2 | 04-7940 | Eulogio A. Perea v. American Standard, et al. |
| VAE | 2 | 04-7941 | Lorel C. Pierson v. American Standard, et al. |
| VAE | 2 | 04-7942 | William C. Baldwin v. American Standard, et al. |
| VAE | 2 | 04-7943 | Oren L. Faren v. American Standard, et al. |
| VAE | 2 | 04-7944 | Jose F. Mesa v. American Standard, et al. |
| VAE | 2 | 04-7945 | Victor G. Petrick v. American Standard, et al. |
| VAE | 2 | 04-7946 | John Henry Wilcox v. American Standard, et al. |
| VAE | 2 | 04-7947 | Harold R. Zamaites v. American Standard, et al. |
| VAE | 2 | 04-7948 | Mike Variano v. American Standard, et al. |
| VAE | 2 | 04-7949 | Lawrence J. Boyd v. American Standard, et al. |
| VAE | 2 | 04-7950 | Paul A. Burman v. American Standard, et al. |
| VAE | 2 | 04-7951 | Joseph R. Campbell v. American Standard, et al. |
| VAE | 2 | 04-7952 | Raymond R. Castel v. American Standard, et al. |
| VAE | 2 | 04-7953 | Donald H. Claseman v. American Standard, et al. |
| VAE | 2 | 04-7954 | Woodrow T. Ingle v. American Standard, et al. |
| VAE | 2 | 04-7955 | Alvin P. Moran v. American Standard, et al. |
| VAE | 2 | 04-7956 | Schultz, Harold Lee v. American Standard, et al. |
| VAE | 2 | 04-7957 | Lloyd J. Streur v. American Standard, et al. |
| VAE | 2 | 04-7958 | James G. Zorbas v. American Standard, et al. |
| VAE | 2 | 04-7959 | William L. Frei v. American Standard, et al. |
| VAE | 2 | 04-7960 | Wilson J. Saunders v. American Standard, et al. |
| VAE | 2 | 04-7961 | Roger L. Larson v. American Standard, et al. |
| VAE | 2 | 04-7962 | Lawrence, John M. v. American Standard, et al. |
| VAE | 2 | 04-7963 | Leo G. Pullar v. American Standard, et al. |
| VAE | 2 | 04-7964 | Johnny S. Sheppard v. American Standard, et al. |
| VAE | 2 | 04-7965 | Arthur A. Winfree v. American Standard, et al. |
| VAE | 2 | 04-7966 | Ray E. Wingate v. American Standard, et al. |
| VAE | 2 | 04-7967 | Richard E. Peters v. American Standard, et al. |

**WASHINGTON WESTERN**

| | | | |
|---|---|---|---|
| WAW | 2 | 04-1410 | Orville Donald Leach, et al. v. General Electric Co., et al. |