

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

SEP - 1 2004

FILED
CLERK'S OFFICE



| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIAB. LITIG. (NO. VI) | * | MDL No. 875 |
| | * | (Hon. Charles Weiner) |

\* \* \* \* \* \* o0o \* \* \* \* \* \*

| | | |
|---|---|---|
| JOHN B. TODD | * | |
| Plaintiff, | * | Case No. WDQ-04-CV-2393 (Filed in Consolidated Case Nos. |
| -v.- | * | WDQ-04-CV-2393 through -2472) (D. Md.) |
| ACandS, Inc., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* o0o \* \* \* \* \* \*

## MOTION TO TRANSFER AND CONSOLIDATE WITH MDL 875

Defendants, Pfizer Inc. ("Pfizer") and Quigley Company, Inc. ("Quigley"), by

their undersigned counsel and pursuant to 28 U.S.C. §1407 and Rule 7, R.P.J.M.L.,

199 F.R.D. 425 (2001), hereby move the Panel to transfer the above-captioned

consolidated action, presently pending in the United States District Court for the District

of Maryland, to the United States District Court for the Eastern District of Pennsylvania

for coordinated or consolidated pretrial proceedings as part of MDL 875. The grounds

for this motion are stated more fully in the attached Memorandum, which is incorporated

herein by reference as if fully set forth.

A Schedule pursuant to MDL Rule 7.2(A)(ii), and a copy of the Motion for

Enforcement of Settlement Agreement at issue in these cases, are also attached to this

Motion.

**OFFICIAL FILE COPY** IMAGED SEP 1 '04

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 1 2004

FILED
CLERK'S OFFICE

Dated: August 23, 2004

Ronald B. Rubin (Bar No. 00517)
Patrick C. Smith (Bar No. 02054)
Vincent J. Palmiotto (Bar No. 26376)
Michael A. Stodghill (Bar No. 25295)

RUBIN & RUBIN, CHARTERED
502 Washington Ave., Suite 200
Towson, MD 21204
(443) 279-9700
(443) 279-9704 (facsimile)

*Counsel for Defendants,*
*Pfizer Inc. and Quigley Company, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 23, 2004, a copy of the foregoing Motion to

Transfer and Consolidate With MDL 875, and accompanying Memorandum and

Schedule, and all attachments thereto, was mailed first class, postage prepaid, to:

Armand J. Volta, Jr., Esq.
Law Offices of Peter G. Angelos
100 N. Charles St., 22nd Floor
Baltimore, MD 21201

And that a copy of the same was filed electronically on August 23, 2004, with:

Felicia D. Cannon, Clerk
United States District Court
for the District of Maryland (Baltimore)
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD 21201

Michael A. Stodghill

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 1 2004

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIAB. LITIG. (NO. VI) | * |
| | MDL No. 875 |
| | * (Hon. Charles Weiner) |

\*     \*     \*     \*     \*     \*     oOo     \*     \*     \*     \*     \*     \*

| | |
|---|---|
| JOHN B. TODD | * |
| Plaintiff, | * Case No. WDQ-04-CV-2393 |
| | (Filed in Consolidated Case Nos. |
| -v.- | * WDQ-04-CV-2393 through -2472) |
| | (D. Md.) |
| ACandS, Inc., et al., | * |
| Defendants. | * |

\*     \*     \*     \*     \*     \*     oOo     \*     \*     \*     \*     \*     \*

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 23, 2004, a copy of Defendants' Motion to

Transfer and Consolidate With MDL 875, accompanying Memorandum and Schedule,

and all attachments thereto, was mailed first class, postage prepaid, to:



Armand J. Volta, Jr., Esq.
Law Offices of Peter G. Angelos
100 N. Charles St., 22nd Floor
Baltimore, MD 21201

That a copy of same was filed electronically with:

Felicia D. Cannon, Clerk
United States District Court for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard St.
Baltimore, MD 21201

And that on August 27, 2004, copies were mailed first class, postage prepaid, to the

persons on the attached list of liaison counsel.

Dated: August 27, 2004

Ronald B. Rubin
Patrick C. Smith
Vincent J. Palmiotto
Michael A. Stodghill

RUBIN & RUBIN, CHARTERED
502 Washington Ave., Suite 200
Towson, MD 21204
(443) 279-9700
(443) 279-9704 (facsimile)

*Counsel for Defendants,*
*Pfizer Inc. and Quigley Company, Inc.*

**Judicial Panel on Multidistrict Litigation - Liaison Counsel Report**

Docket: 875 - In re Asbestos Products Liability Litigation (No. VI)

Status:  Transferred on 07/29/1991

Transferee District: PAE    Judge: Weiner, Charles R.

| Liaison Counsel<br>Firm/ Address | Phone<br>Fax | Email<br>Notes |
|---|---|---|
| Binzley, Richard C.<br>Thompson Hine, LLP<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | (216) 566-5579<br>(216) 566-5583 | Lead Counsel for Defts. in the Seamen Cases |
| Cass, Edward J.<br>Gallagher, Sharp, Fulton & Norman<br>Bulkley Building<br>7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | (216) 241-5310 | Counsel for the Goodall Defendants. |
| Chud, Adam M.<br>Shea & Gardner<br>1800 Massachusetts Avenue, N.W.<br>Washington, DC 20036 | (202) 828-3005<br>(202) 828-2195 | JPML Service Counsel for Center for Claims Resolution |
| Damico, David A.<br>Burns, White & Hickton<br>Fifth Avenue Place, Suite 2400<br>120 Fifth Avenue<br>Pittsburgh, PA 15222 | (412) 394-2500 | Fela Deft. |
| Forceno, Raymond P.<br>Forceno & Hannon<br>111 S. Independence Mall East<br>Suite 1000<br>The Bourse<br>Philadelphia, PA 19106-2574 | (215) 732-1630 | Fela Pltfs. |
| Furman, Ellen B.<br>Goldfein & Hosmer<br>1600 Market Street<br>33rd Floor<br>Philadelphia, PA 19103 | (215) 979-8200<br>(215) 979-8201 | National Counsel |
| Hausen, Susan M.<br>Brownson & Ballou<br>4800 U.S. Bank Place<br>601 Second Avenue, South<br>Minneapolis, MN 55402 | (612) 332-4020 | National Counsel |
| Kramer, Reginald S.<br>Oldham & Dowling<br>195 South Main Street<br>Suite 300<br>Akron, OH 44308-1314 | (330) 761-6357 | National Counsel |
| Landis, David C.<br>Hunton & Williams<br>Riverfront Plaza<br>East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | (804) 788-8200<br>(804) 777-8218 | Peripheral Deft. |
| Locks, Gene<br>Greitzer & Locks<br>1500 Walnut Street<br>Philadelphia, PA 19102 | (215) 893-0100 | Pltfs. Liaison Counsel |

09/01/04  11:10 FAX 3016109716          RUBIN & RUBIN CHTD          @005
AUG. 27. 2004  10: CASE MDL No. 875   Document 4227   Filed 09/01/04   Page 6 of 38   P. 2
(MDL 875 Liaison Counsel ... Listing Only)

Page 2

| Liaison Counsel<br>Firm/ Address | Phone<br>Fax | Email<br>Notes |
|---|---|---|
| **Motley, Ronald L.**<br>Motley, Rice, LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464 | (843) 216-9147<br>(843) 216-9539 | Plrfs. Liaison Counsel |
| **Repcheck, John J.**<br>Marks, O'Neill, O'Brien & Courtney<br>3200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | (412) 391-617 | Peripheral Deft. |
| **Roven, John D.**<br>Roven, Kaplan & Wells<br>2190 North Loop West<br>Suite 410<br>Houston, TX 77018 | (713) 465-8522<br>(713) 465-3658 | Fela plrfs. |
| **Schuster, Richard D.**<br>Vorys, Sater, Seymour & Pease, LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216 | (614) 464-6438 | National Coordinating Counsel for BFGoodrich Co. |
| **Selman, Neil**<br>Selman, Breitman & Burgess<br>11766 Wilshire Boulevard<br>Sixth Floor<br>Los Angeles, CA 90025 | | National Counsel |
| **Spinelli, Robert N.**<br>Kelley, Jasons, McGuire & Spinelli, L.L.P.<br>Centre Square West<br>15th Floor<br>Philadelphia, PA 19102 | (215) 854-0658<br>(215) 854-8434 | Defts. Liaison Counsel |
| **Swickle, Robert E.**<br>Jaques Admiralty Law Firm, P.C.<br>1570 Penobscot Building<br>The Maritime Asbestosis Legal Clinic<br>Detroit, MI 48226 | (800) 492-3849 | National Counsel |
| **Trevelise, Andrew J.**<br>Reed Smith LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 | (215) 851-8250 | Defts. Liaison Counsel |
| **Weston, II, James K.**<br>Tom Riley Law Firm<br>4040 First Avenue, N.E.<br>P.O. Box 998<br>Cedar Rapids, Ia 52406 | (319) 363-4040 | National counsel for Raymark Industries, Inc. per letter dated 4/16/97 |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

SEP - 1 2004

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIAB. LITIG. (NO. VI) | * <br><br> * | MDL No. 875<br>(Hon. Charles Weiner) |

\*    \*    \*    \*    \*    \*    oOo    \*    \*    \*    \*    \*    \*

| | | |
|---|---|---|
| JOHN B. TODD | * | |
| Plaintiff, | * | Case No. WDQ-04-CV-2393<br>(Filed in Consolidated Case Nos. |
| -v.- | * | WDQ-04-CV-2393 through -2472)<br>(D. Md.) |
| ACandS, Inc., et al., | * | |
| Defendants. | * | |

\*    \*    \*    \*    \*    \*    oOo    \*    \*    \*    \*    \*    \*

## MEMORANDUM IN SUPPORT OF MOTION TO TRANSFER AND CONSOLIDATE WITH MDL 875

### I.    Factual Background

1.    These cases arise from various settlement agreements resolving the various plaintiffs' asbestos personal injury claims against various Defendants that were members of the Center for Claims Resolution, Inc. ("CCR"). Pfizer, Quigley, and various other CCR members duly paid their shares of the settlements, but former CCR members Armstrong World Industries, Inc. ("Armstrong"), GAF Corp. ("GAF"), and Asbestos Claims Management Corporation ("ACMC"), have defaulted on all of their obligations under thousands of settlement agreements negotiated by the CCR nationwide, and thus have failed to pay their shares of the settlements here.

2.    By Motion filed on July 15, 2004 in the Circuit Court for Baltimore City, Maryland (the state court where Plaintiffs' tort actions had been brought), Plaintiffs seek

to recover solely from Pfizer and Quigley, in 79 cases, the entire amount of the
settlements not paid by Armstrong, GAF and/or ACMC, on a theory that Pfizer and
Quigley are jointly and severally liable for the entire amount of the settlements.

3.      On July 26, 2004, Pfizer and Quigley timely removed these cases to the
United States District Court for the District of Maryland by way of 79 separate notices of
removal.  On August 2, 2004, The Honorable William D. Quarles, the District Judge to
whom all the cases were assigned, ordered the cases consolidated into the above-
captioned action, and all papers to be filed in the above-captioned action.[1]

**II.      Argument.**

4.      As part of his responsibilities in managing MDL No. 875, <u>Judge Weiner
has already repeatedly addressed the exact same issue raised in the case at bar</u>, namely,
whether the many thousands of asbestos personal injury settlement agreements negotiated
by the CCR with numerous plaintiffs' counsel across the country on behalf of various
defendants should be construed to create joint or separate liability.

5.      The Panel has already ruled, in the lead case of the 79 cases at issue, that
transfer of this type of "shortfall" action to MDL 875 is appropriate, as transfer "serve[s]
the convenience of the parties and witnesses and promote[s] the just and efficient conduct
of the litigation[,]" and for the reasons previously expressed by the Panel in its original
decision directing the centralization of all pending federal cases not at the trial stage
<u>involv</u>ing allegations of personal injury or wrongful death related to asbestos.[2]

---

[1]      A copy of Judge Quarles' August 2, 2004 Order is attached as **Exhibit 1**.

[2]      See John Todd v. Porter-Hayden Co., et al., (J.P.M.L., Feb. 19, 2002) (copy attached as
**Exhibit 2**), at 1.  Having already ruled that Mr. Todd's case should be transferred to the MDL, the Panel's
Order constitutes judicial estoppel as to Mr. Todd's claim.

6.      The Panel specifically rejected Plaintiff Todd's contention that transfer to

MDL 875 was inappropriate because the case sought to enforce contract rights acquired

in a state court settlement of asbestos personal injury claims, rather than asserting a tort

claim based upon alleged asbestos exposure:

> Regardless of how plaintiffs seek to characterize the nature of their
> complaints, the actions all present the same key issue which is now also
> present in actions in the transferee district: whether asbestos personal
> injury settlement agreements negotiated by the Center for Claims
> Resolution (CCR) create joint or separate liability for defendant
> companies that are CCR members.[3]

7.      The 79 cases at issue here are virtually identical to Todd. The Panel's

previous ruling in Todd makes clear that the dispute in these 79 cases raises issues

concerning the nature of the CCR, the CCR membership agreement, the course of

conduct with the Plaintiffs' counsel, the well-known agency relationship between the

CCR and its member companies, and the sophistication of the Plaintiffs' counsel who

negotiated these settlement agreements – all of which are precisely the kinds of matters

that are properly within Judge Weiner's expertise and jurisdiction.

WHEREFORE, Pfizer and Quigley respectfully move the Panel to transfer the

above-captioned cases to the Eastern District of Pennsylvania as part of MDL 875.[4]

---

[3]      Id. at 2.

[4]      A copy of the operative Motion to Compel Enforcement of Settlement Agreement filed by these
79 Plaintiffs is attached as **Exhibit 3**.

Dated: August 23, 2004

Ronald B. Rubin (Bar No. 00517)
Patrick C. Smith (Bar No. 02054)
Vincent J. Palmiotto (Bar No. 26376)
Michael A. Stodghill (Bar No. 25295)

RUBIN & RUBIN, CHARTERED
502 Washington Ave., Suite 200
Towson, MD 21204
(443) 279-9700
(443) 279-9704 (facsimile)

*Counsel for Defendants,
Pfizer Inc. and Quigley Company, Inc.*

4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 1 2004

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL
## ON MULTI-DISTRICT LITIGATION

|  |  |  |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIAB. LITIG. (NO VI) | ) ) ) ) | MDL 875 (Hon. Charles Weiner) |
| This Document Relates to: | ) ) ) | |
| TODD ET AL., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:04-cv-02393-WDQ |
| AC&S, INC., ET AL., | ) ) | |
| Defendant. | ) ) | |

## RULE 7.2(A)(ii) SCHEDULE ACCOMPANYING
## MOTION OF DEFENDANTS PFIZER INC. AND QUIGLEY COMPANY, INC. TO
## <u>TRANSFER AND CONSOLIDATE WITH MDL 875</u>

The motion requests the transfer of one action, as follows:

| Complete Name of Action | Court in Which Action is Pending | Civil Action No. | Judge Assigned to Action |
|---|---|---|---|
| Carroll Austen, Wilma Ball, Daniel Bankerd, Lewis Barley, Joseph Bartyczak, Charles Bauer, Edward Boyce, Warren Broadnax, Roosevelt Broadway, Leroy Brown, John G. Cappell, Sr., Newman Carter, | U.S. District Court for the District of Maryland (Baltimore) | No. 1:04-cv-02393-WDQ | The Honorable William D. Quarles, Jr. |

| | | | |
|---|---|---|---|
| Gilbert Combs, Henry Copeland, John M. Dandridge, Joseph Dauses, Floyd C. Davis, Melvin R. Doxzon, Theodore Duff, Joseph Fay, Paschal Ferretti, Victor Fiorenza, Jr., Luther L. Ford, Frank Garner, Wilmer T. Garner, Frank Graves, John Gruzs, Percy Hall, Wilbur Hall, Herbert Harper, Ralph Hart, John Harvey, Leroy Hawkins, Adam Heinlein, Floyd N. Hicks, Jr., James Hollis, William Hook, Donn D. Johnson, Henry Kettell, Paul Lavix, Jesse B. Lee, Charles Lockman, James Lord, Wayne Manning, Harold Mattison, Albert McClure, Frederick Metzger, Isaac Mickie, Willard Naylor, Chester N. Notaro, William Pape, Jr., Claude Parker, Joseph Patterson, Michael Petrush, Robert Pickett, Michael Pierorazio, Marvin Randall, Ellis Reed, Dave | | | |

| | | | |
|---|---|---|---|
| Reid, Sr., Herbert Richards, Melvin Russell, Charles Schields, Hans Schroeder, William Scott, Richard Single, Alfred Smith, Meredith Snow, John Stolba, Elijah Swinton, Conese Taylor, Paul Terry, John B. Todd, Robert Williams, David Woods, Robert Wyatt, David Yates, Anthony Zimmerman, John Zingo  v. AcandS, Inc., et al.- Pfizer Inc. and Quigley Company, Inc. | | | |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

SEP - 1 2004

FILED
CLERK'S OFFICE

IN RE ASBESTOS PRODUCTS            *
   LIAB. LITIG. (NO. VI)           
                                   *    MDL No. 875
                                        (Hon. Charles Weiner)

\*    \*    \*    \*    \*    \*    o0o    \*    \*    \*    \*    \*    \*

JOHN B. TODD                       *

        Plaintiff,                 *    Case No. WDQ-04-CV-2393
                                        (Filed in Consolidated Case Nos.
                                   *    WDQ-04-CV-2393 through -2472)
-v.-                                    (D. Md.)

                                   *
ACandS, Inc., et al.,              *

        Defendants.                *

\*    \*    \*    \*    \*    \*    o0o    \*    \*    \*    \*    \*    \*

## NOTICE OF APPEARANCE

Dear Sir or Madam Clerk:

Kindly enter the appearance of the undersigned as counsel for Defendants Pfizer

Inc. and Quigley Company, Inc., pursuant to R.P.J.M.L. 5.2(c) and (d), as the counsel

designated to receive service of all papers in these cases.

Dated: August 23, 2004

Michael A. Stodghill (Bar No. 25295)

RUBIN & RUBIN, CHARTERED
502 Washington Ave., Suite 200
Towson, MD 21204
(443) 279-9700
(443) 279-9704 (facsimile)

*Counsel for Defendants,*
*Pfizer Inc. and Quigley Company, Inc.*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP – 1 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| John B. Todd, | : | Civil Action No. WDQ-04-2393 |
| Carroll Austin, | : | Civil Action No. WDQ-04-2394 |
| Wilma Ball, | : | Civil Action No. WDQ-04-2395 |
| Daniel Bankerd, | : | Civil Action No. WDQ-04-2396 |
| Lewis Barley, | : | Civil Action No. WDQ-04-2397 |
| Joseph Bartyczak, | : | Civil Action No. WDQ-04-2398 |
| Charles Bauer, | : | Civil Action No. WDQ-04-2399 |
| Edward Boyce, | : | Civil Action No. WDQ-04-2400 |
| Warren Broadnax, | : | Civil Action No. WDQ-04-2401 |
| Roosevelt Broadway, | : | Civil Action No. WDQ-04-2402 |
| Leroy Brown, | : | Civil Action No. WDQ-04-2403 |
| John g. Cappell, Sr., | : | Civil Action No. WDQ-04-2404 |
| Newman Carter, | : | Civil Action No. WDQ-04-2405 |
| Gilbert Combs, | : | Civil Action No. WDQ-04-2406 |
| Henry Copeland, | : | Civil Action No. WDQ-04-2407 |
| John M. Dandridge, | : | Civil Action No. WDQ-04-2408 |
| Joseph Dauses, | : | Civil Action No. WDQ-04-2409 |
| Floyd C. Davis, | : | Civil Action No. WDQ-04-2410 |
| Melvin R. Doxzon, | : | Civil Action No. WDQ-04-2411 |
| Theodore Duff, | : | Civil Action No. WDQ-04-2412 |
| Joseph Fay, | : | Civil Action No. WDQ-04-2413 |
| Paschal Ferretti, | : | Civil Action No. WDQ-04-2414 |
| Victor Fiorenza, Jr., | : | Civil Action No. WDQ-04-2415 |
| Luther L. Ford, | : | Civil Action No. WDQ-04-2416 |
| Frank Garner, | : | Civil Action No. WDQ-04-2417 |
| Wilmer T. Garner, | : | Civil Action No. WDQ-04-2418 |
| Frank Graves, | : | Civil Action No. WDQ-04-2419 |
| John Gruzs, | : | Civil Action No. WDQ-04-2420 |
| Percy Hall, | : | Civil Action No. WDQ-04-2421 |
| Wilbur Hall, | : | Civil Action No. WDQ-04-2422 |
| Herbert Harper, | : | Civil Action No. WDQ-04-2423 |
| Ralph Hart, | : | Civil Action No. WDQ-04-2424 |
| John Harvey, | : | Civil Action No. WDQ-04-2425 |
| Leroy Hawkins, | : | Civil Action No. WDQ-04-2426 |
| Adam Heinlein, | : | Civil Action No. WDQ-04-2427 |
| Floyd M. Hicks, Jr., | : | Civil Action No. WDQ-04-2428 |
| James Hollis, | : | Civil Action No. WDQ-04-2429 |
| William Hook, | : | Civil Action No. WDQ-04-2430 |
| Donn D. Johnson, | : | Civil Action No. WDQ-04-2431 |
| Henry Kettell, | : | Civil Action No. WDQ-04-2432 |

EXHIBIT 1

| | | |
|---|---|---|
| Paul Lavix, | : | Civil Action No. WDQ-04-2433 |
| Jesse B. Lee, | : | Civil Action No. WDQ-04-2434 |
| Charles Lockman, | : | Civil Action No. WDQ-04-2435 |
| James Lord, | : | Civil Action No. WDQ-04-2436 |
| Wayne Manning, | : | Civil Action No. WDQ-04-2437 |
| Harold Mattison, | : | Civil Action No. WDQ-04-2438 |
| Albert McClure, | : | Civil Action No. WDQ-04-2439 |
| Frederick Metzger | : | Civil Action No. WDQ-04-2440 |
| Isaac Mickie, | : | Civil Action No. WDQ-04-2441 |
| Willard Naylor, | : | Civil Action No. WDQ-04-2442 |
| Chester N. Notaro, | : | Civil Action No. WDQ-04-2443 |
| William Pape, Jr., | : | Civil Action No. WDQ-04-2444 |
| Claude Parker, | : | Civil Action No. WDQ-04-2445 |
| Joseph Patterson, | : | Civil Action No. WDQ-04-2446 |
| Michael Petrush, | : | Civil Action No. WDQ-04-2447 |
| Robert Pickett, | : | Civil Action No. WDQ-04-2448 |
| Michael Pierorazio, | : | Civil Action No. WDQ-04-2449 |
| Marvin Randall, | : | Civil Action No. WDQ-04-2450 |
| Ellis Reed, | : | Civil Action No. WDQ-04-2451 |
| Dave Reid, Sr., | : | Civil Action No. WDQ-04-2452 |
| Herbert Richards, | : | Civil Action No. WDQ-04-2453 |
| Melvin Russell, | : | Civil Action No. WDQ-04-2454 |
| Charles Schields, | : | Civil Action No. WDQ-04-2455 |
| Hans Schroeder, | : | Civil Action No. WDQ-04-2456 |
| William Scott, | : | Civil Action No. WDQ-04-2457 |
| William J. Scott, | : | Civil Action No. WDQ-04-2458 |
| Richard Single, | : | Civil Action No. WDQ-04-2459 |
| Alfred Smith, | : | Civil Action No. WDQ-04-2460 |
| Meredith Snow, | : | Civil Action No. WDQ-04-2461 |
| John Stolba, | : | Civil Action No. WDQ-04-2462 |
| Elijah Swinton, | : | Civil Action No. WDQ-04-2463 |
| Conese Taylor, | : | Civil Action No. WDQ-04-2464 |
| Paul Terry, | : | Civil Action No. WDQ-04-2465 |
| Robert Williams, | : | Civil Action No. WDQ-04-2466 |
| David Woods, | : | Civil Action No. WDQ-04-2467 |
| Robert Wyatt, | : | Civil Action No. WDQ-04-2468 |
| David Yates, | : | Civil Action No. WDQ-04-2469 |
| Anthony Zimmerman, | : | Civil Action No. WDQ-04-2470 |
| John Zingo, | : | Civil Action No. WDQ-04-2471 |
| Richard Single, | : | Civil Action No. WDQ-04-2472 |

2

vs.                                       :

ACandS, Inc., *et al.,*                   :

o0o

**ORDER**

It is, this 2nd day of ___August___, 2004, hereby **ORDERED** that:

1.        As these cases involve common questions of law and fact, they are consolidated, pursuant to Fed. R. Civ. P. 42(a)[1];

2.        All papers regarding any of these cases shall be filed in Civil Action No. WDQ-04-2393 only.  Any paper which pertains to some, but not all of the cases, should contain a parenthetical reference in the caption to the civil action numbers of the cases to which it pertains;

3.        The provision of L.R. 103.5 (D. Md. 2001) requiring the removing party to file copies of all documents on file with the state court within thirty days of removal is hereby suspended, pending further direction by the Court.


_____/s/_____
William D. Quarles, Jr.
United States District Judge

_____

[1]To the extent that the Clerk has not yet completed opening the individual cases, she is instructed to continue opening them and then consolidate each case with Civil Action No. WDQ-04-2393.

3

FEB 19 08 11:11a

FEB 19 2002  2:34PM  JPML

NO 6512   P. 2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 19 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

## BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, MOREY L. SEAR, BRUCE M. SELYA,* JULIA SMITH GIBBONS, D. LOWELL JENSEN* AND J. FREDERICK MOTZ,* JUDGES OF THE PANEL

*John Todd v. Porter-Hayden Co., et al.*, D. Delaware, C.A. No. 1:01-234
*Clyde Bowman, et al. v. Armstrong World Industries, Inc., et al.*, D. Delaware, C.A. No. 1:01-318
*James C. Turner, et al. v. Anchor Packing Co., et al.*, E.D. Louisiana, C.A. No. 2:01-2767
*Rodney W. Schamerhorn, etc. v. United States Dept. of Army*, W.D. Louisiana, C.A. No. 2:01-914
*Lowell Abbott, Jr., et al. v. Metropolitan Life Insurance Co., et al.*, E.D. Missouri, C.A. No. 4:01-1299
*Cam L. Atkins, et al. v. A.P. Green Services., Inc., et al.*, S.D. West Virginia, C.A. No. 2:01-781

### TRANSFER ORDER

Before the Panel are motions brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in six District of Delaware, Eastern District of Louisiana, Western District of Louisiana, Eastern District of Missouri and Southern District of West Virginia actions. Movants seek to vacate the Panel's orders conditionally transferring the actions to the Eastern District of Pennsylvania for inclusion in the centralized pretrial proceedings occurring there in this docket before Judge Charles R. Weiner.

On the basis of the papers filed and hearing session held, the Panel finds that these six actions involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Pennsylvania, and that transfer of the actions to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings occurring in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. We find that transfer of the actions is appropriate for reasons expressed by the Panel in its original decision in this docket directing centralization of all pending federal court actions not then in trial involving allegations of personal injury or wrongful death caused by asbestos or asbestos containing products. *See In re Asbestos Products Liability Litigation (No. VI)*, 771 F.Supp. 415 (J.P.M.L. 1991). In particular, we note that in the Panel's original decision distinctions based on such matters as the pendency of motions or other matters before the

---

*Judges Selya and Jensen took no part in the decision of this matter with respect to the Eastern District of Louisiana and Eastern District of Missouri actions. Judge Motz also took no part in the decision of this matter with respect to the Eastern District of Louisiana action.

EXHIBIT 2

- 2 -

transferor court,[1] the uniqueness of a party's status, the type of defendant, the docket condition of any specific federal district, the stage of pretrial proceedings, the presence of unique claims or additional claims not relating to asbestos injury or death, and/or the unanimity of opposition to transfer by the parties to an action, were considered and rejected by the Panel as grounds for carving out exceptions to transfer in this extraordinary docket. We are not persuaded to depart from this approach in dealing with the question of transfer of the actions now before the Panel.

Nor are we persuaded by the arguments of the plaintiffs in the District of Delaware and Southern District of West Virginia actions. These parties seek to exclude their three actions from transfer on the ground that the actions do not specifically involve claims of asbestos related injuries but rather simply involve efforts to enforce contractual rights acquired in state court settlements of asbestos personal injury claims. Regardless of how plaintiffs seek to characterize the nature of their complaints, the actions all present the same key issue which is now also present in actions in the transferee district· whether asbestos personal injury settlement agreements negotiated by the Center for Claims Resolution (CCR) create joint or separate liability for defendant companies that are CCR members. Transfer is necessary in order to prevent duplication of pretrial efforts, inconsistent rulings, and waste of the transferee court's experience and expertise. Transfer will also enhance Judge Weiner's continuing efforts to manage the MDL-875 docket regarding such matters as the effect of codefendant defaults on settlement efforts, settlement funding, and proper claim sequencing.

Finally, we note that under Judge Weiner's stewardship, as of February 1, 2002, i) over 71,000 actions have been closed in the transferee district, and ii) over 1100 actions or claims therein have been returned to their originating transferor districts. To any parties that believe the uniqueness of their particular situation renders continued inclusion of their action in MDL-875 unnecessary or inadvisable, we note that whenever the transferee judge deems remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. See Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38. We are confident that Judge Weiner will continue to promptly review arguments for returning transferred actions or claims to their transferor courts and will take all appropriate steps to assure their speedy return whenever he is convinced that retention in the MDL-875 proceedings is no longer needed.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these six actions are transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable

---

[1] Plaintiffs in certain actions have argued that transfer should be denied or deferred in order to permit the resolution of pending motions to remand the actions to state court. There is no need to delay transfer in order to accommodate such an interest. We note that: 1) as a practical matter, there is a lag time of at least three or four months from the filing of an action, its identification as a potential tag-along action, issuance of a conditional transfer order, stay of transfer when a party timely objects to the conditional transfer, briefing on the question of transfer, the Panel hearing session, and the issuance of the Panel's subsequent order; 2) Panel Rule 1.5, R.P.J.P.M.L., 199 F.R.D. at 427, expressly provides that the pendency of a conditional transfer order does not in any way i) suspend orders and pretrial proceedings in the district court in which the action that is the subject of the conditional transfer order is pending, or ii) limit the pretrial jurisdiction of that court; and 3) accordingly, those courts wishing to address such motions have adequate time in which to do so, those courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of 1407 transfer in MDL-875 can continue without any unnecessary interruption or delay.

- 3 -

Charles R. Weiner for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

| | | |
|---|---|---|
| IN RE:  ASBESTOS PERSONAL INJURY AND WRONGFUL DEATH LITIGATION | * | IN THE CIRCUIT COURT |
| | * | FOR BALTIMORE CITY |
| | * | MULTI-CASE FILING |

****************

| | | |
|---|---|---|
| ROBERT BUSCH,  *et al.*, | * | CONSOLIDATED NO. 24X99001237 |
| Plaintiffs, | * | |
| VS | * | JANUARY 11, 2000 TRIAL GROUP |
| ACandS, INC., *et al.*, | * | |
| Defendants. | * | JUDGE ROMBRO |

*************

| | | |
|---|---|---|
| CASES AFFECTED: | * | |
| JOHN B. TODD | * | CASE NO. 24X90264526 |

---

| | | |
|---|---|---|
| JOHN G. CAPPELL, *et al.*, | * | CONSOLIDATED NO. 24X99001243 |
| Plaintiffs, | * | |
| VS | * | JULY 5, 2000 TRIAL GROUP |
| ACandS, INC., *et al.*, | * | |
| Defendants. | * | JUDGE ROMBRO |

*************

| | | |
|---|---|---|
| CASES AFFECTED: | * | |
| JOHN G. CAPPELL, SR. | * | CASE NO. 24X96239507 |
| WILLIAM HOOK | | CASE NO. 24X94364503 |

---

EXHIBIT 3

JOSEPH BARTYCZAK, *et al.*,                    *        CONSOLIDATED NO.  24X99001366

        Plaintiffs,                                  *

VS                                                             *        JULY 26, 2000 TRIAL GROUP

ACandS, INC., *et al.*,                              *

        Defendants.                              *        JUDGE STRAUSBERG
                  **************
<u>CASES AFFECTED:</u>                            *

| | | |
|---|---|---|
| JOSEPH BARTYCZAK | * | CASE NO. 24X97255504 |
| JOSEPH FAY | | CASE NO. 24X97353538 |
| FRANK GARNER | * | CASE NO. 24X95191505 |
| WILLARD NAYLOR | | CASE NO. 24X96075502 |
| MARVIN RANDALL | * | CASE NO. 24X95242515 |
| MEREDITH SNOW | | CASE NO. 24X96296538 |

---

AUBREY ALSTON, *et al.*,                       *        CONSOLIDATED NO.  24X99002561

        Plaintiffs,                                  *

VS                                                             *        JULY 31, 2000 TRIAL GROUP (PT 67)

ACandS, INC., *et al.*,                              *

        Defendants.                              *        JUDGE HELLER
                  **************
<u>CASES AFFECTED:</u>                            *

| | | |
|---|---|---|
| MICHAEL PIERORAZIO | * | CASE NO. 24X87079562 |
| CONESE TAYLOR | | CASE NO. 24X87079532 |
| FLOYD M. HICKS, JR. | * | CASE NO. 24X87079573 |

---

GEORGE ATSIDIS, *et al.*,              *    CONSOLIDATED NO.  24X99002560

        Plaintiffs,                     *

VS                               *    JULY 31, 2000 TRIAL GROUP (PT 68)

ACandS, INC., *et al.*,                *

        Defendants.                   *    JUDGE HELLER

                                    **************

<u>CASES AFFECTED:</u>               *

JOHN M. DANDRIDGE          *    CASE NO. 24X87079543
FLOYD M. HICKS, JR.                CASE NO. 24X87079573

---

MELVIN BARTLETT, *et al.*,          *    CONSOLIDATED NO.  24X99002720

        Plaintiffs,                     *

VS                               *    AUGUST 21, 2000 TRIAL GROUP (PT 71)

ACandS, INC., *et al.*,                *

        Defendants.                   *    JUDGE HELLER

                                      **************

<u>CASES AFFECTED:</u>               *

NEWMAN CARTER              *    CASE NO. 24X87100545

---

GIRDY BETHUNE, *et al.*,           *    CONSOLIDATED NO.  24X99002723

        Plaintiffs,                     *

VS                               *    AUGUST 21, 2000 TRIAL GROUP (PT 73)

ACandS, INC., *et al.*,                *

        Defendants.                   *    JUDGE  HELLER

                                    **************

<u>CASES AFFECTED:</u>                *

HENRY COPELAND             *    CASE NO. 24X87114529

| | | |
|---|---|---|
| TIMOTHY ANDRYSIAK, *et al.*, | * | CONSOLIDATED NO.  24X00000006 |
| Plaintiffs, | * | |
| VS | * | SEPTEMBER 11, 2000 TRIAL GROUP (PT 76) |
| ACandS, INC., *et al.*, | * | |
| Defendants. | * | JUDGE HELLER |

*************
CASES AFFECTED:                           *

| | | |
|---|---|---|
| ANTHONY ZIMMERMAN | * | CASE NO. 24X90346501 |
| JOHN ZINGO | | CASE NO. 24X90346501 |

---

| | | |
|---|---|---|
| ADAM HEINLEIN, *et al.*, | * | CONSOLIDATED NO. 24X99001245 |
| Plaintiffs, | * | |
| VS | * | OCTOBER 2, 2000 TRIAL GROUP |
| ACandS, INC., *et al.*, | * | |
| Defendants. | * | JUDGE ROMBRO |

*************
CASES AFFECTED:                           *

| | | |
|---|---|---|
| THEODORE DUFF | * | CASE NO. 24X99000972 |
| | | CASE NO. 24X90346501 |
| ADAM HEINLEIN | * | CASE NO. 24X97353544 |
| | | CASE NO. 24X90346501 |
| HENRY KETTELL | * | CASE NO. 24X98020507 |
| CHARLES SCHIELDS | | CASE NO. 24X99000416 |

| | | |
|---|---|---|
| GERALD JACQUE, *et al.*, | * | CONSOLIDATED NO. 24X00000010 |
| Plaintiffs, | * | |
| VS | * | OCTOBER 2, 2000 TRIAL GROUP (PT 79) |
| ACandS, INC., *et al.*, | * | |
| Defendants. | * | JUDGE HELLER |

*************

CASES AFFECTED:                    *

MICHAEL PETRUSH                    *    CASE NO. 24X87135589
MELVIN RUSSELL                          CASE NO. 24X87135580
ROBERT WILLIAMS               *    CASE NO. 24X87135585

---

| | | |
|---|---|---|
| EDGAR BARKER, *et al.*, | * | CONSOLIDATED NO.  24X00000012 |
| Plaintiffs, | * | |
| VS | * | OCTOBER 2, 2000 TRIAL GROUP (PT81) |
| ACandS, INC., *et al.*, | * | |
| Defendants. | * | JUDGE HELLER |

*************

CASES AFFECTED:                    *

EDWARD BOYCE                        *    CASE NO. 24X90346501
PASCHAL FERRETTI                        CASE NO. 24X90346501
VICTOR FIORENZA, JR.            *    CASE NO. 24X90346501

---

| | | |
|---|---|---|
| CHARLES BAUER, *et al.*, | * | CONSOLIDATED NO. 24X00000015 |
| Plaintiffs, | * | |
| VS | * | OCTOBER 23, 2000 TRIAL GROUP (PT 83) |
| ACandS, INC., *et al.*, | * | |
| Defendants. | * | JUDGE HELLER |

**************

| | | |
|---|---|---|
| CASES AFFECTED: | * | |
| CHARLES BAUER | * | CASE NO. 24X87135567 |
| DONN D. JOHNSON | | CASE NO. 24X87135584 |
| CHESTER N. NOTARO | * | CASE NO. 24X87135572 |

---

| | | |
|---|---|---|
| HOWARD ALLEN, *et al.*, | * | CONSOLIDATED NO. 24X00000016 |
| Plaintiffs, | * | |
| VS | * | OCTOBER 23, 2000 TRIAL GROUP (PT 84) |
| ACandS, INC., *et al.*, | * | |
| Defendants. | * | JUDGE HELLER |

**************

| | | |
|---|---|---|
| CASES AFFECTED: | * | |
| PAUL LAVIX | * | CASE NO. 24X87142539 |

---

| | | |
|---|---|---|
| BEECHER ARMS, *et al.*, | * | CONSOLIDATED NO.  24X00000017 |
| Plaintiffs, | * | |
| VS | * | OCTOBER 23, 2000 TRIAL GROUP (PT 85) |
| ACandS, INC., *et al.*, | * | |
| Defendants. | * | JUDGE HELLER |

**************

| | | |
|---|---|---|
| CASES AFFECTED: | * | |
| CLAUDE PARKER | * | CASE NO. 24X02000532 |
| | | CASE NO. 24X87154531 |

| | | |
|---|---|---|
| **WILMA BALL,** *et al.,* | * | **CONSOLIDATED NO. 24X99001246** |
|       **Plaintiffs,** | * | |
| **VS** | * | **NOVEMBER 1, 2000 TRIAL GROUP** |
| **ACandS, INC.,** *et al.,* | * | |
|       **Defendants.** | * | **JUDGE ROMBRO** |

*************

**CASES AFFECTED:**                    *

| | | |
|---|---|---|
| **WILMA BALL** | * | **CASE NO. 24X95318502** |
| **WILBUR HALL** | * | **CASE NO. 24X97139549** |
| **JAMES HOLLIS** | | **CASE NO. 24X97187508** |
| **WAYNE MANNING** | * | **CASE NO. 24X91109513** |
| **HANS SCHROEDER** | | **CASE NO. 24X97139537** |

---

| | | |
|---|---|---|
| **WILLIAM FRANZ,** *et al.,* | * | **CONSOLIDATED NO. 24X00000019** |
|       **Plaintiffs,** | * | |
| **VS** | * | **NOVEMBER 13, 2000 TRIAL GROUP** (PT 87) |
| **ACandS, INC.,** *et al.,* | * | |
|       **Defendants.** | * | **JUDGE HELLER** |

*************

**CASES AFFECTED:**                    *

| | | |
|---|---|---|
| **HAROLD MATTISON** | * | **CASE NO. 24X87154537** |
| **ROBERT PICKETT** | | **CASE NO. 24X87154520** |
| **HERBERT RICHARDS** | * | **CASE NO. 24X87163514** |
| **ALFRED SMITH** | | **CASE NO. 24X87154552** |

---

| | | |
|---|---|---|
| JAMES DIXON, *et al.*, | * | CONSOLIDATED NO. 24X00000020 |
| Plaintiffs, | * | |
| VS | * | NOVEMBER 13, 2000 TRIAL GROUP (PT 88) |
| ACandS, INC., *et al.*, | * | |
| Defendants. | * | JUDGE HELLER |

**************

CASES AFFECTED:          *

DAVE REID, SR.          *     CASE NO. 24X90346501

---

| | | |
|---|---|---|
| CHARLES ARMSTEAD, *et al.*, | * | CONSOLIDATED NO. 24X00000021 |
| Plaintiffs, | * | |
| VS | * | NOVEMBER 13, 2000 TRIAL GROUP (PT 89) |
| ACandS, INC., *et al.*, | * | |
| Defendants. | * | JUDGE HELLER |

**************

CASES AFFECTED:          *

| | | |
|---|---|---|
| ROOSEVELT BROADWAY | * | CASE NO. 24X02001429 |
| | | CASE NO. 24X87163525 |
| LUTHER L. FORD | * | CASE NO. 24X87163545 |
| JESSE B. LEE | | CASE NO. 24X87163530 |

---

| | | |
|---|---|---|
| CARROLL AUSTIN, *et al.*, | * | CONSOLIDATED NO.  24X00000022 |
| Plaintiffs, | * | |
| VS | * | NOVEMBER 13, 2000 TRIAL GROUP (PT 90) |
| ACandS, INC., *et al.*, | * | |
| Defendants. | * | JUDGE HELLER |

**************

CASES AFFECTED:          *

| | | |
|---|---|---|
| CARROLL AUSTIN | * | CASE NO. 24X87170529 |
| | | CASE NO. 24X00001260 |
| ELIJAH SWINTON | * | CASE NO. 24X87163516 |

ROBERT DRAGOO, *et al.*,                    *        CONSOLIDATED NO.  24X02000872

      Plaintiffs,                                       *

VS                                                          *        DECEMBER 2, 2000 TRIAL GROUP
                                                                    (PT OO)

ACandS, INC., *et al.*,                          *

      Defendants.                                *        JUDGE ROMBRO
                                                            *************
CASES AFFECTED:                               *

DANIEL BANKERD                               *        CASE NO. 24X89026532
FREDERICK METZGER                                     CASE NO. 24X87181521

---

LAMOYNE BAKER , *et al.*,                    *        CONSOLIDATED NO.  24X00000027

      Plaintiffs,                                       *

VS                                                          *        DECEMBER 4, 2000 TRIAL GROUP
                                                                    (PT 94)

ACandS, INC., *et al.*,                          *

      Defendants.                                *        JUDGE HELLER
                                                            *************
CASES AFFECTED:                               *

WARREN BROADNAX                         *        CASE NO. 24X90346501
GILBERT COMBS                                 *        CASE NO. 24X90346501
PERCY HALL                                        *        CASE NO. 24X90346501
LEROY HAWKINS                               *        CASE NO. 24X90346501
ELLIS REED                                         *        CASE NO. 24X90346501
RICHARD SINGLE                               *        CASE NO. 24X90346501
ROBERT WYATT                                 *        CASE NO. 24X90346501

| | | |
|---|---|---|
| CLIFFORD BOLTON, *et al.*, | * | CONSOLIDATED NO.  24X00000024 |
| Plaintiffs, | * | |
| VS | * | DECEMBER 4, 2000 TRIAL GROUP |
| ACandS, INC., *et al.*, | * | (PT 91) |
| Defendants. | * | JUDGE HELLER |
| | ************** | |
| CASES AFFECTED: | * | |
| JAMES LORD | * | CASE NO. 24X90346501 |

| | | |
|---|---|---|
| TIMOTHY BALLARD, *et al.*, | * | CONSOLIDATED NO.  24X00000030 |
| Plaintiffs, | * | |
| VS | * | DECEMBER 26, 2000 TRIAL GROUP |
| ACandS, INC., *et al.*, | * | (PT 96) |
| Defendants. | * | JUDGE HELLER |
| | ************** | |
| CASES AFFECTED: | * | |
| WILLIAM J. SCOTT | * | CASE NO. 24X90346501 |
| DAVID YATES | | CASE NO. 24X90347502 |

| | | |
|---|---|---|
| JAMES ALLEN, *et al.*, | * | CONSOLIDATED NO.  24X00000031 |
| Plaintiffs, | * | |
| VS | * | DECEMBER 26, 2000 TRIAL GROUP |
| ACandS, INC., *et al.*, | * | (PT 97) |
| Defendants. | * | JUDGE HELLER |
| | ************** | |
| CASES AFFECTED: | * | |
| FLOYD C. DAVIS | * | CASE NO. 24X90346501 |
| MELVIN R. DOXZON | | CASE NO. 24X90346501 |

| | | |
|---|---|---|
| JAMES BILLUPS, *et al.,* | * | CONSOLIDATED NO. 24X00000033 |
| **Plaintiffs,** | * | |
| VS | * | DECEMBER 26, 2000 TRIAL GROUP (PT 99) |
| ACandS, INC., *et al.,* | * | |
| **Defendants.** | * | JUDGE HELLER |

\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>CASES AFFECTED:</u>                           *

| | | |
|---|---|---|
| JOHN HARVEY | * | CASE NO. 24X02000740 |
| | | CASE NO. 24X87181574 |
| DAVID WOODS | * | CASE NO. 24X87173502 |

---

| | | |
|---|---|---|
| THOMAS BAKER,  *et al.,* | * | CONSOLIDATED NO. 24X01000198 |
| **Plaintiffs,** | * | |
| VS | * | NOVEMBER 26, 2001 TRIAL GROUP (PT EE) |
| ACandS, INC., *et al.,* | * | |
| **Defendants.** | * | JUDGE HELLER |

\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>CASES AFFECTED:</u>                           *

| | | |
|---|---|---|
| JOHN STOLBA | * | CASE NO. 24X87154546 |

---

| | | |
|---|---|---|
| PAUL BARBOUR, *et al.,* | * | CONSOLIDATED NO. 24X01000199 |
| **Plaintiffs,** | * | |
| VS | * | DECEMBER 17, 2001 TRIAL GROUP (PT FF) |
| ACandS, INC., *et al.,* | * | |
| **Defendants.** | * | JUDGE HELLER |

\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>CASES AFFECTED:</u>                           *

| | | |
|---|---|---|
| ISAAC MICKIE | * | CASE NO. 24X87058510 |

---

WALTER BROWN, *et al.*,                     *     CONSOLIDATED NO.  24X01000200

    Plaintiffs,                          *

VS                                          *     DECEMBER 17, 2001 TRIAL GROUP
                                                  (PT GG)
ACandS, INC., *et al.*,                     *

    Defendants.                          *     JUDGE HELLER
                                            *************
CASES AFFECTED:                             *

WILMER T. GARNER                            *     CASE NO. 24X90346501

---

ELDRIDGE FRIEND, *et al.*,                  *     CONSOLIDATED NO.  24X02000875

    Plaintiffs,                          *

VS                                          *     OCTOBER 7, 2002 TRIAL GROUP
                                                  (PT KK)
ACandS, INC., *et al.*,                     *

    Defendants.                          *     JUDGE ROMBRO
                                            *************
CASES AFFECTED:                             *

ALBERT MCCLURE                              *     CASE NO. 24X01001286
                                                  CASE NO. 24X87114536

---

EDWARD FAIR,  *et al.*,                     *     CONSOLIDATED NO.   24X02000871

    Plaintiffs,                          *

VS                                          *     JANUARY 13, 2003 TRIAL GROUP
                                                  (PT RR)

ACandS, INC., *et al.*,                     *

    Defendants.                          *     JUDGE ROMBRO
                                            *************
CASES AFFECTED:                             *

JOSEPH DAUSES                               *     CASE NO. 24X01000129
                                                  CASE NO. 24X87079511

LAWRENCE SIEMASKO, *et al.*,                  *   CONSOLIDATED NO.   24X02000874

      Plaintiffs,                                  *

VS                                            *   NOVEMBER 4, 2002 TRIAL GROUP
                                                  (PT NN)
ACandS, INC., *et al.*,                       *

      Defendants.                                 *   JUDGE ROMBRO
                                              **************
CASES AFFECTED:                               *

PAUL TERRY                                    *   CASE NO. 24X01000193
                                                  CASE NO. 24X90346501

---

LEWIS BOENING, *et al.*,                      *   CONSOLIDATED NO. 24X02000866

      Plaintiffs,                                  *

VS                                            *   MARCH 10, 2003 TRIAL GROUP (PT VV)

ACandS, INC., *et al.*,                       *

      Defendants.                                 *   JUDGE ROMBRO
                                              **************
CASES AFFECTED:                               *

LEROY BROWN                                   *   CASE NO. 24X87303549

---

KEMPER LINEBERRY, *et al.*,                   *   CONSOLIDATED NO.  24X02000865

      Plaintiffs,                                  *

VS                                            *   MARCH 10, 2003 TRIAL GROUP (PT UU)

ACandS, INC., *et al.*,                       *

      Defendants.                                 *   JUDGE ROMBRO
                                              **************
CASES AFFECTED:                               *

CHARLES LOCKMAN                                   CASE NO. 24X90346501

RICHARD KENNEDY, *et al.*,              *       CONSOLIDATED NO. 24X02002200

     Plaintiffs,                          *

VS                                      *       AUGUST 18, 2003 TRIAL GROUP (PT 234)

ACandS, INC., *et al.*,                 *

     Defendants.                          *       JUDGE ROMBRO
                          *************

CASES AFFECTED:                         *

RALPH HART                              *       CASE NO. 24X87278535

---

TRANSFER CASES                          *       CASE NO.  24X90347502
ALLEGHENY COUNTY                        *
                          *****************

CASES AFFECTED:                         *
DAVID YATES                             *       CASE NO. 3404

---

TRANSFER OF CASES FROM                  *       CASE NO.  24X90346501
BALTIMORE COUNTY                        *
                          *****************

CASES AFFECTED:                         *
EDWARD BOYCE                            *       CASE NO. 87CG1471/38/141
WARREN BROADNAX                         *       CASE NO. 87CG2378/41/48
GILBERT COMBS                           *       CASE NO. 87CG3011/43/81
FLOYD C. DAVIS                          *       CASE NO. 87CG3034/43/104
MELVIN R. DOXZON                        *       CASE NO. 87CG3700/45/170
THEODORE G. DUFF                        *       CASE NO. 84CG140/1/140
PASCHAL FERRETTI                        *       CASE NO. 87CG1497/38/167
VICTOR FIORENZA, JR.                    *       CASE NO. 87CG1464/38/134
WILMER T. GARNER                        *       CASE NO. 87CG2417/41/87
PERCY HALL                              *       CASE NO. 87CG2360/41/30
LEROY HAWKINS                           *       CASE NO. 87CG2364/41/34
ADAM HEINLEIN                           *       CASE NO. 84CG148/1/148
CHARLES LOCKMAN                         *       CASE NO. 87CG1501/38/171
JAMES LORD                              *       CASE NO. 87CG2479/41/149
WILLIAM PAPE, JR.                       *       CASE NO. 87CG3016/43/86
ELLIS REED                              *       CASE NO. 87CG2383/41/53
DAVE REID, SR.                          *       CASE NO. 87CG2423/41/93
WILLIAM SCOTT                           *       CASE NO. 87CG2959/43/29
RICHARD SINGLE                          *       CASE NO. 87CG2965/43/35
PAUL TERRY                              *       CASE NO. 87CG2425/41/95
ROBERT WYATT                            *       CASE NO. 87CG3005/43/75
ANTHONY ZIMMERMAN                       *       CASE NO. 87CG1440/38/110
JOHN P. ZINGO                           *       CASE NO. 87CG1442/38/112

IN RE: ASBESTOS PERSONAL        *    **IN THE CIRCUIT COURT**
      INJURY AND WRONGFUL
      DEATH LITIGATION            *    **FOR BALTIMORE CITY**

                *****************

**LEWIS BARLEY**             *    **CASE NO. 24X87278733**
**JOHN GRUZS**                     **CASE NO. 24X87100519**
**WILLIAM PAPE, JR.**       *    **CASE NO. 24X02000596**
**HERBERT HARPER**           **CASE NO. 24X87135595**
                           *

      **Plaintiffs**

                           *

**VS.**

                           *

**AC&S, INC., et al.,**

                           *

      **Defendants**

---

IN RE: ASBESTOS PERSONAL        *    **IN THE CIRCUIT COURT**
      INJURY AND WRONGFUL
      DEATH LITIGATION            *    **FOR BALTIMORE CITY**

                *****************

| | | |
|---|---|---|
| **BANKERD, DANIEL J** | * | **CASE NO. 24X89026532** |
| **TODD, JOHN B** | * | **CASE NO. 24X90264526** |
| **MANNING, WAYNE E** | * | **CASE NO. 24X91109513** |
| **HOOK, WILLIAM B** | * | **CASE NO. 24X94364503** |
| **GARNER, FRANK R** | * | **CASE NO. 24X95191505** |
| **RANDALL, MARVIN J** | * | **CASE NO. 24X95242515** |
| **BALL, WILMA K** | * | **CASE NO. 24X95318502** |
| **NAYLOR SR, WILLARD** | * | **CASE NO. 24X96075502** |
| **CAPPELL SR, JOHN G** | * | **CASE NO. 24X96239507** |
| **SNOW, MEREDITH E** | * | **CASE NO. 24X96296538** |
| **SCHIELDS, CHARLES W** | * | **CASE NO. 24X99000416** |
| **DUFF, THEODORE G** | * | **CASE NO. 24X99000972** |
| **AUSTIN, CARROLL W** | * | **CASE NO. 24x00001260** |
| **MCCLURE, ALBERT C** | * | **CASE NO. 24X01001286** |
| **PARKER, CLAUDE** | * | **CASE NO. 24X02000532** |
| **PAPE JR, WILLIAM** | * | **CASE NO. 24X02000596** |
| **HARVEY, JOHN H** | * | **CASE NO. 24X02000740** |
| **BROADWAY, ROOSEVELT** | * | **CASE NO. 24X02001429** |
| **DAUSES, JOSEPH F** | * | **CASE NO. 24X1000129** |
| **TERRY, PAUL** | * | **CASE NO. 24X1000193** |
| **SCHROEDER, HANS A** | * | **CASE NO. 24X97139537CX831** |
| **HALL, WILBUR F** | * | **CASE NO. 24X97139549CX843** |
| **HOLLIS, JAMES D** | * | **CASE NO. 24X97187508CX690** |
| **BARTYCZAK, JOSEPH** | * | **CASE NO. 24X97255504CX1927** |

| | | |
|---|---|---|
| FAY, JOSEPH G | * | CASE NO. 24X97353538CX2547 |
| HEINLEIN, ADAM J | * | CASE NO. 24X97353544CX2553 |
| KETTELL, HENRY | * | CASE NO. 24X98020507CX80 |
| JOSEPH PATTERSON | * | CASE NO. 24X87142522 |
| | * | |
| **Plaintiffs** | * | |
| | * | |
| VS. | * | |
| | * | |
| AC&S, INC., et al., | * | |
| | * | |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## *MOTION TO COMPEL ENFORCEMENT*
## *OF SETTLEMENT AGREEMENT AND*
## *IMPOSE SANCTIONS UPON DEFENDANTS*
## *QUIGLEY CO., INC./PFIZER CORPORATION*

**NOW COMES** the undersigned attorney on behalf of the above captioned Plaintiffs and hereby moves to compel the enforcement of a settlement agreement against defendants Quigley Co., Inc. and/or Pfizer Corporation and impose sanctions, and for reasons states:

1.  Plaintiffs represented by the Law Offices of Peter G. Angelos were scheduled for trial as set forth in Exhibit one (1) attached hereto.

2.  Prior to the trial dates, the Plaintiffs reached a settlement agreements with the members of the CCR[1].

3.  Settlement terms agreed upon for these settlements included payment within approximately one hundred twenty (120) days of settlement.

4.  The dollar amount of the settlement for each of these cases is listed on attachment one (1).

5.  Releases were provided to the CCR members.  (See Releases attached hereto collectively as Exhibit 2).

---

[1] The CCR is in the Center for Claims Resolution and consisted of a group of companies which entered into a joint defense agreement.  Those companies are Amchem, A.P. Green Industries, Inc., Armstrong World Industries, Inc., CertainTeed Corporation, C.E. Thurston & Sons, Inc., Dana Corporation, Ferodo America, Inc., Flexitallic, Inc., I.U. North America, Inc., Maremont Corporation, National Gypsum Company, North Brothers, NOSROC, Corp., Pfizer, Inc., Quigley Corporation, Shook & Fletcher Insulation, Co., T&N PLC, Union Carbide Chemicals and Plastics Company, Inc., United States Gypsum Company.

6. Three (3) companies which were members of the CCR and parties to the settlement agreement filed for protection under the U.S. Bankruptcy Code and only partial payments were made by the remaining CCR members.

7. Pursuant to section 6F (New Entrants and Withdrawals) of Attachment A to the Producer Agreement Concerning Center for Claims Resolution, Quigley and/or Pfizer have agreed to pay to each of the Plaintiffs the remaining balance due. (See Exhibit 3 attached hereto).

8. Plaintiffs counsel has met with or discussed this matter with counsel for the remaining CCR members on numerous occasions in an attempt to obtain the balance of the agreed-to settlement funds.

9. The discussions concerning this and other matters continued until June of 2004. At that time negotiations ceased.

10. It is clear that the remaining viable non-bankrupt CCR members, namely Quigley Co. and/or Pfizer, Inc. are responsible to pay the balance of the settlement amounts agreed to and due to each of the plaintiffs in the amounts listed in Attachment 1.

11. No reasonable explanation has been set forth to explain why payment has not been made.

**WHEREFORE**, Plaintiffs respectfully request that this Court pass an Order:

1. Compelling Defendants Quigley Co. Inc. and/or Pfizer Corporation as the case may be to immediately make payment in the agreed-to amount.

2. Imposing sanctions in the form of interest that should accrue beginning from the original payment dates as set forth on Attachment 1.

3. For such other and further relief as the nature of the cause may require.

Respectfully submitted,

*/s/ Armand J. Volta, Jr.*

Armand J. Volta, Jr.
*Law Offices of Peter G. Angelos, PC*
One Charles Center
100 N. Charles Street
21st Floor
Baltimore, MD 21201
(410) 649-2000

Attorney for Plaintiffs

## **REQUEST FOR HEARING**

Plaintiffs request this Court hold an immediate hearing on

this matter.

/s/ Armand J. Volta, Jr.

_____

Armand J. Volta, Jr.