MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 2 2004

FILED
CLERK'S OFFICE



## DOCKET NO. 875

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Irving Ball v. International Paper Co., et al.,* D. Montana, C.A. No. 6:04-10

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Ball*) on August 27, 2004. The Panel has now been advised that *Ball* was remanded to the State of Montana District Court for the First Judicial District by the Honorable Donald W. Molloy in an order filed on August 25, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-235" filed on August 27, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY IMAGED SEP 2 '04