MDL 875

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 3 2004

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIAB. LITIG. (NO. VI) | * | MDL No. 875<br>(Hon. Charles Weiner) |
| * * * * * * | oOo | * * * * * * |
| JOHN B. TODD | * | |
| Plaintiff, | * | Case No. WDQ-04-CV-2393<br>(Filed in Consolidated Case Nos. |
| -v.- | * | WDQ-04-CV-2393 through -2472)<br>(D. Md.) |
| ACandS, Inc., et al., | * | |
| Defendants. | * | |
| * * * * * * | oOo | * * * |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to R.P.J.M.L. 5.3, the undersigned hereby certifies as counsel in this case that the following corporate affiliations exist with Pfizer Inc. ("Pfizer") and Quigley Company, Inc. ("Quigley"): Pfizer owns 100% of the stock of Quigley.

Dated: August 23, 2004

Michael A. Stodghill (Bar No. 25295)

RUBIN & RUBIN, CHARTERED
502 Washington Ave., Suite 200
Towson, MD 21204
(443) 279-9700
(443) 279-9704 (facsimile)

*Counsel for Defendants,*
*Pfizer Inc. and Quigley Company, Inc.*

OFFICIAL FILE COPY IMAGED SEP 3 '04