**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 8 2004

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re ASBESTOS PRODUCTS LIABILITY LITIGATION )
(NO. VI) )
   *Silas David Benfield, et al. v. Daniel International, Co.,* )
   *et. al.*, Case No. 5:04 CV 47 (USDC WDNC) )
)

MDL No. 875

PLEADING NO. 4231

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER – 235

Pursuant to Rule 7.4(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, the Plaintiffs in the above referenced action, *Silas David Benfield, et al. v. Daniel International, Co., et. al.*, Case No. 5:04 CV 47, which is pending in the United States District Court for the Western District of North Carolina, hereby give notice of their opposition to the Conditional Transfer Order (CTO-235), entered on August 27, 2004, transferring the above-referenced action to the Eastern District of Pennsylvania (MDL Docket No. 875).

In accordance with Rule 7.4(d) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, the Plaintiffs, within 15 days of the filing of this Notice of Opposition, will file a motion to vacate the Conditional Transfer Order and brief in support thereof.

Dated this 7th day of September, 2004.

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2004 SEP -7 P 4:10
RECEIVED CLERK'S OFFICE

**OFFICIAL FILE COPY**  IMAGED SEP 8 '04

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 8 2004

FILED
CLERK'S OFFICE

Respectfully submitted,

**WALLACE & GRAHAM, P.A.**
*Counsel for Plaintiffs Benfield, et al.*
525 North Main Street
Salisbury, NC 28144
Tel. (704) 633-5244
Fax (704) 633-9434

*/s/ Mona Lisa Wallace*
Mona Lisa Wallace
NC State Bar No. 9021

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of September, 2004, this Notice of Opposition was sent by U.S. Mail to Mr. Michael J. Beck, Clerk of the Panel, One Columbus Circle, N.E., Thurgood Marshall Federal Judiciary Building, Room G-255, North Lobby, Washington, DC 20002-8004.

**WALLACE & GRAHAM, P.A.**
*Counsel for Plaintiffs Benfield, et al.*
525 North Main Street
Salisbury, NC 28144
Tel. (704) 633-5244
Fax (704) 633-9434

*/s/ Mona Lisa Wallace*
Mona Lisa Wallace
NC State Bar No. 9021

2004 SEP -7 P 4:10
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE