

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 9 2004

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Vivian H. Alsbrook, as Personal Representative of the Estate of Jack A. Hilbourn, deceased and Ernestine Hilbourn v. Owens-Illinois., Inc., et al., D. South Carolina, C/A No. 2:04-1966

NOTICE OF OPPOSITION
PURSUANT TO RULE 12 OF THE RULES OF PROCEDURE
OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Pursuant to Rule 12(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the plaintiffs hereby file Notice of Opposition to the Conditional Transfer Order entered on August 27, 2004, in the above-cited case by the Clerk of the Panel transferring this action to U.S. District Court for the Eastern District of Pennsylvania (MDL Docket No. 875).

In accordance with Rule 12(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the plaintiffs, within 15 days of the filing of this Notice of Opposition, will file a motion to vacate the Conditional Transfer Order and brief in support thereof.

PLEADING NO. 4232

Respectfully submitted,

MOTLEY RICE LLC

By: _____
V. Brian Bevon, Esquire
Federal Court ID No. 6425
28 Bridgeside Boulevard
Post Office Box 1792
Mt. Pleasant, SC 29465
(843) 216-9000

ATTORNEYS FOR PLAINTIFFS

September 8, 2004
Charleston, South Carolina

IMAGED SEP 9 '04    OFFICIAL FILE COPY

09/08/2004 16:44 FAX 8432169431    MOTLEY RICE LLC                    JUDICIAL PANEL ON ☒003
Case MDL No. 875   Document 4232   Filed 09/09/04   Page 2 of 2 MULTIDISTRICT LITIGATION

SEP - 9 2004

FILED
CLERK'S OFFICE

Vivian H. Alsbrook, as Personal Representative of the Estate of Jack A. Hilbourn, deceased and Ernestine Hilbourn v. Owens-Illinois, Inc., et al., D. South Carolina
C/A 2:04-1966

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was sent by facsimile to Mr. Michael J. Beck, Clerk of the Panel, One Columbus Circle, NE, Thurgood Marshall Federal Judiciary Building, Room G-255, North Lobby, Washington, DC 20002-8004 and mailed to all counsel of record as shown on the attached Service List, this ___ day of September, 2004.

**W. Thomas Causby, Esquire**
NELSON, MULLINS, RILEY & SCARBOROUGH
P.O. Box 11070
Columbia, SC 29211
*COUNSEL FOR DEFENDANTS, OWENS-ILLINOIS, INC.,
HONEYWELL INTERNATIONAL, INC.f/k/a Allied Signal, Inc. f/k/a Allied Corporation,
Successor to Bendix Corporation, ALLIED CORPORATION as successor in
Interest to The Bendix Corporation and CRANE CO.*

**James D. Gandy, III, Esquire**
PIERCE, HERNS, SLOAN & McLEOD
P.O. Box 22437
Charleston, SC 29413-2437
*COUNSEL FOR DEFENDANTS, NATIONAL SERVICE INDUSTRIES, INC,
f/k/a North Brothers Company, INDUSTRIAL HOLDINGS CORPORATION
f/k/a The Carborundum Company and MAREMONT CORPORATION*

**W. David Connor, Esquire**
HAYNSWORTH SINKLER BOYD, P. A.
P. O. Box 2048
Greenville, SC 29602
*COUNSEL FOR THE DEFENDANTS, AVENTIS CROPSCIENCE USA, INC. f/k/a
Rhone-Poulenc AG Company, Inc. f/k/a Amchem Products, Inc. and DANA CORPORATION*

**James H. Elliott Esquire**
BARNWELL WHALEY PATTERSON & HELMS, LLC
855 Island Park Drive
Daniel Island
Charleston, SC 29492
*COUNSEL FOR THE DEFENDANT, PNEUMO ABEX CORPORATION*

**Michael S. Seekings, Esquire**
MULLEN, WYLIE & SEEKINGS
171 Church Street, Suite 370
Charleston, SC 29401
*COUNSEL FOR THE DEFENDANT, INGERSOLL-RAND COMPANY*

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2004 SEP -8 P 4:45
RECEIVED
CLERK'S OFFICE

Polly McGillivray