JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# MDL 875

SEP 13 2004

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | MDL 875 |

THIS DOCUMENT RELATES TO:

ALLEN MATTHEWS, ET AL.          PLAINTIFFS

VS.                             CAUSE NO. 1:04CV579GRo

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
MISSISSIPPI, SOUTHERN DIVISION

AGCO CORPORATION, ET AL.        DEFENDANTS

PLEADING NO. 4234

## PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 235

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 7.4(c) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation ("the Panel"), Plaintiffs submit this Notice of Opposition to Conditional Transfer Order Issued for the above-styled case.

On August 27, 2004, the Panel issued Conditional Transfer Order 235 conditionally transferring Plaintiffs' case to the United States District Court for the Eastern District of Pennsylvania, MDL No. 875. Plaintiffs oppose said transfer. Plaintiffs assert that there is no federal jurisdiction in this case. Further transfer of Plaintiffs' case will not be judicially economical.

**OFFICIAL FILE COPY** IMAGED SEP 14 '04

This the __10th__ day of __September__, 2004.

Respectfully Submitted,

*Consuelo W. Walley*

~~JON~~ A. SWARTZFAGER
CONSUELO W. WALLEY
ATTORNEYS FOR PLAINTIFFS

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 13 2004

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I, Jon A. Swartzfager, do hereby certify that I have mailed, via U.S. Mail, postage prepaid, a true and correct copy of *Plaintiffs' Notice of Opposition to Conditional Transfer Order* to the Clerk of the Court, the Honorable Charles R. Weiner, and to all known counsel of record.

This the 10th day of September, 2004.

*(signed)* Consuelo W. Walley
JON A. SWARTZFAGER

JON A. SWARTZFAGER
MS BAR No. 8094
CONSUELO W. WALLEY
MS Bar No. 99700
Law Office of Jon A. Swartzfager
442 N. 6th Ave.
Post Office Box 131
Laurel, MS 39441-0131
Telephone: (601) 649-3240
Facsimile: (601) 428-7691

KAESKE LAW FIRM
MIKE KAESKE
State Bar No. 00794061
ERIC MANCHIN
State Bar No. 24013094
6301 Gaston Avenue, Suite 735
Dallas, Texas 75214
Telephone: (214) 821-1221
Facsimile: (214) 821-0977
**ATTORNEYS FOR PLAINTIFFS**

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2004 SEP 10 A 11:05
RECEIVED CLERK'S OFFICE