**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MDL 875

SEP 13 2004

FILED
CLERK'S OFFICE

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)
LANNY R. BROADBENT, et al.,
Plaintiffs,
v.
A.O. SMITH WATER PRODUCTS CO., et al.,
Defendants
(Southern District of New York 04-CV-4021)

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

TO THE CLERK:

Please accept Plaintiffs' Notice of Opposition to the Conditional Transfer Order (CTO-235) entered by the Panel on August 27, 2004 for the above-captioned matter.

Date: 9/10/04

Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038
Telephone: 212-558-5769
Facsimile: 212-344-5461

BY: _____
Erik Jacobs
Attorney for Plaintiffs

PLEADING NO. 4235

RECEIVED CLERK'S OFFICE
2004 SEP 10 P 12: 02
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**OFFICIAL FILE COPY**    IMAGED SEP 14 '04

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 13 2004

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all Defense Counsel for CTO-235, MDL 875 In Re Asbestos Products Liability Litigation this 10th day of September, 2004.

Erik Jacobs

RECEIVED
CLERK'S OFFICE
2004 SEP 10 P 12: 02
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION