**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 13 2004

FILED
CLERK'S OFFICE

REQUEST BY PLTFS. SILAS DAVID BENFIELD, ET AL.,
FOR EXTENSION OF TIME TO FILE MOTION AND
BRIEF TO VACATE CTO -- GRANTED TO AND
INCLUDING OCTOBER 1, 2004
mjb 9/13/04

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re ASBESTOS PRODUCTS LIABILITY LITIGATION )
(NO. VI) )
    Conditional Transfer Order – 235 )
    *Silas David Benfield, et al. v. Daniel International, Co.,* )
    *et. al.*, Case No. 5:04 CV 47 (USDC WDNC) )
)

MDL No. 875

PLEADING NO. 4236

### MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiffs, by and through undersigned counsel, hereby move for a 30-day extension of time to file their Motion to Vacate the Conditional Transfer Order—235, and in support say:

On August 27, 2004, the Judicial Panel on Multidistrict Litigation ("Panel") issued Conditional Transfer Order-235 transferring a number of civil actions to the Eastern District of Pennsylvania for coordinated and consolidated pretrial proceedings. The Plaintiffs' action— *Silas David Benfield, et al. v. Daniel International, Co., et. al.*, Case No. 5:04 CV 47 (USDC WDNC)—was one of the civil actions listed in Conditional Transfer Order-235. The Conditional Transfer Order directed any interested party to file a notice of opposition by September 13, 2004.

On September 7, 2004, Plaintiffs served a Notice of Opposition to the Panel opposing the transfer.

**OFFICIAL FILE COPY** [1] IMAGED SEP 14 '04

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2004 SEP 13 P 2:51
RECEIVED CLERK'S OFFICE

Under the Rule 7.4 of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, the Motion to Vacate the Conditional Transfer Order and supporting brief is due within 15 days of the filing of the notice of opposition. Thus, according to the briefing schedule issued by the Panel, Plaintiffs' Motion to Vacate and supporting brief are due September 23, 2004.

Additional time is necessary for Plaintiffs to complete and file their Motion to Vacate the Conditional Transfer Order. Undersigned counsel, the attorney designated to act on Plaintiffs' behalf, will be out of the country and away from the office from September 15 through September 27, 2004 and thus unable to complete and file the Motion to Vacate within the deadline set by the Panel.

Plaintiffs, therefore, respectfully request a 30-day extension, up to and including October 23, 2004, to complete and file the Motion to Vacate Conditional Transfer Order-235.

WHEREFORE Plaintiffs in civil action *Silas David Benfield, et al. v. Daniel International, Co., et. al.*, Case No. 5:04 CV 47 (USDC WDNC), respectfully request a 30-day extension, up to and including October 23, 2004, to file their Motion to Vacate Conditional Transfer Order-235.

Respectfully submitted,

**WALLACE & GRAHAM, P.A.**
*Counsel for Plaintiffs Benfield, et al.*
525 North Main Street
Salisbury, NC 28144
Tel. (704) 633-5244
Fax (704) 633-9434

_____
Mona Lisa Wallace
NC State Bar No. 9021

2



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 13 2004

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of September, 2004, true and correct copies of the foregoing Motion for Extension of Time were served by U.S. mail to all counsel listed on the attached Panel Service List.

> **WALLACE & GRAHAM, P.A.**
> *Counsel for Plaintiffs Benfield, et al.*
> 525 North Main Street
> Salisbury, NC 28144
> Tel. (704) 633-5244
> Fax. (704) 633-9434
>
> _/s/ Mona Lisa Wallace_
> Mona Lisa Wallace
> NC State Bar No. 9021

RECEIVED
CLERK'S OFFICE
2004 SEP 13  P 2:57
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

DOCKET NO. 875

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Silas David Benfield, et al. v. Daniel International Corp., et al.*, W.D. North Carolina, C.A. No. 5:04-47

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Joel M. Bondurant, Jr.
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
Suite 1000
The Bourse
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley, Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

James B. Pressly, Jr.
Haynsworth, Marion, McKey & Guerard
75 Beattie Place
11th Floor
P.O. Box 2048
Greenville, SC 29602

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406