**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 7 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 875

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-235)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 78,285 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 1 4 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**PLEADING NO. 4237**

OFFICIAL FILE COPY    IMAGED SEP 1 4 '04

## SCHEDULE CTO-235 - TAG ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DISTRICT  DIV. C.A.#**

**ALABAMA NORTHERN**
ALN    7   04-1158          Terry Acker v. Micro, et al.

**GEORGIA SOUTHERN**
GAS    2   04-76            William Henry Heard v. Garlock Sealing Technologies, LLC, et al.

**MICHIGAN EASTERN**
MIE    2   88-71858         Pedro Batine v. G. Stivenson, et al.
MIE    2   04-71065         John Kerr, etc. v. Adience, Inc., et al.

**MINNESOTA**
MN     0   04-2767          David Bloch v. Burlington Northern & Santa Fe Co.
MN     0   04-2768          Kenneth Pikula v. Burlington Northern & Santa Fe Railway Co.
MN     0   04-3032          Douglas Heppner v. Soo Line Railroad Co.
MN     0   04-3034          Raymond R. Castel v. Soo Line Railroad Co.

**MISSISSIPPI SOUTHERN**
MSS    1   04-532           Johnnie Jackson, et al. v. ABB Lummus Crest, Inc., et al.
~~MSS    1   04-579~~           ~~Allen Matthews, et al. v. AGCO Corp., et al.~~  **Opposed 9/13/04**

**MONTANA**
MT     4   04-34            Walter Hume, et al. v. Burlington Northern & Santa Fe Railroad Co., et al.
MT     4   04-38            Mary Ecklund, etc. v. Lincoln Electric Co., et al.
~~MT     6   04-10~~            ~~Irving Ball v. International Paper Co., et al.~~  **Vacated 9/2/04**

**NORTH CAROLINA MIDDLE**
NCM    1   04-409           Thelma Johnson, etc. v. Anchor Packing Co., et al.

**NORTH CAROLINA WESTERN**
NCW    1   04-84            William Grady Davis, Sr., et al. v. Anchor Packing Co., et al.
NCW    1   04-114           Norma Jean Cloer Yount, etc. v. Aqua-Chem, Inc., et al.
~~NCW    5   04-47~~            ~~Silas David Benfield, et al. v. Daniel International Corp., et al.~~  **Opposed 9/8/04**

**NORTH DAKOTA**
ND     1   04-71            Alice Ereth, etc. v. Gatke Corp., et al.

**NEBRASKA**
NE     8   04-241           Gonzalo Mendoza v. Burlington Northern Santa Fe Railway Co.
NE     8   04-242           Velmont Quinn v. Burlington Northern & Santa Fe Railway Co.
NE     8   04-243           Clifford Cieminski v. Burlington Northern & Santa Fe Railway Co.

**NEW YORK EASTERN**
NYE    1   03-3190          Patricia Pearson, etc. v. A.W. Chesterton Co., Inc., et al.
NYE    1   04-108           Jerry Dale Willis, et al. v. A.W. Chesterton Co., et al.
NYE    1   04-1523          Frank Westfall, etc. v. A.W. Chesterton Co., et al.
NYE    1   04-1524          J.W. Johnson, et al. v. A.W. Chesterton Co., et al.
NYE    1   04-1806          Rodney L. Oliver, et al. v. A.W. Chesterton Co., et al.
NYE    1   04-1949          Charles Lee Newman, et al. v. A.W. Chesterton Co., et al.
NYE    1   04-1950          Gladys Jacques, etc. v. A.W. Chesterton Co., et al.
NYE    1   04-2013          Barbara Del Gallo, etc. v. A.W. Chesterton Co., et al.

SCHEDULE OF TAG-ALONG ACTIONS FOR CTO-235  MDL-875                              PAGE 2 OF 4

**DISTRICT  DIV. C.A.#**

NEW YORK SOUTHERN
    NYS    1   04-2696        Willard E. Bartel, et al. v. United States Lines, Inc. Reorganization Trust
    ~~NYS    1   04-4021~~        ~~Lanny R. Broadbent, et al. v. A.O. Smith Water Products Co., et al.~~  **Opposed 9/13/04**

RHODE ISLAND
    RI     1   02-386        James Henderson, et al. v. A.P. Green Industries, Inc., et al.

SOUTH CAROLINA
    SC    0   04-1240        Mamie G. Lewis, etc. v. Aqua-Chem, Inc., et al.
    SC    2   04-932        Herbert K. Christian, et al. v. Owens-Illinois, Inc., et al.
    SC    2   04-1298        William Russell, et al. v. Aventis Cropscience USA., Inc., et al.
    SC    2   04-1449        Pomua J. Dickerson v. Aventis Cropscience USA, Inc., et al.
    SC    2   04-1608        Floyd C. Clubb, Jr., et al. v. Georgia-Pacific Co., et al.
    SC    2   04-1935        Ralph Smith, et al. v. Aventis Cropscience USA, Inc., et al.
    ~~SC    2   04-1966~~        ~~Vivian H. Alsbrook, et al. v. Owens Illinois, Inc., et al.~~  **Opposed 9/9/04**

TEXAS EASTERN
    TXE    2   03-328        Andrew Belgard, et al. v. Union Pacific Railroad Co.

TEXAS NORTHERN
    TXN    4   04-464        Arthur Griswold v. 3m Co., et al.
    TXN    4   04-485        Thomas Dixon v. 3m Co., et al.
    TXN    4   04-486        Allan Niehaus v. 3m Co., et al.
    TXN    4   04-487        Johan Benninger v. 3m Co., et al.
    TXN    4   04-488        Osmo Maki  v. 3m Co., et al.
    TXN    4   04-489        Berthold Stober v. 3m Co., et al.
    TXN    4   04-490        John Thrumble v. 3m Co., et al.
    TXN    4   04-491        Jack Wiebe v. 3m Co., et al.
    TXN    4   04-492        Robert Vaughan v. 3m Co., et al.

VIRGINIA EASTERN
    VAE    2   04-7829        James L.  Fortune v. American Standard, et al.
    VAE    2   04-7830        Sullivan Alger v. American Standard, et al.
    VAE    2   04-7831        Roland H. Ames v. American Standard, et al.
    VAE    2   04-7832        James J. Baker v. American Standard, et al.
    VAE    2   04-7833        William E. Baldwin v. American Standard, et al.
    VAE    2   04-7834        Henry S. Black v. American Standard, et al.
    VAE    2   04-7835        Marcus O. Boyce v. American Standard, et al.
    VAE    2   04-7836        Rudy Bryan v. American Standard, et al.
    VAE    2   04-7837        Aurelio R. Chavez v. American Standard, et al.
    VAE    2   04-7838        Nolbert V. Chavez v. American Standard, et al.
    VAE    2   04-7839        Edwin H. Drath v. American Standard, et al.
    VAE    2   04-7840        Antonio H. Duarte v. American Standard, et al.
    VAE    2   04-7841        Floyd L. Forrest v. American Standard, et al.
    VAE    2   04-7842        Joseph L. Garcia v. Amrican Standard, et al.
    VAE    2   04-7843        Mark W. Gordon v. American Standard, et al.
    VAE    2   04-7844        Kenneth R. Hardesty v. American Standard, et al.
    VAE    2   04-7845        James T. Hargiss v. American Standard, et al.
    VAE    2   04-7846        Victor W. Harrison v. American Standard, et al.
    VAE    2   04-7847        Stanley O. Hartman v. American Standard, et al.
    VAE    2   04-7848        James V. Hellane v. American Standard, et al.
    VAE    2   04-7849        James L. Henderson v. American Standard, et al.
    VAE    2   04-7850        Leonard U. Higdon v. American Standard, et al.
    VAE    2   04-7851        Jerry Lee Hill v. American Standard, et al.
    VAE    2   04-7852        Lloyd Earl Hill v. American Standard, et al.
    VAE    2   04-7853        Robert L. Jackson v. American Standard, et al.
    VAE    2   04-7854        Randel C. Jennings v. American Standard, et al.

**DISTRICT  DIV. C.A.#**

| | | | |
|---|---|---|---|
| VAE | 2 | 04-7855 | Edward T. Jonas v. American Standard, et al. |
| VAE | 2 | 04-7856 | George Jump v. American Standard, et al. |
| VAE | 2 | 04-7857 | Glenn C. Land v. American Standard, et al. |
| VAE | 2 | 04-7858 | George A. Lee v. American Standard, et al. |
| VAE | 2 | 04-7859 | Charles Macias v. American Standard, et al. |
| VAE | 2 | 04-7860 | Ignacio Maestas v. American Standard, et al. |
| VAE | 2 | 04-7861 | Jesse G. Ramos v. American Standard, et al. |
| VAE | 2 | 04-7862 | John J. Rhodes v. American Standard, et al. |
| VAE | 2 | 04-7863 | Everette H. Jones v. American Standard, et al. |
| VAE | 2 | 04-7864 | William K. Stacy v. American Standard, et al. |
| VAE | 2 | 04-7865 | Paul Apodaca v. American Standard, et al. |
| VAE | 2 | 04-7866 | Larry Don Black v. American Standard, et al. |
| VAE | 2 | 04-7867 | Robert E. Crick v. American Standard, et al. |
| VAE | 2 | 04-7868 | William F. Denney v. American Standard, et al. |
| VAE | 2 | 04-7869 | Richard E. Hamilton v. American Standard, et al. |
| VAE | 2 | 04-7870 | Clarence E. Kerns v. American Standard, et al. |
| VAE | 2 | 04-7871 | Claude J. Kimmell v. American Standard, et al. |
| VAE | 2 | 04-7872 | John J. Kroboth v. American Standard, et al. |
| VAE | 2 | 04-7873 | Donald D. Lantz v. American Standard, et al. |
| VAE | 2 | 04-7874 | Garland R. Logsdon v. American Standard, et al. |
| VAE | 2 | 04-7875 | Joseph O. Miller v. American Standard, et al. |
| VAE | 2 | 04-7876 | Terry R. Moore v. American Standard, et al. |
| VAE | 2 | 04-7877 | Charles R. Nolot v. American Standard, et al. |
| VAE | 2 | 04-7878 | George O. Sheldon v. American Standard, et al. |
| VAE | 2 | 04-7879 | William D. Underwood v. American Standard, et al. |
| VAE | 2 | 04-7880 | Oscar L. White v. American Standard, et al. |
| VAE | 2 | 04-7881 | Johnnie G. Yates v. American Standard, et al. |
| VAE | 2 | 04-7882 | Wayne R. Yocum v. American Standard, et al. |
| VAE | 2 | 04-7883 | Daniel H. Barden v. American Standard, et al. |
| VAE | 2 | 04-7884 | Richard H. Bloom v. American Standard, et al. |
| VAE | 2 | 04-7885 | Brittenham, Floyd v. American Standard, et al. |
| VAE | 2 | 04-7886 | Bruce L. Burgstiner v. American Standard, et al. |
| VAE | 2 | 04-7887 | Harold G. Christeson v. American Standard, et al. |
| VAE | 2 | 04-7888 | Cook, Benjamin C. v. American Standard, et al. |
| VAE | 2 | 04-7889 | Charles D. Cooper v. American Standard, et al. |
| VAE | 2 | 04-7890 | Harry L. Corriher v. American Standard, et al. |
| VAE | 2 | 04-7891 | Charles L. Gilmore v. American Standard, et al. |
| VAE | 2 | 04-7892 | Howard Goble v. American Standard, et al. |
| VAE | 2 | 04-7893 | William P. Hand v. American Standard, et al. |
| VAE | 2 | 04-7894 | Herbert H. Hessil v. American Standard, et al. |
| VAE | 2 | 04-7895 | James E. Justice v. American Standard, et al. |
| VAE | 2 | 04-7896 | Donald E. O'Leary v. American Standard, et al. |
| VAE | 2 | 04-7897 | Pfeifer, Leonard R. v. American Standard, et al. |
| VAE | 2 | 04-7898 | William H. Reeves v. American Standard, et al. |
| VAE | 2 | 04-7899 | Miguel M. Rodriguez v. American Standard, et al. |
| VAE | 2 | 04-7900 | Heriberto Rojas v. American Standard, et al. |
| VAE | 2 | 04-7901 | Alberto Sisneros v. American Standard, et al. |
| VAE | 2 | 04-7902 | Gilbert F. Vanhook v. American Standard, et al. |
| VAE | 2 | 04-7903 | Maurice Wavra v. American Standard, et al. |
| VAE | 2 | 04-7904 | Bernard A. Wolford v. American Standard, et al. |
| VAE | 2 | 04-7905 | James N. Collins v. American Standard, et al. |
| VAE | 2 | 04-7906 | Jack O. Elwood v. American Standard, et al. |
| VAE | 2 | 04-7907 | E. C. Pagan v. American Standard, et al. |
| VAE | 2 | 04-7908 | Dean W. Strohm v. American Standard, et al. |
| VAE | 2 | 04-7909 | Lawrence E. Wagner v. American Standard, et al. |
| VAE | 2 | 04-7910 | Reuben L. Wahl v. American Standard, et al. |
| VAE | 2 | 04-7911 | Larry E. Webb v. American Standard, et al. |

**DISTRICT  DIV. C.A.#**

| | | | |
|---|---|---|---|
| VAE | 2 | 04-7912 | Herbert H. Weeks v. American Standard, et al. |
| VAE | 2 | 04-7913 | Ronald D. Wessel v. American Standard, et al. |
| VAE | 2 | 04-7914 | Glenn R. Baughman v. American Standard, et al. |
| VAE | 2 | 04-7915 | Clarence E. Brewer v. American Standard, et al. |
| VAE | 2 | 04-7916 | Francis R. Brown v. American Standard, et al. |
| VAE | 2 | 04-7917 | Bob Butler v. American Standard, et al. |
| VAE | 2 | 04-7918 | Ronald D. Butler v. American Standard, et al. |
| VAE | 2 | 04-7919 | David L. Carder v. American Standard, et al. |
| VAE | 2 | 04-7920 | Willie R. Chavez v. American Standard, et al. |
| VAE | 2 | 04-7921 | Rodney H. Dowden v. American Standard, et al. |
| VAE | 2 | 04-7922 | Samuel D. Dunkin v. American Standard, et al. |
| VAE | 2 | 04-7923 | Jerry G. Duty v. American Standard, et al. |
| VAE | 2 | 04-7924 | Donald G. Erlandson v. American Standard, et al. |
| VAE | 2 | 04-7925 | Robert E. Fingar v. American Standard, et al. |
| VAE | 2 | 04-7926 | John T. Fisher v. American Standard, et al. |
| VAE | 2 | 04-7927 | James W. Fitzgerald v. American Standard, et al. |
| VAE | 2 | 04-7928 | William F. Fitzpatrick v. American Standard, et al. |
| VAE | 2 | 04-7929 | Chris T. Frank v. American Standard, et al. |
| VAE | 2 | 04-7930 | Frederick W. Gehrer v. American Standard, et al. |
| VAE | 2 | 04-7931 | John E. Guyer v. American Standard, et al. |
| VAE | 2 | 04-7932 | Billy J. Harris v. American Standard, et al. |
| VAE | 2 | 04-7933 | Roye P. Leckemby v. American Standard, et al. |
| VAE | 2 | 04-7934 | Roland E. Lish v. American Standard, et al. |
| VAE | 2 | 04-7935 | Glenn A. Lloyd v. American Standard, et al. |
| VAE | 2 | 04-7936 | Freddie D. Luzader v. American Standard, et al. |
| VAE | 2 | 04-7937 | Mason L. Madigan v. American Standard, et al. |
| VAE | 2 | 04-7938 | Fermin Maestas v. American Standard, et al. |
| VAE | 2 | 04-7939 | George H. Martzolf v. American Standard, et al. |
| VAE | 2 | 04-7940 | Eulogio A. Perea v. American Standard, et al. |
| VAE | 2 | 04-7941 | Lorel C. Pierson v. American Standard, et al. |
| VAE | 2 | 04-7942 | William C. Baldwin v. American Standard, et al. |
| VAE | 2 | 04-7943 | Oren L. Faren v. American Standard, et al. |
| VAE | 2 | 04-7944 | Jose F. Mesa v. American Standard, et al. |
| VAE | 2 | 04-7945 | Victor G. Petrick v. American Standard, et al. |
| VAE | 2 | 04-7946 | John Henry Wilcox v. American Standard, et al. |
| VAE | 2 | 04-7947 | Harold R. Zamaites v. American Standard, et al. |
| VAE | 2 | 04-7948 | Mike Variano v. American Standard, et al. |
| VAE | 2 | 04-7949 | Lawrence J. Boyd v. American Standard, et al. |
| VAE | 2 | 04-7950 | Paul A. Burman v. American Standard, et al. |
| VAE | 2 | 04-7951 | Joseph R. Campbell v. American Standard, et al. |
| VAE | 2 | 04-7952 | Raymond R. Castel v. American Standard, et al. |
| VAE | 2 | 04-7953 | Donald H. Claseman v. American Standard, et al. |
| VAE | 2 | 04-7954 | Woodrow T. Ingle v. American Standard, et al. |
| VAE | 2 | 04-7955 | Alvin P. Moran v. American Standard, et al. |
| VAE | 2 | 04-7956 | Schultz, Harold Lee v. American Standard, et al. |
| VAE | 2 | 04-7957 | Lloyd J. Streur v. American Standard, et al. |
| VAE | 2 | 04-7958 | James G. Zorbas v. American Standard, et al. |
| VAE | 2 | 04-7959 | William L. Frei v. American Standard, et al. |
| VAE | 2 | 04-7960 | Wilson J. Saunders v. American Standard, et al. |
| VAE | 2 | 04-7961 | Roger L. Larson v. American Standard, et al. |
| VAE | 2 | 04-7962 | Lawrence, John M. v. American Standard, et al. |
| VAE | 2 | 04-7963 | Leo G. Pullar v. American Standard, et al. |
| VAE | 2 | 04-7964 | Johnny S. Sheppard v. American Standard, et al. |
| VAE | 2 | 04-7965 | Arthur A. Winfree v. American Standard, et al. |
| VAE | 2 | 04-7966 | Ray E. Wingate v. American Standard, et al. |
| VAE | 2 | 04-7967 | Richard E. Peters v. American Standard, et al. |

**WASHINGTON WESTERN**

| | | | |
|---|---|---|---|
| WAW | 2 | 04-1410 | Orville Donald Leach, et al. v. General Electric Co., et al. |