

**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 15 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern District of Texas
ENTERED
APR 19 2004
Michael N. Milby, Clerk

| | | |
|---|---|---|
| RODNEY ANDERSON and<br>CLARA ANDERSON | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. G-04-040 |
| FORD MOTOR COMPANY, et al. | § § | MDL- 875 |
| Defendants. | § § | |

RECOMMENDED ACTION

VACATE CTO-939 FINAL -- 1 ACTION

Approved/Date: MJB  9/15/04

### ORDER SUA SPONTE TRANSFERRING ACTION

Plaintiffs Rodney and Clara Anderson ("the Andersons") seek damages in conjunction with Rodney Anderson's exposure to asbestos-containing products which led to mesothelioma and ultimately, death. This action began as a state-court action in Brazoria County brought by several Plaintiffs. The Andersons intervened in that action, and their case was removed to this Court, leaving all other Plaintiffs in Brazoria County. Now before the Court is the Andersons' Motion to Remand. In examining the Motion to Remand, Defendants' Response, and supplemental materials, the Court noted that this case has no connection to the Southern District of Texas. The Andersons have been Minnesota residents since 1956, and the numerous Defendants are primarily national and multi-national corporations. The only connection to Texas is that Mr. Anderson once worked at Fort Hood, 60 miles north of Austin, in the Western District of Texas.

Accordingly, the Court respectfully **SUA SPONTE ORDERS** that this lawsuit is hereby **TRANSFERRED** to the United States District Court for the District of Minnesota. All Motions not reached are left to the consideration of the transferee Court.

PLEADING NO. 4238

1

IMAGED SEP 15 '04       OFFICIAL FILE COPY

IT IS SO ORDERED.

DONE this 16th day of April 2004, at Galveston, Texas.

_____
SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By_____
                    Deputy Clerk