

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 15 2004

FILED
CLERK'S OFFICE

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Rodney Anderson v. Ford Motor Co., et al.*, S.D. Texas, C.A. No. 3:04-40

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Anderson*) on March 30, 2004. In the absence of any opposition, the conditional transfer order was finalized with respect to *Anderson* on April 15, 2004, but pursuant to 28 U.S.C. § 1407(c), the Panel's transfer of *Anderson* did not become effective until April 19, 2004, the date the transfer order was filed in the office of the clerk of the transferee court (the Eastern District of Pennsylvania). Prior to that date, however, venue of *Anderson* was transferred from the Southern District of Texas to the District of Minnesota by the Honorable Samuel B. Kent in an order signed on April 16, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-232" filed on March 30, 2004, is VACATED insofar as it relates to this action.[1]

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

PLEADING NO. 4239

---

[1] The *Anderson* action presently pending in the District of Minnesota will be included on an upcoming conditional transfer order in this litigation.

IMAGED SEP 15 '04   OFFICIAL FILE COPY