**875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 1 5 2004

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| *IN RE* ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (NO. VI)<br><br><br>*Janet Hockley v. ACF Valves, et al.;*<br>*United States District Court for the*<br>*Southern District of Mississippi, Southern*<br>*Division; Civil Action No. 1:04CV512* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DOCKET NO. 875**

**DEFENDANTS Wm. POWELL AND
ICI'S JOINDER IN CERTAIN
DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTION TO VACATE
CONDITIONAL TRANSFER ORDER**

Defendants, Wm. Powell and ICI, join in and adopt Certain Defendants'[1] Response to

Plaintiff's Motion to Vacate Conditional Transfer Order Pursuant to Rule 7.2 and 7.4 of the

Rules of Procedure for the Judicial Panel on Multi-district Litigation, served on the 9th day of

August 2004.

Respectfully submitted, this the 3rd day of September, 2004.

PHELPS DUNBAR LLP

By: _____

John W. Robinson, III (Bar No. 9020)
Terrell S. Williamson (Bar No. 8639)
Saundra Brown (Bar No. 101164)
111 East Capitol Street, Suite 600
Post Office Box 23066
Jackson, Mississippi 39225-3066
Telephone: (601) 352-2300
Facsimile: (601) 360-9777

**ATTORNEYS FOR ICI and Wm.
POWELL COMPANY**

---

[1]Certain Defendants are the sixty-one defendants referenced in footnote one of the
Response.

JO:99266125.1

OFFICIAL FILE COPY
IMAGED SEP 15 '04

PLEADING NO. 4240

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 1 5 2004

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, Saundra G. Brown, certify that a copy of the foregoing Motion has been served upon

the following Counsel of Record:

> Louis H. Watson
> WATSON & HEIDELBERG, P.A.
> 520 East Capital Street
> Jackson, Mississippi 39201
> **ATTORNEY FOR THE PLAINTIFFS**

by First Class, United States Mail, properly addressed and postage prepaid, and on all other

known counsel of record by facsimile transmission.

DATED, this the 3rd day of September, 2004.

S. Brown

SAUNDRA G. BROWN

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2004 SEP -8  A 10: 38

RECEIVED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**SEP 15 2004**

| | | |
|---|---|---|
| *IN RE* ASBESTOS PRODUCTS | ) | |
| LIABILITY LITIGATION (NO. VI) | ) | FILED |
| | ) | CLERK'S OFFICE |
| | ) | |
| | ) | **DOCKET NO. 875** |
| *Janet Hockley v. ACF Valves, et al.;* | ) | |
| *United States District Court for the* | ) | **AMENDED CERTIFICATE** |
| *Southern District of Mississippi, Southern* | ) | **OF SERVICE** |
| *Division; Civil Action No. 1:04CV512* | ) | |
| _____ | ) | |

I, Saundra G. Brown, certify that a copy of the Defendants, Wm. Powell and ICI's Joinder

in Certain Defendants' Response to Plaintiff's Motion to Vacate Conditional Transfer Order has

this day been served upon the following Counsel of Record by First Class, United States Mail,

properly addressed and postage prepaid:

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher Sharp Fulton &
Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Ave., NW
Washington, DC 20036

David A. Damico
Burns White & Hickton
Fifth Avenue Place, Ste. 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
Suite 1000, The Bourse
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Fl.
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Alben N. Hopkins
Hopkins Barvie & Hopkins
2701 24th Avenue
Post Office box 1510
Gulfport, MS 39502-1510

Reginald S. Kramer
Oldham & Dowling
195 South Main St., Ste. 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley, Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
Marks O'Neill O'Brien &
Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
Post Office Box 1008
Columbus, OH 43216

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, NE
Post Office Box 998
Cedar Rapids, IA 52406

Neil Selman
Selman Breitman & Burgess
11766 Wilshire Blvd., 6th Fl.
Los Angeles, CA 90025

Robert N. Spinelli
Kelley Jasons McGuire &
Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, PC
1570 Penobscot Building
The Maritime Asbestosis Legal
Clinic
Detroit, MI 48226

Cowles E. Symmes
Page Mannino Peresich &
McDermott
759 Vieux Marche' Mall
Post Office Drawer 289
Biloxi, MS 39533-0289

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Louis H. Watson, Jr.
Watson & Heidelberg
520 East Capitol Street
Jackson, MS 39201

Respectfully submitted, this the 14 day of September, 2004.

PHELPS DUNBAR LLP

By: _Saundra S. Brown_

    John W. Robinson, III (Bar No. 9020)
    Terrell S. Williamson (Bar No. 8639)
    Saundra Brown (Bar No. 101164)
    111 East Capitol Street, Suite 600
    Post Office Box 23066
    Jackson, Mississippi 39225-3066
    Telephone: (601) 352-2300
    Facsimile: (601) 360-9777

**ATTORNEYS FOR ICI and WM.
POWELL COMPANY**