**MDL  875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 16 2004

FILED
CLERK'S OFFICE

**DOCKET NOS. 875 AND 1535**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*MDL-875 – IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*
*MDL-1535 – IN RE WELDING ROD PRODUCTS LIABILITY LITIGATION*

*Mardie McKeithen, etc. v. Exxon Mobil Corp., et al.*, M.D. Louisiana, C.A. No. 3:04-365

*MDL-875 CONDITIONAL TRANSFER ORDER (CTO-236)*
*WITH SEPARATION, REMAND AND*
*MDL-1535 CONDITIONAL TRANSFER ORDER (CTO-14)*

PLEADING NO. 4241

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings in MDL-875 pursuant to 28 U.S.C. § 1407. Since that time, 78,292 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions in MDL-875 have been assigned to the Honorable Charles R. Weiner.

On June 23, 2003, the Panel transferred three civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings in MDL-1535 pursuant to 28 U.S.C. § 1407. Since that time, 143 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions in MDL-1535 have been assigned to the Honorable Kathleen McDonald O'Malley.

It appears that the action on this conditional transfer order (*McKeithen*) involves questions of fact which are common to: 1) the actions in MDL-875 previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner; and 2) the actions in MDL-1535 previously transferred to the Northern District of Ohio and assigned to Judge O'Malley. *McKeithen* comprises two sets of claims, as follows: 1) asbestos claims contained in Section A of the complaint that involve common questions of fact with the previously transferred MDL-875 actions; and 2) welding rod claims contained in Section B of the complaint that involve common questions of fact with the previously transferred MDL-1535 actions.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), *McKeithen* is transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

**OFFICIAL FILE COPY**   IMAGED SEP 17 '04



The welding rod claims contained in Section B of the complaint in *McKeithen* are hereby separated and remanded, under 28 U.S.C. § 1407(a), to the Middle District of Louisiana.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the welding rod claims contained in Section B of the complaint in *McKeithen* are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of June 23, 2003, 269 F.Supp.2d 1365 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable Kathleen McDonald O'Malley.

This order does not become effective until it is filed in the offices of i) the Clerk of the United States District Court for the Eastern District of Pennsylvania, and ii) the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerks shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel