

**MDL 875**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                                **MDL DOCKET NO. 875**

**This Document Relates To:**
JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**SEP 20 2004**

FILED
CLERK'S OFFICE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                                **PLAINTIFF**

v.                                                         **CIVIL ACTION NO. 1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.                     **DEFENDANTS**

===

### DISCLOSURE STATEMENT FORM

===

Please check one box:

☑       The nongovernmental corporate party, _____ Owens-Illinois, Inc. _____, in
        the above listed civil action does not have any parent corporation and
        publicly held corporation that owns 10% or more of its stock.

☐       the nongovernmental corporate party, _____,
        in the the above listed civil action has the following parent corporation(s) and
        publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

_5/17/04_
Date

Signature
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
JESSICA DEGROOTE (MB#99142)

Counsel for: _____ Owens-Illinois, Inc. (MISSISSIPPI) _____

PLEADING NO. 4242

IMAGED SEP 20 '04    OFFICIAL FILE COPY

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                         MDL DOCKET NO. 875

This Document Relates To:
JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 0 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                          PLAINTIFF

                                                     CIVIL ACTION NO. 1:04CV512GR
v.

METROPOLITAN LIFE INSURANCE CO., ET AL.              DEFENDANTS

=====================================================================

DISCLOSURE STATEMENT FORM

=====================================================================

Please check one box:

☑    The nongovernmental corporate party, **Parker Hannifin Corporation**, in the
     above listed civil action does not have any parent corporation and publicly held
     corporation that owns 10% or more of its stock.

☐    the nongovernmental corporate party, _____,
     in the the above listed civil action has the following parent corporation(s) and
     publicly held corporation(s) that owns 10% or more of its stock:

     _____
     _____
     _____

8/19/04                                    _____
Date                                                    Signature

                          Counsel for:  PARKER HANNIFIN CORPORATION

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                      MDL DOCKET NO. 875

This Document Relates To:
JANET HOCKLEY, As Personal Representative of the Estate of        JUDICIAL PANEL ON
JAMES W. JAY, JR., DECEASED vs.                                   MULTIDISTRICT LITIGATION
METROPOLITAN LIFE INSURANCE CO., ET AL.
                                                                  SEP 2 0 2004

                                                                        FILED
                                                                  CLERK'S OFFICE

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                                       **PLAINTIFF**

v.                                                    CIVIL ACTION NO. 1:04CV512GR

METROPOLITAN LIFE INSURANCE CO., ET AL.                           **DEFENDANTS**

---

**DISCLOSURE STATEMENT FORM**

---

Please check one box:

   ❑   The nongovernmental corporate party, _____,
       in the above listed civil action does not have any parent corporation and publicly
       held corporation that owns 10% or more of its stock.

   √   The nongovernmental corporate party,  Patterson-Kelley Company        ,
       in the the above listed civil action has the following parent corporation(s) and
       publicly held corporation(s) that owns 10% or more of its stock:

           Harsco Corporation

_May 14, 2004_                                      
Date                                           Signature

                   Counsel for:    Patterson-Kelley Company

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    MDL DOCKET NO. 875

This Document Relates To:
JANET HOCKLEY, As Personal
Representative of the Estate of                  JUDICIAL PANEL ON
JAMES W. JAY, JR., DECEASED                    MULTIDISTRICT LITIGATION
METROPOLITAN LIFE INSURANCE CO., ET AL.
                                                   SEP 20 2004

                                                       FILED
                                                  CLERK'S OFFICE

                 UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF MISSISSIPPI
                       SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                            PLAINTIFF

VS.                                    CIVIL ACTION NO.: 1:04CV512GR

METROPOLITAN LIFE INSURANCE CO., ET AL.              DEFENDANTS

===

                       DISCLOSURE STATEMENT

===

Please check one box:

[✓]     The nongovernmental corporate party, ROBBINS & MYERS, INC., in the above
        listed civil action does not have any parent corporation and publicly held corporation
        that owns 10% or more of its stock.

[ ]     The nongovernmental corporate party, _____, in the above
        listed civil action has the following parent corporation(s) and publicly held
        corporation(s) that owns 10% or more of its stock:

_____

_____

8-9-04
_____                         _____
   Date                               Richard M. Crump, Esq. (MSB #101066)
                                      Attorney for Defendant
                                      ROBBINS & MYERS, INC.
                                      Forman Perry Watkins Krutz & Tardy LLP
                                      Post Office Box 22608
                                      Jackson, Mississippi 39225-2608
                                      (601) 960-8600

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    MDL DOCKET NO. 875

This Document Relates To:
JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 0 2004

FILED
CLERK'S OFFICE

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                              PLAINTIFF

v.                                        CIVIL ACTION NO. 1:04CV512GR

METROPOLITAN LIFE INSURANCE CO., ET AL.                  DEFENDANTS

===

**DISCLOSURE STATEMENT FORM**

===

Please check one box:

☑    The nongovernmental corporate party, Rogers Corporation, in the above listed civil
     action does not have any parent corporation and publicly held corporation that owns 10%
     or more of its stock.

☐    the nongovernmental corporate party, Rogers Corporation, in the above listed civil action
     has the following parent corporation(s) and publicly held corporation(s) that owns 10%
     or more of its stock:

Respectfully submitted, this the 13th day of May, 2004.

ROGERS CORPORATION

MARY MARGARET RATLIFF (MSB#100672)
AMANDA D. SUMMERLIN (MSB# 100773)
ITS ATTORNEYS

OF COUNSEL:

FORMAN PERRY WATKINS KRUTZ & TARDY LLP
200 One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, MS 39225-2608
(601) 960-8600

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    **MDL DOCKET NO. 875**

This Document Relates To:
JANET HOCKLEY, As Personal                 **JUDICIAL PANEL ON**
Representative of the Estate of            **MULTIDISTRICT LITIGATION**
JAMES W. JAY, JR., DECEASED
METROPOLITAN LIFE INSURANCE CO., ET AL.          **SEP 2 0 2004**

                                                    **FILED**
UNITED STATES DISTRICT COURT              **CLERK'S OFFICE**
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                      **PLAINTIFF**

VS.                                    **CIVIL ACTION NO.:  1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.        **DEFENDANTS**

---

## DISCLOSURE STATEMENT

---

Please check one box:

[✓]  The nongovernmental corporate party, <u>SCHUTTE & KOERTING, INC.</u>, in the above
     listed civil action does not have any parent corporation and publicly held corporation
     that owns 10% or more of its stock.

[ ]  The nongovernmental corporate party, _____, in the above
     listed civil action has the following parent corporation(s) and publicly held
     corporation(s) that owns 10% or more of its stock:

_____

_____

*8-9-04*
_____
Date

*S. D. Habeeb*
_____
Samuel D. Habeeb, Esq. (MSB #9552)
Simine Bazyari Reed, Esq. (MSB# 101259)
Attorneys for Defendant
SCHUTTE & KOERTING, INC.
Forman Perry Watkins Krutz & Tardy LLP
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    MDL DOCKET NO. 875

This Document Relates To:
JANET HOCKLEY, As Personal Representative of the Estate of          JUDICIAL PANEL ON
JAMES W. JAY, JR., DECEASED vs.                                    MULTIDISTRICT LITIGATION
METROPOLITAN LIFE INSURANCE CO., ET AL.
                                                                     SEP 2 0 2004

                                                                       FILED
                    IN THE UNITED STATES DISTRICT COURT            CLERK'S OFFICE
                 FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                             SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                                       PLAINTIFF

                                              CIVIL ACTION NO. 1:04CV512GR
v.

METROPOLITAN LIFE INSURANCE CO., ET AL.                          DEFENDANTS

================================================================

                      DISCLOSURE STATEMENT FORM

================================================================

Please check one box:

☑        The nongovernmental corporate party, ____Standard Equipment Co., Inc.____, in
         the above listed civil action does not have any parent corporation and publicly
         held corporation that owns 10% or more of its stock.

☐        the nongovernmental corporate party, _____,
         in the the above listed civil action has the following parent corporation(s) and
         publicly held corporation(s) that owns 10% or more of its stock:

         _____
         _____
         _____
         _____

_August 11, 2004_                        _James G. House III_
      Date                                      Signature

                    Counsel for: _Standard Equipment Company_

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                          MDL DOCKET NO. 875

This Document Relates To:
JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 0 2004

FILED
CLERK'S OFFICE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                                    PLAINTIFF

v.                                                CIVIL ACTION NO. 1:04CV512GR

METROPOLITAN LIFE INSURANCE CO., ET AL.                       DEFENDANTS

## DISCLOSURE STATEMENT FORM

Please check one box:

☑    The nongovernmental corporate party,  Stuart C. Irby Company                ,
      in the above listed civil action does not have any parent corporation and publicly
      held corporation that owns 10% or more of its stock.

☐    The nongovernmental corporate party, _____,
      in the the above listed civil action has the following parent corporation(s) and
      publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____

May 11, 2004                              _____
      Date                                            Signature

                    Counsel for:  Stuart C. Irby Company

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    MDL DOCKET NO. 875

This Document Relates To:
JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.                  JUDICIAL PANEL ON
METROPOLITAN LIFE INSURANCE CO., ET AL.          MULTIDISTRICT LITIGATION

                                                 SEP 20 2004

                                                      FILED
IN THE UNITED STATES DISTRICT COURT              CLERK'S OFFICE
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                              PLAINTIFF

v.                                               CIVIL ACTION NO. 1:04CV512GR

METROPOLITAN LIFE INSURANCE CO., ET AL.                 DEFENDANTS

====================================================================

## DISCLOSURE STATEMENT FORM

====================================================================

Please check one box:

☒    The nongovernmental corporate party, Yeomans Chicago Corporation, in the above
     listed civil action does not have any parent corporation and publicly held corporation
     that owns 10% or more of its stock.

☐    The nongovernmental corporate party, Yeomans Chicago Corporation, in the above
     listed civil action has the following parent corporation(s) and publicly held
     corporation(s) that owns 10% or more of its stock:

     _____
     _____
     _____
     _____

5/13/04                                          T. Hunt Cole (6349)
Date

                                       Counsel for: Yeomans Chicago Corporation

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

MDL DOCKET NO. 875

This Document Relates To:
JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 0 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED

PLAINTIFF

v.

CIVIL ACTION NO. 1:04CV512GR

METROPOLITAN LIFE INSURANCE CO., ET AL.

DEFENDANTS

DISCLOSURE STATEMENT FORM

Please check one box:

☑ The nongovernmental corporate party, A.R.WILFLEY & SONS, INC. ,
in the above listed civil action does not have any parent corporation and publicly
held corporation that owns 10% or more of its stock.

☐ the nongovernmental corporate party, _____,
in the the above listed civil action has the following parent corporation(s) and
publicly held corporation(s) that owns 10% or more of its stock:

_____

10 MAY 2004
Date

_Jennifer M Buckenbaker_
Signature

Counsel for: A.R.WILFLEY & SONS, INC.

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

**MDL DOCKET NO. 875**

This Document Relates To:
JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 0 2004

FILED
CLERK'S OFFICE

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED

**PLAINTIFF**

v.

**CIVIL ACTION NO. 1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.

**DEFENDANTS**

**DISCLOSURE STATEMENT FORM**

Please check one box:

☒    The nongovernmental corporate party, Accurate Felt & Gasket
, in the above listed civil action does not have any parent corporation and publicly
held corporation that owns 10% or more of its stock.

☐    the nongovernmental corporate party, _____,
in the the above listed civil action has the following parent corporation(s) and
publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____

5/14/04
Date

_____
Signature

Counsel for: Accurate Felt & Gasket

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

**MDL DOCKET NO. 875**

This Document Relates To:
JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 0 2004

FILED
CLERK'S OFFICE

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED

**PLAINTIFF**

v.

**CIVIL ACTION NO. 1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.

**DEFENDANTS**

---

### DISCLOSURE STATEMENT FORM

---

Please check one box:

☑     The nongovernmental corporate party, Alfa Laval Inc., in the above listed civil action
does not have any parent corporation and publicly held corporation that owns 10% or
more of its stock.

❑     The nongovernmental corporate party, Alfa Laval Inc., in the above listed civil action has
the following parent corporation(s) and publicly held corporation(s) that owns 10% or
more of its stock.

Respectfully submitted, this the _____ day of August, 2004.

ALFA LAVAL INC.

AMANDA D. SUMMERLIN (MSB# 100773)
ITS ATTORNEY

OF COUNSEL:

FORMAN PERRY WATKINS KRUTZ & TARDY LLP
200 One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, MS 39225-2608
(601) 960-8600

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    **MDL DOCKET NO. 875**

This Document Relates To:                    JUDICIAL PANEL ON
JANET HOCKLEY, As Personal                   MULTIDISTRICT LITIGATION
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                        SEP 20 2004
METROPOLITAN LIFE INSURANCE CO., ET AL.
                                                     FILED
                                               CLERK'S OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                          **PLAINTIFF**

VS.                                 CIVIL ACTION NO.: 1:04CV512GR

METROPOLITAN LIFE INSURANCE CO., ET AL.            **DEFENDANTS**

=====================================================================

DISCLOSURE STATEMENT

=====================================================================

Please check one box:

☑    The nongovernmental corporate party, <u>ALLIED GLOVE CORPORATION</u>, in the
     above listed civil action does not have any parent corporation and publicly held
     corporation that owns 10% or more of its stock.

☐    The nongovernmental corporate party, _____, in the above
     listed civil action has the following parent corporation(s) and publicly held
     corporation(s) that owns 10% or more of its stock:

     _____
     _____


_8-9-04_____                    _S.D.Hobab_____
Date                                David A. Baker, Esq. (MSB #10107)
                                    Forman Perry Watkins Krutz & Tardy LLP
                                    Attorney for Allied Glove Corporation
                                    Post Office Box 22608
                                    Jackson, Mississippi 39225-2608
                                    (601) 960-8600

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    MDL DOCKET NO. 875

                                                 JUDICIAL PANEL ON
This Document Relates To:                        MULTIDISTRICT LITIGATION
JANET HOCKLEY, As Personal
Representative of the Estate of                  SEP 2 0 2004
JAMES W. JAY, JR., DECEASED
METROPOLITAN LIFE INSURANCE CO., ET AL.          FILED
                                                 CLERK'S OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                              PLAINTIFF

VS.                                        CIVIL ACTION NO.:  1:04CV512GR

METROPOLITAN LIFE INSURANCE CO., ET AL.                 DEFENDANTS

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

DISCLOSURE STATEMENT

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

Please check one box:

☐      The nongovernmental corporate party, _____, in
       the above listed civil action does not have any parent corporation and publicly held
       corporation that owns 10% or more of its stock.

☑      The nongovernmental corporate party, ALSTOM POWER, INC., in the above listed
       civil action has the following parent corporation(s) and publicly held corporation(s)
       that indirectly owns 10% or more of its stock:

       ALSTOM S. A.

_____

8-9-04                                     _____ or (MSB #100089)
Date                                       JACK C. MCCANTS, ESQ. (MSB #100031)
                                           Attorney for Defendant
                                           ALSTOM POWER, INC.
                                           Forman Perry Watkins Krutz & Tardy LLP
                                           Post Office Box 22608
                                           Jackson, Mississippi 39225-2608
                                           (601) 960-8600

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                        **MDL DOCKET NO. 875**

This Document Relates To:
JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 20 2004

FILED
CLERK'S OFFICE

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                                **PLAINTIFF**

v.                                                    **CIVIL ACTION NO. 1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.                     **DEFENDANTS**

―――――――――――――――――――――――――――――――――――――――――

**DISCLOSURE STATEMENT FORM**

―――――――――――――――――――――――――――――――――――――――――

Please check one box:

☐    The non-governmental corporate party, _____, in
     the above listed civil action does not have any parent corporation and publicly held
     corporation that owns 10% or more of its stock.

☒    The non-governmental corporate party, THE AMERICAN CRANE CORPORATION,
     in the above listed civil action has the following parent corporation(s) and publicly
     held corporation(s) that owns 10% or more of its stock:

          Terex Corporation – 100% Shareholder
          500 Post Road East, Suite 320
          Westport, Connecticut 06880

_5/20/04_                              _Samuel D. Habeb_
Date                                   Signature

                    Counsel for: The American Crane Corporation

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

**MDL DOCKET NO. 875**

This Document Relates To:
JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 0 2004

FILED
CLERK'S OFFICE

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED

**PLAINTIFF**

v.

**CIVIL ACTION NO. 1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.

**DEFENDANTS**

---

## DISCLOSURE STATEMENT FORM

---

Please check one box:

**X**   The nongovernmental corporate party, **Ametek, Inc**.
        _, in the above listed civil action does not have any parent corporation and
        publicly held corporation that owns 10% or more of its stock.

❑   the nongovernmental corporate party, _____,
    in the the above listed civil action has the following parent corporation(s) and
    publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

8/20/04
Date

_____
Signature

Counsel for:_____**Ametek, Inc.**_____

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    MDL DOCKET NO. 875

This Document Relates To:
JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 0 2004

FILED
CLERK'S OFFICE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                                    PLAINTIFF

v.                                    CIVIL ACTION NO. 1:04CV512GR

METROPOLITAN LIFE INSURANCE CO., ET AL.                        DEFENDANTS

## DISCLOSURE STATEMENT FORM

Please check one box:

☑      The nongovernmental corporate party, **Branton Insulations, Inc.**, in the above
       listed civil action does not have any parent corporation and publicly held
       corporation that owns 10% or more of its stock.

☐      the nongovernmental corporate party, **Branton Insulations, Inc.**, in the the
       above listed civil action has the following parent corporation(s) and publicly held
       corporation(s) that owns 10% or more of its stock:

5/17/04
_____                    _____
Date                                            Signature

                            Counsel for: _Branton Insulations_____

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                          **MDL DOCKET NO. 875**

This Document Relates To:
JANET HOCKLEY, As Personal Representative of the Estate of     JUDICIAL PANEL ON
JAMES W. JAY, JR., DECEASED vs.                    MULTIDISTRICT LITIGATION
METROPOLITAN LIFE INSURANCE CO., ET AL.
                                                        SEP 2 0 2004

                                                            FILED
                                                        CLERK'S OFFICE

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                                **PLAINTIFF**

V.                                              **CIVIL ACTION NO. 1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.                   **DEFENDANTS**

---

### DISCLOSURE STATEMENT FORM

---

Please check one box:

☐    The nongovernmental corporate party, _____, in
     the above listed civil action does not have any parent corporation and publicly
     held corporation that owns 10% or more of its stock.

☒    The nongovernmental corporate party, <u>CertainTeed Corporation</u>,  in the above
     listed civil action has the following parent corporation(s) and publicly held
     corporation(s) that owns 10% or more of its stock:

     <u>CertainTeed Corporation is an indirect, wholly-owned subsidiary of Compagnie de Saint-
     Gobain, Paris, France. There is no other parent company that is publicly held. No other
     publicly-held company owns stock in CertainTeed Corporation, and no publicly-held
     company owns more than 10% of the stock of Compagnie de Saint-Gobain.</u>

Respectfully submitted, this the 12th day of May, 2004.

_(signature)_
_____
MARCY B. CROFT (MS BAR NO. 10864)
ROBERT V. GREENLEE (MS BAR NO. 100638)

ON BEHALF OF CERTAINTEED CORPORATION

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    **MDL DOCKET NO. 875**

**This Document Relates To:**
JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 0 2004

FILED
CLERK'S OFFICE

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                              **PLAINTIFF**

v.                                      **CIVIL ACTION NO. 1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.                 **DEFENDANTS**

---

**DISCLOSURE STATEMENT FORM**

---

Please check one box:

☑      The nongovernmental corporate party,   Crompton Corporation                ,
       in the above listed civil action does not have any parent corporation and publicly
       held corporation that owns 10% or more of its stock.

☐      the nongovernmental corporate party, _____,
       in the the above listed civil action has the following parent corporation(s) and
       publicly held corporation(s) that owns 10% or more of its stock:

       _____
       _____
       _____
       _____

8|12|04                                          _____
Date                                             Signature

                    Counsel for:   Crompton Corporation

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                          **MDL DOCKET NO. 875**

This Document Relates To:
JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.                        JUDICIAL PANEL ON
METROPOLITAN LIFE INSURANCE CO., ET AL.                MULTIDISTRICT LITIGATION

                                                          SEP 2 0 2004

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

                                                        FILED
                                                    CLERK'S OFFICE

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                             **PLAINTIFF**

v.                                          **CIVIL ACTION NO. 1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.                **DEFENDANTS**

═══════════════════════════════════════════════════════════════

### DISCLOSURE STATEMENT FORM

═══════════════════════════════════════════════════════════════

Please check one box:

[✓]     The nongovernmental corporate party, Crossfield Products Corp., in the above listed
        civil action does not have any parent corporation and publicly held corporation that owns
        10% or more of its stock.

[ ]     The nongovernmental corporate party, Crossfield Products Corp., in the above listed civil
        action has the following parent corporation(s) and publicly held corporation(s) that owns
        10% or more of its stock.

Respectfully submitted, this the _____ day of August, 2004.

                                CROSSFIELD PRODUCTS CORP.

                                AMANDA D. SUMMERLIN (MSB# 100773)
                                ITS ATTORNEY

OF COUNSEL:

FORMAN PERRY WATKINS KRUTZ & TARDY LLP
200 One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, MS 39225-2608
(601) 960-8600

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    **MDL DOCKET NO. 875**

This Document Relates To:                         JUDICIAL PANEL ON
                                                 MULTIDISTRICT LITIGATION
JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.                   SEP 2 0 2004
METROPOLITAN LIFE INSURANCE CO., ET AL.
                                                       FILED
                                                 CLERK'S OFFICE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                              **PLAINTIFF**

V.                                    **CIVIL ACTION NO. 1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.                  **DEFENDANTS**

## DISCLOSURE STATEMENT FORM

Please check one box:

☒    The nongovernmental corporate party, <u>Dana Corporation</u>, in the above listed civil
     action does not have any parent corporation and publicly held corporation that
     owns 10% or more of its stock.

☐    The nongovernmental corporate party, _____,
     in the above listed civil action has the following parent corporation(s) and
     publicly held corporation(s) that owns 10% or more of its stock:

     _____
     _____
     _____

Respectfully submitted, this the 14th day of May, 2004.

                         _____
                         MARCY B. CROFT (MS BAR NO. 10864)
                         ROBERT V. GREENLEE (MS BAR NO. 100638)

                         ON BEHALF OF DANA CORPORATION

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                                     **MDL DOCKET NO. 875**

This Document Relates To:
JANET HOCKLEY, As Personal Representative of the Estate of        JUDICIAL PANEL ON
JAMES W. JAY, JR., DECEASED vs.                                   MULTIDISTRICT LITIGATION
METROPOLITAN LIFE INSURANCE CO., ET AL.
                                                                 SEP 2 0 2004

                                                                       FILED
          IN THE UNITED STATES DISTRICT COURT                   CLERK'S OFFICE
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                                       **PLAINTIFF**

v.                                                               **CIVIL ACTION NO. 1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.                          **DEFENDANTS**

═══════════════════════════════════════════════════════════════════════════

                       **DISCLOSURE STATEMENT FORM**

═══════════════════════════════════════════════════════════════════════════

Please check one box:

❑      The nongovernmental corporate party, Dover Corporation                    ,
       in the above listed civil action does not have any parent corporation and publicly
       held corporation that owns 10% or more of its stock.

❑      the nongovernmental corporate party, _____,
       in the the above listed civil action has the following parent corporation(s) and
       publicly held corporation(s) that owns 10% or more of its stock:

       _____
       _____
       _____
       _____

_____                              _____
      Date                                         RICHARD M. CRUMP

                                             ATTORNEY FOR DOVER CORPORATION

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                          MDL DOCKET NO. 875

This Document Relates To:
JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                           JUDICIAL PANEL ON
METROPOLITAN LIFE INSURANCE CO., ET AL.              MULTIDISTRICT LITIGATION

                                                         SEP 2 0 2004

UNITED STATES DISTRICT COURT                              FILED
SOUTHERN DISTRICT OF MISSISSIPPI                     CLERK'S OFFICE
SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                              PLAINTIFF

VS.                                          CIVIL ACTION NO.:  1:04CV512GR

METROPOLITAN LIFE INSURANCE CO., ET AL.                 DEFENDANTS

====================================================================

DISCLOSURE STATEMENT FORM

====================================================================

Please check one box:

[✓]   The nongovernmental corporate party, <u>EASTERN SAFETY EQUIPMENT
      CORPORATION</u>, in the above listed civil action does not have any parent corporation
      and publicly held corporation that owns 10% or more of its stock.  Eastern Safety
      Equipment Corporation was dissolved in 2000.

[ ]   The nongovernmental corporate party, _____, in the
      above listed civil action has the following parent corporation(s) and publicly held
      corporation(s) that owns 10% or more of its stock:

      _____

      _____


_8- 10 -04_____                    _J. D. Habeeb_____
      Date                         Samuel D. Habeeb, Esq. (MSB #9552)
                                   Forman Perry Watkins Krutz & Tardy LLP
                                   Post Office Box 22608
                                   Jackson, Mississippi 39225-2608
                                   (601) 960-8600

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    **MDL DOCKET NO. 875**

This Document Relates To:
JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 0 2004

FILED
CLERK'S OFFICE

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                              **PLAINTIFF**

v.

                                    **CIVIL ACTION NO. 1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.                  **DEFENDANTS**

**DISCLOSURE STATEMENT FORM**

Please check one box:

√       The nongovernmental corporate party,   __Engelhard Corporation__   ,
        in the above listed civil action does not have any parent corporation and publicly
        held corporation that owns 10% or more of its stock.

❑       the nongovernmental corporate party, _____,
        in the the above listed civil action has the following parent corporation(s) and
        publicly held corporation(s) that owns 10% or more of its stock:

_____

__May 11, 2004__                        _____
        Date                                        Signature

                        Counsel for:   __Engelhard Corporation__

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    MDL DOCKET NO. 875

This Document Relates To:
JANET HOCKLEY, As Personal
Representative of the Estate of                  JUDICIAL PANEL ON
JAMES W. JAY, JR., DECEASED                       MULTIDISTRICT LITIGATION
METROPOLITAN LIFE INSURANCE CO., ET AL.
                                                  SEP 2 0 2004

                UNITED STATES DISTRICT COURT          FILED
               SOUTHERN DISTRICT OF MISSISSIPPI    CLERK'S OFFICE
                     SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                            PLAINTIFF

VS.                                       CIVIL ACTION NO.:  1:04CV512GR

METROPOLITAN LIFE INSURANCE CO., ET AL.               DEFENDANTS

_____

                        DISCLOSURE STATEMENT

_____

Please check one box:

☐     The nongovernmental corporate party, _____, in the
      above listed civil action does not have any parent corporation and publicly held
      corporation that owns 10% or more of its stock.

☑     The nongovernmental corporate party, FKI INDUSTRIES D/B/A ACCO CHAIN &
      LIFTING PRODUCTS DIVISION F/K/A AMERICAN CHAIN CO., INC., in the
      above listed civil action has the following parent corporation(s) and publicly held
      corporation(s) that indirectly owns 10% or more of its stock:

      BRIDON INC., BRIDON OVERSEAS HOLDINGS LTD., FKI ENGINEERING LTD
      AND FKI, PLC

8-9-04                                 Donald C. Partridge (MSB# 4037)
_____                        _____
    Date                               Donald C. Partridge (MSB# 4037)
                                       James G. House (MSB# 9576)
                                       Attorneys for Defendant
                                       FKI INDUSTRIES, INC.
                                       Forman Perry Watkins Krutz & Tardy LLP
                                       Post Office Box 22608
                                       Jackson, Mississippi 39225-2608
                                       (601) 960-8600

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    **MDL DOCKET NO. 875**

This Document Relates To:
JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.

> JUDICIAL PANEL ON
> MULTIDISTRICT LITIGATION
>
> SEP 2 0 2004
>
> FILED
> CLERK'S OFFICE

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                    **PLAINTIFF**

v.                                              **CIVIL ACTION NO. 1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.        **DEFENDANTS**

---

**DISCLOSURE STATEMENT FORM**

---

Please check one box:

☒   The nongovernmental corporate party, Flowserve Corporation, f/k/a Durametallic Corporation, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐   The nongovernmental corporate party, Flowserve Corporation, f/k/a Durametallic Corporation, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____

20 Aug 2004
Date

*Jennifer M. Studebaker*
Jennifer M. Studebaker (10433)

Counsel for: Flowserve Corporation, f/k/a
Durametallic Corporation

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                      **MDL DOCKET NO. 875**

This Document Relates To:                          JUDICIAL PANEL ON
JANET HOCKLEY, As Personal Representative of the Estate of    MULTIDISTRICT LITIGATION
JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.            SEP 2 0 2004

                                                   FILED
**IN THE UNITED STATES DISTRICT COURT**            CLERK'S OFFICE
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                        **PLAINTIFF**

V.                                                 **CIVIL ACTION NO. 1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.            **DEFENDANTS**

---

**DISCLOSURE STATEMENT FORM**

---

Please check one box:

☐      The nongovernmental corporate party, _____, in the
       above listed civil action does not have any parent corporation and publicly held
       corporation that owns 10% or more of its stock.

☒      The nongovernmental corporate party, <u>Foseco, Inc.</u>, in the above listed civil action
       has the following parent corporation(s) and publicly held corporation(s) that owns
       10% or more of its stock:

       <u>BP Corporation</u>
       _____
       _____

Respectfully submitted, this the 20th day of May, 2004.

_____
MARCY B. CROFT (MS BAR NO. 10864)
ROBERT V. GREENLEE (MS BAR NO. 100638)

ON BEHALF OF FOSECO, INC.

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**

**This Document Relates To:**
**JANET HOCKLEY, As Personal Representative of the Estate of**
**JAMES W. JAY, JR., DECEASED vs.**
**METROPOLITAN LIFE INSURANCE CO., ET AL.**

**MDL DOCKET NO. 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 0 2004

FILED
CLERK'S OFFICE

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**JANET HOCKLEY, As Personal**
**Representative of the Estate of**
**JAMES W. JAY, JR., DECEASED**                                        **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO. 1:04CV512GR**

**METROPOLITAN LIFE INSURANCE CO., ET AL.**                **DEFENDANTS**

### DISCLOSURE STATEMENT FORM

Please check one box:

- ☒ The nongovernmental corporate party, The French Oil Mill Machinery Company in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

- ☐ The nongovernmental corporate party, The French Oil Mill Machinery Company in the the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

_____

_____                                   WALTER G. WATKINS, III, MSB#100314
Date

Counsel for:   The French Oil Mill Machinery Company

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    MDL DOCKET NO. 875

This Document Relates To:
JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.                    JUDICIAL PANEL ON
METROPOLITAN LIFE INSURANCE CO., ET AL.            MULTIDISTRICT LITIGATION

                                                   SEP 2 0 2004

IN THE UNITED STATES DISTRICT COURT                     FILED
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI  CLERK'S OFFICE
SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                         PLAINTIFF

v.                                    CIVIL ACTION NO. 1:04CV512GR

METROPOLITAN LIFE INSURANCE CO., ET AL.            DEFENDANTS

========================================================

## DISCLOSURE STATEMENT FORM

========================================================

Please check one box:

☑     The nongovernmental corporate party, Gardner Denver, in the above listed civil action
      does not have any parent corporation and publicly held corporation that owns 10% or
      more of its stock.

❑     the nongovernmental corporate party, Gardner Denver, in the above listed civil action
      has the following parent corporation(s) and publicly held corporation(s) that owns 10%
      or more of its stock:

Respectfully submitted, this the _13th_ day of May, 2004.

                         GARDNER DENVER, INC.


                         MARY MARGARET RATLIFF (MSB#100672)
                         AMANDA D. SUMMERLIN (MSB# 100773)
                         ITS ATTORNEYS

OF COUNSEL:

FORMAN PERRY WATKINS KRUTZ & TARDY LLP
200 One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, MS 39225-2608
(601) 960-8600

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    MDL DOCKET NO. 875

This Document Relates To:
JANET HOCKLEY, As Personal Representative of the Estate of     JUDICIAL PANEL ON
JAMES W. JAY, JR., DECEASED vs.                MULTIDISTRICT LITIGATION
METROPOLITAN LIFE INSURANCE CO., ET AL.
                                               SEP 20 2004

                                                    FILED
              IN THE UNITED STATES DISTRICT COURT    CLERK'S OFFICE
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                              PLAINTIFF

v.                                           CIVIL ACTION NO. 1:04CV512GR

METROPOLITAN LIFE INSURANCE CO., ET AL.                 DEFENDANTS

---

### DISCLOSURE STATEMENT FORM

---

Please check one box:

☑    The nongovernmental corporate party,  General Electric Company            ,
     in the above listed civil action does not have any parent corporation and publicly
     held corporation that owns 10% or more of its stock.

☐    The nongovernmental corporate party, _____,
     in the the above listed civil action has the following parent corporation(s) and
     publicly held corporation(s) that owns 10% or more of its stock:

     _____

     _____

 May 11, 2004                          _____
     Date                                         Signature


              Counsel for:  General Electric Company

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    **MDL DOCKET NO. 875**

**This Document Relates To:**
JANET HOCKLEY, As Personal Representative of the Estate of JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 20 2004

FILED
CLERK'S OFFICE

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                              **PLAINTIFF**

v.                                        **CIVIL ACTION NO.  1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.              **DEFENDANTS**

===========================================================

**GEORGIA-PACIFIC CORPORATION'S
DISCLOSURE STATEMENT**

===========================================================

Defendant, Georgia-Pacific Corporation, by and through its attorneys, Forman Perry Watkins

Krutz & Tardy LLP, files this, their Corporate Disclosure Statement, as follows:

Georgia-Pacific Corporation has no parent corporation. No publicly held company owns ten

percent (10 %) or more of Georgia-Pacific Corporation's stock.

Respectfully submitted, this _____ day of May, 2004

WALTER G. WATKINS, JR., MSB # 6988
VICKI L. GILLIAM, MSB # 9493
CHAN E. MCLEOD, MSB # 101182
MALCOLM R. PATTERSON, MSB # 101089

ATTORNEYS   FOR   GEORGIA-PACIFIC
CORPORATION

FORMAN PERRY WATKINS KRUTZ & TARDY LLP
Suite 200, One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600

## CERTIFICATE OF SERVICE

I hereby certify that I have this date mailed by United States mail, postage prepaid a true and

correct copy of the foregoing Corporate Disclosure Statement to all Counsel of Record at their usual

business addresses.

THIS, the _12_ day of May, 2004.

Malcolm R. Patterson

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)**

**MDL DOCKET NO. 875**

This Document Relates To:
**JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 0 2004

FILED
CLERK'S OFFICE

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED**

**PLAINTIFF**

**v.**

**CIVIL ACTION NO. 1:04CV512GR**

**METROPOLITAN LIFE INSURANCE CO., ET AL.**

**DEFENDANTS**

**DISCLOSURE STATEMENT FORM**

Please check one box:

☑     The nongovernmental corporate party,  Illinois Tool Works Inc., successor by
      merger to Ransburg Corporation, successor by merger to the DeVilbiss Industrial
      Products Corporation, successor to the Industrial/Commercial Division of The
      DeVilbiss Company     ,  in the above listed civil action does not have any
      parent corporation and publicly held corporation that owns 10% or more of its
      stock.

❑     the nongovernmental corporate party, _____,
      in the the above listed civil action has the following parent corporation(s) and
      publicly held corporation(s) that owns 10% or more of its stock:

      _____
      _____
      _____
      _____

5/19/04
_____
/ Date

_____
Signature

Counsel for:  Illinois Tool Works Inc.

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                          **MDL DOCKET NO. 875**

**This Document Relates To:**
JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 0 2004

FILED
CLERK'S OFFICE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

JANET HOCKLEY, As Personal
Representative of the Estate of
**JAMES W. JAY, JR., DECEASED**                              **PLAINTIFFS**

vs.                                          **CIVIL ACTION NO. 1:04CV512GR**

**METROPOLITAN LIFE INSURANCE CO., ET AL.**          **DEFENDANTS**

═══════════════════════════════════════════════════════════════

**DISCLOSURE STATEMENT FORM**

═══════════════════════════════════════════════════════════════

Please check one box:

    ☐    The nongovernmental corporate party, _____,
in the above listed civil action does not have any parent corporation and publicly
held corporation that owns 10% or more of its stock.

    ✔    the nongovernmental corporate party, Industrial Holdings Corporation, f/k/a The
Carborundum Company, in the the above listed civil action has the following
parent corporation(s) and publicly held corporation(s) that own 10% or more of its
stock:

        Lehman Brothers Holding, Inc. _____

Dated, this the 17ᵗʰ day of May 2004.

INDUSTRIAL HOLDINGS CORPORATION,
F/K/A THE CARBORUNDUM COMPANY

JONATHON HUTH
ITS ATTORNEY

OF COUNSEL:

FORMAN PERRY WATKINS KRUTZ & TARDY LLP
200 One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, Mississippi 39225-2608
Telephone: (601) 960-8600
Facsimile: (601) 960-8613

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                                **MDL DOCKET NO. 875**

This Document Relates To:
JANET HOCKLEY, As Personal                         JUDICIAL PANEL ON
Representative of the Estate of                     MULTIDISTRICT LITIGATION
JAMES W. JAY, JR., DECEASED
METROPOLITAN LIFE INSURANCE CO., ET AL.            SEP 2 0 2004

                                                          FILED
                **UNITED STATES DISTRICT COURT** CLERK'S OFFICE
                    **SOUTHERN DISTRICT OF MISSISSIPPI**
                         **SOUTHERN DIVISION**

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                                **PLAINTIFF**

VS.                                          **CIVIL ACTION NO.:  1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.                  **DEFENDANTS**

---

**DISCLOSURE STATEMENT**

---

Please check one box:

[✓]   The nongovernmental corporate party, <u>INGERSOLL-RAND COMPANY</u>, in the above
      listed civil action does not have any parent corporation and publicly held corporation
      that owns 10% or more of its stock.

[ ]   The nongovernmental corporate party, _____, in the above
      listed civil action has the following parent corporation(s) and publicly held
      corporation(s) that owns 10% or more of its stock:

_____

_____

8-9-04                                      _____
Date                                        Richard M. Crump, Esq. (MSB #101066)
                                            Donald C. Partridge (MSB# 4037)
                                            Attorneys for Defendant
                                            INGERSOLL-RAND COMPANY
                                            Forman Perry Watkins Krutz & Tardy LLP
                                            Post Office Box 22608
                                            Jackson, Mississippi 39225-2608
                                            (601) 960-8600

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    **MDL DOCKET NO. 875**

**This Document Relates To:**
JANET HOCKLEY, As Personal Representative of the Estate of    JUDICIAL PANEL ON
JAMES W. JAY, JR., DECEASED vs.                              MULTIDISTRICT LITIGATION
METROPOLITAN LIFE INSURANCE CO., ET AL.
                                                             SEP 2 0 2004

                                                                  FILED
                                                             CLERK'S OFFICE
### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                                  **PLAINTIFF**

v.                                                    **CIVIL ACTION NO. 1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.                      **DEFENDANTS**

## DISCLOSURE STATEMENT FORM

Please check one box:

☒    The nongovernmental corporate party, _Jamestown Metal Marine Sales, Inc._ , in
     the above listed civil action does not have any parent corporation and publicly
     held corporation that owns 10% or more of its stock.

☐    the nongovernmental corporate party, _____ ,
     in the the above listed civil action has the following parent corporation(s) and
     publicly held corporation(s) that owns 10% or more of its stock:

_5/12/04_
Date                                              _____
                                                  Signature

                              Counsel for:  _Jamestown Metal Marine Sales, Inc._

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

**MDL DOCKET NO. 875**

**This Document Relates To:**
**JANET HOCKLEY, As Personal Representative of the Estate of**
**JAMES W. JAY, JR., DECEASED vs.**
**METROPOLITAN LIFE INSURANCE CO., ET AL.**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 0 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JANET HOCKLEY, As Personal**
**Representative of the Estate of**
**JAMES W. JAY, JR., DECEASED**

**PLAINTIFF**

**v.**

**CIVIL ACTION NO. 1:04CV512GR**

**METROPOLITAN LIFE INSURANCE CO., ET AL.**

**DEFENDANTS**

## DISCLOSURE STATEMENT FORM

Please check one box:

❑   The nongovernmental corporate party, Kamco Supply Company, Inc.                    ,
in the above listed civil action does not have any parent corporation and publicly
held corporation that owns 10% or more of its stock.

❑   the nongovernmental corporate party, _____,
in the the above listed civil action has the following parent corporation(s) and
publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____

8/20/04
Date

T. HUNT COLE

ATTORNEY FOR KAMCO SUPPLY COMPANY

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                     **MDL DOCKET NO. 875**

**This Document Relates To:**
JANET HOCKLEY, As Personal Representative of the Estate of     JUDICIAL PANEL ON
JAMES W. JAY, JR., DECEASED vs.                               MULTIDISTRICT LITIGATION
METROPOLITAN LIFE INSURANCE CO., ET AL.
                                                             SEP 2 0 2004

                                                               FILED
                                                          CLERK'S OFFICE

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                              **PLAINTIFF**

v.                                            **CIVIL ACTION NO.1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.                **DEFENDANTS**

===========================================================

**KIMBERLY-CLARK CORPORATION'S
DISCLOSURE STATEMENT FORM**

===========================================================

COMES NOW, DEFENDANT KIMBERLY-CLARK CORPORATION, by and through

its attorneys, and files this its Corporate Disclosure Statement, as follows:

Kimberly-Clark Corporation has no parent corporation. No publicly-held company owns

ten percent (10%) or more of Kimberly-Clark Corporation's stock.

Respectfully submitted, this ___/2___ day of May, 2004.

WALTER G. WATKINS, JR., MSB # 6988
VICKI L. GILLIAM, MSB # 9493
CHAN E. MCLEOD, MSB # 101182
MALCOLM R. PATTERSON, MSB # 101089

ATTORNEYS    FOR    KIMBERLY-CLARK
CORPORATION

FORMAN PERRY WATKINS KRUTZ & TARDY LLP
Suite 200, One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this date mailed by United States mail, postage prepaid a true and

correct copy of the foregoing Corporate Disclosure Statement to all Counsel of Record at their usual

business addresses.

THIS, the  12 day of May, 2004.

Malcolm R. Patterson

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    **MDL DOCKET NO. 875**

This Document Relates To:
**JANET HOCKLEY, As Personal Representative of the Estate of**      JUDICIAL PANEL ON
**JAMES W. JAY, JR., DECEASED vs.**                    MULTIDISTRICT LITIGATION
**METROPOLITAN LIFE INSURANCE CO., ET AL.**
                                                      SEP 2 0 2004

                                                          FILED
                                                    CLERK'S OFFICE

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED**                         **PLAINTIFF**

**V.**

                                            **CIVIL ACTION NO. 1:04CV512GR**

**METROPOLITAN LIFE INSURANCE CO., ET AL.**           **DEFENDANTS**

---

### DISCLOSURE STATEMENT FORM

---

Please check one box:

☑       The nongovernmental corporate party, Komp Equipment Co., Inc., in the above
        listed civil action does not have any parent corporation and publicly held
        corporation that owns 10% or more of its stock.

☐       the nongovernmental corporate party, _____,
        in the the above listed civil action has the following parent corporation(s) and
        publicly held corporation(s) that owns 10% or more of its stock:

        _____
        _____
        _____
        _____

5/20/04 _____                    _____
Date                                    Signature

                    Counsel for: _____

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    **MDL DOCKET NO. 875**

**This Document Relates To:**
JANET HOCKLEY, As Personal Representative of the Estate of    JUDICIAL PANEL ON
JAMES W. JAY, JR., DECEASED vs.                               MULTIDISTRICT LITIGATION
METROPOLITAN LIFE INSURANCE CO., ET AL.
                                                             SEP 2 0 2004

                                                                  FILED
                                                             CLERK'S OFFICE
**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                               **PLAINTIFF**

v.                                              **CIVIL ACTION NO. 1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.                   **DEFENDANTS**

**DISCLOSURE STATEMENT FORM**

Please check one box:

   ❑    The nongovernmental corporate party, _____,
        in the above listed civil action does not have any parent corporation and publicly
        held corporation that owns 10% or more of its stock.

   √    The nongovernmental corporate party,  _Patterson-Kelley Company_____,
        in the the above listed civil action has the following parent corporation(s) and
        publicly held corporation(s) that owns 10% or more of its stock:

               _____ Harsco Corporation_____
               _____
               _____
               _____

_May 14, 2004_____                            _____
      Date                                              Signature


                        Counsel for:    _Patterson-Kelley Company_

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    **MDL DOCKET NO. 875**

This Document Relates To:
**JANET HOCKLEY, As Personal Representative of the Estate of**      JUDICIAL PANEL ON
**JAMES W. JAY, JR., DECEASED vs.**                     MULTIDISTRICT LITIGATION
**METROPOLITAN LIFE INSURANCE CO., ET AL.**

SEP 2 0 2004

FILED
**IN THE UNITED STATES DISTRICT COURT**   CLERK'S OFFICE
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**JANET HOCKLEY, As Personal**
**Representative of the Estate of**
**JAMES W. JAY, JR., DECEASED**                         **PLAINTIFF**

**v.**

**CIVIL ACTION NO. 1:04CV512GR**

**METROPOLITAN LIFE INSURANCE CO., ET AL.**              **DEFENDANTS**

**DISCLOSURE STATEMENT FORM**

Please check one box:

☑      The nongovernmental corporate party, Laurel Machine and Foundry Co., in the
       above listed civil action does not have any parent corporation and publicly held
       corporation that owns 10% or more of its stock.

☐      the nongovernmental corporate party, _____,
       in the the above listed civil action has the following parent corporation(s) and
       publicly held corporation(s) that owns 10% or more of its stock:

       _____
       _____
       _____
       _____

_5/21/04_____              _____
Date                                Signature

                    Counsel for: _____

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**                    **MDL DOCKET NO. 875**

**This Document Relates To:**
**JANET HOCKLEY, As Personal Representative of the Estate of**
**JAMES W. JAY, JR., DECEASED vs.**
**METROPOLITAN LIFE INSURANCE CO., ET AL.**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 0 2004

**IN THE UNITED STATES DISTRICT COURT**        FILED
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**   CLERK'S OFFICE
**SOUTHERN DIVISION**

**JANET HOCKLEY, As Personal**
**Representative of the Estate of**
**JAMES W. JAY, JR., DECEASED**                    **PLAINTIFF**

**v.**

                                              **CIVIL ACTION NO. 1:04CV512GR**

**METROPOLITAN LIFE INSURANCE CO., ET AL.**        **DEFENDANTS**

---

**DISCLOSURE STATEMENT FORM**

---

Please check one box:

☑   The nongovernmental corporate party, Lawrence Pumps, Inc., in the above listed
    civil action does not have any parent corporation and publicly held corporation
    that owns 10% or more of its stock.

☐   the nongovernmental corporate party, _____,
    in the the above listed civil action has the following parent corporation(s) and
    publicly held corporation(s) that owns 10% or more of its stock:

    _____
    _____
    _____
    _____

5/30/04
Date                              Signature

                        Counsel for: _____

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                          MDL DOCKET NO. 875

This Document Relates To:
JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 20 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                                    PLAINTIFF

v.                                          CIVIL ACTION NO. 1:04CV512GR

METROPOLITAN LIFE INSURANCE CO., ET AL.                     DEFENDANTS

---

DISCLOSURE STATEMENT FORM

---

Please check one box:

☑    The nongovernmental corporate party, ___Lincoln Electric Company___, in the
     above listed civil action does not have any parent corporation and publicly held
     corporation that owns 10% or more of its stock.

☐    the nongovernmental corporate party, _____,
     in the the above listed civil action has the following parent corporation(s) and
     publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

_5/17/04_____                      _Craig Brousel_____
Date                                        Signature

                    Counsel for:  ___Lincoln Electric Company___

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**                          **MDL DOCKET NO. 875**

**This Document Relates To:**
**JANET HOCKLEY, As Personal Representative of the Estate of**
**JAMES W. JAY, JR., DECEASED vs.**                    JUDICIAL PANEL ON
**METROPOLITAN LIFE INSURANCE CO., ET AL.**         MULTIDISTRICT LITIGATION

SEP 2 0 2004

FILED
**IN THE UNITED STATES DISTRICT COURT**    CLERK'S OFFICE
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**JANET HOCKLEY, As Personal**
**Representative of the Estate of**
**JAMES W. JAY, JR., DECEASED**                              **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. 1:04CV512GR**

**METROPOLITAN LIFE INSURANCE CO., ET AL.**              **DEFENDANTS**

## DISCLOSURE STATEMENT FORM

Please check one box:

☒          The nongovernmental corporate party, _____Magnetrol International
           Incorporated___, in the above listed civil action does not have any parent
           corporation and publicly held corporation that owns 10% or more of its
           stock.

❑          the nongovernmental corporate party, _____,
           in the the above listed civil action has the following parent corporation(s) and
           publicly held corporation(s) that owns 10% or more of its stock:

_____

_____

_____

_____

_5/17/14_____                          _____
Date                                          Signature
                          FORMAN PERRY WATKINS KRUTZ & TARDY LLP
                          JESSICA DEGROOTE (MB#99142)

          Counsel for:   _Magnetrol International Incorporated (MISSISSIPPI)_

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    **MDL DOCKET NO. 875**

**This Document Relates To:**
**JANET HOCKLEY, As Personal Representative of**
**the Estate of JAMES W. JAY, JR., DECEASED vs.**
**METROPOLITAN LIFE INSURANCE CO., ET AL.**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 0 2004

FILED
CLERK'S OFFICE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**JANET HOCKLEY, As Personal Representative**
**of the Estate of JAMES W. JAY, JR., DECEASED**                    **PLAINTIFF**

**v.**                    **CIVIL ACTION NO. 1:04CV512GR**

**METROPOLITAN LIFE INSURANCE CO., ET AL.**                    **DEFENDANTS**

**DISCLOSURE STATEMENT FORM**

Please check one box:

☒    The non-governmental corporate party, MCMASTER-CARR SUPPLY COMPANY,
     in the above listed civil action does not have any parent corporation and publicly
     held corporation that owns 10% or more of its stock.

☐    The non-governmental corporate party,_____, in the
     above listed civil action has the following parent corporation(s) and publicly held
     corporation(s) that owns 10% or more of its stock:

_____
_____
_____

5/20/04                              _Donald C. Partridge_
Date                                 Donald C. Partridge

                              Counsel for McMaster-Carr Supply Company

## CERTIFICATE OF SERVICE

I hereby certify that I have this date mailed by United States mail and by hand delivery and by facsimile, postage prepaid a true and correct copy of the foregoing to Plaintiff's Counsel of Record and Choice Copy Service and written notice of filing of the foregoing document to counsel for defendants at their usual business addresses.

THIS, the _20_ day of May, 2004

_Donald Partridge_

DONALD C. PARTRIDGE

OF COUNSEL:

FORMAN PERRY WATKINS KRUTZ & TARDY LLP
200 One Jackson Place
188 E. Capitol Street
Post Office Box 22608
Jackson, Mississippi  39225-2608
Telephone:      (601) 960-8600
Facsimile:       (601) 960-8613

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    **MDL DOCKET NO. 875**

**This Document Relates To:**
JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 0 2004

FILED
CLERK'S OFFICE

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                        **PLAINTIFF**

v.                                                **CIVIL ACTION NO. 1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.            **DEFENDANTS**

**DISCLOSURE STATEMENT FORM**

Please check one box:

☒    The nongovernmental corporate party,  Mueller Steam Specialty
, in the above listed civil action does not have any parent corporation and publicly
held corporation that owns 10% or more of its stock.

❑    the nongovernmental corporate party, _____,
in the the above listed civil action has the following parent corporation(s) and
publicly held corporation(s) that owns 10% or more of its stock:

_____

_____

_____

_____

8/11/04                          _Craig Brumfield_
Date                             Signature

Counsel for: Mueller Steam Specialty

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                        **MDL DOCKET NO. 875**

This Document Relates To:
**JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 0 2004

FILED
CLERK'S OFFICE

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                          **PLAINTIFF**

**V.**

CIVIL ACTION NO. 1:04CV512GR

METROPOLITAN LIFE INSURANCE CO., ET AL.              **DEFENDANTS**

## DISCLOSURE STATEMENT FORM

Please check one box:

☒    The nongovernmental corporate party, <u>National Service Industries, Inc.</u>,  in the
      above listed civil action does not have any parent corporation and publicly held
      corporation that owns 10% or more of its stock.

☐    The nongovernmental corporate party, _____,
      in the above listed civil action has the following parent corporation(s) and
      publicly held corporation(s) that owns 10% or more of its stock:

      _____
      _____
      _____

Respectfully submitted, this the 14th day of May, 2004.

MARCY B. CROFT (MS BAR NO. 10864)
ROBERT V. GREENLEE (MS BAR NO. 100638)

ON BEHALF OF NATIONAL SERVICE INDUSTRIES, INC.

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    **MDL DOCKET NO. 875**

This Document Relates To:
JANET HOCKLEY, As Personal Representative of the Estate of          JUDICIAL PANEL ON
JAMES W. JAY, JR., DECEASED vs.                                     MULTIDISTRICT LITIGATION
METROPOLITAN LIFE INSURANCE CO., ET AL.
                                                                    SEP 20 2004

                                                                    FILED
                                                                    CLERK'S OFFICE
**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                                         **PLAINTIFF**

**v.**                                                   **CIVIL ACTION NO. 1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.                            **DEFENDANTS**

---

**DISCLOSURE STATEMENT FORM**

---

Please check one box:

☒    The nongovernmental corporate party, Nibco, Inc., in the above listed civil action
         does not have any parent corporation and publicly held corporation that owns 10%
         or more of its stock.

☐    The nongovernmental corporate party, Nibco, Inc., in the above listed civil action has
         the following parent corporation(s) and publicly held corporation(s) that owns 10%
         or more of its stock:

         _____
         _____
         _____
         _____


_S/13/04_                                    _____
Date                                         Hunt Cole (MBN 6349)
                                             Counsel for: Nibco, Inc.

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                          **MDL DOCKET NO. 875**

This Document Relates To:                          JUDICIAL PANEL ON
JANET HOCKLEY, As Personal Representative of the Estate of     MULTIDISTRICT LITIGATION
JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.                 SEP 2 0 2004

                                                         FILED
                                                    CLERK'S OFFICE

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                                **PLAINTIFF**

v.

                                            **CIVIL ACTION NO. 1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.                    **DEFENDANTS**

===================================================

**DISCLOSURE STATEMENT FORM**

===================================================

Please check one box:

☑      The nongovernmental corporate party, **Phoenix Specialty MFG. Co., Inc.**, in
        the above listed civil action does not have any parent corporation and publicly
        held corporation that owns 10% or more of its stock.

☐      the nongovernmental corporate party, **Phoenix Specialty MFG. Co., Inc.**, in the
        the above listed civil action has the following parent corporation(s) and publicly
        held corporation(s) that owns 10% or more of its stock:

5/17/04
Date                                           Signature

                        Counsel for: Phoenix Specialty MFG. Co., Inc.

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)  **MDL DOCKET NO. 875**

This Document Relates To:
JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED
METROPOLITAN LIFE INSURANCE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 0 2004

FILED
CLERK'S OFFICE

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED  **PLAINTIFF**

VS.  **CIVIL ACTION NO.:  1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.  **DEFENDANTS**

## DISCLOSURE STATEMENT

Please check one box:

[✓]  The nongovernmental corporate party, <u>ROBBINS & MYERS, INC.</u>, in the above
listed civil action does not have any parent corporation and publicly held corporation
that owns 10% or more of its stock.

[ ]  The nongovernmental corporate party, _____, in the above
listed civil action has the following parent corporation(s) and publicly held
corporation(s) that owns 10% or more of its stock:

_____

_____

8-9-04
_____
Date

Richard M. Crump, Esq. (MSB #101066)
Attorney for Defendant
ROBBINS & MYERS, INC.
Forman Perry Watkins Krutz & Tardy LLP
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                                    **MDL DOCKET NO. 875**

This Document Relates To:
JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.          JUDICIAL PANEL ON
                                                  MULTIDISTRICT LITIGATION

**IN THE UNITED STATES DISTRICT COURT**   SEP 2 0 2004
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**                          FILED
                                          CLERK'S OFFICE

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                                    **PLAINTIFF**

v.                                             **CIVIL ACTION NO. 1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.                       **DEFENDANTS**

===============================================================

**DISCLOSURE STATEMENT FORM**

===============================================================

Please check one box:

☑     The nongovernmental corporate party, Rogers Corporation, in the above listed civil
        action does not have any parent corporation and publicly held corporation that owns 10%
        or more of its stock.

☐     the nongovernmental corporate party, Rogers Corporation, in the above listed civil action
        has the following parent corporation(s) and publicly held corporation(s) that owns 10%
        or more of its stock:

Respectfully submitted, this the _13th_ day of May, 2004.

                              ROGERS CORPORATION

                              MARY MARGARET RATLIFF (MSB#100672)
                              AMANDA D. SUMMERLIN (MSB# 100773)
                              ITS ATTORNEYS

OF COUNSEL:

FORMAN PERRY WATKINS KRUTZ & TARDY LLP
200 One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, MS 39225-2608
(601) 960-8600

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                     MDL DOCKET NO. 875

This Document Relates To:
JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                  **JUDICIAL PANEL ON**
METROPOLITAN LIFE INSURANCE CO., ET AL.       **MULTIDISTRICT LITIGATION**

                                              **SEP 2 0 2004**

UNITED STATES DISTRICT COURT                     **FILED**
SOUTHERN DISTRICT OF MISSISSIPPI            **CLERK'S OFFICE**
SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                                **PLAINTIFF**

VS.                                          CIVIL ACTION NO.:  1:04CV512GR

METROPOLITAN LIFE INSURANCE CO., ET AL.                   **DEFENDANTS**

_____

DISCLOSURE STATEMENT

_____

Please check one box:

[✓]   The nongovernmental corporate party, <u>SCHUTTE & KOERTING, INC.</u>, in the above
      listed civil action does not have any parent corporation and publicly held corporation
      that owns 10% or more of its stock.

[ ]   The nongovernmental corporate party, _____, in the above
      listed civil action has the following parent corporation(s) and publicly held
      corporation(s) that owns 10% or more of its stock:

      _____

      _____


_8-9-04_____                          _S. D. Habeeb_____
        Date                                  Samuel D. Habeeb, Esq. (MSB #9552)
                                              Simine Bazyari Reed, Esq. (MSB# 101259)
                                              Attorneys for Defendant
                                              SCHUTTE & KOERTING, INC.
                                              Forman Perry Watkins Krutz & Tardy LLP
                                              Post Office Box 22608
                                              Jackson, Mississippi 39225-2608
                                              (601) 960-8600

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    **MDL DOCKET NO. 875**

**This Document Relates To:**
JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 0 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                            **PLAINTIFF**

v.                                          **CIVIL ACTION NO. 1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.              **DEFENDANTS**

---

### DISCLOSURE STATEMENT FORM

---

Please check one box:

☑     The nongovernmental corporate party, ___Standard Equipment Co., Inc.___, in
      the above listed civil action does not have any parent corporation and publicly
      held corporation that owns 10% or more of its stock.

☐     the nongovernmental corporate party, _____,
      in the the above listed civil action has the following parent corporation(s) and
      publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

_August 11, 2004_                           _James G. House III_
Date                                        Signature

                    Counsel for: _Standard Equipment Company_

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                          MDL DOCKET NO. 875

This Document Relates To:
JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 0 2004

FILED
CLERK'S OFFICE

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                              PLAINTIFF

v.                                           CIVIL ACTION NO. 1:04CV512GR

METROPOLITAN LIFE INSURANCE CO., ET AL.                 DEFENDANTS

## DISCLOSURE STATEMENT FORM

Please check one box:

✓    The nongovernmental corporate party,  Stuart C. Irby Company              ,
     in the above listed civil action does not have any parent corporation and publicly
     held corporation that owns 10% or more of its stock.

❑    The nongovernmental corporate party, _____,
     in the the above listed civil action has the following parent corporation(s) and
     publicly held corporation(s) that owns 10% or more of its stock:

May 11, 2004                                    [signature]
Date                                            Signature

Counsel for:  Stuart C. Irby Company

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                          **MDL DOCKET NO. 875**

**This Document Relates To:**
JANET HOCKLEY, As Personal Representative of the Estate of        JUDICIAL PANEL ON
JAMES W. JAY, JR., DECEASED vs.                                   MULTIDISTRICT LITIGATION
METROPOLITAN LIFE INSURANCE CO., ET AL.
                                                                  SEP 20 2004

**IN THE UNITED STATES DISTRICT COURT**                          FILED
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**                      CLERK'S OFFICE
**SOUTHERN DIVISION**

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                                       **PLAINTIFF**

**v.**                                                           **CIVIL ACTION NO. 1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.                          **DEFENDANTS**

---

**DISCLOSURE STATEMENT FORM**

---

Please check one box:

[✓]          The nongovernmental corporate party, <u>Sulzer Pumps (US) Inc.,</u> in the
             above listed civil action does not have any parent corporation and publicly
             held corporation that owns 10% or more of its stock.

[ ]          the nongovernmental corporate party, _____,
             in the the above listed civil action has the following parent corporation(s) and
             publicly held corporation(s) that owns 10% or more of its stock:

_____

_____

_____

_____


<u>5/17/04</u>                                   <u>          </u>
Date                                             Signature
                                    FORMAN PERRY WATKINS KRUTZ & TARDY LLP
                                    JESSICA DEGROOTE (MB#99142)


                    Counsel for:   <u>Sulzer Pumps (US) Inc. (MISSISSIPPI)</u>

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    **MDL DOCKET NO. 875**

This Document Relates To:
**JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**SEP 2 0 2004**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

FILED
CLERK'S OFFICE

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                              **PLAINTIFF**

v.                                          **CIVIL ACTION NO. 1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.              **DEFENDANTS**

**DISCLOSURE STATEMENT FORM**

Please check one box:

☑  The nongovernmental corporate party, Turner Supply Co., in the above listed
civil action does not have any parent corporation and publicly held corporation
that owns 10% or more of its stock.

❏  the nongovernmental corporate party, _____,
in the the above listed civil action has the following parent corporation(s) and
publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____

5/21/04
Date

Signature

Counsel for: _____

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

**MDL DOCKET NO. 875**

This Document Relates To:
JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 0 2004

FILED
CLERK'S OFFICE

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED

**PLAINTIFF**

v.

**CIVIL ACTION NO. 1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.

**DEFENDANTS**

---

**DISCLOSURE STATEMENT FORM**

---

Please check one box:

☐  The nongovernmental corporate party, Warren Pumps, Inc., in the above listed civil
action does not have any parent corporation and publicly held corporation that owns
10% or more of its stock.

√  The nongovernmental corporate party, Warren Pumps, Inc., in the above listed civil
action has the following parent corporation(s) and publicly held corporation(s) that
owns 10% or more of its stock:

<u>IMO Industries Incorporated is the sole shareholder of Warren Pumps, Incorporated.</u>

_____

_____

_____


___5/21/2004___
Date

*Jennifer M. Studebaker*
Jennifer M. Studebaker (10433)

Counsel for: Warren Pumps, Inc.

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    **MDL DOCKET NO. 875**

This Document Relates To:
JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.
METROPOLITAN LIFE INSURANCE CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 0 2004

FILED
CLERK'S OFFICE

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                              **PLAINTIFF**

v.

CIVIL ACTION NO. 1:04CV512GR

METROPOLITAN LIFE INSURANCE CO., ET AL.                  **DEFENDANTS**

---

**DISCLOSURE STATEMENT FORM**

---

Please check one box:

☒    The nongovernmental corporate party, Yeomans Chicago Corporation, in the above
     listed civil action does not have any parent corporation and publicly held corporation
     that owns 10% or more of its stock.

☐    The nongovernmental corporate party, Yeomans Chicago Corporation, in the above
     listed civil action has the following parent corporation(s) and publicly held
     corporation(s) that owns 10% or more of its stock:

     _____

     _____

     _____

     _____

5/13/04
‾‾‾‾‾‾‾
Date

T. Hunt Cole (6349)

Counsel for: Yeomans Chicago Corporation

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    **MDL DOCKET NO. 875**

**This Document Relates To:**
**JANET HOCKLEY, As Personal Representative of the Estate of**
**JAMES W. JAY, JR., DECEASED vs.**
**METROPOLITAN LIFE INSURANCE CO., ET AL.**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 20 2004

FILED
CLERK'S OFFICE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                          **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO. 1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.              **DEFENDANTS**

---

**DISCLOSURE STATEMENT FORM**

---

Please check one box:

❑   The nongovernmental corporate party, ____Yuba Heat Transfer_____, in
the above listed civil action does not have any parent corporation and publicly
held corporation that owns 10% or more of its stock.

❑   the nongovernmental corporate party, _____,
in the above listed civil action has the following parent corporation(s) and publicly
held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

_____                        _____
Date                                                   Signature

Counsel for: _____Yuba Heat Transfer_____

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                          **MDL DOCKET NO. 875**

This Document Relates To:
JANET HOCKLEY, As Personal Representative of the Estate of
JAMES W. JAY, JR., DECEASED vs.                        JUDICIAL PANEL ON
METROPOLITAN LIFE INSURANCE CO., ET AL.               MULTIDISTRICT LITIGATION

                                                      SEP 2 0 2004

                                                          FILED
               IN THE UNITED STATES DISTRICT COURT    CLERK'S OFFICE
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      SOUTHERN DIVISION

JANET HOCKLEY, As Personal
Representative of the Estate of
JAMES W. JAY, JR., DECEASED                                **PLAINTIFF**

v.                                              **CIVIL ACTION NO. 1:04CV512GR**

METROPOLITAN LIFE INSURANCE CO., ET AL.                    **DEFENDANTS**

═══════════════════════════════════════════════════════════════════

                       **DISCLOSURE STATEMENT FORM**

═══════════════════════════════════════════════════════════════════

Please check one box:

❑       The nongovernmental corporate party, _____
        , in the above listed civil action does not have any parent corporation and publicly
        held corporation that owns 10% or more of its stock.

☑       the nongovernmental corporate party,  __Zurn Industries, Inc._____, in the above
        listed civil action has the following parent corporation(s) and publicly held
        corporation(s) that owns 10% or more of its stock:

        Jacuzzi Brands, Inc._____
        _____
        _____
        _____

__August 13, 2004__                        _____
        Date                                            Signature

                    Counsel for:  _Zurn Industries, Inc._____