MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

TK
April

SEP 2 1 2004   Prop CRO

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY        :
LITIGATION (NO. VI)                       :
                                          :
_____x

This Document Relates to:                 :        CIVIL ACTION NO. MDL 875

Law Firm of Donaldson & Black             :
                                                   MDL- 875
United States District Court              :        RECOMMENDED ACTION
Western District of North Carolina        :
                                                   CRO — 6 actions
Ethel L GRIFFIN, C.A.No. 3:01 CV 604-T    :        Approved/Date: MY  8/3
_____x

PLEADING NO. 4243

### SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Defendant's Motion To Remand to the United States District Court for the Western District District of North Carolina, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

OFFICIAL FILE COPY

IMAGED SEP 22 '04

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Western District of North Carolina for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 8/13/2004

Charles   R.   Weiner              J.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 1 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : | |
| This Document Relates to: | : | CIVIL ACTION NO. MDL 875 |
| Law Firm of Donaldson & Black | : | |
| United States District Court Western District of North Carolina | : | |
| Elsie GODFREY, Personal Representative for Willie C. GODFREY, et al., C.A.No. 1:00 CV 33-T | : | |

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Defendant's Motion To Remand to the United States District Court for the Western District District of North Carolina, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Western District of North Carolina for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 8/13/2004

_____
Charles   R.   Weiner            J.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 21 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY    :
LITIGATION (NO. VI)                   :
                                      :
                                      :
_____x

This Document Relates to:             :        CIVIL ACTION NO. MDL 875

Law Firm of Donaldson & Black         :
                                      :
United States District Court          :
Western District of North Carolina    :
                                      :
Raleigh ALDRIDGE, et al.,             :
 C.A. No. 5:99 CV 128-T               :
_____x

### SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Defendant's Motion To Remand to the United States District Court for the Western District District of North Carolina, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Western District of North Carolina for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 8/13/2004

_____
Charles   R.   Weiner         J.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 21 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :
: 
_____x

This Document Relates to: :        CIVIL ACTION NO. MDL 875

Law Firm of Donaldson & Black :

United States District Court :
Western District of North Carolina :

Charles A. SUDDRETH, et ux., et al., :
C.A.No. 5:98 CV 29-T :
_____x

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Defendant's Motion To Remand to the United States District Court for the Western District District of North Carolina, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Western District of North Carolina for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 8/13/2004

Charles R. Weiner   J.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 21 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY :
LITIGATION (NO. VI) :
                                                                   :
_____x

This Document Relates to:                            :      CIVIL ACTION NO. MDL 875

Law Firm of Donaldson & Black           :

United States District Court                      :
Western District of North Carolina         :

Ben J. TATE, Sr. v. CBS Corp., et al.,    :
C.A.No. SH-C-88-206
_____x

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Defendant's Motion To Remand to the United States District Court for the Western District District of North Carolina, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Western District of North Carolina for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 8/13/2004

_____
Charles  R.    Weiner            J.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 21 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY      :
LITIGATION (NO. VI)                     :
                                        :
_____x

This Document Relates to:               :        CIVIL ACTION NO. MDL 875

Law Firm of Donaldson & Black           :

United States District Court            :
Western District of North Carolina      :

Calvin R. LUCKEY, et ux., et al.,       :
 C.A.No. 3:98 CV 394-T                  :
_____x


## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Defendant's Motion To Remand to the United States District Court for the Western District District of North Carolina, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Western District of North Carolina for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 8/13/2004

Charles R. Weiner    J.