MDL 875

HB
TK
AL Prep CRO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 23 2004

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : <br> : <br> : <br> ——————————x |
| This Document Relates to: | CIVIL ACTION NO. MDL 875 |
| Law Offices of the Locks Law Firm | |
| United States District Court <br> District of New Jersey | |
| Estate of William RIESS, Sr., <br> C.A. No. 1-02-CV-00320 | MDL- 875 <br> RECOMMENDED ACTION <br> CRO one action <br> Approved/Date: MIL 9/20 |
| [ In the event the above-listed case is a multiple plaintiff (victim) action, this transfer is for the above-named party only, or said parties representative, and any spousal or dependent actions.]: ——————————x | |

PLEADING NO. 4247

SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Defendant's Motion To Remand to the United States District Court for the District of New Jersey, and the Court having reviewed this case and having scheduled a settlement conference with the parties at which time no defendant appeared, and now believing that such motion is appropriate since only one defendant remains for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

OFFICIAL FILE COPY   IMAGED SEP 23 '04

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the District of New Jersey for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 9/2/2004

Charles   R.   Weiner          J.