MDL 875

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 30 2004
BY _____ J.T. NOBLIN, CLERK
DEPUTY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 23 2004

FILED
CLERK'S OFFICE

| JOHNNIE JACKSON, ET AL. | PLAINTIFFS |
|---|---|
| VERSUS | CIVIL ACTION NO. 1:04cv532GRo |
| ABB LUMMUS CREST, INC., ET AL. | DEFENDANTS |

## ORDER

This cause comes before the Court on motion of the Plaintiffs to remand [26-1] the above referenced action to the Circuit Court of Hinds County, Mississippi. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that the Plaintiffs' motion to remand [26-1] be, and is hereby, granted. The Clerk of this Court is directed to immediately mail the court file along with a certified copy of this order to the Clerk for the Circuit Court of Hinds County, Mississippi. It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs associated with this motion.

SO ORDERED AND ADJUDGED this the 30th day of August, 2004.

_____
UNITED STATES SENIOR DISTRICT JUDGE

MDL- 875
RECOMMENDED ACTION
VACATE CTO-235 FINAL — 1 ACTION
Approved/Date: MJB 9/09/04

PLEADING NO. 4249

OFFICIAL FILE COPY
IMAGED SEP 23 '04