MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 23 2004

FILED
CLERK'S OFFICE

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Johnnie Jackson, et al. v. ABB Lummus Crest, Inc., et al.*, S.D. Mississippi, C.A. No. 1:04-532

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Jackson*) on August 27, 2004. In the absence of any opposition, the conditional transfer order was finalized with respect to *Jackson* on September 14, 2004. The Panel has now been advised, however, that *Jackson* was remanded to the Circuit Court of Hinds County, Mississippi, by the Honorable Walter J. Gex III in an order filed on August 30, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-235" filed on August 27, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

PLEADING NO. 4250

**OFFICIAL FILE COPY**

IMAGED SEP 23 '04