MDL 875

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
LANNY R. BROADBENT and ANITA G. BROADBENT,

        Plaintiffs,

-against-

A.O. SMITH WATER PRODUCTS CO., et al.,

        Defendants.
-----------------------------------------X

ORDER REMANDING ACTION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

04 Civ. 4021 (LAK)

SEP 27 2004

FILED
CLERK'S OFFICE

Defendant General Electric Company having removed this action to this Court from The Supreme Court of the State of New York, New York County; and defendant General Electric Company having been subsequently dismissed from this action by Stipulation of Dismissal; and Plaintiffs having requested that this case be remanded back to State Court; and no other defendant having objected to the remand of this action, it is hereby:

Ordered, that this action be remanded back to the Supreme Court of the State of New York, County of New York.

*[signature]*

Lewis A. Kaplan, U.S.D.J.

9/22/04

PLEADING NO. 4252

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/04

MDL- 875
RECOMMENDED ACTION
Vacate CTO-235- one action
Approved/Date: MH /27

RECEIVED
CLERK'S OFFICE
2004 SEP 24 P 4: 45
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**OFFICIAL FILE COPY**

IMAGED SEP 27 '04