

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 27 2004

FILED
CLERK'S OFFICE

DOCKET NO. 875

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Lanny R. Broadbent, et al. v. A.O. Smith Water Products Co., et al.*, S.D. New York, C.A. No. 1:04-4021

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Broadbent*) on August 27, 2004. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Broadbent* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Broadbent* was remanded to the Supreme Court of the State of New York, County of New York, by the Honorable Lewis A. Kaplan in an order filed on September 22, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-235" filed on August 27, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

PLEADING NO. 4253

**OFFICIAL FILE COPY** IMAGED SEP 27 '04