**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT -4 2004

FILED
CLERK'S OFFICE

DOCKET NOS. 875 AND 1535

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL-875 – IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
MDL-1535 – IN RE WELDING ROD PRODUCTS LIABILITY LITIGATION

*Mardie McKeithen, etc. v. Exxon Mobile Corp., et al,*
M.D. Louisiana, C.A. No. 3:04-365

MDL-875 CONDITIONAL TRANSFER ORDER (CTO-236)
WITH SEPARATE, REMAND AND
MDL-1535 CONDITIONAL TRANSFER ORDER (CTO-14)

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

PLEADING NO. 4256

NOW INTO COURT, through undersigned counsel, come plaintiffs, Mardie McKeithen individually and on behalf of the estate of Millard McKeithen, David McKeithen, Jerry McKeithen, and Susan McKeithen Rodriguez, who give notice to this Honorable Court that they oppose the conditional transfer order (CTO-236) conditionally transferring a portion of this claim to MDL 875 and conditional transfer order (CTO-14) conditionally transferring a portion of this matter to MDL 1535.

Respectfully submitted:

McKAY LAW FIRM

John F. McKay (#9361)
7465 Exchange Place
Baton Rouge, Louisiana 70806
Telephone: (225) 924-3641

RECEIVED CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 4 2004

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I hereby certify that a copy of the above and foregoing Notice of Opposition to Conditional Transfer Order has been served upon all counsel of record as indicated on the attached service list by placing a copy of same in the United States mails, postage prepaid and properly addressed.

Baton Rouge, Louisiana, this 1st day of October, 2004.

John F. McKay

RECEIVED CLERK'S OFFICE
2004 OCT -1 P 12:29
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# INVOLVED COUNSEL LIST (CTO-236)
## DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

# INVOLVED COUNSEL LIST (CTO-14)
## DOCKET NO. 1535
### IN RE WELDING ROD PRODUCTS LIABILITY LITIGATION

Lawrence E. Abbott
Abbott, Simses & Kuchler
400 Lafayette Street
Suite 200
New Orleans, LA 70130

Barbara Lee Arras
Phelps Dunbar, LLP
Canal Place
365 Canal Street
Suite 2000
New Orleans, LA 70130-6534

John H. Beisner
O'Melveny & Myers, LLP
1625 Eye Street, N.W.
Washington, DC 20006-4001

Gary A. Bezet
Kean, Miller, Hawthorne, et al.
One American Place
22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821-3513

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Claire E. Breaux
Duplass, Zwain, Bourgeois & Morton
3838 North Causeway Blvd.
Suite 2900
Metairie, LA 70002

Tara L. Burregi
Chopin Wagar Cole Richard Reboul & Kutcher
Two Lakeway Center
3850 N. Causeway Blvd.
Suite 900
Metairie, LA 70002

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

John R. Climaco
Climaco, Lefkowitz, Peca, Wilcox & Garofoli
The Halle Building, Suite 900
1228 Euclid Avenue
Cleveland, OH 44115

Patrick E. Costello
Mouledoux, Bland, LeGrand & Brackett
650 Poydras Street
Suite 2150
New Orleans, LA 70130

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Michael B. DeSanctis
Jenner & Block
601 13th Street, N.W.
Suite 1200 South
Washington, DC 20005

Richard M. Edmonson
Armstrong Allen, PLLC
4450 Old Canton Road
Suite 210
Jackson, MS 39211

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
Suite 1000
The Bourse
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Sessions Ault Hootsell, III
Phelps Dunbar, LLP
Canal Place
365 Canal Street
Suite 2000
New Orleans, LA 70130

James B. Irwin, V
Irwin, Fritchie, Urquhart & Moore
400 Poydras Street
Suite 2700
New Orleans, LA 70130

Jay M. Jalenak, Jr.
Kean, Miller, Hawthorne, et al.
One American Place
22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Stephen H. Kupperman
Barrasso Usdin Kupperman Freeman & Sarver, LLP
LL & E Tower
909 Poydras Street
Suite 1800
New Orleans, LA 70112

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219

Katharine R. Latimer
Spriggs & Hollingsworth
1350 I Street, N.W., Suite 900
Washington, DC 20005

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Deirdre C. McGlinchey
McGlinchey Stafford
1811 Tower Drive
Suite A
Monroe, LA 71201

John F. McKay
McKay Law Firm
7465 Exchange Place
Baton Rouge, LA 70806-2203

M. Scott Minyard
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P. O. Box 14167
Jackson, MS 39236

Barrye Panepint Miyagi
Kean, Miller, Hawthorne, et al.
One American Place
22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821-3513

Gayla M. Moncla
Kean, Miller, Hawthorne, et al.
One American Place
22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821-3513

Ronald L. Motley
Motley, Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Mark A. Nelson
Bryan, Nelson, Randolph & Weathers
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

Michael M. Noonan
McGlinchey Stafford
643 Magazine Street
P.O. Box 60643
New Orleans, LA 70160-0643

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard E. Sarver
Barrasso Usdin Kupperman Freeman
& Sarver, LLP
LL & E Tower
909 Poydras Street
Suite 1800
New Orleans, LA 70112

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

David B. Siegel
Crowell & Moring, LLP
1001 Pennsylvania Avenue
Washington, DC 20004

Michael Royce Sistrunk
McCranie, Sistrunk, Anzelmo, et al.
3445 N. Causeway Boulevard
Suite 800
Metairie, LA 70002

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Joseph R. Ward, Jr.
Ward & Condrey, LLC
527 E. Boston Street
Suite 200
Covington, LA 70433

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Forrest R. Wilkes
Forman, Perry, Watkins, Krutz &
Tardy, LLC
1515 Poydras St.
Suite 1300
New Orleans, LA 70112

Gary M. Zwain
Duplass, Zwain, Bourgeois & Morton
3838 North Causeway Blvd.
Suite 2900
Metairie, LA 70002