JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

OCT 14 2004

FILED
CLERK'S OFFICE

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-237)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 78,472 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

PLEADING NO. 4261

OFFICIAL FILE COPY    IMAGED OCT 14 '04

# SCHEDULE CTO-237 - TAG ALONG ACTIONS
# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DISTRICT   DIV.  C.A.#**

**ALABAMA SOUTHERN**
ALS    1   04-575              Vera Brown, etc. v. Crane Co., et al.

**CALIFORNIA CENTRAL**
CAC    2   04-5826             Linda Rogers, et al. v. Thorpe Insulation Co., et al.

**CALIFORNIA NORTHERN**
CAN    3   04-3267             Lorrayne Schmitz, et al. v. Certainteed Corp., et al.

**IDAHO**
ID     1   04-206              Jearold Buttars, et al. v. John Crane, Inc., et al.

**ILLINOIS SOUTHERN**
ILS    3   04-335              Lee Scott, et al. v. Burlington Northern & Santa Fe Railway Co.
ILS    3   04-483              Don Helms, et al. v. Burlington Northern & Santa Fe Railway Co.
ILS    3   04-560              Jerry Anderson, et al. v. Burlington Northern & Santa Fe Railway Co.

**KENTUCKY EASTERN**
KYE    0   04-118              Tracy D. Adams, et al. v. American Standard, Inc., et al.
KYE    0   04-119              Gary D. Clark, et al. v. American Standard, Inc., et al.

**KENTUCKY WESTERN**
KYW    3   04-456              Betty Jean Martin v. Hollingsworth & Vose Co., et al.

**LOUISIANA EASTERN**
LAE    2   04-1978             Ramona Solares Smith, etc. v. Asbestos Corp,. Ltd., et al.
LAE    2   04-2331             Floyd Russo v. Air Products & Chemicals, Inc., et al.
LAE    2   04-2355             Mary F. DeLancey, et al. v. Chicago Insurance Co.
LAE    2   04-2574             Ralph Joseph Landry v. Northrop Grumman Ship Systems, Inc., et al.

**LOUISIANA MIDDLE**
LAM    3   04-352              Una Roger, etc. v. Honeywell International, Inc.

**LOUISIANA WESTERN**
LAW    6   04-935              Edward Isaac, III, et al. v. Morton International., et al.

**MARYLAND**
MD     1   04-2034             Stephen E. Topper, et al. v. Anchor Packing Co., et al.
MD     1   04-2046             Leroy Wentworth v. Owens-Illinois Glass Co., et al.
MD     1   04-2047             Walter Bryl v. Owens-Illinois Glass Co., et al.
MD     1   04-2965             Raymond T. Adamski, et al. v. Quigley Co., Inc., et al.

**MAINE**
ME     2   04-122              Gail Boston, et al. v. Eastern Refractories Co., Inc., et al.

**MINNESOTA**
MN     0   04-1716             Rodney Anderson, et al. v. Ford Motor Co., et al.

**MISSOURI WESTERN**
MOW    4   04-568              Ruth Ann Phillips, et al. v. Burlington Northern & Santa Fe Railway Co.

**MISSISSIPPI NORTHERN**
MSN    4   01-484              Frances S. Gousset, etc. v. Owens-Corning Corp., et al.

**DISTRICT DIV. C.A.#**

MISSISSIPPI SOUTHERN
| | | | |
|---|---|---|---|
| MSS | 1 | 04-603 | Ora Aaron, et al. v. A.R. Wilfley & Sons, et al. |
| MSS | 1 | 04-641 | Ben Dickens, et al. v. A.R. Wilfley & Sons, et al. |
| MSS | 1 | 04-656 | Aminta Defore, et al. v. A.O. Smith Co., et al. |
| MSS | 1 | 04-666 | John Fisher v. American Optical Corp., et al. |
| MSS | 1 | 04-678 | Karen Hammons, etc. v. Illinois Central Railroad |
| MSS | 1 | 04-730 | Ronald Adams v. Alco Industries, Inc., et al. |
| MSS | 1 | 04-732 | Faye E. Hamilton, etc. v. Allen-Bradley Co., LLC, et al. |

NORTH CAROLINA EASTERN
| | | | |
|---|---|---|---|
| NCE | 4 | 04-71 | Michael A. Williams, etc. v. Anchor Packing Co., et al. |
| NCE | 4 | 04-94 | Rolf W. Braun, et al. v. Anchor Packing Co., et al. |
| NCE | 4 | 04-96 | Patricia Benedict, etc. v. Aqua-Chem, et al. |
| NCE | 4 | 04-97 | Paul Williams v. Aqua-Chem, et al. |
| NCE | 4 | 04-98 | Lola Irene Lee v. Anchor Packing Co., et al. |
| NCE | 4 | 04-104 | Doyles Ray Wakefield, etc. v. Anchor Packing Co., et al. |
| NCE | 5 | 04-315 | Kimberly Joyner, etc. v. Anchor Packing Co., et al. |
| NCE | 7 | 04-99 | Barbara Mooney, etc. v. Anchor Packing Co., et al. |
| NCE | 7 | 04-144 | Sylvia Massey Hall, et al. v. Anchor Packing Co., et al. |

NORTH CAROLINA MIDDLE
| | | | |
|---|---|---|---|
| NCM | 1 | 04-590 | Grover Earl Hewitt v. Aqua-Chem, Inc., et al. |

NORTH CAROLINA WESTERN
| | | | |
|---|---|---|---|
| NCW | 1 | 04-131 | Wallace E. Ruff, etc. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 04-191 | Otis Delbert Baker, et al. v. International Paper Co., et al. |

NEW MEXICO
| | | | |
|---|---|---|---|
| NM | 1 | 04-712 | Russell E. Ward v. Burlington Northern & Santa Fe Railway Co. |
| NM | 1 | 04-713 | Antonio Padilla, Jr. v. Burlington Northern & Santa Fe Railway Co. |

NEW YORK EASTERN
| | | | |
|---|---|---|---|
| NYE | 1 | 04-1915 | Gisele Richardson, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-1918 | Bobbie Mora, etc. v. A.W. Chesterton Co., Inc., et al. |
| NYE | 1 | 04-1948 | Eilen Thyne, etc. v. A.W. Chesterton, Inc., et al. |
| NYE | 1 | 04-2012 | Virginia Hargis, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2014 | Ivan Wayne Burch, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2133 | Valerie Young, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2134 | Dennis Matey, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2405 | Kit L. McCormick v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2456 | Anthony Natale, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2457 | Maurice Hutto v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2504 | R. Bruce Kennedy, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2615 | Ethel M. Seaman, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2754 | Lorraine Humphrey, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2780 | Katherine Morey, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2781 | Leo Palmer, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2782 | Franklin Johnson, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2829 | Esther D. Charest, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2859 | Hazel M. Keffer, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2900 | Frank S. Goldsbary, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2955 | Robert J. Duncan v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2958 | Anne Tullio, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-3008 | Connie Harrison, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-3100 | Vincent Lis v. Consolidated Rail Corp., et al. |
| NYE | 1 | 04-3178 | Dale A. Hauck, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-3179 | Richard Cramer, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-3311 | Victor H. Bonilla v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-3312 | Jimmy Carlton Chambers v. A.W. Chesterton Co., et al. |

**DISTRICT   DIV.   C.A.#**

NEW YORK SOUTHERN
| | | | |
|---|---|---|---|
| NYS | 1 | 03-2157 | Carol E. Angelone, etc. v. American Standard, Inc., et al. |
| NYS | 1 | 04-1012 | Peter Consorti v. Aerofin Corp., et al. |
| NYS | 1 | 04-5019 | Mary V. Wilson, etc. v. General Electric Co., et al. |
| NYS | 1 | 04-5671 | Lea M. Marinopoulos, et al. v. General Electric Co. |
| NYS | 1 | 04-6055 | Stortini, etc., et al. v. General Electric Co. |

OHIO NORTHERN
| | | | |
|---|---|---|---|
| OHN | 1 | 04-10053 | Honesto S. Acedillo, Jr. v. A-c Product Liability Trust, et al. |
| OHN | 1 | 04-10054 | Casimiro F. Balba v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10055 | Prentiss C. Johnson v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10056 | Jack R.Trimmer, Sr. v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10057 | Arthur J. Archibald v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10058 | William P. Sandell v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10059 | Saleh H. Almaklani v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10060 | Patrick Diliberto v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10061 | Jerry L. Allday v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10062 | Ali Al Shohatee v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10063 | George S. Boyd v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10064 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10065 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-20004 | Judy Peplowski, et al. v. Ace American Insurance Co., et al. |
| OHN | 1 | 04-20005 | Edward Zienkowski, et al. v. Oglebay Norton Co., et al. |

OKLAHOMA NORTHERN
| | | | |
|---|---|---|---|
| OKN | 4 | 04-440 | Lessie Laymon, etc. v. Anchor Packing Co., et al. |

OREGON
| | | | |
|---|---|---|---|
| OR | 3 | 04-1148 | Robert D. Dickman, etc. v. Chrysler Motors Corp., et al. |

SOUTH CAROLINA
| | | | |
|---|---|---|---|
| SC | 2 | 04-2057 | Charles L. Jordan, Jr. v. Owens-Illinois, Inc., et al. |
| SC | 2 | 04-2254 | Gloria O. Meyer, et al. v. Owens-Illinois, Inc., et al. |
| SC | 2 | 04-2359 | Nesbitt H. Chassereau, et al. v. Aventis Cropscience USA, Inc., et al. |
| SC | 2 | 04-2543 | Jeff D. Shealy, et al. v. Aventis Cropscience USA, Inc., et al. |
| SC | 2 | 04-2544 | Joseph F. Myers, et al. v. Owens-Illinois, Inc., et al. |
| SC | 2 | 04-21894 | Stephen F. Dutton, et al. v. Aventis Cropscience USA, Inc., et al. |
| SC | 2 | 04-22270 | Benetha Middleton, etc. v. Owens Illinois, Inc., et al. |
| SC | 8 | 04-2055 | Robert Cecil Hughes, Jr., et al. v. Aqua-Chem, Inc., et al. |

TEXAS EASTERN
| | | | |
|---|---|---|---|
| TXE | 5 | 04-203 | Carol Cook, etc. v. Pfizer, Inc., et al. |

TEXAS SOUTHERN
| | | | |
|---|---|---|---|
| TXS | 3 | 04-508 | Jose Cazaras, Sr., et al. v. Ametek, Inc., et al. |
| TXS | 4 | 02-4801 | Heber Foster, et al. v. Norfolk Southern Railway Co. |
| TXS | 4 | 02-4802 | John Manning, et al. v. Norfolk Southern Railway Co. |
| TXS | 4 | 02-4803 | William Slade, et al. v. Norfolk Southern Railway Co. |
| TXS | 4 | 02-4804 | Dennis Harper, et al. v. Norfolk Southern Railway Co. |
| TXS | 4 | 02-4806 | Frank Griffin, et al. v. Norfolk Southern Railway Co. |
| TXS | 4 | 02-4807 | James Vernon, et al. v. Norfolk Southern Railway Co. |

VIRGINIA EASTERN
| | | | |
|---|---|---|---|
| VAE | 2 | 01-5855 | William M. Vanee v. American Standard, Inc., et al. |
| VAE | 2 | 04-7661 | Joseph E. Jennette v. AC&S, Inc., et al. |
| VAE | 2 | 04-7968 | Raymond C. Blunt v. American Standard, et al. |
| VAE | 2 | 04-7969 | Donald C. Burns v. American Standard, et al. |
| VAE | 2 | 04-7970 | Chase M. Byers v. American Standard, et al. |
| VAE | 2 | 04-7971 | Charles H. Charity v. American Standard, et al. |

**DISTRICT DIV. C.A.#**

| District | Div. | C.A.# | Case |
|---|---|---|---|
| VAE | 2 | 04-7972 | Compton, Charles W. v. American Standard, et al. |
| VAE | 2 | 04-7973 | Charles M. Deem v. American Standard, et al. |
| VAE | 2 | 04-7974 | Mauricio R. Gabaldon v. American Standard, et al. |
| VAE | 2 | 04-7975 | Larry L. Gort v. American Standard, et al. |
| VAE | 2 | 04-7976 | Charles C. Hamilton v. American Standard, et al. |
| VAE | 2 | 04-7977 | Nick Lakich v. American Standard, et al. |
| VAE | 2 | 04-7978 | Domenick Lopresto v. American Standard, et al. |
| VAE | 2 | 04-7979 | Robert M. Marker v. American Standard, et al. |
| VAE | 2 | 04-7980 | Solomon J. Moss v. American Standard, et al. |
| VAE | 2 | 04-7981 | Daniel R. Noble v. American Standard, et al. |
| VAE | 2 | 04-7982 | Joseph S. Poole v. American Standard, et al. |
| VAE | 2 | 04-7983 | Ira S. Waters v. American Standard, et al. |
| VAE | 2 | 04-7984 | Clyde M. Williams v. American Standard, et al. |
| VAE | 2 | 04-7985 | Paul B. Wingblade v. American Standard, et al. |
| VAE | 2 | 04-7986 | Delbert Aldridge v. American Standard, et al. |
| VAE | 2 | 04-7987 | Donald H. Baker v. American Standard, et al. |
| VAE | 2 | 04-7988 | Lee T. Cole v. American Standard, et al. |
| VAE | 2 | 04-7989 | Richard H. Fix v. American Standard, et al. |
| VAE | 2 | 04-7990 | Hunter, Joseph v. American Standard, et al. |
| VAE | 2 | 04-7991 | Harry M. Jones v. American Standard, et al. |
| VAE | 2 | 04-7992 | Norvan O. Kearns v. American Standard, et al. |
| VAE | 2 | 04-7993 | Arthur Lara v. American Standard, et al. |
| VAE | 2 | 04-7994 | William E. Lewis v. American Standard, et al. |
| VAE | 2 | 04-7995 | Jimmie F. Little v. American Standard, et al. |
| VAE | 2 | 04-7996 | William L. Love v. American Standard, et al. |
| VAE | 2 | 04-7997 | Elmo H. Lowry v. American Standard, et al. |
| VAE | 2 | 04-7998 | James R. Marks v. American Standard, et al. |
| VAE | 2 | 04-7999 | Stanley A. Miller v. American Standard, et al. |
| VAE | 2 | 04-8000 | Ray C. Moats v. American Standard, et al. |
| VAE | 2 | 04-8001 | Clifford H. Myers v. American Standard, et al. |
| VAE | 2 | 04-8002 | Frank J. Smith v. American Standard, et al. |
| VAE | 2 | 04-8003 | Frank A. Torres v. American Standard, et al. |
| VAE | 2 | 04-8004 | John W. Cooper v. American Standard, et al. |
| VAE | 2 | 04-8005 | Robert E. Stout v. American Standard, et al. |
| VAE | 2 | 04-8006 | Morton R. Baldwin v. American Standard, et al. |
| VAE | 2 | 04-8007 | Estill C. Blankenship v. American Standard, et al. |
| VAE | 2 | 04-8008 | Kenneth C. Brooks v. American Standard, et al. |
| VAE | 2 | 04-8009 | Billy C. Coleman v. American Standard, et al. |
| VAE | 2 | 04-8010 | Gary D. Cote v. American Standard, et al. |
| VAE | 2 | 04-8011 | Carl L. Croom v. American Standard, et al. |
| VAE | 2 | 04-8012 | Jerome G. Dagendesh v. American Standard, et al. |
| VAE | 2 | 04-8013 | Elmond D. Ekblad v. American Standard, et al. |
| VAE | 2 | 04-8014 | Donald J. Emery v. American Standard, et al. |
| VAE | 2 | 04-8015 | William T. Ezzell v. American Standard, et al. |
| VAE | 2 | 04-8016 | Robert H. Gavic v. American Standard, et al. |
| VAE | 2 | 04-8017 | Harold L. Goodman v. American Standard, et al. |
| VAE | 2 | 04-8018 | Antonio D. Gutierrez v. American Standard, et al. |
| VAE | 2 | 04-8019 | Donald L. Hartman v. American Standard, et al. |
| VAE | 2 | 04-8020 | Edward C. Havens v. American Standard, et al. |
| VAE | 2 | 04-8021 | Herbert Hicks v. American Standard, et al. |
| VAE | 2 | 04-8022 | Charles E. Hodnett v. American Standard, et al. |
| VAE | 2 | 04-8023 | James W. Hosier v. American Standard, et al. |
| VAE | 2 | 04-8024 | Glenn T. Huff v. American Standard, et al. |
| VAE | 2 | 04-8025 | Charles H. James v. American Standard, et al. |
| VAE | 2 | 04-8026 | Paul H. Kniceley v. American Standard, et al. |
| VAE | 2 | 04-8027 | Michael A. Labella v. American Standard, et al. |
| VAE | 2 | 04-8028 | Harold T. Laudenbach v. American Standard, et al. |
| VAE | 2 | 04-8029 | Donald F. Lilly v. American Standard, et al. |
| VAE | 2 | 04-8030 | Bobby P. Long v. American Standard, et al. |
| VAE | 2 | 04-8031 | Charles J. Luch v. American Standard, et al. |

**DISTRICT   DIV. C.A.#**

| District | Div. | C.A.# | Case |
|---|---|---|---|
| VAE | 2 | 04-8032 | David L. McDonie v. American Standard, et al. |
| VAE | 2 | 04-8033 | Delbert W. Moran v. American Standard, et al. |
| VAE | 2 | 04-8034 | Sanford J. Murrow v. American Standard, et al. |
| VAE | 2 | 04-8035 | Carl Noggle v. American Standard, et al. |
| VAE | 2 | 04-8036 | William P. Parker v. American Standard, et al. |
| VAE | 2 | 04-8037 | Owen B. Pearrell v. American Standard, et al. |
| VAE | 2 | 04-8038 | Howard L. Putts v. American Standard, et al. |
| VAE | 2 | 04-8039 | Arthur R. Ramsey v. American Standard, et al. |
| VAE | 2 | 04-8040 | George A. Rhodes v. American Standard, et al. |
| VAE | 2 | 04-8041 | Emmett T. Russell v. American Standard, et al. |
| VAE | 2 | 04-8042 | Ronald Sanchez v. American Standard, et al. |
| VAE | 2 | 04-8043 | Tim R. Sanchez v. American Standard, et al. |
| VAE | 2 | 04-8044 | Thomas H. Schoonover v. American Standard, et al. |
| VAE | 2 | 04-8045 | Kenneth Seal v. American Standard, et al. |
| VAE | 2 | 04-8046 | Robert M. Shackelford v. American Standard, et al. |
| VAE | 2 | 04-8047 | James W. Shreve v. American Standard, et al. |
| VAE | 2 | 04-8048 | Robert A. Smith v. American Standard, et al. |
| VAE | 2 | 04-8049 | Jon Stone v. American Standard, et al. |
| VAE | 2 | 04-8050 | Benny J. Testa v. American Standard, et al. |
| VAE | 2 | 04-8051 | Albert Vallejos v. American Standard, et al. |
| VAE | 2 | 04-8052 | Noah E. Varnadore v. American Standard, et al. |
| VAE | 2 | 04-8053 | Milton Holliday v. American Standard, et al. |
| VAE | 2 | 04-8054 | John A. Laughary v. American Standard, et al. |
| VAE | 2 | 04-8055 | Richard D. Maurer v. American Standard, et al. |
| VAE | 2 | 04-8056 | Michael J. McGowan v. American Standard, et al. |
| VAE | 2 | 04-8057 | Gordon Ramsdell v. American Standard, et al. |
| VAE | 2 | 04-8058 | Eugene A. Roberts v. American Standard, et al. |
| VAE | 2 | 04-8059 | Robert T. Rodgers v. American Standard, et al. |
| VAE | 2 | 04-8060 | James A. Sager v. American Standard, et al. |
| VAE | 2 | 04-8061 | Jerry L. Sanderlin v. American Standard, et al. |
| VAE | 2 | 04-8062 | Warren A. Scott v. American Standard, et al. |
| VAE | 2 | 04-8063 | Robert E. Pfannenstein v. American Standard, et al. |
| VAE | 2 | 04-8064 | John E. Calzacorta v. American Standard, et al. |
| VAE | 2 | 04-8065 | John H. Nichols v. American Standard, et al. |
| VAE | 2 | 04-8066 | James E. Osting v. American Standard, et al. |
| VAE | 2 | 04-8067 | Thomas F. Scott v. American Standard, et al. |
| VAE | 2 | 04-8068 | Jerry L. Thomas v. American Standard, et al. |
| VAE | 2 | 04-8069 | Russell E. Ward v. American Standard, et al. |
| VAE | 2 | 04-8070 | Herschel F. Bauer v. American Standard, et al. |
| VAE | 2 | 04-8071 | William H. Bailey v. American Standard, et al. |
| VAE | 2 | 04-8072 | Eugene R. Catron v. American Standard, et al. |
| VAE | 2 | 04-8073 | Quentin P. Clymer v. American Standard, et al. |
| VAE | 2 | 04-8074 | Sam J. Arrington v. American Standard, et al. |
| VAE | 2 | 04-8075 | Uewell E. Boyett v. American Standard, et al. |
| VAE | 2 | 04-8076 | Armond Landavazo v. American Standard, et al. |
| VAE | 2 | 04-8077 | Jerry G. Smith v. American Standard, et al. |
| VAE | 2 | 04-8078 | Major D. Akenhead v. American Standard, et al. |
| VAE | 2 | 04-8079 | Robert L. Akin v. American Standard, et al. |
| VAE | 2 | 04-8080 | Lessie E. Bennett v. American Standard, et al. |
| VAE | 2 | 04-8081 | Norman G. Bestwick v. American Standard, et al. |
| VAE | 2 | 04-8082 | Russell W. Borden v. American Standard, et al. |
| VAE | 2 | 04-8083 | Jimmy C. Boyer v. American Standard, et al. |
| VAE | 2 | 04-8084 | Philip L. Buckley v. American Standard, et al. |
| VAE | 2 | 04-8085 | William J. Buria v. American Standard, et al. |
| VAE | 2 | 04-8086 | Andres Cordero v. American Standard, et al. |
| VAE | 2 | 04-8087 | Charlie Duncan v. American Standard, et al. |
| VAE | 2 | 04-8088 | Joseph F. Ellers v. American Standard, et al. |
| VAE | 2 | 04-8089 | Harlan J. Erickson v. American Standard, et al. |
| VAE | 2 | 04-8090 | Robert S. Eskro v. American Standard, et al. |
| VAE | 2 | 04-8091 | Glenn E. Fairbrother v. American Standard, et al. |

**DISTRICT DIV. C.A.#**

| District | Div. | C.A.# | Case |
|---|---|---|---|
| VAE | 2 | 04-8092 | Arlyn W. Flatten v. American Standard, et al. |
| VAE | 2 | 04-8093 | Donald E. Foster v. American Standard, et al. |
| VAE | 2 | 04-8094 | William P. Foster v. American Standard, et al. |
| VAE | 2 | 04-8095 | Robert H. Hall v. American Standard, et al. |
| VAE | 2 | 04-8096 | James A. Halsey v. American Standard, et al. |
| VAE | 2 | 04-8097 | Raymond D. Hendershot v. American Standard, et al. |
| VAE | 2 | 04-8098 | Albert J. Hesson v. American Standard, et al. |
| VAE | 2 | 04-8099 | G. W. Hillin v. American Standard, et al. |
| VAE | 2 | 04-8100 | John E. Jenkins v. American Standard, et al. |
| VAE | 2 | 04-8101 | Wesley D. Johnson v. American Standard, et al. |
| VAE | 2 | 04-8102 | David L. Kinsch v. American Standard, et al. |
| VAE | 2 | 04-8103 | Robert W. Leavene v. American Standard, et al. |
| VAE | 2 | 04-8104 | Madigan, Charles L. v. American Standard, et al. |
| VAE | 2 | 04-8105 | Terry Miyler v. American Standard, et al. |
| VAE | 2 | 04-8106 | Charles T. Moore v. American Standard, et al. |
| VAE | 2 | 04-8107 | Howard L. Moore v. American Standard, et al. |
| VAE | 2 | 04-8108 | Mike Reback v. American Standard, et al. |
| VAE | 2 | 04-8109 | Albert D. Reynolds v. American Standard, et al. |
| VAE | 2 | 04-8110 | Leon Sawyer v. American Standard, et al. |
| VAE | 2 | 04-8111 | James E. Seeders v. American Standard, et al. |
| VAE | 2 | 04-8112 | Lewis B. Snead v. American Standard, et al. |
| VAE | 2 | 04-8113 | Alfredo P. Vigil v. American Standard, et al. |
| VAE | 2 | 04-8114 | Joe G. Ward v. American Standard, et al. |
| VAE | 2 | 04-8115 | Larry L. White v. American Standard, et al. |
| VAE | 2 | 04-8116 | Clarence T. Woodruff v. American Standard, et al. |
| VAE | 2 | 04-8117 | William L. Zimmerman v. American Standard, et al. |
| VAE | 2 | 04-8118 | Roy Cagle v. American Standard, et al. |
| VAE | 2 | 04-8119 | Roy L. Chapman v. American Standard, et al. |
| VAE | 2 | 04-8120 | Wilburn E. Clements v. American Standard, et al. |
| VAE | 2 | 04-8121 | William L. Collins v. American Standard, et al. |
| VAE | 2 | 04-8122 | Ronald W. Davidson v. American Standard, et al. |
| VAE | 2 | 04-8123 | Floyd F. Eaton v. American Standard, et al. |
| VAE | 2 | 04-8124 | Everette W. Ewing v. American Standard, et al. |
| VAE | 2 | 04-8125 | George H. Falls v. American Standard, et al. |
| VAE | 2 | 04-8126 | Marion E. Felkins v. American Standard, et al. |
| VAE | 2 | 04-8127 | Wayne D. Heins v. American Standard, et al. |
| VAE | 2 | 04-8128 | Paul R. Herald v. American Standard, et al. |
| VAE | 2 | 04-8129 | Ivory Johnson v. American Standard, et al. |
| VAE | 2 | 04-8130 | William K. Nielsen v. American Standard, et al. |
| VAE | 2 | 04-8131 | Wyman R. Ray v. American Standard, et al. |
| VAE | 2 | 04-8132 | Roger L. Watson v. American Standard, et al. |
| VAE | 2 | 04-8133 | Douglas Heppner v. American Standard, et al. |
| VAE | 2 | 04-8134 | Joseph K. Martin v. American Standard, et al. |
| VAE | 2 | 04-8135 | Gerald D. McInville v. American Standard, et al. |
| VAE | 2 | 04-8136 | Antonio Padilla v. American Standard, et al. |
| VAE | 2 | 04-8137 | Robert A. Pritchett v. American Standard, et al. |
| VAE | 2 | 04-8138 | Robert A. Rollins v. American Standard, et al. |
| VAE | 2 | 04-8139 | Eduardo S. Romero v. American Standard, et al. |
| VAE | 2 | 04-8140 | Ralph J. Russell v. American Standard, et al. |
| VAE | 2 | 04-8141 | Henry Staub v. American Standard, et al. |
| VAE | 2 | 04-8142 | Arthur R. Smith v. American Standard, et al. |
| VAE | 2 | 04-8143 | Ronald Bartholomew v. American Standard, et al. |
| VAE | 2 | 04-8144 | Albert Ray Horner v. American Standard, et al. |
| VAE | 2 | 04-8145 | Thomas E. Method v. American Standard, et al. |
| VAE | 2 | 04-8146 | Lee D. Wallis v. American Standard, et al. |
| VAE | 2 | 04-8147 | Vincent C. Garrett, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8148 | Vernon T. Rice, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8149 | Sadie Harsley, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8150 | John M. Powell, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8151 | Zell Walker v. A.P. Green, et al. |

**DISTRICT   DIV.   C.A.#**

| District | Div. | C.A.# | Case |
|---|---|---|---|
| VAE | 2 | 04-8152 | Willie A. Cuffee, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8153 | William W. Watson, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8154 | Robert Wells v. A.P. Green, et al. |
| VAE | 2 | 04-8155 | Wayne D. Phillips v. A.P. Green, et al. |
| VAE | 2 | 04-8156 | Warner D. Saunders v. A.P. Green, et al. |
| VAE | 2 | 04-8157 | Thomas W. Sturgis v. A.P. Green, et al. |
| VAE | 2 | 04-8158 | Soloman T. Palmer v. A.P. Green, et al. |
| VAE | 2 | 04-8159 | Roger D. Creter v. A.P. Green, et al. |
| VAE | 2 | 04-8160 | William H. Shine, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8161 | Sandra Wilburn, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8162 | Ralph E. Riddick v. A.P. Green, et al. |
| VAE | 2 | 04-8163 | Sarah Waddler, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8164 | Matthew C. Garner v. A.P. Green, et al. |
| VAE | 2 | 04-8165 | Marion West v. A.P. Green, et al. |
| VAE | 2 | 04-8166 | Junious Epps v. A.P. Green, et al. |
| VAE | 2 | 04-8167 | Kathleen Taylor, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8168 | Norma Greene, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8169 | Nancy Greenfield, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8170 | Emma Jackson, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8171 | Faye Hylton, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8172 | Eleanor Carraway, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8173 | June White, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8174 | Albert M. Schatzhuber v. A.P. Green, et al. |
| VAE | 4 | 04-2644 | Ernest Andrew Buchanan v. AC&S, Inc., et al. |
| VAE | 4 | 04-2645 | Patrick Bryant, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2646 | Freddie U. Brown v. AC&S, Inc., et al. |
| VAE | 4 | 04-2647 | Willie Brooks v. AC&S, Inc., et al. |
| VAE | 4 | 04-2648 | Roland A. Brooks, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2649 | Sidney W. Brockwell v. AC&S, Inc., et al. |
| VAE | 4 | 04-2650 | Stanley A. Brisendine v. AC&S, Inc., et al. |
| VAE | 4 | 04-2651 | Maryland Branch v. AC&S, Inc., et al. |
| VAE | 4 | 04-2652 | Leon Callis, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2653 | William Butler, Sr. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2654 | James Butler, Sr. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2655 | William Bradshaw v. AC&S, Inc., et al. |
| VAE | 4 | 04-2656 | Jesse Black v. AC&S, Inc., et al. |
| VAE | 4 | 04-2657 | Robert Birch v. AC&S, Inc., et al. |
| VAE | 4 | 04-2658 | Albert Benson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2659 | James Artis v. AC&S, Inc., et al. |
| VAE | 4 | 04-2660 | Robert Walter Armstrong v. AC&S, Inc., et al. |
| VAE | 4 | 04-2661 | Larry Armstrong v. AC&S, Inc., et al. |
| VAE | 4 | 04-2662 | George Anderson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2663 | Claude Allen v. AC&S, Inc., et al. |
| VAE | 4 | 04-2664 | William Bailey v. AC&S, Inc., et al. |
| VAE | 4 | 04-2665 | Joe Chadwell v. AC&S, Inc., et al. |
| VAE | 4 | 04-2666 | Johnnie Burchett v. AC&S, Inc., et al. |
| VAE | 4 | 04-2667 | Elton Wyatt v. AC&S, Inc., et al. |
| VAE | 4 | 04-2668 | John Briggs v. AC&S, Inc., et al. |
| VAE | 4 | 04-2669 | Kenneth Carpenter v. AC&S, Inc., et al. |
| VAE | 4 | 04-2670 | Walter Harnly v. AC&S, Inc., et al. |
| VAE | 4 | 04-2671 | Carl Harman v. AC&S, Inc., et al. |
| VAE | 4 | 04-2672 | Jesse Lee Council v. AC&S, Inc., et al. |
| VAE | 4 | 04-2673 | Antonio Luna Cuerpo v. AC&S, Inc., et al. |
| VAE | 4 | 04-2674 | Sandra Custis, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2675 | Thurman Buford Dale v. AC&S, Inc., et al. |
| VAE | 4 | 04-2676 | William Thomas Darden v. AC&S, Inc., et al. |
| VAE | 4 | 04-2677 | Maynard L. Daulton v. AC&S, Inc., et al. |
| VAE | 4 | 04-2678 | James Harvey Dennard v. AC&S, Inc., et al. |
| VAE | 4 | 04-2679 | James Bert Denton v. AC&S, Inc., et al. |
| VAE | 4 | 04-2680 | Ralph E. Croyle v. AC&S, Inc., et al. |

**DISTRICT DIV. C.A.#**

| District | Div. | C.A.# | Case |
|---|---|---|---|
| VAE | 4 | 04-2681 | Roger D. Crittenden, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2682 | Peter Thomas Corprew v. AC&S, Inc., et al. |
| VAE | 4 | 04-2683 | Tyrone Copeland v. AC&S, Inc., et al. |
| VAE | 4 | 04-2684 | Robert P. Cook, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2685 | John W. Collins v. AC&S, Inc., et al. |
| VAE | 4 | 04-2686 | Royce R. Coles, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2687 | Jimmie H. Clark v. AC&S, Inc., et al. |
| VAE | 4 | 04-2688 | Donald L. Carter v. AC&S, Inc., et al. |
| VAE | 4 | 04-2689 | James Richard Carter v. AC&S, Inc., et al. |
| VAE | 4 | 04-2690 | Ronald Lee Diggs v. AC&S, Inc., et al. |
| VAE | 4 | 04-2691 | Colin Kelly v. AC&S, Inc., et al. |
| VAE | 4 | 04-2692 | Gordon W. Brice v. AC&S, Inc., et al. |
| VAE | 4 | 04-2693 | Ronald Lee Solomon v. AC&S, Inc., et al. |
| VAE | 4 | 04-2694 | Clinton Capehart v. AC&S, Inc., et al. |
| VAE | 4 | 04-2695 | Mary Jane Eubank, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2696 | William E. Ellis v. AC&S, Inc., et al. |
| VAE | 4 | 04-2697 | Willie L. Ducre v. AC&S, Inc., et al. |
| VAE | 4 | 04-2698 | Cecil Ray Dodd v. AC&S, Inc., et al. |
| VAE | 4 | 04-2699 | Nicholas Joseph Dimarino v. AC&S, Inc., et al. |
| VAE | 4 | 04-2700 | Ellis Alford v. AC&S, Inc., et al. |
| VAE | 4 | 04-2701 | Melvin Alexander v. AC&S, Inc., et al. |
| VAE | 4 | 04-2702 | Debbie Adcock, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2703 | James Adams v. AC&S, Inc., et al. |
| VAE | 4 | 04-2704 | George Adams v. AC&S, Inc., et al. |
| VAE | 4 | 04-2705 | Richard Adams v. AC&S, Inc., et al. |
| VAE | 4 | 04-2706 | Fred Bennett v. AC&S, Inc., et al. |
| VAE | 4 | 04-2707 | Harold Beddingfield v. AC&S, Inc., et al. |
| VAE | 4 | 04-2708 | Delmar Bateman v. AC&S, Inc., et al. |
| VAE | 4 | 04-2709 | William Barrett v. AC&S, Inc., et al. |
| VAE | 4 | 04-2710 | James L. Baker v. AC&S, Inc., et al. |
| VAE | 4 | 04-2711 | Douglas Woolard v. AC&S, Inc., et al. |
| VAE | 4 | 04-2712 | William Musick v. AC&S, Inc., et al. |
| VAE | 4 | 04-2713 | Allen Mitchell v. AC&S, Inc., et al. |
| VAE | 4 | 04-2714 | Charles McDonald, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2715 | George Maples, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2716 | Aubrey Green v. AC&S, Inc., et al. |
| VAE | 4 | 04-2717 | Erma Freeman, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2718 | Herbert Allen Duke v. AC&S, Inc., et al. |
| VAE | 4 | 04-2719 | William Dale v. AC&S, Inc., et al. |
| VAE | 4 | 04-2720 | James Titus v. AC&S, Inc., et al. |
| VAE | 4 | 04-2721 | John Stephen Tucker v. AC&S, Inc., et al. |
| VAE | 4 | 04-2722 | William West, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2723 | William H. Weston v. AC&S, Inc., et al. |
| VAE | 4 | 04-2724 | James L. Wheatley v. AC&S, Inc., et al. |
| VAE | 4 | 04-2725 | William Morris Whitaker v. AC&S, Inc., et al. |
| VAE | 4 | 04-2726 | Van Buren Williams, Jr. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2727 | Clifford F. Tyree v. AC&S, Inc., et al. |
| VAE | 4 | 04-2728 | Helen M. Tyler v. AC&S, Inc., et al. |
| VAE | 4 | 04-2729 | Francis Irvin Turner v. AC&S, Inc., et al. |
| VAE | 4 | 04-2730 | Aplinario L. Cuerpo v. AC&S, Inc., et al. |
| VAE | 4 | 04-2731 | Theodore Anderson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2732 | Donald R. Spikes v. AC&S, Inc., et al. |
| VAE | 4 | 04-2733 | Lester Ray Smith v. AC&S, Inc., et al. |
| VAE | 4 | 04-2734 | James Thomas Smith v. AC&S, Inc., et al. |
| VAE | 4 | 04-2735 | Charlie Riggs Sheely v. AC&S, Inc., et al. |
| VAE | 4 | 04-2736 | Edison Woodrow Spruill v. AC&S, Inc., et al. |
| VAE | 4 | 04-2737 | Ronald Stafford v. AC&S, Inc., et al. |
| VAE | 4 | 04-2738 | John Compton v. AC&S, Inc., et al. |
| VAE | 4 | 04-2739 | Joel Weisiger v. AC&S, Inc., et al. |
| VAE | 4 | 04-2740 | William West v. AC&S, Inc., et al. |

**DISTRICT DIV. C.A.#**

| District | Div. | C.A.# | Case |
|---|---|---|---|
| VAE | 4 | 04-2741 | John Robinson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2742 | Isaac E. Robertson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2743 | Larry Gene Robertson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2744 | Marvin Roberts v. AC&S, Inc., et al. |
| VAE | 4 | 04-2745 | Charles Zehmer v. AC&S, Inc., et al. |
| VAE | 4 | 04-2746 | Herbert Wuska v. AC&S, Inc., et al. |
| VAE | 4 | 04-2747 | Mack Wright v. AC&S, Inc., et al. |
| VAE | 4 | 04-2748 | Emmerson Woolard v. AC&S, Inc., et al. |
| VAE | 4 | 04-2749 | Thomas Walker v. AC&S, Inc., et al. |
| VAE | 4 | 04-2750 | Margie Vaughan, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2751 | Scotty Williamson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2752 | Frankie Vann v. AC&S, Inc., et al. |
| VAE | 4 | 04-2753 | Ralph Moyer Webb v. AC&S, Inc., et al. |
| VAE | 4 | 04-2754 | Nelson Cornell Watkins v. AC&S, Inc., et al. |
| VAE | 4 | 04-2755 | George T. Ward v. AC&S, Inc., et al. |
| VAE | 4 | 04-2756 | Kenneth Graham Walters v. AC&S, Inc., et al. |
| VAE | 4 | 04-2757 | Patricia Walters v. AC&S, Inc., et al. |
| VAE | 4 | 04-2758 | Samuel White v. AC&S, Inc., et al. |
| VAE | 4 | 04-2759 | Walter Washington v. AC&S, Inc., et al. |
| VAE | 4 | 04-2760 | Haywood Thomas v. AC&S, Inc., et al. |
| VAE | 4 | 04-2761 | Charles Smith v. AC&S, Inc., et al. |
| VAE | 4 | 04-2762 | William Shaw v. AC&S, Inc., et al. |
| VAE | 4 | 04-2763 | Linwood Sedgwick v. AC&S, Inc., et al. |
| VAE | 4 | 04-2764 | Robert Roberson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2765 | James Stanley Perry v. AC&S, Inc., et al. |
| VAE | 4 | 04-2766 | Lawrence G. Parham v. AC&S, Inc., et al. |
| VAE | 4 | 04-2767 | Dallas Milton Neville v. AC&S, Inc., et al. |
| VAE | 4 | 04-2768 | Robert Alfred v. AC&S, Inc., et al. |
| VAE | 4 | 04-2769 | Charles Baynard v. AC&S, Inc., et al. |
| VAE | 4 | 04-2770 | Claude R. Perry, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2771 | Earlston V. Teal v. AC&S, Inc., et al. |
| VAE | 4 | 04-2772 | Henry B. Robertson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2773 | Wilbert E. Tynes v. AC&S, Inc., et al. |
| VAE | 4 | 04-2774 | Robert Boothe v. AC&S, Inc., et al. |
| VAE | 4 | 04-2775 | Charles G. Andrews v. AC&S, Inc., et al. |
| VAE | 4 | 04-2776 | Emery Sweeney v. AC&S, Inc., et al. |
| VAE | 4 | 04-2777 | James Council Diggs v. AC&S, Inc., et al. |
| VAE | 4 | 04-2778 | Dexter Cornelius Cutler v. AC&S, Inc., et al. |
| VAE | 4 | 04-2779 | Leander Covington v. AC&S, Inc., et al. |
| VAE | 4 | 04-2780 | James Edwin Thompson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2781 | Ronald Eldridge Williams v. AC&S, Inc., et al. |
| VAE | 4 | 04-2782 | Richard Hewitt Williams v. AC&S, Inc., et al. |
| VAE | 4 | 04-2783 | Mrs. Brenda Whiteman, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2784 | Neal White, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2785 | Walter Wendell White v. AC&S, Inc., et al. |
| VAE | 4 | 04-2786 | Thomas Salmon v. AC&S, Inc., et al. |
| VAE | 4 | 04-2787 | Johnnie Russ v. AC&S, Inc., et al. |
| VAE | 4 | 04-2788 | Russell Rozzell v. AC&S, Inc., et al. |
| VAE | 4 | 04-2789 | John Rourke, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2790 | Thomas M. Sullivan v. AC&S, Inc., et al. |
| VAE | 4 | 04-2791 | Michael J. Sullivan v. AC&S, Inc., et al. |
| VAE | 4 | 04-2792 | Robert L. Stateman v. AC&S, Inc., et al. |
| VAE | 4 | 04-2793 | Richard Allen Stalls v. AC&S, Inc., et al. |
| VAE | 4 | 04-2794 | Walter Ben Stalling v. AC&S, Inc., et al. |
| VAE | 4 | 04-2795 | I. Anthony Sansone v. AC&S, Inc., et al. |
| VAE | 4 | 04-2796 | Leon A. Vreeland v. AC&S, Inc., et al. |
| VAE | 4 | 04-2797 | Gary Delivan Shulenburg v. AC&S, Inc., et al. |
| VAE | 4 | 04-2798 | Robert E. Carrier v. AC&S, Inc., et al. |
| VAE | 4 | 04-2799 | Alfred Wallace Robbins v. AC&S, Inc., et al. |
| VAE | 4 | 04-2800 | Hampton Vincent Snidow v. AC&S, Inc., et al. |

**DISTRICT DIV. C.A.#**

| | | | |
|---|---|---|---|
| VAE | 4 | 04-2801 | Cleveland Taylor v. AC&S, Inc., et al. |
| VAE | 4 | 04-2802 | Wayne Douglas Taylor v. AC&S, Inc., et al. |
| VAE | 4 | 04-2803 | Meredith Hamilton Taylor v. AC&S, Inc., et al. |
| VAE | 4 | 04-2804 | Herman A. Sykes v. AC&S, Inc., et al. |
| VAE | 4 | 04-2805 | William Edward Ligon v. AC&S, Inc., et al. |
| VAE | 4 | 04-2806 | Robert Wayne Riggs v. AC&S, Inc., et al. |
| VAE | 4 | 04-2807 | William Riddick v. AC&S, Inc., et al. |
| VAE | 4 | 04-2808 | Mickey Renfrow, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2809 | Rudolph Albert Reid v. AC&S, Inc., et al. |
| VAE | 4 | 04-2810 | Ernest E. Reid v. AC&S, Inc., et al. |
| VAE | 4 | 04-2811 | Louis Reed, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2812 | Thomas R. Quillian v. AC&S, Inc., et al. |
| VAE | 4 | 04-2813 | Harry Lee Pruitt v. AC&S, Inc., et al. |
| VAE | 4 | 04-2814 | Paul R. Pruitt v. AC&S, Inc., et al. |
| VAE | 4 | 04-2815 | Mary Prevatte, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2816 | Shelton Ralph Porter v. AC&S, Inc., et al. |
| VAE | 4 | 04-2817 | Clyde W. Pitts v. AC&S, Inc., et al. |
| VAE | 4 | 04-2818 | Wendell G. Phillips v. AC&S, Inc., et al. |
| VAE | 4 | 04-2819 | Eugene Ottaway Peters v. AC&S, Inc., et al. |
| VAE | 4 | 04-2820 | Daniel E. Perryman v. AC&S, Inc., et al. |
| VAE | 4 | 04-2821 | Whit Lee Parks v. AC&S, Inc., et al. |
| VAE | 4 | 04-2822 | Harold Page v. AC&S, Inc., et al. |
| VAE | 4 | 04-2823 | Gary Owens v. AC&S, Inc., et al. |
| VAE | 4 | 04-2824 | Paul E. Newby, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2825 | Paulette Nash v. AC&S, Inc., et al. |
| VAE | 4 | 04-2826 | Donald Mongold v. AC&S, Inc., et al. |
| VAE | 4 | 04-2827 | Glenn Millier v. AC&S, Inc., et al. |
| VAE | 4 | 04-2828 | Zemery Messer v. AC&S, Inc., et al. |
| VAE | 4 | 04-2829 | Linwood Franklin McCoy v. AC&S, Inc., et al. |
| VAE | 4 | 04-2830 | James Masters v. AC&S, Inc., et al. |
| VAE | 4 | 04-2831 | Sue Massengill, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2832 | Charles Allan Marshall v. AC&S, Inc., et al. |
| VAE | 4 | 04-2833 | Terry Alan Maratellos v. AC&S, Inc., et al. |
| VAE | 4 | 04-2834 | James Lupton, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2835 | Donald J. Long v. AC&S, Inc., et al. |
| VAE | 4 | 04-2836 | Phillip Lewis v. AC&S, Inc., et al. |
| VAE | 4 | 04-2837 | Louis Leskovar v. AC&S, Inc., et al. |
| VAE | 4 | 04-2838 | Jessie Leonard v. AC&S, Inc., et al. |
| VAE | 4 | 04-2839 | David Ray LeDoyen v. AC&S, Inc., et al. |
| VAE | 4 | 04-2840 | Lewis Nelson Lawrence v. AC&S, Inc., et al. |
| VAE | 4 | 04-2841 | Gordon E. Lamkin v. AC&S, Inc., et al. |
| VAE | 4 | 04-2842 | David R. Krauter v. AC&S, Inc., et al. |
| VAE | 4 | 04-2843 | Jerry Nance v. AC&S, Inc., et al. |
| VAE | 4 | 04-2844 | Lawrence Keithley v. AC&S, Inc., et al. |
| VAE | 4 | 04-2845 | John Jory v. AC&S, Inc., et al. |
| VAE | 4 | 04-2846 | Charles H. Goens v. AC&S, Inc., et al. |
| VAE | 4 | 04-2847 | Lawrence Tyrone Gibson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2848 | Vernon O. Gayle v. AC&S, Inc., et al. |
| VAE | 4 | 04-2849 | Leroy H. Garrison v. AC&S, Inc., et al. |
| VAE | 4 | 04-2850 | Rebecca Garrett, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2851 | Marion Gordon Garnett v. AC&S, Inc., et al. |
| VAE | 4 | 04-2852 | Francis L. Foster v. AC&S, Inc., et al. |
| VAE | 4 | 04-2853 | Tyrone Elvin Fontanilla v. AC&S, Inc., et al. |
| VAE | 4 | 04-2854 | Charles E. Foley v. AC&S, Inc., et al. |
| VAE | 4 | 04-2855 | Robert L. Fishel v. AC&S, Inc., et al. |
| VAE | 4 | 04-2856 | William E. Morris, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2857 | Edgar L. Morgan v. AC&S, Inc., et al. |
| VAE | 4 | 04-2858 | William Moore, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2859 | Oscar Glenn Jones v. AC&S, Inc., et al. |
| VAE | 4 | 04-2860 | David Philip Johnson v. AC&S, Inc., et al. |

**DISTRICT   DIV.   C.A.#**

| | | | |
|---|---|---|---|
| VAE | 4 | 04-2861 | Fuller Ashton Johnson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2862 | Sandra Hill, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2863 | Ronald Harrison v. AC&S, Inc., et al. |
| VAE | 4 | 04-2864 | John A. Harris v. AC&S, Inc., et al. |
| VAE | 4 | 04-2865 | Anthony Lane Hannah v. AC&S, Inc., et al. |
| VAE | 4 | 04-2866 | Dorothy Jarrett, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2867 | William Henry Hunter v. AC&S, Inc., et al. |
| VAE | 4 | 04-2868 | Mary Virginia Jones v. AC&S, Inc., et al. |
| VAE | 4 | 04-2869 | Barry Lee Jones v. AC&S, Inc., et al. |
| VAE | 4 | 04-2870 | Ronald D. Hunt v. AC&S, Inc., et al. |
| VAE | 4 | 04-2871 | William H. Johnson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2872 | Valerie Hunt, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2873 | William Hudgins, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2874 | Jesse Sherwood Howell v. AC&S, Inc., et al. |
| VAE | 4 | 04-2875 | Judith Hollowell, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2876 | James Thomas Holloway v. AC&S, Inc., et al. |
| VAE | 4 | 04-2877 | Ruth Holland, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2878 | Leo Hogge v. AC&S, Inc., et al. |
| VAE | 4 | 04-2879 | Roger Wayne Hobbs v. AC&S, Inc., et al. |
| VAE | 4 | 04-2880 | Harold Hinkle v. AC&S, Inc., et al. |
| VAE | 4 | 04-2881 | Thomas Hill, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2882 | Larry Lee Griffith v. AC&S, Inc., et al. |
| VAE | 4 | 04-2883 | David Wayne Griffin v. AC&S, Inc., et al. |
| VAE | 4 | 04-2884 | Preston Lee Gray v. AC&S, Inc., et al. |
| VAE | 4 | 04-2885 | Kenneth J. Goodman v. AC&S, Inc., et al. |
| VAE | 4 | 04-2886 | Jack Arnold Ferguson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2887 | Maurice Ferebee v. AC&S, Inc., et al. |
| VAE | 4 | 04-2888 | William Bob Evans v. AC&S, Inc., et al. |
| VAE | 4 | 04-2889 | Paul W. Gardner v. Honeywell International, Inc., et al. |

WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| WAW | 2 | 04-1601 | Kenneth McEdwards, et al. v. Foster Wheeler Energy Corp., et al. |
| WAW | 2 | 04-1641 | Gary D. Allen v. General Electric Co., et al. |
| WAW | 3 | 04-5312 | Maynard Brent v. Metropolitan Life Insurance Co. |