MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 19 2004

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Jose Cazaras, Sr., et al. v. Ametek, Inc., et al.*, S.D. Texas, C.A. No. 3:04-508

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Cazaras*) on October 14, 2004. The Panel has now been advised that *Cazaras* was remanded to the 23rd Judicial District Court of Brazoria County, Texas, by the Honorable Samuel B. Kent in an order signed on October 1, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-237" filed on October 14, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

PLEADING NO. 4266

**OFFICIAL FILE COPY**
IMAGED OCT 19 '04