JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

OCT 20 2004

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)** )<br>    *Otis Delbert Baker, et al. v. International Paper Co.,* )<br>    *et. al.,* Case No. 1:04 CV 191 (USDC WDNC) ) | **MDL No. 875** |

PLEADING NO. 4267

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER – 237**

Pursuant to Rule 7.4(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, the Plaintiffs in the above referenced action, *Otis Delbert Baker, et. al.,* Case No. 1:04 CV 191, which is pending in the United States District Court for the Western District of North Carolina, hereby give notice of their opposition to the Conditional Transfer Order (CTO-237), entered on October 14, 2004, transferring the above-referenced action to the Eastern District of Pennsylvania (MDL Docket No. 875).

In accordance with Rule 7.4(d) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, the Plaintiffs, within 15 days of the filing of this Notice of Opposition, will file a motion to vacate the Conditional Transfer Order and brief in support thereof.

Dated this 19th day of October, 2004

**OFFICIAL FILE COPY**

**IMAGED OCT 20 '04**

RECEIVED
CLERK'S OFFICE
2004 OCT 19 P 12: 34
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Respectfully submitted,                    **OCT 2 0 2004**

                                           FILED
**WALLACE & GRAHAM, P.A.** CLERK'S OFFICE
*Counsel for Plaintiffs Baker et al.*
525 North Main Street
Salisbury, NC 28144
Tel.  (704) 633-5244
Fax. (704) 633-9434

Jill N. Calvert
NC State Bar No. 24160

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of October, 2004, this Notice of Opposition

was sent by U.S. Mail and by facsimile to Mr. Michael J. Beck, Clerk of the Panel, One

Columbus Circle, N.E., Thurgood Marshall Federal Judiciary Building, Room G-255, North

Lobby, Washington, DC  20002-8004.

**WALLACE & GRAHAM, P.A.**
*Counsel for Plaintiffs Baker et al.*
525 North Main Street
Salisbury, NC 28144
Tel.  (704) 633-5244
Fax. (704) 633-9434

Jill N. Calvert
NC State Bar No. 24160

RECEIVED CLERK'S OFFICE
2004 OCT 19  P 12: 35
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION