**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 22 2004

FILED
CLERK'S OFFICE

MDL DOCKET NO. 875
BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

CONDITIONAL TRANSFER ORDER (CTO-237) FILED OCTOBER 14, 2004.

**************************************************************************

NOTICE OF OPPOSITION TO CTO-237 AND TO THE TRANSFER OF
*DELANCEY V. CHICAGO INS. CO.,ET AL* FROM THE EASTERN DISTRICT OF
LOUISIANA TO THE EASTERN DISTRICT OF PENNSYLVANIA

**NOW INTO COURT**, comes plaintiff, Mary F. Delancey, who hereby gives notice of her opposition to Conditional Transfer Order 237, filed October 14, 2004, transferring her lawsuit from the Eastern District of Louisiana (Case No. 04-2355) to the United States District Court for the Eastern District of Pennsylvania, Docket No. 875. Plaintiff will be submitting her Motion and Brief to Vacate Conditional Transfer Order pursuant to Rule 7.4(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

GERTLER, GERTLER, VINCENT &
PLOTKIN, LLP

_____
LOUIS L. PLOTKIN - LA BAR NO. 21821
JILL D. TRAHAN - LA BAR NO. 19554
127 Carondelet Street
New Orleans, Louisiana 70130
#504-581-6411

OFFICIAL FILED COPY '04

## PROOF OF SERVICE

I certify that the foregoing pleading has been served on the parties directly involved in this action listed below, and on the Clerk of Court for the United States District Court for the Eastern District of Louisiana, by U.S. Mail, postage prepaid, by hand or by fax, this 20th day of October, 2004.

*[signature]*

LOUIS L. PLOTKIN

Ben L. Mayeaux, Esq.
Laborde & Neuner
One Petroleum Center
Suite 200
1001 W. Pinhook Road
Lafayette, LA 70503
*Counsel for Interstate Fire and Casualty Company and Chicago Insurance Company*

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2004 OCT 21 A 10:19
RECEIVED CLERK'S OFFICE