**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 22 2004

FILED
CLERK'S OFFICE

**MDL DOCKET NO. 875**
**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

**CONDITIONAL TRANSFER ORDER (CTO-237) FILED OCTOBER 14, 2004.**

*********************************************************************

**NOTICE OF OPPOSITION TO CTO-237 AND TO THE TRANSFER OF**
***LANDRY V. NORTHROP GRUMMAN, ET AL*** **FROM THE EASTERN DISTRICT**
**OF LOUISIANA TO THE EASTERN DISTRICT OF PENNSYLVANIA**

PLEADING NO. 4269

**NOW INTO COURT**, comes plaintiff, Ralph Landry, who hereby gives notice of his opposition to Conditional Transfer Order 237, filed October 14, 2004, transferring his lawsuit from the Eastern District of Louisiana (Case No. 04-2574) to the United States District Court for the Eastern District of Pennsylvania, Docket No. 875. Plaintiff, a living mesothelioma victim who has moved to remand the matter to state court, will be submitting his Motion and Brief to Vacate Conditional Transfer Order pursuant to Rule 7.4(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

GERTLER, GERTLER, VINCENT &
PLOTKIN, LLP

_____
LOUIS L. PLOTKIN - LA BAR NO. 21821
JILL D. TRAHAN - LA BAR NO. 19554
127 Carondelet Street
New Orleans, Louisiana 70130
#504-581-6411

IMAGED OCT 22 '04



## PROOF OF SERVICE

I certify that the foregoing pleading has been served on the parties directly involved in this action listed below, and on the Clerk of Court for the United States District Court for the Eastern District of Louisiana, by U.S. Mail, postage prepaid, by hand or by fax, this 20th day of October, 2004.

_____
LOUIS L. PLOTKIN

Alison S. Borison, Esq.
Montgomery, Barnett, Brown, Read,
Hammond & Mintz
3200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
*Counsel for Eagle, Inc.*

Wendy Lappenga, Esq.
Plauché Maselli Landry & Parkerson
201 St. Charles Ave., Ste. 4240
New Orleans, LA 70170
*Counsel for American Motorists Insurance Company*

Samuel M. Rosamond, III, Esq.
Crawford Lewis
400 Poydras St., Ste.2100
New Orleans, LA 70130
*Counsel for Onebeacon, Formerly Commercial Union Insurance Company*

Brian C. Bossier, Esq.
Blue Williams, LLP
3421 North Causeway Blvd.
Ninth Floor
Metairie, LA 70002-3760
*Counsel for Northrop Grumman Ship Systems, Inc.; Albert Bossier; Peter Territo*

Gordon P. Wilson, Esq.
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
Suite 2775 Pan American Life Center
601 Poydras Street
New Orleans, LA 70130
*Counsel for Travelers Casualty & Indemnity Company*