JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 875**

OCT 2 5 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Lorrayne Schmitz, et al. v. Certainteed Corp., et al.*, N.D. California, C.A. No. 3:04-3267

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Schmitz*) on October 14, 2004. The Panel has now been advised that *Schmitz* was remanded to the Superior Court of California, County of Alameda, by the Honorable Phyllis J. Hamilton in an order signed on October 1, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-237" filed on October 14, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

PLEADING NO. 4272

IMAGED OCT 25 '04

OFFICIAL FILE COPY