JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 875**

OCT 25 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Floyd Russo v. Air Products & Chemicals, Inc., et al.*, E.D. Louisiana, C.A. No. 2:04-2331

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Russo*) on October 14, 2004. The Panel has now been advised that *Russo* was remanded to the Orleans Parish Civil District Court, Louisiana, by the Honorable Jay C. Zainey in an order filed on October 22, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-237" filed on October 14, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

PLEADING NO. 4274

**OFFICIAL FILE COPY** IMAGED OCT 25 '04