**MDL 875**

DOCKET NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 26 2004

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### NOTICE OF OPPOSITION

COMES NOW, the Plaintiff in *Faye E. Hamilton, etc. v. Allen-Bradley Co., LLC, et al.*, MSS 1 04-732, by and through counsel and files this their Notice of Opposition to the Conditional Transfer Order (CTO-237).

RESPECTFULLY SUBMITTED

_____
STACEY LEA SIMS
MS BAR NO. 10544

ANTHONY SAKALARIOS, ESQ.
F. MARVIN MORRIS, III, ESQ.
CHARLES G. BLACKWELL, ESQ.
SARA MORRIS FARRIS, ESQ.
STACEY LEA SIMS, ESQ.
MORRIS, SAKALARIOS & BLACKWELL, PLLC
1817 HARDY STREET
HATTIESBURG, MS 39401
TELEPHONE: (601) 544-3343

PLEADING NO. 4277

OFFICIAL FILE COPY   IMAGED OCT 26'04

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 26 2004

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, Stacey Lea Sims, of the law firm of Morris, Sakalarios & Blackwell, PLLC, do hereby certify that I have this day caused to be served, via U.S. Mail, postage fully prepaid, a true and correct copy of Plaintiff's Notice of Opposition to all counsel of record at their usual and regular mailing addresses.

This the 22nd day of October, 2004.

_____
STACEY LEA SIMS

2004 OCT 26  A 8:28
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE