

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DOCKET NO. 875

OCT 27 2004

BEFORE THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

IN RE:    ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### NOTICE OF OPPOSITION

COMES NOW, the Plainitff in Jearold Buttars, et. al. v. John Crane, Inc., et. al., ID 1 04-206, by and through counsel of record, and filed this their Notice of Opposition to the Conditional Transfer Order (CTO-237).

RESPECTFULLY SUBMITTED

BRAYTON✢PURCELL

S. Brook Millard

PLEADING NO. 4278

RECEIVED CLERK'S OFFICE
2004 OCT 27 A 6: 54
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**OFFICIAL FILE COPY**

IMAGED OCT 27 '04

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 27 2004

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, S. Brook Millard, of the law firm of Brayton❖Purcell, do hereby certify that I have this day caused to be served, via U.S. Mail, postage fully prepaid, a true and correct copy of Plaintiff's Notice of Opposition to all counsel of record at their usual and regular mailing addresses.

DATED this 26th day of October, 2004.

BRAYTON❖PURCELL

_____
S. BROOK MILLARD