MDL 875

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 1 8 2004

FILED

OCT 27 2004

JANET HOCKLEY, As Personal Representative
of the Estate of JAMES W. JAY, JR., Deceased

FILED
CLERK'S OFFICE       PLAINTIFF

VERSUS

CIVIL ACTION NO. 1:04cv512GRo

METROPOLITAN LIFE INSURANCE
COMPANY, ET AL.

DEFENDANTS

ORDER

This cause comes before the Court on motion of the Plaintiff, Janet Hockley, to remand [225-1] the above referenced action to the Circuit Court of Copiah County, Mississippi. Also pending before the Court is the Plaintiff's motion for sanctions [225-2]. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED that the {Plaintiff's motion to remand [225-1] be, and is hereby, granted. The Clerk of this Court is directed to immediately mail the court file along with a certified copy of this order to the Clerk for the Circuit Court of Copiah County, Mississippi. It is further,

ORDERED that Plaintiff's motion for sanctions [225-2] be, and is hereby, denied. It is further,

ORDERED that each party shall bear their respective costs associated with these motions.

SO ORDERED this the 18th day of October, 2004.

UNITED STATES SENIOR DISTRICT JUDGE

MDL- 875
RECOMMENDED ACTION
VACATE T.O. -- 1 ACTION
Approved/Date: MK 10/27

OB 2004, Pg. 807

PLEADING NO. 4279

OFFICIAL FILE COPY
IMAGED OCT 27 '04

# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
### SOUTHERN DISTRICT OF MISSISSIPPI
2012 15th Street, Suite 403
Gulfport, MS 39501
Tel: (228) 563-1700



## TELECOPY TRANSMITTAL SHEET

DATE: 10/26    TIME: 2:20

TO: April

Fax Number: 1-202-502-2888

FROM: Ann - USDC - SD/MS

Re: _____

Notes: _____

- Number of pages transmitted (including this page): 2

- Original document is being _____ mailed _____ retained in our file.

Please call if there are any problems receiving this message or if pages are missing.

RECEIVED CLERK'S OFFICE 2004 OCT 26 P 3:19 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION