

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 27 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Janet Hockley v. ACF Valves, et al.*, S.D. Mississippi, C.A. No. 1:04-512

### ORDER VACATING TRANSFER ORDER

On October 18, 2004, the Panel filed an order transferring this action (*Hockley*) and two other actions to the Eastern District of Pennsylvania, pursuant to 28 U.S.C. § 1407, for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket before the Honorable Charles R. Weiner. Pursuant to 28 U.S.C. § 1407(c), however, the Panel's transfer of *Hockley* did not become effective until October 21, 2004, the date the transfer order was filed in the office of the clerk of the transferee court (the Eastern District of Pennsylvania). The Panel has now been advised that, prior to that date, *Hockley* was remanded to the Circuit Court of Copiah County, Mississippi, by the Honorable Walter J. Gex III in an order filed on October 18, 2004.

IT IS THEREFORE ORDERED that the Panel's transfer order in this docket filed on October 18, 2004, is VACATED insofar as it relates to this action.

PLEADING NO. 4280

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

**OFFICIAL FILE COPY** IMAGED OCT 27 '04