JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

OCT 28 2004

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | § § § § | MDL DOCKET NO. 875 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| KAREN HAMMONS, et al<br>*Plaintiffs,*<br>v.<br>ILLINOIS CENTRAL RAILROAD, et al<br>*Defendants.* | § § § § § § § § | Civil Action No.<br>04-678 |

PLEADING NO. 4282

### NOTICE OF OPPOSITION TO TRANSFER

Comes now Plaintiff and files this Notice of Opposition to the Conditional Transfer Order (CTO-237) entered by the Panel on October 14, 2004.

KAREN HAMMONS, et al v. ILLINOIS CENTRAL RAILROAD, et al., 1:04CV00678 is pending in the United States District Court for the Southern District of Mississippi. Pursuant to Panel Rule 7.4(c), the plaintiffs files this notice of opposition to apprise the Panel of their opposition to transfer.

Pursuant to Panel Rule 7.4(d), plaintiffs shall file, within 15 days of the filing of this notice, their motion to vacate conditional transfer order and supporting brief.

1

OFFICIAL FILE COPY
IMAGED OCT 28 '04

Respectfully submitted,

**KIRKSEY & ASSOCIATES**

*/s/ William B. Kirksey* (by permission CMM)

William B. Kirksey
MS State Bar No. 4183
Suite 100-M
401 E. Capitol Street at Congress
P.O. Box 33
Jackson, MS 39205-0033
601-354-4662
601-354-2433 Fax

Paul Benton
Law Office of Paul Benton
181 Main Street
Biloxi, Mississippi 39533
228-434-0305
228-434-0336 Fax

Charles S. Siegel
Texas State Bar No. 18341875
**Waters & Kraus, LLP**
3219 McKinney Avenue
Dallas, Texas 75204
214 357-6244
214 871-2263 Fax

10/27/2004  15:52  WATERS+KRAUS → 12025022888  NO.139  D006
Case MDL No. 875   Document 4282   Filed 10/28/04   Page 3 of 15

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 28 2004

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition has been served by facsimile on all counsel of record (Schedule CTO-237 / Docket No. 875), in addition to the counsel listed below on this 27th day of October, 2004.

Glenn F. Beckham
Upshaw, Williams, Biggers
Beckham & Riddick, LLP
309 Fulton Street
Greenwood, Mississippi 38930

Thomas R. Peters
Gundlach, Lee, Eggmann,
Boyle & Roessler
5000 West Main Street
Belleville, Illinois 62226

Charles S. Siegel

2004 OCT 27 P 4:57
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

10/27/2004 15:52 WATERS+KRAUS → 12025022888 NO.139 D007
Oct 27 04 11:27a Kirksey & Assoc. 601 354 3430 p.13
Case MDL No. 875 Document 4282 Filed 10/28/04 Page 4 of 15

PAGE 1 OF 12

# INVOLVED COUNSEL LIST (CTO-237)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Murray E. Abowitz
Abowitz Timberlake & Dahnke, PC
105 N. Hudson
10th Floor
P.O. Box 1937
Oklahoma City, OK 73101

David F. Albright, Jr.
Bennett & Albright, PA
200 Court Square Building
200 E. Lexington Street
Baltimore, MD 21202

David W. Allen
Goodell, DeVries, Leech & Dann, LLP
One South Street
20th Floor
Baltimore, MD 21202

Michelle Allott
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

Robert D. Anderle
Porter, Wright, Morris & Arthur
1700 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115

Jody E. Anderman
LeBlanc & Waddell, LLC
5353 Essen Lane
Suite 420
Baton Rouge, LA 70809

Mark E. Anderson
Patterson, Dilthey, Clay, Bryson & Anderson
P.O. Box 2258
Wilmington, NC 28402-2258

Robert M. Anspach
Anspach, Meeks & Nunn
300 Madison Avenue
Toledo, OH 43604-2633

Cynthia W. Antonucci
Harris Beach, LLP
805 3rd Avenue
20th Floor
New York, NY 10022

Robert M. Arentson, Jr.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
P.O. Box 14167
Jackson, MS 39236-4167

David G. Arnold
Weston, Hurd, Fallon, Paisley & Howley
2500 Terminal Tower
50 Public Square
Cleveland, OH 44113

Harry Ross Asher
Roberts, Markel & Guerry, PC
2500 City West Boulevard
Suite 1350
Houston, TX 77042

David A. Baker
Forman Perry Watkins Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

James Randolph Baker
Holloway Dobson & Bachman, P.C.
211 N. Robinson Avenue
Suite 900 North
Oklahoma City, OK 73102

Kenneth Carl Baker
Baker & Patterson LLP
1004 Prairie, Suite 300
Houston, TX 77002

S. Allen Baker, Jr.
Balch & Bingham LLP
P.O. Box 306
Birmingham, AL 35201

Francis S. Baldwin, Jr.
Baldwin & Baldwin
400 W Houston Street
P.O. Drawer 1349
Marshall, TX 75671

Thomas A. Banducci
Stoel Rives, LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702-5958

David A. Barfield
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-3979

Andrew Bart
Greenfield Stein & Senior, LLP
600 Third Avenue, 11th Floor
New York, NY 10016

Monte L. Barton
Copeland, Cook, Taylor & Bush, P.A.
P.O. Box 6020
Ridgeland, MS 39158-6020

Scott W. Bates
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
P.O. Box 14167
Jackson, MS 39236-4167

Christopher E. Bauer
Robin L. Roberts, PLLC
1003 West Pine
Hattiesburg, MS 39401

Kevin C. Baumgardner
Corr & Cronin, L.L.P.
1001 4th Avenue
Suite 3900
Seattle, WA 98154-1051

William D. Bayliss
Williams, Mullen, Christian & Dobbins
Two James Center
1021 East Cary Street
P.O. Box 1320
Richmond, VA 23210-1320

Patrick Earl Beasley
Abbott, Simses, Kuchler
210 East Capitol Street
Suite 1090
Jackson, MS 39201

Glenn F. Beckham
Upshaw, Williams, Biggers, Beckham & Riddick
P.O. Drawer 8230
Greenwood, MS 38935-8230

Richard V. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Paul T. Benton
P.O. Box 1341
Biloxi, MS 39533

Martin Berks
1900 28th Avenue
Suite 107
Homewood, AL 35209

Thomas P. Bernier
Segal, McCambridge, Singer & Mahoney, Ltd.
217 E. Redwood Street
21st Floor
Baltimore, MD 21202-3316

10/27/2004 15:52 WATERS+KRAUS → 12025022888 NO.139 D008
Oct 27 04 11:28a Kirksey & Assoc. 1601354243 p.14
Case MDL No. 875 Document 4282 Filed 10/28/04 Page 5 of 15

INVOLVED COUNSEL LIST (CTO-237) MDL-875    PAGE 2 OF 12

V. Brian Bevon
Motley Rice, LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Kevin P. Bilms
Law Offices of Peter Nicholl
430 Crawford Street
Suite 202
Portsmouth, VA 23704

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, L.L.P.
303 East 17th Avenue, Suite 1100
Denver, CO 80203-1264

Roy B. Blackwell
Kaufman & Canoles PC
150 W. Main St.
P.O. Box 3037
Norfolk, VA 23510

James H. Bolin
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Joel M. Bondurant, Jr.
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

Jason Daniel Bone
Gieger, Laborde & Laperouse
One Shell Square
701 Poydras Street, 48th Floor
New Orleans, LA 70139-4800

Nathaniel A. Bosio
Dogan & Wilkinson, PLLC
P.O. Box 1618
734 Dalmas Ave
Pascagoula, MS 39568-1618

Brian C. Bossier
Blue Williams, LLP
3421 N. Causeway Boulevard
9th Floor
Metairie, LA 70002

Timothy W. Bouch
Leath, Bouch & Crawford
P.O. Box 59
Charleston, SC 29402

Howard Michael Bowers
Nexsen, Pruet, Jacobs, Pollard & Robinson
P.O. Box 486
Charleston, SC 29401

Steven C. Bowman
Holland & Hart
P.O. Box 2527
Boise, ID 83701

William A. Brasher
Brasher Law Firm
One Metropolitan Square, Suite 2300
211 North Broadway
St. Louis, MO 63102

Marcy L. Bryan
Forman, Perry, Watkins, Krutz & Tardy, LLC
P.O. Box 22608
Jackson, MS 39225-2608

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39531-1377

Thomas More Buckley
Patterson, Dilthey, Clay, Bryson & Anderson
4020 WestChase Boulevard
Suite 550
Raleigh, NC 27607

Alexander M. Bullock
Evert & Weathersby, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Christopher C. Burke
Cosho, Humphrey, Greener & Welsh
Carnegie Building
815 W. Washington Street
Boise, ID 83702

George F. Burns
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04101-5029

Gilbert L. Busby
Harlin, Parker, Alcott & Chaudoin
519 East Tenth Street
P.O. Box 390
Bowling Green, KY 42102-0390

Lisa N. Busch
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

Jill N. Calvert
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Barry C. Campbell
Baker, Donelson, Bearman, Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Joseph Capobianco
Reisman, Peirez & Reisman LLP
1305 Franklin Avenue
P.O. Box 119
Garden City, NY 11530

Dabney J. Carr, IV
Troutman, Sanders, Mays & Valentine, L.L.P.
1111 East Main Street
P.O. Box 1122
Richmond, VA 23208-1122

Joel Benedict Casey
Michael J. Pearce & Associates
Two Monument Square
9th Floor
P.O. Box 108
Portland, ME 04112-0108

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

William T. Causby
Nelson, Mullins, Riley & Scarborough, LLP
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Margaret M. Chaplinsky
Kalinoski & Chaplinsky
100 Court Avenue
Suite 315
Des Moines, IA 50309-2200

Mark R. Chilson
Young & Alexander
130 West Second Street, Suite 2000
Dayton, OH 45402-9291

INVOLVED COUNSEL LIST (CTO-237) MDL-875

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Joseph A. Churgin
Herzfeld & Rubin, P.C.
40 Wall Street
New York, NY 10005

Susan Coco
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

T. Hunt Cole, Jr.
Office of the Attorney General
P.O. Box 220
Jackson, MS 39205-0220

Deborah A. Coleman
Hahn, Loeser & Parks
3300 BP Tower
200 Public Square
Cleveland, OH 44114

Louis F. Coleman
Forman, Perry, Watkins, Krutz &
Tardy, LLC
P.O. Box 22608
Jackson, MS 39225-2608

William Robert Coleman, Jr.
Scott, Sullivan, Streetman & Fox, PC
P.O. Box 13847
Jackson, MS 39236-3847

Keith E. Coltrain
Elmore & Walls, PA
P.O. Box 10937
Raleigh, NC 27605

John F. Conley
Glasser & Glasser, P.L.C.
Crown Center Building
Suite 600
580 East Main Street
Norfolk, VA 23510-2212

William David Conner
Haynsworth Sinkler Boyd
75 Beattie Place, 11th Floor
P.O. Box 2048
Greenville, SC 29602

James B. Cooper
Boehl, Stopher & Graves
444 W. Second Street
Lexington, KY 40507

Kaye N. Courington
Duncan, Courington & Rydberg
400 Poydras Street
Suite 1200
New Orleans, LA 70130

Marcy B. Croft
Forman, Perry, Watkins, Krutz &
Tardy, LLC
P.O. Box 22608
Jackson, MS 39225-2608

Sharon G. Crowley
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

Richard M. Crump
Forman, Perry, Watkins, Krutz &
Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Edward J. Currie, Jr.
Currie, Johnson, Griffin, Gaines &
Myers
P.O. Box 750
Jackson, MS 39205-0750

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

William S. Davies, Jr.
Nelson, Mullins, Riley &
Scarborough, LLP
1330 Lady Street
Keenan Building, 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

William Pearce Davis
Baker, Ravenel & Bender
P.O. Box 8057
Columbia, SC 29202

Christine E. Dinsdale
Soha & Lang, PS
701 Fifth Avenue
Suite 2400
Seattle, WA 98104

Lyn B. Dodson
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Thomas F. Dougall
Law Office of Thomas F. Dougall
1713 Woodcreek Farms Road
Elgin, SC 29045

Martica S. Douglas
Douglas, Denham, Buccina & Ernst
103 Exchange Street
P.O. Box 7108
Portland, ME 04112-7108

R. Terrance Duddy
Kelly, Remmel & Zimmerman
53 Exchange Street
P.O. Box 597
Portland, ME 04112

Walter W. Dukes
Dukes, Dukes, Keating & Faneca
P.O. Drawer W
Gulfport, MS 39502-0680

Katherine S. Duyer
Gavett & Datt, PC
15850 Crabbs Branch Way
Suite 180
Rockville, MD 20855

Andrea L. Edney
Brunini, Grantham, Grower & Hewes
248 East Capitol Street
P.O. Box 119
Jackson, MS 39205-0119

Jeffrey T. Edwards
Preti, Flaherty, Beliveau, Pachios &
Haley
One City Center
P.O. Box 9546
Portland, ME 04112-9546

Richard M. Eldridge
Eldridge Cooper Steichen & Leach
110 W 7th Street
Suite 200
P.O. Box 3566
Tulsa, OK 74101-3566

James H. Elliott, Jr.
Barnwell, Whaley, Patterson &
Helms
885 Island Park Drive
Charleston, SC 29492-0197

Stephen B. Evans
Deeba, Sauter, et al.
3415 Hampton Avenue
St. Louis, MO 63139

C. Michael Evert, Jr.
Evert & Weathersby, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

INVOLVED COUNSEL LIST (CTO-237) MDL-875    PAGE 4 OF 12

James J. Fabian
Pfeifer & Fabian
326 Saint Paul Place, Suite 100
Baltimore, MD 21202

Sara M. Farris
Morris & Sakalarios
610 West Pine St.
Hattiesburg, MS 39401

Richard E. Fay
Hamilton Gaskins Fay & Moon
2020 Charlotte Plaza
201 South College Street
Charlotte, NC 28244-2020

Francis E. Fernandez
Kazan, McClain, Edises, Simon & Abrams
171 12th Street, 3rd Floor
Oakland, CA 94607

David L. Ferstendig
Baltimore Aircoil Company
292 Madison Avenue
New York, NY 10017

John P. Fishwick
Lichtenstein & Fishwick PLC
101 South Jefferson Street
Suite 400
P.O. Box 601
Roanoke, VA 24004-0601

Meagan A. Flynn
Preston, Bunnell & Stone, L.L.P.
1100 S.W. 6th Avenue, Suite 1405
Portland, OR 97204

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Barry W. Ford
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
P.O. Box 14167
Jackson, MS 39236-4167

Tracy Fowler
Snell & Wilmer
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, UT 84101-1004

Mark J. Fucile
Stoel & Rives L.L.P.
Standard Insurance Center, Suite 2300
900 SW Fifth Avenue
Portland, OR 97204

Calvin R. Fulkerson
Lynn, Fulkerson & Nichols, P.L.L.C.
267 W. Short Street
Lexington, KY 40507

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Robert C. Galloway
Butler, Snow, O'Mara, Stevens & Cannada
1300 25th Avenue, Suite 204
P.O. Drawer 4248
Gulfport, MS 39502-4248

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Patricia C. Gandy
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Richard Alan Gann
Riggs, Abney, Neal, Turpen, Orbison & Lewis
502 West 6th Street
Tulsa, OK 74119-1010

Leon Gary, Jr.
Jones, Walker, Waechter, et al.
8555 United Plaza Boulevard
5th Floor
Baton Rouge, LA 70809

Keith L. Gates
Abbott, Simses, Kuchler
210 East Capitol Street
Suite 1090
Jackson, MS 39201

Geoffrey S. Gavett
Gleason & Datt, P.C.
15850 Crabbs Branch Way
Suite 180
Rockville, MD 20855

Louis L. Gertler
Gertler, Gertler, Vincent & Plotkin
127-129 Carondelet Street
New Orleans, LA 70130

James H. Gidley
Perkins & Coie
1120 NW Couch Street
10th Floor
Portland, OR 97209-4128

Richard S. Glasser
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

James G. Goggin
Verrill & Dana
1 Portland Square
P.O. Box 586
Portland, ME 04112-0586

John K. Gordinier
Pedley, Zielke, Gordinier, Olt & Pence
462 South Fourth Avenue
2000 Meidinger Tower
Louisville, KY 40202

Daniel F. Gourash
Porter, Wright, Morris & Arthur
1700 Huntington Building
925 Euclid Avenue
Cleveland, OH 44115

William M. Graham
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

William N. Graham
Aultman, Tyner, Ruffin & Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

Albert F. Grasch, Jr.
Grasch & Cowen, P.S.C.
302 W. High Street
Lexington, KY 40507-1831

David E. Gray, II
Calfee, Halter & Griswold, Llp
1400 Mcdonald Investment Center
800 Superior Avenue
Cleveland, OH 44114

Marc C. Greco
Glasser & Glasser, P.L.C.
Crown Center Building
Suite 600
580 East Main Street
Norfolk, VA 23510

Robert V. Greenlee
Bryant, Clark, Dukes, et al.
P.O. Box 16567
Hattiesburg, MS 39404-6567

Ian R. Grodman
Law Office of Ian Grodman, PC
515 Valley Street, Suite 170
Maplewood, NJ 07040

INVOLVED COUNSEL LIST (CTO-237) MDL-875

PAGE 5 OF 12

Eric S. Grodsky
Calfee, Halter & Griswold
1400 Mcdonald Investment Center
800 Superior Avenue
Cleveland, OH 44114-2688

David K. Groome, Jr.
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

J. M. Grundy
Greenebaum, Doll & McDonald PLLC
101 S. Fifth Street
3300 National City Tower
Louisville, KY 40202-3197

Pascale Guerrier
Mcguire Woods, LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105

Darren Milton Guillot
Abbott, Simses & Kuchler
400 Lafayette St., Suite 200
New Orleans, LA 70130

Samuel D. Habeeb
Forman, Perry, Watkins, et al.
P.O. Box 22608
Jackson, MS 39225-2608

Jon Haddow
Farrell, Rosenblatt & Russell
P.O. Box 738
Bangor, ME 04402-0738

Suzanne M. Halbardier
Barry, McTiernan & Moore
2 Rector Street, 14th Floor
New York, NY 10006

Richard E. Hall
Hall, Farley, Oberrecht & Blanton
P.O. Box 1271
Boise, ID 83701-1271

Patrick J. Hanna
Rabalais, Hanna & Herbert
701 Robley Drive, Suite 210
Lafayette, LA 70503-1271

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Frances K. Hardage
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Jackson, MS 39215-1084

James A. Harris, III
Harris & Harris, LLP
2100A SouthBridge Parkway
Suite 570
Birmingham, AL 35209

Gregory A. Harrison
Dinsmore & Shohl
1900 Chemed Center
255 East 5th Street
Cincinnati, OH 45202

Christy C. Hendrix
Sulzer & Williams, LLC
201 Holiday Blvd., Suite 335
Covington, LA 70433

Harry K. Herren, Jr.
Woodward, Hobson & Fulton, LLP
2500 National City Tower
101 S. Fifth Street
Louisville, KY 40202

Scott D. Hess
Jones, Gledhill, Hess, Fuhrman & Eiden
P.O. Box 1097
Boise, ID 83701-1097

Paul R. Heyburn
Mehaffy & Weber, P.C.
One Allen Center, Suite 1200
500 Dallas
Houston, TX 77002

Sean M. Higgins
Brown McCarroll
1111 Bagby Street, 47th Floor
Houston, TX 77002

M. King Hill, III
Venable, LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, MD 21285-5517

Windham M. Hill
Secrest, Hill & Butler
7134 S. Yale Avenue, Suite 900
Tulsa, OK 74136

Bruce B. Hochman
Lambert, Coffin, Rudman & Hochman
477 Congress Street, 14th Floor
P.O. Box 15215
Portland, ME 04112-5215

Alben N. Hopkins
Hopkins, Barvie & Hopkins
2701 24th Avenue
P.O. Box 1510
Gulfport, MS 39502-1510

James Gordon House, III
Atchison, Crosby, Saad & Beebe
P.O. Drawer 850249
Mobile, AL 36685

Kristin M. Houser
Schroeter, Goldmark & Bender
810 Third Avenue
500 Central Building
Seattle, WA 98104

Glen Alton Huff
Huff, Poole & Mahoney, P.C.
The Huff, Poole & Mahoney Bldg.
4705 Columbus Street, Suite 100
Virginia Beach, VA 23462

Jonathan K. Huth
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

John B. Isbister
Tydings & Rosenberg
100 East Pratt Street, 26th Floor
Baltimore, MD 21202

John Joseph Jablonski
Anspach, Meeks & Nunn
300 Madison Avenue, Suite 1600
Toledo, OH 43604-2633

William G. James
Pray, Walker, Jackman, et al.
100 W. 5th Street
Oneok Plaza, Suite 900
Tulsa, OK 74103

Michael R. Johnson
Bevis, Cameron & Johnson
P.O. Box 827
Boise, ID 83706

Arthur Timothy Jones
Hawkins & Parnell
303 Peachtree Street, N.E.
4000 Suntrust Plaza
Atlanta, GA 30308-3243

Linda H. Joseph
Schroder, Joseph & Associates
766 Ellicott Street
Buffalo, NY 14203

10/27/2004 15:52 WATERS+KRAUS → 12025022888 NO.139 D012
Oct 27 04 11:30a Kirksey & Associates p.10
Case MDL No. 875 Document 4282 Filed 10/28/04 Page 9 of 15

INVOLVED COUNSEL LIST (CTO-237) MDL-875 PAGE 6 OF 12

Jeannie P. Kauffman
Bacon Thornton & Palmer, LLP
Capital Office Park
6411 Ivy Lane, Suite 706
Greenbelt, MD 20770-1411

Arthur M. Kaufman
Hahn, Loeser & Parks
3300 BP America Building
200 Public Square
Cleveland, OH 44114

Keith J. Kearney
Mansour, Gavin, Gerlack & Manos
2150 Illuminating Bldg.
55 Public Square
Cleveland, OH 44113

Kacey L. Keeton
Brunini, Grantham, Grower & Hewes
P.O. Drawer 119
Jackson, MS 39205-0119

Leland I. Kellner
Lavin, Coleman, Finarelli & Gray
Penn Mutual Tower, 10th Floor
510 Walnut Street
Philadelphia, PA 19106

James G. Kennedy
Pierce, Herns, Sloan & McLeod
The Blake House
321 East Bay Street
P.O. Box 22437
Charleston, SC 29413

Bridget E. King
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

Theodore H. Kirchner
Norman, Hanson & Detroy
P.O. Box 4600
Portland, ME 04112

William B. Kirksey
Kirksey & Associates
P.O. Box 33
Jackson, MS 39205-033

Charles Andrew Kitchen
Maynard, Cooper & Gale, PC
1901 Sixth Avenue North
2400 Amsouth/harbert Plaza
Birmingham, AL 35203

Robert I. Komitor
Levy, Phillips & Konigsberg, LLP
520 Madison Avenue
4th Floor
New York, NY 10022

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Donald A. Krispin
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
645 Griswold St.
Detroit, MI 48226

Kenneth K. Kyre, Jr.
Pinto, Coates, Kyre & Brown, PLLC
P.O. Box 4848
Greensboro, NC 27404

Carter T. Lambeth
Johnson & Lambeth
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

Daphne M. Lancaster
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219

Edward P. Landry
Landry & Watkins
P.O. Drawer 12040
New Iberia, LA 70562-2040

Douglas W. Langdon
Frost, Brown & Todd, L.L.C.
400 West Market Street
3200 Aegon Center
Louisville, KY 40202

J. Mark Langdon
McGuire Woods, LLP
100 N. Tryon Street
Suite 2900
Charlotte, NC 28202-4022

Peter Cyril Langenus
Schnader, Harrison, Segal & Lewis
140 Broadway
Suite 3100
New York, NY 10005

Louis B. Lanoux
Watkins & Eager
P. O. Box 650
Jackson, MS 39205-0650

Dan R. Larsen
Snell & Wilmer
15 West South Temple
Suite 1200
Gateway Tower West
Salt Lake City, UT 84101-1004

Richard T. Lawrence
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
Commerce Place
20th Floor
One South Street
Baltimore, MD 21202

Richard Eric Leff
Mcgivney, Kluger & Gannon, P.C.
80 Broad Street
23rd Floor
New York, NY 10004

Fred J. Lewis
Racine, Olson, Nye, Cooper & Budge
P.O. Box 1391
Pocatello, ID 83204-1391

Christopher K. Lightfoot
Hailey, McNamara, Hall, Larmann & Papale
One Galleria Boulevard
Suite 1400
P.O. Box 8288
Metairie, LA 70011-8288

Edward John Lilly
Crull, Castaing, Lilly & Herman
601 Poydras Street
Suite 2323
New Orleans, LA 70130

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Eric A. Ludwig
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Susan M. Luken
Dinsmore & Shohl
Ste. 1900
255 East Fifth Street
Cincinnati, OH 45202

INVOLVED COUNSEL LIST (CTO-237) MDL-875 PAGE 7 OF 12

Dennis A. Lyle
Fuller & Henry
One Seagate, Suite 1700
Toledo, OH 43603

Robert J. Lynott
Thomas & Libowitz
100 Light Street
Suite 1100
Baltimore, MD 21202-1053

Patrick C. Malouf
Porter & Malouf
P. O. Box 12768
Jackson, MS 39236

Jack B. Manning
Bean & Manning
1500 San Felipe Plaza
5847 San Felipe Road
Houston, TX 77057

Michael P. Marando
Pfau, Pfau & Marando
P.O. Box 9070
Youngstown, OH 44513

Christopher S. Marks
Williams, Kastner & Gibbs
P.O. Box 21926
Seattle, WA 98111-3926

Samuel R. Martillotta
Mansour, Gavin, Gerlack & Manos
Co., L.P.A.
2150 Illuminating Building
55 Public Square
Cleveland, OH 44113

Christopher O. Massenburg
Aultman, Tyner, Ruffin & Yarborough,
Ltd.
P. O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Karen Kay Maston
Connelly, Baker, et al.
700 Louisiana
Suite 1850
Houston, TX 77002-2778

Alexander J. May
Brassel & Baldwin
112 West Street
Annapolis, MD 21401

Ben L. Mayeaux
Laborde & Neuner
P.O. Drawer 52828
1001 W. Pinhook Road
Suite 200
Lafayette, LA 70505

Theodore V. McCullough
Segal, McCambridge, Singer &
Mahoney, Ltd.
805 3rd Avenue
New York, NY 10022

Moffatt Grier McDonald
Haynsworth Sinkler Boyd
P.O. Box 2048
Greenville, SC 29602

Andrew J. McElaney, Jr.
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02110-2604

Shannon S. McFarland
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Anne Windham McLeod
Ellis, Carstarphen, Dougherty &
Goldenthal
5847 San Felipe
Suite 1900
Houston, TX 77057

Charles R. McDonald, Sr.
Davis & Young
1700 Midland Bldg.
101 Prospect Avenue, W
Cleveland, OH 44115-1027

Steven Brook Millard
Eisenberg & Gilchrist
215 South State Street
900 Parkside Tower
Salt Lake City, UT 84111

Byron N. Miller
Thompson, Miller & Simpson, PLC
600 West Main Street, Suite 500
Louisville, KY 40202

Michael S. Minyard
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
P.O. Box 14167
Jackson, MS 39236-4167

Edward W. Mizell
Butler, Snow, O'Mara, et al.
P.O. Box 22567
Jackson, MS 39225-2567

Willard J. Moody, Jr.
Moody, Strople, Kloeppel et al.
500 Crawford Street
Commerce Bank Bldg., Suite 300
P.O. Box 1138
Portsmouth, VA 23705

John B. Moore
Phillips, Parker, Orberson & Moore
716 West Main Street, Suite 300
Louisville, KY 40202

M. D. Moretz
Woolf, Mcclane, Bright, et al.
900 S. Gay Street, Suite 900
Knoxville, TN 37902

Joseph J. Morford
Tucker Ellis & West LLP
1100 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115-1475

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Maurice F. Mullins
Spotts, Chappell, Fain & Anderson
P.O. Box 1555
Richmond, VA 23218-1555

Joel M. Muscoplat
Gislason Martin & Varpness
7600 Parklawn Avenue, South
Suite 444
Edina, MN 55435

John J. Nagle, III
Bodie, Nagle, Dolina, Smith &
Hobbs, PA
21 W. Susquehanna Avenue
Towson, MD 21204

James A. Newsom
Munisteri, Sprott, Lefevre & Rigby
3323 Richmond Avenue, Suite A
Houston, TX 77098

Farah Sohaili Nicol
McKenna Long & Aldridge
444 S Flower Street, 8th Floor
Los Angeles, CA 90071-2901

Albert B. Norris
Reed, Smith, Crosby, Heafey, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Jeremy W. North
North & Cobb, P.A.
7313 York Road
Towson, MD 21204

Robert L. Norton
Jones & Granger
10000 Memorial Drive, Suite 888
P.O. Box 4340
Houston, TX 77210-4340

INVOLVED COUNSEL LIST (CTO-237) MDL-875            PAGE 8 OF 12

Jenifer E. Novak
Frantz Ward
55 Public Square, 19th Floor
Cleveland, OH 44113

Robert L. O'Donnell
Vandeventer Black, LLP
500 World Trade Center
Norfolk, VA 23510

George H. O'Kelley, III
Leath, Bouch & Crawford
134 Meeting Street, Suite 500
P.O. Box 59
Charleston, SC 29402

Richard P. O'Leary
McCarter & English, L.L.P.
300 Park Avenue, 18th Floor
New York, NY 10022

Douglas R. Painter
DeWitt Denney & Painter
400 North Brand Blvd., Suite 930
Glendale, CA 91203

Peter T. Paladino, Jr.
Goldberg Persky Jennings & White
Ketchum Center, 3rd Floor
1030 5th Avenue
Pittsburgh, PA 15219

R. Chris Parks
Ledbetter, Cogbill, Arnold & Harrison
P.O. Box 185
Fort Smith, AR 72902

E. Spencer Parris
Jones, Martin, Parris & Tessener
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603

Steven J. Parrott
The Parrott Firm
36 South Charles Street, Suite 1300
Baltimore, MD 21201

Donald C. Partridge
Forman, Perry, Watkins, et al.
P.O. Box 22608
Jackson, MS 39225-2608

Lisa M. Pascarella
Pehlivanian & Braaten, LLC
2430 Route 34
P.O. Box 648
Manasquan, NJ 08736

Monica F. Patterson
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Edward O. Patton
Mansour Gavin Gerlack & Manos
2150 Illuminating Bldg.
55 Public Square
Cleveland, OH 44113-1994

Timothy Peck
Smith Moore LLP
P.O. Box 21927
Greensboro, NC 27420

Scott W. Pedigo
Baker, Donelson, Bearman, Caldwell
& Berkowitz, PC
P.O. Box 14167
Jackson, MS 39236-4167

Robert N. Peirce, Jr.
Robert N. Peirce, Jr. & Associates
2500 Gulf Tower
Pittsburgh, PA 15219

Russell A. Pepe
Harwood Lloyd, LLC
350 Fifth Avenue, Suite 3304
New York, NY 10118

David S. Perkins
Quane Smith
P.O. Box 519
Boise, ID 83701-0519

Jeffrey W. Peters
Preti, Flaherty, Beliveau, Pachios &
Haley
One City Center
P.O. Box 9546
Portland, ME 04112-9546

Kara L. Pettit
Snow, Christensen & Martineau
10 Exchange Place, #1100
P.O. Box 45000
Salt Lake City, UT 84145

Martha J. Phillips
Atkinson, Haskins, et al.
525 S. Main Street, Suite 1500
Tulsa, OK 74103-4524

Carl E. Pierce, II
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Andrew L. Plauche, Jr.
Plauche, Maselli, Landry & Parkerson
201 St. Charles Avenue, Suite 4240
New Orleans, LA 70170-4240

Kevin Joseph Plunkett
Thacher, Proffitt & Wood
50 Main Street
White Plains, NY 10601

Diane M. Pompei
Sedgwick, Detert, Moran & Arnold
Three Gateway Center, 12th Floor
Newark, NJ 07102

James E. Powers
Powers & Frost
909 Fannin Stree, Suite 810
Houston, TX 77010

James B. Pressly, Jr.
Haynsworth, Marion, McKey &
Guerard
75 Beattie Place, 11th Floor
P.O. Box 2048
Greenville, SC 29602

Peter W. Preston
Preston, Bunnell & Stone, L.L.P.
1100 S.W. 6th Avenue, Suite 1405
Portland, OR 97204

Steven J. Pugh
Richarson, Plowden, Carpenter &
Robinson, PA
P.O. Drawer 7788
Columbia, SC 29202

Michael B. Pullano
Weber, Gallagher, Simpson, et al.
1811 Chestnut Street
The Belgravia Bldg., Suite 600
Philadelphia, PA 19103

Richard T. Radcliffe, Jr.
Dehay & Elliston, LLP
36 S. Charles Street, 13th Floor
Baltimore, MD 21201

Feliz A. Rael
Atkinson & Thal
201 Third Street, N.W., #1850
Albuquerque, NM 87102

Kenan Slade Rand
Plauche, Maselli, Landry &
Parkerson, LLP
201 St. Charles Avenue, Suite 4240
New Orleans, LA 70170-4240

Mary Margaret Ratliff
Forman Perry Watkins Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

10/27/2004 15:52 WATERS+KRAUS → 12025022888 NO.139 D015
Oct 27 04 11:31a Kirksey & Assoc.
Case MDL No. 875 Document 4282 Filed 10/28/04 Page 12 of 15

INVOLVED COUNSEL LIST (CTO-237) MDL-875 PAGE 9 OF 12

F. Grey Redditt, Jr.  
Vickers, Riis, Murray & Curran  
P.O. Drawer 2568  
Mobile, AL 36652-2568  

Simine Bazyari Reed  
Daniel, Coker, Horton & Bell  
P.O. Box 1084  
Jackson, MS 39215-1084  

William C. Reeves  
Smith, Reeves & Yarborough, PLLC  
6360 I-55 North, Suite 330  
Jackson, MS 39211  

Giovanni Regina  
Waters, McPherson, McNeill, P.C.  
300 Lighting Way  
Secaucus, NJ 07096  

Ellen Relkin  
Weitz & Luxenberg  
180 Maiden Lane, 40th Floor  
New York, NY 10038-4925  

John J. Repcheck  
Marks, O'Neill, O'Brien & Courtney  
3200 Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  

Ralph R. Rhoades  
Lynch, Gilardi & Grummer  
475 Sansome Street, Suite 1800  
San Francisco, CA 94111  

John H. Rich, III  
Perkins, Thompson, Hinckley & Keddy  
One Canal Plaza  
P.O. Box 426 DTS  
Portland, ME 04112  

Ronald N. Ricketts  
Gable & Gotwals  
1100 ONEOK Plaza  
100 West Fifth Street  
Tulsa, OK 74103-4217  

William V. Riggenbach  
Duane & Shannon, P.C.  
10 East Franklin Street  
Richmond, VA 23219-2106  

Eugene A. Ritti  
Hawley, Troxell, Ennis & Hawley  
P.O. Box 1617  
Boise, ID 83701  

Deborah L. Robinson  
Robinson, Woolson & O'Donnell  
217 E. Redwood Street, Suite 1500  
Baltimore, MD 21202  

George H. Robinson, Jr.  
Liskow & Lewis  
822 Harding Street  
P.O Box 52008  
Lafayette, LA 70505-2008  

Ausey H. Robnett, III  
Paine, Hamblen, Coffin, Brook &  
Miller, LLP  
P.O. Box E  
Coeur d'Alene, ID 83816-0328  

Robert M. Rolfe  
Hunton & Williams  
Riverfront Plaza  
951 East Byrd Street  
Richmond, VA 23219  

Rick L. Rose  
Ray, Quinney & Nebeker  
79 S Main Street  
P.O. Box 45385  
Salt Lake City, UT 84111-0385  

David A. Rosen  
Rose, Klein & Marias  
801 South Grand Avenue, 18th Floor  
Los Angeles, CA 90017-4645  

Gerolyn Roussel  
Roussel & Roussel  
1710 Cannes Drive  
Laplace, LA 70068  

John D. Roven  
Roven, Kaplan & Wells  
2190 North Loop West, Suite 410  
Houston, TX 77018  

Peter J. Rubin  
Bernstein, Shur, Sawyer & Nelson  
100 Middle Street  
P.O. Box 9729  
Portland, ME 04101  

William J. Rutzick  
Schroeter, Goldmark & Bender  
Central Building, Suite 500  
810 Third Avenue  
Seattle, WA 98104  

Anthony J. Sadberry  
Wickliff & Hall  
1000 Louisiana, Suite 5400  
Houston, TX 77002  

Harold F. Salsbery  
Bailey & Glasser LLP  
227 Capitol Street  
Charleston, WV 25301  

M. Michael Sasser  
Hamlin & Sasser  
3100 S. Vista Avenue, Suite 200  
P.O. Box 16488  
Boise, ID 83715  

Joseph D. Satterley  
Sales, Tillman, Wallbaum, et al.  
1900 Waterfront Plaza  
325 West Main Street  
Louisville, KY 40202  

Michael E. Saucier  
Thompson & Bowie  
Three Canal Plaza  
P.O. Box 4630  
Portland, ME 04112  

Heather L. Saum  
Baker, Donelson, Bearman, Caldwell &  
Berkowitz, PC  
P.O. Box 14167  
Jackson, MS 39236-4167  

David A. Schaefer  
Benesch, Friedlander, Coplan & Aronoff  
2300 BP America Building  
200 Public Square  
Cleveland, OH 44114  

David T. Schaefer  
Woodward, Hobson & Fulton, LLP  
2500 National City Tower  
101 South Fifth Street  
Louisville, KY 40202-3175  

Robert G. Schuler  
Kegler, Brown, Hill & Ritter  
65 East State Street, Suite 1800  
Columbus, OH 43215-4294  

Richard D. Schuster  
Vorys, Sater, Seymour & Pease, LLP  
52 East Gay Street  
P.O. Box 1008  
Columbus, OH 43216  

Scott R. Seedall  
Seedall Law Office  
1192 South 52 East  
Idaho Falls, ID 83401  

Michael S. Seekings  
Mullen, Wiley & Seekings, LLC  
171 Church Street, Suite 370  
Charleston, SC 29401  

Scott C. Seiler  
Liskow & Lewis  
701 Poydras Street, Suite 5000  
New Orleans, LA 70139

Linda R. Self
Brasher Law Firm
One Metropolitan Square, Suite 2300
211 North Broadway
St. Louis, MO 63102

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard, 6th Floor
Los Angeles, CA 90025

Allan L. Shackelford
Smith Moore LLP
P.O. Box 21927
Greensboro, NC 27420

Robert T. Shaffer, III
Murphy & Shaffer
36 South Charles Street, Suite 1400
Baltimore, MD 21202-1019

Rhea Hudson Sheldon
Abbott, Simses, Kuchler
210 East Capitol Street, Suite 1090
Jackson, MS 39201

George F. Short
Short, Barnes, Wiggins, Margo & Adler
210 Park Avenue
3100 Oklahoma Tower
Oklahoma City, OK 73102

John Michael Silk
Wilson, Smith, Cochran & Dickerson
1215 4th Avenue, Suite 1700
Seattle, WA 98161-1007

Stacey L. Sims
Morris, Sakalarios & Blackwell, PLLC
201 Hardy Street
Hattiesburg, MS 39401

J. Walter Sinclair
Stoel Rives, LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702-5958

Vani R. Singhal
Eldridge Cooper Steichen & Leach
P.O. Box 3566
Tulsa, OK 74101-3566

Britt R. Singletary
Singletary & Thrash
P.O. Box 171
Biloxi, MS 39533-0171

A. R. Smith
Law Office Of A. Russell Smith
503 Key Bldg.
159 South Main Street
Akron, OH 44308

Mark R. Smith
Holcomb Dunbar, P.A.
P.O. Drawer 707
Oxford, MS 38655-0707

Michael E. Smith
Frantz Ward
55 Public Square, 19th Floor
Cleveland, OH 44113

Patrick C. Smith
Rubin & Rubin Chartered
502 Washington Avenue, Suite 200
Towson, MD 21204

Russell Smith
159 South Main Street, Suite 503
Akron, OH 44308

John E. Solom
Williams, Kastner & Gibbs
P.O. Box 21926
Seattle, WA 98111-3926

Frances L. Spinelli
Evert & Weathersby, LLC
3405 Piedmont Road, N.E., Suite 225
Atlanta, GA 30305

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

William Edward Steimle
Filice, Brown, Eassa & McLeod
1999 Harrison Street, 18th Floor
Oakland, CA 94612

Karl R. Steinberger
Colingo, Williams, Heidelberg, et al.
P.O. Box 1407
Pascagoula, MS 39568-1407

J. Joshua Stevens, Jr.
Tubb, Stevens, Morrison & Calhoun
P.O. Box 324
West Point, MS 39773-0324

Edward H. Stopher
Boehl, Stopher & Graves
2300 Aegon Center
400 West Market Street
Louisville, KY 40202-3345

Dale W. Storer
Holden, Kidwell, Hahn & Crapo
P.O. Box 50130
Idaho Falls, ID 83405

Elizabeth G. Stouder
Richardson, Whitman, Large & Badger
465 Congress Street
P.O. Box 9545
Portland, ME 04112-9545

Weldon W. Stout, Jr.
Wright, Stout, Fite & Wilburn
300 West Broadway, Suite A
P.O. Box 707
Muskogee, OK 74401

Matthew R. Straus
L'Abbate, Balkan, Colavita & Contini
1050 Franklin Avenue
Garden City, NY 11530

James P. Streetman, III
Clark, Scott, Streetman & Fox, PC
447 Northpark Drive
P.O. Box 13847
Ridgeland, MS 39236-3847

Jennifer M. Studebaker
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Amanda D. Summerlin
Forman, Perry, Watkins, Krutz & Tardy, LLC
P.O. Box 22608
Jackson, MS 39225-2608

Lionel Howard Sutton, III
610 Barrone Street
New Orleans, LA 70113

Robert P. Sweeney
Law Office Of Robert E. Sweeney
1500 Illuminating Bldg.
55 Public Square
Cleveland, OH 44113

Kevin Swenson
Suitter Axland
P O Box 45101
Salt Lake City, UT 84145

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Cowles E. Symmes
Page, Mannino, Peresich & McDermott
759 Vieux Marche' Mall
P.O. Drawer 289
Biloxi, MS 39533-0289

Michael A. Tanenbaum
Sedgwick, Detert, Moran & Arnold
Three Gateway Center, 12th Floor
Newark, NJ 07102

Thomas W. Tardy, III
Forman, Perry, Watkins, Krutz &
Tardy, LLC
P.O. Box 22608
Jackson, MS 39225-2608

Samuel L. Tarry, Jr.
Mcguire Woods
1 James Center
901 East Cary Street
Richmond, VA 23219-4030

J. Derrick Teague
204 N. Robinson
Suite 1000
Oklahoma City, OK 73102

Jennifer M. Techman
Evert & Weathersby, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Mark S. Thomas
Maupin, Taylor & Ellis
P.O. Drawer 19764
Raleigh, NC 27619-9764

David B. Thorne
Shook, Hardy & Bacon
One Kansas City Place
1200 Main Street
Kansas City, MO 64105

Timothy Kost Thorson
Carney Badley Spellman
700 Fifth Avenue
Suite 5800
Seattle, WA 98104-7091

Tracy E. Tomlin
Nelson, Mullins, Riley & Scarborough
100 North Tryon Street, Suite 2400
Charlotte, NC 28202-4000

Sean P. Tracey
Clark, Depew & Tracey, Ltd., LLP
440 Louisiana, Suite 1600
Houston, TX 77002

D. J. Travis
Frutig, Travis & Zapka
1142 Hanna Building
1422 Euclid Avenue
Cleveland, OH 44115

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

David L. Trewolla
Dogan & Wilkinson, PLLC
P.O. Box 23062
Jackson, MS 39225-3062

Keith R. Truffer
Royston, Mueller, McLean & Reid
102 W. Pennsylvania Ave., Suite 600
Towson, MD 21204

Thomas W. Tyner
Aultman, Tyner, Ruffin & Yarborough
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Joseph J. Valencino, III
340 Arbor Drive, Apt. 2244
Ridgeland, MS 39151

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502-4108

William L. Vickerson
Levenson, Vickerson & Beneman
P.O. Box 465
Portland, ME 04112

Rodney P. Vincent
Gertler, Gertler, Vincent & Plotkin
Gertler Building, 3rd Floor
127-129 Carondelet Street
New Orleans, LA 70130

John L. Vitsas
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Philip P. Vogt
Altier & Vogt, LLC
450 Seventh Avenue
36th Floor
New York, NY 10123

Armand J. Volta, Jr.
Law Offices of Peter G. Angelos
One Charles Center
100 North Charles Street
Baltimore, MD 21201

John E. Wade, Jr.
Brunini, Grantham, Grower & Hewes
P.O. Drawer 119
Jackson, MS 39205-0119

Michael L. Wade, Jr.
Adams & Reese/Lange Simpson, LLP
2100 Third Avenue North, Suite 1100
Brimingham, AL 35203-3200

James L. Walker
Jackson & Walker
112 East Pecan Street, Suite 2100
San Antonio, TX 78205-1521

Archibald Wallace, III
WallacePledger, LLC
The Capstone Center
7100 Forest Avenue, Suite 302
Richmond, VA 23226

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Kirk G. Warner
Smith, Anderson, Blount, et al.
P.O. Box 2611
Raleigh, NC 27602-2611

Walter G. Watkins, Jr.
Forman, Perry, Watkins, Krutz &
Tardy, LLC
P.O. Box 22608
Jackson, MS 39225-2608

William L. Watt
Brunini, Grantham, Grower & Hewes
P.O. Drawer 210
Pascagoula, MS 39568-0210

Alton L. Watts
Shell Buford, PLLC
P.O. Box 157
Jackson, MS 39205

Charles J. Watts
Smith, Shew, Scrivner, Corbin &
Watts
1001 NW 63rd Street, Suite 101
Oklahoma City, OK 73116

Michael N. Watts
Holcomb Dunbar
P.O. Box 707
Oxford, MS 38655

Gerald V. Weigle, Jr.
Dinsmore & Shohl
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202-5134

10/27/2004 15:52 WATERS+KRAUS → 12025022888 NO.139 D018
Oct 27 04 11:33a Kirksey & Assoc. (800) 354-2433 p.24
Case MDL No. 875 Document 4282 Filed 10/28/04 Page 15 of 15

INVOLVED COUNSEL LIST (CTO-237) MDL-875                                    PAGE 12 OF 12

Joe D. Wells
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018-8008

Kenneth L. Weltz
Lathrop & Gage, L.C.
10851 Mastin Blvd.
Building 82, Suite 1000
Overland Park, KS 66210-1669

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Paul A. Weykamp
Law Offices of Paul A. Weykamp
110 St. Paul Street
Suite 300
Baltimore, MD 21202

Ben T. White, II
Schiller, Osbourn & Barnes
401 W. Main Street
1600 One Riverfront Plaza
Louisville, KY 40202

Emilie Fischer Whitehead
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Michael E. Whitehead
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Stephen C. Whiting
Whiting Law Firm, P.A.
75 Pearl Street, Suite 207
Portland, ME 04101

Edward J. Wilbraham
Wilbraham, Lawler & Buba
140 Broadway
New York, NY 10005

William Paul Wilkins
Koederitz & Wilkins
8702 Jefferson Highway, Suite A
Baton Rouge, LA 70809

Robert W. Wilkinson
Dogan & Wilkinson, PLLC
734 Del Mas Avenue
P.O. Box 1618
Pascagoula, MS 39568-1618

Che Dawn Williamson
Shrader & Williamson
16903 Red Oak Dr., Suite 220
Houston, TX 77090

Stephen B. Williamson
Van Winkle, Buck, Wall, Starnes &
Davis, P.A.
11 N. Market Street
Ashville, NC 28801

Terrell S. Williamson
Phelps Dunbar
P.O. Box 23066
Jackson, MS 39225-3066

Douglas P. Wilson
Wilson Law Offices
200 Firstar Bank Building
6405 North Cosby Avenue
Kansas City, MO 64151

Gordon P. Wilson
Lugenbuhl, Wheaton, et al.
601 Poydras Street
Suite 2775
New Orleans, LA 70130

John D. Wilson, Jr.
Wilson, Smith, Cochran & Dickerson
1215 4th Avenue
Suite 1700
Seattle, WA 98161

Kristopher T. Wilson
Lugenbuhl, Wheaton, et al.
602 Poydras Street
Suite 2775
New Orleans, LA 70130

Michael C. Wilson
Wilson & Pruitt
850 Diederich Boulevard
Russell, KY 41169

Thomas R. Wolf
Reminger & Reminger
1400 Midland Bldg.
101 Prospect Avenue, W
Cleveland, OH 44115-1093

Dawn M. Wright
Thompson & Knight
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201

Steven F. Wright
Wright & Associates
615 Congress Street, Suite 201
P.O. Box 4077
Portland, ME 04101

Richard F. Yarborough, Jr.
Smith, Reeves & Yarborough, PLLC
6360 I-55 North, Suite 330
Jackson, MS 39211

Donni Elizabeth Young
Motley Rice, LLC
9701 Lake Forest Blvd., Suite 101
New Orleans, LA 70127

Kevin M. Young
Brzytwa, Quick & Mccrystal
900 Skylight Office Tower
1660 West Second Street
Cleveland, OH 44113-1411

Scott P. Yount
Preston & Cowan, LLP
909 Poydras Street, Suite 2400
New Orleans, LA 70112

Shane C. Youtz
Youtz & Valdez, PC
420 Central Avenue, SW
#210
Albuquerque, NM 87102