

## 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

### UNITED STATES OF AMERICA
### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

OCT 29 2004

FILED
CLERK'S OFFICE

RE: MDL-875 ---In Re Asbestos Products Liability Litigation (No. VI)

Docket No.: 875

### OBJECTIONS TO CONDITIONAL
### TRANSFER ORDER 237 CASES LISTED BELOW

| | | | | |
|---|---|---|---|---|
| Vincent | Garrett | v. | A.P. Green, et al. | CV: VAE 2 04-8147 |
| Vernon | Rice | v. | A.P. Green, et al. | CV: VAE 2 04-8148 |
| Raleigh | Harsley | v. | A.P. Green, et al. | CV: VAE 2 04-8149 |
| John | Powell | v. | A.P. Green, et al. | CV: VAE 2 04-8150 |
| Zell | Walker | v. | A.P. Green, et al. | CV: VAE 2 04-8151 |
| Willie | Cuffee | v. | A.P. Green, et al. | CV: VAE 2 04-8152 |
| William | Watson | v. | A.P. Green, et al. | CV: VAE 2 04-8153 |
| Robert | Wells | v. | A.P. Green, et al. | CV: VAE 2 04-8154 |
| Wayne | Phillips | v. | A.P. Green, et al. | CV: VAE 2 04-8155 |
| Warner | Saunders | v. | A.P. Green, et al. | CV: VAE 2 04-8156 |
| Solomon | Palmer | v. | A.P. Green, et al. | CV: VAE 2 04-8158 |
| Roger | Creter | v. | A.P. Green, et al. | CV: VAE 2 04-8159 |
| William | Shine | v. | A.P. Green, et al. | CV: VAE 2 04-8160 |
| Rayford | Wilburn | v. | A.P. Green, et al. | CV: VAE 2 04-8161 |
| Ralph | Riddick | v. | A.P. Green, et al. | CV: VAE 2 04-8162 |
| Milton | Waddler | v. | A.P. Green, et al. | CV: VAE 2 04-8163 |
| Matthew | Garner | v. | A.P. Green, et al. | CV: VAE 2 04-8164 |
| Marion | West | v. | A.P. Green, et al. | CV: VAE 2 04-8165 |
| Junious | Epps | v. | A.P. Green, et al. | CV: VAE 2 04-8166 |
| Joseph | Taylor | v. | A.P. Green, et al. | CV: VAE 2 04-8167 |
| James | Greene | v. | A.P. Green, et al. | CV: VAE 2 04-8168 |
| George | Greenfield | v. | A.P. Green, et al. | CV: VAE 2 04-8169 |
| Ellis | Jackson | v. | A.P. Green, et al. | CV: VAE 2 04-8170 |
| Dennis | Hylton | v. | A.P. Green, et al. | CV: VAE 2 04-8171 |
| Dalton | Carraway | v. | A.P. Green, et al. | CV: VAE 2 04-8172 |
| Alfred | White | v. | A.P. Green, et al. | CV: VAE 2 04-8173 |
| Albert | Schatzhuber | v. | A.P. Green, et al. | CV: VAE 2 04-8174 |
| Thomas | Sturgis | v. | A.P. Green, et al. | CV: VAE 2 40-8157 |
| John | Compton | v. | AC&S, Inc., et al. | CV: VAE 4 04-~~2638~~ 2738 |
| Joel | Weisiger | v. | AC&S, Inc., et al. | CV: VAE 4 04-~~2639~~ 2739 |
| Ernest | Buchanan | v. | AC&S, Inc., et al. | CV: VAE 4 04-2644 |
| Patrick | Bryant | v. | AC&S, Inc., et al. | CV: VAE 4 04-2645 |
| Freddie | Brown | v. | AC&S, Inc., et al. | CV: VAE 4 04-2646 |
| Willie | Brooks | v. | AC&S, Inc., et al. | CV: VAE 4 04-2647 |
| Roland | Brooks | v. | AC&S, Inc., et al. | CV: VAE 4 04-2648 |
| Sidney | Brockwell | v. | AC&S, Inc., et al. | CV: VAE 4 04-2649 |
| Stanley | Brisendine | v. | AC&S, Inc., et al. | CV: VAE 4 04-2650 |
| Maryland | Branch | v. | AC&S, Inc., et al. | CV: VAE 4 04-2651 |

PLEADING NO. 4284

RECEIVED
CLERK'S OFFICE
2004 OCT 27 P 1:09
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**OFFICIAL FILE COPY** IMAGED OCT 29 '04

| | | | | |
|---|---|---|---|---|
| Leon | Callis | v. | AC&S, Inc., et al. | CV: VAE 4 04-2652 |
| William | Butler | v. | AC&S, Inc., et al. | CV: VAE 4 04-2653 |
| James | Butler | v. | AC&S, Inc., et al. | CV: VAE 4 04-2654 |
| William | Bradshaw | v. | AC&S, Inc., et al. | CV: VAE 4 04-2655 |
| Jesse | Black | v. | AC&S, Inc., et al. | CV: VAE 4 04-2656 |
| Robert | Birch | v. | AC&S, Inc., et al. | CV: VAE 4 04-2657 |
| Albert | Benson | v. | AC&S, Inc., et al. | CV: VAE 4 04-2658 |
| James | Artis | v. | AC&S, Inc., et al. | CV: VAE 4 04-2659 |
| Robert | Armstrong | v. | AC&S, Inc., et al. | CV: VAE 4 04-2660 |
| Larry | Armstrong | v. | AC&S, Inc., et al. | CV: VAE 4 04-2661 |
| George | Anderson | v. | AC&S, Inc., et al. | CV: VAE 4 04-2662 |
| Claude | Allen | v. | AC&S, Inc., et al. | CV: VAE 4 04-2663 |
| William | Bailey | v. | AC&S, Inc., et al. | CV: VAE 4 04-2664 |
| Joe | Chadwell | v. | AC&S, Inc., et al. | CV: VAE 4 04-2665 |
| Johnnie | Burchett | v. | AC&S, Inc., et al. | CV: VAE 4 04-2666 |
| Elton | Wyatt | v. | AC&S, Inc., et al. | CV: VAE 4 04-2667 |
| John | Briggs | v. | AC&S, Inc., et al. | CV: VAE 4 04-2668 |
| Kenneth | Carpenter | v. | AC&S, Inc., et al. | CV: VAE 4 04-2669 |
| Walter | Harnly | v. | AC&S, Inc., et al. | CV: VAE 4 04-2670 |
| Carl | Harman | v. | AC&S, Inc., et al. | CV: VAE 4 04-2671 |
| Jesse | Council | v. | AC&S, Inc., et al. | CV: VAE 4 04-2672 |
| Antonio | Cuerpo | v. | AC&S, Inc., et al. | CV: VAE 4 04-2673 |
| Allen | Custis | v. | AC&S, Inc., et al. | CV: VAE 4 04-2674 |
| Thurman | Dale | v. | AC&S, Inc., et al. | CV: VAE 4 04-2675 |
| William | Darden | v. | AC&S, Inc., et al. | CV: VAE 4 04-2676 |
| Maynard | Daulton | v. | AC&S, Inc., et al. | CV: VAE 4 04-2677 |
| James | Dennard | v. | AC&S, Inc., et al. | CV: VAE 4 04-2678 |
| James | Denton | v. | AC&S, Inc., et al. | CV: VAE 4 04-2679 |
| Ralph | Croyle | v. | AC&S, Inc., et al. | CV: VAE 4 04-2680 |
| Roger | Crittenden | v. | AC&S, Inc., et al. | CV: VAE 4 04-2681 |
| Peter | Corprew | v. | AC&S, Inc., et al. | CV: VAE 4 04-2682 |
| Tyrone | Copeland | v. | AC&S, Inc., et al. | CV: VAE 4 04-2683 |
| Robert | Cook | v. | AC&S, Inc., et al. | CV: VAE 4 04-2684 |
| John | Collins | v. | AC&S, Inc., et al. | CV: VAE 4 04-2685 |
| Royce | Coles | v. | AC&S, Inc., et al. | CV: VAE 4 04-2686 |
| Jimmie | Clark | v. | AC&S, Inc., et al. | CV: VAE 4 04-2687 |
| Donald | Carter | v. | AC&S, Inc., et al. | CV: VAE 4 04-2688 |
| James | Carter | v. | AC&S, Inc., et al. | CV: VAE 4 04-2689 |
| Ronald | Diggs | v. | AC&S, Inc., et al. | CV: VAE 4 04-2690 |
| Colin | Kelly | v. | AC&S, Inc., et al. | CV: VAE 4 04-2691 |
| Gordon | Brice | v. | AC&S, Inc., et al. | CV: VAE 4 04-2692 |
| Ronald | Solomon | v. | AC&S, Inc., et al. | CV: VAE 4 04-2693 |
| Clinton | Capehart | v. | AC&S, Inc., et al. | CV: VAE 4 04-2694 |
| Alvin | Eubank | v. | AC&S, Inc., et al. | CV: VAE 4 04-2695 |
| William | Ellis | v. | AC&S, Inc., et al. | CV: VAE 4 04-2696 |
| Willie | Ducre | v. | AC&S, Inc., et al. | CV: VAE 4 04-2697 |
| Cecil | Dodd | v. | AC&S, Inc., et al. | CV: VAE 4 04-2698 |
| Nicholas | Dimarino | v. | AC&S, Inc., et al. | CV: VAE 4 04-2699 |
| Ellis | Alford | v. | AC&S, Inc., et al. | CV: VAE 4 04-2700 |

| | | | | |
|---|---|---|---|---|
| Melvin | Alexander | v. | AC&S, Inc., et al. | CV: VAE 4 04-2701 |
| Danny | Adcock | v. | AC&S, Inc., et al. | CV: VAE 4 04-2702 |
| James | Adams | v. | AC&S, Inc., et al. | CV: VAE 4 04-2703 |
| George | Adams | v. | AC&S, Inc., et al. | CV: VAE 4 04-2704 |
| Richard | Adams | v. | AC&S, Inc., et al. | CV: VAE 4 04-2705 |
| Fred | Bennett | v. | AC&S, Inc., et al. | CV: VAE 4 04-2706 |
| Harold | Beddingfield | v. | AC&S, Inc., et al. | CV: VAE 4 04-2707 |
| Delmar | Bateman | v. | AC&S, Inc., et al. | CV: VAE 4 04-2708 |
| William | Barrett | v. | AC&S, Inc., et al. | CV: VAE 4 04-2709 |
| James | Baker | v. | AC&S, Inc., et al. | CV: VAE 4 04-2710 |
| Douglas | Woolard | v. | AC&S, Inc., et al. | CV: VAE 4 04-2711 |
| William | Musick | v. | AC&S, Inc., et al. | CV: VAE 4 04-2712 |
| Harry | Pruitt | v. | AC&S, Inc., et al. | CV: VAE 4 04-~~2713~~ 2813 |
| Allen | Mitchell | v. | AC&S, Inc., et al. | CV: VAE 4 04-2713 |
| Paul | Pruitt | v. | AC&S, Inc., et al. | CV: VAE 4 04-~~2714~~ 2814 |
| Charles | McDonald | v. | AC&S, Inc., et al. | CV: VAE 4 04-2714 |
| George | Maples | v. | AC&S, Inc., et al. | CV: VAE 4 04-2715 |
| Aubrey | Green | v. | AC&S, Inc., et al. | CV: VAE 4 04-2716 |
| Bennie | Freeman | v. | AC&S, Inc., et al. | CV: VAE 4 04-2717 |
| Herbert | Duke | v. | AC&S, Inc., et al. | CV: VAE 4 04-2718 |
| William | Dale | v. | AC&S, Inc., et al. | CV: VAE 4 04-2719 |
| James | Titus | v. | AC&S, Inc., et al. | CV: VAE 4 04-2720 |
| John | Tucker | v. | AC&S, Inc., et al. | CV: VAE 4 04-2721 |
| William | West | v. | AC&S, Inc., et al. | CV: VAE 4 04-2722 |
| William | Weston | v. | AC&S, Inc., et al. | CV: VAE 4 04-2723 |
| James | Wheatley | v. | AC&S, Inc., et al. | CV: VAE 4 04-2724 |
| William | Whitaker | v. | AC&S, Inc., et al. | CV: VAE 4 04-2725 |
| Van Buren | Williams | v. | AC&S, Inc., et al. | CV: VAE 4 04-2726 |
| Clifford | Tyree | v. | AC&S, Inc., et al. | CV: VAE 4 04-2727 |
| Helen | Tyler | v. | AC&S, Inc., et al. | CV: VAE 4 04-2728 |
| Francis | Turner | v. | AC&S, Inc., et al. | CV: VAE 4 04-2729 |
| Apolinarlo | Cuerpo | v. | AC&S, Inc., et al. | CV: VAE 4 04-2730 |
| Theodore | Anderson | v. | AC&S, Inc., et al. | CV: VAE 4 04-2731 |
| Donald | Spikes | v. | AC&S, Inc., et al. | CV: VAE 4 04-2732 |
| Lester | Smith | v. | AC&S, Inc., et al. | CV: VAE 4 04-2733 |
| James | Smith | v. | AC&S, Inc., et al. | CV: VAE 4 04-2734 |
| Charlie | Sheely | v. | AC&S, Inc., et al. | CV: VAE 4 04-2735 |
| Edison | Spruill | v. | AC&S, Inc., et al. | CV: VAE 4 04-2736 |
| Ronald | Stafford | v. | AC&S, Inc., et al. | CV: VAE 4 04-2737 |
| William | West | v. | AC&S, Inc., et al. | CV: VAE 4 04-2740 |
| John | Robinson | v. | AC&S, Inc., et al. | CV: VAE 4 04-2741 |
| Isaac | Robertson | v. | AC&S, Inc., et al. | CV: VAE 4 04-2742 |
| Larry | Robertson | v. | AC&S, Inc., et al. | CV: VAE 4 04-2743 |
| Marvin | Roberts | v. | AC&S, Inc., et al. | CV: VAE 4 04-2744 |
| Charles | Zehmer | v. | AC&S, Inc., et al. | CV: VAE 4 04-2745 |
| Herbert | Wuska | v. | AC&S, Inc., et al. | CV: VAE 4 04-2746 |
| Mack | Wright | v. | AC&S, Inc., et al. | CV: VAE 4 04-2747 |
| Emmerson | Woolard | v. | AC&S, Inc., et al. | CV: VAE 4 04-2748 |
| Thomas | Walker | v. | AC&S, Inc., et al. | CV: VAE 4 04-2749 |

| | | | |
|---|---|---|---|
| Bobby | Vaughan | v. AC&S, Inc., et al. | CV: VAE 4 04-2750 |
| Scotty | Williamson | v. AC&S, Inc., et al. | CV: VAE 4 04-2751 |
| Frankie | Varn | v. AC&S, Inc., et al. | CV: VAE 4 04-2752 |
| Ralph | Webb | v. AC&S, Inc., et al. | CV: VAE 4 04-2753 |
| Nelson | Watkins | v. AC&S, Inc., et al. | CV: VAE 4 04-2754 |
| George | Ward | v. AC&S, Inc., et al. | CV: VAE 4 04-2755 |
| Kenneth | Walters | v. AC&S, Inc., et al. | CV: VAE 4 04-2756 |
| Aubrey | Walters | v. AC&S, Inc., et al. | CV: VAE 4 04-2757 |
| Samuel | White | v. AC&S, Inc., et al. | CV: VAE 4 04-2758 |
| Walter | Washington | v. AC&S, Inc., et al. | CV: VAE 4 04-2759 |
| Haywood | Thomas | v. AC&S, Inc., et al. | CV: VAE 4 04-2760 |
| Charles | Smith | v. AC&S, Inc., et al. | CV: VAE 4 04-2761 |
| William | Shaw | v. AC&S, Inc., et al. | CV: VAE 4 04-2762 |
| Linwood | Sedgwick | v. AC&S, Inc., et al. | CV: VAE 4 04-2763 |
| Robert | Roberson | v. AC&S, Inc., et al. | CV: VAE 4 04-2764 |
| James | Perry | v. AC&S, Inc., et al. | CV: VAE 4 04-2765 |
| Lawrence | Parham | v. AC&S, Inc., et al. | CV: VAE 4 04-2766 |
| Robert | Alfred | v. AC&S, Inc., et al. | CV: VAE 4 04-2768 |
| Charles | Baynard | v. AC&S, Inc., et al. | CV: VAE 4 04-2769 |
| Claude | Perry | v. AC&S, Inc., et al. | CV: VAE 4 04-2770 |
| Earlston | Teal | v. AC&S, Inc., et al. | CV: VAE 4 04-2771 |
| Henry | Robertson | v. AC&S, Inc., et al. | CV: VAE 4 04-2772 |
| Wilbert | Tynes | v. AC&S, Inc., et al. | CV: VAE 4 04-2773 |
| Robert | Boothe | v. AC&S, Inc., et al. | CV: VAE 4 04-2774 |
| Charles | Andrews | v. AC&S, Inc., et al. | CV: VAE 4 04-2775 |
| Emery | Sweeney | v. AC&S, Inc., et al. | CV: VAE 4 04-2776 |
| James | Diggs | v. AC&S, Inc., et al. | CV: VAE 4 04-2777 |
| Dexter | Cutler | v. AC&S, Inc., et al. | CV: VAE 4 04-2778 |
| Leander | Covington | v. AC&S, Inc., et al. | CV: VAE 4 04-2779 |
| James | Thompson | v. AC&S, Inc., et al. | CV: VAE 4 04-2780 |
| Ronald | Williams | v. AC&S, Inc., et al. | CV: VAE 4 04-2781 |
| Richard | Williams | v. AC&S, Inc., et al. | CV: VAE 4 04-2782 |
| Robert | Whiteman | v. AC&S, Inc., et al. | CV: VAE 4 04-2783 |
| Neal | White | v. AC&S, Inc., et al. | CV: VAE 4 04-2784 |
| Herman | Sykes | v. AC&S, Inc., et al. | CV: VAE 4 04-~~2784~~ 2804 |
| Walter | White | v. AC&S, Inc., et al. | CV: VAE 4 04-2785 |
| Thomas | Salmon | v. AC&S, Inc., et al. | CV: VAE 4 04-2786 |
| Johnnie | Russ | v. AC&S, Inc., et al. | CV: VAE 4 04-2787 |
| Russell | Rozzell | v. AC&S, Inc., et al. | CV: VAE 4 04-2788 |
| John | Rourke | v. AC&S, Inc., et al. | CV: VAE 4 04-2789 |
| Thomas | Sullivan | v. AC&S, Inc., et al. | CV: VAE 4 04-2790 |
| Michael | Sullivan | v. AC&S, Inc., et al. | CV: VAE 4 04-2791 |
| Robert | Stateman | v. AC&S, Inc., et al. | CV: VAE 4 04-2792 |
| Richard | Stalls | v. AC&S, Inc., et al. | CV: VAE 4 04-2793 |
| Walter | Stalling | v. AC&S, Inc., et al. | CV: VAE 4 04-2794 |
| I. Anthony | Sansone | v. AC&S, Inc., et al. | CV: VAE 4 04-2795 |
| Leon | Vreeland | v. AC&S, Inc., et al. | CV: VAE 4 04-2796 |
| Gary | Shulenburg | v. AC&S, Inc., et al. | CV: VAE 4 04-2797 |
| Robert | Carrier | v. AC&S, Inc., et al. | CV: VAE 4 04-2798 |

| | | | | |
|---|---|---|---|---|
| Alfred | Robbins | v. | AC&S, Inc., et al. | CV: VAE 4 04-2799 |
| Hampton | Snidow | v. | AC&S, Inc., et al. | CV: VAE 4 04-2800 |
| Cleveland | Taylor | v. | AC&S, Inc., et al. | CV: VAE 4 04-2801 |
| Wayne | Taylor | v. | AC&S, Inc., et al. | CV: VAE 4 04-2802 |
| Meredith | Taylor | v. | AC&S, Inc., et al. | CV: VAE 4 04-2803 |
| William | Ligon | v. | AC&S, Inc., et al. | CV: VAE 4 04-2805 |
| Robert | Riggs | v. | AC&S, Inc., et al. | CV: VAE 4 04-2806 |
| William | Riddick | v. | AC&S, Inc., et al. | CV: VAE 4 04-2807 |
| Graham | Renfrow | v. | AC&S, Inc., et al. | CV: VAE 4 04-2808 |
| Rudolph | Reid | v. | AC&S, Inc., et al. | CV: VAE 4 04-2809 |
| Ernest | Reid | v. | AC&S, Inc., et al. | CV: VAE 4 04-2810 |
| Louis | Reed | v. | AC&S, Inc., et al. | CV: VAE 4 04-2811 |
| Thomas | Quillian | v. | AC&S, Inc., et al. | CV: VAE 4 04-2812 |
| James | Prevatte | v. | AC&S, Inc., et al. | CV: VAE 4 04-2815 |
| Shelton | Porter | v. | AC&S, Inc., et al. | CV: VAE 4 04-2816 |
| Clyde | Pitts | v. | AC&S, Inc., et al. | CV: VAE 4 04-2817 |
| Wendell | Phillips | v. | AC&S, Inc., et al. | CV: VAE 4 04-2818 |
| Eugene | Peters | v. | AC&S, Inc., et al. | CV: VAE 4 04-2819 |
| Daniel | Perryman | v. | AC&S, Inc., et al. | CV: VAE 4 04-2820 |
| Whit | Parks | v. | AC&S, Inc., et al. | CV: VAE 4 04-2821 |
| Harold | Page | v. | AC&S, Inc., et al. | CV: VAE 4 04-2822 |
| Gary | Owens | v. | AC&S, Inc., et al. | CV: VAE 4 04-2823 |
| Paul | Newby | v. | AC&S, Inc., et al. | CV: VAE 4 04-2824 |
| Paulette | Nash | v. | AC&S, Inc., et al. | CV: VAE 4 04-2825 |
| Donald | Mongold | v. | AC&S, Inc., et al. | CV: VAE 4 04-2826 |
| Glenn | Miller | v. | AC&S, Inc., et al. | CV: VAE 4 04-2827 |
| Zemery | Messer | v. | AC&S, Inc., et al. | CV: VAE 4 04-2828 |
| Linwood | McCoy | v. | AC&S, Inc., et al. | CV: VAE 4 04-2829 |
| James | Masters | v. | AC&S, Inc., et al. | CV: VAE 4 04-2830 |
| Billy | Massengill | v. | AC&S, Inc., et al. | CV: VAE 4 04-2831 |
| Charles | Marshall | v. | AC&S, Inc., et al. | CV: VAE 4 04-2832 |
| Terry | Maratellos | v. | AC&S, Inc., et al. | CV: VAE 4 04-2833 |
| James | Lupton | v. | AC&S, Inc., et al. | CV: VAE 4 04-2834 |
| Phillip | Lewis | v. | AC&S, Inc., et al. | CV: VAE 4 04-2836 |
| Louis | Leskovar | v. | AC&S, Inc., et al. | CV: VAE 4 04-2837 |
| Jessie | Leonard | v. | AC&S, Inc., et al. | CV: VAE 4 04-2838 |
| David | LeDoyen | v. | AC&S, Inc., et al. | CV: VAE 4 04-2839 |
| Lewis | Lawrence | v. | AC&S, Inc., et al. | CV: VAE 4 04-2840 |
| Gordon | Lamkin | v. | AC&S, Inc., et al. | CV: VAE 4 04-2841 |
| David | Krauter | v. | AC&S, Inc., et al. | CV: VAE 4 04-2842 |
| Jerry | Nance | v. | AC&S, Inc., et al. | CV: VAE 4 04-2843 |
| Lawrence | Keithley | v. | AC&S, Inc., et al. | CV: VAE 4 04-2844 |
| John | Jory | v. | AC&S, Inc., et al. | CV: VAE 4 04-2845 |
| Charles | Goens | v. | AC&S, Inc., et al. | CV: VAE 4 04-2846 |
| Lawrence | Gibson | v. | AC&S, Inc., et al. | CV: VAE 4 04-2847 |
| Vernon | Gayle | v. | AC&S, Inc., et al. | CV: VAE 4 04-2848 |
| Leroy | Garrison | v. | AC&S, Inc., et al. | CV: VAE 4 04-2849 |
| Edward | Garrett | v. | AC&S, Inc., et al. | CV: VAE 4 04-2850 |
| Marion | Garnett | v. | AC&S, Inc., et al. | CV: VAE 4 04-2851 |

| | | | | |
|---|---|---|---|---|
| Francis | Foster | v. | AC&S, Inc., et al. | CV: VAE 4 04-2852 |
| Tyrone | Fontanilla | v. | AC&S, Inc., et al. | CV: VAE 4 04-2853 |
| Charles | Foley | v. | AC&S, Inc., et al. | CV: VAE 4 04-2854 |
| Robert | Fishel | v. | AC&S, Inc., et al. | CV: VAE 4 04-2855 |
| William | Morris | v. | AC&S, Inc., et al. | CV: VAE 4 04-2856 |
| Edgar | Morgan | v. | AC&S, Inc., et al. | CV: VAE 4 04-2857 |
| William | Moore | v. | AC&S, Inc., et al. | CV: VAE 4 04-2858 |
| Oscar | Jones | v. | AC&S, Inc., et al. | CV: VAE 4 04-2859 |
| David | Johnson | v. | AC&S, Inc., et al. | CV: VAE 4 04-2860 |
| Fuller | Johnson | v. | AC&S, Inc., et al. | CV: VAE 4 04-2861 |
| Charles | Hill | v. | AC&S, Inc., et al. | CV: VAE 4 04-2862 |
| Ronald | Harrison | v. | AC&S, Inc., et al. | CV: VAE 4 04-2863 |
| John | Harris | v. | AC&S, Inc., et al. | CV: VAE 4 04-2864 |
| Anthony | Hannah | v. | AC&S, Inc., et al. | CV: VAE 4 04-2865 |
| Donald | Long | v. | AC&S, Inc., et al. | CV: VAE 4 04-~~2865~~ 2835 |
| Charles | Jarrett | v. | AC&S, Inc., et al. | CV: VAE 4 04-2866 |
| Mary | Jones | v. | AC&S, Inc., et al. | CV: VAE 4 04-2868 |
| Barry | Jones | v. | AC&S, Inc., et al. | CV: VAE 4 04-2869 |
| Ronald | Hunt | v. | AC&S, Inc., et al. | CV: VAE 4 04-2870 |
| William | Johnson | v. | AC&S, Inc., et al. | CV: VAE 4 04-2871 |
| Milton | Hunt | v. | AC&S, Inc., et al. | CV: VAE 4 04-2872 |
| William | Hudgins | v. | AC&S, Inc., et al. | CV: VAE 4 04-2873 |
| Jesse | Howell | v. | AC&S, Inc., et al. | CV: VAE 4 04-2874 |
| Baker | Hollowell | v. | AC&S, Inc., et al. | CV: VAE 4 04-2875 |
| James | Holloway | v. | AC&S, Inc., et al. | CV: VAE 4 04-2876 |
| Earl | Holland | v. | AC&S, Inc., et al. | CV: VAE 4 04-2877 |
| Leo | Hogge | v. | AC&S, Inc., et al. | CV: VAE 4 04-2878 |
| Roger | Hobbs | v. | AC&S, Inc., et al. | CV: VAE 4 04-2879 |
| Harold | Hinkle | v. | AC&S, Inc., et al. | CV: VAE 4 04-2880 |
| Thomas | Hill | v. | AC&S, Inc., et al. | CV: VAE 4 04-2881 |
| Larry | Griffith | v. | AC&S, Inc., et al. | CV: VAE 4 04-2882 |
| David | Griffin | v. | AC&S, Inc., et al. | CV: VAE 4 04-2883 |
| Preston | Gray | v. | AC&S, Inc., et al. | CV: VAE 4 04-2884 |
| Kenneth | Goodman | v. | AC&S, Inc., et al. | CV: VAE 4 04-2885 |
| Jack | Ferguson | v. | AC&S, Inc., et al. | CV: VAE 4 04-2886 |
| Maurice | Ferebee | v. | AC&S, Inc., et al. | CV: VAE 4 04-2887 |
| William | Evans | v. | AC&S, Inc., et al. | CV: VAE 4 04-2888 |
| Dallas | Neville | v. | AC&S, Inc., et al. | CV: VAE 4 04-2767 |
| William | Hunter | v. | AC&S, Inc., et al. | CV: VAE 4 04-2867 |
| duplicate — William | Moore | v. | A.P. Green, et al. | |

**RE: MDL-875 --In Re Asbestos Products Liability Litigation (No. VI)**

**Docket No.: 875**

**OBJECTIONS TO CONDITIONAL TRANSFER ORDER 237**

The plaintiffs in the above-captioned causes of action object to Conditional Transfer Order No. 237 which would transfer the plaintiffs' cases to the MDL-875 asbestos litigation.

The plaintiffs oppose this conditional transfer on the grounds that they have filed Motions to Remand in the United States District Court for the Eastern District of Virginia seeking remand of their cases to the Circuit Court for Newport News and to the Circuit Court for Portsmouth, as the case may be. To date, the plaintiffs' Motions have not been ruled on. The plaintiffs respectfully request that these cases not be conditionally transferred to MDL-875 pending the decision of the United States District Court for the Eastern District of Virginia.

Respectfully submitted,

_____
Paul A. Weykamp
Law Offices of Paul A. Weykamp
110 Saint Paul Street, Suite 201
Baltimore, MD  21202
Tel: 410-539-2214
Counsel for Plaintiffs
Va. Bar No. 43688

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 29 2004

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiffs' Objections to CTO 273 was mailed postage pre-paid, first class mail the 27th day of October, 2004 to the attorneys for defendants listed below.

## LIST OF SERVICE

Mr. Jeffrey Poretz
Miles & Stockbridge
1751 Pinnacle Drive, Suite 500
McLean, VA 22102
Counsel for Georgia-Pacific Corp.
Tel: 703-903-9000   Fax: 703-610-8686


Mr. Henry N. Ware, Jr.
SPOTTS, FAIN, CHAPPELL & ANDERSON
411 E. Franklin Street, Suite 601
Richmond, VA 23219
Counsel for Viacom, Inc., f/k/a CBS Corp.
Tel: 804-788-1190   Fax: 804-788-0570


Respectfully Submitted,

Paul A. Weykamp
Law Offices of Paul A. Weykamp
110 Saint Paul Street, Suite 201
Baltimore, MD 21202
Counsel for Plaintiffs

2004 OCT 27 P 1:09
RECEIVED
CLERK'S OFFICE