**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION  NOV - 1 2004

MDL Docket No. 875 -- In re Asbestos Products Liability Litigation (No. VI)

FILED
CLERK'S OFFICE

## NOTICE OF OPPOSITION

To:  Michael J. Beck
     Clerk of the Panel
     Judicial Panel on Multidistrict Litigation
     One Columbus Circle, N.E.
     Thurgood Marshall Federal Judiciary Building
     Room G-255, North Lobby
     Washington, D.C. 20002

Please take notice, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, that Gail and Elizabeth Boston, Plaintiffs in *Gail Boston, et al., v. Eastern Refractories Co., Inc., et al.*, No. 04-122 (D.Me.), oppose the transfer of that action to the Eastern District of Pennsylvania as contemplated by the Panel's October 14, 2004 Conditional Transfer Order and Schedule CTO-237, attached thereto.

Dated: October 29, 2004

PLEADING NO. 4285

_____
James J. Bedortha
David B. Rodes
Jason T. Shipp

GOLDBERG, PERSKY, & WHITE, P.C.
1030 Fifth Avenue, Third Floor
Pittsburgh, PA 15219
(412) 471-3980

Terrance Duddy
KELLY, REMMEL & ZIMMERMAN
53 Exchange Street
P.O. Box 597
Portland, Maine 04112
(207) 775-1020

Counsel for Plaintiff

2004 OCT 29 A 11:33
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**

IMAGED NOV 1 '04

J

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2004

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

    I, Jason T. Shipp, attorney for Plaintiffs Gail Boston and Elizabeth Boston, his wife, have filed the Notice of Opposition and have served upon the Defendants, through their attorneys, a copy of the said filing by first-class, United States mail to:

George F. Burns, Esquire
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Jeffrey T. Edwards, Esquire
Preti Flaherty Beliveau Pachios & Haley
One City Center
P.O. Box 9546
Portland, ME 04112-9546

Jeffrey W. Peters, Esquire
Preti Flaherty Beliveau Pachios & Haley
One City Center
P.O. Box 9546
Portland, ME 04112-9546

Theodore H. Kirchner, Esquire
Norman, Hanson & DeTroy, LLC
415 Congress Street
P.O. Box 4600
Portland, ME 04112-4600

Michael E. Saucier, Esquire
Thompson Thompson & Bowie, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112

Michelle Allott, Esquire
Friedman Gaythwaite Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2004 OCT 29 A 11:33
RECEIVED CLERK'S OFFICE

John H. Rich, III, Esquire
Perkins, Thompson, Hinckley & Keddy, PA
One Canal Plaza
P.O. Box 426
Portland, ME  04112-0426

Brita J. Forssberg, Esquire
Wright & Associates
The Congress Building, Suite 201
P.O. Box 4077
Portland, ME  04101

James G. Goggin, Esquire
Verrill & Dana
One Portland Square
Portland, ME  04112-0586

Jon A. Haddow, Esquire
Farrell, Rosenblatt & Russell
61 Main Street
P.O. Box 738
Bangor, ME  04402-0738

Mark G. Furey
Thompson Bull Furey Bass & MacColl
120 Exchange Street
P.O. Box 447
Portland, ME  04112-0447

Samuel K. Rudman, Esquire
Lambert Coffin
477 Congress Street
P.O. Box 15215
Portland, ME  04112-5215

Stephen C. Whiting
The Whiting Law Firm, P.A.
75 Pearl Street
Suite 207
Portland, ME  04101

Elizabeth G. Stouder, Esquire
Richardson, Whitman Large & Badger
465 Congress Street
P.O. Box 9545
Portland, ME  04112-9545

Martica S. Douglas, Esquire
Douglas Denham Buccina & Ernst
103 Exchange Street
P.O. Box 7108
Portland, ME 04112-7108

George F. Burns, Esquire
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Dated: October 29, 2004

_____
Attorney for the Plaintiffs