MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2004

FILED
CLERK'S OFFICE

KRISTIN HOUSER, WSBA #7286
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, Washington 98104
Telephone: (260) 622-8000
Facsimile: (206) 682-2305

2004 OCT 29 A 6: 53
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

RECEIVED
CLERK'S OFFICE

PLEADING NO. 4286

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL DOCKET NO. 875**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

THIS DOCUMENT RELATES TO:

McEdwards et al. v. Foster Wheeler Energy Corporation, et al.
United States District Court
Western District of Washington
Cause No. No. CV04-1601JCC

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER**

PLEASE TAKE NOTICE that pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 181 F.R.D.1, 10 (1998), plaintiffs Kenneth McEdwards and Terry McEdwards, by and through their counsel of record herein, hereby oppose the conditional transfer order (CTO-237).

Plaintiffs filed suit against seven defendants in the King County Superior Court in the State of Washington on June 21, 2004. On July 20, 2004, one of the defendants filed a Notice of Removal which removed this case to Federal Court; no other defendants joined in this Notice of Removal. The defendant who petitioned for removal has agreed to a remand of this case to the United States District Court, Western District of Washington at Seattle (Case No. C04-1601JCC). A Stipulated

NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER - 1
\\Sgb\s-s3\ASBESTOS\McEdwards 2014a1500\P\MDL\No Opp CTO.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

OFFICIAL FILE COPY   IMAGED NOV 1 '04

1  Motion and Proposed Order to Remand Case to District Court will be filed with the Motion and
2  Brief to Vacate the CTO by November 12, 2004, as by <u>Rule 7.4 (c)</u>.

    DATED this 28th day of October, 2004.

                                  SCHROETER, GOLDMARK & BENDER

                                  *Kust Hauser* (signature)
                                  KRISTIN HOUSER, WSBA #7286
                                  Counsel for Plaintiffs

NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER - 2
\\Sg\sys3\ASBESTOS\McEdwards 2014a1500\P\MDL\MDL Not Opp-102804.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 310 Third Avenue • Seattle, WA 98104
206) 622-8000

KRISTIN HOUSER, WSBA #7286
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, Washington 98104
Telephone: (260) 622-8000
Facsimile: (206) 682-2305

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2004

FILED
CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
2004 OCT 29 A 6: 54
RECEIVED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL DOCKET NO. 875

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

THIS DOCUMENT RELATES TO:

<u>McEdwards et al. v. Foster Wheeler Energy Corporation, et al.</u>
United States District Court
Western District of Washington
Cause No. No. CV04-1601JCC

PLAINTIFFS' MOTION TO VACATE
CONDITIONAL TRANSFER ORDER (CTO-237), DATED OCTOBER 14, 2004

COMES NOW plaintiffs Kenneth McEdwards and Terry McEdwards, husband and wife, by and through their attorney Kristin Houser, of Schroeter, Goldmark & Bender, and moves the Judicial Panel on Multidistrict Litigation for an order, pursuant to Rule of Procedure 12(d) and (f), vacating the Conditional Transfer Order (CTO-237), dated October 14, 2004. This Motion is based upon the Memorandum in Support of Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-237), dated dated October 14, 2004, filed herewith, and the records and documents on file in <u>McEdwards et al. v. Foster Wheeler Energy Corporation, et al.</u>, United States District Court, Western District of Washington, Cause No. No. CV04-1601JCC.

NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER - 1
N:\ASBESTOS\McEdwards 2014a1500\P\MDL\MDL Mx Opp-102804.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

1 DATED this 28th day of October, 2004.

SCHROETER, GOLDMARK & BENDER

*/s/ Kristin Houser/*

KRISTIN HOUSER, WSBA #7286
Counsel for Plaintiffs

NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER - 2
N:\ASBESTOS\McEdwards 2014a1500\P\MDL\MDL Mx Opp-102804.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

|   |   |
|---|---|
| 1 | KRISTIN HOUSER, WSBA #7286 |
|   | SCHROETER GOLDMARK & BENDER |
| 2 | 500 Central Building |
|   | 810 Third Avenue |
| 3 | Seattle, Washington 98104 |
|   | Telephone: (260) 622-8000 |
| 4 | Facsimile: (206) 682-2305 |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2004

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL DOCKET NO. 875**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

THIS DOCUMENT RELATES TO:

McEdwards et al. v. Foster Wheeler Energy Corporation, et al.
United States District Court
Western District of Washington
Cause No. No. CV04-1601JCC

DECLARATION OF SERVICE

2004 OCT 29 A 6: 54
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

Melissa R. Mather hereby declares as follows:

That on October 29, 2004, I had copies of the following documents:

- NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER;

- MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER CTO 237, DATED OCTOBER 14, 2004; and

- PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-237), DATED OCTOBER 14, 2004.

served upon attorneys of record for defendants by having said copies faxed, delivered or mailed, postage prepaid, as follows:

NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER - 1
\\Sgb\sy 3\ASBESTOS\McEdwards 2014a1500\P\MDL\MDL DecServ-102804.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

| | | |
|---|---|---|
| 1 | Kevin Baumgardner<br>CORR CRONIN LLP<br>1001 - 4th Avenue Suite 3700<br>Seattle, Washington 98154<br>(206) 625-8600; Fax (206) 625-0900 | Kenneth Petty<br>Christopher Marks<br>WILLIAMS, KASTNER & GIBBS<br>601 Union Street Suite 4100<br>Seattle, Washington 98111-3926<br>(206) 628-6600; Fax (206) 628-6611 |
| 6 | Timothy K. Thorson<br>Neil J. Philip<br>CARNEY, BADLEY, SMITH & SPELLMAN<br>700 Fifth Avenue, Suite 5800<br>Seattle, Washington 98104-5017<br>(206)622-8020; Fax (206) 622-8983 | Dirk Bernhardt<br>MURRAY, DUNHAM & MURRAY<br>2225 - 4th Avenue, Suite 200<br>Seattle, Washington 98121-2034<br>(206) 622-2655; Fax (206) 684-6924 |
| 10 | John D. Wilson<br>Richard Gawlowski<br>WILSON,SMITH,COCHRAN & DICKERSON<br>1215 Fourth Avenue, Suite 1700<br>Seattle, Washington 98161-1007<br>(206) 623-4100; Fax (206) 623-9273 | Randy Aliment<br>WILLIAMS, KASTNER & GIBBS<br>601 Union Street, Suite 4100<br>Seattle, Washington 98111-3926<br>(206) 628-6600; Fax (206) 628-6611 |
| 13 | Christine E. Dinsdale<br>Brian K. Keeley<br>SOHA & LANG, P.S.<br>701 Fifth Avenue, Suite 2400<br>Seattle, Washington 98104<br>(206) 624-1800; fax (206) 624-3585<br>email: dinsdale@sohalang.com and<br>keeley@sohalang.com | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Seattle, Washington, this 28th day of October, 2004

*Melissa R Mather*
—————————————
MELISSA R. MATHER

NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER - 2
\\Sgb\s3\ASBESTOS\McEdwards 2014a1500\P\MDL\MDL DecServ-102804.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2004

FILED
CLERK'S OFFICE

1  KRISTIN HOUSER, WSBA #7286
   SCHROETER GOLDMARK & BENDER
2  500 Central Building
   810 Third Avenue
3  Seattle, Washington  98104
   Telephone:  (260) 622-8000
4  Facsimile:  (206) 682-2305

5

6

7

8  **BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

9  **MDL DOCKET NO. 875**

10  **IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

11

12  THIS DOCUMENT RELATES TO

13  <u>McEdwards et al. v. Foster Wheeler Energy Corporation, et al.</u>
    United States District Court
14  Western District of Washington
    Cause No. No. CV04-1601JCC

15

16  MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE
    CONDITIONAL TRANSFER ORDER CTO 237, DATED OCTOBER 14, 2004
17

18  Plaintiffs filed suit against seven defendants in the King County Superior Court in the State

19  of Washington on June 21, 2004. On July 20, 2004, one of the defendants filed a Notice of Removal

20  which removed this case to Federal Court; no other defendants joined in this Notice of Removal.

21  The defendant who petitioned for removal has now agreed to a remand of this case to the United

22  States District Court, Western District of Washington at Seattle (Case No. C04-1601JCC). A

23

24  Stipulated Motion and Proposed Order to Remand Case to District Court is attached as Exhibit A.

25  DATED this 28th day of October, 2004.

26

NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER - 1
\\Sgb-sys3\ASBESTOS\McEdwards 2014a1500\P\MDL\MDL Memo Opp-102804.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

SCHROETER, GOLDMARK & BENDER

*Kristi Houser* (signature)

KRISTIN HOUSER, WSBA #7286
Counsel for Plaintiffs

NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER - 2
\\Sg-\sys3\ASBESTOS\McEdwards 2014a1500\P\MDL\MDL Memo Opp-102804.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2004

FILED
CLERK'S OFFICE

# EXHIBIT A

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2004

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| KENNETH McEDWARDS and TERRY McEDWARDS, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>FOSTER-WHEELER ENERGY CORPORATION; GENERAL ELECTRIC COMPANY; GOULDS PUMPS (IPG), INC.; INGERSOLL-RAND COMPANY; METROPOLITAN LIFE INSURANCE COMPANY; SABERHAGEN HOLDINGS, INC.; and VIACOM, INC., Successor by Merger to CBS Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION,<br><br>Defendants. | MDL DOCKET NO. 875 (ASBESTOS)<br><br>STIPULATED MOTION AND PROPOSED ORDER TO REMAND CASE TO DISTRICT COURT<br><br>U.S.D.C. NO. C04-1601JCC |

To: Clerk of the Panel, Judicial Panel on Multidistrict Litigation:

Come now defendant General Electric Company and Plaintiff, by and through their counsel of record, and hereby stipulated that this matter should be remanded to the United

STIPULATED MOTION AND PROPOSED ORDER TO REMAND
CASE TO DISTRICT COURT - 1
(C04-1601JCC)

Williams, Kastner & Gibbs PLLC
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

159356.1

ORIGINAL