**MDL 875**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS

\* \* \* \* \* \* \* \*

RAYMOND T. ADAMSKI
and
BETTY ADAMSKI, his wife

Plaintiffs

v.

QUIGLEY COMPANY, INC., et al.,

Defendants

\*

\*

\*

\*

\*

\*

\*

\*

\*

MDL Docket Number; MDL-875

\* \* \* \* \* \*

D. Maryland

Civil Action No. JFM04CV02965

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

Plaintiffs, by their undersigned counsel, oppose the transfer of the above-captioned case to the United States District Court for the Eastern District of Pennsylvania under 28 U.S.C. §1407, as conditionally ordered by the Judicial Panel on Multidistrict Litigation on January 18, 2001. Pursuant to MDL Rule 7.4 (d), a Motion to Vacate the Conditional Transfer Order and a brief in support of such motion will be duly filed by November 15, 2004.

RECEIVED
CLERK'S OFFICE
2004 OCT 29 P 3: 40
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

Jennifer L. Lilly
Law Offices of Peter G. Angelos
One Charles Center, 22nd Floor
100 North Charles Street
Baltimore, Maryland 21201

G:\Jennifer\Documents 2003\Linkenhoker\Notice of Opposition to Consol 10.29.04.wpd

OFFICIAL FILE COPY
IMAGED NOV 1 '04

PLEADING NO. 4287