# MDL 875

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2004

FILED
CLERK'S OFFICE

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)

STORTINI, etc., et al.,
Plaintiffs,
v.
GENERAL ELECTRIC CO.,
Defendant
(Southern District of New York 04-CV-6055)

AND

LEA M. MARINOPOULOS, et al.,
Plaintiffs,
v.
GENERAL ELECTRIC CO.,
Defendant
(Southern District of New York 04-CV-5671)

PLEADING NO. 4289

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

TO THE CLERK:

Please accept Plaintiffs' Notice of Opposition to the Conditional Transfer Order

(CTO-237) entered by the Panel on October 14, 2004 for the above-captioned matters.

Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038
Telephone: 212-558-5500
Facsimile: 212-344-5461

BY: _____
Bryan Belasky
Attorney for Plaintiffs

**OFFICIAL FILE COPY**

IMAGED NOV 1 '04

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2004

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all Defense Counsel for CTO-237, MDL 875 In Re Asbestos Products Liability Litigation this 29th day of October, 2004.

Bryan Belasky

2004 OCT 29 P 3: 49
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE