**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2004

FILED
CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL DOCKET NO.: 875

IN RE: ASBESTOS PRODUCTS                )
LIABILITY LITIGATION (NO. VI)           )

To: Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255,
        North Lobby
Washington, D.C. 20002-8004

### NOTICE OF OPPOSITION TO THE ENTRY OF A
### CONDITIONAL TRANSFER ORDER ON BEHALF OF
### PLAINTIFF VERA BROWN

        Now comes the plaintiff, in the above-referenced matter, Vera Brown, etc., and gives the following *Notice of Objection to the Entry of a Conditional Transfer Order* as it relates to the above-referenced matter. Currently a *Motion to Remand* to the Mobile County Circuit Court for lack of subject matter jurisdiction is pending in the United States District Court of the Southern District of Alabama, Southern Division, in Civil Action CV-04-0575-CB-L in Alabama. In support of this opposition, plaintiff states as follows:

        1.      The above action was filed as a wrongful death action in the Circuit Court of Mobile County, Alabama. The defendants removed this action to federal court.

        2.      Defendants filed a Notice of Related Action in this Court, arguing that it is a potential "tag-along action" to the action currently pending in the Southern District of Pennsylvania in the matter styled "In Re Asbestos Product Liability (No. VI), MDL Docket No. 875."

        3.      Plaintiff filed a *Motion to Remand, or Alternatively, To Sever* in the United States District Court of the Southern District of Alabama, Southern Division, and the Court is expected to set the matter for hearing in the near future and if removal is deemed improper then remand will be mandatory. *Insinge v. LaBella*, 845 F.2d 249 (11th Cir. 1988).

        4.      Plaintiff contends this matter is due to be remanded to the Mobile County Circuit Court for lack of subject matter jurisdiction.

**OFFICIAL FILE COPY**

IMAGED NOV 1 '04

PLEADING NO. 4290

RECEIVED CLERK'S OFFICE
2004 NOV -1  A 6: 51
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*Vera Brown, etc. v. Crane Company, et al., ALS 04-575*
*Alabama Southern  1; CTO 237*                                                              2
*MDL- 875, In re Asbestos Products Liability Litigation (No. VI)*

WHEREFORE, premises considered, plaintiff requests that the Panel refrain from issuing a conditional transfer order or, alternatively, enter an Order staying the operation of CT0-237 as it pertains to the above-referenced action, if a conditional transfer order has already been entered, so that the remand issue may be properly determined by the District Court in Alabama.

Respectfully submitted this 29th day of October, 2004.

Martin K. Berks, Alabama Court I.D. No. BER039
Environmental Attorneys Group, P.C..
1900 28th Avenue South, Suite 107
Birmingham, Alabama 35209
(P.O. BOX 381403, Zip Code 35238)
1-205-326-1000 TEL
1-205-326-1007 FAX

**Attorneys for Plaintiff**

Martin K. Berks (BER039)
ENVIRONMENTAL ATTORNEYS GROUP, P.C.
1900 28th Avenue South, Suite 107
Birmingham, Alabama 35209
(205) 326-1000

Kevin D. Graham (GRA054)
JACKSON, FOSTER & GRAHAM, L.L.C.
Post Office Box 2225
Mobile, Alabama 36652

*Vera Brown, etc. v. Crane Company, et al., ALS 04-575*
*Alabama Southern 1; CTO 237*
*MDL- 875, In re Asbestos Products Liability Litigation (No. VI)*

NOV - 1 2004    3

# CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

        I HEREBY CERTIFY that I have, on this the 29th day of October, 2004, caused the
foregoing *Notice of Opposition to the Entry of a Conditional Transfer Order on Behalf of
Plaintiff Vera Brown* to be served on opposing counsel of record by electronic mail, on this the 29th
day of *October, 2004* placing true and correct copies thereof into the United States mail, first class
postage prepaid, addressed as indicated below:

                                                            _____
                                                            OF COUNSEL

## CERTIFICATE OF SERVICE

        I hereby certify that I have served the above and foregoing pleading on the parties listed below by
electronic mail, on this the *29th* day of *October, 2004*:

**Attorneys for Plaintiffs:**

| | |
|---|---|
| Martin K. Berks, Esq. | Telephone:    205/326-1000 |
| Environmental Attorneys Group, LLC | Facsimile:    205/326-1007 |
| 1900 28th Avenue South, Suite 107 | |
| Homewood, AL 35209 | Email: mberks@eaglawyers.com |

| | |
|---|---|
| Kevin D. Graham, Esq. | Telephone:    251/433-6699 |
| Jackson, Foster & Graham, LLC | Facsimile:    251/433-6127 |
| P.O. Box 2225 | |
| Mobile, AL 36652 | Email: kdg@jacksonfosterlaw.com |

**Attorneys for Defendants, Crane Company,
and Foster Wheeler Corporation:**

Grey Redditt, Esq.                        Email: gredditt@vickersriis.com
Tim Clarke, Esq.
Vickers, Riis, Murray & Curran
Post Office Box 2568
Mobile, Alabama 26652

**Attorneys for Defendant, John Crane, Inc.:**

Frank E. Lankford, Jr., Esq.              Email: fel@hfsllp.com
Huie, Fernambucq and Stewart, LLP
Three Protective Center – Suite 200
2801 Highway 280 South
Birmingham, AL 35223

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

2004 NOV -1  A 6: 59

RECEIVED
CLERK'S OFFICE