MDL 875

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 8/12/04

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2004

FILED
CLERK'S OFFICE

PLEADING NO. 4291

OFFICIAL FILE COPY
IMAGED NOV 1 '04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X
MARY V. WILSON, as Proposed Personal
Representative for the Estate of RICHARD
A. WILSON and MARY V. WILSON,
Individually,

        Plaintiff,

v.

GENERAL ELECTRIC COMPANY, et al.,

        Defendants.
-------------------------------------X

No. 04-CV-5019
~~JUDGE ESQUIRE~~

STIPULATION

MARY V. WILSON, as Proposed Personal Representative for the Estate of RICHARD A. WILSON and MARY V. WILSON, Individually, plaintiff, and GENERAL ELECTRIC COMPANY, defendant, by their respective attorneys undersigned, hereby stipulate and agree to the following:

1. Plaintiff MARY V. WILSON, as Proposed Personal Representative for the Estate of RICHARD A. WILSON and MARY V. WILSON, Individually, as well as any individuals or representatives claiming for or through them agree not to pursue any claims against defendant GENERAL ELECTRIC COMPANY nor seek any damages from General Electric Company for any injuries which arise from RICHARD A. WILSON'S exposure to asbestos during his service in the United States Navy, including, but not limited to, service on any United States Navy Ships or at any United States Navy Shipyard.

2. Plaintiffs and defendant GENERAL ELECTRIC COMPANY, in consideration for

MDL- 875
RECOMMENDED ACTION
Vacate CTO-237-Estate
Approved/Date: MJB 10/29/04

the Agreement embodied in this Stipulation, agree to the remand of this action back to the

Supreme Court of the State of New York, County of New York.

Dated: July  , 2004

SEDGWICK, DETERT, MORAN          WEITZ & LUXENBERG, P.C.
& ARNOLD, LLP

BY: _____     BY: _____
    Michael A. Tanenbaum (MT-4403)     Bryan Belasky (BB-1777)
Attorneys for Defendant           Attorneys for Plaintiff
GENERAL ELECTRIC COMPANY          MARY V. WILSON
Three Gateway Center, 12th Floor  180 Maiden Lane, 17th Floor
Newark, NJ 07102                  New York, NY 10038
(973) 242-0002                    (212) 558-5500


SO ORDERED:
                            8/11/04
_____
            U.S.D.J.

# WEITZ & LUXENBERG

A PROFESSIONAL CORPORATION

· LAW OFFICES ·

180 MAIDEN LANE • NEW YORK, N.Y. 10038-4925
TEL. 212-558-5500        FAX 212-344-5461
WWW.WEITZLUX.COM

PERRY WEITZ
ARTHUR M. LUXENBERG
ROBERT J. GORDON ††

STANLEY N. ALPERT °
MICHAEL BECKER
BRYAN BELASKY
EDWARD S. BOSEK
MARISSA BOSEK
JOHN M. BROADDUS ∞
DANIEL C. BURKE
PATTI BURSHTYN ††
LISA NATHANSON BUSCH
DAVID A. CHANDLER
EILEEN CLARKE
THOMAS COMERFORD ††
CHARLES M. FERGUSON
STUART R. FRIEDMAN

STEVEN J. GERMAN ▲
LAWRENCE GOLDHIRSCH °²
EDWARD J. HAHN °
CATHERINE MEACOX ††
RENEÉ L. HENDERSON ¬
MARIE L. IANNIELLO †°
ERIK JACOBS
EVAN M. JANUSH ‡
GARY R. KLEIN ††
JERRY KRISTAL ¬‡
RORY I. LANCMAN
DEBBI LANDAU
ROBERTO LARAGUENTE °

DIANNE LE VERRIER
JAMES C. LONG, JR. ¬
VICTORIA MANIATIS ††
RICHARD S. McGOWAN °‡‡ ‡
C. SANDERS McNEW °ⁿ
RICHARD MEADOW ⁿ⁴
WILLIAM J. NUGENT
MICHAEL E. PEDERSON
PAUL J. PENNOCK ‡
STUART B. PERRY °
G. RUSSELL RAGLAND °°
ELLEN RELKIN °▲
STEPHEN J. RIEGEL ††

MICHAEL P. ROBERTS
CHRIS ROMANELLI ††
DAVID ROSENBAND
SHELDON SILVER °
SANFORD SMOKLER §
FRANKLIN P. SOLOMON ¶
BONNIE M. STEINWOLF
JAMES S. THOMPSON ††
JOSH VITOW
DOUGLAS D. von OISTE ‡
NICHOLAS WISE
LAUREN WOLPIN ■
ALLAN ZELIKOVIC
GLENN ZUCKERMAN

° Of Counsel
‡ Also admitted in CT
⁴ Also admitted in FL
‡‡ Also admitted in MA
†† Also admitted in NJ
§ Also admitted in DC
† Also admitted in NJ and CT
¬ Also admitted in NJ and PA
▲ Also admitted in NJ and DC
¶ Admitted only in NJ and PA
¹⁰ Also admitted in DC and TX
¬ Admitted only in DC, MD, PA and VA
ⁿ Also admitted in DC, VA
■ Admitted only in CO

October 29, 2004

**By Fax**
Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002
Fax # (202) 502-2888

   Re: **MDL 875 – In re Asbestos Products Liability Litigation (No. VI)**
     **CTO 237 – Wilson v. General Electric Co., et al.**
     **S.D.N.Y. 04-CV-5019**

Dear Mr. Beck:

  With this letter I am faxing a copy of a "So Ordered" Stipulation signed by Judge Naomi Reice Buchwald of the Southern District of New York remanding the above-referenced action back to state court dated August 11, 2004.

  Since this case is no longer pending in federal court, the pending transfer to the MDL court is no longer necessary.

  Please feel free to contact me should you require anything further from us.

            Sincerely,

            Bryan Belasky

51 HADDONFIELD ROAD, SUITE 160 • CHERRY HILL, NJ 08002 • TEL 856-488-9001 • FAX 856-488-9077
76 SOUTH ORANGE AVENUE, SUITE 201 • SOUTH ORANGE, NJ 07079 • TEL 973-761-8995 • FAX 973-763-4020
215 SOUTH MONARCH STREET, SUITE 202 • ASPEN, CO 81611 • TEL 970-925-6101 • FAX 970-925-6035