**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

### *IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*Mary V. Wilson, etc. v. General Electric Co., et al.*, S.D. New York, C.A. No. 1:04-5019

### *ORDER VACATING CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in this action (*Wilson*) on October 14, 2004. The Panel has now been advised that *Wilson* was remanded to the Supreme Court of the State of New York, County of New York, by the Honorable Naomi Reice Buchwald in an order signed on August 11, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-237" filed on October 14, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

PLEADING NO. 4292

OFFICIAL FILE COPY

IMAGED NOV 1 '04