JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 875**

NOV - 1 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Tracy D. Adams, et al. v. American Standard, Inc., et al.*, E.D. Kentucky, C.A. No. 0:04-118
*Gary D. Clark, et al. v. American Standard, Inc., et al.*, E.D. Kentucky, C.A. No. 0:04-119

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these two actions (*Adams* and *Clark*) on October 14, 2004. The Panel has now been advised that *Adams* and *Clark* were remanded to the Greenup Circuit Court, Greenup County, Kentucky, by the Honorable Henry R. Wilhoit Jr. in separate orders filed on September 1, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-237" filed on October 14, 2004, is VACATED insofar as it relates to these two actions.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

PLEADING NO. 4294

**OFFICIAL FILE COPY**

IMAGED NOV 1 '04