MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 14 2004

FILED
CLERK'S OFFICE

DOCKET NO. 875

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-237)*

PLEADING NO. 4295

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 78,472 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV - 1 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPIED NOV 1 '04 ✓

## SCHEDULE CTO-237 - TAG ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DISTRICT  DIV. C.A.#**

ALABAMA SOUTHERN
~~ALS    1   04-575~~           ~~Vera Brown, etc. v. Crane Co., et al.~~ OPPOSED 11/01/04

CALIFORNIA CENTRAL
   CAC    2   04-5826           Linda Rogers, et al. v. Thorpe Insulation Co., et al.

CALIFORNIA NORTHERN
~~CAN    3   04-3267~~          ~~Lorrayne Schmitz, et al. v. Certainteed Corp., et al.~~ VACATED 10/25/04

IDAHO
~~ID     1   04-206~~           ~~Jearold Buttars, et al. v. John Crane, Inc., et al.~~ OPPOSED 10/27/04

ILLINOIS SOUTHERN
   ILS    3   04-335            Lee Scott, et al. v. Burlington Northern & Santa Fe Railway Co.
   ILS    3   04-483            Don Helms, et al. v. Burlington Northern & Santa Fe Railway Co.
   ILS    3   04-560            Jerry Anderson, et al. v. Burlington Northern & Santa Fe Railway Co.

KENTUCKY EASTERN
~~KYE    0   04-118~~           ~~Tracy D. Adams, et al. v. American Standard, Inc., et al.~~ VACATED 11/01/04
~~KYE    0   04-119~~           ~~Gary D. Clark, et al. v. American Standard, Inc., et al.~~ VACATED 11/01/04

KENTUCKY WESTERN
   KYW    3   04-456            Betty Jean Martin v. Hollingsworth & Vose Co., et al.

LOUISIANA EASTERN
   LAE    2   04-1978           Ramona Solares Smith, etc. v. Asbestos Corp,. Ltd., et al.
~~LAE    2   04-2331~~          ~~Floyd Russo v. Air Products & Chemicals, Inc., et al.~~ VACATED 10/25/04
~~LAE    2   04-2355~~          ~~Mary F. DeLancey, et al. v. Chicago Insurance Co.~~ OPPOSED 10/22/04
~~LAE    2   04-2574~~          ~~Ralph Joseph Landry v. Northrop Grumman Ship Systems, Inc., et al.~~ OPPOSED 10/22/04

LOUISIANA MIDDLE
   LAM    3   04-352            Una Roger, etc. v. Honeywell International, Inc.

LOUISIANA WESTERN
   LAW    6   04-935            Edward Isaac, III, et al. v. Morton International., et al.

MARYLAND
   MD     1   04-2034           Stephen E. Topper, et al. v. Anchor Packing Co., et al.
   MD     1   04-2046           Leroy Wentworth v. Owens-Illinois Glass Co., et al.
   MD     1   04-2047           Walter Bryl v. Owens-Illinois Glass Co., et al.
~~MD     1   04-2965~~          ~~Raymond T. Adamski, et al. v. Quigley Co., Inc., et al.~~ OPPOSED 11/01/04

MAINE
~~ME     2   04-122~~           ~~Gail Boston, et al. v. Eastern Refractories Co., Inc., et al.~~ OPPOSED 11/01/04

MINNESOTA
   MN     0   04-1716           Rodney Anderson, et al. v. Ford Motor Co., et al.

MISSOURI WESTERN
   MOW    4   04-568            Ruth Ann Phillips, et al. v. Burlington Northern & Santa Fe Railway Co.

MISSISSIPPI NORTHERN
   MSN    4   01-484            Frances S. Gousset, etc. v. Owens-Corning Corp., et al.

**DISTRICT  DIV. C.A.#**

MISSISSIPPI SOUTHERN
| | | | |
|---|---|---|---|
| MSS | 1 | 04-603 | Ora Aaron, et al. v. A.R. Wilfley & Sons, et al. |
| MSS | 1 | 04-641 | Ben Dickens, et al. v. A.R. Wilfley & Sons, et al. |
| MSS | 1 | 04-656 | Aminta Defore, et al. v. A.O. Smith Co., et al. |
| ~~MSS~~ | ~~1~~ | ~~04-666~~ | ~~John Fisher v. American Optical Corp., et al.~~ OPPOSED 10/26/04 |
| ~~MSS~~ | ~~1~~ | ~~04-678~~ | ~~Karen Hammons, etc. v. Illinois Central Railroad~~ OPPOSED 10/28/04 |
| ~~MSS~~ | ~~1~~ | ~~04-730~~ | ~~Ronald Adams v. Alco Industries, Inc., et al.~~ OPPOSED 10/26/04 |
| ~~MSS~~ | ~~1~~ | ~~04-732~~ | ~~Faye E. Hamilton, etc. v. Allen-Bradley Co., LLC, et al.~~ VACATED 10/26/04 |

NORTH CAROLINA EASTERN
| | | | |
|---|---|---|---|
| NCE | 4 | 04-71 | Michael A. Williams, etc. v. Anchor Packing Co., et al. |
| NCE | 4 | 04-94 | Rolf W. Braun, et al. v. Anchor Packing Co., et al. |
| NCE | 4 | 04-96 | Patricia Benedict, etc. v. Aqua-Chem, et al. |
| NCE | 4 | 04-97 | Paul Williams v. Aqua-Chem, et al. |
| NCE | 4 | 04-98 | Lola Irene Lee v. Anchor Packing Co., et al. |
| NCE | 4 | 04-104 | Doyles Ray Wakefield, etc. v. Anchor Packing Co., et al. |
| NCE | 5 | 04-315 | Kimberly Joyner, etc. v. Anchor Packing Co., et al. |
| NCE | 7 | 04-99 | Barbara Mooney, etc. v. Anchor Packing Co., et al. |
| NCE | 7 | 04-144 | Sylvia Massey Hall, et al. v. Anchor Packing Co., et al. |

NORTH CAROLINA MIDDLE
| | | | |
|---|---|---|---|
| NCM | 1 | 04-590 | Grover Earl Hewitt v. Aqua-Chem, Inc., et al. |

NORTH CAROLINA WESTERN
| | | | |
|---|---|---|---|
| NCW | 1 | 04-131 | Wallace E. Ruff, etc. v. Aqua-Chem, Inc., et al. |
| ~~NCW~~ | ~~1~~ | ~~04-191~~ | ~~Otis Delbert Baker, et al. v. International Paper Co., et al.~~ OPPOSED 10/20/04 |

NEW MEXICO
| | | | |
|---|---|---|---|
| NM | 1 | 04-712 | Russell E. Ward v. Burlington Northern & Santa Fe Railway Co. |
| NM | 1 | 04-713 | Antonio Padilla, Jr. v. Burlington Northern & Santa Fe Railway Co. |

NEW YORK EASTERN
| | | | |
|---|---|---|---|
| NYE | 1 | 04-1915 | Gisele Richardson, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-1918 | Bobbie Mora, etc. v. A.W. Chesterton Co., Inc., et al. |
| NYE | 1 | 04-1948 | Eilen Thyne, etc. v. A.W. Chesterton, Inc., et al. |
| NYE | 1 | 04-2012 | Virginia Hargis, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2014 | Ivan Wayne Burch, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2133 | Valerie Young, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2134 | Dennis Matey, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2405 | Kit L. McCormick v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2456 | Anthony Natale, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2457 | Maurice Hutto v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2504 | R. Bruce Kennedy, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2615 | Ethel M. Seaman, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2754 | Lorraine Humphrey, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2780 | Katherine Morey, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2781 | Leo Palmer, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2782 | Franklin Johnson, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2829 | Esther D. Charest, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2859 | Hazel M. Keffer, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2900 | Frank S. Goldsbary, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2955 | Robert J. Duncan v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2958 | Anne Tullio, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-3008 | Connie Harrison, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-3100 | Vincent Lis v. Consolidated Rail Corp., et al. |
| NYE | 1 | 04-3178 | Dale A. Hauck, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-3179 | Richard Cramer, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-3311 | Victor H. Bonilla v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-3312 | Jimmy Carlton Chambers v. A.W. Chesterton Co., et al. |

**DISTRICT  DIV. C.A.#**

NEW YORK SOUTHERN
| | | | |
|---|---|---|---|
| NYS | 1 | 03-2157 | Carol E. Angelone, etc. v. American Standard, Inc., et al. |
| NYS | 1 | 04-1012 | Peter Consorti v. Aerofin Corp., et al. |
| ~~NYS~~ | ~~1~~ | ~~04-5019~~ | ~~Mary V. Wilson, etc. v. General Electric Co., et al.~~ VACATED 11/01/04 |
| ~~NYS~~ | ~~1~~ | ~~04-5671~~ | ~~Lea M. Marinopoulos, et al. v. General Electric Co.~~ OPPOSED 11/01/04 |
| ~~NYS~~ | ~~1~~ | ~~04-6055~~ | ~~Stortini, etc., et al. v. General Electric Co.~~ OPPOSED 11/01/04 |

OHIO NORTHERN
| | | | |
|---|---|---|---|
| OHN | 1 | 04-10053 | Honesto S. Acedillo, Jr. v. A-c Product Liability Trust, et al. |
| OHN | 1 | 04-10054 | Casimiro F. Balba v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10055 | Prentiss C. Johnson v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10056 | Jack R. Trimmer, Sr. v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10057 | Arthur J. Archibald v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10058 | William P. Sandell v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10059 | Saleh H. Almaklani v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10060 | Patrick Diliberto v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10061 | Jerry L. Allday v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10062 | Ali Al Shohatee v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10063 | George S. Boyd v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10064 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10065 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-20004 | Judy Peplowski, et al. v. Ace American Insurance Co., et al. |
| OHN | 1 | 04-20005 | Edward Zienkowski, et al. v. Oglebay Norton Co., et al. |

OKLAHOMA NORTHERN
| | | | |
|---|---|---|---|
| OKN | 4 | 04-440 | Lessie Laymon, etc. v. Anchor Packing Co., et al. |

OREGON
| | | | |
|---|---|---|---|
| OR | 3 | 04-1148 | Robert D. Dickman, etc. v. Chrysler Motors Corp., et al. |

SOUTH CAROLINA
| | | | |
|---|---|---|---|
| SC | 2 | 04-2057 | Charles L. Jordan, Jr. v. Owens-Illinois, Inc., et al. |
| SC | 2 | 04-2254 | Gloria O. Meyer, et al. v. Owens-Illinois, Inc., et al. |
| SC | 2 | 04-2359 | Nesbitt H. Chassereau, et al. v. Aventis Cropscience USA, Inc., et al. |
| SC | 2 | 04-2543 | Jeff D. Shealy, et al. v. Aventis Cropscience USA, Inc., et al. |
| SC | 2 | 04-2544 | Joseph F. Myers, et al. v. Owens-Illinois, Inc., et al. |
| SC | 2 | 04-21894 | Stephen F. Dutton, et al. v. Aventis Cropscience USA, Inc., et al. |
| SC | 2 | 04-22270 | Benetha Middleton, etc. v. Owens Illinois, Inc., et al. |
| SC | 8 | 04-2055 | Robert Cecil Hughes, Jr., et al. v. Aqua-Chem, Inc., et al. |

TEXAS EASTERN
| | | | |
|---|---|---|---|
| TXE | 5 | 04-203 | Carol Cook, etc. v. Pfizer, Inc., et al. |

TEXAS SOUTHERN
| | | | |
|---|---|---|---|
| ~~TXS~~ | ~~3~~ | ~~04-508~~ | ~~Jose Cazaras, Sr., et al. v. Ametek, Inc., et al.~~ VACATED 10/19/04 |
| TXS | 4 | 02-4801 | Heber Foster, et al. v. Norfolk Southern Railway Co. |
| TXS | 4 | 02-4802 | John Manning, et al. v. Norfolk Southern Railway Co. |
| TXS | 4 | 02-4803 | William Slade, et al. v. Norfolk Southern Railway Co. |
| TXS | 4 | 02-4804 | Dennis Harper, et al. v. Norfolk Southern Railway Co. |
| TXS | 4 | 02-4806 | Frank Griffin, et al. v. Norfolk Southern Railway Co. |
| TXS | 4 | 02-4807 | James Vernon, et al. v. Norfolk Southern Railway Co. |

VIRGINIA EASTERN
| | | | |
|---|---|---|---|
| VAE | 2 | 01-5855 | William M. Vanee v. American Standard, Inc., et al. |
| VAE | 2 | 04-7661 | Joseph E. Jennette v. AC&S, Inc., et al. |
| VAE | 2 | 04-7968 | Raymond C. Blunt v. American Standard, et al. |
| VAE | 2 | 04-7969 | Donald C. Burns v. American Standard, et al. |
| VAE | 2 | 04-7970 | Chase M. Byers v. American Standard, et al. |
| VAE | 2 | 04-7971 | Charles H. Charity v. American Standard, et al. |

**DISTRICT DIV. C.A.#**

| | | | |
|---|---|---|---|
| VAE | 2 | 04-7972 | Compton, Charles W. v. American Standard, et al. |
| VAE | 2 | 04-7973 | Charles M. Deem v. American Standard, et al. |
| VAE | 2 | 04-7974 | Mauricio R. Gabaldon v. American Standard, et al. |
| VAE | 2 | 04-7975 | Larry L. Gort v. American Standard, et al. |
| VAE | 2 | 04-7976 | Charles C. Hamilton v. American Standard, et al. |
| VAE | 2 | 04-7977 | Nick Lakich v. American Standard, et al. |
| VAE | 2 | 04-7978 | Domenick Lopresto v. American Standard, et al. |
| VAE | 2 | 04-7979 | Robert M. Marker v. American Standard, et al. |
| VAE | 2 | 04-7980 | Solomon J. Moss v. American Standard, et al. |
| VAE | 2 | 04-7981 | Daniel R. Noble v. American Standard, et al. |
| VAE | 2 | 04-7982 | Joseph S. Poole v. American Standard, et al. |
| VAE | 2 | 04-7983 | Ira S. Waters v. American Standard, et al. |
| VAE | 2 | 04-7984 | Clyde M. Williams v. American Standard, et al. |
| VAE | 2 | 04-7985 | Paul B. Wingblade v. American Standard, et al. |
| VAE | 2 | 04-7986 | Delbert Aldridge v. American Standard, et al. |
| VAE | 2 | 04-7987 | Donald H. Baker v. American Standard, et al. |
| VAE | 2 | 04-7988 | Lee T. Cole v. American Standard, et al. |
| VAE | 2 | 04-7989 | Richard H. Fix v. American Standard, et al. |
| VAE | 2 | 04-7990 | Hunter, Joseph v. American Standard, et al. |
| VAE | 2 | 04-7991 | Harry M. Jones v. American Standard, et al. |
| VAE | 2 | 04-7992 | Norvan O. Kearns v. American Standard, et al. |
| VAE | 2 | 04-7993 | Arthur Lara v. American Standard, et al. |
| VAE | 2 | 04-7994 | William E. Lewis v. American Standard, et al. |
| VAE | 2 | 04-7995 | Jimmie F. Little v. American Standard, et al. |
| VAE | 2 | 04-7996 | William L. Love v. American Standard, et al. |
| VAE | 2 | 04-7997 | Elmo H. Lowry v. American Standard, et al. |
| VAE | 2 | 04-7998 | James R. Marks v. American Standard, et al. |
| VAE | 2 | 04-7999 | Stanley A. Miller v. American Standard, et al. |
| VAE | 2 | 04-8000 | Ray C. Moats v. American Standard, et al. |
| VAE | 2 | 04-8001 | Clifford H. Myers v. American Standard, et al. |
| VAE | 2 | 04-8002 | Frank J. Smith v. American Standard, et al. |
| VAE | 2 | 04-8003 | Frank A. Torres v. American Standard, et al. |
| VAE | 2 | 04-8004 | John W. Cooper v. American Standard, et al. |
| VAE | 2 | 04-8005 | Robert E. Stout v. American Standard, et al. |
| VAE | 2 | 04-8006 | Morton R. Baldwin v. American Standard, et al. |
| VAE | 2 | 04-8007 | Estill C. Blankenship v. American Standard, et al. |
| VAE | 2 | 04-8008 | Kenneth C. Brooks v. American Standard, et al. |
| VAE | 2 | 04-8009 | Billy C. Coleman v. American Standard, et al. |
| VAE | 2 | 04-8010 | Gary D. Cote v. American Standard, et al. |
| VAE | 2 | 04-8011 | Carl L. Croom v. American Standard, et al. |
| VAE | 2 | 04-8012 | Jerome G. Dagendesh v. American Standard, et al. |
| VAE | 2 | 04-8013 | Elmond D. Ekblad v. American Standard, et al. |
| VAE | 2 | 04-8014 | Donald J. Emery v. American Standard, et al. |
| VAE | 2 | 04-8015 | William T. Ezzell v. American Standard, et al. |
| VAE | 2 | 04-8016 | Robert H. Gavic v. American Standard, et al. |
| VAE | 2 | 04-8017 | Harold L. Goodman v. American Standard, et al. |
| VAE | 2 | 04-8018 | Antonio D. Gutierrez v. American Standard, et al. |
| VAE | 2 | 04-8019 | Donald L. Hartman v. American Standard, et al. |
| VAE | 2 | 04-8020 | Edward C. Havens v. American Standard, et al. |
| VAE | 2 | 04-8021 | Herbert Hicks v. American Standard, et al. |
| VAE | 2 | 04-8022 | Charles E. Hodnett v. American Standard, et al. |
| VAE | 2 | 04-8023 | James W. Hosier v. American Standard, et al. |
| VAE | 2 | 04-8024 | Glenn T. Huff v. American Standard, et al. |
| VAE | 2 | 04-8025 | Charles H. James v. American Standard, et al. |
| VAE | 2 | 04-8026 | Paul H. Kniceley v. American Standard, et al. |
| VAE | 2 | 04-8027 | Michael A. Labella v. American Standard, et al. |
| VAE | 2 | 04-8028 | Harold T. Laudenbach v. American Standard, et al. |
| VAE | 2 | 04-8029 | Donald F. Lilly v. American Standard, et al. |
| VAE | 2 | 04-8030 | Bobby P. Long v. American Standard, et al. |
| VAE | 2 | 04-8031 | Charles J. Luch v. American Standard, et al. |

**DISTRICT  DIV. C.A.#**

| | | | |
|---|---|---|---|
| VAE | 2 | 04-8032 | David L. McDonie v. American Standard, et al. |
| VAE | 2 | 04-8033 | Delbert W. Moran v. American Standard, et al. |
| VAE | 2 | 04-8034 | Sanford J. Murrow v. American Standard, et al. |
| VAE | 2 | 04-8035 | Carl Noggle v. American Standard, et al. |
| VAE | 2 | 04-8036 | William P. Parker v. American Standard, et al. |
| VAE | 2 | 04-8037 | Owen B. Pearrell v. American Standard, et al. |
| VAE | 2 | 04-8038 | Howard L. Putts v. American Standard, et al. |
| VAE | 2 | 04-8039 | Arthur R. Ramsey v. American Standard, et al. |
| VAE | 2 | 04-8040 | George A. Rhodes v. American Standard, et al. |
| VAE | 2 | 04-8041 | Emmett T. Russell v. American Standard, et al. |
| VAE | 2 | 04-8042 | Ronald Sanchez v. American Standard, et al. |
| VAE | 2 | 04-8043 | Tim R. Sanchez v. American Standard, et al. |
| VAE | 2 | 04-8044 | Thomas H. Schoonover v. American Standard, et al. |
| VAE | 2 | 04-8045 | Kenneth Seal v. American Standard, et al. |
| VAE | 2 | 04-8046 | Robert M. Shackelford v. American Standard, et al. |
| VAE | 2 | 04-8047 | James W. Shreve v. American Standard, et al. |
| VAE | 2 | 04-8048 | Robert A. Smith v. American Standard, et al. |
| VAE | 2 | 04-8049 | Jon Stone v. American Standard, et al. |
| VAE | 2 | 04-8050 | Benny J. Testa v. American Standard, et al. |
| VAE | 2 | 04-8051 | Albert Vallejos v. American Standard, et al. |
| VAE | 2 | 04-8052 | Noah E. Varnadore v. American Standard, et al. |
| VAE | 2 | 04-8053 | Milton Holliday v. American Standard, et al. |
| VAE | 2 | 04-8054 | John A. Laughary v. American Standard, et al. |
| VAE | 2 | 04-8055 | Richard D. Maurer v. American Standard, et al. |
| VAE | 2 | 04-8056 | Michael J. McGowan v. American Standard, et al. |
| VAE | 2 | 04-8057 | Gordon Ramsdell v. American Standard, et al. |
| VAE | 2 | 04-8058 | Eugene A. Roberts v. American Standard, et al. |
| VAE | 2 | 04-8059 | Robert T. Rodgers v. American Standard, et al. |
| VAE | 2 | 04-8060 | James A. Sager v. American Standard, et al. |
| VAE | 2 | 04-8061 | Jerry L. Sanderlin v. American Standard, et al. |
| VAE | 2 | 04-8062 | Warren A. Scott v. American Standard, et al. |
| VAE | 2 | 04-8063 | Robert E. Pfannenstein v. American Standard, et al. |
| VAE | 2 | 04-8064 | John E. Calzacorta v. American Standard, et al. |
| VAE | 2 | 04-8065 | John H. Nichols v. American Standard, et al. |
| VAE | 2 | 04-8066 | James E. Osting v. American Standard, et al. |
| VAE | 2 | 04-8067 | Thomas F. Scott v. American Standard, et al. |
| VAE | 2 | 04-8068 | Jerry L. Thomas v. American Standard, et al. |
| VAE | 2 | 04-8069 | Russell E. Ward v. American Standard, et al. |
| VAE | 2 | 04-8070 | Herschel F. Bauer v. American Standard, et al. |
| VAE | 2 | 04-8071 | William H. Bailey v. American Standard, et al. |
| VAE | 2 | 04-8072 | Eugene R. Catron v. American Standard, et al. |
| VAE | 2 | 04-8073 | Quentin P. Clymer v. American Standard, et al. |
| VAE | 2 | 04-8074 | Sam J. Arrington v. American Standard, et al. |
| VAE | 2 | 04-8075 | Uewell E. Boyett v. American Standard, et al. |
| VAE | 2 | 04-8076 | Armond Landavazo v. American Standard, et al. |
| VAE | 2 | 04-8077 | Jerry G. Smith v. American Standard, et al. |
| VAE | 2 | 04-8078 | Major D. Akenhead v. American Standard, et al. |
| VAE | 2 | 04-8079 | Robert L. Akin v. American Standard, et al. |
| VAE | 2 | 04-8080 | Lessie E. Bennett v. American Standard, et al. |
| VAE | 2 | 04-8081 | Norman G. Bestwick v. American Standard, et al. |
| VAE | 2 | 04-8082 | Russell W. Borden v. American Standard, et al. |
| VAE | 2 | 04-8083 | Jimmy C. Boyer v. American Standard, et al. |
| VAE | 2 | 04-8084 | Philip L. Buckley v. American Standard, et al. |
| VAE | 2 | 04-8085 | William J. Buria v. American Standard, et al. |
| VAE | 2 | 04-8086 | Andres Cordero v. American Standard, et al. |
| VAE | 2 | 04-8087 | Charlie Duncan v. American Standard, et al. |
| VAE | 2 | 04-8088 | Joseph F. Ellers v. American Standard, et al. |
| VAE | 2 | 04-8089 | Harlan J. Erickson v. American Standard, et al. |
| VAE | 2 | 04-8090 | Robert S. Eskro v. American Standard, et al. |
| VAE | 2 | 04-8091 | Glenn E. Fairbrother v. American Standard, et al. |

**DISTRICT  DIV. C.A.#**

| | | | |
|---|---|---|---|
| VAE | 2 | 04-8092 | Arlyn W. Flatten v. American Standard, et al. |
| VAE | 2 | 04-8093 | Donald E. Foster v. American Standard, et al. |
| VAE | 2 | 04-8094 | William P. Foster v. American Standard, et al. |
| VAE | 2 | 04-8095 | Robert H. Hall v. American Standard, et al. |
| VAE | 2 | 04-8096 | James A. Halsey v. American Standard, et al. |
| VAE | 2 | 04-8097 | Raymond D. Hendershot v. American Standard, et al. |
| VAE | 2 | 04-8098 | Albert J. Hesson v. American Standard, et al. |
| VAE | 2 | 04-8099 | G. W. Hillin v. American Standard, et al. |
| VAE | 2 | 04-8100 | John E. Jenkins v. American Standard, et al. |
| VAE | 2 | 04-8101 | Wesley D. Johnson v. American Standard, et al. |
| VAE | 2 | 04-8102 | David L. Kinsch v. American Standard, et al. |
| VAE | 2 | 04-8103 | Robert W. Leavene v. American Standard, et al. |
| VAE | 2 | 04-8104 | Madigan, Charles L. v. American Standard, et al. |
| VAE | 2 | 04-8105 | Terry Miyler v. American Standard, et al. |
| VAE | 2 | 04-8106 | Charles T. Moore v. American Standard, et al. |
| VAE | 2 | 04-8107 | Howard L. Moore v. American Standard, et al. |
| VAE | 2 | 04-8108 | Mike Reback v. American Standard, et al. |
| VAE | 2 | 04-8109 | Albert D. Reynolds v. American Standard, et al. |
| VAE | 2 | 04-8110 | Leon Sawyer v. American Standard, et al. |
| VAE | 2 | 04-8111 | James E. Seeders v. American Standard, et al. |
| VAE | 2 | 04-8112 | Lewis B. Snead v. American Standard, et al. |
| VAE | 2 | 04-8113 | Alfredo P. Vigil v. American Standard, et al. |
| VAE | 2 | 04-8114 | Joe G. Ward v. American Standard, et al. |
| VAE | 2 | 04-8115 | Larry L. White v. American Standard, et al. |
| VAE | 2 | 04-8116 | Clarence T. Woodruff v. American Standard, et al. |
| VAE | 2 | 04-8117 | William L. Zimmerman v. American Standard, et al. |
| VAE | 2 | 04-8118 | Roy Cagle v. American Standard, et al. |
| VAE | 2 | 04-8119 | Roy L. Chapman v. American Standard, et al. |
| VAE | 2 | 04-8120 | Wilburn E. Clements v. American Standard, et al. |
| VAE | 2 | 04-8121 | William L. Collins v. American Standard, et al. |
| VAE | 2 | 04-8122 | Ronald W. Davidson v. American Standard, et al. |
| VAE | 2 | 04-8123 | Floyd F. Eaton v. American Standard, et al. |
| VAE | 2 | 04-8124 | Everette W. Ewing v. American Standard, et al. |
| VAE | 2 | 04-8125 | George H. Falls v. American Standard, et al. |
| VAE | 2 | 04-8126 | Marion E. Felkins v. American Standard, et al. |
| VAE | 2 | 04-8127 | Wayne D. Heins v. American Standard, et al. |
| VAE | 2 | 04-8128 | Paul R. Herald v. American Standard, et al. |
| VAE | 2 | 04-8129 | Ivory Johnson v. American Standard, et al. |
| VAE | 2 | 04-8130 | William K. Nielsen v. American Standard, et al. |
| VAE | 2 | 04-8131 | Wyman R. Ray v. American Standard, et al. |
| VAE | 2 | 04-8132 | Roger L. Watson v. American Standard, et al. |
| VAE | 2 | 04-8133 | Douglas Heppner v. American Standard, et al. |
| VAE | 2 | 04-8134 | Joseph K. Martin v. American Standard, et al. |
| VAE | 2 | 04-8135 | Gerald D. McInville v. American Standard, et al. |
| VAE | 2 | 04-8136 | Antonio Padilla v. American Standard, et al. |
| VAE | 2 | 04-8137 | Robert A. Pritchett v. American Standard, et al. |
| VAE | 2 | 04-8138 | Robert A. Rollins v. American Standard, et al. |
| VAE | 2 | 04-8139 | Eduardo S. Romero v. American Standard, et al. |
| VAE | 2 | 04-8140 | Ralph J. Russell v. American Standard, et al. |
| VAE | 2 | 04-8141 | Henry Staub v. American Standard, et al. |
| VAE | 2 | 04-8142 | Arthur R. Smith v. American Standard, et al. |
| VAE | 2 | 04-8143 | Ronald Bartholomew v. American Standard, et al. |
| VAE | 2 | 04-8144 | Albert Ray Horner v. American Standard, et al. |
| VAE | 2 | 04-8145 | Thomas E. Method v. American Standard, et al. |
| VAE | 2 | 04-8146 | Lee D. Wallis v. American Standard, et al. |
| ~~VAE~~ | ~~2~~ | ~~04-8147~~ | ~~Vincent C. Garrett, et al. v. A.P. Green, et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~2~~ | ~~04-8148~~ | ~~Vernon T. Rice, et al. v. A.P. Green, et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~2~~ | ~~04-8149~~ | ~~Sadie Harsley, et al. v. A.P. Green, et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~2~~ | ~~04-8150~~ | ~~John M. Powell, et al. v. A.P. Green, et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~2~~ | ~~04-8151~~ | ~~Zell Walker v. A.P. Green, et al.~~ OPPOSED 10/29/04 |

**DISTRICT DIV. C.A.#**

| | | | |
|---|---|---|---|
| VAE | 2 | 04-8152 | Willie A. Cuffee, et al. v. A.P. Green, et al. OPPOSED 10/29/04 |
| VAE | 2 | 04-8153 | William W. Watson, et al. v. A.P. Green, et al. OPPOSED 10/29/04 |
| VAE | 2 | 04-8154 | Robert Wells v. A.P. Green, et al. OPPOSED 10/29/04 |
| VAE | 2 | 04-8155 | Wayne D. Phillips v. A.P. Green, et al. OPPOSED 10/29/04 |
| VAE | 2 | 04-8156 | Warner D. Saunders v. A.P. Green, et al. OPPOSED 10/29/04 |
| VAE | 2 | 04-8157 | Thomas W. Sturgis v. A.P. Green, et al. OPPOSED 10/29/04 |
| VAE | 2 | 04-8158 | Soloman T. Palmer v. A.P. Green, et al. OPPOSED 10/29/04 |
| VAE | 2 | 04-8159 | Roger D. Creter v. A.P. Green, et al. OPPOSED 10/29/04 |
| VAE | 2 | 04-8160 | William H. Shine, et al. v. A.P. Green, et al. OPPOSED 10/29/04 |
| VAE | 2 | 04-8161 | Sandra Wilburn, et al. v. A.P. Green, et al. OPPOSED 10/29/04 |
| VAE | 2 | 04-8162 | Ralph E. Riddick v. A.P. Green, et al. OPPOSED 10/29/04 |
| VAE | 2 | 04-8163 | Sarah Waddler, et al. v. A.P. Green, et al. OPPOSED 10/29/04 |
| VAE | 2 | 04-8164 | Matthew C. Garner v. A.P. Green, et al. OPPOSED 10/29/04 |
| VAE | 2 | 04-8165 | Marion West v. A.P. Green, et al. OPPOSED 10/29/04 |
| VAE | 2 | 04-8166 | Junious Epps v. A.P. Green, et al. OPPOSED 10/29/04 |
| VAE | 2 | 04-8167 | Kathleen Taylor, et al. v. A.P. Green, et al. OPPOSED 10/29/04 |
| VAE | 2 | 04-8168 | Norma Greene, et al. v. A.P. Green, et al. OPPOSED 10/29/04 |
| VAE | 2 | 04-8169 | Nancy Greenfield, et al. v. A.P. Green, et al. OPPOSED 10/29/04 |
| VAE | 2 | 04-8170 | Emma Jackson, et al. v. A.P. Green, et al. OPPOSED 10/29/04 |
| VAE | 2 | 04-8171 | Faye Hylton, et al. v. A.P. Green, et al. OPPOSED 10/29/04 |
| VAE | 2 | 04-8172 | Eleanor Carraway, et al. v. A.P. Green, et al. OPPOSED 10/29/04 |
| VAE | 2 | 04-8173 | June White, et al. v. A.P. Green, et al. OPPOSED 10/29/04 |
| VAE | 2 | 04-8174 | Albert M. Schatzhuber v. A.P. Green, et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2644 | Ernest Andrew Buchanan v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2645 | Patrick Bryant, et al. v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2646 | Freddie U. Brown v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2647 | Willie Brooks v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2648 | Roland A. Brooks, et al. v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2649 | Sidney W. Brockwell v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2650 | Stanley A. Brisendine v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2651 | Maryland Branch v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2652 | Leon Callis, et al. v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2653 | William Butler, Sr. v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2654 | James Butler, Sr. v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2655 | William Bradshaw v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2656 | Jesse Black v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2657 | Robert Birch v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2658 | Albert Benson v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2659 | James Artis v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2660 | Robert Walter Armstrong v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2661 | Larry Armstrong v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2662 | George Anderson v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2663 | Claude Allen v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2664 | William Bailey v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2665 | Joe Chadwell v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2666 | Johnnie Burchett v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2667 | Elton Wyatt v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2668 | John Briggs v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2669 | Kenneth Carpenter v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2670 | Walter Harnly v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2671 | Carl Harman v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2672 | Jesse Lee Council v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2673 | Antonio Luna Cuerpo v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2674 | Sandra Custis, et al. v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2675 | Thurman Buford Dale v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2676 | William Thomas Darden v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2677 | Maynard L. Daulton v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2678 | James Harvey Dennard v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2679 | James Bert Denton v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2680 | Ralph E. Croyle v. AC&S, Inc., et al. OPPOSED 10/29/04 |

**DISTRICT  DIV. C.A.#**

| | | | |
|---|---|---|---|
| ~~VAE~~ | ~~4~~ | ~~04-2681~~ | ~~Roger D. Crittenden, et al. v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2682~~ | ~~Peter Thomas Corprew v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2683~~ | ~~Tyrone Copeland v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2684~~ | ~~Robert P. Cook, et al. v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2685~~ | ~~John W. Collins v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2686~~ | ~~Royce R. Coles, et al. v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2687~~ | ~~Jimmie H. Clark v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2688~~ | ~~Donald L. Carter v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2689~~ | ~~James Richard Carter v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2690~~ | ~~Ronald Lee Diggs v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2691~~ | ~~Colin Kelly v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2692~~ | ~~Gordon W. Brice v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2693~~ | ~~Ronald Lee Solomon v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2694~~ | ~~Clinton Capehart v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2695~~ | ~~Mary Jane Eubank, et al. v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2696~~ | ~~William E. Ellis v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2697~~ | ~~Willie L. Ducre v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2698~~ | ~~Cecil Ray Dodd v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2699~~ | ~~Nicholas Joseph Dimarino v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2700~~ | ~~Ellis Alford v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2701~~ | ~~Melvin Alexander v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2702~~ | ~~Debbie Adcock, et al. v. AC&S, Inc., et~~ al.  OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2703~~ | ~~James Adams v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2704~~ | ~~George Adams v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2705~~ | ~~Richard Adams v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2706~~ | ~~Fred Bennett v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2707~~ | ~~Harold Beddingfield v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2708~~ | ~~Delmar Bateman v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2709~~ | ~~William Barrett v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2710~~ | ~~James L. Baker v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2711~~ | ~~Douglas Woolard v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2712~~ | ~~William Musick v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2713~~ | ~~Allen Mitchell v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2714~~ | ~~Charles McDonald, et al. v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2715~~ | ~~George Maples, et al. v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2716~~ | ~~Aubrey Green v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2717~~ | ~~Erma Freeman, et al. v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2718~~ | ~~Herbert Allen Duke v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2719~~ | ~~William Dale v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2720~~ | ~~James Titus v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2721~~ | ~~John Stephen Tucker v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2722~~ | ~~William West, et al. v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2723~~ | ~~William H. Weston v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2724~~ | ~~James L. Wheatley v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2725~~ | ~~William Morris Whitaker v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2726~~ | ~~Van Buren Williams, Jr. v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2727~~ | ~~Clifford F. Tyree v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2728~~ | ~~Helen M. Tyler v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2729~~ | ~~Francis Irvin Turner v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2730~~ | ~~Aplinario L. Cuerpo v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2731~~ | ~~Theodore Anderson v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2732~~ | ~~Donald R. Spikes v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2733~~ | ~~Lester Ray Smith v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2734~~ | ~~James Thomas Smith v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2735~~ | ~~Charlie Riggs Sheely v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2736~~ | ~~Edison Woodrow Spruill v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2737~~ | ~~Ronald Stafford v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2738~~ | ~~John Compton v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2739~~ | ~~Joel Weisiger v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |
| ~~VAE~~ | ~~4~~ | ~~04-2740~~ | ~~William West v. AC&S, Inc., et al.~~ OPPOSED 10/29/04 |

**DISTRICT DIV. C.A.#**

| | | | |
|---|---|---|---|
| VAE | 4-04-2741 | John Robinson v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2742 | Isaac E. Robertson v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2743 | Larry Gene Robertson v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2744 | Marvin Roberts v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2745 | Charles Zehmer v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2746 | Herbert Wuska v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2747 | Mack Wright v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2748 | Emmerson Woolard v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2749 | Thomas Walker v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2750 | Margie Vaughan, et al. v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2751 | Scotty Williamson v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2752 | Frankie Vann v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2753 | Ralph Moyer Webb v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2754 | Nelson Cornell Watkins v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2755 | George T. Ward v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2756 | Kenneth Graham Walters v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2757 | Patricia Walters v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2758 | Samuel White v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2759 | Walter Washington v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2760 | Haywood Thomas v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2761 | Charles Smith v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2762 | William Shaw v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2763 | Linwood Sedgwick v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2764 | Robert Roberson v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2765 | James Stanley Perry v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2766 | Lawrence G. Parham v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2767 | Dallas Milton Neville v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2768 | Robert Alfred v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2769 | Charles Baynard v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2770 | Claude R. Perry, et al. v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2771 | Earlston V. Teal v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2772 | Henry B. Robertson v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2773 | Wilbert E. Tynes v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2774 | Robert Boothe v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2775 | Charles G. Andrews v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2776 | Emery Sweeney v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2777 | James Council Diggs v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2778 | Dexter Cornelius Cutler v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2779 | Leander Covington v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2780 | James Edwin Thompson v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2781 | Ronald Eldridge Williams v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2782 | Richard Hewitt Williams v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2783 | Mrs. Brenda Whiteman, et al. v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2784 | Neal White, et al. v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2785 | Walter Wendell White v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2786 | Thomas Salmon v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2787 | Johnnie Russ v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2788 | Russell Rozzell v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2789 | John Rourke, et al. v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2790 | Thomas M. Sullivan v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2791 | Michael J. Sullivan v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2792 | Robert L. Stateman v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2793 | Richard Allen Stalls v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2794 | Walter Ben Stalling v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2795 | I. Anthony Sansone v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2796 | Leon A. Vreeland v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2797 | Gary Delivan Shulenburg v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2798 | Robert E. Carrier v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2799 | Alfred Wallace Robbins v. AC&S, Inc., et al. | OPPOSED 10/29/04 |
| VAE | 4-04-2800 | Hampton Vincent Snidow v. AC&S, Inc., et al. | OPPOSED 10/29/04 |

**DISTRICT  DIV. C.A.#**

| | | | |
|---|---|---|---|
| VAE | 4 | 04-2801 | Cleveland Taylor v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2802 | Wayne Douglas Taylor v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2803 | Meredith Hamilton Taylor v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2804 | Herman A. Sykes v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2805 | William Edward Ligon v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2806 | Robert Wayne Riggs v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2807 | William Riddick v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2808 | Mickey Renfrow, et al. v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2809 | Rudolph Albert Reid v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2810 | Ernest E. Reid v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2811 | Louis Reed, et al. v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2812 | Thomas R. Quillian v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2813 | Harry Lee Pruitt v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2814 | Paul R. Pruitt v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2815 | Mary Prevatte, et al. v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2816 | Shelton Ralph Porter v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2817 | Clyde W. Pitts v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2818 | Wendell G. Phillips v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2819 | Eugene Ottaway Peters v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2820 | Daniel E. Perryman v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2821 | Whit Lee Parks v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2822 | Harold Page v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2823 | Gary Owens v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2824 | Paul E. Newby, et al. v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2825 | Paulette Nash v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2826 | Donald Mongold v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2827 | Glenn Millier v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2828 | Zemery Messer v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2829 | Linwood Franklin McCoy v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2830 | James Masters v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2831 | Sue Massengill, et al. v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2832 | Charles Allan Marshall v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2833 | Terry Alan Maratellos v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2834 | James Lupton, et al. v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2835 | Donald J. Long v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2836 | Phillip Lewis v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2837 | Louis Leskovar v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2838 | Jessie Leonard v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2839 | David Ray LeDoyen v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2840 | Lewis Nelson Lawrence v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2841 | Gordon E. Lamkin v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2842 | David R. Krauter v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2843 | Jerry Nance v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2844 | Lawrence Keithley v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2845 | John Jory v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2846 | Charles H. Goens v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2847 | Lawrence Tyrone Gibson v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2848 | Vernon O. Gayle v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2849 | Leroy H. Garrison v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2850 | Rebecca Garrett, et al. v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2851 | Marion Gordon Garnett v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2852 | Francis L. Foster v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2853 | Tyrone Elvin Fontanilla v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2854 | Charles E. Foley v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2855 | Robert L. Fishel v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2856 | William E. Morris, et al. v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2857 | Edgar L. Morgan v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2858 | William Moore, et al. v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2859 | Oscar Glenn Jones v. AC&S, Inc., et al. OPPOSED 10/29/04 |
| VAE | 4 | 04-2860 | David Philip Johnson v. AC&S, Inc., et al. OPPOSED 10/29/04 |

Case MDL No. 875   Document 4295   Filed 11/01/04   Page 11 of 12

**DISTRICT DIV. C.A.#**

~~VAE 4 04-2861 Fuller Ashton Johnson v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2862 Sandra Hill, et al. v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2863 Ronald Harrison v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2864 John A. Harris v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2865 Anthony Lane Hannah v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2866 Dorothy Jarrett, et al. v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2867 William Henry Hunter v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2868 Mary Virginia Jones v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2869 Barry Lee Jones v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2870 Ronald D. Hunt v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2871 William H. Johnson v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2872 Valerie Hunt, et al. v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2873 William Hudgins, et al. v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2874 Jesse Sherwood Howell v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2875 Judith Hollowell, et al. v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2876 James Thomas Holloway v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2877 Ruth Holland, et al. v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2878 Leo Hogge v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2879 Roger Wayne Hobbs v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2880 Harold Hinkle v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2881 Thomas Hill, et al. v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2882 Larry Lee Griffith v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2883 David Wayne Griffin v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2884 Preston Lee Gray v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2885 Kenneth J. Goodman v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2886 Jack Arnold Ferguson v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2887 Maurice Ferebee v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
~~VAE 4 04-2888 William Bob Evans v. AC&S, Inc., et al.~~ OPPOSED 10/29/04
VAE 4 04-2889 Paul W. Gardner v. Honeywell International, Inc., et al.

**WASHINGTON WESTERN**
~~WAW 2 04-1601 Kenneth McEdwards, et al. v. Foster Wheeler Energy Corp., et al.~~ OPPOSED 11/01/04
~~WAW 2 04-1641 Gary D. Allen v. General Electric Co., et al.~~ OPPOSED 11/01/04
WAW 3 04-5312 Maynard Brent v. Metropolitan Life Insurance Co.