

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 3 2004

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS          )   MDL Docket No. 875
LIABILITY LITIGATION (NO. VI)     )
                                  )
This Document relates to:         )
                                  )
Law Firm of Cascino Vaughan       )
                                  )
United States District Court      )
Northern District of Illinois     )
                                  )
(See attached list of cases)      )

### MOTION FOR REMAND AND BRIEF IN SUPPORT THEREOF

NOW COME Plaintiffs Maddox, Neu, Williams, Burnett, Pauley, Cacello, D'Amico, Riegler, Williams, Beverly, and Youngblood (collectively, plaintiffs) as listed in the attached Schedule and seek an order from this Panel, pursuant to 28 U.S.C. § 1407, remanding their cases back to the Northern District of Illinois. In support thereof, plaintiffs state:

1. A schedule, containing the details on each case this motion pertains to, is attached to this motion.

2. Between 1997 and 2001, each plaintiff filed an asbestos personal injury case in the Northern District of Illinois.

3. The panel, pursuant to 28 U.S.C. § 1407, transferred each of plaintiffs' cases to the Eastern District of Pennsylvania for consolidation in MDL 875.

4. On January 21, 2003, U.S. District Judge Charles R. Weiner, presiding judge of MDL 875, signed a suggestion of remand. A copy of that suggestion is attached.

PLEADING NO. 4296

**OFFICIAL FILE COPY**

IMAGED NOV -5 '04



5. It is within the exclusive jurisdiction of this Panel, pursuant to 28 U.S.C. § 1407(a) and R.P.J.P.M.L. 7.6, 199 F.R.D. 425, 436-38 (2001), to remand cases at or before the conclusion of pretrial proceedings.

6. An affidavit in further support of Plaintiffs' motion is attached hereto.

7. Notice has been given to all parties involved.

WHEREFORE, for these reasons and all others this Panel may see fit, Plaintiffs pray for an order REMANDING the listed cases to the Northern District of Illinois for trial and further action as may be required.

Dated this 20th day of October, 2004.
Respectfully submitted,

*Michael A. Kaczmarek*
Attorney for Plaintiffs


Michael A. Kaczmarek
Jacqueline J. Herring
Michael P. Cascino
CASCINO VAUGHAN LAW OFFICES, Ltd.
220 South Ashland Avenue
Chicago IL 60607
Phone: (312) 944-0600

Case MDL No. 875 Document 4296 Filed 11/03/04 Page 3 of 11

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 3 2004

FILED
CLERK'S OFFICE

**SCHEDULE of cases relating to this motion**

All cases listed herein were originally filed in the Northern District of Illinois, they are all currently pending in MDL 875, Eastern District of Pennsylvania, Judge Charles R. Weiner, presiding.

Not listed are (a) dismissed, settled, or bankrupt defendants; and (b) cases included in the suggestion order that counsel is NOT seeking to remand.

1. Ruby **MADDOX**, individually, and as Special Administrator of the Estate of Wilby E. MADDOX, deceased **vs.** JOHN CRANE Co., LUSE-STEVENSON Co., METROPOLITAN LIFE INS. Co., PAUL J. KREZ Co., and RAPID AMERICAN Corp.; Case No. **99-CV-1539**

2. Doris **NEU**, individually, and as Special Administrator of the Estate of Earl G. NEU, deceased **vs.** AIRCO/The BOC GROUP, GENERAL REFRACTORIES Co., GEORGIA-PACIFIC Corp., HOBART BROS. Co, LINCOLN ELEC. Co, METROPOLITAN LIFE INS. Co., RAPID-AMERICAN Corp., and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **98-CV-2734**

3. Pariena **WILLIAMS**, individually, and as Special Administrator of the Estate of Samuel WILLIAMS, deceased **vs.** DANA Corp, GENERAL ELEC. Co., GEORGIA-PACIFIC Corp., I.U. NORTH AMERICA, Inc., INDUSTRIAL HOLDINGS Co., MAREMONT Corp., METROPOLITAN LIFE INS. Co., NOSROC Corp., PFIZER, Inc., QUIGLEY Co. Inc., RAPID-AMERICAN Corp., RHONE-POULENC A.G., UNION CARBIDE Co., and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **99-CV-8520**

4. Barbara **BURNETT**, individually, and as Special Administrator of the Estate of John J. BURNETT, deceased **vs.** CERTAINTEED Corp., DANA Corp, GENERAL REFRACTORIES Co., GEORGIA-PACIFIC Corp., I.U. NORTH AMERICA, Inc., INDUSTRIAL HOLDINGS Co., MAREMONT Corp., METROPOLITAN LIFE INS. Co., NOSROC Corp., OWENS-ILLINOIS Corp., PFIZER, Inc., QUIGLEY Co. Inc., RAPID-AMERICAN Corp., UNION CARBIDE Co., and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **99-CV-6042**

5. Frank **PAULEY vs.** AIRCO/The BOC GROUP, CSR, Ltd., EMPIRE ACE INSULATION MFG. Corp., FOSTER-WHEELER ENERGY Corp., GENERAL ELEC. Co., GENERAL REFRACTORIES Co., GEORGIA-PACIFIC Corp., INDUSTRIAL HOLDINGS Co., LINCOLN ELEC. Co., METROPOLITAN LIFE INS. Co., OWENS-ILLINOIS Corp., PFIZER, Inc., QUIGLEY Co. Inc., RAPID-AMERICAN Corp., UNION CARBIDE Co., and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **99-CV-5290**

6. Peter **CACELLO** vs. DANA Corp, ERICSSON, Inc., FERODO AMERICA, Inc., GENERAL REFRACTORIES Co., GEORGIA-PACIFIC Corp., I.U. NORTH AMERICA, Inc., INDUSTRIAL HOLDINGS Co., MAREMONT Corp., METROPOLITAN LIFE INS. Co., NOSROC Corp., OWENS-ILLINOIS Corp., QUIGLEY Co. Inc., RAPID-AMERICAN Corp., RHONE-POULENC A.G., UNION CARBIDE Co., and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **00-CV-1795**

7. Carmen **D'AMICO** vs. CSR, Ltd., GARLOCK, Inc., GENERAL REFRACTORIES Co., METROPOLITAN LIFE INS. CO., MINNESOTA MINING & MANUFACTURING Co., RAPID-AMERICAN Corp., and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **97-CV-2943**

8. Stephen THON, as Special Administrator of the Estate of Jerome **RIEGLER**, deceased vs. B.F. GOODRICH, CERTAINTEED Corp., DANA Corp., GENERAL ELEC. CO., GEORGIA-PACIFIC Corp., MANNINGTON MILLS of DE, Inc., MAREMONT Corp., METROPOLITAN LIFE INS. CO., MOBILE OIL Corp., OWENS-ILLINOIS Corp., PFIZER, Inc., QUIGLEY Co., RAPID-AMERICAN Corp., RHONE-POULENC A.G., SHERWIN-WILLIAMS Co., UNION CARBIDE Co., and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **01-CV-447**

9. Deseree **WILLIAMS**, Individually and as Special Administrator of the Estate of Thomas WILLIAMS, deceased vs. BEAZER EAST, Inc., CHEVRON U.S.A., Inc., FOSECO, Inc., GENERAL REFRACTORIES Co., HERCULES CHEMICAL Co., INDUSTRIAL HOLDINGS Corp., KOPPERS INDUSTRIES, Inc., OWENS-ILLINOIS, Inc., QUIGLEY Co., RAPID-AMERICAN Corp., UNIFRAX, Inc., and WTI RUST HOLDINGS INT'L; Case No. **01-CV-2551**

10. James **BEVERLY** vs. DANA Corp., FOSTER-WHEELER ENERGY Corp., GARLOCK, Inc., GENERAL ELECTRIC Co., GENERAL REFRACTORIES Co., GEORGIA-PACIFIC Corp., I.U. NORTH AMERICA, Inc., INDUSTRIAL HOLDINGS Co., MAREMONT Corp., METROPOLITAN LIFE INS. Co., NOSROC Corp., OWENS-ILLINOIS Corp., PFIZER, Inc., QUIGLEY Co., RAPID-AMERICAN Corp., RHONE-POULENC A.G., UNION CARBIDE, and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **99-CV-5936**

11. Eugene **YOUNGBLOOD** vs. DANA Corp, ERICSSON, Inc., FERODO AMERICA, Inc., GENERAL ELECTRIC Co., GEORGIA-PACIFIC Corp., I.U. NORTH AMERICA, Inc., INDUSTRIAL HOLDINGS Co., MAREMONT Corp., METROPOLITAN LIFE INS. Co., NOSROC Corp., OWENS-ILLINOIS Corp., PFIZER, Inc., QUIGLEY Co. Inc., RAPID-AMERICAN Corp., RHONE-POULENC A.G., UNION CARBIDE Co., and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **00-CV-8219**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

NOV - 3 2004

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) | MDL Docket No. 875 |
| This Document relates to: | ) ) | |
| Law Firm of Cascino Vaughan | ) ) | |
| United States District Court Northern District of Illinois | ) ) ) | |
| (See accompanying schedule of cases) | ) | |

### AFFIDAVIT IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND

Michael A. Kaczmarek, duly sworn, states:

1. My name is Michael A. Kaczmarek. I am an attorney at the CASCINO VAUGHAN Law Offices and one of plaintiffs' attorneys in the cases listed herein. I make these statements pursuant to R.P.J.P.M.L. 7.6(d).
2. For each of the listed cases herein, plaintiff did bring an oral motion for suggestion of remand in the transferee court (Eastern District of Pennsylvania). Judge Weiner granted the motion on January 21, 2003 and a copy is attached hereto.
3. As discovery is largely stayed in the asbestos MDL, common discovery and pretrial proceedings have not been completed in each case. Interrogatories need to be served and answered by both sides; Depositions, if any, need to be taken; Expert(s) need to be identified; and the cases need to be set for trial.
4. As far as is known, all parties have satisfactorily compiled with the orders of Judge Weiner.

### VERIFICATION

Michael A. Kaczmarek, being duly sworn according to law, certifies under penalty of perjury that the facts set forth in the foregoing Affidavit are true and correct.

_____
Michael A. Kaczmarek

Subscribed and sworn to before me
this 20 day of October, 2004.

_____
Notary Public

OFFICIAL SEAL
NATHAN J COOK
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 10-29-06

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 3 2004

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) | MDL Docket No. 875 |
| This Document relates to: | ) ) | |
| Law Firm of Cascino Vaughan | ) ) | |
| United States District Court Northern District of Illinois | ) ) ) | |
| (See attached list of cases) | ) | |

## NOTICE OF FILING

On October 20, 2004, the plaintiffs listed herein sent their **Motion For Remand And Brief In Support Thereof** for filing with the Clerks of the Judicial Panel on Multidistrict Litigation in Washington D.C. and the United States District Court for the Eastern District of Pennsylvania in Philadelphia PA, a copy of which is attached hereto and herewith served upon you.

Michael A. Kaczmarek
Jacqueline J. Herring
Michael P. Cascino
CASCINO VAUGHAN LAW OFFICES, Ltd.
220 South Ashland Avenue
Chicago IL 60607
Phone: (312) 944-0600

## PROOF OF SERVICE

I, the undersigned, a non-attorney, on oath state: True and correct copies of this notice and aforementioned motion were served upon all known counsel of record at their last-known respective addresses via delivery to Fedex carrier at 220 South Ashland Avenue, Chicago, Illinois 60607, prior to 5:00pm on October 20, 2004.

_Erik Swanson_

2004 OCT 22 A 10: 36
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

# SERVICE LIST
All attorneys of record for the cases listed on the accompanying schedule

**Attorneys for AIRCO/the BOC Group, Hobart Brothers, and Lincoln Electric**
D. Patterson Gloor
Cassiday, Schade & Gloor
20 North Wacker Dr., Suite 1040
Chicago Il 60606
Phone: 312-641-3100

K. Kristann Carey
Seyfath Shaw
55 East Monroe St., Suite 4200
Chicago IL 60603
Phone: 312-346-8000

**Attorneys for B.F. Goodrich**
Christopher A. Nicholas
Husch & Eppenberger
401 Main St., Suite 1400
Peoria IL 61602
Phone: 309-637-4900

**Attorneys for Beazer East, B.F. Goodrich, General Refractories, Koppers Industries, Luse-Stevenson, and Mobil Oil Co.**
Robert Spitkovsky, et al.
Johnson & Bell
55 East Monroe St., Suite 4100
Chicago IL 60603
Phone: 312-372-0770

**Attorneys for Certainteed, CSR, Dana Corp., Empire Ace Mfg. Corp., Ferodo America, Foseco, I.U. North America, Maremont, Nosroc, Pfizer (Burnett), Quigley Co. (Burnett), Rhone-Poulenc A.G., and Union Carbide**
Christopher Larson, et al.
Heyl, Royster, Voelker & Allen
600 Bank One Building
Peoria IL 61602
Phone: 309-676-0400

Willis R. Tribler
Tribler, Orpett & Meyer
30 North LaSalle St., Suite 2200
Chicago IL 60602
Phone: 312-201-6400

**Attorneys for Chevron**
Robert Varney
Robert Varney & Associates
121 North Main St., 4th Floor
Bloomington IL 61701
Phone: 309-827-4444

**Attorneys for CSR (D'Amico)**
Michael P. Casey
Lewis, Rice & Fingersh
500 North Broadway, Suite 2000
St. Louis MO 63102
Phone: 314-444-7600

**Attorneys for Ericsson, Inc.**
Daniel J. O'Connell
Daniel J. O'Connell & Associates
645 Tollgate Road, Suite 220
Elgin IL 60123
Phone: 847-741-4603

**Attorneys for Foster-Wheeler (Beverly)**
Robert Kezelis
French, Kezelis & Kominiarek
33 North Dearborn St., Suite 700
Chicago IL 60602
Phone: 312-782-0634

**Attorneys for Foster-Wheeler, Garlock, General Refractories (Pauley, D'Amico), and 3M Company**
William F. Mahoney, et al.
Segal, McCambridge, Singer & Mahoney
One IBM Plaza, Suite 200
Chicago IL 60611
Phone: 312-645-7800

**Attorneys for General Electric**
Maja Eaton, et al.
Sidley Austin Brown & Wood
10 South Dearborn Street
Chicago IL 60603
Phone: 312-853-7000

**Attorneys for General Refractories (Neu)**
Robert Johnson
Brothers & Thompson
100 West Monroe St., Suite 1700
Chicago IL 60603
Phone: 312-372-2909

**Attorneys for Georgia-Pacific (Cacello)**
Donald Sime
Hinshaw & Culbertson
110 North West Street
Waukegan IL 60085
Phone: 847-244-0551

**Attorneys for Georgia-Pacific and Owens-Illinois**
Francis P. Morrissey, et al.
Schiff, Hardin & Waite
6600 Sears Tower
Chicago IL 60606
Phone: 312-258-5500

**Attorneys for Hercules Chemical and Paul J. Krez**
Gregory L. Cochran, et al.
McKenna, Storer, Rowe, White & Farrug
33 North LaSalle St., Suite 1400
Chicago IL 60602
Phone: 312-558-3900

**Attorneys for Industrial Holdings and Unifrax**
Joseph Stalmack
Joseph Stalmack & Associates
5253 Hohman Avenue
Hammond IN 46325
Phone: 219-937-3700

**Attorneys for John Crane**
Thomas W. Hayes
Law Office of William M. Koziol
One Kemper Drive
Long Grove IL 60049
Phone: 708-540-2023

**Attorneys for Mannington Mills**
Edward Harney
Hume, Smith, Geddes, Green & Simmons
54 Monument Circle, 4th Floor
Indianapolis IN 46204
Phone: 317-632-4402

**Attorneys for Metropolitan Life**
Edward M. Crane, et al.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago Il 60606
Phone: 312-407-0700

Alan Becker, et al.
Litchfield Cavo
303 West Madison St., Suite 300
Chicago IL 60606
Phone: 312-781-6677

**Attorneys for Pfizer (Beverly)**
Dennis Dobbels
Polsinelli, Shalton & Welte
700 West 47th St., Suite 1000
Kansas City MO 64112
Phone: 816-753-1000

**Attorneys for Pfizer and Quigley Co.**
Stephanie A. Scharf
Jenner & Block
One IBM Plaza, Suite 4000
Chicago IL 60611
Phone: 312-222-9350

**Attorneys for Rapid-American and Viacom**
Daniel W. McGrath
Hinshaw & Culbertson
222 North LaSalle St., Suite 300
Chicago IL 60601
Phone: 312-704-3000

**Attorneys for Rhone-Poulenc A.G. (Beverly)**
James R. Morrison
Westervelt, Johnson, Nicoll & Keller
411 Hamilton Blvd., Suite 1400
Peoria IL 61602
Phone: 309-671-3550

**Attorneys for Sherwin-Williams**
William Serritella
McGuire Woods
77 West Wacker Dr., Suite 4400
Chicago IL 60601
Phone: 312-849-8100

**Attorneys for WTI Rust**
Jerome J. Duchowicz
O'Hagan, Smith & Amundsen
150 North Michigan Av., Suite 3300
Chicago IL 60601
Phone: 312-894-3200

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DOCKETED
FEB 1 3 2003

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

99 C 5290

This Document Relates to:

CIVIL ACTION NO. MDL 875

Law Firm of Cascino Vaughan

United States District Court
Northern District of Illinois

(See attached list of cases)
[In the event the above-listed case is a multiple plaintiff (victim) action, this transfer is for the above-named party only, or said party's representative, and any spousal or dependent actions.]:

FILED   JAN 2 1 2003

## SUGGESTION OF REMAND

THESE MATTERS being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Northern District of Illinois, and the Court having reviewed these cases and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from these cases and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

75

THE COURT SUGGESTS that the cases listed upon the attachment should now be REMANDED to the United States District Court for the Northern District of Illinois for such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 1/21/2003

Charles R. Weiner    J.

ENTERED

JAN 2 2 2003

CLERK OF COURT

2

## LIST OF CASES

### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

|    | Case Name   | Case No.  |
|----|-------------|-----------|
| 1. | MADDOX      | 99 C 1539 |
| 2. | NEU         | 98 C 2734 |
| 3. | WILLIAMS    | 99 C 8520 |
| 4. | BURNETT     | 99 C 6042 |
| 5. | McCARTNEY   | 98 C 5239 |
| 6. | PAULEY      | 99 C 5290 |
| 7. | MUZZARELLI  | 96 C 1594 |
| 8. | CACELLO     | 96 C 1590 |
| 9. | D'AMICO     | 97 C 3251 |
| 10.| RIEGLER     | 01 C 0447 |
| 11.| WILLIAMS    | 01 C 2551 |
| 12.| LOVE        | 96 C 1592 |
| 13.| BEVERLY     | 99 C 5936 |
| 14.| YOUNGBLOOD  | 00 C 8219 |