JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

NOV - 8 2004

FILED
CLERK'S OFFICE

MDL DOCKET NO. 875
BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

CONDITIONAL TRANSFER ORDER (CTO-237) FILED OCTOBER 14, 2004.

*********************************************************************

## MOTION, AND INCORPORATED BRIEF, TO VACATE CTO-237 TRANSFERRING *DELANCEY v. CHICAGO INS. CO., ET AL*, *CASE NO. 04-2355* FROM THE EASTERN DISTRICT OF LOUISIANA TO THE EASTERN DISTRICT OF PENNSYLVANIA

NOW INTO COURT, comes plaintiffs, through undersigned counsel, who respectfully request that CTO-237 be vacated (or stayed) for the following reasons:

### I.

On July 12, 2004, Mary DeLancey and Dionne D. Hindman, residents of the State of Louisiana, filed suit against Chicago Insurance Company in the Civil District Court for the Parish of Orleans, State of Louisiana. The case arises out of the asbestos-related disease and death of their husband and father, Ellis DeLancey.

### II.

Plaintiffs alleged that defendant, Chicago Insurance Company, insured Mr. Delancey's former employer, Gurtler, Hebert, a defunct Louisiana corporation. Under applicable Louisiana law, plaintiffs alleged that Gurtler, Hebert was liable for the decedent contracting mesothelioma, and further that Chicago Insurance Company was liable for the tortuous acts of its insured under the Louisiana Direct Action Statute.

PLEADING NO. 4298

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

IMAGED NOV - 9 '04   OFFICIAL FILE COPY

RECEIVED CLERK'S OFFICE
NOV - 5 A 10: 23
PANEL ON MULTIDISTRICT LITIGATION

# III.

Defendant, Chicago Insurance Company, removed the case to federal court claiming diversity jurisdiction. Plaintiffs timely filed a Motion to Remand. Under 28 U.S.C. § 1332©) and LA R.S. 22:655, Louisiana's direct action statute, Chicago Insurance Company assumes the domicile of its insured - Louisiana. Therefore, complete diversity did not exist between the parties, and the removal was improper. Defendant opposed the motion, raising various Louisiana law issues relating to the corporate existence of its insured, Gurtler Hebert. Plaintiffs filed a reply memorandum.

# IV.

The hearing on the Motion to Remand was noticed for hearing on **October 6, 2004**. The matter is fully briefed and presently under consideration in the Eastern District of Louisiana. A decision is expected at any time.

# V.

On October 14, 2004, the Judicial Panel on Multi District Litigation issued Conditional Transfer Order 237 which conditionally transferred this matter to the Eastern District of Pennsylvania under MDL 875, *In re Asbestos Products Liability Litigation (No. VI)*. On October 21, 2004, plaintiffs timely filed a Notice of Opposition to CTO-237.

# VI.

Plaintiffs respectfully oppose the conditional transfer order for a number of reasons. First, the Motion to Remand is presently under consideration in the Eastern District of Louisiana. Transfer of the case to the Eastern District of Pennsylvania at this time would, in all likelihood, substantially delay the resolution of the jurisdictional issue. Furthermore, the

Eastern District of Louisiana should render the decision on the Motion to Remand because that court routinely resolves issues of Louisiana law.

### VII.

Plaintiffs, therefore, seek equitable relief and request that the Panel vacate (or stay) the conditional transfer order in light of the pending Motion to Remand. Without such relief, the MDL panel will encourage defendants to remove cases to federal court in the hope that a motion to remand cannot be decided before the transfer order is effectuated. In this way, cases that should not be removed are removed, and plaintiffs are essentially deprived of their rights to proceed in the forum of their choice, state court.

WHEREFORE, plaintiff prays that after due proceedings the Conditional Transfer Order 237 issued by the Judicial Panel on Multi District Litigation transferring this matter be vacated or stayed and that the United States District Court for the Eastern District of Louisiana be allowed to rule on plaintiffs' pending Motion to Remand.

**GERTLER, GERTLER, VINCENT & PLOTKIN, LLP**

LOUIS L. PLOTKIN - LA BAR NO. 21821
JILL D. TRAHAN - LA BAR NO. 19554
127 Carondelet Street
New Orleans, Louisiana 70130
Phone: (504) 581-6411

**PROOF OF SERVICE**

I certify that the foregoing pleading has been served on the parties directly involved in this action listed below, and to the Clerk of Court for the United States District Court for the Eastern District of Louisiana, by U.S. Mail, postage prepaid, by hand or by fax, this 4th day of November, 2004.

_____
JILL D. TRAHAN

Ben L. Mayeaux, Esq.
Laborde & Neuner
One Petroleum Center
Suite 200
1001 W. Pinhook Road
Lafayette, LA 70503
*Counsel for Interstate Fire and Casualty Company
and Chicago Insurance Company*

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

RECEIVED CLERK'S OFFICE 2004 NOV -5 A 10:23 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 8 2004

FILED
CLERK'S OFFICE

## MDL DOCKET NO. 875
### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

RE: *DELANCEY v. CHICAGO INS. CO., ET AL,*
CASE NO. 04-2355 FROM THE EASTERN DISTRICT OF LOUISIANA
TO THE EASTERN DISTRICT OF PENNSYLVANIA

*******************************************************************

### AMENDED PROOF OF SERVICE

I certify that the foregoing pleading, Motion and Brief to Vacate CTO-237, has been served on the parties directly involved in this action listed below, and to the Clerk of Court for the United States District Court for the Eastern District of Louisiana, by U.S. Mail, postage prepaid, by hand or by fax, on the 4th day of November, 2004, and was subsequently served upon the persons listed on the attached Panel Service list this 8th day of November, 2004.

JILL D. TRAHAN

Ben L. Mayeaux, Esq.
Laborde & Neuner
One Petroleum Center
Suite 200
1001 W. Pinhook Road
Lafayette, LA 70503
*Counsel for Interstate Fire and Casualty Company
and Chicago Insurance Company*

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

## PANEL SERVICE LIST (Excerpted from CTO-237)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Mary F. DeLancey, et al. v. Chicago Insurance Co.*, E.D. Louisiana, C.A. No. 2:04-2355
*Ralph Joseph Landry v. Northrop Grumman Ship Systems, Inc., et al.*,
E.D. Louisiana, C.A. No. 2:04-2574

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Brian C. Bossier
Blue Williams, LLP
3421 N. Causeway Boulevard
9th Floor
Metairie, LA 70002

Edward J. Cass
Gallagher, Sharp, Fulton &
Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
Suite 1000, The Bourse
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ben L. Mayeaux
Laborde & Neuner
P.O. Drawer 52828
1001 W. Pinhook Road
Suite 200
Lafayette, LA 70505

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Andrew L. Plauche, Jr.
Plauche, Maselli, Landry &
Parkerson, LLP
201 St. Charles Avenue
Suite 4240
New Orleans, LA 70170-4240

Louis L. Plotkin
Gertler, Gertler, Vincent & Plotkin
Gertler Building, 3rd Floor
127 Carondelet Street
New Orleans, LA 70130

John J. Repcheck
Marks, O'Neill, O'Brien &
Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli,
L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal
Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Gordon P. Wilson
Lugenbuhl, Wheaton, et al.
601 Poydras Street
Suite 2775
New Orleans, LA 70130