# W E I T Z
## &
# L U X E N B E R G

A  P R O F E S S I O N A L  C O R P O R A T I O N

•  L A W  O F F I C E S  •

180 MAIDEN LANE • NEW YORK, N.Y. 10038-4925
TEL. 212-558-5500          FAX 212-344-5461
WWW.WEITZLUX.COM

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 1 0 2004

FILED
CLERK'S OFFICE

PERRY WEITZ
ARTHUR M. LUXENBERG
ROBERT J. GORDON ††

STANLEY N. ALPERT °
SHEILA BECKMAN
BRYAN BELASKY
RUSSELL BOGART §
EDWARD B. BOSEK
MITCHELL M. BREIT ∀
JOHN M. BROADDUS ∞
DANIEL C. BURKE
PATTI BURSHTYN ††
LISA NATHANSON BUSCH
DAVID A. CHANDLER
THOMAS COMERFORD ††
CHARLES M. FERGUSON

STUART P. FRIEDMAN
STEVEN J. GERMAN ▲
LAWRENCE GOLDHIRSCH ∞
EDWARD J. HAHN *
CATHERINE HEACOX ††
RENEE L HENDERSON ∞
MARIE L IANNIELLO †
ERIK JACOBS
EVAN M. JANUSH §
GARY R. KLEIN ††
JERRY KRISTAL ∞‡
RORY L LANGMAN
DEBBI LANDAU

JAMES C. LONG, JR. ∞
VICTORIA MANIATIS ††
RICHARD S. McGOWAN ∞‡‡ §
C. SANDERS McNEW *§
RICHARD MEADOW ∞
WILLIAM J. NUGENT
MICHAEL E. PEDERSON
PAUL J. PENNOCK ‡
STUART S. PERRY *
G. RUSSELL RAGLAND ∞
ELLEN RELKIN *∆
STEPHEN J. RIEGEL
MICHAEL P. ROBERTS

CHRIS ROMANELLI ††
DAVID ROSENBAND
DENISE JILL ROTHSTEIN
SHELDON SILVER *
SANFORD SMOKLER §
FRANKLIN P. SOLOMON ∞
BONNIE M. STEINWOLF
JAMES S. THOMPSON ††
DOUGLAS D. von OISTE ‡
NICHOLAS WISE
LAUREN WOLPIN ∞
ALLAN ZELIKOVIC
GLENN ZUCKERMAN

° Of Counsel
‡ Also admitted in CT
† Also admitted in FL
§ Also admitted in MA
†† Also admitted in NJ
§ Also admitted in DC
† Also admitted in NJ and CT
* Also admitted in NJ and PA
∞ Also admitted in NJ and PA
○ Also admitted in NJ and DC
∀ Also admitted in VA and NJ
∞ Also admitted in DC and TX
∆ Admitted only in DC, MD, PA and VA
§ Also admitted in DC, VA
∞ Admitted only in DC

November 10, 2004

**By Fax**
Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002
Fax: (202) 502-2888

**Request of Pltfs. Stortini, etc. and Marinopoulis, et al. for
an Extension of Time to File Motion/Brief to Vacate CTO –
DENIED**

(cdm - 11/10/04)

Re:    **MDL-875 – In re Asbestos Products Liability Litigation (No. VI)**
       **Marinopoulos, et al. v. General Electric Co., S.D. New York, C.A. No. 1:04-
       5671 (Judge Michael B. Mukasey)**
       **Stortini, etc., et al. v. General Electric Co., S.D. New York, C.A. No. 1:04-
       6055 (Judge Peter K. Leisure)**

Dear Mr. Beck:

       We represent the plaintiffs in the above-referenced actions.[1]  Both of these cases were
originally filed in New York State Court and later removed to the United States District Court,
Southern District of New York, by defendant General Electric Company.  Both are part of the
Conditional Transfer Order (CTO-237) filed on October 14, 2004.  Plaintiffs filed a timely
Notice of Opposition to this Conditional Transfer Order on October 29, 2004 as it pertains to

RECEIVED
CLERK'S OFFICE
2004 NOV 12 P2: 58

---

[1]    Correspondence from the Panel indicates that the Stortini case is before Judge
       Victor Marrero in the Southern District of New York.  Judge Marrero has recused
       himself from this matter, and the case has been reassigned to Judge Peter K.
       Leisure.

51 HADDONFIELD ROAD, SUITE 160  •  CHERRY HILL, NJ 08002  •  TEL 856-488-9001  •  FAX 856-488-9077
76 SOUTH ORANGE AVENUE, SUITE 201  •  SOUTH ORANGE, NJ 07079  •  TEL 973-761-8995  •  FAX 973-763-4020
215 SOUTH MONARCH STREET, SUITE 202  •  ASPEN, CO  •  TEL 970-925-6160  •  FAX 970-925-6035

Called
Mr. Belasky
cdm
11/10/04

PLEADING NO. 4300

OFFICIAL FILE COPY    IMAGED NOV 12 04

both of these actions. Our Motion and Brief to Vacate the Order are due on November 15, 2004. We write to respectfully request an extension of time to file this Motion and Brief during which we also request that the Conditional Transfer Order not become effective.

Plaintiffs have filed Motions to Remand each of these actions back to state court in the Southern District of New York. We believe that the federal courts lack subject matter jurisdiction over these actions.[2] Defendant General Electric Company has filed a motion to stay the proceedings before the Southern District in each of the cases pending transfer to the MDL court in the Eastern District of Pennsylvania. None of these motions have yet been decided.

Of course, the pendency of the Panel's Conditional Transfer Order does not affect the jurisdiction of the district court where the actions are currently pending. Rule 1.5, Rules of Procedure of the J.P.M.L. All that plaintiffs seek is sufficient time for the Judges before whom the actions are currently pending to rule on the pending motions without plaintiffs having to file a formal Motion and Brief with the Panel.

Thank you for your consideration of our request.

Sincerely,

Bryan Belasky (1777)

cc: (by hand)   The Honorable Michael B. Mukasey
                The Honorable Peter K. Leisure

    (by fax)    Michael A. Tanenbaum, Esq.
                Counsel for General Electric Company

                All Defense Counsel

---

[2]     Defendant General Electric Co. asserts that there is federal jurisdiction under the federal officer removal statute, 28 U.S.C. §1442(a)(1).