

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

NOV 1 2 2004

FILED
CLERK'S OFFICE

**RE:  MDL-875  --In Re Asbestos Products Liability Litigation (No. VI)**

**Docket No.: 875**

## MOTION AND BRIEF TO VACATE THE CONDITIONAL
## TRANSFER ORDER 237 CASES LISTED BELOW

| | | | | |
|---|---|---|---|---|
| Vincent | Garrett | v. | A.P. Green, et al. | CV: VAE 2 04-8147 |
| Vernon | Rice | v. | A.P. Green, et al. | CV: VAE 2 04-8148 |
| Raleigh | Harsley | v. | A.P. Green, et al. | CV: VAE 2 04-8149 |
| John | Powell | v. | A.P. Green, et al. | CV: VAE 2 04-8150 |
| Zell | Walker | v. | A.P. Green, et al. | CV: VAE 2 04-8151 |
| Willie | Cuffee | v. | A.P. Green, et al. | CV: VAE 2 04-8152 |
| William | Watson | v. | A.P. Green, et al. | CV: VAE 2 04-8153 |
| Robert | Wells | v. | A.P. Green, et al. | CV: VAE 2 04-8154 |
| Wayne | Phillips | v. | A.P. Green, et al. | CV: VAE 2 04-8155 |
| Warner | Saunders | v. | A.P. Green, et al. | CV: VAE 2 04-8156 |
| Solomon | Palmer | v. | A.P. Green, et al. | CV: VAE 2 04-8158 |
| Roger | Creter | v. | A.P. Green, et al. | CV: VAE 2 04-8159 |
| William | Shine | v. | A.P. Green, et al. | CV: VAE 2 04-8160 |
| Rayford | Wilburn | v. | A.P. Green, et al. | CV: VAE 2 04-8161 |
| Ralph | Riddick | v. | A.P. Green, et al. | CV: VAE 2 04-8162 |
| Milton | Waddler | v. | A.P. Green, et al. | CV: VAE 2 04-8163 |
| Matthew | Garner | v. | A.P. Green, et al. | CV: VAE 2 04-8164 |
| Marion | West | v. | A.P. Green, et al. | CV: VAE 2 04-8165 |
| Junious | Epps | v. | A.P. Green, et al. | CV: VAE 2 04-8166 |
| Joseph | Taylor | v. | A.P. Green, et al. | CV: VAE 2 04-8167 |
| James | Greene | v. | A.P. Green, et al. | CV: VAE 2 04-8168 |
| George | Greenfield | v. | A.P. Green, et al. | CV: VAE 2 04-8169 |
| Ellis | Jackson | v. | A.P. Green, et al. | CV: VAE 2 04-8170 |
| Dennis | Hylton | v. | A.P. Green, et al. | CV: VAE 2 04-8171 |
| Dalton | Carraway | v. | A.P. Green, et al. | CV: VAE 2 04-8172 |
| Alfred | White | v. | A.P. Green, et al. | CV: VAE 2 04-8173 |
| Albert | Schatzhuber | v. | A.P. Green, et al. | CV: VAE 2 04-8174 |
| Thomas | Sturgis | v. | A.P. Green, et al. | CV: VAE 2 40-8157 |
| Ernest | Buchanan | v. | AC&S, Inc., et al. | CV: VAE 4 04-2644 |
| Patrick | Bryant | v. | AC&S, Inc., et al. | CV: VAE 4 04-2645 |
| Freddie | Brown | v. | AC&S, Inc., et al. | CV: VAE 4 04-2646 |
| Willie | Brooks | v. | AC&S, Inc., et al. | CV: VAE 4 04-2647 |
| Roland | Brooks | v. | AC&S, Inc., et al. | CV: VAE 4 04-2648 |

PLEADING NO. 4304

IMAGED NOV 15 '04   **OFFICIAL FILE COPY**

RECEIVED
CLERK'S OFFICE
2004 NOV 12 A 11:43
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | | | |
|---|---|---|---|---|
| Sidney | Brockwell | v. | AC&S, Inc., et al. | CV: VAE 4 04-2649 |
| Stanley | Brisendine | v. | AC&S, Inc., et al. | CV: VAE 4 04-2650 |
| Maryland | Branch | v. | AC&S, Inc., et al. | CV: VAE 4 04-2651 |
| Leon | Callis | v. | AC&S, Inc., et al. | CV: VAE 4 04-2652 |
| William | Butler | v. | AC&S, Inc., et al. | CV: VAE 4 04-2653 |
| James | Butler | v. | AC&S, Inc., et al. | CV: VAE 4 04-2654 |
| William | Bradshaw | v. | AC&S, Inc., et al. | CV: VAE 4 04-2655 |
| Jesse | Black | v. | AC&S, Inc., et al. | CV: VAE 4 04-2656 |
| Robert | Birch | v. | AC&S, Inc., et al. | CV: VAE 4 04-2657 |
| Albert | Benson | v. | AC&S, Inc., et al. | CV: VAE 4 04-2658 |
| James | Artis | v. | AC&S, Inc., et al. | CV: VAE 4 04-2659 |
| Robert | Armstrong | v. | AC&S, Inc., et al. | CV: VAE 4 04-2660 |
| Larry | Armstrong | v. | AC&S, Inc., et al. | CV: VAE 4 04-2661 |
| George | Anderson | v. | AC&S, Inc., et al. | CV: VAE 4 04-2662 |
| Claude | Allen | v. | AC&S, Inc., et al. | CV: VAE 4 04-2663 |
| William | Bailey | v. | AC&S, Inc., et al. | CV: VAE 4 04-2664 |
| Joe | Chadwell | v. | AC&S, Inc., et al. | CV: VAE 4 04-2665 |
| Johnnie | Burchett | v. | AC&S, Inc., et al. | CV: VAE 4 04-2666 |
| Elton | Wyatt | v. | AC&S, Inc., et al. | CV: VAE 4 04-2667 |
| John | Briggs | v. | AC&S, Inc., et al. | CV: VAE 4 04-2668 |
| Kenneth | Carpenter | v. | AC&S, Inc., et al. | CV: VAE 4 04-2669 |
| Walter | Harnly | v. | AC&S, Inc., et al. | CV: VAE 4 04-2670 |
| Carl | Harman | v. | AC&S, Inc., et al. | CV: VAE 4 04-2671 |
| Jesse | Council | v. | AC&S, Inc., et al. | CV: VAE 4 04-2672 |
| Antonio | Cuerpo | v. | AC&S, Inc., et al. | CV: VAE 4 04-2673 |
| Allen | Custis | v. | AC&S, Inc., et al. | CV: VAE 4 04-2674 |
| Thurman | Dale | v. | AC&S, Inc., et al. | CV: VAE 4 04-2675 |
| William | Darden | v. | AC&S, Inc., et al. | CV: VAE 4 04-2676 |
| Maynard | Daulton | v. | AC&S, Inc., et al. | CV: VAE 4 04-2677 |
| James | Dennard | v. | AC&S, Inc., et al. | CV: VAE 4 04-2678 |
| James | Denton | v. | AC&S, Inc., et al. | CV: VAE 4 04-2679 |
| Ralph | Croyle | v. | AC&S, Inc., et al. | CV: VAE 4 04-2680 |
| Roger | Crittenden | v. | AC&S, Inc., et al. | CV: VAE 4 04-2681 |
| Peter | Corprew | v. | AC&S, Inc., et al. | CV: VAE 4 04-2682 |
| Tyrone | Copeland | v. | AC&S, Inc., et al. | CV: VAE 4 04-2683 |
| Robert | Cook | v. | AC&S, Inc., et al. | CV: VAE 4 04-2684 |
| John | Collins | v. | AC&S, Inc., et al. | CV: VAE 4 04-2685 |
| Royce | Coles | v. | AC&S, Inc., et al. | CV: VAE 4 04-2686 |
| Jimmie | Clark | v. | AC&S, Inc., et al. | CV: VAE 4 04-2687 |
| Donald | Carter | v. | AC&S, Inc., et al. | CV: VAE 4 04-2688 |
| James | Carter | v. | AC&S, Inc., et al. | CV: VAE 4 04-2689 |
| Ronald | Diggs | v. | AC&S, Inc., et al. | CV: VAE 4 04-2690 |
| Colin | Kelly | v. | AC&S, Inc., et al. | CV: VAE 4 04-2691 |
| Gordon | Brice | v. | AC&S, Inc., et al. | CV: VAE 4 04-2692 |

| | | | | |
|---|---|---|---|---|
| Ronald | Solomon | v. | AC&S, Inc., et al. | CV: VAE 4 04-2693 |
| Clinton | Capehart | v. | AC&S, Inc., et al. | CV: VAE 4 04-2694 |
| Alvin | Eubank | v. | AC&S, Inc., et al. | CV: VAE 4 04-2695 |
| William | Ellis | v. | AC&S, Inc., et al. | CV: VAE 4 04-2696 |
| Willie | Ducre | v. | AC&S, Inc., et al. | CV: VAE 4 04-2697 |
| Cecil | Dodd | v. | AC&S, Inc., et al. | CV: VAE 4 04-2698 |
| Nicholas | Dimarino | v. | AC&S, Inc., et al. | CV: VAE 4 04-2699 |
| Ellis | Alford | v. | AC&S, Inc., et al. | CV: VAE 4 04-2700 |
| Melvin | Alexander | v. | AC&S, Inc., et al. | CV: VAE 4 04-2701 |
| Danny | Adcock | v. | AC&S, Inc., et al. | CV: VAE 4 04-2702 |
| James | Adams | v. | AC&S, Inc., et al. | CV: VAE 4 04-2703 |
| George | Adams | v. | AC&S, Inc., et al. | CV: VAE 4 04-2704 |
| Richard | Adams | v. | AC&S, Inc., et al. | CV: VAE 4 04-2705 |
| Fred | Bennett | v. | AC&S, Inc., et al. | CV: VAE 4 04-2706 |
| Harold | Beddingfield | v. | AC&S, Inc., et al. | CV: VAE 4 04-2707 |
| Delmar | Bateman | v. | AC&S, Inc., et al. | CV: VAE 4 04-2708 |
| William | Barrett | v. | AC&S, Inc., et al. | CV: VAE 4 04-2709 |
| James | Baker | v. | AC&S, Inc., et al. | CV: VAE 4 04-2710 |
| Douglas | Woolard | v. | AC&S, Inc., et al. | CV: VAE 4 04-2711 |
| William | Musick | v. | AC&S, Inc., et al. | CV: VAE 4 04-2712 |
| Allen | Mitchell | v. | AC&S, Inc., et al. | CV: VAE 4 04-2713 |
| Charles | McDonald | v. | AC&S, Inc., et al. | CV: VAE 4 04-2714 |
| George | Maples | v. | AC&S, Inc., et al. | CV: VAE 4 04-2715 |
| Aubrey | Green | v. | AC&S, Inc., et al. | CV: VAE 4 04-2716 |
| Bennie | Freeman | v. | AC&S, Inc., et al. | CV: VAE 4 04-2717 |
| Herbert | Duke | v. | AC&S, Inc., et al. | CV: VAE 4 04-2718 |
| William | Dale | v. | AC&S, Inc., et al. | CV: VAE 4 04-2719 |
| James | Titus | v. | AC&S, Inc., et al. | CV: VAE 4 04-2720 |
| John | Tucker | v. | AC&S, Inc., et al. | CV: VAE 4 04-2721 |
| William | West | v. | AC&S, Inc., et al. | CV: VAE 4 04-2722 |
| William | Weston | v. | AC&S, Inc., et al. | CV: VAE 4 04-2723 |
| James | Wheatley | v. | AC&S, Inc., et al. | CV: VAE 4 04-2724 |
| William | Whitaker | v. | AC&S, Inc., et al. | CV: VAE 4 04-2725 |
| Van Buren | Williams | v. | AC&S, Inc., et al. | CV: VAE 4 04-2726 |
| Clifford | Tyree | v. | AC&S, Inc., et al. | CV: VAE 4 04-2727 |
| Helen | Tyler | v. | AC&S, Inc., et al. | CV: VAE 4 04-2728 |
| Francis | Turner | v. | AC&S, Inc., et al. | CV: VAE 4 04-2729 |
| Apolinario | Cuerpo | v. | AC&S, Inc., et al. | CV: VAE 4 04-2730 |
| Theodore | Anderson | v. | AC&S, Inc., et al. | CV: VAE 4 04-2731 |
| Donald | Spikes | v. | AC&S, Inc., et al. | CV: VAE 4 04-2732 |
| Lester | Smith | v. | AC&S, Inc., et al. | CV: VAE 4 04-2733 |
| James | Smith | v. | AC&S, Inc., et al. | CV: VAE 4 04-2734 |
| Charlie | Sheely | v. | AC&S, Inc., et al. | CV: VAE 4 04-2735 |
| Edison | Spruill | v. | AC&S, Inc., et al. | CV: VAE 4 04-2736 |

| | | | | |
|---|---|---|---|---|
| Ronald | Stafford | v. | AC&S, Inc., et al. | CV: VAE 4 04-2737 |
| John | Compton | v. | AC&S, Inc., et al. | CV: VAE 4 04-2738 |
| Joel | Weisiger | v. | AC&S, Inc., et al. | CV: VAE 4 04-2739 |
| William | West | v. | AC&S, Inc., et al. | CV: VAE 4 04-2740 |
| John | Robinson | v. | AC&S, Inc., et al. | CV: VAE 4 04-2741 |
| Isaac | Robertson | v. | AC&S, Inc., et al. | CV: VAE 4 04-2742 |
| Larry | Robertson | v. | AC&S, Inc., et al. | CV: VAE 4 04-2743 |
| Marvin | Roberts | v. | AC&S, Inc., et al. | CV: VAE 4 04-2744 |
| Charles | Zehmer | v. | AC&S, Inc., et al. | CV: VAE 4 04-2745 |
| Herbert | Wuska | v. | AC&S, Inc., et al. | CV: VAE 4 04-2746 |
| Mack | Wright | v. | AC&S, Inc., et al. | CV: VAE 4 04-2747 |
| Emmerson | Woolard | v. | AC&S, Inc., et al. | CV: VAE 4 04-2748 |
| Thomas | Walker | v. | AC&S, Inc., et al. | CV: VAE 4 04-2749 |
| Bobby | Vaughan | v. | AC&S, Inc., et al. | CV: VAE 4 04-2750 |
| Scotty | Williamson | v. | AC&S, Inc., et al. | CV: VAE 4 04-2751 |
| Frankie | Vann | v. | AC&S, Inc., et al. | CV: VAE 4 04-2752 |
| Ralph | Webb | v. | AC&S, Inc., et al. | CV: VAE 4 04-2753 |
| Nelson | Watkins | v. | AC&S, Inc., et al. | CV: VAE 4 04-2754 |
| George | Ward | v. | AC&S, Inc., et al. | CV: VAE 4 04-2755 |
| Kenneth | Walters | v. | AC&S, Inc., et al. | CV: VAE 4 04-2756 |
| Aubrey | Walters | v. | AC&S, Inc., et al. | CV: VAE 4 04-2757 |
| Samuel | White | v. | AC&S, Inc., et al. | CV: VAE 4 04-2758 |
| Walter | Washington | v. | AC&S, Inc., et al. | CV: VAE 4 04-2759 |
| Haywood | Thomas | v. | AC&S, Inc., et al. | CV: VAE 4 04-2760 |
| Charles | Smith | v. | AC&S, Inc., et al. | CV: VAE 4 04-2761 |
| William | Shaw | v. | AC&S, Inc., et al. | CV: VAE 4 04-2762 |
| Linwood | Sedgwick | v. | AC&S, Inc., et al. | CV: VAE 4 04-2763 |
| Robert | Roberson | v. | AC&S, Inc., et al. | CV: VAE 4 04-2764 |
| James | Perry | v. | AC&S, Inc., et al. | CV: VAE 4 04-2765 |
| Lawrence | Parham | v. | AC&S, Inc., et al. | CV: VAE 4 04-2766 |
| Robert | Alfred | v. | AC&S, Inc., et al. | CV: VAE 4 04-2768 |
| Charles | Baynard | v. | AC&S, Inc., et al. | CV: VAE 4 04-2769 |
| Claude | Perry | v. | AC&S, Inc., et al. | CV: VAE 4 04-2770 |
| Earlston | Teal | v. | AC&S, Inc., et al. | CV: VAE 4 04-2771 |
| Henry | Robertson | v. | AC&S, Inc., et al. | CV: VAE 4 04-2772 |
| Wilbert | Tynes | v. | AC&S, Inc., et al. | CV: VAE 4 04-2773 |
| Robert | Boothe | v. | AC&S, Inc., et al. | CV: VAE 4 04-2774 |
| Charles | Andrews | v. | AC&S, Inc., et al. | CV: VAE 4 04-2775 |
| Emery | Sweeney | v. | AC&S, Inc., et al. | CV: VAE 4 04-2776 |
| James | Diggs | v. | AC&S, Inc., et al. | CV: VAE 4 04-2777 |
| Dexter | Cutler | v. | AC&S, Inc., et al. | CV: VAE 4 04-2778 |
| Leander | Covington | v. | AC&S, Inc., et al. | CV: VAE 4 04-2779 |
| James | Thompson | v. | AC&S, Inc., et al. | CV: VAE 4 04-2780 |
| Ronald | Williams | v. | AC&S, Inc., et al. | CV: VAE 4 04-2781 |

| | | | | |
|---|---|---|---|---|
| Richard | Williams | v. | AC&S, Inc., et al. | CV: VAE 4 04-2782 |
| Robert | Whiteman | v. | AC&S, Inc., et al. | CV: VAE 4 04-2783 |
| Neal | White | v. | AC&S, Inc., et al. | CV: VAE 4 04-2784 |
| Walter | White | v. | AC&S, Inc., et al. | CV: VAE 4 04-2785 |
| Thomas | Salmon | v. | AC&S, Inc., et al. | CV: VAE 4 04-2786 |
| Johnnie | Russ | v. | AC&S, Inc., et al. | CV: VAE 4 04-2787 |
| Russell | Rozzell | v. | AC&S, Inc., et al. | CV: VAE 4 04-2788 |
| John | Rourke | v. | AC&S, Inc., et al. | CV: VAE 4 04-2789 |
| Thomas | Sullivan | v. | AC&S, Inc., et al. | CV: VAE 4 04-2790 |
| Michael | Sullivan | v. | AC&S, Inc., et al. | CV: VAE 4 04-2791 |
| Robert | Stateman | v. | AC&S, Inc., et al. | CV: VAE 4 04-2792 |
| Richard | Stalls | v. | AC&S, Inc., et al. | CV: VAE 4 04-2793 |
| Walter | Stalling | v. | AC&S, Inc., et al. | CV: VAE 4 04-2794 |
| I. Anthony | Sansone | v. | AC&S, Inc., et al. | CV: VAE 4 04-2795 |
| Leon | Vreeland | v. | AC&S, Inc., et al. | CV: VAE 4 04-2796 |
| Gary | Shulenburg | v. | AC&S, Inc., et al. | CV: VAE 4 04-2797 |
| Robert | Carrier | v. | AC&S, Inc., et al. | CV: VAE 4 04-2798 |
| Alfred | Robbins | v. | AC&S, Inc., et al. | CV: VAE 4 04-2799 |
| Hampton | Snidow | v. | AC&S, Inc., et al. | CV: VAE 4 04-2800 |
| Cleveland | Taylor | v. | AC&S, Inc., et al. | CV: VAE 4 04-2801 |
| Wayne | Taylor | v. | AC&S, Inc., et al. | CV: VAE 4 04-2802 |
| Meredith | Taylor | v. | AC&S, Inc., et al. | CV: VAE 4 04-2803 |
| Herman | Sykes | v. | AC&S, Inc., et al. | CV: VAE 4 04-2804 |
| William | Ligon | v. | AC&S, Inc., et al. | CV: VAE 4 04-2805 |
| Robert | Riggs | v. | AC&S, Inc., et al. | CV: VAE 4 04-2806 |
| William | Riddick | v. | AC&S, Inc., et al. | CV: VAE 4 04-2807 |
| Graham | Renfrow | v. | AC&S, Inc., et al. | CV: VAE 4 04-2808 |
| Rudolph | Reid | v. | AC&S, Inc., et al. | CV: VAE 4 04-2809 |
| Ernest | Reid | v. | AC&S, Inc., et al. | CV: VAE 4 04-2810 |
| Louis | Reed | v. | AC&S, Inc., et al. | CV: VAE 4 04-2811 |
| Thomas | Quillian | v. | AC&S, Inc., et al. | CV: VAE 4 04-2812 |
| Harry | Pruitt | v. | AC&S, Inc., et al. | CV: VAE 4 04-2813 |
| Paul | Pruitt | v. | AC&S, Inc., et al. | CV: VAE 4 04-2814 |
| James | Prevatte | v. | AC&S, Inc., et al. | CV: VAE 4 04-2815 |
| Shelton | Porter | v. | AC&S, Inc., et al. | CV: VAE 4 04-2816 |
| Clyde | Pitts | v. | AC&S, Inc., et al. | CV: VAE 4 04-2817 |
| Wendell | Phillips | v. | AC&S, Inc., et al. | CV: VAE 4 04-2818 |
| Eugene | Peters | v. | AC&S, Inc., et al. | CV: VAE 4 04-2819 |
| Daniel | Perryman | v. | AC&S, Inc., et al. | CV: VAE 4 04-2820 |
| Whit | Parks | v. | AC&S, Inc., et al. | CV: VAE 4 04-2821 |
| Harold | Page | v. | AC&S, Inc., et al. | CV: VAE 4 04-2822 |
| Gary | Owens | v. | AC&S, Inc., et al. | CV: VAE 4 04-2823 |
| Paul | Newby | v. | AC&S, Inc., et al. | CV: VAE 4 04-2824 |
| Paulette | Nash | v. | AC&S, Inc., et al. | CV: VAE 4 04-2825 |

| | | | | |
|---|---|---|---|---|
| Donald | Mongold | v. | AC&S, Inc., et al. | CV: VAE 4 04-2826 |
| Glenn | Miller | v. | AC&S, Inc., et al. | CV: VAE 4 04-2827 |
| Zemery | Messer | v. | AC&S, Inc., et al. | CV: VAE 4 04-2828 |
| Linwood | McCoy | v. | AC&S, Inc., et al. | CV: VAE 4 04-2829 |
| James | Masters | v. | AC&S, Inc., et al. | CV: VAE 4 04-2830 |
| Billy | Massengill | v. | AC&S, Inc., et al. | CV: VAE 4 04-2831 |
| Charles | Marshall | v. | AC&S, Inc., et al. | CV: VAE 4 04-2832 |
| Terry | Maratellos | v. | AC&S, Inc., et al. | CV: VAE 4 04-2833 |
| James | Lupton | v. | AC&S, Inc., et al. | CV: VAE 4 04-2834 |
| Donald | Long | v. | AC&S, Inc., et al. | CV: VAE 4 04-2835 |
| Phillip | Lewis | v. | AC&S, Inc., et al. | CV: VAE 4 04-2836 |
| Louis | Leskovar | v. | AC&S, Inc., et al. | CV: VAE 4 04-2837 |
| Jessie | Leonard | v. | AC&S, Inc., et al. | CV: VAE 4 04-2838 |
| David | LeDoyen | v. | AC&S, Inc., et al. | CV: VAE 4 04-2839 |
| Lewis | Lawrence | v. | AC&S, Inc., et al. | CV: VAE 4 04-2840 |
| Gordon | Lamkin | v. | AC&S, Inc., et al. | CV: VAE 4 04-2841 |
| David | Krauter | v. | AC&S, Inc., et al. | CV: VAE 4 04-2842 |
| Jerry | Nance | v. | AC&S, Inc., et al. | CV: VAE 4 04-2843 |
| Lawrence | Keithley | v. | AC&S, Inc., et al. | CV: VAE 4 04-2844 |
| John | Jory | v. | AC&S, Inc., et al. | CV: VAE 4 04-2845 |
| Charles | Goens | v. | AC&S, Inc., et al. | CV: VAE 4 04-2846 |
| Lawrence | Gibson | v. | AC&S, Inc., et al. | CV: VAE 4 04-2847 |
| Vernon | Gayle | v. | AC&S, Inc., et al. | CV: VAE 4 04-2848 |
| Leroy | Garrison | v. | AC&S, Inc., et al. | CV: VAE 4 04-2849 |
| Edward | Garrett | v. | AC&S, Inc., et al. | CV: VAE 4 04-2850 |
| Marion | Garnett | v. | AC&S, Inc., et al. | CV: VAE 4 04-2851 |
| Francis | Foster | v. | AC&S, Inc., et al. | CV: VAE 4 04-2852 |
| Tyrone | Fontanilla | v. | AC&S, Inc., et al. | CV: VAE 4 04-2853 |
| Charles | Foley | v. | AC&S, Inc., et al. | CV: VAE 4 04-2854 |
| Robert | Fishel | v. | AC&S, Inc., et al. | CV: VAE 4 04-2855 |
| William | Morris | v. | AC&S, Inc., et al. | CV: VAE 4 04-2856 |
| Edgar | Morgan | v. | AC&S, Inc., et al. | CV: VAE 4 04-2857 |
| William | Moore | v. | AC&S, Inc., et al. | CV: VAE 4 04-2858 |
| William | Moore | v. | A.P. Green, et al. | CV: VAE 4 04-2858 |
| Oscar | Jones | v. | AC&S, Inc., et al. | CV: VAE 4 04-2859 |
| David | Johnson | v. | AC&S, Inc., et al. | CV: VAE 4 04-2860 |
| Fuller | Johnson | v. | AC&S, Inc., et al. | CV: VAE 4 04-2861 |
| Charles | Hill | v. | AC&S, Inc., et al. | CV: VAE 4 04-2862 |
| Ronald | Harrison | v. | AC&S, Inc., et al. | CV: VAE 4 04-2863 |
| John | Harris | v. | AC&S, Inc., et al. | CV: VAE 4 04-2864 |
| Anthony | Hannah | v. | AC&S, Inc., et al. | CV: VAE 4 04-2865 |
| Charles | Jarrett | v. | AC&S, Inc., et al. | CV: VAE 4 04-2866 |
| Mary | Jones | v. | AC&S, Inc., et al. | CV: VAE 4 04-2868 |
| Barry | Jones | v. | AC&S, Inc., et al. | CV: VAE 4 04-2869 |

| Ronald | Hunt | v. | AC&S, Inc., et al. | CV: VAE 4 04-2870 |
|--------|------|-----|--------------------|-------------------|
| William | Johnson | v. | AC&S, Inc., et al. | CV: VAE 4 04-2871 |
| Milton | Hunt | v. | AC&S, Inc., et al. | CV: VAE 4 04-2872 |
| William | Hudgins | v. | AC&S, Inc., et al. | CV: VAE 4 04-2873 |
| Jesse | Howell | v. | AC&S, Inc., et al. | CV: VAE 4 04-2874 |
| Baker | Hollowell | v. | AC&S, Inc., et al. | CV: VAE 4 04-2875 |
| James | Holloway | v. | AC&S, Inc., et al. | CV: VAE 4 04-2876 |
| Earl | Holland | v. | AC&S, Inc., et al. | CV: VAE 4 04-2877 |
| Leo | Hogge | v. | AC&S, Inc., et al. | CV: VAE 4 04-2878 |
| Roger | Hobbs | v. | AC&S, Inc., et al. | CV: VAE 4 04-2879 |
| Harold | Hinkle | v. | AC&S, Inc., et al. | CV: VAE 4 04-2880 |
| Thomas | Hill | v. | AC&S, Inc., et al. | CV: VAE 4 04-2881 |
| Larry | Griffith | v. | AC&S, Inc., et al. | CV: VAE 4 04-2882 |
| David | Griffin | v. | AC&S, Inc., et al. | CV: VAE 4 04-2883 |
| Preston | Gray | v. | AC&S, Inc., et al. | CV: VAE 4 04-2884 |
| Kenneth | Goodman | v. | AC&S, Inc., et al. | CV: VAE 4 04-2885 |
| Jack | Ferguson | v. | AC&S, Inc., et al. | CV: VAE 4 04-2886 |
| Maurice | Ferebee | v. | AC&S, Inc., et al. | CV: VAE 4 04-2887 |
| William | Evans | v. | AC&S, Inc., et al. | CV: VAE 4 04-2888 |
| Dallas | Neville | v. | AC&S, Inc., et al. | CV: VAE 4 072767 |
| William | Hunter | v. | AC&S, Inc., et al. | CV: VAE 4 07-2867 |

**RE:  MDL-875 --In Re Asbestos Products Liability Litigation (No. VI)**

**Docket No.: 875**

## MOTION AND BRIEF TO VACATE THE
## CONDITIONAL TRANSFER ORDER 237 CASES STYLED ABOVE

The plaintiffs in the above-styled causes of action, by counsel, hereby move to vacate Conditional Transfer Order No. 237 as it applies to them.  Each plaintiff has filed a Motion for Remand in the United States District Court for the Eastern District of Virginia, seeking to have his cause of action remanded to the Circuit Court for Newport News or to the Circuit Court for Portsmouth, as the case may be.  To date, the plaintiffs' Motions have not been ruled on.  The plaintiffs respectfully request that these cases not be conditionally transferred to MDL-875 pending the decision of the United States District Court for the Eastern District of Virginia.

The plaintiffs' Motion for Remand is congruent to the plaintiff's Motion to Vacate the Conditional Transfer Order. The plaintiffs maintain that the defendant Viacom, Inc., is a successor-in-interest to Westinghouse Electric Corporation (hereinafter referred to as "Westinghouse"). Westinghouse was named as a defendant in each plaintiff's asbestos-related personal injury action brought in the Circuit Court for Newport News or Portsmouth Circuit Court.

On August 26, 2004 Westinghouse filed a Notice of Removal of Civil Action in this court based essentially on 28 U.S.C. § 1442(a)(1).

> 28 U.S.C. § 1442(a)(1) states:
> **§ 1442 Federal officers or agencies sued or prosecuted**
> (a)  A civil action or criminal prosecution commenced in a State court against
> any of the following may be removed by them to the district court of the United
> States for the district and division embracing the place wherein it is pending:
> (1) The United States or any agency thereof or any officer (or any person acting
> under that officer) or the United States or of any agency thereof, sued in an
> official  or individual capacity for any act under color of such office or on account
> of any right, title or authority claimed under any Act of Congress for the
> apprehension or punishment of criminals or the collection of the revenue.

The defendant Westinghouse has offered no evidence whatsoever to this court that Westinghouse ever "acted under the authority of an officer or agency of the United States, within the meaning of 28 U.S.C. § 1442(a)(1)" as it asserts at page three of it's Notice of Removal. Westinghouse cites the case of *Mesa v. California*, 289 U.S. 121 (1989) as supporting its bald assertion that it was acting under the authority of an "officer or agency of the United States". This case is wholly inapposite to the case at bar. *Mesa*, supra, concerns the criminal prosecution of a mailman who was charged with vehicular homicide when he killed someone with his mail van. It does not touch on the issues at bar.

Westinghouse produces not a shred of evidence to show that it acted under the authority of an officer or agency of the United States.  This court is without evidence to establish jurisdiction under 28 U.S.C. § 1442(a)(1).

As other courts have noted regarding 28 U.S.C. § 1442(a)(1):

"[t]his provision is satisfied if the moving party can demonstrate it acted under direction of a federal officer; raises a defense to plaintiff's claims; and, can demonstrate a causal nexus between plaintiff's claims and the acts it performed under color of federal office".  *Pack v. AC&S, Inc.*, 838 F. Supp. 1099, 1101 (D. Md. 1993), see also *Good v. Armstrong World Industries, Inc.*, 914 F. Supp.1125 (E.D. Pa, 1996) where the court finds that the information in an affidavit provided by Westinghouse did not support its assertions that it came within the purview of 28 U.S.C. § 1442(a)(1).

Since Westinghouse has failed to demonstrate that it acted under the authority of an officer or agency of the United States, this court cannot properly exercise jurisdiction over this action.

Furthermore, Westinghouse does not raise a federal defense on the face of its Notice of Removal.  According to the very case cited by Westinghouse, the Supreme Court ruled that:

"Liability for design defects in military equipment cannot be imposed, pursuant to state law, when:
1) the United States approved reasonably precise specifications;
2) the equipment conformed to those specifications; and
3) the supplier warned the United States about the dangers in the use of the equipment that were known to the supplier but no to the United States."
*Boyle v. United Technologies Corporation*, 487 U.S. 500, 512 (1988).

Westinghouse does not even assert any of the above criteria other than to simply state that it has a "federal defense to these actions . . . arising from any exposure to asbestos related to turbines installed on board U.S. Navy vessels pursuant to the direction of its officers, insofar as the materials were manufactured or supplied by Westinghouse" (see page three of Notice of Removal).   This statement conflates the standards required for a "federal defense" with the standards required to meet the criteria for removal under 28 U.S.C. § 1442(a)(1).   The *Boyle* court never even concerns itself with § 1442(a)(1) because the original case in *Boyle* was filed in the United States District Court for the Eastern District of Virginia   --the *Boyle* case is not a "removal case".   Furthermore, Westinghouse suggests to this court that the *Boyle* case stands for the proposition that Westinghouse has "immunity from liability for injuries arising from any exposure to asbestos related to turbines installed on board U.S. Navy vessels pursuant to the direction of its officers . . .".   *Boyle*, however, was a case brought by the family of a United States Marine for his death which was caused by an improperly designed escape hatch.   Again, the court in *Boyle* indicated that the three criteria listed above in the preceding paragraph. In their Notice of Removal, Westinghouse does not assert these criteria.

In summary, Westinghouse has failed to make any showing that it acted under the authority of an officer or agency of the United States, within the meaning of 28 U.S.C. § 1442(a)(1).  Also, Westinghouse has failed to even assert in its Notice of Removal that it can meet the criteria for a "federal defense" to the claims brought against it in the Circuit Court.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 1 2 2004

FILED
CLERK'S OFFICE

Because the United States District Court for the District of Virginia has yet to rule
on the Motions to Remand,  the plaintiffs respectfully request that the Conditional
Transfer Orders in their cases be vacated.

Respectfully submitted,

_____
Paul A. Weykamp
Law Offices of Paul A. Weykamp
110 Saint Paul Street, Suite 201
Baltimore, MD  21202
Tel: 410-539-2214
Counsel for Plaintiffs
Va. Bar No. 43688

CERTIFICATE OF SERVICE

I hereby certify that a copy of the fore-going was mailed, postage pre-paid on this 11th
day of November, 2004 to the individuals listed on the appended LIST OF SERVICE.

_____
Paul A. Weykamp

## LIST OF SERVICE

Mr. Henry Ware, Jr.
Spotts, Fain et al
411 East Franklin Street, Suite 600
P.O. Box 1555
Richmond, VA 23219

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Maurice F. Mullins
Spotts, Chappell, Fain & Anderson
P.O. Box 1555
Richmond, VA 23218-1555

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216