MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 12 2004

FILED
CLERK'S OFFICE

MDL DOCKET NO. 875

BEFORE THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

IN RE:    ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S NOTICE OF OPPOSITION OF OCTOBER 26, 2004

Plaintiffs filed a Notice of Opposition to the Conditional Transfer Order (CTO-237). This Memorandum is submitted in Support of this Notice of Opposition.

### FACTS

1. This case was removed on or about April 28, 2004 to the District Court for the State of Idaho.

2. On or about May 10, 2004 Plaintiffs filed a Motion to Remand this case back to Idaho State Court.

3. Since that time, numerous motions and memorandums have been filed in this matter.

4. The Honorable Lynn Winmill from the District Court of the State of Idaho scheduled a hearing for August 11, 2004 to hear oral arguments on Plaintiffs' Motion to Remand. Due to some procedural issues, the oral arguments were postponed until November 1, 2004.

5. On or about September 11, 2004 Plaintiffs filed a Rule 41 Request for Voluntary

PLEADING NO. 4305

IMAGED NOV 15 '04   OFFICIAL FILE COPY

Dismissal.

6.  On or about October 18, 2004, Plaintiffs received the Conditional Transfer Order and letter from the Judicial Panel of the Multidistrict Litigation regarding the Conditional Transfer Order, (CTO-237) and need time to oppose the same.

7.  On October 26, 2004, Plaintiffs filed their Notice of Opposition of Conditional Transfer Order.

8.  On November 1, 2004, Judge Winmill heard oral arguments on Plaintiffs' Motion to Remand and Plaintiffs' Motion to Dismiss.

9.  After receiving arguments, Judge Winmill took the matter under advisement with the respect to the Motion to Remand. Judge Windmill indicated he would dismiss Plaintiffs' claims without prejudice with certain conditions in the event he did not remand the case to State Court.

## ARGUMENT

Defendant, Muffler Warehouse, now dismissed from this matter, removed this Idaho State Court action to Federal court on or about April 28, 2004. Due to numerous procedural defects, lack of diversity or federal question, Plaintiff moved the District Court for the State of Idaho to remand the case to State Court. The Motion to Remand was filed by on May 10, 2004. Plaintiffs have also filed a Rule 41 Request for Voluntary Dismissal. Judge Winmill has heard oral arguments on both of these matters and has committed to issuing his ruling within thirty (30) days of November 1, 2004. Judge Winmill has indicated that if he decided against Plaintiffs' Motion to Remand, he would grant the Rule 41 Voluntary Dismissal without prejudice with certain conditions placed upon the Plaintiffs. In either situation, the case will be dismissed or remanded to State Court, and as such, the Conditional Transfer Order will be moot.

Based on the foregoing, Plaintiffs respectfully requests the Judicial Panel of the Multidistrict

Litigation to abstain from making the Conditional Transfer Order final and permitting Judge Winmill and the Idaho District Court to resolve this matter.

RESPECTFULLY SUBMITTED this 10th day of November, 2004.

BRAYTON❖PURCELL

*/s/ Brook Millard/*

S. Brook Millard
Attorney for Jearold Buttars and Marilyn Buttars
215 South State Street, Suite 900
Salt Lake City, Utah 84111
(801) 366-9100

CERTIFICATE OF SERVICE

I, S. Brook Millard, of the law firm of Brayton❖Purcell, do hereby certify that I have this day caused to be served, via U.S. Mail, postage fully prepaid, a true and correct copy of Plaintiff's Notice of Opposition to all counsel of record at their usual and regular mailing addresses.

DATED this 10th day of November, 2004.

BRAYTON❖PURCELL

*[signature]*

_____
S. BROOK MILLARD

*[Received stamp: 2004 NOV 12 A 11:52, RECEIVED CLERK'S OFFICE, JUDICIAL PANEL ON MULTIDISTRICT LITIGATION]*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 12 2004

FILED
CLERK'S OFFICE

CERTIFICATE OF SERVICE

I, S. Brook Millard, of the law firm of Brayton❖Purcell, do hereby certify that I have this day caused to be served, via U.S. Mail, postage fully prepaid, a true and correct copy of Plaintiff's Notice of Opposition to all counsel of record at their usual and regular mailing addresses.

DATED this 10th day of November, 2004.

BRAYTON❖PURCELL

_S. Brook Millard_

S. BROOK MILLARD

**PANEL SERVICE LIST (Excerpted from CTO-237)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Jearold Buttars, et al. v. John Crane, Inc., et al.*, D. Idaho, C.A. No. 1:04-206

Thomas A. Banducci
Stoel Rives, LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 8370 -5958

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, L.L.P.
303 East 17th Avenue, Suite 1100
Denver, CO 80203

Steven C. Bowman
Holland & Hart
P.O. Box 2527
Boise, ID 83701

Christopher C. Burke
Cosho, Humphrey, Greener & Welsh
Carnegie Building
815 W. Washington Street
Boise, ID 83702

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Tracy Fowler
Snell & Wilmer
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, UT 84101

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Richard E. Hall
Hall, Farley, Oberrecht & Blanton
P.O. Box 1271
Boise, ID 83701

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Scott D. Hess
Jones, Gledhill, Hess, Fuhrman & Eiden
P O Box 1097
Boise, ID 83701-1097

Michael R. Johnson
Bevis, Cameron & Johnson
P.O. Box 827
Boise, ID 83706

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Dan R. Larsen
Snell & Wilmer
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, UT 84101-1004

Fred J. Lewis
Racine, Olson, Nye, Cooper & Budge
P.O. Box 1391
Pocatello, ID 83204

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Christopher S. Marks
Williams, Kastner & Gibbs
P.O. Box 21926
Seattle, WA 98111-3926

Steven Brook Millard
Brayton Purcell
The Parkside Office Tower
215 South State Street,   Suite 900
Salt Lake, UT 84111

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

David S. Perkins
Quane Smith
P.O. Box 519
Boise, ID 83701-0519

Kara L. Pettit
Snow, Christensen & Martineau
10 Exchange Place, #1100
P.O. Box 45000
Salt Lake City, UT 84145

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Eugene A. Ritti
Hawley, Troxell, Ennis & Hawley
P.O. Box 1617
Boise, ID 83701

Ausey H. Robnett, III
Paine, Hamblen, Coffin, Brook & Miller, LLP
P.O. Box E
Coeur d'Alene, ID 83816-0328

Rick L. Rose
Ray, Quinney & Nebeker
79 S Main Street
P.O. Box 45385
Salt Lake City, UT 84111

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

M. Michael Sasser
Hamlin & Sasser
3100 S. Vista Avenue
Suite 200
P.O. Box 16488
Boise, ID 83715

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Scott R. Seedall
Seedall Law Office
1192 South 52 East
Idaho Falls, ID 83401

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025

J. Walter Sinclair
Stoel Rives, LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Dale W. Storer
Holden, Kidwell, Hahn & Crapo
P O Box 50130
Idaho Falls, ID 83405

Kevin Swenson
Suitter Axland
P O Box 45101
Salt Lake City, UT 84145

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406