Case MDL No. 875 Document 4306 Filed 11/12/04 Page 1 of 11

 875

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

NOV 12 2004

FILED CLERK'S OFFICE

KRISTIN HOUSER, WSBA #7286
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, Washington 98104
Telephone: (260) 622-8000
Facsimile: (206) 682-2305

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL DOCKET NO. 875**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

THIS DOCUMENT RELATES TO:

McEdwards et al. v. Foster Wheeler Energy Corporation, et al.
United States District Court
Western District of Washington
Cause No. No. CV04-1601JCC

PLAINTIFFS' MOTION TO VACATE
CONDITIONAL TRANSFER ORDER (CTO-237), DATED OCTOBER 14, 2004

COMES NOW plaintiffs Kenneth McEdwards and Terry McEdwards, husband and wife, by and through their attorney Kristin Houser, of Schroeter, Goldmark & Bender, and move the Judicial Panel on Multidistrict Litigation for an order, pursuant to Rule of Procedure 12(d) and (f), vacating the Conditional Transfer Order (CTO-237), dated October 14, 2004. This Motion is based upon the Memorandum in Support of Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-237), dated November 10, 2004, filed herewith, and the records and documents on file in McEdwards et al. v. Foster Wheeler Energy Corporation, et al., United States District Court, Western District of Washington, Cause No. No. CV04-1601JCC.

PLEADING NO. 4306

OFFICIAL FILE COPY

IMAGED NOV 15 '04

RECEIVED CLERK'S OFFICE

NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER - 1
\\dataserver\asbestos\ASBESTOS\McEdwards 2014a1500\P\MDL\MDL Mx Opp-111004.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

Case MDL No. 875 Document 4306 Filed 11/12/04 Page 2 of 11

DATED this 10th day of November, 2004.

SCHROETER, GOLDMARK & BENDER

KRISTIN HOUSER, WSBA #7286
Counsel for Plaintiffs

NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER - 2
\\dataserver\asbestos\ASBESTOS\McEdwards 2014a1500\P\MDL\MDL Mx Opp-111004.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

Case MDL No. 875 Document 4306 Filed 11/12/04 Page 3 of 11

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 12 2004

FILED
CLERK'S OFFICE

KRISTIN HOUSER, WSBA #7286
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, Washington 98104
Telephone: (260) 622-8000
Facsimile: (206) 682-2305

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL DOCKET NO. 875**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

THIS DOCUMENT RELATES TO:

McEdwards et al. v. Foster Wheeler Energy Corporation, et al.
United States District Court
Western District of Washington
Cause No. No. CV04-1601JCC

MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER CTO 237, DATED OCTOBER 14, 2004

Plaintiffs filed suit against seven defendants in the King County Superior Court in the State of Washington on June 21, 2004. On July 20, 2004, one of the defendants filed a Notice of Removal which removed this case to Federal Court; no other defendants joined in this Notice of Removal. The defendant who petitioned for removal has now agreed to a remand of this case to King County Superior Court, Seattle, Washington (No. 04-2-14628-3 SEA). A Stipulated Motion and Proposed Order to Remand Case to Superior Court is attached as Exhibit A.

DATED this 10th day of November, 2004.

NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER - 1
N:\ASBESTOS\McEdwards 2014a1500\P\MDL\MDL Memo Opp-Rev-111004.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

Case MDL No. 875 Document 4306 Filed 11/12/04 Page 4 of 11

SCHROETER, GOLDMARK & BENDER

KRISTIN HOUSER, WSBA #7286
Counsel for Plaintiffs

NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER - 2
N:\ASBESTOS\McEdwards 2014a1500\P\MDL\MDL Memo Opp-Rev-111004.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

Case MDL No. 875 Document 4306 Filed 11/12/04 Page 5 of 11

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 12 2004

FILED
CLERK'S OFFICE

KRISTIN HOUSER, WSBA #7286
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, Washington 98104
Telephone: (260) 622-8000
Facsimile: (206) 682-2305

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL DOCKET NO. 875**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

THIS DOCUMENT RELATES TO:

McEdwards et al. v. Foster Wheeler Energy Corporation, et al.
United States District Court
Western District of Washington
Cause No. No. CV04-1601JCC

DECLARATION OF SERVICE

Melissa R. Mather hereby declares as follows:

On November 11, 2004, I had copies of the following documents:

- MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER CTO 237, DATED OCTOBER 14, 2004; and
- PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-237), DATED OCTOBER 14, 2004.

served upon attorneys of record for defendants on the attached list by having said copies faxed, delivered or mailed, postage prepaid.

RECEIVED
CLERK'S OFFICE
2004 NOV 12 A 11:41
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER - 1
\\dataserver\asbestos\ASBESTOS\McEdwards 2014a1500\P\MDL\MDL DecServ-mrm-111004.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Seattle, Washington, this 11th day of November, 2004.

Melissa R Mather

MELISSA R. MATHER

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

**PANEL SERVICE LIST (Excerpted from CTO-237)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Kenneth McEdwards, et al. v. Foster Wheeler Corp., et al.*, W.D. Washington, C.A. No. 2:04-1601 (Judge John C. Coughenour)

Kevin C. Baumgardner
Corr & Cronin, L.L.P.
1001 4th Avenue, Suite 3700
Seattle, WA 98154

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Christine E. Dinsdale
Soha & Lang, PS
701 Fifth Avenue
Suite 2400
Seattle, WA 98104

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Christopher S. Marks
Williams, Kastner & Gibbs
P.O. Box 21926
Seattle, WA 98111-3926

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

John Michael Silk
Wilson, Smith, Cochran & Dickerson
1215 4th Ave
Suite 1700
Seattle, WA 98161-1007

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal
Clinic
Detroit, MI 48226

Timothy Kost Thorson
Carney Badley Spellman
700 Fifth Avenue
Suite 5800
Seattle, WA 98104-7091

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

| | |
|---|---|
| Dirk Bernhardt<br>MURRAY, DUNHAM & MURRAY<br>2225 - 4th Avenue, Suite 200<br>Seattle, Washington 98121-2034 | Randy Aliment<br>WILLIAMS, KASTNER & GIBBS<br>601 Union Street, Suite 4100<br>Seattle, Washington 98111-3926 |
| John D. Wilson<br>Richard Gawlowski<br>WILSON,SMITH,COCHRAN & DICKERSON<br>1215 Fourth Avenue, Suite 1700<br>Seattle, Washington 98161-1007 | |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 12 2004

FILED
CLERK'S OFFICE

# EXHIBIT A

Case MDL No. 875 Document 4306 Filed 11/12/04 Page 10 of 11

Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KENNETH McEDWARDS and TERRY McEDWARDS, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>FOSTER-WHEELER ENERGY CORP., et al.,<br><br>Defendants. | No. NO. C04-1601 JCC<br><br>STIPULATED MOTION AND PROPOSED ORDER TO REMAND CASE TO SUPERIOR COURT |

TO: CLERK OF THE COURT

COME NOW Defendant General Electric Company and Plaintiffs, by and through their counsel of record, and hereby stipulate that this matter should be remanded to King County Superior Court, Cause No. 04-2-14628-3 SEA.

DATED this 10th day of November, 2004.

SCHROETER, GOLDMARK & BENDER

/s/Kristin Houser
KRISTIN HOUSER, WSBA #7286
Counsel for Plaintiffs
810 Third Avenue, Suite 500
Seattle, Washington 98104
(206) 622-8000
(206) 682-2305
E-mail: Housert@SGB-law.com

WILLIAMS, KASTNER & GIBBS, PLLC

/s/Christopher S. Marks
CHRISTOPHER S. MARKS, WSBA #28634
KENNETH E. PETTY, WSBA #9372
Counsel for Defendant General Electric
Two Union Square, Suite 4100
Seattle, Washington 98101
(206) 628-6600
(206) 628-6611
E-mail: cmarks@wkg.com

IT IS SO ORDERED.

DATED this ___ day of ______________________________, 2004.

McEdwards v. Foster-Wheeler, et al.
U.S.D.C. No. C04-1601JCC - 1
Stipulated Motion and Proposed Order to Remand Case to Superior Court - 1

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

Case MDL No. 875 Document 4306 Filed 11/12/04 Page 11 of 11

JUDGE

Presented by:

SCHROETER, GOLDMARK & BENDER

/s/Kristin Houser
WSBA #7286
Counsel for Plaintiffs
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
E-mail: Houser@SGB-law.com

Copy received, approved as to form;
Notice of presentation waived:

/s/Christopher S. Marks
WSBA #28634
KENNETH E. PETTY, WSBA #9372
Counsel for Defendant General Electric
Two Union Square, Suite 4100
Seattle, Washington 98101
(206) 628-6600
(206) 628-6611
E-mail: cmarks@wkg.com

McEdwards v. Foster-Wheeler, et al.
U.S.D.C. No. C04-1601JCC - 2
Stipulated Motion and Proposed Order to Remand Case to Superior Court - 2

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000