PLEADING NO. 4307

WILLIAM RUTZICK, WSBA # 11533
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, Washington 98104
Telephone: (260) 622-8000
Facsimile: (206) 682-2305

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 12 2004

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL DOCKET NO. 875

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

THIS DOCUMENT RELATES TO:

<u>Allen v. General Electric, et al.</u>
United States District Court
Western District of Washington
Cause No. C04-1641RSL

### PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-237), DATED OCTOBER 14, 2004

COMES NOW plaintiff Gary D. Allen, by and through his attorney William Rutzick, of Schroeter, Goldmark & Bender, and moves the Judicial Panel on Multidistrict Litigation for an order, pursuant to Rule of Procedure 12(d) and (f), vacating the Conditional Transfer Order (CTO-237), dated October 14, 2004. This Motion is based upon the Memorandum in Support of Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-237), dated November 3, 2004, filed herewith, and the records and documents on file in <u>Allen v. General Electric, et al.</u>, United States District Court, Western District of Washington, Cause No. No. C04-1641RSL.

**OFFICIAL FILE COPY**

IMAGED NOV 15 '04

NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER - 1
\\dataserver\asbestos\ASBESTOS\Allen 15078a1500\P\MDL\MDL Mx Opp-110304.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

1  DATED this 10th day of November, 2004.

SCHROETER, GOLDMARK & BENDER

_____
WILLIAM RUTZICK, WSBA # 11533
Counsel for Plaintiff

NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER - 2
\\dataserver\asbestos\ASBESTOS\Allen 15078a1500\P\MDL\MDL Mx Opp-110304.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

1 WILLIAM RUTZICK, WSBA # 11533
SCHROETER GOLDMARK & BENDER
2 500 Central Building
810 Third Avenue
3 Seattle, Washington 98104
Telephone: (260) 622-8000
4 Facsimile: (206) 682-2305

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 1 2 2004

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL DOCKET NO. 875

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

THIS DOCUMENT RELATES TO:

<u>Allen v. General Electric, et al.</u>
United States District Court
Western District of Washington
Cause No. C04-1641RSL

MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE
CONDITIONAL TRANSFER ORDER CTO 237, DATED OCTOBER 14, 2004

Plaintiff filed suit against five defendants in the King County Superior Court in the State of Washington on June 25, 2004. On July 23, 2004, one of the defendants filed a Notice of Removal which removed this case to Federal Court; no other defendants joined in this Notice of Removal. The defendant who petitioned for removal has now agreed to a remand of this case to King County Superior Court, Seattle, Washington (No. 04-2-15394-8 SEA). A Stipulated Motion and Proposed Order to Remand Case to Superior Court is attached as Exhibit A.

DATED this 10th day of November, 2004.

NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER - 1

N:\ASBESTOS\Allen 15078a1500\P\MDL\MDL Memo Opp-110304.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

SCHROETER, GOLDMARK & BENDER

_____
WILLIAM RUTZICK, WSBA # 11533
Counsel for Plaintiff

NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER - 2
\\dataserver\asbestos\ASBESTOS\Allen 15078a1500\P\MDL\MDL Memo Opp-110304.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

| | |
|---|---|
| 1  WILLIAM RUTZICK, WSBA # 11533 | JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |
| SCHROETER GOLDMARK & BENDER | |
| 2  500 Central Building | NOV 12 2004 |
| 810 Third Avenue | |
| 3  Seattle, Washington 98104 | FILED |
| Telephone: (260) 622-8000 | CLERK'S OFFICE |
| 4  Facsimile: (206) 682-2305 | |

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL DOCKET NO. 875

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

THIS DOCUMENT RELATES TO:

<u>Allen v. General Electric, et al.</u>
United States District Court
Western District of Washington
Cause No. C04-1641RSL

DECLARATION OF SERVICE

Melissa R. Mather hereby declares as follows:

On November 11, 2004, I had copies of the following documents:

- MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER CTO 237, DATED OCTOBER 14, 2004; and

- PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-237), DATED OCTOBER 14, 2004.

served upon attorneys of record for defendants on the attached list by having said copies faxed, delivered or mailed, postage prepaid.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER - 1
\\dataserver\asbestos\ASBESTOS\Allen 15078a1500\P\MDL\MDL DecServ-mrm-111004.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

DATED at Seattle, Washington, this 10th day of November, 2004.

_____
MELISSA R. MATHER

NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER - 2
\\dataserver\asbestos\ASBESTOS\Allen 15078a1500\P\MDL\MDL DecServ-mrm-111004.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

**PANEL SERVICE LIST (Excerpted from CTO-237)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Gary D. Allen v. General Electric Co., et al., W.D. Washington, C.A. No. 2:04-1641(Judge Robert S. Lasnik)

Kevin C. Baumgardner
Corr & Cronin, L.L.P.
1001 4th Avenue
Suite 3700
Seattle, WA 98154

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Christine E. Dinsdale
Soha & Lang, PS
701 Fifth Avenue
Suite 2400
Seattle, WA 98104

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Christopher S. Marks
Williams, Kastner & Gibbs
P.O. Box 21926
Seattle, WA 98111-3926

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Timothy Kost Thorson
Carney Badley Spellman
700 Fifth Avenue
Suite 5800
Seattle, WA 98104-7091

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 12 2004

FILED
CLERK'S OFFICE

# EXHIBIT A

HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY D. ALLEN,<br><br>               Plaintiff,<br><br>      v.<br><br>GENERAL ELECTRIC COMPANY; GOULDS PUMPS (IPG), INC.; INGERSOLL-RAND COMPANY; SABERHAGEN HOLDINGS, INC.;<br>and VIACOM, INC., Successor by Merger to CBS Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION,<br><br>               Defendants. | No. C04-1641L<br><br>STIPULATED MOTION AND PROPOSED ORDER TO REMAND CASE TO SUPERIOR COURT |

TO:    CLERK OF THE COURT

COME NOW Defendant General Electric Company and Plaintiff, by and through their counsel of record, and hereby stipulate that this matter should be remanded to King County Superior Court, Cause No. 04-2-14628-3 SEA.

---

STIPULATED MOTION AND PROPOSED
ORDER TO REMAND CASE TO SUPERIOR
COURT- 1
(CASE No. C04-1641L)
C:\Documents and Settings\MKjeldtoft\Local Settings\Temporary Internet Files\OLK1\Stip Ord re Remand Superior Ct unsigned.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

1  DATED this 3rd day of November, 2004.

2  SCHROETER, GOLDMARK & BENDER          WILLIAMS, KASTNER & GIBBS, PLLC

3  /s/William Rutzick                    _____
4  WILLIAM RUTZICK, WSBA #11533          CHRISTOPHER S. MARKS, WSBA #28634
   Counsel for Plaintiffs                KENNETH E. PETTY, WSBA #9372
5  810 Third Avenue, Suite 500           Counsel for Defendant General Electric
   Seattle, Washington 98104             Two Union Square, Suite 4100
6  (206) 622-8000                        Seattle, Washington 98101
7  (206) 682-2305                        (206) 628-6600
   E-mail: Gust@SGB-law.com              (206) 628-6611
8                                        E-mail: cmarks@wkg.com

9  IT IS SO ORDERED.

10  DATED this ___ day of _____, 2004.

11

12                                        _____
                                          JUDGE

13  Presented by:
    SCHROETER, GOLDMARK & BENDER
14
    s/William Rutzick
15  WSBA #11533
16  Attorney for Plaintiff(s)
    SCHROETER GOLDMARK & BENDER
17  810 Third Avenue, Suite 500
    Seattle, WA 98104
18  Phone: (206) 622-8000
    Fax: (206) 682-2305
19  E-mail: Gust@SGB-law.com

20  Copy received, approved as to form;
    Notice of presentation waived:
21  WILLIAMS, KASTNER & GIBBS, PLLC

22  WSBA #28634
23  KENNETH E. PETTY, WSBA #9372
    Counsel for Defendant General Electric
24  Two Union Square, Suite 4100
    Seattle, Washington 98101
25  (206) 628-6600
    (206) 628-6611
26  E-mail: cmarks@wkg.com