

**MDL 875**

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

NOV 15 2004

FILED
CLERK'S OFFICE

IN RE ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

MDL-875

GAIL BOSTON and
ELIZABETH BOSTON,

C.A. No. 04-CV-122 (D. Me)

       Plaintiffs,

  v.

EASTERN REFRACTORIES CO., INC.,
et. al.,

       Defendants.

**PLEADING NO. 4309**

### MOTION AND INCORPORATED
### <u>BRIEF TO VACATE CONDITIONAL TRANSFER ORDER</u>

Plaintiffs, by and through their undersigned counsel and pursuant to Rule 7.4(d) of the Rules of

Procedure of the Judicial Panel on Multidistrict Litigation, move to vacate the Conditional Transfer

Order concerning their action, and in support thereof, state as follows:

1. Plaintiffs originally filed this action against Defendants in the Superior Court of York

County, Maine, at Civil Action No. CV-04-152, to recover damages for injuries caused by Plaintiff-

Decedent's exposure to asbestos-containing products.

2. On June 18, 2004, Defendant General Dynamics Corporation ("General Dynamics")

removed this action to the United States District Court for the District of Maine ("Transferor Court")

purportedly pursuant to 28 U.S.C. §§ 1441 and 1446.

3. The sole basis that General Dynamics asserted for this Court's jurisdiction over this

action pursuant to 28 U.S.C. § 1441 was "federal enclave jurisdiction."

**IMAGED** NOV 16 '04   **OFFICIAL FILE COPY**

4.      On July 16, 2004, Plaintiffs filed a Motion to Remand their action back to Maine state court.

5.      Plaintiffs filed a timely Notice of Opposition to the Conditional Transfer Order.

6.      On October 14, 2004, this Panel issued a Conditional Transfer Order directing that this action be transferred to the United States District Court for the Eastern District of Pennsylvania ("Transferee Court").

7.      Removal under 28 U.S.C. § 1446 requires the unanimous consent of all defendants prior to removal. *See Chicago, R. I. P. R. Co. v. Martin*, 178 U.S. 245, 248 (1900); *Murphy v. Newell Operating Co.*, 245 F. Supp. 2d 316 (D. Mass. 2003).

8.      "This 'rule of unanimity' requires that all defendants file their notice of removal or consent to removal within thirty days of being served [with the Complaint]." *Murphy*, 245 F. Supp. 2d at 318.

9.      The failure of all defendants to file such a Notice or Consent in the requisite time period constitutes a defect in the removal procedure and alone constitutes grounds for remand. *See id.*

10.      The record in this action does not reflect that all Defendants filed a Notice of or Consent to Removal within thirty days of their being served with the Complaint in this action.  Indeed, the record does not reflect that any Defendant, with the exception of General Dynamics, filed a Notice of or Consent to Removal within the requisite time period.

11.      General Dynamics' removal of this action was procedurally therefore defective. *See id.*

12.      Moreover, substantively, this action lies outside the perimeter of jurisdiction granted to the Federal Judiciary by Art. III, § 2, of the Constitution of the United States.

13.     This is an action for an injury which arose in the State of Maine and which was brought under the laws of the State of Maine; it did not arise under the "Constitution, the Laws of the United States," or any other of the enumerated types of cases in Art. III, § 2.

14.     The foregoing issues concerning remand involve factual determinations unique to this action and have nothing in common with other cases pending in the Transferee Court.

15.     Contrary to 28 U.S.C. § 1407, transfer of this action would inconvenience the parties and witnesses and would not promote the just or efficient conduct of this action.

WHEREFORE, the Plaintiffs ask this Panel to vacate its Conditional Transfer Order to the extent that it affects this action.

Dated: November 12, 2004                          Respectfully submitted,


_____
James J. Bedortha, Esquire
David B. Rodes, Esquire
Jason T. Shipp, Esquire

GOLDBERG, PERSKY & WHITE, P.C.
1030 Fifth Avenue
Pittsburgh, PA 15219
(412) 471-3980

Terrance Duddy, Esquire
KELLY, REMMEL & ZIMMERMAN
53 Exchange Street
P.O. Box 597
Portland, ME 04112
(207) 775-1020

Attorneys for Plaintiffs

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 15 2004

**CERTIFICATE OF SERVICE**

FILED
CLERK'S OFFICE

I hereby certify that a copy of the foregoing Motion to Vacate Conditional Transfer Order was

served on those enumerated on the attached service list by first-class U.S. mail on the 12th day of

November, 2004.

_____

Jason T. Shipp, Esquire

RECEIVED
CLERK'S OFFICE
2004 NOV 15  P 1: 11
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**PANEL SERVICE LIST (Excerpted from CTO-237)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Gail Boston, et al. v. Eastern Refractories Co., Inc., et al.*, D. Maine, C.A. No. 2:04-122 (Judge George Z. Singal)

Michelle Allott
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

George F. Burns
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04101-5029

Joel Benedict Casey
Michael J. Pearce & Associates
Two Monument Square, 9th Floor
P.O. Box 108
Portland, ME 04112-0108

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Martica S. Douglas
Douglas, Denham, Buccina & Ernst
103 Exchange Street
P.O. Box 7108
Portland, ME 04112-7108

R. Terrance Duddy
Kelly, Remmel & Zimmerman
53 Exchange Street
P.O. Box 597
Portland, ME 04112

Jeffrey T. Edwards
Preti, Flaherty, Beliveau, et al.
One City Center
P.O. Box 9546
Portland, ME 04112

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Jon Haddow
Farrell, Rosenblatt & Russell
P.O. Box 738
Bangor, ME 04402

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Bruce B. Hochman
Lambert, Coffin, Rudman & Hochman
477 Congress Street, 14th Floor
P.O. Box 15215
Portland, ME 04112

Todd S. Holbrook
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Theodore H. Kirchner
Norman, Hanson & Detroy
P.O. Box 4600
Portland, ME 04112

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Jeffrey W. Peters
Preti, Flaherty, Beliveau, Pachios & Haley
One City Center
P.O. Box 9546
Portland, ME 04112

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John H. Rich, III
Perkins, Thompson, Hinckley & Keddy
One Canal Plaza
P.O. Box 426 DTS
Portland, ME 04112

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Peter J. Rubin
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04101

Michael E. Saucier
Thompson & Bowie
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Case MDL No. 875 Document 4399   Filed 11/15/04   Page 6 of 11

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Jason T. Shipp
Goldberg, Persky & White, PC
1030 Fifth Avenue
3rd Floor
Pittsburgh, PA 15219

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Elizabeth G. Stouder
Richardson, Whitman, Large & Badger
465 Congress St.
P.O. Box 9545
Portland, ME 04112

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

William L. Vickerson
Levenson, Vickerson & Beneman
P.O. Box 465
Portland, ME 04112

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Steven F. Wright
Wright & Associates
615 Congress Street
Suite 201
P.O. Box 4077
Portland, ME 04101

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES OF AMERICA**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

NOV 1 5 2004

FILED
CLERK'S OFFICE

IN RE ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

MDL-875

GAIL BOSTON and
ELIZABETH BOSTON,

C.A. No. 04-CV-122 (D. Me)

       Plaintiffs,

  v.

EASTERN REFRACTORIES CO., INC.,
et. al.,

       Defendants.

**BRIEF IN SUPPORT OF MOTION TO VACATE**
**CONDITIONAL TRANSFER ORDER**

**ARGUMENT**

28 U.S.C. § 1407 contemplates transfers which "will be for convenience of parties and witnesses and will promote just and efficient conduct" of actions.  These goals would be disserved by a transfer in this case.

Plaintiffs have straightforward, fact-specific, meritorious reasons that the case must be remanded.  No claim on which removal could be predicated has ever been asserted.

Because this action will probably come back to the state court for trial eventually, transfer would result in addition of a superfluous layer of procedural complexity, with no offsetting substantive or procedural benefit.  And because the issues raised by General Dynamics' removal and Plaintiffs' Motion to Remand are unique to this case, there is no economy of scale to be gained by transfer.

The Manual for Complex Litigation 3d § 31.131 (1995) relates that:

Matters such as motions . . . to remand, raising issues unique to the particular case, may be resolved before the panel acts on the motion to transfer. Sometimes the panel has concluded that it should delay its ruling on transfer until critical motions have been decided by the court in which the case is pending.

If the Panel is in doubt as to the justice or expediency of transfer, this case presents an appropriate occasion for such prudential deferral.

### CONCLUSION

For the foregoing reasons, the Panel should vacate its Conditional Transfer Order with respect to this case; or in the alternative, it should defer ruling on transfer until Plaintiffs' Motion to Remand is decided by the Transferor Court.

Dated: November 12, 2004

Respectfully submitted,

_____

James L. Bedortha, Esquire
David B. Rodes, Esquire
Jason T. Shipp, Esquire

GOLDBERG, PERSKY & WHITE, P.C.
1030 Fifth Avenue
Pittsburgh, PA 15219
(412) 471-3980

Terrance Duddy, Esquire
KELLY, REMMEL & ZIMMERMAN
53 Exchange Street
P.O. Box 597
Portland, ME 04112
(207) 775-1020

Attorneys for Plaintiffs

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 15 2004

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Brief in Support of Motion to Vacate Conditional

Transfer Order was served on those enumerated on the attached service list by first-class U.S. mail on

the 12th day of November, 2004.

_____
Jason T. Shipp, Esquire

RECEIVED
CLERK'S OFFICE

2004 NOV 15 P 1:17

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**PANEL SERVICE LIST (Excerpted from CTO-237)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Gail Boston, et al. v. Eastern Refractories Co., Inc., et al.*, D. Maine, C.A. No. 2:04-122 (Judge George Z. Singal)

Michelle Allott
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

George F. Burns
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04101-5029

Joel Benedict Casey
Michael J. Pearce & Associates
Two Monument Square, 9th Floor
P.O. Box 108
Portland, ME 04112-0108

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Martica S. Douglas
Douglas, Denham, Buccina & Ernst
103 Exchange Street
P.O. Box 7108
Portland, ME 04112-7108

R. Terrance Duddy
Kelly, Remmel & Zimmerman
53 Exchange Street
P.O. Box 597
Portland, ME 04112

Jeffrey T. Edwards
Preti, Flaherty, Beliveau, et al.
One City Center
P.O. Box 9546
Portland, ME 04112

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Jon Haddow
Farrell, Rosenblatt & Russell
P.O. Box 738
Bangor, ME 04402

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Bruce B. Hochman
Lambert, Coffin, Rudman & Hochman
477 Congress Street, 14th Floor
P.O. Box 15215
Portland, ME 04112

Todd S. Holbrook
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Theodore H. Kirchner
Norman, Hanson & Detroy
P.O. Box 4600
Portland, ME 04112

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Jeffrey W. Peters
Preti, Flaherty, Beliveau, Pachios &
Haley
One City Center
P.O. Box 9546
Portland, ME 04112

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John H. Rich, III
Perkins, Thompson, Hinckley &
Keddy
One Canal Plaza
P.O. Box 426 DTS
Portland, ME 04112

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Peter J. Rubin
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04101

Michael E. Saucier
Thompson & Bowie
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Jason T. Shipp
Goldberg, Persky & White, PC
1030 Fifth Avenue
3rd Floor
Pittsburgh, PA 15219

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Elizabeth G. Stouder
Richardson, Whitman, Large & Badger
465 Congress St.
P.O. Box 9545
Portland, ME 04112

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

William L. Vickerson
Levenson, Vickerson & Beneman
P.O. Box 465
Portland, ME 04112

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Steven F. Wright
Wright & Associates
615 Congress Street
Suite 201
P.O. Box 4077
Portland, ME 04101