

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 15 2004

FILED
CLERK'S OFFICE

LAW OFFICES

# Environmental Attorneys Group
P.C.



TELEPHONE (205) 326-1000
FACSIMILE (205) 326-1007

MARTIN K. BERKS*
*licensed in Alabama and Illinois

November 15, 2004

Request of Pltf. Vera Brown, etc., for an Extension of Time to
File Motion/Brief to Vacate CTO -- GRANTED TO AND
INCLUDING **NOVEMBER 22, 2004**
(cdm - 11/15/04)

<u>By facsimile 202-502-2888</u>
Michael J. Beck, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255,
 North Lobby
Washington, D.C. 20002-8004

PLEADING NO. 4311

Re: ***Vera Brown, etc. v. Crane Co., et al.*, S.D. Alabama, C.A. No. 1:04-575**
***(Judge Charles R. Butler, Jr.)***
**MDL Docket No. : 875**
***Asbestos Products Liability Litigation (No. VI)***
***CTO-237 – Tag Along Actions***

Dear Mr. Beck:

Thank you for accepting our Notice of Opposition to the proposed transfer of the above referenced matter. According to your letter of November 1, 2004, our Motion and Brief is due today, November 15, 2004. Unfortunately, we are unable to make this deadline, and I would ask that this letter serve as our application for an extension of time pursuant to Rule 6.2 to file our motion and brief to vacate the conditional transfer order.

I apologize for this late notice, but my office does not have a lot of experience with these matters and it was just this weekend when it was realized that this Deadline was upon us. We would request this extension for a number of professional, legal and personal reasons.

First, this matter was originally filed in the state court in Mobile Alabama and was removed, as apparently is so often the case, by the defendants. We believe that the Removal was improper and that the Court lacks subject matter jurisdiction. We have filed a Motion to Remand and the parties have briefed the issue. If the district court here in Alabama were to grant the Remand to state court, the transfer and all the work that the Clerk of the district court here will have to do and then your office must do in serving

HOMEWOOD EXECUTIVE CENTER 1900 28TH AVENUE SOUTH, SUITE 107 HOMEWOOD, ALABAMA 35209
Post Office Box 381403 Birmingham, Alabama 35238
www.eaglawyers.com

IMAGED NOV 16 '04 OFFICIAL FILE COPY

*Called Mr. Berks - left message cdm 11/15/04*

Case MDL No. 875   Document 4311   Filed 11/15/04   Page 2 of 2

MICHAEL J. BECK, CLERK OF THE PANEL
BROWN, ETC. V. CRANE CO., MDL-875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI),

2

Notice, and transferring the record will be for naught and the Record will have to be transferred back where it started.

A short extension of time to file our motion and brief could ultimately moot the issues before the Panel and serve both judicial economy and efficiency if in the interim our remand motion is granted. Additionally, the defendants do not suffer prejudice if the district court here has a chance to rule on the motion to remand back to state court before the matter is transferred.

Finally, personal and professional upheavals have collided in such a way and at such a time as to make meeting this deadline impossible. Again I apologize, but would request an additional 15 days in which to file our motion and brief. I will be glad to discuss this matter with you personally if you would like. If you have any questions, do not hesitate to contact me at either the above number or my cell phone (205) 567-2250. Thank you in advance for your consideration and assistance in this matter.

Kindest Regards,

Martin K. Berks