**MDL 875 -**

18064/04702/DPG/JRS

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) | MDL Docket No. 875 |
| This document relates to: | ) ) ) | JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |
| Law Firm of Cascino Vaughan | ) ) | NOV 1 6 2004 |
| United States District Court Northern District of Illinois | ) ) ) ) | FILED CLERK'S OFFICE |
| (See attached list of cases) | ) ) | |

**CORPORATE DISCLOSURE STATEMENT OF THE BOC GROUP, INC.**
**(f/k/a Airco, Inc.)**

The BOC Group, Inc. (f/k/a Airco, Inc.), by counsel, and pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation states that The BOC Group, Inc. is an indirect subsidiary of The BOC Group, plc, a foreign registrant for SEC purposes. The BOC Group, Inc., a Delaware corporation, is wholly owned by BOC, Inc., a Delaware corporation. BOC, Inc., a Delaware corporation, is wholly owned by BOC Group, Inc. (Nevada). BOC Group, Inc. (Nevada) is wholly owned by BOC Holdings. BOC Holdings is wholly owned by The BOC Group, plc, a foreign registrant for SEC purposes.

By: _____
One of the attorneys for defendant, THE BOC GROUP, INC. (f/k/a Airco, Inc.)

PLEADING NO. 4312

D. Patterson Gloor
Jeffrey R. Sandler
CASSIDAY, SCHADE & GLOOR, LLP
20 N. Wacker Drive, Suite 1040
Chicago, IL 60606
(312) 641-3100
6651554 JSANDLER:DSTRABAVY

IMAGED NOV 16 '04            **OFFICIAL FILE COPY**

## SCHEDULE OF CASES RELATING TO THIS MOTION

1. Doris **NEU**, individually, and as Special Administrator of the Estate of Earl G. NEU, deceased, vs. AIRCO/ THE BOC GROUP, HOBART BROTHERS COMPANY, and LINCOLN ELECTRIC COMPANY, et al; Case No. 98-CV-2734

2. Frank **PAULEY** vs. AIRCO/ THE BOC GROUP, LINCOLN ELECTRIC COMPANY, et al; Case No. 99-CV-5290