**MDL 875■**

18064/04702/DPG/JRS

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) ) ) ) | | MDL Docket No. 875 |
| This document relates to: ) ) | | JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |
| Law Firm of Cascino Vaughan ) ) | | NOV 1 6 2004 |
| United States District Court ) Northern District of Illinois ) ) | | FILED CLERK'S OFFICE |
| (See attached list of cases) ) | | |

PLEADING NO. 4313

### CORPORATE DISCLOSURE STATEMENT OF HOBART BROTHERS COMPANY

Hobart Brothers Company, a Delaware corporation, by counsel, and pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation states that Hobart Brothers Company, a Delaware corporation is wholly owned by Illinois Tool Works, Inc., a Delaware corporation.

By: _____
One of the attorneys for defendant,
HOBART BROTHERS COMPANY

D. Patterson Gloor
Jeffrey R. Sandler
CASSIDAY, SCHADE & GLOOR, LLP
20 N. Wacker Drive
Suite 1040
Chicago, IL 60606
(312) 641-3100

6651547 JSANDLER;DSTRABAVY

IMAGED NOV 16 '04    OFFICIAL FILE COPY

## SCHEDULE OF CASES RELATING TO THIS MOTION

1. Doris **NEU**, individually, and as Special Administrator of the Estate of Earl G. **NEU**, deceased, vs. AIRCO/ THE BOC GROUP, HOBART BROTHERS COMPANY, and LINCOLN ELECTRIC COMPANY, et al; Case No. 98-CV-2734

2. Frank **PAULEY** vs. AIRCO/ THE BOC GROUP, LINCOLN ELECTRIC COMPANY, et al; Case No. 99-CV-5290