JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL** **875**

NOV 2 3 2004

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY           MDL DOCKET NO. 875
LITIGATION (NO. VI)

CONDITIONAL TRANSFER ORDER (CTO-237) FILED OCTOBER 14, 2004.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CTO-237 TRANSFERRING
*DELANCEY V. CHICAGO INS.CO., ET AL*, CASE NO. 04-2355 FROM THE EASTERN
DISTRICT OF LOUISIANA TO THE EASTERN DISTRICT OF PENNSYLVANIA</u>

NOW INTO COURT, comes the Chicago Insurance Company, through undersigned

counsel, who opposes plaintiffs' Motion to Vacate Conditional Transfer Order 237 that transfers

*Delancey v. Chicago Insurance Company* from the Eastern District of Louisiana to the Eastern

District of Pennsylvania for the following reasons:

1.

Plaintiffs, Mary F. DeLancey and Dionne D. Hindman, filed the above titled action in the

Civil District Court for the Parish of Orleans, seeking damages for exposure to asbestos by an

employee of Gurtler, Hebert & Company, Inc., ("Gurtler Hebert"), naming the Chicago Insurance

Company, an alleged insurer of Gurtler Hebert, as the sole defendant. (*See* Plaintiffs' second

Petition for Damages in *Delancey v. Chicago Insurance Company*, attached hereto as Exhibit

"A").

**OFFICIAL FILE COPY**

IMAGED NOV 23 '04

RECEIVED
CLERK'S OFFICE

**2.**

Plaintiffs previously filed an identical action titled, *Delancey v. General Electric Co., et al*, in the Civil District Court for the Parish of Orleans, seeking the same damages for exposure to asbestos by the same employee of Gurtler, Hebert & Company, Inc., naming as a defendant, among others, a different insurer of Gurtler Hebert. (*See* Plaintiffs' first Petition for Damages in *Delancey v. General Electric Co., et al*, attached hereto as Exhibit "B").

**3.**

Plaintiffs' prior action, *Delancey v. General Electric Co., et al,* was removed to the United States District Court for the Eastern District of Louisiana and subsequently transferred by the Multidistrict Litigation Panel pursuant to CTO-232 to the Eastern District of Pennsylvania, where it is currently pending. (*See* Notice of Removal filed by General Electric Co., attached hereto as Exhibit "C"; *see also,* CTO-232, attached hereto as Exhibit "D").

**3.**

Plaintiffs' second action, *Delancey v. Chicago Insurance Company,* was also removed to the United States District Court for the Eastern District of Louisiana. (*See* Notice of Removal filed by the Chicago Insurance Co., attached hereto as Exhibit "E"). Plaintiffs timely filed a Motion to Remand that was set for hearing on October 6, 2004. (*See* Plaintiffs' Motion to Remand, attached hereto as Exhibit "F"). The District Court for the Eastern District of Louisiana has not yet rendered a decision on plaintiffs' Motion to Remand.

**4.**

On October 14, 2004, the Multidistrict Judicial Panel promulgated Conditional Transfer Order 237 ("CTO-237") transferring plaintiffs' second action, *Delancey v. Chicago Insurance Company,* to the Eastern District of Pennsylvania to be consolidated with plaintiffs' first action

and other similar asbestos actions.  (*See* Conditional Transfer Order 237, attached hereto as Exhibit "G").

### 5.

Plaintiffs timely filed a Notice of Opposition and thereafter filed a Motion to Vacate CTO-237.  (*See* Plaintiffs' Notice of Opposition, attached hereto as Exhibit "H"; *see also*, Plaintiffs' Motion to Vacate CTO-237, attached hereto as Exhibit "I").  Plaintiffs claim that this case should not be transferred because it will substantially delay the resolution of the jurisdictional issue and because the Eastern District of Louisiana should render the decision on plaintiffs' Motion to Remand because that court routinely resolves issues of Louisiana law.  (Ex. "I", ¶ VI).  In addition, plaintiffs assert that the transfer of this case deprives them of their rights to proceed in the forum of their choice.  (Ex. "I", ¶ VII).

### 6.

Plaintiffs' Motion to Vacate CTO-237 should be denied because a pending Motion to Remand to state court does not warrant delay in the transfer of a multidistrict case.

### 7.

Plaintiffs' Motion to Vacate CTO-237 should be denied because the transferee judge handles numerous similar cases and can easily rule on plaintiffs' Motion to Remand.

### 8.

Plaintiffs' Motion to Vacate CTO-237 should be denied because the transfer of this case does not deprive plaintiffs of their right to proceed in the forum of their choice.

WHEREFORE, the Chicago Insurance Company prays that plaintiffs' Motion to Vacate CTO-237 be denied and that this action be transferred to the Eastern District of Pennsylvania pursuant to Conditional Transfer Order 237 without any unnecessary interruptions or delays.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 2 3 2004

FILED
CLERK'S OFFICE

Respectfully submitted,

LABORDE & NEUNER

BEN L. MAYEAUX - 19042 - T.A.
MELISSA L. THERIOT - 22628
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
Telephone: 337/237-7000 Fax: 337/233-9450
**Attorneys for the Chicago Insurance
Company**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on the parties directly

involved in this action listed below, to the Clerk of Court for the United States District Court for

the Eastern District of Louisiana, and to the Clerk of Court for the United States District Court

for the Eastern District of Pennsylvania by U.S. Mail, postage prepaid, by hand or by fax, this

17th day of November, 2004.

COUNSEL

**Mary F. Delancey and Dionne D. Hindman**
**Through their Attorneys of Record:**
M.H. Gertler
Rodney P. Vincent
Jill D. Trahan
Gertler, Gertler, Vincent & Plotkin, LLP
127 Carondelet Street
New Orleans, LA 70130
Tel. No. (504) 581-6411

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 2 3 2004

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE ASBESTOS PRODUCTS LIABILITY**                    **MDL DOCKET NO. 875**
**LITIGATION (NO. VI)**

## CONDITIONAL TRANSFER ORDER (CTO-237) FILED OCTOBER 14, 2004.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AMENDED CERTIFICATE OF SERVICE

NOW INTO COURT, comes the Chicago Insurance Company, through undersigned

counsel, and amends the Certificate of Service attached to it's Opposition to Plaintiffs' Motion to

Vacate CTO-237 Transferring *Delancey v. Chicago Insurance Company, Case No. 04-2355* from

the Eastern District of Louisiana to the Eastern District of Pennsylvania as follows:

I hereby certify that the foregoing pleading has been served on the Clerk of Court for the

United States District Court for the Eastern District of Louisiana, the Clerk of Court for the

United States District Court for the Eastern District of Pennsylvania, and on the parties listed on

the attached panel service list, all by U.S. Mail, postage prepaid, by hand or by fax on this 22nd

day of November, 2004.

Respectfully submitted,

LABORDE & NEUNER

BEN L. MAYEAUX - 19042 - T.A.
MELISSA L. THERIOT - 22628
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
Telephone: 337/237-7000 Fax: 337/233-9450
**Attorneys for the Chicago Insurance
Company**

**PANEL SERVICE LIST (Excerpted from CTO-237)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Mary F. DeLancey, et al. v. Chicago Insurance Co.*, E.D. Louisiana, C.A. No. 2:04-2355
*Ralph Joseph Landry v. Northrop Grumman Ship Systems, Inc., et al.,*
E.D. Louisiana, C.A. No. 2:04-2574

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Brian C. Bossier
Blue Williams, LLP
3421 N. Causeway Boulevard
9th Floor
Metairie, LA 70002

Edward J. Cass
Gallagher, Sharp, Fulton &
Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
Suite 1000, The Bourse
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ben L. Mayeaux
Laborde & Neuner
P.O. Drawer 52828
1001 W. Pinhook Road
Suite 200
Lafayette, LA 70505

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Andrew L. Planche, Jr.
Planche, Maselli, Landry &
Parkerson, LLP
201 St. Charles Avenue
Suite 4240
New Orleans, LA 70170-4240

Louis L. Plotkin
Gertler, Gertler, Vincent & Plotkin
Gertler Building, 3rd Floor
127 Carondelet Street
New Orleans, LA 70130

John J. Repcheck
Marks, O'Neill, O'Brien &
Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli,
L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal
Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Gordon P. Wilson
Lugenbuhl, Wheaton, et al.
601 Poydras Street
Suite 2775
New Orleans, LA 70130

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 2 3 2004

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**In Re Asbestos Products Liability Litigation (No. VI)          MDL No. 875**

### Conditional Transfer Order 237

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF THE CHICAGO INSURANCE COMPANY'S
OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CTO-237 TRANSFERRING
*DELANCEY V. CHICAGO INS.CO.*, CASE NO. 04-2355 FROM THE EASTERN
DISTRICT OF LOUISIANA TO THE EASTERN DISTRICT OF PENNSYLVANIA**

### I. INTRODUCTION

Defendant, the Chicago Insurance Co., submits this memorandum in support of its

Opposition to plaintiffs' Motion to Vacate Conditional Transfer Order 237 ("CTO-237) that

transfers *Delancey v. Chicago Insurance Company,* Civil Action No. 04-2355 Section "I",

Magistrate Division 5, from the Eastern District of Louisiana to the Eastern District of

Pennsylvania to be coordinated or consolidated for pretrial proceedings with other related

asbestos actions previously transferred to Pennsylvania in accordance with MDL No. 875.

### II. BACKGROUND OF THE LITIGATION

On January 7, 2004, plaintiffs, Mary F. Delancey, and Dionne D. Hindman, individually

and on behalf of the Decedent, Ellis Delancey, filed suit in the Civil District Court for the Parish

of Orleans naming among others, Interstate Fire & Casualty Co., Inc., an alleged insurer of

Gurtler, Hebert & Co., Inc. (*See* Plaintiffs' first Petition for Damages, attached hereto as Exhibit

"B"). Plaintiffs alleged that during the late 1960's and 1970's, when the Decedent worked for

Gurtler, Hebert & Co., Inc., he was exposed to asbestos-containing material and breathed

asbestos fibers and harmful dusts. (*See* Ex. "B", ¶ ¶ 9, 10.) Plaintiffs' first action, *Delancey v.*

*General Electric Co., et al,* was removed to the United States District Court of the Eastern

District of Louisiana and subsequently transferred by the Multidistrict Litigation Panel to the

United States District Court for the Eastern District of Pennsylvania, pursuant to CTO-232. (*See*

General Electric Co.'s Notice of Removal without exhibits, attached hereto as Exhibit "C"; *see*

*also,* CTO-232, attached hereto as Exhibit "D"). *Delancey v. General Electric Co., et al* is

currently pending in Pennsylvania, Docket No. 875, *In Re Asbestos Products Liability Litigation*

*(No. VI)*, Civil Action No. 04-0431, District LAE, Division 2, and is assigned to Judge Charles

R. Weiner.

On July 12, 2004, Mary F. Delancey, and Dionne D. Hindman, individually and on behalf

of the Decedent, Ellis Delancey, filed an identical tag-along action, titled *Delancey v. Chicago*

*Insurance Company*, in the Civil District Court for the Parish of Orleans, naming the Chicago

Insurance Company, another alleged insurer of Gurtler, Hebert & Co., Inc., as the sole defendant.

(*See* Plaintiffs' second Petition for Damages, attached hereto as Exhibit "A"). In this second

action, the same plaintiffs allege again that during the late 1960's and early 1970's, the same

decedent inhaled and/or ingested asbestos fibers and harmful dusts when he worked for Gurtler,

Hebert & Co., Inc. (*See* Ex. "A", ¶ ¶ 2, 4).

The Chicago Insurance Company removed plaintiffs' second action to the Eastern District

of Louisiana, Civil Action No. 04-2355, Section "I", Magistrate Division 5. (*See* Chicago

Insurance Company's Notice of Removal, attached hereto as Exhibit "E"). Thereafter, the

2

Plaintiffs timely filed a Motion to Remand which was set for hearing on October 6, 2004. (*See* Plaintiffs' Motion to Remand, attached hereto as Exhibit "F"). The District Court has not yet rendered a decision on plaintiffs' Motion to Remand.

On October 14, 2004, the Multidistrict Litigation Panel promulgated Conditional Transfer Order 237 ("CTO-237") transferring *Delancey v. Chicago Insurance Company* from the Eastern District of Louisiana to the Eastern District of Pennsylvania. (*See* CTO-237, attached hereto as Exhibit "G"). Plaintiffs timely filed a Notice of Opposition and thereafter timely filed a Motion to Vacate CTO-237. (*See* Plaintiffs' Notice of Opposition, attached hereto as Exhibit "H"; *see also*, Plaintiffs' Motion to Vacate CTO-237, attached hereto as Exhibit "I"). In plaintiffs' Motion to Vacate CTO-237, they assert that the transfer of plaintiffs' second action should be denied because transfer of the case at this time would substantially delay the resolution of the jurisdictional issue and because the Eastern District of Louisiana should render the decision on the Motion to Remand because that court routinely resolves issues of Louisiana law. (Ex. "I", ¶ VI). In addition, plaintiffs assert that the transfer of this case deprives them of their right to proceed in the forum of their choice. (Ex. "I", ¶ VII).

The Chicago Insurance Company opposes Plaintiffs' Motion to Vacate CTO-237 because the Multidistrict Litigation Panel has held that delaying transfer of mulitidistrict litigation is not warranted in asbestos products liability litigation where the plaintiffs assert that transfer should be denied or deferred in order to permit resolution of pending motions to remand to state court. *In re Asbestos Products Liability Litigation (No. VI)*, 170 F.Supp.2d 1348 (J.P.M.L.2001). Moreover, the jurisprudence demonstrates that transferee judges who handle numerous similar cases are capable and can rule on motions to remand involving state law claims. *Moore v.*

3

*Wyeth-Ayerst Laboratories*, 236 F.Supp.2d 509 (D.Md. 2002).  Because this case has already

been removed to the Eastern District of Louisiana, the transfer of this case does not deprive the

plaintiffs of their right to proceed in the forum of their choice.  Therefore, plaintiffs' Motion to

Vacate should be denied and *Delancey v. Chicago Insurance Company* should be transferred to

the Eastern District of Pennsylvania pursuant to CTO-237 without any unnecessary interruptions

or delays.

### III.  LAW AND ARGUMENT

A.    **A Pending Motion To Remand to State Court Does Not Warrant Denying or
      Delaying Transfer Of A Multidistrict Case.**

The Multidistrict Judicial Panel has specifically noted that a pending Motion to Remand a

case to state court does not warrant denying or delaying the transfer of a multidistrict case.  *In re*

*Asbestos Products Liability Litigation (No. VI)*, 170 F.Supp.2d 1348, 1349 ((J.P.M.L.2001).

Because there is a lag of time between the filing of an action, its identification as a potential tag-

along action, and the issuance of a conditional transfer order, those courts wishing to address

motions to remand to state court have an adequate time in which to do so.  *Id.* at FN 1.  Likewise,

those courts concluding that such issues should be addressed by the transferee judge need not

rule on such motions and may defer them to the transferee judge.  *Id.*  Therefore, a § 1407

transfer in MDL-875 should not be interrupted or delayed because a Motion to Remand to state

court is pending.  *Id.*

In this case, the District Court has had adequate time to address plaintiffs' Motion to

Remand.  Plaintiffs' Motion to Remand was timely filed on September 20, 2004, and set for

hearing on October 6, 2004.  (Ex. "F").  To date, no decision on plaintiffs' Motion to Remand

has been rendered by the District Court.  Accordingly, it is questionable whether the District

Court wishes to defer ruling on plaintiffs' Motion to Remand to the transferee judge pending

transfer of this case pursuant to CTO-237.  Because a pending motion to remand does not

warrant delay or denial of the transfer of a case, the transfer of plaintiffs' tag-along action

pursuant to 28 U.S.C.A. § 1407 in CTO-237 should continue without any unnecessary

interruption or delay.

**B.      The Transferee Judge Handles Numerous Similar Cases And Can Easily Rule On Plaintiffs' Motion To Remand.**

The jurisprudence demonstrates that a transferee judge who handles numerous similar

cases is capable of ruling on motions to remand involving state law issues.  *In re Franklin*

*National Bank Securities Litigation*, 393 F.Supp.1093,1095 (J.P.M.L.2002).  Allowing a

transferee judge to rule on a motion to remand provides for consistent treatment of similar issues

and promotes just results in similar actions.  *Id.*

The jurisdictional issue regarding application of direct action statutes, that is in question

in this case, is easily capable of arising in many cases in district courts throughout the nation.

Because this action is identical to plaintiffs' first action and similar to other Louisiana actions

already transferred to the Eastern District of Pennsylvania, that issue involves common questions

of law and fact with other asbestos cases pending in the Eastern District of Pennsylvania.  Once

transferred, the plaintiffs' jurisdictional objections can be resolved by a single transferee judge in

a single court and reviewed at the appellate level in due course.  Therefore, consistency as well as

economy is served by transferring *Delancey v. Chicago Insurance Company* to the Eastern

District of Pennsylvania pursuant to CTO-237 without any unnecessary interruptions or delays.

**C.    Transfer Of This Case To The Eastern District Of Pennsylvania Does Not Deny Plaintiffs Their Choice Of Forum.**

While the plaintiffs claim that the transfer of this case will deprive them of their right to proceed in the forum of their choice, plaintiffs' claim is clearly incorrect. (Ex. "I", ¶ VII). Despite plaintiffs' choice to file suit in the Civil District Court of Orleans Parish, the defendants have properly removed this case to the United States District Court for the Eastern District of Louisiana. (Ex. "E"). Because this action is pending in the Eastern District of Louisiana and is not in a forum chosen by the plaintiffs, the transfer of this case to the Eastern District of Pennsylvania does not deprive the plaintiffs of their right to proceed in the forum of their choice. Likewise, once transferred to the Eastern District of Pennsylvania, plaintiffs' jurisdictional objections can be heard and resolved by a single court and reviewed at the appellate level in due course. As a result, the transfer of this case to the Eastern District of Pennsylvania does not deprive the plaintiffs of any right to proceed in the forum of their choice.

## IV.  CONCLUSION

For the foregoing reasons, defendant, the Chicago Insurance Co., respectfully requests that this Panel deny plaintiffs' Motion to Vacate CTO-237 and proceed with the transfer of *Delancey v. Chicago Insurance Company* to the Eastern District of Pennsylvania pursuant to CTO-237 for consolidated or coordinated pretrial proceedings with *Delancey v. General Electric Co., et al* and other related asbestos actions previously transferred to Pennsylvania pursuant to MDL No. 875.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 2 3 2004

FILED
CLERK'S OFFICE

Respectfully submitted,

LABORDE & NEUNER

BEN L. MAYEAUX - 19042 - T.A.
MELISSA L. THERIOT - 22628
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
Telephone:  337/237-7000
Fax:  337/233-9450
**Attorneys for the Chicago Insurance
Company**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on the parties directly

involved in this action listed below, to the Clerk of Court for the United States District Court for

the Eastern District of Louisiana, and to the Clerk of Court for the United States District Court

for the Eastern District of Pennsylvania by U.S. Mail, postage prepaid, by hand or by fax, this

17th day of November, 2004.

COUNSEL

**Mary F. Delancey and Dionne D. Hindman
Through their Attorneys of Record:**
M.H. Gertler
Rodney P. Vincent
Jill D. Trahan
Gertler, Gertler, Vincent & Plotkin, LLP
127 Carondelet Street
New Orleans, LA 70130
Tel. No. (504) 581-6411

7

RECEIVED
CLERK'S OFFICE
2004 NOV 19 P 4:19
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

NO. 04-10064   DIVISION " "   D-16

MARY F. DELANCEY, and DIONNE D. HINDMAN
Individually and on behalf of Decedent, Ellis DeLancey

**VERSUS**

CHICAGO INSURANCE CO.

FILED: _____   _____
                                        **DEPUTY CLERK**

### PETITION FOR DAMAGES

The Petition of Mary F. Delancey, wife of decedent, Ellis DeLancey and of

Dionne D. Hindman, daughter of decedent, Ellis DeLancey, both persons of the full age

of majority and residents of the State of Louisiana, with respect represents:

1.

That defendant, Chicago Insurance Company, is a foreign insurance

corporation doing business in the State of Louisiana and the insurer of Gurtler, Hebert

& Company, Inc., a Louisiana corporation no longer in business whose principal place

of business when it was operating was in Orleans, Parish.

2.

That decedent, Ellis DeLancey, was employed by the Louisiana corporation

Gurtler, Hebert & Company, Inc. ("Gurtler, Hebert") during the late 1960s and early

1970s. Gurtler, Hebert ceased doing business in the 1990s. When operating, Gurtler,

Hebert's principal place of business was in Orleans Parish, State of Louisiana. Gurtler,

Hebert & Company, Inc. was in the construction business.

3.

That during the normal course of his employment with Gurtler, Hebert, the

decedent, Ellis DeLancey, was frequently and routinely exposed to asbestos-containing

materials, including but not limited to pipe covering insulation, block insulation,

gaskets, packing, cement and wallboard.

**EXHIBIT**

A

**4.**

That while decedent and his co-workers at Gurtler, Hebert used and handled these asbestos-containing materials extremely high levels of asbestos fibers and other harmful dusts escaped into the ambient atmosphere of the work place and were inhaled and/or ingested by decedent.

**5.**

That respirable asbestos fibers are very fine, hairlike particles (invisible to the naked eye) and when inhaled and/or ingested can cause serious disease, including malignant mesothelioma.

**6.**

That as a result of his inhalation and/or ingestion of asbestos fibers during his employment with Gurtler, Hebert, decedent, Ellis DeLancey, contracted mesothelioma, from which he died.

**7.**

Gurtler Hebert was aware or should have been aware of the dangerous condition presented by exposure to asbestos, and that decedent, Ellis DeLancey, would suffer from ill health effects, including but not limited to mesothelioma, as a result of this exposure, but they failed to inform him of the dangers to his health from exposure to asbestos fiber and other toxic substances.

**8.**

Gurtler Hebert had the responsibility of providing decedent, Ellis DeLancey, with a safe place to work and safety equipment with which to conduct his work; however, they failed to protect him from the dangers of asbestos.

**9.**

Gurtler Hebert, although decedent's employer, is not immune from tort liability under the Louisiana Workman's Compensation Act because at relevant exposure times, mesothelioma was not covered by the Act. Therefore, Gurtler Hebert and its insurer, Chicago Insurance Co., are liable for the following:

      a)    Failing to reveal to and knowingly concealing critical medical information from decedent, Ellis DeLancey;

    b)    Failing to reveal and knowingly concealing the inherent dangers in the use of asbestos, and other harmful substances in their operations;

    c)    Failing to provide adequate necessary protection to decedent, Ellis DeLancey;

    d)    Failing to provide clean, respirable air and proper ventilation;

    e)    Failing to obtain information regarding the hazards of exposure to asbestos and/or failing to disseminate such information to decedent, Ellis DeLancey;

    f).    Failing to provide proper respiratory protection to decedent, Ellis DeLancey;

    g.)    Failing to implement proper safety programs and procedures and to properly train employees, such as decedent, Ellis DeLancey, as to the methods and means of conducting work activities in a safe manner.

    h.)    Other acts which may be revealed at the trial of this matter.

Gurtler Hebert committed these acts knowing full well that decedent, Ellis DeLancey's injuries would follow or were substantially certain to follow.

### 10.

Defendant, Chicago Insurance Company is liable for the tortuous acts of Gurtler, Hebert arising from insurance coverage issued to Gurtler, Hebert during the period of time decedent was employed by Gurtler, Hebert.

### 11.

As a result of the aforementioned acts of Gurtler, Hebert, decedent, Ellis DeLancey, contracted malignant mesothelioma and died as a result thereof.

### 12.

Petitioners on behalf of decedent, Ellis DeLancey, are entitled to damages for the following: physical pain and suffering; mental pain and suffering; loss of enjoyment of life; reduction in life expectancy; medical expenses; increased costs of insurance and other expenses incurred as a result of his disease; and all other damages arising out of this action which may be shown at the trial of this matter.

### 13.

Petitioners on their own behalf are entitled to damages for loss of consortium, loss of love and affection, loss of support, loss of services, and for the mental pain and anguish which they endured from watching decedent, Ellis DeLancey, suffer and die

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA   70130
(504) 581-6411

from malignant mesothelioma.

WHEREFORE, petitioners, Mary F. DeLancey and Dionne D. Hindman, pray that the defendant named herein be duly cited to appear and answer, and that, after all due proceedings are had, there be judgment rendered herein in favor of petitioners and against defendant for all damages suffered by petitioners together with legal interest and all costs associated with the prosecution of this claim. Petitioners further pray for general and equitable relief.

Respectfully submitted,

GERTLER, GERTLER, VINCENT & PLOTKIN

M. H. GERTLER - 6036
RODNEY P. VINCENT - 13090
JILL D. TRAHAN - 19554
127-129 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-6411
ATTORNEYS FOR PETITIONERS

PLEASE SERVE:

CHICAGO INSURANCE CO.
Through the Louisiana Secretary of State
Baton Rouge, Louisiana

A TRUE COPY

DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

FILED

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA 2: 19

NO. 2003 18826          DIVISION CIVIL  H

DISTRICT COURT

### MARY F. DELANCEY, and DIONNE D. HINDMAN,
**Individually and on behalf of Decedent, Ellis DeLancey**

### VERSUS

### GENERAL ELECTRIC COMPANY; FOSTER WHEELER CORPORATION; GARLOCK, INC.; INTERSTATE FIRE & CASUALTY CO., INC. and GRAY & COMPANY, INC.

FILED: _____          _____
                                                   **DEPUTY CLERK**

### PETITION FOR DAMAGES

The Petition of Mary F. Delancey, wife of decedent, Ellis DeLancey and of Dionne D. Hindman, daughter of decedent, Ellis DeLancey, both persons of the full age of majority and residents of the State of Louisiana, with respect represents:

**1.**

That defendants, General Electric Company, Foster Wheeler Corporation and Garlock, Inc. are foreign corporations.

**2.**

Defendant, Interstate Fire & Casualty Co., Inc., is a foreign corporation and the insurer of Gurtler, Hebert & Company, Inc., a Louisiana corporation no longer in business whose principal place of business when it was operating was in Orleans, Parish.

**3.**

Defendant, Gray & Company, Inc., is a Louisiana corporation and the agent of an insurer of Gurtler, Hebert & Company, Inc., a Louisiana corporation no longer in business whose principal place of business when it was operating was in Orleans, Parish.

**4.**

That decedent, Ellis DeLancey, served in the U.S. Navy from approximately 1959 through 1963. During this time, he was stationed aboard the U.S.S. Herbert J. Thomas, where he worked as a boiler fireman.

GURTLER, GURTLER, VINCENT & FLOTEN, LLP
127-129 CAMPBELL STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

EXHIBIT

B

5.

That during the normal course of decedent's work while serving in the U.S. Navy, he was exposed frequently and routinely to the asbestos-containing components in boilers and turbines which were manufactured, distributed and/or sold by defendants, Foster Wheeler Corporation and General Electric Company. These boilers and turbines were used in the manner and for the purpose for which they were intended. These boilers and turbines were installed on the U.S.S. Herbert J. Thomas by shipyard personnel at Bath Ironworks in the same condition as when they left defendants' control and possession.

6.

That during the normal course of decedent's work while serving with the U.S. Navy, he was exposed frequently and routinely to asbestos-containing gaskets and packing which were manufactured, distributed and/or sold by defendant, Garlock, Inc. These asbestos-containing gaskets and packing were installed on the U.S.S. Herbert J. Thomas by shipyard personnel at Bath Ironworks and by U.S. Navy personnel, including the decedent, and were used in the manner and for the purpose for which these products were intended. These products were in the same condition as when they left the control and possession of defendant, Garlock, Inc.

7.

That while these asbestos-containing boilers, turbines, gaskets and packing were used and handled, extremely high levels of asbestos fibers and other harmful dusts escaped into the ambient atmosphere of the work place and were inhaled and/or ingested by decedent.

8.

That decedent, Ellis DeLancey, was employed by the Louisiana corporation Gurtler, Hebert & Company, Inc. ("Gurtler, Hebert") during the late 1960s and early 1970s. Gurtler, Hebert ceased doing business in the 1990s. When operating, Gurtler, Hebert's principal place of business was in Orleans Parish, State of Louisiana. Gurtler, Hebert & Company, Inc. was in the construction business.

GURTLER, GURTLER, VINCENT & PLOTKIN, LLP.
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

**9.**

That during the normal course of his employment with Gurtler, Hebert, the decedent, Ellis DeLancey, was frequently and routinely exposed to asbestos-containing materials, including but not limited to pipe covering insulation, block insulation, gaskets, packing, cement and wallboard.

**10.**

That while decedent and his co-workers at Gurtler, Hebert used and handled these asbestos-containing materials extremely high levels of asbestos fibers and other harmful dusts escaped into the ambient atmosphere of the work place and were inhaled and/or ingested by decedent.

**11.**

That respirable asbestos fibers are very fine, hairlike particles (invisible to the naked eye) and when inhaled and/or ingested can cause serious disease, including malignant mesothelioma.

**12.**

That as a result of his inhalation and/or ingestion of asbestos fibers during his service with the U. S. Navy and his employment with Gurtler, Hebert, decedent, Ellis DeLancey, contracted mesothelioma, from which he died on December 20, 2002.

**13.**

That the asbestos-containing boilers and turbines manufactured, distributed and/or sold by defendants, Foster Wheeler Corporation and General Electric Company, and the asbestos-containing gaskets and packing manufactured, distributed and/or sold by defendant, Garlock, Inc. were unreasonably dangerous in normal use and defective in design and composition. That defendants, Foster Wheeler Corporation, General Electric Company and Garlock, Inc., misrepresented the facts about the safety of said equipment and products and issued warranties in connection with their sale and marketing of said equipment and products which were breached. Further, that said defendants failed to warn decedent, Ellis DeLancey and/or other consumers of their products regarding the health hazards involved in the use of and exposure to their asbestos-containing equipment and products and failed to provide appropriate warnings and instructions regarding these asbestos-containing equipment

GERTLER GERTLER VINCENT & PLOTKIN LLP
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

and products. Furthermore, that said defendants deliberately concealed and/or failed to reveal information regarding the unreasonably dangerous nature of their asbestos-containing equipment and products.

### 14.

That as a result of the defective and unreasonably dangerous properties and composition of the asbestos-containing boilers, turbines, gaskets and packing manufactured, distributed and/or sold by defendants, Foster Wheeler Corporation, General Electric Company and Garlock, Inc., the decedent, Ellis DeLancey, inhaled and/or ingested asbestos fibers and dust and other harmful substances emitted by and through the normal use of said equipment and products, proximately causing his development of, and death from, mesothelioma. Plaintiffs further contend that said defendants are liable as a result of manufacturing, distributing and/or selling unreasonably dangerous equipment and products, and equipment and products which were defective in design, and composition, for breach of warranty and for failing to provide adequate and proper warnings and instructions regarding the health hazards associated with the defendants' asbestos-containing equipment and products. Further, that the defendants are liable for failing to substitute alternative safe, asbestos-free equipment and products.

### 15.

Gurtler Hebert was aware or should have been aware of the dangerous condition presented by exposure to asbestos, and that decedent, Ellis DeLancey, would suffer from ill health effects, including but not limited to mesothelioma, as a result of this exposure, but they failed to inform him of the dangers to his health from exposure to asbestos fiber and other toxic substances.

### 16.

Gurtler Hebert had the responsibility of providing decedent, Ellis DeLancey, with a safe place to work and safety equipment with which to conduct his work; however, they failed to protect him from the dangers of asbestos.

GERTLER, GERTLER, VINCENT & PLOTKIN, LLP
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA  70130
(504) 581-6411

17.

Gurtler Hebert, although decedent's employer, is not immune from tort liability under the Louisiana Workman's Compensation Act because at relevant exposure times, mesothelioma was not covered by the Act. Therefore, Gurtler Hebert and its insurers, are liable for the following:

a)   Failing to reveal to and knowingly concealing critical medical information from decedent, Ellis DeLancey;

b)   Failing to reveal and knowingly concealing the inherent dangers in the use of asbestos, and other harmful substances in their operations;

c)   Failing to provide adequate necessary protection to decedent, Ellis DeLancey;

d)   Failing to provide clean, respirable air and proper ventilation;

e)   Failing to obtain information regarding the hazards of exposure to asbestos and/or failing to disseminate such information to decedent, Ellis DeLancey;

f).   Failing to provide proper respiratory protection to decedent, Ellis DeLancey;

g.)   Failing to implement proper safety programs and procedures and to properly train employees, such as decedent, Ellis DeLancey, as to the methods and means of conducting work activities in a safe manner.

h.)   Other acts which may be revealed at the trial of this matter.

Gurtler Hebert committed these acts knowing full well that decedent, Ellis DeLancey's injuries would follow or were substantially certain to follow.

18.

Defendants, Interstate Fire & Casualty Co., Inc. and Gray & Company, are liable for the tortuous acts of Gurtler, Hebert arising from insurance coverage issued to Gurtler, Hebert during the period of time decedent was employed by Gurtler, Hebert.

19.

As a result of the aforementioned acts of negligence and strict liability of the named defendants and Gurtler Hebert, decedent, Ellis DeLancey, contracted malignant mesothelioma and died as a result thereof.

GERTLER, GERTLER, VINCENT & PLOTKIN LLP
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

**20.**

Petitioners on behalf of decedent, Ellis DeLancey, are entitled to damages for the following: physical pain and suffering; mental pain and suffering; loss of enjoyment of life; reduction in life expectancy; medical expenses; increased costs of insurance and other expenses incurred as a result of his disease; and all other damages arising out of this action which may be shown at the trial of this matter.

**21.**

Petitioners on their own behalf are entitled to damages for loss of consortium, loss of love and affection, loss of support, loss of services, and for the mental pain and anguish which they endured from watching decedent, Ellis DeLancey, suffer and die from malignant mesothelioma.

**22.**

All of the defendants named herein are jointly, severally and <u>in solido</u> liable to petitioners for the damages suffered as a result of decedent, Ellis DeLancey's contraction of malignant mesothelioma and his death therefrom.

WHEREFORE, petitioners, Mary F. DeLancey and Dionne D. Hindman, pray that the defendants named herein be duly cited to appear and answer, and that, after all due proceedings are had, there be judgment rendered herein in favor of petitioners and against defendants for all damages suffered by petitioners together with legal interest and all costs associated with the prosecution of this claim. Petitioners further pray for general and equitable relief.

Respectfully submitted,

GERTLER, GERTLER, VINCENT & PLOTKIN

M. H. GERTLER - 6036
RODNEY P. VINCENT - 13090
JILL D. TRAHAN - 19554
127-129 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-6411
ATTORNEYS FOR PETITIONERS

A TRUE COPY

DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

GERTLER, GERTLER, VINCENT & PLOTKIN, LLP
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARY F. DELANCEY, and DIONNE D. HINDMAN, Individually and on behalf of Decedent, Ellis DeLancey | * <br> * <br> *     CIVIL ACTION |
| Plaintiffs, | * <br> *     NO. |
| VERSUS | * <br> *     SECTION |
| GENERAL ELECTRIC COMPANY, FOSTER WHEELER CORPORATION, GARLOCK, INC., INTERSTATE FIRE & CASUALTY CO., INC., and GRAY & COMPANY, INC. | *     MAG. DIV. <br> * <br> * <br> * |
| Defendants. | * <br> * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>NOTICE OF REMOVAL</u>

TO:   THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN
        DISTRICT OF LOUISIANA

Defendant **GENERAL ELECTRIC COMPANY**, appearing herein through undersigned

counsel, while expressly reserving any and all defenses and exceptions available in state court

should this case be remanded, respectfully represents for its Notice of Removal, as follows:

1.

This suit was begun by Plaintiffs Mary F. DeLancey, *et al.* by the filing in the Civil

District Court in and for the Parish of Orleans, State of Louisiana, on or about December 19,

2003, of Plaintiffs' Petition for Damages naming as defendants General Electric Company,



EXHIBIT
C

Foster Wheeler Corporation, Garlock, Inc., Interstate Fire & Casualty Co., Inc., and Gray & Company, Inc. Said cause is currently pending and undetermined. The number of that action is 2003-18826, Division "H." A copy of the Petition for Damages is attached hereto as Exhibit A.

2.

General Electric Company was served with a copy of plaintiffs' Petition for Damages on January 14, 2004. This Notice of Removal has been filed within thirty (30) days of receipt by General Electric Company of information from which it could first ascertain that the cause is or has become removable. 28 U.S.C. § 1446(b). Defendant hereby reserves any and all rights to assert as defenses to plaintiffs' Petition for Damages all defenses permitted by Rule 12 of the Federal Rules of Civil Procedure as well as all other jurisdictional, procedural, and venue defenses, as well as all defenses to the merits of the action.

3.

No further proceedings have been had in the Civil District Court for the Parish of Orleans, State of Louisiana, as of the date of the filing of this removal.

4.

As required by 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon General Electric Company are being filed with this Notice of Removal. *See* Exhibit A.

5.

Based on the well-pleaded allegations of plaintiffs' Petition for Damages, removal is made pursuant to 28 U.S.C. §§ 1442 and 1446, and Rule 11 of the Federal Rules of Civil Procedure whereby this Court has subject matter jurisdiction to adjudicate claims with respect to persons acting under an officer or agency of the United States. The grounds for removal are more particularly stated as follows:

2

a.  Plaintiffs' allege in Paragraph 4 of their Petition for Damages that "decedent, Ellis DeLancey, served in the U.S. Navy from approximately 1959 through 1963. During this time, he was stationed aboard the U.S.S. Herbert J. Thomas, where he worked as a boiler fireman." Plaintiffs further allege in Paragraph 5 that "during the normal course of decedent's work while serving in the U.S. Navy, he was exposed frequently and routinely to the asbestos-containing components in boilers and turbines which were manufactured, distributed and/or sold by defendants, Foster Wheeler Corporation and General Electric Company. . . . These boilers and turbines were installed on the U.S.S. Herbert J. Thomas by shipyard personnel at Bath Ironworks in the same condition as when they left defendants' control and possession."

b.  This action involves a person, i.e., General Electric Company, that acted under the authority of an officer or agency of the United States, within the meaning of 28 U.S.C. § 1441(a)(1). *Mesa v. California*, 109 S.Ct. 959, 489 U.S. 121, 103 L.Ed.2d 99 (1989).

c.  As recognized in *Boyle v. United States*, 108 S.Ct. 2510, 487 U.S. 500, 101 L.Ed.2d 442 (1988), General Electric Company has, *inter alia*, a federal defense to this action, i.e., government contractor immunity from liability for injuries arising from any exposure to asbestos related to turbines on board U.S. Navy vessels, insofar as the turbines were manufactured or repaired by General Electric Company. *Accord Carley v. Wheeled Coach*, 991 F.2d 1117 (3rd Cir. 1993); *Kleeman v. McDonnell Douglas Corp.*, 890 F.2d 698 (4th Cir. 1989); *Garner v. Santoro*, 865 F.2d 629 (5th Cir. 1991). Removal of this action pursuant to 28

3

U.S.C. § 1442(a)(1) is proper. *Williams v. Brooks*, 945 F.2d 1322 (5th Cir. 1991); *Fung v. Abex Corp., et al.*, 816 F.Supp. 569 (N.D.Cal. 1992).

d.     The federal officer removal statute is neither narrow nor limited, and it should not be frustrated by a narrow or grudging interpretation of section 1442(a)(1). *Willingham v. Morgan*, 89 S.Ct. 1813, 395 U.S. 402, 23 L.Ed.2d 396 (1960).

e.     General Electric Company is not required to notify and obtain consent of any other defendant in this action in order to remove plaintiffs' action as a whole under 28 U.S.C. § 1442(a)(1). *Ely Valley Mines, Inc. v. Hartford Accident Indemnity Co.*, 644 F.2d 1310 (9th Cir. 1981); *National Audubon Society v. Department of Water & Power of the City of Los Angeles*, 496 F.Supp. 499 (E.D.Cal. 1980).

6.

Alternatively, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, General Electric Company removes this case from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, on the following grounds:

a.     This Court has original diversity jurisdiction over this action as provided in 28 U.S.C. § 1332(a) and (c) since the citizenship of all properly joined parties is diverse, and the amount in controversy is in excess of $75,000.00. General Electric Company is thus entitled to remove this action to the District Court in accordance with 28 U.S.C. § 1441(a).

b.     Each of the plaintiffs is a citizen of the State of Louisiana for purposes of 28 U.S.C. § 1332. *See* Exhibit A, introductory paragraph.

4

c.   Defendant General Electric Company, alleged in the Petition for Damages to be a foreign defendant, is a New York corporation, with its principal place of business in New York.  Thus, General Electric Company is not a citizen of Louisiana for purposes of 28 U.S.C. § 1332.

d.   Defendant Foster Wheeler Corporation, alleged in the Petition for Damages to be a foreign defendant, is a Delaware corporation, with its principal place of business in New Jersey.  Thus, Foster Wheeler Corporation is not a citizen of Louisiana for purposes of 28 U.S.C. § 1332.

e.   Defendant Garlock, Inc., alleged in the Petition for Damages to be a foreign defendant, is a Delaware corporation, with its principal place of business in New York.  Thus, Garlock, Inc. is not a citizen of Louisiana for purposes of 28 U.S.C. § 1332.

f.   Defendant Interstate Fire & Casualty Co., Inc., alleged in the Petition for Damages to be a foreign defendant and the insurer of Gurtler, Hebert & Company, Inc., is an Illinois corporation, with its principal place of business in Illinois.   The insured, Gurtler, Hebert & Company, Inc. was a Louisiana corporation, but its corporate charter was revoked on August 18, 1998 and, accordingly, is not a citizen of the State of Louisiana.  Thus, Interstate Fire & Casualty Co., Inc. is not a citizen of Louisiana for purposes of 28 U.S.C. § 1332.

g.   Defendant Gray & Company, Inc. alleged in the Petition for Damages to be a Louisiana corporation and the agent of an insurer of Gurtler, Hebert & Company, Inc. has been fraudulently joined because there is no possibility of recovery

5

against it.  Thus, Gray & Company, Inc.'s citizenship should be disregarded for purposes of removal.

h.      As reflected in the Consent to Removal forms attached hereto, each of the properly joined defendants in this action consents to the removal of this action.

i.      This action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) because, as set forth above, none of the properly joined defendants are citizens of Louisiana, the State in which this action was brought.

j.      The amount in controversy in this action exceeds $75,000.00.  The plaintiffs are seeking, on behalf of decedent, "damages for the following: physical pain and suffering; mental pain and suffering; loss of enjoyment of life; reduction in life expectancy; medical expenses; [and] increased costs of insurance and other expenses as a result of his disease."  The decedent is alleged to have died from malignant mesothelioma.  Plaintiffs also are seeking damages on their own behalf "for loss of consortium, loss of loss and affection, loss of support, loss of services, and for the mental pain and anguish which they endured from watching decedent, Ellis DeLancey, suffer and die from malignant mesothelioma."  Therefore, plaintiffs' claims, as pleaded, clearly exceed the jurisdictional minimum of 28 U.S.C. § 1332.

7.

Pursuant to 28 U.S.C. § 1446(d), General Electric Company will file a copy of this notice of Removal with the Clerk of Court of the Civil District Court for the Parish of Orleans, State of Louisiana, and will serve a copy of the same on counsel for plaintiffs.

8.

General Electric Company reserves the right to amend or supplement this Notice of Removal.

Respectfully submitted,

**LEMLE & KELLEHER, L.L.P.**

Benj. R. Slater, III, T.A. - 12127
G. Lee Henman, Jr. - 26331

By ~ slut ~

Pan-American Life Center, 21ˢᵗ Floor
601 Poydras Street
New Orleans, Louisiana 70130
(504) 586.1241
**ATTORNEYS FOR DEFENDANT
GENERAL ELECTRIC COMPANY**

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing Notice of Removal has been served on all counsel of record, by depositing a copy of same in the United States mail, properly addressed, first class postage prepaid, this 13 day of February 2004.

By ~ slut ~

7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

MARY F. DELANCEY, and DIONNE D. HINDMAN,   \*
Individually and on behalf of Decedent, Ellis DeLancey   \*

            \*    CIVIL ACTION

         Plaintiffs,              \*

            \*    NO.

VERSUS                  \*

            \*    SECTION

GENERAL ELECTRIC COMPANY, FOSTER    \*
WHEELER CORPORATION, GARLOCK, INC.,     \*    MAG. DIV.
INTERSTATE FIRE & CASUALTY CO., INC., and   \*
GRAY & COMPANY, INC.              \*

         Defendants.         \*

                                          \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSENT TO REMOVAL

     Defendant Foster Wheeler ~~Corporation~~ *LLC*, through undersigned counsel, hereby joins in the

Notice of Removal filed herein by General Electric Company on February 13, 2004, and further

consents to removal of the above-captioned action to this Court as if Foster Wheeler ~~Corporation~~ *LLC*

had executed the aforementioned Notice as a joint petitioner.

                    Respectfully submitted,

                    _____
                    Lynn Luker - 8935
                    LYNN LUKER & ASSOCIATES, L.L.C.
                    3433 Magazine Street
                    New Orleans, Louisiana 70115
                    (504) 525.5500
                    **ATTORNEYS FOR FOSTER WHEELER**
                    **~~CORPORATION~~** *LLC*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

MARY F. DELANCEY, and DIONNE D. HINDMAN,
Individually and on behalf of Decedent, Ellis DeLancey

Plaintiffs,

VERSUS

GENERAL ELECTRIC COMPANY, FOSTER
WHEELER CORPORATION, GARLOCK, INC.,
INTERSTATE FIRE & CASUALTY CO., INC., and
GRAY & COMPANY, INC.

Defendants.

\*     CIVIL ACTION
\*
\*     NO.
\*
\*     SECTION
\*
\*     MAG. DIV.
\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSENT TO REMOVAL

Defendant Garlock, Inc., through undersigned counsel, hereby joins in the Notice of Removal filed herein by General Electric Company on February 13, 2004, and further consents to removal of the above-captioned action to this Court as if Garlock, Inc. had executed the aforementioned Notice as a joint petitioner.

Respectfully submitted,

AULTMAN, TYNER, & RUFFIN, LTD.

Glenn L. M. Swetman (21904)
Troy N. Bell (20099)
Jeanette S. Riggins (27056)
Maria C. Pardo (27852)
John E. Unsworth, III (26738)
400 Poydras Street, Suite 1900
New Orleans, LA 70130
(504) 528-9616
ATTORNEYS FOR GARLOCK, INC.

Thomas W. Tyner
MS Bar Association No. 8170
315 Hemphill Street
P. O. Drawer 750
Hattiesburg, MS 39403-0750
(601) 583-2671

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARY F. DELANCEY, and DIONNE D. HINDMAN, Individually and on behalf of Decedent, Ellis DeLancey | * * * | |
| | * | CIVIL ACTION |
| Plaintiffs, | * * | NO. |
| VERSUS | * | |
| | * | SECTION |
| GENERAL ELECTRIC COMPANY, FOSTER WHEELER CORPORATION, GARLOCK, INC., INTERSTATE FIRE & CASUALTY CO., INC., and GRAY & COMPANY, INC. | * * * * | MAG. DIV. |
| | * | |
| Defendants. | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSENT TO REMOVAL

Defendant Interstate Fire & Casualty Co., Inc., through undersigned counsel, hereby joins

in the Notice of Removal filed herein by General Electric Company on February 13, 2004, and

further consents to removal of the above-captioned action to this Court as if Interstate Fire &

Casualty Co., Inc. had executed the aforementioned Notice as a joint petitioner.

Respectfully submitted,

Ben L. Mayeaux
Laborde & Neuner
1001 West Pinhook Road, Suite 200
Lafayette, Louisiana 70505
(337) 237.7000
**ATTORNEYS FOR INTERSTATE FIRE & CASUALTY CO., INC.**

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge D Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr
United States District Court
Northern District of Indiana

Judge Kathryn H Vratil
United States District Court
District of Kansas

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax·          [202] 502-2888

http://www.jpml.uscourts.gov

April 15, 2004

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Re:  MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

(See Attached Schedule CTO-232)

Dear Mr. Kunz:

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule on March 30, 2004. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By
Deputy Clerk

Attachments

cc:    Transferee Judge:     Judge Charles R. Weiner
       Transferor Judges:    (See Attached List of Judges)
       Transferor Clerks:    (See Attached List of Clerks)

JPML Form 38

EXHIBIT
D

A CERTIFIED TRUE COPY

APR 1 5 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**U S DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA

FILED    **MAY 2 4 2004**

**LORETTA G. WHYTE**
CLERK
*DOCKET NO. 875*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 3 0 2004

FILED
CLERK'S OFFICE

4040

## *JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

# *IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

04-431 F
**F I L E D**

## *(SEE ATTACHED SCHEDULE)*

AUG 1 0 2004

### *CONDITIONAL TRANSFER ORDER (CTO-232)*

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clk

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  Since that time, 77,773 additional actions have been transferred to the Eastern District of Pennsylvania.  With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania.  The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

___ Fee _____
___ Process ____
X  Dktd _____
___ CtRmDep ___
___ Doc. No. ____

**FOR THE PANEL:**

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 1 5 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

A TRUE COPY

DATED: 05/19/04

ATTEST:
DEPUTY CLERK, UNITED
EASTERN DISTRICT OF

### SCHEDULE CTO-232 - TAG ALONG CASES
### DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

<u>DISTRICT  DIV. CIVIL ACTION#</u>

**FLORIDA SOUTHERN**

| | | | |
|---|---|---|---|
| FLS | 0 | 03-62024 | Joseph Brenner, et al. v. American Honda Motor Co., Inc., et al. |
| FLS | 1 | 03-22424 | Milton Triefler v. Briggs Stratton Corp., et al. |
| FLS | 1 | 03-22885 | Marion Daniels v. Borg-Warner Corp., et al. |

**INDIANA NORTHERN**

| | | | |
|---|---|---|---|
| INN | 2 | 03-75 | Rosie Thomas, etc. v. AGA Gas, Inc., et al. |
| INN | 2 | 03-494 | Raymond Webb v. A.W. Chesterton Co., et al. |

**LOUISIANA EASTERN**

| | | | |
|---|---|---|---|
| ~~LAE~~ | ~~2~~ | ~~04-430~~ | ~~Andrew S. Fink v. Todd Shipyards Corp., et al.~~  Opposed 4/13/04 |
| LAE | 2 | 04-431 | Mary F. Delancey, et al. v. General Electric Co., et al. |

**MISSISSIPPI NORTHERN**

| | | | |
|---|---|---|---|
| ~~MSN~~ | ~~3~~ | ~~03-236~~ | ~~Lemon Covington, et al. v. Garlock Sealing Technologies, LLC, et al.~~  Vacated 4/9/04 |

**MISSISSIPPI SOUTHERN**

| | | | |
|---|---|---|---|
| MSS | 1 | 03-845 | Edward H. Jones, et al. v. A.O. Smith Corp., et al. |
| MSS | 1 | 04-46 | Billy N. Alexander, et al. v. Minnesota Mining & Manufacturing Co., et al. |

**NORTH CAROLINA MIDDLE**

| | | | |
|---|---|---|---|
| NCM | 1 | 04-162 | Charles Brooks, Sr., et al. v. Anchor Packing Co., et al. |

**NORTH CAROLINA WESTERN**

| | | | |
|---|---|---|---|
| NCW | 1 | 04-26 | Norma W. Morgan, etc. v. Aventis CropScience USA, Inc., et al. |

**NEW YORK EASTERN**

| | | | |
|---|---|---|---|
| NYE | 1 | 04-18 | Michael Rhodes, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-19 | Robert F. Reed v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-156 | Homer Claude Money, Sr. v. Burns International Services Corp., et al. |
| NYE | 1 | 04-337 | Henry Duke, et al. v. A.W. Chesterton Co., et al. |

**NEW YORK SOUTHERN**

| | | | |
|---|---|---|---|
| NYS | 1 | 03-9922 | John P. Toth v. United States Lines, Inc., Reorganization Trust |
| NYS | 1 | 04-287 | John E. Ralston, Jr. v. United States Lines, Inc., Reorganization Trust |
| NYS | 1 | 04-288 | Willard E. Bartel, et al. v. United States Lines, Inc., Reorganization Trust |
| NYS | 1 | 04-289 | Willard E. Bartel, et al. v. United States Lines, Inc., Reorganization Trust |

**OHIO NORTHERN**

| | | | |
|---|---|---|---|
| OHN | 1 | 04-10001 | John P. Toth v. Alcoa Steamship Co., Inc., et al. |
| OHN | 1 | 04-10002 | Willard E. Bartel, et al. v. A C Product Liability Trust, et al. |
| OHN | 1 | 04-10003 | William A. Wiitala v. A C Product Liability Trust, et al. |
| OHN | 1 | 04-10004 | Manolo B. Moneda v. A C Product Liability Trust, et al. |
| OHN | 1 | 04-10005 | Jesus B. Balbuera v. A C Product Liability Trust, et al. |
| OHN | 1 | 04-10006 | George V. Patterson v. A C Product Liability Trust, et al. |
| OHN | 1 | 04-10007 | Frank Paneblanco v. A C Product Liability Trust, et al. |
| OHN | 1 | 04-20001 | Melvin D. Creque v. Flintkote Co. |
| OHN | 1 | 04-20002 | William Agate, et al. v. 3M Co., et al. |

SCHEDULE FOR CTO-232 - TAG-ALONG CASES  MDL 875 (Cont.)

**DISTRICT  DIV. CIVIL ACTION#**

**SOUTH CAROLINA**

| | | | |
|---|---|---|---|
| SC | 2 | 02-1217 | Alex F. Moore, Sr., et al. v. Amchem Products, Inc., et al. |
| SC | 2 | 04-95 | William F. Davey v. Owens-Illinois, Inc., et al. |
| SC | 2 | 04-96 | James D. Bond, et al. v. Owens-Illinois, Inc., et al. |
| SC | 2 | 04-97 | Jack B. Webber, et al. v. Owens-Illinois, Inc., et al. |
| SC | 2 | 04-133 | Robert P. Baker, Sr. v. Owens-Illinois, Inc., et al. |

**TEXAS NORTHERN**

| | | | |
|---|---|---|---|
| TXN | 3 | 03-2999 | Billy Edward Aldridge, et al. v. Crane Co., Inc. |

**TEXAS SOUTHERN**

| | | | |
|---|---|---|---|
| ~~TXS~~ | ~~2~~ | ~~03-555~~ | ~~David Ray Amason, et al. v. America Optical Corp., et al.~~  Opposed 4/15/04 |
| TXS | 3 | 04-40 | Rodney Anderson v. Ford Motor Co., et al. |
| TXS | 4 | 04-248 | Thomas Threatt, et al. v. CSX Transportation, Inc. |
| TXS | 4 | 04-256 | Bernard Dollar, et al. v. CSX Transportation, Inc. |
| TXS | 4 | 04-257 | Thelma Moore v. CSX Transportation, Inc. |
| TXS | 4 | 04-258 | Elijah Rivers, et al. v. CSX Transportation, Inc. |

**VIRGINIA EASTERN**

| | | | |
|---|---|---|---|
| VAE | 2 | 04-7652 | Bruce G. Brembry v. AC&S, Inc., et al. |
| VAE | 2 | 04-7660 | Robert E. West v. AC&S, Inc., et al. |
| VAE | 2 | 04-7667 | Virgil C. Arnold v. American Standard, et al. |
| VAE | 2 | 04-7668 | Charles W. Jensen v. American Standard, et al. |
| VAE | 2 | 04-7669 | Earl H. Bohm v. American Standard, et al. |
| VAE | 2 | 04-7670 | Delbert Dial v. American Standard, et al. |
| VAE | 2 | 04-7671 | George C. Ross v. American Standard, et al. |
| VAE | 2 | 04-7672 | William H. Conant v. American Standard, et al. |
| VAE | 2 | 04-7673 | James W. Gochenour v. American Standard, et al. |
| VAE | 2 | 04-7674 | Muriel M. Heath v. American Standard, et al. |
| VAE | 2 | 04-7675 | Robert V. Thomas v. American Standard, et al. |
| VAE | 2 | 04-7676 | Paul I. Anderson v. American Standard, et al. |
| VAE | 2 | 04-7677 | Floyd L. Babbitt v. American Standard, et al. |
| VAE | 2 | 04-7678 | Bowen C. Blair v. American Standard, et al. |
| VAE | 2 | 04-7679 | Allen M. Bousman v. American Standard, et al. |
| VAE | 2 | 04-7680 | George L. Buchta v. American Standard, et al. |
| VAE | 2 | 04-7681 | Todd J. Bunn v. American Standard, et al. |
| VAE | 2 | 04-7682 | C. E. Champneys v. American Standard, et al. |
| VAE | 2 | 04-7683 | Gary D. Clawson v. American Standard, et al. |
| VAE | 2 | 04-7684 | Tracy E. Crews v. American Standard, et al. |
| VAE | 2 | 04-7685 | William Dagendesh v. American Standard, et al. |
| VAE | 2 | 04-7686 | Ernest G. Dahmer v. American Standard, et al. |
| VAE | 2 | 04-7687 | Lino De Leon, Sr. v. American Standard, et al. |
| VAE | 2 | 04-7688 | Harold L. Dilley v. American Standard, et al. |
| VAE | 2 | 04-7689 | John C. Dobson v. American Standard, et al. |
| VAE | 2 | 04-7690 | John W. Fly v. American Standard, et al. |
| VAE | 2 | 04-7691 | Arthur E. Frazier v. American Standard, et al. |
| VAE | 2 | 04-7692 | Robert E. Freeman v. American Standard, et al. |
| VAE | 2 | 04-7693 | Joe L. Fuller v. American Standard, et al. |
| VAE | 2 | 04-7694 | Roy L. Gage v. American Standard, et al. |
| VAE | 2 | 04-7695 | Marvin L. Gritton v. American Standard, et al. |

SCHEDULE FOR CTO-232 - TAG-ALONG CASES  MDL 875 (Cont.)                    PAGE 3 OF 3

## DISTRICT  DIV. CIVIL ACTION#

| DISTRICT | DIV. | CIVIL ACTION# | |
|---|---|---|---|
| VAE | 2 | 04-7696 | George W. Hoffman v. American Standard, et al. |
| VAE | 2 | 04-7697 | Weldon D. Johnson v. American Standard, et al. |
| VAE | 2 | 04-7698 | Lerry Lyons v. American Standard, et al. |
| VAE | 2 | 04-7699 | Lawrence McCullough v. American Standard, et al. |
| VAE | 2 | 04-7700 | Donnie G. Parlier v. American Standard, et al. |
| VAE | 2 | 04-7701 | Carlton E. Pugh v. American Standard, et al. |
| VAE | 2 | 04-7702 | Everett W. Reeder v. American Standard, et al. |
| VAE | 2 | 04-7703 | John W. Reiley v. American Standard, et al. |
| VAE | 2 | 04-7704 | Dale L. Rogers v. American Standard, et al. |
| VAE | 2 | 04-7705 | Kenneth K. Skoog v. American Standard, et al. |
| VAE | 2 | 04-7706 | Robert L. Smith v. American Standard, et al. |
| VAE | 2 | 04-7707 | Henry A. Sokolosky v. American Standard, et al. |
| VAE | 2 | 04-7708 | Guy V. Tanner v. American Standard, et al. |
| VAE | 2 | 04-7709 | Thomas Thomas v. American Standard, et al. |
| VAE | 2 | 04-7710 | Leo W. Waisanen v. American Standard, et al. |
| VAE | 2 | 04-7711 | George W. Walling v. American Standard, et al. |
| VAE | 2 | 04-7712 | James Watson v. American Standard, et al. |
| VAE | 2 | 04-7713 | Ernest R. Weigle v. American Standard, et al. |
| VAE | 2 | 04-7714 | Richard A. West v. American Standard, et al. |
| VAE | 2 | 04-7715 | Erich G. Knechtel v. American Standard, et al. |
| VAE | 2 | 04-7716 | Lawrence A. Powell v. American Standard, et al. |
| VAE | 2 | 04-7717 | Ray E. Bookheimer v. American Standard, et al. |
| VAE | 2 | 04-7718 | Billy D. Carrier v. American Standard, et al. |
| VAE | 2 | 04-7719 | Bruce Carter v. American Standard, et al. |
| VAE | 2 | 04-7720 | Andres C. Jaramillo v. American Standard, et al. |
| VAE | 2 | 04-7721 | Lucario G. Jaramillo v. American Standard, et al. |
| VAE | 2 | 04-7722 | Jack T. Frank v. American Standard, et al. |
| VAE | 2 | 04-7723 | Janet Louise Sensabaugh v. American Standard, et al. |
| VAE | 2 | 04-7724 | Mike L. Ritter v. American Standard, et al. |
| VAE | 2 | 04-7725 | Daniel Casas v. American Standard, et al. |
| VAE | 2 | 04-7726 | Rudy F. Aguilar v. American Standard, et al. |
| VAE | 2 | 04-7727 | Santos Aguilar v. American Standard, et al. |
| VAE | 2 | 04-7728 | Harold M. Deeg v. American Standard, et al. |
| VAE | 2 | 04-7729 | Howard M. Dowling v. American Standard, et al. |
| VAE | 2 | 04-7730 | Terry B. Duncan v. American Standard, et al. |
| VAE | 2 | 04-7731 | Donald N. Fiol v. American Standard, et al. |
| VAE | 2 | 04-7732 | Frederick A. Hallberg v. American Standard, et al. |
| VAE | 2 | 04-7733 | David W. Lee v. American Standard, et al. |
| VAE | 2 | 04-7734 | Doyle W. Lowry v. American Standard, et al. |
| VAE | 2 | 04-7735 | Binas W. Lung v. American Standard, et al. |
| VAE | 2 | 04-7736 | Davie L. Mabine v. American Standard, et al. |
| VAE | 2 | 04-7737 | Richard A. McGuire v. American Standard, et al. |
| VAE | 2 | 04-7738 | Melvin P. Oliver v. American Standard, et al. |
| VAE | 2 | 04-7739 | Albert S. Pahlke v. American Standard, et al. |
| VAE | 2 | 04-7740 | Rodney A. Privette v. American Standard, et al. |
| VAE | 2 | 04-7741 | Stephen P. Rasch v. American Standard, et al. |

# INVOLVED COUNSEL LIST (CTO-232)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Robert M. Arentson, Jr.
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Barbara J. Arison
Frantz Ward, L.L.P.
55 Public Square
19th Floor
Cleveland, OH 44113

Kenneth Carl Baker
Baker & Patterson LLP
1004 Prairie
Suite 300
Houston, TX 77002

Paul E. Barnes
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

Eric I. Barrera
Gary Thomasson, et al.
P.O. Box 2888
Corpus Christi, TX 78403-2888

Michael T. Bartley
Copeland, Cook, Taylor & Bush
P. O. Box 6020
Ridgeland, MS 39158-6020

James Duane Bashline
McLeod, Alexander, et al.
17225 El Camino Real
Suite 344
Houston, TX 77058

Ryan Andrew Beason
Spain, Hastings & Ward
909 Fannin
2350 Two Houston Center
Houston, TX 77010

Jeffrey M. Bell
Ritter, Chusid, Bivona & Cohen
7000 West Palmetto Park Road
Suite 305
Boca Raton, FL 33433

Troy N. Bell
Aultman, Tyner, Ruffin &
Yarborough, Ltd
400 Poydras Street
Suite 1900
New Orleans, LA 70130

Richard V. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Michael A. Bergin
Locke Reynolds LLP
201 North Illinois Street
Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961

V. Brian Bevon
Motley, Rice, LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

James H. Bolin
Butler, Snow, O'Mara, Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Joel M. Bondurant, Jr.
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602

Timothy W. Bouch
Leath, Bouch & Crawford
P.O. Box 59
Charleston, SC 29402

Stefan G. Bourn
Forman, Perry, Watkins, Krutz &
Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Craig E. Brasfield
Forman, Perry, Watkins, Krutz &
Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Jeremy S. Brennan
Johnson & Bell Ltd.
55 E Monroe Street
Suite 4100
Chicago, IL 60603

David Smith Brill
Brill & Associates
602 Sawyer
Suite 490
Houston, TX 77007

Robert Richard Brooks-Rigolosi
Ross & Hardis
65 East 55th Street
New York, NY 10022

Cary T. Brown
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39533-1377

Rodd R. Buell
Law Office of Rodd R. Buell, P.A.
11883 Maidstone Drive
Wellington, FL 33414-7008

Thomas M. Burke
Holland & Knight
200 South Orange Avenue
Suite 2600
P.O. Box 1526
Orlando, FL 32802-1526

Lisa N. Busch
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

Barry C. Campbell
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Dennis F. Cantrell
Bingham McHale, LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-2982

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

William T. Causby
Nelson, Mullins, Riley &
Scarborough, LLP
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Lawrence M. Coco, III
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Susan Coco
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Susan J. Cole
Bice Cole Law Firm
2801 Ponce De Leon Boulevard
Suite 550
Coral Gables, FL 33134-6920

W. David Conner
Haynsworth Sinkler Boyd
P.O. Box 2048
Greenville, SC 29602

Ronald B. Cox
Bowers Orr, LLP
P.O. Box 25389
Columbia, SC 29224

Burton Craige
Patterson, Harkavy & Lawrence
200 West Morgan Street
P.O. Box 27927
Raleigh, NC 27611

Edward J. Currie, Jr.
Currie, Johnson, Griffin, Gaines &
Myers
P.O. Box 750
Jackson, MS 39205-0750

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

H. Lee Davis, Jr.
Davis & Hamrick, LLP
635 West Fourth Street
P.O. Drawer 20039
Winston-Salem, NC 27120-0039

Carl Rapier Dawson
Ryan & Dawson
770 S. Post Oak Lane
Suite 525
Houston, TX 77056

David W. Dogan, III
Dogan & Wilkinson, PLLC
P.O. Box 23062
Jackson, MS 39225-3062

Thomas F. Dougall
Law Office of Thomas F. Dougall
1713 Woodcreek Farms Road
Elgin, SC 29045

John A. Eaves
John Arthur Eaves Law Office
101 North State Street
Jackson, MS 39201

John B. Edwards
Dogan & Wilkinson, PLLC
P.O. Box 1618
Pascagoula, MS 39568-1618

Thomas S. Ehrhardt
Kopka Landau & Pinkus
5240 Fountain Drive
Suite E
Crown Point, IN 46307-1000

C. Michael Evert, Jr.
Evert & Weathersby, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

R. Stephen Ferrell
Giessel, Barker & Lyman
2700 Two Houston Center
909 Fannin
Houston, TX 77010

Evelyn M. Fletcher
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

James L. Fletcher, Jr.
Montgomery, Barnett, Brown, et al.
3200 Energy Center
1100 Poydras Street
New Orleans, LA 70163-3200

Raymond P. Forceno
Forceno & Hannon
Philadelphia Bourse Building
Suite 1000
Independence Mall East
Philadelphia, PA 19106

Jana Marie Fried
Foley & Mansfield
4770 Biscayne Blvd.
Suite 1030
Miami, FL 33137

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Robert C. Galloway
Butler, Snow, O'Mara, Stevens &
Cannada
1300 25th Avenue, Suite 204
P.O. Drawer 4248
Gulfport, MS 39502-4248

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Michael D. Goggans
Forman, Perry, Watkins, Krutz &
Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Jimmie Irl Graves
Mehaffy & Weber
P.O. Box 16
Beaumont, TX 77704

Marc C. Greco
Glasser & Glasser, P.L.C.
Crown Center Building
Suite 600
580 East Main Street
Norfolk, VA 23510

Cheri D. Green
Brunini, Grantham, Grower & Hewes
P.O. Drawer 119
Jackson, MS 39205-0119

David K. Groome
Hailey, McNamara, Hall, Larmann &
Papale
P.O. Box 8288
Metarie, LA 70011-8288

Darren M. Guillot
Abbott, Simses & Kuchler
400 Lafayette St., Suite 200
New Orleans, LA 70130

Lucien C. Gwin, Jr.
Gwin, Lewis & Punches
P.O. Box 1344
Natchez, MS 39121-1344

Michael O. Gwin
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Lawrence E. Hahn
McNeese & Hahn, PLLC
P.O. Drawer 948
Columbia, MS 39429

J. T. Hamrick
Simon, Peragine, Smith & Redfearn
30th Floor, Energy Centre
1100 Poydras St.
New Orleans, LA 70163-3000

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Keith J. Hays
Hill Fulwider McDowell Funk &
Matthews
One Indiana Square
Suite 2000
Indianapolis, IN 46204-2031

Sheila J. Hendricks
Campbell Cherry Harrison Davis
Dove
P.O. Box 5229
Jackson, MS 39296-5229

Christy C. Hendrix
Sulzer & Williams, LLC
201 Holiday Blvd., Suite 335
Covington, LA 70433

Sean M. Higgins
Brown McCarroll, LLP
1111 Bagby Street
47th Floor
Houston, TX 77002

Robin C. Hoblit
Chaves, Gonzales & Hoblit
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, TX 78470

Alben N. Hopkins
Hopkins, Barvie & Hopkins
2701 24th Avenue
P.O. Box 1510
Gulfport, MS 39502-1510

H. Forest Horne, Jr.
Martin & Jones
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Daniel Allen Hossley
Hossley & Embry
313 East Charnwood Street
Tyler, TX 75701

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Michael E. Jackson
Schwarzwald & Mcnair
616 Penton Media Bldg.
1300 East Ninth Street
Cleveland, OH 44114-1503

Gordon James, III
Gordon, Hargrove & James
Broward Financial Center, Suite 1000
500 East Broward Boulevard
Fort Lauderdale, FL 33394-3092

Virginia E. Johnson
Foley & Mansfield
4770 Biscayne Blvd.
Suite 1030
Miami, FL 33137-3258

Arthur T. Jones
Hawkins & Parnell
4000 SunTrust Plaza
300 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Jennifer J. Kalas
Hinshaw & Culbertson
222 Indianapolis Blvd
Suite 202
Schererville, IN 46375

Jason L. Kennedy
Segal, McCambridge, Singer &
Mahoney, Ltd.
One IBM Plaza
330 North Wabash Avenue
Suite 200
Chicago, IL 60611

Matthew Kennedy
1505 N.E. 4th Avenue
Boca Raton, FL 33432

Douglas B. King
Wooden & McLaughlin
One Indiana Square
Suite 1800
Indianapolis, IN 46204

Chris N. Kolos
Holland & Knight, LLP
200 S. Orange Avenue, Suite 2600
P.O. Box 1526
Orlando, FL 32801-1526

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Donald A. Krispin
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
645 Griswold St.
Detroit, MI 48226

Kenneth Kyre, Jr.
Pinto Coates Kyre & Brown
P.O. Box 4848
Greensboro, N.C. 27404

Carter T. Lambeth
Johnson & Lambeth
P.O. Box 660
Wilmington, NC 28402

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219

Louis B. Lanoux
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Richard M. Lauth
Evert & Weathersby, LLC
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

Richard T. Lawrence
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

James W. Ledlie
Motley, Rice, LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464

David M. Lipman
David P. Lipman, P.A.
5901 S.W. 74th Street
Suite 304
Miami, FL 33143

William H. Liston, III
Liston/Lancaster
P.O. Box 645
Winona, MS 38967-0645

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Daniel M. Long
Locke Reynolds LLP
201 North Illinois Street
Suite 1000
Indianapolis, IN 46244

Lynn M. Luker
Lynn Luker & Associates
3433 Magazine Street
New Orleans, LA 70115

Edward H. MacCabe
MacCabe & McGuire
77 W. Wacker Drive
Suite 3333
Chicago, IL 60601

Leslie MacLean
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

David J. Mallon, Jr.
Ice Miller
One American Square
P.O. Box 82001
Indianapolis, IN 46282-0002

Patrick C. Malouf
Porter & Malouf
P.O. Box 12768
Jackson, MS 39236

Jack B. Manning
Bean & Manning
1500 San Felipe Plaza
5847 San Felipe Road
Houston, TX 77057

Bruce B. Marr
McKenna Storer Rowe White &
Farrug
33 N. Lasalle Street
Suite 1400
Chicago, IL 60602-2610

Patrick Michael Martinez
Barger, Hermansen, et al.
555 North Carancahua
Suite 1100
Corpus Christi, TX 78478

Christopher O. Massenburg
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P. O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Ben L. Mayeaux
Laborde & Neuner
One Petroleum Center
1001 W. Pinhook Road, Suite 200
P.O. Drawer 52828
Lafayette, LA 70505

Silas W. McCharen
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

Jeffrey L. McKean
Wooden & McLaughlin
1600 Capital Center South
201 N. Illinois
Indianapolis, IN 46204

Bob McCoy
Cascino Vaughan Law Offices
220 S. Ashland Avenue
Chicago, IL 60607-5308

Douglas B. Melamed
Bell, Melamed & Stubbs
1451 W. Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309

Michael S. Minyard
Baker, Donelson, Bearman, Caldwell
& Berkowitz, Pc
P. O. Box 14167
Jackson, MS 39236-4167

Edward W. Mizell
Butler, Snow, O'Mara, Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Ronald L. Motley
Motley, Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Frederick S. Mueller
Johnson & Bell Ltd - Hig/in
9000 Indianapolis Blvd Suite A
Highland, IN 46322

Maurice F. Mullins
Spotts, Chappell, Fain & Anderson
P.O. Box 1555
Richmond, VA 23218-1555

James A. Newsom
Munisteri, Sprott, Lefevre & Rigby
3323 Richmond Avenue
Suite A
Houston, TX 77098

Jenifer E. Novak
Frantz Ward
55 Public Square
19th Floor
Cleveland, OH 44113

Richard O'Leary
McCarter & English, L.L.P.
300 Park Avenue
18th Floor
New York, NY 10022

Andrew S. Oretsky
Abbott, Simses & Kuchler
Davis & Shank
1415 Louisiana, Suite 4200
Houston, TX 77002

Case MDL No. 875   Document 4315   Filed 11/23/04   Page 43 of 100

Jerry C. Parker
Sammons & Parker, P.C.
218 North College Street
Tyler, TX 75702

E. Spencer Parris
Martin & Jones
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603

Monica F. Patterson
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Timothy Peck
Smith, Helms, Mulliss & Moore
P.O. Box 21927
Greensboro, NC 27420

Scott W. Pedigo
Baker, Donelson, Bearman, Caldwell
& Berkowitz, Pc
P. O. Box 14167
Jackson, MS 39236-4167

Ronald G. Peresich
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
759 Vieux Marche' Mall
Biloxi, MS 39533-0289

James B. Pressly, Jr.
Haynsworth, Marion, McKey &
Guerard
75 Beattie Place
11th Floor
P.O. Box 2048
Greenville, SC 29602

Robert L. Redfearn
Simon, Peragine, Smith & Redfearn
Energy Centre, 30th Floor
1100 Poydras Street
New Orleans, LA 70163

William C. Reeves
Smith, Reeves & Yarborough, PLLC
6360 I-55 North, Suite 201
Jackson, MS 39211

Giovanni Regina
Waters, McPherson, McNeill, P.C.
300 Lighting Way
Secaucus, NJ 07096

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Paul E. Ridley
Kirkpatrick & Lockhart, L.L.P.
2828 North Harwood Street
Suite 1800
Dallas, TX 75201-6966

Hector Ralph Rivera
Duane Morris LLP
200 South Biscayne Blvd.
Suite 3400
Miami, FL 33131

Trudy Hartzog Robertson
Moore & Van Allen, PLLC
P.O. Box 22828
Charleston, SC 29413-2828

John W. Robinson III
Phelps Dunbar
P.O. Box 23066
111 East Capitol Street
Suite 600
Jackson, MS 39225-3066

Robert M. Rolfe
Hunton & Williams
Riverfront Plaza
951 East Byrd Street
Richmond, VA 23219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Anthony J. Sadberry
Wickliff & Hall
1000 Louisiana
Suite 5400
Houston, TX 77002

Sandstrom Co.
c/o CT Corporation System
811 Dallas Avenue
Houston, TX 77002

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Dan Shaked
Shaked & Posner
225 West 34th Street
Suite 1111
New York, NY 10122

Myron Shapiro
Herzfeld & Rubin, P.C.
80 S.W. 8th Street
Suite 1920
Miami, FL 33130

Ann M. Sico
Bernard, Cassisa, Elliott & Davis
P.O. Box 55490
Metairie, LA 70055-5490

Stacey L. Sims
Morris, Sakalarios & Blackwell
201 Hardy Street
Hattiesburg, MS 39401

Benjamin R. Slater, III
Lemle & Kelleher, L.L.P.
Pan American Life Center
601 Poydras Street, Suite 2100
New Orleans, LA 70130-6097

Mark R. Smith
Holcomb Dunbar, P.A.
P.O. Drawer 707
Oxford, MS 38655-0707

Michael E. Smith
Frantz Ward
55 Public Square
19th Floor
Cleveland, OH 44113

John A. Smyth
Maynard, Cooper & Gales, P.C.
1901 Sixth Avenue North
2400 Amsouth/harbert Plaza
Birmingham, AL 35203

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Case MDL No. 875   Document 4315   Filed 11/23/04   Page 44 of 100

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Paul A. Weykamp
Law Offices of Paul A. Weykamp
110 St. Paul Street
Suite 300
Baltimore, MD 21202

Robert W. Wilkinson
Dogan & Wilkinson, PLLC
P. O. Box 1618
Pascagoula, MS 39568-1618

James R. Williams
Segal Mccambridge Singer &
Mahoney
330 North Wabash
Suite 200
Chicago, IL 60611

Che Dawn Williamson
Shrader & Williamson
16903 Red Oak Dr.
Suite 220
Houston, TX 77090

S. B. Windham
Jude & Jude, PLLC
P.O. Box 17468
Hattiesburg, MS 39404-7468

Mark J. Wintering
Law Offices of Robert E. Sweeney
1500 Illuminating Building
55 Public Square
Cleveland, OH 44113

Andrew R. Wolf
Bruce P. Clark & Associates
419 Ridge Road
Munster, IN 46321-1581

Dawn M. Wright
Thompson & Knight
1700 Pacific Ave.
Suite 3300
Dallas, TX 75201

Richard F. Yarborough, Jr.
Smith, Reeves & Yarborough, PLLC
6360 I-55 North, Suite 201
Jackson, MS 39211

Richard L. Yoder
Gilchrist, Sumrall, Thaxton & Yoder
P.O. Box 106
Laurel, MS 39441

# INVOLVED JUDGES LIST (CTO-232)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Hon. Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
P.O. Box 447
Columbia, SC  29202-0447

Hon. Deborah A. Batts
U.S. District Judge
2510 U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Denise Cote
U.S. District Judge
1040 Daniel Patrick Moynihan
  U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Martin L.C. Feldman
U.S. District Judge
C-555 U.S. Courthouse
500 Camp Street
New Orleans, LA 70130-3318

Hon. Sidney A. Fitzwater
U.S. District Judge
15A3A Earle Cabell Federal Bldg.
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Jerome B. Friedman
U.S. District Judge
Walter E. Hoffman U.S. Courthouse
600 Granby Street
Norfolk, VA 23510-1915

Hon. Walter J. Gex, III
U.S. District Judge
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 814
Gulfport, MS 39501

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. John Gleeson
U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Alan S. Gold
U.S. District Judge
Federal Courthouse Square
10th Floor
301 N. Miami Avenue
Miami, FL 33128

Hon. Hayden W. Head, Jr.
Chief Judge, U.S. District Court
U.S. Courthouse
1133 North Shoreline Boulevard
Corpus Christi, TX 78401

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Samuel B. Kent
U.S. District Judge
613 U.S. Courthouse
601 25th Street
Galveston, TX 77550-1738

Hon. Rudy Lozano
U.S. District Judge
205 Federal Building
507 State Street
Hammond, IN 46320

Hon. Victor Marrero
U.S. District Judge
426 Thurgood Marshall
  U.S. Courthouse
40 Centre Street
New York, NY 10007-1581

Hon. Jose E. Martinez
U.S. District Judge
Federal Courthouse Square
Third Floor
301 North Miami Avenue
Miami, FL 33128

Hon. Paul R. Matia
Chief Judge, U.S. District Court
19A Carl B. Stokes
  U.S. Courthouse
801 West Superior Avenue East
Cleveland, OH 44113-1834

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. &
U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. G. Thomas Porteous, Jr.
U.S. District Judge
C-206 U.S. Courthouse
500 Camp Street
New Orleans, LA 70130-3325

Hon. Lacy H. Thornburg
U.S. District Judge
241 U.S. Courthouse
Veach-Baley Federal Complex
100 Otis Street
Asheville, NC 28801

Hon. N. Carlton Tilley, Jr.
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 3443
Greensboro, NC 27402

Hon. Jack B. Weinstein
Senior U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

# INVOLVED CLERKS LIST (CTO-232)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Arlen B. Coyle, Clerk
369 Federal Building & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Elizabeth Paret, Clerk
193 Walter E. Hoffman U.S. Courthouse
600 Granby Street
Norfolk, VA 23510-1915

Frank G. Johns, Clerk
309 U.S. Courthouse
Veach-Baley Federal Complex
100 Otis Street
Asheville, NC 28801

Geri M. Smith, Clerk
United States District Court
Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1201

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

J.T. Noblin, Clerk
243 Federal Building
725 Martin Luther King, Jr. Blvd.
Biloxi, MS 39530

John Brubaker, Clerk
P.O. Box 2708
Greensboro, NC 27402-2708

Karen S. Mitchell, Clerk
14A20 Earle Cabell Federal
Bldg. & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Larry W. Propes, Clerk
P.O. Box 835
Charleston, SC 29402-9835

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Camp Street
New Orleans, LA 70130-3367

Michael N. Milby, Clerk
U.S. Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Michael N. Milby, Clerk
P.O. Box 2300
Galveston, TX 77553-2300

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Robert C. Heinemann, Clerk
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Stephen R. Ludwig, Clerk
101 Federal Building
507 State Street
Hammond, IN 46320



RECEIVED
U.S. DISTRICT COURT
EAST DISTRICT OF LA

2004 AUG 17  PM 1:56

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARY F. DELANCEY, and DIONNE D. HINDMAN,** <br> **Individually and on behalf of Decedent, Ellis DeLancey** <br> <br> **Plaintiffs,** <br> <br> **VERSUS** <br> <br> **CHICAGO INSURANCE COMPANY** | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

CIVIL ACTION

NO. **04-2355**

SECTION

MAG. **SECT. 1 MAG. 5**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>NOTICE OF REMOVAL</u>

NOW INTO COURT, through undersigned counsel, comes the Chicago Insurance

Company, defendant in the state court suit filed by Mary F. DeLancey and Dionne D. Hindman

pending in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing docket

number 04-10064 in Division "D", Section 16, who files this Notice of Removal to the United

States District Court for the Eastern District of Louisiana, expressly reserving any and all

defenses and exceptions available in state court should this case be remanded, and who

respectfully represents for its Notice of Removal as follows:

1



**EXHIBIT**

E

1.

On or about December 19, 2003, Mary F. DeLancey and Dionne D. Hindman, individually and on behalf of Decedent, Ellis DeLancey, filed an action in the Civil District Court for the Parish of Orleans, State of Louisiana, naming as defendants General Electric Company, Foster Wheeler Corporation, Garlock, Inc., Gray & Company, Inc., and Interstate Fire & Casualty Company, Inc. *See* Petition for Damages for plaintiffs' first suit attached hereto as Exhibit A. Plaintiffs sued Interstate Fire & Casualty Company, Inc. alleging that Interstate insured Gurtler, Hebert & Company (hereinafter referred to as Gurtler), who employed the decedent when he was allegedly exposed to asbestos. General Electric Company filed a Notice of Removal and this action was removed to the United States District Court for the Eastern District of Louisiana. *See* Notice of Removal filed on behalf of General Electric attached hereto as Exhibit B. Thereafter, this action was transferred to the Eastern District of Pennsylvania and consolidated with other asbestos cases. *See* Conditional Transfer Order by the United States District Court for Eastern District of Louisiana attached hereto as Exhibit C.

2.

After plaintiffs' first suit was removed, Mary F. DeLancey and Dionne D. Hindman, individually and on behalf of Decedent, Ellis DeLancey, filed another action on July 12, 2004, in the Civil District Court for the Parish of Orleans, State of Louisiana. Plaintiffs' second action is identical to plaintiffs' first action, but names the Chicago Insurance Company as the alleged insurer of Gurtler and the only defendant. Plaintiffs' second cause of action, bearing docket number 04-10064, is currently pending in Division "D", Section 16 of the Civil District Court for the Parish of Orleans. A copy of the Petition for Damages for plaintiffs' second action is attached

2

hereto as Exhibit D.

3.

The Chicago Insurance Company was served with a copy of plaintiffs' Petition for Damages on or about July 20, 2004. Accordingly, this Petition for Removal has been filed within thirty (30) days of receipt by the Chicago Insurance Company through service of a copy of the initial pleading setting forth the claim for relief upon which this action or proceeding is based. 28 U.S.C. § 1446(b). Defendant hereby reserves any and all rights to assert as defenses to plaintiffs' Petition for Damages all defenses permitted by Rule 12 of the Federal Rules of Civil Procedure as well as all other jurisdictional, procedural, and venue defenses, in addition to all defenses to the merits of the action.

4.

No further proceedings have been had in the Civil District Court for the Parish of Orleans, State of Louisiana, as of the date this Notice of Removal was filed.

5.

As required by 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon the Chicago Insurance Company are being filed with this Notice of Removal. *See* Exhibit D.

6.

Based on the well-pleaded allegations of plaintiffs' Petition for Damages, removal is made pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. The Chicago Insurance Company removes this case from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, on the following grounds:

a.    This Court has original diversity jurisdiction over this action as provided in 28 U.S.C. § 1332(a) and (c) because the citizenship of all properly joined parties is diverse, and the amount in controversy is in excess of $75,000.00.  Therefore, the Chicago Insurance Company is entitled to remove this action to the District Court in accordance with 28 U.S.C. § 1441(a).

b.    Both plaintiffs in this case are citizens of the State of Louisiana for purposes of 28 U.S.C. § 1332.  *See* Exhibit D, introductory paragraph.

c.    Defendant, the Chicago Insurance Company, is alleged in plaintiffs' Petition for Damages to be a foreign insurance corporation doing business in the State of Louisiana and is alleged to be the insurer of Gurtler.  *See* Exhibit D, ¶ 1.  The insured, Gurtler, is alleged to have been a Louisiana corporation "when operating."  See Exhibit D ¶ 1.  However, on August 18, 1998, the Louisiana Secretary of State revoked the corporate charter of Gurtler.  *See* Certified Letter of Revocation and Certified Letter of Corporate Information attached hereto as Exhibits E and F, respectively.

d.    In Louisiana, "[w]hen a corporation's charter is revoked, it ceases to exist as a legal entity." *River Cities Constr. Co., Inc. v. Barnard & Burk, Inc.*, 413 So.2d 666, 668 (La.App. 1ˢᵗ Cir. 1982).  A corporation is not deemed a resident of the state of its incorporation if its corporate charter is revoked.  *Smith v. Arundel Cooperative, Inc.*, 660 F.Supp. 912, 913 (D.D.C. 1987).  Therefore, Gurtler does not exist as a legal entity and is not a citizen of the State of Louisiana.  Likewise, the Chicago Insurance Company is not a citizen of Louisiana for purposes of

4

28 U.S.C. § 1332.

e.   Gurtler's corporate charter has been revoked for over four (4) years and can never be retroactively reinstated under Louisiana law.  See LSA-R.S. 12:163 (three year limitation to have charter reinstated).  While LSA-R.S. 12:163 provides that revocation of a corporation's charter does not affect any cause of action against the corporation, it seems only logical that the cause of action must have arisen and be pending at the time of revocation.  *See* 1 La. Prac. Corp. § 14:15 (2000) (termination of corporate existence does not affect "pending" suits timely commenced against the corporation); *see also U.S. v. 717.42 Acres of Land* (955 F.2d 376 (5th Cir. 1992) (the corporate existence of a Louisiana corporation ceased on the date of dissolution); *see also Walling v. James V. Reuter, Inc.*, 321 U.S. 671, 64 S.Ct. 826 (under Louisiana law, a dissolved corporation cannot be sued). Based on the foregoing jurisprudence, it seems that a defunct corporation, such as Gurtler, cannot be sued because it no longer exists as a legal entity.

f.   No written consent from other defendants for removal of this action are attached because the Chicago Insurance Company is the only named defendant.

g.   This action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) because, as set forth above, the only defendant in this action is not a citizen of Louisiana, the State in which this action was brought.

h.   The amount in controversy in this action exceeds $75,000.00.  The plaintiffs are seeking, on behalf of the defendant, who allegedly died from malignant mesothelioma, damages for physical pain and suffering, mental pain and suffering

5

loss of enjoyment of life, reduction in life expectancy, medical expenses,

increased costs of insurance and other expenses incurred as a result of his disease

and all other damages arising out of this action which may be shown at the trial of

this matter. *See* Exhibit D, ¶ 12. Plaintiffs are also seeking damages on their own

behalf for loss of consortium, loss of love and affection, loss of support, loss of

services, and for the mental pain and anguish which they endured from watching

the decedent, Ellis DeLancey, suffer and die from malignant mesothelioma. *See*

Exhibit D, ¶ 13. Therefore, plaintiffs' claims, as pleaded, clearly exceed the

jurisdictional minimum of 28 U.S.C. § 1332.

7.

Pursuant to 28 U.S.C. § 1446(d), the Chicago Insurance Company will serve counsel for

plaintiffs with written Notice of Filing and shall file a copy of the Notice with the Clerk of Court

of the Civil District Court for the Parish of Orleans, State of Louisiana.

8.

The Chicago Insurance Company reserves the right to amend or supplement this Notice

of Removal.

9.

The Chicago Insurance Company desires to remove to this Court plaintiffs' action, now

pending in the Civil District Court for the Parish of Orleans, State of Louisiana.

WHEREFORE, the Chicago Insurance Company prays that further proceedings in the

Civil District Court for the Parish of Orleans, State of Louisiana, be discontinued and that the

suit be removed to the United States District Court for the Eastern District of Louisiana as the

6

law in such cases provides.

Respectfully submitted,

LABORDE & NEUNER

*Melissa Theriot*

BEN L. MAYEAUX - 19042 - T.A.
MELISSA L. THERIOT - 22628 - T.A.
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
Telephone: 337/237-7000  Fax: 337/233-9450
**Attorneys for the Chicago Insurance Company**

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by depositing a copy of same in the United States Mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this 16th day of August, 2004.

*Melissa Theriot*

COUNSEL

7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARY F. DELANCEY and DIONNE<br>D. HINDMAN, individually and on<br>behalf of Decedent, Ellis DeLancey | * <br> * <br> * <br> * | CIVIL ACTION NO. 04-2355 |
| VERSUS | * <br> * | SECTION "I" |
| CHICAGO INSURANCE CO. | * <br> * | MAG. 5 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, come plaintiffs, Mary F. Delancey, and Dionne D. Hindman, who respectfully move this Honorable Court to remand this action to Civil District Court in the Parish of Orleans, State of Louisiana.

### I.

Defendant, Chicago Insurance Co.("Chicago"), improperly removed Civil Case No.2004-10064 from the Civil District Court, Parish of Orleans, State of Louisiana, to this Honorable Court under 28 U.S.C. §§ 1332, 1441 and 1446 on August 17, 2004 by alleging that this Honorable Court "has original diversity jurisdiction over this action" under 28 U.S.C. § 1332 (a) and (c).

### II.

Chicago argues that its own citizenship, based in Delaware, should be used in determining whether diversity jurisdiction exists, as opposed to the citizenship of its

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.<br>127-129 CARONDELET STREET<br>NEW ORLEANS, LOUISIANA 70130<br>(504) 561-6411

9/20/04



EXHIBIT

F

insured, a Louisiana corporation. This argument is without merit and is in direct conflict

with 28 U.S.C. § 1332 (c) and LA R.S. 22:655, Louisiana's direct action statute.

### III.

For purposes of the Louisiana direct action statute, and 28 U.S.C. § 1332 (c),

Chicago is deemed to be a citizen of Louisiana because its insured, Gurtler, Hebert &

Company, Inc. ("Gurtler")., was incorporated in Louisiana and had its principal place of

business in Louisiana. The fact that Gurtler had its corporate charter revoked in 1998 is

not relevant to the issue of diversity jurisdiction since the Louisiana direct action statute

allows for an injured party to pursue an action against an insurer of insolvent

corporations.

### IV.

Chicago has failed to demonstrate that this Honorable Court has federal diversity

jurisdiction over this action involving a purely local Louisiana dispute. Therefore, it is

mandatory for this Honorable Court to remand this matter back to the Civil District

Court, Parish of Orleans, State of Louisiana.

### V.

Under 28 §1447 (c), there is no time limit for the filing of a motion to remand

based on lack of subject matter jurisdiction. This Motion to Remand is timely because it

establishes that this action lacks complete diversity and therefore, this Honorable Court

lacks subject matter jurisdiction.

WHEREFORE, plaintiffs pray that this Honorable Court recognize that it does not

federal diversity jurisdiction over this action and that this action be remanded to Civil

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

District Court, Parish of Orleans, State of Louisiana.

Respectfully submitted,

**GERTLER, GERTLER, VINCENT & PLOTKIN**

_Jill D. Trahan_

M. H. GERTLER #6036
JILL D. TRAHAN #19554
127-129 Carondelet Street
New Orleans, LA 70130
(504) 581-6411
Attorneys for plaintiffs

## CERTIFICATE OF SERVICE

I, JILL D. TRAHAN, certify that the foregoing pleading has been sent to all parties in this litigation by mail, postage prepaid, by fax or by mail, this 20th day of September, 2004.

_Jill D. Trahan_
JILL D. TRAHAN

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARY F. DELANCEY and DIONNE** | * | **CIVIL ACTION NO. 04-2355** |
| **D. HINDMAN, individually and on** | * | |
| **behalf of Decedent, Ellis DeLancey** | * | |
| | * | |
| **VERSUS** | * | **SECTION "I"** |
| | * | |
| **CHICAGO INSURANCE CO.** | * | **MAG. 5** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

TO:    ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that plaintiffs will bring for hearing their Motion to Remand in the above captioned case before the Honorable Lance Affrick at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, on the 6th day of October, 2004, at 9:00 a.m, or at such other time as the court may direct.

Respectfully submitted,

**GERTLER, GERTLER, VINCENT & PLOTKIN**

M. H. GERTLER, No. 6036
JILL D. TRAHAN, No. 19554
127-129 Carondelet Street
New Orleans, LA  70130
(504) 581-6411

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been furnished to all counsel of record by U.S. mail, properly addressed and postage prepaid this 20th day of September, 2004.

JILL D. TRAHAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

MARY F. DELANCEY and DIONNE     *     CIVIL ACTION NO. 04-2355
D. HINDMAN, individually and on     *
behalf of Decedent, Ellis DeLancey     *
    *
VERSUS     *     SECTION "I"
    *
CHICAGO INSURANCE CO.     *     MAG. 5
    *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF MOTION TO REMAND

MAY IT PLEASE THE COURT:

Plaintiffs, Mary F. DeLancey, and Dionne D. Hindman, respectfully submit this

memorandum in support of their motion to remand.

## FACTUAL AND PROCEDURAL BACKGROUND

### I.

This case involves the asbestos-related disease and death of Ellis DeLancey, the

plaintiffs' husband and father. Mr. DeLancey was exposed to asbestos as an employee of

Gurtler, Hebert & Company, Inc. ("Gurtler"), a Louisiana corporation with its principal

place of business being New Orleans, Louisiana.

Plaintiffs filed suit in state court against defendant, Chicago Insurance Co.

("Chicago"), as the insurer of Gurtler under the direct action statute. Gurtler is insolvent

and is no longer in existence.

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

1

## II.

Chicago removed the case by asserting that there is complete diversity between the parties.[1] As set forth below, this argument is clearly without merit.

### THERE IS NO DIVERSITY JURISDICTION

Chicago alleges that there is complete diversity based on the fact that it is a Delaware Corporation. Chicago, however, cannot claim its own state of incorporation to establish diversity because as an insurer sued pursuant to a direct action statute it stands in the stead of its insured. 28 U.S.C. § 1332 (c). The plaintiffs are Louisiana residents and Chicago's insured, Gurtler, was a Louisiana corporation doing business in the State of Louisiana. Therefore, diversity does not exist.

Chicago argues that since Gurtler had its charter revoked and no longer exists as a legal entity, Gurtler, and likewise Chicago, is not a citizen of the State of Louisiana. See Notice of Removal, p. 4. The cases that Chicago relies on for this argument do not in fact support this proposition. Furthermore, other federal and Louisiana caselaw, as indicated below, establish that

---

[1]     Chicago has referenced a prior lawsuit by the plaintiffs and attached documents relating to that matter to its Notice of Removal. The existence of the prior lawsuit is not relevant to the determination of whether this Honorable Court has original jurisdiction over this matter. This Honorable Court cannot exercise supplemental jurisdiction over this matter based on the existence of the prior action because, as argued herein, this Honorable Court does not have original jurisdiction over this matter. *Swindler v. Pittsburgh-Corning Corporation*, 1996 WL 464171 *1. See also *George v. Borden Chemicals and Plastics Operating Limited Partnership*, 960 F. Supp 92, 95 (M.D. La. 1997) (Supplemental jurisdiction is not a source of original jurisdiction.)

2

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

Chicago's argument directly conflicts with the intent of 28 U.S.C. § 1332 (c) and LA

R.S. 22:655, Louisiana's direct action statute.

**1.      Under The Louisiana Direct Action Statute,
         An Insurer Takes On The Citizenship Of Its Insured**

It is clear that a direct action insurer stands as a party-litigant in exactly the same

shoes as the insured. *Tokio Marine & Fire Insurance Co.,* 322 F. 2d 113, 116 (5th Cir.

1963). In 1964, the federal diversity statutes were amended to adopt this provision as

follows:

> ....that in any direct action against the insurer of a policy or contract of liability
> insurance, whether incorporated or unincorporated, to which action the insured is not
> joined as a party-defendant, such insurer shall be deemed a citizen of the State of
> which the insured is a citizen, as well as any State by which the insurer has been
> incorporated and of the State where it has its principal place of business.
> 28 U.S.C. § 1332 (c)

The purpose of the 1964 amendment was to eliminate, under the diversity jurisdiction

of the federal courts, suits "in which both parties are local residents, but which under a State

'direct action' statute, may be brought directly against a foreign insurance carrier without

joining the local tort-feasor as a defendant." *Williams v. Liberty Mutual Insurance Company*,

468 F. 2d 1207, 1209 (5th Cir. 1972); See also *Newsom v. Zurich Insurance Company, Inc.*,

397 F. 2d 280, 281-282 (5th Cir. 1968). This statute provides that the federal courts do not

assume jurisdiction when the dispute is local, rather than interstate, in character. *Gross v.

Houghland*, 712 F. 2d 1034, 1037 (6th Cir. 1983). Of note, this amendment was passed to

remedy the congestion in the federal district courts arguably caused by Louisiana's and

Wisconsin's direct action statutes, which allow suits directly against an insurer without

joining the insured as a party defendant. *O.M. Greene Livestock Company v. Azalea Meats,*

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

3

*Inc.,* 516 F. 2d 509 (5th Cir. 1975). More specifically, because of the flood of litigation in

Louisiana's federal district courts pursuant to the direct action statute, Congress amended 28

U.S. C. 28 § 1332 to require that the insurer adopt the citizenship of its insured, so as to

increase the likelihood of a direct action suit staying in state court. *Grefer v. Scottsdale*

*Insurance Co.,* 207 F. Supp 2d. 546, 548 (E.D. La. 2001).

      The District Court for the Western District of Louisiana plainly stated the situation

that is found in this action as follows:

> A citizen of Louisiana is attempting to sue another citizen of Louisiana and his
> insurer. If plaintiff asserts an arguably good claim against the non-diverse citizen,
> there is no federal jurisdiction. If plaintiff sues only the liability insurer of the non-
> diverse citizen, there is no federal jurisdiction.
> *Weil v. Browning Arms Co., Inc.,* 8 F. Supp 2d 883, 886 (M.D. La. 1998).

This Honorable Court has also determined that under 28 U.S.C. § 1332 (c), when an insurer

is named as a defendant pursuant to a direct action statute, and the insured is not joined as

a defendant, the insurer is deemed to be a citizen of the State which the insured is a citizen.

*Thompson v. Radosta,* 895 F. Supp, 113, 115 (E.D. La. 1995); See also *Wallington v. Essex*

*Insurance Co.,* 1998 WL 273118 at *2.

      As shown by Exhibit F attached to Chicago's Notice of Removal, its insured, Gurtler,

was a Louisiana corporation domiciled in New Orleans, Louisiana and was qualified to do

business in that state until 1998. Under 28 §1332 (c), the citizenship of Chicago in this action

is clear - Chicago is a citizen of Louisiana because its insured was incorporated in Louisiana

and its insured's principal place of business was in New Orleans, Louisiana. Therefore, this

Honorable Court does not have jurisdiction over this action because there is no diversity

between the parties.

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.<br>127-129 CARONDELET STREET<br>NEW ORLEANS, LOUISIANA 70130<br>(504) 581-6411

4

2.    **The Revocation of Gurtler's Corporate Charter Does Not Negate The Provisions of 28 §1332 (c) Regarding The Citizenship Of Its Insurer**

Chicago correctly notes that Gurtler's charter was revoked in 1998. Chicago also properly cites Louisiana law which indicates that when a corporation charter has been revoked it ceases to exist and cannot be sued. [2] It is with this understanding of Louisiana law, that plaintiffs did not sue Gurtler directly. Plaintiffs did pursue an action available to them under the Louisiana direct action statute which allows an injured party to directly sue an insurer of an insolvent tortfeasor. Therefore, plaintiffs brought an action against Gurtler's insured, Chicago, in Louisiana state court.

In support of its claim for federal diversity jurisdiction, Chicago argues that "A corporation is not deemed a resident of the state of its incorporation if its corporate charter is revoked." based on dicta from a District of Columbia District Court case. See Notice of Removal, p. 4. In *Smith v. Arundel Cooperative, Inc.*, 660 F. Supp. 912 (D.C. 1987), the case cited by Chicago, the Court never discussed the actual effect of the revocation of a corporate charter because in that case the corporation did not have its charter revoked. Any reference to revocation of a corporate charter in that case is mere dicta, and has no relevancy to the effects of a revocation by the Louisiana Secretary of State in this matter.

As a general rule, a corporation's capacity to sue and be sued in a federal court is determined by the law under which it was organized. *Ripalda v. American Operations*

---

[2]    Notice of Removal, p. 4-5; *River Cities Constr. Co., Inc. v. Barnard & Burk, Inc.*, 413 So. 2d 666 (La. App. 1 Cir. 1982), *U.S. v. 717.42 Acres of Land*, 955 F. 2d 376 (5th Cir. 1992); *Walling v. James V. Reuter, Inc.*, 321 U.S. 671, 64 S.Ct. 826, 88 L.Ed. 1001 (1944).

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

*Corporation*, 977 F. 2d 1464, 1468 (D.C. 1992) citing F.R.C.P. art. 17(b). It follows that federal courts should look to state law to determine whether a corporation is extant at the time a suit is filed against it. *Id.* Furthermore, courts have held that where one party is a dissolved or inactive corporation, most courts determine citizenship by the state of incorporation as well as the state in which the corporation last transacted business. *Lycos, Inc. v. Internet Venture Works, Inc.*, 2003 WL 1790902 * 1.

Under Louisiana law, Gurtler could not be sued directly after 1998. Therefore, plaintiffs pursued an action against Gurtler's insurer, as allowed by Louisiana law. The Louisiana direct action statute was enacted for the exact situation in this action. Since 1918, the Louisiana direct action statute has protected tort claimants against insolvent insureds by allowing direct action against insurers. *Black v. First City Bank*, 94-0423 (La. 9/6/94), 642 So. 2d 151, 153; See also *Cacamo v. Liberty Mutual Fire Insurance Company*, 1999-3479 (La. 6/30/00), 764 So. 2d 41, 43.

The Louisiana direct action statute provides that the insolvency or bankruptcy of the insured shall not release the insurer from the payment of damages. *Albany Insurance Co. v. Bengal Marine, Inc.*, 857 F. 2d 250, 255 (5th Cir. 1988). As such, Louisiana has afforded claimants a direct cause of action against insurers, despite the insolvency of the insured. *Id.*

The Louisiana legislature, nor Louisiana caselaw, defines the insolvency of an insured based on the status of the corporation. Therefore, actions against insurers of corporate insureds whose charters have been revoked are clearly in the same situation as corporate insureds rendered insolvent for other reasons. Louisiana law allows suit against

6

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.
127·129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581·6411

an insurer of an insolvent Louisiana corporation regardless of whether that corporation's insolvency has been caused because it has been dissolved or its charter has been revoked. The cause of the insolvency is irrelevant for the direct action statute.

Also persuasive on this point is Louisiana's venue article, La. Cod. Civ. Proc. art. 85, which states that " an action against a domestic corporation, the charter and franchise of which have been administratively revoked by the secretary of state in accordance with R.S. 12:163, may be brought in any parish where suit could have been brought prior to revocation." Additionally, the revocation statute itself, states that "any revocation of a corporation's articles of incorporation.....shall not affect any cause of action against such corporation..." La. R.S. 12:163 (G.)[3]

Furthermore, the fact that the insured is no longer in existence is irrelevant for jurisdiction purposes is shown by the case of *Grefer v. Scottsdale Insurance Co., supra.* In *Grefer, supra.,* the plaintiff sued Scottsdale Insurance Co.("Scottsdale"), a Delaware corporation with its principal place of business in Ohio. *Id.* at 548. The suit was filed in Louisiana state court against Scottsdale under the Louisiana direct action statute. Scottsdale's insured was a Louisiana corporation that had been dissolved prior to the

---

[3]    Chicago interprets this statute as pertaining to pending actions as the time of revocation. See Notice of Removal at p. 5. The statute, itself, does not contain such a limitation. Furthermore, Chicago's cite to 1 La. Prac. Corp § 14:15 (2000) for this argument is based on La. R.S. 12:148 (C) which states that "Upon issuance of the certificate of dissolution, the corporate existence shall cease as of the effective date stated in the certificate, except for the sole purpose of any action or suit commenced timely against, the corporation." A reference to pending suits is made in 12:148, but not in 12:163. If the legislature had intended 12:163 to apply to pending actions only, it would have stated so. Notwithstanding these Louisiana corporation statutes, this action against Chicago is specifically allowed under the Louisiana direct action statute.

7

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

institution of the action. *Id.* at 547-548.  Scottsdale removed the action to federal court

based on diversity of citizenship. *Id.* at 548. The plaintiff filed a Motion to Remand based

on La. R.S. 22:655 and 28 U.S.C. § 1332 (c). *Id.* This Honorable Court remanded the

action because it found that Scottsdale must adopt its insured's citizenship for purposes of

29 U.S.C. § 1332 (c) which destroyed diversity. *Id.* at 550.

*Thompson v. Radosta,* 895 F.Supp. 113 (E.D.La.,1995), presents an analogous

situation. The plaintiff sued the insurer of a deceased tortfeasor pursuant to the Louisiana

direct action statute.  This Honorable Court held that the insurer took on the Louisiana

citizenship of the insured, even though he died before the plaintiff filed his action in state

court. This Honorable Court found that diversity jurisdiction was lacking and stated:

> In view of the Louisiana Direct Action statute and the posture of this case
> at the time of removal, when subject matter jurisdiction is to be
> determined, ... the Court finds that because the only proper parties before
> the state court were plaintiffs and Colonial Penn, diversity of citizenship
> did not exist because Colonial Penn took on the Louisiana citizenship of
> the individual insured under 28 U.S.C. §§ 1332.
> Hence, remand is proper under 28 U.S.C. §§ 1447(c), which provides that
> a case "shall be remanded" if at any time it appears this Court lacks subject
> matter jurisdiction.
> *Thompson v. Radosta*, 895 F.Supp. at 115.

*Thompson v. Radosta* is controlling in this action. In this case, the insured,

Gurtler, ceased to exist due to the revocation of its corporate charter before suit was filed.

In *Thompson v. Radosta*, the insured died before suit was filed.  In both cases, the insured

was no longer able to be brought before the court, and both plaintiffs utilized the

Louisiana direct action statute to pursue their actions against insurers.  Thus, the fact that

the insured no longer exists was immaterial to the jurisdiction question.

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

8

In addition to Louisiana being the state of incorporation of Chicago's insured, Louisiana was also the state in which Chicago's insured had its principal place of business. In *Boyd, Weir & Sewell, Inc. v. Fritzen-Halcyon Lijn, Inc.*, 709 F. Supp. 77 (S.D. N.Y.), a plaintiff claimed diversity existed based on the argument that a dissolved corporation could not maintain a principal place of business in New York. [4] The Court found this argument to be without merit because the plaintiff had failed to cite any authority for the proposition. The action was dismissed due to the lack of federal diversity jurisdiction.

Louisiana law dictates whether an action can be brought against an insurer arising from the acts of a Louisiana corporation even if that corporation no longer exists. It was that law, the Louisiana direct action statute, that forced Congress to enact 28 U.S.C. § 1332 (c) to limit the federal diversity jurisdiction when only the insurer is a defendant. Under 1332(c), Chicago is deemed to be a citizen of Louisiana because its insured was incorporated under Louisiana law, and had its principal place of business in Louisiana. As such, diversity jurisdiction does not exist.

## CONCLUSION

The United States Supreme Court has instructed federal courts to construe the removal statutes against removal and in favor of remand. *Thompson v Radosta*, 895 F.Supp at 114-115. If there is any doubt regarding the propriety of removal, it must be resolved in favor of remand and state court jurisdiction. *Id.* at 115. Once a case has been

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

---

[4]The plaintiff was a citizen of New York. The corporation has been dissolved first in New York and later in Delaware.

9

removed, the removing party bears the burden of proving that the court has jurisdiction to hear the claim. *Id.*

Chicago has failed to carry its burden that this Honorable Court has jurisdiction over this action based on the diversity of the parties. It is for situations like this that Congress amended 28 U.S.C. § 1332 (c) - a purely local dispute brought by Louisiana citizens arising from the actions of a Louisiana corporation.  The fact that Chicago is incorporated in Delaware is irrelevant for the determination of citizenship for diversity jurisdiction in this action because Chicago steps into the shoes of the Louisiana corporation that it insured. Also, irrelevant is the fact that the Louisiana corporation had its charter revoked prior to the institution of this action, because actions against insurers of insolvent corporations, such as this Louisiana corporation, are specifically allowed by the Louisiana direct action statute.

Thus Chicago improvidently removed this suit from state court, and, respectfully, it is mandatory for this Honorable Court to remand this matter back to the Civil District Court, Parish of Orleans, State of  Louisiana.

Respectfully submitted,

**GERTLER, GERTLER, VINCENT &
PLOTKIN**

M. H. GERTLER #6036
JILL D. TRAHAN #19554
127-129 Carondelet Street
New Orleans, LA  70130
(504) 581-6411
Attorneys for plaintiffs

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

10

## CERTIFICATE OF SERVICE

I, JILL D. TRAHAN, certify that the foregoing pleading has been sent to all

parties in this litigation by mail, postage prepaid, by fax or by mail, this 20th day of

_September_____, 2004.

_____
JILL D. TRAHAN

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

October 14, 2004

TO INVOLVED COUNSEL

Re:  MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

(See Attached Schedule CTO-237)

Dear Counsel:

    Attached is a copy of a conditional transfer order filed today by the Judicial Panel on Multidistrict Litigation involving the above matter.  The actions are transferred pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001).  Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached.

    Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office **BY FACSIMILE**, at (202) 502-2888, of any official changes in the status of the tag-along action.  These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court.  Your cooperation would be appreciated.

    **NOTICE OF OPPOSITION DUE ON OR BEFORE:  <u>October 29, 2004</u>   (4 p.m. EST)**
    (Facsimile transmission is suggested.)

    If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel <u>Rules</u> before filing your Notice of Opposition.  Please file one Notice of Opposition (with an attached schedule of actions, if necessary) if you are opposing the transfer of more than one action.  A consolidated Motion and Brief to Vacate the CTO, with attached schedule of actions, is acceptable and encouraged.

    A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By

Deputy Clerk

Attachments

JPML Form 39A

**EXHIBIT**

G

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 1 4 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-237)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 78,472 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-237 - TAG ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DISTRICT  DIV. C.A.#**

**ALABAMA SOUTHERN**
ALS   1   04-575        Vera Brown, etc. v. Crane Co., et al.

**CALIFORNIA CENTRAL**
CAC   2   04-5826       Linda Rogers, et al. v. Thorpe Insulation Co., et al.

**CALIFORNIA NORTHERN**
CAN   3   04-3267       Lorrayne Schmitz, et al. v. Certainteed Corp., et al.

**IDAHO**
ID    1   04-206        Jearold Buttars, et al. v. John Crane, Inc., et al.

**ILLINOIS SOUTHERN**
ILS   3   04-335        Lee Scott, et al. v. Burlington Northern & Santa Fe Railway Co.
ILS   3   04-483        Don Helms, et al. v. Burlington Northern & Santa Fe Railway Co.
ILS   3   04-560        Jerry Anderson, et al. v. Burlington Northern & Santa Fe Railway Co.

**KENTUCKY EASTERN**
KYE   0   04-118        Tracy D. Adams, et al. v. American Standard, Inc., et al.
KYE   0   04-119        Gary D. Clark, et al. v. American Standard, Inc., et al.

**KENTUCKY WESTERN**
KYW   3   04-456        Betty Jean Martin v. Hollingsworth & Vose Co., et al.

**LOUISIANA EASTERN**
LAE   2   04-1978       Ramona Solares Smith, etc. v. Asbestos Corp,. Ltd., et al.
LAE   2   04-2331       Floyd Russo v. Air Products & Chemicals, Inc., et al.
LAE   2   04-2355       Mary F. DeLancey, et al. v. Chicago Insurance Co.
LAE   2   04-2574       Ralph Joseph Landry v. Northrop Grumman Ship Systems, Inc., et al.

**LOUISIANA MIDDLE**
LAM   3   04-352        Una Roger, etc. v. Honeywell International, Inc.

**LOUISIANA WESTERN**
LAW   6   04-935        Edward Isaac, III, et al. v. Morton International., et al.

**MARYLAND**
MD    1   04-2034       Stephen E. Topper, et al. v. Anchor Packing Co., et al.
MD    1   04-2046       Leroy Wentworth v. Owens-Illinois Glass Co., et al.
MD    1   04-2047       Walter Bryl v. Owens-Illinois Glass Co., et al.
MD    1   04-2965       Raymond T. Adamski, et al. v. Quigley Co., Inc., et al.

**MAINE**
ME    2   04-122        Gail Boston, et al. v. Eastern Refractories Co., Inc., et al.

**MINNESOTA**
MN    0   04-1716       Rodney Anderson, et al. v. Ford Motor Co., et al.

**MISSOURI WESTERN**
MOW   4   04-568        Ruth Ann Phillips, et al. v. Burlington Northern & Santa Fe Railway Co.

**MISSISSIPPI NORTHERN**
MSN   4   01-484        Frances S. Gousset, etc. v. Owens-Corning Corp., et al.

**DISTRICT DIV. C.A.#**

**MISSISSIPPI SOUTHERN**
| | | | |
|---|---|---|---|
| MSS | 1 | 04-603 | Ora Aaron, et al. v. A.R. Wilfley & Sons, et al. |
| MSS | 1 | 04-641 | Ben Dickens, et al. v. A.R. Wilfley & Sons, et al. |
| MSS | 1 | 04-656 | Aminta Defore, et al. v. A.O. Smith Co., et al. |
| MSS | 1 | 04-666 | John Fisher v. American Optical Corp., et al. |
| MSS | 1 | 04-678 | Karen Hammons, etc. v. Illinois Central Railroad |
| MSS | 1 | 04-730 | Ronald Adams v. Alco Industries, Inc., et al. |
| MSS | 1 | 04-732 | Faye E. Hamilton, etc. v. Allen-Bradley Co., LLC, et al. |

**NORTH CAROLINA EASTERN**
| | | | |
|---|---|---|---|
| NCE | 4 | 04-71 | Michael A. Williams, etc. v. Anchor Packing Co., et al. |
| NCE | 4 | 04-94 | Rolf W. Braun, et al. v. Anchor Packing Co., et al. |
| NCE | 4 | 04-96 | Patricia Benedict, etc. v. Aqua-Chem, et al. |
| NCE | 4 | 04-97 | Paul Williams v. Aqua-Chem, et al. |
| NCE | 4 | 04-98 | Lola Irene Lee v. Anchor Packing Co., et al. |
| NCE | 4 | 04-104 | Doyles Ray Wakefield, etc. v. Anchor Packing Co., et al. |
| NCE | 5 | 04-315 | Kimberly Joyner, etc. v. Anchor Packing Co., et al. |
| NCE | 7 | 04-99 | Barbara Mooney, etc. v. Anchor Packing Co., et al. |
| NCE | 7 | 04-144 | Sylvia Massey Hall, et al. v. Anchor Packing Co., et al. |

**NORTH CAROLINA MIDDLE**
| | | | |
|---|---|---|---|
| NCM | 1 | 04-590 | Grover Earl Hewitt v. Aqua-Chem, Inc., et al. |

**NORTH CAROLINA WESTERN**
| | | | |
|---|---|---|---|
| NCW | 1 | 04-131 | Wallace E. Ruff, etc. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 04-191 | Otis Delbert Baker, et al. v. International Paper Co., et al. |

**NEW MEXICO**
| | | | |
|---|---|---|---|
| NM | 1 | 04-712 | Russell E. Ward v. Burlington Northern & Santa Fe Railway Co. |
| NM | 1 | 04-713 | Antonio Padilla, Jr. v. Burlington Northern & Santa Fe Railway Co. |

**NEW YORK EASTERN**
| | | | |
|---|---|---|---|
| NYE | 1 | 04-1915 | Gisele Richardson, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-1918 | Bobbie Mora, etc. v. A.W. Chesterton Co., Inc., et al. |
| NYE | 1 | 04-1948 | Eilen Thyne, etc. v. A.W. Chesterton, Inc., et al. |
| NYE | 1 | 04-2012 | Virginia Hargis, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2014 | Ivan Wayne Burch, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2133 | Valerie Young, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2134 | Dennis Matey, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2405 | Kit L. McCormick v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2456 | Anthony Natale, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2457 | Maurice Hutto v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2504 | R. Bruce Kennedy, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2615 | Ethel M. Seaman, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2754 | Lorraine Humphrey, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2780 | Katherine Morey, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2781 | Leo Palmer, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2782 | Franklin Johnson, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2829 | Esther D. Charest, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2859 | Hazel M. Keffer, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2900 | Frank S. Goldsbary, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2955 | Robert J. Duncan v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-2958 | Anne Tullio, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-3008 | Connie Harrison, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-3100 | Vincent Lis v. Consolidated Rail Corp., et al. |
| NYE | 1 | 04-3178 | Dale A. Hauck, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-3179 | Richard Cramer, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-3311 | Victor H. Bonilla v. A.W. Chesterton Co., et al. |
| NYE | 1 | 04-3312 | Jimmy Carlton Chambers v. A.W. Chesterton Co., et al. |

**DISTRICT DIV. C.A.#**

**NEW YORK SOUTHERN**

| | | | |
|---|---|---|---|
| NYS | 1 | 03-2157 | Carol E. Angelone, etc. v. American Standard, Inc., et al. |
| NYS | 1 | 04-1012 | Peter Consorti v. Aerofin Corp., et al. |
| NYS | 1 | 04-5019 | Mary V. Wilson, etc. v. General Electric Co., et al. |
| NYS | 1 | 04-5671 | Lea M. Marinopoulos, et al. v. General Electric Co. |
| NYS | 1 | 04-6055 | Stortini, etc., et al. v. General Electric Co. |

**OHIO NORTHERN**

| | | | |
|---|---|---|---|
| OHN | 1 | 04-10053 | Honesto S. Acedillo, Jr. v. A-c Product Liability Trust, et al. |
| OHN | 1 | 04-10054 | Casimiro F. Balba v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10055 | Prentiss C. Johnson v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10056 | Jack R.Trimmer, Sr. v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10057 | Arthur J. Archibald v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10058 | William P. Sandell v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10059 | Saleh H. Almaklani v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10060 | Patrick Diliberto v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10061 | Jerry L. Allday v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10062 | Ali Al Shohatee v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10063 | George S. Boyd v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10064 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-10065 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN | 1 | 04-20004 | Judy Peplowski, et al. v. Ace American Insurance Co., et al. |
| OHN | 1 | 04-20005 | Edward Zienkowski, et al. v. Oglebay Norton Co., et al. |

**OKLAHOMA NORTHERN**

| | | | |
|---|---|---|---|
| OKN | 4 | 04-440 | Lessie Laymon, etc. v. Anchor Packing Co., et al. |

**OREGON**

| | | | |
|---|---|---|---|
| OR | 3 | 04-1148 | Robert D. Dickman, etc. v. Chrysler Motors Corp., et al. |

**SOUTH CAROLINA**

| | | | |
|---|---|---|---|
| SC | 2 | 04-2057 | Charles L. Jordan, Jr. v. Owens-Illinois, Inc., et al. |
| SC | 2 | 04-2254 | Gloria O. Meyer, et al. v. Owens-Illinois, Inc., et al. |
| SC | 2 | 04-2359 | Nesbitt H. Chassereau, et al. v. Aventis Cropscience USA, Inc., et al. |
| SC | 2 | 04-2543 | Jeff D. Shealy, et al. v. Aventis Cropscience USA, Inc., et al. |
| SC | 2 | 04-2544 | Joseph F. Myers, et al. v. Owens-Illinois, Inc., et al. |
| SC | 2 | 04-21894 | Stephen F. Dutton, et al. v. Aventis Cropscience USA, Inc., et al. |
| SC | 2 | 04-22270 | Benetha Middleton, etc. v. Owens Illinois, Inc., et al. |
| SC | 8 | 04-2055 | Robert Cecil Hughes, Jr., et al. v. Aqua-Chem, Inc., et al. |

**TEXAS EASTERN**

| | | | |
|---|---|---|---|
| TXE | 5 | 04-203 | Carol Cook, etc. v. Pfizer, Inc., et al. |

**TEXAS SOUTHERN**

| | | | |
|---|---|---|---|
| TXS | 3 | 04-508 | Jose Cazaras, Sr., et al. v. Ametek, Inc., et al. |
| TXS | 4 | 02-4801 | Heber Foster, et al. v. Norfolk Southern Railway Co. |
| TXS | 4 | 02-4802 | John Manning, et al. v. Norfolk Southern Railway Co. |
| TXS | 4 | 02-4803 | William Slade, et al. v. Norfolk Southern Railway Co. |
| TXS | 4 | 02-4804 | Dennis Harper, et al. v. Norfolk Southern Railway Co. |
| TXS | 4 | 02-4806 | Frank Griffin, et al. v. Norfolk Southern Railway Co. |
| TXS | 4 | 02-4807 | James Vernon, et al. v. Norfolk Southern Railway Co. |

**VIRGINIA EASTERN**

| | | | |
|---|---|---|---|
| VAE | 2 | 01-5855 | William M. Vanee v. American Standard, Inc., et al. |
| VAE | 2 | 04-7661 | Joseph E. Jennette v. AC&S, Inc., et al. |
| VAE | 2 | 04-7968 | Raymond C. Blunt v. American Standard, et al. |
| VAE | 2 | 04-7969 | Donald C. Burns v. American Standard, et al. |
| VAE | 2 | 04-7970 | Chase M. Byers v. American Standard, et al. |
| VAE | 2 | 04-7971 | Charles H. Charity v. American Standard, et al. |

**DISTRICT DIV. C.A.#**

| | | | |
|---|---|---|---|
| VAE | 2 | 04-7972 | Compton, Charles W. v. American Standard, et al. |
| VAE | 2 | 04-7973 | Charles M. Deem v. American Standard, et al. |
| VAE | 2 | 04-7974 | Mauricio R. Gabaldon v. American Standard, et al. |
| VAE | 2 | 04-7975 | Larry L. Gort v. American Standard, et al. |
| VAE | 2 | 04-7976 | Charles C. Hamilton v. American Standard, et al. |
| VAE | 2 | 04-7977 | Nick Lakich v. American Standard, et al. |
| VAE | 2 | 04-7978 | Domenick Lopresto v. American Standard, et al. |
| VAE | 2 | 04-7979 | Robert M. Marker v. American Standard, et al. |
| VAE | 2 | 04-7980 | Solomon J. Moss v. American Standard, et al. |
| VAE | 2 | 04-7981 | Daniel R. Noble v. American Standard, et al. |
| VAE | 2 | 04-7982 | Joseph S. Poole v. American Standard, et al. |
| VAE | 2 | 04-7983 | Ira S. Waters v. American Standard, et al. |
| VAE | 2 | 04-7984 | Clyde M. Williams v. American Standard, et al. |
| VAE | 2 | 04-7985 | Paul B. Wingblade v. American Standard, et al. |
| VAE | 2 | 04-7986 | Delbert Aldridge v. American Standard, et al. |
| VAE | 2 | 04-7987 | Donald H. Baker v. American Standard, et al. |
| VAE | 2 | 04-7988 | Lee T. Cole v. American Standard, et al. |
| VAE | 2 | 04-7989 | Richard H. Fix v. American Standard, et al. |
| VAE | 2 | 04-7990 | Hunter, Joseph v. American Standard, et al. |
| VAE | 2 | 04-7991 | Harry M. Jones v. American Standard, et al. |
| VAE | 2 | 04-7992 | Norvan O. Kearns v. American Standard, et al. |
| VAE | 2 | 04-7993 | Arthur Lara v. American Standard, et al. |
| VAE | 2 | 04-7994 | William E. Lewis v. American Standard, et al. |
| VAE | 2 | 04-7995 | Jimmie F. Little v. American Standard, et al. |
| VAE | 2 | 04-7996 | William L. Love v. American Standard, et al. |
| VAE | 2 | 04-7997 | Elmo H. Lowry v. American Standard, et al. |
| VAE | 2 | 04-7998 | James R. Marks v. American Standard, et al. |
| VAE | 2 | 04-7999 | Stanley A. Miller v. American Standard, et al. |
| VAE | 2 | 04-8000 | Ray C. Moats v. American Standard, et al. |
| VAE | 2 | 04-8001 | Clifford H. Myers v. American Standard, et al. |
| VAE | 2 | 04-8002 | Frank J. Smith v. American Standard, et al. |
| VAE | 2 | 04-8003 | Frank A. Torres v. American Standard, et al. |
| VAE | 2 | 04-8004 | John W. Cooper v. American Standard, et al. |
| VAE | 2 | 04-8005 | Robert E. Stout v. American Standard, et al. |
| VAE | 2 | 04-8006 | Morton R. Baldwin v. American Standard, et al. |
| VAE | 2 | 04-8007 | Estill C. Blankenship v. American Standard, et al. |
| VAE | 2 | 04-8008 | Kenneth C. Brooks v. American Standard, et al. |
| VAE | 2 | 04-8009 | Billy C. Coleman v. American Standard, et al. |
| VAE | 2 | 04-8010 | Gary D. Cote v. American Standard, et al. |
| VAE | 2 | 04-8011 | Carl L. Croom v. American Standard, et al. |
| VAE | 2 | 04-8012 | Jerome G. Dagendesh v. American Standard, et al. |
| VAE | 2 | 04-8013 | Elmond D. Ekblad v. American Standard, et al. |
| VAE | 2 | 04-8014 | Donald J. Emery v. American Standard, et al. |
| VAE | 2 | 04-8015 | William T. Ezzell v. American Standard, et al. |
| VAE | 2 | 04-8016 | Robert H. Gavic v. American Standard, et al. |
| VAE | 2 | 04-8017 | Harold L. Goodman v. American Standard, et al. |
| VAE | 2 | 04-8018 | Antonio D. Gutierrez v. American Standard, et al. |
| VAE | 2 | 04-8019 | Donald L. Hartman v. American Standard, et al. |
| VAE | 2 | 04-8020 | Edward C. Havens v. American Standard, et al. |
| VAE | 2 | 04-8021 | Herbert Hicks v. American Standard, et al. |
| VAE | 2 | 04-8022 | Charles E. Hodnett v. American Standard, et al. |
| VAE | 2 | 04-8023 | James W. Hosier v. American Standard, et al. |
| VAE | 2 | 04-8024 | Glenn T. Huff v. American Standard, et al. |
| VAE | 2 | 04-8025 | Charles H. James v. American Standard, et al. |
| VAE | 2 | 04-8026 | Paul H. Kniceley v. American Standard, et al. |
| VAE | 2 | 04-8027 | Michael A. Labella v. American Standard, et al. |
| VAE | 2 | 04-8028 | Harold T. Laudenbach v. American Standard, et al. |
| VAE | 2 | 04-8029 | Donald F. Lilly v. American Standard, et al. |
| VAE | 2 | 04-8030 | Bobby P. Long v. American Standard, et al. |
| VAE | 2 | 04-8031 | Charles J. Luch v. American Standard, et al. |

**DISTRICT DIV. C.A.#**

| VAE | 2 | 04-8032 | David L. McDonie v. American Standard, et al. |
| VAE | 2 | 04-8033 | Delbert W. Moran v. American Standard, et al. |
| VAE | 2 | 04-8034 | Sanford J. Murrow v. American Standard, et al. |
| VAE | 2 | 04-8035 | Carl Noggle v. American Standard, et al. |
| VAE | 2 | 04-8036 | William P. Parker v. American Standard, et al. |
| VAE | 2 | 04-8037 | Owen B. Pearrell v. American Standard, et al. |
| VAE | 2 | 04-8038 | Howard L. Putts v. American Standard, et al. |
| VAE | 2 | 04-8039 | Arthur R. Ramsey v. American Standard, et al. |
| VAE | 2 | 04-8040 | George A. Rhodes v. American Standard, et al. |
| VAE | 2 | 04-8041 | Emmett T. Russell v. American Standard, et al. |
| VAE | 2 | 04-8042 | Ronald Sanchez v. American Standard, et al. |
| VAE | 2 | 04-8043 | Tim R. Sanchez v. American Standard, et al. |
| VAE | 2 | 04-8044 | Thomas H. Schoonover v. American Standard, et al. |
| VAE | 2 | 04-8045 | Kenneth Seal v. American Standard, et al. |
| VAE | 2 | 04-8046 | Robert M. Shackelford v. American Standard, et al. |
| VAE | 2 | 04-8047 | James W. Shreve v. American Standard, et al. |
| VAE | 2 | 04-8048 | Robert A. Smith v. American Standard, et al. |
| VAE | 2 | 04-8049 | Jon Stone v. American Standard, et al. |
| VAE | 2 | 04-8050 | Benny J. Testa v. American Standard, et al. |
| VAE | 2 | 04-8051 | Albert Vallejos v. American Standard, et al. |
| VAE | 2 | 04-8052 | Noah E. Varnadore v. American Standard, et al. |
| VAE | 2 | 04-8053 | Milton Holliday v. American Standard, et al. |
| VAE | 2 | 04-8054 | John A. Laughary v. American Standard, et al. |
| VAE | 2 | 04-8055 | Richard D. Maurer v. American Standard, et al. |
| VAE | 2 | 04-8056 | Michael J. McGowan v. American Standard, et al. |
| VAE | 2 | 04-8057 | Gordon Ramsdell v. American Standard, et al. |
| VAE | 2 | 04-8058 | Eugene A. Roberts v. American Standard, et al. |
| VAE | 2 | 04-8059 | Robert T. Rodgers v. American Standard, et al. |
| VAE | 2 | 04-8060 | James A. Sager v. American Standard, et al. |
| VAE | 2 | 04-8061 | Jerry L. Sanderlin v. American Standard, et al. |
| VAE | 2 | 04-8062 | Warren A. Scott v. American Standard, et al. |
| VAE | 2 | 04-8063 | Robert E. Pfannenstein v. American Standard, et al. |
| VAE | 2 | 04-8064 | John E. Calzacorta v. American Standard, et al. |
| VAE | 2 | 04-8065 | John H. Nichols v. American Standard, et al. |
| VAE | 2 | 04-8066 | James E. Osting v. American Standard, et al. |
| VAE | 2 | 04-8067 | Thomas F. Scott v. American Standard, et al. |
| VAE | 2 | 04-8068 | Jerry L. Thomas v. American Standard, et al. |
| VAE | 2 | 04-8069 | Russell E. Ward v. American Standard, et al. |
| VAE | 2 | 04-8070 | Herschel F. Bauer v. American Standard, et al. |
| VAE | 2 | 04-8071 | William H. Bailey v. American Standard, et al. |
| VAE | 2 | 04-8072 | Eugene R. Catron v. American Standard, et al. |
| VAE | 2 | 04-8073 | Quentin P. Clymer v. American Standard, et al. |
| VAE | 2 | 04-8074 | Sam J. Arrington v. American Standard, et al. |
| VAE | 2 | 04-8075 | Uewell E. Boyett v. American Standard, et al. |
| VAE | 2 | 04-8076 | Armond Landavazo v. American Standard, et al. |
| VAE | 2 | 04-8077 | Jerry G. Smith v. American Standard, et al. |
| VAE | 2 | 04-8078 | Major D. Akenhead v. American Standard, et al. |
| VAE | 2 | 04-8079 | Robert L. Akin v. American Standard, et al. |
| VAE | 2 | 04-8080 | Lessie E. Bennett v. American Standard, et al. |
| VAE | 2 | 04-8081 | Norman G. Bestwick v. American Standard, et al. |
| VAE | 2 | 04-8082 | Russell W. Borden v. American Standard, et al. |
| VAE | 2 | 04-8083 | Jimmy C. Boyer v. American Standard, et al. |
| VAE | 2 | 04-8084 | Philip L. Buckley v. American Standard, et al. |
| VAE | 2 | 04-8085 | William J. Buria v. American Standard, et al. |
| VAE | 2 | 04-8086 | Andres Cordero v. American Standard, et al. |
| VAE | 2 | 04-8087 | Charlie Duncan v. American Standard, et al. |
| VAE | 2 | 04-8088 | Joseph F. Ellers v. American Standard, et al. |
| VAE | 2 | 04-8089 | Harlan J. Erickson v. American Standard, et al. |
| VAE | 2 | 04-8090 | Robert S. Eskro v. American Standard, et al. |
| VAE | 2 | 04-8091 | Glenn E. Fairbrother v. American Standard, et al. |

**DISTRICT  DIV. C.A.#**

| | | | |
|---|---|---|---|
| VAE | 2 | 04-8092 | Arlyn W. Flatten v. American Standard, et al. |
| VAE | 2 | 04-8093 | Donald E. Foster v. American Standard, et al. |
| VAE | 2 | 04-8094 | William P. Foster v. American Standard, et al. |
| VAE | 2 | 04-8095 | Robert H. Hall v. American Standard, et al. |
| VAE | 2 | 04-8096 | James A. Halsey v. American Standard, et al. |
| VAE | 2 | 04-8097 | Raymond D. Hendershot v. American Standard, et al. |
| VAE | 2 | 04-8098 | Albert J. Hesson v. American Standard, et al. |
| VAE | 2 | 04-8099 | G. W. Hillin v. American Standard, et al. |
| VAE | 2 | 04-8100 | John E. Jenkins v. American Standard, et al. |
| VAE | 2 | 04-8101 | Wesley D. Johnson v. American Standard, et al. |
| VAE | 2 | 04-8102 | David L. Kinsch v. American Standard, et al. |
| VAE | 2 | 04-8103 | Robert W. Leavene v. American Standard, et al. |
| VAE | 2 | 04-8104 | Madigan, Charles L. v. American Standard, et al. |
| VAE | 2 | 04-8105 | Terry Miyler v. American Standard, et al. |
| VAE | 2 | 04-8106 | Charles T. Moore v. American Standard, et al. |
| VAE | 2 | 04-8107 | Howard L. Moore v. American Standard, et al. |
| VAE | 2 | 04-8108 | Mike Reback v. American Standard, et al. |
| VAE | 2 | 04-8109 | Albert D. Reynolds v. American Standard, et al. |
| VAE | 2 | 04-8110 | Leon Sawyer v. American Standard, et al. |
| VAE | 2 | 04-8111 | James E. Seeders v. American Standard, et al. |
| VAE | 2 | 04-8112 | Lewis B. Snead v. American Standard, et al. |
| VAE | 2 | 04-8113 | Alfredo P. Vigil v. American Standard, et al. |
| VAE | 2 | 04-8114 | Joe G. Ward v. American Standard, et al. |
| VAE | 2 | 04-8115 | Larry L. White v. American Standard, et al. |
| VAE | 2 | 04-8116 | Clarence T. Woodruff v. American Standard, et al. |
| VAE | 2 | 04-8117 | William L. Zimmerman v. American Standard, et al. |
| VAE | 2 | 04-8118 | Roy Cagle v. American Standard, et al. |
| VAE | 2 | 04-8119 | Roy L. Chapman v. American Standard, et al. |
| VAE | 2 | 04-8120 | Wilburn E. Clements v. American Standard, et al. |
| VAE | 2 | 04-8121 | William L. Collins v. American Standard, et al. |
| VAE | 2 | 04-8122 | Ronald W. Davidson v. American Standard, et al. |
| VAE | 2 | 04-8123 | Floyd F. Eaton v. American Standard, et al. |
| VAE | 2 | 04-8124 | Everette W. Ewing v. American Standard, et al. |
| VAE | 2 | 04-8125 | George H. Falls v. American Standard, et al. |
| VAE | 2 | 04-8126 | Marion E. Felkins v. American Standard, et al. |
| VAE | 2 | 04-8127 | Wayne D. Heins v. American Standard, et al. |
| VAE | 2 | 04-8128 | Paul R. Herald v. American Standard, et al. |
| VAE | 2 | 04-8129 | Ivory Johnson v. American Standard, et al. |
| VAE | 2 | 04-8130 | William K. Nielsen v. American Standard, et al. |
| VAE | 2 | 04-8131 | Wyman R. Ray v. American Standard, et al. |
| VAE | 2 | 04-8132 | Roger L. Watson v. American Standard, et al. |
| VAE | 2 | 04-8133 | Douglas Heppner v. American Standard, et al. |
| VAE | 2 | 04-8134 | Joseph K. Martin v. American Standard, et al. |
| VAE | 2 | 04-8135 | Gerald D. McInville v. American Standard, et al. |
| VAE | 2 | 04-8136 | Antonio Padilla v. American Standard, et al. |
| VAE | 2 | 04-8137 | Robert A. Pritchett v. American Standard, et al. |
| VAE | 2 | 04-8138 | Robert A. Rollins v. American Standard, et al. |
| VAE | 2 | 04-8139 | Eduardo S. Romero v. American Standard, et al. |
| VAE | 2 | 04-8140 | Ralph J. Russell v. American Standard, et al. |
| VAE | 2 | 04-8141 | Henry Staub v. American Standard, et al. |
| VAE | 2 | 04-8142 | Arthur R. Smith v. American Standard, et al. |
| VAE | 2 | 04-8143 | Ronald Bartholomew v. American Standard, et al. |
| VAE | 2 | 04-8144 | Albert Ray Horner v. American Standard, et al. |
| VAE | 2 | 04-8145 | Thomas E. Method v. American Standard, et al. |
| VAE | 2 | 04-8146 | Lee D. Wallis v. American Standard, et al. |
| VAE | 2 | 04-8147 | Vincent C. Garrett, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8148 | Vernon T. Rice, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8149 | Sadie Harsley, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8150 | John M. Powell, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8151 | Zell Walker v. A.P. Green, et al. |

**DISTRICT  DIV.  C.A.#**

| | | | |
|---|---|---|---|
| VAE | 2 | 04-8152 | Willie A. Cuffee, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8153 | William W. Watson, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8154 | Robert Wells v. A.P. Green, et al. |
| VAE | 2 | 04-8155 | Wayne D. Phillips v. A.P. Green, et al. |
| VAE | 2 | 04-8156 | Warner D. Saunders v. A.P. Green, et al. |
| VAE | 2 | 04-8157 | Thomas W. Sturgis v. A.P. Green, et al. |
| VAE | 2 | 04-8158 | Soloman T. Palmer v. A.P. Green, et al. |
| VAE | 2 | 04-8159 | Roger D. Creter v. A.P. Green, et al. |
| VAE | 2 | 04-8160 | William H. Shine, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8161 | Sandra Wilburn, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8162 | Ralph E. Riddick v. A.P. Green, et al. |
| VAE | 2 | 04-8163 | Sarah Waddler, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8164 | Matthew C. Garner v. A.P. Green, et al. |
| VAE | 2 | 04-8165 | Marion West v. A.P. Green, et al. |
| VAE | 2 | 04-8166 | Junious Epps v. A.P. Green, et al. |
| VAE | 2 | 04-8167 | Kathleen Taylor, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8168 | Norma Greene, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8169 | Nancy Greenfield, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8170 | Emma Jackson, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8171 | Faye Hylton, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8172 | Eleanor Carraway, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8173 | June White, et al. v. A.P. Green, et al. |
| VAE | 2 | 04-8174 | Albert M. Schatzhuber v. A.P. Green, et al. |
| VAE | 4 | 04-2644 | Ernest Andrew Buchanan v. AC&S, Inc., et al. |
| VAE | 4 | 04-2645 | Patrick Bryant, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2646 | Freddie U. Brown v. AC&S, Inc., et al. |
| VAE | 4 | 04-2647 | Willie Brooks v. AC&S, Inc., et al. |
| VAE | 4 | 04-2648 | Roland A. Brooks, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2649 | Sidney W. Brockwell v. AC&S, Inc., et al. |
| VAE | 4 | 04-2650 | Stanley A. Brisendine v. AC&S, Inc., et al. |
| VAE | 4 | 04-2651 | Maryland Branch v. AC&S, Inc., et al. |
| VAE | 4 | 04-2652 | Leon Callis, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2653 | William Butler, Sr. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2654 | James Butler, Sr. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2655 | William Bradshaw v. AC&S, Inc., et al. |
| VAE | 4 | 04-2656 | Jesse Black v. AC&S, Inc., et al. |
| VAE | 4 | 04-2657 | Robert Birch v. AC&S, Inc., et al. |
| VAE | 4 | 04-2658 | Albert Benson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2659 | James Artis v. AC&S, Inc., et al. |
| VAE | 4 | 04-2660 | Robert Walter Armstrong v. AC&S, Inc., et al. |
| VAE | 4 | 04-2661 | Larry Armstrong v. AC&S, Inc., et al. |
| VAE | 4 | 04-2662 | George Anderson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2663 | Claude Allen v. AC&S, Inc., et al. |
| VAE | 4 | 04-2664 | William Bailey v. AC&S, Inc., et al. |
| VAE | 4 | 04-2665 | Joe Chadwell v. AC&S, Inc., et al. |
| VAE | 4 | 04-2666 | Johnnie Burchett v. AC&S, Inc., et al. |
| VAE | 4 | 04-2667 | Elton Wyatt v. AC&S, Inc., et al. |
| VAE | 4 | 04-2668 | John Briggs v. AC&S, Inc., et al. |
| VAE | 4 | 04-2669 | Kenneth Carpenter v. AC&S, Inc., et al. |
| VAE | 4 | 04-2670 | Walter Harnly v. AC&S, Inc., et al. |
| VAE | 4 | 04-2671 | Carl Harman v. AC&S, Inc., et al. |
| VAE | 4 | 04-2672 | Jesse Lee Council v. AC&S, Inc., et al. |
| VAE | 4 | 04-2673 | Antonio Luna Cuerpo v. AC&S, Inc., et al. |
| VAE | 4 | 04-2674 | Sandra Custis, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2675 | Thurman Buford Dale v. AC&S, Inc., et al. |
| VAE | 4 | 04-2676 | William Thomas Darden v. AC&S, Inc., et al. |
| VAE | 4 | 04-2677 | Maynard L. Daulton v. AC&S, Inc., et al. |
| VAE | 4 | 04-2678 | James Harvey Dennard v. AC&S, Inc., et al. |
| VAE | 4 | 04-2679 | James Bert Denton v. AC&S, Inc., et al. |
| VAE | 4 | 04-2680 | Ralph E. Croyle v. AC&S, Inc., et al. |

**DISTRICT DIV. C.A.#**

| | | | |
|---|---|---|---|
| VAE | 4 | 04-2681 | Roger D. Crittenden, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2682 | Peter Thomas Corprew v. AC&S, Inc., et al. |
| VAE | 4 | 04-2683 | Tyrone Copeland v. AC&S, Inc., et al. |
| VAE | 4 | 04-2684 | Robert P. Cook, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2685 | John W. Collins v. AC&S, Inc., et al. |
| VAE | 4 | 04-2686 | Royce R. Coles, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2687 | Jimmie H. Clark v. AC&S, Inc., et al. |
| VAE | 4 | 04-2688 | Donald L. Carter v. AC&S, Inc., et al. |
| VAE | 4 | 04-2689 | James Richard Carter v. AC&S, Inc., et al. |
| VAE | 4 | 04-2690 | Ronald Lee Diggs v. AC&S, Inc., et al. |
| VAE | 4 | 04-2691 | Colin Kelly v. AC&S, Inc., et al. |
| VAE | 4 | 04-2692 | Gordon W. Brice v. AC&S, Inc., et al. |
| VAE | 4 | 04-2693 | Ronald Lee Solomon v. AC&S, Inc., et al. |
| VAE | 4 | 04-2694 | Clinton Capehart v. AC&S, Inc., et al. |
| VAE | 4 | 04-2695 | Mary Jane Eubank, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2696 | William E. Ellis v. AC&S, Inc., et al. |
| VAE | 4 | 04-2697 | Willie L. Ducre v. AC&S, Inc., et al. |
| VAE | 4 | 04-2698 | Cecil Ray Dodd v. AC&S, Inc., et al. |
| VAE | 4 | 04-2699 | Nicholas Joseph Dimarino v. AC&S, Inc., et al. |
| VAE | 4 | 04-2700 | Ellis Alford v. AC&S, Inc., et al. |
| VAE | 4 | 04-2701 | Melvin Alexander v. AC&S, Inc., et al. |
| VAE | 4 | 04-2702 | Debbie Adcock, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2703 | James Adams v. AC&S, Inc., et al. |
| VAE | 4 | 04-2704 | George Adams v. AC&S, Inc., et al. |
| VAE | 4 | 04-2705 | Richard Adams v. AC&S, Inc., et al. |
| VAE | 4 | 04-2706 | Fred Bennett v. AC&S, Inc., et al. |
| VAE | 4 | 04-2707 | Harold Beddingfield v. AC&S, Inc., et al. |
| VAE | 4 | 04-2708 | Delmar Bateman v. AC&S, Inc., et al. |
| VAE | 4 | 04-2709 | William Barrett v. AC&S, Inc., et al. |
| VAE | 4 | 04-2710 | James L. Baker v. AC&S, Inc., et al. |
| VAE | 4 | 04-2711 | Douglas Woolard v. AC&S, Inc., et al. |
| VAE | 4 | 04-2712 | William Musick v. AC&S, Inc., et al. |
| VAE | 4 | 04-2713 | Allen Mitchell v. AC&S, Inc., et al. |
| VAE | 4 | 04-2714 | Charles McDonald, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2715 | George Maples, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2716 | Aubrey Green v. AC&S, Inc., et al. |
| VAE | 4 | 04-2717 | Erma Freeman, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2718 | Herbert Allen Duke v. AC&S, Inc., et al. |
| VAE | 4 | 04-2719 | William Dale v. AC&S, Inc., et al. |
| VAE | 4 | 04-2720 | James Titus v. AC&S, Inc., et al. |
| VAE | 4 | 04-2721 | John Stephen Tucker v. AC&S, Inc., et al. |
| VAE | 4 | 04-2722 | William West, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2723 | William H. Weston v. AC&S, Inc., et al. |
| VAE | 4 | 04-2724 | James L. Wheatley v. AC&S, Inc., et al. |
| VAE | 4 | 04-2725 | William Morris Whitaker v. AC&S, Inc., et al. |
| VAE | 4 | 04-2726 | Van Buren Williams, Jr. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2727 | Clifford F. Tyree v. AC&S, Inc., et al. |
| VAE | 4 | 04-2728 | Helen M. Tyler v. AC&S, Inc., et al. |
| VAE | 4 | 04-2729 | Francis Irvin Turner v. AC&S, Inc., et al. |
| VAE | 4 | 04-2730 | Aplinario L. Cuerpo v. AC&S, Inc., et al. |
| VAE | 4 | 04-2731 | Theodore Anderson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2732 | Donald R. Spikes v. AC&S, Inc., et al. |
| VAE | 4 | 04-2733 | Lester Ray Smith v. AC&S, Inc., et al. |
| VAE | 4 | 04-2734 | James Thomas Smith v. AC&S, Inc., et al. |
| VAE | 4 | 04-2735 | Charlie Riggs Sheely v. AC&S, Inc., et al. |
| VAE | 4 | 04-2736 | Edison Woodrow Spruill v. AC&S, Inc., et al. |
| VAE | 4 | 04-2737 | Ronald Stafford v. AC&S, Inc., et al. |
| VAE | 4 | 04-2738 | John Compton v. AC&S, Inc., et al. |
| VAE | 4 | 04-2739 | Joel Weisiger v. AC&S, Inc., et al. |
| VAE | 4 | 04-2740 | William West v. AC&S, Inc., et al. |

**DISTRICT DIV. C.A.#**

| | | | |
|---|---|---|---|
| VAE | 4 | 04-2741 | John Robinson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2742 | Isaac E. Robertson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2743 | Larry Gene Robertson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2744 | Marvin Roberts v. AC&S, Inc., et al. |
| VAE | 4 | 04-2745 | Charles Zehmer v. AC&S, Inc., et al. |
| VAE | 4 | 04-2746 | Herbert Wuska v. AC&S, Inc., et al. |
| VAE | 4 | 04-2747 | Mack Wright v. AC&S, Inc., et al. |
| VAE | 4 | 04-2748 | Emmerson Woolard v. AC&S, Inc., et al. |
| VAE | 4 | 04-2749 | Thomas Walker v. AC&S, Inc., et al. |
| VAE | 4 | 04-2750 | Margie Vaughan, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2751 | Scotty Williamson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2752 | Frankie Vann v. AC&S, Inc., et al. |
| VAE | 4 | 04-2753 | Ralph Moyer Webb v. AC&S, Inc., et al. |
| VAE | 4 | 04-2754 | Nelson Cornell Watkins v. AC&S, Inc., et al. |
| VAE | 4 | 04-2755 | George T. Ward v. AC&S, Inc., et al. |
| VAE | 4 | 04-2756 | Kenneth Graham Walters v. AC&S, Inc., et al. |
| VAE | 4 | 04-2757 | Patricia Walters v. AC&S, Inc., et al. |
| VAE | 4 | 04-2758 | Samuel White v. AC&S, Inc., et al. |
| VAE | 4 | 04-2759 | Walter Washington v. AC&S, Inc., et al. |
| VAE | 4 | 04-2760 | Haywood Thomas v. AC&S, Inc., et al. |
| VAE | 4 | 04-2761 | Charles Smith v. AC&S, Inc., et al. |
| VAE | 4 | 04-2762 | William Shaw v. AC&S, Inc., et al. |
| VAE | 4 | 04-2763 | Linwood Sedgwick v. AC&S, Inc., et al. |
| VAE | 4 | 04-2764 | Robert Roberson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2765 | James Stanley Perry v. AC&S, Inc., et al. |
| VAE | 4 | 04-2766 | Lawrence G. Parham v. AC&S, Inc., et al. |
| VAE | 4 | 04-2767 | Dallas Milton Neville v. AC&S, Inc., et al. |
| VAE | 4 | 04-2768 | Robert Alfred v. AC&S, Inc., et al. |
| VAE | 4 | 04-2769 | Charles Baynard v. AC&S, Inc., et al. |
| VAE | 4 | 04-2770 | Claude R. Perry, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2771 | Earlston V. Teal v. AC&S, Inc., et al. |
| VAE | 4 | 04-2772 | Henry B. Robertson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2773 | Wilbert E. Tynes v. AC&S, Inc., et al. |
| VAE | 4 | 04-2774 | Robert Boothe v. AC&S, Inc., et al. |
| VAE | 4 | 04-2775 | Charles G. Andrews v. AC&S, Inc., et al. |
| VAE | 4 | 04-2776 | Emery Sweeney v. AC&S, Inc., et al. |
| VAE | 4 | 04-2777 | James Council Diggs v. AC&S, Inc., et al. |
| VAE | 4 | 04-2778 | Dexter Cornelius Cutler v. AC&S, Inc., et al. |
| VAE | 4 | 04-2779 | Leander Covington v. AC&S, Inc., et al. |
| VAE | 4 | 04-2780 | James Edwin Thompson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2781 | Ronald Eldridge Williams v. AC&S, Inc., et al. |
| VAE | 4 | 04-2782 | Richard Hewitt Williams v. AC&S, Inc., et al. |
| VAE | 4 | 04-2783 | Mrs. Brenda Whiteman, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2784 | Neal White, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2785 | Walter Wendell White v. AC&S, Inc., et al. |
| VAE | 4 | 04-2786 | Thomas Salmon v. AC&S, Inc., et al. |
| VAE | 4 | 04-2787 | Johnnie Russ v. AC&S, Inc., et al. |
| VAE | 4 | 04-2788 | Russell Rozzell v. AC&S, Inc., et al. |
| VAE | 4 | 04-2789 | John Rourke, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2790 | Thomas M. Sullivan v. AC&S, Inc., et al. |
| VAE | 4 | 04-2791 | Michael J. Sullivan v. AC&S, Inc., et al. |
| VAE | 4 | 04-2792 | Robert L. Stateman v. AC&S, Inc., et al. |
| VAE | 4 | 04-2793 | Richard Allen Stalls v. AC&S, Inc., et al. |
| VAE | 4 | 04-2794 | Walter Ben Stalling v. AC&S, Inc., et al. |
| VAE | 4 | 04-2795 | I. Anthony Sansone v. AC&S, Inc., et al. |
| VAE | 4 | 04-2796 | Leon A. Vreeland v. AC&S, Inc., et al. |
| VAE | 4 | 04-2797 | Gary Delivan Shulenburg v. AC&S, Inc., et al. |
| VAE | 4 | 04-2798 | Robert E. Carrier v. AC&S, Inc., et al. |
| VAE | 4 | 04-2799 | Alfred Wallace Robbins v. AC&S, Inc., et al. |
| VAE | 4 | 04-2800 | Hampton Vincent Snidow v. AC&S, Inc., et al. |

**DISTRICT  DIV. C.A.#**

| | | | |
|---|---|---|---|
| VAE | 4 | 04-2801 | Cleveland Taylor v. AC&S, Inc., et al. |
| VAE | 4 | 04-2802 | Wayne Douglas Taylor v. AC&S, Inc., et al. |
| VAE | 4 | 04-2803 | Meredith Hamilton Taylor v. AC&S, Inc., et al. |
| VAE | 4 | 04-2804 | Herman A. Sykes v. AC&S, Inc., et al. |
| VAE | 4 | 04-2805 | William Edward Ligon v. AC&S, Inc., et al. |
| VAE | 4 | 04-2806 | Robert Wayne Riggs v. AC&S, Inc., et al. |
| VAE | 4 | 04-2807 | William Riddick v. AC&S, Inc., et al. |
| VAE | 4 | 04-2808 | Mickey Renfrow, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2809 | Rudolph Albert Reid v. AC&S, Inc., et al. |
| VAE | 4 | 04-2810 | Ernest E. Reid v. AC&S, Inc., et al. |
| VAE | 4 | 04-2811 | Louis Reed, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2812 | Thomas R. Quillian v. AC&S, Inc., et al. |
| VAE | 4 | 04-2813 | Harry Lee Pruitt v. AC&S, Inc., et al. |
| VAE | 4 | 04-2814 | Paul R. Pruitt v. AC&S, Inc., et al. |
| VAE | 4 | 04-2815 | Mary Prevatte, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2816 | Shelton Ralph Porter v. AC&S, Inc., et al. |
| VAE | 4 | 04-2817 | Clyde W. Pitts v. AC&S, Inc., et al. |
| VAE | 4 | 04-2818 | Wendell G. Phillips v. AC&S, Inc., et al. |
| VAE | 4 | 04-2819 | Eugene Ottaway Peters v. AC&S, Inc., et al. |
| VAE | 4 | 04-2820 | Daniel E. Perryman v. AC&S, Inc., et al. |
| VAE | 4 | 04-2821 | Whit Lee Parks v. AC&S, Inc., et al. |
| VAE | 4 | 04-2822 | Harold Page v. AC&S, Inc., et al. |
| VAE | 4 | 04-2823 | Gary Owens v. AC&S, Inc., et al. |
| VAE | 4 | 04-2824 | Paul E. Newby, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2825 | Paulette Nash v. AC&S, Inc., et al. |
| VAE | 4 | 04-2826 | Donald Mongold v. AC&S, Inc., et al. |
| VAE | 4 | 04-2827 | Glenn Millier v. AC&S, Inc., et al. |
| VAE | 4 | 04-2828 | Zemery Messer v. AC&S, Inc., et al. |
| VAE | 4 | 04-2829 | Linwood Franklin McCoy v. AC&S, Inc., et al. |
| VAE | 4 | 04-2830 | James Masters v. AC&S, Inc., et al. |
| VAE | 4 | 04-2831 | Sue Massengill, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2832 | Charles Allan Marshall v. AC&S, Inc., et al. |
| VAE | 4 | 04-2833 | Terry Alan Maratellos v. AC&S, Inc., et al. |
| VAE | 4 | 04-2834 | James Lupton, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2835 | Donald J. Long v. AC&S, Inc., et al. |
| VAE | 4 | 04-2836 | Phillip Lewis v. AC&S, Inc., et al. |
| VAE | 4 | 04-2837 | Louis Leskovar v. AC&S, Inc., et al. |
| VAE | 4 | 04-2838 | Jessie Leonard v. AC&S, Inc., et al. |
| VAE | 4 | 04-2839 | David Ray LeDoyen v. AC&S, Inc., et al. |
| VAE | 4 | 04-2840 | Lewis Nelson Lawrence v. AC&S, Inc., et al. |
| VAE | 4 | 04-2841 | Gordon E. Lamkin v. AC&S, Inc., et al. |
| VAE | 4 | 04-2842 | David R. Krauter v. AC&S, Inc., et al. |
| VAE | 4 | 04-2843 | Jerry Nance v. AC&S, Inc., et al. |
| VAE | 4 | 04-2844 | Lawrence Keithley v. AC&S, Inc., et al. |
| VAE | 4 | 04-2845 | John Jory v. AC&S, Inc., et al. |
| VAE | 4 | 04-2846 | Charles H. Goens v. AC&S, Inc., et al. |
| VAE | 4 | 04-2847 | Lawrence Tyrone Gibson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2848 | Vernon O. Gayle v. AC&S, Inc., et al. |
| VAE | 4 | 04-2849 | Leroy H. Garrison v. AC&S, Inc., et al. |
| VAE | 4 | 04-2850 | Rebecca Garrett, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2851 | Marion Gordon Garnett v. AC&S, Inc., et al. |
| VAE | 4 | 04-2852 | Francis L. Foster v. AC&S, Inc., et al. |
| VAE | 4 | 04-2853 | Tyrone Elvin Fontanilla v. AC&S, Inc., et al. |
| VAE | 4 | 04-2854 | Charles E. Foley v. AC&S, Inc., et al. |
| VAE | 4 | 04-2855 | Robert L. Fishel v. AC&S, Inc., et al. |
| VAE | 4 | 04-2856 | William E. Morris, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2857 | Edgar L. Morgan v. AC&S, Inc., et al. |
| VAE | 4 | 04-2858 | William Moore, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2859 | Oscar Glenn Jones v. AC&S, Inc., et al. |
| VAE | 4 | 04-2860 | David Philip Johnson v. AC&S, Inc., et al. |

Case MDL No. 875 Document 4315 Filed 11/23/04 Page 82 of 100

**DISTRICT  DIV. C.A.#**

| DISTRICT | DIV | C.A.# | |
|----------|-----|-------|---|
| VAE | 4 | 04-2861 | Fuller Ashton Johnson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2862 | Sandra Hill, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2863 | Ronald Harrison v. AC&S, Inc., et al. |
| VAE | 4 | 04-2864 | John A. Harris v. AC&S, Inc., et al. |
| VAE | 4 | 04-2865 | Anthony Lane Hannah v. AC&S, Inc., et al. |
| VAE | 4 | 04-2866 | Dorothy Jarrett, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2867 | William Henry Hunter v. AC&S, Inc., et al. |
| VAE | 4 | 04-2868 | Mary Virginia Jones v. AC&S, Inc., et al. |
| VAE | 4 | 04-2869 | Barry Lee Jones v. AC&S, Inc., et al. |
| VAE | 4 | 04-2870 | Ronald D. Hunt v. AC&S, Inc., et al. |
| VAE | 4 | 04-2871 | William H. Johnson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2872 | Valerie Hunt, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2873 | William Hudgins, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2874 | Jesse Sherwood Howell v. AC&S, Inc., et al. |
| VAE | 4 | 04-2875 | Judith Hollowell, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2876 | James Thomas Holloway v. AC&S, Inc., et al. |
| VAE | 4 | 04-2877 | Ruth Holland, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2878 | Leo Hogge v. AC&S, Inc., et al. |
| VAE | 4 | 04-2879 | Roger Wayne Hobbs v. AC&S, Inc., et al. |
| VAE | 4 | 04-2880 | Harold Hinkle v. AC&S, Inc., et al. |
| VAE | 4 | 04-2881 | Thomas Hill, et al. v. AC&S, Inc., et al. |
| VAE | 4 | 04-2882 | Larry Lee Griffith v. AC&S, Inc., et al. |
| VAE | 4 | 04-2883 | David Wayne Griffin v. AC&S, Inc., et al. |
| VAE | 4 | 04-2884 | Preston Lee Gray v. AC&S, Inc., et al. |
| VAE | 4 | 04-2885 | Kenneth J. Goodman v. AC&S, Inc., et al. |
| VAE | 4 | 04-2886 | Jack Arnold Ferguson v. AC&S, Inc., et al. |
| VAE | 4 | 04-2887 | Maurice Ferebee v. AC&S, Inc., et al. |
| VAE | 4 | 04-2888 | William Bob Evans v. AC&S, Inc., et al. |
| VAE | 4 | 04-2889 | Paul W. Gardner v. Honeywell International, Inc., et al. |

**WASHINGTON WESTERN**

| DISTRICT | DIV | C.A.# | |
|----------|-----|-------|---|
| WAW | 2 | 04-1601 | Kenneth McEdwards, et al. v. Foster Wheeler Energy Corp., et al. |
| WAW | 2 | 04-1641 | Gary D. Allen v. General Electric Co., et al. |
| WAW | 3 | 04-5312 | Maynard Brent v. Metropolitan Life Insurance Co. |

## INVOLVED COUNSEL LIST (CTO-237)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Murray E. Abowitz
Abowitz Timberlake & Dahnke, PC
105 N. Hudson
10th Floor
P.O. Box 1937
Oklahoma City, OK 73101

David F. Albright, Jr.
Bennett & Albright, PA
200 Court Square Building
200 E. Lexington Street
Baltimore, MD 21202

David W. Allen
Goodell, DeVries, Leech & Dann, LLP
One South Street
20th Floor
Baltimore, MD 21202

Michelle Allott
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

Robert D. Anderle
Porter, Wright, Morris & Arthur
1700 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115

Jody E. Anderman
LeBlanc & Waddell, LLC
5353 Essen Lane
Suite 420
Baton Rouge, LA 70809

Mark E. Anderson
Patterson, Dilthey, Clay, Bryson &
Anderson
P.O. Box 2258
Wilmington, NC 28402-2258

Robert M. Anspach
Anspach, Meeks & Nunn
300 Madison Avenue
Toledo, OH 43604-2633

Cynthia W. Antonucci
Harris Beach, LLP
805 3rd Avenue
20th Floor
New York, NY 10022

Robert M. Arentson, Jr.
Baker, Donelson, Bearman, Caldwell
& Berkowitz, PC
P.O. Box 14167
Jackson, MS 39236-4167

David G. Arnold
Weston, Hurd, Fallon, Paisley &
Howley
2500 Terminal Tower
50 Public Square
Cleveland, OH 44113

Harry Ross Asher
Roberts, Markel & Guerry, PC
2500 City West Boulevard
Suite 1350
Houston, TX 77042

David A. Baker
Forman Perry Watkins Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

James Randolph Baker
Holloway Dobson & Bachman, P.C.
211 N. Robinson Avenue
Suite 900 North
Oklahoma City, OK 73102

Kenneth Carl Baker
Baker & Patterson LLP
1004 Prairie, Suite 300
Houston, TX 77002

S. Allen Baker, Jr.
Balch & Bingham LLP
P.O. Box 306
Birmingham, AL 35201

Francis S. Baldwin, Jr.
Baldwin & Baldwin
400 W Houston Street
P.O. Drawer 1349
Marshall, TX 75671

Thomas A. Banducci
Stoel Rives, LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702-5958

David A. Barfield
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-3979

Andrew Bart
Greenfield Stein & Senior, LLP
600 Third Avenue, 11th Floor
New York, NY 10016

Monte L. Barton
Copeland, Cook, Taylor & Bush, P.A.
P.O. Box 6020
Ridgeland, MS 39158-6020

Scott W. Bates
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
P.O. Box 14167
Jackson, MS 39236-4167

Christopher E. Bauer
Robin L. Roberts, PLLC
1003 West Pine
Hattiesburg, MS 39401

Kevin C. Baumgardner
Corr & Cronin, L.L.P.
1001 4th Avenue
Suite 3900
Seattle, WA 98154-1051

William D. Bayliss
Williams, Mullen, Christian & Dobbins
Two James Center
1021 East Cary Street
P.O. Box 1320
Richmond, VA 23210-1320

Patrick Earl Beasley
Abbott, Simses, Kuchler
210 East Capitol Street
Suite 1090
Jackson, MS 39201

Glenn F. Beckham
Upshaw, Williams, Biggers, Beckham
& Riddick
P.O. Drawer 8230
Greenwood, MS 38935-8230

Richard V. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Paul T. Benton
P.O. Box 1341
Biloxi, MS 39533

Martin Berks
1900 28th Avenue
Suite 107
Homewood, AL 35209

Thomas P. Bernier
Segal, McCambridge, Singer &
Mahoney, Ltd.
217 E. Redwood Street
21st Floor
Baltimore, MD 21202-3316

V. Brian Bevon
Motley Rice, LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Kevin P. Bilms
Law Offices of Peter Nicholl
430 Crawford Street
Suite 202
Portsmouth, VA 23704

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, L.L.P.
303 East 17th Avenue, Suite 1100
Denver, CO 80203-1264

Roy B. Blackwell
Kaufman & Canoles PC
150 W. Main St.
P.O. Box 3037
Norfolk, VA 23510

James H. Bolin
Butler, Snow, O'Mara, Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Joel M. Bondurant, Jr.
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

Jason Daniel Bone
Gieger, Laborde & Laperouse
One Shell Square
701 Poydras Street, 48th Floor
New Orleans, LA 70139-4800

Nathaniel A. Bosio
Dogan & Wilkinson, PLLC
P.O. Box 1618
734 Dalmas Ave
Pascagoula, MS 39568-1618

Brian C. Bossier
Blue Williams, LLP
3421 N. Causeway Boulevard
9th Floor
Metairie, LA 70002

Timothy W. Bouch
Leath, Bouch & Crawford
P.O. Box 59
Charleston, SC 29402

Howard Michael Bowers
Nexsen, Pruet, Jacobs, Pollard &
Robinson
P.O. Box 486
Charleston, SC 29401

Steven C. Bowman
Holland & Hart
P.O. Box 2527
Boise, ID 83701

William A. Brasher
Brasher Law Firm
One Metropolitan Square, Suite 2300
211 North Broadway
St. Louis, MO 63102

Marcy L. Bryan
Forman, Perry, Watkins, Krutz &
Tardy, LLC
P.O. Box 22608
Jackson, MS 39225-2608

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39531-1377

Thomas More Buckley
Patterson, Dilthey, Clay, Bryson &
Anderson
4020 WestChase Boulevard
Suite 550
Raleigh, NC 27607

Alexander M. Bullock
Evert & Weathersby, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Christopher C. Burke
Cosho, Humphrey, Greener & Welsh
Carnegie Building
815 W. Washington Street
Boise, ID 83702

George F. Burns
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04101-5029

Gilbert L. Busby
Harlin, Parker, Alcott & Chaudoin
519 East Tenth Street
P.O. Box 390
Bowling Green, KY 42102-0390

Lisa N. Busch
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

Jill N. Calvert
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Barry C. Campbell
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Joseph Capobianco
Reisman, Peirez & Reisman LLP
1305 Franklin Avenue
P.O. Box 119
Garden City, NY 11530

Dabney J. Carr, IV
Troutman, Sanders, Mays &
Valentine, L.L.P.
1111 East Main Street
P.O. Box 1122
Richmond, VA 23208-1122

Joel Benedict Casey
Michael J. Pearce & Associates
Two Monument Square
9th Floor
P.O. Box 108
Portland, ME 04112-0108

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

William T. Causby
Nelson, Mullins, Riley &
Scarborough, LLP
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Margaret M. Chaplinsky
Kalinoski & Chaplinsky
100 Court Avenue
Suite 315
Des Moines, IA 50309-2200

Mark R. Chilson
Young & Alexander
130 West Second Street, Suite 2000
Dayton, OH 45402-9291

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Joseph A. Churgin
Herzfeld & Rubin, P.C.
40 Wall Street
New York, NY 10005

Susan Coco
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

T. Hunt Cole, Jr.
Office of the Attorney General
P.O. Box 220
Jackson, MS 39205-0220

Deborah A. Coleman
Hahn, Loeser & Parks
3300 BP Tower
200 Public Square
Cleveland, OH 44114

Louis F. Coleman
Forman, Perry, Watkins, Krutz &
Tardy, LLC
P.O. Box 22608
Jackson, MS 39225-2608

William Robert Coleman, Jr.
Scott, Sullivan, Streetman & Fox, PC
P.O. Box 13847
Jackson, MS 39236-3847

Keith E. Coltrain
Elmore & Walls, PA
P.O. Box 10937
Raleigh, NC 27605

John F. Conley
Glasser & Glasser, P.L.C.
Crown Center Building
Suite 600
580 East Main Street
Norfolk, VA 23510-2212

William David Conner
Haynsworth Sinkler Boyd
75 Beattie Place, 11th Floor
P.O. Box 2048
Greenville, SC 29602

James B. Cooper
Boehl, Stopher & Graves
444 W. Second Street
Lexington, KY 40507

Kaye N. Courington
Duncan, Courington & Rydberg
400 Poydras Street
Suite 1200
New Orleans, LA 70130

Marcy B. Croft
Forman, Perry, Watkins, Krutz &
Tardy, LLC
P.O. Box 22608
Jackson, MS 39225-2608

Sharon G. Crowley
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

Richard M. Crump
Forman, Perry, Watkins, Krutz &
Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Edward J. Currie, Jr.
Currie, Johnson, Griffin, Gaines &
Myers
P.O. Box 750
Jackson, MS 39205-0750

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

William S. Davies, Jr.
Nelson, Mullins, Riley &
Scarborough, LLP
1330 Lady Street
Keenan Building, 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

William Pearce Davis
Baker, Ravenel & Bender
P.O. Box 8057
Columbia, SC 29202

Christine E. Dinsdale
Soha & Lang, PS
701 Fifth Avenue
Suite 2400
Seattle, WA 98104

Lyn B. Dodson
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Thomas F. Dougall
Law Office of Thomas F. Dougall
1713 Woodcreek Farms Road
Elgin, SC 29045

Martica S. Douglas
Douglas, Denham, Buccina & Ernst
103 Exchange Street
P.O. Box 7108
Portland, ME 04112-7108

R. Terrance Duddy
Kelly, Remmel & Zimmerman
53 Exchange Street
P.O. Box 597
Portland, ME 04112

Walter W. Dukes
Dukes, Dukes, Keating & Faneca
P.O. Drawer W
Gulfport, MS 39502-0680

Katherine S. Duyer
Gavett & Datt, PC
15850 Crabbs Branch Way
Suite 180
Rockville, MD 20855

Andrea L. Edney
Brunini, Grantham, Grower & Hewes
248 East Capitol Street
P.O. Box 119
Jackson, MS 39205-0119

Jeffrey T. Edwards
Preti, Flaherty, Beliveau, Pachios &
Haley
One City Center
P.O. Box 9546
Portland, ME 04112-9546

Richard M. Eldridge
Eldridge Cooper Steichen & Leach
110 W 7th Street
Suite 200
P.O. Box 3566
Tulsa, OK 74101-3566

James H. Elliott, Jr.
Barnwell, Whaley, Patterson &
Helms
885 Island Park Drive
Charleston, SC 29492-0197

Stephen B. Evans
Deeba, Sauter, et al.
3415 Hampton Avenue
St. Louis, MO 63139

C. Michael Evert, Jr.
Evert & Weathersby, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

James J. Fabian
Pfeifer & Fabian
326 Saint Paul Place, Suite 100
Baltimore, MD 21202

Sara M. Farris
Morris & Sakalarios
610 West Pine St.
Hattiesburg, MS 39401

Richard E. Fay
Hamilton Gaskins Fay & Moon
2020 Charlotte Plaza
201 South College Street
Charlotte, NC 28244-2020

Francis E. Fernandez
Kazan, McClain, Edises, Simon &
Abrams
171 12th Street, 3rd Floor
Oakland, CA 94607

David L. Ferstendig
Baltimore Aircoil Company
292 Madison Avenue
New York, NY 10017

John P. Fishwick
Lichtenstein & Fishwick PLC
101 South Jefferson Street
Suite 400
P.O. Box 601
Roanoke, VA 24004-0601

Meagan A. Flynn
Preston, Bunnell & Stone, L.L.P.
1100 S.W. 6th Avenue, Suite 1405
Portland, OR 97204

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Barry W. Ford
Baker, Donelson, Bearman, Caldwell
& Berkowitz, PC
P.O. Box 14167
Jackson, MS 39236-4167

Tracy Fowler
Snell & Wilmer
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, UT 84101-1004

Mark J. Fucile
Stoel & Rives L.L.P.
Standard Insurance Center, Suite 2300
900 SW Fifth Avenue
Portland, OR 97204

Calvin R. Fulkerson
Lynn, Fulkerson & Nichols, P.L.L.C.
267 W. Short Street
Lexington, KY 40507

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Robert C. Galloway
Butler, Snow, O'Mara, Stevens &
Cannada
1300 25th Avenue, Suite 204
P.O. Drawer 4248
Gulfport, MS 39502-4248

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Patricia C. Gandy
Butler, Snow, O'Mara, Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Richard Alan Gann
Riggs, Abney, Neal, Turpen, Orbison &
Lewis
502 West 6th Street
Tulsa, OK 74119-1010

Leon Gary, Jr.
Jones, Walker, Waechter, et al.
8555 United Plaza Boulevard
5th Floor
Baton Rouge, LA 70809

Keith L. Gates
Abbott, Simses, Kuchler
210 East Capitol Street
Suite 1090
Jackson, MS 39201

Geoffrey S. Gavett
Gleason & Datt, P.C.
15850 Crabbs Branch Way
Suite 180
Rockville, MD 20855

Louis L. Gertler
Gertler, Gertler, Vincent & Plotkin
127-129 Carondelet Street
New Orleans, LA 70130

James H. Gidley
Perkins & Coie
1120 NW Couch Street
10th Floor
Portland, OR 97209-4128

Richard S. Glasser
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

James G. Goggin
Verrill & Dana
1 Portland Square
P.O. Box 586
Portland, ME 04112-0586

John K. Gordinier
Pedley, Zielke, Gordinier, Olt &
Pence
462 South Fourth Avenue
2000 Meidinger Tower
Louisville, KY 40202

Daniel F. Gourash
Porter, Wright, Morris & Arthur
1700 Huntington Building
925 Euclid Avenue
Cleveland, OH 44115

William M. Graham
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

William N. Graham
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

Albert F. Grasch, Jr.
Grasch & Cowen, P.S.C.
302 W. High Street
Lexington, KY 40507-1831

David E. Gray, II
Calfee, Halter & Griswold, Llp
1400 Mcdonald Investment Center
800 Superior Avenue
Cleveland, OH 44114

Marc C. Greco
Glasser & Glasser, P.L.C.
Crown Center Building
Suite 600
580 East Main Street
Norfolk, VA 23510

Robert V. Greenlee
Bryant, Clark, Dukes, et al.
P.O. Box 16567
Hattiesburg, MS 39404-6567

Ian R. Grodman
Law Office of Ian Grodman, PC
515 Valley Street, Suite 170
Maplewood, NJ 07040

Eric S. Grodsky
Calfee, Halter & Griswold
1400 Mcdonald Investment Center
800 Superior Avenue
Cleveland, OH 44114-2688

David K. Groome, Jr.
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

J. M. Grundy
Greenebaum, Doll & McDonald PLLC
101 S. Fifth Street
3300 National City Tower
Louisville, KY 40202-3197

Pascale Guerrier
Mcguire Woods, LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105

Darren Milton Guillot
Abbott, Simses & Kuchler
400 Lafayette St., Suite 200
New Orleans, LA 70130

Samuel D. Habeeb
Forman, Perry, Watkins, et al.
P.O. Box 22608
Jackson, MS 39225-2608

Jon Haddow
Farrell, Rosenblatt & Russell
P.O. Box 738
Bangor, ME 04402-0738

Suzanne M. Halbardier
Barry, McTiernan & Moore
2 Rector Street, 14th Floor
New York, NY 10006

Richard E. Hall
Hall, Farley, Oberrecht & Blanton
P.O. Box 1271
Boise, ID 83701-1271

Patrick J. Hanna
Rabalais, Hanna & Herbert
701 Robley Drive, Suite 210
Lafayette, LA 70503-1271

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Frances K. Hardage
Copeland, Cook , Taylor & Bush
P.O. Box 6020
Jackson, MS 39215-1084

James A. Harris, III
Harris & Harris, LLP
2100A SouthBridge Parkway
Suite 570
Birmingham, AL 35209

Gregory A. Harrison
Dinsmore & Shohl
1900 Chemed Center
255 East 5th Street
Cincinnati, OH 45202

Christy C. Hendrix
Sulzer & Williams, LLC
201 Holiday Blvd., Suite 335
Covington, LA 70433

Harry K. Herren, Jr.
Woodward, Hobson & Fulton, LLP
2500 National City Tower
101 S. Fifth Street
Louisville, KY 40202

Scott D. Hess
Jones, Gledhill, Hess, Fuhrman &
Eiden
P.O. Box 1097
Boise, ID 83701-1097

Paul R. Heyburn
Mehaffy & Weber, P.C.
One Allen Center, Suite 1200
500 Dallas
Houston, TX 77002

Sean M. Higgins
Brown McCarroll
1111 Bagby Street, 47th Floor
Houston, TX 77002

M. King Hill, III
Venable, LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, MD 21285-5517

Windham M. Hill
Secrest, Hill & Butler
7134 S. Yale Avenue, Suite 900
Tulsa, OK 74136

Bruce B. Hochman
Lambert, Coffin, Rudman & Hochman
477 Congress Street, 14th Floor
P.O. Box 15215
Portland, ME 04112-5215

Alben N. Hopkins
Hopkins, Barvie & Hopkins
2701 24th Avenue
P.O. Box 1510
Gulfport, MS 39502-1510

James Gordon House, III
Atchison, Crosby, Saad & Beebe
P.O. Drawer 850249
Mobile, AL 36685

Kristin M. Houser
Schroeter, Goldmark & Bender
810 Third Avenue
500 Central Building
Seattle, WA 98104

Glen Alton Huff
Huff, Poole & Mahoney, P.C.
The Huff, Poole & Mahoney Bldg.
4705 Columbus Street, Suite 100
Virginia Beach, VA 23462

Jonathan K. Huth
Forman, Perry, Watkins, Krutz &
Tardy
P.O. Box 22608
Jackson, MS 39225-2608

John B. Isbister
Tydings & Rosenberg
100 East Pratt Street, 26th Floor
Baltimore, MD 21202

John Joseph Jablonski
Anspach, Meeks & Nunn
300 Madison Avenue, Suite 1600
Toledo, OH 43604-2633

William G. James
Pray, Walker, Jackman, et al.
100 W. 5th Street
Oneok Plaza, Suite 900
Tulsa, OK 74103

Michael R. Johnson
Bevis, Cameron & Johnson
P.O. Box 827
Boise, ID 83706

Arthur Timothy Jones
Hawkins & Parnell
303 Peachtree Street, N.E.
4000 Suntrust Plaza
Atlanta, GA 30308-3243

Linda H. Joseph
Schroder, Joseph & Associates
766 Ellicott Street
Buffalo, NY 14203

Jeannie P. Kauffman
Bacon Thornton & Palmer, LLP
Capital Office Park
6411 Ivy Lane, Suite 706
Greenbelt, MD 20770-1411

Arthur M. Kaufman
Hahn, Loeser & Parks
3300 BP America Building
200 Public Square
Cleveland, OH 44114

Keith J. Kearney
Mansour, Gavin, Gerlack & Manos
2150 Illuminating Bldg.
55 Public Square
Cleveland, OH 44113

Kacey L. Keeton
Brunini, Grantham, Grower & Hewes
P.O. Drawer 119
Jackson, MS 39205-0119

Leland I. Kellner
Lavin, Coleman, Finarelli & Gray
Penn Mutual Tower, 10th Floor
510 Walnut Street
Philadelphia, PA 19106

James G. Kennedy
Pierce, Herns, Sloan & McLeod
The Blake House
321 East Bay Street
P.O. Box 22437
Charleston, SC 29413

Bridget E. King
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

Theodore H. Kirchner
Norman, Hanson & Detroy
P.O. Box 4600
Portland, ME 04112

William B. Kirksey
Kirksey & Associates
P.O. Box 33
Jackson, MS 39205-033

Charles Andrew Kitchen
Maynard, Cooper & Gale, PC
1901 Sixth Avenue North
2400 Amsouth/harbert Plaza
Birmingham, AL 35203

Robert I. Komitor
Levy, Phillips & Konigsberg, LLP
520 Madison Avenue
4th Floor
New York, NY 10022

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Donald A. Krispin
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
645 Griswold St.
Detroit, MI 48226

Kenneth K. Kyre, Jr.
Pinto, Coates, Kyre & Brown, PLLC
P.O. Box 4848
Greensboro, NC 27404

Carter T. Lambeth
Johnson & Lambeth
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

Daphne M. Lancaster
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219

Edward P. Landry
Landry & Watkins
P.O. Drawer 12040
New Iberia, LA 70562-2040

Douglas W. Langdon
Frost, Brown & Todd, L.L.C.
400 West Market Street
3200 Aegon Center
Louisville, KY 40202

J. Mark Langdon
McGuire Woods, LLP
100 N. Tryon Street
Suite 2900
Charlotte, NC 28202-4022

Peter Cyril Langenus
Schnader, Harrison, Segal & Lewis
140 Broadway
Suite 3100
New York, NY 10005

Louis B. Lanoux
Watkins & Eager
P. O. Box 650
Jackson, MS 39205-0650

Dan R. Larsen
Snell & Wilmer
15 West South Temple
Suite 1200
Gateway Tower West
Salt Lake City, UT 84101-1004

Richard T. Lawrence
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Sidney G. Leech
Goodell, DeVries, Leech & Dann,
LLP
Commerce Place
20th Floor
One South Street
Baltimore, MD 21202

Richard Eric Leff
Mcgivney, Kluger & Gannon, P.C.
80 Broad Street
23rd Floor
New York, NY 10004

Fred J. Lewis
Racine, Olson, Nye, Cooper &
Budge
P.O. Box 1391
Pocatello, ID 83204-1391

Christopher K. Lightfoot
Hailey, McNamara, Hall, Larmann &
Papale
One Galleria Boulevard
Suite 1400
P.O. Box 8288
Metairie, LA 70011-8288

Edward John Lilly
Crull, Castaing, Lilly & Herman
601 Poydras Street
Suite 2323
New Orleans, LA 70130

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Eric A. Ludwig
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Susan M. Luken
Dinsmore & Shohl
Ste. 1900
255 East Fifth Street
Cincinnati, OH 45202

Dennis A. Lyle
Fuller & Henry
One Seagate, Suite 1700
Toledo, OH 43603

Robert J. Lynott
Thomas & Libowitz
100 Light Street
Suite 1100
Baltimore, MD 21202-1053

Patrick C. Malouf
Porter & Malouf
P. O. Box 12768
Jackson, MS 39236

Jack B. Manning
Bean & Manning
1500 San Felipe Plaza
5847 San Felipe Road
Houston, TX 77057

Michael P. Marando
Pfau, Pfau & Marando
P.O. Box 9070
Youngstown, OH 44513

Christopher S. Marks
Williams, Kastner & Gibbs
P.O. Box 21926
Seattle, WA 98111-3926

Samuel R. Martillotta
Mansour, Gavin, Gerlack & Manos
Co., L.P.A.
2150 Illuminating Building
55 Public Square
Cleveland, OH 44113

Christopher O. Massenburg
Aultman, Tyner, Ruffin & Yarborough,
Ltd.
P. O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Karen Kay Maston
Connelly, Baker, et al.
700 Louisiana
Suite 1850
Houston, TX 77002-2778

Alexander J. May
Brassel & Baldwin
112 West Street
Annapolis, MD 21401

Ben L. Mayeaux
Laborde & Neuner
P.O. Drawer 52828
1001 W. Pinhook Road
Suite 200
Lafayette, LA 70505

Theodore V. McCullough
Segal, McCambridge, Singer &
Mahoney, Ltd.
805 3rd Avenue
New York, NY 10022

Moffatt Grier McDonald
Haynsworth Sinkler Boyd
P.O. Box 2048
Greenville, SC 29602

Andrew J. McElaney, Jr.
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02110-2604

Shannon S. McFarland
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Anne Windham McLeod
Ellis, Carstarphen, Dougherty &
Goldenthal
5847 San Felipe
Suite 1900
Houston, TX 77057

Charles R. McDonald, Sr.
Davis & Young
1700 Midland Bldg.
101 Prospect Avenue, W
Cleveland, OH 44115-1027

Steven Brook Millard
Eisenberg & Gilchrist
215 South State Street
900 Parkside Tower
Salt Lake City, UT 84111

Byron N. Miller
Thompson, Miller & Simpson, PLC
600 West Main Street, Suite 500
Louisville, KY 40202

Michael S. Minyard
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
P.O. Box 14167
Jackson, MS 39236-4167

Edward W. Mizell
Butler, Snow, O'Mara, et al.
P.O. Box 22567
Jackson, MS 39225-2567

Willard J. Moody, Jr.
Moody, Strople, Kloeppel et al.
500 Crawford Street
Commerce Bank Bldg., Suite 300
P.O. Box 1138
Portsmouth, VA 23705

John B. Moore
Phillips, Parker, Orberson & Moore
716 West Main Street, Suite 300
Louisville, KY 40202

M. D. Moretz
Woolf, Mcclane, Bright, et al.
900 S. Gay Street, Suite 900
Knoxville, TN 37902

Joseph J. Morford
Tucker Ellis & West LLP
1100 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115-1475

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Maurice F. Mullins
Spotts, Chappell, Fain & Anderson
P.O. Box 1555
Richmond, VA 23218-1555

Joel M. Muscoplat
Gislason Martin & Varpness
7600 Parklawn Avenue, South
Suite 444
Edina, MN 55435

John J. Nagle, III
Bodie, Nagle, Dolina, Smith &
Hobbs, PA
21 W. Susquehanna Avenue
Towson, MD 21204

James A. Newsom
Munisteri, Sprott, Lefevre & Rigby
3323 Richmond Avenue, Suite A
Houston, TX 77098

Farah Sohaili Nicol
McKenna Long & Aldridge
444 S Flower Street, 8th Floor
Los Angeles, CA 90071-2901

Albert B. Norris
Reed, Smith, Crosby, Heafey, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Jeremy W. North
North & Cobb, P.A.
7313 York Road
Towson, MD 21204

Robert L. Norton
Jones & Granger
10000 Memorial Drive, Suite 888
P.O. Box 4340
Houston, TX 77210-4340

Jenifer E. Novak
Frantz Ward
55 Public Square, 19th Floor
Cleveland, OH 44113

Robert L. O'Donnell
Vandeventer Black, LLP
500 World Trade Center
Norfolk, VA 23510

George H. O'Kelley, III
Leath, Bouch & Crawford
134 Meeting Street, Suite 500
P.O. Box 59
Charleston, SC 29402

Richard P. O'Leary
McCarter & English, L.L.P.
300 Park Avenue, 18th Floor
New York, NY 10022

Douglas R. Painter
DeWitt Denney & Painter
400 North Brand Blvd., Suite 930
Glendale, CA 91203

Peter T. Paladino, Jr.
Goldberg Persky Jennings & White
Ketchum Center, 3rd Floor
1030 5th Avenue
Pittsburgh, PA 15219

R. Chris Parks
Ledbetter, Cogbill, Arnold & Harrison
P.O. Box 185
Fort Smith, AR 72902

E. Spencer Parris
Jones, Martin, Parris & Tessener
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603

Steven J. Parrott
The Parrott Firm
36 South Charles Street, Suite 1300
Baltimore, MD 21201

Donald C. Partridge
Forman, Perry, Watkins, et al.
P.O. Box 22608
Jackson, MS 39225-2608

Lisa M. Pascarella
Pehlivanian & Braaten, LLC
2430 Route 34
P.O. Box 648
Manasquan, NJ 08736

Monica F. Patterson
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Edward O. Patton
Mansour Gavin Gerlack & Manos
2150 Illuminating Bldg.
55 Public Square
Cleveland, OH 44113-1994

Timothy Peck
Smith Moore LLP
P.O. Box 21927
Greensboro, NC 27420

Scott W. Pedigo
Baker, Donelson, Bearman, Caldwell
& Berkowitz, PC
P.O. Box 14167
Jackson, MS 39236-4167

Robert N. Peirce, Jr.
Robert N. Peirce, Jr. & Associates
2500 Gulf Tower
Pittsburgh, PA 15219

Russell A. Pepe
Harwood Lloyd, LLC
350 Fifth Avenue, Suite 3304
New York, NY 10118

David S. Perkins
Quane Smith
P.O. Box 519
Boise, ID 83701-0519

Jeffrey W. Peters
Preti, Flaherty, Beliveau, Pachios &
Haley
One City Center
P.O. Box 9546
Portland, ME 04112-9546

Kara L. Pettit
Snow, Christensen & Martineau
10 Exchange Place, #1100
P.O. Box 45000
Salt Lake City, UT 84145

Martha J. Phillips
Atkinson, Haskins, et al.
525 S. Main Street, Suite 1500
Tulsa, OK 74103-4524

Carl E. Pierce, II
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Andrew L. Plauche, Jr.
Plauche, Maselli, Landry & Parkerson
201 St. Charles Avenue, Suite 4240
New Orleans, LA 70170-4240

Kevin Joseph Plunkett
Thacher, Proffitt & Wood
50 Main Street
White Plains, NY 10601

Diane M. Pompei
Sedgwick, Detert, Moran & Arnold
Three Gateway Center, 12th Floor
Newark, NJ 07102

James E. Powers
Powers & Frost
909 Fannin Stree, Suite 810
Houston, TX 77010

James B. Pressly, Jr.
Haynsworth, Marion, McKey &
Guerard
75 Beattie Place, 11th Floor
P.O. Box 2048
Greenville, SC 29602

Peter W. Preston
Preston, Bunnell & Stone, L.L.P.
1100 S.W. 6th Avenue, Suite 1405
Portland, OR 97204

Steven J. Pugh
Richarson, Plowden, Carpenter &
Robinson, PA
P.O. Drawer 7788
Columbia, SC 29202

Michael B. Pullano
Weber, Gallagher, Simpson, et al.
1811 Chestnut Street
The Belgravia Bldg., Suite 600
Philadelphia, PA 19103

Richard T. Radcliffe, Jr.
Dehay & Elliston, LLP
36 S. Charles Street, 13th Floor
Baltimore, MD 21201

Feliz A. Rael
Atkinson & Thal
201 Third Street, N.W., #1850
Albuquerque, NM 87102

Kenan Slade Rand
Plauche, Maselli, Landry &
Parkerson, LLP
201 St. Charles Avenue, Suite 4240
New Orleans, LA 70170-4240

Mary Margaret Ratliff
Forman Perry Watkins Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

INVOLVED COUNSEL LIST (Continued) PAGE 90 OF 12

F. Grey Redditt, Jr.
Vickers, Riis, Murray & Curran
P.O. Drawer 2568
Mobile, AL 36652-2568

Simine Bazyari Reed
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

William C. Reeves
Smith, Reeves & Yarborough, PLLC
6360 I-55 North, Suite 330
Jackson, MS 39211

Giovanni Regina
Waters, McPherson, McNeill, P.C.
300 Lighting Way
Secaucus, NJ 07096

Ellen Relkin
Weitz & Luxenberg
180 Maiden Lane, 40th Floor
New York, NY 10038-4925

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ralph R. Rhoades
Lynch, Gilardi & Grummer
475 Sansome Street, Suite 1800
San Francisco, CA 94111

John H. Rich, III
Perkins, Thompson, Hinckley & Keddy
One Canal Plaza
P.O. Box 426 DTS
Portland, ME 04112

Ronald N. Ricketts
Gable & Gotwals
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217

William V. Riggenbach
Duane & Shannon, P.C.
10 East Franklin Street
Richmond, VA 23219-2106

Eugene A. Ritti
Hawley, Troxell, Ennis & Hawley
P.O. Box 1617
Boise, ID 83701

Deborah L. Robinson
Robinson, Woolson & O'Donnell
217 E. Redwood Street, Suite 1500
Baltimore, MD 21202

George H. Robinson, Jr.
Liskow & Lewis
822 Harding Street
P.O. Box 52008
Lafayette, LA 70505-2008

Ausey H. Robnett, III
Paine, Hamblen, Coffin, Brook &
Miller, LLP
P.O. Box E
Coeur d'Alene, ID 83816-0328

Robert M. Rolfe
Hunton & Williams
Riverfront Plaza
951 East Byrd Street
Richmond, VA 23219

Rick L. Rose
Ray, Quinney & Nebeker
79 S Main Street
P.O. Box 45385
Salt Lake City, UT 84111-0385

David A. Rosen
Rose, Klein & Marias
801 South Grand Avenue, 18th Floor
Los Angeles, CA 90017-4645

Gerolyn Roussel
Roussel & Roussel
1710 Cannes Drive
Laplace, LA 70068

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Peter J. Rubin
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04101

William J. Rutzick
Schroeter, Goldmark & Bender
Central Building, Suite 500
810 Third Avenue
Seattle, WA 98104

Anthony J. Sadberry
Wickliff & Hall
1000 Louisiana, Suite 5400
Houston, TX 77002

Harold F. Salsbery
Bailey & Glasser LLP
227 Capitol Street
Charleston, WV 25301

M. Michael Sasser
Hamlin & Sasser
3100 S. Vista Avenue, Suite 200
P.O. Box 16488
Boise, ID 83715

Joseph D. Satterley
Sales, Tillman, Wallbaum, et al.
1900 Waterfront Plaza
325 West Main Street
Louisville, KY 40202

Michael E. Saucier
Thompson & Bowie
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112

Heather L. Saum
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
P.O. Box 14167
Jackson, MS 39236-4167

David A. Schaefer
Benesch, Friedlander, Coplan & Aronoff
2300 BP America Building
200 Public Square
Cleveland, OH 44114

David T. Schaefer
Woodward, Hobson & Fulton, LLP
2500 National City Tower
101 South Fifth Street
Louisville, KY 40202-3175

Robert G. Schuler
Kegler, Brown, Hill & Ritter
65 East State Street, Suite 1800
Columbus, OH 43215-4294

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Scott R. Seedall
Seedall Law Office
1192 South 52 East
Idaho Falls, ID 83401

Michael S. Seekings
Mullen, Wiley & Seekings, LLC
171 Church Street, Suite 370
Charleston, SC 29401

Scott C. Seiler
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA 70139

Linda R. Self
Brasher Law Firm
One Metropolitan Square, Suite 2300
211 North Broadway
St. Louis, MO 63102

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard, 6th Floor
Los Angeles, CA 90025

Allan L. Shackelford
Smith Moore LLP
P.O. Box 21927
Greensboro, NC 27420

Robert T. Shaffer, III
Murphy & Shaffer
36 South Charles Street, Suite 1400
Baltimore, MD 21202-1019

Rhea Hudson Sheldon
Abbott, Simses, Kuchler
210 East Capitol Street, Suite 1090
Jackson, MS 39201

George F. Short
Short, Barnes, Wiggins, Margo & Adler
210 Park Avenue
3100 Oklahoma Tower
Oklahoma City, OK 73102

John Michael Silk
Wilson, Smith, Cochran & Dickerson
1215 4th Avenue, Suite 1700
Seattle, WA 98161-1007

Stacey L. Sims
Morris, Sakalarios & Blackwell, PLLC
201 Hardy Street
Hattiesburg, MS 39401

J. Walter Sinclair
Stoel Rives, LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702-5958

Vani R. Singhal
Eldridge Cooper Steichen & Leach
P.O. Box 3566
Tulsa, OK 74101-3566

Britt R. Singletary
Singletary & Thrash
P.O. Box 171
Biloxi, MS 39533-0171

A. R. Smith
Law Office Of A. Russell Smith
503 Key Bldg.
159 South Main Street
Akron, OH 44308

Mark R. Smith
Holcomb Dunbar, P.A.
P.O. Drawer 707
Oxford, MS 38655-0707

Michael E. Smith
Frantz Ward
55 Public Square, 19th Floor
Cleveland, OH 44113

Patrick C. Smith
Rubin & Rubin Chartered
502 Washington Avenue, Suite 200
Towson, MD 21204

Russell Smith
159 South Main Street, Suite 503
Akron, OH 44308

John E. Solom
Williams, Kastner & Gibbs
P.O. Box 21926
Seattle, WA 98111-3926

Frances L. Spinelli
Evert & Weathersby, LLC
3405 Piedmont Road, N.E., Suite 225
Atlanta, GA 30305

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

William Edward Steimle
Filice, Brown, Eassa & McLeod
1999 Harrison Street, 18th Floor
Oakland, CA 94612

Karl R. Steinberger
Colingo, Williams, Heidelberg, et al.
P.O. Box 1407
Pascagoula, MS 39568-1407

J. Joshua Stevens, Jr.
Tubb, Stevens, Morrison & Calhoun
P.O. Box 324
West Point, MS 39773-0324

Edward H. Stopher
Boehl, Stopher & Graves
2300 Aegon Center
400 West Market Street
Louisville, KY 40202-3345

Dale W. Storer
Holden, Kidwell, Hahn & Crapo
P.O. Box 50130
Idaho Falls, ID 83405

Elizabeth G. Stouder
Richardson, Whitman, Large &
Badger
465 Congress Street
P.O. Box 9545
Portland, ME 04112-9545

Weldon W. Stout , Jr,
Wright, Stout, Fite & Wilburn
300 West Broadway, Suite A
P.O. Box 707
Muskogee, OK 74401

Matthew R. Straus
L'Abbate, Balkan, Colavita & Contini
1050 Franklin Avenue
Garden City, NY 11530

James P. Streetman, III
Clark, Scott, Streetman & Fox, PC
447 Northpark Drive
P.O. Box 13847
Ridgeland, MS 39236-3847

Jennifer M. Studebaker
Forman, Perry, Watkins, Krutz &
Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Amanda D. Summerlin
Forman, Perry, Watkins, Krutz &
Tardy, LLC
P.O. Box 22608
Jackson, MS 39225-2608

Lionel Howard Sutton, III
610 Barrone Street
New Orleans, LA 70113

Robert P. Sweeney
Law Office Of Robert E. Sweeney
1500 Illuminating Bldg.
55 Public Square
Cleveland, OH 44113

Kevin Swenson
Suitter Axland
P O Box 45101
Salt Lake City, UT 84145

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Cowles E. Symmes
Page, Mannino, Peresich &
McDermott
759 Vieux Marche' Mall
P.O. Drawer 289
Biloxi, MS 39533-0289

Michael A. Tanenbaum
Sedgwick, Detert, Moran & Arnold
Three Gateway Center, 12th Floor
Newark, NJ 07102

Thomas W. Tardy, III
Forman, Perry, Watkins, Krutz &
Tardy, LLC
P.O. Box 22608
Jackson, MS 39225-2608

Samuel L. Tarry, Jr.
Mcguire Woods
1 James Center
901 East Cary Street
Richmond, VA 23219-4030

J. Derrick Teague
204 N. Robinson
Suite 1000
Oklahoma City, OK 73102

Jennifer M. Techman
Evert & Weathersby, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Mark S. Thomas
Maupin, Taylor & Ellis
P.O. Drawer 19764
Raleigh, NC 27619-9764

David B. Thorne
Shook, Hardy & Bacon
One Kansas City Place
1200 Main Street
Kansas City, MO 64105

Timothy Kost Thorson
Carney Badley Spellman
700 Fifth Avenue
Suite 5800
Seattle, WA 98104-7091

Tracy E. Tomlin
Nelson, Mullins, Riley & Scarborough
100 North Tryon Street, Suite 2400
Charlotte, NC 28202-4000

Sean P. Tracey
Clark, Depew & Tracey, Ltd., LLP
440 Louisiana, Suite 1600
Houston, TX 77002

D. J. Travis
Frutig, Travis & Zapka
1142 Hanna Building
1422 Euclid Avenue
Cleveland, OH 44115

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

David L. Trewolla
Dogan & Wilkinson, PLLC
P.O. Box 23062
Jackson, MS 39225-3062

Keith R. Truffer
Royston, Mueller, McLean & Reid
102 W. Pennsylvania Ave., Suite 600
Towson, MD 21204

Thomas W. Tyner
Aultman, Tyner, Ruffin & Yarborough
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Joseph J. Valencino, III
340 Arbor Drive, Apt. 2244
Ridgeland, MS 39151

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502-4108

William L. Vickerson
Levenson, Vickerson & Beneman
P.O. Box 465
Portland, ME 04112

Rodney P. Vincent
Gertler, Gertler, Vincent & Plotkin
Gertler Building, 3rd Floor
127-129 Carondelet Street
New Orleans, LA 70130

John L. Vitsas
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Philip P. Vogt
Altier & Vogt, LLC
450 Seventh Avenue
36th Floor
New York, NY 10123

Armand J. Volta, Jr.
Law Offices of Peter G. Angelos
One Charles Center
100 North Charles Street
Baltimore, MD 21201

John E. Wade, Jr.
Brunini, Grantham, Grower & Hewes
P.O. Drawer 119
Jackson, MS 39205-0119

Michael L. Wade, Jr.
Adams & Reese/Lange Simpson, LLP
2100 Third Avenue North, Suite 1100
Brimingham, AL 35203-3200

James L. Walker
Jackson & Walker
112 East Pecan Street, Suite 2100
San Antonio, TX 78205-1521

Archibald Wallace, III
WallacePledger, LLC
The Capstone Center
7100 Forest Avenue, Suite 302
Richmond, VA 23226

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Kirk G. Warner
Smith, Anderson, Blount, et al.
P.O. Box 2611
Raleigh, NC 27602-2611

Walter G. Watkins, Jr.
Forman, Perry, Watkins, Krutz &
Tardy, LLC
P.O. Box 22608
Jackson, MS 39225-2608

William L. Watt
Brunini, Grantham, Grower & Hewes
P.O. Drawer 210
Pascagoula, MS 39568-0210

Alton L. Watts
Shell Buford, PLLC
P.O. Box 157
Jackson, MS 39205

Charles J. Watts
Smith, Shew, Scrivner, Corbin &
Watts
1001 NW 63rd Street, Suite 101
Oklahoma City, OK 73116

Michael N. Watts
Holcomb Dunbar
P.O. Box 707
Oxford, MS 38655

Gerald V. Weigle, Jr.
Dinsmore & Shohl
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202-5134

Joe D. Wells
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018-8008

Kenneth L. Weltz
Lathrop & Gage, L.C.
10851 Mastin Blvd.
Building 82, Suite 1000
Overland Park, KS 66210-1669

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Paul A. Weykamp
Law Offices of Paul A. Weykamp
110 St. Paul Street
Suite 300
Baltimore, MD 21202

Ben T. White, II
Schiller, Osbourn & Barnes
401 W. Main Street
1600 One Riverfront Plaza
Louisville, KY 40202

Emilie Fischer Whitehead
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Michael E. Whitehead
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Stephen C. Whiting
Whiting Law Firm, P.A.
75 Pearl Street, Suite 207
Portland, ME 04101

Edward J. Wilbraham
Wilbraham, Lawler & Buba
140 Broadway
New York, NY 10005

William Paul Wilkins
Koederitz & Wilkins
8702 Jefferson Highway, Suite A
Baton Rouge, LA 70809

Robert W. Wilkinson
Dogan & Wilkinson, PLLC
734 Del Mas Avenue
P.O. Box 1618
Pascagoula, MS 39568-1618

Che Dawn Williamson
Shrader & Williamson
16903 Red Oak Dr., Suite 220
Houston, TX 77090

Stephen B. Williamson
Van Winkle, Buck, Wall, Starnes &
Davis, P.A.
11 N. Market Street
Ashville, NC 28801

Terrell S. Williamson
Phelps Dunbar
P.O. Box 23066
Jackson, MS 39225-3066

Douglas P. Wilson
Wilson Law Offices
200 Firstar Bank Building
6405 North Cosby Avenue
Kansas City, MO 64151

Gordon P. Wilson
Lugenbuhl, Wheaton, et al.
601 Poydras Street
Suite 2775
New Orleans, LA 70130

John D. Wilson, Jr.
Wilson, Smith, Cochran & Dickerson
1215 4th Avenue
Suite 1700
Seattle, WA 98161

Kristopher T. Wilson
Lugenbuhl, Wheaton, et al.
602 Poydras Street
Suite 2775
New Orleans, LA 70130

Michael C. Wilson
Wilson & Pruitt
850 Diederich Boulevard
Russell, KY 41169

Thomas R. Wolf
Reminger & Reminger
1400 Midland Bldg.
101 Prospect Avenue, W
Cleveland, OH 44115-1093

Dawn M. Wright
Thompson & Knight
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201

Steven F. Wright
Wright & Associates
615 Congress Street, Suite 201
P.O. Box 4077
Portland, ME 04101

Richard F. Yarborough, Jr.
Smith, Reeves & Yarborough, PLLC
6360 I-55 North, Suite 330
Jackson, MS 39211

Donni Elizabeth Young
Motley Rice, LLC
9701 Lake Forest Blvd., Suite 101
New Orleans, LA 70127

Kevin M. Young
Brzytwa, Quick & Mccrystal
900 Skylight Office Tower
1660 West Second Street
Cleveland, OH 44113-1411

Scott P. Yount
Preston & Cowan, LLP
909 Poydras Street, Suite 2400
New Orleans, LA 70112

Shane C. Youtz
Youtz & Valdez, PC
420 Central Avenue, SW
#210
Albuquerque, NM 87102

MDL DOCKET NO. 875
**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

**CONDITIONAL TRANSFER ORDER (CTO-237) FILED OCTOBER 14, 2004.**

**************************************************************************

**NOTICE OF OPPOSITION TO CTO-237 AND TO THE TRANSFER OF**
***DELANCEY V. CHICAGO INS. CO.,ET AL* FROM THE EASTERN DISTRICT OF**
**LOUISIANA TO THE EASTERN DISTRICT OF PENNSYLVANIA**

NOW INTO COURT, comes plaintiff, Mary F. Delancey, who hereby gives notice

of her opposition to Conditional Transfer Order 237, filed October 14, 2004, transferring her

lawsuit from the Eastern District of Louisiana (Case No. 04-2355) to the United States

District Court for the Eastern District of Pennsylvania, Docket No. 875. Plaintiff will be

submitting her Motion and Brief to Vacate Conditional Transfer Order pursuant to Rule

7.4(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

GERTLER, GERTLER, VINCENT &
PLOTKIN, LLP

_____
LOUIS L. PLOTKIN - LA BAR NO. 21821
JILL D. TRAHAN - LA BAR NO. 19554
127 Carondelet Street
New Orleans, Louisiana 70130
#504-581-6411



EXHIBIT
H

10/20/04

## PROOF OF SERVICE

I certify that the foregoing pleading has been served on the parties directly involved in this action listed below, and on the Clerk of Court for the United States District Court for the Eastern District of Louisiana, by U.S. Mail, postage prepaid, by hand or by fax, this 20th day of October, 2004.

_____
LOUIS L. PLOTKIN

Ben L. Mayeaux, Esq.
Laborde & Neuner
One Petroleum Center
Suite 200
1001 W. Pinhook Road
Lafayette, LA 70503
*Counsel for Interstate Fire and Casualty Company*
*and Chicago Insurance Company*

**MDL DOCKET NO. 875**
**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

**CONDITIONAL TRANSFER ORDER (CTO-237) FILED OCTOBER 14, 2004.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION, AND INCORPORATED BRIEF, TO VACATE**
**CTO-237 TRANSFERRING *DELANCEY v. CHICAGO INS. CO.,ET AL,***
***CASE NO. 04-2355* FROM THE EASTERN DISTRICT OF LOUISIANA**
<u>**TO THE EASTERN DISTRICT OF PENNSYLVANIA**</u>

NOW INTO COURT, comes plaintiffs, through undersigned counsel, who

respectfully request that CTO-237 be vacated (or stayed) for the following reasons:

**I.**

On July 12, 2004, Mary DeLancey and Dionne D. Hindman, residents of the State of

Louisiana, filed suit against Chicago Insurance Company in the Civil District Court for the

Parish of Orleans, State of Louisiana. The case arises out of the asbestos-related disease and

death of their husband and father, Ellis DeLancey.

**II.**

Plaintiffs alleged that defendant, Chicago Insurance Company, insured

Mr. Delancey's former employer, Gurtler, Hebert, a defunct Louisiana corporation. Under

applicable Louisiana law, plaintiffs alleged that Gurtler, Hebert was liable for the decedent

contracting mesothelioma, and further that Chicago Insurance Company was liable for the

tortuous acts of its insured under the Louisiana Direct Action Statute.

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

**EXHIBIT**

I

**III.**

Defendant, Chicago Insurance Company, removed the case to federal court claiming diversity jurisdiction. Plaintiffs timely filed a Motion to Remand. Under 28 U.S.C. § 1332©) and LA R.S. 22:655, Louisiana's direct action statute, Chicago Insurance Company assumes the domicile of its insured - Louisiana. Therefore, complete diversity did not exist between the parties, and the removal was improper. Defendant opposed the motion, raising various Louisiana law issues relating to the corporate existence of its insured, Gurtler Hebert. Plaintiffs filed a reply memorandum.

**IV.**

The hearing on the Motion to Remand was noticed for hearing on **October 6, 2004**. The matter is fully briefed and presently under consideration in the Eastern District of Louisiana. A decision is expected at any time.

**V.**

On October 14, 2004, the Judicial Panel on Multi District Litigation issued Conditional Transfer Order 237 which conditionally transferred this matter to the Eastern District of Pennsylvania under MDL 875, *In re Asbestos Products Liability Litigation (No. VI)*. On October 21, 2004, plaintiffs timely filed a Notice of Opposition to CTO-237.

**VI.**

Plaintiffs respectfully oppose the conditional transfer order for a number of reasons. First, the Motion to Remand is presently under consideration in the Eastern District of Louisiana. Transfer of the case to the Eastern District of Pennsylvania at this time would, in all likelihood, substantially delay the resolution of the jurisdictional issue. Furthermore, the

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

Eastern District of Louisiana should render the decision on the Motion to Remand because that court routinely resolves issues of Louisiana law.

### VII.

Plaintiffs, therefore, seek equitable relief and request that the Panel vacate (or stay) the conditional transfer order in light of the pending Motion to Remand. Without such relief, the MDL panel will encourage defendants to remove cases to federal court in the hope that a motion to remand cannot be decided before the transfer order is effectuated. In this way, cases that should not be removed are removed, and plaintiffs are essentially deprived of their rights to proceed in the forum of their choice, state court.

WHEREFORE, plaintiff prays that after due proceedings the Conditional Transfer Order 237 issued by the Judicial Panel on Multi District Litigation transferring this matter be vacated or stayed and that the United States District Court for the Eastern District of Louisiana be allowed to rule on plaintiffs' pending Motion to Remand.

**GERTLER, GERTLER, VINCENT
& PLOTKIN, LLP**


LOUIS L. PLOTKIN -  LA BAR NO. 21821
JILL D. TRAHAN - LA BAR NO. 19554
127 Carondelet Street
New Orleans, Louisiana 70130
Phone: (504) 581-6411

## PROOF OF SERVICE

I certify that the foregoing pleading has been served on the parties directly involved in this action listed below, and to the Clerk of Court for the United States District Court for the Eastern District of Louisiana, by U.S. Mail, postage prepaid, by hand or by fax, this 4th day of November, 2004.

_____
JILL D. TRAHAN

Ben L. Mayeaux, Esq.
Laborde & Neuner
One Petroleum Center
Suite 200
1001 W. Pinhook Road
Lafayette, LA 70503
*Counsel for Interstate Fire and Casualty Company*
*and Chicago Insurance Company*

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411