

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 2 4 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-239)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 78,475 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

PLEADING NO. 4316

**OFFICIAL FILE COPY** IMAGED NOV 29 '04

SCHEDULE CTO-239 - TAG ALONG ACTIONS
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DISTRICT DIV. C.A.#**

**GEORGIA NORTHERN**
GAN  1  04-2833    Toni L. Maiorano, et al. v. General Electric Co., et al.

**GEORGIA SOUTHERN**
GAS  5  04-79     Robert C. Ellis v. CSX Transportation, Inc., et al.

**LOUISIANA MIDDLE**
LAM  3  04-512    Glenn Soileau v. Cajun Electric Power Cooperative, et al.

**MARYLAND**
MD   1  04-3144   Kevin J. Bigham, etc. v. Anchor Packing Co., et al.
MD   1  04-3278   Gale D. Walker v. Owens-Illinois Glass Co., et al.

**MINNESOTA**
MN   0  04-4223   Robert Madden Adams v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4224   Donald James Anderson v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4225   R. Robert Anderson v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4226   Sheldon Lynn Anderson v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4227   Ralph John Arezzo v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4228   Gerald Clinton Boyle v. Garlock Sealing Teachnologies, LLC., et al.
MN   0  04-4229   Patrick M. Brennan v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4230   Harlan Edward Broten v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4231   Raymond Joseph Brula v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4232   Randy Allen Buranen v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4233   Robert R. Byron v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4234   Beverly Ann Carleton v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4237   Orlin Herman Ekeroth v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4238   Peter A. Feldt v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4240   Lawrence Grebenc v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4241   Kenneth Sigurd Kallio v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4242   Norman Lee Leppala v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4243   John Anthony Lustig v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4244   John Joseph Marvel v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4245   Donald Arthur Menton v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4246   Bernard John Michals v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4247   Clayton Wallace Okstad, Jr. v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4249   Raymond A. Park v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4250   Leonard John Polansky v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4251   Leo G. Pullar v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4252   Phineas Samuel Pulver v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4253   James Donald Sale v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4254   Doane August Scheunemann v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4255   John F. Scott v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4256   Stephen A. Sersha v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4257   Lonny Gene Silvers v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4258   Richard Eugene Specht v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4259   Edward Frank Steblay v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4260   Vernon D. Thiessen v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4261   Vernon Lee Ulmer v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4262   Gail Willard Woodward v. Garlock Sealing Technologies, LLC., et al.
MN   0  04-4263   Albert Yerich v. Garlock Sealing Technologies, LLC., et al.

SCHEDULE OF TAG-ALONG ACTIONS FOR CTO-239   MDL-875                     PAGE 2 OF 2

**DISTRICT  DIV.  C.A.#**

MISSISSIPPI SOUTHERN
    MSS   1  04-731         Roy Barry, et al. v. A.O. Smith Co., et al.

NORTH CAROLINA EASTERN
    NCE   4  04-108        Marilyn Sanders, etc. v. Anchor Packing Co., et al.
    NCE   4  04-109        Ashley Dickerson, et al. v. Anchor Packing Co., et al.
    NCE   4  04-139        Olin McCullough, et al. v. Aqua-Chem, Inc., et al.
    NCE   4  04-144        Catherine Styron, etc. v. Aqua-Chem, Inc., et al.
    NCE   5  04-342        Lisa Thompson, et al. v. St. Paul Travelers
    NCE   7  04-155        Robert Hugh Pittman al. v. Aqua-Chem, Inc., et al.

NEW YORK SOUTHERN
    NYS   1  04-7038       Philip P. Maita, et al. v. General Electric Co., et al.
    NYS   1  04-7602       Dominic Barone, et al. v. General Electric Co.
    NYS   1  04-7603       Martin Zuckerman, et al. v. General Electric Co.

SOUTH CAROLINA
    SC    2  04-22334      Robert L. Austin, et al. v. A.W. Chesterton Co., et al.
    SC    2  04-22493      Thomas W. Smoak, et al. v. Bell Asbestos Mines, Ltd., et al.

TEXAS NORTHERN
    TXN   4  04-535        Stanley Joseph v. 3M Co., et al.

TEXAS WESTERN
    TXW   5  04-103        Ignacio De La Vega, et al. v. Owens-Corning, et al.