MDL 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | JUDICIAL PANEL ON MULTIDISTRICT LITIGATION<br><br>NOV 24 2004<br><br>FILED<br>CLERK'S OFFICE |
| THIS DOCUMENT RELATES TO:<br><br>Law Firm of Cascino Vaughan Law Office<br><br>United States District Court for The Northern District of Illinois<br><br>(See attached list of cases) | MDL Docket No. 875 |

## DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR REMAND AND BRIEF IN SUPPORT THEREOF

NOW COMES Defendant Georgia Pacific, by and through their attorneys, Marks O'Neill O'Brien & Courtney, responds to Plaintiffs' Motion for Remand and seeks an order from this Panel, pursuant to 28 U.S.C § 1407, denying Plaintiffs' Motion for Remand. In support thereof, Defendant states:

1. A schedule, containing the details on each case this motion pertains to, is attached to this motion as "Exhibit A."

2. Between 1997 and 2001, each plaintiff in this matter filed an asbestos personal injury case in the Northern District of Illinois.

3. The panel, pursuant to to 28 U.S.C § 1407, transferred each of the Plaintiff's Cases to the Eastern District of Pennsylvania for consolidation in Case No. MDL 875.

4. On January 21, 2003, U.S. District Judge Charles R. Weiner, presiding judge of MDL

PLEADING NO. 4317

PH095560.1

**OFFICIAL FILE COPY**   IMAGED DEC 20 '04

875, signed a suggestion of remand. A copy of that Suggestion is attached as Exhibit B.

5. The purpose for invoking 28 U.S.C § 1407 and transferring common cases to one district is to coordinate and consolidate pretrial proceedings, such as discovery, so as to promote the just and efficient conduct of all of the actions.

6. As Plaintiffs state in support of their motion, no pre-trial discovery has taken place pursuant to 28 U.S.C § 1407, and thus, these above captioned matters are not ready for trial.

7. Since discovery has not taken place yet, a remand of the above captioned cases to the Northern District of Illinois would be prejudicial to the Defendants in these matters.

8. Notice has been given to all parties involved.

WHEREFORE, for these reasons and all others this Panel may see fit, the Defendant prays for an order DENYING the Plaintiffs' Motion for Remand of the listed cases to the Northern District of Illinois for trial.

Respectfully submitted,

MARKS, O'NEILL,
O'BRIEN & COURTNEY, P.C.

By: _____
Michael T. Hamilton, Esquire
1880 John F. Kennedy Boulevard
Suite 1200
Philadelphia, PA 19103
(215) 564-6688
Attorney for Defendant, Georgia Pacific Corporation

Date: 11/22/04

PH095560.1

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | JUDICIAL PANEL ON MULTIDISTRICT LITIGATION<br><br>NOV 24 2004<br><br>FILED<br>CLERK'S OFFICE |
| THIS DOCUMENT RELATES TO:<br><br>Law Firm of Cascino Vaughan Law Office<br><br>United States District Court for<br>The Northern District of<br>Illinois<br><br>(See attached list of cases) | MDL Docket No. 875 |

## NOTICE OF FILING

On November 22, 2004, the Defendant Georgia Pacific sent its Opposition to Plaintiffs' Motion for Remand for filing with the Clerks of the Judicial Panel on Multidistrict Litigation in Washington, D.C. and the United States District Court for the Eastern District of Pennsylvania in Philadelphia, PA, a copy of which is attached hereto and herewith served upon you.

## PROOF OF SERVICE

I, the undersigned, an attorney, on oath state: True and correct copies of this notice and aformentioned motion were served upon all known counsel of record at their last known respective addresses via regular mail prior to 5 p.m. on November 22, 2004.

PH095560.1

## SERVICE LIST

**ATTORNEY FOR PLAINTIFFS**

MICHAEL A. KACZMAREK, ESQUIRE
JACQUELINE J. HERRING, ESQUIRE
MICHAEL P. CASCINO, ESQUIRE
CASCINO VAUGHN LAW OFFICES, LTD
220 SOUTH ASHLAND AVENUE
CHICAGO, IL 60607
**(312) 944-0600**

**ATTORNEYS OF AIRCO/THE BOC GROUP, HOBART BROTHERS AND LINCOLN ELECTRIC**

D. PATTERSON GLOOR, ESQUIRE
CASSIDAY, SCHADE & GLOOR
20 NORTH WACKER DRIVE - SUITE 1040
CHICAGO, IL 60606
**(312) 641-3100**

K. KRISTAN CAREY, ESQUIRE
SEYFATH SHAW
55 EAST MONROE STREET - SUITE 4200
CHICAGO, IL 60603
**(312) 346-8000**

**ATTORNEYS FOR B.F. GOODRICH**

CHRISTOPHER A. NICHOLAS, ESQUIRE
HUSCH & EPPENBERGER
401 MAIN STREET - SUITE 1400
PEORIA, IL 61602
**(309) 637-4900**

**ATTORNEYS FOR BEAZER EAST, B.F. GOODRICH, GENERAL REFRACTORIES, KOPPERS INDUSTRIES, LUSE-STEVENSON AND MOBIL OIL CORP.**

ROBER SPITKOVSKY, ESQUIRE, ET AL.
JOHNSON & BELL
55 EAST MONROE STREET - SUITE 4100
CHICAGO, IL 60603
**(312) 372-0779**

**ATTORNEYS FOR CERTAINTEED, CSR, DANA CORP., EMPIRE ACE MFG. CORP., FERODO AMERICA, FOSECO, I.U., NORTH AMERICA, MAREMONT, NOSROC, PFIZER (Burnett), QUIGLEY CO. (Burnett)RHONE-POULENC A.G., AND UNION CARBIDE**

CHRISTOPHER LARSON, ESQUIRE, ET AL.
HEYL, ROYSTER, BOELKER & ALLEN
600 BANK BUILDING
PEORIA, IL 61602
**(309) 676-0400**

WILLIS R. TRIBLER, ESQUIRE
TRIBLER, ORPETT & MEYER
30 NORTH LASALLE STREET - SUITE 2200
CHICAGO, IL 60602
**(312) 201-6400**

**ATTORNEYS OF CHEVRON**

ROBERT VARNEY, ESQUIRE
ROBERT VARNEY & ASSOCIATES
121 NORTH MAIN STREET - 4TH FLOOR
BLOOMINGTON, IL 61701
**(309) 827-4444**

**ATTORNEYS FOR CSR (D' Amico)**

MICHAEL P. CASEY, ESQUIRE
LEWIS, RICE & FINGERSH
500 NORTH BROADWAY - SUITE 2000
ST. LOUIS, MO 63102
**(314) 444-7600**

**ATTORNEYS FOR ERICSSON, INC.**

DANIEL J. O'CONNELL, ESQUIRE
DANIEL J. O'CONNELL & ASSOCIATES
645 TOLLGATE ROAD - SUITE 220
ELGIN, IL 60123
**(847) 741-4603**

**ATTORNEYS FOR FOSTER-WHEELER (Beverly)**

ROBERT KEZELIS, ESQUIRE
FRENCH, KEZELIS & KOMINIAREK
33 NORTH DEARBORN STREET - SUITE 700
CHICAGO, IL 60602
**(312) 782-0634**

**ATTORNEYS FOR FOSTER-WHEELER, GARLOCK, GENERAL REFRACTORIES (Pauley, D'Amico) AND 3M COMPANY**

WILLIAM F. MAHONEY, ESQUIRE, ET AL.
SEGAL, MCCAMBRIDGE, SINGER & MAHONEY
ONE IBM PLAZA - SUITE 200
CHICAGO, IL 60611
**(312) 645-7800**

**ATTORNEYS FOR GENERAL ELECTRIC**

MAJA EATON, ESQUIRE, ET AL.
SIDLEY AUSTIN BROWN & WOOD
10 SOUTH DEARBORN STREET
CHICAGO, IL 60603
**(312) 853-7000**

RECEIVED CLERK'S OFFICE
2004 NOV 24 P 2: 26
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**ATTORNEYS FOR GENERAL REFRACTORIES (Neu)**

ROBERT JOHNSON, ESQUIRE
BROTHERS & THOMPSON
100 WEST MONROE STREET - SUITE 1700
CHICAGO, IL 60603
(312) 372-2909

**ATTORNEY FOR GEORGIA-PACIFIC (Cacello)**

DONALD SIME, ESQUIRE
HINSHAW & CULBERTSON
110 NORTH WEST STREET
WAUKEGAN, IL 60085
(847-244-0551

**ATTORNEYS FOR GEORGIA-PACIFIC (Owens-Illinois)**

FRANCIS P. MORRISSEY, ESQUIRE
SCHIFF, HARDIN & WAITE
6600 SEARS TOWER
CHICAGO, IL 60606
(312) 258-5500

**ATTORNEYS FOR HERCULES CHEMICAL AND PAUL J. KREZ**

GREGORY L. COCHRAN, ESQUIRE, ET AL.
MCKENNA, STORER, ROWE, WHITE & FARRUG
33 NORTH LASALLE STREET - SUITE 1400
CHICAGO, IL 60602
(312) 558-3900

**ATTORNEYS FOR INDUSTRIAL HOLDINGS & UNIFRAX**

JOSEPH STALMACK, ESQUIRE
JOSEPH STALMACK & ASSOCIATES
5253 HOHMAN AVEUNE
HAMMOND, IN 46325
9219) 937-3700

**ATTORNEYS FOR JOHN CRANE**

THOMAS W. HAYES, ESQUIRE
LAW OFFICE OF WILLIAM M. KOZIOL
ONE KEMPER DRIVE
LONG GROVE, IN 60049
(708) 540-2023

**ATTORNEYS FOR MANNINGTON MILLS**

EDWARD HARNEY, ESQUIRE
HUME, SMITH, GEDDES, GREEN & SIMMONS
54 MONUMENT CIRCLE - 4TH FLOOR
INDIANAPOLIS, IN 46204
(317) 632-4402

**ATTORNEYS FOR METROPOLITAL LIFE**

EDWARD M. CRANE, ET AL.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 WEST WACKER DRIVE - SUITE 2100
CHICAGO, IL 60606
(312) 407-0700

ALAN BECKER, ESQUIRE
LITCHFIELD CAVO
303 WEST MADISON STREET - SUITE 300
CHICAGO, IL 60606
(312) 781-6677

**ATTORNEYS FOR PFIZER (Beverly)**

DENNIS DOBBELS, ESQUIRE
POLSINELLI, SHALTON & WELTE
700 WEST 47TH STREET - SUITE 100
KANSAS CITY, MO 64112
(816) 753-1000

**ATTORNEYS FOR PFIZER AND QUIGLEY CO.**

STEPHANIE A. SCHARF, ESQUIRE
JENNER & BLOCK
ONE IBM PLAZA - SUITE 4000
CHICA GO, IL 60611
(312) 222-9350

**ATTORNEYS FOR RAPID-AMERICAN AND VIACOM**

DANIEL W. MCGRATH, ESQUIRE
HINSHAW & CULBERTSON
222 NORTH LASALLE STREET - SUITE 300
CHICAGO, IL 60601
(312) 704-3000

**ATTORNEYS FOR RHONE-POULENC A.G. (Beverly)**

JAMES R. MORRISON, ESQUIRE
WESTERVELT, JOHNSON, NICOLL & KELLER
411 HAMILTON BOULEVARD - SUITE 1400
PEORIA, IL 61602
(309) 671-3550

**ATTORNEYS FOR SHERWIN-WILLIAMS**

WILLIAM SERRITELLA, ESQUIRE
MCGUIRE WOODS
77 WEST WACKER DRIVE - SUITE 4400
CHICAGO, IL 60601

(312) 849-8100

**ATTORNEYS FOR WTI RUST**

JEROME J. DUCHOWICZ, ESQUIRE
O'HAGAN, SMITH & AMUNDSEN
150 NORTH MICHIGAN AVENUE - SUITE 3300
CHICAGO, IL 60601
**(312) 894-3200**

# Exhibit A

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 24 2004

FILED
CLERK'S OFFICE

## LIST OF CASES

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|     | Case Name   | Case No.  |
|-----|-------------|-----------|
| 1.  | MADDOX      | 99 C 1539 |
| 2.  | NEU         | 98 C 2734 |
| 3.  | WILLIAMS    | 99 C 8520 |
| 4.  | BURNETT     | 99 C 6042 |
| 5.  | McCARTNEY   | 98 C 5239 |
| 6.  | PAULEY      | 99 C 5290 |
| 7.  | MUZZARELLI  | 96 C 1594 |
| 8.  | CACELLO     | 96 C 1590 |
| 9.  | D'AMICO     | 97 C 3251 |
| 10. | RIEGLER     | 01 C 0447 |
| 11. | WILLIAMS    | 01 C 2551 |
| 12. | LOVE        | 96 C 1592 |
| 13. | BEVERLY     | 99 C 5936 |
| 14. | YOUNGBLOOD  | 00 C 8219 |

**SCHEDULE of cases relating to this motion**

All cases listed herein were originally filed in the Northern District of Illinois, they are all currently pending in MDL 875, Eastern District of Pennsylvania, Judge Charles R. Weiner, presiding.

Not listed are (a) dismissed, settled, or bankrupt defendants; and (b) cases included in the suggestion order that counsel is NOT seeking to remand.

1. Ruby **MADDOX**, individually, and as Special Administrator of the Estate of Wilby E. MADDOX, deceased **vs.** JOHN CRANE Co., LUSE-STEVENSON Co., METROPOLITAN LIFE INS. Co., PAUL J. KREZ Co., and RAPID AMERICAN Corp.; Case No. **99-CV-1539**

2. Doris **NEU**, individually, and as Special Administrator of the Estate of Earl G. NEU, deceased **vs.** AIRCO/The BOC GROUP, GENERAL REFRACTORIES Co., GEORGIA-PACIFIC Corp., HOBART BROS. Co, LINCOLN ELEC. Co, METROPOLITAN LIFE INS. Co., RAPID-AMERICAN Corp., and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **98-CV-2734**

3. Pariena **WILLIAMS**, individually, and as Special Administrator of the Estate of Samuel WILLIAMS, deceased **vs.** DANA Corp, GENERAL ELEC. Co., GEORGIA-PACIFIC Corp., I.U. NORTH AMERICA, Inc., INDUSTRIAL HOLDINGS Co., MAREMONT Corp., METROPOLITAN LIFE INS. Co., NOSROC Corp., PFIZER, Inc., QUIGLEY Co. Inc., RAPID-AMERICAN Corp., RHONE-POULENC A.G., UNION CARBIDE Co., and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **99-CV-8520**

4. Barbara **BURNETT**, individually, and as Special Administrator of the Estate of John J. BURNETT, deceased **vs.** CERTAINTEED Corp., DANA Corp, GENERAL REFRACTORIES Co., GEORGIA-PACIFIC Corp., I.U. NORTH AMERICA, Inc., INDUSTRIAL HOLDINGS Co., MAREMONT Corp., METROPOLITAN LIFE INS. Co., NOSROC Corp., OWENS-ILLINOIS Corp., PFIZER, Inc., QUIGLEY Co. Inc., RAPID-AMERICAN Corp., UNION CARBIDE Co., and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **99-CV-6042**

5. Frank **PAULEY vs.** AIRCO/The BOC GROUP, CSR, Ltd., EMPIRE ACE INSULATION MFG. Corp., FOSTER-WHEELER ENERGY Corp., GENERAL ELEC. Co., GENERAL REFRACTORIES Co., GEORGIA-PACIFIC Corp., INDUSTRIAL HOLDINGS Co., LINCOLN ELEC. Co., METROPOLITAN LIFE INS. Co., OWENS-ILLINOIS Corp., PFIZER, Inc., QUIGLEY Co. Inc., RAPID-AMERICAN Corp., UNION CARBIDE Co., and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **99-CV-5290**

6. Peter **CACELLO** vs. DANA Corp, ERICSSON, Inc., FERODO AMERICA, Inc., GENERAL REFRACTORIES Co., GEORGIA-PACIFIC Corp., I.U. NORTH AMERICA, Inc., INDUSTRIAL HOLDINGS Co., MAREMONT Corp., METROPOLITAN LIFE INS. Co., NOSROC Corp., OWENS-ILLINOIS Corp., QUIGLEY Co. Inc., RAPID-AMERICAN Corp., RHONE-POULENC A.G., UNION CARBIDE Co., and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **00-CV-1795**

7. Carmen **D'AMICO** vs. CSR, Ltd., GARLOCK, Inc., GENERAL REFRACTORIES Co., METROPOLITAN LIFE INS. CO., MINNESOTA MINING & MANUFACTURING Co., RAPID-AMERICAN Corp., and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **97-CV-2943**

8. Stephen THON, as Special Administrator of the Estate of Jerome **RIEGLER**, deceased vs. B.F. GOODRICH, CERTAINTEED Corp., DANA Corp., GENERAL ELEC. CO., GEORGIA-PACIFIC Corp., MANNINGTON MILLS of DE, Inc., MAREMONT Corp., METROPOLITAN LIFE INS. CO., MOBILE OIL Corp., OWENS-ILLINOIS Corp., PFIZER, Inc., QUIGLEY Co., RAPID-AMERICAN Corp., RHONE-POULENC A.G., SHERWIN-WILLIAMS Co., UNION CARBIDE Co., and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **01-CV-447**

9. Deseree **WILLIAMS**, Individually and as Special Administrator of the Estate of Thomas WILLIAMS, deceased vs. BEAZER EAST, Inc., CHEVRON U.S.A., Inc., FOSECO, Inc., GENERAL REFRACTORIES Co., HERCULES CHEMICAL Co., INDUSTRIAL HOLDINGS Corp., KOPPERS INDUSTRIES, Inc., OWENS-ILLINOIS, Inc., QUIGLEY Co., RAPID-AMERICAN Corp., UNIFRAX, Inc., and WTI RUST HOLDINGS INT'L; Case No. **01-CV-2551**

10. James **BEVERLY** vs. DANA Corp., FOSTER-WHEELER ENERGY Corp., GARLOCK, Inc., GENERAL ELECTRIC Co., GENERAL REFRACTORIES Co., GEORGIA-PACIFIC Corp., I.U. NORTH AMERICA, Inc., INDUSTRIAL HOLDINGS Co., MAREMONT Corp., METROPOLITAN LIFE INS. Co., NOSROC Corp., OWENS-ILLINOIS Corp., PFIZER, Inc., QUIGLEY Co., RAPID-AMERICAN Corp., RHONE-POULENC A.G., UNION CARBIDE, and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **99-CV-5936**

11. Eugene **YOUNGBLOOD** vs. DANA Corp, ERICSSON, Inc., FERODO AMERICA, Inc., GENERAL ELECTRIC Co., GEORGIA-PACIFIC Corp., I.U. NORTH AMERICA, Inc., INDUSTRIAL HOLDINGS Co., MAREMONT Corp., METROPOLITAN LIFE INS. Co., NOSROC Corp., OWENS-ILLINOIS Corp., PFIZER, Inc., QUIGLEY Co. Inc., RAPID-AMERICAN Corp., RHONE-POULENC A.G., UNION CARBIDE Co., and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **00-CV-8219**

# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DOCKETED**

FEB 1 3 2003

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

99 C 5290

This Document Relates to:

CIVIL ACTION NO. MDL 875

Law Firm of Cascino Vaughan

United States District Court
Northern District of Illinois

(See attached list of cases)
[ In the event the above-listed case is a multiple
plaintiff (victim) action, this transfer is for the
above-named party only, or said party's repre-
sentative, and any spousal or dependent actions.]:

FILED   JAN 2 1 2003

## SUGGESTION OF REMAND

THESE MATTERS being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Northern District of Illinois, and the Court having reviewed these cases and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from these cases and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

75

THE COURT SUGGESTS that the cases listed upon the attachment should now be REMANDED to the United States District Court for the Northern District of Illinois for such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 1/21/2003

_____
Charles R. Weiner          J.

ENTERED

JAN 2 2 2003

CLERK OF COURT

2

# Exhibit C

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) | MDL Docket No. 875 |
| This Document relates to: | ) ) | |
| Law Firm of Cascino Vaughan | ) ) | |
| United States District Court Northern District of Illinois | ) ) ) | |
| (See attached list of cases) | ) | |

**MOTION FOR REMAND AND BRIEF IN SUPPORT THEREOF**

NOW COME Plaintiffs Maddox, Neu, Williams, Burnett, Pauley, Cacello, D'Amico, Riegler, Williams, Beverly, and Youngblood (collectively, plaintiffs) as listed in the attached Schedule and seek an order from this Panel, pursuant to 28 U.S.C. § 1407, remanding their cases back to the Northern District of Illinois. In support thereof, plaintiffs state:

1. A schedule, containing the details on each case this motion pertains to, is attached to this motion.

2. Between 1997 and 2001, each plaintiff filed an asbestos personal injury case in the Northern District of Illinois.

3. The panel, pursuant to 28 U.S.C. § 1407, transferred each of plaintiffs' cases to the Eastern District of Pennsylvania for consolidation in MDL 875.

4. On January 21, 2003, U.S. District Judge Charles R. Weiner, presiding judge of MDL 875, signed a suggestion of remand. A copy of that suggestion is attached.

5. It is within the exclusive jurisdiction of this Panel, pursuant to 28 U.S.C. § 1407(a) and R.P.J.P.M.L. 7.6, 199 F.R.D. 425, 436-38 (2001), to remand cases at or before the conclusion of pretrial proceedings.

6. An affidavit in further support of Plaintiffs' motion is attached hereto.

7. Notice has been given to all parties involved.

WHEREFORE, for these reasons and all others this Panel may see fit, Plaintiffs pray for an order REMANDING the listed cases to the Northern District of Illinois for trial and further action as may be required.

Dated this 20th day of October, 2004.
Respectfully submitted,

*[signature]*
Attorney for Plaintiffs

Michael A. Kaczmarek
Jacqueline J. Herring
Michael P. Cascino
CASCINO VAUGHAN LAW OFFICES, Ltd.
220 South Ashland Avenue
Chicago IL 60607
Phone: (312) 944-0600