

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 2 4 2004

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: **ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)** | : : : | **MDL Docket No. 875** |
| **THIS DOCUMENT RELATES TO:** | : : | |
| **UNITED STATES DISTRICT COURT FOR THE NORTHEN DISTRICT OF ILLINOIS** | : : : | |
| **(SEE ATTACHED LIST OF CASES)** | : : : | |

### UNION CARBIDE CORPORATION'S RESPONSE TO MOTION FOR REMAND, FILED BY PLAINTIFF ON NOVEMBER 3, 2004

Defendant Union Carbide Corporation submits this response opposing Plaintiffs Motion for Remand of this case to the Transferor Court for further proceedings. In support thereof, defendant avers as follows:

1.      Admitted.

2.      Admitted.

3.      Admitted.

4.      Admitted in part, denied in part. Defendant admits that District Judge Charles R. Weiner signed a suggestion of remand on January 21, 2003. Defendant denies that the suggestion of remand should be followed by this court because in the twenty-two months since this suggestion of remand was signed, several conferences between the parties have been

OFFICIAL FILE COPY

IMAGED NOV 29 '04

conducted and attended in the Court for the Eastern District of Pennsylvania. The Court for the

Eastern District of Pennsylvania is in the best position to resolve this matter efficiently.

5.      Admitted.

6.      Denied. Plaintiff's filed a new suggestion of remand with the District Court for

the Eastern District of Pennsylvania in October 2004. On October 26, 2004, Defendant filed a

brief in opposition to plaintiff's new suggestion of remand. In the twenty-two months since

Judge Weiner signed the original suggestion of remand, several conferences between the parties

have been conducted. On September 8, 2004, our firm attended a hearing in the District Court

for the Eastern District of Pennsylvania on behalf of moving defendant and advised plaintiff to

produce evidence against Union Carbide Corporation in Illinois, Indiana and Wisconsin. On

September 8, 2004, the Court ordered plaintiff to produce information to moving defendants by

January 21, 2005 regarding the evidence that plaintiff has in approximately 10 to 20 out of the

1,200 or cases filed against moving defendant. The Court has set the next settlement conference

for that date. Rather than complying with the Court's instructions, instead, plaintiff filed this

motion to remand these actions to the District Court for the Northern District of Illinois.

7.      Admitted.

Wherefore, defendant Union Carbide Corporation respectfully asks this Court to deny

plaintiff's Motion for Remand.

Respectfully Submitted,

By: _____

Barbara J. Buba, Esquire
Troy D. Sisum, Esquire
Attorneys for Defendant
Union Carbide Corporation

WILBRAHAM, LAWLER & BUBA
1818 Market Street, Suite 3100
Philadelphia, PA 19103-3631
(215) 564-4141
(215) 564-4385 – Fax
bbuba@wlbdeflaw.com

### List of Cases

1.  Pariena Williams, individually, and as Special Administrator of the Estate of Oscar Williams, deceased, v. Dana Corp., General Electric Co., Georgia-Pacific Corp., I.U. North America, Inc., Industrial Holdings Co., Maremont Corp., Metropolitan Life Insurance Co., Nosroc Corp., Pfizer, Inc., Quigley Co., Inc., Rapid-American Corp., Rhone-Poulenc A.G., Union Carbide Corp., and Viacom (as Westinghouse Elec. Co.); Case 99-CV-8520

2.  Barbara Burnett, individually, and as Special Administratrix of the Estate of John J. Burnett, deceased, v. CertainTeed Corp., Dana Corp., General Refractories Co., Georgia-Pacific Corp., I.U. North America, Inc., Industrial Holdings Co., Maremont Corp., Metropolitan Life Insurance Co., Nosroc Corp., Owens-Illinois Corp., Pfizer, Inc., Quigley Co., Inc., Rapid-American Corp., Union Carbide Corp., and Viacom (as Westinghouse Elec. Co.); Case 99-CV-6042

3.  Frank Pauley v. AIRCO/The BOC Group, CSR, Ltd., Empire Ace Insulation Manufacturing Corp., Foster-Wheeler Energy Corp., General Electric Co., General Refractories Co., Georgia-Pacific Corp., Industrial Holdings Co., Lincoln electric Co., Metropolitan Life Insurance Co., Owens-Illinois Corp., Pfizer, Inc., Quigley Co., Inc., Rapid-American Corp., Union Carbide Corp., and Viacom (as Westinghouse Elec. Co.); Case 99-CV-5290

4.  Peter Cacello v. Dana Corp., Ericsson, Inc., Ferodo America, Inc., General Refractories Co., Georgia-Pacific Corp., I.U. North America, Inc., Industrial Holdings Co., Maremont Corp., Metropolitan Life Insurance Co., Nosroc Corp., Owens-Illinois Corp., Quigley Co., Inc., Rapid-American Corp., Rhone-Poulenc A.G., Union Carbide Corp., and Viacom (as Westinghouse Elec. Co.); Case 00-CV-1795

5.  Stephen Thon, as Special Administrator of the Estate of Jerome Riegler, deceased, v. B.F. Goodrich, CertainTeed Corp., Dana Corp., General Electric Co., Georgia-Pacific Corp., Mannington Mills of DE., Inc., Maremont Corp., Metropolitan Life Insurance Co., Mobil Oil Corp., Owens-Illinois Corp., Pfizer, Inc., Quigley Co., Inc., Rapid-American Corp., Rhone-Poulenc A.G., Sherwin-Williams Co., Union Carbide Corp., and Viacom (as Westinghouse Elec. Co.); Case 01-CV-447

6.  James Beverly v. Dana Corp., Foster-Wheeler Energy Corp., Garlock, Inc., General Electric Co., General Refractories Co., Georgia-Pacific Corp., I.U. North America, Inc., Industrial Holdings Co., Maremont Corp., Metropolitan Life Insurance Co., Nosroc Corp., Owens-Illinois Corp., Pfizer, Inc., Quigley Co., Inc., Rapid-American Corp., Rhone-Poulenc A.G., Union Carbide Corp., and Viacom (as Westinghouse Elec. Co.); Case 99-CV-5936

7.  Eugene Youngblood v. Dana Corp., Ericsson, Inc., Ferodo America, Inc., General Electric Co., Georgia-Pacific Corp., I.U. North America, Inc., Industrial Holdings Co., Maremont Corp., Metropolitan Life Insurance Co., Nosroc Corp., Owens-Illinois Corp., Pfizer, Inc., Quigley Co., Inc., Rapid-American Corp., Rhone-Poulenc A.G., Union Carbide Corp., and Viacom (as Westinghouse Elec. Co.); Case 00-CV-8219

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

NOV 24 2004

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE:      **ASBESTOS PRODUCTS LIABILITY** : **LITIGATION (NO. VI)** | **MDL Docket No. 875** |

**THIS DOCUMENT RELATES TO:** :

**UNITED STATES DISTRICT COURT FOR** :
**THE NORTHEN DISTRICT OF ILLINOIS** :

**(SEE ATTACHED LIST OF CASES)** :

## UNION CARBIDE CORPORATION'S BRIEF IN SUPPORT OF THE RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND

Defendant Union Carbide Corporation, by and through undersigned counsel, submits this Brief opposing Plaintiff's Motion for Remand of this case to the Transferor Court for further proceedings.

## INTRODUCTION

Between 1997 and 2001, plaintiffs filed suit in the District Court in the Northern District of Illinois for their alleged asbestos-related condition. The panel, pursuant to 28 U.S.C. §1407, transferred each case to the District Court for the Eastern District of Pennsylvania for consolidation in MDL 875. On January 21, 2003, District Judge Charles R. Weiner signed a suggestion of remand. Approximately twenty-two months have passed since this suggestion was signed by Judge Weiner.

Plaintiff's filed a new suggestion of remand with the District Court for the Eastern District of Pennsylvania in October 2004. On October 26, 2004, Defendant filed a brief in opposition to plaintiff's new suggestion of remand.

## FACTS

On September 8, 2004, our firm attended a hearing in the District Court for the Eastern District of Pennsylvania on behalf of moving defendant and advised plaintiff to produce evidence against Union Carbide Corporation in Illinois, Indiana and Wisconsin.  On September 8, 2004, the Court ordered plaintiff to produce information to moving defendants by January 21, 2005 regarding the evidence that plaintiff has in approximately 10 to 20 out of the 1,200 or cases filed against moving defendant.  The Court has set the next settlement conference for that date.

Rather than complying with the Court's instructions, plaintiff filed a motion to remand these actions to the District Court for the Northern District of Illinois.  This action is outrageous under the circumstances.

Despite defendant's repeated requests, plaintiff has failed to provide the information that moving defendant needs in order to evaluate these cases for settlement.  It is extremely unfair to moving defendant to repeatedly expend money to defend cases in which plaintiff is unable to produce any evidence to show exposure to Union Carbide Corporation's asbestos-containing products in Illinois, Indiana and Wisconsin.

## LEGAL ARGUMENT

The goal of the Multi-District Litigation ("MDL") process is to reduce transaction costs, streamline the pretrial and settlement procedures, and, if possible, dispose of cases without a trial.  Remand from the District Court for the Eastern District of Pennsylvania should only be considered in extreme circumstances, when all avenues of settlement have been exhausted.  In the instant cases, remand is completely inappropriate.

In the twenty-two months since this suggestion of remand was signed, several conferences between the parties have been conducted and attended in the Court for the Eastern

District of Pennsylvania.  The Court for the Eastern District of Pennsylvania is in the best

position to resolve this matter efficiently.

## CONCLUSION

Wherefore, defendant Union Carbide Corporation respectfully asks this Court to deny

plaintiff's Motion for Remand.

Respectfully Submitted,

By: _____

Barbara J. Buba, Esquire
Troy D. Sisum, Esquire
Attorneys for Defendant
Union Carbide Corporation

WILBRAHAM, LAWLER & BUBA
1818 Market Street, Suite 3100
Philadelphia, PA 19103-3631
(215) 564-4141
(215) 564-4385 – Fax
bbuba@wlbdeflaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing pleadings have been served

upon all known counsel of record at their last-known addresses via first class mail on the date

indicated below.

By: _____

Barbara J. Buba, Esquire
Troy D. Sisum, Esquire

Attorneys for Defendant
Union Carbide Corporation

Date: _____

PAGE 1 OF 3

**PANEL SERVICE LIST / SCHEDULE OF ACTIONS**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*CPL TOT MAC AL*

*227*

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | -0 | ILN | 1 | 97-2943 | Carmen P. D'Amico v. ACandS, Inc., et al. *inactive* |
| PAE | 2 | -0 | ILN | 1 | 98-2734 | Doris Elaine Neu, etc. v. ACandS, Inc., et al. *inactive* |
| PAE | 2 | -0 | ILN | 1 | 99-1539 | Ruby L. Maddox, etc. v. Swindell-Dressler International Co., et al. |
| PAE | 2 | -0 | ILN | 1 | 99-5290 | Frank Pauley v. ACandS, Inc., et al. |
| PAE | 2 | -0 | ILN | 1 | 99-5936 | James Beverly v. ACandS, Inc., et al. |
| PAE | 2 | -0 | ILN | 1 | 99-6042 | John J. Burnett v. ACandS, Inc., et al. |
| PAE | 2 | -0 | ILN | 1 | 99-8520 | Samuel Williams v. ACandS, Inc., et al. |
| PAE | 2 | -0 | ILN | 1 | 00-1795 | Peter A. Cacello v. ACandS, Inc., et al. |
| PAE | 2 | -0 | ILN | 1 | 00-8219 | Eugene Youngblood v. ACandS, Inc., et al. |
| PAE | 2 | -0 | ILN | 1 | 01-447 | Jerome L. Riegler v. ACandS, et al. |
| PAE | 2 | -0 | ILN | 1 | 01-2551 | Deseree Williams v. ACandS, Inc., et al. |

David B. Barlow
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Christine M. Bewley
Shaheen, Orr, Pearce, Griffin & Staat
20 North Wacker Drive
Suite 2900
Chicago, IL 60606

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Thomas M. Burnham
Cook County States Attorney
500 Richard J. Daley Center
Chicago, IL 60602

Caitlin J. Cameron
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607

Michael P. Casey
Lewis & Rice
500 North Broadway
Suite 2000
St. Louis, MO 63102

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Daniel J. Cheely
Bellande Cheely, O'Flaherty, Sargis &
Ayres
19 South LaSalle Street
Suite 1203
Chicago, IL 60603

John A. Childers
Johnson & Bell
55 E Monroe Street, Suite 4100
Chicago, IL 60603-5896

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Gregory L. Cochran
McKenna, Storer, Rowe, White &
Farrug
200 North LaSalle Street
Suite 3000
Chicago, IL 60601

Edward M. Crane
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Thomas M. Crawford
Litchfield Cavo
303 West Madison Street
Suite 200
Chicago, IL 60606

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Dennis J. Dobbels
Polsinelli, Shalton & Welte
700 W. 47th Street
Suite 1000
Kansas City, MO 64112-1802

Michael W. Drumke
Schiff, Hardin & Waite
233 South Wacker Drive
6600 Sears Tower
Chicago, IL 60606

Jerome J. Duchowicz
O'Hagan, Smith & Amundsen, LLC
150 North Michigan Avenue
Suite 3300
Chicago, IL 60601

Maja C. Eaton
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Matthew J. Fischer
Schiff, Hardin & Waite
6600 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6473

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

PANEL SERVICE LIST / SCHEDULE OF ACTIONS  MDL-875

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

D. Patterson Gloor
Cassiday, Schade & Gloor
20 North Wacker Drive
Suite 1040
Chicago, IL 60606-2903

Kenneth M. Gorenberg
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 2800
Chicago, IL 60606-1229

Robert E. Haley
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, IL 60606

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Edward Harney, Jr.
Hume, Smith, Geddes & Green
54 Monument Circle
Suite 400
Indianapolis, IN 46204

Thomas W. Hayes
Law Office of William M. Koziol
One Kemper Drive
Long Grove, IL 60049

Jeffrey S. Hebrank
Burroughs & Hepler
103 West Vandalia Street
Suite 300
P.O. Box 510
Edwardsville, IL 62025

Michael J. Hennig
Cassiday, Schade & Gloor
20 North Wacker Drive
Suite 1040
Chicago, IL 60606

Russell J. Hoover
Jenner & Block
330 North Wabash Avenue
40th Floor
Chicago, IL 60611

Robert Johnson
Brothers & Thompson
Ste: 1700
100 West Monroe Street
Chicago, IL 60603

William V. Johnson
Johnson & Bell, Ltd.
55 East Monroe Street
Suite 4100
Chicago, IL 60603

Robert A. Kezelis
French Kezelis & Kominiarek, P.C.
33 North Dearborn Street
Suite 700
Chicago, IL 60602

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Christopher P. Larson
Heyl, Royster, Voelker & Allen
600 Bank One Building
124 Southwest Adams
Peoria, IL 61602

Craig T. Liljestrand
Hinshaw & Culbertson
222 N. LaSalle Street
Suite 300
Chicago, IL 60601

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Sarah R. Lyke
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Shona M. MacIntyre
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

William F. Mahoney
Segal, McCambridge, Singer &
Mahoney, Ltd.
330 North Wabash Street
Suite 200
Chicago, IL 60611

Edward J. McCambridge
Segal, McCambridge, Singer &
Mahoney, Ltd.
One IBM Plaza
330 North Wabash Avenue
Suite 200
Chicago, IL 60611

Daniel W. McGrath
Hinshaw & Culbertson
222 North Lasalle Street
Suite 300
Chicago, IL 60601-1081

James R. Morrison
Westervelt, Johnson, Nicoll & Keller
First Financial Plaza
411 Hamilton Blvd.
14th Floor
Peoria, IL 61602

Francis Peter Morrissey
Schiff, Hardin & Waite
233 South Wacker Drive
6600 Sears Tower
Chicago, IL 60606

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Christopher A. Nichols
Husch & Eppenberger, LLC
401 Main Street
Suite 1400
Peoria, IL 61602-1241

Daniel J. O'Connell
Daniel J. O'Connell & Associates, P.C.
645 Tollgate Road
Suite 220
Elgin, IL 60123

Joseph J. O'Hara, Jr.
Schiff, Hardin & Waite
233 South Wacker Drive
6600 Sears Tower
Chicago, IL 60606-6473

Daniel L. Overbey
Katten, Muchin & Zavis
525 West Monroe Street
Suite 1600

Kaneenat K. Pitakskul
Cassiday, Schade & Gloor
20 North Wacker Drive
Suite 1040
Chicago, IL 60606

Mark E. Rakoczy
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Robert H. Riley
Schiff, Hardin & Waite
6600 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Stephanie Ann Scharf
Jenner & Block
One IBM Plaza
330 North Wabash Avenue
40th Floor
Chicago, IL 60611

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

William D. Serritella
McGuire Woods LLP
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601

Robert L. Shuftan
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, IL 60606

Donald L. Sime
Hinshaw & Culbertson
110 North West Street
Waukegan, IL 60085

Neil B. Solomon
Schiff, Hardin & Waite
233 South Wacker Drive
6600 Sears Tower
Chicago, IL 60606

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert Spitkovsky
Johnson & Bell, Ltd.
55 East Monroe Street
Suite 4100
Chicago, IL 60603

Joseph Stalmack
Joseph Stalmack & Associates, P.C.
5253 Hohman Avenue
P.O. Box 1150
Hammond, IN 46320

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Willis R. Tribler
Tribler, Orpett & Crone
30 North LaSalle Street
Suite 2200
Chicago, IL 60602

Robert T. Varney
Robert T. Varney & Associates
121 N. Main Street
4th Floor
Bloomington, IL 61701

Matthew Dean Walker
Litchfield Cavo
303 West Madison Street
Suite 200
Chicago, IL 60606

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Jason A. Wright
Bates & Carey
191 N. Wacker Drive
Suite 2400
Chicago, IL 60606

Edward P. Zaengle
Jenner & Block
One IBM Plaza
Suite 4400
Chicago, IL 60611

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: | ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | :    MDL Docket No. 875 |

IN RE:      **ASBESTOS PRODUCTS LIABILITY**
                **LITIGATION (NO. VI)**       :     **MDL Docket No. 875**
                                    :

**THIS DOCUMENT RELATES TO:**      :

**UNITED STATES DISTRICT COURT FOR**   :
**THE NORTHEN DISTRICT OF ILLINOIS**   :

**(SEE ATTACHED LIST OF CASES)**       :

## <u>ORDER</u>

FOR THE REASONS SET FORTH WITHIN, Plaintiffs' Motion for Remand dated October 26, 2004 is hereby **DENIED**.  MDL cases in the above caption shall remain in the United States District Court, Eastern District of Pennsylvania.


SO ORDERED:

DATED:

_____
                                                  J.