MDL ⊁ 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS          *

                                  *          **MDL Docket No.:  MDL-875**

\*      \*      \*      \*      \*      \*          \*      \*      \*      \*  JUDICIAL PANEL ON
RAYMOND T. ADAMSKI, et. al,        *                MULTIDISTRICT LITIGATION

                                  *                **NOV 2 6 2004**

     v.                            *                      FILED
                                  *                 CLERK'S OFFICE

QUIGLEY COMPANY, INC. et. al       *          **Civil Action No.: 1:04-2965**
                                              **(Judge J. Frederick Motz)**

     Defendants                    *
          \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

### CORPORATE DISCLOSURE STATEMENT

        Pursuant to JPML Rule 5.3, Defendant, Hopeman Brothers, Inc., files the herein Corporate

Disclosure Statement and states as follows:

        1.      <u>Parent Corporations:</u>  Hopeman Brothers, Inc. is a wholly owned subsidiary of AWH

Corporation, a Delaware corporation.

        2.      <u>Publically held companies owning 10% or more stock</u>.  None.


Dated this 23rd day of Novmeber, 2004.

                                        Respectfully submitted,


                                        David W. Allen (Fed. Bar No. 00208)
                                        Michael A. Pichini (Fed. Bar No. 26342)
                                        Goodell, DeVries, Leech & Dann, LLP
                                        One South Street, 20th Floor
                                        Baltimore, Maryland 21202
                                        (410) 783-4000
                                        (410) 783-4040 Fax

**OFFICIAL FILE COPY**

IMAGED NOV 29 '04

Attorneys for Defendant,
*Hopeman Brothers, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 24th day of November, 2004, I caused a copy of Defendant

Hoepman Brothers, Inc.'s Corporate Disclosure Statement was served via U.S. Mail, postage prepaid on all

counsel listed on the attached Panel Service List.

Michael A. Pichini

613101

**PANEL SERVICE LIST (Excerpted from CTO-237)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Raymond T. Adamski, et al. v. Quigley Co., Inc., et al.,* D. Maryland, C.A. No. 1:04-2965 (Judge J. Frederick Motz)

David W. Allen
Goodell, DeVries, Leech & Dann, LLP
One South Street
20th Floor
Baltimore, MD 21202

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Katherine S. Duyer
Gavett & Datt, PC
15850 Crabbs Branch Way
Suite 180
Rockville, MD 20855

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

M. King Hill, III
Venable, LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, MD 21285-5517

Jeannie P. Kauffman
Bacon Thornton & Palmer, LLP
Capital Office Park
6411 Ivy Lane, Suite 706
Greenbelt, MD 20770-1411

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Jennifer L. Lilly
Law Offices of Peter G. Angelos
One Charles Center, 22nd Floor
100 North Chares Street
Baltimore, MD 21201

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Alexander J. May
Brassel & Baldwin
112 West Street
Annapolis, MD 21401

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Richard T. Radcliffe Jr
Dehay & Elliston, LLP
36 S. Charles Street
13th Floor
Baltimore, MD 21201

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert T. Shaffer, III
Murphy & Shaffer
36 South Charles Street
Suite 1400
Baltimore, MD 21202-1019

Patrick C. Smith
Rubin & Rubin Chartered
502 Washington Avenue
Suite 200
Towson, MD 21204

Robert N. Spinelli
Kelley, Jasons, McGuire &
Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal
Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406