MDL L 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 2 6 2004

FILED
CLERK'S OFFICE

PLEADING NO. 4323

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS                                                    MDL NO. 875
LIABILITY LITIGATION (NO. VI)

RE:   PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO.
      237 TRANSFERRING *DELANCEY V. CHICAGO INS. CO.*, C.A. No. 2:04-2355
      FROM THE EASTERN DISTRICT OF LOUISIANA TO THE EASTERN
      DISTRICT OF PENNSYLVANIA, filed on November 4, 2004

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, comes the Chicago Insurance Company, who, pursuant to Rule 5.3

of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, submits that the

Chicago Insurance Company is part of the Interstate Insurance Group, which is a subsidiary of

the Fireman's Fund Insurance Company.

                                        Respectfully submitted,

                                        LABORDE & NEUNER

                                        _____
                                        BEN L. MAYEAUX - #La.19042
                                        One Petroleum Center, Suite 200
                                        1001 West Pinhook Rd.
                                        P.O. Drawer 52828
                                        Lafayette, LA 70505-2828
                                        Telephone: (337) 237-7000
                                        Fax: (337) 233 9450
                                        **Counsel for The Chicago Insurance Company**

2004 NOV 18 P 4: 37
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED
CLERK'S OFFICE

OFFICIAL FILE COPY
IMAGED NOV 29 '04

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading was served, by first class United States mail, postage prepaid, on all known counsel of record this 15th day of November, 2004.

_____
Ben L. Mayeaux

2004 NOV 18 P 4: 37
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE