MDL #875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                                    MDL DOCKET NO. 875

This Document Relates To:
RONALD ADAMS vs.
ALCO INDUSTRIES, INC., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
NOV 26 2004
FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RONALD ADAMS                                                     PLAINTIFF

VS.                                                              CIVIL ACTION NO.: 1:04CV730GRo

ALCO INDUSTRIES, INC., ET AL.                                    DEFENDANTS

## DISCLOSURE STATEMENT

Please check one box:

[✓]   The nongovernmental corporate party, **COOPER ALLOY CORPORATION**, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ]   The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____

11-19-04
Date

T. HUNT COLE, JR., Esq. (MSB #6349)
Attorney for Defendant
COOPER ALLOY CORPORATION
Forman Perry Watkins Krutz & Tardy LLP
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600

PLEADING NO. 4324

**OFFICIAL FILE COPY**
IMAGED NOV 29 '04

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    MDL DOCKET NO. 875

This Document Relates To:
RONALD ADAMS, ET AL. v.
ALCO INDUSTRIES, INC., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 26 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RONALD ADAMS, ET AL.                                                PLAINTIFFS

v.                                         CIVIL ACTION NO.: 1:04CV730GRO

ALCO INDUSTRIES, INC., ET AL.                                       DEFENDANTS

## DISCLOSURE STATEMENT FORM

Please check one box:

☒  The nongovernmental corporate party, The Fairbanks Company, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐  The nongovernmental corporate party, The Fairbanks Company, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

9/29/04
Date

Robert V. Greenlee (100638)

Counsel for: The Fairbanks Company

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 2 6 2004

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

MDL DOCKET NO. 875

**This Document Relates To:**
**RONALD ADAMS, ET AL. vs.**
**ALCO INDUSTRIES, ET AL.**



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 1 4 2004
BY_____ J.T. NOBLIN, CLERK
_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RONALD ADAMS, ET AL**                                                                 **PLAINTIFFS**

**v.**                                                   **CIVIL ACTION NO. 1:04CV730GRO**

**ALCO INDUSTRIES, ET AL.**                                                             **DEFENDANTS**

---

**DISCLOSURE STATEMENT FORM**

---

Please check one box:

☒  The nongovernmental corporate party, **The Gorman-Rupp Company**, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐  the nongovernmental corporate party, _____,
in the the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____

10/9/04
Date

_____[signature]_____
Jennifer M. Studebaker, Esq.
David A. Baker, Esq.

Counsel for: The Gorman-Rupp Company

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    MDL DOCKET NO. 875

This Document Relates To:
RONALD ADAMS, ET AL. v.
ALCO INDUSTRIES, INC., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 26 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RONALD ADAMS, ET AL.                                          PLAINTIFFS

v.                                         CIVIL ACTION NO.: 1:04CV730GRO

ALCO INDUSTRIES, INC., ET AL.                                  DEFENDANTS

## DISCLOSURE STATEMENT FORM

Please check one box:

[X]   The nongovernmental corporate party, Harsco Corporation, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ]   The nongovernmental corporate party, Harsco Corporation, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

9/30/04
Date

Marcy B. Croft (10864)

Counsel for: Harsco Corporation

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                MDL DOCKET NO. 875

**This Document Relates To:**
**RONALD ADAMS, ET AL. vs.**
**ALCO INDUSTRIES, INC., ET AL.**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 26 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RONALD ADAMS, ET AL.**                                **PLAINTIFFS**

**VS.**                                    **CIVIL ACTION NO.: 1:04CV731GRo**

**ALCO INDUSTRIES, INC., ET AL.**                       **DEFENDANTS**

### DISCLOSURE STATEMENT FORM

Please check one box:

☐   The nongovernmental corporate party, _____,
    in the above listed civil action does not have any parent corporation and publicly
    held corporation that owns 10% or more of its stock.

☑   the nongovernmental corporate party, **Nikko Materials USA, Inc. d/b/a Gould
    Electronics Inc.**, in the above listed civil action has the following parent
    corporation(s) and publicly held corporation(s) that owns 10% or more of its
    stock:

Nikko Materials USA, Inc. d/b/a Gould Electronics Inc. is a wholly owned
subsidiary of Nikko Materials Co. Ltd. which is a wholly owned subsidiary of
Nipon Minings Holdings Group, a group publically traded on the Japanese stock
market.

September 27, 2004                              _____
Date                                                Signature

Counsel for: Nikko Materials USA, Inc.
             d/b/a Electronics Inc.

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

MDL DOCKET NO. 875

This Document Relates To:
RONALD ADAMS Vs. ALCO INDUSTRIES, INC., ET AL.



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 26 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

FILED
SOUTHERN DISTRICT OF MISSISSIPPI
CLERK'S OFFICE
FILED

NOV - 3 2004

BY_____ J.T. NOBLIN, CLERK
                              DEPUTY

**RONALD ADAMS**                                                                                              PLAINTIFFS

v.                                                                                 CIVIL ACTION NO. 1:04CV730GRO

**ALCO INDUSTRIES, INC., ET AL.**                                                                 DEFENDANTS

---

### DISCLOSURE STATEMENT FORM

---

Please check one box:

☐     The nongovernmental corporate party, _____
, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒     the nongovernmental corporate party, __NL Industries, Inc._____,
in the the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Valhi, Inc.
Tremont, LLC

__November 2, 2004__                                              _[signature]_
       Date                                                                                      Signature

                                                              Counsel for:  __NL Industries, Inc.__

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

MDL DOCKET NO. 875

This Document Relates To:
RONALD ADAMS, ET AL. vs.
ALCO INDUSTRIES, INC., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 26 2004

FILED
CLERK'S OFFICE

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 14 2004
J.T. NOBLIN, CLERK
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RONALD ADAMS, ET AL.                                        PLAINTIFFS

VS.                                      CIVIL ACTION NO.: 1:04CV730GRO

ALCO INDUSTRIES, INC., ET AL.                               DEFENDANTS

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, Roper Industries, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, Roper Industries, Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

T. Rowe Price Associates, Inc.

10-12-04
Date

Richard M. Crump (101066)

Counsel for: Roper Industries, Inc.



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 26 2004

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                MDL DOCKET NO. 875

This Document Relates To:
RONALD ADAMS, ET AL. vs.
ALCO INDUSTRIES, INC., ET AL.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RONALD ADAMS, ET AL.                                    PLAINTIFFS

VS.                                    CIVIL ACTION NO.: 1:04CV730GRO

ALCO INDUSTRIES, INC., ET AL.                           DEFENDANTS

## DISCLOSURE STATEMENT FORM

Please check one box:

☐  The nongovernmental corporate party, Sterling Fluid Systems (USA) LLC, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒  The nongovernmental corporate party, Sterling Fluid Systems (USA) LLC, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock: SFS (USA) Holdings Inc. is the parent corporation for Sterling Fluid Systems (USA) LLC, which is a privately held corporation.

11/3/04
Date

John C. McCants (100031)

Counsel for: Sterling Fluid Systems (USA) LLC

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

MDL DOCKET NO. 875

This Document Relates To:
RONALD ADAMS V.
ALCO INDUSTRIES, INC., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 26 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
IN THE SOUTHERN DIVISION

**RONALD ADAMS**                                                                    **PLAINTIFF**

**VS.**                                                                              **CIVIL ACTION NO.: 1:04CV730GRo**

**ALCO INDUSTRIES, INC., ET AL.**                                                   **DEFENDANTS**

## DISCLOSURE STATEMENT

Please check one box:

☐ The non-governmental corporate party,_____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The non-governmental corporate party, TEREX CRANES, INC., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

   Terex Corporation – 100% Shareholder
   500 Post Road East, Suite 320
   Westport, Connecticut 06880

_10-5-04_
Date

_S. D. Habeeb_
SAMUEL D. HABEEB, Esq. (MSB# 9552)
Attorney for Defendant
TEREX CRANES, INC.
Forman Perry Watkins Krutz & Tardy LLP

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                                    MDL DOCKET NO. 875

This Document Relates To:
RONALD ADAMS, ET AL. vs.
ALCO INDUSTRIES, INC., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 26 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RONALD ADAMS, ET AL.                                             PLAINTIFFS

VS.                                                              CIVIL ACTION NO.: 1:04CV730GRO

ALCO INDUSTRIES, INC., ET AL.                                    DEFENDANTS

## DISCLOSURE STATEMENT FORM

Please check one box:

☐  The nongovernmental corporate party, Viking Pump Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒  The nongovernmental corporate party, Viking Pump Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

IDEX Corporation

_____
11-19-04
Date

/s/ Richard M. Crump (10106)

Counsel for: Viking Pump Inc.

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                         MDL DOCKET NO. 875

**This Document Relates To:**
RONALD ADAMS, ET AL. vs.
ALCO INDUSTRIES, INC., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 26 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RONALD ADAMS, ET AL.**                                      **PLAINTIFFS**

**VS.**                                        **CIVIL ACTION NO.: 1:04CV730GRO**

**ALCO INDUSTRIES, INC., ET AL.**                              **DEFENDANTS**

## DISCLOSURE STATEMENT FORM

Please check one box:

☐   The nongovernmental corporate party, Warren Rupp Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒   The nongovernmental corporate party, Warren Rupp Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

IDEX Corporation

_11-19-04_
Date

Richard M. Crump (101066)

Counsel for: Warren Rupp Inc.

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

**This Document Relates To:**
FAYE E. HAMILTON, ET AL. v.
ALLEN-BRADLEY CO., ET AL.

MDL DOCKET NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 26 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

FAYE E. HAMILTON, ET AL.                                      **PLAINTIFFS**

v.                                                           CIVIL ACTION NO.: 1:04CV732GRO

ALLEN-BRADLEY CO., ET AL.                                     **DEFENDANTS**

## DISCLOSURE STATEMENT FORM

Please check one box:

☒  The nongovernmental corporate party, Baldor Electric Company, in the above listed civil action does not have any parent corporation or publicly held corporation that owns 10% or more of its stock.

☐  The nongovernmental corporate party, Baldor Electric Company, in the the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

10/7/04
Date

Robert V. Greenlee (MSB# 100638)

Counsel for: <u>Baldor Electric Company</u>

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

MDL DOCKET NO. 875

**This Document Relates To:**
FAYE HAMILTON, ET AL. v.
ALLEN-BRADLEY CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 2 6 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**FAYE HAMILTON, ET AL.**                                              **PLAINTIFFS**

v.                                                    CIVIL ACTION NO.: 1:04CV732GRO

**ALLEN-BRADLEY CO., ET AL.**                                          **DEFENDANTS**

## DISCLOSURE STATEMENT FORM

Please check one box:

- ☒ The nongovernmental corporate party, GE Advanced Materials - Plastics (formerly GE Plastics) is an unincorporated division of General Electric Company, in the above listed civil action. There are no publicly traded companies which own 10% or more of General Electric Company.

- ☐ The nongovernmental corporate party, GE Advanced Materials - Plastics (formerly GE Plastics), in the the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____

9/30/04
Date

_____
Marcy B. Croft (10864)

Counsel for: <u>GE Advanced Materials - Plastics</u>

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

MDL DOCKET NO. 875

This Document Relates To:
FAYE HAMILTON, ET AL. v.
ALLEN-BRADLEY CO., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 26 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

FAYE HAMILTON, ET AL.                                        PLAINTIFFS

v.                                    CIVIL ACTION NO.: 1:04CV732GRO

ALLEN-BRADLEY CO., ET AL.                                    DEFENDANTS

## DISCLOSURE STATEMENT FORM

Please check one box:

☒   The nongovernmental corporate party, GE Polymerland, Inc., is a wholly-owned subsidiary of General Electric Company, in the above listed civil action. There are no publicly traded companies which own 10% or more of General Electric Company.

☐   The nongovernmental corporate party, GE Polymerland, Inc., in the the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

10/7/04
Date

Marcy B. Croft (MSB# 10864)

Counsel for: GE Polymerland, Inc.