MDL 875

IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS  　　　　　　　　　　　　MDL DOCKET NO. 875
LIABILITY LITIGATION (NO. VI)

This Document Relates To:  　　　　　　　　　　　　JUDICIAL PANEL ON
JOHN FISHER vs. A-BEX CORPORATION, et al. 　　　　MULTIDISTRICT LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　NOV 26 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI  　　　　FILED
SOUTHERN DIVISION  　　　　　　　　　　　　　　　CLERK'S OFFICE

JOHN FISHER　　　　　　　　　　　　　　　　　　　PLAINTIFF

VS.　　　　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 1:04cv666GRO

A-BEX CORPORATION, ET AL　　　　　　　　　　　　DEFENDANTS

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 10.01 of the Uniform District Court Rules of the United States District Courts for the Northern and Southern Districts of Mississippi and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned representative of **LAYNE & BOWLER, INC.** in the above captioned action, certifies that it was a subsidiary of **The Marley Company** from October 31, 1975 until its assets were sold to **General Signal Corporation** effective November 19, 1993. **LAYNE & BOWLER, INC.** was dissolved on December 31, 1994.

**LAYNE & BOWLER, INC.** did not have publicly traded stock and no public company owned ten percent (10%) or more of its stock.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　LAYNE & BOWLER, INC.
　　　　　　　　　　　　　　　　Defendant

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　OF COUNSEL

Thomas W. Tyner, MSB# 8170
Daphne M. Lancaster, MSB #10336
Niki L. Pace, MSB# 100875
Aultman, Tyner & Ruffin, Ltd.
315 Hemphill Street
P. O. Box 750
Hattiesburg, MS 39401
Ph:　601-583-2671
Fax:　601-583-2677

PLEADING NO. 4325

**OFFICIAL FILE COPY**

IMAGED NOV 29 '04

IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

MDL DOCKET NO. 875

This Document Relates To:
JOHN FISHER vs. A-BEX CORPORATION, et al.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 26 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN FISHER                                                                                           PLAINTIFF

VS.                                                                           CIVIL ACTION NO. 1:04cv666GRO

A-BEX CORPORATION, ET AL                                                                  DEFENDANTS

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 10.01 of the Uniform District Court Rules of the United States District Courts for the Northern and Southern Districts of Mississippi and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned representative of **MARLEY COOLING TECHNOLOGIES, INC.** in the above captioned action, certifies that it is a wholly owned subsidiary of **SPX Corporation.**

**MARLEY COOLING TECHNOLOGIES, INC.** does not have publicly traded stock. **SPX Corporation** is a public company owning ten percent (10%) or more of **MARLEY COOLING TECHNOLOGIES, INC.'s** stock.

Respectfully submitted,

MARLEY COOLING TECHNOLOGIES, INC.
Defendant

By: _____
       OF COUNSEL

Thomas W. Tyner, MSB# 8170
Daphne M. Lancaster, MSB #10336
Niki L. Pace, MSB# 100875
Aultman, Tyner & Ruffin, Ltd.
315 Hemphill Street
P. O. Box 750
Hattiesburg, MS 39401
Ph:   601-583-2671
Fax: 601-583-2677

IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (NO. VI)<br><br>This Document Relates To:<br>JOHN FISHER vs. A-BEX CORPORATION, et al. | MDL DOCKET NO. 875<br><br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION<br><br>NOV 26 2004 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

FILED
CLERK'S OFFICE

| | |
|---|---|
| JOHN FISHER | PLAINTIFF |
| VS. | CIVIL ACTION NO. 1:04cv666GRO |
| A-BEX CORPORATION, ET AL | DEFENDANTS |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 10.01 of the Uniform District Court Rules of the United States District Courts for the Northern and Southern Districts of Mississippi and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned representative of **FAIRBANKS MORSE PUMP CORPORATION** in the above captioned action, certifies that it is a wholly owned subsidiary of **Pentair, Inc.**

**FAIRBANKS MORSE PUMP CORPORATION** does not have publicly traded stock and no public company owns ten percent (10%) or more of its stock.

Respectfully submitted,

FAIRBANKS MORSE PUMP CORPORATION
Defendant

By: _____
OF COUNSEL

Thomas W. Tyner, MSB# 8170
Daphne M. Lancaster, MSB #10336
Niki L. Pace, MSB# 100875
Aultman, Tyner & Ruffin, Ltd.
315 Hemphill Street
P. O. Box 750
Hattiesburg, MS 39401
Ph:  601-583-2671
 Fax: 601-583-2677

IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS  　　　　　　　　　MDL DOCKET NO. 875
LIABILITY LITIGATION (NO. VI)

This Document Relates To:  　　　　　　　　　JUDICIAL PANEL ON
JOHN FISHER vs. A-BEX CORPORATION, et al.  　MULTIDISTRICT LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　NOV 26 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI  　FILED
SOUTHERN DIVISION  　　　　　　　　　　　　CLERK'S OFFICE

JOHN FISHER  　　　　　　　　　　　　　　　　PLAINTIFF

VS.  　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 1:04cv666GRO

A-BEX CORPORATION, ET AL  　　　　　　　　　DEFENDANTS

### CORPORATE DISCLOSURE STATEMENT FOR ARKEMA INC.

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Arkema Inc. f/k/a ATOFINA Chemicals, Inc. submits the following statement. Arkema Inc. is a wholly owned subsidiary of Arkema Delaware Inc. There are no publicly held companies that own 10% or more of the stock of Arkema Inc. However, Arkema Inc. is indirectly owned by TOTAL S.A., a French public company.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　ARKEMA INC.
　　　　　　　　　　　　　　　　　Defendant
　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　OF COUNSEL

Thomas W. Tyner, MSB# 8170
Daphne M. Lancaster, MSB #10336
Niki L. Pace, MSB# 100875
Aultman, Tyner & Ruffin, Ltd.
315 Hemphill Street
P. O. Box 750
Hattiesburg, MS 39401
Ph:  601-583-2671
Fax: 601-583-2677

2004 NOV 15 P 5:05 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION RECEIVED CLERK'S OFFICE

IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS  MDL DOCKET NO. 875
LIABILITY LITIGATION (NO. VI)

This Document Relates To:
JOHN FISHER vs. A-BEX CORPORATION, et al.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 2 6 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN FISHER  PLAINTIFF

VS.  CIVIL ACTION NO. 1:04cv666GRO

A-BEX CORPORATION, ET AL  DEFENDANTS

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 10.01 of the Uniform District Court Rules of the United States District Courts for the Northern and Southern Districts of Mississippi and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned representative of **CHAMPLAIN CABLE** in the above captioned action, certifies that it is a wholly owned subsidiary of CC Acquisition Corp.

**CHAMPLAIN CABLE** does not have publicly traded stock and no public company owns ten percent (10%) or more of its stock.

Respectfully submitted,

CHAMPLAIN CABLE
Defendant

By: _____
OF COUNSEL

Thomas W. Tyner, MSB# 8170
Daphne M. Lancaster, MSB #10336
Niki L. Pace, MSB# 100875
Aultman, Tyner & Ruffin, Ltd.
315 Hemphill Street
P. O. Box 750
Hattiesburg, MS 39401
Ph:   601-583-2671
Fax: 601-583-2677

IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS          MDL DOCKET NO. 875
LIABILITY LITIGATION (NO. VI)

This Document Relates To:         JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
JOHN FISHER vs. A-BEX CORPORATION, et al.

NOV 2 6 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI       FILED
SOUTHERN DIVISION                    CLERK'S OFFICE

JOHN FISHER                                             PLAINTIFF

VS.                                           CIVIL ACTION NO. 1:04cv666GRO

A-BEX CORPORATION, ET AL                      DEFENDANTS

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 10.01 of the Uniform District Court Rules of the United States District Courts for the Northern and Southern Districts of Mississippi and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned representative of **AMETEK, INC., as Successor in Interest to HAVEG INDUSTRIES, INC.** in the above captioned action, certifies that it does not have a parent company.

**AMETEK, INC.** does have publicly traded stock and no public company owns ten percent (10%) or more of its stock.

Respectfully submitted,

AMETEK, INC., as Successor in Interest to Haveg Industries, Inc.
Defendant

By: _____
OF COUNSEL

Thomas W. Tyner, MSB# 8170
Daphne M. Lancaster, MSB #10336
Niki L. Pace, MSB# 100875
Aultman, Tyner & Ruffin, Ltd.
315 Hemphill Street
P. O. Box 750
Hattiesburg, MS 39401
Ph:  601-583-2671
 Fax: 601-583-2677

IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS  
LIABILITY LITIGATION (NO. VI)

MDL DOCKET NO. 875

This Document Relates To:  
JOHN FISHER vs. A-BEX CORPORATION, et al.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 26 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN FISHER                                                                                      PLAINTIFF

VS.                                                                          CIVIL ACTION NO. 1:04cv666GRO

A-BEX CORPORATION, ET AL                                                               DEFENDANTS

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 10.01 of the Uniform District Court Rules of the United States District Courts for the Northern and Southern Districts of Mississippi and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned representative of **HERCULES INCORPORATED** in the above captioned action, certifies that it does not have a parent company.

**HERCULES INCORPORATED** does have publicly traded stock and no public company owns ten percent (10%) or more of its stock.

Respectfully submitted,

HERCULES INCORPORATED  
Defendant

By: _____  
OF COUNSEL

Thomas W. Tyner, MSB# 8170  
Daphne M. Lancaster, MSB #10336  
Niki L. Pace, MSB# 100875  
Aultman, Tyner & Ruffin, Ltd.  
315 Hemphill Street  
P. O. Box 750  
Hattiesburg, MS 39401  
Ph:   601-583-2671  
Fax: 601-583-2677