

IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS  
LIABILITY LITIGATION (NO. VI)

MDL DOCKET NO. 875

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

NOV 26 2004

FILED  
CLERK'S OFFICE

This Document Relates To:  
John Alamia, et al. vs. A.R. Wilfley & Sons, Inc., et al.

IN THE UNITED STATES DISTRICT COURT  
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI  
SOUTHERN DIVISION

JOHN ALAMIA, ET AL.                                                                PLAINTIFFS

VERSUS                                                   CAUSE NO. 1:04CV750GRo

A.R. WILFLEY & SONS, INC., ET AL.                                                  DEFENDANTS

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 10.01 of the Uniform District Court Rules of the United States District Courts for the Northern and Southern Districts of Mississippi and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned representative of **ANCHOR PACKING COMPANY** in the above captioned action, certifies that it is a wholly owned subsidiary of **Garlock Inc.** **Garlock Inc.** is a wholly owned subsidiary of **Coltec Industries, Inc.** **Coltec Industries, Inc.** is a wholly owned subsidiary of **EnPro Industries, Inc.**

**ANCHOR PACKING COMPANY** does not have publicly traded stock and no public company owns ten percent (10%) or more of its stock.

Respectfully submitted,

ANCHOR PACKING COMPANY  
Defendant

By: _____  
OF COUNSEL

Thomas W. Tyner, MSB# 8170  
Daphne M. Lancaster, MSB #10336  
Niki L. Pace, MSB# 100875  
Aultman, Tyner & Ruffin, Ltd.  
315 Hemphill Street  
P. O. Box 750  
Hattiesburg, MS 39401  
Ph:  601-583-2671  
Fax: 601-583-2677

PLEADING NO. 4326

**OFFICIAL FILE COPY**  
IMAGED NOV 29 '04

RECEIVED CLERK'S OFFICE 2004 NOV 15 P 5:07 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION