

## DOCKET NO. 875
## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
## IN RE ASBESTOS PRODUCT LIABILITY (NO. VI)
## CONDITIONAL TRANSFER ORDER (CTO 224)

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 26 2004

FILED
CLERK'S OFFICE

**HARVEY JANDREU,**

    Plaintiff,

vs.

**AC DELCO, et al,**

    Defendants.

_____/

### CARLISLE COMPANY INC.'S DISCLOSURE STATEMENT

Defendant, Carlisle Company, Inc., by and through its undersigned counsel and pursuant to Multidistrict Litigation Rule 5.3, hereby files its Disclosure Statement as follows:

Carlisle Company, Inc. has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,
Carlisle Company, Inc

_(signature)_

VIRGINIA EASLEY JOHNSON, P.A.
Florida Bar Number 559156
DANIEL A. GARCIA, ESQ.
Florida Bar Number 0194130
FOLEY & MANSFIELD, P.L.L.P.
4770 Biscayne Boulevard, Suite 1030
Miami, Florida 33137
Telephone: (305) 438-9899
Facsimile: (305) 438-9819
E-mail: dgarcia@foleymansfield.com

OFFICIAL FILE COPY
IMAGED NOV 29 '04

PLEADING NO. 4327

**DOCKET NO. 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 26 2004

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 6th day of August, 2004 to all counsel of record.

By: _____
Daniel A. Garcia

j:\documents\carlisle\jandreau, harvey\mdl corporate disclosure statement.doc

## SERVICE LIST
## HARVEY JANDREAU VS. GEORGIA PACIFIC
### Sarasota County Case No.: 2002 CA 011139 NC
### Multidistrict Docket No. 875

Jack W. Merritt, Esq.
MERRITT & MERRITT
1800 Second Street, Suite 852
Sarasota, FL 34236

Evelyn Fletcher, Esq.
HAWKINS & PARNELL
4000 Sun Trust Plaza
303 Peach Street Northeast
Suite 4000
Atlanta, Georgia 30308

Mark C. Greene, Esq.
FOWLER, WHITE, et al.
501 East Kennedy Boulevard, Suite 1700
Tampa, FL 33601-1438

J. Richard Moore, Jr. Esq.
RAHAIM, WATSON, DEARING, et al.
3127 Atlantic Boulevard
Jacksonville, FL 32207

Harold B. Morlan, II, Esq.
AKERMAN, SENTERFITT
Citrus Center, 17th Floor
255 S. Orange Avenue
Orlando, FL 32802-0231

M. Stephen Smith, Esq.
RUMBERGER, KIRK & CALDWELL, P.A.
Brickell Bayview Centre, Suite 3000
80 SW 8th Street
Miami, FL 33131-3047

Robert A. Hannah, Esq.
37 N. Orange Avenue – Suite 300
P.O. Box 4974
Orlando, FL 32802-4974

Al Parnell, Esq.
FREEMAN & HAWKINS, P.A.
303 Peachtree Street, N.E.
Suite 4000
Atlanta, GA 30308

Rodd R. Buell, Esq.
11883 Maidstone Drive
Wellington, FL 33414-7008

Susan J. Cole, Esq.
BICE COLE LAW FIRM
2801 Ponce De Leon Boulevard
Suite 550
Coral Gables, FL 33134

Larry D. Smith, Esq.
Jason P. Herman, Esq.
CABANISS SMITH TOOLE & WIGGINS, PL
Maitland Promenade One
485 North Keller Road, Suite 401
Maitland, FL 32794-5401

Gregory Maxwell, Esq.
SPOHRER, WILNER, MAXWELL, et al.
444 East Duval Street
Jacksonville, FL 32202

Chris Nick Kolos, Esquire
Holland & Knight, LLP
200 S. Orange Avenue
Suite 2600
P.O. Box 1526
Orlando, Florida 32802-1526

Jeffrey M. Bell, Esquire
Ritter, Chusid, Bivona & Cohen, LLP
7000 W. Palmetto Park Road, Suite 305
Boca Raton, Florida 33433

Douglas B. Melamed, Esquire
Ritter, Chusid, Bivona & Cohen, LLP
7000 W. Palmetto Park Road, Suite 305
Boca Raton, Florida 33433

Jason Paul Herman, Esquire
Cabaniss, Smith, Toole & Wiggins, PL
Maitland Promenade One
485 N. Keller Road, Suite 401
P.O. Box 945401
Maitland, Florida 32794-5401

Ian Illych Martinez, Esquire
Rumberger, Kirk & Caldwell, P.A.
80 S.W. 8th Street, Suite 3000
P.O. Box 01-9041
Miami, Florida 33101-3047

Kathleen M. LaBarge, Esquire
Bice Cole
2801 Ponce de Leon Boulevard, Suite 550
Coral Gables, Florida 33134-6920

Tracy E. Tomlin, Esquire
Nelson, Mullins, Riley, et al
Bank of America Corporate Center
Suite 3350, 100 N. Tryon Street
Charlotte, NC 28202-4000

Warren R. Ross, Esquire
Wotitzky, Wotitzky, et al
223 Taylor Street
Punta Gorda, FL 33950

Fran Spinelli, Esquire
Everett & Weathersby
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

j:\documents\georgia-pacific\pleading\jandreau service list 7.27.04.doc