MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 30 2004

FILED
CLERK'S OFFICE

PLEADING NO. 4330

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | § § § | MDL DOCKET NO. 875 |
| IN RE: WELDING ROD PRODUCTS LIABILITY LITIGATION | § § § | MDL DOCKET NO. 1535 |

**THIRD-PARTY PLAINTIFF J. RAY MCDERMOTT, INC.'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDERS CTO-238 AND CTO-18**

J. Ray McDermott, Inc. ("McDermott") files this Notice of Opposition to Transfer.

1. McDermott is Third-Party Plaintiff in Cause No. 1:04CV597, currently pending in the United States District Court for the Eastern District of Texas (Beaumont Division).

2. On November 12, 2004, the Judicial Panel on Multidistrict Litigation issued two Conditional Transfer Orders applicable to this case: CTO-238 and CTO-18.

3. Pursuant to JPML Rule 7.4(c), McDermott files this notice of opposition to transfer.

4. Within 15 days of the filing of this notice, McDermott will file a motion to vacate CTO-238 and CTO-18 and a brief in support thereof.

**OFFICIAL FILE COPY**
IMAGED NOV 30 '04



Bracewell & Patterson, L.L.P.

By: *[signature]*
Margaret T. Brenner
Texas Bar No. 02958050
Federal Bar No. 9044

South Tower Pennzoil Place
711 Louisiana Street, Suite 2900
Houston, Texas 77002-2781
Telephone:   713-223-2900
Facsimile:   713-221-1212

**ATTORNEY-IN-CHARGE FOR**
**THIRD-PARTY PLAINTIFF**
**J. RAY MCDERMOTT, INC.**

Of Counsel:

**Bracewell & Patterson, L.L.P.**
Mark A. Font
Texas Bar No. 07216000
Federal Bar No. 15667
711 Louisiana Street, Suite 2900
Houston, Texas 77002-2781
Telephone:   (713) 223-2900
Telecopy:    (713) 221-1212

**POWERS & FROST**
James H. Powers
State Bar No. 16217400
Sharla J. Frost
State Bar No. 07491100
2400 One Houston Center
1221 McKinney
Houston, Texas 77010
Telephone:   713-767-1555
Telecopier:  713-767-1799

**ATTORNEYS FOR**
**THIRD-PARTY PLAINTIFF**
**J. RAY MCDERMOTT, INC.**