JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 30 2004

FILED
CLERK'S OFFICE

# MDL 875

## DOCKET NOS. 875 AND 1535

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL-875—IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION

### MDL-1535—IN RE WELDING ROD PRODUCTS LIABILITY LITIGATION

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| DOUG BENOIT, *ET AL* | § | |
| v. | § | CIVIL ACTION NO. 1:04-CV-0597 |
| J. RAY MCDERMOTT, INC., *et al* | § | Jury |

PLEADING NO. 4331

### PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

NOW COMES, Doug Benoit, *et al*, Plaintiffs, and pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, file this Plaintiff's Notice of Opposition to Conditional Transfer Order.

1. On November 12, 2004, the Panel entered a Conditional Transfer Order (CTO-238) with Separation and Remand in MDL-875 and a Conditional Transfer Order (CTO-18) in MDL-1535.

2. This case was removed from state court where it has been pending for 2 years to United States District Court for the Eastern District of Texas. Plaintiffs have filed a Motion to Remand. The Court has set hearing on Plaintiffs' Motion to Remand on

OFFICIAL FILE COPY   IMAGED NOV 30 '04

December 1, 2004.

3. Plaintiffs oppose the removal of this case from state court and oppose the Panel's Conditional Transfer Order in MDL-875 and the Panel's Conditional Transfer Order in MDL-1535.

4. Subject to the Eastern District of Texas Court's ruling on Plaintiffs' Motion to Remand, Plaintiffs will file with this Panel Motions to Vacate the Conditional Transfer Orders in both MDL-875 and MDL-1535 within fifteen days of the filing of this notice.

Respectfully submitted,

THE CARLILE LAW FIRM, L.L.P.
400 South Alamo
Marshall, Texas 75670
Telephone No.: 903-938-1655
Fax No.: 903-938-0235

By: _____

DAVID C. CARLILE
State Bar No.: 03804500

D. SCOTT CARLILE
State Bar No. 24004576

BRUCE A. CRAIG
State Bar No.: 04975270

MARK D. STRACHAN
State Bar No.: 19351500

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 30 2004

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was forwarded this 29th day of November 2004 to all counsel entitled to notice pursuant to the Federal Rules of Civil Procedure.

Mark D. Strachan

2004 NOV 29 P 12: 54
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE