
MDL 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)     MDL DOCKET NO. 875

**This Document Relates To:**
**RONALD ADAMS vs.**
**ALCO INDUSTRIES, INC., ET AL.**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 30 2004

FILED
CLERK'S OFFICE

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**RONALD ADAMS**     **PLAINTIFF**

VS.     CIVIL ACTION NO. : 1:04CV730GRo

**ALCO INDUSTRIES, INC., ET AL.**     **DEFENDANTS**

### DISCLOSURE STATEMENT

Please check one box:

☐ The nongovernmental corporate party, Pneumo Abex LLC, in the above listed civil action does not have any parent corporation or publicly held corporation that owns 10% or more of its stock.

☑ The nongovernmental corporate party, Pneumo Abex LLC, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock. Pneumo Abex LLC is indirectly wholly owned by a public company, M & F Worldwide Corp.

Respectfully submitted, this the 22nd day of November, 2004.

PNEUMO ABEX LLC

/s/ Amanda D. Summerlin
AMANDA D. SUMMERLIN (MSB# 100773)

ITS ATTORNEY

OF COUNSEL:

FORMAN PERRY WATKINS KRUTZ & TARDY LLP
200 One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, MS 39225-2608
(601) 960-8600

PLEADING NO. 4332

2004 NOV 29 A 10:10
CLERK'S OFFICE
RECEIVED

**OFFICIAL FILE COPY**

IMAGED NOV 30 '04