JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



DEC - 1 2004

FILED
CLERK'S OFFICE

# MDL 875

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### NOTICE OF OPPOSITION

COMES NOW, the Plaintiff in *Roy Barry, et al., v. A.O. Smith, et al.*, MSS 1 04-731, by

and through counsel and files this their Notice of Opposition to the Conditional Transfer Order

(CTO-239).

RESPECTFULLY SUBMITTED

STACEY LEA SIMS
MS BAR NO. 10544

ANTHONY SAKALARIOS, ESQ.
F. MARVIN MORRIS, III, ESQ.
CHARLES G. BLACKWELL, ESQ.
SARA MORRIS FARRIS, ESQ.
STACEY LEA SIMS, ESQ.
MORRIS, SAKALARIOS & BLACKWELL, PLLC
1817 HARDY STREET
HATTIESBURG, MS 39401
TELEPHONE: (601) 544-3343

PLEADING NO. 4333

RECEIVED CLERK'S OFFICE
2004 DEC - 1 A 6: 53
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY** IMAGED DEC 1 '04

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 1 2004

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, Stacey Lea Sims, of the law firm of Morris, Sakalarios & Blackwell, PLLC, do hereby

certify that I have this day caused to be served, via facsimile, a true and correct copy of

Plaintiff's Notice of Opposition to Honorable Michael J. Beck, Clerk of the Panel, One

Columbus Circle NE, Thurgood Marshall Federal Judiciary Bldg., Room G-255- North Lobby,

Washington, D.C., 20002, 202-502-2888.

This the 30TT day of November, 2004.

STACEY LEA SIMS