JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# MDL 875

DEC - 2 2004

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re: Asbestos Product Liability Litigation (No. VI)          MDL No. 875

CTO-239

* * * This notice applies only to *Glenn Soileau v. Cajun Electric Power Cooperative, et al., La. MD Cause No. 04-512*

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

Plaintiff in the above-referenced action hereby notifies the Panel that he opposes the

condition transfer order no. 239 insofar as it applies to plaintiff's case.

Plaintiff requests that a briefing schedule be issued in accordance with the Rules.

Respectfully submitted,
**MARTZELL & BICKFORD**

SCOTT R. BICKFORD T.A. (1163)
**SPENCER R. DOODY** (27795)
338 Lafayette Street
New Orleans, LA 70130
(504) 581-9065
(504) 581-7635 Fax

RECEIVED CLERK'S OFFICE
2004 DEC -1 P 3:17
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PLEADING NO. 4334

**OFFICIAL FILE COPY** IMAGED DEC 2 '04