**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 2 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Mary F. DeLancey, et al. v. Chicago Insurance Co.*, E.D. Louisiana, C.A. No. 2:04-2355
*Ralph Joseph Landry v. Northrop Grumman Ship Systems, Inc., et al.*, E.D. Louisiana,
  C.A. No. 2:04-2574

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these two actions (*DeLancey* and *Landry*) on October 14, 2004. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the two actions filed notices of opposition to the proposed transfer and the subsequent motions and briefs to vacate the conditional transfer order. The Panel has now been advised that: 1) *DeLancey* was remanded to the Civil District Court for the Parish of Orleans by the Honorable Lance M. Africk in an order entered on November 22, 2004; and 2) *Landry* was remanded to the Civil District Court for the Parish of Orleans by the Honorable Helen G. Berrigan in an order entered on November 24, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-237" filed on October 14, 2004, is VACATED insofar as it relates to these two actions.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

PLEADING NO. 4336

**OFFICIAL FILE COPY**
IMAGED DEC 2 '04