

**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 2 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



PLEADING NO. 4337

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | FILED OCT 20 2004 |
| _____x | |
| This Document Relates to: | CIVIL ACTION NO. MDL 875 |
| Law Firm of Brayton - Purcell | |
| United States District Court Northern District of California | |
| Janice CHISHOLM, C.A. No. 3' 99-0224 | MDL- 875 |
| [In the event the above-listed case is a multiple plaintiff (victim) action, this transfer is for the above-named party only, or said parties representative, and any spousal or dependent actions.]: | RECOMMENDED ACTION  CRO - one action  Approved/Date: MX 11/3 |
| _____x | |

SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Defendant's Motion To Dismiss, and the Court having reviewed this serious disease case and having had settlement conferences with the parties, and now believing that this action should be remanded to the Northern District of California for resolution of all outstanding motions and for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

**OFFICIAL FILE COPY IMAGED DEC 6 '04**

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Northern District of California for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 10/13/2004

_____
Charles   R.   Weiner            J.

**ENTERED**

OCT 2 1 2004

**CLERK OF COURT**

2