
**MDL   875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 2 2004

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE ASBESTOS PRODUCTS      )
LIABILITY LITIGATION (No. VI)      )      **MDL DOCKET NO. 875**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

(See attached schedule of cases for Newport News Division)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

(See attached schedule of cases for Norfolk Division)

**DEFENDANT VIACOM, INC.'S RESPONSE IN OPPOSITION TO
PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 237**

Defendant Viacom, Inc., successor by merger to CBS Corporation, formerly known as
Westinghouse Electric Corporation (hereinafter "Westinghouse"), by counsel, states as follows as its
Response in Opposition to Plaintiffs' Motion to Vacate the Conditional Transfer Order entered as to
the above-styled civil actions on or about October 14, 2004 (CTO-237):

For the reasons set forth below, Plaintiffs have failed to demonstrate any good or sufficient

1

**OFFICIAL FILE COPY** IMAGED DEC 6 '04

cause to vacate Conditional Transfer Order 237, which is entirely consistent with this Panel's prior precedents and with the principles underlying the creation of MDL-875. Accordingly, Westinghouse respectfully requests that Plaintiffs' Motion to Vacate be denied.

## Factual Averments[1]

1.      Plaintiffs have filed a Motion to Vacate Conditional Transfer Order 237 as it pertains to 273 cases identified on the attached schedules.

2.      In each of these cases, Westinghouse removed the Plaintiff's Virginia state court-filed action to the appropriate United States District Court, asserting its entitlement to immunity under the government contractor defense as announced in <u>Boyle v. United Technologies Corporation</u>, 487 U.S. 500 (1988), and alleging all other facts essential to jurisdiction under the Federal Officer Removal Statute, 28 U.S.C. § 1442(a)(1).

3.      In each of the 273 cases, the Plaintiff filed an identical Motion for Remand on or around September 24, 2004, asserting a lack of subject matter jurisdiction on the part of the District Court and asking the Court to remand the cases to the appropriate state courts.

4.      On November 1, 2004, the United States District Court for the Eastern District of Virginia entered a Consent Order allowing Westinghouse additional time to file its Response to Plaintiffs' Motions for Remand. A copy of the Consent Order is attached hereto as Exhibit A. Plaintiffs' Motions for Remand are essentially identical, and in an effort to promote judicial

---

[1] Due to Plaintiffs' failure to comply with Rule 7.1(a) in relation to the statements or averments of fact set forth in their motion to vacate and supporting brief --- which are set forth in a narrative form rather than as specifically numbered averments of fact as required by this Panel's Rules --- Westinghouse is unable to fully comply with Rule 7.1(b). Westinghouse has attempted to set forth the procedural facts relevant to Plaintiffs' motion as succinctly as possible and, in an effort to comply as fully as possible with the dictates of Rule 7.1(b), has set forth such facts as individually numbered averments.

economy and prevent all parties from incurring undue expense, the November 1, 2004 Consent Order also extended generally Westinghouse's deadline for filing responses in the other 272 cases. The Consent Order provides that any deadline for filing the additional 272 responses will be determined at any hearing on the Motions for Remand.

5.     On or about November 5, 2004, Westinghouse timely filed its Response to Plaintiffs' Motion for Remand pursuant to the terms of the November 1, 2004 Consent Order referenced above.

6.     As of the filing of this Response, Westinghouse has not received a Reply Brief from Plaintiff, and the deadline for filing any reply lapsed on or about November 16, 2004. Accordingly, the Motions for Remand are ripe for a decision. As of the filing of this Response, Westinghouse is unaware of any request by Plaintiffs that the Motions for Remand be decided, either at oral argument or on the pleadings, by the United States District Court for the Eastern District of Virginia.

7.     Plaintiff is now asking that this Panel vacate Conditional Transfer Order 237 because there are Motions for Remand pending in the Eastern District of Virginia.

## Argument

Plaintiffs' Motion to Vacate and Brief in Support offers a verbatim restatement of the arguments contained in the Motions for Remand with no authority for vacating conditional transfer orders. The only justification offered by Plaintiffs for vacating Conditional Transfer Order 237 is that Motions for Remand remain pending in the Eastern District of Virginia.

This Panel considered this very objection to transfer in the context of an asbestos-related suit and soundly rejected it in In re Asbestos Products Liability Litigation (No. VI), 170 F. Supp. 2d. 1348 (J.P.M.L. 2001). As stated by the Panel:

3

Plaintiffs in these actions have argued in essence that transfer should be denied or deferred in order to permit the resolution of pending motions to remand the actions to state court. There is no need to delay transfer in order to accommodate such an interest. We note that: 1) as a practical matter, there is a lag time of at least three or four months from the filing of an action, its identification as a potential tag-along action, issuance of a conditional transfer order, stay of transfer when a party timely objects to the conditional transfer, briefing on the question of transfer, the Panel hearing session, and the issuance of the Panel's subsequent order; 2) Panel Rule 1.5, R.P.J.P.M.L. 199 F.R.D. at 427, expressly provides that the pendency of a conditional transfer order does not in any way i) suspend orders and pretrial proceedings in the district court in which the action that is the subject of the conditional transfer order is pending, or ii) limit the pretrial jurisdiction of that court; and 3) *accordingly, those courts wishing to address such motions* [for remand] *have adequate time in which to do so, those courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of 1407 transfer to MDL-875 can continue without any unnecessary interruption or delay.*

Id. at 1349 n.1 (emphasis added). The Panel has also considered and rejected the same argument regarding pending motions to remand in other non-asbestos multi-district litigation. See, e.g., In re Enron Corp. Secs., Derivative & "ERISA" Litig., 227 F. Supp. 2d 1389, 1391 (J.P.M.L. 2002) ("[W]e note that remand and other motions, if not resolved by the transferor court by the time of Section 1407 transfer, can be presented to and decided by the transferee judge."); In re Phenylpropanolamine (PPA) Prods. Liab. Litig., No. CV01-J2303NW, 2002 WL 31108228, at *1 (J.P.M.L. Mar. 4, 2002) ("[R]emand and other motions can be presented to and decided by the transferee judge.").

The same analysis applies here. While it is clear that a conditional transfer order does not deprive a district court of jurisdiction to pass upon the merits of a motion for remand before the actual moment of transfer, it is equally true that such a motion can be resolved by MDL-875 following transfer. Thus, the pendency of Plaintiffs' Motions for Remand in the Eastern District of Virginia does not provide sufficient cause to prevent or delay transfer in this case. Instead, this case

4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 2 2004

FILED
CLERK'S OFFICE

Honorable Charles R. Weiner can rule upon any and all pending motions, including Plaintiffs'

Motions for Remand.

## Conclusion

For the reasons set forth above, Plaintiffs have utterly failed to state any good and sufficient

basis in support of their Motion to Vacate.  Instead, the transfer of these cases to MDL-875 should be

undertaken without further delay.

Respectfully submitted,

VIACOM, INC., SUCCESSOR BY MERGER TO
CBS CORPORATION, F/K/A WESTINGHOUSE
ELECTRIC CORPORATION

By: _____
                    Counsel

Henry N. Ware, Jr. (VSB #22832)
M. F. Connell Mullins, Jr. (VSB #47213)
J. Vaden Hunt (VSB #65574)
Spotts Fain PC
411 East Franklin Street, Suite 600
P.O. Box 1555
Richmond, VA 23218-1555
Phone (804) 788-1190
Fax (804) 788-0570
*Counsel for Viacom, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage pre-paid on this _30th_
day of November, 2004 to the individuals listed on the appended Service List.

_____
                    J. Vaden Hunt

## Service List

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH   44114

Edward J. Cass
Gallagher, Sharp, Fulton
& Norman
Bulkley Buiklding, 7th Floor
1501 Euclid Avenue
Cleveland, OH   44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Ave., N.W.
Washington, DC   20036

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA   15222

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA   19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA   19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN   55402

Reginald S. Kramer
Oldham & Dowling
195 South Main St., Suite 300
Akron, OH   44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA   23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA   19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC   29464

John J. Repcheck
Marks, O'Neill, O'Brien
& Courtney
3200 Gulf Tower
707 Grant Streeet
Pittsburgh, PA   15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Ste. 410
Houston, TX   77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Colombus, OH   43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd., 6th Floor
Los Angeles, CA   90025

Robert N. Spinelli
Kelley, Jasons, McGuire
& Spinelli, L.L.P.
Centre Square West, 15th Floor
Philadelphia, PA   19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal
Clinic
Detroit, MI   48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA   19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA   52406

Paul A. Weykamp
Law Offices of
Paul A. Weykamp
110 St. Paul Street, Suite 300
Baltimore, MD   21202

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 2 2004

FILED
CLERK'S OFFICE

| SCHEDULE OF CASES FOR THE NEWPORT NEWS DIVISION | |
|---|---|
| PLAINTIFF | CIVIL ACTION # |
| RICHARD ADAMS | 4:04CV2705 |
| GEORGE ADAMS, JR. | 4:04CV2704 |
| JAMES ADAMS, SR. | 4:04CV2703 |
| DANNY ADCOCK | 4:04CV2702 |
| MELVIN ALEXANDER, JR. | 4:04CV2701 |
| ELLIS ALFORD | 4:04CV2700 |
| ROBERT ALFRED | 4:04CV2768 |
| CLAUDE ALLEN | 4:04CV2663 |
| GEORGE ANDERSON | 4:04CV2662 |
| THEODORE ANDERSON | 4:04CV2731 |
| CHARLES ANDREWS, JR. | 4:04CV2775 |
| LARRY ARMSTRONG | 4:04CV2661 |
| ROBERT W. ARMSTRONG | 4:04CV2660 |
| JAMES ARTIS, JR. | 4:04CV2659 |
| WILLIAM BAILEY | 4:04CV2664 |
| JAMES BAKER, JR. | 4:04CV2710 |
| WILLIAM BARRETT | 4:04CV2709 |
| DELMAR BATEMAN | 4:04CV2708 |
| CHARLES BAYNARD | 4:04CV2769 |
| HAROLD BEDDINGFIELD | 4:04CV2707 |
| FRED BENNETT | 4:04CV2706 |
| ALBERT BENSON | 4:04CV2658 |
| ROBERT BIRCH | 4:04CV2657 |
| JESSE BLACK | 4:04CV2656 |
| ROBERT BOOTHE, SR. | 4:04CV2774 |
| WILLIAM BRADSHAW | 4:04CV2655 |
| MARYLAND BRANCH | 4:04CV2651 |
| GORDON BRICE | 4:04CV2692 |
| JOHN BRIGGS | 4:04CV2668 |
| STANLEY BRISENDINE | 4:04CV2650 |
| SIDNEY BROCKWELL, III | 4:04CV2649 |
| ROLAND BROOKS | 4:04CV2648 |
| WILLIE BROOKS, JR. | 4:04CV2647 |
| FREDDIE U. BROWN | 4:04CV2646 |
| PATRICK BRYANT | 4:04CV2645 |
| ERNEST BUCHANAN | 4:04CV2644 |
| JOHNNIE BURCHETT | 4:04CV2666 |
| JAMES BUTLER, SR. | 4:04CV2654 |
| WILLIAM BUTLER, SR. | 4:04CV2653 |
| LEON CALLIS, SR. | 4:04CV2652 |
| CLINTON CAPEHEART | 4:04CV2694 |
| KENNETH CARPENTER | 4:04CV2669 |
| ROBERT CARRIER | 4:04CV2798 |
| JAMES CARTER | 4:04CV2689 |
| DONALD CARTER | 4:04CV2688 |
| JOE CHADWELL | 4:04CV2665 |
| JIMMIE CLARK, SR. | 4:04CV2687 |
| ROYCE COLES | 4:04CV2686 |

| | |
|---|---|
| JOHN COLLINS | 4:04CV2685 |
| JOHN COMPTON | 4:04CV2738 |
| ROBERT COOK | 4:04CV2684 |
| TYRONE COPELAND, SR. | 4:04CV2683 |
| PETER CORPREW | 4:04CV2682 |
| JESSE COUNCIL | 4:04CV2672 |
| LEANDER COVINGTON | 4:04CV2779 |
| ROGER CRITTENDEN, SR. | 4:04CV2681 |
| RALPH CROYLE | 4:04CV2680 |
| ANTONIO CUERPO | 4:04CV2673 |
| APLINARIO CUERPO | 4:04CV2630 |
| ALLEN CUSTIS | 4:04CV2674 |
| DEXTER CUTLER, JR. | 4:04CV2778 |
| THURMAN DALE | 4:04CV2675 |
| WILLIAM DALE | 4:04CV2719 |
| WILLIAM DARDEN | 4:04CV2676 |
| MAYNARD DAULTON | 4:04CV2677 |
| JAMES DENNARD | 4:04CV2678 |
| JAMES DENTON | 4:04CV2679 |
| JAMES DIGGS, III | 4:04CV2777 |
| RONALD DIGGS, SR. | 4:04CV2690 |
| NICHOLAS DIMARINO, JR. | 4:04CV2699 |
| CECIL DODD | 4:04CV2698 |
| WILLIE DUCRE | 4:04CV2697 |
| HERBERT DUKE, SR. | 4:04CV2718 |
| WILLIAM ELLIS | 4:04CV2696 |
| ALVIN EUBANK | 4:04CV2695 |
| WILLIAM EVANS | 4:04CV2888 |
| MAURICE FEREBEE | 4:04CV2887 |
| JACK FERGUSON | 4:04CV2886 |
| ROBERT FISHEL, JR. | 4:04CV2955 |
| CHARLES FOLEY | 4:04CV2854 |
| TYRON FONTANILLA | 4:04CV2853 |
| FRANCIS FOSTER | 4:04CV2852 |
| BENNIE FREEMAN, JR. | 4:04CV2717 |
| MARION GARNETT, JR. | 4:04CV2851 |
| EDWARD GARRETT | 4:04CV2850 |
| LEROY GARRISON | 4:04CV2849 |
| VERNON GAYLE | 4:04CV2848 |
| LAWRENCE GIBSON, JR. | 4:04CV2847 |
| CHARLES GOENS, JR. | 4:04CV2846 |
| KENNETH GOODMAN | 4:04CV2885 |
| PRESTON GRAY | 4:04CV2884 |
| AUBREY GREEN | 4:04CV2716 |
| DAVID GRIFFIN | 4:04CV2883 |
| LARRY GRIFFITH | 4:04CV2882 |
| ANTHONY HANNAH | 4:04CV2865 |
| CARL HARMAN | 4:04CV2671 |
| WALTER HARNLY | 4:04CV2670 |
| JOHN HARRIS | 4:04CV2864 |

| | |
|---|---|
| RONALD HARRISON | 4:04CV2863 |
| CHARLES HILL | 4:04CV2862 |
| THOMAS HILL | 4:04CV2881 |
| HAROLD HINKLE, JR. | 4:04CV2880 |
| ROGER HOBBS | 4:04CV2879 |
| LEO HOGGE | 4:04CV2878 |
| EARL HOLLAND | 4:04CV2877 |
| JAMES T. HOLLOWAY, JR. | 4:04CV2876 |
| BAKER HOLLOWELL | 4:04CV2875 |
| JESSE HOWELL, JR. | 4:04CV2874 |
| WILLIAM HUDGINS | 4:04CV2873 |
| MILTON HUNT | 4:04CV2872 |
| RONALD HUNT | 4:04CV2870 |
| WILLIAM HUNTER | 4:04CV2867 |
| CHARLES JARRETT | 4:04CV2866 |
| FULLER JOHNSON | 4:04CV2861 |
| DAVID JOHNSON | 4:04CV2860 |
| WILLIAM JOHNSON, JR. | 4:04CV2871 |
| OSCAR JONES | 4:04CV2859 |
| BARRY JONES | 4:04CV2869 |
| MARY JONES | 4:04CV2868 |
| JOHN JORY, JR. | 4:04CV2845 |
| LAWRENCE KEITHLEY, JR. | 4:04CV2844 |
| COLIN KELLY | 4:04CV2691 |
| DAVID KRAUTER | 4:04CV2842 |
| GORDON LAMKIN, JR. | 4:04CV2841 |
| LEWIS LAWRENCE | 4:04CV2840 |
| DAVID LEDOYEN, SR. | 4:04CV2839 |
| JESSIE LEONARD | 4:04CV2838 |
| LOUIS LESKOVAR | 4:04CV2837 |
| PHILLIP LEWIS | 4:04CV2836 |
| WILLIAM LIGON | 4:04CV2805 |
| DONALD LONG | 4:04CV2835 |
| JAMES LUPTON | 4:04CV2834 |
| GEORGE MAPLES | 4:04CV2715 |
| TERRY MARATELLOS | 4:04CV2833 |
| CHARLES MARSHALL | 4:04CV2832 |
| BILLY MASSENGILL | 4:04CV2831 |
| JAMES MASTERS | 4:04CV2830 |
| LINWOOD MCCOY | 4:04CV2829 |
| CHARLES MCDONALD | 4:04CV2714 |
| ZEMERY MESSER | 4:04CV2828 |
| GLENN MILLIER | 4:04CV2827 |
| ALLEN MITCHELL | 4:04CV2713 |
| DONALD MONGOLD | 4:04CV2826 |
| WILLIAM MOORE | 4:04CV2858 |
| EDGAR MORGAN, JR. | 4:04CV2857 |
| WILLIAM MORRIS | 4:04CV2856 |
| WILLIAM MUSICK | 4:04CV2712 |
| JERRY NANCE | 4:04CV2843 |

| | |
|---|---|
| PAULETTE NASH | 4:04CV2825 |
| PAUL NEWBY | 4:04CV2824 |
| DALLAS NEVILLE | 4:04CV2767 |
| GARY OWENS | 4:04CV2823 |
| HAROLD PAGE | 4:04CV2822 |
| LAWRENCE PARHAM | 4:04CV2766 |
| WHIT PARKS | 4:04CV2821 |
| CLAUDE PERRY | 4:04CV2770 |
| JAMES PERRY | 4:04CV2765 |
| DANIEL PERRYMAN | 4:04CV2820 |
| EUGENE PETERS | 4:04CV2819 |
| WENDELL PHILLIPS | 4:04CV2818 |
| CLYDE PITTS | 4:04CV2817 |
| SHELTON PORTER | 4:04CV2816 |
| JAMES PREVATTE | 4:04CV2815 |
| PAUL PRUITT | 4:04CV2814 |
| HARRY PRUITT | 4:04CV2813 |
| THOMAS QUILLIAN | 4:04CV2812 |
| LOUIS REED | 4:04CV2811 |
| ERNEST REID | 4:04CV2810 |
| RUDOLPH REID | 4:04CV2809 |
| GRAHAM RENFROW, SR. | 4:04CV2808 |
| WILLIAM RIDDICK, SR. | 4:04CV2807 |
| ROBERT RIGGS | 4:04CV2806 |
| ALFRED ROBBINS | 4:04CV2799 |
| ROBERT ROBERSON | 4:04CV2764 |
| MARVIN ROBERTS | 4:04CV2744 |
| HENRY ROBERTSON, II | 4:04CV2772 |
| LARRY ROBERTSON | 4:04CV2743 |
| ISAAC ROBERTSON, SR. | 4:04CV2742 |
| JOHN ROBINSON | 4:04CV2741 |
| JOHN ROURKE | 4:04CV2789 |
| RUSSELL ROZZELL | 4:04CV2798 |
| JOHNNIE RUSS | 4:04CV2787 |
| THOMAS SALMON, III | 4:04CV2786 |
| I. ANTHONY SANSONE | 4:04CV2795 |
| LINWOOD SEDGWICK, JR. | 4:04CV2763 |
| WILLIAM SHAW | 4:04CV2762 |
| CHARLIE SHEELY | 4:04CV2735 |
| GARY SHULENBURG | 4:04CV2797 |
| CHARLES SMITH | 4:04CV2761 |
| JAMES SMITH | 4:04CV2734 |
| LESTER SMITH | 4:04CV2733 |
| HAMPTON SNIDOW, JR. | 4:04CV2800 |
| RONALD SOLOMAN | 4:04CV2693 |

| | |
|---|---|
| DONALD SPIKES, SR. | 4:04CV2732 |
| EDISON SPRUILL | 4:04CV2736 |
| RONALD STAFFORD | 4:04CV2737 |
| WALTER STALLING | 4:04CV2794 |
| RICHARD STALLS | 4:04CV2793 |
| ROBERT STATEMAN, JR. | 4:04CV2792 |
| MICHAEL SULLIVAN | 4:04CV2791 |
| THOMAS SULLIVAN | 4:04CV2790 |
| EMERY SWEENEY, SR. | 4:04CV2776 |
| HERMAN SYKES, JR. | 4:04CV2804 |
| MEREDITH TAYLOR, JR. | 4:04CV2803 |
| WAYNE TAYLOR | 4:04CV2802 |
| CLEVELAND TAYLOR | 4:04CV2801 |
| EARLSTON TEAL | 4:04CV2771 |
| HAYWOOD THOMAS, JR. | 4:04CV2760 |
| JAMES THOMPSON | 4:04CV2780 |
| JAMES TITUS | 4:04CV2720 |
| JOHN TUCKER | 4:04CV2721 |
| FRANCIS TURNER | 4:04CV2729 |
| HELEN TYLER | 4:04CV2728 |
| WILBERT TYNES | 4:04CV2773 |
| CLIFFORD TYREE | 4:04CV2727 |
| FRANKIE VANN, JR. | 4:04CV2752 |
| BOBBY VAUGHAN | 4:04CV2750 |
| LEON VREELAND | 4:04CV2796 |
| THOMAS WALKER | 4:04CV2749 |
| AUBREY WALTERS | 4:04CV2757 |
| KENNETH WALTERS | 4:04CV2756 |
| GEORGE WARD | 4:04CV2755 |
| WALTER WASHINGTON | 4:04CV2759 |
| NELSON WATKINS | 4:04CV2754 |
| RALPH WEBB, JR. | 4:04CV2753 |
| JOEL WEISIGER | 4:04CV2739 |
| WILLIAM WEST | 4:04CV2740 |
| WILLIAM WEST | 4:04CV2722 |
| WILLIAM WESTON, JR. | 4:04CV2723 |
| JAMES WHEATLEY, SR. | 4:04CV2724 |
| WILLIAM WHITAKER, JR. | 4:04CV2725 |
| WALTER WHITE | 4:04CV2785 |
| NEAL WHITE | 4:04CV2784 |
| SAMUEL WHITE, JR. | 4:04CV2758 |
| ROBERT WHITEMAN | 4:04CV2783 |
| RICHARD WILLIAMS, JR. | 4:04CV2782 |
| RONALD WILLIAMS | 4:04CV2781 |
| VAN BUREN WILLIAMS, JR. | 4:04CV2726 |
| SCOTTY WILLIAMSON | 4:04CV2751 |
| DOUGLAS WOOLARD | 4:04CV2711 |
| EMMERSON WOOLARD | 4:04CV2748 |

| | |
|---|---|
| MACK WRIGHT | 4:04CV2747 |
| HERBERT WUSKA | 4:04CV2746 |
| ELTON WYATT | 4:04CV2667 |
| CHARLES ZEHMER, JR. | 4:04CV2745 |

| SCHEDULE OF CASES FOR THE NORFOLK DIVISION | |
|---|---|
| PLAINTIFF | CIVIL ACTION # |
| DALTON CARRAWAY, JR. | 2:04CV8172 |
| ROGER D. CRETER | 2:04CV8159 |
| WILLIE A. CUFFEE | 2:04CV8152 |
| JUNIOUS EPPS | 2:04CV8166 |
| MATTHEW GARNER | 2:04CV8164 |
| VINCENT C. GARRETT, JR. | 2:04CV8147 |
| JAMES L. GREENE | 2:04CV8168 |
| GEORGE E. GREENFIELD, iii | 2:04CV8169 |
| RALEIGH HARSLEY, SR. | 2:04CV8149 |
| DENNIS D. HYLTON | 2:04CV8171 |
| ELLIS L. JACKSON | 2:04CV8170 |
| SOLOMAN T. PALMER, III | 2:04CV8158 |
| WAYNE D. PHILLIPS | 2:04CV8155 |
| JOHN M. POWELL | 2:04CV8150 |
| VERNON T. RICE | 2:04CV8148 |
| RALPH E. RIDDICK | 2:04CV8162 |
| WARNER D. SAUNDERS | 2:04CV8156 |
| ALBERT M. SCHATZHUBER | 2:04CV8173 |
| WILLIAM H. SHINE | 2:04CV8160 |
| THOMAS W. STURGIS, III | 2:04CV8157 |
| JOSEPH M. TAYLOR, SR. | 2:04CV8167 |
| MILTON L. WADDLER, SR. | 2:04CV8163 |
| ZELL WALKER, JR. | 2:04CV8151 |
| WILLIAM W. WATSON, JR. | 2:04CV8153 |
| ROBERT WELLS | 2:04CV8154 |
| MARION WEST | 2:04CV8165 |
| ALFRED E. WHITE | 2:04CV8174 |
| RAYFORD C. WILBURN | 2:04CV8161 |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 2 2004

FILED
CLERK'S OFFICE

FILED
NOV - 1 2004

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

| | | |
|---|---|---|
| ALLEN MITCHELL, | ) | ASBESTOS CASE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 4:04CV2713 |
| | ) | |
| AC&S, INC., *et al.*, | ) | MDL No. |
| | ) | |
| Defendants. | ) | |

## CONSENT ORDER FOR EXTENSION OF TIME

This matter is before the Court on the Motion of Defendant, Viacom, Inc.

("Viacom"), successor by merger to CBS Corporation, formerly known as Westinghouse

Electric Corporation, for an Extension of Time to respond to Plaintiff's Motion to

Remand and for an extension of time to respond to identical motions in all asbestos cases

identified in Exhibits A & B to Viacom's Motion. Plaintiff's Counsel and all known

defense counsel have endorsed this Order.

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule

7(H), and for good cause shown, the Court hereby GRANTS Viacom's Motion for an

Extension of Time. Viacom's deadline for filing a Response to Plaintiff's Motion to

Remand in the above-captioned case is November 5, 2004. Viacom's deadline for filing

Responses to Plaintiffs' Motions to Remand in each of the other 272 cases identified in

Exhibits A & B to Viacom's Motion is extended generally and will be determined at any

hearing on Plaintiff's Motion to Remand in the above-captioned case.



EXHIBIT

A

It is so Ordered.

_____
United States District Judge

Date: 11/1/04
Norfolk, VA

WE ASK FOR THIS:

_____
Henry N. Ware, Jr. (VSB #22832)
M. F. Connell Mullins, Jr. (VSB #47213)
J. Vaden Hunt (VSB #65574)
Spotts Fain PC
411 East Franklin Street, Suite 600
P.O. Box 1555
Richmond, VA 23218-1555
Phone (804) 788-1190
Fax (804) 788-0570
*Counsel for Viacom, Inc.*

SEEN AND NOT OBJECTED TO:

_____
Paul A. Weykamp, Esquire (VSB #43688)
Law Offices of Paul A. Weykamp
110 Saint Paul Street, Suite 300
Baltimore, Maryland 21202
Phone (410) 539-2214
Fax (410) 539-1513
*Counsel for Plaintiff*

SEEN AND AGREED:


*S. Elizabeth Pharr*

S. Elizabeth Pharr, Esquire
Erik D. Nadolink, Esquire
LECLAIR RYAN, P.C.
707 East Main St., 11th Floor
Richmond, Virginia 23219
Phone: (804) 783-2003
Fax: (804) 783-7697
*Counsel for Defendants Dana Corporation and General Electric Co.*

SEEN AND AGREED:

Geoffrey S. Gavett, Esquire
Katherine S. Duyer, Esquire
GAVETT AND DATT, P.C.
15850 Crabbs Branch Way, Suite 180
Rockville, Maryland 20855
Phone: (301) 948-1177
Fax: (301) 948-4334
*Counsel for Defendant S/B Decking f/k/a Selby, Battersby & Co.*

SEEN AND AGREED:

George J. Dancigers, Esquire
MCKENRY, DANCIGERS, WARNER, DAWSON & LAKE, P.C.
The Greenwich Center
192 Ballard Court
Suite 400
Virginia Beach, Virginia  23502
Phone:  (757) 461-2500
Fax:  (757) 461-2341
*Counsel for Defendants Waco Insulation Inc n/k/a Waco, Inc.*
*and Uniroyal*

SEEN AND AGREED:

_____

Carl R. Schwertz, Esquire
DUANE HAUCK & GNAPP, P.C.
10 East Franklin St. 4th Floor
Richmond, VA 23219
Phone: (804) 644-7400
Fax: (804) 649-8329
*Counsel for Defendant Garlock, Inc.*

SEEN AND AGREED:

Robert L. O'Donnell, Esquire
VANDEVENTER BLACK, LLP
500 World Trade Center
Norfolk, Virginia 23510
Phone: (757) 446-8600
Fax: (757) 446-8670
*Counsel for Defendant Owens-Illinois, Inc.& International Minerals & Chemical Corp.*

SEEN AND AGREED:

_____
Joyce Jackson Wood, Esquire
Steven Jackson, Esquire
WILCOX & SAVAGE
One Commercial Place, Suite 1800
Norfolk, Virginia 23570
Phone: (757) 446-8600
Fax: (757) 446-8670
*Counsel for Defendants Rapid American Corp. & International Paper Company*

SEEN AND AGREED:

William D. Bayliss, Esquire
Lynn K. Brugh, IV, Esquire
WILLIAMS MULLEN
Two James Center
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia 23210-1320
Phone: (804) 643-1991
Fax: (804) 783-6507
*Counsel for Defendant Honeywell, Inc. f/k/a Allied Signal, Inc.*

SEEN AND AGREED:

Gerard E. Voyer, Esquire
TAYLOR & WALKER, P.C.
1300 First Virginia Tower
555 Main Street
Post Office Box 3490
Norfolk, Virginia  22030
Phone: (757) 625-7300
Fax: (757) 625-1504
*Counsel for Defendant Hopeman Brothers, Inc.*

SEEN AND AGREED:

_____
John P. Fishwick, Jr., Esquire
LICHTENSTEIN & FISHWICK, PLC
Liberty Trust Building
101 South Jefferson Street, Suite 400
Roanoke, Virginia 24011
Phone: (540) 343-9711
Fax: (540) 343-9713
*Counsel for Defendant Metropolitan Life Insurance Company*

SEEN AND AGREED:

Jeffrey S. Poretz, Esquire
Anthony B. Taddeo, Esquire
MILES & STOCKBRIDGE
10 Light Street
Baltimore, Maryland 21202
Phone: (410) 727-6464
Fax: (410) 385-3700
*Counsel for Defendant Georgia-Pacific Corporation*

| PLAINTIFF (PORTSMOUTH) | CASE # (federal/MDL) |
|---|---|
| ALBERT M. SCHATZHUBER | 2:04cv8174 |
| ALFRED E. WHITE | 2:04cv8173 |
| DALTON CARRAWAY, JR. | 2:04cv8172 |
| DENNIS D. HYLTON | 2:04cv8171 |
| ELLIS L. JACKSON | 2:04cv8170 |
| GEORGE E. GREENFIELD, III | 2:04cv8169 |
| JAMES L. GREENE | 2:04cv8168 |
| RALEIGH HARSLEY, SR. | 2:04cv8149 |
| JOSEPH M. TAYLOR, SR. | 2:04cv8167 |
| JUNIOUS EPPS, JR. | 2:04cv8166 |
| MARION WEST | 2:04cv8165 |
| MATTHEW GARNER | 2:04cv8164 |
| VINCENT C. GARRETT, JR. | 2:04cv8147 |
| MILTON L. WADDLER, SR. | 2:04cv8163 |
| RALPH E. RIDDICK | 2:04cv8162 |
| RAYFORD C. WILBURN | 2:04cv8161 |
| ROBERT WELLS | 2:04cv8154 |
| ROGER D. CRETER | 2:04cv8159 |
| SOLOMAN T. PALMER, III | 2:04cv8158 |
| JOHN M. POWELL | 2:04cv8150 |
| VERNON T. RICE | 2:04cv8148 |
| THOMAS W. STURGIS, III | 2:04cv8157 |
| WARNER D. SAUNDERS | 2:04cv8156 |
| WAYNE D. PHILLIPS | 2:04cv8155 |
| WILLIAM H. SHINE | 2:04cv8160 |
| WILLIAM W. WATSON, JR. | 2:04cv8153 |
| WILLIE A. CUFFEE | 2:04cv8152 |
| ZELL WALKER, JR. | 2:04cv8151 |

| PLAINTIFF (NNEWS) | CASE # (federal/MDL) |
| --- | --- |
| RICHARD ADAMS | 4:04CV2705 |
| GEORGE ADAMS, JR. | 4:04CV2704 |
| JAMES ADAMS, SR. | 4:04CV2703 |
| DANNY ADCOCK | 4:04CV2702 |
| MELVIN ALEXANDER, JR. | 4:04CV2701 |
| ELLIS ALFORD | 4:04CV2700 |
| ROBERT ALFRED | 4:04CV2768 |
| CLAUDE ALLEN | 4:04CV2663 |
| GEORGE ANDERSON | 4:04CV2662 |
| THEODORE ANDERSON | 4:04CV2731 |
| CHARLES ANDREWS, JR. | 4:04CV2775 |
| LARRY ARMSTRONG | 4:04CV2661 |
| ROBERT W. ARMSTRONG | 4:04CV2660 |
| JAMES ARTIS, JR. | 4:04CV2659 |
| WILLIAM BAILEY | 4:04CV2664 |
| JAMES BAKER, JR. | 4:04CV2710 |
| WILLIAM BARRETT | 4:04CV2709 |
| DELMAR BATEMAN | 4:04CV2708 |
| CHARLES BAYNARD | 4:04CV2769 |
| HAROLD BEDDINGFIELD | 4:04CV2707 |
| FRED BENNETT | 4:04CV2706 |
| ALBERT BENSON | 4:04CV2658 |
| ROBERT BIRCH | 4:04CV2657 |
| JESSE BLACK | 4:04CV2656 |
| ROBERT BOOTHE, SR. | 4:04CV2774 |
| WILLIAM BRADSHAW | 4:04CV2655 |
| MARYLAND BRANCH | 4:04CV2651 |
| GORDON BRICE | 4:04CV2692 |
| JOHN BRIGGS | 4:04CV2668 |
| STANLEY BRISENDINE | 4:04CV2650 |
| SIDNEY BROCKWELL, III | 4:04CV2649 |
| ROLAND BROOKS | 4:04CV2648 |
| WILLIE BROOKS, JR. | 4:04CV2647 |
| FREDDIE U. BROWN | 4:04CV2646 |
| PATRICK BRYANT | 4:04CV2645 |
| ERNEST BUCHANAN | 4:04CV2644 |
| JOHNNIE BURCHETT | 4:04CV2666 |
| JAMES BUTLER, SR. | 4:04CV2654 |
| WILLIAM BUTLER, SR. | 4:04CV2653 |
| LEON CALLIS, SR. | 4:04CV2652 |
| CLINTON CAPEHEART | 4:04CV2694 |
| KENNETH CARPENTER | 4:04CV2669 |
| ROBERT CARRIER | 4:04CV2798 |
| JAMES CARTER | 4:04CV2689 |
| DONALD CARTER | 4:04CV2688 |
| JOE CHADWELL | 4:04CV2665 |
| JIMMIE CLARK, SR. | 4:04CV2687 |
| ROYCE COLES | 4:04CV2686 |
| JOHN COLLINS | 4:04CV2685 |

| | |
|---|---|
| JOHN COMPTON | 4:04CV2738 |
| ROBERT COOK | 4:04CV2684 |
| TYRONE COPELAND, SR. | 4:04CV2683 |
| PETER CORPREW | 4:04CV2682 |
| JESSE COUNCIL | 4:04CV2672 |
| LEANDER COVINGTON | 4:04CV2779 |
| ROGER CRITTENDEN, SR. | 4:04CV2681 |
| RALPH CROYLE | 4:04CV2680 |
| ANTONIO CUERPO | 4:04CV2673 |
| APLINARIO CUERPO | 4:04CV2630 |
| ALLEN CUSTIS | 4:04CV2674 |
| DEXTER CUTLER, JR. | 4:04CV2778 |
| THURMAN DALE | 4:04CV2675 |
| WILLIAM DALE | 4:04CV2719 |
| WILLIAM DARDEN | 4:04CV2676 |
| MAYNARD DAULTON | 4:04CV2677 |
| JAMES DENNARD | 4:04CV2678 |
| JAMES DENTON | 4:04CV2679 |
| JAMES DIGGS, III | 4:04CV2777 |
| RONALD DIGGS, SR. | 4:04CV2690 |
| NICHOLAS DIMARINO, JR. | 4:04CV2699 |
| CECIL DODD | 4:04CV2698 |
| WILLIE DUCRE | 4:04CV2697 |
| HERBERT DUKE, SR. | 4:04CV2718 |
| WILLIAM ELLIS | 4:04CV2696 |
| ALVIN EUBANK | 4:04CV2695 |
| WILLIAM EVANS | 4:04CV2888 |
| MAURICE FEREBEE | 4:04CV2887 |
| JACK FERGUSON | 4:04CV2886 |
| ROBERT FISHEL, JR. | 4:04CV2955 |
| CHARLES FOLEY | 4:04CV2854 |
| TYRON FONTANILLA | 4:04CV2853 |
| FRANCIS FOSTER | 4:04CV2852 |
| BENNIE FREEMAN, JR. | 4:04CV2717 |
| MARION GARNETT, JR. | 4:04CV2851 |
| EDWARD GARRETT | 4:04CV2850 |
| LEROY GARRISON | 4:04CV2849 |
| VERNON GAYLE | 4:04CV2848 |
| LAWRENCE GIBSON, JR. | 4:04CV2847 |
| CHARLES GOENS, JR. | 4:04CV2846 |
| KENNETH GOODMAN | 4:04CV2885 |
| PRESTON GRAY | 4:04CV2884 |
| AUBREY GREEN | 4:04CV2716 |
| DAVID GRIFFIN | 4:04CV2883 |
| LARRY GRIFFITH | 4:04CV2882 |
| ANTHONY HANNAH | 4:04CV2865 |
| CARL HARMAN | 4:04CV2671 |
| WALTER HARNLY | 4:04CV2670 |
| JOHN HARRIS | 4:04CV2864 |
| RONALD HARRISON | 4:04CV2863 |

| | |
|---|---|
| CHARLES HILL | 4:04CV2862 |
| THOMAS HILL | 4:04CV2881 |
| HAROLD HINKLE, JR. | 4:04CV2880 |
| ROGER HOBBS | 4:04CV2879 |
| LEO HOGGE | 4:04CV2878 |
| EARL HOLLAND | 4:04CV2877 |
| JAMES T. HOLLOWAY, JR. | 4:04CV2876 |
| BAKER HOLLOWELL | 4:04CV2875 |
| JESSE HOWELL, JR. | 4:04CV2874 |
| WILLIAM HUDGINS | 4:04CV2873 |
| MILTON HUNT | 4:04CV2872 |
| RONALD HUNT | 4:04CV2870 |
| WILLIAM HUNTER | 4:04CV2867 |
| CHARLES JARRETT | 4:04CV2866 |
| FULLER JOHNSON | 4:04CV2861 |
| DAVID JOHNSON | 4:04CV2860 |
| WILLIAM JOHNSON, JR. | 4:04CV2871 |
| OSCAR JONES | 4:04CV2859 |
| BARRY JONES | 4:04CV2869 |
| MARY JONES | 4:04CV2868 |
| JOHN JORY, JR. | 4:04CV2845 |
| LAWRENCE KEITHLEY, JR. | 4:04CV2844 |
| COLIN KELLY | 4:04CV2691 |
| DAVID KRAUTER | 4:04CV2842 |
| GORDON LAMKIN, JR. | 4:04CV2841 |
| LEWIS LAWRENCE | 4:04CV2840 |
| DAVID LEDOYEN, SR. | 4:04CV2839 |
| JESSIE LEONARD | 4:04CV2838 |
| LOUIS LESKOVAR | 4:04CV2837 |
| PHILLIP LEWIS | 4:04CV2836 |
| WILLIAM LIGON | 4:04CV2805 |
| DONALD LONG | 4:04CV2835 |
| JAMES LUPTON | 4:04CV2834 |
| GEORGE MAPLES | 4:04CV2715 |
| TERRY MARATELLOS | 4:04CV2833 |
| CHARLES MARSHALL | 4:04CV2832 |
| BILLY MASSENGILL | 4:04CV2831 |
| JAMES MASTERS | 4:04CV2830 |
| LINWOOD MCCOY | 4:04CV2829 |
| CHARLES MCDONALD | 4:04CV2714 |
| ZEMERY MESSER | 4:04CV2828 |
| GLENN MILLIER | 4:04CV2827 |
| ALLEN MITCHELL | 4:04CV2713 |
| DONALD MONGOLD | 4:04CV2826 |
| WILLIAM MOORE | 4:04CV2858 |
| EDGAR MORGAN, JR. | 4:04CV2857 |
| WILLIAM MORRIS | 4:04CV2856 |
| WILLIAM MUSICK | 4:04CV2712 |
| JERRY NANCE | 4:04CV2843 |
| PAULETTE NASH | 4:04CV2825 |

| | |
|---|---|
| PAUL NEWBY | 4:04CV2824 |
| DALLAS NEVILLE | 4:04CV2767 |
| GARY OWENS | 4:04CV2823 |
| HAROLD PAGE | 4:04CV2822 |
| LAWRENCE PARHAM | 4:04CV2766 |
| WHIT PARKS | 4:04CV2821 |
| CLAUDE PERRY | 4:04CV2770 |
| JAMES PERRY | 4:04CV2765 |
| DANIEL PERRYMAN | 4:04CV2820 |
| EUGENE PETERS | 4:04CV2819 |
| WENDELL PHILLIPS | 4:04CV2818 |
| CLYDE PITTS | 4:04CV2817 |
| SHELTON PORTER | 4:04CV2816 |
| JAMES PREVATTE | 4:04CV2815 |
| PAUL PRUITT | 4:04CV2814 |
| HARRY PRUITT | 4:04CV2813 |
| THOMAS QUILLIAN | 4:04CV2812 |
| LOUIS REED | 4:04CV2811 |
| ERNEST REID | 4:04CV2810 |
| RUDOLPH REID | 4:04CV2809 |
| GRAHAM RENFROW, SR. | 4:04CV2808 |
| WILLIAM RIDDICK, SR. | 4:04CV2807 |
| ROBERT RIGGS | 4:04CV2806 |
| ALFRED ROBBINS | 4:04CV2799 |
| ROBERT ROBERSON | 4:04CV2764 |
| MARVIN ROBERTS | 4:04CV2744 |
| HENRY ROBERTSON, II | 4:04CV2772 |
| LARRY ROBERTSON | 4:04CV2743 |
| ISAAC ROBERTSON, SR. | 4:04CV2742 |
| JOHN ROBINSON | 4:04CV2741 |
| JOHN ROURKE | 4:04CV2789 |
| RUSSELL ROZZELL | 4:04CV2798 |
| JOHNNIE RUSS | 4:04CV2787 |
| THOMAS SALMON, III | 4:04CV2786 |
| I. ANTHONY SANSONE | 4:04CV2795 |
| LINWOOD SEDGWICK, JR. | 4:04CV2763 |
| WILLIAM SHAW | 4:04CV2762 |
| CHARLIE SHEELY | 4:04CV2735 |
| GARY SHULENBURG | 4:04CV2797 |
| CHARLES SMITH | 4:04CV2761 |
| JAMES SMITH | 4:04CV2734 |
| LESTER SMITH | 4:04CV2733 |
| HAMPTON SNIDOW, JR. | 4:04CV2800 |
| RONALD SOLOMAN | 4:04CV2693 |
| DONALD SPIKES, SR. | 4:04CV2732 |

| | |
|---|---|
| EDISON SPRUILL | 4:04CV2736 |
| RONALD STAFFORD | 4:04CV2737 |
| WALTER STALLING | 4:04CV2794 |
| RICHARD STALLS | 4:04CV2793 |
| ROBERT STATEMAN, JR. | 4:04CV2792 |
| MICHAEL SULLIVAN | 4:04CV2791 |
| THOMAS SULLIVAN | 4:04CV2790 |
| EMERY SWEENEY, SR. | 4:04CV2776 |
| HERMAN SYKES, JR. | 4:04CV2804 |
| MEREDITH TAYLOR, JR. | 4:04CV2803 |
| WAYNE TAYLOR | 4:04CV2802 |
| CLEVELAND TAYLOR | 4:04CV2801 |
| EARLSTON TEAL | 4:04CV2771 |
| HAYWOOD THOMAS, JR. | 4:04CV2760 |
| JAMES THOMPSON | 4:04CV2780 |
| JAMES TITUS | 4:04CV2720 |
| JOHN TUCKER | 4:04CV2721 |
| FRANCIS TURNER | 4:04CV2729 |
| HELEN TYLER | 4:04CV2728 |
| WILBERT TYNES | 4:04CV2773 |
| CLIFFORD TYREE | 4:04CV2727 |
| FRANKIE VANN, JR. | 4:04CV2752 |
| BOBBY VAUGHAN | 4:04CV2750 |
| LEON VREELAND | 4:04CV2796 |
| THOMAS WALKER | 4:04CV2749 |
| AUBREY WALTERS | 4:04CV2757 |
| KENNETH WALTERS | 4:04CV2756 |
| GEORGE WARD | 4:04CV2755 |
| WALTER WASHINGTON | 4:04CV2759 |
| NELSON WATKINS | 4:04CV2754 |
| RALPH WEBB, JR. | 4:04CV2753 |
| JOEL WEISIGER | 4:04CV2739 |
| WILLIAM WEST | 4:04CV2740 |
| WILLIAM WEST | 4:04CV2722 |
| WILLIAM WESTON, JR. | 4:04CV2723 |
| JAMES WHEATLEY, SR. | 4:04CV2724 |
| WILLIAM WHITAKER, JR. | 4:04CV2725 |
| WALTER WHITE | 4:04CV2785 |
| NEAL WHITE | 4:04CV2784 |
| SAMUEL WHITE, JR. | 4:04CV2758 |
| ROBERT WHITEMAN | 4:04CV2783 |
| RICHARD WILLIAMS, JR. | 4:04CV2782 |
| RONALD WILLIAMS | 4:04CV2781 |
| VAN BUREN WILLIAMS, JR. | 4:04CV2726 |
| SCOTTY WILLIAMSON | 4:04CV2751 |
| DOUGLAS WOOLARD | 4:04CV2711 |
| EMMERSON WOOLARD | 4:04CV2748 |
| MACK WRIGHT | 4:04CV2747 |

| | |
|---|---|
| HERBERT WUSKA | 4:04CV2746 |
| ELTON WYATT | 4:04CV2667 |
| CHARLES ZEHMER, JR. | 4:04CV2745 |