JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 2 2004

FILED
CLERK'S OFFICE

MDL 875

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) | MDL Docket No. 875 |
| This Document relates to: | ) ) | |
| Law Firm of Cascino Vaughan | ) ) | |
| United States District Court Northern District of Illinois | ) ) ) | |
| (See attached list of cases) | ) | |

## PLAINTIFFS' REPLY TO THE OPPOSITION TO THEIR MOTION FOR REMAND

NOW COME Plaintiffs as listed in the attached Schedule and submit this reply to the opposition of defendants Amchem Products, Inc./Rhone-Poulenc, Maremont Corporation, I.U. North America, Inc., Nosroc Corporation, and Union Carbide to their motion for remand. In support thereof, plaintiffs state:

1. Defendants try to take advantage of the confusion surrounding the original suggestion for remand. Although the order was signed on January 21, 2003; there was a general misunderstanding regarding which Court had jurisdiction over the instant cases, with both the Eastern District of Pennsylvania and the Northern District of Illinois issuing orders in the cases.

2. Upon realization of this problem, Plaintiffs brought the instant motion to have the cases remanded. Prior to this, Plaintiffs had brought motions for a suggestion of remand again in certain of these cases; however, these motions were filed in error and, as the requested relief had previously been granted, moot.

3. The requirements set forth by Judge Weiner on September 8, 2004 are irrelevant to the issue before the Panel. Judge Weiner signed a suggestion of remand for the instant cases. He was satisfied remand, and not resolution in the MDL, was the proper course of action here. The cases in which new and non-moot motions for suggestions of remand may well be held to a different standard; however, the instant cases should not be held to an *ex post facto* application of these new standards.

PLEADING NO. 4343

OFFICIAL FILE COPY   IMAGED DEC 6 '04

4.	A brief in further support of Plaintiffs' motion is attached.

WHEREFORE, for these reasons and all those previously stated, Plaintiffs pray for an order REMANDING the listed cases to the Northern District of Illinois for trial and further action as may be required.

Dated this 30th day of November, 2004.
Respectfully submitted,

*Michael A. Kaczmarek*
Attorney for Plaintiffs

Michael A. Kaczmarek
Jacqueline J. Herring
Michael P. Cascino
CASCINO VAUGHAN LAW OFFICES.
220 South Ashland Avenue
Chicago IL 60607
Phone: 312-944-0600

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 2 2004

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: ASBESTOS PRODUCTS** ) | MDL Docket No. 875 |
| **LIABILITY LITIGATION (NO. VI)** ) | |
| ) | |
| This Document relates to: ) | |
| ) | |
| Law Firm of Cascino Vaughan ) | |
| ) | |
| United States District Court ) | |
| Northern District of Illinois ) | |
| ) | |
| (See attached list of cases) ) | |

### PLAINTIFFS' BRIEF IN SUPPORT OF THEIR REPLY TO THE OPPOSITION TO THEIR MOTION FOR REMAND

NOW COME Plaintiffs as listed in the attached Schedule and submit this brief in support of their reply to the opposition of defendants Amchem Products, Inc./Rhone-Poulenc, Maremont Corporation, I.U. North America, Inc., Nosroc Corporation, and Union Carbide to their motion for remand.

### FACTS

As previously stated, plaintiffs filed the instant cases in the Northern District of Illinois between 1997 and 2001, alleging Defendants were liable for their asbestos-related conditions. Each case in turn was transferred by this Panel to MDL 875 in the Eastern District of Pennsylvania. On January 21, 2003, Judge Charles R. Weiner, presiding judge of MDL 875, signed a suggestion of remand for each of the instant cases.

However, there was a general misunderstanding following the signature of the suggestion order. Certain judges in the Northern District of Illinois assumed jurisdiction in the cases; despite no actual order of remand. Plaintiffs were unsure where the cases were being heard, as were most, if not all, defendants, and even the Court itself. In the Youngblood case, for instance, it was only on Motion that the Northern District realized its erroneous assumption of jurisdiction (see order attached as Exhibit A).

It was only upon review of the status of prior motions to remand was the error discovered and the instant motion brought before the Panel. Defendants filed a timely objection.[1]

## ANALYSIS

Defendants make much of the September 8, 2004 conference between themselves and counsel for plaintiff. However, what they fail to mention was that this was a general settlement conference. Cases in the Northern District of Illinois in general, and the instant cases in specific were not discussed. See Affidavit of George H. Senteney, attached as Exhibit B. Moreover, defendants mis-characterize the nature of these conferences. Judge Weiner did not "order" plaintiffs to disclose product identification, his clerk correctly told counsel that settlement talks are fruitless without product identification. Counsel is currently contacting clients and confirming product identification for that the January 21, 2005 conference may be more productive.

However, this is all irrelevant to the instant cases. Judge Weiner signed an order of suggestion on January 21, 2003. He did not impose identification requirements on these cases, and it would be illogical to hold them to an *ex post facto* application of Judge Weiner's current standard for suggesting remand when a suggestion is already signed. To the extent motions for remand were brought (again) in these cases, they were brought in error and should not adversely impact the Panel's decision. We are not discussing the "1,200 or so" cases counsel may have against these defendants. We are discussing the seven instant cases defendants oppose remand in, seven cases where they had no issue with remand in 2003, yet want this Panel to believe such action would be a grave and gross injustice now.

Moreover, to the extent dismissal MAY be warranted against some of the opposing defendants, there is no reason why the capable judges in the Northern District of Illinois cannot handle the case. These judges are certainly able to manage a docket. Indeed, without the thousands upon thousands of asbestos cases with which Judge Weiner must deal with, they may be in a better

---

[1] As of the date of this reply, counsel has not received opposition to their motion from any defendants except those named herein. As no opposing defendants are parties to, and thus do not oppose remand in Maddox, Neu, D'Amico, or Williams (01-CV-2551), these cases are considered unopposed and no facts specific to them are discussed herein.

position to bring these matters to resolve. There is nothing to support defendants' assertion that only Judge Weiner can resolve this matter.

## CONCLUSION

Judge Weiner signed a suggestion of remand order in all of the instant cases now before the Panel. He believed the cases should be remanded back to the Northern District of Illinois. While he may now want "more" before suggesting remand, he was satisfied that each and every one of these cases can best be resolved in the Court of original jurisdiction. Nothing Defendants say changes this fact and nothing supports their opposition to this motion.

Dated this 30th day of November, 2004.
Respectfully submitted,

*/s/ Michael A. Kaczmarek*
Attorney for Plaintiffs


Michael A. Kaczmarek
Jacqueline J. Herring
Michael P. Cascino
CASCINO VAUGHAN LAW OFFICES.
220 South Ashland Avenue
Chicago IL 60607
Phone: 312-944-0600

Case MDL No. 875 Document 4343 Filed 12/02/04 Page 6 of 14

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 2 2004

FILED
CLERK'S OFFICE

**SCHEDULE of cases relating to this motion**

All cases listed herein were originally filed in the Northern District of Illinois, they are all currently pending in MDL 875, Eastern District of Pennsylvania, Judge Charles R. Weiner, presiding.

Not listed are (a) dismissed, settled, or bankrupt defendants; and (b) cases included in the suggestion order that counsel is NOT seeking to remand.

1. Ruby **MADDOX**, individually, and as Special Administrator of the Estate of Wilby E. MADDOX, deceased **vs.** JOHN CRANE Co., LUSE-STEVENSON Co., METROPOLITAN LIFE INS. Co., PAUL J. KREZ Co., and RAPID AMERICAN Corp.; Case No. **99-CV-1539**

2. Doris **NEU**, individually, and as Special Administrator of the Estate of Earl G. NEU, deceased **vs.** AIRCO/The BOC GROUP, GENERAL REFRACTORIES Co., GEORGIA-PACIFIC Corp., HOBART BROS. Co, LINCOLN ELEC. Co, METROPOLITAN LIFE INS. Co., RAPID-AMERICAN Corp., and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **98-CV-2734**

3. Pariena **WILLIAMS**, individually, and as Special Administrator of the Estate of Samuel WILLIAMS, deceased **vs.** DANA Corp, GENERAL ELEC. Co., GEORGIA-PACIFIC Corp., I.U. NORTH AMERICA, Inc., INDUSTRIAL HOLDINGS Co., MAREMONT Corp., METROPOLITAN LIFE INS. Co., NOSROC Corp., PFIZER, Inc., QUIGLEY Co. Inc., RAPID-AMERICAN Corp., RHONE-POULENC A.G., UNION CARBIDE Co., and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **99-CV-8520**

4. Barbara **BURNETT**, individually, and as Special Administrator of the Estate of John J. BURNETT, deceased **vs.** CERTAINTEED Corp., DANA Corp, GENERAL REFRACTORIES Co., GEORGIA-PACIFIC Corp., I.U. NORTH AMERICA, Inc., INDUSTRIAL HOLDINGS Co., MAREMONT Corp., METROPOLITAN LIFE INS. Co., NOSROC Corp., OWENS-ILLINOIS Corp., PFIZER, Inc., QUIGLEY Co. Inc., RAPID-AMERICAN Corp., UNION CARBIDE Co., and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **99-CV-6042**

5. Frank **PAULEY** **vs.** AIRCO/The BOC GROUP, CSR, Ltd., EMPIRE ACE INSULATION MFG. Corp., FOSTER-WHEELER ENERGY Corp., GENERAL ELEC. Co., GENERAL REFRACTORIES Co., GEORGIA-PACIFIC Corp., INDUSTRIAL HOLDINGS Co., LINCOLN ELEC. Co., METROPOLITAN LIFE INS. Co., OWENS-ILLINOIS Corp., PFIZER, Inc., QUIGLEY Co. Inc., RAPID-AMERICAN Corp., UNION CARBIDE Co., and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **99-CV-5290**

6. Peter **CACELLO** vs. DANA Corp, ERICSSON, Inc., FERODO AMERICA, Inc., GENERAL REFRACTORIES Co., GEORGIA-PACIFIC Corp., I.U. NORTH AMERICA, Inc., INDUSTRIAL HOLDINGS Co., MAREMONT Corp., METROPOLITAN LIFE INS. Co., NOSROC Corp., OWENS-ILLINOIS Corp., QUIGLEY Co. Inc., RAPID-AMERICAN Corp., RHONE-POULENC A.G., UNION CARBIDE Co., and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **00-CV-1795**

7. Carmen **D'AMICO** vs. CSR, Ltd., GARLOCK, Inc., GENERAL REFRACTORIES Co., METROPOLITAN LIFE INS. CO., MINNESOTA MINING & MANUFACTURING Co., RAPID-AMERICAN Corp., and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **97-CV-2943**

8. Stephen THON, as Special Administrator of the Estate of Jerome **RIEGLER**, deceased vs. B.F. GOODRICH, CERTAINTEED Corp., DANA Corp., GENERAL ELEC. CO., GEORGIA-PACIFIC Corp., MANNINGTON MILLS of DE, Inc., MAREMONT Corp., METROPOLITAN LIFE INS. CO., MOBILE OIL Corp., OWENS-ILLINOIS Corp., PFIZER, Inc., QUIGLEY Co., RAPID-AMERICAN Corp., RHONE-POULENC A.G., SHERWIN-WILLIAMS Co., UNION CARBIDE Co., and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **01-CV-447**

9. Deseree **WILLIAMS**, Individually and as Special Administrator of the Estate of Thomas WILLIAMS, deceased vs. BEAZER EAST, Inc., CHEVRON U.S.A., Inc., FOSECO, Inc., GENERAL REFRACTORIES Co., HERCULES CHEMICAL Co., INDUSTRIAL HOLDINGS Corp., KOPPERS INDUSTRIES, Inc., OWENS-ILLINOIS, Inc., QUIGLEY Co., RAPID-AMERICAN Corp., UNIFRAX, Inc., and WTI RUST HOLDINGS INT'L; Case No. **01-CV-2551**

10. James **BEVERLY** vs. DANA Corp., FOSTER-WHEELER ENERGY Corp., GARLOCK, Inc., GENERAL ELECTRIC Co., GENERAL REFRACTORIES Co., GEORGIA-PACIFIC Corp., I.U. NORTH AMERICA, Inc., INDUSTRIAL HOLDINGS Co., MAREMONT Corp., METROPOLITAN LIFE INS. Co., NOSROC Corp., OWENS-ILLINOIS Corp., PFIZER, Inc., QUIGLEY Co., RAPID-AMERICAN Corp., RHONE-POULENC A.G., UNION CARBIDE, and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **99-CV-5936**

11. Eugene **YOUNGBLOOD** vs. DANA Corp, ERICSSON, Inc., FERODO AMERICA, Inc., GENERAL ELECTRIC Co., GEORGIA-PACIFIC Corp., I.U. NORTH AMERICA, Inc., INDUSTRIAL HOLDINGS Co., MAREMONT Corp., METROPOLITAN LIFE INS. Co., NOSROC Corp., OWENS-ILLINOIS Corp., PFIZER, Inc., QUIGLEY Co. Inc., RAPID-AMERICAN Corp., RHONE-POULENC A.G., UNION CARBIDE Co., and VIACOM (as WESTINGHOUSE ELEC. Co.); Case No. **00-CV-8219**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
DEC - 2 2004

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) | MDL Docket No. 875 |
| This Document relates to: | ) ) | |
| Law Firm of Cascino Vaughan | ) ) | |
| United States District Court Northern District of Illinois | ) ) ) | |
| (See attached list of cases) | ) | |

### NOTICE OF FILING

On December 1, 2004, the plaintiffs listed herein sent their **Reply and Brief in Support Thereof to the Opposition to their Motion For Remand** for filing with the Clerk of the Judicial Panel on Multidistrict Litigation in Washington D.C., a copy of which is attached hereto and herewith served upon you.

Michael A. Kaczmarek
Jacqueline J. Herring
Michael P. Cascino
CASCINO VAUGHAN LAW OFFICES
220 South Ashland Avenue
Chicago IL 60607
Phone: 312-944-0600

### PROOF OF SERVICE

I, the undersigned, an attorney, on oath state: True and correct copies of this notice and aforementioned reply were served upon all known counsel of record at their last-known respective addresses via delivery to U.S. Mail at 220 South Ashland Avenue, Chicago, Illinois 60607, prior to 5:00pm on December 1, 2004.

_____

## SERVICE LIST
All attorneys of record for the cases listed on the accompanying schedule

**Attorneys for AIRCO/the BOC Group, Hobart Brothers, and Lincoln Electric**
D. Patterson Gloor
Cassiday, Schade & Gloor
20 North Wacker Dr., Suite 1040
Chicago Il 60606
Phone: 312-641-3100

**Attorneys for B.F. Goodrich**
Christopher A. Nicholas
Husch & Eppenberger
401 Main St., Suite 1400
Peoria IL 61602
Phone: 309-637-4900

**Attorneys for Beazer East, B.F. Goodrich, General Refractories, Koppers Industries, Luse-Stevenson, and Mobil Oil Co.**
Robert Spitkovsky, et al.
Johnson & Bell
55 East Monroe St., Suite 4100
Chicago IL 60603
Phone: 312-372-0770

**Attorneys for Certainteed, CSR, Dana Corp., Empire Ace Mfg. Corp., Ferodo America, Foseco, I.U. North America, Maremont, Nosroc, Pfizer (Burnett), Quigley Co. (Burnett), Rhone-Poulenc A.G., and Union Carbide**
Christopher Larson, et al.
Heyl, Royster, Voelker & Allen
600 Bank One Building
Peoria IL 61602
Phone: 309-676-0400

Willis R. Tribler
Tribler, Orpett & Meyer
30 North LaSalle St., Suite 2200
Chicago IL 60602
Phone: 312-201-6400

**Attorneys for Chevron**
Robert Varney
Robert Varney & Associates
121 North Main St., 4th Floor
Bloomington IL 61701
Phone: 309-827-4444

**Attorneys for CSR (D'Amico)**
Michael P. Casey
Lewis, Rice & Fingersh
500 North Broadway, Suite 2000
St. Louis MO 63102
Phone: 314-444-7600

**Attorneys for Ericsson, Inc.**
Daniel J. O'Connell
Daniel J. O'Connell & Associates
645 Tollgate Road, Suite 220
Elgin IL 60123
Phone: 847-741-4603

**Attorneys for Foster-Wheeler (Beverly)**
Robert Kezelis
French, Kezelis & Kominiarek
33 North Dearborn St., Suite 700
Chicago IL 60602
Phone: 312-782-0634

**Attorneys for Foster-Wheeler, Garlock, General Refractories (Pauley, D'Amico), and 3M Company**
William F. Mahoney, et al.
Segal, McCambridge, Singer & Mahoney
One IBM Plaza, Suite 200
Chicago IL 60611
Phone: 312-645-7800

**Attorneys for General Electric**
Maja Eaton, et al.
Sidley Austin Brown & Wood
10 South Dearborn Street
Chicago IL 60603
Phone: 312-853-7000

**Attorneys for General Refractories (Neu)**
Alan W. Brothers
Brothers & Thompson
100 West Monroe St., Suite 1700
Chicago IL 60603
Phone: 312-372-2909

**Attorneys for Georgia-Pacific (Cacello)**
Donald Sime
Hinshaw & Culbertson
110 North West Street
Waukegan IL 60085
Phone: 847-244-0551

**Attorneys for Georgia-Pacific and Owens-Illinois**
Francis P. Morrissey, et al.
Schiff, Hardin & Waite
6600 Sears Tower
Chicago IL 60606
Phone: 312-258-5500

**Attorneys for Hercules Chemical and Paul J. Krez**
Gregory L. Cochran, et al.
McKenna, Storer, Rowe, White & Farrug
33 North LaSalle St., Suite 1400
Chicago IL 60602
Phone: 312-558-3900

**Attorneys for Industrial Holdings and Unifrax**
Joseph Stalmack
Joseph Stalmack & Associates
5253 Hohman Avenue
Hammond IN 46325
Phone: 219-937-3700

**Attorneys for John Crane**
Thomas W. Hayes
Law Office of William M. Koziol
One Kemper Drive
Long Grove IL 60049
Phone: 708-540-2023

**Attorneys for Mannington Mills**
Edward Harney
Hume, Smith, Geddes, Green & Simmons
54 Monument Circle, 4th Floor
Indianapolis IN 46204
Phone: 317-632-4402

**Attorneys for Metropolitan Life**
Edward M. Crane, et al.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago Il 60606
Phone: 312-407-0700

Alan Becker, et al.
Litchfield Cavo
303 West Madison St., Suite 300
Chicago IL 60606
Phone: 312-781-6677

**Attorneys for Pfizer (Beverly)**
Dennis Dobbels
Polsinelli, Shalton & Welte
700 West 47th St., Suite 1000
Kansas City MO 64112
Phone: 816-753-1000

**Attorneys for Pfizer and Quigley Co.**
Stephanie A. Scharf
Jenner & Block
One IBM Plaza, Suite 4000
Chicago IL 60611
Phone: 312-222-9350

**Attorneys for Rapid-American and Viacom**
Daniel W. McGrath
Hinshaw & Culbertson
222 North LaSalle St., Suite 300
Chicago IL 60601
Phone: 312-704-3000

**Attorneys for Sherwin-Williams**
William Serritella
McGuire Woods
77 West Wacker Dr., Suite 4400
Chicago IL 60601
Phone: 312-849-8100

**Attorneys for WTI Rust**
Jerome J. Duchowicz
O'Hagan, Smith & Amundsen
150 North Michigan Av., Suite 3300
Chicago IL 60601
Phone: 312-894-3200

## SUPPLEMENTAL SERVICE LIST

Additional Attorneys listed by the Judicial Panel on Multidistrict Litigation for the cases listed on the accompanying schedule.

Christine M. Bewley
Shaheen, Orr, Pearce, Griffin & Staat
20 North Wacker Dr., Suite 2900
Chicago IL 60606

Jack Block
Sachnoff & Weaver
30 South Wacker Dr., Suite 2900
Chicago IL 60606

Thomas M. Burnham
Cook County States Attorney
500 Richard J. Daley Center
Chicago IL 60602

Brian W. Fields
Polsinelli, Shalton & Welte
700 West 47th St., Suite 1000
Kansas City MO 64112

Clarke Gillespie III
Kubasiak, Fylstra, Reizen & Rotunno
20 South Clark St., Suite 2900
Chicago IL 60603

Kenneth Gorenberg
Robert Haley
Robert Shuftan
Melissa Skilken
Wildman, Harrold, Allen & Dixon
225 West Wacker Dr., Suite 2800
Chicago IL 60606

Kirk Hartley
Patrick Lamb
Butler, Rubin, Saltarelli & Boyd
1800 Three First National Plaza
Chicago IL 60602

Jeff Hebrank
Burroughs, Hepler, Broom, MacDonald, Hebrank & True
103 West Vandalia St., Suite 300
Edwardsville IL 62025

Michael O'Rourke
O'Rourke, McCloskey & Moody
161 North Clark St., Suite 2230
Chicago IL 60601

Jason Wright
Bates & Carey
191 North Wacker Dr., Suite 2400
Chicago IL 60606

Barbara J. Buba
Wilbraham, Lawler & Buba
1818 Market St., Suite 3100
Philadelphia PA 19103

## LIAISON COUNSEL:

Richard C. Binzley
Thompson Hine
3900 Key Center
Cleveland OH 44114
Phone: 216-566-5579
Fax: 216-566-5583

Edward Cass
Gallagher, Sharp, Fulton & Norman
1501 Euclid Avenue
Cleveland OH 44115
Phone: 216-241-5310

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue N.W.
Washington D.C. 20036
Phone: 202-828-3005
Fax: 202-828-2195

David A. D'Amico
Burns, White & Hickton
120 Fifth Avenue, Suite 2400
Pittsburgh PA 15222
Phone: 412-394-2500

Raymond Forceno
Forceno & Hannon
111 S Independence Mall East
Philadelphia PA 19106
Phone: 215-732-1630

Ellen Furman
Goldfein & Hosmer
1600 Market St., Suite 3300
Philadelphia PA 19103
Phone: 215-979-8200
Fax: 215-979-8201

Susan Hansen
Brownson & Ballou
4800 U.S. Bank Place
Minneapolis MN 55402
Phone: 612-332-4020

Reginald Kramer
Oldham & Dowling
195 South Main St., Suite 300
Akron OH 44308
Phone: 330-761-6457

David Hudlin
Hunton & Williams
951 East Byrd Street
Richmond VA 23219
Phone: 804-788-8200
Fax: 804-877-8218

Gene Locks
Greitzer & Locks
1500 Walnut St.
Philadelphia PA 19102
Phone: 215-893-0100

Ronald Motley
Motley Rice
28 Bridgeside Blvd.
Mount Pleasant SC 29464
Phone: 843-216-9147
Fax: 843-216-9539

John J. Repchek
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
Pittsburgh PA 15219
Phone: 412-391-6171

John Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston TX 77018
Phone: 713-465-8522
Fax: 713-465-3658

Richard Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
Columbus OH 43216
Phone: 614-464-6438

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd., Suite 600
Los Angeles CA 90025

Robert Spinelli
Kelley, Jasons, McGuire & Spinellli
Centre Street West, 15th Floor
Philadelphia PA 19102
Phone: 215-854-0658
Fax: 215-854-8434

Robert Swickle
Jaques Admiralty Law Firm
1570 Penobscot Building
Detroit MI 48226
Phone: 800-492-3849

Andrew Trevelise
Reed Smith
2500 One Liberty Place
Philadelphia PA 19103
Phone: 215-851-8250

James K. Weston
Tom Riley Law Firm
4040 First Avenue N.E.
Cedar Rapids IA 52406
Phone: 319-363-4040

Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 8219 | **DATE** | 4/30/2003 |
| **CASE TITLE** | Eugene Youngblood vs. AC & S, Inc., et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Defendant, Industrial Holdings Corporation's motion to vacate minute order of April 16, 2003 for lack of order of remand is granted. The status hearing date, trial date, discovery cutoff date, date for submitting the proposed final pretrial and date for filing the motion for summary judgment is stricken.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | **Document Number** |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | MAY 0 1 2003 | |
| | Notified counsel by telephone. | date docketed | 67 |
| ✓ | Docketing to mail notices. | CDV | |
| | Mail AO 450 form. | Docketing deputy initials | |
| | Copy to judge/magistrate judge. | | |
| SLB | courtroom deputy's initials | date mailed notice | |
| | Date/time received in central Clerk's Office | mailing deputy initials | |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 2 2004

FILED
CLERK'S OFFICE

STATE OF ILLINOIS           )
                            )  SS:
COOK COUNTY                 )

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS        )     MDL Docket No. 875
LIABILITY LITIGATION (NO. VI)   )
                                )

**AFFIDAVIT OF GEORGE H. SENTENEY**

George H. Senteney, being first duly sworn on oath, deposes and states as follows:

1. I am an attorney at Cascino Vaughan Law Offices. As part of my job duties, I attended a conference in Philadelphia on September 8, 2004.

2. The goal of this conference was to discuss, and try to resolve, cases pending in the MDL 875. Specifically, cases originally filed in Wisconsin were to be discussed.

3. Cases originally filed in the Northern District of Illinois were not discussed, including the instant cases. While defendant may have thought product identification, settlement, remand, and dismissal were being discussed in general terms for all cases filed in Wisconsin, Illinois, and Indiana, I was there solely to discuss Wisconsin cases, as my colleague was to handle cases in the Northern District of Illinois at another conference later that month.

FURTHER AFFIANT SAYETH NOT

_____
George H. Senteney

Subscribed and sworn to before me
this 1st day of December, 2004

_____
Notary Public

My Commission expires: 8/29/06

OFFICIAL SEAL
SUSAN K DWYER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 08-29-06