JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 7 2004

FILED
CLERK'S OFFICE

MDL 875

HON. ROBERT S. LASNIK

04-CV-01641-ORD

PLEADING NO. 4348

MDL-875 RECOMMENDED ACTION

VACATE CTO-237 - 1 ACTION
Approved/Date:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY D. ALLEN,<br><br>   Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY; GOULDS PUMPS (IPG), INC.; INGERSOLL-RAND COMPANY; SABERHAGEN HOLDINGS, INC.;<br>and VIACOM, INC., Successor by Merger to CBS Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION,<br><br>   Defendants. | No. C04-1641L<br><br>STIPULATED MOTION AND PROPOSED ORDER TO REMAND CASE TO SUPERIOR COURT |

TO:   CLERK OF THE COURT

COME NOW Defendant General Electric Company and Plaintiff, by and through their counsel of record, and hereby stipulate that this matter should be remanded to King County Superior Court, Cause No. 04-2-14628-3 SEA.

STIPULATED MOTION AND PROPOSED
ORDER TO REMAND CASE TO SUPERIOR
COURT- 1
(CASE No. C04-1641L)
C:\Documents and Settings\MKjelstof\Local Settings\Temporary Internet Files\OLK1\Stip Ord re Remand Superior Ct unsigned.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

**OFFICIAL FILE COPY** IMAGED DEC 7 '04

1     DATED this 3rd day of November, 2004.

2     SCHROETER, GOLDMARK & BENDER    WILLIAMS, KASTNER & GIBBS, PLLC

3     /s/William Rutzick
4     WILLIAM RUTZICK, WSBA #11533    CHRISTOPHER S. MARKS, WSBA #28634
      Counsel for Plaintiffs                               KENNETH E. PETTY, WSBA #9372
5     810 Third Avenue, Suite 500               Counsel for Defendant General Electric
      Seattle, Washington 98104                Two Union Square, Suite 4100
6     (206) 622-8000                                     Seattle, Washington 98101
      (206) 682-2305                                     (206) 628-6600
7     E-mail: Gust@SGB-law.com              (206) 628-6611
8                                                       E-mail: cmarks@wkg.com

9     IT IS SO ORDERED.

10    DATED this 15th day of November, 2004.

11                                     [signature]
12                                     JUDGE

13    Presented by:
      SCHROETER, GOLDMARK & BENDER
14
      s/William Rutzick
15    WSBA #11533
      Attorney for Plaintiff(s)
16    SCHROETER GOLDMARK & BENDER
      810 Third Avenue, Suite 500
17    Seattle, WA 98104
      Phone: (206) 622-8000
18    Fax: (206) 682-2305
      E-mail: Gust@SGB-law.com
19

20    Copy received, approved as to form;
      Notice of presentation waived:
21    WILLIAMS, KASTNER & GIBBS, PLLC

22    WSBA #28634
      KENNETH E. PETTY, WSBA #9372
23    Counsel for Defendant General Electric
      Two Union Square, Suite 4100
24    Seattle, Washington 98101
25    (206) 628-6600
      (206) 628-6611
26    E-mail: cmarks@wkg.com

STIPULATED MOTION AND PROPOSED             SCHROETER, GOLDMARK & BENDER
ORDER TO REMAND CASE TO SUPERIOR          500 Central Building • 810 Third Avenue • Seattle, WA 98104
COURT- 2                                                                  (206) 622-8000
(CASE No. C04-1641L)
C:\Documents and Settings\MKickhoff\Local Settings\Temporary Internet Files\OLK1\Stip Ord on Remand Superior Ct unsigned.doc