JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



DEC - 7 2004

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Gary D. Allen v. General Electric Co., et al.*, W.D. Washington, C.A. No. 2:04-1641

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Allen*) on October 14, 2004. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Allen* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Allen* was remanded to King County Superior Court by the Honorable Robert S. Lasnik in an order signed on November 15, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-237" filed on October 14, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

PLEADING NO. 4349

OFFICIAL FILE COPY

IMAGED DEC 7 '04