**MDL 875**

# BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION
### MDL 875

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DEC - 9 2004

FILED
CLERK'S OFFICE

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)

PHILIP P. MAITA, et al.,
Plaintiffs,
v.
GENERAL ELECTRIC CO.,
Defendant
(Southern District of New York 04-CV-7038)

AND

DOMINIC BARONE, et al.,
Plaintiffs,
v.
GENERAL ELECTRIC CO.,
Defendant
(Southern District of New York 04-CV-7602)

AND

MARTIN ZUCKERMAN, et al.,
Plaintiffs,
v.
GENERAL ELECTRIC CO.,
Defendant
(Southern District of New York 04-CV-7603)

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

TO THE CLERK:

Please accept Plaintiffs' Notice of Opposition to the Conditional Transfer Order (CTO-239) entered by the Panel on November 24, 2004 for the above-captioned matters.

PLEADING NO. 4351

RECEIVED CLERK'S OFFICE
2004 DEC -9 A 11:36
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY
IMAGED DEC 10 '04

Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038
Telephone: 212-558-5500
Facsimile: 212-344-5461

BY: _____
Bryan Belasky
Attorney for Plaintiffs