MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DEC - 9 2004

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| GALE D. WALKER, | * | |
| Plaintiff | * | MDL Docket No. MDL-875 |
| vs. | * | |
| OWENS ILLINOIS GLASS COMPANY, et al. | * | Civil Action No. AMD04CV03278 |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

Plaintiff, by his undersigned counsel, opposes the transfer of the above-captioned case to the United States District Court for the Eastern District of Pennsylvania under 28 U.S.C. §1407, as conditionally ordered by the Judicial Panel on Multidistrict Litigation on November 24, 2004. Pursuant to MDL Rule 7.4(d), a Motion to Vacate the Conditional Transfer Order and a brief in support of such motion will be duly filed by December 24, 2004.

PLEADING NO. 4352

Ronald E. Richardson, Esquire
LAW OFFICES OF PETER G. ANGELOS
A Professional Corporation
100 N. Charles Street
Baltimore, MD 21201
(410) 649-2000
*Attorneys for Plaintiff*

RECEIVED CLERK'S OFFICE
2004 DEC -9 A 11:45
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY** IMAGED DEC 10 '04