MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 24 2004

FILED
CLERK'S OFFICE

DOCKET NO. 875

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-239)*

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 78,475 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

PLEADING NO. 4353

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC 10 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED DEC 10 '04 ✓

# SCHEDULE CTO-239 - TAG ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DISTRICT** **DIV.** **C.A.#**

GEORGIA NORTHERN
  GAN  1  04-2833        Toni L. Maiorano, et al. v. General Electric Co., et al.

GEORGIA SOUTHERN
  GAS  5  04-79          Robert C. Ellis v. CSX Transportation, Inc., et al.

LOUISIANA MIDDLE
  ~~LAM  3  04-512~~     ~~Glenn Soileau v. Cajun Electric Power Cooperative, et al.~~  OPPOSED 12/2/04

MARYLAND
  MD   1  04-3144        Kevin J. Bigham, etc. v. Anchor Packing Co., et al.
  ~~MD   1  04-3278~~    ~~Gale D. Walker v. Owens-Illinois Glass Co., et al.~~  OPPOSED 12/9/04

MINNESOTA
  MN   0  04-4223        Robert Madden Adams v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4224        Donald James Anderson v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4225        R. Robert Anderson v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4226        Sheldon Lynn Anderson v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4227        Ralph John Arezzo v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4228        Gerald Clinton Boyle v. Garlock Sealing Teachnologies, LLC., et al.
  MN   0  04-4229        Patrick M. Brennan v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4230        Harlan Edward Broten v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4231        Raymond Joseph Brula v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4232        Randy Allen Buranen v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4233        Robert R. Byron v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4234        Beverly Ann Carleton v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4237        Orlin Herman Ekeroth v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4238        Peter A. Feldt v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4240        Lawrence Grebenc v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4241        Kenneth Sigurd Kallio v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4242        Norman Lee Leppala v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4243        John Anthony Lustig v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4244        John Joseph Marvel v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4245        Donald Arthur Menton v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4246        Bernard John Michals v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4247        Clayton Wallace Okstad, Jr. v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4249        Raymond A. Park v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4250        Leonard John Polansky v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4251        Leo G. Pullar v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4252        Phineas Samuel Pulver v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4253        James Donald Sale v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4254        Doane August Scheunemann v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4255        John F. Scott v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4256        Stephen A. Sersha v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4257        Lonny Gene Silvers v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4258        Richard Eugene Specht v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4259        Edward Frank Steblay v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4260        Vernon D. Thiessen v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4261        Vernon Lee Ulmer v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4262        Gail Willard Woodward v. Garlock Sealing Technologies, LLC., et al.
  MN   0  04-4263        Albert Yerich v. Garlock Sealing Technologies, LLC., et al.

SCHEDULE OF TAG-ALONG ACTIONS FOR CTO-239   MDL-875                                        PAGE 2 OF 2

**DISTRICT DIV. C.A.#**

MISSISSIPPI SOUTHERN
~~MSS    1   04-731~~          ~~Roy Barry, et al. v. A.O. Smith Co., et al.~~   OPPOSED 12/1/04

NORTH CAROLINA EASTERN
NCE    4   04-108          Marilyn Sanders, etc. v. Anchor Packing Co., et al.
NCE    4   04-109          Ashley Dickerson, et al. v. Anchor Packing Co., et al.
NCE    4   04-139          Olin McCullough, et al. v. Aqua-Chem, Inc., et al.
NCE    4   04-144          Catherine Styron, etc. v. Aqua-Chem, Inc., et al.
NCE    5   04-342          Lisa Thompson, et al. v. St. Paul Travelers
NCE    7   04-155          Robert Hugh Pittman al. v. Aqua-Chem, Inc., et al.

NEW YORK SOUTHERN
~~NYS    1   04-7038~~        ~~Philip P. Maita, et al. v. General Electric Co., et al.~~   OPPOSED 12/9/04
~~NYS    1   04-7602~~        ~~Dominic Barone, et al. v. General Electric Co.~~   OPPOSED 12/9/04
~~NYS    1   04-7603~~        ~~Martin Zuckerman, et al. v. General Electric Co.~~   OPPOSED 12/9/04

SOUTH CAROLINA
SC     2   04-22334        Robert L. Austin, et al. v. A.W. Chesterton Co., et al.
SC     2   04-22493        Thomas W. Smoak, et al. v. Bell Asbestos Mines, Ltd., et al.

TEXAS NORTHERN
TXN    4   04-535          Stanley Joseph v. 3M Co., et al.

TEXAS WESTERN
TXW    5   04-103          Ignacio De La Vega, et al. v. Owens-Corning, et al.