JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 4 2004

FILED
CLERK'S OFFICE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JEAROLD BUTTARS and MARILYN BUTTARS, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN CRANE, INC.; AMERICAN HONDA MOTOR CO., INC.; BMW OF NORTH AMERICA, LLC; BURNS INTERNATIONAL SERVICES CORPORATION; TOYOTA MOTOR SALES U.S.A., INC.; VOLKSWAGEN OF AMERICA, INC.; TENNECO AUTOMOTIVE OPERATING COMPANY INC.; NICK'S AUTO SUPPLY; MUFFLER WAREHOUSE; SMITH CHEVROLET CO., INC.; ELLSWORTH DODGE; HONEYWELL INTERNATIONAL, INC.; DAIMLER CHRYSLER CORPORATION; DANA CORPORATION; FORD MOTOR COMPANY; GENERAL MOTORS CORPORATION; BRIDGESTONE/ FIRESTONE NORTH AMERICAN TIRE; INC.; INTERNATIONAL TRUCK & ENGINE CORPORATION; STARR; BURNS INTERNATIONAL SERVICES CORPORATION (f/k/a BORG-WARNER AUTOMOTIVE, INC.); THE BUDD COMPANY; LEAR SIEGLER, INC.; MAREMONT CORPORATION; | Case No. CV-04-206-S-BLW <br><br> **MEMORANDUM DECISION AND ORDER** |

READING NO. 4357

MDL- 875
RECOMMENDED ACTION
VACATE CTO-237 + HSO -- / ACTION
Approved/Date: MA

OFFICIAL FILE COPY

Memorandum Decision and Order – Page 1

MORTON INTERNATIONAL, INC.;            )
PARKER-HANNAFIN CORPORATION;           )
STANDARD MOTOR PRODUCTS, INC.;         )
GATKE CORPORATION; GARLOCK             )
SEALING TECHNOLOGIES, LLC;             )
BRASSBESTOS BRAKE LINING               )
COMPANY; H. KRASNE                     )
MANUFACTURING COMPANY; AUTO            )
SPECIALTIES MANUFACTURING              )
COMPANY; STUART-WESTERN INC.;          )
RITESET MANUFACTURING                  )
COMPANY; ASBESTOS                      )
MANUFACTURING COMPANY; FIBRE           )
& METAL PRODUCTS COMPANY;              )
LASCO BRAKE PRODUCTS; L.J. MILEY       )
COMPANY; ROSSENDALE-RUBOIL             )
COMPANY; SOUTHERN FRICTION             )
MATERIALS COMPANY; U.S. SPRING         )
& BUMPER COMPANY; AUTO                 )
FRICTION COMPANY; EMSCO                )
ASBESTOS COMPANY; FORCE                )
MANUFACTURING CORPORATION;             )
MOLDED INDUSTRIAL FRICTION             )
CORPORATION; NATIONAL                  )
TRANSPORT SUPPLY, INC.; SILVER         )
LINE PRODUCTS, INC.; STANDCO,          )
INC.; UNIVERSAL FRICTION               )
MATERIALS COMPANY; WHEELING            )
BRAKE BLOCK MANUFACTURING              )
COMPANY; BELL ASBESTOS MINES           )
LTD; OWENS-ILLINOIS, INC.;             )
METROPOLITAN LIFE INSURANCE            )
COMPANY; AND DOES 1 Through 800,       )
INCLUSIVE,                             )
                                       )
            Defendants.                )
                                       )

**Memorandum Decision and Order – Page 2**

## MEMORANDUM DECISION

The Court has before it a motion for voluntary dismissal and a motion to remand filed by plaintiffs, and three motions to strike and a motion to dismiss filed by defendants. The Court heard oral argument on November 1, 2004, and the motions are now at issue. The Court will grant the motion for voluntary dismissal, without assessing fees or costs, for the reasons explained below.

Plaintiffs filed this personal injury action in state court seeking damages for exposure to asbestos. On April 28, 2004, defendant Muffler Warehouse filed a notice of removal, removing the action to this Court. On May 10, 2004, the plaintiffs responded by filing a motion to remand, arguing, among other points, that Muffler Warehouse failed to obtain the consents of all defendants before removing the action.

About a month later, on June 3, 2004, Muffler Warehouse filed an amended notice of removal containing the consents of all defendants who had been served at that point. Muffler Warehouse also filed a motion to strike plaintiff's motion to remand, and to dismiss the action for insufficiency of service of process. Two other defendants also filed motions to strike the motion to remand.

On September 13, 2004, the plaintiffs filed a motion for voluntary dismissal, seeking a dismissal of this action without prejudice. That motion notes that

Memorandum Decision and Order -- Page 3

plaintiff Jearold Butters passed away, requiring that this case be converted to a wrongful death action. Some of the defendants have objected, asserting that any dismissal must be conditioned on the plaintiffs paying the fees and costs incurred by defendants in removing this action and then defending the removal.

This matter has a convoluted procedural history. Both sides have made mistakes that caused their opponents to incur unnecessary fees and costs. Recognizing that neither side is entitled to favorable treatment, the Court will dismiss this case without prejudice and without an award of fees and costs. This decision will render moot all other pending motions.

## ORDER

In accordance with the Memorandum Decision set forth above,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion for voluntary dismissal (Docket No. 97) is GRANTED WITHOUT PREJUDICE, and this matter is hereby dismissed with each party to bear its own fees and costs.

IT IS FURTHER ORDERED, that all other pending motions (Docket Nos. 0-1 parts 1, 2 & 3; 11; 19 parts 1 and 2; 50; 53; 90; and 94) are DEEMED MOOT.

DATED this 10TH day of November, 2004.

B. LYNN WINMILL
Chief Judge, United States District Court

Memorandum Decision and Order – Page 4