MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 14 2004

FILED
CLERK'S OFFICE

PLEADING NO. 4358

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Jearold Buttars, et al. v. John Crane, Inc., et al.*, D. Idaho, C.A. No. 1:04-206

## ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE JANUARY 27, 2005 HEARING SESSION

A conditional transfer order was filed in this action (*Buttars*) on October 14, 2004. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Buttars* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Buttars* was dismissed in the District of Idaho by the Honorable B. Lynn Winmill in an order filed on November 10, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-237" filed on October 14, 2004, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 14, 2004, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

OFFICIAL FILE COPY

IMAGED DEC 14 '04