

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 15 2004

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GAIL BOSTON and ELIZABETH BOSTON, his wife,<br><br>        Plaintiffs<br><br>v.<br><br>EASTERN REFRACTORIES CO., INC., ET AL.,<br><br>        Defendants | CIVIL ACTION<br>DOCKET NO. CV-04-CV-122-P-S |

PLEADING NO. 4360

### Corporate Disclosure Statement for Viacom Inc., as of August 20, 2004

Viacom Inc. and Blockbuster Inc., a consolidated subsidiary, have issued shares to the public.

Viacom Inc. or one of it consolidated subsidiaries have issued, or assumed as part of a merger, the outstanding debt of the following companies, some of which have been dissolved or merged out of existence:

- Viacom Inc.
- CBS Corporation
- CBS Broadcasting Inc. (f/k/a CBS Inc.)
- Westinghouse Electric Corporation
- Westinghouse Credit Corporation

Either Viacom Inc. or one of its consolidated subsidiaries files a Schedule 13-D or 13-G report (last reported beneficial ownership is noted) with respect to the following companies which have public equity:

**OFFICIAL FILE COPY**

166688v7     IMAGED DEC 15 '04     1                                    12/3/2004

- Blockbuster Inc. (81.5%)
- MarketWatch.com, Inc. (23.9%)
- SportsLine.com, Inc. (38.2%)
- Westwood One, Inc. (17.8%)

DATED at Portland, Maine this 3rd day of December, 2004.

_____
Elizabeth G. Stouder
Attorney for Defendant
Viacom, Inc.

RICHARDSON, WHITMAN, LARGE & BADGER
465 Congress Street
P. O. Box 9545
Portland, ME  04112-9545
(207) 774-7474