MDL-875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 15 2004

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | MDL-875 |
| GAIL BOSTON and<br>ELIZABETH BOSTON,<br><br>    Plaintiffs,<br><br>v.<br><br>EASTERN REFRACTORIES CO., INC.,<br>et. al.,<br><br>    Defendants. | C.A. No. 04-CV-122 (D. Me) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rules of Civil Procedure for the Judicial Panel on Multidistrict Litigation 5.3, Defendant General Dynamics Corporation is a nongovernmental corporate party. No publicly held corporation owns 100% or more of its stock.

Dated at Bath, Maine this 2nd day of December 2004.

PRETI, FLAHERTY, BELIVEAU,
PACHIOS & HALEY

By: _____
Jeffrey W. Peters, Esq.
Attorney for the Defendant
General Dynamics Corporation

PRETI, FLAHERTY, BELIVEAU,
PACHIOS & HALEY
THIRTY FRONT STREET
P.O. BOX 665
BATH, MAINE 04530
(207) 443-5576

**OFFICIAL FILE COPY**

976400.1   IMAGED DEC 15 '04