

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 15 2004

FILED
CLERK'S OFFICE

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

**MDL 875**

This Document Relates To:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| JAMES E. WALKER, ET AL. | PLAINTIFFS |
| V. | CIVIL ACTION NO. 1:02CV730GR |
| A. R. WILFLEY & SONS, ET AL. | DEFENDANTS |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the undersigned representative of **HERCULES INCORPORATED** in the above captioned action, certifies that **HERCULES INCORPORATED** does not have a parent company.

**HERCULES INCORPORATED** does have publicly traded stock and no public company owns ten percent (10%) or more of its stock.

Respectfully submitted,

HERCULES INCORPORATED,
Defendant

By: _____
OF COUNSEL

PLEADING NO. 4362

**OFFICIAL FILE COPY**

IMAGED DEC 15 '04

Thomas W. Tyner, MSB# 8170
Dawn E. Fulce, MSB# 9355
Aultman, Tyner & Ruffin, Ltd.
315 Hemphill Street
P. O. Box 750
Hattiesburg, MS 39401
Ph:   601-583-2671
Fax: 601-583-2677

## CERTIFICATE OF SERVICE

I, Dawn E. Fulce, undersigned attorney for Defendant in the above-referenced cause, do hereby certify that I have this day caused to be mailed, via United States Postal Service, first class, postage prepaid, a true and correct copy of the above and foregoing **Corporate Disclosure Statement of Defendant, Hercules Incorporated** to:

Larry O. Norris, Esq.
LARRY O. NORRIS, P.A.
Post Office Box 8
Hattiesburg, MS 39403-0008

Choice Copy Service
125 S. Congress Street, Ste. L-150
Jackson, MS 39201

**ALL OTHER KNOWN COUNSEL OF RECORD.**

This the 2nd day of December, 2004.

_____
DAWN E. FULCE