
MDL 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                MDL DOCKET NO. 875

**This Document Relates To:**
ROY BARRY, ET AL. vs.
A. O. SMITH, ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 15 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROY BARRY, ET AL.                                 PLAINTIFFS

VS.                                    CIVIL ACTION NO. : 1:04CV731GRo

A. O. SMITH, ET AL.                               DEFENDANTS

---

### DISCLOSURE STATEMENT

---

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☑ The nongovernmental corporate party, FKI INDUSTRIES D/B/A ACCO CHAIN & LIFTING PRODUCTS DIVISION F/K/A AMERICAN CHAIN CO., INC., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that indirectly owns 10% or more of its stock:

BRIDON INC., BRIDON OVERSEAS HOLDINGS LTD., FKI ENGINEERING LTD AND FKI, PLC

12-8-04
Date

_Donald C. Partridge_
Donald C. Partridge (MSB# 4037)
James G. House (MSB# 9576)
Attorneys for Defendant
FKI INDUSTRIES, INC.
Forman Perry Watkins Krutz & Tardy LLP
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600

PLEADING NO. 4363

IMAGED DEC 15 '04   OFFICIAL FILE COPY

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                                MDL DOCKET NO. 875

This Document Relates To:
ROY BARRY ET AL. v. A.O. SMITH, ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 5 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROY BARRY, ET AL.                                            PLAINTIFFS

v.                                                           CIVIL ACTION NO. 1:04CV731GRo

A. O. SMITH, ET AL.                                          DEFENDANTS

DISCLOSURE STATEMENT FORM

Please check one box:

☐  The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☑  the nongovernmental corporate party, __Aurora Pump Company__, is not a publicly traded corporation in the above listed civil action. During the time period of the allegations in plaintiffs' complaint, Aurora Pump Company was part of General Signal Corporation which was a publicly traded corporation. Subsequently, General Signal Corporation was acquired by SPX Corporation, which is a publicly traded corporation. Currently, Aurora Pump Company is part of Pentair, Inc., which is a publicly traded corporation.

12-7-04
Date

Signature

Counsel for: Aurora Pump Company

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

MDL DOCKET NO. 875

This Document Relates To:
ROY BARRY ET AL. v. A.O. SMITH, ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 15 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROY BARRY, ET AL.                                                      PLAINTIFFS

v.                                                    CIVIL ACTION NO. 1:04CV731GRo

A. O. SMITH, ET AL.                                                    DEFENDANTS

---

## DISCLOSURE STATEMENT FORM

---

Please check one box:

☐     The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☑     the nongovernmental party, __DeZurik__, is not a publicly traded corporation in the above listed civil action. Currently, DeZurik is owned by SPX Corporation, which is a publicly traded corporation.

12-7-04
Date

Signature

Counsel for: DeZuirk

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                              MDL DOCKET NO. 875

This Document Relates To:
ROY BARRY, ET AL. vs.
A. O. SMITH, ET AL.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROY BARRY, ET AL.                                                    PLAINTIFFS

VS.                                         CIVIL ACTION NO. : 1:04CV731GRo

A. O. SMITH, ET AL.                                                  DEFENDANTS

### DISCLOSURE STATEMENT

Please check one box:

[X] The nongovernmental corporate party, Gardner Denver, Inc. in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, Gardner Denver, Inc. in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock.

Respectfully submitted, this the 7th day of December, 2004.

GARDNER DENVER, INC.

_____
MARY MARGARET RATLIFF (MSB#100672)
ITS ATTORNEYS

OF COUNSEL:

FORMAN PERRY WATKINS KRUTZ & TARDY LLP
200 One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, MS 39225-2608
(601) 960-8600

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                MDL DOCKET NO. 875

This Document Relates To:
ROY BARRY, ET AL. vs.
A. O. SMITH, ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 15 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROY BARRY, ET AL.                                            PLAINTIFFS

VS.                                CIVIL ACTION NO.: 1:04CV731GRO

A. O. SMITH, ET AL.                                         DEFENDANTS

## DISCLOSURE STATEMENT FORM

Please check one box:

☐   The nongovernmental corporate party, Gast Manufacturing, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒   The nongovernmental corporate party, Gast Manufacturing, Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

IDEX Corporation
_____
_____
_____

12-7-04
Date

Richard M. Crump (101066)

Counsel for: Gast Manufacturing, Inc.

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    MDL DOCKET NO. 875

**This Document Relates To:**
ROY BARRY, ET AL. vs.
A. O. SMITH, ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 15 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ROY BARRY, ET AL.**                                          **PLAINTIFFS**

VS.                                          CIVIL ACTION NO. : 1:04CV731GRo

**A. O. SMITH, ET AL.**                                        **DEFENDANTS**

## DISCLOSURE STATEMENT

Please check one box:

[✓]   The nongovernmental corporate party, GE Advanced Materials - Plastics (formerly GE Plastics) is an unincorporated division of General Electric Company, in the above listed civil action. There are no publicly traded companies which own 10% or more of General Electric Company.

[ ]   The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

12/7/04
Date

Marcy B. Croft, Esq. (MSB #10864)
Attorney for Defendant
GE Advanced Materials - Plastics
Forman Perry Watkins Krutz & Tardy LLP
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                           MDL DOCKET NO. 875

This Document Relates To:
ROY BARRY, ET AL. vs.
A. O. SMITH, ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 5 2004

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROY BARRY, ET AL.                                       PLAINTIFFS

VS.                                                     CIVIL ACTION NO. : 1:04CV731GRo

A. O. SMITH, ET AL.                                     DEFENDANTS

## DISCLOSURE STATEMENT

Please check one box:

[✓]   The nongovernmental corporate party, **PECORA CORPORATION**, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ]   The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____

12/7/04
Date

_Simine Bazyari Reed_
Simine Bazyari Reed(MSB #101259)
Attorney for Defendant
PECORA CORPORATION
Forman Perry Watkins Krutz & Tardy LLP
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)          MDL DOCKET NO. 875

**This Document Relates To:**
ROY BARRY, ET AL. vs.
A. O. SMITH, ET AL.

*JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*
*DEC 1 5 2004*
*FILED CLERK'S OFFICE*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ROY BARRY, ET AL.**                                              **PLAINTIFFS**

VS.                                              CIVIL ACTION NO.: 1:04CV731GRo

**A. O. SMITH, ET AL.**                                              **DEFENDANTS**

---

### DISCLOSURE STATEMENT

---

Please check one box:

☐   The nongovernmental corporate party,_____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒   The nongovernmental corporate party, **VELAN VALVE CORP.**, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

VELAN, INC.

12/10/04
Date

*[signature]*
Stefan G. Bourn, (MSB# 9794)
Attorney for Defendant
VELAN VALVE CORP.
Forman Perry Watkins Krutz & Tardy LLP
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                           MDL DOCKET NO. 875

**This Document Relates To:**
ROY BARRY, ET AL. vs.
A. O. SMITH, ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
DEC 15 2004
FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ROY BARRY, ET AL.**                                          **PLAINTIFFS**

VS.                                       CIVIL ACTION NO.: 1:04CV731GRO

**A. O. SMITH, ET AL.**                                        **DEFENDANTS**

## DISCLOSURE STATEMENT FORM

Please check one box:

☐   The nongovernmental corporate party, Warren Rupp, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒   The nongovernmental corporate party, Warren Rupp, Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

IDEX Corporation
_____
_____

12-7-04
Date

Richard M. Crump (101066)

Counsel for: Warren Rupp, Inc.