MDL №875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 20 2004

FILED
CLERK'S OFFICE

PLEADING NO. 4368

## DOCKET NOS. 875 AND 1535

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*MDL-875 – IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. II)*
*MDL-1535 – IN RE WELDING ROD PRODUCTS LIABILITY LITIGATION*

*Doug Benoit, et al. v. J. Ray McDermott, Inc., et al.*, E.D. Texas, C.A. No. 1:04-597

### ORDER VACATING CONDITIONAL TRANSFER ORDER
### AND VACATING THE JANUARY 27, 2005 HEARING SESSION

On November 12, 2004, the Panel filed an order conditionally i) transferring this action (*Benoit*) to the Eastern District of Pennsylvania in MDL-875, ii) separating the welding rod claims in *Benoit* and remanding them to the Eastern District of Texas, and iii) transferring the welding rod claims to the Northern District of Ohio. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Benoit* and third-party plaintiff/defendant J. Ray McDermott, Inc., filed notices of opposition to the proposed transfers and the subsequent motions and briefs to vacate the conditional transfer order. The Panel has now been advised that *Benoit* was remanded to the 58th Judicial District Court of Jefferson County, Texas, by the Honorable Thad Heartfield in an order signed on December 15, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-238" in MDL-875 and as "CTO-18" in MDL-1535, filed on November 12, 2004, is VACATED.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 14, 2004, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

OFFICIAL FILE COPY   IMAGED DEC 20 '04