**MDL - 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 0 2004

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCT LIABILITY ) <br> LITIGATION (NO. VI) ) <br> _____ ) | MDL DOCKET 875 <br> MSS 104-666 |
| THIS DOCKET RELATES TO ) <br> JOHN FISHER      Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 3M COMPANY, ET AL.,   Defendants. ) | CIVIL ACTION NO. <br> 1:04CV666GRO |

PLEADING NO. 4369

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF
MISSISSIPPI, SOUTHERN DIVISION

**DEFENDANT 3M COMPANY'S RESPONSE TO PLAINTIFF JOHN FISHER'S
MOTION TO VACATE CONDITIONAL TRANFER ORDER**

Defendant, 3M Company f/k/a Minnesota Mining and Manufacturing Company submits this Response to Plaintiff, John Fisher's, Motion to Vacate the Conditional Transfer Order and argue that the Panel should deny Plaintiff's Motion. This matter shares questions of fact and law in common with other actions already transferred to the Panel from the United States District Court from the Southern District of Mississippi, Southern Division, Cause No. 1:01CV125GR. Further, transfer of this case to the Panel for coordinated and consolidated pretrial proceedings will promote the just and efficient disposition of this case.

OK to docket
CDM
12/20/04

**OFFICIAL FILE COPY    IMAGED DEC 20 '04**

### I. A Pending Motion to Remand in District Court is An Insufficient Ground to Vacate a Conditional Transfer Order.

Plaintiff's Motion petitioning the Panel to vacate the Conditional Transfer Order is based solely on Plaintiff's Motion to Remand currently pending before the United States District Court for the Southern District of Mississippi. Plaintiff fails to acknowledge, however, that a pending Motion to Remand does not deprive this Court the ability to issue a Conditional Transfer Order. In fact, this Panel as well as other Courts have routinely held that pending challenges to remand should not interfere with a decision to transfer a matter to the MDL. *See, In Re Amino Acid Lysine Antitrust Litigation,* 910F Supp. 699 (J.P.M.L. 1995); *In Re Ivy,* 901 F 2d 7(2nd Cir. 1990); and *In Re Aircraft Disaster at Florida Everglades on December 29, 1972,* 368 F Supp. 812, 813 (J.P.M.L. 1973).

The issue raised in Plaintiff's Motion to Remand this matter to State Court in Mississippi have been fully briefed and replied to in Defendant 3M's Opposition to the Motions to Remand, 3M will not burden the Court with a restatement of those arguments. 3M, however, believes this case was properly removed to Federal Court and, more importantly, believes it should be transferred to the Judicial Panel on Multidistrict Litigation. For the simple reason that this case shares common questions of fact and law with other cases which have been transferred or coordinated proceedings to the Eastern District of Pennsylvania. Further, 3M believes that such a transfer will promote the just and efficient conduct of this litigation. Finally, as noted, Plaintiff's Motion fails to provide any grounds for vacating the Conditional Transfer Order and as such, Plaintiff's Motion must be denied.

This the 6th day of December, 2004.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 0 2004

FILED
CLERK'S OFFICE

Respectfully submitted,

3M Company

By its Attorneys,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

By: _____
SCOTT W. BATES

Of Counsel:

Barry W. Ford (MSB No. 5403)
Scott W. Bates (MSB No. 9715)
Barry C. Campbell (MSB No. 99535)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
4268 I-55 North
Jackson, Mississippi 39211
Tel: (601) 351-2400
Fax: (601) 341-2424

## CERTIFICATE OF SERVICE

I certify that I have this day delivered by personal messenger, a true and correct copy of the foregoing document to the attached Panel Service List.

This the 6th day of December, 2004.

_____
SCOTT W. BATES

JM SZB 280798 v1
2139363-000160  11/30/2004

# PANEL SERVICE LIST (Excerpted from CTO-237)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*John Fisher v. American Optical Corp., et al.*, S.D. Mississippi, C.A. No. 1:04-666
*Ronald Adams v. Alco Industries, Inc., et al.*, S.D. Mississippi, C.A. No. 1:04-730
*Faye E. Hamilton, etc. v. Allen-Bradley Co., LLC, et al.*, S.D. Mississippi, C.A. No. 1:04-732

Robert M. Arentson, Jr.
Baker, Donelson, Bearman, Caldwell
& Berkowitz, PC
P.O. Box 14167
Jackson, MS 39236-4167

David A. Baker
Forman Perry Watkins Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Monte L. Barton
Copeland, Cook, Taylor & Bush, P.A.
P.O. Box 6020
Ridgeland, MS 39158

Scott W. Bates
Baker, Donelson, Bearman, Caldwell
& Berkowitz, PC
P.O. Box 14167
Jackson, MS 39236-4167

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

James H. Bolin
Butler, Snow, O'Mara, Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Jason Daniel Bone
Gieger, Laborde & Laperouse
One Shell Square
701 Poydras Street
Suite 4800
New Orleans, LA 70139-4800

Fred E. Bourn, III
Butler, Snow, O'Mara, Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Barry C. Campbell
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Mark C. Carroll
Baker, Donelson, Bearman, Caldwell
& Berkowitz
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, MS 39236-4167

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Susan Coco
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

T. Hunt Cole, Jr.
Office of the Attorney General
P.O. Box 220
Jackson, MS 39205-0220

Louis F. Coleman
Forman, Perry, Watkins, Krutz &
Tardy, LLC
P.O. Box 22608
Jackson, MS 39225-2608

William Robert Coleman, Jr.
Scott, Sullivan, Streetman & Fox, PC
P.O. Box 13847
Jackson, MS 39236-3847

Marcy B. Croft
Forman, Perry, Watkins, Krutz &
Tardy, LLC
P.O. Box 22608
Jackson, MS 39225-2608

Sharon G. Crowley
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

Edward J. Currie, Jr.
Currie, Johnson, Griffin, Gaines &
Myers
P.O. Box 750
Jackson, MS 39205-0750

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Lyn B. Dodson
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Walter W. Dukes
Dukes, Dukes, Keating & Faneca
P.O. Drawer W
Gulfport, MS 39502-0680

Andrea L. Edney
Brunini, Grantham, Grower & Hewes
248 East Capitol Street
P.O. Box 119
Jackson, MS 39205-0119

Charles M. Evert
Evert & Weathersby, LLC
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

Sara M. Farris
Morris & Sakalarios
610 West Pine St.
Hattiesburg, MS 39401

James L. Fletcher, Jr.
Montgomery, Barnett, Brown, Read
3200 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-3200

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Keith L. Gates
Abbott, Simses, Kuchler
210 East Capitol Street
Suite 1090
Jackson, MS 39201

Cheri T. Gatlin
Brunini, Grantham, Grower & Hewes
248 East Capitol Street
P.O. Box 119
Jackson, MS 39205-0119

William N. Graham
Aultman, Tyner, Ruffin & Yarborough
P.O. Box 750
Hattiesburg, MS 39403-0750

Robert V. Greenlee
Bryant, Clark, Dukes, Blakeslee,
Ramsay & Hammond
P.O. Box 16567
Hattiesburg, MS 39404-6567

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Alben N. Hopkins
Hopkins, Barvie & Hopkins
2701 24th Avenue
P.O. Box 1510
Gulfport, MS 39502-1510

James Gordon House, III
Atchison, Crosby, Saad & Beebe
P.O. Drawer 850249
Mobile, AL 36685

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Kacey L. Keeton
Brunini, Grantham, Grower & Hewes
P.O. Drawer 119
Jackson, MS 39205

Bridget E. King
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Daphne M. Lancaster
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Louis B. Lanoux
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Richard T. Lawrence
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Patrick C. Malouf
Porter & Malouf
P.O. Box 12768
Jackson, MS 39236

Christopher O. Massenburg
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Shannon S. McFarland
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Edward W. Mizell
Butler, Snow, O'Mara, Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John M. Radicia
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
Biloxi, MS 39533

Mary Margaret Ratliff
Forman Perry Watkins Krutz &
Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Simine Bazyari Reed
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

William C. Reeves
Smith, Reeves & Yarborough
6360 I-55 North
Suite 330
Jackson, MS 39211

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Heather L. Saum
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
P.O. Box 14167
Jackson, MS 39236

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Rhea Hudson Sheldon
Abbott, Simses, Kuchler
210 East Capitol Street
Suite 1090
Jackson, MS 39201

Stacey L. Sims
Morris, Sakalarios & Blackwell
1817 Hardy Street
Hattiesburg, MS 39401

Mark R. Smith
Holcomb Dunbar, P.A.
P.O. Drawer 707
Oxford, MS 38655-0707

Frances L. Spinelli
Evert & Weathersby, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Karl R. Steinberger
Colingo, Williams, Heidelberg, et al.
P.O. Box 1407
Pascagoula, MS 39568-1407

Jennifer M. Studebaker
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Cowles E. Symmes
Page, Mannino, Peresich & McDermott
759 Vieux Marche' Mall
P.O. Drawer 289
Biloxi, MS 39533-0289

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

David L. Trewolla
Dogan & Wilkinson, PLLC
P.O. Box 23062
Jackson, MS 39225-3062

Thomas W. Tyner
Aultman, Tyner, Ruffin & Yarborough, Ltd.
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Joseph J. Valencino, III
340 Arbor Drive, Apt. 2244
Ridgeland, MS 39151

Mary W. Van Slyke
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

John E. Wade, Jr.
Brunini, Grantham, Grower & Hewes
P.O. Drawer 119
Jackson, MS 39205-0119

William L. Watt
Brunini, Grantham, Grower & Hewes, Pllc
P.O. Drawer 210
Pascagoula, MS 39568

Alton L. Watts
Shell Buford, Pllc
P.O. Box 157
Jackson, MS 39205-0157

Michael N. Watts
Holcomb Dunbar
P.O. Box 707
Oxford, MS 38655

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Terrell S. Williamson
Phelps Dunbar
P.O. Box 23066
Jackson, MS 39225-3066