

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 21 2004

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-240)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 78,753 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY   IMAGED DEC 21 '04

# SCHEDULE CTO-240 - TAG ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DISTRICT** **DIV.** **C.A.#**

**ARIZONA**
AZ   2   04-1456         Jay Osborn, et al. v. ACandS, Inc., et al.

**CALIFORNIA NORTHERN**
CAN   4   04-4841        Donald Gendreau, et al. v. Allied Packing, et al.

**ILLINOIS NORTHERN**
ILN   1   04-6270        Floyd J. Clements, et al. v. Owens-Illinois, Inc.

**ILLINOIS SOUTHERN**
ILS   3   04-497         Kathryn Klein, etc. v. Certainteed Corp., et al.
ILS   3   04-777         Eugene Gray, et al. v. Burlington Northern & Santa Fe Railway Co.
ILS   3   04-816         Luke Lindau, et al. v. A.W. Chesterton, Inc., et al.

**INDIANA SOUTHERN**
INS   1   04-1769        Joe G. Kasler v. Norfolk Southern Railway Co.
INS   1   04-1770        Thomas L. Loeffler v. CSX Transportation, Inc., et al.
INS   1   04-1771        Terry R. Culver v. CSX Transportation, Inc.
INS   1   04-1772        Wilbur J. Dossey v. Consolidated Rail Corp., et al.
INS   1   04-1773        Herbert Horace Ross v. CSX Transportation, Inc.

**LOUISIANA WESTERN**
LAW   6   04-1892        Perry W. Antoine, Sr. v. Vernon L. Langlinais, et al.

**MARYLAND**
MD   1   04-2629         Donald Lee Bowers v. A.O. Smith Water Products, et al.
MD   1   04-3561         Leroy F. Willner, et al. v. ACandS, Inc., et al.

**MISSOURI WESTERN**
MOW   4   04-962         Charles W. Strandt v. Burlington Northern & Santa Fe Railway Co.

**MISSISSIPPI SOUTHERN**
MSS   1   04-750         John Alamia, et al. v. A.R. Wilfley & Sons, et al.
MSS   1   04-810         Betty Mills, etc. v. Borg-Warner Corp., et al.

**MONTANA**
MT   4   04-120          Allan D. Clampitt v. Armstrong Cork Co., et al.

**NORTH CAROLINA MIDDLE**
NCM   1   04-971         Madeline Hathcock Melton, etc. v. Anchor Packing Co., et al.

**NORTH CAROLINA WESTERN**
NCW   1   04-225         Joyce Suttles Hendrix, et al. v. Aqua-Chem, Inc., et al.
NCW   1   04-229         Charles T. Childress, et al. v. Aqua-Chem, Inc., et al.
NCW   1   04-244         Ben E. Bowen, et al. v. Fluor Daniel, Inc., et al.
NCW   1   04-245         Thomas G. Meade, et al. v. Fluor Daniel, Inc., et al.

**NEVADA**
NV   3   04-625          Dennis Knutson, et al. v. Allis-Chalmers Corp., et al.

**NEW YORK EASTERN**
NYE   1   04-4066        Roberta Nason, etc. v. A.W. Chesterton Co., et al.
NYE   1   04-4067        Anne Cameron, etc. v. A.W. Chesterton Co., et al.
NYE   1   04-4186        Robert Gibe, et al. v. A.W. Chesterton Co., et al.
NYE   1   04-4187        Bruce Bernstein v. A.W. Chesterton Co., et al.

**DISTRICT** **DIV.** **C.A.#**

NEW YORK SOUTHERN
- NYS   1   04-8119   Vincenza Lala, et al. v. A.W. Chesterton Co., et al.
- NYS   1   04-9053   Gerald Clayton Carpenter, et al. v. General Electric Co.

OREGON
- OR   3   04-404   Marianne Demuth, etc. v. Certainteed Corp., et al.

SOUTH CAROLINA
- SC   2   04-22936   Barbara J. Muth v. Owens-Illinois, Inc., et al.
- SC   6   04-22631   Ronald W. Pittman, et al. v. Aqua-Chem, Inc., et al.

TEXAS EASTERN
- TXE   6   04-444   Bobbie Jean Bagwell, etc. v. Honeywell, Inc., et al.

VIRGINIA EASTERN
- VAE   2   04-8175   Theodore P. Broberg v. American Standard, et al.
- VAE   2   04-8176   Griffis, Don G. v. American Standard, et al.
- VAE   2   04-8177   Raymond W. Paul v. American Standard, et al.
- VAE   2   04-8178   William T. Dalbec v. American Standard, et al.
- VAE   2   04-8179   James E. Freeman v. American Standard, et al.
- VAE   2   04-8180   John P. Garcia v. American Standard, et al.
- VAE   2   04-8181   Anthony J. Grasso v. American Standard, et al.
- VAE   2   04-8182   Guy F. Jones v. American Standard, et al.
- VAE   2   04-8183   John H. Pardue v. American Standard, et al.
- VAE   2   04-8184   Charles C. Stamper v. American Standard, et al.
- VAE   2   04-8185   Michael J. Stecher v. American Standard, et al.
- VAE   2   04-8186   Asbury, Don Chapman v. American Standard, et al.
- VAE   2   04-8187   Charles M. Bush v. American Standard, et al.
- VAE   2   04-8188   James M. Legates v. American Standard, et al.
- VAE   2   04-8189   George L. Morgan v. American Standard, et al.
- VAE   2   04-8190   Norman E. Andersen v. American Standard, et al.
- VAE   2   04-8191   Richard Barba v. American Standard, et al.
- VAE   2   04-8192   Walter E. Bartholomew v. American Standard, et al.
- VAE   2   04-8193   Jack D. Blunt v. American Standard, et al.
- VAE   2   04-8194   Hector M. Contreras v. American Standard, et al.
- VAE   2   04-8195   Roy D. Dishman v. American Standard, et al.
- VAE   2   04-8196   William R. Failor v. American Standard, et al.
- VAE   2   04-8197   Carroll Fritts v. American Standard, et al.
- VAE   2   04-8198   Alfred D. Fritz v. American Standard, et al.
- VAE   2   04-8199   Loren C. Gerrish v. American Standard, et al.
- VAE   2   04-8200   James R. Gordon v. American Standard, et al.
- VAE   2   04-8201   Quincy L. Hailey v. American Standard, et al.
- VAE   2   04-8202   Russell D. Haney v. American Standard, et al.
- VAE   2   04-8203   Willis Hicks v. American Standard, et al.
- VAE   2   04-8204   Harry H. Hughes v. American Standard, et al.
- VAE   2   04-8205   Louis A. Johnson v. American Standard, et al.
- VAE   2   04-8206   Milton E. Kelley v. American Standard, et al.
- VAE   2   04-8207   Archie L. Kerr v. American Standard, et al.
- VAE   2   04-8208   Charles B. Knapp v. American Standard, et al.
- VAE   2   04-8209   Kenneth K. Kritenbrink v. American Standard, et al.
- VAE   2   04-8210   Thomas C. Mallory v. American Standard, et al.
- VAE   2   04-8211   Donald E. Rapson v. American Standard, et al.
- VAE   2   04-8212   Tom E. Shaw v. American Standard, et al.
- VAE   2   04-8213   Roger R. Bauder v. American Standard, et al.
- VAE   2   04-8214   Kenneth N. Bolls v. American Standard, et al.
- VAE   2   04-8215   Norbert H. Brenner v. American Standard, et al.
- VAE   2   04-8216   Orland G. Buckridge v. American Standard, et al.
- VAE   2   04-8217   Roy Bullock v. American Standard, et al.

**DISTRICT** **DIV.** **C.A.#**

| District | Div. | C.A.# | Case |
|---|---|---|---|
| VAE | 2 | 04-8218 | Chester C. Burress v. American Standard, et al. |
| VAE | 2 | 04-8219 | Gerald E. Coleman v. American Standard, et al. |
| VAE | 2 | 04-8220 | Jose G. Cordova v. American Standard, et al. |
| VAE | 2 | 04-8221 | Darrell W. Davis v. American Standard, et al. |
| VAE | 2 | 04-8222 | William J. Feltrop v. American Standard, et al. |
| VAE | 2 | 04-8223 | Clarence W. Gilbert v. American Standard, et al. |
| VAE | 2 | 04-8224 | Raymond L. Goldsboro v. American Standard, et al. |
| VAE | 2 | 04-8225 | Don Hudgell v. American Standard, et al. |
| VAE | 2 | 04-8226 | Francis N. Jennings v. American Standard, et al. |
| VAE | 2 | 04-8227 | Donald J. Kjellberg v. American Standard, et al. |
| VAE | 2 | 04-8228 | Dick A. Mattox v. American Standard, et al. |
| VAE | 2 | 04-8229 | William R. Mozes v. American Standard, et al. |
| VAE | 2 | 04-8230 | Joseph L. Murer v. American Standard, et al. |
| VAE | 2 | 04-8231 | Albert H. Peavler v. American Standard, et al. |
| VAE | 2 | 04-8232 | Robert H. Petersen v. American Standard, et al. |
| VAE | 2 | 04-8233 | Paul W. Phillips v. American Standard, et al. |
| VAE | 2 | 04-8234 | Edward F. Powers v. American Standard, et al. |
| VAE | 2 | 04-8235 | Dan H. Richards v. American Standard, et al. |
| VAE | 2 | 04-8236 | Leroy F. Rohde v. American Standard, et al. |
| VAE | 2 | 04-8237 | Clarence W. Ronimous v. American Standard, et al. |
| VAE | 2 | 04-8238 | Alfonso N. Ruiz v. American Standard, et al. |
| VAE | 2 | 04-8239 | Loren D. Serfass v. American Standard, et al. |
| VAE | 2 | 04-8240 | George V. Staples v. American Standard, et al. |
| VAE | 2 | 04-8241 | Verle W. Tasche v. American Standard, et al. |
| VAE | 2 | 04-8242 | Kenneth L. Ulmer v. American Standard, et al. |
| VAE | 2 | 04-8243 | Kennett Walling v. American Standard, et al. |
| VAE | 2 | 04-8244 | Robert F. Warren v. American Standard, et al. |
| VAE | 2 | 04-8245 | Michael P. Wild v. American Standard, et al. |
| VAE | 2 | 04-8246 | Warner G. Williams v. American Standard, et al. |
| VAE | 2 | 04-8247 | Victor Lee Gilliland v. American Standard, et al. |
| VAE | 2 | 04-8248 | Ernest S. Robertson v. American Standard, et al. |
| VAE | 2 | 04-8249 | Daniel W. Williams v. American Standard, et al. |
| VAE | 2 | 04-8250 | Jimmy H. Wyatt v. American Standard, et al. |
| VAE | 4 | 04-2891 | William Lee, Sr. v. DaimlerChrysler Corp., et al. |
| VAE | 4 | 04-2892 | Samuel T. Jones, Jr. v. DaimlerChrysler Corp., et al. |
| VAE | 4 | 04-2893 | Charles B. Watkins v. DaimlerChrysler Corp., et al. |
| VAE | 4 | 04-2894 | Norman Webster v. DaimlerChrysler Corp., et al. |

WEST VIRGINIA NORTHERN

| District | Div. | C.A.# | Case |
|---|---|---|---|
| WVN | 2 | 04-41 | Matthew Phillips, et al. v. Allegheny Energy, Inc., et al. |