JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 28 2004

FILED
CLERK'S OFFICE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Matthew Phillips, Individually and as
Personal Representative of the Estate
of Arnold Phillips, Patricia Phillips,
Samantha Zias, David Phillips, and Diane Davis,

        Plaintiffs,

v.                                                          Civil Action No. 2:04-CV-41

Monongahela Power Company,
Potomac Edison Company, et al.,

        Defendants.

### DISMISSAL ORDER

It is hereby stipulated by counsel for plaintiff(s), with the consent of all defense counsel, that all claims of plaintiff(s) and any other person or entity arising from or related in any way to decedent Matthew Phillips' alleged exposure to asbestos-containing products are hereby dismissed *with prejudice* as against all defendants and their predecessors, successors and assigns, with the parties to each bear their own costs.

This 20th day of December, 2004.

                           Robert E. Maxwell
                        UNITED STATES DISTRICT JUDGE

[Signatures continued on next page]

MDL- 875
RECOMMENDED ACTION

Vacate CTO-240 - one action
Approved/Date: MJB 12/27/04

OFFICIAL FILE COPY
IMAGED DEC 28 '04

Counsel for Plaintiff(s)

*[signature]*

David A. Sims (WVSB No. 5196)
Law Offices of David A. Sims
PO Box 2659
Elkins, WV 26241-2659


John W. Cooper (WVSB No. 822)
Cooper Preston & Douglas PLLC
PO Box 365
Parsons, WV 26287-0365

Agreed to by:

*[signature]*

Elliot G. Hicks (WVSB No. 1707)
R. Scott Masterson (Admitted by Motion)
Hawkins & Parnell, LLP
602 Virginia Street, East, Suite 200
Charleston, WV 25301


Dennis C. Sauter (WVSB No. 3264)
Jackson & Kelly PLLC
PO Box 553
Charleston, WV 25322-0553