

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 28 2004

FILED
CLERK'S OFFICE

**DOCKET NO. 875**

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Matthew Phillips, et al. v. Allegheny Energy, Inc., et al.*, N.D. West Virginia, C.A. No. 2:04-41

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Phillips*) on December 21, 2004. The Panel has now been advised that *Phillips* was dismissed in the Northern District of West Virginia by the Honorable Robert E. Maxwell in an order entered on December 21, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-240" filed on December 21, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel



IMAGED DEC 28 '04   OFFICIAL FILE COPY