# MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 3 0 2004

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS             §
LIABILITY LITIGATION (No. VI)       §    MDL DOCKET NO. 875
                                    §

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

DENNIS KNUTSON, et al               §
                                    §
            *Plaintiffs,*            §
vs.                                 §    Civil Action No.
                                    §    3:04CV625
ALLIS-CHALMERS CORPORATION,         §
et al.,                             §
                                    §
                                    §
            *Defendants.*            §

PLEADING NO. 4376

## NOTICE OF OPPOSITION TO TRANSFER

Come now plaintiffs and file this Notice of Opposition to the Conditional Transfer Order (CTO-240) entered by the Panel on December 21, 2004.

DENNIS KNUTSON, et al vs. ALLIS-CHALMERS CORPORATION, et al.; No. 3:04CV625 in pending in the United States District Court for the District of Nevada. Pursuant to Panel Rule 7.4(c), the plaintiffs file this notice of opposition to apprise the Panel of their opposition to transfer.

Pursuant to Panel Rule 7.4(d), plaintiffs shall file, within 15 days of the filing of this notice, their motion to vacate conditional transfer order and supporting brief.

**OFFICIAL FILE COPY** IMAGED DEC 30 '04

Respectfully submitted,

*/s/ Charles S. Siegel*

Charles S. Siegel
TX State Bar No. 18341875
Michael L. Armitage
CA State Bar No.152740
**Waters & Kraus, LLP**
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 Telecopier

Kurt A. Franke
NEV. State Bar No. 4102
**Law Offices of Kurt A. Franke**
575 Mill Street
Reno, Nevada 89502
(775) 827-6100
(775) 786-1116 Telecopier

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition has been served by facsimile on all counsel of record (Schedule CTO-240 / Docket No. 875), in addition to the counsel listed below on this 29th day of December, 2004.

**BATTLE MOUNTAIN GOLD COMPANY**
**NEWMONT USA, LIMITED**
**(CARLIN GOLD MINING COMPANY)**
George D. Yaron
William J. Geddes
YARON & ASSOCIATES
3097 East Warm Springs Road, Suite 200
Las Vegas, Nevada 89120
702-933-2930

**BONDEX INTERNATIONAL, INC.**
**RPM INC.**
Anne H. Wellborn
BULLIVANT HOUSER BAILEY
3980 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89109
702-650-2995

**BURNS INTERNATIONAL SERVICES CORP. (Borg Warner)**
James M. Barker
GIFFORD VERNON & BARKER
3110 South Rainbow Boulevard, Suite 105
Las Vegas, Nevada 89146
702-383-7087

**DAIMLERCHRYSLER CORPORATION**
Michael A. Hagemeyer
2255-A Renaissance Drive
Las Vegas, Nevada 89119
702-891-0033

**ELLIOTT COMPANY**
**(ELLIOTT TURBOMACHINERY CO., INC.)**
Janice J. Brown
BARKER, BROWN, BUSBY, et al.,
900 South Fourth Street
Las Vegas, Nevada 89101
702-384-5386

**FAIRBANKS MORSE PUMP CORPORATION**
Marsha H. Tarte
PICO ESCOBAR & ROSENBERGER
2000 South Eastern Avenue
Las Vegas, Nevada 89104
702-457-8451

**FORD MOTOR COMPANY**
**GENERAL MOTORS CORPORATION**
Kelly A. Evans
Jay J. Schuttert
SNELL & WILMER
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89109
702-784-5252

**GARDNER DENVER, INC.**
**HAFER'S AUTO PARTS DISTRIBUTORS**
David Barron
William H. Pruitt
BARRON, VIVONE & PRUITT
1404 South Jones Boulevard
Las Vegas, Nevada 89146
702-870-3950

**GENERAL ELECTRIC COMPANY**
Jack Cherry
ALVERSON, TAYLOR, MORTENSEN, et al
7401 West Charleston Blvd.
Las Vegas, Nevada 89117
702-385-7000

**GENUINE PARTS COMPANY**
**NATIONAL AUTOMOTIVE PARTS ASSOCIATION (INC.)**
Steven E. Guinn
LAXALT & NOMURA, LTD.
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
775-322-1865

**HENNESSY INDUSTRIES, INC.**
Tomas V. Mazeika
Scott L. Stonehocker
FREDERICKSON, MAZEIKA & GRANT
333 South Sixth Street, Suite 230
Las Vegas, Nevada 89101
702-384-4484

**HONEYWELL INTERNATIONAL, INC.**
Jack G. Angaran
GEORGESON THOMPSON & ANGARAN
100 West Grove Street, Suite 500
Reno, Nevada 89509
775-827-9256

**INGERSOLL-RAND COMPANY**
Leah R. Wigren
WAIT LAW FIRM
305 West Moana Lane, 2nd Floor
Reno, Nevada 89509
775-827-6663

**KELSEY-HAYES COMPANY**
Troy Peyton
RUMPH & PEYTON
2300 W. Sahara Avenue, Ste. 1130, Box 7
Las Vegas, Nevada 89102
702-388-4474

**PAGE BRAKE COMPANY**
Thomas C. Anderson
BURBIDGE & WHITE
1400 Key Bank Tower
50 South Main Street
Salt Lake City, Utah 84144
801-236-5319

**PARKER-HANNIFIN CORPORATION**
William E. Cooper
LAW OFFICES OF WILLIAM E. COOPER
601 East Bridger Avenue
Las Vegas, Nevada 89101
702-382-2170

**PCC FLOW TECHNOLOGIES HOLDINGS, INC. (DOE 1)**
**JOHNSTON PUMP (DOE 2)**
Thomas F. Kummer
KUMMER KAEMPFER BONNER & RENSHAW
3800 Howard Hughes Pkwy, 7th Floor
Las Vegas, Nevada 89109
702-796-7181

**PENSKE TRUCK LEASING CORPORATION**
Charles W. Spann
PERRY & SPANN
6130 Plumas Street
Reno, Nevada 89509
775-829-1808

**STERLING FLUID SYSTEMS (USA), LLC**
James G. Christensen
GORDON & REES
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89109
702-784-5146

**VIACOM INC.**
**SIEMENS WESTINGHOUSE POWER CORP.**
Von S. Heinz
LEWIS & ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89109
702-949-8351

**VIKING PUMP INC.**
Julie Torres
JACKSON & WALLACE LLP
55 Francisco Street, 6th floor
San Francisco, California 94133
415-982-6700

**BMW OF NORTH AMERICA, INC. (DOE 3)**
**KELLY-MOORE PAINT COMPANY, INC.**
Michael M. Edwards
LEWIS BRISBOIS BISGAARD & SMITH
City Centre Place
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
702-893-3789

**TH AGRICULTURE & NUTRITION, LLC**
**JONES & VARGAS**
Twelfth Floor
100 West Liberty Street
P.O. Box 281
Reno, NV 89504
775-786-1177

_____
Charles S. Siegel

Sent by: Waters and Kraus 2143577252; 12/29/04 17:49; JetFax #673;Page 10/15
Case MDL No. 875   Document 4376   Filed 12/30/04   Page 7 of 12

PAGE 1 OF 6

# INVOLVED COUNSEL LIST (CTO-240)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Chad E. Adams
Browning, Kaleczyc, Berry & Hoven
139 N. Last Chance Gulch
P.O. Box 1697
Helena, MT 59624

David W. Allen
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

Mark E. Anderson
Patterson, Dilthey, Clay, Bryson & Anderson
4020 WestChase Boulevard, Suite 550
Raleigh, NC 27607

Jack Angaran
Georgeson, Thompson & Angaran
100 West Grove Street, Suite 500
Reno, NV 89509

Cynthia W. Antonucci
Harris Beach, LLP
805 3rd Avenue, 20th Floor
New York, NY 10022

Robert M. Arentson, Jr.
Baker, Donelson, Bearman, Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Keith L. Arnold
Whiteford, Taylor & Preston, LLP
7 Saint Paul Street, Suite 1300
Baltimore, MD 21202-1626

Patrick J. Attridge
King & Attridge
39 West Montgomery Avenue
Rockville, MD 20850

Angela Bader
Laxalt & Nomura, Ltd.
50 W. Liberty Street, Suite 700
Reno, NV 89501

Gerald Barrett
Ward, Keenan & Barrett, P.C.
3838 N. Central Avenue, Suite 1720
Phoenix, AZ 85012

Scott W. Bates
Baker, Donelson, Bearman, Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Brenda G. Baum
Burroughs, Hepler, Broom, MacDonald, et al.
Mark Twain Plaza
103 West Vandalia Street, Suite 300
P.O. Box 510
Edwardsville, IL 62025-0510

Patrick E. Beasley
Abbott, Simses & Kuchler
210 East Capitol St., Suite 1090
Jackson, MS 39201

Thomas P. Bernier
Segal, McCambridge, Singer & Mahoney, Ltd.
217 E. Redwood Street, 21st Floor
Baltimore, MD 21202-3316

V. Brian Bevon
Motley Rice, LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Kevin P. Bilms
Law Offices of Peter Nicholl
430 Crawford Street, Suite 202
Portsmouth, VA 23704

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, L.L.P.
303 East 17th Avenue, Suite 1100
Denver, CO 80203

Roy B. Blackwell
Kaufman & Canoles PC
150 W. Main St.
Norfolk, VA 23510

James Lawrence Blair
Renaud, Cook, Drury, et al.
Phelps Dodge Tower
One North Central, Suite 900
Phoenix, AZ 85004

George Dean Bogris
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204

James Scott Bolen
Laudig, George, Rutherford & Sipes
156 Market Street, #600
Indianapolis, IN 46204

James H. Bolin
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Jason D. Bone
Gieger, Laborde & Laperouse, LLC
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139-4800

Timothy W. Bouch
Leath, Bouch & Crawford
P.O. Box 59
Charleston, SC 29402

Fred E. Bourn, III
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

William J. Bradley, III
Malaby, Carlisle & Bradley
150 Broadway, Suite 1311
New York, NY 10038

Malcolm S. Brisker
Goodell, DeVries, Leech & Dann, LLP.
One South Street
Alex Brown Building, 20th Floor
Baltimore, MD 21202

Pamela T. Broache
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, MD 21201

Lisa N. Busch
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

Joseph H. Carlisle
Malaby, Carlisle & Bradley LLC
150 Broadway, Suite 600
New York, NY 10038

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Sent by: Waters and Kraus    2143577252;    12/29/04 17:49;    JetFax #673;Page 11/15
Case MDL No. 875   Document 4376   Filed 12/30/04   Page 8 of 12

INVOLVED COUNSEL LIST (CTO-240) MDL-875                                                  PAGE 2 OF 6

William T. Causby
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Jack C. Cherry
Alverson, Taylor, Mortensen, Nelson & Sanders
7401 West Charleston Blvd.
Las Vegas, NV 89117-1401

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Helen Chung
Leader & Berkon
630 Third Avenue
17th Floor
New York, NY 10017

L. N. Clinkscales
Abbott, Simses & Kuchler
210 East Capitol St., Suite 1090
Jackson, MS 39201

John Stewart Cobb
North & Cobb, P.A.
7313 York Road
Towson, MD 21204

Lawrence M. Coco, III
Baker, Donelson, Bearman, Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Susan Coco
Montague, Pittman & Varnado
P.O. Drawer 1975
Harriesburg, MS 39403-1975

Keith E. Coltrain
Elmore & Walls, PA
P.O. Box 10937
Raleigh, NC 27605

John F. Canley
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510-2212

William David Conner
Haynsworth Sinkler Boyd
75 Beattie Place, 11th Floor
P.O. Box 2048
Greenville, SC 29602

John W. Cooper
Cooper, Preston & Douglas, P.L.L.C.
333 Second Street
P.O. Box 365
Parsons, WV 26287

William Cooper
Cooper Law Offices
601 E. Bridger
Las Vegas, NV 89101

Larry J. Crown
Jennings, Haug & Cunningham
2800 N. Central Avenue, Suite 1800
Phoenix, AZ 85004

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Anna M. DiLonardo
L'Abbate, Balkan, Colavita & Contini
1050 Franklin Avenue
Garden City, NY 11530

George C. Doub, III
William H. Murphy, Jr. & Associates
12 West Madison Street
Baltimore, MD 21201

Thomas F. Dougall
Law Office of Thomas F. Dougall
1713 Woodcreek Farms Road
Elgin, SC 29045

John C. Duffey
Stuart & Branigin
The Life Building, Suite 800
300 Main Street
P.O. Box 1010
Lafayette, IN 47902

Walter W. Dukes
Dukes, Dukes, Keating & Faneca
P.O. Drawer W
Gulfport, MS 39502-0680

Katherine S. Duyer
Gavett & Datt, PC
15850 Crabbs Branch Way
Suite 180
Rockville, MD 20855

Theodore M. Eder
Segal, McCambridge, Singer & Mahoney, Ltd.
805 3rd Avenue, 19th Floor
New York, NY 10022

W. M. Edwards
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

James H. Elliott, Jr.
Barnwell, Whaley, Patterson & Helms
885 Island Park Drive
Charleston, SC 29492-0197

Julie R. Evans
Wilson, Elser, Moskowitz, Edelman & Dicker
150 East 42nd Street
New York, NY 10017-5639

Kelly Evans
Snell & Wilmer
3800 Howard Hughes Parkway
10th Floor
Las Vegas, NV 89109

Stephen B. Evans
Deeba, Sauter, et al.
3415 Hampton Avenue
St. Louis, MO 63139

Annalie M. Faddis
Abbott & Prange, PC
U.S. Bancorp Tower
111 S.W. Fifth Avenue, Suite 2650
Portland, OR 97204

John J. Fanning
Cullen & Dykman Bleakley Platt LLP
177 Montague Street
Brooklyn, NY 11201

James L. Fletcher, Jr.
Duncan, Courington & Rydberg
322 Lafayette Street
New Orleans, LA 70130

Meagan A. Flynn
Preston, Bunnell & Stone, L.L.P.
1100 S.W. 6th Avenue, Suite 1405
Portland, OR 97204

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Kurt A. Franke
Law Offices of Kurt A. Franke
575 Mill Street
Reno, NV 89502

INVOLVED COUNSEL LIST (CTO-240) MDL-875                                                                  PAGE 3 OF 6

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Robert C. Galloway
Butler, Snow, O'Mara, Stevens &
Cannada
1300 25th Avenue, Suite 204
P.O. Drawer 4248
Gulfport, MS 39502-4248

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Keith L. Gates
Abbott, Simses, Kuchler
210 East Capitol Street, Suite 1090
Jackson, MS 39201

William F. Gavin
Gavin Law Firm
17 Park Place Professional Centre
Belleville, IL 62226

Richard S. Glasser
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

Stephen P. Goodwin
Goodwin & Goodwin
P.O. Box 2107
Charleston, WV 25328-2107

William M. Graham
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

William N. Graham
Aultman, Tyner, Ruffin & Yarborough
P.O. Box 750
Hattiesburg, MS 39403-0750

Marc C. Greco
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

Brian S. Green
Pietragallo, Bosick & Gordon
One Oxford Center, 38th Floor
Pittsburgh, PA 15219

Pascale Guerrier
McGuire Woods, LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105

Michael A. Hagemeyer
2255-A Renaissance Drive
Las Vegas, NV 89119

Patrick J. Hanna
Rabalais, Hanna & Herbert
701 Robley Drive, Suite 210
Lafayette, LA 70503

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Yvette Harmon
Ross & Hardies
65 East 55th Street
New York, NY 10022

Sheila Ford Henderson
Foster & Sear
524 E Lamar Blvd., Suite 200
Arlington, TX 76011

David K. Hendrickson
Hendrickson & Long, PLLC
214 Capitol Street
P.O. Box 11070
Charleston, WV 25301

Cathi A. Hession
Flemming, Zulack & Williamson
One Liberty Plaza
71 Broadway
New York, NY 10006

M. King Hill, III
Venable, LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, MD 21285-5517

Timothy C. Holleman
Boyce Holleman
1913 15th Street
P.O. Drawer 1030
Gulfport, MS 39502

John P. Hooper
Edwards & Angell
750 Lexington Avenue
New York, NY 10022

John S. Howarth
Wilbraham, Lawler & Buba
1818 Market Street, Suite 3100
Philadelphia, PA 19103

Brian J. Huelsmann
Burroughs & Hepler
103 W. Vandalia Street, Suite 300
P.O. Box 510
Edwardsville, IL 62025-0510

Jonathan K. Huth
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Mary G. Isban
Sanders & Parks, PC
3030 North 3rd Street, Suite 1300
Phoenix, AZ 85012

Erik Jacobs
Weitz & Luxenberg
180 Maiden Lane, 17th Floor
New York, NY 10038

D'Ana E. Johnson
Bonner, Kiernan, Trebach & Crociata
1250 I Street, NW, Suite 600
Washington, DC 20005

Harry S. Johnson
Church, Loker & Silver, P.A.
7 Saint Paul Street, Suite 1400
Baltimore, MD 21202

A. Timothy Jones
Hawkins & Parnell, LLP
The Woodrums Building
602 Virginia Street East, Suite 200
Charleston, WV 25301

Larry E. Jude
Jude & Jude, PLLC
6424 Highway 98 West, Suite 50
Hattiesburg, MS 39402

Michael Kaczmarek
Cascino Vaughan Law Offices Ltd
220 South Ashland Avenue
Chicago, IL 60610-1117

Diane J. Kero
Gordon, Thomas, Honeywell, et al.
One Union Square, Suite 2100
600 University
Seattle, WA 98101

Steve Kevelson
One Cozine Avenue
Brooklyn, NY 11207

Martin S. King
Worden, Thane P.C.
111 N. Higgins, Suite 600
P.O. Box 4747
Missoula, MT 59806

Charles A. Kitchen
Maynard, Cooper & Gale, PC
1901 Sixth Avenue North
2400 Amsouth/harbert Plaza
Birmingham, AL 35203

Thomas E. Klinkel
Lewis & Roca, LLP
One South Church Avenue, Suite 700
Tucson, AZ 85701

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

David G. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Edward P. Landry
Landry, Watkins & Bonin
P.O. Drawer 12040
New Iberia, LA 70562-2040

H. Seward Lawlor
Glasser & Glasser, P.L.C.
580 East Main Street
600 Crown Center
Norfolk, VA 23510

Kathleen D. Leslie
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204

Tom L. Lewis
Lewis, Slovak & Kovacich
725 Third Avenue North
P.O. Box 2325
Great Falls, MT 59403

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Barry L. Loftus
Stuart & Branigin
The Life Building, Suite 800
300 Main Street
P.O. Box 1010
Lafayette, IN 47902

F. Ford Loker, Jr.
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202

Melodie M. Mabanta
Bonner, Kiernan, Trebach & Crociata
1250 I Street, NW, Suite 600
Washington, DC 20005

Neil J. MacDonald
Hartel Kane Desantis MacDonald &
Howie LLP
6301 Ivy Lane, Suite 800
Greenbelt, MD 20770

Terry J. MacDonald
Garlington, Lohn & Robinson, PLLP
199 W. Pine
P.O. Box 7909
Missoula, MT 59807

Genevieve G. Marshall
Robinson, Woolson & O'Donnell
217 E. Redwood Street, Suite 1500
Baltimore, MD 21202

Donald W. Martin, Jr.
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030

Travis William Martin
Smith Moore LLP
Wachovia Tower
300 North Greene Street, Suite 1400
P.O. Box 21927
Greensboro, NC 27420

Donna L. Maul
Brydon, Hugo & Parker
135 Main Street, 20th Floor
San Francisco, CA 94105

Moffatt Grier McDonald
Haynsworth Sinkler Boyd
P.O. Box 2048
Greenville, SC 29602

R. Bruce McElhone
Law Offices of Peter G. Angelos
100 North Charles Street
One Charles Center, 22nd Floor
Baltimore, MD 21201

Shannon S. McFarland
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Lawrence McGivney
McGivney, Kluger & Gannon, P.C.
80 Broad Street, 23rd Floor
New York, NY 10004

William B. McKinley
Copeland, Cook, Taylor & Bush
1062 Highland Colony Parkway
200 Concourse, Ste. 200
P.O. Box 6020
Ridgeland, MS 39158-6020

Donald S. Meringer
Mccarter & English, LLP
300 E. Lombard Street, Suite 1000
Baltimore, MD 21202

Edward W. Mizell
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Willard J. Moody, Jr.
Moody, Strople, Kloeppel & Basilone, Inc
500 Crawford Street
Commerce Bank Bldg., Suite 300
P.O. Box 1138
Portsmouth, VA 23705

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

William F. Mueller
Clemente, Mueller & Tobia, P.A.
218 Ridgedale Avenue
P.O. Box 1296
Morristown, NJ 07962

Michelle Noorani
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202

Robert L. Norton
Jones & Granger
10000 Memorial Drive, Suite 888
P.O. Box 4340
Houston, TX 77210-4340

Richard P. O'Leary
McCarter & English, L.L.P.
300 Park Avenue, 18th Floor
New York, NY 10022

James J. Ostertag
Thelen, Reid & Priest, LLP
101 2nd Street, Suite 1800
San Francisco, CA 94105-3601

Sent by: Waters and Kraus    2143577252;    12/29/04 17:51;    JetFax #673;Page 14/15
Case MDL No. 875   Document 4376   Filed 12/30/04   Page 11 of 12

INVOLVED COUNSEL LIST (CTO-240) MDL-875                                    PAGE 5 OF 6

Vincent J. Palmiotto
Rubin & Rubin Chartered
502 Washington Avenue
Suite 200
Towson, MD 21204

George Plato Pappas
Sheehy, Serpe & Ware, P.C.
2500 Two Houston Center
909 Fannin Street
Houston, TX 77010

E. Spencer Parris
Jones, Martin, Parris & Tessener
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603

Lisa M. Pascarella
Pehlivanian & Braaten, LLC
2430 Route 34
P.O. Box 648
Manasquan, NJ 08736

Timothy Peck
Smith Moore LLP
P.O. Box 21927
Greensboro, NC 27420

Ronald G. Peresich
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
759 Vieux Marche' Mall
Biloxi, MS 39533-0289

Troy Peyton
Rumph & Peyton
300 South 4th Street, Suite 800
Las Vegas, NV 89101

Troy Peyton
Rumph & Peyton
2300 W. Sahara Avenue
Las Vegas, NV 89102

Robert B. Pfennigs
Jardine, Stephenson, Blewett & Weaver
U.S. Bank Building, 7th Floor
300 Central Avenue
P.O. Box 2269
Great Falls, MT 59403

Diane M. Pompei
Sedgwick, Detert, Moran & Arnold
Three Gateway Center, 12th Floor
Newark, NJ 07102

Richard T. Radcliffe, Jr.
Dehay & Elliston, LLP
36 S. Charles Street, 13th Floor
Baltimore, MD 21201

Mary M. Ratliff
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Giovanni Regina
Waters, McPherson, McNeill, P.C.
300 Lighting Way
Secaucus, NJ 07096

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Tera L. Salango
Spilman, Thomas & Battle
Spilman Center
300 Kanawha Boulevard, East
P.O. Box 273
Charleston, WV 25321-0273

M.H. Sauer, III
Baker & Hostetler, L.L.P.
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114

David Schafer
Malaby, Carlisle & Bradley
150 Broadway, Suite 600
New York, NY 10038

Richard W. Scheiner
Semmes, Bowen & Semmes
250 West Pratt Street, 16th Floor
Baltimore, MD 21202

Ira M. Schulman
Mazur, Carp & Rubin, P.C.
2 Park Avenue
New York, NY 10016

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Paul A. Scrudato
Schiff, Hardin & Waite
623 Fifth Avenue, Suite 2800
New York, NY 10022

Andrew J. Seff
Venable, Baetjer & Howard
210 Allegheny Avenue
P.O. Box 5517
Towson, MD 21204

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard, 6th Floor
Los Angeles, CA 90025

Allan L. Shackelford
Smith Moore LLP
P.O. Box 21927
Greensboro, NC 27420

Robert T. Shaffer, III
Murphy & Shaffer
36 South Charles Street, Suite 1400
Baltimore, MD 21202-1019

Christopher H. Sherwood
Martzell & Bickford
338 Lafayette Street
New Orleans, LA 70130-3244

John Michael Silk
Wilson, Smith, Cochran & Dickerson
1215 4th Ave., Suite 1700
Seattle, WA 98161-1007

Stacey L. Sims
Morris, Sakalarios & Blackwell, PLLC
1817 Hardy Street
Hattiesburg, MS 39401

Michelle D. Siri
Segal, McCambridge, Singer & Mahoney
217 E. Redwood Street, 21st Floor
Baltimore, MD 21202-3316

Andrew J. Sloniewsky
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

Albert Smith
Smith & West
200 North Fountain Avenue
Springfield, OH 45504

Patrick C. Smith
Rubin & Rubin Chartered
502 Washington Avenue, Suite 200
Towson, MD 21204

Gail D. Spielberger
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street, Suite 1400
Baltimore, MD 21202-1626

INVOLVED COUNSEL LIST (CTO-240) MDL-875                                                                 PAGE 6 OF 6

Frances L. Spinelli
Evert & Weathersby, LLC
3405 Piedmont Road, N.E., Suite 225
Atlanta, GA 30305

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Katherine M. Steele
Stafford, Frey & Cooper, PC
601 Union Street, Suite 3100
Seattle, WA 98101

Matthew R. Straus
L'Abbate, Balkan, Colavita & Contini
1050 Franklin Avenue
Garden City, NY 11530

Robert J. Sullivan
Boone Karlberg
201 West Main, Suite 300
P.O. Box 9199
Missoula, MT 59802

Amanda D. Summerlin
Forman, Perry, Watkins, Krutz &
Tardy, LLC
P.O. Box 22608
Jackson, MS 39225-2608

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Cowles E. Symmes
Page, Mannino, Peresich & McDermott
759 Vieux Marche' Mall
P.O. Drawer 289
Biloxi, MS 39533-0289

Michael A. Tanenbaum
Sedgwick, Detert, Moran & Arnold
Three Gateway Center, 12th Floor
Newark, NJ 07102

Marsha Tarte
Pico & Mitchell
2000 S. Eastern Avenue
Las Vegas, NV 89104

Jennifer M. Techman
Evert & Weathersby, LLC
3405 Piedmont Road, N.E., Suite 225
Atlanta, GA 30305

Gregory Rean Tingler
The Law Offices of David A. Sims
1200 Harrison Avenue, Suite 2000
P.O. Box 2659
Elkins, WV 26241

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

David L. Trewolla
Dogan & Wilkinson, PLLC
P.O. Box 23062
Jackson, MS 39225-3062

Carl E. Tuerk, Jr.
Cooper, Beckman & Tuerk
201 North Charles Street, Suite 2300
Baltimore, MD 21201

Thomas W. Tyner
Aultman, Tyner, Ruffin & Yarborough
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Mary W. Van Slyke
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Michael B. Victorson
Jackson & Kelly
P.O. Box 553
Charleston, WV 25322-0553

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Harold M. Walter
Tydings & Rosenberg
100 East Pratt Street, Suite 2600
Baltimore, MD 21202

William L. Watt
Brunini, Grantham, Grower & Hewes
P.O. Drawer 210
Pascagoula, MS 39568

Alton L. Watts
Shell Buford, PLLC
P.O. Box 157
Jackson, MS 39205-0157

Michael N. Watts
Holcomb Dunbar
P.O. Box 707
Oxford, MS 38655

Charles E. Weaver
Wood, Ris & Hames
1775 Sherman Street, Suite 1600
Denver, CO 80202-4313

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Jane Mitchell Weston
Pond North LLP
505 Montgomery Street, 13th Floor
San Francisco, CA 94111

Cheryl Lynn White
Cheryl L. White & Associates
1136 Ballena Boulevard, Suite D
Alameda, CA 94501

Emilie F. Whitehead
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533

Michael E. Whitehead
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Edward J. Wilbraham
Wilbraham, Lawler & Buba
140 Broadway
New York, NY 10005

Robert W. Wilkinson
Dogan & Wilkinson, PLLC
734 Del Mas Avenue
P.O. Box 1618
Pascagoula, MS 39568-1618

Gordon P. Wilson
Lugenbuhl, Wheaton, et al.
601 Poydras Street, Suite 2775
New Orleans, LA 70130

Richard F. Yarborough, Jr.
Smith, Reeves & Yarborough, PLLC
6360 I-55 North, Suite 201
Jackson, MS 39211

Linda Yassky
Sonnenschein, Nath & Rosenthal
1221 Avenue of the Americas
24th Floor
New York, NY 10020

Judith A. Yavitz
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas, 44th Floor
New York, NY 10020