MDL 875

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS　　　　　　　　　　MDL DOCKET NO. 875
LIABILITY LITIGATION (NO. VI)

This Document Relates To:
RONALD ADAMS v.
ALCO INDUSTRIES, INC., ET AL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 3 2005

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RONALD ADAMS　　　　　　　　　　　　　　　　PLAINTIFFS

V.　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 1:04CV730GRo

ALCO INDUSTRIES, INC., ET AL.　　　　　　　　　DEFENDANTS

### CORPORATE DISCLOSURE STATEMENT OF
### DEFENDANT FLUOR CORPORATION

The non-governmental party in the above-captioned civil action, Fluor Corporation, does not have any parent corporation or publicly held company that owns 10% or more of its stock.

Respectfully submitted, this the 20th day of December, 2004.

FLUOR CORPORATION

By: _____
Cheri Turnage Gatlin, MSB No. 10323
Its Attorney

OF COUNSEL:

BRUNINI, GRANTHAM, GROWER & HEWES, pllc
Post Office Drawer 119
Jackson, Mississippi 39205
Phone: 601/948-3101
Fax: 601/960-6902

**OFFICIAL FILE COPY**
IMAGED JAN 3 '05

## CERTIFICATE OF SERVICE

I, Cheri Turnage Gatlin, attorney for Defendant, Fluor Corporation, hereby certify that I have this date mailed, postage prepaid, a true and correct copy of the foregoing statement to the following Plaintiffs' counsel and all other known counsel of record:

Stacey Lea Sims
Morris, Sakalarios & Blackwell, PLLC
1817 Hardy Street
Hattiesburg, MS  39401

This the 20th day of December, 2004.

Cheri Turnage Gatlin