

**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 3 2005

FILED
CLERK'S OFFICE

---------------------------------------X   UNITED STATES DISTRICT COURT
DOMINIC BARONE,                            SOUTHERN DISTRICT OF NEW
FRANK D'AVERSA and MARY                    YORK
D'AVERSA,
CATHERINE M. EVANS and MICHAEL             No. 04-CV-7602
EVANS, et al.,

       Plaintiffs,                        **STIPULATION**

       v.

GENERAL ELECTRIC COMPANY, et al.,

       Defendants.
---------------------------------------X

    CATHERINE M. EVANS and MICHAEL EVANS, plaintiffs, and GENERAL ELECTRIC COMPANY, defendant, by their respective attorneys undersigned, hereby stipulate and agree to the following:

    1.    Plaintiffs CATHERINE M. EVANS and MICHAEL EVANS as well as any individuals or representatives claiming for or through them agree not to pursue any claims against defendant GENERAL ELECTRIC COMPANY nor seek any damages from General Electric for any injuries which arise from any exposure to asbestos from any GENERAL ELECTRIC COMPANY products sold to the United States Navy or installed on any United States Navy vessels.

MDL- 875
RECOMMENDED ACTION
Vacate CTO-239 - one action
Approved/Date: JMK 1/3/05

PLEADING NO. 4379

**OFFICIAL FILE COPY**
IMAGED JAN 3 '05

2. Plaintiffs and defendant GENERAL ELECTRIC COMPANY, in consideration for the Agreement embodied in this Stipulation, agree to the remand of this action back to the Supreme Court of the State of New York, County of New York.

Dated: December 10, 2004

SEDGWICK, DETERT, MORAN & ARNOLD, LLP

BY: _____
Michael A. Tanenbaum (MT-4403)
Attorneys for Defendant
GENERAL ELECTRIC COMPANY
Three Gateway Center, 12th Floor
Newark, NJ 07102
(973) 242-0002

WEITZ & LUXENBERG, P.C.

BY: _____
Bryan Belasky (BB-1777)
Attorneys for Plaintiffs
180 Maiden Lane, 17th Floor
New York, NY 10038
(212) 558-5500

SO ORDERED:

*Deborah A. Batts*
12/16/04
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/04