MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN -3 2005

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Dominic Barone, et al. v. General Electric Co.*, S.D. New York, C.A. No. 1:04-7602

ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Barone*) on November 24, 2004. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Barone* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Barone* was remanded to the Supreme Court of the State of New York, County of New York, by the Honorable Deborah A. Batts in an order filed on December 16, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-239" filed on November 24, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

PLEADING NO. 4380

**OFFICIAL FILE COPY**

IMAGED JAN 3 '05