JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

JAN -3 2005

FILED
CLERK'S OFFICE

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Luke Lindau, et al. v. A.W. Chesterton, Inc., et al.*, S.D. Illinois, C.A. No. 3:04-816

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Lindau*) on December 21, 2004. The Panel has now been advised that *Lindau* was remanded to the Third Judicial Circuit, Madison County, Illinois, by the Honorable G. Patrick Murphy in an order entered on November 10, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-240" filed on December 21, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

PLEADING NO. 4382

**OFFICIAL FILE COPY**

IMAGED JAN 3 '05