MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 3 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Donald Gendreau, et al. v. Allied Packing, et al.*, N.D. California, C.A. No. 4:04-4841

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Gendreau*) on December 21, 2004. The Panel has now been advised that *Gendreau* was remanded to the Superior Court of California for Alameda County by the Honorable Saundra Brown Armstrong in an order entered on December 8, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-240" filed on December 21, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

PLEADING NO. 4384

**OFFICIAL FILE COPY**

IMAGED JAN 3 '05