MDL 875

AB

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION ACC

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
750 Missouri Avenue
P. O. Box 249
East St. Louis, IL 62202
618/482-9371

JAN -3 2005

FILED
CLERK'S OFFICE
Norbert G. Jaworski
Clerk of Court



October 26, 2004

Clerk of the Circuit Court
Madison County State Court
151 North Main Street
Edwardsville, IL 62025

RE: Kathryn Klein, Executor of the Estate of Aaron Klein vs. Certainteed Corporation, et al.
District Court No. **04-497-GPM**
State Court No. 02-L-1631

Enclosed is a certified copy of the Order of Judge G. Patrick Murphy filed 10/25/04 remanding the above mentioned cause to your Court.

Please acknowledge receipt of the Order by returning a signed copy of this letter to the undersigned at the office indicated above.

Very truly yours,

NORBERT G. JAWORSKI, Clerk

By: s/Mona Zingrich
Deputy Clerk

Enclosure
Copy to counsel of record

PLEADING NO. 4385

Received by _____

Date _____

MDL- 875
RECOMMENDED ACTION
VACATE CTO-240 -- 1 ACTION
Approved/Date: MJB 1/3/05

CV-11
(6/99)

RECEIVED
CLERK'S OFFICE
2005 JAN -3 A 11:09
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY** IMAGED JAN 3 '05

CLOSED, FILE_CREATED, NJR

# U.S. District Court
## Southern District of Illinois CM/ECF System (East St. Louis)
### CIVIL DOCKET FOR CASE #: 3:04-cv-00497-GPM

Klein v. Certainteed Corporation et al             Date Filed: 07/16/2004
Assigned to: Chief Judge G. Patrick Murphy         Jury Demand: None
Referred to: Mag Judge Gerald B. Cohn              Nature of Suit: 368 P.I. : Asbestos
Cause: 28:1441 Petition for Removal- Asbestos Litigation   Jurisdiction: Diversity

**Plaintiff**

**Kathryn Klein**                    represented by   **William P. Gavin**
*Executor of the Estate of Aaron Klein,*              Gavin Law Firm
*Deceased*                                            Generally Admitted
                                                      17 Park Place Professional Centre
                                                      Belleville, IL 62226
                                                      618-236-0100
                                                      Email: billg@gavinlaw.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Certainteed Corporation**

**Defendant**

**Chicago Fire Brick Company**

**Defendant**

**Crown , Cork & Seal Company USA, Inc.**

**Defendant**

**Dana Corporation**

**Defendant**

**Flexitallic Inc**

**Defendant**

**Garlock Inc**

**Defendant**

**General Electric Corporation**

**Defendant**



General Refractories Company

**Defendant**

Grefco Inc.

**Defendant**

Honeywell International, Inc.
*formerly known as*
Allied Signal Inc

**Defendant**

Ingersoll Rand Company

**Defendant**

Metropolitan Life Insurance Company

**Defendant**

Owens Illinois Inc

**Defendant**

Pfizer Inc

**Defendant**

Quigley Company, Inc.

**Defendant**

Rapid American Corporation

**Defendant**

Reno Refractories, Inc.

**Defendant**

Riley Stoker Corporation

**Defendant**

Flintkote Company, The

**Defendant**

Union Carbide Corporation

**Defendant**

Uniroyal Inc

**Defendant**

Westinghouse Electric Company

**Defendant**

Allied Glove Corporation

**Defendant**

Beazer East Inc

**Defendant**

Bigelow-Liptak Corporation

**Defendant**

BMI Refractory Services, Inc.

**Defendant**

Botfield Refractories

**Defendant**

BP America Inc

**Defendant**

Brauer Supply Company

**Defendant**

Christy Refractories Company, LLC

**Defendant**

Dixie Refractories

**Defendant**

Ellis Safety Products

**Defendant**

Foseco Inc

**Defendant**

Foster Wheeler , Inc.

**Defendant**

Gardwell Products, Inc.

**Defendant**

Georgia Pacific Corporation         represented by   **Brian J. Huelsmann**
                                                     Burroughs, Hepler et al.
                                                     Generally Admitted
                                                     103 West Vandalia Street
                                                     Suite 300, P.O. Box 510
                                                     Edwardsville, IL 62025-0510
                                                     618-656-0184
                                                     Email: bjh@ilmolaw.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

        **Jeffrey S. Hebrank**
        Burroughs, Hepler et al.
        Generally Admitted
        103 West Vandalia Street
        Suite 300, P.O. Box 510
        Edwardsville, IL 62025-0510
        618-656-0184
        Email: docket@ilmolaw.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Brenda G. Baum**
        Burroughs, Hepler et al. - Edwardsville
        103 West Vandalia Street
        Suite 300, P.O. Box 510
        Edwardsville, IL 62025-0510
        618-656-0184
        Email: bgb@ilmolaw.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Gunning of Illinois**

**Defendant**

**Gunning Refractories, Inc.**

**Defendant**

**Holmes Foundry**

**Defendant**

**Kaiser Aluminum & Chemical Corporation**

**Defendant**

**Kelly-Moore Paint Company, Inc.**

**Defendant**

**Kimball Saftey**

**Defendant**

**Koppers Industries, Inc.**

**Defendant**

**Laurence Refractories**

**Defendant**

**Longview Fibre Company**

**Defendant**

Midwestern Safety Equipment, Inc.

**Defendant**

Midwestern Safety Manufacturing Company

**Defendant**

Minnesota Mining & Manufacturing Company

**Defendant**

Ramtite Co.

**Defendant**

Refractory Furnace & Supply

**Defendant**

Sager Corporation

**Defendant**

Schundler Company

**Defendant**

Selas Corporation of America

**Defendant**

Shell Oil Company

**Defendant**

Sidener Supply Company

**Defendant**

Sprinkman Sons Corp. of IL.

**Defendant**

Star Glove Co., Inc.

**Defendant**

Surface Combustions, Inc.

**Defendant**

Vermont Asbestos

**Defendant**

Viacom Corporation

**Defendant**

**Walsh Refractories**

Defendant

**Westvaco Corporation**

Defendant

**Wheeler Protective Clothing**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/16/2004 | 1 | NOTICE OF REMOVAL by Georgia Pacific Corporation from Madison County State Court, case number 02-L-1631. ( Filing fee $ 150.00, receipt # 300 98575 ) (Attachments: # 1 Civil Cover Sheet)(trb, ) (Entered: 07/19/2004) |
| 07/16/2004 | 2 | COMPLAINT (copy of) against all defendants , filed by Kathryn Klein. (trb, ) (Entered: 07/19/2004) |
| 08/09/2004 | 3 | MOTION to Remand by Kathryn Klein. (Attachments: # 1 Exhibit Notice of Manual Filing)(Gavin, William) Exhibits A-F rec'd in Clerk's Office on 8/10/2004 (myz ). (Entered: 08/09/2004) |
| 08/09/2004 | 4 | MEMORANDUM in Support re 3 MOTION to Remand filed by Kathryn Klein. (Attachments: # 1 Exhibit G)(Gavin, William) (Entered: 08/09/2004) |
| 08/11/2004 | 5 | NOTICE of Hearing on 3 MOTION to Remand: Motion Hearing set for 10/25/2004 at 02:30 PM in East St. Louis Court House before Chief Judge G. Patrick Murphy. (lmc) (Entered: 08/11/2004) |
| 08/19/2004 | 6 | Entry Stricken - NOTICE by Georgia Pacific Corporation *Notice of Manual Filing* (Huelsmann, Brian) Additional attachment(s) added on 8/20/2004 (myz ). (Entered: 08/19/2004) |
| 08/19/2004 | 7 | Entry Stricken - RESPONSE in Opposition re 3 MOTION to Remand filed by Georgia Pacific Corporation. (Huelsmann, Brian) Additional attachment(s) added on 8/20/2004 (myz ). (Entered: 08/19/2004) |
| 08/20/2004 | 8 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 6 Notice (Other) filed by Georgia Pacific Corporation, 7 Response in Opposition to Motion filed by Georgia Pacific Corporation. See attached document for specifics (myz ) (Entered: 08/20/2004) |
| 08/20/2004 | 9 | RESPONSE in Opposition re 3 MOTION to Remand filed by Georgia Pacific Corporation. (Attachments: # 1 Notice of Manual Filing)(Huelsmann, Brian) Exhibits A - D received in Clerk's Office on 8/19/04 (myz) (Entered: 08/20/2004) |
| 10/22/2004 | 10 | NOTICE of Appearance by Brenda G. Baum on behalf of Georgia Pacific Corporation (Baum, Brenda) (Entered: 10/22/2004) |
| 10/22/2004 | 11 | NOTICE by Georgia Pacific Corporation *of Tag-Along Action* |

|  |  |  |
|---|---|---|
|  |  | (Huelsmann, Brian) (Entered: 10/22/2004) |
| 10/22/2004 | 12 | MOTION to Stay *Proceedings Pending Acknowledgement of Acceptance or Rejection of MultiDistrict Litigation Transfer Order* by Georgia Pacific Corporation. (Huelsmann, Brian) (Entered: 10/22/2004) |
| 10/25/2004 | 13 | Minute Entry for proceedings held before Judge G. Patrick Murphy : Remand Hearing held on 10/25/2004. GRANTING 3 MOTION to Remand filed by Kathryn Klein because of a defect in the removal process. Case remanded to Madison County, IL. DENYING 12 MOTION to Stay filed by Georgia Pacific Corporation. (Court Reporter Molly Clayton.) (lmc) (Entered: 10/25/2004) |
| 10/26/2004 | 14 | Letter directed to Madison County State Court regarding Remand Order. (myz) (Entered: 10/26/2004) |
| 11/02/2004 | 15 | Acknowledgment of Remand Letter from Madison County (dmw) (Entered: 11/02/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/03/2005 09:44:43 | | | |
| PACER Login: | bh0058 | Client Code: | 3097.36064 |
| Description: | Docket Report | Search Criteria: | 3:04-cv-00497-GPM |
| Billable Pages: | 3 | Cost: | 0.21 |