**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN -3 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*Kathryn Klein, etc. v. Certainteed Corp., et al.*, S.D. Illinois, C.A. No. 3:04-497

## *ORDER VACATING CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in this action (*Klein*) on December 21, 2004. The Panel has now been advised that *Klein* was remanded to the Circuit Court of Madison County, Illinois, by the Honorable G. Patrick Murphy in a minute entry filed on October 25, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-240" filed on December 21, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

PLEADING NO. 4386

OFFICIAL FILE COPY IMAGED JAN 3 '05