MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 4 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Perry W. Antoine, Sr. v. Vernon L. Langlinais, et al.*, W.D. Louisiana, C.A. No. 6:04-1892

## ORDER VACATING CONDITIONAL TRANSFER ORDER

PLEADING NO. 4390

    A conditional transfer order was filed in this action (*Antoine*) on December 21, 2004. The Panel has now been advised that *Antoine* was remanded to the Sixteenth Judicial District Court, Parish of Iberia, State of Louisiana, by the Honorable Tucker L. Melancon in an order filed on December 21, 2004.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-240" filed on December 21, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY   IMAGED JAN 5 '05