JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

JAN -5 2005

FILED
CLERK'S OFFICE

DOCKET NO. 875

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

## CONDITIONAL TRANSFER ORDER (CTO-240) – TAG ALONG ACTIONS

### PLAINTIFF BETTY MILLS' NOTICE OF OPPOSITION TO TRANSFER

MSS 1:04-810

COMES NOW, Plaintiff **Betty Mills** and files this Notice of Opposition to Transfer and would respectfully show unto the Court the following:

1. Plaintiff Betty Mills hereby gives Notice of Opposition to Transfer pursuant to Rule 7.4 of the Rules of the Judicial Panel on Multidistrict Litigation. Plaintiff opposes the conditional transfer as a Motion to Remand is pending.

WHEREFORE PREMISES CONSIDERED, Plaintiff give this notice of opposition to transfer.

Respectfully submitted on this ___ day of January, 2005.

                BETTY MILLS, INDIVIDUALLY,

                AND AS PERSONAL REPRESENTATIVE OF
                THE ESTATE OF ROGER MILLS, DECEASED,
                AND ON BEHALF OF ALL HEIRS AT LAW OF
                ROGER MILLS, DECEASED PLAINTIFF

                BY AND THROUGH HER
                ATTORNEYS

                RUSSELL L. COOK, JR. & ASSOCIATES

                BOYCE HOLLEMAN & ASSOCIATES

                BY: _____
                RUSSELL L. COOK, JR.
                TIM C. HOLLEMAN

RECEIVED
CLERK'S OFFICE
2005 JAN -4 P 2:53

RUSSELL L. COOK, JR.
TBN: 04756500
1401 MCKINNEY, SUITE 1800
HOUSTON, TEXAS 77010
TELEPHONE: (713) 751-0025
FACSIMILE: (713) 650-0521

**OFFICIAL FILE COPY**

IMAGED JAN 5 '05

1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 5 2005

FILED
CLERK'S OFFICE

TIM C. HOLLEMAN (MS. BAR #2526)
JEFFREY WHITE (MS. BAR #9914
BOYCE HOLLEMAN & ASSOCIATES
POST OFFICE DRAWER 1030
GULFPORT, MISSISSIPPI 39502
(228) 863-3142 OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served on all counsel listed on the attached service list by facsimile and/or regular mail on this the ____ day of January, 2005.

_____
RUSSELL L. COOK, JR.

RECEIVED
CLERK'S OFFICE
2005 JAN -4 P 2: 53
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### CONDITIONAL TRANSFER ORDER (CTO-240) – TAG ALONG ACTIONS

### ATTORNEY SERVICE LIST FOR CAUSE NO. 04-810; BETTY MILLS V. BORG WARNER CORPORATION

**Borg Warner Corporation**
Borg Warner Automotive, Inc.,
200 South Michigan Avenue
Chicago, Illinois, 60604
(home office)

**Bridgestone/Firestone
American Holdings, Inc.**
Ray Bailey & Associates
231 Bay Park Drive
Brandon, MS 39047
(registered agent)

**DaimlerChrysler Corporation**
Lawrence M. Coco, III
Baker, Donelson, Bearman
Caldwell & Berkowitz, PC
P.O. Box 14167
Jackson, MS 39236
(601) 351- 2400
(601) 351-2424 (fax)

**Dana Corporation**
Marcy B. Croft
Forman, Perry Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608
(601) 960-8600
(601) 960-8613 (Fax)

**Ford Motor Company**
Mark Carroll
Baker, Donelson, Bearman
Caldwell & Berkowitz, PC
P.O. Box 14167
Jackson, MS 39236
(601) 351- 2400
(601) 351-2424 (fax)

**General Motors Corporation**
Mark Carroll
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
P.O. Box 14167
Jackson, MS 39236
(601) 351- 2400
(601) 351-2424 (fax)

**Honeywell International, Inc.
fka Allied Signal, Inc.**
Corporation Service Company
506 S. President St.
Jackson, MS 39201
(Registered Agent)

**International Truck and Engine
Corporation**
James H. Bolin
Butler, Snow, O'Mara, Stevens
AmSouth Plaza, 17th Floor
Jackson, MS 39201
(601) 948-5711
(601) 985-4500 (Fax)

**Kelsey Hayes Company**
C. T. Corporation System
118 North Congress Street
Jackson, MS 39205

(Registered Agent)

## McCord Corporation
C.T. Corporation System
30600 Telegraph Road
Bingham Farms, Michigan 48025
(Registered Agent)

## Minnesota Mining & Manufacturing Co.
Barry W. Ford
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
P.O. Box 14167
Jackson, MS 39236
(601) 351- 2400
(601) 351-2424 (fax)

## Pnuemo Abex Corporation
Corporation Service Company
506 S. President St.
Jackson, MS 39201
(Registered Agent)

## Standard Motor Products, Inc.
37-18 Northern Blvd.
Long Island City, NY 11101
(home office)

## Pringle Ford, Inc.
L.V. Pringle, III
650 West Rodriquez
Biloxi, MS
(Registered Agent)