

**MDL 875**

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 5 2005

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIAB. LITIG. (NO. VI) | * * | MDL No. 875 (Hon. Charles Weiner) |

* * * * * *  oOo  * * * * * *

| | | |
|---|---|---|
| GALE D. WALKER | * | |
| Plaintiff, | * | Case No. AMD-04-CV-03278 (D. Md.) |
| -v.- | * | |
| OWENS ILLINOIS GLASS CO., et al., | * | |
| Defendants. | * | |

* * * * * *  oOo  * * * * * *

### LINE REGARDING DEFENDANT TELEDYNE CONTINENTAL MOTORS, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER

Defendant Teledyne Continental Motors, Inc. hereby withdraws Section I of its Argument in Opposition to Plaintiffs' Motion to Vacate Conditional Transfer, regarding timeliness. No contention is made that Plaintiff's Motion is untimely filed. The remainder of Defendant's Opposition remains unchanged.

Dated: January 4, 2005

_/s/ Michael A. Stodghill_
Michael A. Stodghill
Rubin & Rubin, Chartered
Suite 200
502 Washington Avenue
Towson, Maryland  21204
(443) 279-9700

Attorneys for Defendant,
Teledyne Continental Motors

PLEADING NO. 4393

RECEIVED CLERK'S OFFICE 2005 JAN -5 A 11: 28 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY** IMAGED JAN 6 '05

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 5 2005

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I HEREBY CERTIFY that on January 4, 2004, copies of the foregoing Line were mailed first class, postage prepaid, to the persons on the attached Panel Service List.

Dated: January 4, 2005

Michael A. Stodghill

## PANEL SERVICE LIST (Excerpted from CTO-239)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Gale D. Walker v. Owens-Illinois Glass Co., et al.*, D. Maryland, C.A. No. 1:04-3278  (Judge Andre M. Davis)

David W. Allen
Goodell, DeVries, Leech & Dann, LLP
One South Street
20th Floor
Baltimore, MD 21202

Thomas C. Beach, III
Whiteford, Taylor & Preston, LLP
7 Saint Paul Street
Suite 1400
Baltimore, MD 21202-1626

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Pamela T. Broache
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, MD 21201

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

George M. Church
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202

John Stewart Cobb
North & Cobb, P.A.
7313 York Road
Towson, MD 21204

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Paul Joseph Day
Piper Rudnick, LLP
6225 Smith Avenue
Baltimore, MD 21209-3600

Michael Albert Desantis
Hartel Kane Desantis MacDonald &
Howie LLP
6301 Ivy Lane, Suite 800
Greenbelt, MD 20770

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Robert L. Hebb
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, MD 21202

M. King Hill, III
Venable, LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, MD 21285-5517

Scot Allen Lewi S. Hinshaw
Hunton & Williams, LLP
1900 K Street, NW
Suite 1200
Washington, DC 20006

Andrew Janquitto
Mudd, Harrison & Burch
105 West Chesapeake Avenue
Suite 300
Towson, MD 21204

Robert D. Klein
Wharton, Levin, Ehrmantraut, Klein & Nash
104 West Street
P.O. Box 551
Annapolis, MD 21404-0551

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

F. Ford Loker, Jr.
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202

Stephen S. McCloskey
Simms Showers, LLP
20 S. Charles Street
Suite 702
Baltimore, MD 21201-3754

Donald S. Meringer
McCarter & English, LLP
300 E. Lombard Street
Suite 1000
Baltimore, MD 21202

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Nagle, III
Bodie, Nagle, Dolina, Smith & Hobbs
21 W. Susquehanna Avenue
Towson, MD 21204

Richard T. Radcliffe, Jr.
Dehay & Elliston, LLP
36 S. Charles Street
13th Floor
Baltimore, MD 21201

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronald Eugene Richardson
Law Offices of Peter G. Angelos
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025

Patrick C. Smith
Rubin & Rubin Chartered
502 Washington Avenue, Suite 200
Towson, MD 21204

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Michael A. Stodghill
Rubin & Rubin Chartered
One Church Street
Suite 301
Rockville, MD 20850

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Gerry H. Tostanoski
Tydings & Rosenberg
100 East Pratt Street
Baltimore, MD 21202

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406