MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 21 2004

FILED
CLERK'S OFFICE

DOCKET NO. 875

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-240)*

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 78,753 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

PLEADING NO. 4394

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN - 6 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

IMAGED JAN 6 '05   OFFICIAL FILE COPY

# SCHEDULE CTO-240 - TAG ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DISTRICT** **DIV.** **C.A.#**

### ARIZONA
AZ   2   04-1456   Jay Osborn, et al. v. ACandS, Inc., et al.

### CALIFORNIA NORTHERN
~~CAN   4   04-4841~~   ~~Donald Gendreau, et al. v. Allied Packing, et al.~~   **Vacated 1/3/05**

### ILLINOIS NORTHERN
ILN   1   04-6270   Floyd J. Clements, et al. v. Owens-Illinois, Inc.

### ILLINOIS SOUTHERN
~~ILS   3   04-497~~   ~~Kathryn Klein, etc. v. Certainteed Corp., et al.~~   **Vacated 1/3/05**
ILS   3   04-777   Eugene Gray, et al. v. Burlington Northern & Santa Fe Railway Co.
~~ILS   3   04-816~~   ~~Luke Lindau, et al. v. A.W. Chesterton, Inc., et al.~~   **Vacated 1/3/05**

### INDIANA SOUTHERN
INS   1   04-1769   Joe G. Kasler v. Norfolk Southern Railway Co.
INS   1   04-1770   Thomas L. Loeffler v. CSX Transportation, Inc., et al.
INS   1   04-1771   Terry R. Culver v. CSX Transportation, Inc.
INS   1   04-1772   Wilbur J. Dossey v. Consolidated Rail Corp., et al.
INS   1   04-1773   Herbert Horace Ross v. CSX Transportation, Inc.

### LOUISIANA WESTERN
~~LAW   6   04-1892~~   ~~Perry W. Antoine, Sr. v. Vernon L. Langlinais, et al.~~   **Vacated 1/4/05**

### MARYLAND
MD   1   04-2629   Donald Lee Bowers v. A.O. Smith Water Products, et al.
MD   1   04-3561   Leroy F. Willner, et al. v. ACandS, Inc., et al.

### MISSOURI WESTERN
MOW   4   04-962   Charles W. Strandt v. Burlington Northern & Santa Fe Railway Co.

### MISSISSIPPI SOUTHERN
MSS   1   04-750   John Alamia, et al. v. A.R. Wilfley & Sons, et al.
~~MSS   1   04-810~~   ~~Betty Mills, etc. v. Borg-Warner Corp., et al.~~   **Opposed 1/5/05**

### MONTANA
MT   4   04-120   Allan D. Clampitt v. Armstrong Cork Co., et al.

### NORTH CAROLINA MIDDLE
NCM   1   04-971   Madeline Hathcock Melton, etc. v. Anchor Packing Co., et al.

### NORTH CAROLINA WESTERN
NCW   1   04-225   Joyce Suttles Hendrix, et al. v. Aqua-Chem, Inc., et al.
NCW   1   04-229   Charles T. Childress, et al. v. Aqua-Chem, Inc., et al.
NCW   1   04-244   Ben E. Bowen, et al. v. Fluor Daniel, Inc., et al.
NCW   1   04-245   Thomas G. Meade, et al. v. Fluor Daniel, Inc., et al.

### NEVADA
~~NV   3   04-625~~   ~~Dennis Knutson, et al. v. Allis-Chalmers Corp., et al.~~   **Opposed 12/30/04**

### NEW YORK EASTERN
NYE   1   04-4066   Roberta Nason, etc. v. A.W. Chesterton Co., et al.
NYE   1   04-4067   Anne Cameron, etc. v. A.W. Chesterton Co., et al.
NYE   1   04-4186   Robert Gibe, et al. v. A.W. Chesterton Co., et al.
NYE   1   04-4187   Bruce Bernstein v. A.W. Chesterton Co., et al.

| DISTRICT | DIV. | C.A.# | |
|---|---|---|---|

**NEW YORK SOUTHERN**
- NYS 1 04-8119 — Vincenza Lala, et al. v. A.W. Chesterton Co., et al.
- NYS 1 04-9053 — Gerald Clayton Carpenter, et al. v. General Electric Co.

**OREGON**
- OR 3 04-404 — Marianne Demuth, etc. v. Certainteed Corp., et al.

**SOUTH CAROLINA**
- SC 2 04-22936 — Barbara J. Muth v. Owens-Illinois, Inc., et al.
- SC 6 04-22631 — Ronald W. Pittman, et al. v. Aqua-Chem, Inc., et al.

**TEXAS EASTERN**
- ~~TXE 6 04-444 — Bobbie Jean Bagwell, etc. v. Honeywell, Inc., et al.~~ Opposed 12/30/04

**VIRGINIA EASTERN**
- VAE 2 04-8175 — Theodore P. Broberg v. American Standard, et al.
- VAE 2 04-8176 — Griffis, Don G. v. American Standard, et al.
- VAE 2 04-8177 — Raymond W. Paul v. American Standard, et al.
- VAE 2 04-8178 — William T. Dalbec v. American Standard, et al.
- VAE 2 04-8179 — James E. Freeman v. American Standard, et al.
- VAE 2 04-8180 — John P. Garcia v. American Standard, et al.
- VAE 2 04-8181 — Anthony J. Grasso v. American Standard, et al.
- VAE 2 04-8182 — Guy F. Jones v. American Standard, et al.
- VAE 2 04-8183 — John H. Pardue v. American Standard, et al.
- VAE 2 04-8184 — Charles C. Stamper v. American Standard, et al.
- VAE 2 04-8185 — Michael J. Stecher v. American Standard, et al.
- VAE 2 04-8186 — Asbury, Don Chapman v. American Standard, et al.
- VAE 2 04-8187 — Charles M. Bush v. American Standard, et al.
- VAE 2 04-8188 — James M. Legates v. American Standard, et al.
- VAE 2 04-8189 — George L. Morgan v. American Standard, et al.
- VAE 2 04-8190 — Norman E. Andersen v. American Standard, et al.
- VAE 2 04-8191 — Richard Barba v. American Standard, et al.
- VAE 2 04-8192 — Walter E. Bartholomew v. American Standard, et al.
- VAE 2 04-8193 — Jack D. Blunt v. American Standard, et al.
- VAE 2 04-8194 — Hector M. Contreras v. American Standard, et al.
- VAE 2 04-8195 — Roy D. Dishman v. American Standard, et al.
- VAE 2 04-8196 — William R. Failor v. American Standard, et al.
- VAE 2 04-8197 — Carroll Fritts v. American Standard, et al.
- VAE 2 04-8198 — Alfred D. Fritz v. American Standard, et al.
- VAE 2 04-8199 — Loren C. Gerrish v. American Standard, et al.
- VAE 2 04-8200 — James R. Gordon v. American Standard, et al.
- VAE 2 04-8201 — Quincy L. Hailey v. American Standard, et al.
- VAE 2 04-8202 — Russell D. Haney v. American Standard, et al.
- VAE 2 04-8203 — Willis Hicks v. American Standard, et al.
- VAE 2 04-8204 — Harry H. Hughes v. American Standard, et al.
- VAE 2 04-8205 — Louis A. Johnson v. American Standard, et al.
- VAE 2 04-8206 — Milton E. Kelley v. American Standard, et al.
- VAE 2 04-8207 — Archie L. Kerr v. American Standard, et al.
- VAE 2 04-8208 — Charles B. Knapp v. American Standard, et al.
- VAE 2 04-8209 — Kenneth K. Kritenbrink v. American Standard, et al.
- VAE 2 04-8210 — Thomas C. Mallory v. American Standard, et al.
- VAE 2 04-8211 — Donald E. Rapson v. American Standard, et al.
- VAE 2 04-8212 — Tom E. Shaw v. American Standard, et al.
- VAE 2 04-8213 — Roger R. Bauder v. American Standard, et al.
- VAE 2 04-8214 — Kenneth N. Bolls v. American Standard, et al.
- VAE 2 04-8215 — Norbert H. Brenner v. American Standard, et al.
- VAE 2 04-8216 — Orland G. Buckridge v. American Standard, et al.
- VAE 2 04-8217 — Roy Bullock v. American Standard, et al.

**DISTRICT** **DIV.** **C.A.#**

| DISTRICT | DIV. | C.A.# | Case |
|---|---|---|---|
| VAE | 2 | 04-8218 | Chester C. Burress v. American Standard, et al. |
| VAE | 2 | 04-8219 | Gerald E. Coleman v. American Standard, et al. |
| VAE | 2 | 04-8220 | Jose G. Cordova v. American Standard, et al. |
| VAE | 2 | 04-8221 | Darrell W. Davis v. American Standard, et al. |
| VAE | 2 | 04-8222 | William J. Feltrop v. American Standard, et al. |
| VAE | 2 | 04-8223 | Clarence W. Gilbert v. American Standard, et al. |
| VAE | 2 | 04-8224 | Raymond L. Goldsboro v. American Standard, et al. |
| VAE | 2 | 04-8225 | Don Hudgell v. American Standard, et al. |
| VAE | 2 | 04-8226 | Francis N. Jennings v. American Standard, et al. |
| VAE | 2 | 04-8227 | Donald J. Kjellberg v. American Standard, et al. |
| VAE | 2 | 04-8228 | Dick A. Mattox v. American Standard, et al. |
| VAE | 2 | 04-8229 | William R. Mozes v. American Standard, et al. |
| VAE | 2 | 04-8230 | Joseph L. Murer v. American Standard, et al. |
| VAE | 2 | 04-8231 | Albert H. Peavler v. American Standard, et al. |
| VAE | 2 | 04-8232 | Robert H. Petersen v. American Standard, et al. |
| VAE | 2 | 04-8233 | Paul W. Phillips v. American Standard, et al. |
| VAE | 2 | 04-8234 | Edward F. Powers v. American Standard, et al. |
| VAE | 2 | 04-8235 | Dan H. Richards v. American Standard, et al. |
| VAE | 2 | 04-8236 | Leroy F. Rohde v. American Standard, et al. |
| VAE | 2 | 04-8237 | Clarence W. Ronimous v. American Standard, et al. |
| VAE | 2 | 04-8238 | Alfonso N. Ruiz v. American Standard, et al. |
| VAE | 2 | 04-8239 | Loren D. Serfass v. American Standard, et al. |
| VAE | 2 | 04-8240 | George V. Staples v. American Standard, et al. |
| VAE | 2 | 04-8241 | Verle W. Tasche v. American Standard, et al. |
| VAE | 2 | 04-8242 | Kenneth L. Ulmer v. American Standard, et al. |
| VAE | 2 | 04-8243 | Kennett Walling v. American Standard, et al. |
| VAE | 2 | 04-8244 | Robert F. Warren v. American Standard, et al. |
| VAE | 2 | 04-8245 | Michael P. Wild v. American Standard, et al. |
| VAE | 2 | 04-8246 | Warner G. Williams v. American Standard, et al. |
| VAE | 2 | 04-8247 | Victor Lee Gilliland v. American Standard, et al. |
| VAE | 2 | 04-8248 | Ernest S. Robertson v. American Standard, et al. |
| VAE | 2 | 04-8249 | Daniel W. Williams v. American Standard, et al. |
| VAE | 2 | 04-8250 | Jimmy H. Wyatt v. American Standard, et al. |
| VAE | 4 | 04-2891 | William Lee, Sr. v. DaimlerChrysler Corp., et al. |
| VAE | 4 | 04-2892 | Samuel T. Jones, Jr. v. DaimlerChrysler Corp., et al. |
| VAE | 4 | 04-2893 | Charles B. Watkins v. DaimlerChrysler Corp., et al. |
| VAE | 4 | 04-2894 | Norman Webster v. DaimlerChrysler Corp., et al. |

WEST VIRGINIA NORTHERN

~~WVN 2 04-41 Matthew Phillips, et al. v. Allegheny Energy, Inc., et al.~~ **Vacated 12/28/04**