JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 7 2005

FILED
CLERK'S OFFICE



MDL 875

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: ASBESTOS PRODUCTS LIABILITY      :
LITIGATION (NO. VI)                                     :
                                                                      :
———————————————————— x

This Document Relates to:                           :          CIVIL ACTION NO. MDL 875
                                                                      :
Law Firm of Cascino Vaughan                    :
                                                                      :
United States District Court                        :
Northern District of Illinois                         :
                                                                      :
(See attached list of cases)                          :
[In the event the above-listed case is a multiple  :
plaintiff (victim) action, this transfer is for the  :
above-named party only, or said party's repre-   :
sentative, and any spousal or dependent actions.]:
———————————————————— x

PLEADING NO. 4395

2005 JAN -5 P 1: 18
PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

## SUGGESTION OF REMAND

THESE MATTERS being reviewed this date upon Plaintiff's Motion To Remand to the

United States District Court for the Northern District of Illinois, and the Court having reviewed these

cases and having had settlement conferences with the parties, and now believing that such motion is

appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further

date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

damages are hereby ORDERED severed from these cases and retained by the Court within its

jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

**OFFICIAL FILE COPY**

IMAGED JAN 10 05

THE COURT SUGGESTS that the cases listed upon the attachment should now be REMANDED to the United States District Court for the Northern District of Illinois for such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 1/5/2005

Charles   R.   Weiner                    J.

# LIST OF CASES FOR REMAND

| | Name | Number | Jurisdiction |
|---|---|---|---|
| 1. | Carmen P. D'Amico | 1:97-2943 | ND-IL |
| 2. | Doris Elaine NEU | 1:98-2734 | ND-IL |
| 3. | Ruby L. MADDOX | 1:99-1539 | ND-IL |
| 4. | Frank PAULEY | 1:99-5290 | ND-IL |
| 5. | James BEVERLY | 1:99-5936 | ND-IL |
| 6. | John J. BURNETT | 1:99-6042 | ND-IL |
| 7. | Samuel WILLIAMS | 1:99-8520 | ND-IL |
| 8. | Peter A. CACELLO | 1:00-1795 | ND-IL |
| 9. | Eugene YOUNGBLOOD | 1:00-8219 | ND-IL |
| 10. | Jerome L. RIEGLER | 1:01-0447 | ND-IL |
| 11. | Deseree WILLIAMS | 1:01-2551 | ND-IL |