**MDL 875**

## BEFORE THE JUDICIAL PANEL ON MULTI DISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**

**MDL DOCKET NO. 875**

This Document Relates to:
**ROY BARRY, et al. vs.**
**A.O. SMITH CO., ET AL**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**JAN 1 0 2005**

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROY BARRY                                                    PLAINTIFF

VERSUS                                          CAUSE NO. 1:04CV731GRO

A.O. SMITH, ET AL.                                          DEFENDANTS

### CORPORATE DISCLOSURE STATEMENT OF JOHN CRANE, INC.

COMES NOW Defendant John Crane, Inc., pursuant to the Fed. R. Civ. P. 7.1 (2002) and

files this its Corporate Disclosure Statement and would respectfully show unto the Court as

follows:

1.  John Crane, Inc. is a wholly owned subsidiary of Smith's Group P.L.C.

2.  John Crane, Inc. is not a publically held company.

3.  Smith's Group P.L.C. is publically traded in the United Kingdom and owns 100%

    of the stock of John Crane, Inc.

RESPECTFULLY SUBMITTED, this the *30* day of December 2004.

JOHN CRANE, INC.

By: _____
CAREY R. VARNADO
ATTORNEY FOR DEFENDANT

**OFFICIAL FILE COPY**

IMAGED JAN 10 — '05

PLEADING NO. 4396

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that I have this date mailed, by United States Mail, postage prepaid, a true and correct copy of the foregoing document to Plaintiffs' counsel and Choice Copy Services.

This the _30_ day of December 2004.

_Carey R Varnado_

CAREY R. VARNADO

MONTAGUE, PITTMAN & VARNADO, P.A.
525 Main Street
Post Office Box 1975
Hattiesburg, MS 39403-1975
Telephone: 601/544-1234
Facsimile: 601/544-1280