**MDL ⁻875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 10 2005

FILED
CLERK'S OFFICE

PLEADING NO. 4397

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

This Document Relates To:

MDL 875

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JAMES E. WALKER, ET AL.                                PLAINTIFFS

V.                                                     CIVIL ACTION NO. 1:02CV730GR

A. R. WILFLEY & SONS, ET AL.                          DEFENDANTS

CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the undersigned representative of The Quaker Oats Company, in the above captioned action, certifies that PepsiCo, Inc., is the parent company of The Quaker Oats Company.

The Quaker Oats Company does not have publicly traded stock and no public company owns ten percent (10%) or more of its stock.

Respectfully submitted,

THE QUAKER OATS COMPANY,
Defendant

By: _____
       OF COUNSEL

**OFFICIAL FILE COPY**

IMAGED JAN 10 '05

Thomas W. Tyner, MSB# 8170
Dawn E. Fulce, MSB# 9355
Aultman, Tyner & Ruffin, Ltd.
315 Hemphill Street
P. O. Box 750
Hattiesburg, MS 39401
Ph:   601-583-2671
Fax:  601-583-2677

## CERTIFICATE OF SERVICE

I, Dawn E. Fulce, undersigned attorney for Defendant in the above-referenced cause, do hereby certify that I have this day caused to be mailed, via United States Postal Service, first class, postage prepaid, a true and correct copy of the above and foregoing *Corporate Disclosure Statement of Defendant, The Quaker Oats Company,* to:

Larry O. Norris, Esq.
LARRY O. NORRIS, P.A.
Post Office Box 8
Hattiesburg, MS 39403-0008

Choice Copy Service
125 S. Congress Street, Ste. L-150
Jackson, MS 39201

**ALL OTHER KNOWN COUNSEL OF RECORD.**

This the 5th day of January, 2005.

DAWN E. FULCE