MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 1 0 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

MDL No. 875

This Document Relates To:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JAMES E. WALKER, ET AL.                                    PLAINTIFFS

V.                                                CIVIL ACTION NO. 1:02CV730GR

A. R. WILFLEY & SONS, ET AL.                              DEFENDANTS

CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the undersigned representative of **The Marley Pump Company** in the above-captioned action certifies that it is a former operating division of **The Marley Company** and **The Marley-Wylain Company**. **The Marley Pump Company** has not existed as a division for any products since 2001.

**The Marley Pump Company** does not have publicly traded stock.

**The Marley Company** is a wholly owned subsidiary of **SPX Corporation** which has publicly traded stock.

Respectfully submitted,

THE MARLEY PUMP COMPANY,
Defendant

By: _____
OF COUNSEL

OFFICIAL FILE COPY
IMAGED JAN 10 - '05

Thomas W. Tyner, MSB# 8170
Dawn E. Fulce, MSB#9355
Aultman, Tyner & Ruffin, Ltd.
315 Hemphill Street
P. O. Box 750
Hattiesburg, MS 39401
Ph:   601-583-2671
Fax:  601-583-2677

## CERTIFICATE OF SERVICE

I, Dawn E. Fulce, undersigned counsel for Defendant, do hereby certify that I have this day caused to be mailed, via United States Postal Service, first class, postage prepaid, a true and correct copy of the above and foregoing *Corporate Disclosure Statement of Defendant, The Marley Pump Company* to:

Larry O. Norris, Esq.
LARRY O. NORRIS, P. A.
Post Office Box 8
Hattiesburg, MS 39403-0008

Choice Copy Service
125 S. Congress Street, St. L-150
Jackson, MS 39201

**ALL OTHER KNOWN COUNSEL OF RECORD.**

This the 5th day of January, 2005.

_____
DAWN E. FULCE