## BEFORE THE JUDICIAL PANEL ON MULTI DISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    MDL DOCKET NO. 875

**This Document Relates to:**
ROY BARRY, et al. vs.
A.O. SMITH CO., ET AL

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 10 2005

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROY BARRY

                                                                PLAINTIFF

VERSUS                                     CAUSE NO. 1:04CV731GRO

A.O. SMITH, ET AL.                                              DEFENDANTS

### CORPORATE DISCLOSURE STATEMENT OF BY ANDRITZ INC., ON BEHALF OF ANDRITZ SPROUT-BAUER, INC. AND C.E. BAUER DIGESTER

COMES NOW Defendant Andritz Inc., on behalf of Andritz Sprout-Bauer, Inc. and C.E. Bauer Digester, pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multi District Litigation and files this its Corporate Disclosure Statement and would respectfully show unto the Court as follows:

1. Andritz Inc. is a wholly-owned subsidiary of Andritz (USA) Inc., a corporation organized and existing under the laws of Delaware. Andritz (USA) Inc. is a wholly-owned subsidiary of Andritz AG, a company organized and existing under the laws of Austria.

2. Andritz Inc. is not a publicly held company. Andritz (USA) Inc. is not a publicly held company.

PLEADING NO. 4399

OFFICIAL FILE COPY
IMAGED JAN 10 '05

3. Andritz AG, Andritz Inc.'s indirect parent, is publicly traded on the Vienna Stock Exchange and owns 100% of the stock of Andritz (USA) Inc. Andritz (USA) Inc. owns 100% of the stock of Andritz Inc.

RESPECTFULLY SUBMITTED, this the 4th day of January, 2005.

                              ANDRITZ INC.

                     By: _____
                              Carey R. Varnado (MSB #6593)
                              Shannon S. McFarland (MSB #100627)
                              ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that I have this date mailed, by United States Mail, postage prepaid, a true and correct copy of the foregoing document to all counsel of record.

This the 4th day of January, 2005.

*Shannon S. McFarland*
Shannon S. McFarland

MONTAGUE, PITTMAN & VARNADO, P.A.
525 Main Street
Post Office Box 1975
Hattiesburg, MS 39403-1975
Telephone: 601/544-1234
Facsimile: 601/544-1280

RECEIVED CLERK'S OFFICE
2005 JAN -7 P 4:50
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION