MDL-875

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 1 0 2005

FILED
CLERK'S OFFICE

| | |
|---|---|
| GAIL BOSTON and ELIZABETH BOSTON, his wife, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | )  CIVIL ACTION ) DOCKET NO. CV-04-122-P-S |
| EASTERN REFRACTORIES CO., INC., ET AL, | ) ) ) |
| Defendants. | ) ) |

PLEADING NO. 4400

## METROPOLITAN LIFE INSURANCE COMPANY'S
## AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney for Defendant, Metropolitan Life Insurance Company, states that Metropolitan Life Insurance Company is not publicly traded, as it is a wholly-owned subsidiary of MetLife, Inc. MetLife, Inc. is a publicly traded company.

Respectfully submitted,

_(signature)_
Jon A. Haddow, Esq.
Farrell, Rosenblatt & Russell
61 Main Street, Suite 1
P.O. Box 738
Bangor, Maine  04402-0738
(207) 990-3314
Attorneys for Defendant
Metropolitan Life Insurance Co.

Of Counsel:
Stephen Fennell
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

OFFICIAL FILE COPY   IMAGED JAN 10 '05

**Gail Boston and Elizabeth Boston  vs.  Eastern Refractories Co., Inc., et als.**
Docket No.  CV-04-152

SERVICE LIST

R. Terrance Duddy, Esq.
Kelly Remmel & Zimmerman
P.O. Box 597
Portland, ME  04112-0597

James J. Bedortha, Esq.
Goldberg, Persky & White, P.C.
1030 Fifth Avenue, 5th Floor
Pittsburgh, PA  15219-6295

John Crane, Inc.
c/o Theodore H. Kirchner, Esq.
Norman, Hanson & DeTroy, LLC
P.O. Box 4600
Portland, ME  04112-4600

Ingersoll-Rand
c/o Richard B. Kirby, Esq.
LeComte, Emanualson
1250 Hancock Street, Suite 815N
Quincy, MA  02169

American Standard, Inc.
c/o Michelle Allott
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME  04112-4726

Coltec Industries
c/o George F. Burns, Esq.
Bernstein, Shur, Sawyer & Nelson
P.O. Box 9729
Portland,  ME  04104-5029



DeZurik, Inc.


Crane Valve Group


Menard & Hohgnson Plumbing & Heating Co.


Eastern Refractories Co.
c/o John H. Rich, III, Esq.
Perkins, Thompson, Hinckley & Keddy
P.O. Box 426
Portland, ME  04112-03426


Rapid American Corp.
c/o Mark Furey, Esq.
Thompson, McNaboe, Ashley & Bull
P.O. Box 447
Portland, ME  04112-0447


Gould Pumps, Inc.
c/o Geoffrey K. Cummings, Esq.
Preti Flaherty Beliveau Pachios & Haley
P.O. Box 9546
Portland, ME  04112-9546


Worthington Pump, Inc.
c/o Peter J. Rubin, Esq.
Bernstein Shur Sawyer & Nelson
P.O. Box 9729
Portland, ME  04104


W.L. Blake
c/o Michael E. Saucier, Esq.
Thompson & Bowie
P.O. Box 4630
Portland, ME  04112

Beazer East, Inc.
c/o Harold J. Friedman, Esq.
Michelle Abbott, Esq.
Friedman Gaythwaite Wolf & Leavitt
P.O. Box 4726
Portland, ME  04112


Zurn Industries
c/o Theodore H. Kirchner, Esq.
Norman, Hanson & DeTroy, LLC
P.O. Box 4600
Portland, ME  04112-4600


Fabri-Valve Group


Honeywell, Inc.
c/o Steve Whiting, Esq.
75 Pearl Street, Suite 207
Portland, ME  04101


Tri-State Packing Supply
c/o Martica S. Douglas, Esq.
Douglas Denham Buccina & Ernst
P.O. Box 7108
Portland, ME  04112-7108