04-CV-01601-ORD

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 11 2005

FILED
CLERK'S OFFICE

Honorable John C. Coughenour

MDL- 875 RECOMMENDED ACTION

VACATE CTO-237 + HSO-1 ACTION
Approved/Date: JMK 1/10/05

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

KENNETH McEDWARDS and TERRY McEDWARDS, husband and wife,

Plaintiffs,

v.

FOSTER-WHEELER ENERGY CORP., et al.,

Defendants.

No. NO. C04-1601 JCC

STIPULATED MOTION AND PROPOSED ORDER TO REMAND CASE TO SUPERIOR COURT

TO: CLERK OF THE COURT

COME NOW Defendant General Electric Company and Plaintiffs, by and through their counsel of record, and hereby stipulate that this matter should be remanded to King County Superior Court, Cause No. 04-2-14628-3 SEA.

DATED this 10th day of November, 2004.

SCHROETER, GOLDMARK & BENDER

/s/Kristin Houser
KRISTIN HOUSER, WSBA #7286
Counsel for Plaintiffs
810 Third Avenue, Suite 500
Seattle, Washington 98104
(206) 622-8000
(206) 682-2305
E-mail: Housert@SGB-law.com

WILLIAMS, KASTNER & GIBBS, PLLC

/s/Christopher S. Marks
CHRISTOPHER S. MARKS, WSBA #28634
KENNETH E. PETTY, WSBA #9372
Counsel for Defendant General Electric
Two Union Square, Suite 4100
Seattle, Washington 98101
(206) 628-6600
(206) 628-6611
E-mail: cmarks@wkg.com

IT IS SO ORDERED.

DATED this ___ day of _____, 2004.

McEdwards v. Foster-Wheeler, et al.
U.S.D.C. No. C04-1601JCC - 1
Stipulated Motion and Proposed Order to
Remand Case to Superior Court - 1

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

Nov 16, 2004

_____
JUDGE

Presented by:

SCHROETER, GOLDMARK & BENDER

/s/Kristin Houser
WSBA #7286
Counsel for Plaintiffs
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
E-mail: Houser@SGB-law.com

Copy received, approved as to form;
Notice of presentation waived:

/s/Christopher S. Marks
WSBA #28634
KENNETH E. PETTY, WSBA #9372
Counsel for Defendant General Electric
Two Union Square, Suite 4100
Seattle, Washington 98101
(206) 628-6600
(206) 628-6611
E-mail: cmarks@wkg.com

McEdwards v. Foster-Wheeler, et al.
U.S.D.C. No. C04-1601JCC - 2
Stipulated Motion and Proposed Order to
Remand Case to Superior Court - 2

SCHROETER, GOLDMARK & BENDER
810 Third Avenue, Seattle, WA 98104
(206) 622-8000