JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JAN 13 2005

FILED CLERK'S OFFICE



*DOCKET NO. 875*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-241)*

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 78,910 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

PLEADING NO. 4403

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

IMAGED

JAN 14 2005

OFFICIAL FILE COPY

# SCHEDULE CTO-241 - TAG ALONG ACTIONS
# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DISTRICT | DIV. | C.A.# | |
|---|---|---|---|
| ILLINOIS SOUTHERN | | | |
| ILS | 3 | 04-859 | Charles Thomas, et al. v. Canadian National Illinois Central Railway Co. |
| ILS | 3 | 04-860 | Jerry Lundy, et al. v. Canadian National Illinois Central Railway Co. |
| MAINE | | | |
| ME | 2 | 04-259 | Paul J. Morrissette, et al. v. Metropolitan Life Insurance Co., et al. |
| ME | 2 | 04-274 | Richard N. Thomas, et al. v. Metropolitan Life Insurance Co., et al. |
| MISSOURI EASTERN | | | |
| MOE | 4 | 04-1388 | Winton A. Albert v. 3M Co., et al. |
| MOE | 4 | 04-1389 | Charles R. Belgeri, et al. v. 3M Co., et al. |
| MOE | 4 | 04-1390 | John J. Bockskopf, et al. v. 3M Co., et al. |
| MOE | 4 | 04-1391 | Edward L. Borgmann, et al. v. 3M Co., et al. |
| MOE | 4 | 04-1392 | James W. Britton, et al. v. 3M Co., et al. |
| MOE | 4 | 04-1393 | Lawrence J. Christopher, et al. v. 3M Co., et al. |
| MOE | 4 | 04-1394 | Thomas John Collins v. 3M Co., et al. |
| MOE | 4 | 04-1395 | William F. Filla v. 3M Co., et al. |
| MOE | 4 | 04-1396 | John W. Forristall v. 3M Co., et al. |
| MOE | 4 | 04-1397 | Marvin Knuckles, et al. v. 3M Co., et al. |
| MOE | 4 | 04-1398 | John A. Martin, Jr., et al. v. 3M Co., et al. |
| MOE | 4 | 04-1399 | Joseph W. Needham, et al. v. 3M Co., et al. |
| MOE | 4 | 04-1400 | Joseph J. Ryan, et al. v. 3M Co., et al. |
| MOE | 4 | 04-1401 | Paul Seabaugh, et al. v. 3M Co., et al. |
| MOE | 4 | 04-1402 | James R. Welch, et al. v. 3M Co., et al. |
| MOE | 4 | 04-1403 | John C. Bess, et al. v. 3M Co., et al. |
| MOE | 4 | 04-1404 | William York, et al. v. 3M Co., et al. |
| MOE | 4 | 04-1405 | Arthur R. Waterman, et al. v. 3M Co., et al. |
| MOE | 4 | 04-1406 | Edmond D. Shay, et al. v. 3M Co., et al. |
| MOE | 4 | 04-1407 | Raymond L. Hartrup v. 3M Co., et al. |
| MOE | 4 | 04-1408 | Richard Klein, Jr., et al. v. 3M Co., et al. |
| MOE | 4 | 04-1409 | Thomas P. Hanley v. 3M Co., et al. |
| MOE | 4 | 04-1410 | Gary L. Burle, et al. v. 3M Co., et al. |
| MOE | 4 | 04-1411 | Robert L. Phillips, et al. v. 3M Co., et al. |
| MOE | 4 | 04-1412 | Johnny W. Vavak, et al. v. 3M Co., et al. |
| MOE | 4 | 04-1558 | Ruby Lee Smith, et al. v. 3M Co., et al. |
| MISSISSIPPI SOUTHERN | | | |
| MSS | 1 | 04-874 | Paul Brumfield, et al. v. A-Bex Corp., et al. |
| NEW YORK EASTERN | | | |
| NYE | 1 | 04-4473 | Catherine Willis, etc. v. A.W. Chesterton Co., et al. |
| NEW YORK SOUTHERN | | | |
| NYS | 1 | 04-9320 | Joseph S. Zafonte, et al. v. A.O. Smith Water Products Co., et al. |
| NYS | 1 | 04-9321 | Robert W. Nesbiet v. General Electric Co., et al. |
| NYS | 1 | 04-9329 | Howard B. Fentress v. United States Lines Inc. Reorganization Trust |
| SOUTH CAROLINA | | | |
| SC | 2 | 04-23091 | William A. Keller, et al. v. Anchor Packing Co., et al. |
| VIRGINIA EASTERN | | | |
| VAE | 4 | 04-2890 | Rudolph N. Benson, Jr. v. DaimlerChrysler Corp., et al. |