

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 14 2005

PrepCRO

FILED
CLERK'S OFFICE



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :
:
_____x

This Document Relates to: : CIVIL ACTION NO. MDL 875

Law Firm of Gertler, Gertler, Vincent & Plotkin :

United States District Court
Eastern District of Louisiana :

Beverly Blane CONN, C.A. No. 03-2226 R(3) :

[In the event the above-listed case is a multiple :
plaintiff (victim) action, this transfer is for the :
above-named party only, or said parties repre- :
sentative, and any spousal or dependent actions.]:
_____x

FILED
NOV 12 2004
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

MDL-875 RECOMMENDED ACTION
CRO - on order
Approved/Date: ___ 12/3

PLEADING NO. 4406

### SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Defendant's Motion To Remand to the United States District Court for the Eastern District of Louisiana, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since one defendant remains for trial and the parties are at an impasse;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

IMAGED JAN 18 '05   OFFICIAL FILE COPY

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Eastern District of Louisiana for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 11/9/2004

_____
Charles   R.   Weiner            J.