MDL 875

HB
TK
ACL- PrepCRO

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 18 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY   :
LITIGATION (NO. VI)                  :
                                     :
                                     :
_____x

FILED NOV 29 2004

This Document Relates to:            :        CIVIL ACTION NO. MDL 875

Law Firm of Sales, Tillman,          :
Wallbaum, Catlett & Satterley        :

United States District Court         :
Eastern District of Kentucky         :
                                              MDL- 875
Estate of Dennis MARTIN, C.A. No. 02-00201   :        RECOMMENDED ACTION
                                     :
[In the event the above-listed case is a multiple : CRO - one action
plaintiff (victim) action, this transfer is for the : Approved/Date: M/L  1/11
above-named party only, or said parties repre-  :
sentative, and any spousal or dependent actions.]:
_____x

PLEADING NO. 4409

ENTERED

NOV 2 4 2004

SUGGESTION OF REMAND

CLERK OF COURT

THIS MATTER being reviewed this date upon Defendant's Motion To Remand to the United States District Court for the Eastern District of Kentucky, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

IMAGED

OFFICIAL FILE COPY   JAN 18 2005

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Eastern District of Kentucky for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 11/22/2004

_____
Charles   R.   Weiner                J.