MDL 875

HB
RH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/05

PLEADING NO. 4412

------------------------------------X    UNITED STATES DISTRICT COURT
PHILOMENA STORTINI, as Proposed          SOUTHERN DISTRICT OF NEW YORK
Executrix of the Estate of JOSEPH A.
STORTINI, and Individually,              No. 04-CV-6055(RJH)

        Plaintiff,

   v.                                   STIPULATION

GENERAL ELECTRIC COMPANY, et al.,

        Defendants.
------------------------------------X

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 26 2005

FILED
CLERK'S OFFICE

    PHILOMENA STORTINI, as Proposed Executrix of the Estate of JOSEPH A. STORTINI and Individually, plaintiff, and GENERAL ELECTRIC COMPANY, defendant, by their respective attorneys undersigned, hereby stipulate and agree to the following:

    1.    Plaintiff PHILOMENA STORTINI, as Proposed Executrix of the Estate of JOSEPH A. STORTINI and Individually, as well as any individuals or representatives claiming for or through them agree not to pursue any claims against defendant GENERAL ELECTRIC COMPANY nor seek any damages from General Electric Company for any injuries which arise from JOSEPH A. STORTINI'S exposure to asbestos during his service in the United States Navy or onboard United States Navy Ships.

    2.    Plaintiff and defendant GENERAL ELECTRIC COMPANY, in consideration for the Agreement embodied in this Stipulation, agree to the remand of this action back to the Supreme Court of the State of New York, County of New York.

MDL- 875
RECOMMENDED ACTION
Vacate CTO-237 + H.S.O.
Approved/Date: MJB (for TMK) 1/26/05

OFFICIAL FILE COPY

IMAGED JAN 26 '05

Dated: January 18, 2005

| SEDGWICK, DETERT, MORAN & ARNOLD, LLP | WEITZ & LUXENBERG, P.C. |
|---|---|
| BY: _____ <br> Michael A. Tanenbaum (MT-4403) <br> Attorneys for Defendant <br> GENERAL ELECTRIC COMPANY <br> Three Gateway Center, 12th Floor <br> Newark, NJ 07102 <br> (973) 242-0002 | BY: _____ <br> Bryan Belasky (BB-1777) <br> Attorneys for Plaintiff <br> PHILOMENA STORTINI <br> <br> 180 Maiden Lane, 17th Floor <br> New York, NY 10038 <br> (212) 558-5500 |

SO ORDERED:

_____ U.S.D.J.

Dated: New York, NY
January 20, 2005