MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 2 6 2005

FILED
CLERK'S OFFICE

PLEADING NO. 4413

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Philomena Stortini, etc. v. General Electric Co.*, S.D. New York, C.A. No. 1:04-6055

### ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE JANUARY 27, 2005 HEARING SESSION

A conditional transfer order was filed in this action (*Stortini*) on October 14, 2004. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Stortini* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Stortini* was remanded to the Supreme Court of the State of New York, County of New York, by the Honorable Richard J. Holwell in an order signed on January 20, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-237" filed on October 14, 2004, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 14, 2004, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

OFFICIAL FILE COPY

IMAGED JAN 26 '05