# WEITZ & LUXENBERG

A PROFESSIONAL CORPORATION

· LAW OFFICES ·

180 MAIDEN LANE • NEW YORK, N.Y. 10038-4925
TEL. 212-558-5500      FAX 212-344-5461
WWW.WEITZLUX.COM

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 27 2005

FILED
CLERK'S OFFICE

PERRY WEITZ
ARTHUR M. LUXENBERG
ROBERT J. GORDON ††

STANLEY N. ALPERT *
SHEILA BECKMAN
BRYAN BELASKY
RUSSELL BOGART §
EDWARD S. BOSEK
MITCHELL M. BREIT ¥
JOHN M. BROADDUS ~
DANIEL C. BURKE
PATTI BURSHTYN ††
LISA NATHANSON BUSCH
DAVID A. CHANDLER
THOMAS COMERFORD ††
CHARLES M. FERGUSON

STUART R. FRIEDMAN
STEVEN J. GERMAN ▲
LAWRENCE GOLDHIRSCH ~
EDWARD J. MAHN *
CATHERINE HEACOX ††
RENEE L. HENDERSON ~
MARIE L. IANNIELLO †
ERIK JACOBS
EVAN M. JANUSH ‡
GARY R. KLEIN ††
JERRY KRISTAL *‡
RORY I. LANCMAN
DEBBI LANDAU

JAMES C. LONG, JR. ~
VICTORIA MANIATIS ††
RICHARD S. McGOWAN * ‡‡ ‡
C. SANDERS McNEW * §
RICHARD MEADOW ~
WILLIAM J. NUGENT
MICHAEL E. PEDERSON
PAUL J. PENNOCK ±
STUART S. PERRY *
G. RUSSELL RAGLAND ~
ELLEN RELKIN * ▲
STEPHEN J. RIEGEL
MICHAEL P. ROBERTS

CHRIS ROMANELLI ††
DAVID ROSENBAND
DENISE JILL ROTHSTEIN
SHELDON SILVER *
SANFORD SMOKLER §
FRANKLIN P. SOLOMON ¶
BONNIE M. STEINWOLF
JAMES S. THOMPSON ††
DOUGLAS D. VON OISTE ±
NICHOLAS WISE
LAUREN WOLPIN ■
ALLAN ZELKOVIC
GLENN ZUCKERMAN

* Of Counsel
‡ Also admitted in CT
▲ Also admitted in FL
‡‡ Also admitted in MA
†† Also admitted in NJ
§ Also admitted in DC
† Also admitted in NJ and CT
~ Also admitted in NJ and PA
± Also admitted in NJ and DC
¶ Admitted only in NJ and PA
¥ Also admitted in VA and NJ
** Also admitted in DC and TX
■ Admitted only in DC, MO, PA and VA
□ Also admitted in CO, VA
◊ Admitted only in CO

PLEADING NO. 4414

January 26, 2005

**By Fax**
Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002
Fax # (202) 502-2888

> Request of Pltfs. Vincenza Lala, et al. and Gerald Clayton Carpenter, et al. for Extension of Time to file Notice of Opposition to CTO – DENIED
>
> (cdm - 1/27/05)

Re:   MDL 875 – In re Asbestos Products Liability Litigation (No. VI)
      CTO-240
      Vincenza Lala and James Lala v. General Electric Co., et al.
      S.D.N.Y. 04-CV-8119

      Carpenter v. General Electric Co., et al.
      S.D.N.Y. 04-CV-9053

Dear Mr. Beck:

With this letter I am faxing Plaintiffs' Notice of Opposition to the Conditional Transfer Order filed by the Panel in the above matters. Apparently, this Notice of Opposition is untimely, and plaintiffs respectfully request that, if the transfers to the MDL Court have not yet been effected, the Panel please accept this late Notice.

As the attorney handling these matters at this firm, I was completely unaware of the filing of the Conditional Transfer Order affecting these cases until Monday evening, January 24, 2005, when defense counsel showed me a copy of the Order just prior to a hearing held regarding the Lala case in the Southern District of New York before Judge Barbara S. Jones. I do not know why I was unaware of the Order. The attorney who was handling the Lala matter within our

**OFFICIAL FILE COPY**

51 HADDONFIELD ROAD, SUITE 160  •  CHERRY HILL, NJ 08002  •  TEL 856-483-9001  •  FAX 856-483-9077
76 SOUTH ORANGE AVENUE, SUITE 201  •  SOUTH ORANGE, NJ 07079  •  TEL 973-761-9995  •  FAX 973-763-4020
215 SOUTH MONARCH STREET, SUITE 202  •  ASPEN, CO 81611  •  TEL 970-925-9191  •  FAX 970-925-6035

IMAGED JAN 27 '05

office at the time the case was removed to federal court left our firm shortly after the removal. It is possible that the copy of the Order sent to us was inadvertently misdirected within our office because of this.

The Lala case involves a terminally ill plaintiff who was granted a trial preference in state court prior to the removal of the action to federal court. Plaintiffs have filed a motion to remand the action back to state court, and Judge Jones has informed the parties that she will rule on plaintiffs' motion prior to the transfer of the action to the MDL Court if, of course, the case is still before her.

Thank you for your consideration of this matter.

Sincerely,

Bryan Belasky

cc: Hon. Barbara S. Jones, U.S.D.J.
Hon. Gerard E. Lynch, U.S.D.J.
All Defense Counsel

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MDL 875

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)

GERALD CLAYTON CARPENTER and LILLIAN CARPENTER,
Plaintiffs,
v.
GENERAL ELECTRIC CO., ET AL.,
Defendants.
(Southern District of New York 04-CV-9053)

AND

VINCENZA LALA and JAMES LALA,
Plaintiffs,
v.
GENERAL ELECTRIC CO., ET AL.,
Defendants.
(Southern District of New York 04-CV-8119)

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

TO THE CLERK:

Please accept Plaintiffs' Notice of Opposition to the Conditional Transfer Order (CTO-240) entered by the Panel on December 21, 2004 for the above-captioned matters.

Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038
Telephone: 212-558-5500
Facsimile: 212-344-5461

BY: _____
Bryan Belasky
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all Defense Counsel for CTO-240, MDL 875 In Re Asbestos Products Liability Litigation this 26th day of January, 2005.

_____
Bryan Belasky, Esq.

2005 JAN 26 P 2:34
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE