**MDL ' 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 2 8 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION NO. VI | ) ) ) | MDL-875 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS KNUTSON, et al., | ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. CV-N-04-0625-LRH (RJJ) |
| ALLIS-CHALMERS CORPORATION, et al., | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT KELSEY-HAYES COMPANY'S OPPOSITION TO PLAINTIFF'S
"BRIEF TO VACATE THE CONDITIONAL TRANSFER ORDER"**

Defendant Kelsey-Hayes Company respectfully submits this Opposition to
Plaintiff's "Brief To Vacate Conditional Transfer Order" which was filed on January 14,
2005 and hereby joins in Defendant Honeywell's Opposition to Plaintiff's "Brief to

**OFFICIAL FILE COPY**
IMAGED JAN 31 '05

Vacate the Conditional Transfer Order ("CTO").  In support thereof, Defendant states as follows:

Plaintiff asks the Panel to vacate the CTO in this matter.  However, Plaintiff's Brief contradicts well-settled Panel precedent and is premised on a fundamental misunderstanding of the co-equal competence of federal courts.  For the reasons stated in Defendant Honeywell's Opposition, the Panel should deny Plaintiff's motion.

Plaintiff acknowledges that this case falls within the category of cases that should be transferred to MDL No. 875.  See Pl. Mot. at p. 2 (alleging injury caused by exposure to asbestos).  Plaintiff nonetheless argues that the case should not be transferred to MDL No. 875 because he asserts it was not properly removed to federal court.  Thus, Plaintiff contends that this Panel should vacate the CTO until the federal district court in Nevada addresses Plaintiff's pending motion to remand.

Plaintiff's argument against transfer has been rejected by this Panel over and over again.  In its initial opinion creating this MDL docket, the Panel made clear that "distinctions based on such matters as the pendency of motions or other matters before the transferor court" do not present a basis "for carving out exceptions to transfer in this extraordinary docket." *In re Asbestos Prods. Liab. Litig. VI, MDL No. 875* (J.P.M.L. Apr. 17, 2002) (transfer order), at 12, citing *In re Asbestos Prods. Liab. Litig. (VI)*, 771 F. Supp. 415 (J.P.M.L. 1991).  The Panel has repeatedly reaffirmed this position, and has explicitly held that the pendency of a motion for remand to state court is not a proper basis for denial of transfer. *See, e.g., In re Asbestos Prods. Liab. Litig. (VI), MDL No. 875* (J.P.M.L. Apr. 17, 2002) (transfer order), at 1 n.1 ("Plaintiffs...have argued that

transfer should be denied or deferred in order to permit the resolution of pending motions to remand the actions to state court.  There is no need to delay transfer in order to accommodate such an interest.")

Plaintiff's motion also ignores the legal and functional equivalence of two co-equal federal courts.  The transferee court, the United States District Court for the Eastern District of Pennsylvania, is just as competent as the transferor court to decide expeditiously whether removal from the state court was proper.  In keeping with Panel precedent, Plaintiff should avail himself of Panel Rule 7.6 before the transferee court rather than seeking relief here.

As explained above, this Panel has repeatedly held that final transfer should go forward in those circumstances even if a motion to remand is pending in the transferor court but has not been ruled upon. Therefore, Plaintiff has presented no basis on which the Panel should vacate the CTO with respect to this case.  The Panel should deny Plaintiff's motion.

Respectfully submitted this ____ day of January, 2005.

BAKER & HOSTETLER LLP

By: _____
Mary Price Birk, Esq.
Nevada Reg. No. 6908
303 E. 17th Avenue, Suite 1100
Denver, Colorado  80203
(303) 861-0600
(303) 861-7805 (Fax)

and

3

RUMPH & PEYTON
    Troy Peyton, Esq.
    2300 West Sahara Ave., Suite 500
    Box 7
    Las Vegas, Nevada 89102
    (702) 388-4466
    (702) 388-4474 (Fax)

ATTORNEYS FOR DEFENDANT
KELSEY-HAYES COMPANY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 2 8 2005

FILED
CLERK'S OFFICE

## CERTIFICATE OF MAILING

I hereby certify that, on this _26 th_ day of January, 2005, I caused an original, eleven (11) copies, and one computer readable disk copy of the foregoing **DEFENDANT KELSEY-HAYES COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER**, to be served via Federal Express on the Clerk of the Panel:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-225, North Lobby
Washington, D.C. 20002-8004

I further certify that, on this _26 th_ day of January, 2005, I caused copies of the foregoing **DEFENDANT KELSEY-HAYES COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER** to be served by first-class mail, postage prepaid, on the enclosed Panel Service List and on the counsel on the **attached** service list.

5

## SERVICE LIST

Kurt A. Franke, Esq.
Law Offices of Kurt A. Franke
575 Mill Street
Reno, NV 89502


Jack C. Cherry, Esq.
Alverson Taylor Mortenson Nelson &
Sanders
7401 West Charleston Boulevard
Las Vegas, NV  89117

Leah R. Wigren, Esq.
Wait Law Firm
305 W. Moana Lane, 2nd Floor
P.O. Box 719
Reno, NV 89504-0719


Steven E. Guinn, Esq.
LAXALT & NOMURA, LTD
50 W. Liberty Street, Suite 700
Reno, NV 89501


Michael M. Edwards Jr., Esq.
Lewis Brisbois Bisgaard & Smith LLP
400 S. 4th Street, Suite 500
Las Vegas, NV 89101


Janice J. Brown, Esq.
BARKER, BROWN, BUSBY, et al.
900 South Fourth Street
Las Vegas, NV 89101


Tomas V. Mazeika, Esq.
Scott L. Stonehocker, Esq.
Frederickson, Mazeika & Grant
333 South Sixth Street, Suite 230
Las Vegas, NV 89101


Charles W. Spann, Esq.
Perry & Spann
6130 Plumas Street
Reno, NV 89509

Michael L. Armitage, Esq.
Erika Brauch, Esq.
Waters & Kraus, LLP
200 Oceangate, Suite 520
Long Beach, CA 90802


Troy Peyton, Esq.
Rumph & Peyton
2300 West Sahara Avenue, Suite 500
Las Vegas, NV 89102


Kelly A. Evans, Esq.
Jay J. Schuttert, Esq.
Snell & Wilmer
3800 Howard Hughes Pkwy, Ste 1000
Las Vegas, NV 89109


William E. Cooper, Jr., Esq.
Cooper Law Offices
601 East Bridger Avenue
Las Vegas, NV 89101


George D. Yaron, Esq.
William J. Geddes, Esq.
Yaron & Associates
3097 E. Warm Springs Rd, Ste 200
Las Vegas, NV 89120


Marsha H. Tarte, Esq.
PICO, ESCOBAR & ROSENBERGER
2000 South Eastern Avenue
Las Vegas, NV 89104


Thomas C. Anderson, Esq.
Burbidge & White
1400 Key Bank Tower
50 South Main Street
Salt Lake City, UT 84144


James G. Christensen, Esq.
Gordon & Rees
3753 Howard Hughes Pkwy, Ste 200
Las Vegas, NV 89109

David Barron, Esq.
Wiliam H. Pruitt, Esq.
BARRON VIVONE & PRUITT
1401 South Jones Boulevard
Las Vegas, NV 89146

Jack G. Angaran, Esq.
Georgeson, Thompson & Angaran, Chartered
100 West Grove Street, Suite 500
Reno, NV 89505

James M. Barker, Esq.
Gifford, Vernon & Barker
3110 South Rainbow Blvd., Suite 105
Las Vegas, NV 89146

Julie Torres, Esq.
Jackson & Wallace LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133

Thomas F. Kummer, Esq.
Kummer Kaempfer Bonner & Renshaw
3800 Howard Hughes Pkwy, 7th Floor
Las Vegas, NV 89109

Von S. Heinz, Esq.
Amelia De Los Santos, Esq.
Lewis and Roca, LLP
3993 Howard Hughes Pkwy, Ste 600
Las Vegas, NV 89109

Anne H. Wellborn, Esq.
BULLIVANT HOUSER BAILEY
3980 Howard Hughes Pkwy, Ste 550
Las Vegas, NV 89109

Michael A. Hagemeyer, Esq.
2255-A Renaissance Drive
Las Vegas, NV 89119

The Agriculture & Nutrition, LLC
Jones & Vargas
Twelfth Floor
100 West Liberty Street
P. O. Box 281
Reno, NV 89504

# PANEL SERVICE LIST (Excerpted from CTO-240)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Dennis Knutson, et al. v. Allis-Chalmers Corp., et al.,* D. Nevada, C.A. No. 3:04-625

Jack Angaran
Georgeson, Thompson & Angaran, Chtd.
100 West Grove Street
Suite 500
Reno, NV 89509

Angela Bader
Laxalt & Nomura, Ltd.
50 W. Liberty Street
Suite 700
Reno, NV 89501

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, L.L.P.
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Jack C. Cherry
Alverson, Taylor, Mortensen, Nelson & Sanders
7401 West Charleston Blvd.
Las Vegas, NV 89117-1401

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

William Cooper
Cooper Law Offices
601 E. Bridger
Las Vegas, NV 89101

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Kelly Evans
Snell & Wilmer
3800 Howard Hughes Parkway
10th Floor
Las Vegas, NV 89109

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Kurt A. Franke
Law Offices of Kurt A. Franke
575 Mill Street
Reno, NV 89502

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Michael A. Hagemeyer
2255-A Renaissance Drive
Las Vegas, NV 89119

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Troy Peyton
Rumph & Peyton
2300 W. Sahara Avenue
Las Vegas, NV 89102

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

PANEL SERVICE LIST (Excerpted from CTO-240) MDL-875

Charles S. Siegel
Waters & Kraus
3219 McKinney Avenue
Dallas, TX 75204

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Marsha Tarte
Pico & Mitchell
2000 S. Eastern Avenue
Las Vegas, NV 89104

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406