

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 31 2005

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION
# MDL 875

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)

**JOSEPH S. ZAFONTE and ADRIANE ZAFONTE,**
Plaintiffs,
v.
**GENERAL ELECTRIC CO., ET AL.,**
Defendants.
(Southern District of New York 04-CV-9320)

AND

**ROBERT NESBIET,**
Plaintiff,
v.
**GENERAL ELECTRIC CO., ET AL.,**
Defendants.
(Southern District of New York 04-CV-9321)

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

TO THE CLERK:

Please accept Plaintiffs' Notice of Opposition to the Conditional Transfer Order (CTO-241) entered by the Panel on January 13, 2005 for the above-captioned matters.

Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038
Telephone: 212-558-5500
Facsimile: 212-344-5461

BY: _____
Bryan Belasky
Attorney for Plaintiffs

**OFFICIAL FILE COPY**

IMAGED JAN 31 '05

JAN. 28. 2005 12:02PM    Case MDL No. 875   Document 4417   Filed 01/31/05   Page 2 of 2    NO. 3924   P. 3
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 31 2005

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all Defense Counsel for CTO-241, MDL 875 In Re Asbestos Products Liability Litigation this 28th day of January, 2005.

_____
Bryan Belasky, Esq.

2005 JAN 28 P 12:00
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE