MDL 875 

JAN 31 2005

FILED
CLERK'S OFFICE

---------------------------------------------------X

LEA M. MARINOPOULOS, as Executrix of
the Estate of CONSTANTINE S.
KOUTSAKIS, and MARY KOUTSAKIS,
Individually,

           **Plaintiffs,**

       v,

**GENERAL ELECTRIC COMPANY, et al.,**

      **Defendants.**

---------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

No. 04-CV-5671(MBM)

**STIPULATION**

MDL- 875
      RECOMMENDED ACTION

VACATE CTO-237 After HS-- / ACTION

Approved/Date: _____ M K  1/31 _____

PLEADING NO. 4419

     LEA M. MARINOPOULOS, as Executrix of the Estate of CONSTANTINE S.

KOUTSAKIS and MARY KOUTSAKIS, Individually, plaintiffs, and GENERAL ELECTRIC

COMPANY, defendant, by their respective attorneys undersigned, hereby stipulate and agree to

the following:

    1.    Plaintiffs LEA M. MARINOPOULOS, as Executrix of the Estate of

CONSTANTINE S. KOUTSAKIS and MARY KOUTSAKIS, Individually, as well as

any individuals or representatives claiming for or through them agree not to pursue any

claims against defendant GENERAL ELECTRIC COMPANY nor seek any damages

from General Electric Company for any injuries which arise from CONSTANTINE S.

KOUTSAKIS' exposure to asbestos during his service in the United States Navy or

onboard United States Navy Ships.

    2.    Plaintiffs and defendant GENERAL ELECTRIC COMPANY, in consideration for

the Agreement embodied in this Stipulation, agree to the remand of this action back to the

IMAGED JAN 31 '05     OFFICIAL FILE COPY

Supreme Court of the State of New York, County of New York.

Dated: January 18, 2005

SEDGWICK, DETERT, MORAN
& ARNOLD, LLP

BY: _____
      Michael A. Tanenbaum (MT-4403)
Attorneys for Defendant
GENERAL ELECTRIC COMPANY
Three Gateway Center, 12th Floor
Newark, NJ 07102
 (973) 242-0002

WEITZ & LUXENBERG, P.C.

BY: _____
      Bryan Belasky (BB-1777)
Attorneys for Plaintiffs
LEA M. MARINOPOULOS and
MARY KOUTSAKIS
180 Maiden Lane, 17th Floor
New York, NY 10038
(212) 558-5500


SO ORDERED:

_____  1/21/05
                  U.S.D.J.