

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 31 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Lea M. Marinopoulos, et al. v. General Electric Co., S.D. New York, C.A. No. 1:04-5671

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Marinopoulos*) on October 14, 2004. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Marinopoulos* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. This matter was then considered by the Panel at its hearing session in Fort Myers, Florida, on January 27, 2005. The Panel has now been advised that *Marinopoulos* was remanded to the Supreme Court of the State of New York, County of New York, by the Honorable Michael B. Mukasey in an order signed on January 27, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-237" filed on October 14, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

/s/ Wm. Terrell Hodges
Wm. Terrell Hodges
Chairman

**OFFICIAL FILE COPY**

IMAGED JAN 31 '05