

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 2 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION

| | | |
|---|---|---|
| IN RE: | ASBESTOS PRODUCT LIABILITY LITIGATION NO. VI | MDL DOCKET 875<br>MSS 104-66 |
| THIS DOCKET RELATES TO:<br>JOHN FISHER        PLAINTIFF, | | |
| V. | | CIVIL ACTION NO.<br>1:04CV666GRO |
| 3M COMPANY, ET AL.;   DEFENDANTS | | |

**JOINDER OF HONEYWELL INTERNATIONAL INC. IN
DEFENDANT 3M COMPANY'S RESPONSE TO PLAINTIFF JOHN FISHER'S
MOTION TO VACATE CONDITIONAL TRANSFER ORDER**

COMES NOW, the Defendant Honeywell International Inc., formerly known as AlliedSignal Inc., as successor in interest to The Bendix Corporation, by and through its counsel of record, and joins in *Defendant 3M Company's Response to Plaintiff John Fisher's Motion to Vacate Conditional Transfer Order* filed on or about December 16, 2004, adopting the legal arguments contained therein and the relief requested thereby.

This the 27th day of January, 2005.

Respectfully submitted,
**HONEYWELL INTERNATIONAL INC.**

By: _Kristi Kennedy_
EDWARD J. CURRIE, JR., MSB #5546
F. KEITH BALL, MSB #8645
KRISTI DUNCAN KENNEDY, MSB #10658

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 2 2005

FILED
CLERK'S OFFICE

OF COUNSEL:

CURRIE JOHNSON GRIFFIN GAINES & MYERS, P.A.
1044 River Oaks Drive 39232
P. O. Box 750
Jackson, MS 39205-0750
Phone: (601) 969-1010
Fax:    (601) 969-5120

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have caused to be sent by United States Mail, postage prepaid, a true and correct copy of the above and foregoing to the attached Panel Service List.

THIS the 27th day of January, 2005.

_____
EDWARD J. CURRIE, JR.
F. KEITH BALL
KRISTI DUNCAN KENNEDY

2005 JAN 32 A 9:33
RECEIVED CLERK'S OFFICE
PANEL ON MULTIDISTRICT LITIGATION

# PANEL SERVICE LIST (Excerpted from CTO-237)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*John Fisher v. American Optical Corp., et al.*, S.D. Mississippi, C.A. No. 1:04-666

Robert M. Arentson, Jr.
Baker, Donelson, Bearman, Caldwell
& Berkowitz, PC
P.O. Box 14167
Jackson, MS 39236-4167

David A. Baker
Forman Perry Watkins Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Monte L. Barton
Copeland, Cook, Taylor & Bush, P.A.
P.O. Box 6020
Ridgeland, MS 39158

Scott W. Bates
Baker, Donelson, Bearman, Caldwell
& Berkowitz, PC
P.O. Box 14167
Jackson, MS 39236-4167

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

James H. Bolin
Butler, Snow, O'Mara, Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Jason Daniel Bone
Gieger, Laborde & Laperouse
One Shell Square
701 Poydras Street
Suite 4800
New Orleans, LA 70139-4800

Fred E. Bourn, III
Butler, Snow, O'Mara, Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Barry C. Campbell
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Mark C. Carroll
Baker, Donelson, Bearman, Caldwell
& Berkowitz
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, MS 39236-4167

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Susan Coco
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

T. Hunt Cole, Jr.
Office of the Attorney General
P.O. Box 220
Jackson, MS 39205-0220

Louis F. Coleman
Forman, Perry, Watkins, Krutz &
Tardy, LLC
P.O. Box 22608
Jackson, MS 39225-2608

William Robert Coleman, Jr.
Scott, Sullivan, Streetman & Fox, PC
P.O. Box 13847
Jackson, MS 39236-3847

Marcy B. Croft
Forman, Perry, Watkins, Krutz &
Tardy, LLC
P.O. Box 22608
Jackson, MS 39225-2608

Sharon G. Crowley
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

Edward J. Currie, Jr.
Currie, Johnson, Griffin, Gaines &
Myers
P.O. Box 750
Jackson, MS 39205-0750

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Lyn B. Dodson
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Walter W. Dukes
Dukes, Dukes, Keating & Faneca
P.O. Drawer W
Gulfport, MS 39502-0680

Andrea L. Edney
Brunini, Grantham, Grower & Hewes
248 East Capitol Street
P.O. Box 119
Jackson, MS 39205-0119

Charles M. Evert
Evert & Weathersby, LLC
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

Sara M. Farris
Morris & Sakalarios
610 West Pine St.
Hattiesburg, MS 39401

James L. Fletcher, Jr.
Montgomery, Barnett, Brown, Read
3200 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-3200

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

PANEL SERVICE LIST (Excerpted from CTO-237) MDL-875

Keith L. Gates
Abbott, Simses, Kuchler
210 East Capitol Street
Suite 1090
Jackson, MS 39201

Cheri T. Gatlin
Brunini, Grantham, Grower & Hewes
248 East Capitol Street
P.O. Box 119
Jackson, MS 39205-0119

William N. Graham
Aultman, Tyner, Ruffin & Yarborough
P.O. Box 750
Hattiesburg, MS 39403-0750

Robert V. Greenlee
Bryant, Clark, Dukes, Blakeslee,
Ramsay & Hammond
P.O. Box 16567
Hattiesburg, MS 39404-6567

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Alben N. Hopkins
Hopkins, Barvie & Hopkins
2701 24th Avenue
P.O. Box 1510
Gulfport, MS 39502-1510

James Gordon House, III
Atchison, Crosby, Saad & Beebe
P.O. Drawer 850249
Mobile, AL 36685

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Kacey L. Keeton
Brunini, Grantham, Grower & Hewes
P.O. Drawer 119
Jackson, MS 39205

Bridget E. King
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Daphne M. Lancaster
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Louis B. Lanoux
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Richard T. Lawrence
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Patrick C. Malouf
Porter & Malouf
P.O. Box 12768
Jackson, MS 39236

Christopher O. Massenburg
Aultman, Tyner, Ruffin &
Yarborough, Ltd.
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Shannon S. McFarland
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Edward W. Mizell
Butler, Snow, O'Mara, Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John M. Radicia
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
Biloxi, MS 39533

Mary Margaret Ratliff
Forman Perry Watkins Krutz &
Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Simine Bazyari Reed
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

William C. Reeves
Smith, Reeves & Yarborough
6360 I-55 North
Suite 330
Jackson, MS 39211

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Heather L. Saum
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
P.O. Box 14167
Jackson, MS 39236

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Rhea Hudson Sheldon
Abbott, Simses, Kuchler
210 East Capitol Street
Suite 1090
Jackson, MS 39201

Stacey L. Sims
Morris, Sakalarios & Blackwell
1817 Hardy Street
Hattiesburg, MS 39401

Mark R. Smith
Holcomb Dunbar, P.A.
P.O. Drawer 707
Oxford, MS 38655-0707

PANEL SERVICE LIST (Excerpted from CTO-237) MDL-875             PAGE 3 OF 3

Frances L. Spinelli  
Evert & Weathersby, LLC  
3405 Piedmont Road, N.E.  
Suite 225  
Atlanta, GA 30305  

Robert N. Spinelli  
Kelley, Jasons, McGuire & Spinelli, L.L.P.  
Centre Square West  
15th Floor  
Philadelphia, PA 19102  

Karl R. Steinberger  
Colingo, Williams, Heidelberg, et al.  
P.O. Box 1407  
Pascagoula, MS 39568-1407  

Jennifer M. Studebaker  
Forman, Perry, Watkins, Krutz & Tardy  
P.O. Box 22608  
Jackson, MS 39225-2608  

Robert E. Swickle  
Jaques Admiralty Law Firm, P.C.  
1570 Penobscot Building  
The Maritime Asbestosis Legal Clinic  
Detroit, MI 48226  

Cowles E. Symmes  
Page, Mannino, Peresich & McDermott  
759 Vieux Marche' Mall  
P.O. Drawer 289  
Biloxi, MS 39533-0289  

Andrew J. Trevelise  
Reed Smith LLP  
2500 One Liberty Place  
1650 Market Street  
Philadelphia, PA 19103  

David L. Trewolla  
Dogan & Wilkinson, PLLC  
P.O. Box 23062  
Jackson, MS 39225-3062  

Thomas W. Tyner  
Aultman, Tyner, Ruffin & Yarborough, Ltd.  
P.O. Box 750  
315 Hemphill Street  
Hattiesburg, MS 39403-0750  

Joseph J. Valencino, III  
340 Arbor Drive, Apt. 2244  
Ridgeland, MS 39151  

Mary W. Van Slyke  
Page, Mannino, Peresich & McDermott  
P.O. Drawer 289  
Biloxi, MS 39533-0289  

Carey R. Varnado  
Montague, Pittman & Varnado  
P.O. Drawer 1975  
Hattiesburg, MS 39403-1975  

John E. Wade, Jr.  
Brunini, Grantham, Grower & Hewes  
P. O. Drawer 119  
Jackson, MS 39205-0119  

William L. Watt  
Brunini, Grantham, Grower & Hewes, Pllc  
P. O. Drawer 210  
Pascagoula, MS 39568  

Alton L. Watts  
Shell Buford, Pllc  
P.O. Box 157  
Jackson, MS 39205-0157  

Michael N. Watts  
Holcomb Dunbar  
P.O. Box 707  
Oxford, MS 38655  

James K. Weston, II  
Tom Riley Law Firm  
4040 First Avenue, N.E.  
P.O. Box 998  
Cedar Rapids, IA 52406