ORIGINAL

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

FEB -2 2005

FILED
CLERK'S OFFICE

PLEADING NO. 4424

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS          )
LIABILITY LITIGATION NO. VI      )   MDL-875
                                 )

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
RENO, NEVADA

SANDRA KNUTSON and DENNIS         )
KNUTSON,                          )
                                  )
             Plaintiffs,          )
                                  )
vs.                               )
                                  )
                                  )   CASE NO. CV-N-04-625-
                                  )   LRH(RLJ)
ALLIS-CHALMERS CORPORATION;       )
ET AL.,                           )
                                  )
             Defendants.          )
_____)

**DEFENDANT ELLIOTT TURBOMACHINERY COMPANY'S JOINDER IN DEFENDANT
KELSEY-HAYES COMPANY'S OPPOSITION TO PLAINTIFF'S "BRIEF TO
VACATE THE CONDITIONAL TRANSFER ORDER."**

1. Defendant, Elliott Turbomachinery Company hereby joins in

the Opposition to Plaintiff's Brief to Vacate the Conditional

Transfer Order which Defendant Kelsey-Hayes Company served on or

IMAGED FEB -2 '05 OFFICIAL FILE COPY

about the 26th day of January, 2005, and joins in the Defendant

Honeywell's Opposition to that pleading as well.

Dated this 1st day of February, 2005

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 2 2005

FILED
CLERK'S OFFICE

BARKER, BROWN, BUSBY,
CHRISMAN & THOMAS, P.C.


By: /s/ Janice J. Brown
**JANICE J. BROWN, ESQ.**
Nevada Bar No. 1118
900 South Fourth Street
Las Vegas, NV 89101
Attorneys for Defendant
Elliott Turbomachinery Co., Inc.

### CERTIFICATE OF MAILING

I hereby certify that on the ____ day of February, 2005, I served an original, eleven copies and one computer readable disk of the foregoing DEFENDANT ELLIOTT TURBOMACHINERY COMPANY'S JOINDER IN DEFENDANT KELSEY-HAYES COMPANY'S OPPOSITION TO PLAINTIFF'S "BRIEF TO VACATE THE CONDITIONAL TRANSFER ORDER." To be served via Federal Express on the Clerk of the Panel

> Michael J. Beck
> Clerk of the Panel
> Judicial Panel on Multidistrict Litigation
> Thurgood Marshall Federal Judiciary Building
> One Columbus Circle, NE
> Room G-225, North Lobby
> Washington, D.C. 20002-8004

I further certify pursuant to NRCP, Rule 5(b), that on the ____ day of February, 2005 I deposited for mailing into the United States Mail, DEFENDANT ELLIOTT TURBOMACHINERY COMPANY'S JOINDER IN DEFENDANT KELSEY-HAYES COMPANY'S OPPOSITION TO

PLAINTIFF'S "BRIEF TO VACATE THE CONDITIONAL TRANSFER ORDER." first class postage fully prepaid, at Las Vegas, Nevada, a true copy of addressed to the following:

| | |
|---|---|
| Kurt A. Franke, Esq. | 575 Mill Street<br>Reno, NV 89502<br>Attorney for Plaintiff |
| Eugene M. Genson, Esq. | Grace, Genson, Cosgrove & Schirm<br>444 S. Flower St. Suite 1100<br>Los Angeles, CA 90071-2912 |
| Richard A. Salvatore, Esq.<br>Jack G. Angaran, Esq. | Georgeson, Thompson & Angaran, Chartered<br>100 W. Grove St., Suite 500<br>Reno, NV 89509<br><br>Attorneys for Allied Signal and Honeywell International |
| Jack C. Cherry, Esq. | Alverson, Taylor, Mortenson, Nelson & Sanders<br>7401 W. Charleston Blvd.<br>Las Vegas, NV 89117<br><br>Attorney for General Electric Company |
| William E. Cooper, Jr., Esq. | Cooper Law Offices<br>601 E. Bridger Ave.<br>Las Vegas, NV 89101<br><br>Attorneys for Parker Hannifin Corporation |
| James M. Barker, Esq. | Gifford, Vernon & Barker<br>3110 S. Rainbow Blvd.<br>Suite 105<br>Las Vegas, NV 89146<br><br>Attorneys for Borg Warner Corp.,nka Burns International Services Corporation |

3

| | |
|---|---|
| Michael M. Edwards, Jr., Esq.<br>Sheri M. Scwartz, Esq. | Lewis, Brisbos, Bisgaard, & Smith L.L.P.<br>400 S. 4th Street<br>Suite 500<br>Las Vegas, NV 89101<br>Attorneys for BMW of North America and Kelly Moore Paint |
| Rod J. Cappy, Esq. | Grace, Genson, Cosgrove & Schrim<br>444 S. Flower St., Suite 1100<br>Los Angeles, CA 90071<br><br>Attorneys for General Motors Corp. |
| Greg Marsh, Esq. | Law Offices of Greg Marsh<br>731 S. 7th St.<br>P. O. Box 1780<br>Las Vegas, NV 89101<br><br>Attorneys for General Motors Corp. |
| Von S. Heinz, Esq.<br>Amelia De Los Santos, Esq. | 3993 H. Hughes Parkway, #600<br>Las Vegas, NV 89109<br><br>Attorney for Viacom, Inc. |
| Mary Price Birk, Esq. | Baker & Hostetler<br>303 E. 17th Avenue, Suite 1100<br>Denver, CO 80203 |
| Troy Peyton, Esq. | Rumph & Peyton<br>2300 W. Sahara Ave.<br>Suite 1130, Box 7<br>Las Vegas, NV 89102<br><br>Attorney for Northrop Grumman Systems, Corp. & Kelsey-Hayes |
| Tomas V. Mazeika, Esq.<br>Scott L. Stonehocker, Esq. | 333 S. Sixth, #230<br>Las Vegas, NV 89101<br>Attorney for Hennessy |

|  |  |
|---|---|
| Michael R. Pontoni, Esq. | Industries, Inc.<br>64 N. Pecos Road, #100<br>Henderson, NV 89014<br>Attorneys for Worthington Corp., Halliburton Company, and Dresser Industries, Inc. |
| James Kachmar, Esq.<br>Eugene J. Wait, Jr., Esq. | Wait Law Firm<br>305 W. Moana Lane, 2nd Floor<br>Reno, NV 89509 |
| Kelly A. Evans, Esq.<br>Jay J. Schuttert | Attorneys for Ingersoll-Rand Company<br>Snell & Wilmer<br>3800 H. Hughes Parkway, #1000<br>Las Vegas, NV 89109 |
| Steven E. Guinn, Esq. | Attorneys for Ford Motor Co.<br>Laxalt & Nomura, Ltd.<br>50 W. Liberty St., Suite 700<br>Reno, NV 89501 |
| William H. Pruitt, Esq. | Attorney for Genuine Parts Co.<br>1404 S. Jones<br>Las Vegas, NV 89146 |
| Charles W. Spann, Esq. | Attorney for Hafers Auto Parts<br>Parry & Spann<br>6130 Plumas Street<br>Reno, NV 89119 |
| David Barron, Esq. | Attorney for Penske Truck Leasing Corp.<br>Barron, Vivone & Pruitt, Chtd.<br>1404 S. Jones Blvd.<br>Las Vegas, NV 89145 |
| Marsha H. Tarte, Esq. | Attorney for Gardner Denver<br>Pico & Mitchell, Ltd.<br>2000 South Eastern Avenue<br>Las Vegas, NV 89104<br>Attorneys for Fairbanks Morse Pump Corporation |

| | |
|---|---|
| Anne H. Wellborn, Esq. | Bullivant Houser Bailey PC<br>3960 H. Hughes Parkway, 5th Fl.<br>Las Vegas, NV 89109<br>Attorneys for Bondex International & RPM, Inc. |
| C. Andrew Waters, Esq. | Waters & Kraus, LLP<br>200 Oceangate, Suite 520<br>Long Beach, CA 90802<br>Attorneys for XXX |
| James G. Christensen, Esq. | Gordon & Rees, LLP<br>3753 Howard Hughes Pkwy. #200<br>Las Vegas, NV  89109<br>Attorney for Sterling Fluid Systems, USA Inc. |
| Shawn D. Parrish, Esq. | Morgenstein & Jubelirer<br>One Market Plaza<br>Spear Street Tower, 32nd Floor<br>San Francisco, CA  94015<br><br>Attorney for Rolls-Royce Corporation |
| Thomas C. Anderson, Esq. | Burbidge & Wite<br>1400 Key Bank Tower<br>50 South Main Street<br>Salt Lake City, UT<br><br>Attorneys for Page Brake |
| Albert L. Thuesen III | Jackson & Wallace, LLP<br>55 Francisco St., 6th Floor<br>San Francisco, CA  94133<br><br>Attorneys for Viking Pumps, Inc. |

| | |
|---|---|
| Thomas F. Kummer, Esq.<br>Gavin G. Jangard | Kummer Kaempfer Bonner & Renshaw<br>3800 H. Hughes Pkwy. 7th Flr.<br>Las Vegas, NV  89109<br><br>Attorneys for PCC Flow Technologies Holdings, Inc. and Johnston Pump Company |

_____
An Employee of BARKER, BROWN, BUSBY, CHRISMAN & THOMAS, P.C.

BARKER, BROWN, BUSBY, CHRISMAN & THOMAS
Janice J. Brown, Esq.
900 S. 4th Street
Las Vegas, NV 89101
702-386-1086
Fax-702-384-5386
ATTORNEYS FOR DEFENDANT
ELLIOT TURBOMACHINERY CO., INC.