MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 2 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS § | | |
| LIABILITY LITIGATION (No. VI) § | | MDL DOCKET NO. 875 |
| § | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS KNUTSON, et al § | | |
| *Plaintiffs,* § | | |
| vs. § | | Civil Action No. |
| § | | 3:04CV625 |
| ALLIS-CHALMERS CORPORATION, § | | |
| et al., § | | |
| *Defendants.* § | | |

**PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION
TO VACATE THE CONDITIONAL TRANSFER ORDER**

Pursuant to Panel Rule 7.2(d), plaintiffs file this reply brief in support of their motion to vacate the conditional transfer order in this case.

Honeywell rather breathlessly states that "[p]laintiff has blatantly failed to comply with the provisions of ... Rule 7.1(a)," although presumably Honeywell means to refer to Rule 7.4(d), because plaintiffs did not file an actual motion to vacate, but only a brief in support of the motion to vacate. The failure to file a motion along with the brief was, of course, an inadvertent oversight.

As soon as plaintiffs' counsel realized this oversight, he contacted the Clerk's office. In a telephone conversation on January 14, 2005, plaintiffs' counsel confirmed with Ms. Land, deputy clerk, that this was an oversight, and that plaintiffs' brief would

**OFFICIAL FILE COPY**

1

IMAGED FEB -2 '05

be treated as both a motion and brief and that the motion and brief would be considered timely filed. See letter attached as exhibit A. Needless to say, had Ms. Land not confirmed this understanding with plaintiffs' counsel, he would have filed a motion that day, January 14, which was the deadline.

Honeywell also accuses plaintiffs of violating Panel Rule 7.1(a), calling for numbered paragraphs in motions. But plaintiffs' brief was accepted by the Clerk's office. Had such an issue of form somehow prevented filing of the brief, the Clerk would have advised plaintiffs' counsel pursuant to Panel Rule 1.3, and given plaintiffs an opportunity to cure the defect. The Clerk's office, of course, determined that this was not necessary.

As to the other arguments made by Honeywell and other defendants, plaintiffs rely on their previous brief.

Respectfully submitted,

Charles S. Siegel
TX State Bar No. 18341875
Michael L. Armitage
CA State Bar No.152740
**Waters & Kraus, LLP**
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 Telecopier

Kurt A. Franke
NEV. State Bar No. 4102
**Law Offices of Kurt A. Franke**
575 Mill Street
Reno, Nevada 89502
(775) 827-6100
(775) 786-1116 Telecopier

2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 2 2005

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I hereby certify that a true and correct copy of this Plaintiffs' Reply Brief in Support of their Motion and Brief to Vacate the Conditional Transfer Order has been served by facsimile on all counsel of record (Schedule CTO-240 / Docket No. 875), in addition to the counsel listed below on this 2nd day of February, 2005.

**BATTLE MOUNTAIN GOLD COMPANY**
**NEWMONT USA, LIMITED**
**(CARLIN GOLD MINING COMPANY)**
George D. Yaron
William J. Geddes
YARON & ASSOCIATES
3097 East Warm Springs Road, Suite 200
Las Vegas, Nevada 89120
702-933-2930

**BONDEX INTERNATIONAL, INC.**
**RPM INC.**
Anne H. Wellborn
BULLIVANT HOUSER BAILEY
3980 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89109
702-650-2995

**BURNS INTERNATIONAL SERVICES CORP. (Borg Warner)**
James M. Barker
GIFFORD VERNON & BARKER
3110 South Rainbow Boulevard, Suite 105
Las Vegas, Nevada 89146
702-383-7087

**DAIMLERCHRYSLER CORPORATION**
Michael A. Hagemeyer
2255-A Renaissance Drive
Las Vegas, Nevada 89119
702-891-0033



3

**ELLIOTT COMPANY**
**(ELLIOTT TURBOMACHINERY CO., INC.)**
Janice J. Brown
BARKER, BROWN, BUSBY, et al.,
900 South Fourth Street
Las Vegas, Nevada 89101
702-384-5386

**FAIRBANKS MORSE PUMP CORPORATION**
Marsha H. Tarte
PICO, ESCOBAR & ROSENBERGER
2000 South Eastern Avenue
Las Vegas, Nevada 89104
702-457-8451

**FORD MOTOR COMPANY**
**GENERAL MOTORS CORPORATION**
Kelly A. Evans
Jay J. Schuttert
SNELL & WILMER
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89109
702-784-5252

**GARDNER DENVER, INC.**
**HAFER'S AUTO PARTS DISTRIBUTORS**
David Barron
William H. Pruitt
BARRON, VIVONE & PRUITT
1404 South Jones Boulevard
Las Vegas, Nevada 89146
702-870-3950

**GENERAL ELECTRIC COMPANY**
Jack Cherry
ALVERSON, TAYLOR, MORTENSEN, et al
7401 West Charleston Blvd.
Las Vegas, Nevada 89117
702-385-7000

**GENUINE PARTS COMPANY**
**NATIONAL AUTOMOTIVE PARTS ASSOCIATION (INC.)**
Steven E. Guinn
LAXALT & NOMURA, LTD.
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
775-322-1865

**HENNESSY INDUSTRIES, INC.**
Tomas V. Mazeika
Scott L. Stonehocker
FREDERICKSON, MAZEIKA & GRANT
333 South Sixth Street, Suite 230
Las Vegas, Nevada 89101
702-384-4484

**HONEYWELL INTERNATIONAL, INC.**
Jack G. Angaran
GEORGESON THOMPSON & ANGARAN
100 West Grove Street, Suite 500
Reno, Nevada 89509
775-827-9256

**INGERSOLL-RAND COMPANY**
Leah R. Wigren
WAIT LAW FIRM
305 West Moana Lane, 2nd Floor
Reno, Nevada 89509
775-827-6663

**KELSEY-HAYES COMPANY**
Troy Peyton
RUMPH & PEYTON
2300 W. Sahara Avenue, Ste. 1130, Box 7
Las Vegas, Nevada 89102
702-388-4474

**PAGE BRAKE COMPANY**
Thomas C. Anderson
BURBIDGE & WHITE
1400 Key Bank Tower
50 South Main Street
Salt Lake City, Utah 84144
801-236-5319

**PARKER-HANNIFIN CORPORATION**
William E. Cooper
LAW OFFICES OF WILLIAM E. COOPER
601 East Bridger Avenue
Las Vegas, Nevada 89101
702-382-2170

**PCC FLOW TECHNOLOGIES HOLDINGS, INC. (DOE 1)**
**JOHNSTON PUMP (DOE 2)**
Thomas F. Kummer
KUMMER KAEMPFER BONNER & RENSHAW
3800 Howard Hughes Pkwy, 7th Floor
Las Vegas, Nevada 89109
702-796-7181

**PENSKE TRUCK LEASING CORPORATION**
Charles W. Spann
PERRY & SPANN
6130 Plumas Street
Reno, Nevada 89509
775-829-1808

**STERLING FLUID SYSTEMS (USA), LLC**
James G. Christensen
GORDON & REES
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89109
702-784-5146

**VIACOM INC.**
**SIEMENS WESTINGHOUSE POWER CORP.**
Von S. Heinz
LEWIS & ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89109
702-949-8351

**VIKING PUMP INC.**
Julie Torres
JACKSON & WALLACE LLP
55 Francisco Street, 6th floor
San Francisco, California 94133
415-982-6700

**BMW OF NORTH AMERICA, INC. (DOE 3)**
**KELLY-MOORE PAINT COMPANY, INC.**
Michael M. Edwards
LEWIS BRISBOIS BISGAARD & SMITH
City Centre Place
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
702-893-3789

**THE AGRICULTURE & NUTRITION, LLC**
**JONES & VARGAS**
Twelfth Floor
100 West Liberty Street
P.O. Box 281
Reno, NV 89504
775-786-1177

_____
Charles S. Siegel

# PANEL SERVICE LIST (Excerpted from CTO-240)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Dennis Knutson, et al. v. Allis-Chalmers Corp., et al.,* D. Nevada, C.A. No. 3:04-625

Jack Angaran
Georgeson, Thompson & Angaran, Chtd.
100 West Grove Street
Suite 500
Reno, NV 89509

Angela Bader
Laxalt & Nomura, Ltd.
50 W. Liberty Street
Suite 700
Reno, NV 89501

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, L.L.P.
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Jack C. Cherry
Alverson, Taylor, Mortensen, Nelson & Sanders
7401 West Charleston Blvd.
Las Vegas, NV 89117-1401

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

William Cooper
Cooper Law Offices
601 E. Bridger
Las Vegas, NV 89101

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Kelly Evans
Snell & Wilmer
3800 Howard Hughes Parkway
10th Floor
Las Vegas, NV 89109

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Kurt A. Franke
Law Offices of Kurt A. Franke
575 Mill Street
Reno, NV 89502

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Michael A. Hagemeyer
2255-A Renaissance Drive
Las Vegas, NV 89119

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Troy Peyton
Rumph & Peyton
2300 W. Sahara Avenue
Las Vegas, NV 89102

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

PANEL SERVICE LIST (Excerpted from CTO-240) MDL-875                    PAGE 2 OF 2

Charles S. Siegel
Waters & Kraus
3219 McKinney Avenue
Dallas, TX 75204

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Marsha Tarte
Pico & Mitchell
2000 S. Eastern Avenue
Las Vegas, NV 89104

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 2 2005

FILED
CLERK'S OFFICE

A

# WATERS & KRAUS, LLP

C. ANDREW WATERS (CA, DC, NC, TX)
PETER A. KRAUS (TX, VA)
CHARLES S. SIEGEL

B. Scott Kruka
Ashley Watkins McDowell
Ron C. Eddins
Leslie C. MacLean
George G. Tankard, III (DC, MD, PA, TX)
Dana Casselli Fox
Michelle B. Norton
Nelda Talamantes
Paul C. Cook (CA)
Charles E. Valles (TN, TX)
Greg W. Lisemby
Jamie Reibenspies
Erika Brauch (CA)
Charles W. Branham, III
Saar Swartzon (CA, IL)
Clay B. Carroll
Benjamin R. Couture

3219 McKinney Avenue
Dallas, Texas 75204
Telephone 214-357-6244
Telecopier 214-871-2263

California Office:
200 Oceangate, Suite 520
Long Beach, California 90802
Telephone: 562-436-8833
Telecopier: 562-590-7296

Maryland Office:
10015 Old Columbia Rd., Suite B-215
Columbia, Maryland 21046
Telephone: 410-312-5599
Telecopier: 410-312-5595

JEFFREY B. SIMON
TROYCE G. WOLF
DAVID C. GREENSTONE
MICHAEL L. ARMITAGE (CA, LA)

J. Clay McCaslin (LA, OR, TX)
J. Bradley Smith
Kyla Reed
Jay Stumke
Jennifer L. Bartlett (CA)
Loren Jacobson (NY)
H.W. Trey Jones

OF COUNSEL:
Rhonda Sullivan Cleaves (TX)

James C. Barber
(Board Certified in Personal Injury Trial Law by the Texas
Board of Legal Specialization; & certified in Civil Trial Law
by the Nat'l Board of Trial Advocacy)

**Charles S. Siegel**
siegel@awpk.com

PLEASE RESPOND TO THE DALLAS OFFICE

January 14, 2005
(*Via Facsimile*)

April Land, Deputy Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC  20002-8004

Re:   MDL-875 – In re Asbestos Products Liability Litigation (No. VI)
      as to:  Dennis Knutson, et al v. Allis-Chalmers Corporation
      Cause No. 3:04-CV625

Dear Ms. Land:

Pursuant to our telephone conversation today, this will confirm my request that Plaintiff's Brief to Vacate the Conditional Transfer Order be treated as a Motion and Brief to Vacate the Conditional Transfer Order.  This will also confirm my understanding that the Motion and Brief will be considered timely filed.

Please do not hesitate to call me should you have any questions concerning this matter.

Sincerely,
Waters & Kraus, LLP

Charles S. Siegel

cc:  Involved Counsel for Schedule CTO - 240 MDL Docket No. 875  *(regular mail)*



PLAINTIFF'S EXHIBIT
A

```
*********************
***  TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO                 1707
CONNECTION TEL                    12025022888
SUBADDRESS
CONNECTION ID
ST. TIME                 01/14 12:46
USAGE T                  00'48
PGS. SENT                2
RESULT                   OK
```

# CHARLES S. SIEGEL
## WATERS & KRAUS, LLP
3219 McKinney Avenue
Dallas, Texas 75204
Telephone (214) 357-6244
Facsimile (214) 871-2263
siegel@awpk.com

Date: 1-14-05

TO:       April Land / MDL Panel
          202-502-2888

FROM:     Charles S. Siegel

Pages:              (including cover page)

Re:    Dennis Knutson, et al v. Allis-Chalmers Corporation

* MESSAGE*

# MESSAGE CONFIRMATION

01/14/2005  16:50
ID=WATERS+KRAUS

| DATE | S,R-TIME | DISTANT STATION ID | MODE | PAGES | RESULT | |
|---|---|---|---|---|---|---|
| 01/14 | 01'21" | Snell & Wilmer | TX | 006 | OK | 0000 # |

01/14/2005   16:49   WATERS+KRAUS → 17027845252                                   NO.692   P001

# CHARLES S. SIEGEL
## WATERS & KRAUS, LLP
3219 McKinney Avenue
Dallas, Texas 75204
Telephone (214) 357-6244
Facsimile (214) 871-2263
siegel@awpk.com

Date: 1/14/05

**TO:** SEE SERVICE LIST ATTACHED

**FROM:** Charles S. Siegel

**Pages** (including cover page):

**Re:** Knutson

---
*** MESSAGE***

## Ad Hoc Broadcast Report

Line 1: Waters and Kraus  
Line 2: Waters+Kraus  
ID: 2143577252  
ID: 2143577252  
14 Jan'05 16:40   Page 1

| Job | Fax Number/E-Mail | Start time | Pages | Mode | Status |
|---|---|---|---|---|---|
| 821 | 17029332930 | 1/14 16:10 | 6/ 6 | BC | Completed |
| 821 | 17026502995 | 1/14 16:33 | 6/ 6 | BC | Completed |
| 821 | 17023837087 | 1/14 16:12 | 6/ 6 | BC | Completed |
| 821 | 17028910033 | 1/14 16:11 | 6/ 6 | BC | Completed |
| 821 | 17023845386 | 1/14 16:14 | 6/ 6 | BC | Completed |
| 821 | 17024578451 | 1/14 16:15 | 6/ 6 | BC | Completed |
| 821 | 17027845252 | 1/14 16:15 | 0/ 6 | BC | No answer ... 930 |
| 821 | 17028703950 | 1/14 16:16 | 6/ 6 | BC | Completed |
| 821 | 17023857000 | 1/14 16:17 | 6/ 6 | BC | Completed |
| 821 | 17753221865 | 1/14 16:19 | 6/ 6 | BC | Completed |
| 821 | 17023844484 | 1/14 16:19 | 6/ 6 | BC | Completed |
| 821 | 17758279256 | 1/14 16:20 | 6/ 6 | BC | Completed |
| 821 | 17758276663 | 1/14 16:21 | 6/ 6 | BC | Completed |
| 821 | 17023884474 | 1/14 16:22 | 6/ 6 | BC | Completed |
| 821 | 18012365319 | 1/14 16:22 | 6/ 6 | BC | Completed |
| 821 | 17023822170 | 1/14 16:24 | 6/ 6 | BC | Completed |
| 821 | 17027967181 | 1/14 16:24 | 6/ 6 | BC | Completed |
| 821 | 17758291808 | 1/14 16:26 | 6/ 6 | BC | Completed |
| 821 | 17027845146 | 1/14 16:28 | 6/ 6 | BC | Completed |
| 821 | 17029498351 | 1/14 16:27 | 6/ 6 | BC | Completed |
| 821 | 14159826700 | 1/14 16:39 | 6/ 6 | BC | Completed |
| 821 | 17028933789 | 1/14 16:30 | 6/ 6 | BC | Completed |
| 821 | 17757861177 | 1/14 16:30 | 6/ 6 | BC | Completed |

Explanation of items in the Mode column:

EC=Error correction  
96=9600 BPS  
48=4800 BPS  
SA=Subaddress  
PW=Password  
MP=Multi-poll  
BC=Broadcast

---

**CHARLES S. SIEGEL**  
**WATERS & KRAUS, LLP**  
3219 McKinney Avenue  
Dallas, Texas 75204  
Telephone (214) 357-6244  
Facsimile (214) 871-2263  
siegel@awpk.com

Date: 1/14/05

TO: SEE SERVICE LIST ATTACHED

FROM: Charles S. Siegel

Pages (including cover page):

Re: Knutson

*MESSAGE*

IF YOU DID NOT RECEIVE ALL OF THE PAGES SENT IN THIS TELECOPY, PLEASE CALL
– Laura Rodriguez-Njelsson (214) 357-6244 ext. 2252.

**Confidentiality Notice**

The document(s) accompanying this facsimile transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named above. If you have received this facsimile in error, please notify us immediately by telephone to arrange for return of the facsimile documents to us. You are hereby notified that any distribution, copying, disclosure or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited.

**BATTLE MOUNTAIN GOLD COMPANY**
**NEWMONT USA, LIMITED**
**(CARLIN GOLD MINING COMPANY)**
George D. Yaron
William J. Geddes
YARON & ASSOCIATES
702-933-2930

**BONDEX INTERNATIONAL, INC.**
**RPM INC.**
Anne H. Wellborn
BULLIVANT HOUSER BAILEY
702-650-2995

**BURNS INTERNATIONAL SERVICES CORP. (Borg Warner)**
James M. Barker
GIFFORD VERNON & BARKER
702-383-7087

**DAIMLERCHRYSLER CORPORATION**
Michael A. Hagemeyer
702-891-0033

**ELLIOTT COMPANY**
**(ELLIOTT TURBOMACHINERY CO., INC.)**
Janice J. Brown
BARKER, BROWN, BUSBY, et al.,
900 South Fourth Street
Las Vegas, Nevada 89101
702-384-5386

**FAIRBANKS MORSE PUMP CORPORATION**
Marsha H. Tarte
PICO, ESCOBAR & ROSENBERGER
702-457-8451

**FORD MOTOR COMPANY**
**GENERAL MOTORS CORPORATION**
Kelly A. Evans
Jay J. Schuttert
SNELL & WILMER
702-784-5252

**GARDNER DENVER, INC.**
**HAFER'S AUTO PARTS DISTRIBUTORS**
David Barron
William H. Pruitt
BARRON, VIVONE & PRUITT
702-870-3950

**GENERAL ELECTRIC COMPANY**
Jack Cherry
ALVERSON, TAYLOR, MORTENSEN, et al
702-385-7000

1

**GENUINE PARTS COMPANY**
**NATIONAL AUTOMOTIVE PARTS ASSOCIATION (INC.)**
Steven E. Guinn
LAXALT & NOMURA, LTD.
775-322-1865

**HENNESSY INDUSTRIES, INC.**
Tomas V. Mazeika
Scott L. Stonehocker
FREDERICKSON, MAZEIKA & GRANT
702-384-4484

**HONEYWELL INTERNATIONAL, INC.**
Jack G. Angaran
GEORGESON THOMPSON & ANGARAN
775-827-9256

**INGERSOLL-RAND COMPANY**
Leah R. Wigren
WAIT LAW FIRM
775-827-6663

**KELSEY-HAYES COMPANY**
Troy Peyton
RUMPH & PEYTON
702-388-4474

**PAGE BRAKE COMPANY**
Thomas C. Anderson
BURBIDGE & WHITE
801-236-5319

**PARKER-HANNIFIN CORPORATION**
William E. Cooper
LAW OFFICES OF WILLIAM E. COOPER
702-382-2170

**PCC FLOW TECHNOLOGIES HOLDINGS, INC. (DOE 1)**
**JOHNSTON PUMP (DOE 2)**
Thomas F. Kummer
KUMMER KAEMPFER BONNER & RENSHAW
702-796-7181

**PENSKE TRUCK LEASING CORPORATION**
Charles W. Spann
PERRY & SPANN
775-829-1808

**STERLING FLUID SYSTEMS (USA), LLC**
James G. Christensen
GORDON & REES
702-784-5146

**VIACOM INC.**
**SIEMENS WESTINGHOUSE POWER CORP.**

2

Von S. Heinz
LEWIS & ROCA LLP
702-949-8351

**VIKING PUMP INC.**
Julie Torres
JACKSON & WALLACE LLP
415-982-6700

**BMW OF NORTH AMERICA, INC. (DOE 3)**
**KELLY-MOORE PAINT COMPANY, INC.**
Michael M. Edwards
LEWIS BRISBOIS BISGAARD & SMITH
702-893-3789

**THE AGRICULTURE & NUTRITION, LLC**
**JONES & VARGAS**
775-786-1177