

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 7 2005

FILED
CLERK'S OFFICE

**IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: ASBESTOS PRODUCTS                                    MDL DOCKET NO. 875
LIABILITY LITIGATION (NO. VI)

This Document Relates To:
JOHN FISHER vs. A-BEX CORPORATION, et al.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

JOHN FISHER                                                        **PLAINTIFF**

VS.                                                   CIVIL ACTION NO. 1:04cv666GRO

A-BEX CORPORATION, ET AL                                          **DEFENDANTS**

<u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Rule 5.3 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, the

undersigned representative of **Mobil Corporation** in the above-captioned action certifies that **Mobil Oil Corporation**

is the parent company of Mobil Corporation.  **Mobil Corporation** does have publicly traded stock and the publicly

traded entity **ExxonMobil Corporation** owns ten percent or more of Mobil Corporation's stock.

Respectfully submitted,

**MOBIL CORPORATION,
Defendant**

By: _____
OF COUNSEL

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2005 FEB -4 P 4: 29

RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**

**IMAGED** FEB - 7 2005

Thomas W. Tyner, MSB# 8170
Daphne M. Lancaster, MSB #10336
Niki L. Pace, MSB# 100875
Aultman, Tyner & Ruffin, Ltd.
315 Hemphill Street
P. O. Box 750
Hattiesburg, MS 39401
Ph:   601-583-2671
Fax: 601-583-2677

## CERTIFICATE OF SERVICE

I, Niki L. Pace, undersigned counsel for Defendant, do hereby certify that I have this day caused to

be mailed, via United States Postal Service, first class, postage prepaid, a true and correct copy of the

above and foregoing **Corporate Disclosure Statement of Defendant, Mobil Corporation** to Plaintiff's

counsel and the appropriate document repository, if any.   All other known counsel of record have been

notified of this filing.

This the 1st day of February, 2005.

NIKI L. PACE

RECEIVED
CLERK'S OFFICE
2005 FEB -4 P 4: 30
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION