MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 7 2005

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |

This Document Relates To:
JOHN FISHER vs. A-BEX CORPORATION, et al.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| JOHN FISHER | PLAINTIFF |
| VS. | CIVIL ACTION NO. 1:04cv666GRO |
| A-BEX CORPORATION, ET AL | DEFENDANTS |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the undersigned representative of **BW/IP, Inc.** in the above captioned action, certifies that **BW/IP, Inc.** did not have publicly traded stock and no public company owned ten percent (10%) or more of its stock.

Respectfully submitted,

BURNS INTERNATIONAL SERVICES CORPORATION,
Defendant

By: _____
OF COUNSEL

OFFICIAL FILE COPY
IMAGED FEB - 7 2005

Thomas W. Tyner, MSB# 8170
Daphne M. Lancaster, MSB # 10336
Niki L. Pace, MSB # 100875
Aultman, Tyner & Ruffin, Ltd.
315 Hemphill Street
P. O. Box 750
Hattiesburg, MS 39401
Ph:  601-583-2671
Fax: 601-583-2677

## CERTIFICATE OF SERVICE

I, Niki L. Pace, undersigned counsel for Defendant, do hereby certify that I have this day caused to be mailed, via United States Postal Service, first class, postage prepaid, a true and correct copy of the above and foregoing *Corporate Disclosure Statement of Defendant, BW/IP, Inc.* to Plaintiffs' counsel and Choice Copy Service. All other known counsel of record have been notified of this filing.

This the 1st day of February, 2005.

NIKI L. PACE

RECEIVED CLERK'S OFFICE
2005 FEB -4 P 4:30
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION