MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 7 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION NO. VI | ) ) ) | MDL-875 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS KNUTSON, et al., | ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No. C.A. No. 3:04CV625 |
| ALLIS-CHALMERS CORPORATION, et al., | ) ) ) | |
| Defendants. | ) | |

**DEFENDANT KELSEY-HAYES COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant Kelsey-Hayes Company makes the following disclosures:

OFFICIAL FILE COPY

IMAGED FEB - 7 2005

PLEADING NO. 4431

Kelsey-Hayes Company is 100% owned by LucasVarity Automotive Holdings Corp., which is 100% owned by TRW Automotive Inc., which is 100% owned by TRW Automotive Intermediate Holdings Corp., which is 100% owned by TRW Automotive Holdings Corp.  TRW Automotive Holdings Corp. is a publicly traded corporation. Automotive Investors LLC and Richmond UK Inc. each own 10% or more of TRW Automotive Holdings Corp.

Respectfully submitted this 26th day of January, 2005.

BAKER & HOSTETLER LLP

By: _____
Mary Price Birk, Esq.
Nevada Reg. No. 6908
303 E. 17th Avenue, Suite 1100
Denver, Colorado  80203
(303) 861-0600
(303) 861-7805 (Fax)

and

RUMPH & PEYTON
Troy Peyton, Esq.
2300 West Sahara Ave., Suite 500
Box 7
Las Vegas, Nevada 89102
(702) 388-4466
(702) 388-4474 (Fax)

ATTORNEYS FOR DEFENDANT
KELSEY-HAYES COMPANY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 7 2005

FILED
CLERK'S OFFICE

## CERTIFICATE OF MAILING

I hereby certify that, on this 25th day of January, 2005, I caused an original of the foregoing **DEFENDANT KELSEY-HAYES COMPANY'S CORPORATE DISCLOSURE STATEMENT**, to be served via Federal Express on the Clerk of the Panel:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-225, North Lobby
Washington, D.C. 20002-8004

I further certify that, on this 25th day of January, 2005, I caused copies of the foregoing **DEFENDANT KELSEY-HAYES COMPANY'S CORPORATE DISCLOSURE STATEMENT** to be served by first-class mail, postage prepaid, on the enclosed Panel Service List and on counsel on the **attached** service list.

*[signature]*

RECEIVED CLERK'S OFFICE 2005 JAN 26 A 10: 35 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## PANEL SERVICE LIST (Excerpted from CTO-240)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Dennis Knutson, et al. v. Allis-Chalmers Corp., et al.*, D. Nevada, C.A. No. 3:04-625

Jack Angaran
Georgeson, Thompson & Angaran, Chtd.
100 West Grove Street
Suite 500
Reno, NV 89509

Angela Bader
Laxalt & Nomura, Ltd.
50 W. Liberty Street
Suite 700
Reno, NV 89501

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, L.L.P.
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Jack C. Cherry
Alverson, Taylor, Mortensen, Nelson & Sanders
7401 West Charleston Blvd.
Las Vegas, NV 89117-1401

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

William Cooper
Cooper Law Offices
601 E. Bridger
Las Vegas, NV 89101

David A. Damico
Burns, White & Hickton
Fifth Avenue Place, Suite 2400
120 Fifth Avenue
Pittsburgh, PA 15222

Kelly Evans
Snell & Wilmer
3800 Howard Hughes Parkway
10th Floor
Las Vegas, NV 89109

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Kurt A. Franke
Law Offices of Kurt A. Franke
575 Mill Street
Reno, NV 89502

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Michael A. Hagemeyer
2255-A Renaissance Drive
Las Vegas, NV 89119

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Troy Peyton
Rumph & Peyton
2300 W. Sahara Avenue
Las Vegas, NV 89102

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

PANEL SERVICE LIST (Excerpted from CTO-240) MDL-875          PAGE 2 OF 2

Charles S. Siegel
Waters & Kraus
3219 McKinney Avenue
Dallas, TX 75204

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Marsha Tarte
Pico & Mitchell
2000 S. Eastern Avenue
Las Vegas, NV 89104

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

**SERVICE LIST**

Kurt A. Franke, Esq.
Law Offices of Kurt A. Franke
575 Mill Street
Reno, NV 89502

Jack C. Cherry, Esq.
Alverson Taylor Mortenson Nelson & Sanders
7401 West Charleston Boulevard
Las Vegas, NV 89117

Leah R. Wigren, Esq.
Wait Law Firm
305 W. Moana Lane, 2nd Floor
P.O. Box 719
Reno, NV 89504-0719

Steven E. Guinn, Esq.
LAXALT & NOMURA, LTD
50 W. Liberty Street, Suite 700
Reno, NV 89501

Michael M. Edwards Jr., Esq.
Lewis Brisbois Bisgaard & Smith LLP
400 S. 4th Street, Suite 500
Las Vegas, NV 89101

Janice J. Brown, Esq.
BARKER, BROWN, BUSBY, et al.
900 South Fourth Street
Las Vegas, NV 89101

Tomas V. Mazeika, Esq.
Scott L. Stonehocker, Esq.
Frederickson, Mazeika & Grant
333 South Sixth Street, Suite 230
Las Vegas, NV 89101

Charles W. Spann, Esq.
Perry & Spann
6130 Plumas Street
Reno, NV 89509

Michael L. Armitage, Esq.
Erika Brauch, Esq.
Waters & Kraus, LLP
200 Oceangate, Suite 520
Long Beach, CA 90802

Troy Peyton, Esq.
Rumph & Peyton
2300 West Sahara Avenue, Suite 500
Las Vegas, NV 89102

Kelly A. Evans, Esq.
Jay J. Schuttert, Esq.
Snell & Wilmer
3800 Howard Hughes Pkwy, Ste 1000
Las Vegas, NV 89109

William E. Cooper, Jr., Esq.
Cooper Law Offices
601 East Bridger Avenue
Las Vegas, NV 89101

George D. Yaron, Esq.
William J. Geddes, Esq.
Yaron & Associates
3097 E. Warm Springs Rd, Ste 200
Las Vegas, NV 89120

Marsha H. Tarte, Esq.
PICO, ESCOBAR & ROSENBERGER
2000 South Eastern Avenue
Las Vegas, NV 89104

Thomas C. Anderson, Esq.
Burbidge & White
1400 Key Bank Tower
50 South Main Street
Salt Lake City, UT 84144

James G. Christensen, Esq.
Gordon & Rees
3753 Howard Hughes Pkwy, Ste 200
Las Vegas, NV 89109

David Barron, Esq.
Wiliam H. Pruitt, Esq.
BARRON VIVONE & PRUITT
1401 South Jones Boulevard
Las Vegas, NV 89146

Jack G. Angaran, Esq.
Georgeson, Thompson & Angaran, Chartered
100 West Grove Street, Suite 500
Reno, NV 89505

Julie Torres, Esq.
Jackson & Wallace LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133

Von S. Heinz, Esq.
Amelia De Los Santos, Esq.
Lewis and Roca, LLP
3993 Howard Hughes Pkwy, Ste 600
Las Vegas, NV 89109

Michael A. Hagemeyer, Esq.
2255-A Renaissance Drive
Las Vegas, NV 89119

James M. Barker, Esq.
Gifford, Vernon & Barker
3110 South Rainbow Blvd., Suite 105
Las Vegas, NV 89146

Thomas F. Kummer, Esq.
Kummer Kaempfer Bonner & Renshaw
3800 Howard Hughes Pkwy, 7th Floor
Las Vegas, NV 89109

Anne H. Wellborn, Esq.
BULLIVANT HOUSER BAILEY
3980 Howard Hughes Pkwy, Ste 550
Las Vegas, NV 89109

The Agriculture & Nutrition, LLC
Jones & Vargas
Twelfth Floor
100 West Liberty Street
P. O. Box 281
Reno, NV 89504