**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED**

**Feb. 11, 2005**

**MICHAEL J. BECK
CLERK OF THE PANEL**

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL*

## HEARING SESSION ORDER

IT IS ORDERED that on March 31, 2005, a hearing session will be held in Santa Barbara, California, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).   The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

**IMAGED** FEB 1 1 2005

SCHEDULE OF MATTERS FOR HEARING SESSION
March 31, 2005 -- Santa Barbara, California

## SECTION A
## MATTERS DESIGNATED FOR ORAL ARGUMENT

MDL-1668 -- In re Federal National Mortgage Association Securities, Derivative & "ERISA" Litigation

Motion of defendants Federal National Mortgage Association (Fannie Mae), Franklin D. Raines, J. Timothy Howard, Leanne G. Spencer, and Daniel H. Mudd for centralization of the following actions in the United States District Court for the District of District of Columbia:

### District of District of Columbia

*Vincent Vinci v. Federal National Mortgage Association, et al.*, C.A. No. 1:04-1639
*Sidney Horn, etc. v. Franklin D. Raines, et al.*, C.A. No. 1:04-1783
*David Gwyer v. Federal National Mortgage Association, et al.*, C.A. No. 1:04-1784
*Richard Mandel v. Timothy Howard, et al.*, C.A. No. 1:04-1827
*Anne E. Flynn, et al. v. Fannie Mae, et al.*, C.A. No. 1:04-1843
*Pirelli Armstrong Tire Corp. Retiree Medical Benefits Trust, etc. v. Franklin D. Raines, et al.*, C.A. No. 1:04-1852
*Hedda Rudoff, etc. v. Franklin D. Raines, et al.*, C.A. No. 1:04-1960

### Southern District of New York

*Richard Gregory v. Federal National Mortgage Association, et al.*, C.A. No. 1:04-7574
*David P. Berlien v. Federal National Mortgage Association, et al.*, C.A. No. 1:04-8066
*Patricia B. Arthur, etc. v. Franklin D. Raines, et al.*, C.A. No. 1:04-8294

### Southern District of Ohio

*Ohio Public Employees Retirement System, et al. v. Fannie Mae, et al.*, C.A. No. 2:04-1106

Schedule of Matters for Hearing Session, Section A                    p. 2
Santa Barbara, California

MDL-1669 -- In re Zimmer, Inc., Centralign Hip Prosthesis Products Liability Litigation (No. II)

    Motion of plaintiffs Dolores Dunn, et al.; James Johannsen; John Vino, et al.; Sonia Fuentes-Weed; Joann Lopes; and Stacia S. Bogdan, et al., for centralization of the following actions in the United States District Court for the District of Minnesota:

    District of Connecticut

*Dolores Dunn, et al. v. Zimmer, Inc.*, C.A. No. 3:00-1306
*James Johannsen v. Bristol-Myers Squibb Co., et al.*, C.A. No. 3:00-2270
*John Vino, et al. v. Zimmer, Inc.*, C.A. No. 3:01-516
*Sonia Fuentes-Weed v. Zimmer, Inc.*, C.A. No. 3:01-517
*Joann Lopes v. Zimmer, Inc.*, C.A. No. 3:01-518
*Stacia S. Bogdan, et al. v. Zimmer, Inc.*, C.A. No. 3:02-637

    District of Minnesota

*George David Johnson, et al. v. Zimmer, Inc.*, C.A. No. 0:02-1328
*Allen Lillebo, et al. v. Zimmer, Inc.*, C.A. No. 0:03-2919
*Evelyn Reiling, et al. v. Zimmer, Inc.*, C.A. No. 0:03-2920
*Mary Orlowski v. Zimmer, Inc.*, C.A. No. 0:03-6076
*John W. Doschadis v. Zimmer, Inc.*, C.A. No. 0:03-6439
*Brent M. Symonds v. Zimmer, Inc.*, C.A. No. 0:04-985
*Harry L. Poliwoda v. Zimmer, Inc.*, C.A. No. 0:04-1659
*Kathryn E. Leclerc v. Zimmer, Inc.*, C.A. No. 0:04-1660
*Carmen Klingbeil v. Zimmer, Inc.*, C.A. No. 0:04-2780
*Elsie Grimm v. Zimmer, Inc.*, C.A. No. 0:04-3184
*Thomas O. Guss v. Zimmer, Inc.*, C.A. No. 0:04-3185
*Kenneth L. Kraft v. Zimmer, Inc.*, C.A. No. 0:04-3186
*Carol Rotondo v. Zimmer, Inc.*, C.A. No. 0:04-3346
*Thomas M. Krick v. Zimmer, Inc.*, C.A. No. 0:04-3347
*Henry C. Gerig, Jr. v. Zimmer, Inc.*, C.A. No. 0:04-3348
*William K. Freeman v. Zimmer, Inc.*, C.A. No. 0:04-3349
*Mildred E. Green v. Zimmer, Inc.*, C.A. No. 0:04-3350
*Marjorie Witt v. Zimmer, Inc.*, C.A. No. 0:04-3351

    District of Montana

*Robert G. Oakberg v. Zimmer, Inc.*, C.A. No. 2:03-47

## MDL-1671 -- In re Reformulated Gasoline (RFG) Antitrust & Patent Litigation

Motion of defendant Union Oil Company of California for centralization of the following actions in the United States District Court for the Central District of California:

### Central District of California

*Caleb Kleppner, et al. v. Union Oil Co. of California, et al.*, C.A. No. 2:04-8795
*Carlos Lossada v. Union Oil Co. of California*, C.A. No. 2:04-9598
*Yolanda Acosta v. Union Oil Co. of California, et al.*, C.A. No. 2:04-9600
*Anthony Dark v. Union Oil Co. of California, et al.*, C.A. No. 2:04-9602

### Northern District of California

*Stephen Buckser v. Union Oil Co. of California*, C.A. No. 3:04-4755
*Asher Rubin, et al. v. Union Oil Co. of California*, C.A. No. 3:04-4799
*Gail Harper v. Union Oil Co. of California*, C.A. No. 3:04-5126
*Jennifer Haro v. Union Oil Co. of California*, C.A. No. 3:04-5234
*Corey Rosen v. Union Oil Co. of California*, C.A. No. 3:04-5235
*Michelle Sullivan v. Union Oil Co. of California*, C.A. No. 3:04-5236

### Southern District of California

*Michael Shames v. Union Oil Co. of California, et al.*, C.A. No. 3:04-2460

## MDL-1672 -- In re Express Scripts, Inc., Pharmacy Benefits Management Litigation

Motion of plaintiff Central Laborers' Welfare Fund for centralization of the following actions in the United States District Court for the Southern District of Illinois:

### Southern District of Illinois

*Central Laborers' Welfare Fund v. Express Scripts, Inc., et al.*, C.A. No. 3:04-791

Schedule of Matters for Hearing Session, Section A                    p. 4
Santa Barbara, California


MDL-1672 (Continued)


### Eastern District of Missouri

*Gerald R. Minshew v. Express Scripts, Inc.*, C.A. No. 4:02-1503
*Richard Mixon, et al. v. Express Scripts, Inc.*, C.A. No. 4:03-1519
*Karen Cameron v. Express Scripts, Inc.*, C.A. No. 4:03-1520
*Fidelity Insurance Co., et al. v. Express Scripts, Inc., et al.*, C.A. No. 4:03-1521

### Southern District of New York

*Patrick J. Lynch, etc. v. National Prescription Administrators, Inc., et al.*,
    C.A. No. 1:03-1303
*United Food & Commercial Workers Unions & Employers Midwest Health Benefits Fund
    v. National Prescription Administrators, Inc., et al.*, C.A. No. 1:04-7472
*William E. Scheuerman, et al. v. Express Scripts, Inc.*, C.A. No. 1:04-7616


## MDL-1673 -- In re Circular Thermostat Antitrust Litigation

Motion of defendant Honeywell International Inc., for centralization of the following
actions in the United States District Court for the Southern District of New York:


### Northern District of California

*Brian Brock v. Honeywell International, Inc.*, C.A. No. 3:04-5328

### Southern District of New York

*Thomas Fullam v. Honeywell International, Inc.*, C.A. No. 1:04-9871

Schedule of Matters for Hearing Session, Section A                    p. 5
Santa Barbara, California

MDL-1674 -- In re Community Bank of Northern Virginia Mortgage Lending Practices
                Litigation

Motion of defendant Irwin Union Bank & Trust Company for centralization of the
following actions in the United States District Court for the Western District of Pennsylvania:

### Northern District of Alabama

*Clell L. Hobson, et al. v. Irwin Union Bank & Trust Co., et al.*, C.A. No. 7:04-2351

### District of Maryland

*David M. Chatfield, et al. v. Community Bank of Northern Virginia, et al.*,
    C.A. No. 1:04-2235
*Willard R. Ransom, et al. v. Community Bank of Northern Virginia, et al.*,
    C.A. No. 1:04-2236

### Western District of Pennsylvania

*Ruth J. Davis, et al. v. Community Bank of Northern Virginia, et al.*, C.A. No. 2:02-1201

MDL-1675 -- In re ACE Limited Securities Litigation

Motion of defendants ACE Limited, Evan Greenberg, Brian Duperreault, Philip V.
Bancroft, Dominic J. Frederico, and Christopher Z. Marshall for centralization of the following
actions in the United States District Court for the Eastern District of Pennsylvania:

### Southern District of New York

*John Mahaney, Jr. v. ACE Limited, et al.*, C.A. No. 1:04-7696
*Steven Burda v. ACE Limited, et al.*, C.A. No. 1:04-8335
*Thomas E. Barton v. ACE Limited, et al.*, C.A. No. 1:04-8683

### Eastern District of Pennsylvania

*Friends of Ariel Center for Policy Research v. ACE Limited, et al.*, C.A. No. 2:04-4907

Schedule of Matters for Hearing Session, Section A                    p. 6
Santa Barbara, California


MDL-1676 -- In re Telecommunications Providers' Fiber Optic Cable Installation Litigation
                (No. II)

Motion of defendant Chem-Tronics, Inc., for centralization of the following actions in the United States District Court for the Northern District of Illinois:


### Central District of California

*William Nelson, et al. v. MCI WorldCom Network Services, Inc. et al.,*
   C.A. No. 2:01-8205

### Eastern District of California

*Dirk Regan, et al. v. Qwest Communications International, Inc., et al.*, C.A. No. 2:01-766
*Dirk Regan, et al. v. Williams Companies, Inc., et al.*, C.A. No. 2:01-779

### District of Colorado

*Orin Loos, et al. v. Level 3 Communications, LLC, et al.*, C.A. No. 1:01-75
*Robert C. Barr, et al. v. Qwest Communications International, Inc., et al.,*
   C.A. No. 1:01-748

### District of Idaho

*Dennis Koyle, et al. v. Level 3 Communications, Inc., et al.*, C.A. No. 1:01-286

### Northern District of Illinois

*Vincent E. Buchenau, et al. v. Sprint Corp., et al.*, C.A. No. 1:99-3844

### Southern District of Illinois

*Harriett Bauer, et al. v. Level 3 Communications, Inc., et al.*, C.A. No. 3:01-308

### Northern District of Indiana

*Stanley J. Hynek, et al. v. MCI WorldCom Communications, Inc., et al.,*
   C.A. No. 3:00-758

Schedule of Matters for Hearing Session, Section A                    p. 7
Santa Barbara, California

MDL-1676 (Continued)

### Southern District of Indiana

*Jerry L. Ostler, et al. v. Level 3 Communications, Inc., et al.*, C.A. No. 1:00-718

### District of Kansas

*Harold Watson, et al. v. Qwest Communications Corp., et al.*, C.A. No. 5:00-4132

### Western District of Louisiana

*Randolph McCormick, et al. v. MCI WorldCom, et al.*, C.A. No. 6:01-415
*Don Alexander, et al. v. MCI WorldCom, et al.*, C.A. No. 6:01-1237

### Southern District of Mississippi

*Benjamin L. Carrubba, et al. v. WorldCom, Inc., et al.*, C.A. No. 1:01-282

### Western District of Missouri

*Cirese Investment Co. v. Qwest Communications Corp., et al.*, C.A. No. 4:00-42

### District of Nebraska

*Devon Lewis v. Sprint Communications Co., L.P., et al.*, C.A. No. 4:00-3278

### District of North Dakota

*Marlyn E. Nudell, et al. v. Burlington Northern & Santa Fe Railway Co., et al.*,
C.A. No. 3:01-41

### District of Oregon

*Bill Zografos, et al. v. Qwest Communications Corp.*, C.A. No. 6:00-6201

Schedule of Matters for Hearing Session, Section A                        p. 8
Santa Barbara, California


MDL-1676 (Continued)


### District of South Carolina

*Sustainable Forest LLC, et al. v. Qwest Communications International, Inc., et al.*,
  C.A. No. 0:01-2935

### Eastern District of Texas

*Paul D. Drawhorn, et al. v. Qwest Communications International, Inc., et al.*,
  C.A. No. 1:99-415


### MDL-1677 -- In re NovaStar Home Mortgage Inc. Mortgage Lending Practices Litigation

Motion of plaintiff Kevin Kravets for centralization of the following actions in the United States District Court for the Southern District of California:


### Southern District of California

*Kevin Kravets v. NovaStar Home Mortgage, Inc., et al.*, C.A. No. 3:04-2092

### Southern District of Georgia

*Harry Pitts, et al. v. Novastar Financial, Inc., et al.*, C.A. No. 4:04-157

<u>MDL-1679 -- In re FedEx Ground Package System, Inc., Employment Practices Litigation</u>

Motion of defendant FedEx Ground Package System, Inc., for centralization of the following actions in the United States District Court for the Western District of Pennsylvania:

<u>Central District of California</u>

*Jesse Padilla v. FedEx Home Delivery, et al.*, C.A. No. 8:04-1002

<u>Northern District of California</u>

*Dean Alexander, et al. v. FedEx Ground Package System, Inc., et al.*, C.A. No. 3:05-38

<u>District of Kansas</u>

*Carlene M. Craig, et al. v. FedEx Ground Package System, Inc.*, C.A. No. 5:03-4197

<u>Eastern District of Michigan</u>

*James Lester, et al. v. Federal Express Corp., et al.*, C.A. No. 1:04-10055

<u>District of New Jersey</u>

*Jessie Capers, et al. v. FedEx Ground, et al.*, C.A. No. 2:02-5352

<u>Eastern District of New York</u>

*Curtis Johnson, et al. v. FedEx Home Delivery, et al.*, C.A. No. 1:04-4935

<u>Southern District of New York</u>

*Larry Louzau, et al. v. FedEx Ground Package System, Inc.*, C.A. No. 1:04-9795

<u>Eastern District of Virginia</u>

*Bradley D. Gregory v. FedEx Corp., et al.*, C.A. No. 2:03-479

<u>MDL-1680 -- In re Pullen & Associates, LLC, Brokered Group Health Plans Litigation</u>

Motion of defendants Pullen & Associates, LLC, and Milton Pullen for centralization of the following actions in the United States District Court for the Southern District of Alabama:

<u>Northern District of Alabama</u>

*Jimmie Whisenant v. Staff USA, et al.*, C.A. No. 2:04-3116

<u>Southern District of Alabama</u>

*Stephen Stokes, et al. v. Holden & Co., Inc., et al.*, C.A. No. 1:04-542
*Cogburn Health Services, Inc., et al. v. Milton S. Pullen, Jr., et al.*, C.A. No. 1:04-669

<u>Eastern District of Kentucky</u>

*Paysource, Inc. v. Triple Crown Financial Group, Inc., et al.*, C.A. No. 2:04-171

<u>Western District of Missouri</u>

*Tutera Investments, LLC, et al. v. Milton S. Pullen, Jr., et al.*, C.A. No. 4:04-1155

<u>Southern District of Ohio</u>

*Transcon Employment Co. v. Triple Crown Financial Group, Inc., et al.*,
   C.A. No. 1:04-856

<u>District of South Carolina</u>

*S&S Firestone, Inc., et al. v. Consumer Health Solutions, LLC, et al.*,
   C.A. No. 7:04-22690

Schedule of Matters for Hearing Session, Section B                    p. 11
Santa Barbara, California

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

  Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

### Middle District of Louisiana

*Glenn Soileau v. Cajun Electric Power Cooperative, et al.*, C.A. No. 3:04-512

### District of Maryland

*Gale D. Walker v. Owens-Illinois Glass Co., et al.*, C.A. No. 1:04-3278

### Southern District of Mississippi

*Roy Barry, et al. v. A.O. Smith Co., et al.*, C.A. No. 1:04-731
*Betty Mills, etc. v. Borg-Warner Corp., et al.*, C.A. No. 1:04-810

### District of Nevada

*Dennis Knutson, et al. v. Allis-Chalmers Corp., et al.*, C.A. No. 3:04-625

Schedule of Matters for Hearing Session, Section B                    p. 12
Santa Barbara, California

MDL-875 (Continued)

#### Southern District of New York

*Philip P. Maita, et al. v. General Electric Co., et al.*, C.A. No. 1:04-7038
*Martin Zuckerman, et al. v. General Electric Co.*, C.A. No. 1:04-7603
*Joseph S. Zafonte, et al. v. A.O. Smith Water Products Co., et al.*, C.A. No. 1:04-9320
*Robert W. Nesbiet v. General Electric Co., et al.*, C.A. No. 1:04-9321

#### Eastern District of Texas

*Bobbie Jean Bagwell, etc. v. Honeywell, Inc., et al.*, C.A. No. 6:04-444

MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products
         Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United
States District Court for the Eastern District of Pennsylvania:

#### Southern District of Alabama

*Edward Smith v. Wyeth, et al.*, C.A. No. 1:04-309
*Mona Barnes v. Wyeth, et al.*, C.A. No. 2:04-346
*Rever Pettway, et al. v. Wyeth, et al.*, C.A. No. 2:04-348

#### Southern District of Florida

*Virona J. Hardison v. Wyeth, et al.*, C.A. No. 0:04-60652
*Sam Morris v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 0:04-60653
*Bernard C. Goldstein v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 0:04-60659
*Mona E. Klein v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-21197
*Madge Acarino v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-21198
*Sandra Holland, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-14130
*Joanne Maddens, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-14131
*Abby C. Koffler v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 9:04-80461

Schedule of Matters for Hearing Session, Section B                    p. 13
Santa Barbara, California


MDL-1203 (Continued)


### Southern District of Florida (Continued)

*Karl H. Francis v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 9:04-80475
*Mary Ellen Arceneaux v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 9:04-80477

### District of Idaho

*Dale Robinson, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:04-551

### Eastern District of Kentucky

*Diana Adkins, et al. v. Bariatrics, Inc. of KY, P.S.C., et al.*, C.A. No. 0:04-167

### Western District of Louisiana

*Laura Luneau, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-1178

### Eastern District of Texas

*Dian Jones v. Wyeth, et al.*, C.A. No. 6:04-242
*Carol S. McKeever, et al. v. Wyeth, et al.*, C.A. No. 9:03-298

### Northern District of Texas

*Celia Osuna, et al. v. Wyeth, et al.*, C.A. No. 4:04-142

### Southern District of Texas

*Olga Monsevais, et al. v. Wyeth, et al.*, C.A. No. 2:04-84
*Lavette James v. Wyeth, et al.*, C.A. No. 2:04-101
*Stephanie A. Skinner v. Wyeth*, C.A. No. 4:03-4837
*Susan A. Germany v. Wyeth, et al.*, C.A. No. 4:03-4941

### Eastern District of Wisconsin

*Jeanette Nash v. Wyeth, et al.*, C.A. No. 2:04-996

Schedule of Matters for Hearing Session, Section B                    p. 14
Santa Barbara, California


MDL-1332 -- In re Microsoft Corp. Windows Operating Systems Antitrust Litigation

Opposition of plaintiff Novell, Inc., to transfer of the following action to the United States District Court for the District of Maryland:

    District of Utah

*Novell, Inc. v. Microsoft Corp.*, C.A. No. 2:04-1045


MDL-1405 -- In re California Wholesale Electricity Antitrust Litigation

Opposition of plaintiff Public Utility District No. 1 of Grays Harbor County, Washington, to transfer of the following action to the United States District Court for the Southern District of California:

    Western District of Washington

*Public Utility District No. 1 of Grays Harbor County, Washington v. IDACORP, Inc., et al.*, C.A. No. 3:02-5572


MDL-1439 -- In re Farmers Insurance Exchange Claims Representatives' Overtime Pay
            Litigation

Opposition of plaintiffs Diana Balliet, et al., and MDL-1439 plaintiffs to transfer of the following actions to the United States District Court for the District of Oregon:

    Central District of California

*Diana Balliet, et al. v. Farmers Insurance Exchange, et al.*, C.A. No. 2:04-9148

    District of Nevada

*Randy McLeod, et al. v. Farmers Insurance Exchange, et al.*, C.A. No. 2:04-544

Schedule of Matters for Hearing Session, Section B                                   p. 15
Santa Barbara, California

## MDL-1446 -- In re Enron Corp. Securities, Derivative & "ERISA" Litigation

Oppositions of plaintiffs Sierra Pacific Resources, et al.; State of Arkansas Teacher Retirement System, et al.; LJM2 Co-Investment, L.P.; and Public Utility District No. 1 of Snohomish County, Washington, to transfer of their respective following actions to the United States District Court for the Southern District of Texas:

### District of Nevada

*Sierra Pacific Resources, et al. v. Citigroup, Inc., et al.*, C.A. No. 2:04-1605

### Northern District of Texas

*State of Arkansas Teacher Retirement System, et al. v. Merrill Lynch & Co., Inc., et al.*, Bky. Advy. No. 3:04-3525
*LJM2 Co-Investment, L.P. v. Andrew B. Fastow, et al.*, Bky. Advy. No. 3:04-3565

### Western District of Washington

*Public Utility District No. 1 of Snohomish County, Washington v. Citigroup, Inc., et al.*, C.A. No. 2:04-2389

## MDL-1486 -- In re Dynamic Random Access Memory (DRAM) Antitrust Litigation

Oppositions of plaintiffs Chiengthong Kongkham, John G. Elias, and Tracey S. Kinder to transfer of their respective following actions to the United States District Court for the Northern District of California:

### Western District of North Carolina

*Chiengthong Kongkham v. Micron Technology, Inc., et al.*, C.A. No. 3:04-556

### Middle District of Tennessee

*John G. Elias v. Micron Technology, Inc., et al.*, C.A. No. 3:04-1101

### Northern District of West Virginia

*Tracey S. Kinder v. Micron Technology, Inc., et al.*, C.A. No. 5:04-122

Schedule of Matters for Hearing Session, Section B                              p. 16
Santa Barbara, California


MDL-1498 -- In re Laughlin Products, Inc., Patent Litigation

    Opposition of plaintiffs Paul Spivak, et al., to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:


        Northern District of Ohio

    *Paul Spivak, et al. v. Thomas J. Laughlin, et al.*, C.A. No. 1:04-1992


MDL-1507 -- In re Prempro Products Liability Litigation

    Oppositions of plaintiffs and/or defendants Pfizer Inc.; Pharmacia & Upjohn Company LLC; and Greenstone Ltd., to transfer of their respective following actions to the United States District Court for the Eastern District of Arkansas:


        Northern District of Georgia

    *June Lewallen v. Wyeth, et al.*, C.A. No. 1:04-2980


        Northern District of Mississippi

    *Jimmie Ann Lambert v. Wyeth, Inc., et al.*, C.A. No. 1:04-263


        Southern District of Mississippi

    *Lesia Turner, etc. v. Wyeth, Inc., et al.*, C.A. No. 2:04-287


        District of Nevada

    *Gloria Womack, et al. v. Wyeth, et al.*, C.A. No. 2:04-1592
    *Betty Kruger, et al. v. Wyeth, et al.*, C.A. No. 2:04-1593
    *Elaine Pierce, et al. v. Wyeth, et al.*, C.A. No. 2:04-1594
    *Norma Early, et al. v. Wyeth, et al.*, C.A. No. 2:04-1595
    *Ruselle Campbell, et al. v. Wyeth, et al.*, C.A. No. 2:04-1596
    *Marlene Russing, et al. v. Wyeth, et al.*, C.A. No. 2:04-1597
    *Marion Manausa, et al. v. Wyeth, et al.*, C.A. No. 2:04-1598
    *Darlene Auburn, et al. v. Wyeth, et al.*, C.A. No. 2:04-1599

MDL-1507 (Continued)

### District of Nevada (Continued)

*Ruth Albin-Hering, et al. v. Wyeth, et al.*, C.A. No. 2:04-1600
*Dorene Knowles, et al. v. Wyeth, et al.*, C.A. No. 2:04-1601
*June Brooks, et al. v. Wyeth, et al.*, C.A. No. 2:04-1602
*Linda Schecht, et al. v. Wyeth, et al.*, C.A. No. 2:04-1606
*Janice Welsh, et al. v. Wyeth, et al.*, C.A. No. 2:04-1607
*Dolly Tucker, et al. v. Wyeth, et al.*, C.A. No. 2:04-1608
*Valorie Delcontie, et al. v. Wyeth, et al.*, C.A. No. 2:04-1609
*Permentha Pampe, et al. v. Wyeth, et al.*, C.A. No. 2:04-1610
*Nancy Mosner, et al. v. Wyeth, et al.*, C.A. No. 2:04-1611
*Carol Einhorn, et al. v. Wyeth, et al.*, C.A. No. 2:04-1612
*Vesta Woodhouse, et al. v. Wyeth, et al.*, C.A. No. 2:04-1613
*Sally Hellman, et al. v. Wyeth, et al.*, C.A. No. 2:04-1614
*Shirley Wernikove, et al. v. Wyeth, et al.*, C.A. No. 2:04-1615
*Elizabeth Gerbert, et al. v. Wyeth, et al.*, C.A. No. 2:04-1616
*Judy Pivar, et al. v. Wyeth, et al.*, C.A. No. 2:04-1617
*Shyrl Bailey, et al. v. Wyeth, et al.*, C.A. No. 3:04-672
*Linda Baumgardner, et al. v. Wyeth, et al.*, C.A. No. 3:04-673
*Diane Davis, et al. v. Wyeth, et al.*, C.A. No. 3:04-674
*Lorraine Van Brocklin, et al. v. Wyeth, et al.*, C.A. No. 3:04-675
*Carol McCreary, et al. v. Wyeth, et al.*, C.A. No. 3:04-681

Motion of defendant Novo Nordisk Pharmaceuticals, Inc., for remand, pursuant to 28 U.S.C. § 1407(a), of the following action to the United States District Court for the District of Minnesota:

### Eastern District of Arkansas

*Judith Peters, et al. v. Wyeth, et al.* (D. Minnesota, C.A. No. 0:04-4575)

Schedule of Matters for Hearing Session, Section B                              p. 18
Santa Barbara, California


MDL-1529 -- In re Adelphia Communications Corp. Securities & Derivative Litigation (No. II)

    Oppositions of plaintiffs AIG DKR Soundshore Holdings, Ltd., and Tele-Media Corporation of Delaware, et al., to transfer of their respective following actions to the United States District Court for the Southern District of New York:


        Northern District of Georgia

    *AIG DKR Soundshore Holdings, Ltd. v. Scientific-Atlanta, Inc., et al.,*
      C.A. No. 1:04-3415

        Eastern District of Pennsylvania

    *Tele-Media Corp. of Delaware, et al. v. John J. Rigas, et al.,* Bky. Advy. No. 2:04-1052


MDL-1530 -- In re Fleming Companies Inc. Securities & Derivative Litigation

    Opposition of plaintiff Twin City Fire Insurance Company to transfer of the following action to the United States District Court for the Eastern District of Texas:


        District of Delaware

    *Twin City Fire Insurance Co. v. Fleming Companies, Inc., et al.,*
      Bky. Advy. No. 1:04-55527


MDL-1552 -- In re UnumProvident Corp. Securities, Derivative & "ERISA" Litigation

    Opposition of plaintiff Dennis J. Richards to transfer of the following action to the United States District Court for the Eastern District of Tennessee:


        Northern District of Ohio

    *Dennis J. Richards v. UNUM Life Insurance Co. of America, et al.,* C.A. No. 4:04-2127

Schedule of Matters for Hearing Session, Section B                          p. 19
Santa Barbara, California


## MDL-1553 -- In re Silica Products Liability Litigation

Oppositions of defendants General Electric Corporation, Norton Company, and U.S. Silica Company to transfer of the following action to the United States District Court for the Southern District of Texas:


### Northern District of Alabama

*Sidney S. Chancellor, et al. v. Aearo Corp., et al.*, C.A. No. 2:04-3102


## MDL-1595 -- In re Electrical Receptacle Products Liability Litigation

Opposition of plaintiff Robert Everest to transfer of the following action to the United States District Court for the District of South Carolina:


### District of Maine

*Robert Everest v. Leviton Manufacturing Co., Inc.*, C.A. No. 2:04-242


## MDL-1596 -- In re Zyprexa Products Liability Litigation

Oppositions of defendants Dr. Manoocherh Manshadi; Dr. Joe Spath; Ramesh Ghanta, M.D.; Jimmy Hawthorne, M.D.; Gary Patton, M.D.; and Steven Spady, D.O., to transfer of their respective following actions to the United States District Court for the Eastern District of New York:


### Eastern District of Kentucky

*Debra Green v. Eli Lilly & Co., et al.*, C.A. No. 3:04-78
*Barry Berry, et al. v. Eli Lilly & Co., et al.*, C.A. No. 5:04-521
*Cordia Hensley v. Eli Lilly & Co., et al.*, C.A. No. 6:04-576


### Western District of Kentucky

*Stefani Davis, et al. v. Eli Lilly & Co., et al.*, C.A. No. 3:04-594

Schedule of Matters for Hearing Session, Section B                    p. 20
Santa Barbara, California

MDL-1598 -- In re Ephedra Products Liability Litigation

Oppositions of plaintiffs Aubrey Gerald Crawford; Margaret S. Guyton; Angela Smith; Bobbie Hinson; Sandra Lovelace, et al.; and Vicky Long, et al., to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### Northern District of Georgia

*Aubrey Gerald Crawford v. Metabolife International, Inc., et al.*, C.A. No. 3:04-92

### Northern District of Mississippi

*Margaret S. Guyton v. Nutrition USA, Inc., et al.*, C.A. No. 1:04-324
*Angela Smith v. Nutrition USA, Inc., et al.*, C.A. No. 1:04-325

### Southern District of Mississippi

*Bobbie Hinson v. Nutrition USA, Inc., et al.*, C.A. No. 5:04-274

### Eastern District of Texas

*Sandra Lovelace, et al. v. Body Dynamics, Inc., et al.*, C.A. No. 2:04-157

### District of Wyoming

*Vicky Long, et al. v. National Health Products, Inc., et al.*, C.A. No. 1:04-305

MDL-1604 -- In re Ocwen Federal Bank FSB Mortgage Servicing Litigation

Oppositions of plaintiffs Delilie Carruthers, et al.; Willowdean Glover; Marvin Ellison, et al.; Louise Morrow; Daisy J. Howard; and Cheryl Dunlap, et al., to transfer of their respective following actions to the United States District Court for the Northern District of Illinois:

### Middle District of Alabama

*Delilie Carruthers, et al. v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 2:04-901
*Willowdean Glover v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 2:04-961

Schedule of Matters for Hearing Session, Section B                    p. 21
Santa Barbara, California


MDL-1604 (Continued)


#### Northern District of Alabama

*Marvin Ellison, et al. v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 2:04-2909
*Louise Morrow v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 7:04-2970

#### Southern District of Alabama

*Daisy J. Howard v. Ocwen Federal Bank, FSB, et al.*, Bky. Advy. No. 1:04-1156

#### District of Nevada

*Cheryl Dunlap, et al. v. Ocwen Federal Bank, FSB, et al.*, Bky. Advy. No. 2:03-1429


### MDL-1626 -- In re Accutane Products Liability Litigation

Oppositions of defendants Hoffman-LaRoche, Inc., and Roche Laboratories, Inc., to transfer of their respective following actions to the United States District Court for the Middle District of Florida:


#### Southern District of Texas

*Matthew Gerber v. Hoffman-LaRoche, Inc.*, C.A. No. 4:03-1886

#### Eastern District of Wisconsin

*Laurie A. Stupak v. Hoffman La-Roche, Inc., et al.*, C.A. No. 1:03-421

Schedule of Matters for Hearing Session, Section B                         p. 22
Santa Barbara, California


MDL-1629 -- In re Neurontin Marketing and Sales Practices Litigation

      Oppositions of plaintiffs Mary Cooper, et al.; Leroy Anderson, et al.; and Linda Barker to transfer of their respective following actions to the United States District Court for the District of Massachusetts:


              Northern District of Mississippi

*Mary Cooper, et al. v. Pfizer, Inc.*, C.A. No. 2:04-255
*Leroy Anderson, et al. v. Pfizer, Inc., et al.*, C.A. No. 4:04-275

              Eastern District of Texas

*Linda Barker v. Pfizer, Inc., et al.*, C.A. No. 2:04-309


MDL-1653 -- In re Parmalat Securities Litigation

      Opposition of plaintiff Dr. Enrico Bondi to transfer of the following action to the United States District Court for the Southern District of New York:


              Western District of North Carolina

*Dr. Enrico Bondi v. Bank of America Corp., et al.*, C.A. No. 1:04-215

RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)      Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)      Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)      No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:

    (i)      the dispositive issue(s) have been authoritatively decided; or

    (ii)      the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)      In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)      Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)      Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)      Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.