**MDL 875**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST OF LA.

05 JAN 20 PM 4:07

SIGN_____
   by DEPUTY CLERK

PLEADING NO. 4435

| | |
|---|---|
| GLENN SOILEAU | CIVIL ACTION |
| VERSUS | NO. 04-512-A |
| CAJUN ELECTRIC POWER COOPERATIVE, INC., ET AL | |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 16 2005

FILED
CLERK'S OFFICE

### ORDER

For written reasons assigned and filed herein:

IT IS ORDERED that this civil action be, and it is hereby REMANDED to the 19TH Judicial District, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, January 20, 2005.

_____
JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA

MDL- 875
RECOMMENDED ACTION
Vacate CTO 239 - overturn
Approved/Date: MK 2/16

RECEIVED JAN 21 2005 S. R. BICKFORD

**OFFICIAL FILE COPY**

IMAGED FEB 16 2005

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2005 FEB 15 P 3:41
RECEIVED CLERK'S OFFICE