MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 16 2005

FILED
CLERK'S OFFICE

PLEADING NO. 4436

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Glenn Soileau v. Cajun Electric Power Cooperative, et al.*, M.D. Louisiana, C.A. No. 3:04-512

### ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE MARCH 31, 2005 HEARING SESSION

A conditional transfer order was filed in this action (*Soileau*) on November 24, 2004. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Soileau* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Soileau* was remanded to the 19th Judicial District, Parish of East Baton Rouge, State of Louisiana, by the Honorable John V. Parker in an order filed on January 20, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-239" filed on November 24, 2004, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 11, 2005, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

**OFFICIAL FILE COPY**

IMAGED FEB 16 2005