JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

FEB 16 2005

FILED
CLERK'S OFFICE

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN,[*] D. LOWELL JENSEN, J. FREDERICK MOTZ,[*] ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL*

### TRANSFER ORDER

Before the Panel are motions brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in the 280 District of Maine, District of Maryland, Southern District of Mississippi, Western District of North Carolina, and Eastern District of Virginia actions listed on the attached Schedule A. Movants ask the Panel to vacate its order conditionally transferring their actions to the Eastern District of Pennsylvania for inclusion in the centralized pretrial proceedings occurring there in this docket before Judge Charles R. Weiner.

On the basis of the papers filed and hearing session held, the Panel finds that these actions involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Pennsylvania, and that transfer of the actions to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings occurring in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. We find that transfer of the actions is appropriate for reasons expressed by the Panel in its original decision in this docket directing centralization of all pending federal court actions not then in trial involving allegations of personal injury or wrongful death caused by asbestos or asbestos containing products. *See In re Asbestos Products Liability Litigation (No. VI)*, 771 F.Supp. 415 (J.P.M.L. 1991). In particular, we note that in the Panel's original decision distinctions based on such matters as the pendency of motions or other matters before the transferor court,[1] the uniqueness of a party's status, the type of defendant, the docket condition of any specific federal district, the stage of pretrial proceedings, the presence of unique claims or additional claims

---

[*]Judge Motz took no part in the disposition of this matter. Additionally, Judge Keenan took no part in the disposition of this matter with respect to the Southern District of Mississippi *Fisher* action listed on the attached Schedule A.

[1]Some plaintiffs have argued that transfer should be denied or deferred in order to permit the resolution of motions to remand their actions to state court. There is no need to delay transfer in order to accommodate such an interest. We note that: 1) as a practical matter, there is a lag time of at least three or four months from the filing of an action, its identification as a potential tag-along action, issuance of a conditional transfer order, stay of transfer when a party timely objects to the conditional transfer, briefing on the question of transfer, the Panel hearing session, and the issuance of the Panel's subsequent order; 2) Panel Rule 1.5, R.P.J.P.M.L., 199 F.R.D. at 427, expressly provides that the pendency of a conditional transfer order does not in any way i) suspend orders and pretrial proceedings in the district court in which the action that is the subject of the conditional transfer order is pending, or ii) limit the pretrial jurisdiction of that court; and 3) accordingly, those courts wishing to address such motions have adequate time in which to do so, those courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of Section 1407 transfer in MDL-875 can continue without any unnecessary interruption or delay.

IMAGED FEB 16 2005          OFFICIAL FILE COPY          J

PLEADING NO. 4437

not relating to asbestos injury or death, and/or the unanimity of opposition to transfer by the parties to an action, were considered and rejected by the Panel as grounds for carving out exceptions to transfer in this extraordinary docket. We are not persuaded to depart from this approach in dealing with the question of transfer of the actions now before the Panel.

We note that under Judge Weiner's stewardship, as of February 1, 2005, i) over 74,000 actions have been closed in the transferee district, and ii) over 1,300 actions or claims therein have been returned to their originating transferor districts. To any parties that believe the uniqueness of their particular situation renders continued inclusion of their action in MDL-875 unnecessary or inadvisable, we note that whenever the transferee judge deems remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38. We are confident that Judge Weiner will continue to promptly review arguments for returning transferred actions or claims to their transferor courts and will take all appropriate steps to assure their speedy return whenever he is convinced that retention in the MDL-875 proceedings is no longer needed.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these 280 actions are transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable Charles R. Weiner for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

_/s/ Wm. Terrell Hodges_

Wm. Terrell Hodges
Chairman

# SCHEDULE A

## MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

### District of Maine

*Gail Boston, et al. v. Eastern Refractories Co., Inc., et al.*, C.A. No. 2:04-122

### District of Maryland

*Raymond T. Adamski, et al. v. Quigley Co., Inc., et al.*, C.A. No. 1:04-2965

### Southern District of Mississippi

*John Fisher v. American Optical Corp., et al.*, C.A. No. 1:04-666
*Karen Hammons, etc. v. Illinois Central Railroad*, C.A. No. 1:04-678
*Ronald Adams v. Alco Industries, Inc., et al.*, C.A. No. 1:04-730
*Faye E. Hamilton, etc. v. Allen-Bradley Co., LLC, et al.*, C.A. No. 1:04-732

### Western District of North Carolina

*Otis Delbert Baker, et al. v. International Paper Co., et al.*, C.A. No. 1:04-191

### Eastern District of Virginia

*Vincent C. Garrett, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8147
*Vernon T. Rice, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8148
*Sadie Harsley, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8149
*John M. Powell, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8150
*Zell Walker v. A.P. Green, et al.*, C.A. No. 2:04-8151
*Willie A. Cuffee, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8152
*William W. Watson, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8153
*Robert Wells v. A.P. Green, et al.*, C.A. No. 2:04-8154
*Wayne D. Phillips v. A.P. Green, et al.*, C.A. No. 2:04-8155
*Warner D. Saunders v. A.P. Green, et al.*, C.A. No. 2:04-8156
*Thomas W. Sturgis v. A.P. Green, et al.*, C.A. No. 2:04-8157
*Soloman T. Palmer v. A.P. Green, et al.*, C.A. No. 2:04-8158
*Roger D. Creter v. A.P. Green, et al.*, C.A. No. 2:04-8159
*William H. Shine, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8160
*Sandra Wilburn, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8161
*Ralph E. Riddick v. A.P. Green, et al.*, C.A. No. 2:04-8162
*Sarah Waddler, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8163
*Matthew C. Garner v. A.P. Green, et al.*, C.A. No. 2:04-8164

**MDL-875 Schedule A (Continued)**

Eastern District of Virginia (Continued)

*Marion West v. A.P. Green, et al.*, C.A. No. 2:04-8165
*Junious Epps v. A.P. Green, et al.*, C.A. No. 2:04-8166
*Kathleen Taylor, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8167
*Norma Greene, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8168
*Nancy Greenfield, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8169
*Emma Jackson, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8170
*Faye Hylton, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8171
*Eleanor Carraway, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8172
*June White, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8173
*Albert M. Schatzhuber v. A.P. Green, et al.*, C.A. No. 2:04-8174
*Ernest Andrew Buchanan v. AC&S, Inc., et al.*, C.A. No. 4:04-2644
*Patrick Bryant, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2645
*Freddie U. Brown v. AC&S, Inc., et al.*, C.A. No. 4:04-2646
*Willie Brooks v. AC&S, Inc., et al.*, C.A. No. 4:04-2647
*Roland A. Brooks, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2648
*Sidney W. Brockwell v. AC&S, Inc., et al.*, C.A. No. 4:04-2649
*Stanley A. Brisendine v. AC&S, Inc., et al.*, C.A. No. 4:04-2650
*Maryland Branch v. AC&S, Inc., et al.*, C.A. No. 4:04-2651
*Leon Callis, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2652
*William Butler, Sr. v. AC&S, Inc., et al.*, C.A. No. 4:04-2653
*James Butler, Sr. v. AC&S, Inc., et al.*, C.A. No. 4:04-2654
*William Bradshaw v. AC&S, Inc., et al.*, C.A. No. 4:04-2655
*Jesse Black v. AC&S, Inc., et al.*, C.A. No. 4:04-2656
*Robert Birch v. AC&S, Inc., et al.*, C.A. No. 4:04-2657
*Albert Benson v. AC&S, Inc., et al.*, C.A. No. 4:04-2658
*James Artis v. AC&S, Inc., et al.*, C.A. No. 4:04-2659
*Robert Walter Armstrong v. AC&S, Inc., et al.*, C.A. No. 4:04-2660
*Larry Armstrong v. AC&S, Inc., et al.*, C.A. No. 4:04-2661
*George Anderson v. AC&S, Inc., et al.*, C.A. No. 4:04-2662
*Claude Allen v. AC&S, Inc., et al.*, C.A. No. 4:04-2663
*William Bailey v. AC&S, Inc., et al.*, C.A. No. 4:04-2664
*Joe Chadwell v. AC&S, Inc., et al.*, C.A. No. 4:04-2665
*Johnnie Burchett v. AC&S, Inc., et al.*, C.A. No. 4:04-2666
*Elton Wyatt v. AC&S, Inc., et al.*, C.A. No. 4:04-2667
*John Briggs v. AC&S, Inc., et al.*, C.A. No. 4:04-2668
*Kenneth Carpenter v. AC&S, Inc., et al.*, C.A. No. 4:04-2669

**MDL-875 Schedule A (Continued)**

Eastern District of Virginia (Continued)

*Walter Harnly v. AC&S, Inc., et al.*, C.A. No. 4:04-2670
*Carl Harman v. AC&S, Inc., et al.*, C.A. No. 4:04-2671
*Jesse Lee Council v. AC&S, Inc., et al.*, C.A. No. 4:04-2672
*Antonio Luna Cuerpo v. AC&S, Inc., et al.*, C.A. No. 4:04-2673
*Sandra Custis, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2674
*Thurman Buford Dale v. AC&S, Inc., et al.*, C.A. No. 4:04-2675
*William Thomas Darden v. AC&S, Inc., et al.*, C.A. No. 4:04-2676
*Maynard L. Daulton v. AC&S, Inc., et al.*, C.A. No. 4:04-2677
*James Harvey Dennard v. AC&S, Inc., et al.*, C.A. No. 4:04-2678
*James Bert Denton v. AC&S, Inc., et al.*, C.A. No. 4:04-2679
*Ralph E. Croyle v. AC&S, Inc., et al.*, C.A. No. 4:04-2680
*Roger D. Crittenden, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2681
*Peter Thomas Corprew v. AC&S, Inc., et al.*, C.A. No. 4:04-2682
*Tyrone Copeland v. AC&S, Inc., et al.*, C.A. No. 4:04-2683
*Robert P. Cook, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2684
*John W. Collins v. AC&S, Inc., et al.*, C.A. No. 4:04-2685
*Royce R. Coles, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2686
*Jimmie H. Clark v. AC&S, Inc., et al.*, C.A. No. 4:04-2687
*Donald L. Carter v. AC&S, Inc., et al.*, C.A. No. 4:04-2688
*James Richard Carter v. AC&S, Inc., et al.*, C.A. No. 4:04-2689
*Ronald Lee Diggs v. AC&S, Inc., et al.*, C.A. No. 4:04-2690
*Colin Kelly v. AC&S, Inc., et al.*, C.A. No. 4:04-2691
*Gordon W. Brice v. AC&S, Inc., et al.*, C.A. No. 4:04-2692
*Ronald Lee Solomon v. AC&S, Inc., et al.*, C.A. No. 4:04-2693
*Clinton Capehart v. AC&S, Inc., et al.*, C.A. No. 4:04-2694
*Mary Jane Eubank, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2695
*William E. Ellis v. AC&S, Inc., et al.*, C.A. No. 4:04-2696
*Willie L. Ducre v. AC&S, Inc., et al.*, C.A. No. 4:04-2697
*Cecil Ray Dodd v. AC&S, Inc., et al.*, C.A. No. 4:04-2698
*Nicholas Joseph Dimarino v. AC&S, Inc., et al.*, C.A. No. 4:04-2699
*Ellis Alford v. AC&S, Inc., et al.*, C.A. No. 4:04-2700
*Melvin Alexander v. AC&S, Inc., et al.*, C.A. No. 4:04-2701
*Debbie Adcock, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2702
*James Adams v. AC&S, Inc., et al.*, C.A. No. 4:04-2703
*George Adams v. AC&S, Inc., et al.*, C.A. No. 4:04-2704
*Richard Adams v. AC&S, Inc., et al.*, C.A. No. 4:04-2705

**MDL-875 Schedule A (Continued)**

Eastern District of Virginia (Continued)

*Fred Bennett v. AC&S, Inc., et al.*, C.A. No. 4:04-2706
*Harold Beddingfield v. AC&S, Inc., et al.*, C.A. No. 4:04-2707
*Delmar Bateman v. AC&S, Inc., et al.*, C.A. No. 4:04-2708
*William Barrett v. AC&S, Inc., et al.*, C.A. No. 4:04-2709
*James L. Baker v. AC&S, Inc., et al.*, C.A. No. 4:04-2710
*Douglas Woolard v. AC&S, Inc., et al.*, C.A. No. 4:04-2711
*William Musick v. AC&S, Inc., et al.*, C.A. No. 4:04-2712
*Allen Mitchell v. AC&S, Inc., et al.*, C.A. No. 4:04-2713
*Charles McDonald, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2714
*George Maples, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2715
*Aubrey Green v. AC&S, Inc., et al.*, C.A. No. 4:04-2716
*Erma Freeman, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2717
*Herbert Allen Duke v. AC&S, Inc., et al.*, C.A. No. 4:04-2718
*William Dale v. AC&S, Inc., et al.*, C.A. No. 4:04-2719
*James Titus v. AC&S, Inc., et al.*, C.A. No. 4:04-2720
*John Stephen Tucker v. AC&S, Inc., et al.*, C.A. No. 4:04-2721
*William West, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2722
*William H. Weston v. AC&S, Inc., et al.*, C.A. No. 4:04-2723
*James L. Wheatley v. AC&S, Inc., et al.*, C.A. No. 4:04-2724
*William Morris Whitaker v. AC&S, Inc., et al.*, C.A. No. 4:04-2725
*Van Buren Williams, Jr. v. AC&S, Inc., et al.*, C.A. No. 4:04-2726
*Clifford F. Tyree v. AC&S, Inc., et al.*, C.A. No. 4:04-2727
*Helen M. Tyler v. AC&S, Inc., et al.*, C.A. No. 4:04-2728
*Francis Irvin Turner v. AC&S, Inc., et al.*, C.A. No. 4:04-2729
*Aplinario L. Cuerpo v. AC&S, Inc., et al.*, C.A. No. 4:04-2730
*Theodore Anderson v. AC&S, Inc., et al.*, C.A. No. 4:04-2731
*Donald R. Spikes v. AC&S, Inc., et al.*, C.A. No. 4:04-2732
*Lester Ray Smith v. AC&S, Inc., et al.*, C.A. No. 4:04-2733
*James Thomas Smith v. AC&S, Inc., et al.*, C.A. No. 4:04-2734
*Charlie Riggs Sheely v. AC&S, Inc., et al.*, C.A. No. 4:04-2735
*Edison Woodrow Spruill v. AC&S, Inc., et al.*, C.A. No. 4:04-2736
*Ronald Stafford v. AC&S, Inc., et al.*, C.A. No. 4:04-2737
*John Compton v. AC&S, Inc., et al.*, C.A. No. 4:04-2738
*Joel Weisiger v. AC&S, Inc., et al.*, C.A. No. 4:04-2739
*William West v. AC&S, Inc., et al.*, C.A. No. 4:04-2740
*John Robinson v. AC&S, Inc., et al.*, C.A. No. 4:04-2741

**MDL-875 Schedule A (Continued)**

Eastern District of Virginia (Continued)

*Isaac E. Robertson v. AC&S, Inc., et al.*, C.A. No. 4:04-2742
*Larry Gene Robertson v. AC&S, Inc., et al.*, C.A. No. 4:04-2743
*Marvin Roberts v. AC&S, Inc., et al.*, C.A. No. 4:04-2744
*Charles Zehmer v. AC&S, Inc., et al.*, C.A. No. 4:04-2745
*Herbert Wuska v. AC&S, Inc., et al.*, C.A. No. 4:04-2746
*Mack Wright v. AC&S, Inc., et al.*, C.A. No. 4:04-2747
*Emmerson Woolard v. AC&S, Inc., et al.*, C.A. No. 4:04-2748
*Thomas Walker v. AC&S, Inc., et al.*, C.A. No. 4:04-2749
*Margie Vaughan, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2750
*Scotty Williamson v. AC&S, Inc., et al.*, C.A. No. 4:04-2751
*Frankie Vann v. AC&S, Inc., et al.*, C.A. No. 4:04-2752
*Ralph Moyer Webb v. AC&S, Inc., et al.*, C.A. No. 4:04-2753
*Nelson Cornell Watkins v. AC&S, Inc., et al.*, C.A. No. 4:04-2754
*George T. Ward v. AC&S, Inc., et al.*, C.A. No. 4:04-2755
*Kenneth Graham Walters v. AC&S, Inc., et al.*, C.A. No. 4:04-2756
*Patricia Walters v. AC&S, Inc., et al.*, C.A. No. 4:04-2757
*Samuel White v. AC&S, Inc., et al.*, C.A. No. 4:04-2758
*Walter Washington v. AC&S, Inc., et al.*, C.A. No. 4:04-2759
*Haywood Thomas v. AC&S, Inc., et al.*, C.A. No. 4:04-2760
*Charles Smith v. AC&S, Inc., et al.*, C.A. No. 4:04-2761
*William Shaw v. AC&S, Inc., et al.*, C.A. No. 4:04-2762
*Linwood Sedgwick v. AC&S, Inc., et al.*, C.A. No. 4:04-2763
*Robert Roberson v. AC&S, Inc., et al.*, C.A. No. 4:04-2764
*James Stanley Perry v. AC&S, Inc., et al.*, C.A. No. 4:04-2765
*Lawrence G. Parham v. AC&S, Inc., et al.*, C.A. No. 4:04-2766
*Dallas Milton Neville v. AC&S, Inc., et al.*, C.A. No. 4:04-2767
*Robert Alfred v. AC&S, Inc., et al.*, C.A. No. 4:04-2768
*Charles Baynard v. AC&S, Inc., et al.*, C.A. No. 4:04-2769
*Claude R. Perry, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2770
*Earlston V. Teal v. AC&S, Inc., et al.*, C.A. No. 4:04-2771
*Henry B. Robertson v. AC&S, Inc., et al.*, C.A. No. 4:04-2772
*Wilbert E. Tynes v. AC&S, Inc., et al.*, C.A. No. 4:04-2773
*Robert Boothe v. AC&S, Inc., et al.*, C.A. No. 4:04-2774
*Charles G. Andrews v. AC&S, Inc., et al.*, C.A. No. 4:04-2775
*Emery Sweeney v. AC&S, Inc., et al.*, C.A. No. 4:04-2776
*James Council Diggs v. AC&S, Inc., et al.*, C.A. No. 4:04-2777

**MDL-875 Schedule A (Continued)**

Eastern District of Virginia (Continued)

*Dexter Cornelius Cutler v. AC&S, Inc., et al.*, C.A. No. 4:04-2778
*Leander Covington v. AC&S, Inc., et al.*, C.A. No. 4:04-2779
*James Edwin Thompson v. AC&S, Inc., et al.*, C.A. No. 4:04-2780
*Ronald Eldridge Williams v. AC&S, Inc., et al.*, C.A. No. 4:04-2781
*Richard Hewitt Williams v. AC&S, Inc., et al.*, C.A. No. 4:04-2782
*Brenda Whiteman, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2783
*Neal White, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2784
*Walter Wendell White v. AC&S, Inc., et al.*, C.A. No. 4:04-2785
*Thomas Salmon v. AC&S, Inc., et al.*, C.A. No. 4:04-2786
*Johnnie Russ v. AC&S, Inc., et al.*, C.A. No. 4:04-2787
*Russell Rozzell v. AC&S, Inc., et al.*, C.A. No. 4:04-2788
*John Rourke, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2789
*Thomas M. Sullivan v. AC&S, Inc., et al.*, C.A. No. 4:04-2790
*Michael J. Sullivan v. AC&S, Inc., et al.*, C.A. No. 4:04-2791
*Robert L. Stateman v. AC&S, Inc., et al.*, C.A. No. 4:04-2792
*Richard Allen Stalls v. AC&S, Inc., et al.*, C.A. No. 4:04-2793
*Walter Ben Stalling v. AC&S, Inc., et al.*, C.A. No. 4:04-2794
*I. Anthony Sansone v. AC&S, Inc., et al.*, C.A. No. 4:04-2795
*Leon A. Vreeland v. AC&S, Inc., et al.*, C.A. No. 4:04-2796
*Gary Delivan Shulenburg v. AC&S, Inc., et al.*, C.A. No. 4:04-2797
*Robert E. Carrier v. AC&S, Inc., et al.*, C.A. No. 4:04-2798
*Alfred Wallace Robbins v. AC&S, Inc., et al.*, C.A. No. 4:04-2799
*Hampton Vincent Snidow v. AC&S, Inc., et al.*, C.A. No. 4:04-2800
*Cleveland Taylor v. AC&S, Inc., et al.*, C.A. No. 4:04-2801
*Wayne Douglas Taylor v. AC&S, Inc., et al.*, C.A. No. 4:04-2802
*Meredith Hamilton Taylor v. AC&S, Inc., et al.*, C.A. No. 4:04-2803
*Herman A. Sykes v. AC&S, Inc., et al.*, C.A. No. 4:04-2804
*William Edward Ligon v. AC&S, Inc., et al.*, C.A. No. 4:04-2805
*Robert Wayne Riggs v. AC&S, Inc., et al.*, C.A. No. 4:04-2806
*William Riddick v. AC&S, Inc., et al.*, C.A. No. 4:04-2807
*Mickey Renfrow, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2808
*Rudolph Albert Reid v. AC&S, Inc., et al.*, C.A. No. 4:04-2809
*Ernest E. Reid v. AC&S, Inc., et al.*, C.A. No. 4:04-2810
*Louis Reed, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2811
*Thomas R. Quillian v. AC&S, Inc., et al.*, C.A. No. 4:04-2812
*Harry Lee Pruitt v. AC&S, Inc., et al.*, C.A. No. 4:04-2813

**MDL-875 Schedule A (Continued)**

Eastern District of Virginia (Continued)

Paul R. Pruitt v. AC&S, Inc., et al., C.A. No. 4:04-2814
Mary Prevatte, et al. v. AC&S, Inc., et al., C.A. No. 4:04-2815
Shelton Ralph Porter v. AC&S, Inc., et al., C.A. No. 4:04-2816
Clyde W. Pitts v. AC&S, Inc., et al., C.A. No. 4:04-2817
Wendell G. Phillips v. AC&S, Inc., et al., C.A. No. 4:04-2818
Eugene Ottaway Peters v. AC&S, Inc., et al., C.A. No. 4:04-2819
Daniel E. Perryman v. AC&S, Inc., et al., C.A. No. 4:04-2820
Whit Lee Parks v. AC&S, Inc., et al., C.A. No. 4:04-2821
Harold Page v. AC&S, Inc., et al., C.A. No. 4:04-2822
Gary Owens v. AC&S, Inc., et al., C.A. No. 4:04-2823
Paul E. Newby, et al. v. AC&S, Inc., et al., C.A. No. 4:04-2824
Paulette Nash v. AC&S, Inc., et al., C.A. No. 4:04-2825
Donald Mongold v. AC&S, Inc., et al., C.A. No. 4:04-2826
Glenn Millier v. AC&S, Inc., et al., C.A. No. 4:04-2827
Zemery Messer v. AC&S, Inc., et al., C.A. No. 4:04-2828
Linwood Franklin McCoy v. AC&S, Inc., et al., C.A. No. 4:04-2829
James Masters v. AC&S, Inc., et al., C.A. No. 4:04-2830
Sue Massengill, et al. v. AC&S, Inc., et al., C.A. No. 4:04-2831
Charles Allan Marshall v. AC&S, Inc., et al., C.A. No. 4:04-2832
Terry Alan Maratellos v. AC&S, Inc., et al., C.A. No. 4:04-2833
James Lupton, et al. v. AC&S, Inc., et al., C.A. No. 4:04-2834
Donald J. Long v. AC&S, Inc., et al., C.A. No. 4:04-2835
Phillip Lewis v. AC&S, Inc., et al., C.A. No. 4:04-2836
Louis Leskovar v. AC&S, Inc., et al., C.A. No. 4:04-2837
Jessie Leonard v. AC&S, Inc., et al., C.A. No. 4:04-2838
David Ray LeDoyen v. AC&S, Inc., et al., C.A. No. 4:04-2839
Lewis Nelson Lawrence v. AC&S, Inc., et al., C.A. No. 4:04-2840
Gordon E. Lamkin v. AC&S, Inc., et al., C.A. No. 4:04-2841
David R. Krauter v. AC&S, Inc., et al., C.A. No. 4:04-2842
Jerry Nance v. AC&S, Inc., et al., C.A. No. 4:04-2843
Lawrence Keithley v. AC&S, Inc., et al., C.A. No. 4:04-2844
John Jory v. AC&S, Inc., et al., C.A. No. 4:04-2845
Charles H. Goens v. AC&S, Inc., et al., C.A. No. 4:04-2846
Lawrence Tyrone Gibson v. AC&S, Inc., et al., C.A. No. 4:04-2847
Vernon O. Gayle v. AC&S, Inc., et al., C.A. No. 4:04-2848
Leroy H. Garrison v. AC&S, Inc., et al., C.A. No. 4:04-2849

**MDL-875 Schedule A (Continued)**

Eastern District of Virginia (Continued)

*Rebecca Garrett, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2850
*Marion Gordon Garnett v. AC&S, Inc., et al.*, C.A. No. 4:04-2851
*Francis L. Foster v. AC&S, Inc., et al.*, C.A. No. 4:04-2852
*Tyrone Elvin Fontanilla v. AC&S, Inc., et al.*, C.A. No. 4:04-2853
*Charles E. Foley v. AC&S, Inc., et al.*, C.A. No. 4:04-2854
*Robert L. Fishel v. AC&S, Inc., et al.*, C.A. No. 4:04-2855
*William E. Morris, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2856
*Edgar L. Morgan v. AC&S, Inc., et al.*, C.A. No. 4:04-2857
*William Moore, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2858
*Oscar Glenn Jones v. AC&S, Inc., et al.*, C.A. No. 4:04-2859
*David Philip Johnson v. AC&S, Inc., et al.*, C.A. No. 4:04-2860
*Fuller Ashton Johnson v. AC&S, Inc., et al.*, C.A. No. 4:04-2861
*Sandra Hill, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2862
*Ronald Harrison v. AC&S, Inc., et al.*, C.A. No. 4:04-2863
*John A. Harris v. AC&S, Inc., et al.*, C.A. No. 4:04-2864
*Anthony Lane Hannah v. AC&S, Inc., et al.*, C.A. No. 4:04-2865
*Dorothy Jarrett, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2866
*William Henry Hunter v. AC&S, Inc., et al.*, C.A. No. 4:04-2867
*Mary Virginia Jones v. AC&S, Inc., et al.*, C.A. No. 4:04-2868
*Barry Lee Jones v. AC&S, Inc., et al.*, C.A. No. 4:04-2869
*Ronald D. Hunt v. AC&S, Inc., et al.*, C.A. No. 4:04-2870
*William H. Johnson v. AC&S, Inc., et al.*, C.A. No. 4:04-2871
*Valerie Hunt, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2872
*William Hudgins, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2873
*Jesse Sherwood Howell v. AC&S, Inc., et al.*, C.A. No. 4:04-2874
*Judith Hollowell, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2875
*James Thomas Holloway v. AC&S, Inc., et al.*, C.A. No. 4:04-2876
*Ruth Holland, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2877
*Leo Hogge v. AC&S, Inc., et al.*, C.A. No. 4:04-2878
*Roger Wayne Hobbs v. AC&S, Inc., et al.*, C.A. No. 4:04-2879
*Harold Hinkle v. AC&S, Inc., et al.*, C.A. No. 4:04-2880
*Thomas Hill, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2881
*Larry Lee Griffith v. AC&S, Inc., et al.*, C.A. No. 4:04-2882
*David Wayne Griffin v. AC&S, Inc., et al.*, C.A. No. 4:04-2883
*Preston Lee Gray v. AC&S, Inc., et al.*, C.A. No. 4:04-2884

**MDL-875 Schedule A (Continued)**

<u>Eastern District of Virginia</u> (Continued)

*Kenneth J. Goodman v. AC&S, Inc., et al.*, C.A. No. 4:04-2885
*Jack Arnold Ferguson v. AC&S, Inc., et al.*, C.A. No. 4:04-2886
*Maurice Ferebee v. AC&S, Inc., et al.*, C.A. No. 4:04-2887
*William Bob Evans v. AC&S, Inc., et al.*, C.A. No. 4:04-2888