**875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 2 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-242)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 78,910 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 1 8 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# OFFICIAL FILE COPY
**IMAGED** FEB 1 8 2005

PLEADING NO. 4440

SCHEDULE CTO-242 - TAG ALONG ACTIONS
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DISTRICT  DIV. C.A.#**

VIRGINIA EASTERN

| | | | |
|---|---|---|---|
| VAE | 2 | 03-7579 | McRay Griffin, III v. AC&S, Inc., et al. |
| VAE | 2 | 03-7580 | Richard M. Nelson, Sr. v. AC&S, Inc., et al. |
| VAE | 2 | 03-7581 | Willie P. Lynch v. AC&S, Inc., et al. |
| VAE | 2 | 04-7625 | Sherman L. Walton v. AC&S, Inc., et al. |
| VAE | 2 | 04-7626 | Murmon E. Hudson v. AC&S, Inc., et al. |
| VAE | 2 | 04-7627 | George D. Piggott v. AC&S, Inc., et al. |
| VAE | 2 | 04-7628 | Eugene Birden v. AC&S, Inc., et al. |
| VAE | 2 | 04-7629 | Robert E. Lee v. AC&S, Inc., et al. |
| VAE | 2 | 04-7630 | Alger L. Morgan, Jr. v. AC&S, Inc., et al. |
| VAE | 2 | 04-7631 | Wayne T. Dunn v. AC&S, Inc., et al. |
| VAE | 2 | 04-7632 | Albert S. Johnson, Jr. v. AC&S, Inc., et al. |
| VAE | 2 | 04-7633 | Robert L. Holmes v. AC&S, Inc., et al. |
| VAE | 2 | 04-7634 | Charles D. White v. AC&S, Inc., et al. |
| VAE | 2 | 04-7635 | Rose Holmes v. AC&S, Inc., et al. |
| VAE | 2 | 04-7636 | Benjamin E. Andrews v. AC&S, Inc., et al. |
| VAE | 2 | 04-7637 | Joseph L. Harris v. AC&S, Inc., et al. |
| VAE | 2 | 04-7638 | Earl J. White v. AC&S, Inc., et al. |
| VAE | 2 | 04-7639 | William E. Blake, Jr. v. AC&S, Inc., et al. |
| VAE | 2 | 04-7640 | Donald L. Goley v. AC&S, Inc., et al. |
| VAE | 2 | 04-7641 | George D. Griffin v. AC&S, Inc., et al. |
| VAE | 2 | 04-7642 | Lenial M. Brite v. AC&S, Inc., et al. |
| VAE | 2 | 04-7643 | Jack Holmes, Sr. v. AC&S, Inc., et al. |
| VAE | 2 | 04-7644 | Robert A. Jacobs v. AC&S, Inc., et al. |
| VAE | 2 | 04-7645 | Michael A. Ashlin v. AC&S, Inc., et al. |
| VAE | 2 | 04-7646 | Franklin R. Moss, Sr. v. AC&S, Inc., et al. |
| VAE | 2 | 04-7647 | Wonie McCoy v. AC&S, Inc., et al. |
| VAE | 2 | 04-7648 | Warren L. Louk v. AC&S, Inc., et al. |
| VAE | 2 | 04-7649 | Phillip E. Holmes v. AC&S, Inc., et al. |
| VAE | 2 | 04-7650 | Frank Hayden v. AC&S, Inc., et al. |
| VAE | 2 | 04-7651 | John S. Ferrer v. AC&S, Inc., et al. |
| VAE | 2 | 04-7653 | Edwin F. Workman v. AC&S, Inc., et al. |
| VAE | 2 | 04-7654 | Stafford C. Williams, Sr. v. AC&S, Inc., et al. |
| VAE | 2 | 04-7655 | William C. Rice v. AC&S, Inc., et al. |
| VAE | 2 | 04-7656 | David R. Phelps v. AC&S, Inc., et al. |
| VAE | 2 | 04-7657 | Andrew B. Consolvo, III v. AC&S, Inc., et al. |
| VAE | 2 | 04-7658 | Charlie A. Williams v. AC&S, Inc., et al. |
| VAE | 2 | 04-7659 | Rose Willetts v. AC&S, Inc., et al. |
| VAE | 2 | 04-7662 | Lawrence W. Fields, Jr. v. AC&S, Inc., et al. |
| VAE | 2 | 04-7663 | Robert E. Johns, Sr. v. AC&S, Inc., et al. |
| VAE | 2 | 04-7664 | David E. Penn v. AC&S, Inc., et al. |
| VAE | 2 | 04-7665 | Clair G. Stephenson v. AC&S, Inc., et al. |
| VAE | 2 | 04-7666 | Tarin L. Tononi v. AC&S, Inc., et al. |