MDL -875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 3 2005

FILED
CLERK'S OFFICE

PLEADING NO. 4442

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS           )
LIABILITY LITIGATION NO. VI       )    MDL Docket No. 875
                                  )

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

SANDRA KNUTSON and DENNIS
KNUTSON,

    Plaintiffs                              Case No. CV-N-04-0625-LRH-(RLJ)

vs.

ALLIS-CHALMERS CORPORATION;
et al,

    Defendants

_____/

RECEIVED
CLERK'S OFFICE
2005 MAR -1 A 9:19
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**DEFENDANT PENSKE TRUCK LEASING CORPORATION'S
CORPORATE DISCLOSURE STATEMENT AND STATEMENT
UNDER 5.2(c) OF THE JUDICIAL PANEL RULES**

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict

Litigation, defendant PENSKE TRUCK LEASING CORPORATION, makes the following

disclosures:

PENSKE TRUCK LEASING CORPORATION is not a publicly traded company.

PENSKE TRUCK LEASING CORPORATION is wholly owned by PENSKE TRUCK

**OFFICIAL FILE COPY**   IMAGED MAR 0 3 2005

LEASING, L.P., which is a limited partnership, not a publicly traded company. None of the partners with an interest in PENSKE TRUCK LEASING, L.P. are publicly traded companies. However, General Electric Company is publicly traded and is the parent company of GE Capital limited partners, which holds a partnership interest in PENSKE TRUCK LEASING, L.P.

The person designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation is Charles W. Spann, Esq., 6130 Plumas Street, Reno, Nevada 89509.

DATED this 22nd day of February, 2005.

    PERRY & SPANN
    A Professional Corporation

    */s/ Melissa L. Exline*
    CHARLES W. SPANN, ESQ.
    Nevada Bar No. 1532
    MELISSA L. EXLINE, ESQ.
    Nevada Bar No. 8541
    6130 Plumas Street
    Reno, Nevada 89509
    Attorneys for Defendant,
    PENSKE TRUCK LEASING CORP.

Case MDL No. 875 Document 4442 Filed 03/03/05 Page 3 of 8

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 3 2005

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE BY FACSIMILE AND MAIL

I hereby certify that on the 23rd day of February, 2005, pursuant to FRCP 5(b) I served a copy of the foregoing *DEFENDANT PENSKE TRUCK LEASING CORPORATION'S CORPORATE DISCLOSURE STATEMENT AND STATEMENT UNDER 5.2(c) OF THE JUDICIAL PANEL RULES*, by U.S. mail, first-class postage attached, at Reno, Nevada, to the following counsel of record:

| Attorney | Party Represented |
|---|---|
| Kurt A. Franke, Esquire<br>Law Offices of Kurt A. Franke<br>575 Mill Street<br>Reno, NV 89502<br>Tele: (775) 827-6100<br>Fax: (775) 786-1116<br><br>C. Andrew Waters, Esquire<br>California Bar No. 147259<br>Michael L. Armitage, Esquire<br>California Bar No. 152740<br>Saar Swartzon, Esquire<br>California Bar No. 198732<br>Michael L. Armitage, Esquire<br>California Bar No. _____<br>Waters & Kraus, LLP<br>200 Oceangate, Suite 520<br>Long Beach, CA 90802<br>Tele: (562) 436-8833<br>Fax: (562) 590-7296 | Plaintiffs |
| Michael M. Edwards, Esquire<br>Sheri M. Schwartz, Esquire<br>David S. Kahn, Esquire<br>Lewis Brisbois Bisgaard & Smith LLP<br>City Centre Place<br>400 South Fourth Street, Suite 500<br>Las Vegas, NV 89101<br>Tele: (702) 893-3383<br>Fax: (702) 893-3789 | BMW of North America, Inc. and Kelly-Moore Paint Company |
| Michael A. Hagemeyer, Esquire<br>Law Offices of Michael A. Hagemeyer<br>2255-A Renaissance Drive<br>Las Vegas, NV 89119<br>Tele: (702) 891-0022<br>Fax: (702) 891-0033 | General Motors Corporation<br>Daimlerchrysler Corporation |

| | |
|---|---|
| Greg W. Marsh, Esquire<br>Law Offices of Greg Marsh<br>731 South Seventh Street<br>Las Vegas, NV 89101<br>Tele: (702) 387-0052<br>Fax: (702) 387-0063 | General Motors Corporation |
| Troy Peyton, Esquire<br>Rumph & Peyton<br>U.S. Bank Building<br>2300 West Sahara Avenue, Suite 1130<br>Box 7<br>Las Vegas, NV 89102<br>Tele: (702) 388-4466<br>Fax: (702) 388-4474<br><br>and<br><br>Mary Price Birk, Esquire<br>Baker & Hostetler, LLP<br>303 East 17th Avenue, Suite 1100<br>Denver, CO 80203-1264<br>Tele: (303) 861-0600<br>Fax: (303) 861-7805 | Northrop Grumman Systems and Kelsey Hayes Company |
| Von S. Heinz, Esquire<br>Lewis and Roca, LLP<br>3993 Howard Hughes Parkway, No. 600<br>Las Vegas, NV 89109<br>Tele: (702) 949-8200<br>Fax: (702) 949-8398 | Viacom, Inc., successor to Westinghouse Electric |
| Michael R. Pontoni, Esquire<br>Michael R. Pontoni, Ltd.<br>64 N. Pecos Road, Suite 100<br>Henderson, NV 89014<br>Tele: (702) 990-6444<br>Fax: (702) 990-6445 | Dresser Industries |
| Jack C. Cherry, Esquire<br>Davis F. VanderVelde, Esquire<br>Alverson, Taylor, Mortensen, Nelson & Sanders<br>7401 W. Charleston Blvd.<br>Las Vegas, NV 89117<br>Tele: (702) 384-7000<br>Fax: (702) 385-7000 | General Electric Company |

| | |
|---|---|
| Steven E. Guinn, Esquire<br>Laxalt & Nomura, Ltd.<br>50 W. Liberty Street, Suite 700<br>Reno, NV 89501<br>Tele: (775) 322-1170<br>Fax: (775) 322-1865<br><br>George R. Lyles, Esquire<br>Lyles & Associates<br>2755 East Desert Inn Road, No. 200<br>Las Vegas, NV 89121<br>Tele: (702) 878-8320<br>Fax: (702) 878-3290 | Genuine Parts Company<br>National Automotive Parts<br>Associate, Inc. |
| Jack G. Angaran, Esquire<br>Ryan J. Mandell, Esquire<br>Georgeson, Thompson & Angaran Chtd.<br>100 West Grove Street, Suite 500<br>Reno, NV 89509<br>Tele: (775) 827-6440<br>Fax: (775) 827-9256 | Honeywell International, Inc. |
| George D. Yaron, Esquire<br>William J. Geddes, Esquire<br>Yaron & Associates<br>3097 East Warm Springs Road, Suite 200<br>Las Vegas, NV 89120<br>Tele: (702) 933-2929<br>Fax: (702) 933-2930 | Battle Mountain Gold Company,<br>Newmont Gold Company and<br>Carlin Gold Company |
| Janice J. Brown, Esquire<br>Barker, Brown, Busby, Chrisman & Thomas, P.C.<br>900 South Fourth Street<br>Las Vegas, NV 89101<br>Tele: (702) 386-1086<br>Fax: (702) 384-5386 | Elliott Company<br>(Elliott Turbomachinery Co., Inc.) |
| Thomas V. Mazeika, Esquire<br>Scott L. Stonehocker, Esquire<br>Fredrickson, Mazeika & Grant<br>333 South Sixth Street, Suite 230<br>Las Vegas, NV 89101<br>Tele: (702) 384-4048<br>Fax: (702) 384-4484 | (Hennessy Industries, Inc. |
| David Barron, Esquire<br>William H. Pruitt, Esquire<br>Barron, Vivone & Pruitt, Chtd.<br>1404 South Jones Blvd.<br>Las Vegas, NV 89146<br>Tele: (702) 870-3940<br>Fax: (702) 870-3950 | Gardner Denver, Inc. |

| | |
|---|---|
| Thomas C. Anderson, Esquire<br>Paul D. Van Komen, Esquire<br>Brinton R. Burbidge, Esquire<br>Burbidge & White<br>1400 Key Bank Tower<br>50 South Main Street<br>Salt Lake City, UT 84144<br>Tele: (801) 359-7000<br>Fax: (801) 236-5319<br><br>David E. Brown, Esquire<br>Woodbury, Morris & Brown<br>701 N. Green Valley Parkway, No. 125<br>Henderson, NV 89074<br>Tele: (702) 933-0777<br>Fax: (702) 933-0778 | Page Brake Company |
| Kelly A. Evans, Esquire<br>Jay J. Schuttert, Esquire<br>Snell & Wilmer, LLP<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89109<br>Tele: (702) 784-5200<br>Fax: (702) 784-5252 | Ford Motor Company |
| Marsha H. Tarte, Esquire<br>Pico, Escobar, Rosenberger<br>2000 South Eastern Avenue<br>Las Vegas, NV 89104<br>Tele: (702) 457-9099<br>Fax: (702) 457-8451 | Fairbanks Morse Pump Corporation |
| Anne H. Wellborn, Esquire<br>Bullivan Houser Bailey PC<br>3980 Howard Hughes Parkway, Suite 550<br>Las Vegas, NV 89109<br>Tele: (702) 650-6565<br>Fax: (702) 650-2995 | Bondex International and RPM, Inc. |
| James Barker, Esquire<br>Gifford, Vernon & Barker<br>3110 South Rainbow Blvd., Suite 105<br>Las Vegas, NV 89146<br>Tele: (702) 383-0110<br>Fax: (702) 383-7087 | Burns International Services Corp. (Borg Warner) |
| William E. Cooper, Esquire<br>William E. Cooper Law Offices<br>601 East Bridger Avenue<br>Las Vegas, NV 89101<br>Tele: (702) 382-5111<br>Fax: (702) 382-2170 | Parker-Hannifin Corporation |

| | |
|---|---|
| William H. Pruitt, Esquire<br>Barron, Vivone & Pruitt<br>1404 S. Jones Blvd.<br>Las Vegas, NV 89146<br>Tele: (702) 870-3940<br>Fax: (702) 870-3950 | Hafer Auto Parts Distributors |
| Eugene J. Wait, Jr., Esquire<br>Wait Law Firm<br>305 W. Moana Lane, Second Floor<br>P.O. Box 719<br>Reno, NV 8 9504-0719<br>Tele: (775) 827-5500<br>Fax: (775) 827-6663 | Ingersoll-Rand Company |
| Shawn D. Parrish, Esquire<br>Morgenstein & Jubelirer<br>One Market Plaza<br>Spear Street Tower, 32nd Floor<br>San Francisco, CA 94105<br>Tele: (415) 901-8700<br>Fax: (415) 901-8701 | Rolls-Royce Corporation |
| James G. Christensen, Esquire<br>Gordon & Rees<br>3753 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89109<br>Tele: (702) 784-7646<br>Fax: (702) 784-5146 | Sterling Fluid Systems (USA) LLC |
| Julie Torres, Esquire<br>Jackson & Wallace, LLP<br>55 San Francisco Street, 6th Floor<br>San Francisco, CA 94133<br>Tele: (415) 982-6300<br>Fax: (415) 982-6700 | Viking Pump Inc. |
| Thomas F. Kummer<br>Gavin C. Jangard<br>Kummer Kaempfer Bonner & Renshaw<br>Seventh Floor<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89109<br>Tele: (702) 792-7000<br>Fax: (702) 796-7181 | PCC Flow Technologies Holdings, Inc. and<br>Johnston Pump Company |

| | |
|---|---|
| Clark V. Vellis, Esquire<br>Jones Vargas<br>100 West Liberty Street, 12th Floor<br>P. O. Box 281<br>Reno, NV 89504-0281<br>Tele:   (775)   786-5000<br>Fax:    (775)   786-1177 | T H Agriculture and Nutrition |

_____
An employee of PERRY & SPANN