MDL • 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR -7 2005

FILED
CLERK'S OFFICE

PLEADING NO. 4444

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Dennis Knutson, et al. v. Allis-Chalmers Corp., et al.*, D. Nevada, C.A. No. 3:04-625

### ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE MARCH 31, 2005 HEARING SESSION

A conditional transfer order was filed in this action (*Knutson*) on December 21, 2004. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Knutson* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Knutson* was remanded to Nevada state court by the Honorable Larry R. Hicks in an order filed on February 23, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-240" filed on December 21, 2004, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 11, 2005, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

OFFICIAL FILE COPY
IMAGED MAR 0 7 2005