MDL 875

PLEADING 4445

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARTIN ZUCKERMAN and THELMA ZUCKERMAN,

                Plaintiffs,

-against-

GENERAL ELECTRIC CO., et al.,

                Defendants.
------------------------------------------------------------X

**ORDER REMANDING ACTION**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

04 Civ. 7603 (GEL)

MAR - 7 2005

FILED
CLERK'S OFFICE

Defendant General Electric Company having removed this action to this Court from The Supreme Court of the State of New York, New York County; and defendant General Electric Company having been subsequently dismissed from this action by Stipulation of Dismissal; and Plaintiffs having requested that this case be remanded back to State Court; and no other defendant having objected to the remand of this action, it is hereby:

Ordered, that this action be remanded back to the Supreme Court of the State of New York, County of New York.

_____
GERARD E. LYNCH, U.S.D.J.

1/20/05

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/05

MDL- 875
RECOMMENDED ACTION

VACATE CTO-239 + HSO -- 1 ACTION

Approved/Date: _____

**OFFICIAL FILE COPY**

IMAGED MAR 0 7 2005