MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 15 2005

FILED
CLERK'S OFFICE

PLEADING NO. 4449

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS ) <br> LIABILITY LITIGATION (NO. VI) ) | MDL 875 (Hon. Charles Weiner) |
| This Document Relates to: ) <br> JACQUELINE BILLINGSLEY, et al. ) <br> Plaintiffs, ) <br> v. ) <br> CENTER FOR CLAIMS RESOLUTION, ) <br> INC., et al. ) <br> Defendants. ) | No. C 05-0970 MHP (N.D. Cal.) |

NOTICE OF APPEARANCE
AND DESIGNATION OF ATTORNEY TO RECEIVE SERVICE

Pursuant to Panel Rules 5.2(c) and 5.2(d) defendants CertainTeed Corporation, Dana Corporation, Maremont Corporation, Union Carbide Corporation, and Bayer CropScience, Inc. designate

> Richard M. Wyner
> Goodwin Procter LLP
> 901 New York Avenue, NW
> Washington D.C. 20001
> 202-346-4000 (telephone)
> 202-346-4444 (facsimile)

as counsel to receive service.

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2005 MAR -9  A 11: 19

RECEIVED
CLERK'S OFFICE

OFFICIAL FILE COPY

IMAGED MAR 15 2005

Respectfully submitted,

Richard M. Wyner
Melissa Briggs Hutchens
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC  20001
202-346-4000 (telephone)
202-346-4444 (facsimile)

Counsel for Defendants
CertainTeed Corporation, Dana Corporation, Maremont Corporation, Union Carbide Corporation, and Bayer CropScience, Inc.

March 9, 2005