JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875 

MAR 15 2005

FILED
CLERK'S OFFICE

PLEADING NO. 4450

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS <br> LIABILITY LITIGATION (NO. VI) | MDL 875 (Hon. Charles Weiner) |
| This Document Relates to: <br><br> JACQUELINE BILLINGSLEY, et al. <br><br> Plaintiffs, <br><br> v. <br><br> CENTER FOR CLAIMS RESOLUTION, INC., et al. <br><br> Defendants. | No. C 05-0970 MHP (N.D. Cal.) |

**NOTICE OF APPEARANCE**
**AND DESIGNATION OF ATTORNEY TO RECEIVE SERVICE**

Pursuant to Panel Rules 5.2(c) and 5.2(d) defendant Pfizer Inc. designates

      Michael A. Stodghill
      Rubin & Rubin, Chartered
      One Church Street, Suite 201
      Rockville, MD 20850
      (301) 610-9700 (telephone)
      (301) 610-9716 (facsimile)

as counsel to receive service.

2005 MAR -9 A 11: 20
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**

IMAGED MAR 1 5 2005

Respectfully submitted,

*M.A. Stodghill / by permission*

Ronald B. Rubin
Michael A. Stodghill
Rubin & Rubin, Chartered
One Church Street, Suite 201
Rockville, MD 20850
(301) 610-9700 (telephone)
(301) 610-9716 (facsimile)

Counsel for Defendant Pfizer Inc.

March 9, 2005