JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

MAR 15 2005

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-243)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 78,945 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

PLEADING NO. 4451

**OFFICIAL FILE COPY** IMAGED MAR 16 2005

## SCHEDULE CTO-243 - TAG ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DISTRICT  DIV. C.A.#**

ALABAMA NORTHERN
   ALN   2  05-7          Lois Hufstetler, et al. v. A.O. Smith Electrical Products Co., et al.
   ALN   2  05-126       Joyce Smith, etc. v. A.O. Smith Electrical Products Co., et al.

CALIFORNIA NORTHERN
   CAN   3  04-4638      Elfriede Girdner, et al. v. Viacom, Inc., et al.

FLORIDA MIDDLE
   FLM   6  04-1835      Ann Hauck v. Borg Warner Corp., et al.

HAWAII
   HI   1  04-661       Jimmy F. Byington, et al. v. United States of America

KENTUCKY WESTERN
   KYW   5  04-230       Mary Jo Barnett v. Union Carbide Corp., et al.

MARYLAND
   MD   1  05-115       Joyce Virginia Heffler, et al. v. Anchor Packing Co., et al.

MINNESOTA
   MN   0  04-5112     Frederick Lichtenberg v. Burlington Northern & Santa Fe Railway Co., et al.
   MN   0  04-5113     Mariano Stella v. Burlington Northern & Santa Fe Railway Co.
   MN   0  04-5114     James Walker v. Soo Line Railroad Co.
   MN   0  04-5115     James Brown v. Burlington Northern & Santa Fe Railway Co.

MISSISSIPPI SOUTHERN
   MSS   1  04-905       Riley Cochran, et al. v. Owens-Illinois, Inc., et al.

NORTH CAROLINA EASTERN
   NCE   2  04-38        Iris Beasley Hurdle, etc. v. Anchor Packing Co., et al.
   NCE   2  04-42        Lewis Andrew Clark, et al. v. Alabany International Corp., et al.
   NCE   2  04-43        Ellis Phelps v. Alabany International Corp., et al.
   NCE   2  04-44        Emanuel Small, Sr. v. Albany International Corp., et al.
   NCE   4  04-156      Charles Ray Rawls, Sr., et al. v. Aqua-Chem, et al.
   NCE   4  04-170      Charlie M. Roberson, et al. v. Alabany International Corp., et al.
   NCE   4  04-194      Catherine Moseley, etc. v. A.W. Chesterton, et al.
   NCE   7  04-201      Hubert B. Gore v. Anchor Packing Co., et al.
   NCE   7  04-203      Franklin David Larrimore, et al. v. Anchor Packing Co., et al.
   NCE   7  04-214      Raymond W. Williams v. A.W. Chesterton Co., Inc., et al.

NORTH CAROLINA WESTERN
   NCW   1  04-272     Deborah R. Waters, et al. v. Airco, Inc., et al.
   NCW   1  04-277     Howard Martin Johnson, et al. v. Aqua-Chem. Inc., et al.
   NCW   1  05-4        James Frederick Stewart, et al. v. Aqua-Chem, Inc., et al.
   NCW   1  05-8        Lisa S. Dover, et al. v. Anchor Packing Co., et al.

NEW MEXICO
   NM   6  05-25        Harriet I. Ruiz, etc. v. Zia Co., et al.

NEW YORK EASTERN
   NYE   1  04-4472     Marie Manganiello, etc. v. A.W. Chesterton Co., et al.
   NYE   1  04-4524     Richard Lee Briley, Jr., etc. v. A.W. Chesterton Co., et al.
   NYE   1  04-4621     Martin Dowd v. A.W. Chesterton Co., et al.
   NYE   1  04-4688     Robert T. Clarke, et al. v. A.W. Chesterton Co., et al.
   NYE   1  04-4881     Violet Parr, etc. v. A.W. Chesterton Co., et al.
   NYE   1  04-4961     William Keleman, et al. v. A.W. Chesterton Co., et al.

**DISTRICT  DIV. C.A.#**

SOUTH CAROLINA
   SC   2  05-119      George A. Lijewski, et al. v. Owens-Illinois, Inc., et al.

TEXAS NORTHERN
   TXN  4  04-714      John Marceca v. 3M Co., et al.
   TXN  4  04-715      John Lindstrom v. 3M Co., et al.
   TXN  4  04-716      Thomas Dabbs v. 3M Co., et al.
   TXN  4  04-717      Raymond Feist v. 3M Co., et al.
   TXN  4  04-718      William Weed v. 3M Co., et al.
   TXN  4  04-785      George Ward v. 3M Co., et al.
   TXN  4  04-791      Michael Marmulak v. 3M Co., et al.
   TXN  4  04-792      Domenic D'Agnolo v. 3M Co., et al.
   TXN  4  04-793      Euclide Jalbert v. 3M Co., et al.
   TXN  4  04-794      Doris Pease v. 3M Co., et al.
   TXN  4  04-818      Maiju Koski, etc. v. 3M Co., et al.
   TXN  4  04-856      Sandor Elias v. 3M Co., et al.
   TXN  4  04-857      Robert Yewchin v. 3M Co., et al.
   TXN  4  04-858      Cyril Hudson v. 3M Co., et al.
   TXN  4  04-859      Diane Newlove v. 3M Co., et al.

VIRGINIA EASTERN
   VAE  2  04-8251     Robert E. Ludlum v. American Standard, et al.
   VAE  2  04-8252     Leslie G. Lyons v. American Standard, et al.
   VAE  2  04-8253     Clare F. Waun v. American Standard, et al.
   VAE  2  04-8254     Wilbert L. Bartlette v. American Standard, et al.
   VAE  2  04-8255     Richard M. Brewbaker v. American Standard, et al.
   VAE  2  04-8256     Danny W. Bunner v. American Standard, et al.
   VAE  2  04-8257     George M. Caluori v. American Standard, et al.
   VAE  2  04-8258     Charles L. Carlson v. American Standard, et al.
   VAE  2  04-8259     Antonio Castro v. American Standard, et al.
   VAE  2  04-8260     Clarence A. Clark v. American Standard, et al.
   VAE  2  04-8261     John D. Clayton v. American Standard, et al.
   VAE  2  04-8262     Jackie Cole v. American Standard, et al.
   VAE  2  04-8263     James A. Curran v. American Standard, et al.
   VAE  2  04-8264     Charles E. Dean v. American Standard, et al.
   VAE  2  04-8265     Fred H. Dillahunt v. American Standard, et al.
   VAE  2  04-8266     George L. Dillard v. American Standard, et al.
   VAE  2  04-8267     Ronell R. Doughman v. American Standard, et al.
   VAE  2  04-8268     James G. Foos v. American Standard, et al.
   VAE  2  04-8269     James M. Graetz v. American Standard, et al.
   VAE  2  04-8270     Steve L. Gray v. American Standard, et al.
   VAE  2  04-8271     Jerry D. Groves v. American Standard, et al.
   VAE  2  04-8272     John V. Gulbranson v. American Standard, et al.
   VAE  2  04-8273     William P. Hawf v. American Standard, et al.
   VAE  2  04-8274     Gary G. Hickman v. American Standard, et al.
   VAE  2  04-8275     Jesse R. Hill v. American Standard, et al.
   VAE  2  04-8276     Jim Holmes v. American Standard, et al.
   VAE  2  04-8277     Kenneth G. Kinsolving v. American Standard, et al.
   VAE  2  04-8278     Glenn L. London v. American Standard, et al.
   VAE  2  04-8279     Donald A. McCallum v. American Standard, et al.
   VAE  2  04-8280     Harry M. McCormick v. American Standard, et al.
   VAE  2  04-8281     William B. McDonald v. American Standard, et al.
   VAE  2  04-8282     Marion E. Nelson v. American Standard, et al.
   VAE  2  04-8283     Kenneth L. Newberry v. American Standard, et al.
   VAE  2  04-8284     Gerald E. Oertli v. American Standard, et al.
   VAE  2  04-8285     Dennis M. O'Connor v. American Standard, et al.
   VAE  2  04-8286     John D. Patterson v. American Standard, et al.
   VAE  2  04-8287     Cecil D. Perry v. American Standard, et al.
   VAE  2  04-8288     Cecil G. Piggott v. American Standard, et al.
   VAE  2  04-8289     William G. Rockel v. American Standard, et al.

**DISTRICT DIV. C.A.#**

| District | Div. | C.A.# | Case |
|---|---|---|---|
| VAE | 2 | 04-8290 | Edwardo F. Saiz v. American Standard, et al. |
| VAE | 2 | 04-8291 | Roy Sanchez v. American Standard, et al. |
| VAE | 2 | 04-8292 | Richard G. Seegrist v. American Standard, et al. |
| VAE | 2 | 04-8293 | Ken C. Shumate v. American Standard, et al. |
| VAE | 2 | 04-8294 | Henry L. Smith v. American Standard, et al. |
| VAE | 2 | 04-8295 | Finn K. Thorsen v. American Standard, et al. |
| VAE | 2 | 04-8296 | William K. Walter v. American Standard, et al. |
| VAE | 2 | 04-8297 | Edward Wlodarczyk v. American Standard, et al. |
| VAE | 2 | 04-8298 | Gerald Wolfe v. American Standard, et al. |
| VAE | 2 | 04-8299 | John D. Wright v. American Standard, et al. |
| VAE | 2 | 04-8300 | Oliver E. York v. American Standard, et al. |
| VAE | 2 | 04-8301 | Douglas C. Young v. American Standard, et al. |
| VAE | 2 | 04-8302 | Earl F. Bowlen v. American Standard, et al. |
| VAE | 2 | 04-8303 | Herman D. Cochran v. American Standard, et al. |
| VAE | 2 | 04-8304 | John A. Royston v. American Standard, et al. |
| VAE | 2 | 04-8305 | Frank Richard v. American Standard, et al. |
| VAE | 2 | 04-8306 | James L. Robinson v. American Standard, et al. |
| VAE | 2 | 04-8307 | Raymond Silva v. American Standard, et al. |
| VAE | 2 | 04-8308 | Charles R. Sims v. American Standard, et al. |
| VAE | 2 | 04-8309 | Felton W. Walker v. American Standard, et al. |
| VAE | 2 | 04-8310 | Louis L. Baier v. American Standard, et al. |
| VAE | 2 | 04-8311 | Lewis K. Byrd v. American Standard, et al. |
| VAE | 2 | 04-8312 | Philip M. Dahl v. American Standard, et al. |
| VAE | 2 | 04-8313 | Jerry L. Hilton v. American Standard, et al. |
| VAE | 2 | 04-8314 | Cecil K. McCall v. American Standard, et al. |
| VAE | 2 | 04-8315 | Fred Renteria v. American Standard, et al. |
| VAE | 2 | 04-8316 | Ernest N. Rodell v. American Standard, et al. |
| VAE | 2 | 04-8317 | Bernard J. Smith v. American Standard, et al. |
| VAE | 2 | 04-8318 | Charles W. Brink v. American Standard, et al. |
| VAE | 2 | 04-8319 | Robert H. Ashwell v. American Standard, et al. |
| VAE | 2 | 04-8320 | Wilbur J. Barrick v. American Standard, et al. |
| VAE | 2 | 04-8321 | Arthur L. Laidlaw v. American Standard, et al. |
| VAE | 2 | 04-8322 | Lenore T. Moore v. American Standard, et al. |
| VAE | 2 | 04-8323 | William O. Woodward v. American Standard, et al. |
| VAE | 2 | 04-8324 | Francis L. Kent v. American Standard, et al. |
| VAE | 2 | 04-8325 | Herbert J. Lipe v. American Standard, et al. |
| VAE | 2 | 04-8326 | Lee E. Lythgoe v. American Standard, et al. |
| VAE | 2 | 04-8327 | Alvin Milks, Sr. v. American Standard, et al. |
| VAE | 2 | 04-8328 | Merle L. Peterson v. American Standard, et al. |
| VAE | 2 | 04-8329 | Keith L. Elliott v. American Standard, et al. |
| VAE | 2 | 04-8330 | Ray E. Nease v. American Standard, et al. |
| VAE | 2 | 04-8331 | Richard Gonzalez v. American Standard, et al. |
| VAE | 2 | 04-8332 | James R. Noll v. American Standard, et al. |
| VAE | 2 | 04-8333 | Ernest G. Nydegger v. American Standard, et al. |
| VAE | 2 | 04-8334 | Larry W. Robbins v. American Standard, et al. |
| VAE | 2 | 04-8335 | John B. Setchel v. American Standard, et al. |
| VAE | 2 | 04-8336 | Vern D. Tindall v. American Standard, et al. |
| VAE | 2 | 04-8337 | Shepsel Davidson, Jr. v. American Standard, et al. |
| VAE | 2 | 04-8338 | John J. Stauffer v. American Standard, et al. |
| VAE | 2 | 04-8339 | Robert D. Cooper v. American Standard, et al. |
| VAE | 2 | 04-8340 | Edward L. Furman v. American Standard, et al. |
| VAE | 2 | 04-8341 | Donald R. Baker v. American Standard, et al. |
| VAE | 2 | 04-8342 | Thomas H. Barney v. American Standard, et al. |
| VAE | 2 | 04-8343 | Kenneth W. Hunter v. American Standard, et al. |