Mar 22 2005   7:57    P.02

# SEDGWICK
### DETERT, MORAN & ARNOLD LLP

MDL 875

Three Gateway Center, 12th Floor
Newark, New Jersey 07102
Tel: 973.242.0002 Fax: 973.242.8099

www.sdma.com

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 2 2005

FILED
CLERK'S OFFICE

March 22, 2005

**VIA FACSIMILE**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002
202.502.2888

Re:    *Robert W. Nesbiet. v. General Electric Company, et al.*
       04 CIV 9321
       *Philip P. Maita v. General Electric Company, et al.*
       04 CIV 7038
       *Joseph S. Zafonte v. General Electric Company, et al.*
       04 CIV 9320

Dear Mr. Beck:

This firm represents General Electric Company ("GE") in the above-referenced cases. GE removed these cases to the Southern District of New York and filed the tag-along notices with the Panel. These cases are scheduled to be considered for a final transfer to MDL 875, *In re Asbestos Products Liability Litigation*, at the March 31, 2005 hearing of the Judicial Panel on Multidistrict Litigation ("Panel").

Although GE believes that these cases should be transferred to MDL 875, the parties have agreed to jointly request a one cycle adjournment of the transfer argument in these cases. Motions to remand have been briefed in these actions and discovery with respect to the removal and remand issues is being completed by the parties. We anticipate that argument on the pending remand motions will take place in April 2005 either before Judge Scheindlin or another judge in the District. Therefore, if it is acceptable to the Panel, GE and plaintiffs' respectfully request that a final consideration of these cases be adjourned to the next hearing session.

# OFFICIAL FILE COPY

IMAGED MAR 2 2 2005

Thank you for your consideration of this joint request.

Respectfully submitted,

Michael A. Tanenbaum

MAT/rm

cc:     Judge George B. Daniels
        Judge Barbara S. Jones
        Judge Shira A. Scheindlin

        Bryan Belasky, Esq. (via facsimile)
        All known defense counsel (via facsimile)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 2 2005

FILED
CLERK'S OFFICE

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the foregoing letter was forwarded via facsimile on this the 22nd day of March, 2005, to all counsel on the attached Facsimile Transmittal Sheet.

*Christopher J. Keale*

Christopher J. Keale, Esq.

RECEIVED
CLERK'S OFFICE
2005 MAR 22 P 2:27
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION



# SEDGWICK
### DETERT, MORAN & ARNOLD LLP

Three Gateway Center, 12th Floor
Newark, New Jersey 07102
tel: 973.242.0002 fax: 973.242.8099

**Facsimile Transmittal Sheet**

DATE: MARCH 22, 2005

TIME: 12:51 PM

NUMBER OF PAGES: 5_ (including cover page)

IF ANY PORTION OF THE FOLLOWING DOCUMENT IS ILLEGIBLE OR MISSING, PLEASE CALL
OUR FAX CENTER AT (973) 242-0002 AS SOON AS POSSIBLE.

## To:

| Name | Facsimile |
|---|---|
| Bryan Belasky Bonnie Steinwolf | 212-344-5461 |
| Nancy McDonald | 973-425-0160 |
| Julie Evans | 212-490-3083 |
| Judith Yavitz | 212-278-1733 |
| Yvette Harmon | 212-548-2150 |
| Theodore Eder | 212-912-3667 |
| Art Bromberg | 973-422-0420 |
| Anna Dilonardo | 516-294-8202 |
| Edward Wilbraham John Howarth | 215-564-4385 |
| John Fanning | 718-935-1509 |

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2005 MAR 22 P 2: 27

RECEIVED
CLERK'S OFFICE

---

### PRIVILEGE AND CONFIDENTIALITY NOTICE

The information contained in this facsimile message is attorney privileged and confidential information intended only for the person or entity named above. If you are not the intended recipient (or someone responsible to deliver to the intended recipient), please be aware that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately at (973) 242-0002 and return the original message to us at the address above via the U. S. Postal Service. Thank you.

---

New York  ▪  London  ▪  San Francisco  ▪  Zurich  ▪  Los Angeles  ▪  Paris  ▪  Newark  ▪  Irvine  ▪  Chicago  ▪  Dallas

NJ/137644v1

march 22, 2005                                                    Facsimile Transmittal Sheet

| | |
|---|---|
| David Schaefer<br>Joseph Carlisle<br>Mary Ellen Connor<br>William Bradley | 212-791-0286 |
| Cynthia Weiss Antonucci | 212-687-0659 |
| Charles S. Bierner | 212-986-0604 |
| William Mueller | 973-455-8118 |
| Cathi Hession<br>Jason Cohen | 212-964-9200 |
| Lisa Pascarella<br>Stephanie Divita | 732-528-4445 |
| Paul Scrudato | 212-753-5044 |
| Linda Yassky | 212-398-5245 |
| Frank Degrim | 212-818-1264 |
| Steve Kevelson | 718-649-4902<br>NO RESPONSE |
| John J. Repcheck | 412-391-8804 |
| Richard D. Schuster | 614-464-6350 |
| Joseph Colao<br>Helen Chung | 212-486-3099 |
| Robert N. Spinelli | 215-854-8434 |
| John D. Roven | 713-465-3658 |
| Andrew Trevelise | 215-851-1420 |
| Neil Selman | 310-473-2525 |
| Robert E. Swickle | 313-961-5275 |

2

march 22, 2005                                    Facsimile Transmittal Sheet

| | |
|---|---|
| James K. Weston | 319-363-8789 |
| Richard Binzley | 216-566-5800 |
| Ellen B. Furman | 215-979-8201 |
| David C. Landin | 804-788-8218 |
| Ronald L. Motley | 843-216-9450 |
| Edward J. Cass | 216-241-1608 |
| Susan M. Hansen | 612-332-4025 |
| Gene Locks | 215-985-2960 |
| Adam M. Chud | 202-346-4444 |
| David A. Damico | 412-281-1352 |
| Reginald S. Kramer | 330-762-7390 |

## FROM:

| | | | |
|---|---|---|---|
| Name: | Michael A. Tanenbaum | Fax Back Number: | (973) 242-8099 |
| Office: | Newark | Our File No.: | 0045 127476 |

**RE:** *Zafonte v. General Electric Company, et al.* 04 CV 9320;
*Matia v. General Electric Company,* et al. 04 CV 7038
*Nesbiet v. General Electric Company,* et al. 04 CV 9321

## MESSAGE:
Please see attached.  Thank you.