

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

M.D.L. DOCKET NO. 875 (ASBESTOS)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 5 2005

FILED
CLERK'S OFFICE



| | | |
|---|---|---|
| MURPHY EXPLORATION & PRODUCTION COPANY, AS CORPORATE SUCCESSOR TO THE OWNER AND OPERATOR OF THE JOHN HAYWARD IN A CAUSE OF ACTION FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * * * | CIVIL ACTION<br><br>NO. 04-1,554<br><br>SECTION J – JUDGE BARBIER<br><br>MAG. DIV. 5 – MAG. J. CHASEZ |

* * * * * * * * * * * * * * * * * * * * * *

## CORPORATE DISCLOSURE STATEMENT
## OF MURPHY EXPLORATION AND PRODUCTION COMPANY

NOW INTO COURT, through undersigned counsel, comes plaintiff Murphy Exploration & Production Company, which, pursuant to Multi District Litigation Rule 5.3, respectfully represents that it is a wholly-owned subsidiary of Murphy Oil Corporation, a publicly-traded company with no parent company, and that no other publicly-traded company owns more than 10% (ten percent) of Murphy Oil Corporation's stock.

IMAGED MAR 2 5 2005      **OFFICIAL FILE COPY**

Respectfully submitted,

LEMLE & KELLEHER, L.L.P.

_____
JAMES H. DAIGLE (NO. 4,455)
DWIGHT C. PAULSEN III (NO. 19,729)
DAVID E. REDMANN, JR. (NO. 23,267)
ROBERT S. EMMETT (NO. 23,725)
TERRANCE A. PROUT (NO. 27,043)
THOMAS A. PORTEOUS (NO. 27,039)
601 Poydras St., Suite 2100
New Orleans, LA 70130-6097
(504) 586-1241

Attorneys for
Murphy Exploration & Production Company

### CERTIFICATE OF SERVICE

The foregoing was served pursuant to Panel Rule 5.2 on all parties or their attorneys of record and to the Clerk of Court for the United States District Court for the Eastern District of Louisiana by delivering by U.S. mail a copy to them, postage prepaid and properly addressed, this ____ day of ___March___ 2005.

_____

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2005 MAR -8  A 9: 40
RECEIVED CLERK'S OFFICE