MDL 875

Judicial Panel on Multidistrict Litigation

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 5 2005

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY        CIVIL ACTION MDL 875
LITIGATION (NO. VI)

This Document Relates To:

United States District Court
Middle District of Florida

Ann S. Hauck C.A. No.:04-1835

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-243)

Plaintiff, ANN HAUCK, by undersigned counsel, hereby files this Opposition to Conditional Transfer Order (CTO-243), pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and states as follows:

This case is an asbestos products liability claim. Ms. Hauck is 69 years old and dying from the rare, incurable asbestos cancer known as mesothelioma. Ms. Hauck contracted mesothelioma, an asbestos induced cancer of the lining of the pleura, as a result of being exposed to and inhaling asbestos-containing dust as a child and young woman. There is no cure. Indeed, the median time from diagnosis to death ranges from 4 to 18 months. Exhibit 1, Roggli, et. al., Pathology of Asbestos-Associated Diseases, p. 149 (2nd ed. 2003). Ms. Hauck was diagnosed in October 2003 – 14 months ago.

On July 21, 2004 Ms. Hauck filed suit in the Circuit Court for Dade County, Florida against 21 manufacturers and distributors of asbestos-containing products asserting state common-law products liability claims. Complete diversity of citizenship existed at the time this action was filed. However, one of the diverse Defendants did not consent to removal of the case. As such, Defendants could not achieve unanimity required to remove this case based on diversity

PLEADING NO. 4455

OFFICIAL FILE COPY IMAGED MAR 2 5 2005

jurisdiction. Notwithstanding the failure to achieve unanimity that deemed this case unremovable, on December 16, 2005, the Defendants improperly removed this case to the United States District Court for the Middle District of Florida based on alleged fraudulent joinder of the non-consenting diverse Defendant.

Plaintiff, ANN HAUCK, filed a substantial Remand Brief in the United States Court for the Middle District of Florida detailing the four independently dispositive reasons that removal of this case is improper. Thereafter, two Defendants submitted oppositions to Plaintiff's remand submission. On February 17, 2005, a hearing was held before the Honorable John Antoon, United States District Court Judge. At this hearing, all parties had the opportunity to present to the Court their arguments and positions related to Plaintiff's Motion for Remand. There has been no ruling on these issues.

Plaintiff, ANN HAUCK, respectfully files this Opposition to the Conditional Transfer Order (CTO-243) based on the fact that the parties' have briefed the issues and argued their positions in the United States District Court for the Middle District of Florida. This case should not be transferred as a matter of judicial economy. If this case is transferred to the MDL before the United States District Court rules, the parties would have to resubmit remand briefs and oppositions and argue the same positions to another Court. This would require yet another Court to devote its scarce judicial resources to entertain issues that have already been briefed and argued to another Federal Court. In addition, Plaintiff ANN HAUCK's precious right to trial during her lifetime is sacrosanct. Should this case be transferred to the MDL before the United States District Court for the Middle District of Florida renders an opinion on the remand issue, the need to argue the remand related issues to another Court will cause additional unnecessary

delay to Ms. Hauck's day in court

WHEREFORE, Plaintiff ANN HAUCK respectfully files this Notice of Opposition to the Conditional Transfer. Furthermore, Ms. Hauck requests that this Court deny the transfer of this Case to the Multidistrict Litigation to enable the District Court for the Middle District of Florida to render its decision on the remand matters presently before that court.

Respectfully Submitted,

DAVID M. LIPMAN
Fla. Bar No.: 280054

REBECCA S. SHULL
Fla. Bar No.: 0529915

DAVID M. LIPMAN, P.A
5901 S.W. 74th Street, Suite 304
Miami, Florida 33143
(305) 662-2600
Fla. Bar No.: 280054

FRANCIS A. ANANIA
Fla. Bar No: 160256

ANANIA, BANDKLAYDER,
BLACKWELL, BAUMGARTEN,
TORRICELLA & STEIN
Bank of America Tower, Suite 4300
100 S.E. Second Street
Miami, Florida 33131-2144
(305) 373-4900 -- phone

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 25 2005

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Mail and U.S. Mail this 24th day of March, 2005 to all Counsel of Record on Attached Service List.

_____
REBECCA S. SHULL

2005 MAR 24 A 11: 13
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

## HAUCK CERTIFICATE OF SERVICE

Virginia Easley Johnson, Esq.
Foley & Mansfield, P.L.L.P.
4770 Biscayne Blvd., Suite 1030
Miami, FL 33130
For: BURNS INTERNATIONAL SERVICES CORP., f/k/a BORG WARNER CORPORATION

Thomas M. Burke, Esq.
Chris N. Kolos, Esq.
Holland & Knight, LLP
200 South Orange Ave., Suite 2600
P.O. Box 1526 (32802-1526)
Orlando, FL 32801
Telephone: (407) 425-8500
Facsimile: (407) 244-5288
For: MACK TRUCKS, INC., and NAVISTAR INTERNATIONAL TRANSPORTATION CORP.

Jeffrey M. Bell, Esq.
Douglas B. Melamed, Esq.
BELL & MELAMED, L.L.C.
Spectrum Park I
4901 N.W. 17th Way, Suite 302
Fort Lauderdale, Florida 33309
Telephone: 954/489-2331
Facsimile: 954/489-2332For: DAIMLER CHRYSLER CORPORATION

Evelyn M. Fletcher, Esq.
Hawkins and Parnell, LLP
303 Peachtree St. N.E., 40th Floor
Atlanta, GA 30308-3243
Telephone: (404) 614-7400
Facsimile: (404) 614-7500
For: DANA CORPORATION and MAREMONT CORP.

Henry P. Bell, Esq.
Salas Ede Peterson & Lage
6333 Sunset Drive
South Miami, Florida 33143
For Defendant: FORD MOTOR COMPANY and GENERAL MOTORS CORPORATION

Rodd Buell, Esq.
11883 Maidstone Drive
Wellington, Florida 33414
For Honeywell International

Michael Evert, Esq.
Evert & Weathersby
Suite 225
3405 Piedmont Road
Atlanta, Georgia 30305

For: Goodyear Tire and Rubber Company

Ben Girtman, Esq.
1020 East Lafayette Street, Suite 207
Tallahassee, FL 32301
Telephone: (850) 656-3232
Facsimile: (850) 656-3233
For: PNEUMO ABEX

Gail Silver, Esq.
500 Australian Ave. South Suite 800
West Palm Beach, FL 33401
Telephone: (561) 659-0551
Facsimile: (561) 835-6866
For: STEEL GRIP, INC.