MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 30 2005

FILED
CLERK'S OFFICE

## *BEFORE THE JUDICIAL PANEL ON MULTI DISTRICT LITIGATION*

| | | |
|---|---|---|
| In re: | § § | |
| Asbestos Product Liability Litigation (No. VI) | § § | MDL 875 |

================================================

*This Document Relates to:*

| | | |
|---|---|---|
| *Harriet I. Ruiz, et al* | § | from the |
| *Plaintiffs,* | § § | UNITED STATES DISTRICT COURT |
| vs. | § § § | DISTRICT OF NEW MEXICO |
| Zia Company, et al | § § | Civil Action Number: *NM 6 05-25* |
| *Defendants.* | § | |

PLEADING NO. 4456

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER #243

The plaintiff opposes the conditional transfer order.

Respectfully submitted,

HEARD, ROBINS, CLOUD, LUBEL & GREENWOOD, L.L.P.

By: _____
Troy D. Chandler
Texas Bar No. 24006982
300 Pasco De Peralta, Suite 200
Santa Fe, New Mexico 87501
(505) 986-0600
(505) 986-0632
Attorneys for Plaintiffs

2005 MAR 29 P 4: 24
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED
CLERK'S OFFICE

Page 1 of 2

**OFFICIAL FILE COPY**

IMAGED MAR 3 1 2005

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 30 2005

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

On this 29th day of March, 2005, I hereby certify that a true and correct copy of the above and foregoing instrument has been duly forwarded to all counsel of record via facsimile. The Clerk of the Panel was served via facsimile pursuant to its notice to do so at (202) 502-2888

Troy D. Chandler