JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

MAR 1 5 2005

FILED
CLERK'S OFFICE

DOCKET NO. 875

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-243)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 78,945 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

PLEADING NO. 4458

Inasmuch as no objection is pending at this time, the stay is lifted.

MAR 3 1 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY

IMAGED MAR 3 1 2005

# SCHEDULE CTO-243 - TAG ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DISTRICT  DIV. C.A.#**

ALABAMA NORTHERN
- ALN    2   05-7           Lois Hufstetler, et al. v. A.O. Smith Electrical Products Co., et al.
- ALN    2   05-126         Joyce Smith, etc. v. A.O. Smith Electrical Products Co., et al.

CALIFORNIA NORTHERN
- CAN    3   04-4638        Elfriede Girdner, et al. v. Viacom, Inc., et al.

FLORIDA MIDDLE
- ~~FLM    6   04-1835~~       ~~Ann Hauck v. Borg-Warner Corp., et al.~~   Opposed 3/25/05

HAWAII
- HI     1   04-661         Jimmy F. Byington, et al. v. United States of America

KENTUCKY WESTERN
- KYW    5   04-230         Mary Jo Barnett v. Union Carbide Corp., et al.

MARYLAND
- MD     1   05-115         Joyce Virginia Heffler, et al. v. Anchor Packing Co., et al.

MINNESOTA
- MN     0   04-5112        Frederick Lichtenberg v. Burlington Northern & Santa Fe Railway Co., et al.
- MN     0   04-5113        Mariano Stella v. Burlington Northern & Santa Fe Railway Co.
- MN     0   04-5114        James Walker v. Soo Line Railroad Co.
- MN     0   04-5115        James Brown v. Burlington Northern & Santa Fe Railway Co.

MISSISSIPPI SOUTHERN
- MSS    1   04-905         Riley Cochran, et al. v. Owens-Illinois, Inc., et al.

NORTH CAROLINA EASTERN
- NCE    2   04-38          Iris Beasley Hurdle, etc. v. Anchor Packing Co., et al.
- NCE    2   04-42          Lewis Andrew Clark, et al. v. Alabany International Corp., et al.
- NCE    2   04-43          Ellis Phelps v. Alabany International Corp., et al.
- NCE    2   04-44          Emanuel Small, Sr. v. Albany International Corp., et al.
- NCE    4   04-156         Charles Ray Rawls, Sr., et al. v. Aqua-Chem, et al.
- NCE    4   04-170         Charlie M. Roberson, et al. v. Alabany International Corp., et al.
- NCE    4   04-194         Catherine Moseley, etc. v. A.W. Chesterton, et al.
- NCE    7   04-201         Hubert B. Gore v. Anchor Packing Co., et al.
- NCE    7   04-203         Franklin David Larrimore, et al. v. Anchor Packing Co., et al.
- NCE    7   04-214         Raymond W. Williams v. A.W. Chesterton Co., Inc., et al.

NORTH CAROLINA WESTERN
- NCW    1   04-272         Deborah R. Waters, et al. v. Airco, Inc., et al.
- NCW    1   04-277         Howard Martin Johnson, et al. v. Aqua-Chem. Inc., et al.
- NCW    1   05-4           James Frederick Stewart, et al. v. Aqua-Chem, Inc., et al.
- NCW    1   05-8           Lisa S. Dover, et al. v. Anchor Packing Co., et al.

NEW MEXICO
- ~~NM     6   05-25~~           ~~Harriet I. Ruiz, etc. v. Zia Co., et al.~~   Opposed 3/30/05

NEW YORK EASTERN
- NYE    1   04-4472        Marie Manganiello, etc. v. A.W. Chesterton Co., et al.
- NYE    1   04-4524        Richard Lee Briley, Jr., etc. v. A.W. Chesterton Co., et al.
- NYE    1   04-4621        Martin Dowd v. A.W. Chesterton Co., et al.
- NYE    1   04-4688        Robert T. Clarke, et al. v. A.W. Chesterton Co., et al.
- NYE    1   04-4881        Violet Parr, etc. v. A.W. Chesterton Co., et al.
- NYE    1   04-4961        William Keleman, et al. v. A.W. Chesterton Co., et al.

**DISTRICT   DIV.   C.A.#**

SOUTH CAROLINA
   SC    2   05-119        George A. Lijewski, et al. v. Owens-Illinois, Inc., et al.

TEXAS NORTHERN
   TXN   4   04-714        John Marceca v. 3M Co., et al.
   TXN   4   04-715        John Lindstrom v. 3M Co., et al.
   TXN   4   04-716        Thomas Dabbs v. 3M Co., et al.
   TXN   4   04-717        Raymond Feist v. 3M Co., et al.
   TXN   4   04-718        William Weed v. 3M Co., et al.
   TXN   4   04-785        George Ward v. 3M Co., et al.
   TXN   4   04-791        Michael Marmulak v. 3M Co., et al.
   TXN   4   04-792        Domenic D'Agnolo v. 3M Co., et al.
   TXN   4   04-793        Euclide Jalbert v. 3M Co., et al.
   TXN   4   04-794        Doris Pease v. 3M Co., et al.
   TXN   4   04-818        Maiju Koski, etc. v. 3M Co., et al.
   TXN   4   04-856        Sandor Elias v. 3M Co., et al.
   TXN   4   04-857        Robert Yewchin v. 3M Co., et al.
   TXN   4   04-858        Cyril Hudson v. 3M Co., et al.
   TXN   4   04-859        Diane Newlove v. 3M Co., et al.

VIRGINIA EASTERN
   VAE   2   04-8251       Robert E. Ludlum v. American Standard, et al.
   VAE   2   04-8252       Leslie G. Lyons v. American Standard, et al.
   VAE   2   04-8253       Clare F. Waun v. American Standard, et al.
   VAE   2   04-8254       Wilbert L. Bartlette v. American Standard, et al.
   VAE   2   04-8255       Richard M. Brewbaker v. American Standard, et al.
   VAE   2   04-8256       Danny W. Bunner v. American Standard, et al.
   VAE   2   04-8257       George M. Caluori v. American Standard, et al.
   VAE   2   04-8258       Charles L. Carlson v. American Standard, et al.
   VAE   2   04-8259       Antonio Castro v. American Standard, et al.
   VAE   2   04-8260       Clarence A. Clark v. American Standard, et al.
   VAE   2   04-8261       John D. Clayton v. American Standard, et al.
   VAE   2   04-8262       Jackie Cole v. American Standard, et al.
   VAE   2   04-8263       James A. Curran v. American Standard, et al.
   VAE   2   04-8264       Charles E. Dean v. American Standard, et al.
   VAE   2   04-8265       Fred H. Dillahunt v. American Standard, et al.
   VAE   2   04-8266       George L. Dillard v. American Standard, et al.
   VAE   2   04-8267       Ronell R. Doughman v. American Standard, et al.
   VAE   2   04-8268       James G. Foos v. American Standard, et al.
   VAE   2   04-8269       James M. Graetz v. American Standard, et al.
   VAE   2   04-8270       Steve L. Gray v. American Standard, et al.
   VAE   2   04-8271       Jerry D. Groves v. American Standard, et al.
   VAE   2   04-8272       John V. Gulbranson v. American Standard, et al.
   VAE   2   04-8273       William P. Hawf v. American Standard, et al.
   VAE   2   04-8274       Gary G. Hickman v. American Standard, et al.
   VAE   2   04-8275       Jesse R. Hill v. American Standard, et al.
   VAE   2   04-8276       Jim Holmes v. American Standard, et al.
   VAE   2   04-8277       Kenneth G. Kinsolving v. American Standard, et al.
   VAE   2   04-8278       Glenn L. London v. American Standard, et al.
   VAE   2   04-8279       Donald A. McCallum v. American Standard, et al.
   VAE   2   04-8280       Harry M. McCormick v. American Standard, et al.
   VAE   2   04-8281       William B. McDonald v. American Standard, et al.
   VAE   2   04-8282       Marion E. Nelson v. American Standard, et al.
   VAE   2   04-8283       Kenneth L. Newberry v. American Standard, et al.
   VAE   2   04-8284       Gerald E. Oertli v. American Standard, et al.
   VAE   2   04-8285       Dennis M. O'Connor v. American Standard, et al.
   VAE   2   04-8286       John D. Patterson v. American Standard, et al.
   VAE   2   04-8287       Cecil D. Perry v. American Standard, et al.
   VAE   2   04-8288       Cecil G. Piggott v. American Standard, et al.
   VAE   2   04-8289       William G. Rockel v. American Standard, et al.

**DISTRICT DIV. C.A.#**

| District | Div | C.A.# | Case |
|---|---|---|---|
| VAE | 2 | 04-8290 | Edwardo F. Saiz v. American Standard, et al. |
| VAE | 2 | 04-8291 | Roy Sanchez v. American Standard, et al. |
| VAE | 2 | 04-8292 | Richard G. Seegrist v. American Standard, et al. |
| VAE | 2 | 04-8293 | Ken C. Shumate v. American Standard, et al. |
| VAE | 2 | 04-8294 | Henry L. Smith v. American Standard, et al. |
| VAE | 2 | 04-8295 | Finn K. Thorsen v. American Standard, et al. |
| VAE | 2 | 04-8296 | William K. Walter v. American Standard, et al. |
| VAE | 2 | 04-8297 | Edward Wlodarczyk v. American Standard, et al. |
| VAE | 2 | 04-8298 | Gerald Wolfe v. American Standard, et al. |
| VAE | 2 | 04-8299 | John D. Wright v. American Standard, et al. |
| VAE | 2 | 04-8300 | Oliver E. York v. American Standard, et al. |
| VAE | 2 | 04-8301 | Douglas C. Young v. American Standard, et al. |
| VAE | 2 | 04-8302 | Earl F. Bowlen v. American Standard, et al. |
| VAE | 2 | 04-8303 | Herman D. Cochran v. American Standard, et al. |
| VAE | 2 | 04-8304 | John A. Royston v. American Standard, et al. |
| VAE | 2 | 04-8305 | Frank Richard v. American Standard, et al. |
| VAE | 2 | 04-8306 | James L. Robinson v. American Standard, et al. |
| VAE | 2 | 04-8307 | Raymond Silva v. American Standard, et al. |
| VAE | 2 | 04-8308 | Charles R. Sims v. American Standard, et al. |
| VAE | 2 | 04-8309 | Felton W. Walker v. American Standard, et al. |
| VAE | 2 | 04-8310 | Louis L. Baier v. American Standard, et al. |
| VAE | 2 | 04-8311 | Lewis K. Byrd v. American Standard, et al. |
| VAE | 2 | 04-8312 | Philip M. Dahl v. American Standard, et al. |
| VAE | 2 | 04-8313 | Jerry L. Hilton v. American Standard, et al. |
| VAE | 2 | 04-8314 | Cecil K. McCall v. American Standard, et al. |
| VAE | 2 | 04-8315 | Fred Renteria v. American Standard, et al. |
| VAE | 2 | 04-8316 | Ernest N. Rodell v. American Standard, et al. |
| VAE | 2 | 04-8317 | Bernard J. Smith v. American Standard, et al. |
| VAE | 2 | 04-8318 | Charles W. Brink v. American Standard, et al. |
| VAE | 2 | 04-8319 | Robert H. Ashwell v. American Standard, et al. |
| VAE | 2 | 04-8320 | Wilbur J. Barrick v. American Standard, et al. |
| VAE | 2 | 04-8321 | Arthur L. Laidlaw v. American Standard, et al. |
| VAE | 2 | 04-8322 | Lenore T. Moore v. American Standard, et al. |
| VAE | 2 | 04-8323 | William O. Woodward v. American Standard, et al. |
| VAE | 2 | 04-8324 | Francis L. Kent v. American Standard, et al. |
| VAE | 2 | 04-8325 | Herbert J. Lipe v. American Standard, et al. |
| VAE | 2 | 04-8326 | Lee E. Lythgoe v. American Standard, et al. |
| VAE | 2 | 04-8327 | Alvin Milks, Sr. v. American Standard, et al. |
| VAE | 2 | 04-8328 | Merle L. Peterson v. American Standard, et al. |
| VAE | 2 | 04-8329 | Keith L. Elliott v. American Standard, et al. |
| VAE | 2 | 04-8330 | Ray E. Nease v. American Standard, et al. |
| VAE | 2 | 04-8331 | Richard Gonzalez v. American Standard, et al. |
| VAE | 2 | 04-8332 | James R. Noll v. American Standard, et al. |
| VAE | 2 | 04-8333 | Ernest G. Nydegger v. American Standard, et al. |
| VAE | 2 | 04-8334 | Larry W. Robbins v. American Standard, et al. |
| VAE | 2 | 04-8335 | John B. Setchel v. American Standard, et al. |
| VAE | 2 | 04-8336 | Vern D. Tindall v. American Standard, et al. |
| VAE | 2 | 04-8337 | Shepsel Davidson, Jr. v. American Standard, et al. |
| VAE | 2 | 04-8338 | John J. Stauffer v. American Standard, et al. |
| VAE | 2 | 04-8339 | Robert D. Cooper v. American Standard, et al. |
| VAE | 2 | 04-8340 | Edward L. Furman v. American Standard, et al. |
| VAE | 2 | 04-8341 | Donald R. Baker v. American Standard, et al. |
| VAE | 2 | 04-8342 | Thomas H. Barney v. American Standard, et al. |
| VAE | 2 | 04-8343 | Kenneth W. Hunter v. American Standard, et al. |