# WEITZ & LUXENBERG

A PROFESSIONAL CORPORATION

• LAW OFFICES •

180 MAIDEN LANE • NEW YORK, N.Y. 10038-4925
TEL. 212-558-5500   FAX 212-344-5461
WWW.WEITZLUX.COM

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 31 2005

FILED
CLERK'S OFFICE

PERRY WEITZ
ARTHUR M. LUXENBERG
ROBERT J. GORDON ††

STANLEY N. ALPERT *
SHEILA BECKMAN
BRYAN BELASKY
RUSSELL BOGART §
EDWARD S. BOSEK
MITCHELL M. BREIT ¥
JOHN M. BROADDUS ∞
DANIEL C. BURKE
PATTI BURSHTYN ††
LISA NATHANSON BUSCH
DAVID A. CHANDLER
THOMAS COMERFORD ††
CHARLES M. FERGUSON

STUART R. FRIEDMAN
STEVEN J. GERMAN ▲
LAWRENCE GOLDHIRSCH °°
EDWARD J. MANN •
CATHERINE HEACOX ††
RENEÉ L. HENDERSON ••
MARIE L. IANNIELLO †
ERIK JACOBS
EVAN M. JANUSH §
GARY R. KLEIN ††
JERRY KRISTAL =‡
RORY I. LANCMAN
DEBBI LANDAU

JAMES C. LONG, JR. ••
VICTORIA MANIATIS ††
RICHARD S. McGOWAN * ‡‡ ‡
C. SANDERS McNEW °σ
RICHARD MEADOW °°
WILLIAM J. NUGENT
MICHAEL E. PEDERSON
PAUL J. PENNOCK ‡
STUART S. PERRY °
G. RUSSELL RAGLAND ∞
ELLEN RELKIN °▲
STEPHEN J. RIEGEL
MICHAEL P. ROBERTS

CHRIS ROMANELLI ††
DAVID ROSENBAND
DENISE JILL ROTHSTEIN
SHELDON SILVER °
SANFORD SMOKLER §
FRANKLIN P. SOLOMON ¶
BONNIE M. STEINWOLF
JAMES S. THOMPSON ††
DOUGLAS D. VON OISTE ‡
NICHOLAS WISE
LAUREN WOLPIN ■
ALLAN ZELIKOVIC
GLENN ZUCKERMAN

• Of Counsel
‡ Also admitted in CT
† Also admitted in FL
‡‡ Also admitted in MA
†† Also admitted in NJ
§ Also admitted in DC
¥ Also admitted in NJ and CT
•• Also admitted in NJ and PA
▲ Also admitted in NJ and DC
¶ Admitted only in NJ and PA
‡ Also admitted in VA and NJ
°° Also admitted in DC and TX
■ Admitted only in DC, MD, PA and VA
σ Also admitted in DC, VA
□ Admitted only in CO

March 30, 2005

**By Fax**
Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002
Fax: (202) 502-2888

      Re:    **MDL-875 – In re Asbestos Products Liability Litigation (No. VI)**
                **Nesbiet v. General Electric Co., et al.**
                **04-CV-9321**
                **Maita v. General Electric Co., et al.**
                **04-CV-7038**
                **Zafonte v. General Electric Co., et al.**
                **04-CV-9320**

Dear Mr. Beck:

    We represent the plaintiffs in the above-referenced actions. These cases are scheduled to be considered for a final transfer to the MDL Court at the hearing of the Panel scheduled for tomorrow.

    We just yesterday received a decision from Judge Shira A. Scheindlin of the Southern District of New York denying Plaintiff's motion to remand in the <u>Nesbiet</u> matter. We are today requesting by faxed letter that Judge Scheindlin entertain a motion to reconsider her decision, or, in the alternative, seeking certification for an interlocutory appeal pursuant to 28 U.S.C. 1292 (b).

IMAGED MAR 31 2005   OFFICIAL FILE COPY
PLEADING NO. 4460
RECEIVED CLERK'S OFFICE 2005 MAR 31 P 5: [?]   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

51 HADDONFIELD ROAD, SUITE 460 • CHERRY HILL, NJ [?] • TEL 856-488-9001 • FAX 856-488-9077
76 SOUTH ORANGE AVENUE, SUITE 201 • SOUTH ORANGE, NJ 07079 • TEL 973-761-9995 • FAX 973-763-4020
215 SOUTH MONARCH STREET, SUITE 202 • ASPEN, CO 81611 • TEL 970-925-6101 • FAX 970-925-6035

In light of this, Plaintiffs respectfully renew their request for an adjournment of the consideration of these cases to the next Panel hearing.

Thank you for your consideration of our request.

Sincerely,

Bryan Belasky (1777)

cc: (by fax) Michael A. Tanenbaum, Esq.
Counsel for General Electric Company
All Defense Counsel