

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: MURPHY EXPLORATION           MDL NO. 875
PRODUCTION COMPANY
EASTERN DISTRICT OF LOUISIANA
CIVIL ACTION NO. 2:04-1554

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 31 2005

FILED
CLERK'S OFFICE

### DEFENDANT CATERPILLAR INC.'S CORPORATE DISCLOSURE

COMES NOW defendant Caterpillar Inc. ("Caterpillar"), by and through counsel of record, and hereby files this its Corporate Disclosure as follows: Caterpillar hereby certifies that it does not have any parent corporations and that no publicly held company or investment fund holds a 10% or more ownership interest in Caterpillar.

                       Respectfully submitted:

                       _____
                       **ERIC SHUMAN (2107)**
                       **McGLINCHEY STAFFORD, PLLC**
                       643 Magazine Street
                       New Orleans, LA 70130
                       Telephone: (504) 586-1200
                       Telefax: (504) 596-2800

                       **ATTORNEYS FOR CATERPILLAR INC.**

FILED MAR 28 2005 4461

2005 MAR 28 P 4: 43
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

IMAGED MAR 31 2005   **OFFICIAL FILE COPY**

## CERTIFICATE

I hereby certify that a copy of the foregoing Corporate Disclosure has been served upon all known counsel of record by depositing a copy of same into the United States mail, postage prepaid and properly addressed this _____ day of March, 2005.

_____
ERIC SHUMAN

RECEIVED CLERK'S OFFICE 2005 MAR 28 P 4: 43 THE PANEL ON MULTIDISTRICT LITIGATION