MDL 875



APR - 5 2005

FILED  MAR 3 1 2005  J.T. NOBLIN, CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

BETTY MILLS, *ET AL.*                                                         PLAINTIFF

VERSUS                                        CIVIL ACTION NO. 1:04cv810WJG-JMR

BORG WARNER CORPORATION, *ET AL.*                                           DEFENDANTS

## ORDER

This cause comes before the Court on motion of the Plaintiffs to remand [13-1] the above referenced action to the Circuit Court of Harrison County, Mississippi and for hearing [17-1] on the motion to remand. Also pending before the Court are the supplemental motion to remand [22-1] filed by the Plaintiffs and the motion to dismiss filed by Minnesota Mining & Manufacturing Co. [5-1]. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED that the Plaintiffs' motions to remand [13-1, 22-1] be, and are hereby, granted. The Clerk of this Court is directed to immediately mail the court file along with a certified copy ORDERED that all other pending motions [5-1, 17-1] be, and are hereby, denied as moot. It is further,

ORDERED that each party shall bear their respective costs associated with these motions.

SO ORDERED this the 31st day of March, 2005.

/s/   Walter J. Gex III
UNITED STATES SENIOR DISTRICT JUDGE

MDL- 875
RECOMMENDED ACTION
VACATE CTO-240 AFTER HS-1 ACTION
Approved/Date: MN 4/1

OFFICIAL FILE COPY
IMAGED APR 5 2005