MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 5 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Betty Mills, etc. v. Borg-Warner Corp., et al.*, S.D. Mississippi, C.A. No. 1:04-810

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Mills*) on December 21, 2004. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Mills* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. This matter was then considered by the Panel at its hearing session in Santa Barbara, California, on March 31, 2005. The Panel has now been advised that *Mills* was remanded to the Circuit Court of Harrison County, Mississippi, by the Honorable Walter J. Gex III in an order filed on March 31, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-240" filed on December 21, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

PLEADING NO. 4463

**OFFICIAL FILE COPY**
IMAGED APR 5 2005