# IN THE UNITED STATES DISTRICT COURT
## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 11 2005

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| LEROY JACKSON | * | |
| Plaintiff | * | SCHEDULE CTO-244 |
| | | DOCKET NO. 875 |
| vs. | * | Civil Action No.: MD 1 05-649 |
| JOHN CRANE - HOUDAILLE, INC., et al. | * | |
| | * | |
| Defendants | | |

* * * * * * * * * * * * * * * * * * *

## NOTICE OF OPPOSITION

Plaintiff, by his undersigned attorneys, pursuant to Rule 7.4 of the *Rules of Procedure of the Judicial Panel on Multidistrict Litigation*, 199 F.R.D. 425, 435-36 (2001), hereby opposes the conditional transfer order in the above-referenced case. A Motion to Vacate the conditional transfer order and supporting brief is being filed with the Notice.

Respectfully submitted,

*[signature]*

William G. Minkin
Federal Bar #024685
Law Offices of Peter Angelos
One Charles Center, 22nd Floor
100 N. Charles Street
Baltimore, MD 21201-3812

PLAINTIFF NO. 4460

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2005 APR -8 P 4: 27

RECEIVED
CLERK'S OFFICE

OFFICIAL FILE COPY

IMAGED APR 11 2005

H:\SHARED\WGM trial groups\M-66 Hubbard 11-16-2004\Jackson notice of oposition.wpd