

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 2 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*Linda Vaughn, etc. v. Borg-Warner Corp., et al.*, M.D. Florida, C.A. No. 8:05-252

### *ORDER VACATING CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in this action (*Vaughn*) on April 5, 2005. The Panel has now been advised that *Vaughn* was remanded to Florida state court by the Honorable Susan C. Bucklew in an order signed on April 11, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-244" filed on April 5, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

PLEADING NO. 4468

**OFFICIAL FILE COPY**

IMAGED APR 1 2 2005