MB
ACL

# MDL 875

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 2 3 2005
BY_____ J.T. NOBLIN, CLERK
_____ DEPUTY

**LAWRENCE STEVISON**                                    **PLAINTIFF**

**VERSUS**                                **CIVIL ACTION NO: 1:05CV72WJG**

**HALLIBURTON CO.; HALLIBURTON**              **DEFENDANTS**
**ENERGY SERVICES, INC.; MONTELLO INC.;**
**UNION CARBIDE CORPORATION; M-I, L.L.C.;**
**BAKER HIGHES, INC.**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 14 2005

FILED
CLERK'S OFFICE

### STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1) and stipulates that this matter should be dismissed without prejudice.

This the 21st day of Feb., 2005.

Respectfully submitted,
LAWRENCE STEVISON

BY: DENHAM, BACKSTROM, O'BARR
& HOLLINGSWORTH, LTD.

_____
WENDY C. HOLLINGSWORTH

PLEADING NO. 4469

Denham, Backstrom, O'Barr & Hollingsworth, Ltd.
Post Office Drawer 580
Ocean Springs, MS 39566-0580
(228) 875-1234 - (228) 875-4553 Facsimile
MS Bar No: 99411

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
2005 APR 12 A 9:28
RECEIVED
CLERK'S OFFICE

MDL- 875
RECOMMENDED ACTION

VACATE CTO-244 -- 1 ACTION
Approved/Date: MJB 4/14/05

**IMAGED** APR 14 2005             **OFFICIAL FILE COPY**   ✓