Case MDL No. 875   Document 4470   Filed 04/14/05   Page 1 of 1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

   **MDL 875**   APR 14 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Lawrence Stevison v. Halliburton Co., et al.*, S.D. Mississippi, C.A. No. 1:05-72

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Stevison*) on April 5, 2005. The Panel has now been advised that *Stevison* was dismissed in the Southern District of Mississippi pursuant to a stipulation of dismissal filed on February 23, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-244" filed on April 5, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

PLEADING NO. 4470

**OFFICIAL FILE COPY**
IMAGED APR 14 2005