MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 4 2005

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-245)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 79,408 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

PLEADING NO. 4471

**OFFICIAL FILE COPY**
IMAGED APR 1 4 2005

## SCHEDULE CTO-245 - TAG ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DISTRICT  DIV. C.A.#**

CALIFORNIA NORTHERN
   CAN   3  05-462        M.N., et al. v. Viacom, Inc., et al.
   CAN   3  05-476        John Mileski, et al. v. Viacom, Inc., et al.
   CAN   3  05-1159      Cornell Janes, et al. v. A.W. Chesterton Co., et al.

FLORIDA MIDDLE
   FLM   3  05-200        Norm E. Decker v. Florida East Coast Railway, L.L.C.

GEORGIA NORTHERN
   GAN   1  05-676        Salvatore Louis Garland, et al. v. Aqua-Chem, Inc., et al

ILLINOIS NORTHERN
   ILN   1  02-7319      Pamela Hampton, etc. v. A.G.A. Gas Inc., et al.

ILLINOIS SOUTHERN
   ILS   3  05-174        Warren McElroy, et al. v. Illinois Central Railroad Co.
   ILS   3  05-195        Earl W. Spencer v. Norfolk Southern Railway Co.

INDIANA SOUTHERN
   INS   3  05-57         George T. Gosnell v. CSX Transportation, Inc.
   INS   3  05-58         Curtis E. Owens v. CSX Transportation, Inc.
   INS   3  05-59         Allen P. Wargel v. CSX Transportation, Inc.

LOUISIANA EASTERN
   LAE   2  04-1984      Ramona Solares Smith, etc. v. Asbestos Corp. Ltd., et al.

MARYLAND
   MD   1  04-3720      Daniel H. Burkhardt, Jr., et al. v. Owens-Illinois Glass Co., et al.

MISSISSIPPI SOUTHERN
   MSS   1  05-131        Robert Crochet, et al. v. Illinois Central Railroad Co.

NORTH CAROLINA EASTERN
   NCE   4  05-5          Elmer Davis, et al. v. Anchor Packing Co., et al.
   NCE   4  05-6          Geneva Kelly, etc. v. Anchor Packing Co., et al.
   NCE   4  05-7          Ruby D. Hedgepeth, etc. v. Anchor Packing Co., et al.
   NCE   4  05-27         Ogletree Richardson, etc. v. Anchor Packing Co., et al.
   NCE   4  05-28         Salvatore Louis Garland v. Anchor Packing Co., et al.
   NCE   4  05-36         Dennis Goins, etc. v. Anchor Packing Co., et al.
   NCE   5  05-63         Robert W. Weber, et al. v. Aqua-Chem, Inc., et al.
   NCE   7  05-38         Yvonne Higley Barber, etc. v. Anchor Packing Co., et al.
   NCE   7  05-47         Betty Ann Gesser, etc. v. Airco, Inc., et al.
   NCE   7  05-53         Howard R. Myrick, Jr., etc. v. Anchor Packing Co., et al.

NORTH CAROLINA MIDDLE
   NCM   1  05-218        Carl David Sutton, et al. v. Aqua-Chem, Inc., et al.

SCHEDULE CTO-245 TAG-ALONG ACTIONS (MDL-875)                     PAGE 2 OF 2

**DISTRICT  DIV. C.A.#**

NEW JERSEY
    NJ    1  05-1509      Manuel Garcia Herrera, et al. v. Owens-Illinois, Inc.
    NJ    1  05-1510      Manuel Barco Moreno v. Owens-Illinois, Inc.
    NJ    1  05-1511      Jose Luis Ruis-Henestrosa Comacho, et al. v. Owens-Illinois, Inc.

NEW YORK EASTERN
    NYE   1  05-643       Jimmy Bumgardner, Jr., etc. v. A.W. Chesterton Co., Inc., et al.
    NYE   1  05-644       Charles Burnett v. A.W. Chesterton Co., et al.

NEW YORK SOUTHERN
    NYS   1  05-2341     Bernard A. Tor v. United States Lines, Inc. Reorganization Trust
    NYS   1  05-2342     Elbert McBride v. United States Lines, Inc. Reorganization Trust

OKLAHOMA WESTERN
    OKW   5  05-117       Tandy Haley, et al. v. Union Carbide Corp., et al.

RHODE ISLAND
    RI    1  05-48         Betty M. Tate, etc. v. CBS Corp

TEXAS WESTERN
    TXW   6  05-90         Kathy D. Sartalamacchia, et al. v. Alcoa, Inc.