

**MDL 875**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 5 2005

FILED
CLERK'S OFFICE

| | |
|---|---|
| KATHY D. SARTALAMACCHIA, ROBERT E. DEMOUEY, JR. and ERIC DEMOUEY, Individually and as Personal Representatives and Heirs of Decedent, ROBERT E. DEMOUEY, SR. § § § § § § § Plaintiffs, § vs. § § ALCOA INC. § § § Defendant. § | CIVIL ACTION NO. W05CA090 |

### DEFENDANT ALCOA INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant Alcoa Inc. has filed a motion to transfer this suit to the Federal MultiDistrict Litigation in the United States District Court for the Eastern District of Pennsylvania, MDL 875.

In accordance with Rule 5.3 of the Rules of Procedure of the Judicial Panel on MultiDistrict Litigation, Alcoa Inc. files this corporate disclosure statement.

Alcoa Inc. has no parent corporation. No publicly traded company owns 10% or more of the stock of Alcoa Inc.

Respectfully submitted,

*[signature]*
Diana Panian Larson
TBA No. 24007799
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002-5007
(713) 276-5500
(713) 276-6827 (Fax)

ATTORNEY-IN-CHARGE FOR
ALCOA INC.

**OFFICIAL FILE COPY**

HOUSTON 814524v1

IMAGED APR 1 5 2005

OF COUNSEL:
Richard O. Faulk
TBA No. 06854300
Kevin L. Colbert
TBA No. 04528550
Kenneth D. Morris
TBA No. 00791303
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002-5007
(713) 276-5500
(713) 276-6827 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded on the 23rd day of March 2005, via certified mail, return receipt requested, to

Russell C. Brown
WELLBORN HOUSTON LLP
P.O. Box 1109
Henderson, Texas 75653-1109

and to

Michael J. Peck, Clerk of the Panel
Judicial Panel on MultiDistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

Diana Larson Panian