MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 15 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: MURPHY EXPLORATION & PRODUCTION COMPANY; | * * * | M.D.L. NO. 875 |
| EASTERN DISTRICT OF LOUISIANA CIVIL ACTION NO. 2:04-1554 | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CORPORATE DISCLOSURE STATEMENT
### OF SULZER U.S. HOLDINGS, INC.

NOW INTO COURT, through undersigned counsel, comes Sulzer U.S. Holdings, Inc., who, pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, respectfully represents that Sulzer U.S. Holdings, Inc. is a wholly-owned subsidiary of Sulzer AG (a Swiss corporation).

Respectfully submitted,

*[signature]*

Thomas R. Blum (No. 3170)
Christopher M. Guidroz (No. 6488)
SIMON, PERAGINE, SMITH & REDFEARN, LLP
30th Floor, Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3000
Telephone: (504) 569-2990
Facsimile: (504) 569-2999

Attorneys for Sulzer Pumps (US), Inc.

PLEADING NO. 4474

OFFICIAL FILE COPY
IMAGED APR 15 2005

RECEIVED CLERK'S OFFICE
'05 APR -4 P 4: 55
JUDICIAL PANEL MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 5 2005

**CERTIFICATE OF SERVICE**

FILED
CLERK'S OFFICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all parties listed on the attached Panel Attorney Service List by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 1st day of April, 2005.

_____

K:\DATA\N\45191001\Pleadings\Corp-Disclosure Statement.wpd

2005 APR -4 P 4:55
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

# PANEL SERVICE LIST
## DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*In re Murphy Exploration & Production Co.*, E.D. Louisiana C.A. No. 2:04-1554

Michelle Allen-Hart  
Abbott, Simses & Kuchler  
400 Lafayette Street, Suite 200  
New Orleans, LA 70130

Richard C. Binzley  
Thompson Hine, LLP  
127 Public Square  
3900 Key Center  
Cleveland, OH 44114

Edward J. Cass  
Gallagher, Sharp, Fulton & Norman  
Bulkley Building, 7th Floor  
1501 Euclid Avenue  
Cleveland, OH 44115

Adam M. Chud  
Shea & Gardner  
1800 Massachusetts Avenue, N.W.  
Washington, DC 20036

David A. Damico  
Burns, White & Hickton, LLC  
Four Northshore Center  
106 Isabella St.  
Pittsburgh, PA 15212

Robert S. Emmett  
Lemle & Kelleher, L.L.P.  
601 Poydras Street, Suite 2100  
New Orleans, LA 70130-6097

Raymond P. Forceno  
Forceno & Hannon  
111 S. Independence Mall East  
The Bourse, Suite 1000  
Philadelphia, PA 19106-2574

Ellen B. Furman  
Goldfein & Hosmer  
1600 Market Street, 33rd Floor  
Philadelphia, PA 19103

Christopher M. Guidroz  
Simon, Peragine, Smith & Redfearn  
Energy Centre, 30th Floor  
1100 Poydras Street  
New Orleans, LA 70163-3000

Susan M. Hansen  
Brownson & Ballou  
4800 U.S. Bank Place  
601 Second Avenue, South  
Minneapolis, MN 55402

Sandra A. Jelks  
LeBlanc & Waddell, LLC  
The Essen Centre  
5353 Essen Lane, Suite 420  
Baton Rouge, LA 70809

Susan B. Kohn  
Simon, Peragine, Smith & Redfearn  
Energy Centre, 30th Floor  
1100 Poydras Street  
New Orleans, LA 70163-3000

Reginald S. Kramer  
Oldham & Dowling  
195 South Main Street, Suite 300  
Akron, OH 44308-1314

David C. Landin  
Hunton & Williams  
Riverfront Plaza, East Tower  
951 East Byrd Street  
Richmond, VA 23219

Christopher K. Lightfoot  
Hailey, McNamara, Hall, Larmann & Papale  
One Galleria Boulevard, Suite 1400  
P.O. Box 8288  
Metairie, LA 70011-8288

Gene Locks  
Greitzer & Locks  
1500 Walnut Street  
Philadelphia, PA 19102

Jill T. Losch  
Liskow & Lewis  
One Shell Square, 50th Floor  
New Orleans, LA 70139-5001

Ben L. Mayeaux  
Laborde & Neuner  
P.O. Drawer 52828  
1001 W. Pinhook Road  
Suite 200  
Lafayette, LA 70505-2828

Ronald L. Motley  
Motley Rice, LLC  
28 Bridgeside Blvd.  
Mt. Pleasant, SC 29464

John J. Repcheck  
Marks, O'Neill, O'Brien & Courtney  
3200 Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219

John D. Roven  
Roven, Kaplan & Wells  
2190 North Loop West, Suite 410  
Houston, TX 77018

Richard D. Schuster  
Vorys, Sater, Seymour & Pease, LLP  
52 East Gay Street  
P.O. Box 1008  
Columbus, OH 43216

Neil Selman  
Selman, Breitman & Burgess  
11766 Wilshire Boulevard  
Sixth Floor  
Los Angeles, CA 90025

Eric Shuman  
McGlinchey Stafford  
643 Magazine Street  
New Orleans, LA 70130-3477

Ann M. Sico  
Bernard, Cassisa, Elliott & Davis  
P.O. Box 55490  
1615 Metairie Road  
Metairie, LA 70055-5490

Robert N. Spinelli  
Kelley, Jasons, McGuire & Spinelli, L.L.P.  
Centre Square West, 15th Floor  
Philadelphia, PA 19102

Glen L.M. Swetman  
Aultman, Tyner & Ruffin, Ltd.  
The Texaco Center  
400 Poydras Street, Suite 1900  
New Orleans, LA 70130

Robert E. Swickle  
Jaques Admiralty Law Firm, P.C.  
1570 Penobscot Building  
The Maritime Asbestosis Legal Clinic  
Detroit, MI 48226

Andrew J. Trevelise  
Reed Smith, LLP  
2500 One Liberty Place  
1650 Market Street  
Philadelphia, PA 19103

James K. Weston, II  
Tom Riley Law Firm  
4040 First Avenue, N.E.  
P.O. Box 998  
Cedar Rapids, IA 52406