MDL-875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 5 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: MURPHY EXPLORATION & | * | M.D.L. NO. 875 |
| PRODUCTION COMPANY; | * | |
| EASTERN DISTRICT OF LOUISIANA | * | |
| CIVIL ACTION NO. 2:04-1554 | * | |

*************************************************************************

### CORPORATE DISCLOSURE STATEMENT OF TAYLOR-SEIDENBACH, INC.

**COMES NOW,** through undersigned counsel, Taylor-Seidenbach, Inc., who, pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, respectfully represents that Taylor-Seidenbach, Inc. is a Louisiana Corporation with its principal place of business in New Orleans, Louisiana, is not a publicly traded company, and does not have any parent company.

PLEADING NO. 4475

Respectfully Submitted,
HAILEY, McNAMARA, HALL, LARMANN,
& PAPALE, L.L.P.

BY: _____
C. KELLY LIGHTFOOT, Bar #17027
CLAUDE A. GRECO, Bar #18920
ANNE E. MEDO, #24556
MICHAEL E. HILL, Bar #25708
SPIRO G. LATSIS, Bar #24517
Suite 1400, One Galleria Boulevard
P. O. Box 8288
Metairie, Louisiana 70001-8288
Telephone: (504) 836-6500
Counsel for Taylor-Seidenbach, Inc.

OFFICIAL FILE COPY   IMAGED APR 1 5 2005

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 5 2005

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___31___ day of ___MARCH___, 2005, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____

2005 APR 11  P 4: 49
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

## PANEL SERVICE LIST DOCKET NO. 875 IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*In re Murphy Exploration* & Production *Co.,* E.D. Louisiana C.A. No. 2:04-1554

Michell Allen-Hart
Abbott, Simes & Kuchler
400 Lafayette Street, Suite 200
New Orleans, LA 70130

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland. OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington. DC 20036

David A. Daniico
Burns, While & Hickton, LLC
Four Northshore Center
106 Isabella St. Pittsburgh, PA 15212

Robert S. Emmett
Lemle & Kelleher, L.L.P.
601 Poydras Street, Suite 2100
New Orleans, LA 70130-6097

Raymond P. Forceno
Forceno &, Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia. PA 19106-2574

Ellen B. Furman
Goldfein & Hosner
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Christopher M, Guidroz
Simon, Peragine, Smith & Redfearn
Energy Centre, 30th Floor
1100 Poydras Street
New Orleans, LA 70163-3000

Susan M, Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Sandra A. Jelks
LeBlanc & Waddell LLC
The Essen Centre
5353 Essen Lane, Suite 420
Baton Rouge, LA 70809

Susan B. Kohn
Simon, Peragine. Smith & Redfearn
Energy Centre, 30th Floor
1100 Poydras Street
New Orleans, LA 70163-3000

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Christopher K. Lightfoot
Hailey, McNamara, Hall,
Larmann & Papale
One Galleria Boulevard, Suite 1400
P.O.BOX 8288
Metairie, LA 70011-8288

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Jill T.Losch
Liskow & Lewis
One Shell Square, 50th Floor
New Orleans, LA 70139-5001

Ben L. Mayeaux
Laborde &. Neuner
P.O. Drawer 52828
1001 W. Pinhook Road, Suite 200
Lafayette, LA 70505-2828

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt Pleasant, SC 39464

John J. Repcheck
Marks, 0'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan &. Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selrnan
Selman, Brietman & Burgers
11766 Wilshire Boulevard
Sixth Floor
Los Angeles. CA 90025

Eric Shumnn
McGlinchey Stafford
643 Magazine Street
New Orleans, LA 70130-3477

Ann M. Sico
Bernard, Cassisa, Elliott & Davis
P.O. Box 55490
1615 Metairie Road
Metairie, LA 70055-5490

Robert N. Spinelli
Kelley. Jasons, McGuire & Spinelli, L.L.P.
Centre Square West, 15th Floor
Philadelphia, PA 19102

Glen L. M. Swetman
Aultman, Tyner & Ruffin Ltd.
The Texaco Center
400 Poydras Street, Suite 1900
New Orleans. LA 70130

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, LA 52406