**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 15 2005

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 – IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MURPHY EXPLORATION & PRODUCTION COMPANY, AS CORPORATE SUCCESSOR TO THE OWNER AND OPERATOR OF THE JOHN HAYWARD IN A CAUSE OF ACTION FOR EXONERATION FROM OR LIMITATION OF LIAABILITY | * CIVIL ACTION <br> * <br> * NO. 04-1,554 <br> * <br> * SECTION J – JUDGE BARBIER <br> * <br> * MAG. DIV.5 – MAG. J. CHASEZ <br> * |

********************************************************

## CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, comes Union Carbide Corporation, who, Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, submits that Union Carbide Corporation, a New York corporation, is a wholly-owned subsidiary of The Dow Chemical Company.

Respectfully Submitted,

ABBOTT, SIMSES & KUCHLER, PLC

_(signature)_

LAWRENCE E. ABBOTT (# 2276)
DEBORAH D. KUCHLER (# 17013)
SARAH E. IIAMS, T.A (# 22418)
MICHELE D. ALLEN-HART, (#25332)
DEMARCUS J. GORDON (#28848)
ERNEST G. FOUNDAS (#24419)
MICHAEL H. ABRAHAM (#22915)

PLEADING NO. 4476

**OFFICIAL FILE COPY**

IMAGED APR 15 2005

JENNIFER D. EDIE (#28564)
400 Lafayette Street, Suite 200
New Orleans, Louisiana 70130
Telephone: 504/568-9393
Facsimile: 504/524-1933

And

BRIAN J. ENGERON, (LA Bar No. 27451)
Abbott, Simses & Kuchler
5100 Village Walk, Suite 200
Covington, Louisiana 70433
Telephone: (985) 893-2991
Facsimile: (985) 898-0383
**Attorneys for Defendant,**
**UNION CARBIDE CORPORATION**

### CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that I have on this 5th day of April, 2005, served the foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and first class postage prepaid, or by hand delivery.

Brian J. Engeron, Esq.