

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 9 2005

FILED
CLERK'S OFFICE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | FILED  MAR 24 2004 |
| This Document Relates to: | CIVIL ACTION NO. MDL 875 |
| Law Firm of Haralson, Miller, Pitt, Feldman & McAnally | |
| United States District Court District of Arizona | |
| Estate of Scott STANTON, Civil Action No. CV93-1224 PHX EHC | |
| [In the event the above-listed case is a multiple plaintiff (victim) action, this transfer is for the above-named party only, or said parties representative, and any spousal or dependent actions.]: | MDL- 875 RECOMMENDED ACTION  CRC  Approved/Date: _____ |

PLEADING NO. 4479

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Defendant's Motion To Remand to the United States District Court for the District of Arizona, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial. The Court notes that under the direction of this Court the parties have been engaged in discovery and motions may be filed shortly. Because the disease process in this matter is alleged to be mesothelioma, the Court believes that it should commence the remand process

OFFICIAL FILE COPY  IMAGED APR 1 9 2005

at this time. The Court further notes that the negotiations of the parties have been in good faith and and settlement is very unlikely.

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the District of Arizona for resolution of any motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 3/22/2005

_____
Charles R. Weiner        J.

**ENTERED**

MAR 2 5 2005

CLERK OF COURT

MILLER, PITT, FELDMAN
& McANALLY, P.C.

G. Eugene Isaak
Gerald Maltz
T. Patrick Griffin
Philip J. Hall
Thomas G. Cotter
Lindsay Brew
Gus Aragón, Jr.
Carole A. Summers
José de Jesus Rivera
Patrick E. Broom
Traci L. Riccitello
Peter T. Limperis
Jane E. Anderson
Kathryn B. Nelson
Melissa L. English
Rebecca A. Reed

DALE HARALSON, P.C.
Dale Haralson
Karl R. Lautz

## HARALSON, MILLER, PITT, FELDMAN & McANALLY, P.L.C.

(A Professional Limited Liability Company Comprised of
Dale Haralson, P.C. and Miller, Pitt, Feldman & McAnally, P.C.)
One South Church Avenue, Suite 900
Tucson, Arizona 85701-1620
(520) 792-3836
Fax (520) 624-5080

PHOENIX OFFICE
2800 N. Central Avenue, Suite 840
Phoenix, Arizona 85004-1069
(602) 266-5557
Fax (602) 266-2223

*Please Reply to Tucson Office*

Stanley G. Feldman, P.L.C.
Richard L. McAnally
Janice A. Wezelman
Grace McIlvain
of counsel

Robert F. Miller
Donald Pitt
retired

Barry N. Akin
(1939-1988)

March 21, 2005

**VIA TELEFAX No. 215-580-2151**

Bruce Lassman, Esq.
Office of the Clerk
United States District Court
Eastern District of Pennsylvania
Philadelphia, PA   19106-1797

      *RE:*    Civil Action No. MDL 875
              *Stanton v. Owens-Illinois*, CIV 93-1224 PHX EHC

Dear Bruce:

      Thank you for your efforts in conducting the status and attempted settlement conferences in this case. Because the parties were not able to resolve the matter in conference, we request the Court to remand the case back to the United States District Court for the District of Arizona for further proceedings.

      The case information is:

STACEY KLEWER STANTON, Individually and as Surviving Spouse of SCOTT ALLAN STANTON

v.

OWENS-CORNING FIBERGLAS CORP., OWENS-ILLINOIS, INC., FOSTER-WHEELER ENERGY CORP., et al.

No. CV93-1224 PHX EHC

March 21, 2005
Page 2

    Please let me know if there is any additional information you need. Thank you for your attention to this matter. We look forward to hearing the Court's decision.

                                             Very truly yours,

                                             Rebecca Reed

/bks