JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

LAW OFFICES
**TRINE & METCALF, P.C.**
1435 Arapahoe Avenue
Boulder, Colorado 80302-6390

APR 2 0 2005

FILED
CLERK'S OFFICE

Telephone: (303) 442-0173
Facsimile: (303) 443-7677
F.I.N. 84-0603964

William A. Trine
J. Conard Metcalf
Deborah L. Taussig
Judy Bradshaw Snyder *
* Also admitted in Texas


MDL-875

April 19, 2005

**VIA FACSIMILE – 202.502.2888**

Mr. Michael J. Beck
Clerk of the Panel
Judicial Panel on MDL
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

    Re:    MDL-875; Cause No. 6-05-182; New Mexico; *Notice of Opposition to Transfer.*

Dear Mr. Beck:

I received your Conditional Transfer Order – CTO-244 – listing one of my cases – 6-05-182 (Apodaca Claimant) – as having been transferred to the MDL on or about April 5, 2005. ***This letter is to serve as notice that Plaintiffs oppose the Panel's Conditional Transfer Order of the above-mentioned case to MDL Docket No. 875.***

Please advise me of the Panel's briefing schedule at your first opportunity and don't hesitate to call if you have comments or questions.

Sincerely,

Judy Bradshaw Snyder

JBS/hs

PLEADING NO. 4483

**OFFICIAL FILE COPY**

IMAGED APR 2 0 2005