MDL ▸ 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 20 2005

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION
## MDL 875

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)

**EDWARD DECIBUS,**
**Plaintiff,**
v.
**GENERAL ELECTRIC CO., ET AL.,**
**Defendants.**
(Southern District of New York 04-CV-9643)

**AND**

**SAMUEL P. SMITH,**
**Plaintiff,**
v.
**GENERAL ELECTRIC CO., ET AL.,**
**Defendants.**
(Southern District of New York 04-CV-10102)

**AND**

**JAMES BERNHARDT AND BERNADETTE BERNHARDT,**
**Plaintiffs,**
v.
**GENERAL ELECTRIC CO., ET AL.,**
**Defendants.**
(Southern District of New York 04-CV-10103)

**AND**

**LEO ROGERS,**
**Plaintiff,**
v.
**GENERAL ELECTRIC CO., ET AL.,**
**Defendants.**
(Southern District of New York 04-CV-10104)

**AND**

**LEONARD J. DONINI AND CATHERINE DONINI,**
**Plaintiffs,**
v.
**GENERAL ELECTRIC CO., ET AL.,**
**Defendants.**
(Southern District of New York 04-CV-10105)

PLEADING NO. 4484

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

2005 APR 19 P 4:00

RECEIVED CLERK'S OFFICE

**OFFICIAL FILE COPY** IMAGED APR 20 2005

Case MDL No. 875   Document 4484   Filed 04/20/05   Page 3 of 6

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## <u>NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER</u> APR 2 0 2005

TO THE CLERK:

FILED
CLERK'S OFFICE

Please accept Plaintiffs' Notice of Opposition to the Conditional Transfer Order (CTO-244) entered by the Panel on April 5, 2005 for the above-captioned matters.

Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038
Telephone: 212-558-5500
Facsimile: 212-344-5461

BY: _____

Bryan Belasky
Attorney for Plaintiffs

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2005 APR 19  P 4:00

RECEIVED
CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 0 2005

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all Defense Counsel for CTO-244, MDL 875 In Re Asbestos Products Liability Litigation this 19th day of April, 2005.

_____
Bryan Belasky, Esq.

RECEIVED
CLERK'S OFFICE
2005 APR 19 P 4: 01
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION