

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

APR 2 0 2005

**MDL Docket No. 875 -- In re Asbestos Products Liability Litigation (No. VI)**

FILED
CLERK'S OFFICE

### NOTICE OF OPPOSITION

To:    Michael J. Beck
       Clerk of the Panel
       Judicial Panel on Multidistrict Litigation
       One Columbus Circle, N.E.
       Thurgood Marshall Federal Judiciary Building
       Room G-255, North Lobby
       Washington, D.C. 20002

Please take notice, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial

Panel on Multidistrict Litigation, that Charles Simikian, Plaintiff in *Charles Simikian v.*

*Pneumo Abex, LLC, et al.*, No. 05-229 (W.D.Pa.), opposes the transfer of that action to

the Eastern District of Pennsylvania as contemplated by the Panel's April 5, 2005

Conditional Transfer Order and Schedule CTO-244, attached thereto.

Dated: April 19, 2005

_____
Jason T. Shipp

GOLDBERG, PERSKY, & WHITE, P.C.
1030 Fifth Avenue, Third Floor
Pittsburgh, PA  15219
(412) 471-3980

Terrance Duddy
KELLY, REMMEL & ZIMMERMAN
53 Exchange Street
P.O. Box 597
Portland, Maine 04112
(207) 775-1020

Counsel for Plaintiff

RECEIVED
CLERK'S OFFICE
2005 APR 20 A 11: 24
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

PLEADING NO. 4485

OFFICIAL FILE COPY
IMAGED APR 2 0 2005

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 0 2005

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, Jason T. Shipp, attorney for Plaintiff Charles Simikian have filed the Notice of Opposition and have served upon the Defendants, through their attorneys, a copy of the said filing by first-class, United States mail to:

L. John Argento, Esquire
**Swartz Campbell**
600 Grant Street, Suite 4750
Pittsburgh, PA 15219
*Pneumo Abex Corp.*

G. Daniel Bruch, Esquire
**Swartz Campbell**
1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316
*Okonite Company*

Eric Falk, Esquire
**Davies, McFarland & Carroll**
One Gateway Center, 10th Floor
Pittsburgh, PA 15222
*Bendix*

William Hague, Esquire
**Wilbraham, Lawler & Buba**
603 Stanwix Street, 17th North
Pittsburgh, PA 15222
*Kelsey-Hayes Company*

Eric Horne, Esquire
**Eckert, Seaman, Cherin & Mellott**
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
*Ford Motor Company*
*General Motors Corporation*

Alice Johnston, Esquire
**Buchanan Ingersoll, P.C.**
301 Grant Street, 20th Floor
Pittsburgh, PA 15219
*Daimler Chrysler Corporation*
*Volkswagon of America, Inc.*

Kelly Leister, Esquire
**Swartz Campbell**

RECEIVED
CLERK'S OFFICE
2005 APR 20 A 11: 24

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

1601 Market Street, 34th Floor
Philadelphia, PA 19103-2316
*Okonite Company*

Deborah A. Little, Esquire
**Buchanan Ingersoll, P.C.**
301 Grant Street, 20th Floor
Pittsburgh, PA 15219
*Daimler Chrysler Corporation*
*Volkswagon of America, Inc.*

Hunter McGeary, Esquire
Attorney at Law
508 Walnut Street
Pittsburgh, PA 15202
*Borg-Warner*

Julie Nord, Esquire
**Davies, McFarland & Carroll**
One Gateway Center, 10th Floor
Pittsburgh, PA 15222
*Bendix*

Patrick Riley, Esquire
**Riley, Hewitt & Sweitzer, PC**
650 Washington Road, Suite 300
Pittsburgh, PA 15228
*Carlisle Companies, Inc.*
*NAPA Auto Parts*

Rohrich, Esquire
**Rohrich Cadillac, Inc.**
2052 West Liberty Avenue
Pittsburgh, PA 15226
*Rohrich Cadillac, Inc.*

Daniel J. Sinclair, Esquire
**Eckert, Seaman, Cherin & Mellott**
USX Tower, 44th Floor
Pittsburgh, PA 15219
*Ford Motor Company*
*General Motors Corporation*

Stewart R. Singer, Esquire
**Salmon, Ricchezza, Singer & Turchi LLP**
1700 Market Street, Suite 3110

Philadelphia, PA 19103
*Metropolitan Life Insurance Company*

Jennifer Watson, Esquire
**Wilbraham, Lawler & Buba**
Two Gateway Center, 17N
603 Stanwix Street
Pittsburgh, PA 15222
*Dana Corporation*
*Kelsey-Hayes Company*

Anne Wilcox, Esquire
**Swartz Campbell**
600 Grant Street, Suite 4750
Pittsburgh, PA 15219
*Pneumo Abex Corporation*

Dated:  April 19, 2005

Jason T. Shipp

Attorney for the Plaintiffs