# LAW OFFICE OF
# J. ARTHUR SMITH, III

J. ARTHUR SMITH, III
J_asmith@bellsouth.net

REBECCA E. MAY-RICKS
remayricks@bellsouth.net

830 NORTH STREET
BATON ROUGE, LOUISIANA 70802
OFFICE (225) 383-7716
FACSIMILE (225) 383-7773

SATELLITE OFFICE
200 BREARD STREET
MONROE, LA 71201
OFFICE (318) 387-8464
FACSIMILE (318) 387-8466

Please Address Reply to:
BATON ROUGE

MDL 875

April 20, 2005

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 21 2005

FILED
CLERK'S OFFICE

<u>**VIA FACSIMILE (202) 502-2888**</u>

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

PLEADING NO. 4486

Re:   MDL-875 – In Re Asbestos Products Liability Litigation (No. VI)
      CTO-244
      Originating suit:
      *William D. Hammons vs. AMEC Construction Management, Inc., et al*
      United States District Court; Middle District of Louisiana
      Docket No. 04-CV-855-C-M2

Dear Mr. Beck:

Please allow this letter to serve as notice that we, on behalf of Mr. William D. Hammons, oppose the conditional transfer order, and will file our Motion and Brief to Vacate the CTO within fifteen days of this letter.

Thank you very much for your time and assistance. With kindest regards, I am,

Sincerely yours,

Rebecca E. May-Ricks

REMR/mos

cc: William D. Hammons

2005 APR 20 P 3:48
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**

IMAGED APR 2 2 2005