

MDL. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 5 2005

FILED
CLERK'S OFFICE

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-244)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 79,268 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

PLEADING NO. 4487

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 2 1 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED APR 2 2 2005

# SCHEDULE CTO-244 - TAG ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DISTRICT  DIV. C.A.#**

**FLORIDA MIDDLE**
  FLM    8    05-252              Linda Vaughn, etc. v. Borg-Warner Corp., et al.  **VACATED 4/12/05**

**ILLINOIS SOUTHERN**
  ILS    3    04-968              Charles Freeman, et al. v. Canadian National Illinois Central Railway Co.
  ILS    3    05-124              Hilda Robinson, etc. v. Illinois Central Railroad Co.

**LOUISIANA MIDDLE**
  LAM    3    04-855              William D. Hammons v. AMEC Construction Management, Inc., et al.  **OPPOSED 4/21/05**

**MARYLAND**
  MD     1    05-541              Teresa Wald Armiger, etc. v. Anchor Packing Co., et al.
  MD     1    05-649              Leroy Jackson v. John Crane-Houdaille, Inc., et al.  **OPPOSED 4/11/05**

**MAINE**
  ME     2    05-8                Alice Stone, etc. v. Metropolitan Life Insurance Co., et al.

**MISSISSIPPI SOUTHERN**
  MSS    1    05-38               Gene Beazley, et al. v. A.W. Chesterton, et al.
  MSS    1    05-39               William Moulder, et al. v. Monsanto Co., et al.
  MSS    1    05-40               Hilry A. Anderson, et al. v. Owens-Illinois, Inc., et al.
  MSS    1    05-41               Willie Hamberlin, et al. v. Owens-Illinois, et al.
  MSS    1    05-42               Margie Mae Williams, et al. v. National Service Industries, Inc., et al.
  MSS    1    05-50               Walter Teague v. Copa Casino of Mississippi, LLC
  MSS    1    05-51               Kenneth Saucier v. Copa Casino of Mississippi, LLC
  MSS    1    05-58               Charles Hines v. Halliburton Co., et al.
  MSS    1    05-59               Eugene Roberts v. Halliburton Co., et al.
  MSS    1    05-60               L.E. Clark v. Halliburton Co., et al.
  MSS    1    05-61               Randle Palmer v. Halliburton Co., et al.
  MSS    1    05-62               Kenneth Hutchinson v. Halliburton Co., et al.
  MSS    1    05-63               James Dement v. Halliburton Co., et al.
  MSS    1    05-64               G.R. Langley v. Halliburton Co., et al.
  MSS    1    05-65               Travis Pugh v. Halliburton Co., et al.
  MSS    1    05-66               Oscar V. Williams v. Halliburton Co., et al.
  MSS    1    05-67               Hugh Williams v. Halliburton Co., et al.
  MSS    1    05-68               Charles Palmer v. Halliburton Co., et al.
  MSS    1    05-69               Solomon Draughn v. Halliburton Co., et al.
  MSS    1    05-70               Robert Cochran v. Halliburton Co., et al.
  MSS    1    05-71               Cecil Foxworth v. Halliburton Co., et al.
  MSS    1    05-72               Lawrence Stevison v. Halliburton Co., et al.  **OPPOSED 4/14/05**
  MSS    1    05-85               Darren Pugh, et al. v. Eagle, Inc., et al.
  MSS    1    05-107              Henry Briggs, et al. v. National Services Industries, In, et al.
  MSS    1    05-110              Henry Briggs, et al. v. Daimlerchrysler Corporation
  MSS    1    05-118              Mark Alexander v. Anchor Packing Co., et al.
  MSS    1    05-120              Jerry Russum v. Minnesota Mining & Manufacturing
  MSS    1    05-121              Charles Franklin Twiner, et al. v. Gaf Corporation, et al.
  MSS    1    05-126              Ronald L. Hudson v. Minnesota Mining & Manufacturing, et al.

**NORTH CAROLINA WESTERN**
  NCW    1    05-21               Max Long Gilleland, etc. v. Aqua-Chem, Inc., et al.
  NCW    1    05-32               Dorothy Holland Watlington, etc. v. Anchor Packing Co., et al.
  NCW    1    05-33               Joe E. Parker, et al. v. Anchor Packing Co., et al.

**DISTRICT  DIV. C.A.#**

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 1 | 05-158 | Joseph Ciappara v. Owens-Illinois, Inc. |
| NJ | 1 | 05-178 | Antoinette Aqulinia, etc. v. Owens-Illinois, Inc. |
| NJ | 1 | 05-179 | Joseph Galea, et al. v. Owens-Illinois, Inc. |
| NJ | 1 | 05-180 | Alfred Cassar, et al. v. Owens-Illinois, Inc. |
| NJ | 1 | 05-181 | Emmanuel Camilleri, et al. v. Owens-Illinois, Inc. |
| NJ | 1 | 05-1287 | Juan Mendoza Ramos v. Owens-Illinois, Inc. |
| NJ | 1 | 05-1319 | Antonio Rodriguez Reviriego, et al. v. Owens-Illinois, Inc. |
| NJ | 1 | 05-1320 | Manuel Herrera Torano, et al. v. Owens-Illinois, Inc. |
| NJ | 1 | 05-1321 | Rafael Garcia Martin, et al. v. Owens-Illinois, Inc. |
| NJ | 1 | 05-1322 | Manuel Dominguez Ruiz, et al. v. Owens-Illinois, Inc. |
| NJ | 1 | 05-1323 | Antonio Dominquez Roman v. Owens Illinois, Inc. |
| NJ | 1 | 05-1324 | Jose Rodrigues Parralo, et al. v. Owens-Illinois, Inc. |
| NJ | 1 | 05-1325 | Jose Acuna Corbeto, et al. v. Owens-Illinois, Inc. |
| NJ | 1 | 05-1326 | Roque Merino Santamaria, et al. v. Owens-Illinois, Inc. |
| NJ | 1 | 05-1327 | Francisco Martin Robles, et al. v. Owens-Illinois, Inc. |
| NJ | 1 | 05-1328 | Juan Luis Herrera Torano, et al. v. Owens-Illinois, Inc. |
| NJ | 1 | 05-1329 | Jose Gonzalez Manrique Lara, et al. v. Owens-Illinois, Inc. |
| NJ | 1 | 05-1330 | Salvador Rizzo Bernal v. Owens-Illinois, Inc. |
| NJ | 1 | 05-1331 | Miguel Becerra Sanchez, et al. v. Owens-Illinois, et al. |
| NJ | 1 | 05-1332 | Manuel Manday Villena, et al. v. Owens-Illinois, Inc. |

NEW MEXICO

| | | | |
|---|---|---|---|
| ~~NM~~ | ~~6~~ | ~~05-182~~ | ~~Sinforosa Apodaca, et al. v. Zia Co., et al.~~ OPPOSED 4/20/05 |

NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 1 | 04-5236 | Deborah S. Zimmerman, etc. v. A.W. Chesterton Co., Inc., et al. |
| NYE | 1 | 04-5237 | Nancy West v. A.W. Chesterton Co., Inc., et al. |
| NYE | 1 | 05-1 | Robert L. Crump v. Consolidated Rail Corp., et al. |
| NYE | 1 | 05-645 | Nattie L. Copeland, etc. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 05-911 | Donald Street, et al. v. A.W. Chesterton Co., et al. |
| NYE | 1 | 05-979 | Richard Werth v. A.W. Chesterton Co., et al. |
| NYE | 1 | 05-981 | Ella L. James, etc. v. A.W. Chesterton Co., et al. |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 04-9564 | Willard E. Bartel, et al. v. United States Lines, Inc. Reorganization Trust |
| NYS | 1 | 04-9565 | Willard E. Bartel, et al. v. United States Lines, Inc. Reorganization Trust |
| NYS | 1 | 04-9566 | Willard E. Bartel, et al. v. United States Lines, Inc. Reorganization Trust |
| NYS | 1 | 04-9567 | Willard E. Bartel, et al. v. United States Lines, Inc. Reorganization Trust |
| NYS | 1 | 04-9568 | Willard E. Bartel, et al. v. United States Lines, Inc. Reorganization Trust |
| ~~NYS~~ | ~~1~~ | ~~04-9643~~ | ~~Edward Decibus v. General Electric Co.~~ OPPOSED 4/20/05 |
| NYS | 1 | 04-10018 | Richard Wells, et al. v. General Electric Co. |
| ~~NYS~~ | ~~1~~ | ~~04-10102~~ | ~~Samuel P. Smith v. General Electric Co.~~ OPPOSED 4/20/05 |
| ~~NYS~~ | ~~1~~ | ~~04-10103~~ | ~~James Bernhardt, et al. v. General Electric Co.~~ OPPOSED 4/20/05 |
| ~~NYS~~ | ~~1~~ | ~~04-10104~~ | ~~Leo Rogers v. General Electric Co.~~ OPPOSED 4/20/05 |
| ~~NYS~~ | ~~1~~ | ~~04-10105~~ | ~~Leonard J. Donini, et al. v. General Electric Co.~~ OPPOSED 4/20/05 |
| NYS | 1 | 05-169 | Willard E. Bartel, et al. v. United States Lines, Inc. Reorganization Trust |

OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 1 | 04-10066 | Gaber O. Mohamed v. A-c Product Liability Trust, et al. |
| OHN | 1 | 04-10067 | Shirley A. Taylor v. A-c Product Liability Trust, et al. |
| OHN | 1 | 04-10068 | Lyle E. Montgomery v. A-c Product Liability Trust, et al. |
| OHN | 1 | 04-10069 | Lucio C. Levita v. A-c Product Liability Trust, et al. |
| OHN | 1 | 04-10070 | Willard E. Bartel, et al. v. A-c Product Liability Trust, et al. |
| OHN | 1 | 04-10071 | Willard E. Bartel, et al. v. A-c Product Liability Trust, et al. |
| OHN | 1 | 04-20007 | William H. Monroe, Jr., et al. v. Certainteed Corp., et al. |
| OHN | 1 | 05-10001 | Willard E. Bartel, et al. v. A-c Product Liability Trust, et al. |
| OHN | 1 | 05-10002 | Edward D. Moore v. A-c Product Liability Trust, et al. |
| OHN | 1 | 05-10003 | Myron P. Perpich v. A-c Product Liability Trust, et al. |
| OHN | 1 | 05-10004 | Jack L. Warnke v. A-c Product Liability Trust, et al. |

| | | | |
|---|---|---|---|
| OHN | 1 | 05-10005 | Joseph H. Robinson v. A-c Product Liability Trust, et al. |

**DISTRICT DIV. C.A.#**

| | | | |
|---|---|---|---|
| OHN | 1 | 05-10006 | Allen E. Smith v. A-c Product Liability Trust, et al. |

PENNSYLVANIA WESTERN
| | | | |
|---|---|---|---|
| PAW | 2 | 04-1905 | Ronald B. Yetter, et al. v. Anchor Packing Co., et al. |
| ~~PAW~~ | ~~2~~ | ~~05-229~~ | ~~Charles Simikian v. Pneumo Abex, LLC, et al.~~ **OPPOSED 4/20/05** |

TEXAS NORTHERN
| | | | |
|---|---|---|---|
| TXN | 3 | 04-1659 | Jo Ann Algiers Levy, et al. v. American Optical Corp. |

TEXAS SOUTHERN
| | | | |
|---|---|---|---|
| TXS | 4 | 02-2913 | Gus Ball v. Allied Signal, Inc., et al. |

VIRGINIA EASTERN
| | | | |
|---|---|---|---|
| VAE | 2 | 00-4086 | Carl E. Heighton, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 05-8344 | Joseph D. Broadhurst v. American Standard, et al. |
| VAE | 2 | 05-8345 | Kit H. Loveless v. American Standard, et al. |
| VAE | 2 | 05-8346 | Edward J. August v. American Standard, et al. |
| VAE | 2 | 05-8347 | James D. Bethel v. American Standard, et al. |
| VAE | 2 | 05-8348 | Charles E. Brooks v. American Standard, et al. |
| VAE | 2 | 05-8349 | James O. Brown v. American Standard, et al. |
| VAE | 2 | 05-8350 | Richard K. Clark v. American Standard, et al. |
| VAE | 2 | 05-8351 | Shelby I. Cocke v. American Standard, et al. |
| VAE | 2 | 05-8352 | Harold D. Collier v. American Standard, et al. |
| VAE | 2 | 05-8353 | John D. Dehil v. American Standard, et al. |
| VAE | 2 | 05-8354 | Paul E. Depriest v. American Standard, et al. |
| VAE | 2 | 05-8355 | James L. Dillon v. American Standard, et al. |
| VAE | 2 | 05-8356 | Edward N. Eckes v. American Standard, et al. |
| VAE | 2 | 05-8357 | Clyde W. Elliott v. American Standard, et al. |
| VAE | 2 | 05-8358 | Kelly B. Gresby v. American Standard, et al. |
| VAE | 2 | 05-8359 | Harris, Rudolph v. American Standard, et al. |
| VAE | 2 | 05-8360 | Thomas J. Hester v. American Standard, et al. |
| VAE | 2 | 05-8361 | Walter E. Hrbek v. American Standard, et al. |
| VAE | 2 | 05-8362 | W. O. Jowers v. American Standard, et al. |
| VAE | 2 | 05-8363 | George P. Kareotes v. American Standard, et al. |
| VAE | 2 | 05-8364 | Donald J. Lynch v. American Standard, et al. |
| VAE | 2 | 05-8365 | William J. Magnison v. American Standard, et al. |
| VAE | 2 | 05-8366 | Charles A. Smith v. American Standard, et al. |
| VAE | 2 | 05-8367 | Jackie L. Sullivan v. American Standard, et al. |
| VAE | 2 | 05-8368 | Dennis F. Thacker v. American Standard, et al. |
| VAE | 2 | 05-8369 | Lanny Voter v. American Standard, et al. |
| VAE | 2 | 05-8370 | Eddie Whitley v. American Standard, et al. |
| VAE | 2 | 05-8371 | James A. Wilkins v. American Standard, et al. |
| VAE | 2 | 05-8372 | Daniel L. Willcox v. American Standard, et al. |
| VAE | 2 | 05-8373 | Marion H. Williams v. American Standard, et al. |
| VAE | 2 | 05-8374 | Anthony J. Zagalik v. American Standard, et al. |
| VAE | 2 | 05-8375 | Aurelio Zamora v. American Standard, et al. |
| VAE | 2 | 05-8376 | Wilson P. Amos v. American Standard, et al. |
| VAE | 2 | 05-8377 | Paul W. Anderson v. American Standard, et al. |
| VAE | 2 | 05-8378 | Edwin T. Bassett v. American Standard, et al. |
| VAE | 2 | 05-8379 | William R. Bulluck v. American Standard, et al. |
| VAE | 2 | 05-8380 | Jerry A. Clyburn v. American Standard, et al. |
| VAE | 2 | 05-8381 | Bob Englander v. American Standard, et al. |
| VAE | 2 | 05-8382 | Grant C. Evans v. American Standard, et al. |
| VAE | 2 | 05-8383 | Donald H. Gilliland v. American Standard, et al. |
| VAE | 2 | 05-8384 | Charles H. Grover v. American Standard, et al. |
| VAE | 2 | 05-8385 | Gary L. Harrington v. American Standard, et al. |
| VAE | 2 | 05-8386 | Lorenzo Herrera v. American Standard, et al. |
| VAE | 2 | 05-8387 | Jack L. Hill v. American Standard, et al. |
| VAE | 2 | 05-8388 | Charles H. Houseworth v. American Standard, et al. |

| | | | |
|---|---|---|---|
| VAE | 2 | 05-8389 | Kenneth G. Howard v. American Standard, et al. |
| VAE | 2 | 05-8390 | Jay W. Main v. American Standard, et al. |

**DISTRICT  DIV. C.A.#**

| | | | |
|---|---|---|---|
| VAE | 2 | 05-8391 | Robert J. McEwen v. American Standard, et al. |
| VAE | 2 | 05-8392 | Johnny Meador v. American Standard, et al. |
| VAE | 2 | 05-8393 | Robert A. Miller v. American Standard, et al. |
| VAE | 2 | 05-8394 | Howard S. Nelson v. American Standard, et al. |
| VAE | 2 | 05-8395 | Van R. Oakes v. American Standard, et al. |
| VAE | 2 | 05-8396 | Charles C. Odom v. American Standard, et al. |
| VAE | 2 | 05-8397 | Richard C. Owens v. American Standard, et al. |
| VAE | 2 | 05-8398 | Wayne C. Peele v. American Standard, et al. |
| VAE | 2 | 05-8399 | Benjamin Pink v. American Standard, et al. |
| VAE | 2 | 05-8400 | John J. Prodan v. American Standard, et al. |
| VAE | 2 | 05-8401 | Edward F. Reynolds v. American Standard, et al. |
| VAE | 2 | 05-8402 | James E. Ricks v. American Standard, et al. |
| VAE | 2 | 05-8403 | Martin T. Rodriguez v. American Standard, et al. |
| VAE | 2 | 05-8404 | William L. Roper v. American Standard, et al. |
| VAE | 2 | 05-8405 | John B. Scharff v. American Standard, et al. |
| VAE | 2 | 05-8406 | Dennis W. Schneider v. American Standard, et al. |
| VAE | 2 | 05-8407 | Julius B. Sebok v. American Standard, et al. |
| VAE | 2 | 05-8408 | Herman D. Shahan v. American Standard, et al. |
| VAE | 2 | 05-8409 | Dock Shannon v. American Standard, et al. |
| VAE | 2 | 05-8410 | John R. Shannon v. American Standard, et al. |
| VAE | 2 | 05-8411 | Robert L. Sharpe v. American Standard, et al. |
| VAE | 2 | 05-8412 | Neil J. Sheedy v. American Standard, et al. |
| VAE | 2 | 05-8413 | John A. Sherwood v. American Standard, et al. |
| VAE | 2 | 05-8414 | William S. Simpson v. American Standard, et al. |
| VAE | 2 | 05-8415 | Robert H. Smalley v. American Standard, et al. |
| VAE | 2 | 05-8416 | Lee O. Smith v. American Standard, et al. |
| VAE | 2 | 05-8417 | Terrence A. Storwick v. American Standard, et al. |
| VAE | 2 | 05-8418 | James E. Van Buskirk v. American Standard, et al. |
| VAE | 2 | 05-8419 | Lloyd H. Van Nispen v. American Standard, et al. |
| VAE | 2 | 05-8420 | Carl C. Wade v. American Standard, et al. |
| VAE | 2 | 05-8421 | Larry W. Wall v. American Standard, et al. |
| VAE | 2 | 05-8422 | Forrest G. Webb v. American Standard, et al. |
| VAE | 2 | 05-8423 | David R. Wiersema v. American Standard, et al. |
| VAE | 2 | 05-8424 | Willie B. Williams v. American Standard, et al. |
| VAE | 2 | 05-8425 | Earl E. Woods v. American Standard, et al. |
| VAE | 2 | 05-8426 | Carl T. Agnew v. American Standard, et al. |
| VAE | 2 | 05-8427 | Cecil E. Anklam v. American Standard, et al. |
| VAE | 2 | 05-8428 | Daniel R. Arciniega v. American Standard, et al. |
| VAE | 2 | 05-8429 | Raymond Arrington v. American Standard, et al. |
| VAE | 2 | 05-8430 | Melchester Barrow v. American Standard, et al. |
| VAE | 2 | 05-8431 | Don M. Boykin v. American Standard, et al. |
| VAE | 2 | 05-8432 | Kirk R. Clemence v. American Standard, et al. |
| VAE | 2 | 05-8433 | Robert E. Dombrowsky v. American Standard, et al. |
| VAE | 2 | 05-8434 | Jimmy H. Farmer v. American Standard, et al. |
| VAE | 2 | 05-8435 | Alvaro T. Ferreira v. American Standard, et al. |
| VAE | 2 | 05-8436 | Wayne R. Ferrier v. American Standard, et al. |
| VAE | 2 | 05-8437 | Miles N. Gibbs v. American Standard, et al. |
| VAE | 2 | 05-8438 | Roy A. Haddix v. American Standard, et al. |
| VAE | 2 | 05-8439 | Robert O. Hall v. American Standard, et al. |
| VAE | 2 | 05-8440 | William D. Henton v. American Standard, et al. |
| VAE | 2 | 05-8441 | William W. Houston v. American Standard, et al. |
| VAE | 2 | 05-8442 | Samuel L. Johnson v. American Standard, et al. |
| VAE | 2 | 05-8443 | Arnold D. Jolly v. American Standard, et al. |
| VAE | 2 | 05-8444 | Joihn O. Kenner v. American Standard, et al. |
| VAE | 2 | 05-8445 | Edward A. Kotnik v. American Standard, et al. |
| VAE | 2 | 05-8446 | Elmer L. Lanham v. American Standard, et al. |
| VAE | 2 | 05-8447 | John T. Liles v. American Standard, et al. |
| VAE | 2 | 05-8448 | Richard J. Lind v. American Standard, et al. |

| | | | |
|---|---|---|---|
| VAE | 2 | 05-8449 | Billy R. Lindsey v. American Standard, et al. |
| VAE | 2 | 05-8450 | Charles R. Logan v. American Standard, et al. |
| VAE | 2 | 05-8451 | Ernest H. Loya v. American Standard, et al. |

**DISTRICT  DIV.  C.A.#**

| | | | |
|---|---|---|---|
| VAE | 2 | 05-8452 | Joe J. Malaponti v. American Standard, et al. |
| VAE | 2 | 05-8453 | Ezekial M. Martinez v. American Standard, et al. |
| VAE | 2 | 05-8454 | Robin V. McIntyre v. American Standard, et al. |
| VAE | 2 | 05-8455 | Raphael A. Melchor v. American Standard, et al. |
| VAE | 2 | 05-8456 | Gene M. Milstead v. American Standard, et al. |
| VAE | 2 | 05-8457 | William B. Moon v. American Standard, et al. |
| VAE | 2 | 05-8458 | George C. Muse v. American Standard, et al. |
| VAE | 2 | 05-8459 | Donald E. Nickel v. American Standard, et al. |
| VAE | 2 | 05-8460 | Raymond C. Nord v. American Standard, et al. |
| VAE | 2 | 05-8461 | Robert H. North v. American Standard, et al. |
| VAE | 2 | 05-8462 | William K. O'Connor v. American Standard, et al. |
| VAE | 2 | 05-8463 | Ronald F. Orlowski v. American Standard, et al. |
| VAE | 2 | 05-8464 | Thomas E. Palma v. American Standard, et al. |
| VAE | 2 | 05-8465 | Warren W. Peterson v. American Standard, et al. |
| VAE | 2 | 05-8466 | Jerry D. Porter v. American Standard, et al. |
| VAE | 2 | 05-8467 | David E. Sanding v. American Standard, et al. |
| VAE | 2 | 05-8468 | Bobby J. Scott v. American Standard, et al. |
| VAE | 2 | 05-8469 | Eugene Stickley v. American Standard, et al. |
| VAE | 2 | 05-8470 | Charles E. Strickland v. American Standard, et al. |
| VAE | 2 | 05-8471 | Leslie D. Tackitt v. American Standard, et al. |
| VAE | 2 | 05-8472 | Noah W. White v. American Standard, et al. |
| VAE | 2 | 05-8473 | Dorsey B. Wilson v. American Standard, et al. |
| VAE | 2 | 05-8474 | Orby L. Woodruff v. American Standard, et al. |
| VAE | 2 | 05-8475 | Larry D. Zeeryp v. American Standard, et al. |
| VAE | 2 | 05-8476 | Rodney T. Giles v. American Standard, et al. |
| VAE | 2 | 05-8477 | Gary E. Haverly v. American Standard, et al. |
| VAE | 2 | 05-8478 | William O. O'Rourke v. American Standard, et al. |
| VAE | 2 | 05-8479 | Raymond C. Reiseg v. American Standard, et al. |
| VAE | 2 | 05-8480 | Rosendo Sanchez v. American Standard, et al. |
| VAE | 2 | 05-8481 | Alvin E. Schaenherr v. American Standard, et al. |
| VAE | 2 | 05-8482 | Bruno V. Silva v. American Standard, et al. |
| VAE | 2 | 05-8483 | Donald R. Smith v. American Standard, et al. |
| VAE | 2 | 05-8484 | Dennis L. Steck v. American Standard, et al. |
| VAE | 2 | 05-8485 | Robert D. Stephenson v. American Standard, et al. |
| VAE | 2 | 05-8486 | John E. Taylor v. American Standard, et al. |
| VAE | 2 | 05-8487 | Thomas A. Thoresen v. American Standard, et al. |
| VAE | 2 | 05-8488 | Dix B. Wagner v. American Standard, et al. |
| VAE | 2 | 05-8489 | Jack Zlomke v. American Standard, et al. |
| VAE | 2 | 05-8490 | James H. Costley v. American Standard, et al. |
| VAE | 2 | 05-8491 | Eugene J. Eno v. American Standard, et al. |
| VAE | 2 | 05-8492 | Quinton C. Eskola v. American Standard, et al. |
| VAE | 2 | 05-8493 | Gordon W. Ferrell v. American Standard, et al. |
| VAE | 2 | 05-8494 | Ronald D. Hanson v. American Standard, et al. |
| VAE | 2 | 05-8495 | William C. King v. American Standard, et al. |
| VAE | 2 | 05-8496 | Paul M. Lehigh v. American Standard, et al. |
| VAE | 2 | 05-8497 | Harold F. Leutritz v. American Standard, et al. |
| VAE | 2 | 05-8498 | James Lizzi v. American Standard, et al. |
| VAE | 2 | 05-8499 | Jenaro M. Luna v. American Standard, et al. |
| VAE | 2 | 05-8500 | Juan M. Nava v. American Standard, et al. |
| VAE | 2 | 05-8501 | Donnel V. Paden v. American Standard, et al. |
| VAE | 2 | 05-8502 | Norbert A. Pietryga v. American Standard, et al. |
| VAE | 2 | 05-8503 | Harvey D. Rankin v. American Standard, et al. |
| VAE | 2 | 05-8504 | Douglas W. Ridgeway v. American Standard, et al. |
| VAE | 2 | 05-8505 | David A. Robertson v. American Standard, et al. |
| VAE | 2 | 05-8506 | Leo R. Sanchez v. American Standard, et al. |
| VAE | 2 | 05-8507 | Richard Sanchez v. American Standard, et al. |
| VAE | 2 | 05-8508 | Rayburn H. Tomlin v. American Standard, et al. |

| | | | |
|---|---|---|---|
| VAE | 2 | 05-8509 | James W. Tschida v. American Standard, et al. |
| VAE | 2 | 05-8510 | Bob R. Tucker v. American Standard, et al. |

**DISTRICT  DIV. C.A.#**

| | | | |
|---|---|---|---|
| VAE | 2 | 05-8511 | Norris D. Turknett v. American Standard, et al. |
| VAE | 2 | 05-8512 | Gene E. Urtiaga, Sr. v. American Standard, et al. |
| VAE | 2 | 05-8513 | Robert M. Warren v. American Standard, et al. |
| VAE | 2 | 05-8514 | Royal F. Wentworth v. American Standard, et al. |
| VAE | 2 | 05-8515 | William R. Willow v. American Standard, et al. |
| VAE | 2 | 05-8516 | Herman L. Yeatts v. American Standard, et al. |
| VAE | 2 | 05-8517 | Jessie D. Anderson v. American Standard, et al. |
| VAE | 2 | 05-8518 | Jerry D. Bien v. American Standard, et al. |
| VAE | 2 | 05-8519 | Ronnie L. Bonham v. American Standard, et al. |
| VAE | 2 | 05-8520 | Thomas F. Bryan v. American Standard, et al. |
| VAE | 2 | 05-8521 | Louis A. Cantey v. American Standard, et al. |
| VAE | 2 | 05-8522 | Douglas R. Danford v. American Standard, et al. |
| VAE | 2 | 05-8523 | Melvin W. Downey v. American Standard, et al. |
| VAE | 2 | 05-8524 | John R. C. Faison v. American Standard, et al. |
| VAE | 2 | 05-8525 | James E. Fuller v. American Standard, et al. |
| VAE | 2 | 05-8526 | Joe M. Green v. American Standard, et al. |
| VAE | 2 | 05-8527 | Troy L. Gross v. American Standard, et al. |
| VAE | 2 | 05-8528 | Kenneth D. Hall v. American Standard, et al. |
| VAE | 2 | 05-8529 | Wade B. Hawkins v. American Standard, et al. |
| VAE | 2 | 05-8530 | David C. Hill v. American Standard, et al. |
| VAE | 2 | 05-8531 | George T. Jeffries v. American Standard, et al. |
| VAE | 2 | 05-8532 | Thomas C. Kelsay v. American Standard, et al. |
| VAE | 2 | 05-8533 | Sanford J. Lawrence v. American Standard, et al. |
| VAE | 2 | 05-8534 | Robert C. Bolton v. American Standard, et al. |
| VAE | 2 | 05-8535 | Don W. Bowen v. American Standard, et al. |
| VAE | 2 | 05-8536 | Michael L. Buchan v. American Standard, et al. |
| VAE | 2 | 05-8537 | Wilmer L. Conner v. American Standard, et al. |
| VAE | 2 | 05-8538 | Richard W. Derrick v. American Standard, et al. |
| VAE | 2 | 05-8539 | Gerald D. Fergison v. American Standard, et al. |
| VAE | 2 | 05-8540 | Dennis Frazier v. American Standard, et al. |
| VAE | 2 | 05-8541 | Alexander Hushcha v. American Standard, et al. |
| VAE | 2 | 05-8542 | Jay H. Kuenstler v. American Standard, et al. |
| VAE | 2 | 05-8543 | Jerry G. Kysar v. American Standard, et al. |
| VAE | 2 | 05-8544 | Donald B. Lathers v. American Standard, et al. |
| VAE | 2 | 05-8545 | John Mahoney, Jr. v. American Standard, et al. |
| VAE | 2 | 05-8546 | Leland R. Markham v. American Standard, et al. |
| VAE | 2 | 05-8547 | Justin E. Miller v. American Standard, et al. |
| VAE | 2 | 05-8548 | Richard P. Mullen v. American Standard, et al. |
| VAE | 2 | 05-8549 | Paul A. Nagy v. American Standard, et al. |
| VAE | 2 | 05-8550 | Frank H. Nord v. American Standard, et al. |
| VAE | 2 | 05-8551 | James R. Price v. American Standard, et al. |
| VAE | 2 | 05-8552 | George L. Prock v. American Standard, et al. |
| VAE | 2 | 05-8553 | Alvin S. Resberg v. American Standard, et al. |
| VAE | 2 | 05-8554 | Michael S. Rice v. American Standard, et al. |
| VAE | 2 | 05-8555 | Harold G. Rogers v. American Standard, et al. |
| VAE | 2 | 05-8556 | Leroy Rogers v. American Standard, et al. |
| VAE | 2 | 05-8557 | Richard E. Sherwood v. American Standard, et al. |
| VAE | 2 | 05-8558 | Paul R. Shaw v. American Standard, et al. |
| VAE | 2 | 05-8559 | Jack T. Shrader v. American Standard, et al. |
| VAE | 2 | 05-8560 | Robert A. Siders v. American Standard, et al. |
| VAE | 2 | 05-8561 | James A. Smedley v. American Standard, et al. |
| VAE | 2 | 05-8562 | Henry Smith v. American Standard, et al. |
| VAE | 2 | 05-8563 | Ralph E. Socks v. American Standard, et al. |
| VAE | 2 | 05-8564 | Norman D. Spaw v. American Standard, et al. |
| VAE | 2 | 05-8565 | Gus Stassinos v. American Standard, et al. |
| VAE | 2 | 05-8566 | J. Kenneth Stevens v. American Standard, et al. |
| VAE | 2 | 05-8567 | Carroll Templeton v. American Standard, et al. |

| | | | |
|---|---|---|---|
| VAE | 2 | 05-8568 | Baldemar Torres v. American Standard, et al. |
| VAE | 2 | 05-8569 | Albert J. Trotter v. American Standard, et al. |

**DISTRICT  DIV. C.A.#**

| | | | |
|---|---|---|---|
| VAE | 2 | 05-8570 | Vivian S. Trujillo v. American Standard, et al. |
| VAE | 2 | 05-8571 | Virginia L. Welton v. American Standard, et al. |
| VAE | 2 | 05-8572 | Irving H. White v. American Standard, et al. |
| VAE | 2 | 05-8573 | Marvin H. Whitley v. American Standard, et al. |
| VAE | 2 | 05-8574 | Theodore M. Zahradnicek v. American Standard, et al. |
| VAE | 2 | 05-8575 | Robert L. Basham v. American Standard, et al. |
| VAE | 2 | 05-8576 | William E. Gray v. American Standard, et al. |
| VAE | 2 | 05-8577 | Edward L. Leck v. American Standard, et al. |
| VAE | 2 | 05-8578 | Darwin W. Bales v. American Standard, et al. |
| VAE | 2 | 05-8579 | Albert G. Mangler v. American Standard, et al. |
| VAE | 2 | 05-8580 | Wiley T. Watson v. American Standard, et al. |

WYOMING

| | | | |
|---|---|---|---|
| WY | 2 | 04-283 | Ronald D. Wadsworth, et al. v. Allied Signal, Inc., et al. |