MDL 875

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 22 2005

FILED
CLERK'S OFFICE

| | § | |
|---|---|---|
| IN RE: ASBESTOS PRODUCT | § | |
| LIABILITY LITIGATION (NO. VI) | § | MDL DOCKET NO. 875 |
| | § | |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | § | |
|---|---|---|
| ANN HAUCK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO.: 6:04-CV-1835 |
| | § | |
| BORG WARNER CORPORATION, | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

PLEADING NO. 4488

**DEFENDANTS GENUINE PARTS COMPANY'S AND MACK TRUCKS, INC.'S
MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE
THE CONDITIONAL TRANSFER ORDER (CTO-243)**

Defendants GENUINE PARTS COMPANY ("GPC") and MACK TRUCKS, INC. ("Mack"), respectfully submit this Memorandum in Opposition to Plaintiff's Motion and Brief to Vacate the Conditional Transfer Order ("Motion to Vacate") and state:

I. **INTRODUCTION**

This action is an asbestos personal injury case and therefore falls within the category of cases that should be transferred to MDL No. 875. Plaintiff's Motion to Vacate is wholly without merit and contradicts well-settled Panel and federal case precedent. The Panel has rejected Plaintiff's arguments against transfer over and over again. Plaintiff's Motion to Vacate should

be denied because: 1) the existence of a motion to remand in the transferor court does not affect a conditional transfer order; 2) plaintiff is not prejudiced by transfer of the case to MDL Docket 875; and 3) transfer of the case serves the goals of judicial economy and consistency. For these reasons, the Panel should deny Plaintiff's Motion to Vacate.

## II.   FACTUAL BACKGROUND

On July 26, 2004, Plaintiff filed a Complaint in the Circuit Court of the Eleventh Judicial Circuit, in and for Dade County, Florida, Case No. 04-16153 CA 42. ("Original Complaint"). Thereafter, the case was transferred to the Circuit Court of the Eighteenth Judicial Circuit, in and for Brevard County, Florida as Case No. 2004-CA-013357. The action was then removed to U.S. District Court, Middle District of Florida (the "Transferor Court") after several defendants determined that the only defendant failing to consent to removal to federal court was fraudulently joined.[1] On January 7, 2005, Plaintiff filed a Motion to Remand and thereafter many of the defendants, including GPC and Mack filed oppositions. To date, the Transferor Court has not rule on Plaintiff's Motion to Remand.

On March 15, 2005, this Panel issued a Conditional Transfer Order ("CTO"). *See* Exhibit "A". Plaintiff filed a Motion to Vacate the CTO and a supporting Brief on April 6, 2005.

## III.   PLAINTIFF'S MOTION TO VACATE SHOULD BE DENIED BECAUSE THE EXISTENCE OF A MOTION TO REMAND DOES NOT AFFECT A CONDITIONAL TRANSFER ORDER.

In its initial opinion creating MDL docket 875, the Panel made clear that "distinctions based on such matters as the pendency of motions or other matters before the transferor court" do

---

[1] Plaintiff misses the mark in noting in her Brief that the fraudulently joined Defendant denied any collusion between it and the Plaintiff. Fraudulent joinder does not require collusion between a defendant and a plaintiff. The term "fraudulent joinder" is a term of art – the removing party need not show actual fraud between Plaintiff and the fraudulently joined Defendant as implied by Plaintiff. *Poulos and A.G.P. Mktg. v. Naas Foods, Inc.*, 959 F.2d 69, 73 (7th Cir. 1991). Additionally, GPC, Mack and other Defendants have addressed all of Plaintiff's arguments concerning remand in their oppositions to that motion. Thus, GPC and Mack will not address Plaintiff's re-argument of these issues in this Memorandum.

2

not present a basis "for carving out exceptions to transfer in this extraordinary docket." *In re Asbestos Prods. Liab. Litig. (VI)*, MDL No. 875 (J.P.M.L. Oct. 11, 2002)(transfer order), at 2 (citing *In re Asbestos Prods. Liab. Litig. (VI)*, 771 F. Supp. 415 (J.P.M.L. 1991)). The Panel has repeatedly reaffirmed this position, and both the Panel and federal courts have explicitly held that the pendency of a motion for remand to state court is not a proper basis for denial of transfer. *See In re Asbestos Prods. Liab. Litig. (VI)*, MDL No. 875 (J.P.M.L. Oct. 11, 2002)(transfer order), at 2 n.1 ("Plaintiffs have argued that transfer should be denied or deferred in order to permit the resolution of pending motions to remand the actions to state court. There is no need to delay transfer in order to accommodate such an interest."); *see also In re Prudential Ins. Co. of Am. Sales Practices Litig.*, 170 F. Supp.2d 1346, 1347 (J.P.M.L. 2001) ("there is no need to delay transfer in order to accommodate any interest of the transferor court in resolving a pending motion for remand"); *In re Ivy v. Diamond Shamrock Chems. Co.*, 901 F.2d 7, 9 (2d Cir. 1990); *In re Air Crash Disaster at Florida Everglades on December 29, 1972*, 368 F. Supp. 812, 813 (J.P.M.L. 1973).[2]

None of the cases cited by Plaintiff concern a motion to vacate a conditional transfer order of an MDL panel. Rather, Plaintiff's cases concern the irrelevant issue of whether the district court/transferor, can and/or should rule on a pending motion to remand after the MDL Panel issues a conditional transfer order. *See e.g. Shields v. Bridgestone/Firestone, Inc.*, 232 F. Supp.2d 715, 718 (E.D. Tex. 2002) ("In deciding whether to rule on the motion to remand, the court should consider whether the motion raises issues likely to arise in other actions pending in the MDL transferee court."); The same applies to the *Bancohio*, *Farkas* and *Faulk* cases cited by Plaintiff. Even if Plaintiff's cases were on-point – though they are not -- many district courts

---

[2] *See also In re Asbestos Prods. Liab. Litig. (VI)*, MDL No. 875 (J.P.M.L. Aug. 9, 2002)(transfer order), at 1-2; *In re Asbestos Prods. Liab. Litig. (VI)*, MDL No. 875 (J.P.M.L. Apr. 17, 2002)(transfer order), at 1-2; *In re Asbestos Prods. Liab. Litig. (VI)*, MDL No. 875 (J.P.M.L. Feb. 19, 2002)(transfer order), at 1.

3

refused to follow the holdings in Plaintiff's cited cases. *See e.g., Bd. of Trustees of Teachers' Ret. Sys. Of State of Ill. v. Worldcom, Inc.*, 244 F. Supp.2d 900 (N.D. Ill. 2002); *Meyers v. Bayer AG*, 143 F. Supp.2d 1044 (E.D. Wis. 2001).

As shown above, a pending motion to remand in the transferor court does not prohibit transfer of the case. As such, Plaintiff's Motion to Vacate is without merit and should be denied and this case should be transferred to MDL No. 875.

### IV. PLAINTIFF'S MOTION TO VACATE SHOULD BE DENIED BECAUSE PLAINTIFF WILL NOT BE PREJUDICED BY THE TRANSFER OF THIS CASE.

#### A. Plaintiff Will Not Suffer Any Substantial Delay Or Undue Hardship By The Transfer Of This Case to MDL Docket No. 875.

Plaintiff's argument that she will suffer undue delay if the case is transferred is unavailing, as is any argument of undue hardship. Since a transfer to MDL Docket No. 875 "is primarily for pretrial, there is usually no need for the parties and witnesses to travel to the transferee district for depositions or otherwise. Furthermore, the judicious use of liaison counsel, lead counsel and steering committees will eliminate the need for most counsel ever to travel to the transferee district." *In re Asbestos Prods. Liab. Litig. (VI)*, 771 F. Supp. 415, 422 (J.P.M.L. 1991).

#### B. Plaintiff's Jurisdictional Issues Will Be Resolved.

The transferor court may dispose of Plaintiff's Motion to Remand before this Panel rules on Plaintiff's Motion to Vacate in accordance with its retained authority to do so under MDL Rule 1.5. Additionally, the transferee court is fully capable of resolving any remaining unresolved challenges to federal jurisdiction or other pending motions at the time of transfer. *See e.g., In re Enron Corp. Sec., Derivative & "Erisa" Litig.*, 227 F. Supp.2d. 1389, 1390 (J.P.M.L. 2002) (" ... remand and other motions, if not resolved in the transferor court by the

time of Section 1407 transfer, can be presented to and decided by the transferee judge"); *DeGeorge v. Am. Airlines Inc.*, No.02CIV4765(RWS),1448(RWS), 2002 WL 31356266 at *2 (S.D.N.Y. Oct. 17, 2002); *Medical Soc'y of The State of New York v. Conn. Gen. Corp.*, 187 F. Supp.2d 89, 91-92 (S.D.N.Y. 2001); *In re Ivy*, 901 F.2d at 9 (jurisdictional challenge should not interfere with otherwise unobjectionable transfer because "jurisdictional objections can be heard and resolved by a single [transferee] court and reviewed at the appellate level in due course. Consistency and economy is thus served."); *Farkas*, 113 F. Supp.2d at 1115 ("To be sure, the MDL Panel could resolve some common legal problems including those concerning jurisdiction ....").

### C. Transfer of Plaintiff's Case Will Serve The Public Policy Goals Of Judicial Economy And Consistency.

Allowing the transferee court to resolve jurisdictional challenges is preferable to having the transferor court do so because resolution by the transferee court is most likely to best serve the twin aims of judicial economy and consistency. *See Medical Soc'y*, 187 F. Supp.2d at 91-92; *In re Ivy*, 901 F.2d at 9; *Moore v. Wyeth-Ayerst Labs.*, 236 F. Supp.2d 509, 511-12 (D. Md. 2002). *Shields*, 232 F. Supp.2d at 718 ("Allowing the transferee court to rule on issues common to multiple cases avoids the risk of inconsistent and conflicting rulings while conserving judicial resources by avoiding duplicative efforts."). The jurisdictional question raised here, namely fraudulent joinder, is raised in many removals of asbestos cases pending around the nation and against GPC, Mack and the other diverse defendants in this case. "[T]here are significant economies in having a single court decide a jurisdictional question which has arisen and presumably will continue to arise in cases around the nation." *Medical Soc'y*, 187 F. Supp.2d at 92.

Based on the foregoing, Plaintiff has not, and cannot demonstrate any prejudice that would result from a transfer of this case to MDL Docket No. 875.

## V. CONCLUSION

The Plaintiff's Motion to Remand does not furnish a basis to delay transfer of this action to MDL No. 875. Accordingly, Plaintiff's Motion to Vacate Conditional Transfer Order should be denied.

_____
CHRIS N. KOLOS, ESQ.
Florida Bar No. 438235
CHRISTOPHER ANNUNZIATO, ESQ.
Florida Bar No. 0137553
HOLLAND & KNIGHT LLP
200 South Orange Avenue, Ste. 2600
Post Office Box 1526 (32802-1526)
Orlando, FL 32801
Phone: 407/425-8500
Fax: 407/244-5288

Attorneys for Defendants,
Genuine Parts Company and Mack Trucks, Inc.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 22 2005

**CERTIFICATE OF SERVICE**

FILED
CLERK'S OFFICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U. S. Mail this 21st day of April, 2005 to all counsel as shown on the attached Service List.

CHRIS N. KOLOS, ESQ.
Florida Bar No. 438235
CHRISTOPHER ANNUNZIATO, ESQ.
Florida Bar No. 0137553
HOLLAND & KNIGHT LLP
200 South Orange Avenue, Ste. 2600
Post Office Box 1526 (32802-1526)
Orlando, FL 32801
Phone: (407) 425-8500
Fax: (407) 244-5288

Attorneys for Defendants,
Genuine Parts Company and Mack Trucks, Inc.

# 2780842_v1

# INVOLVED COUNSEL LIST (CTO-243)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Kay Andrews
Brown McCarroll
111 Congress Avenue
Suite 1400
Austin, TX 78701-4043

Cynthia W. Antonucci
Harris Beach, LLP
805 3rd Avenue
20th Floor
New York, NY 10022

Darryl E. Atkinson
Brown McCarroll
111 Congress Ave
Suite 1400
Austin, TX 78701-4043

Mel D. Bailey
Bailey Crowe & Kugler, LLP
4600 Bank of America Plaza
901 Main Street
Dallas, TX 75202

S. A. Baker, Jr.
Balch & Bingham LLP
P.O. Box 306
Birmingham, AL 35201-0306

Robert R. Baugh
Sirote & Permutt, P.C.
2222 Arlington Avenue South
P.O. Box 55727
Birmingham, AL 35255

Arthur O. Beach
Keleher & McLeod
P.O. Drawer AA
Albuquerque, NM 87103

Jeffrey M. Bell
Ritter, Chusid, Bivona & Cohen, LLP
7000 West Palmetto Park Road
Suite 305
Boca Raton, FL 33433

Richard V. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

V. Brian Bevon
Motley Rice, LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Janet W. Black
Donaldson & Black, P.A.
208 West Wendover Avenue
Greensboro, NC 27401

Susan Deann Bomar
Swift, Currie, McGhee & Hiers
1355 Peachtree Street, N.E.
The Peachtree, Suite 300
Atlanta, GA 30309-3231

Joel M. Bondurant, Jr.
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

Timothy W. Bouch
Leath, Bouch & Crawford
P.O. Box 59
Charleston, SC 29402-0059

Donald E. Britt, Jr.
Britt Law Firm
720 North Third Street
Suite 401
Wilmington, NC 28401

T. Michael Brown
Bradley Arant Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

Thomas More Buckley
Patterson, Dilthey, Clay, Bryson & Anderson
4020 WestChase Boulevard
Suite 550
Raleigh, NC 27607

Rodd R. Buell
Law Office of Rodd R. Buell, P.A.
12773 West Forest Hill Boulevard
Suite 205
Wellington, FL 33414

Alexander M. Bullock
Evert & Weathersby, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

R. Michael Burke
Office of the U.S. Attorney
Prince Kuhio Federal Building
Suite 6100
300 Ala Moana Boulevard
Honolulu, HI 96850

Lisa N. Busch
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

William T. Causby
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

C. Paul Cavender
Burr & Forman L.L.P.
South Trust Tower, Suite 3100
420 North 20th Street
Birmingham, AL 35203

Troy Chandler
500 Dallas Street, #3100
Houston, TX 77002

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Misty Brickey Cole
Forman, Perry, Watkins, Krutz & Tardy
2001 Bryan Street, Suite 1300
Bryan Tower
Dallas, TX 75201-3008

Susan J. Cole
Bice Cole Law Firm
2801 Ponce De Leon Boulevard
Suite 550
Coral Gables, FL 33134-6920

S. Christopher Collier
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Keith E. Coltrain
Elmore & Walls, PA
P.O. Box 10937
Raleigh, NC 27605

William David Conner
Haynsworth Sinkler Boyd
75 Beattie Place
Eleventh Floor
P.O. Box 2048
Greenville, SC 29602

Jerry L. Coyle
Law Office of Jerry L. Coyle
2183 Buckingham Road
LB 412
Richardson, TX 75081

Richard M. Crump
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Blane H. Crutchfield
P.O. Box 123
Mobile, AL 36601

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Dana Hefter Davis
P.O. Box 31627
Raleigh, NC 27622

Shayana B. Davis
Johnston Barton Proctor & Powell Llp
1901 6th Avenue North
AmSouth/Harbert Plaza, Suite 2900
Birmingham, AL 35203-2618

Timothy M. Davis
Adams and Reese/Lange Simpson, LLP
2100 Third Avenue North
Concord Center, Suite 1100
Brimingham, AL 35203-3367

Rodney A. Dean
Dean & Gibson, L.L.P.
Cameron Brown Building
Suite 900
301 S. McDowell Street
Charlotte, NC 28204

Robin O'Day Dettmer
Lewis C. Miltenberger & Associates
108 W. 8th Street
Suite 500
Fort Worth, TX 76102

David R. Donadio
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

David P. Donahue
Maynard Cooper & Gale PC
AmSouth/Harbert Plaza
Suite 2400
1901 6th Avenue North
Birmingham, AL 35203-2618

Thomas F. Dougall
Law Office of Thomas F. Dougall
1713 Woodcreek Farms Road
Elgin, SC 29045

Helen K. Downs
Johnston, Barton, Proctor & Powell
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203-2618

David Duke
Duke Law Firm
236 Westview Terrace
Arlington, TX 76013

David M. Duke
Young, Moore & Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622-1330

Rocky W. Eaton
Aultman, Tyner & Ruffin, Ltd.
315 Hemphill Street
P.O. Drawer 750
Hattiesburg, MS 39403-0750

Susan E. Egeland
Hawkins, Parnell & Thackston
4514 Cole Avenue
Suite 550
Dallad, TX 75202

James H. Elliott, Jr.
Barnwell, Whaley, Patterson & Helms
885 Island Park Drive
Charleston, SC 29492-0197

Richard W. Ellis
Ellis & Winters, LLP
P.O. Box 33550
Raleigh, NC 27636

Jenelle R. Evans
Balch & Bingham LLP
P.O. Box 306
Birmingham, AL 35201

Robert C. Ewald
Wyatt, Tarrant & Combs, LLP
500 West Jefferson Street
2800 Citizens Plaza
Louisville, KY 40202

James J. Fabian
Pfeifer & Fabian
326 Saint Paul Place
Suite 100
Baltimore, MD 21202

Mark J. Fellman
Fellman Law Office
213 4th Street, East, Suite 200
St. Paul, MN 55101

Timothy J. Ferguson
Bell & Melamed
1451 West Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309

Tim L. Fields
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

David S. Fishback
U.S. Dept. of Justice
Torts Branch, Civil Division
P.O. Box 340
Ben Franklin Station
Washington, DC 20044

Evelyn M. Fletcher
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

James T. Foley
Foley & Boyd
First Place, Suite 404
Tyler, TX 75702

Camille K. Fong
McKenna, Long & Aldridge, L.L.P.
Steuart Street Tower
One Market Street Plaza
San Francisco, CA 94105

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Roger C. Foster
Laney & Foster, P.C.
Two Perimeter Park South
Suite 404, East
P.O. Box 43798
Birmingham, AL 35243-0798

Sydney F. Frazier
Cabaniss, Johnston, Gardner, Dumas & O'Neal
Amsouth-Sonat Tower, Suite 1700
P.O. Box 830612
Birmingham, AL 35283-0612

George W. Freeman
Hawkins, Parnell & Thackston
4514 Cole Avenue
Suite 550
Dallad, TX 75202

Peter J. Frommer
Ruden, McClosky, Smith, et al.
701 Brickell Avenue
Suite 1900
Miami, FL 33131

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

James M. Gary
Weber & Rose, P.S.C.
2400 Aegon Center
400 West Market Street
Louisville, KY 40202

Michelle M. Gervais
Duane Morris, LLP
200 S. Biscayne Blvd.
Suite 3400
Miami, FL 33131

Vicki L. Gilliam
Forman, Perry, Watkins, Krutz & Tardy, LLC
P.O. Box 22608
Jackson, MS 39225-2608

Walter T. Gilmer, Jr.
McDowell, Knight, Roedder & Sledge
P.O. Box 350
Mobile, AL 36601

Ben E. Girtman
1020 East Lafayette Street
Suite 207
Tallahassee, FL 32301

Richard S. Glasser
Glasser & Glasser, P.L.C.
Crown Center Building
Suite 600
580 East Main Street
Norfolk, VA 23510

Laura Devaughn Goodson
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

William M. Graham
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Marc C. Greco
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

Jennifer L. Green
Kacal, Adams & Law
900 Jackson Street
Suite 600
Dallas, TX 75202

James B. Greer
Bailey Crowe & Kugler, LLP
Bank of America Plaza, Suite 4600
901 Main Street
Dallas, TX 75202

Lucien C. Gwin, Jr.
Gwin, Lewis & Punches
P.O. Box 1344
Natchez, MS 39121-1344

S. Robert Hammond, Jr.
Bryant, Clark, Dukes, Blakeslee, et al.
P.O. Box 16567
106 Madison Plaza
Hattiesburg, MS 39404-6567

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Dana S. Hardy
Simons & Slattery
P.O. Box 5333
Santa Fe, NM 87502-5333

Anthony C. Harlow
Starnes & Atchison
100 Brookwood Place
Seventh Floor
P.O. Box 598512
Birmingham, AL 35259

James A. Harris, III
Harris & Harris, LLP
Colonial Bank Building, Suite 450
2501 20th Place, South
Birmingham, AL 35223

John R. Henderson
Brown McCarroll
2000 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201

Michael Hendryx
Strong, Pipkin, Bissell & Ledyard
1111 Bagby Street
Suite 2300
Houston, TX 77002-2546

Bruce L. Her
Los Alamos Natioal Labratory
Office of Laboratory Counsel, Stop A-187
P.O.Box 1663
Los Alamos, NM 87545

James Gordon House, III
Atchison, Crosby, Saad & Beebe
3030 Knollwood Drive
Mobile, AL 3693

Clifton Wayne Jefferis
Forman Perry Watkins Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Virginia E. Johnson
Foley & Mansfield
4770 Biscayne Blvd., #1030
Miami, FL 33137-3258

A. Timothy Jones
Hawkins & Parnell
4000 One Peachtree Center
303 Peachtree Street, N.E.
Atlanta, GA 30308

G. Patterson Keahey
Law Offices Of G. Patterson Keahey, Jr.
One Independence Plaza, Suite 612
Birmingham, AL 35209

Christopher M. Kelly
Gallivan, White & Boyd, P.A.
P.O. Box 10589
Greenville, SC 29603

Thomas A. Kendrick
Norman, Wood, Kendrick & Turner
1500 Liberty National Building
2001 Third Avenue, South
Birmingham, AL 35233-2101

James G. Kennedy
Pierce, Herns, Sloan & McLeod
The Blake House
321 East Bay Street
P.O. Box 22437
Charleston, SC 29413

Timothy W. Knight
Kee & Selby LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243

Chris N. Kolos
Holland & Knight, LLP
200 S. Orange Avenue, Suite 2600
Orlando, FL 32801

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

Kenneth K. Kyre, Jr.
Pinto, Coates, Kyre & Brown, P.L.L.C.
P.O. Box 4848
Greensboro, NC 27404

Thomas J. Lamb
Law Offices of Thomas J. Lamb, P.A.
Lumina Station, Suite 225
1908 Eastwood Road
Wilmington, NC 28403

Carter T. Lambeth
Johnson & Lambeth
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Frank E. Lankford, Jr.
Huie, Fernambucq & Stewart
2801 Highway 280 South
Birmingham, AL 35223-2484

Richard M. Lauth
Evert & Weathersby, LLC
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

David M. Lipman
David P. Lipman, P.A.
5901 S.W. 74th Street, Suite 304
Miami, FL 33143

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Jennine R. Lunceford
Thompson & Knight, LLP
1700 Pacific Avenue
Suite 3300
Dallas, TX 75201-4693

Genevieve MacSteel
Mcguire Woods, LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105

Kimberly P. Mangum
Barfield & Associates
P.O. Drawer 3979
233 East Capitol Street
Jackson, MS 39207-3939

Christopher O. Massenburg
Aultman, Tyner, Ruffin & Yarborough
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Timothy Kent Masterson
Spence, Ricke, Sweeney & Gernes
600 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101

Valerie T. Matherne
Two Lakeway Center
3850 North Causeway Blvd.
Suite 1960
Metairie, LA 70002

Moffatt Grier McDonald
Haynsworth Sinkler Boyd
P.O. Box 2048
Greenville, SC 29602

Edward Bailey McDonough, Jr
Edward B. McDonough, Jr., P.C.
P.O. Box 1943
Mobile, AL 36633

Frank E. McRae, III
Smith Reeves & Yarborough, PLLC
6360 I-55 North, Suite 201
Jackson, MS 39211

L. Michael Messina
20 First Plaza, N.W.
#306
Albuquerque, NM 87102

William H. Mills
Redden, Mills & Clark
940 1st Alabama Bank Building
505 20th Street North
Birmingham, AL 35203

William T. Mills, II
Porterfield, Harper & Mills, P.A.
22 Inverness Center Parkway
Suite 500
P.O. Box 530790
Birmingham, AL 35253-0790

Lewis Charles Miltenberger
Lewis C. Miltenberger & Associates
108 W. 8th Street, Suite 500
Fort Worth, TX 76102

Peter A. Moir
Quilling, Selander, Cummiskey, et al.
2001 Bryan Street, Suite 1800
Dallas, TX 75201

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Albert B. Norris
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Christine Marie North
Pond North LLP
505 Montgomery Street, 13th Floor
San Francisco, CA 94111

Robert F. Northcutt
Capell & Howard
150 South Perry Street
Montgomery, AL 36104-4045

Richard P. O'Leary
McCarter & English, L.L.P.
245 Park Avenue
27th Floor
New York, NY 10022

Jeffrey T. Ono
Galiher, DeRobertis, Nakamura, Ono & Takitani
610 Ward Avenue, Suite 200
Honolulu, HI 96814-3308

Peter T. Paladino, Jr.
Goldberg Persky Jennings & White
Ketchum Center, 3rd Floor
1030 5th Avenue
Pittsburgh, PA 15219

Ann I. Park
Pond North, LLP
350 North Grand Avenue, Suite 2850
Los Angeles, CA 90071

E. Spencer Parris
Jones, Martin, Parris & Tessener
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Donald C. Partridge
Forman, Perry, Watkins, Krutz & Tardy
200 South Lamar Street
City Centre, Suite 100S
Jackson, MS 39225-2608

Donald C. Partridge
Peters, Redditt, Willoughby, Zoghby & Carbo
P.O. Drawer 1129
Mobile, AL 36633

Lisa M. Pascarella
Pehlivanian & Braaten, LLC
2430 Route 34
P.O. Box 648
Manasquan, NJ 08736

Donald C. Patridge
Forman, Perry, Watkins, Krutz & Tardy, LLP
200 South Lamar Street
City Centre, Suite 100S
Jackson, MS 39201

Monica F. Patterson
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

James L. Pattillo
Norman, Wood, Kendrick & Turner
505 20th Street, North
Financial Center, Suite 1600
Birmingham, AL 35203

Edward R. Paul
Paul, Mardinly, Durham, James, et al.
320 West Front Street
P.O. Box D
Media, PA 19063

Timothy Peck
Smith Moore LLP
P.O. Box 21927
Greensboro, NC 27420

Randi C. Peresich
Page, Mannino, Peresich & Mcdermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Alfred H. Perkins, Jr.
Starnes & Atchison
100 Brookwood Place
Seventh Floor
P.O. Box 598512
Birmingham, AL 35259

Joseph Stuart Pevsner
Thompson & Knight, LLP
1700 Pacific Avenue
Suite 3300
Dallas, TX 75201

Diane M. Pompei
Sedgwick, Detert, Moran & Arnold
Three Gateway Center
12th Floor
Newark, NJ 07102

John M. Radicia
Page, Mannino, Pereisch, Dickinson & McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

W. Larkin Radney, IV
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203

Feliz A. Rael
Atkinson & Thal
201 Third Street, N.W.
#1850
Albuquerque, NM 87102

F. Grey Redditt, Jr.
Vickers, Riis, Murray & Curran
P.O. Drawer 2568
Mobile, AL 36652-2568

William C. Reeves
Smith, Reeves & Yarborough, PLLC
6360 I-55 North, Suite 201
Jackson, MS 39211

Giovanni Regina
Waters, McPherson, McNeill, P.C.
300 Lighting Way
Secaucus, NJ 07096

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Kenneth D. Rhodes
Dunn, Kacal, Adams, Pappas & Law
America Tower
One Riverway, Suite 1200
Houston, TX 77056

J. Michael Riley
Jones, Martin, Parris & Tessener
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603

Bill Robins, III
Robins, Cloud, Greenwood & Lubel
910 Travis, Suite 2020
Houston, TX 77002

Robert M. Rolfe
Hunton & Williams
Riverfront Plaza
951 East Byrd Street
Richmond, VA 23219

Tom S. Roper
Carr, Allison, Pugh, Howard, Oliver & Sisson
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Joseph D. Satterley
Sales, Tillman, Wallbaum, Catlett & Satterley
1900 Waterfront Plaza
325 West Main Street
Louisville, KY 40202

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Gail Cotton Silver
Davis, Silver & Levy
500 Australian Avenue, South
Suite 800
West Palm Beach, FL 33401-5016

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Connie Ray Stockham
Stockham, Carroll & Smith, P.C.
2204 Lakeshore Drive
Suite 114
Birmingham, AL 35209

Matthew R. Straus
L'Abbate, Balkan, Colavita & Contini
1050 Franklin Avenue
Garden City, NY 11530

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

David M. Taylor
Thompson, Coe, Cousins & Irons
700 North Pearl Street
25th Floor
Dallas, TX 75201

Thomas W. Taylor
Andrews & Kurth
600 Travis Street, Suite 4200
Houston, TX 77002-2778

Jennifer M. Techman
Evert & Weathersby, LLC
3405 Piedmont Road, N.E., Suite 225
Atlanta, GA 30305

Robert E. Thackston
Hawkins, Parnell & Thackston
4514 Cole Avenue, Suite 550
Dallas, TX 75202

Mark S. Thomas
Maupin, Taylor & Ellis
P.O. Drawer 19764
Raleigh, NC 27619-9764

Juan Carlos Tomasino
Schacter Harris
600 N. Pearl Street
Suite 2300
Dallas, TX 75201-2832

Michael T. Tomlin
Anania, Bandklayder, Blackwell,
Baumgarten, et al.
NationsBank Tower, Suite 4300
100 Southeast 2nd Street
Miami, FL 33131-2144

Tracy E. Tomlin
Nelson, Mullins, Riley & Scarborough
100 North Tryon Street
Suite 2400
Charlotte, NC 28202-4000

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Hugh J. Turner, Jr.
Akerman, Senterfitt & Eidson
Las Olas Centre, Suite 1600
350 E. Las Olas Boulevard
Ft. Lauderdale, FL 33301-0006

Rocky N. Unruh
Morgenstein & Jubelirer
Spear Street Tower, 32nd Floor
One Market Plaza
San Francisco, CA 94105

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502-4108

Michael A. Vercher
Christian & Small, LLP
505 North 20th Street
Suite 1800
Birmingham, AL 35203-2696

Tim Vidal
Canepa & Vidal
P.O. Box 8980
Santa Fe, NM 87504-8980

James L. Ware
Sheehy, Serpe & Ware, P.C.
2500 Two Houston Centre
909 Fannin
Houston, TX 77010-1003

Diana R. Warnecke
Sedgwick Detert, et al.
1717 Main Street, Suite 5400
Dallas, TX 75201

Kirk G. Warner
Smith, Anderson, Blount, Dorsett, et al.
P.O. Box 2611
Raleigh, NC 27602-2611

William L. Waudby
Adams and Reese/Lange Simpson, LLP
2100 Third Avenue North
Concord Center, Suite 1100
Brimingham, AL 35203-3367

William W. Webster, II
Ray Valdez Mcchristian & Jeans
101 Summit Avenue
Suite 705
Fort Worth, TX 76102

Amber Taylor Welock
Brown McCarroll
2000 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201-6929

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Melody M. Wilkinson
Cooley, Manion & Jones
100 E 15th Street
Suite 320
Fort Worth, TX 76102

Stephen B. Williamson
Van Winkle, Buck, Wall, Starnes &
Davis, P.A.
11 N. Market Street
Ashville, NC 28801

Dennis F. Wolford
Reed, Luce, Tosh, Wolford & Douglas
804 Turnpike Street
Beaver, PA 15009

George D. Yaron
Yaron & Associates
601 California Street
21st Floor
San Francisco, CA 94111

I. TImothy Zarsadias
Dean & Gibson, L.L.P.
301 S. McDowell Street
Cameron Brown Building
Suite 900
Charlotte, NC 28204-2686

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 2 2005

FILED
CLERK'S OFFICE

# EXHIBIT "A"

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 15 2005

FILED
CLERK'S OFFICE

### DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-243)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 78,945 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

**EXHIBIT "A"**

## SCHEDULE CTO-243 - TAG ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DISTRICT   DIV. C.A.#**

ALABAMA NORTHERN
   ALN   2   05-7          Lois Hufstetler, et al. v. A.O. Smith Electrical Products Co., et al.
   ALN   2   05-126        Joyce Smith, etc. v. A.O. Smith Electrical Products Co., et al.

CALIFORNIA NORTHERN
   CAN   3   04-4638       Elfriede Girdner, et al. v. Viacom, Inc., et al.

FLORIDA MIDDLE
   FLM   6   04-1835       Ann Hauck v. Borg Warner Corp., et al.

HAWAII
   HI    1   04-661        Jimmy F. Byington, et al. v. United States of America

KENTUCKY WESTERN
   KYW   5   04-230        Mary Jo Barnett v. Union Carbide Corp., et al.

MARYLAND
   MD    1   05-115        Joyce Virginia Heffler, et al. v. Anchor Packing Co., et al.

MINNESOTA
   MN    0   04-5112       Frederick Lichtenberg v. Burlington Northern & Santa Fe Railway Co., et al.
   MN    0   04-5113       Mariano Stella v. Burlington Northern & Santa Fe Railway Co.
   MN    0   04-5114       James Walker v. Soo Line Railroad Co.
   MN    0   04-5115       James Brown v. Burlington Northern & Santa Fe Railway Co.

MISSISSIPPI SOUTHERN
   MSS   1   04-905        Riley Cochran, et al. v. Owens-Illinois, Inc., et al.

NORTH CAROLINA EASTERN
   NCE   2   04-38         Iris Beasley Hurdle, etc. v. Anchor Packing Co., et al.
   NCE   2   04-42         Lewis Andrew Clark, et al. v. Alabany International Corp., et al.
   NCE   2   04-43         Ellis Phelps v. Alabany International Corp., et al.
   NCE   2   04-44         Emanuel Small, Sr. v. Albany International Corp., et al.
   NCE   4   04-156        Charles Ray Rawls, Sr., et al. v. Aqua-Chem, et al.
   NCE   4   04-170        Charlie M. Roberson, et al. v. Alabany International Corp., et al.
   NCE   4   04-194        Catherine Moseley, etc. v. A.W. Chesterton, et al.
   NCE   7   04-201        Hubert B. Gore v. Anchor Packing Co., et al.
   NCE   7   04-203        Franklin David Larrimore, et al. v. Anchor Packing Co., et al.
   NCE   7   04-214        Raymond W. Williams v. A.W. Chesterton Co., Inc., et al.

NORTH CAROLINA WESTERN
   NCW   1   04-272        Deborah R. Waters, et al. v. Airco, Inc., et al.
   NCW   1   04-277        Howard Martin Johnson, et al. v. Aqua-Chem. Inc., et al.
   NCW   1   05-4          James Frederick Stewart, et al. v. Aqua-Chem, Inc., et al.
   NCW   1   05-8          Lisa S. Dover, et al. v. Anchor Packing Co., et al.

NEW MEXICO
   NM    6   05-25         Harriet I. Ruiz, etc. v. Zia Co., et al.

NEW YORK EASTERN
   NYE   1   04-4472       Marie Manganiello, etc. v. A.W. Chesterton Co., et al.
   NYE   1   04-4524       Richard Lee Briley, Jr., etc. v. A.W. Chesterton Co., et al.
   NYE   1   04-4621       Martin Dowd v. A.W. Chesterton Co., et al.
   NYE   1   04-4688       Robert T. Clarke, et al. v. A.W. Chesterton Co., et al.
   NYE   1   04-4881       Violet Parr, etc. v. A.W. Chesterton Co., et al.
   NYE   1   04-4961       William Keleman, et al. v. A.W. Chesterton Co., et al.