MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 2 2005

FILED
CLERK'S OFFICE

*BEFORE THE JUDICIAL PANEL ON MULTI DISTRICT LITIGATION*

| | |
|---|---|
| In re: | MDL 875 |
| Asbestos Product Liability Litigation (No. VI) | |

==================================================

This Document Relates to:

| | |
|---|---|
| Harriet I. Ruiz, et al. | *from the* |
| Plaintiffs, | UNITED STATES DISTRICT COURT DISTRICT OF NEW MEXICO |
| vs. | |
| Zia Company, et al., | Civil Action Number: NM 6 05-25 |
| Defendants. | |

---

## DEFENDANT GEORGIA-PACIFIC CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER 243

Defendant Georgia-Pacific Corporation ("Georgia-Pacific") submits this opposition to plaintiff's Motion to Vacate Conditional Transfer Order 243.

### I.   PROCEDURAL HISTORY

1.      On December 8, 2004, plaintiff filed this action in the First Judicial District Court for the State of New Mexico, County of Santa Fe.

2.      Plaintiff's complaint alleges that her husband, Raymond Ruiz, died as a result of mesothelioma caused by his exposure to asbestos.

3.      On or about July 10, 2005, defendants, Lincoln Electrical Company and Lincoln Electrical Holdings (the "Lincoln Defendants"), filed a notice of removal of the action to the United States District Court for the District of New Mexico, alleging diversity jurisdiction

**OFFICIAL FILE COPY**

1

IMAGED APR 2 5 2005

under 28 U.S.C. section 1332.  This proceeding was assigned civil action number 05-0025 JH/WDS ("Action 25").

4.         On or about January 10, 2005, defendant, The Regents of the University of California ("UC Regents"), filed a notice of removal of the action to the United States District Court for the District of New Mexico, alleging federal question jurisdiction under 28 U.S.C. section 1331.  This proceeding was assigned civil action number 05-0027 DJS/ACT ("Action 27").

5.         On January 11, 2005, the Lincoln Defendants filed with the Judicial Panel on Multidistrict Litigation ("JMPL") a notice of tag-along action pursuant to Rule 7.5(e) of the JMPL's Rules of Procedure.  This notice was filed in Action 25.

6.         On January 14, 2005, the Lincoln Defendants filed with the District Court a motion to stay proceedings in Action 25.

7.         On January 31, 2005, defendant UC Regents filed a motion with the District Court to consolidate Action 25 with Action 27.  The District Court has not yet ruled on this motion.

8.         On February 18, 2005, the District Court issued an order in Action 25 staying all proceedings pending the determination by the JPML whether this action should be transferred to the District Court for Eastern District of Pennsylvania.

9.         On March 15, 2005, the JMPL issued Conditional Transfer Order ("CTO") 243 conditionally transferring Action 25 to the Eastern District of Pennsylvania.

10.        On April 1, 2005, plaintiff filed with the District Court in Action 27 a motion for voluntary dismissal of Action 27 without prejudice.  Plaintiff has not filed any such motion in the action subject to CTO 243, Action 25.

11.        Plaintiff has not filed a motion to remand either action, nor has there been any order of remand issued by the District Court in either action.

## II.    PLAINTIFF'S MOTION TO VACATE CTO 243 SHOULD BE DENIED

Plaintiff's motion to vacate CTO 243 is based on the fact that it is seeking in the District Court voluntary dismissal without prejudice of Action 27.  That action is not, however, the action that is covered by CTO 243, even though it is the same case involving the same parties.

Plaintiff's state court case was the subject of two removal petitions, one by the Lincoln Defendants based on diversity jurisdiction, and the second by defendant UC Regents based on federal question jurisdiction.  These two removal petitions were assigned different federal court action numbers, and they have not been consolidated.  The fact that plaintiff is seeking to voluntarily dismiss Action 27 and seeks to dismiss defendant UC Regents with prejudice, thereby eliminating the federal question basis for jurisdiction, does not affect the pendency of Action 25, nor the diversity basis for jurisdiction alleged by the Lincoln Defendants.

Plaintiff has not moved to voluntarily dismiss Action 25, and defendant Georgia-Pacific opposes plaintiff's motion to dismiss Action 27.  Action 25 was properly removed to federal court on the basis of diversity jurisdiction under 28 U.S.C. section 1331.  Plaintiff has not moved to remand Action 25 to state court, and no remand order has been entered.  (See *Arnold v. Garlock*, 278 F.3d 426, 437 (5th Cir. 2001) ("federal court is not divested of jurisdiction until remand order [is entered]").)  Plaintiff's dismissal of defendant UC Regents does not defeat federal jurisdiction.  This case, in which plaintiff has alleged that her husband died as a result of his exposure to asbestos-containing products, involves questions of fact that are common to thousands of other cases previously transferred to the Eastern District of Pennsylvania.  Transfer

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

of this action is therefore appropriate under 28 U.S.C. section 1407(a), and plaintiff's motion to vacate CTO 243 should be denied.

DATED:  April 14 , 2005

Respectfully submitted,

MORGENSTEIN & JUBELIRER LLP
Rocky N. Unruh (NMSB # 3626)
Neil C. Ludman (CSB #. 104657)
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, California  94105
Telephone:  (415) 901-8700


By: _____
     Rocky N. Unruh
     Attorneys for Defendant
     GEORGIA-PACIFIC CORPORATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 22 2005

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of Defendant *Georgia-Pacific Corporation's Opposition to Plaintiff's Motion to Vacate Conditional Transfer 243* was mailed, first-class mail, postage prepaid, on this _____ day of April, 2005, to the following counsel of record.

Rocky N. Unruh

73204.00073
566661.1

**PANEL SERVICE LIST (EXCERPTED FROM CTO-243)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Harriet I. Ruiz, etc. v. Zia Co., et al.,* D. New Mexico, C.A. No. 6:05-25

Arthur O. Beach
Keleher & McLeod
P.O. Drawer AA
Albuquerque, NM 87103

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, LLP
303 East 17th Avenue, Suite 1100
Denver, CO 80203

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Troy D. Chandler
300 Paseo De Peralta, Suite 200
Santa Fe, NM 87501

Adam M. Chud
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Tim L. Fields
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Bruce L. Her
Los Alamos Natioal Labratory
Office of Laboratory Co., Stop A-187
P.O.Box 1663
Los Alamos, NM 87545

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

L. Michael Messina
20 First Plaza, N.W., #306
Albuquerque, NM 87102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Albert B. Norris
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Feliz A. Rael
Atkinson & Thal
201 Third Street, N.W., #1850
Albuquerque, NM 87102

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Bill Robins, III
Robins, Cloud, Greenwood & Lubel, L.L.P.
910 Travis, Suite 2020
Houston, TX 77002

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025

William P. Slattery
Simons & Slattery
P.O. Box 5333
Santa Fe, NM 87502-5333

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Rocky N. Unruh
Morgenstein & Jubelirer
Spear Street Tower, 32nd Floor
One Market Plaza
San Francisco, CA 94105

Tim Vidal
Canepa & Vidal
P.O. Box 8980
Santa Fe, NM 87504-8980

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406