TK

Mar-28-05  02:58pm  From-Waters & Kraus, LLP       MDL 875       T-362  P.002/004  F-983

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 25 2005

FILED
CLERK'S OFFICE

PLEADING NO. 4490

1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   CHARLES SHELDON  Bar No. 155598
2  DAMON MCCLAIN  Bar No. 209508
   One Embarcadero Center, 16th Floor
3  San Francisco, California 94111-3628
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  Attorneys for Defendant
   GENERAL ELECTRIC COMPANY
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 CORNELL JANES and SUSAN JANES,        CASE NO. C 05 1159 MJJ

12         Plaintiffs,                    (State Court Case No. CGC 04434604)

13    v.                                  STIPULATION AND ~~PROPOSED~~ ORDER
                                          REGARDING REMAND OF CASE TO
14 A.W. CHESTERTON COMPANY,               STATE COURT
   AGCO CORPORATION (sued
15 individually and as successor-in-interest to   28 U.S.C. 1447(c)
   ALLIS-CHALMERS CORPORATION
16 (sued individually and as successor-in-
   interest to THE BUDA COMPANY);
17 ALDRICH CHEMICAL COMPANY;
   ALFA LAVAL, INC. (sued individually
18 and as successor-in-interest to
   SHARPLES, INC., ALFA-LAVAL
19 SEPARATION, INC. and DE LAVAL
   SEPARATOR COMPANY); ALLIS-
20 CHALMERS CORPORATION (sued
   individually and as successor-in-interest to
21 THE BUDA COMPANY); ALSTOM
   POWER, INC., (sued individually and as
22 successor-in-interest to ECOLAIRE HEAT
   TRANSFER, INC., successor-in-interest to
23 GRISCOM-RUSSELL COMPANY);         MDL- 875
   BADGER METER, INC. (f/k/a E. B.
24 BADGER & SONS); BLACKMER PUMP         RECOMMENDED ACTION
   CO.; BUFFALO PUMPS, INC. (sued
25 individually FORGE CO.); (COLTEC    Vacate CTO-245 - one action
   INDUSTRIES INC. (sued individually and
26 as successor-in-interest to FAIRBANKS   Approved/Date:  MJL  4/22
   MORSE ENGINES); CRANE CO. (sued
27 individually and as successor-in-interest to
   CHAPMAN VALVE CO.); CUMMINS
28 INC.; ELLIOTT COMPANY (a/k/a
   ELLIOTT TURBOMACHINERY CO.,

SEDGWICK
DETERT, MORAN & ARNOLD

-1-
STIPULATION AND PROPOSED ORDER RE REMAND OF CASE TO STATE COURT       CASE NO. C 05 1159 MJJ

**OFFICIAL FILE COPY**

IMAGED APR 2 5 2005                                                    ✓

Mar-28-05   02:58pm   From-Waters & Kraus, LLP                                T-362   P.003/004   F-983

| | |
|---|---|
| 1 | INC.); ENPRO INDUSTRIES, INC. (*sued individually and as successor-in-interest to* |
| 2 | FAIRBANKS MORSE ENGINE; FMC CORPORATION; (*individually and as* |
| 3 | *successor-in-interest to* NORTHERN PUMP COMPANY); FOSTER |
| 4 | WHEELER ENERGY CORPORATION; GARDNER DENVER, INC.; GENERAL |
| 5 | ELECTRIC COMPANY; GENERAL MOTORS CORPORATION; GOULDS |
| 6 | PUMPS, INCORPORATED; GRAHAM CORPORATION; HARDIE-TYNES |
| 7 | MANUFACTURING COMPANY; IMO INDUSTRIES, INC. (*individually and as* |
| 8 | *successor-in-interest to* DE LAVAL TURBINE, INC.); INGERSOLL-RAND |
| 9 | COMPANY, (*individually and as owner of* DRESSER-RAND COMPANY, |
| 10 | *successor-in-interest to* TERRY STEAM TURBINE COMPANY); ITT |
| 11 | INDUSTRIES, INC. (*sued individually and as successor-in-interest to* GOULDS |
| 12 | PUMPS, INCORPORATED); JOY GLOBAL INC. (*sued individually and as* |
| 13 | *successor-in-interest to* GRISCOM-RUSSELL COMPANY); J. T. THORPE & |
| 14 | SON, INC.; KAISER GYPSUM COMPANY, INC.; LESLIE CONTROLS, |
| 15 | INC.; MCNALLY INDUSTRIES, LLC., NORTHERN PUMP DIVISION; |
| 16 | METROPOLITAN LIFE INSURANCE COMPANY; OWENS ILLINOIS, INC.; |
| 17 | QUIGLEY COMPANY, INC.; REYNOLDS METALS COMPANY |
| 18 | (*successor-in-interest to* ROBERTSHAW THERMOSTAT and FULTON SYLPHON |
| 19 | COMPANY); ROBERTSHAW-FULTON CONTROLS COMPANY (*individually* |
| 20 | *and as successor-in-interest to* FULTON SLYPHON COMPANY); THE |
| 21 | RUGGLES-KLINGEMANN MFG. CO., INC.; STRUTHER-WELLS |
| 22 | CORPORATION; T H AGRICULTURE & NUTRITION LLC (*sued individually* |
| 23 | *and as successor-in-interest to* THOMPSON-HAYWARD CHEMICAL |
| 24 | CO.; THORPE INSULATION COMPANY; UNION CARBIDE |
| 25 | CORPORATION; USX CORPORATION (*sued as successor-in-interest to* |
| 26 | WESTERN PIPE & STEEL SHIPYARD); VIACOM INC., (*sued individually and as* |
| 27 | *successor by merger to* CBS CORPORATION *f/k/a* WESTINGHOUSE |
| 28 | ELECTRIC CORPORATION successor-in-interest to BF STURTEVANT CO.); |

SEDGWICK

-2-
STIPULATION AND PROPOSED ORDER RE REMAND OF CASE TO STATE COURT                CASE NO. C 05 1159 MJJ

Mar-28-05  02:58pm  From-Waters & Kraus, LLP                    T-362  P.004/004  F-983

| | |
|---|---|
| 1 | WARREN PUMPS, INC.; WEIR VALVE |
| 2 | & CONTROLS USA, INC. f/k/a ATWOOD & MORRILL CO., INC. (sued individually and as successor-in-interest to |
| 3 | ATWOOD & MORRILL CO., INC.; YARWAY CORPORATION; and DOES |
| 4 | 1-450 INCLUSIVE,, |
| 5 | Defendants. |

TO THE JUDGE OF THE ABOVE-REFERENCED COURT:

1. On March 21, 2005, Defendant General Electric Company ("GE") removed this action to this Court pursuant to 28 U.S.C. sections 1442(a)(1) and 1446.

2. On or about March 25, 2005, GE and Plaintiffs resolved this matter and stipulated, subject to the Court's approval, to remand of the this action to the Superior Court of the State of California, County of San Francisco, Case No. CGC 04434604.

Dated: March 25, 2005   By: _____
Michael L. Armitage
Waters & Kraus, LLP
Attorneys for the plaintiffs

By: _____
Charles T. Sheldon
Sedgwick, Detert, Moran & Arnold, LLP
Attorneys for Defendant
GENERAL ELECTRIC COMPANY

## ORDER ON REMAND

FOR GOOD CAUSE SHOWN, and pursuant to 28 U.S.C. 1447(c), this matter is hereby remanded to the Superior Court of the State of California, County of San Francisco, Case No. CGC 04434604.

3/30/2005

[APPROVED — Judge Martin J. Jenkins, Judge of the Northern District of California]

SEDGWICK

-3-
STIPULATION AND PROPOSED ORDER RE REMAND OF CASE TO STATE COURT       CASE NO. C 05 1159 MJJ