

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 5 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 875

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*Cornell Janes, et al. v. A.W. Chesterton Co., et al.,* N.D. California, C.A. No. 3:05-1159

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Janes*) on April 14, 2005. The Panel has now been advised that *Janes* was remanded to the Superior Court of the State of California, City of San Francisco, by the Honorable Martin J. Jenkins in an order dated March 30, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-245" filed on April 14, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*

---
Michael J. Beck
Clerk of the Panel

PLEADING NO. 4491

**OFFICIAL FILE COPY**

IMAGED APR 2 5 2005