JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

APR 28 2005

FILED
CLERK'S OFFICE

PLEADING NO. 4492

1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5  (415) 898-1247 (Fax No.)

6  Attorneys for Plaintiffs

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN MILESKI, et al, | No. C05-0476 JSW |
| Plaintiffs, | NOTICE OF DISMISSAL WITHOUT PREJUDICE |
| vs. | |
| VIACOM, INC.; et al, | |
| Defendants. | |

In response to the Order to Show Cause of March 18, 2005 (Document #27), Plaintiffs hereby dismiss the above-referenced action without prejudice.

Dated: March 29, 2005              BRAYTON❖PURCELL LLP

                                   s/ David R. Donadio

                               By: _____
                                   David R. Donadio
                                   Attorneys for Plaintiffs

**IT IS SO ORDERED**

Dated: March 29, 2005

MDL- 875                           /s/ Jeffrey S. White
   RECOMMENDED ACTION              Jeffrey S. White
                                   United States District Court Judge
Vacate CTO-245 - one action

Approved/Date: 4/27

K:\Injured\103902\DWOP all.wpd                    1
NOTICE OF DISMISSAL WITHOUT PREJUDICE - Case #C05-0476 JSW

**OFFICIAL FILE COPY**

IMAGED APR 2 8 2005