MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 28 2005

FILED
CLERK'S OFFICE

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*John Mileski, et al. v. Viacom, Inc., et al.,* N.D. California, C.A. No. 3:05-476

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Mileski*) on April 14, 2005. The Panel has now been advised that *Mileski* was dismissed in the Northern District of California by the Honorable Jeffrey S. White in an order filed on March 29, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-245" filed on April 14, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

PLEADING NO. 4493

**OFFICIAL FILE COPY**

IMAGED APR 28 2005