

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 8 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

---

IN RE ASBESTOS PRODUCTS § 
LIABILITY LITIGATION (No. VI) § MDL DOCKET NO. 875
§
§

---

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

---

ANN HAUCK, §
§
Plaintiff, §
§
v. § CIVIL CASE NO. 6:04-CV-1835
§
BORG WARNER CORPORATION, et al., §
§
Defendants. §

---

### BORG-WARNER CORPORATION'S NOTICE OF ADOPTING GENUINE PARTS COMPANY'S AND MACK TRUCK, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER(CTO-243)

Defendant, BORG-WARNER CORPORATION by its successors in interest, by and through undersigned counsel, hereby adopts Defendants, Genuine Parts Company's and Mack Trucks, Inc.'s Memorandum in Opposition to Plaintiff's Motion to Vacate The Conditional Transfer Order (CTO-243).

PLEADING NO. 4494

OFFICIAL FILE COPY

IMAGED APR 2 8 2005

2005 APR 26 A 11:30
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

Respectfully submitted,

*[signature]*

DANIEL A. GARCIA, ESQ.
Foley & Mansfield, P.L.L.P.
4770 Biscayne Boulevard, Suite 1000
Miami, Florida 33137
Telephone: (305) 438-9899
Facsimile: (305) 438-9819

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to all counsel of record on this 22nd day of April, 2005.

FOLEY & MANSFIELD, P.L.L.P.
4770 Biscayne Boulevard, Suite 1000
Miami, Florida 33137
Telephone: (305) 438-9899
Facsimile: (305) 438-9819

By: *[signature]*
VIRGINIA EASLEY JOHNSON, P.A.
Florida Bar Number 559156
DANIEL A. GARCIA, ESQ.
Florida Bar Number 0194130

Attorneys for BORG-WARNER CORPORATION

RECEIVED CLERK'S OFFICE 2005 APR 26 A 11:30 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

04/27/2005 16:40 FAX  Case MDL No. 875   Document 4494   Filed 04/28/05   Page 3 of 5   ☒002/004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 8 2005

FILED
CLERK'S OFFICE

**REVISED CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to all counsel of record on this 27TH day of April, 2005.

FOLEY & MANSFIELD, P.L.L.P.
4770 Biscayne Boulevard, Suite 1000
Miami, Florida 33137
Telephone: (305) 438-9899
Facsimile: (305) 438-9819

By: _____
VIRGINIA EASLEY JOHNSON, P.A.
Florida Bar Number 559156
DANIEL A. GARCIA, ESQ.
Florida Bar Number 0194130

Attorneys for BORG-WARNER CORPORATION

RECEIVED
CLERK'S OFFICE
2005 APR 27 P 4:43
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**PANEL SERVICE LIST (Excerpted from CTO-243)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Ann Hauck v. Borg Warner Corp., et al.*, M.D. Florida, C.A. No. 6:04-1835 (Judge John Antoon, II)

Jeffrey M. Bell
Ritter, Chusid, Bivona & Cohen, LLP
7000 West Palmetto Park Road
Suite 305
Boca Raton, FL 33433

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Rodd R. Buell
Law Office of Rodd R. Buell, P.A.
12773 West Forest Hill Boulevard
Suite 205
Wellington, FL 33414

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Susan J. Cole
Bice Cole Law Firm
2801 Ponce De Leon Boulevard
Suite 550
Coral Gables, FL 33134-6920

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Timothy J. Ferguson
Bell & Melamed
1451 West Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309

Evelyn M. Fletcher
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Peter J. Frommer
Ruden, McClosky, Smith, et al.
701 Brickell Avenue
Suite 1900
Miami, FL 33131

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Michelle M. Gervais
Duane Morris, LLP
200 S. Biscayne Blvd.
Suite 3400
Miami, FL 33131

Ben E. Girtman
1020 East Lafayette Street
Suite 207
Tallahassee, FL 32301

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Virginia E. Johnson
Foley & Mansfield
4770 Biscayne Blvd., #1030
Miami, FL 33137-3258

Chris N. Kolos
Holland & Knight, LLP
200 S. Orange Avenue
Suite 2600
Orlando, FL 32801

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Richard M. Lauth
Evert & Weathersby, LLC
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Rebecca S. Shull
David M. Lipman, P.A.
5901 S.W. 74th Street
Suite 304
Miami, FL 32143

Gail Cotton Silver
Davis, Silver & Levy
500 Austrailian Avenue, South
Suite 800
West Palm Beach, FL 33401-5016

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Michael T. Tomlin
Anania, Bandklayder, Blackwell,
Baumgarten, et al.
NationsBank Tower, Suite 4300
100 Southeast 2nd Street
Miami, FL 33131-2144

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Hugh J. Turner, Jr.
Akerman, Senterfitt & Eidson
Las Olas Centre, Suite 1600
350 E. Las Olas Boulevard
Ft. Lauderdale, FL 33301-0006

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406