MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 28 2005

FILED
CLERK'S OFFICE

# WELLBORN★HOUSTON, L.L.P.

ATTORNEYS AT LAW

P.O. BOX 1109 - 300 WEST MAIN STREET
HENDERSON, TEXAS 75653-1109

**RUSSELL C. BROWN**
PARTNER
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization

Phone 903/657-8544
Fax 903/657-7227
rb@wellbornhouston.com

April 26, 2005

*Via Facsimile to 202/502-2888*

Mr. Michael J. Beck
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Re: MDL-875 – In re Asbestos Products Liability Litigation (No. VI)
TXW
W05CA090; Kathy D. Sartalamacchia, Robert E. Demouey, Jr., and Eric Demouey, Individually and as Personal Representative and Heirs of Decedent, Robert E. Demouey, Sr., vs. Alcoa, Inc., et al

Dear Mr. Beck:

Please accept this letter as Plaintiff's Notice of Opposition regarding the conditional transfer of the above matter.

Thank you for your attention to this matter.

Yours very truly,

*Russell C. Brown*

Russell C. Brown

:laf

cc: Diana Panian Larson

PLEADING NO. 4495

OFFICIAL FILE COPY

IMAGED APR 2 8 2005

RECEIVED CLERK'S OFFICE
2005 APR 26 P 3:10
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION