

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 4 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-245)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 79,408 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY - 2 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED MAY 2 2005

# SCHEDULE CTO-245 - TAG ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DISTRICT  DIV. C.A.#**

**CALIFORNIA NORTHERN**
| | | | |
|---|---|---|---|
| CAN | 3 | 05-462 | M.N., et al. v. Viacom, Inc., et al. |
| ~~CAN~~ | ~~3~~ | ~~05-476~~ | ~~John Mileski, et al. v. Viacom, Inc., et al.~~  VACATED 4/28/05 |
| ~~CAN~~ | ~~3~~ | ~~05-1159~~ | ~~Cornell Janes, et al. v. A.W. Chesterton Co., et al.~~  VACATED 4/25/05 |

**FLORIDA MIDDLE**
FLM    3   05-200          Norm E. Decker v. Florida East Coast Railway, L.L.C.

**GEORGIA NORTHERN**
GAN    1   05-676          Salvatore Louis Garland, et al. v. Aqua-Chem, Inc., et al

**ILLINOIS NORTHERN**
ILN    1   02-7319         Pamela Hampton, etc. v. A.G.A. Gas Inc., et al.

**ILLINOIS SOUTHERN**
ILS    3   05-174          Warren McElroy, et al. v. Illinois Central Railroad Co.
ILS    3   05-195          Earl W. Spencer v. Norfolk Southern Railway Co.

**INDIANA SOUTHERN**
INS    3   05-57           George T. Gosnell v. CSX Transportation, Inc.
INS    3   05-58           Curtis E. Owens v. CSX Transportation, Inc.
INS    3   05-59           Allen P. Wargel v. CSX Transportation, Inc.

**LOUISIANA EASTERN**
LAE    2   04-1984         Ramona Solares Smith, etc. v. Asbestos Corp. Ltd., et al.

**MARYLAND**
MD     1   04-3720         Daniel H. Burkhardt, Jr., et al. v. Owens-Illinois Glass Co., et al.

**MISSISSIPPI SOUTHERN**
MSS    1   05-131          Robert Crochet, et al. v. Illinois Central Railroad Co.

**NORTH CAROLINA EASTERN**
NCE    4   05-5            Elmer Davis, et al. v. Anchor Packing Co., et al.
NCE    4   05-6            Geneva Kelly, etc. v. Anchor Packing Co., et al.
NCE    4   05-7            Ruby D. Hedgepeth, etc. v. Anchor Packing Co., et al.
NCE    4   05-27           Ogletree Richardson, etc. v. Anchor Packing Co., et al.
NCE    4   05-28           Salvatore Louis Garland v. Anchor Packing Co., et al.
NCE    4   05-36           Dennis Goins, etc. v. Anchor Packing Co., et al.
NCE    5   05-63           Robert W. Weber, et al. v. Aqua-Chem, Inc., et al.
NCE    7   05-38           Yvonne Higley Barber, etc. v. Anchor Packing Co., et al.
NCE    7   05-47           Betty Ann Gesser, etc. v. Airco, Inc., et al.
NCE    7   05-53           Howard R. Myrick, Jr., etc. v. Anchor Packing Co., et al.

**NORTH CAROLINA MIDDLE**
NCM    1   05-218          Carl David Sutton, et al. v. Aqua-Chem, Inc., et al.

SCHEDULE CTO-245 TAG-ALONG ACTIONS (MDL-875)                    PAGE 2 OF 2

**DISTRICT  DIV. C.A.#**

NEW JERSEY
    NJ      1   05-1509         Manuel Garcia Herrera, et al. v. Owens-Illinois, Inc.
    NJ      1   05-1510         Manuel Barco Moreno v. Owens-Illinois, Inc.
    NJ      1   05-1511         Jose Luis Ruis-Henestrosa Comacho, et al. v. Owens-Illinois, Inc.

NEW YORK EASTERN
    NYE     1   05-643          Jimmy Bumgardner, Jr., etc. v. A.W. Chesterton Co., Inc., et al.
    NYE     1   05-644          Charles Burnett v. A.W. Chesterton Co., et al.

NEW YORK SOUTHERN
    NYS     1   05-2341         Bernard A. Tor v. United States Lines, Inc. Reorganization Trust
    NYS     1   05-2342         Elbert McBride v. United States Lines, Inc. Reorganization Trust

OKLAHOMA WESTERN
    OKW     5   05-117          Tandy Haley, et al. v. Union Carbide Corp., et al.

RHODE ISLAND
    RI      1   05-48           Betty M. Tate, etc. v. CBS Corp

TEXAS WESTERN
    ~~TXW     6   05-90~~         ~~Kathy D. Sartalamacchia, et al. v. Alcoa, Inc.~~   **OPPOSED 4/28/05**