MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 3 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
OF MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCT<br>LIABILITY LITIGATION (NO. VI) | §<br>§<br>§ | MDL DOCKET NO. 875 |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| ANN HAUCK,<br><br>Plaintiff,<br><br>vs.<br><br>BORG WARNER CORPORATION,<br>et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:04-CV-1835 |

PLEADING NO. 4498

### DAIMLER CHRYSLER CORPORATION'S NOTICE OF JOINDER IN DEFENDANT GENUINE PARTS COMPANY'S AND MACK TRUCKS, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER (CTO-243)

Defendant, DAIMLER CHRYSLER CORPORATION, appearing by and through its undersigned attorney, hereby joins in Genuine Parts Company and Mack Trucks, Inc.'s Memorandum in Opposition to Plaintiff's Motion to Vacate the Conditional Transfer Order (CTO-243).

2005 APR 27 P 4:41
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

OK to docket
com

✓

**OFFICIAL FILE COPY**   1   IMAGED MAY 4 2005

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 3 2005

**CERTIFICATE OF SERVICE**

FILED
CLERK'S OFFICE

I HEREBY CERTIFY that a true and copy of the foregoing has been served upon all counsel via U.S. Mail on the attached service list this 22nd day of April, 2005.

JEFFREY M. BELL, ESQUIRE
Fla. Bar. No.: 374539
TIMOTHY J. FERGUSON
Fla. Bar. No.:0166642
BELL & MELAMED, LLC
4901 N.W. 17th Way, Suite 302
Ft. Lauderdale, Florida 33309
Telephone: 954/489-2331
Facsimile: 954/489-2332
Email: jbell@bellmelamedlaw.com
Email: tferguson@bellmelamedlaw.com

Counsel of Defendant
Daimler Chrysler Corporation

2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 3 2005

## AMENDED CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I HEREBY CERTIFY that a true and copy of the foregoing has been served upon all counsel via U.S. Mail on the attached service list on May 2, 2005

*[signature]*

JEFFREY M. BELL, ESQUIRE
Fla. Bar. No.: 374539
TIMOTHY J. FERGUSON
Fla. Bar. No.:0166642
BELL & MELAMED, LLC
4901 N.W. 17th Way, Suite 302
Ft. Lauderdale, Florida 33309
Telephone: 954/489-2331
Facsimile: 954/489-2332
Email: jbell@bellmelamedlaw.com
Email: tferguson@bellmelamedlaw.com

Counsel of Defendant
Daimler Chrysler Corporation

*[Stamp: RECEIVED CLERK'S OFFICE 2005 MAY -2 P 4:10 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION]*

## PANEL SERVICE LIST (Excerpted from CTO-243)
### Docket No. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Jeffrey M. Bell
Bell & Melamed, LLC
4901 N.W. 17th Way, Suite 302
Ft. Lauderdale, FL 33309

Francis Anania, Esq.
Anania, Bandklayder, et al.
Bank of America Tower, Suite 4300
100 S.E. 2nd Street
Miami, Florida 33131

GAIL COTTON SILVER, ESQ.
Silver, Levy & Feldman, P.A.
500 S. Australian Avenue, Suite 800
West Palm Beach, FL 33401-6237

Michael Evert, Esq.
Evert & Weathersby
3405 Piedmont Rd.
Suite 225
Atlanta, GA 30305

Ellen B. Furman
Goldfein & Hosmer
1600 Market St.
33rd Floor
Philadelphia, PA 19103

Michelle M. Gervais
Duane Morris, LLP
200 S. Biscayne Blvd.
Suite 3400
Miami, FL 33131

Adam M. Chud
Shea & Gardner
1800 Massachusetts Ave., N.W.
Washington, DC 20036

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

David Lipman, Esq.
David M. Lipman, P.A.
5901 S.W. 74th Street, Suite 304
Miami, FL 33143

EVELYN FLETCHER, ESQ.
4000 One Peachtree Center
303 Peachtree Street N.E.
Atlanta, Georgia 30308-3243

BEN E. GIRTMAN, ESQ.
1020 East Lafayette Street, Suite 207
Tallahassee, Florida 323014552

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Gene Locks
Greitzer & Locks
1500 Walnut St.
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Susan J. Cass
Bice Cole Law Firm
2801 Ponce De Leon Boulevard
Suite 550
Coral Gables, FL 33134-6920

Chris N. Kolos
Holland & Knight, LLP
200 S. Orange Avenue
Suite 2600
Orlando, FL 32801

Rodd R. Buell, Esq.
11883 Maidstone Drive
Wellington, Florida 33414-7008

Virginia Easley Johnson, Esq.
Foley & Mansfield, P.L.L.P.
4770 Biscayne Boulevard, Suite 1000
Miami, FL 33137-3251

HENRY P. BELL, ESQUIRE
Salas, Ede, Peterson & Lage, LLC
6333 Sunset Drive
South Miami, Florida 33143

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 E. Byrd St.
Richmond, VA 2319

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Ave.
Cleveland, OH 44115

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Towers
707 Grant St.
Pittsburgh, PA 15219

David A Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

# PANEL SERVICE LIST (Excerpted from CTO-243)
## Docket No. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Richard Schuster
Vorys, Sater, Seymour, et al
52 East Gay Street
P. O. Box 1008
Columbus, OH 43216

Robert E. Swickle
Jaques Admiralty Law Firm
1570 Penobscot Building
Maritime Asbestosis Legal Clinic
Detroit, MI 48226

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P. O. Box 998
Cedar Rapids, IA 52406

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Hugh J. Turner, Jr.
Akerman, Senterfitt & Edison
Las Olas Centre, Suite 1600
350 E. Las Olas Blvd.
Ft. Lauderdale, FL 33301-0006

Riginald S. Kramer
Oldham & Dowling
195 South Main St., Suite 300
Akron, OH 44308-1314