

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY -4 2005

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROY BARRY, *ET AL.*                                               PLAINTIFF

VERSUS                                      CIVIL ACTION NO. 1:04cv731WJG-JMR

A.O. SMITH, *ET AL.*                                              DEFENDANTS

### ORDER

This cause comes before the Court on motion of the Plaintiffs to remand [123-1] the above referenced action to the Circuit Court of Jones County, Mississippi. Also pending before the Court are motions to dismiss filed by Tenneco Automotive Inc.; Strahman Valves, Inc.; Carver Pump Co. [collectively Tenneco Defendants, 31-1]; Schutte & Koerting, LLC [Schutte, 53-1]; Milton Roy Company [80-1]; Sepco Corporation [81-1]; Beazer East, Inc. [Beazer, 131-1] and Weinman Pump Co. [Weinman, 139-1]; motions for miscellaneous relief filed by the Tenneco Defendants [31-1]; Colfax Corporation [36-1]; Schutte [53-1]; Thomas & Betts Corporation [66-1]; The William Powell International Sales [105-1]; and Beazer [131-1]; and finally, motions for more definite statement filed by Schutte [53-1] and Weinman [139-1]. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that the Plaintiffs' motion to remand [123-1] be, and is hereby, granted. The Clerk of this Court is directed to immediately mail the court file along with a certified copy of this order to the Clerk for the Circuit Court of Jones County, Mississippi. It is further,

MDL- 875
RECOMMENDED ACTION

OFFICIAL FILE COPY   VACATE T.O. -- 1 ACTION
Approved/Date: qm' 5/3

IMAGED MAY 4 2005

ORDERED AND ADJUDGED that all other pending motions [31-1, 36-1, 53-1, 66-1, 80-1, 81-1, 105-1, 123-1, 131-1, 139-1] be, and are hereby, denied as moot. It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs associated with these motions.

SO ORDERED AND ADJUDGED this the 7th day of March, 2005.

s/ *Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE