JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 4 2005

FILED
CLERK'S OFFICE



DOCKET NO. 875

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Roy Barry, et al. v. A.O. Smith Co., et al.*, S.D. Mississippi, C.A. No. 1:04-731

**ORDER VACATING TRANSFER ORDER**

On April 18, 2005, the Panel filed an order transferring this action (*Barry*) and five other actions to the Eastern District of Pennsylvania, pursuant to 28 U.S.C. § 1407, for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket before the Honorable Charles R. Weiner. The Panel has now been advised, however, that *Barry* was remanded to the Circuit Court of Jones County, Mississippi, by the Honorable Walter J. Gex III in an order signed on March 7, 2005.

IT IS THEREFORE ORDERED that the Panel's transfer order in this docket filed on April 18, 2005, is VACATED insofar as it relates to this action.



FOR THE PANEL:

Wm. Terrell Hodges
Chairman

**OFFICIAL FILE COPY** IMAGED MAY 4 2005