

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MDL 875

MAY - 4 2005

------------------------------------X

EDWARD DECIBUS,

     Plaintiff,

  -against-

GENERAL ELECTRIC CO., et al.,

     Defendants.

------------------------------------X

ORDER REMANDING ACTION

04 Civ. 9643 (NRB)

  Defendant General Electric Company having removed this action to this Court from The Supreme Court of the State of New York, New York County; and defendant General Electric Company having been subsequently dismissed from this action by Stipulation of Dismissal; and Plaintiff having requested that this case be remanded back to State Court; it is hereby:

  Ordered, that this action be remanded back to the Supreme Court of the State of New York, County of New York.

*[signature]*

NAOMI REICE BUCHWALD, U.S.D.J. 4/12/05

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/05**

MDL-875
RECOMMENDED ACTION

Vacate CTO-244 - 3 actions
Approved/Date: nr 5/3

PLEADING NO. 4501

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

2005 APR 27 P 1:36
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

**OFFICIAL FILE COPY**

IMAGED MAY 4 2005

MAY - 4 2005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEO ROGERS,

                   Plaintiff,

          -against-

GENERAL ELECTRIC CO., et al.,

                   Defendants.
------------------------------------------------------------X

FILED
CLERK'S OFFICE

**ORDER REMANDING ACTION**

04 Civ. 10104 (VM)

    Defendant General Electric Company having removed this action to this Court from The Supreme Court of the State of New York, New York County; and defendant General Electric Company having been subsequently dismissed from this action by Stipulation of Dismissal; and Plaintiffs having requested that this case be remanded back to State Court; it is hereby:

    Ordered, that this action be remanded back to the Supreme Court of the State of New York, County of New York.

VICTOR MARRERO, U.S.D.J.

SO ORDERED: The Clerk of Court is directed to close this case.

4-26-05
DATE        VICTOR MARRERO, U.S.D.J.

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y 10038

2005 APR 27 P 1:36
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
LEONARD J. DONINI and CATHERINE DONINI,

        Plaintiffs,

-against-

GENERAL ELECTRIC CO., et al.,

        Defendants.
-----------------------------------------X

MAY - 4 2005

FILED
CLERK'S OFFICE

**ORDER REMANDING ACTION**

04 Civ. 10105 (DC)

    Defendant General Electric Company having removed this action to this Court from The Supreme Court of the State of New York, New York County; and defendant General Electric Company having been subsequently dismissed from this action by Stipulation of Dismissal; and Plaintiffs having requested that this case be remanded back to State Court; it is hereby;

    Ordered, that this action be remanded back to the Supreme Court of the State of New York, County of New York.

DENNY CHIN, U.S.D.J.

4/25/05

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/25/05

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

RECEIVED
CLERK'S OFFICE
2005 APR 27 P 1:36
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION