JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 4 2005

FILED
CLERK'S OFFICE



# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Edward Decibus v. General Electric Co.*, S.D. New York, C.A. No. 1:04-9643
*Leo Rogers v. General Electric Co.*, S.D. New York, C.A. No. 1:04-10104
*Leonard J. Donini, et al. v. General Electric Co.*, S.D. New York, C.A. No. 1:04-10105

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these three actions on April 5, 2005.  Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the three actions filed a notice of opposition to the proposed transfer.  The Panel has now been advised that the three actions were remanded to the Supreme Court of the State of New York, County of New York, by various Southern District of New York judges in orders filed between April 20 and 25, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-244" filed on April 5, 2005, is VACATED insofar as it relates to these three actions.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY IMAGED MAY  4 2005

PLEADING NO. 4502