MDL 875

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 4 2005

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | MDL-875 | |
| CHARLES SIMIKIAN, | No. 05-CV-229 | |
| Plaintiff, | | |
| v. | | |
| PNEUMO ABEX, et al., | | |
| Defendants. | | |

## MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Plaintiff, through his undersigned counsel, moves this Panel pursuant to Rule 7.4(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation to vacate the Conditional Transfer Order entered with regard to this action, and in support thereof, states as follows:

1. Plaintiff filed the instant action in the Court of Common Pleas of Allegheny County, Pennsylvania, alleging injuries in relation to his exposure to asbestos-containing products.

2. Specifically, Plaintiff has developed malignant mesothelioma.

3. On February 22, 2005, Defendant Allied Signal removed this action pursuant to 28 U.S.C. §§ 1441 and 1446 on the basis of federal diversity jurisdiction.

4. Plaintiff has moved to voluntarily dismiss this action pursuant to Fed. R. Civ. P. 41(a)(2), or in the alternative, to remand this action, because federal diversity jurisdiction does not exist.

5. Said motions involve factual determinations unique to this action and have nothing in common with other cases pending in the Transferee Court.

PLEADING NO. 4503

OFFICIAL FILE COPY

IMAGED MAY 5 2005

6. Contrary to 28 U.S.C. § 1407, transfer of this action would inconvenience the parties and witnesses and would not promote the just or efficient conduct of this action.

WHEREFORE, the Plaintiff asks this Panel to vacate its Conditional Transfer Order to the extent that it affects this action.

Dated: May 3, 2005

Respectfully submitted,

_____
Jason T. Shipp
Pa.I.D. # 87471

GOLDBERG, PERSKY & WHITE, P.C.
1030 Fifth Avenue
Pittsburgh, PA 15219

(412) 471-3980

Counsel for Plaintiff

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 4 2005

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing MOTION TO VACATE CONDITIONAL TRANSFER ORDER is being served upon counsel listed on the attached service list via U.S. first class mail, this 3rd day of May, 2005.

_____
Jason T. Shipp
Attorney for Plaintiff

2005 MAY -4 A 11: 59
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED
CLERK'S OFFICE

## PANEL SERVICE LIST (Excerpted from CTO-244)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Charles Simikian v. Pneumo Abex, LLC, et al.*, W.D. Pennsylvania, C.A. No. 2:05-229  (Judge Thomas M. Hardiman)

L. John Argento
Swartz & Campbell
600 Grant Street
4750 U.S. Steel Bulding
Pittsburgh, PA 15219

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Eric K. Falk
Davies, McFarland & Carroll
One Gateway Center
Tenth Floor
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Alice S. Johnston
Buchanan Ingersoll, P.C.
301 Grant Street
One Oxford Centre, 20th Floor
Pittsburgh, PA 15219

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Jason T. Shipp
Goldberg, Persky & White, PC
Ketchum Center, 3rd Floor
1030 5th Avenue
Pittsburgh, PA 15219

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 4 2005

FILED
CLERK'S OFFICE

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | MDL-875 |
| CHARLES SIMIKIAN, | No. 05-CV-229 |
| Plaintiff, | |
| v. | |
| PNEUMO ABEX, et al., | |
| Defendants. | |

### BRIEF IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER

### ARGUMENT

28 U.S.C. § 1407 contemplates transfers which "will be for convenience of parties and witnesses and will promote just and efficient conduct" of actions. These goals would be disserved by a transfer in this case.

Plaintiff has moved pursuant to Fed Rule Civ. P. 41(a)(2) to dismiss this action. Moreover, Plaintiff has straightforward, fact-specific, meritorious reasons supporting the proposition that the case must be remanded to state court.

Because this action will probably come back to the state court for trial eventually, transfer would result in addition of a superfluous layer of procedural complexity, with no offsetting substantive or procedural benefit. And because the issues raised by Allied Signal's removal and Plaintiff's Motion for Voluntary Dismissal, or in the Alternative, for Remand, are unique to this case, there is no economy of scale to be gained by transfer.

RECEIVED
CLERK'S OFFICE
05 MAY -4 P 3:00
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

The Manual for Complex Litigation 3d § 31.131 (1995) relates that:

> Matters such as motions . . . to remand, raising issues unique to the particular case, may be resolved before the panel acts on the motion to transfer. Sometimes the panel has concluded that it should delay its ruling on transfer until critical motions have been decided by the court in which the case is pending.

If the Panel is in doubt as to the justice or expediency of transfer, this case presents an appropriate occasion for such prudential deferral.

## CONCLUSION

For the foregoing reasons, the Panel should vacate its Conditional Transfer Order with respect to this case; or in the alternative, it should defer ruling on transfer until Plaintiff's Motion for Voluntary Dismissal, or in the Alternative, for Remand, is decided by the Transferor Court.

Dated: May 3, 2005

Respectfully submitted,

_____
Jason T. Shipp
Pa.I.D. # 87471

GOLDBERG, PERSKY & WHITE, P.C.
1030 Fifth Avenue
Pittsburgh, PA 15219

(412) 471-3980

Counsel for Plaintiff

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 4 2005

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing BRIEF IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER is being served upon counsel listed on the attached service list via U.S. first class mail, this 3rd day of May, 2005.

Jason T. Shipp
Attorney for Plaintiff

2005 MAY -4 P 12: 00
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

**PANEL SERVICE LIST (Excerpted from CTO-244)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Charles Simikian v. Pneumo Abex, LLC, et al.*, W.D. Pennsylvania, C.A. No. 2:05-229  (Judge Thomas M. Hardiman)

L. John Argento
Swartz & Campbell
600 Grant Street
4750 U.S. Steel Bulding
Pittsburgh, PA 15219

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Eric K. Falk
Davies, McFarland & Carroll
One Gateway Center
Tenth Floor
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Alice S. Johnston
Buchanan Ingersoll, P.C.
301 Grant Street
One Oxford Centre, 20th Floor
Pittsburgh, PA 15219

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Jason T. Shipp
Goldberg, Persky & White, PC
Ketchum Center, 3rd Floor
1030 5th Avenue
Pittsburgh, PA 15219

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406