MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 4 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTI DISTRICT LITIGATION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Asbestos Product Liability Litigation (No. VI) | ) | MDL 875 |
| | ) | |
| This Document Relates to: | ) | |
| | ) | |
| Harriet I. Ruiz, et al., | ) | from the |
| | ) | |
| Plaintiffs, | ) | UNITED STATES DISTRICT COURT DISTRICT OF NEW MEXICO |
| | ) | |
| vs. | ) | |
| | ) | |
| Zia Company, et al., | ) | Civil Action No.: NM 6 05-25 JH/WDS |
| | ) | |
| Defendants. | ) | |

PLEADING NO. 4504

## DEFENDANT REGENTS OF THE UNIVERSITY OF CALIFORNIA'S RESPONSE TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Defendant, the Regents of the University of California ("the University") files this response to plaintiff's Motion to Vacate Conditional Transfer Order, served by plaintiff on April 13, 2005.

1. The referenced New Mexico United States District Court action is one of two identical cases presently pending in the United States District Court for the District of New Mexico. The related action bears the same caption but is numbered CIV-05-0027 JP/ACT.

2. An Order of Dismissal with Prejudice as to the Regents of the University of California was signed by The Honorable James A. Parker, on April 29, 2005, and entered of record in the United States District Court Clerk's Office, for the District of New Mexico, on May 2, 2005, in CIV 05-0027 JP/ACT [Document 29] and in CIV 05-0025 JH/WDS [Document 27]. See copy of Order

OFFICIAL FILE COPY

IMAGED MAY 5 2005

of Dismissal with Prejudice as to the Regents of the University of California, attached as Exhibit A.

3. The University withdraws its Notice of Opposition to Conditional Transfer Order 243, served March 30, 2005, and the University otherwise takes no position with respect to Conditional Transfer Order 243.

4. Based upon dismissal of the University from the New Mexico District Court actions, the University respectfully requests entry of an order dismissing the University from this Multidistrict Litigation.

WHEREFORE, the University withdraws its Notice of Opposition to Conditional Transfer Order 243 and respectfully requests entry of an order dismissing the University from this Multidistrict Litigation for the reasons stated herein.

Respectfully submitted,

SIMONS & SLATTERY, L.L.P.

_____
William P. Slattery
P. O. Box 5333
Santa Fe, NM 87502-5333
(505) 988-5600

and

Bruce Herr
Cindy Lovato-Farmer
Los Alamos National Laboratory
P.O. Box 1663
Los Alamos, NM 87545
(505) 667-3766
Attorneys for the Regents of the University of California

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 4 2005

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant Regents of the University of California's Response to Plaintiffs' Motion to Vacate Conditional Transfer Order was mailed, first-class mail, postage prepaid, on this **2nd** day of May 2005, to counsel of record on the attached service list.

_____
William P. Slattery

2005 MAY -3 A 11: 46
RECEIVED
CLERK'S OFFICE

PANEL SERVICE LIST (EXCERPTED FROM CTO-243)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Harriet I. Ruiz, etc. v. Zia Co., et al.*, D. New Mexico, C.A. No. 6:05-25

Arthur O. Beach
Keleher & McLeod
P.O. Drawer AA
Albuquerque, NM 87103

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, LLP
303 East 17th Avenue, Suite 1100
Denver, CO 80203

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Troy D. Chandler
300 Paseo De Peralta, Suite 200
Santa Fe, NM 87501

Adam M. Chud
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Tim L. Fields
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Bruce L. Her
Los Alamos Natioal Labratory
Office of Laboratory Co., Stop A-187
P.O. Box 1663
Los Alamos, NM 87545

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

L. Michael Messina
20 First Plaza, N.W., #306
Albuquerque, NM 87102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Albert B. Norris
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Feliz A. Rael
Atkinson & Thal
201 Third Street, N.W., #1850
Albuquerque, NM 87102

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Bill Robins, III
Robins, Cloud, Greenwood & Lubel, L.L.P.
910 Travis, Suite 2020
Houston, TX 77002

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025

William P. Slattery
Simons & Slattery
P.O. Box 5333
Santa Fe, NM 87502-5333

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Rocky N. Unruh
Morgenstein & Jubelirer
Spear Street Tower, 32nd Floor
One Market Plaza
San Francisco, CA 94105

Tim Vidal
Canepa & Vidal
P.O. Box 8980
Santa Fe, NM 87504-8980

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Tom S. Roper
Carr, Allison, Pugh, Howard, Oliver & Sisson, P.C.
100 Vestavia Parkway
Birmingham, AL 35216

S. Allen Baker, Jr.
Jenelle R. Evans
Balch & Bingham, LLP
P. O. Box 306
Birmingham, AL 35201

F. Grey Redditt, Jr.
Vickers, Riis, Murray & Curran, LLC
P. O. Drawer 2568
Mobile, AL 36652-2568

Michael A. Vercher
Christian & Small LLP
505 North 20th St., Ste. 1800
Birmingham, AL 35203

Joshua Levy
Crivello Carlson & Mentkowski
710 N. Plankinton Ave., Ste. 500
Milwaukee, WS 53203

W. Larkin Radney IV
Lightfoot, Franklin & White, LLC
The Clark Bld.
400 North 20th St.
Birmingham, AL 35203

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 2 9 2005

MATTHEW J. DYKMAN
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**HARRIET I. RUIZ, as**
**PERSONAL REPRESENTATIVE OF**
**RAYMOND M. RUIZ, DECEASED,**

Plaintiff,

vs.

No.   CIV 05-0027 JP/ACT and
      CIV 05-0025 JH/WDS

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MAY - 4 2005**

**FILED**
**CLERK'S OFFICE**

**THE ZIA COMPANY, REGENTS OF**
**THE UNIVERSITY OF CALIFORNIA,**
**MOUNTAIN STATES INSULATORS, INC.,**
**UNION CARBIDE CORPORATION,**
**GEORGIA-PACIFIC CORPORATION,**
**Individually and ad successor in interest to**
**BESTWALL GYPSUM COMPANY, LINCOLN**
**ELECTRIC HOLDINGS, INC., and**
**THE LINCOLN ELECTRIC COMPANY,**

Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AS TO THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

THIS MATTER having come before the Court pursuant to the Regents of the University of California's Motion to Dismiss Plaintiff's Complaint; the Court having reviewed the motion, the Reply Memorandum in Support of the Regents of the University of California's Motion to Dismiss Plaintiff's Complaint; and noting that plaintiff has failed to file or serve any response to the Regents' motion and did not request an extension of time within which to do so;

THE COURT FINDS that the Regents' motion to dismiss is unopposed and otherwise well taken;

THEREFORE, IT IS ORDERED, that the Regents of the University of California is hereby dismissed with prejudice from the referenced action and No. CIV 05-0025 JH/WDS.

W:\5354\000105\PLD\Order of Dismissal.doc



EXHIBIT A


UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

SIMONS & SLATTERY, L.L.P.

_____
William P. Slattery, Esq.
P. O. Box 5333
Santa Fe, NM 87502-5333
(505) 988-5600

**Attorneys for the Regents of the
  University of California**

APPROVED BY:

Heard Robins Cloud Lubel & Greenwood, LLP


Telephonic approval – 04/27/05
Troy Chandler, Esq.
500 Dallas, Suite 3100
Houston, TX 77002

**Attorneys for Plaintiff**

Keleher & McLeod, P.A.

No opposition – 04/27/05
Arthur O. Beach, Esq.
P. O. Drawer AA
Albuquerque, NM 87103

Albert B. Norris, Esq.
Thomas J. Yoo, Esq.
Reed Smith LLP
355 South Grant Ave., Suite 2900
Los Angeles, CA 90071

**Attorneys for The Lincoln Electric Company
and Lincoln Electric Holdings, Inc.**

2

Morgenstein & Jubelirer LLP

No opposition – 04/27/05
Neil Ludman, Esq.
One Market
Spear Street Tower, 32nd Floor
San Francisco, CA 94105

Fairfield, Farrow, Flowers & Strotz P.C.
Bruce Strotz, Esq.
P.O. Box 35400
Albuquerque, NM 87176-5400

**Attorneys for Georgia Pacific Corporation**

Baker & Hostetler, LLP

No opposition – 04/27/05
Ron Hellbusch, Esq.
303 E. 17th Ave, Ste. 1100
Denver, CO 80203

Tim Fields, Esq.
Modrall, Sperling, Roehl, Harris & Sisk P.A.
P.O. Box 2168
Albuquerque, NM 87103-2168

**Attorneys for Union-Carbide Corporation**

Canepa & Vidal

Telephonic approval - 04/21/05
Timothy Vidal, Esq.
P.O. Box 8980
Santa Fe, NM 87501

**Attorneys for Mountain States Insulators, Inc.**

Atkinson & Thal, P.C.

<u>Telephonic approval - 04/20/05</u>
John S. Thal, Esq.
Feliz A. Rael, Esq.
201 Third Street NW, Suite 1850
Albuquerque, NM 87102

**Attorneys for The Zia Company**