

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 4 2005

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE ASBESTOS PRODUCT LIABILITY
LITIGATION

MDL Docket No. 875

This Brief Relates to:

HARRIET I. RUIZ, as PERSONAL
REPRESENTATIVE OF RAYMOND M.
RUIZ, DECEASED,

          Plaintiff,

vs.

THE ZIA COMPANY, REGENTS OF THE
UNIVERSITY OF CALIFORNIA,
MOUNTAIN STATES INSULATORS,
INC., UNION CARBIDE CORPORATION,
GEORGIA PACIFIC CORPORATION,
Individually and as successor in interest to
BESTWALL GYPSUM COMPANY,
LINCOLN ELECTRIC HOLDINGS, INC.
and THE LINCOLN ELECTRIC
COMPANY,

          Defendants.

from the

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

Civil Action No. NM 6 05-25

Assigned to the Honorable Judith Herrera

**OFFICIAL FILE COPY**

1

**DEFENDANTS THE LINCOLN ELECTRIC COMPANY AND LINCOLN ELECTRIC HOLDINGS, INC.'S OPPOSITION TO PLAINTIFF'S AND REGENTS OF THE UNIVERSITY OF CALIFORNIA'S MOTIONS TO VACATE CONDITIONAL TRANSFER ORDER NO. 243**

Defendants The Lincoln Electric Company and Lincoln Electric Holdings, Inc. (collectively "Transferring Defendants") oppose plaintiff Harriet I. Ruiz's and defendant Regents of the University of California's motions to vacate CTO-243 issued on March 15, 2005, conditionally transferring this case to MDL 875 in the United States District Court for the Eastern District of Pennsylvania. These motions to vacate conditional transfer order 243 should be denied because (a) the transferor court has entered a stay order preventing Plaintiff from filing such a motion in the case to be transferred, and (b) even if Plaintiff could file such a motion, the MDL court should decide it because the existence of common issues of fact and conservation of judicial and party resources in the consolidated litigation as a whole militate for a transfer of this case to the MDL. The University's motion should be denied for the further reason that it has been dismissed with prejudice from this case under an order entered on April 29, 2005.

## I.    FACTUAL BACKGROUND

1.     Plaintiff Harriett I. Ruiz, Personal Representative of Raymond M. Ruiz, deceased, filed her complaint in the First Judicial District Court in and for the County of Santa Fe, State of New Mexico (Cause No. D-0101-CV-2004-02380). Plaintiff named several defendants, including the Transferring Defendants. (Declaration of Pavel Ekmekchyan ("Ekmekchyan Decl.") at ¶ 3.)

2.      In her complaint, Plaintiff alleged that her decedent had succumbed to mesothelioma allegedly due to his exposure to asbestos from the products and premises of the named defendants. (*Id.*)

3.      On January 10, 2005, the Transferring Defendants removed the state court action to the United States District Court for the District of New Mexico based on diversity jurisdiction. This case was eventually assigned to Judge Judith C. Herrera ("transferor court") under number CIV-05-00025 JH/WDS (hereinafter "Cause 25"). (*Id.*)

4.      Plaintiff did not seek to amend the complaint to name non-diverse defendant(s) and did not move to remand Cause 25 to state court. (*Id.* at ¶ 4.)

5.      On the same day, defendant Regents of the University of California (the "University") also removed this case to the United States District Court for the District of New Mexico based on federal question jurisdiction. This case was assigned to U.S. Magistrate Judge Don J. Svet under number CIV-05-0027 DJS/ACT (hereinafter "Cause 27").[1] (*Id.* at ¶ 5.)

6.      Plaintiff did not seek to dismiss the defendants giving rise to federal question jurisdiction and did not move to remand Cause 27 to state court. (*Id.*)

7.      On January 11, 2005, the Transferring Defendants filed a Notice of Tag-Along Action with the Judicial Panel on Multidistrict Litigation ("JPML"), for transfer of Cause 25 to MDL 875-*In Re Asbestos Products Liability Litigation* (No. VI).  A notice of filing Notice of Tag-Along-Action was filed with the transferor court on January 14, 2005.  Plaintiff did not object to the Notice of Tag-Along Action. (*Id.* at ¶ 6.)

---

[1]     On April 11, 2005, Cause 27 was reassigned to Senior District Judge James A. Parker. (Ekmekchyan Decl. at ¶ 5.)

8.      On January 14, 2005, the Transferring Defendants filed a Motion to Stay Proceedings and Memorandum of Points and Authorities asking the transferor court to stay any further action in Cause 25 until the JPML determines whether the "tag-along" action should be transferred to MDL 875 pending in the United States District Court for the Eastern District of Pennsylvania ("MDL court").  (*Id.* at ¶ 7.)

9.      Plaintiff filed no opposition and did not request an extension of time to do so. (*Id.*)  The only opposition to the Motion to Stay was filed by the University, which only objected to the stay "to the extent that it would delay a ruling on the University's Motion to Dismiss currently pending before another court in this District [, i.e. Cause 27]."  (*Id.* at ¶ 8.)

10.      On January 18, 2005, the University filed a Motion to Dismiss Plaintiff's Complaint in Cause 27.  To date, this motion has not been ruled on even though Plaintiff did not oppose it.  (*Id.* at ¶ 9.)

11.      On January 31, 2005, the University filed a motion to consolidate Cause 27 with Cause 25.  Said motion was not opposed, but to date has not been ruled on.  (*Id.*)

12.      On February 18, 2005, Magistrate Judge W. Daniel Schneider entered an order in Cause 25, staying all proceedings.  The only reservation in the order was that it would have no impact on the court in Cause 27 acting upon the University's Motion to Dismiss.  There was no such allowance made for motions for voluntary dismissal by Plaintiff.  (*Id.* at ¶ 10.)

13.      Plaintiff did not file a motion for reconsideration of the stay order.  (*Id.* at ¶ 11.)

14.      On March 15, 2005, the JPML issued a Conditional Transfer Order 243, conditionally transferring Cause 25 to the United States District Court for the Eastern District of Pennsylvania.  (*Id.* at ¶ 12.)

15.     On March 28, 2005, Plaintiff filed a motion for voluntary dismissal of Cause 27 without prejudice as to the Transferring Defendants.  On the other hand, Plaintiff has offered to dismiss the University and Mountain States Insulators, Inc. with prejudice.  (*Id.* at ¶ 13.)

16.     However, in her motion for dismissal, Plaintiff did not advise the court of the probable transfer of Cause 25 to the MDL pursuant to the CTO that had been issued.  (*Id.*)

17.     On April 14, 2005, Plaintiff filed with the JPML her motion to vacate conditional transfer order 243, in it claiming that she had a motion for voluntary dismissal pending in Cause 25.  (*Id.* at 14.)

18.     In fact, contrary to her assertions in her motion filed with the JPML, Plaintiff did not have a motion for voluntary dismissal pending in Cause 25.  (*Id.*)

19.     On April 20, 2005, Plaintiff filed her motion for voluntary dismissal in Cause 25. (*Id.* at ¶ 15.)

20.     Also on April 20, 2005, the Transferring Defendants were informed by counsel for the University that Plaintiff has agreed to dismiss the University in both Cause 25 and Cause 27 with prejudice.  (*Id.* at ¶ 16.)  On April 27, 2005, the University submitted Order of Dismissal With Prejudice for the court's approval based on the agreement reached between the University and Plaintiff.  (*Id.*)

21.     On April 29, 2005, Judge Parker entered the order submitted by the University, dismissing the University with prejudice from both Cause 25 and Cause 27.  Attached as Exhibit "F" is a true and correct copy of Judge Parker's order and a cover letter.  (*Id.* at ¶ 17.)  In this cover letter, Judge Parker also indicates that a similar proposed order submitted by defendant Mountain States Insulators, Inc. will be granted in the same manner.  (*Id.*)

## II.    LEGAL ARGUMENT

**A.    THE TRANSFEROR COURT HAS DECLINED TO HEAR AND RULE ON ANY MOTIONS BY STAYING ALL PROCEEDINGS IN CAUSE 25, LEAVING NO REASON FOR THE JPML TO VACATE THE CONDITIONAL TRANSFER ORDER**

It is disingenuous for Plaintiff to claim that the CTO conditionally transferring Cause 25 to the MDL court should be vacated to allow the transferor court to rule on Plaintiff's motion to dismiss without prejudice.[2] Put simply, Plaintiff's motion in Cause 25 violates the transferor court's prior stay order and cannot delay the transfer of the case to the MDL court.

There are currently two cases pending in front of two different judges in the District of New Mexico, Cause 25 and Cause 27. The Transferring Defendants removed Cause 25 from state court and were assigned to Judge Judith C. Herrera. Subsequently, the Transferring Defendants noticed Cause 25 to the JPML for transfer to the MDL court. Moreover, the Transferring Defendants moved for and obtained a stay in all proceedings in Cause 25 pending a decision by the JPML on whether to transfer Cause 25 to the MDL court. Plaintiff did not oppose or request an extension of time to oppose the stay motion, and the only express exception to the order staying all proceedings was potential action on University's already pending motion to dismiss Cause 27. (See Exhibit "C" attached to Ekmekchyan Decl. at ¶ 10).

---

2    Indeed, Plaintiff's motion for voluntary dismissal of Cause 25 was filed on April 20, 2005, and was not pending in Cause 25 when Plaintiff claimed so in her motion with the JPML filed on April 14, 2005.

On the other hand, due to the University's removal of the state court action on the same day as the Transferring Defendants, Cause 27 was instituted and assigned to U.S. Magistrate Judge Don J. Svet, and later reassigned to Judge James A. Parker. As mentioned, the University moved to dismiss Cause 27 and subsequently, moved to consolidate Causes 25 and 27. However, even without any opposition, the court in Cause 27 has not ruled on either of the University's motions.

Since the transferor court stayed all proceedings and Plaintiff failed to oppose or object to such an order, Plaintiff's belatedly filed motion for voluntary dismissal in Cause 25 now violates that order. After properly removing this case to the transferor court, the Transferring Defendants also moved to stay all proceedings in that court anticipating various pretrial proceedings. In apparent acquiescence to the Transferring Defendants' motion, Plaintiff did not file an opposition and did not request an extension of time to do so. As a result, Plaintiff is now precluded from engaging in any pretrial proceedings, including the filing of a dismissal motion, in Cause 25 as ordered by the transferor court.

It is axiomatic that courts have the inherent power to stay proceedings in the interest of judicial economy and uniformity. Such power to stay is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254, 57 S. Ct. 163 (1936). Undoubtedly, the transferor court in Cause 25 had the discretion to continue with pretrial proceedings. However, recognizing that the purpose of MDL 875 – convenience of parties and witnesses, as well as, promoting the just and efficient conduct of cases alleging asbestos-related injuries – would best be served by presentation of all pretrial issues in the MDL court, the transferor court granted the motion to stay and chose to refrain from involvement in

pretrial issues. *See, e.g., New Mexico State Inv. Council v. Alexander*, 317 B.R. 440, 443 (D.N.M. 2004) (the decision to grant a temporary stay of proceedings pending a ruling on the transfer of the matter to the MDL court lies within the transferor court's discretion); *Rivers v. Walt Disney Co.*, 980 F. Supp. 1358, 1360 (C.D. Cal. 1997) (same); *Medical Society of the State of New York v. Connecticut General Corp.*, 187 F. Supp. 2d 89, 91 (S.D.N.Y. 2001) (same).

After the stay order was entered, Plaintiff abided by the order and did not request a reconsideration of it. Because the transferor court has properly stayed all proceedings in Cause 25 forbidding any motions by Plaintiff, she cannot now claim that the CTO 243 should be vacated to allow the transferor court to rule on a motion to dismiss. The transferor court has refused to rule on such a motion, in effect deferring that decision to the MDL court. Plaintiff's and the University's motions to vacate the CTO should be denied.[3]

**B.    THE MDL COURT CAN AND SHOULD RULE ON PLAINTIFF'S MOTION TO DISMISS IF AND WHEN SUCH A MOTION IS PROPERLY BROUGHT BEFORE THAT COURT**

Because the transferor court has declined to hear and rule on any pretrial motions or other proceedings, this case should be transferred to the MDL court for coordinated proceedings with other cases presenting the same or similar questions of fact. If Plaintiff wants to voluntarily dismiss this case without prejudice after transfer, the MDL court is well-positioned to rule on such a motion if and when one is made. In fact, with the stay order in Cause 25, the MDL court

---

[3]    The University is likely not to pursue its motion to vacate the conditional transfer order issued in this case due to Judge Parker's entry of order dismissing with prejudice the University from both Cause 25 and Cause 27. *See* Ekmekchyan Decl. ¶ 17.

appears to be the only court that can rule on such a motion. Because Plaintiff's motion to vacate conditional transfer order was exclusively based on the purported pendency of her motion for voluntary dismissal and, as shown above, the transferor court has expressly refused to hear any such motions in Cause 25, Plaintiff has no grounds to oppose the grant of an order transferring this case to the MDL court.

However, even if there was no order staying all proceedings in the transferor court and Plaintiff did have a motion to dismiss properly pending in Cause 25, that still should not prevent the JPML from transferring this case to the MDL court. Upon a transfer, the transferee court assumes exclusive jurisdiction over the case. *See In re Multidistrict Private Civil Treble Damage Litigation Involving Plumbing Fixtures*, 298 F. Supp. 484, 495 (J.P.M.L. 1968) (holding that even in transfers under Section 1407, "after transfer, the transferee court may make any order to render any judgment that might have been rendered by the transferor court in the absence of transfer," and that after an order changing venue the jurisdiction of the transferor court ceases) (internal citations omitted). Such jurisdiction includes all pretrial motions, including motions for dismissal.

Therefore, even if a motion to dismiss were properly pending, which it is not, the JPML can transfer the case to the MDL court for ruling on that and other motions. The JPML has not allowed the pendency of such motions to interfere with its transfer orders in the past. *See In re Oil Spill by the "Amoco Cadiz" Off the Coast Of France On March 16, 1978*, 471 F. Supp. 473, 478 (J.P.M.L. 1979) ("We see no reason to delay transfer in this litigation because of the pendency of motions to dismiss certain of the constituent actions. These motions can be presented to and decided by the transferor judge following transfer"); *In re Cement and Concrete Antitrust Litigation*, 465 F. Supp. 1299, 1301 (J.P.M.L. 1979) ("We see no reason to defer

decision on the question of transfer because of the pendency of certain motions for dismissal in these actions"); *In re Commonwealth Oil/Tesoro Petroleum Securities Litigation*, 458 F. Supp. 225, 230 (J.P.M.L. 1978) ("The pendency in Bouchard of certain motions to dismiss is not a persuasive reason to delay transfer in this litigations. These motions can be presented to and decided by the transferee judge following transfer"). Thus, even if Plaintiff's motion to dismiss was properly pending in Cause 25, JPML should not make an exception and should not defer transferring this case to the MDL court.

This action is one of many filed across the country against manufacturers and sellers of various products, including welding consumables, purported to contain asbestos, in which plaintiffs allege that exposure to asbestos from these products caused plaintiffs to develop pulmonary injuries such as asbestosis, lung cancer, and mesothelioma. (Ekmekchyan Decl. at ¶¶ 18, 19.) Although the circumstances of each plaintiff's claims will differ from plaintiff to plaintiff, these cases involve the same basic allegations against defendants, including that defendants are liable under strict liability and negligence theories, for pulmonary injuries associated with asbestos in the products. (*Id.* at ¶ 19.)

In the Order establishing MDL No. 875, the JPML stated that the transferred actions involved "common questions of fact relating to injuries or wrongful death allegedly caused by exposure to asbestos or asbestos containing products." *In re Asbestos Prods. Liab. Litig. (No. VI)*, 771 F.Supp. 415, 417 (J.P.M.L. 1991). Accordingly, the JPML concluded that "centralization under § 1407 in the Eastern District of Pennsylvania will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation." *Id.* There currently are more than 200 cases in MDL No. 875 that involve allegations

of pulmonary injury from various products, including welding consumables allegedly manufactured by defendants like Lincoln. (Ekmekchyan Decl. at ¶ 20.)

Certainly, neither Plaintiff nor the University argue that there are no common questions of fact between her action and those pending in the MDL court for pretrial proceedings. Indeed, Plaintiff essentially concedes this as she alleges that Plaintiff's decedent died of mesothelioma and "Defendants were sued as the manufacturers of asbestos-containing products to which [Plaintiff's decedent] was exposed." (Plaintiff's Brief in Support of Motion to Vacate Conditional Transfer Order, at pp. 1-2.) As such, it would be more economical and convenient to conduct pretrial proceedings regarding those common issues in one forum as envisioned by the JPML in establishing MDL 875.

Transfer of this case to the MDL court will prevent duplication of discovery for Lincoln and other defendants already involved in the MDL proceedings. Moreover, the possibility of conflicting rulings, even with regard to motions for dismissal, will be eliminated. Most importantly, however, the transfer of this case will conserve the resources of the judiciary and parties by having only the MDL court decide pretrial issues since it is already well versed in issues common to all asbestos cases pending before it. Therefore, looking at the asbestos multidistrict litigation as a whole, it is apparent that a transfer of this case is needed. *See In re Stirling Homex Corporation Securities Litigation*, 442 F. Supp. 547, 550 (J.P.M.L. 1977) ("The Panel's statutory mandate is to weigh the interests of all parties and to consider multidistrict litigation as a whole in light of the purposes of Section 1407").

Besides arguing on the basis of an improper motion for voluntary dismissal in Cause 25, Plaintiff has not presented any facts or arguments that the purposes of Section 1407 would not be served by transfer of this case to the MDL court. The University's argument is similarly myopic

in focusing only on Plaintiff's motion for dismissal, as opposed to the purposes of Section 1407 in the context of the entire litigation that is the subject of MDL 875.

Since the University has already been dismissed from both Cause 25 and Cause 27 pursuant to Judge Parker's order of April 29, 2005, its motion to vacate conditional order No. 243 should be disregarded by JPML. However, even if the University's motion is taken up on its merits, it should not affect the transfer of this case to the MDL court. In fact, the only case the University cites for its position either is completely inapposite or instead supports the position of the Transferring Defendants.

In *In re U.S. Navy Variable Reenlistment Bonus Litigation*, there were 25 actions pending in nine different district courts and the plaintiffs in only three of these actions moved the JPML to establish a new MDL court for coordinated or consolidating pretrial proceedings. *In re U.S. Navy Variable Reenlistment Bonus Litigation*, 407 F. Supp. 1405, 1406 (J.P.M.L. 1976). All defendants and plaintiffs in seventeen of the remaining actions opposed the motion. *Id.* In addition, there were at least two cases that were pending in two different courts of appeals. *Id.* at n.1. Under these circumstances, the JPML refused to establish a MDL court, reasoning that "since appeals in this litigation are presently pending before the Courts of Appeal for the Fourth and Ninth Circuits, and since the disposition of those appeals could have a substantial if not dispositive effect on ***all the actions pending in districts within those circuits***, leaving only a single action in another jurisdiction, we believe that the most prudent course to follow is to deny transfer under Section 1407." *Id.* at 1407 (emphasis added).

As is apparent from the facts and JPML's reasoning above, *In re U.S. Navy Variable Reenlistment Bonus Litigation* is completely inapplicable to the facts in this case. Unlike here, there was no motion for dismissal pending in any of the cases involved in that case.

Additionally, the JPML was deciding whether to establish coordinated or consolidated proceedings in one MDL court for *all* the cases and was not seeking to transfer only one case to an existing MDL as here.  Moreover, there were pending appeals which could have dispositive effect on the *entire* litigation and not just in one case as here.  Therefore, *In re U.S. Navy Variable Reenlistment Bonus Litigation* is clearly distinguishable on its facts from the case here.

Indeed, the only applicable principle to be taken away from *In re U.S. Navy Variable Reenlistment Bonus Litigation* is the court's continuous focus on the litigation as a whole in evaluating the convenience of parties and witnesses, and the just and efficient conduct of the cases.  This is the proper inquiry under Section 1407.  Both Plaintiff and the University fail to proffer any factors that would make the transfer of this case contrary to the purposes of Section 1407.  The Transferring Defendants, having shown that purposes of Section 1407 will best be served by a transfer, respectfully request that this case be transferred to MDL 875.

///

///

///

### III.   CONCLUSION

There is no motion for dismissal properly pending in the transferor court in Cause 25 because the transferor court has stayed all proceedings in that case.  Hence, nothing stands in the way of JPML transferring this case to the MDL court.  In fact, weighing the interests of all parties and considering MDL 875 as a whole in light of the purposes of Section 1407, the JPML should transfer Cause 25 to the MDL court even had there been no stay in proceedings in this case.  Plaintiff can easily present any pretrial issues, including a motion for dismissal, to the MDL court for resolution.

Dated:  May _2_ , 2005

Respectfully submitted,

By _____
        Albert B. Norris
        Thomas J. Yoo
        Pavel Ekmekchyan
        Reed Smith LLP
        355 S. Grand Avenue
        Suite 2900
        Los Angeles, CA 90071
        (213) 457-8000

        COUNSEL FOR DEFENDANTS THE
        LINCOLN ELECTRIC COMPANY
        AND LINCOLN ELECTRIC
        HOLDINGS, INC.
        DOCSLA-15477883.3

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 4 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCT LIABILITY           MDL Docket No. 875
LITIGATION

This Brief Relates to:

HARRIET I. RUIZ, as PERSONAL
REPRESENTATIVE OF RAYMOND M.
RUIZ, DECEASED,

         Plaintiff,

vs.

THE ZIA COMPANY, REGENTS OF THE
UNIVERSITY OF CALIFORNIA,
MOUNTAIN STATES INSULATORS,
INC., UNION CARBIDE CORPORATION,
GEORGIA PACIFIC CORPORATION,
Individually and as successor in interest to
BESTWALL GYPSUM COMPANY,
LINCOLN ELECTRIC HOLDINGS, INC.
and THE LINCOLN ELECTRIC
COMPANY,

         Defendants.

from the

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

Civil Action No. NM 6 05-25

Assigned to the Honorable Judith Herrera

**DECLARATION OF PAVEL EKMEKCHYAN IN SUPPORT OF DEFENDANTS**

**THE LINCOLN ELECTRIC COMPANY AND LINCOLN ELECTRIC HOLDINGS,**

**INC.'S OPPOSITION TO PLAINTIFF'S AND REGENTS OF THE UNIVERSITY OF**

**CALIFORNIA'S MOTIONS TO VACATE CONDITIONAL TRANSFER ORDER NO.**

**243**

I, Pavel Ekmekchyan, declare:

1.       I am an attorney duly admitted to practice law in the State of California, and an associate at Reed Smith LLP, counsel for defendants The Lincoln Electric Company and Lincoln Electric Holdings, Inc. (collectively, "Transferring Defendants"). I have personal knowledge of the following facts, except those stated on information and belief, and could and would competently testify to them.

2.       This declaration is submitted in support of the Transferring Defendants' Opposition to Plaintiff's and UC Regents' Motion to Vacate Conditional Transfer Order 243.

3.       This is an action arising out of Plaintiff's allegations that her decedent succumbed to mesothelioma allegedly due to his exposure to asbestos from the products and premises of the named defendants. Attached as Exhibit "A" is a true and correct copy of Plaintiff's complaint. On January 10, 2005, the Transferring Defendants removed the state court action to the United States District Court for the District of New Mexico based on diversity jurisdiction. This case was eventually assigned to Judge Judith C. Herrera ("transferor court") under number CIV-05-00025 JH/WDS (hereinafter "Cause 25").

4.       Plaintiff did not seek to amend the complaint to name non-diverse defendant(s) and did not move to remand Cause 25 to state court.

5.      On the same day, defendant Regents of the University of California (the "University") also removed this case to the United States District Court for the District of New Mexico based on federal question jurisdiction.  This case was assigned to U.S. Magistrate Judge Don J. Svet under number CIV-05-0027 DJS/ACT (hereinafter "Cause 27").  On April 11, 2005, Cause 27 was reassigned to Senior District Judge James A. Parker.  Plaintiff did not seek to dismiss the defendants giving rise to federal question jurisdiction and did not move to remand Cause 27 to state court.

6.      On January 11, 2005, the Transferring Defendants filed a Notice of Tag-Along Action with the Judicial Panel on Multidistrict Litigation ("JPML"), for transfer of Cause 25 to MDL 875-*In Re Asbestos Products Liability Litigation* (No. VI).  A notice of filing Notice of Tag-Along-Action was filed with the transferor court on January 14, 2005.  Plaintiff did not object to the Notice of Tag-Along Action.

7.      On January 14, 2005, the Transferring Defendants filed a Motion to Stay Proceedings and Memorandum of Points and Authorities asking the transferor court to stay any further action in Cause 25 until the JPML determines whether the "tag-along" action should be transferred to MDL 875 pending in the United States District Court for the Eastern District of Pennsylvania ("MDL court").  Plaintiff filed no opposition and did not request an extension of time to do so.

8.      The only opposition to the Motion to Stay was filed by the University, which only objected to the stay "to the extent that it would delay a ruling on the University's Motion to Dismiss currently pending before another court in this District [, i.e. Cause 27]."  Attached as Exhibit "B" is a true and correct copy of the University's Response in Opposition to Motion to Stay Proceedings.

9. On January 18, 2005, the University filed a Motion to Dismiss Plaintiff's Complaint in Cause 27. To date, this motion has not been ruled on even though Plaintiff did not oppose it. Furthermore, on January 31, 2005, the University filed a motion to consolidate Cause 27 with Cause 25. Said motion to date has not been ruled on although it too was unopposed.

10. On February 18, 2005, Magistrate Judge W. Daniel Schneider entered an order in Cause 25, staying all proceedings. Attached as Exhibit "C" is a true and correct copy of the transferor court's order in Cause 25. The only reservation in the order was that it would have no impact on the court in Cause 27 acting upon the University's Motion to Dismiss. There was no such allowance made for motions for voluntary dismissal by Plaintiff.

11. Plaintiff did not file a motion for reconsideration of the stay order.

12. On March 15, 2005, the JPML issued a Conditional Transfer Order 243, conditionally transferring Cause 25 to the United States District Court for the Eastern District of Pennsylvania.

13. On March 28, 2005, Plaintiff filed a motion for voluntary dismissal of Cause 27 without prejudice as to the Transferring Defendants, while offering to dismiss the University and Mountain States Insulators, Inc. with prejudice. Attached as Exhibit "D" is a true and correct copy of Plaintiff's Motion for Voluntary Dismissal filed in Cause 27. However, in her motion for dismissal, Plaintiff did not advise the court of the probable transfer of Cause 25 to the MDL pursuant to the CTO that had been issued.

14. On April 14, 2005, Plaintiff filed with the JPML her motion to vacate conditional transfer order 243, in it claiming that she had a motion for voluntary dismissal

pending in Cause 25.  In fact, contrary to her assertions, Plaintiff did not have a motion for voluntary dismissal pending in Cause 25.

15.     On April 20, 2005, Plaintiff filed her motion for voluntary dismissal in Cause 25.

16.     Also on April 20, 2005, the Transferring Defendants were informed by counsel for the University that Plaintiff has agreed to dismiss the University in both Cause 25 and Cause 27 with prejudice.  On April 27, 2005, the University submitted Order of Dismissal With Prejudice for the court's approval based on the agreement reached between the University and Plaintiff.  Attached as Exhibit "E" is a true and correct copy of the submitted Order.

17.     On April 29, 2005, Judge Parker entered the order submitted by the University, dismissing the University with prejudice from both Cause 25 and Cause 27. Attached as Exhibit "F" is a true and correct copy of Judge Parker's order and a cover letter.  In this cover letter, Judge Parker also indicates that a similar proposed order submitted by defendant Mountain States Insulators, Inc. will be granted in the same manner.

18.     I am informed, and on that basis believe, that to date the claims of more than 100,000 asbestos personal injury and wrongful death plaintiffs have been transferred to the Eastern District of Pennsylvania to join other asbestos personal injury and wrongful death cases that have been transferred for coordinated pretrial proceedings as part of MDL No. 875, *In re Asbestos Products Liability Litigation* (E.D. Pennsylvania) (Weiner, J.).  I am unaware of any federal asbestos personal injury or wrongful death case the JPML has refused to transfer upon request, including actions removed to federal court from state court.  I am informed, and on that basis believe, that some non-personal injury, commercial asbestos cases have been rejected by the JPML in the past.

19.    This action is one of many filed in various jurisdictions against various manufacturers and sellers of products, including welding consumables, purportedly containing asbestos in which plaintiffs allege that exposure to these products caused plaintiffs to develop pulmonary injuries, such as asbestosis, mesothelioma, and lung cancer.

20.    I am informed, and on that basis believe, that there are more than 200 cases against manufacturers and sellers of welding consumables, such as the Transferring Defendants The Lincoln Electric Company and Lincoln Electric Holdings, in MDL No. 875.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on May 2, 2005, in Los Angeles, California.

_____
Pavel Ekmekchyan

DOCSLA-15479712.1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 4 2005

FILED
CLERK'S OFFICE

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071. On May 4, 2005, I served the following document(s) by the method indicated below:

**DEFENDANTS THE LINCOLN ELECTRIC COMPANY AND LINCOLN ELECTRIC HOLDINGS, INC.'S OPPOSITION TO PLAINTIFF'S AND REGENTS OF THE UNIVERSITY OF CALIFORNIA'S MOTIONS TO VACATE CONDITIONAL TRANSFER ORDER NO. 243**

☐   by transmitting via facsimile on this date from fax number 213.457.8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐   by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐   by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

SEE ATTACHED MAILING LIST

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on May 4, 2005, at Los Angeles, California.

_____
Patty Keen

---

PROOF OF SERVICE

| | | |
|---|---|---|
| Kay Andrews<br>Brown McCarroll<br>111 Congress Avenue, Suite 1400<br>Austin, Texas 78701-4043 | Richard C. Binzley<br>Thompson Hine, LLP<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | Alexander M. Bullock<br>Evert & Weathersby, LLC<br>3405 Piedmont Road, N.E., Suite 225<br>Atlanta, GA 30305 |
| Cynthia W. Antonucci<br>Harris Beach, LLP<br>805 3rd Avenue, 20th Floor<br>New York, NY 10022 | Mary P. Birk<br>Baker & Hostetler, LLP<br>303 East 17th Avenue, Suite 1100<br>Denver, CO 80203 | R. Michael Burke<br>Office of the U.S. Attorney<br>Prince Kuhio Federal Building, Suite 6100<br>300 Ala Moana Boulevard<br>Honolulu, HI 96850 |
| Darryl E. Atkinson<br>Brown McCarroll<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701-4043 | Janet W. Black<br>Donaldson & Black, P.A.<br>208 West Wendover Avenue<br>Greensboro, NC 27401 | Lisa N. Busch<br>Weitz & Luxenberg<br>180 Maiden Lane<br>New York, NY 10038 |
| Mel D. Bailey<br>Bailey Crowe & Kugler, LLP<br>4600 Bank of America Plaza<br>901 Main Street<br>Dallas, TX 75202 | Susan Deann Bomar<br>Swift, Currie, McGhee & Hiers<br>1355 Peachtree Street, N.E.<br>The Peachtree, Suite 300<br>Atlanta, GA 30309-3231 | Edward J. Cass<br>Gallagher, Sharp, Fulton & Norman<br>Bulkley Building, 7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 |
| S.A. Baker, Jr.<br>Balch & Bingham LLP<br>P.O. Box 306<br>Birmingham, AL 35201-0306 | Joel M. Bondurant, Jr.<br>Haynsworth, Sinkler, Boyd, P.A.<br>P.O. Box 2048<br>Greenville, SC 29402-0059 | William T. Causby<br>Nelson, Mullins, Riley & Scarborough<br>1330 Lady Street<br>Keenan Bldg., 3rd floor<br>P.O. Box 11070<br>Columbia, SC 29211-1070 |
| Robert R. Baugh<br>Sirote & Permutt, P.C.<br>2222 Arlington Avenue South<br>P.O. Box 55727<br>Birmingham, AL 35255 | Timothy W. Bouch<br>Leath, Bouch & Crawford<br>P.O. Box 59<br>Charleston, SC 29402-0059 | C. Paul Cavender<br>Burr & Forman LLP<br>South Trust Tower, Suite 3100<br>420 North 20th Street<br>Birmingham, AL 35203 |
| Arthur O. Beach<br>Keleher & McLeod<br>P.O. Drawer AA<br>Albuquerque, NM 87103 | Donald E. Britt, Jr.<br>Britt Law Firm<br>720 North Third Street, Suite 401<br>Wilmington, NC 28401 | Troy Chandler<br>500 Dallas Street, #3100<br>Houston, TX 770022 |
| Jeffrey M. Bell<br>Ritter, Chusid, Bivona & Cohen, LLP<br>7000 West Palmetto Park Road, Suite 305<br>Boca Raton, FL 33433 | T. Michael Brown<br>Bradley Arant Rose & White, LLP<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 | Adam M. Chud<br>Shea & Gardner<br>1800 Massachusetts Avenue, N.W.<br>Washington, DC 20036 |
| Richard V. Bennett<br>Bennett & Guthrie, P.L.L.C.<br>1560 Westbrook Plaza Drive<br>Winston-Salem, NC 27103 | Thomas More Buckley<br>Patterson, Dilthey, Clay, Bryson & Anderson<br>4020 WestChase Boulevard, Suite 550<br>Raleigh, NC 27607 | Misty Brickey Cole<br>Forman, Perry, Watkins, Krutz & Tardy<br>2001 Bryan Street, Suite 1300<br>Bryan Tower<br>Dallas, TX 75201-3008 |
| V. Brian Bevon<br>Motley Rice, LLC<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465 | Rodd R. Buell<br>Law Office of Rodd R. Buell, P.A.<br>12773 West Forest Hill Boulevard, Suite 205<br>Wellington, FL 33414 | Susan J. Cole<br>Bice Cole Law Firm<br>2801 Ponce De Leon Boulevard, Suite 550<br>Coral Gables, FL 33134-6920 |

| | | |
|---|---|---|
| S. Christopher Collier<br>Hawkins & Parnell<br>4000 Sun Trust Plaza<br>303 Peachtree Street, N.E.<br>Atlanta, GA 30308-3243 | Robin O'Day Dettmer<br>Lewis C. Miltenberger & Associates<br>108 W. 8th Street, Suite 500<br>Fort Worth, TX 76102 | Jenelle R. Evans<br>Balch & Bingham LLP<br>P.O. Box 306<br>Birmingham, AL 35201 |
| Keith E. Coltrain<br>Elmore & Walls, PA<br>P.O. Box 10937<br>Raleigh, NC 27605 | David R. Donadio<br>Brayton & Purcell<br>222 Rush Landing Road<br>Novato, CA 94945 | Robert C. Ewald<br>Wyatt, Tarrant & Combs, LLP<br>500 West Jefferson Street<br>2800 Citizens Plaza<br>Louisville, KY 40202 |
| William David Conner<br>Haynsworth Sinkler Boyd<br>75 Beattie Place<br>Eleventh Floor<br>P.O. Box 2048<br>Greenville, SC 29602 | David P. Donahue<br>Maynard Cooper & Gale PC<br>AmSouth/Harbert Plaza, Suite 2400<br>1901 6th Avenue North<br>Birmingham, AL 35203-2618 | James J. Fabian<br>Pfeifer & Fabian<br>326 Saint Paul Place, Suite 100<br>Baltimore, MD 21202 |
| Jerry L. Coyle<br>Law Office of Jerry L. Coyle<br>2183 Buckingham Road<br>LB 412<br>Richardson, TX 75081 | Thomas F. Dougall<br>Law Office of Thomas F. Dougall<br>1713 Woodcreek Farms Road<br>Elgin, SC 29045 | Mark J. Fellman<br>Fellman Law Office<br>213 4th Street, East, Suite 200<br>St. Paul, MN 55101 |
| Richard M. Crump<br>Forman, Perry, Watkins, Krutz & Tardy<br>P.O. Box 22608<br>Jackson, MS 39225-2608 | Helen K. Downs<br>Johnston, Barton, Proctor & Powell<br>2900 AmSouth/Harbert Plaza<br>1901 6th Avenue North<br>Birmingham, AL 35203-2618 | Timothy J. Ferguson<br>Bell & Melamed<br>1451 West Cypress Creek Road, Suite 300<br>Ft. Lauderdale, FL 33309 |
| Blane H. Crutchfield<br>P.O. Box 123<br>Mobile, AL 36601 | David Duke<br>Duke Law Firm<br>236 Westview Terrace<br>Arlington, TX 76013 | Tim L. Fields<br>Modrall, Sperling, Roehl, Harris & Sisk<br>P.O. Box 2168<br>Albuquerque, NM 87103 |
| David A. Damico<br>Burns, White & Hickton, LLC<br>Four Northshore Center<br>106 Isabella Street<br>Pittsburgh, PA 15212 | David M. Duke<br>Young, Moore & Henderson, P.A.<br>P.O. Box 31627<br>Raleigh, NC 27622-1330 | David S. Fishback<br>U.S. Dept. of Justice<br>Torts Branch, Civil Division<br>P.O. Box 340<br>Ben Franklin Station<br>Washington, DC 20044 |
| Dana Hefter Davis<br>P.O. Box 31627<br>Raleigh, NC 27622 | Rocky W. Eaton<br>Aultman, Tyner & Ruffin, Ltd.<br>315 Hemphill Street<br>P.O. Drawer 750<br>Hattiesburg, MS 39403-0750 | Evelyn M. Fletcher<br>Hawkins & Parnell<br>4000 Sun Trust Plaza<br>303 Peachtree Street, N.E.<br>Atlanta, GA 30308-3243 |
| Shayana B. Davis<br>Johnston Barton Proctor & Powell LLP<br>1901 6th Avenue North<br>AmSouth/Harbert Plaza, Suite 2900<br>Birmingham, AL 35203-2618 | Susan E. Egeland<br>Hawkins, Parnell & Thackston<br>4514 Cole Avenue, Suite 550<br>Dallas, TX 75202 | James T. Foley<br>Foley & Boyd<br>First Place, Suite 404<br>Tyler, TX 75702 |
| Timothy M. Davis<br>Adams and Reese/Lange Simpson, LLP<br>2100 Third Avenue North<br>Concord Center, Suite 1100<br>Brimingham, AL 35203-3367 | James H. Elliott, Jr.<br>Barnwell, Whaley, Patterson & Helms<br>885 Island Park Drive<br>Charleston, SC 29492-0197 | Camille K. Fong<br>McKenna, Long & Aldridge, LLP<br>Steuart Street Tower<br>One Market Street Plaza<br>San Francisco, CA 94105 |
| Rodney A. Dean<br>Dean & Gibson, LLP<br>Cameron Brown Building, Suite 900<br>301 S. McDowell Street<br>Charlottte, NC 28204 | Richard W. Ellis<br>Ellis & Winters, LLP<br>P.O. Box 33550<br>Raleigh, NC 27636 | Raymond P. Forceno<br>Forceno& Hannon<br>111 S. Independence Mall East<br>The Bourse, Suite 1000<br>Philadelphia, PA 19106-2574 |

| | | |
|---|---|---|
| Roger C. Foster<br>Laney & Foster, P.C.<br>Two Perimeter Park South<br>Suite 404, East<br>P.O. Box 43798<br>Birmingham, AL 35243-0798 | Ben E. Girtman<br>1020 East Lafayette Street, Suite 207<br>Tallahassee, FL 32301 | Anthony C. Harlow<br>Starnes & Atchison<br>100 Brookwood Place, Seventh Floor<br>P.O. Box 598512<br>Birmingham, AL 35259 |
| Sydney F. Frazier<br>Cabaniss, Johnston, Gardner, Dumas &<br>O'Neal<br>Amsouth-Sonat Tower, Suite 1700<br>P. O. Box 830612<br>Birmingham, AL 35283-0612 | Richard S. Glasser<br>Glasser & Glasser, PLC<br>Crown Center Building, Suite 600<br>580 East Main Street<br>Norfolk, VA 23510 | James A. Harris, III<br>Harris & Harris, LLP<br>Colonial Bank Building, Suite 450<br>2501 20th Place, South<br>Birmingham, AL 35223 |
| George W. Freeman<br>Hawkins, Parnell & Thackston<br>4514 Cole Avenue, Suite 550<br>Dallas, TX 75202 | Laura Devaughn Goodson<br>Forman, Perry, Watkins, Krutz &<br>Tardy<br>P.O. Box 22608<br>Jackson, MS 39225-2608 | John R. Henderson<br>Brown McCarroll<br>2000 Trammel Crow Center<br>2001 Ross Avenue<br>Dallas, TX 75201 |
| Peter J. Frommer<br>Ruden, McClosky, Smith, et al<br>701 Brickell Avenue, Suite 1900<br>Miami, FL 33131 | William M. Graham<br>Wallace & Graham, P.A.<br>525 North Main Street<br>Salisbury, NC 28144 | Michael Hendryx<br>Strong, Pipkin, Bissell & Ledyard<br>1111 Bagby Street, Suite 2300<br>Houston, TX 77002-2546 |
| Ellen B. Furman<br>Goldfein & Hosmer<br>1600 Market Street, 33rd Floor<br>Philadelphia, PA 19103 | Marc C. Greco<br>Glasser & Glasser, P.L.C.<br>Crown Center Building, Suite 600<br>580 East Main Street<br>Norfolk, VA 23510 | Bruce L. Her<br>Los Alamos National Laboratory<br>Office of Laboratory Counsel, Stop A-<br>187<br>P.O. Box 1663<br>Los Alamos, NM 87545 |
| James D. Gandy, III<br>Pierce, Herns, Sloan & McLeon<br>P.O. Box 22437<br>Charleston, SC 29413 | Jennifer L. Green<br>Kacal, Adams & Law<br>900 Jackson Street, Suite 600<br>Dallas, TX 75202 | James Gordon House, III<br>Atchison, Crosby, Saad & Beebe<br>3030 Knollwood Drive<br>Mobile, AL 36693 |
| James M. Gary<br>Weber & Rose, P.S.C.<br>2400 Aegon Center<br>400 West Market Street<br>Louisville, K& 40202 | James B. Greer<br>Bailey Crowe & Kugler, LLP<br>Bank of America Plaza, Suite 4600<br>901 Main Street<br>Dallas, TX 75202 | Clifton Wayne Jefferis<br>Forman Perry Watkins Krutz & Tardy<br>P.O. Box 22608<br>Jackson, MS 39225-2608 |
| Michelle M. Gervais<br>Duane Morris, LLP<br>200 S. Biscayne Boulevard, Suite 3400<br>Miami, FL 33131 | Lucien C. Gwin, Jr.<br>Gwin, Lewis & Punches<br>P.O. Box 1344<br>Natchez, MS 39121-1344 | Virginia E. Johnson<br>Foley & Mansfield<br>4770 Biscayne Boulevard, #1030<br>Miami, FL 33137-3258 |
| Vicki L. Gilliam<br>Forman, Perry, Watkins, Krutz & Tardy,<br>LLC<br>P.O. Box 22608<br>Jackson, MS 39225-2608 | S. Robert Hammond, Jr.<br>Bryant, Clark, Dukes, Blakeslee, et al<br>P.O. Box 16567<br>106 Madison Plaza<br>Hattiesburg, MS 39404-6567 | A. Timothy Jones<br>Hawkins & Parnell<br>4000 One Peachtree Center<br>303 Peachtree Street, N.E.<br>Atlanta, GA 30308 |
| Walter T. Gilmer, Jr.<br>McDowell, Knight, Roedder & Sledge<br>P.O. Box 350<br>Mobile, AL 36601 | Susan M. Hanson<br>Brownson & Ballou<br>4800 U.S. Bank Place<br>601 Second Avenue, South<br>Minneapolis, MN 55402 | G. Patterson Keahey<br>Law Offices of G. Patterson Keahey, Jr.<br>One Independence Plaza, Suite 612<br>Birmingham, AL 35209 |
| | Dana S. Hardy<br>Simons & Slattery<br>P.O. Box 5333<br>Santa Fe, NM 87502-5333 | Christopher M. Kelly<br>Gallivan, White & Boyd, P.A.<br>P.O. Box 10589<br>Greenville, SC 29603 |

| | | |
|---|---|---|
| Thomas A. Kendrick<br>Norman, Wood, Kendrick & Turner<br>1500 Liberty National Building<br>2001 Third Avenue, South<br>Birmingham, AL 35233-2101 | David M. Lipman<br>David P. Lipman, P.A.<br>5901 W.W. 74th Street, Suite 304<br>Miami, FL 33143 | L. Michael Messina<br>20 First Plaza, N.W., #306<br>Albuquerque, NM 87102 |
| James G. Kennedy<br>Pierce, Herns, Sloan & McLeod<br>The Blake House<br>321 East Bay Street<br>P.O. Box 22437 | Gene Locks<br>Greitzer & Locks<br>1500 Walnut Street<br>Philadelphia, PA 19102 | William H. Mills<br>Redden, Mills & Clark<br>940 1st Alabama Bank Building<br>505 20th Street North<br>Birmingham, AL 35203 |
| Timothy W. Knight<br>Kee & Selby LLP<br>1900 International Park Drive, Suite 220<br>Birmingham, AL 35243 | Jennine R. Lunceford<br>Thompson & Knight, LLP<br>1700 Pacific Avenue, Suite 3300<br>Dallas, TX 75201-4693 | William T. Mills, II<br>Porterfield, Harper & Mills, P.A.<br>22 Inverness Center Parkway, Suite 500<br>P.O. Box 530790<br>Birmingham, AL 35253-0790 |
| Chris N. Kolos<br>Holland & Knight, LLP<br>200 S. Orange Avenue, Suite 2600<br>Orlando, FL 32801 | Genevieve MacSteel<br>Mcguire Woods, LLP<br>1345 Avenue of the Americas, 7th Floor<br>New York, NY 10105 | Lewis Charles Miltenberger<br>Lewis C. Miltenberger & Associates<br>108 W. 8th Street, Suite 500<br>Fort Worth, TX 76102 |
| Reginald S. Kramer<br>Oldham & Dowling<br>195 South Main Street, Suite 300<br>Akron, OH 44308-1314 | Kimberly P. Mangum<br>Barfield & Associates<br>P.O. Drawer 3979<br>233 East Capitol Street<br>Jackson, MS 39207-3939 | Peter A. Moir<br>Quilling, Selander, Cummiskey, et al<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201 |
| Kenneth K. Kyre, Jr.<br>Pinto, Coates, Kyre & Brown, P.L.L.C.<br>P.O. Box 4848<br>Greensboro, NC 27404 | Christopher O. Massenburg<br>Aultman, Tyner, Ruffin & Yarborough<br>P.O. Box 750<br>315 Hemphill Street<br>Hattiesburg, MS 39403-0750 | Ronald L. Motley<br>Motley Rice, LLC<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29464 |
| Thomas J. Lamb<br>Law Offices of Thomas J. Lamb, P.A.<br>Lumina Station, Suite 225<br>1908 Eastwood Road<br>Wilmington, NC 28403 | Timothy Kent Masterson<br>Spence, Ricke, Sweeney & Gernes<br>600 Degree of Honor Building<br>325 Cedar Street<br>St. Paul, MN 55101 | Christine Marie North<br>Pond North LLP<br>505 Montgomery Street, 13th<br>Floor<br>San Francisco, CA 94111 |
| Carter T. Lambeth<br>Johnson & Lambeth<br>232 Princess Street<br>P.O. Box 660<br>Wilmington, NC 28402 | Valerie T. Matherne<br>Two Lakeway Center<br>3850 North Causeway Blvd., Suite 1960<br>Metairie, LA 70002 | Robert F. Northcutt<br>Capell & Howard<br>150 South Perry Street<br>Montgomery, AL 36104-4045 |
| David C. Landin<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Moffatt Grier McDonald<br>Haynsworth Sinkler Boyd<br>P.O. Box 2048<br>Greenville, SC 29602 | Richard P. O'Leary<br>McCarter & English, LLP<br>245 Park Avenue, 27th Floor<br>New York, NY 10022 |
| Frank E. Lankford, Jr.<br>Huie, Fernambucq & Stewart<br>2801 Highway 280 South<br>Birmingham, AL 35223-2484 | Edward Bailey McDonough, Jr.<br>Edward B. McDonough, Jr., P.C.<br>P.O. Box 1943<br>Mobile, AL 36633 | Jeffrey T. Ono<br>Galiher, DeRobertis, Nakamura, Ono & Takitani<br>610 Ward Avenue, Suite 200<br>Honolulu, HI 96814-3308 |
| Richard M. Lauth<br>Evert & Weathersby, LLC<br>3405 Piedmont Road, Suite 225<br>Atlanta, GA 30305 | Frank E. McRae, III<br>Smith Reeves & Yarborough, PLLC<br>6360 I-55 North, Suite 201<br>Jackson, MS 39211 | |

| | | |
|---|---|---|
| Peter T. Paladino, Jr.<br>Goldberg Persky Jennings & White<br>Ketchum Center, 3rd Floor<br>1030 5th Avenue<br>Pittsburgh, PA 15219 | Timothy Peck<br>Smith Moore LLP<br>P.O. Box 21927<br>Greensboro, NC 27420 | John J. Repcheck<br>Marks, O'Neill, O'Brien & Courtney<br>3200 Gult Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 |
| Ann I. Park<br>Pond North, LLP<br>350 North Grand Avenue, Suite 2850<br>Los Angeles, CA 90071 | Randi C. Peresich<br>Page, Mannino, Peresich & Mcdermott<br>P.O. Drawer 289<br>Biloxi, MS 39533-0289 | Kenneth D. Rhodes<br>Dunn, Kacal, Adams, Pappas & Law<br>America Tower<br>One Riverway, Suite 1200<br>Houston, TX 77056 |
| E. Spencer Parris<br>Jones, Martin, Parris & Tessener<br>410 Glenwood Avenue, Suite 200<br>Raleigh, NC 27603 | Alfred H. Perkins, Jr.<br>Starnes & Atchison<br>100 Brookwood Place, Seventh Floor<br>P.O. Box 598512<br>Birmingham, AL 35259 | J. Michael Riley<br>Jones, Martin, Parris & Tessener<br>410 Glenwood Avenue, Suite 200<br>Raleigh, NC 27603 |
| Donald C. Partridge<br>Forman, Perry, Watkins, Krutz & Tardy<br>200 South Lamar Street<br>City Centre, Suite 100S<br>Jackson, MS 39225-2608 | Joseph Stuart Pevsner<br>Thompson & Knight, LLP<br>1700 Pacific Avenue, Suite 3300<br>Dallas, TX 75201 | Bill Robins, III<br>Robins, Cloud, Greenwood & Lubel<br>910 Travis, Suite 2020<br>Houston, TX 77002 |
| Donald C. Partridge<br>Peters, Redditt, Willoughby, Zoghby &<br>Carbo<br>P.O. Drawer 1129<br>Mobile, AL 36633 | Diane M. Pompei<br>Sedgwick, Detert, Moran & Arnold<br>Three Gateway Center, 12th Floor<br>Newark, NJ 07102 | Robert M. Rolfe<br>Hunton & Williams<br>Riverfront Plaza<br>951 East Byrd Street<br>Richmond, VA 23219 |
| Lisa M. Pascarella<br>Pehlivanian & Braaten, LLC<br>2430 Route 34<br>P.O. Box 648<br>Manasquan, NJ 08736 | John M. Radicia<br>Page, Mannino, Peresich, Dickinson &<br>McDermott<br>P.O. Drawer 289<br>Biloxi, MS 39533-0289 | Tom S. Roper<br>Carr, Allison, Pugh, Howard, Oliver &<br>Sisson<br>100 Vestavia Parkway, Suite 200<br>Birmingham, AL 35216 |
| Donald C. Patridge<br>Forman, Perry, Watkins, Krutz & Tardy<br>200 South Lamar Street<br>City Centre, Suite 100S<br>Jackson, MS 39201 | W. Larkin Radney, IV<br>Lightfoot, Franklin & White LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203 | John D. Roven<br>Roven, Kaplan & Wells<br>2190 North Loop West, Suite 410<br>Houston, TX 77018 |
| Lisa M. Pascarella<br>Pehlivanian &Braaten, LLC<br>2430 Route 34<br>P.O. Box 648<br>Manasquan, NJ 08736 | Feliz A. Rael<br>Atkinson & Thal<br>201 Third Street, N.W., #1850<br>Albuquerque, NM 87102 | Joseph D. Satterley<br>Sales, Tillman, Wallbaum, Catlett &<br>Satterley<br>1900 Waterfront Plaza<br>325 West Main Street<br>Louisville, KY 40202 |
| Donald C. Patridge<br>Forman, Perry, Watkins, Krutz & Tardy<br>200 South Lamar Street<br>City Centre, Suite 100S<br>Jackson, MS 39201 | F. Grey Redditt, Jr.<br>Vickers, Riis, Murray & Curran<br>P.O. Drawer 2568<br>Mobile, AL 36652-2568 | Richard D. Schuster<br>Vorys, Sater, Seymour & Pease, LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216 |
| Monica F. Patterson<br>Hawkins & Parnell<br>4000 Sun Trust Plaza<br>303 Peachtree Street, N.E.<br>Atlanta, GA 30308-3243 | William C. Reeves<br>Smith, Reeves & Yarborough, PLLC<br>6360 I-55 North, Suite 201<br>Jackson, MS 39211 | Neil Selman<br>Selman, Breitman & Burgess<br>11766 Wilshire Boulevard, Sixth Floor<br>Los Angeles, CA 90025 |
| James L. Pattillo<br>Norman, Wood, Kendrick & Turner<br>505 20th Street, North<br>Financial Center, Suite 1600<br>Birmingham, AL 35203 | Giovanni Regina<br>Waters, McPherson, McNeill, P.C.<br>300 Lighting Way<br>Secaucus, NJ 07096 | Gail Cotton Silver<br>Davis, Silver & Levy<br>500 Australiian Avenue, South, Suite 800<br>West Palm Beach, FL 33401-5016 |
| Edward R. Paul<br>Paul, Mardinly, Durham, James, et al<br>320 West Front Street, P.O. Box D,<br>Media, PA 19063 | | |

| | | |
|---|---|---|
| Robert N. Spinelli<br>Kelley, Jasons, McGuire & Spinelli<br>Centre Square West, 15th Floor<br>Philadelphia, PA 19102 | Tracy E. Tomlin<br>Nelson, Mullins, Riley & Scarborough<br>100 North Tryon Street, Suite 2400<br>Charlotte, NC 28202-4000 | William L. Waudby<br>Adams and Reese/Lange Simpson, LLP<br>2100 Third Avenue North<br>Concord Center, Suite 1100<br>Birmingham, AL 35203-3367 |
| Connie Ray Stockham<br>Stockham, Carroll & Smith, P.C.<br>2204 Lakeshore Drive, Suite 114<br>Birmingham, AL 35209 | Hugh J. Turner, Jr.<br>Akerman, Senterfitt & Eidson<br>Las Olas Centre, Suite 1600<br>350 E. Las Olas Boulevard<br>Ft. Lauderdale, FL 33301-0006 | William W. Webster, II<br>Ray Valdez Mcchristian & Jeans<br>101 Summit Avenue, Suite 705<br>Fort Worth, TX 76102 |
| Matthew R. Straus<br>L'Abbate, Balkan, Colavita & Contini<br>1050 Franklin Avenue<br>Garden City, NY 11530 | Rocky N. Unruh<br>Morgenstein & Jubelirer<br>Spear Street Tower, 32nd Floor<br>One Market Plaza<br>San Francisco, CA 94105 | Amber Taylor Welock<br>Brown McCarroll<br>2000 Trammel Crow Center<br>2001 Ross Avenue<br>Dallas, TX 75201-6929 |
| Robert E. Swickle<br>Jaques Admiralty Law Firm, P.C.<br>1570 Penobscot Building<br>The Maritime Asbestosis Legal Clinic<br>Detroit, MI 48226 | Carey R. Varnado<br>Montague, Pittman & Varnado<br>P.O. Drawer 1975<br>Hattiesburg, MS 39403-1975 | James K. Weston, II<br>Tom Riley Law Firm<br>4040 First Avenue, N.E.<br>P.O. Box 998<br>Cedar Rapids, IA 52406 |
| David M. Taylor<br>Thompson, Coe, Cousins & Irons<br>700 North Pearl Street, 25th Floor<br>Dallas, TX 75201 | Thomas E. Vaughn<br>Allen, Vaughn, Cobb & Hood<br>P.O. Drawer 4108<br>Gulfport, MS 39502-4108 | Melody M. Wilkinson<br>Cooley, Manion & Jones<br>100 E 15th Street, Suite 320<br>Fort Worth, TX 76102 |
| Thomas W. Taylor<br>Andrews & Kurth<br>600 Travis Street, Suite 4200<br>Houston, TX 77002-2778 | Michael A. Vercher<br>Christian & Small, LLP<br>505 North 20th Street, Suite 1800<br>Birmingham, AL 35203-2696 | Stephen B. Williamson<br>Van Winkle, Buck, Wall, Starnes &<br>Davis, P.A.<br>11 N. Market Street<br>Ashville, NC 28801 |
| Jennifer M. Techman<br>Evert & Weathersby, LLC<br>3405 Piedmont Road, N.E., Suite 225<br>Atlanta, GA 30305 | Tim Vidal<br>Canepa & Vidal<br>P.O. Box 8980<br>Santa Fe, NM 87504-8980 | Dennis F. Wolford<br>Reed, Luce, Tosh, Wolford & Douglas<br>804 Turnpike Street<br>Beaver, PA 15009 |
| Robert E. Thackston<br>Hawkins, Parnell & Thackston<br>4514 Cole Avenue, Suite 550<br>Dallas, TX 75202 | James L. Ware<br>Sheehy, Serpe & Ware, P.C.<br>2500 Two Houston Centre<br>909 Fannin<br>Houston, TX 77010-1003 | George D. Yaron<br>Yaron & Associates<br>601 California Street, 21st Floor<br>San Francisco, CA 94111 |
| Mark S. Thomas<br>Maupin, Taylor & Ellis<br>P.O. Drawer 19764<br>Raleigh, NC 27619-9764 | Diana R. Warnecke<br>Sedgwick Detert, et al<br>1717 Main Street, Suite 5400<br>Dallas, TX 75201 | I. Timothy Zarsadias<br>Dean & Gibson, LLP<br>301 S. McDowell Street<br>Cameron Brown Building, Suite 900<br>Charlotte, NC 28204-2686 |
| Juan Carlos Tomasino<br>Schacter Harris<br>600 N. Pearl Street, Suite 2300<br>Dallas, TX 75201-2832 | Kirk G. Warner<br>Smith, Anderson, Blount, Dorsett, et al<br>P.O. Box 2611<br>Raleigh, NC 27602-2611 | |
| Michael T. Tomlin<br>Anania, Bandklayder, Blackwell,<br>Baumgarten, et al<br>NationsBank Tower, Suite 4300<br>100 Southeast 2nd Street<br>Miami, FL 33131-2144 | | |

# Exhibit A

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 4 2005

FILED
CLERK'S OFFICE

**ENDORSED**

First Judicial District Co. *AH*

DEC 0 8 2004

Santa Fe, Rio Arriba &
Los Alamos Counties
PO Box 2268
Civil Action No. NM 87504-2268

D-0101-CV-2004-0238

FIRST JUDICIAL DISTRICT COURT
COUNTY OF SANTA FE
STATE OF NEW MEXICO

HARRIET I. RUIZ, as
PERSONAL REPRESENTATIVE OF
RAYMOND M. RUIZ, DECEASED,

        Plaintiff,

vs.

THE ZIA COMPANY, REGENTS OF
THE UNIVERSITY OF CALIFORNIA,
MOUNTAIN STATES INSULATORS, INC.,
UNION CARBIDE CORPORATION,
GEORGIA-PACIFIC CORPORATION
individually and as successor in interest
to BESTWALL GYPSUM COMPANY,
LINCOLN ELECTRIC HOLDINGS, INC.,
and THE LINCOLN ELECTRIC COMPANY,

        Defendants

## CIVIL COMPLAINT FOR WRONGFUL DEATH AND DAMAGES

COMES NOW, HARRIET I. RUIZ, and for her Complaint against Defendants states as

follows:

### I.  PARTIES

1.      Harriet I. Ruiz resides in Albuquerque, New Mexico.  She is the surviving widow of

decedent Raymond M. Ruiz.  With this Complaint she also respectfully requests that this Court

appoint and confirm her as the personal representative of Raymond M. Ruiz pursuant to the New

Mexico Wrongful Death Act, 1978 N.M.S.A. §41-2-3.

2.      Defendant, THE ZIA COMPANY, is a Delaware Corporation and has at all times,

itself or through its predecessor in interest, conducted business in the State of New Mexico but no

longer maintains a registered agent for service of process here. Therefore, it is hereby requested that service of citation be issued and that this Defendant be served by serving the Secretary of State of New Mexico who shall then forward a copy to its registered agent for service of process, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

3.      Defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA ("UC"), is a California corporation with its principal place of business in California. UC is registered to transact business in New Mexico and may be served with process by service on its registered agent, Christine G. Chandler, 1650 Trinity Drive, MS A187, Los Alamos, New Mexico 87545.

4.      Defendant, MOUNTAIN STATES INSULATORS, INC., is a New Mexico corporation and may be served with process by service on its registered agent, Gene K. Druktenis, 2721 Via Venado, Santa Fe, New Mexico 87505.

5.      Defendant, UNION CARBIDE CORPORATION, is a corporation organized and existing under and by virtue of the laws of the State of New York, and may be served with process by service on its agent for service in the State of New Mexico, C. T. Corporation 123 E. Marcy, Santa Fe, NM 87501.

6.      Defendant, GEORGIA-PACIFIC CORPORATION, individually and as successor in interest to Bestwall Gypsum Company, may be served with process by service on its agent for service in the State of New Mexico, C.T. Corporation System 123 East Marcy, Santa Fe, New Mexico 87501.

7.    Defendant, LINCOLN ELECTRIC HOLDINGS, INC., is an Ohio corporation and may be served through the Secretary of State of New Mexico who shall then forward service of process to its President, John M. Stropki, Jr., 22801 St. Clair Ave., Cleveland, OH, 44117-1199.

8. Defendant, THE LINCOLN ELECTRIC COMPANY is a company organized and existing and by virtue of the laws of the state of Ohio and may be served with process by service on its registered agent, C.T. Corporation System 123 East Marcy, Santa Fe, New Mexico 87501.

## II.   JURISDICTION AND VENUE

9.    This lawsuit arises under the laws of New Mexico. Jurisdiction is proper with this Court pursuant to Article V of the New Mexico Constitution and the New Mexico Wrongful Death Act, 1978 N.M.S.A. §41-2-1 *et seq.*

10.   Venue is proper in Santa Fe County pursuant to 1978 N.M.S.A. §38-3-1A because Defendant Mountain States Insulators, Inc.'s principal place of business and its registered agent are located here and further because several of the other Defendants have their registered agents here.

## III.   BACKGROUND

11.   The Zia Company, and/or its predecessors in interest, was the employer of Raymond Ruiz, deceased. Decedent was employed as a carpenter apprentice, and as an iron worker at the Los Alamos Nuclear Laboratory (hereinafter "LANL") in Los Alamos, New Mexico.

12.   Defendant UC was at all times the general contractor and/or operator of LANL.

13.   The Zia Company was an independent contractor at LANL and by contract with UC provided certain functions, including but not limited to, management, administration, equipment installation, building construction, demolition, maintenance, custodial and other services.

3

14.     Defendant Union Carbide Corporation was a miner, manufacturer, and/or supplier of asbestos fibers to its co-Defendants at the times mentioned herein.

15.     Defendants Mountain States Insulators, Inc., Georgia-Pacific Corporation, Lincoln Electric Holdings, Inc. and Lincoln Electric Company, themselves or through their predecessors in interest, supplied, sold, or distributed asbestos-containing products to the LANL and/or other work sites where Raymond Ruiz worked and was exposed to respirable asbestos fibers from such products.

16.     From approximately 1958 to 1971 Raymond Ruiz worked, at various times, as a carpenter apprentice and as an iron-worker.  During the performance of his duties Mr. Ruiz would work with and around asbestos-containing products.  Mr. Ruiz inhaled substantial quantities of asbestos fibers with no knowledge of the deadly effects of asbestos.

17.     In 2003, Raymond Ruiz was diagnosed with malignant pleural mesothelioma caused by his exposure to asbestos decades earlier. He died as result thereof on May 9, 2004.

## IV.   CLAIMS FOR RELIEF

### First Claim
### Negligence

18.     Plaintiff repeats and re-alleges the foregoing paragraphs 1 through 17 as if fully set forth herein.

19.     Both The Zia Company and UC had a duty to exercise reasonable care to protect workers at LANL from dangerous conditions and activities occurring at the workplace and to otherwise provide such workers with a safe place to work.

20.     These Defendants controlled, operated and/or directed all maintenance or construction activity in which Raymond Ruiz was exposed to respirable asbestos fibers.  These Defendants knew, or in the exercise of ordinary or reasonable care should have known, that their asbestos containing

4

products and/or machinery were poisonous and highly harmful to Mr. Ruiz.

 21. These Defendants' actions and inactions constitute a breach and failure of their duties to Raymond Ruiz in several respects, including but not limited to, the following:

  failing to provide Raymond Ruiz with a safe workplace;

  failing to warn Raymond Ruiz of the foreseeable hazards of working with and around asbestos and asbestos-containing products;

  failing to provide adequate personal protective equipment to protect Raymond Ruiz from respirable asbestos fibers;

  failing to use suitable substitutes for asbestos; and/or

  otherwise failing to take reasonable steps to prevent asbestos exposure in the workplace.

 22. Furthermore, the negligence of the remaining Defendants was also a proximate cause of the injuries and death of Raymond Ruiz. Defendants as suppliers, miners, and/or distributors of the asbestos and/or asbestos-containing products knew, or in the exercise of ordinary or reasonable care should have known, that their products were poisonous and highly harmful to Plaintiff's health. The Defendants' products were sold, distributed and placed in the stream of commerce without adequate warning of their deadly potential.

 23. Defendants failed in their duty to protect the foreseeable users of their products from known or reasonably knowable dangers of their products in several respects, including, but not limited to, the following:

  failing to adequately warn the users, or their intermediaries, of the hazards of their products;

  failing to design their products with reasonably available substitutes for asbestos;

  affirmatively misrepresenting the safety of their asbestos and/or

5

asbestos-containing products.

24.     Mr. Ruiz suffered a fatal injury as a direct and proximate result of all Defendants'
breaches. Up until his death, Ruiz experienced and suffered great pain, suffering and anguish as a
direct and proximate result of Defendants' actions and inactions.

25.     Harriet Ruiz and her children were thus deprived the services, comfort and
consortium that Mr. Ruiz provided them prior to his illness and death.  These injuries were
foreseeable and a direct and proximate result of these Defendants' actions and inactions.

### Second Claim
### Willful Misconduct

26.     Plaintiff repeats and re-alleges the foregoing paragraphs 1 through 25 as if fully set
forth herein.

27.     Without just cause or excuse, The Zia Company and UC, by and through their
authorized representatives, agents or employees, intentionally committed one or more of the actions
or inactions set forth above.

28.     These Defendants reasonably could have expected that Mr. Ruiz would be injured or
killed as a result of those actions and inactions.

29.     These Defendants expected Mr. Ruiz's injuries and/or death to result or utterly
disregarded the consequences of their actions and inactions.

30.     As a direct and proximate cause of these Defendants' actions or inactions, Mr. Ruiz
was injured, endured grave pain and suffering, and ultimately died.

31.     Harriet Ruiz and her children were thus deprived the services, comfort and
consortium that Mr. Ruiz provided them prior to his illness and death.  These injuries were
foreseeable and a direct and proximate result of these Defendants' actions and inactions.

6

### Third Claim
### Strict Liability

32.     Plaintiff repeats and re-alleges the foregoing paragraphs 1 through 31 as if fully set forth herein.

33.     The defective condition of the asbestos products and/or machinery rendered such products unreasonably dangerous.  They were in this defective condition at the time they left the hands of the Defendants.

34.     There was a defect in the marketing of the asbestos containing products and/or machinery at the time they left the possession of these Defendants.  Defendants failed to adequately warn of the asbestos containing products and/or machinery's dangers which rendered them unreasonably dangerous.

35.     There was a defect in the design of the asbestos containing products and/or machinery at the time they left the possession of the Defendants, which rendered them unreasonably dangerous.

36.     The defective condition, defective marketing, unreasonably dangerous nature, the failure to warn, and the Defendants' actions or inactions were a producing cause of the Mr. Ruiz's injuries and death.

37.     Harriet Ruiz and her children were thus deprived the services, comfort and consortium that Mr. Ruiz provided them prior to his illness and death.   These injuries were foreseeable and a direct and proximate result of these Defendants' actions and inactions.

### Fourth Claim
### Exemplary Damages

38.     Plaintiff repeats and re-alleges the foregoing paragraphs 1 through 37, as if fully set forth herein.

7

39.     The actions and inactions of all Defendants was of such character as to make the Defendants subject to exemplary damages.

40.     The conduct of all Defendants was malicious, willful, reckless, wanton, fraudulent or in bad faith and otherwise indifferent to the rights, welfare, and safety of Mr. Ruiz, Harriet Ruiz and her children.

41.     As a result of the conduct of all Defendants, Plaintiff herein seeks exemplary damages in such an amount as to be found to be proper under the facts and circumstances.

42.     Plaintiff hereby invokes the discovery rule and would show unto this Court that Decedent did not know he had an asbestos related disease nor should he have known prior to three years before filing this lawsuit.

**WHEREFORE,** Plaintiff prays that judgment be entered in her favor and against the Defendants jointly and severally, as follows:

all wrongful death damages allowed under New Mexico law;

exemplary damages;

costs of suit and attorneys' fees as allowed by law;

pre-judgment and post-judgment interest as allowed by law;

and for such further relief as the Court and fact-finder deems just and proper.

Respectfully submitted this 8th day of December, 2004

8

**L. MICHAEL MESSINA, P.A.**

By: _____

L. MICHAEL MESSINA
New Mexico State Bar No. 1799
20 First Plaza NW #306
Albuquerque, New Mexico
Phone: 505/243-0503
Fax: 505/243-5006

HEARD, ROBINS, CLOUD, LUBEL
& GREENWOOD, LLP

Bill Robins III
Texas State Bar No. 17083790
300 Paseo de Peralta, Suite 200
Santa Fe, New Mexico 87501
Telephone: (505) 986-0600
Fax: (505)986-0632

Troy Chandler
Texas State Bar No. 24006982
500 Dallas, Suite 3100
Houston, TX 77002
Telephone: (713) 650-1200
Facsimile: (713) 650-1400

Attorneys for Plaintiff, Harriet Ruiz

9

# Exhibit B

RECD FEB 07 2005

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**HARRIET I. RUIZ, as**
**PERSONAL REPRESENTATIVE OF**
**RAYMOND M. RUIZ, DECEASED,**

        **Plaintiff,**

**vs.**                                                  **No. CIV 05-0025 JH/WDS**

**THE ZIA COMPANY, REGENTS OF**
**THE UNIVERSITY OF CALIFORNIA,**
**MOUNTAIN STATES INSULATORS, INC.,**
**UNION CARBIDE CORPORATION,**
**GEORGIA-PACIFIC CORPORATION,**
**Individually and ad successor in interest to**
**BESTWALL GYPSUM COMPANY, LINCOLN**
**ELECTRIC HOLDINGS, INC., and**
**THE LINCOLN ELECTRIC COMPANY,**

        **Defendants.**

## REGENTS OF THE UNIVERSITY OF CALIFORNIA'S RESPONSE IN OPPOSITION TO LINCOLN ELECTRIC DEFENDANTS' MOTION TO STAY PROCEEDINGS

The Regents of the University of California ("the University"), submit the following

response memorandum in opposition to the Motion to Stay Proceedings filed by Lincoln Electric

Holdings, Inc. and The Lincoln Electric Company ("the Lincoln Defendants").

    1.     Plaintiff filed this lawsuit in First Judicial District Court for the State of New

Mexico on December 8, 2004.

    2.     The University removed the action to this Court on January 10, 2005.  The case

removed by the University was filed as number CIV 05-0027 DJS/ACT, assigned to Magistrate

Judge Don J. Svet [Doc. No. 1 in CIV 05-0027 DJS/ACT].

5 - 1/31/05

3.      The Lincoln Defendants also filed a Notice of Removal on January 10, 2005.

That case was assigned number CIV 05-0025 JP/WDS, assigned to Senior Judge James A.

Parker, and subsequently reassigned to this Court by Minute Order dated January 13, 2005.

[Doc. No. 7 in CIV 05-0025 JH/WDS]

4.      The University is filing a motion to consolidate these two cases

contemporaneously with this Response, as both cases arise out of the same complaint and

involve common questions of law and fact. *See* Federal Rule of Civil Procedure 42(a).

5.      The University filed a Motion to Dismiss Plaintiff's Complaint on January 19,

2005, in CIV 05-0027 DJS/ACT, based on its demonstration that Plaintiff's common law claims

are preempted by the Energy Employees Occupational Illness Compensation Program Act

("EEOICPA" or "the Act"), 42 U.S.C. § 7385 *et seq.*  [Doc. No. 3 in CIV 05-0027 DJS/ACT]

The University expects that motion to be fully briefed on February 21, 2005.

6.      On January 14, 2005, the Lincoln Defendants filed a motion in this action

requesting that the Court stay all proceedings pending a determination by the Judicial Panel on

Multidistrict Litigation ("MDL") as to whether the case will be transferred to the United States

District Court for the Eastern District of Pennsylvania "to join a multitude of other alleged

asbestos exposure cases that have been transferred for coordinated pretrial proceedings." *See*

Motion to Stay Proceedings at 2 [Doc. No. 8 in CIV 05-0025 JH/WDS].

7.      The decision to grant or deny a stay of proceedings pending a determination on

the transfer of a case to MDL lies within the Court's discretion. *See Ezra, Weinstein, and Co. v.*

*Am. Online, Inc.*, 206 F. 3d 980, 987 (10th Cir. 2000).  The Rules of the Judicial Panel on MDL

provide that "the pendency of a motion . . . before the Panel concerning transfer . . . of an action

pursuant to 28 U.S.C. § 1407 does not affect or suspend orders and proceedings in the district

court in which the action is pending and does not in any way limit the pretrial jurisdiction of that court." *See* Rules of the Judicial Panel on MDL, Rule 1.5.

7.   The University opposes the stay requested by the Lincoln Defendants to the extent that it would delay a ruling on the University's Motion to Dismiss currently pending before another court in this District. The University is entitled to obtain a ruling on its motion and to avoid going through MDL proceedings entirely in the event that its Motion is granted. The University does not oppose a limited stay that would affect all proceedings other than the consideration of its Motion to Dismiss.

For the foregoing reasons, the University respectfully requests that the Court deny the Lincoln Defendants Motion to Stay Proceedings to the extent that the proposed stay would delay the Court's consideration of the University's Motion to Dismiss.

Respectfully submitted,

SIMONS & SLATTERY, L.L.P.

*Electronically signed by William P.  Slattery*
*1/31/05*
William P. Slattery
Dana S. Hardy
P. O. Box 5333
Santa Fe, NM  87502-5333
(505) 988-5600

and

Bruce Herr
Cindy Lovato-Farmer
Los Alamos National Laboratory
P.O. Box 1663
Los Alamos, NM 87545
(505) 667-3766

Attorneys for Defendant
 Regents of the University of California

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was mailed, first-class mail, postage prepaid, to the following counsel of record, on this 31st day of January 2005:

L. Michael Messina, Esq.
L. Michael Messina, P.A.
20 First Plaza, N.W., #306
Albuquerque, NM 87102-3352

Bill Robins III, Esq.
Heard, Robins, Cloud, Lubel & Greenwood, L.L.P.
300 Paseo de Peralta, Ste. 200
Santa Fe, NM 87501

Troy Chandler, Esq.
Heard, Robins, Cloud, Lubel & Greenwood, L.L.P.
500 Dallas, Ste. 3100
Houston, TX 77002

Albert B. Norris
Thomas J. Yoo
Reed Smith LLP
355 South Grant Ave., Suite 2900
Los Angeles, CA 90071

Arthur O. Beach
Gary J. Van Luchene
Keleher & McCloud, P.A.
Post Office Drawer AA
Albuquerque, NM 87103
Attorneys for The Lincoln Electric Company
and Lincoln Electric Holdings, Inc.

Lauri Anger
Morgenstein & Jubelirer LLP
One Market
Spear Street Tower, 32nd Floor
San Francisco, CA 94105

Bruce Strotz
Fairfield, Farrow, Flowers & Strotz P.C.
P.O. Box 35400
Albuquerque, NM 87176-5400
Attorneys for Georgia Pacific Corp.

Tim Fields
Modrall, Sperling, Roehl, Harris & Sisk P.A.
P.O. Box 2168
Albuquerque, NM 87103-2168
Attorneys for Union-Carbide Corp.

Tim Vidal
Canepa & Vidal
P.O. Box 8980
Santa Fe, NM 87501
Attorneys for Mountain States Insulators, Inc.

John S. Thal
Feliz A. Rael
Atkinson & Thal, P.C.
201 Third Street NW, Suite 1850
Albuquerque, NM 87102
Attorneys for The Zia Company

*Electronically signed by William P. Slattery 1/31/05*

| United States District Court - District of New Mexico | Electronic Document Submission Confirmation |
|---|---|
| **Home | Links | Help**<br>Quick Links:  Caption, Case Information, Docket, Related Cases | **Monday, January 31, 2005** |

| | |
|---|---|
| **Document(s) Submitted By:** | William Slattery |
| **Transaction Timestamp:** | Monday, January 31, 2005, 10:04:57:AM MST |
| **Confirmation Number:** | 84CF8EA1-9B39-B224-00B7-434201E7EBF5 |
| | |
| **Case Title:** | Ruiz v. The Zia Company, et al. |
| **Case Number:** | 05cv00025 |
| | |
| **Lead Document Type:** | Response |
| **Document Description:** | RESPONSE by Defendant Regents of the University of California |
| **Fee:** | N/A |

**Document Submissions**

| Document | Status | Comments |
|---|---|---|
| File: W:\5354\000105\Electronic Filings\Response Motion to Stay Proceedings.pdf | Received | |

Quick Links:  Caption, Case Information, Docket, Related Cases

**Home | Links | Help**

Please mail any comments to the ACE Development Team.

Monday, January 31, 2005

ACE 2-3-7

# Exhibit C

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HARRIET I. RUIZ, as
PERSONAL REPRESENTATIVE OF
RAYMOND M. RUIZ, DECEASED,

      Plaintiff(s),

vs.                                         **CIVIL NO.05-25 JH/WDS**

THE ZIA COMPANY, REGENTS OF
THE UNIVERSITY OF CALIFORNIA,
MOUNTAIN STATES INSULATORS, INC.,
UNION CARBIDE CORPORATION,
GEORGIA-PACIFIC CORPORATION,
Individually and as successor in interest to
BESTWALL GYPSUM COMPANY, LINCOLN
ELECTRIC HOLDINGS, INC., and
THE LINCOLN ELECTRIC COMPANY,

      Defendant(s).

## ORDER

    This matter comes before the Court on Defendants' The Lincoln Electric Company and

Lincoln Electric Holdings, Inc. Motion to Stay Proceedings (Doc. 8). Defendants' motion

requests that this matter be stayed until the Judicial Panel on Multidistrict Litigation determines

whether this "tag along" action should be transferred to the U.S. District Court for the Eastern

District of Pennsylvania. The only response to the motion was filed by Defendant Regents of the

University of California, who opposed the stay only to the extent that it has a pending motion to

dismiss in a related case (CIV 05-0027 DJS/ACT), which it is concurrently moving to consolidate

with this case, and it does not want any stay in this case to delay a ruling on its motion.

The Court finds the motion is well taken.

IT IS THEREFORE ORDERED that Defendants' The Lincoln Electric Company and

Lincoln Electric Holdings, Inc.  Motion to Stay Proceedings (Doc. 8) is granted.  Nothing in this

order, however, shall have any impact on the Court in CIV 05-0027 DJS/ACT  acting upon the

Defendant Regent's motion to dismiss.


**W. DANIEL SCHNEIDER**
**United States Magistrate Judge**

# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HARRIET I. RUIZ, as
PERSONAL REPRESENTATIVE OF
RAYMOND M. RUIZ, DECEASED,

      Plaintiff,

vs.                                                    No. CIV 05-0027 DJS/ACT

THE ZIA COMPANY, REGENTS OF
THE UNIVERSITY OF CALIFORNIA,
MOUNTAIN STATES INSULATORS, INC.,
UNION CARBIDE CORPORATION,
GEORGIA-PACIFIC CORPORATION,
Individually and as successor in interest to
BESTWALL GYPSUM COMPANY, and
THE LINCOLN ELECTRIC COMPANY,

      Defendants.

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

      Having sought a Stipulation of Dismissal without prejudice from all parties, and having failed to receive same, Plaintiff files this Motion for Voluntary Dismissal Without Prejudice and asks this court to dismiss its suit, without prejudice, as authorized by Federal Rule of Civil Procedure 41(a)(2).

### A.  INTRODUCTION

1.    Plaintiff is Harriet I. Ruiz, the personal representative of the Estate of her deceased husband, Raymond M. Ruiz.

2.    Defendants are The Zia Company, The Regents of the University of California, Mountain States Insulators, Inc., Union Carbide Corporation, Georgia Pacific Corporation, Individually and as successor in interest to Bestwall Gypsum Company, and the Lincoln Electric Company.

5 - 3/28/05

3.    On December 8, 2004 Plaintiff sued Defendants in the first Judicial District Court of

New Mexico, County of Santa Fe.

4.    Plaintiff moves to dismiss the suit without prejudice.

5.    Defendants do not agree to the dismissal.

6.    This case is not a class action.

7.    A receiver has not been appointed in this action.

8.    This case is not governed by any federal statute that requires an order of the court for

dismissal of the case.

9.    Plaintiff has not dismissed an action based on or including the same claims as those

presented in this suit.

10.    This dismissal is without prejudice.

11.    The dismissal is with prejudice as to the claims against the Regents of the University

of California and Mountain States Insulators, Inc. only.

## II.  ARGUMENT

12.    The court may grant a motion for voluntary dismissal if the dismissal will not unfairly

prejudice the nonmovant. Fed.R.Civ.P. 41(a)(2); See American Nat'l Bank & Trust Co. of

Sapulpa v. Bic Corp., 931 F.2d 1411, 1412 (10th Cir.1991). A court abuses its discretion if

it renders a decision that is "arbitrary, capricious, whimsical, or manifestly unreasonable."

United States v. Robinson, 39 F.3d 1115, 1116 (10th Cir.1994) (quotations omitted). The

rule is designed "primarily to prevent voluntary dismissals which unfairly affect the other

side, and to permit the imposition of curative conditions," 9 C. Wright and A. Miller, Federal

Practice and Procedure § 2364 at 279 (2d ed. 1994) (quoting Alamance Indus., Inc. v.

Filene's, 291 F.2d 142, 146 (1st Cir.), cert. denied, 368 U.S. 831, 82 S.Ct. 53, 7 L.Ed.2d 33

(1961)). Thus, "[w]hen considering a motion to dismiss without prejudice, 'the important aspect is whether the opposing party will suffer prejudice in the light of the valid interests of the parties.' " Clark v. Tansy, 13 F.3d 1407, 1411 (10th Cir.1993) (quoting Barber v. General Elec. Co., 648 F.2d 1272, 1275 (10th Cir.1981)).

13.     The court should consider the following relevant factors in ascertaining the "legal prejudice" Defendants might suffer if the district court grants a motion to dismiss without prejudice: "the opposing party's effort and expense in preparing for trial;" "excessive delay and lack of diligence on the part of the movant," and "insufficient explanation of the need for a dismissal. " *See Phillips USA, Inc. V. Allflex USA, Inc., 77 F.3d 354, 358(10th Cir. 1996)(quoting Clark v. Tansy, 13 F.3d 1407, 1411(10th Cir. 1993)at 1411;* A district court may also consider the present stage of litigation. *See United States v. Outboard Marine Corp., 789 F.2d 497, 502(7th Cir.), cert denied, 479 U.S. 961 (1986).*

14.     All of the above factors mitigate toward a dismissal.  The parties have very little expenses in the matter to date.  Not a single deposition has been taken, not a single discovery request has been issued, and not a single hearing has been had.  There has been no effort or expense whatsoever in preparing for the trial in this matter.

15.     Furthermore, the parties will suffer no prejudice.  Defendant has not filed a counterclaim which will be affected, nor will they lose any defenses they may assert.

16.     Finally, plaintiff needs the dismissal so that she may pursue her common law state causes of action in the state court outside of this jurisdiction.  Dismissal of this court will take the case outside of the jurisdiction of the federal courts as there will no longer be diversity nor any colorable federal questions.

## III. CONCLUSION

17.     For the convenience of the parties and for the efficient and just handling of this

matter, plaintiff respectfully requests that this court grant her Motion to Dismiss without

Prejudice.

                                Respectfully submitted,

                                HEARD, ROBINS, CLOUD, LUBEL & GREENWOOD,
                                L.L.P.

                        By: _____
                                Troy D. Chandler
                                Texas Bar No. 24006982
                                300 Paseo De Peralta, Suite 200
                                Santa Fe, New Mexico 87501
                                (505) 986-0600
                                (505) 986-0632
                                Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that a copy of Plaintiffs' Motion for Voluntary Dismissal without Prejudice

was served on all counsel for defendants via facsimile at the fax numbers listed below on this

28th day of March, 2005:

Troy D. Chandler

Attorney for Defendant **ZIA COMPANY**
John S. Thal
Feliz A. Rael
Atkinson & Thal, P.C.
201 Third St., NW, Suite 1850
Abluquerque, NM 87102
Telephone: 505/764-8111
Fax: 505/764-8374

Attorney for Defendant **BOARD OF REGENTS OF CALIFORNIA**
William P. Slattery, Esq.
Simons & Slatterly LLP
1660A Old Pecos Trail
Santa Fe, NM 87505
P.O. Box 5333
Santa Fe, NM 87502-5333
Telephone: 505-988-5600
Facsimile: 505-982-0185

Attorney for Defendant **BOARD OF REGENTS OF CALIFORNIA**
Bruce Herr
Cindy Lovato
Los Alamos National Laboratory
P.O. Box 1663
Los Alamos, 87545
Telephone: 505/667-4659
Fax: 505/665-4424

Attorney for Defendant **UNION CARBIDE CORPORATION**
Chad A. Trulli
Baker & Hostetler
303 East 17th Avenue
Suite 1100
Denver, CO 80203-1264
Telephone: 303/861-0600
Fax: 303/861-7805
Direct Dial No.  303/764-4096

Attorney for Defendant **UNION CARBIDE CORPORATION**
Tim Fields
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
P.O. Box 2168
Abluquerque, NM 87103-2168
Telephone: 505/848-1800
Fax: 505/848/-1889

Attorney for Defendant **MOUNTAIN STATES INSULATORS, INC.**
Timothy Vidal
Canape & Vidal, P.A.
200 West Diverges, Suite 7
P.O. Box 8980
Santa Fe, NM 87504-8980
Telephone:  505/982-9229
Fax: 505/982-8141

Attorney for Defendant **UNION CARBIDE CORPORATION**
Chad A. Trulli
Baker & Hostetler
303 East 17th Avenue
Suite 1100
Denver, CO 80203-1264
Telephone: 303/861-0600
Fax: 303/861-7805
Direct Dial No.  303/764-4096

Attorney for Defendant **GEORGIA-PACIFIC CORPORATION**
Lisa M. FAIA
Morgen stein & Jubelirer
One Market Street
Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone: 415 901-8700
Fax: 415/901-8701
Direct Dial: 415/901-8776

Attorney for Defendants **LINCOLN ELECTRIC HOLDINGS, INC.,
THE LINCOLN ELECTRIC COMPANY**: Arthur O. Beach
Gary J. Van Luchene
Keleher & McLeod
P.O. Box AA
Albuquerque, NM 87103
*Street Address:*
Albuquerque Plaza
201 Third NW, 12th Floor
Albuquerque, NM 87102
gvl@keleher-law.com
Main Number: 505/346-4646
Direct Dial: 505/346-9165
Fax: 505/346-1370

and

Albert B. Norris, Esq.
Thomas J. Yoo, Esq.
Pavel Ekmekchyan, Esq.
REED SMITH LLP
355 South Grande Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: 213/457-8000
Fax: 213/457-8080

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HARRIET I. RUIZ, as
PERSONAL REPRESENTATIVE OF
RAYMOND M. RUIZ, DECEASED,

       Plaintiff,

vs.                              No. CIV 05-0027 DJS/ACT

THE ZIA COMPANY, REGENTS OF
THE UNIVERSITY OF CALIFORNIA,
MOUNTAIN STATES INSULATORS, INC.,
UNION CARBIDE CORPORATION,
GEORGIA-PACIFIC CORPORATION,
Individually and as successor in interest to
BESTWALL GYPSUM COMPANY, and
THE LINCOLN ELECTRIC COMPANY,

       Defendants.

## REQUEST FOR HEARING

Plaintiffs request a hearing regarding *Plaintiff's Motion for Voluntary Dismissal Without Prejudice.*

                             Respectfully submitted,

                             HEARD, ROBINS, CLOUD, LUBEL & GREENWOOD, LLP

                    By: _____
                         Troy D. Chandler
                         Texas Bar No.: 24006982
                         300 Paseo De Peralta, Suite 200
                         Santa Fe, New Mexico 87501
                         (505) 986-0600
                         (505) 986-0632 facsimile
                         email - Tchandler@heardrobins.com

                         ATTORNEY FOR PLAINTIFF(S)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to opposing counsel by certified mail, return receipt requested, facsimile, or by hand delivery, on this the 28th day of March, 2005, before 5:00 p.m.

Troy D. Chandler

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HARRIET I. RUIZ, as
PERSONAL REPRESENTATIVE OF
RAYMOND M. RUIZ, DECEASED,

     Plaintiff,

vs.                               No. CIV 05-0027 DJS/ACT

THE ZIA COMPANY, REGENTS OF
THE UNIVERSITY OF CALIFORNIA,
MOUNTAIN STATES INSULATORS, INC.,
UNION CARBIDE CORPORATION,
GEORGIA-PACIFIC CORPORATION,
Individually and as successor in interest to
BESTWALL GYPSUM COMPANY, and
THE LINCOLN ELECTRIC COMPANY,

     Defendants.

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on *Plaintiff's Motion for Voluntary Dismissal*

*Without Prejudice* is set for oral hearing at _____ \_\_.m. on _____, 2005

in the United States District Court for the District of New Mexico.

                      Respectfully submitted,

                      HEARD, ROBINS, CLOUD, LUBEL & GREENWOOD, LLP

           By: _____

                 Troy D. Chandler
                 Texas Bar No.: 24006982
                 300 Paseo De Peralta, Suite 200
                 Santa Fe, New Mexico 87501
                 (505) 986-0600
                 (505) 986-0632 facsimile
                 email - Tchandler@heardrobins.com

                 ATTORNEY FOR PLAINTIFF(S)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HARRIET I. RUIZ, as
PERSONAL REPRESENTATIVE OF
RAYMOND M. RUIZ, DECEASED,

      Plaintiff,

vs.                          No. CIV 05-0027 DJS/ACT

THE ZIA COMPANY, REGENTS OF
THE UNIVERSITY OF CALIFORNIA,
MOUNTAIN STATES INSULATORS, INC.,
UNION CARBIDE CORPORATION,
GEORGIA-PACIFIC CORPORATION,
Individually and as successor in interest to
BESTWALL GYPSUM COMPANY, and
THE LINCOLN ELECTRIC COMPANY,

      Defendants.

### ORDER ON PLAINTIFFS MOTION TO DISMISS WITHOUT PREJUDICE

After considering the parties' stipulation to dismiss, the court

      GRANTS the stipulation and dismisses the case without prejudice. The dismissal is with prejudice as to those claims against the Regents of the University of California and Mountain States Insulators, Inc.

SIGNED on _____, 2005.

                        _____

                        U.S. District Judge

Approved & Entry Requested

Troy D. Chandler
Texas Bar No.: 24006982
300 Paseo De Peralta, Suite 200
Santa Fe, New Mexico 87501
(505) 986-0600
(505) 986-0632
ATTORNEYS FOR PLAINTIFF(S)

## BEFORE THE JUDICIAL PANEL ON MULTI DISTRICT LITIGATION

| | | |
|---|---|---|
| In re: | § | |
| | § | **MDL 875** |
| Asbestos Product Liability Litigation | § | |
| (No. VI) | § | |

==============================================

*This Document Relates to:*

| | | |
|---|---|---|
| *Harriet I. Ruiz, et al* | § | *from the* |
| | § | |
| *Plaintiffs,* | § | UNITED STATES DISTRICT COURT |
| | § | DISTRICT OF NEW MEXICO |
| vs. | § | |
| | § | |
| | § | |
| Zia Company, et al | § | Civil Action Number: *NM 6 05-25* |
| | § | |
| *Defendants.* | § | |

## MOTION TO VACATE CONDITIONAL TRANSFER ORDER
### AND BRIEF IN SUPPORT

Plaintiffs, Harriet I. Ruiz, et al, pursuant to Rule 12©) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, moves the Panel to vacate its order, CTO-243, March 15, 2005, conditionally transferring the above captioned case to the United States District for the Eastern District of Pennsylvania.

### I. PARTIES

On May 9, 2004, Mr. Raymond Ruiz died of mesothelioma linked to asbestos exposure. At the time of his exposure, as well as his death, Mr. Ruiz was a resident of the State of New Mexico. Harriet Ruiz, the widow and personal representative of the estate of Raymond Ruiz, filed a wrongful death action on behalf of Mr. Ruiz' estate and beneficiaries ("Plaintiffs).

Defendants were sued as the manufacturers of asbestos-containing products to which Mr. Ruiz was exposed. Additionally, the Regents of the University of California was sued as the operator of at least one premises where Mr. Ruiz was exposed to asbestos, the Los Alamos Nuclear Laboratory in New Mexico.

## II. PROCEDURAL HISTORY

The above-referenced case was originally filed in the First Judicial District Court for the County of Santa Fe, New Mexico, on December 8, 2004. The case was subsequently removed to federal court based on federal question jurisdiction and diversity.

Plaintiff served a Stipulation of Dismissal on all Defendants on February 17, 2005. No defendant stipulated to dismissal of plaintiffs claims without prejudice. Plaintiff agreed to dismiss the claims of two defendants *with prejudice* but can not agree to dismiss any further defendants on the same terms.

The only Defendant with a colorable claim to federal question jurisdiction is the Regents of the University of California ("Regents"). As a contractor of the Department of Energy which operated the Los Alamos Nuclear Laboratory at the time the plaintiff worked there and was exposed to asbestos, Regents was granted immunity from suit under the Energy Employees Occupational Illness Compensation Protection Act ("EEOICPA"). The dismissal of Regents eliminates the only defendant who would bring this claim under the jurisdiction of this court on the grounds of a federal question.

All remaining Defendants object to dismissal of plaintiffs' claims without prejudice. Having conferred with counsel for all remaining defendants and having been unable to reach

**Page 2 of 6**

an agreement as to the dismissal without prejudice of Plaintiffs' claims, Plaintiff has filed, contemporaneously with this motion, its Motion to Dismiss Without Prejudice. A favorable ruling on Plaintiff's motion would make transfer to the United States District Court for the Eastern District of Pennsylvania unnecessary.

### III. PLAINTIFFS' MOTION TO DISMISS SHOULD BE HEARD PRIOR TO ANY TRANSFER

Transfer of the plaintiffs' case would violate the purpose of the Panel for Multi-District Litigation. Pursuant to 28 U.S.C.A. § 1407(a), the transfer of this case to the MDL at the Eastern District of Pennsylvania must be (1) "for the convenience of the parties and witnesses" and to (2) "promote the just and efficient conduct of the cases." Prior to a transfer the Panel must make an affirmative finding that the conditions for the transfer will be met. As plaintiff has agreed to dismiss its claims any transfer could not be for the convenience of the parties nor would keeping a case in litigation promote efficiency. Neither of the requisite findings can be made at this time and thus respectfully ask that the Panel vacate the conditional transfer order of March 15, 2005.

### IV. CONCLUSION

The conditions for transfer cannot be met in this case. Thus, there is no jurisdiction under § 1446. For the foregoing reasons, the Plaintiff submits that neither of the requisite findings pursuant to 28 U.S.C.A. §1407(a)(1)&(2) can be made at this time and thus respectfully ask that the Panel vacate the conditional transfer order of March 15, 2005 at least until such time as the court has heard Plaintiffs' Motion to Dismiss.

Respectfully submitted,

HEARD, ROBINS, CLOUD, LUBEL & GREENWOOD, L.L.P.

By: _____

    Troy D. Chandler
    Texas Bar No. 24006982
    300 Paseo De Peralta, Suite 200
    Santa Fe, New Mexico 87501
    (505) 986-0600
    (505) 986-0632
    Attorneys for Plaintiffs

*BEFORE THE JUDICIAL PANEL ON MULTI DISTRICT LITIGATION*

| | | |
|---|---|---|
| In re: | § | |
| | § | **MDL 875** |
| Asbestos Product Liability Litigation | § | |
| (No. VI) | § | |

======================================

*This Document Relates to:*

| | | |
|---|---|---|
| *Harriet I. Ruiz, et al* | § | *from the* |
| | § | |
| *Plaintiffs,* | § | UNITED STATES DISTRICT COURT |
| | § | DISTRICT OF NEW MEXICO |
| vs. | § | |
| | § | |
| | § | |
| Zia Company, et al | § | Civil Action Number: *NM 6 05-25* |
| | § | |
| *Defendants.* | § | |

## ORDER ON PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

On this day came on to be heard Plaintiffs' Motion to Vacate Conditional Transfer Order and Brief in Support, and the Court, after carefully considering the Motion and the arguments of counsel, is of the opinion that the Motion should be GRANTED.

SIGNED this _____ day of _____ , 2005.

_____

JUDGE PRESIDING

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been duly forwarded to all counsel of record, the Clerk of the Court for the U. S. District Court for the District of New Mexico, as well as the MDL Panel Service List on this 28th day of March, 2005 via facsimile and certified mail. The Clerk of the Panel was served via facsimile pursuant to its notice to do so at (202) 502-2888.

Troy D. Chandler

# HEARD ROBINS CLOUD
## LUBEL & GREENWOOD, L.L.P.

One Allen Center
500 Dallas, Suite 3100, Houston, Texas 77002
(713) 650-1200  (713) 650-1400 – Fax

www.heardrobins.com


March 28, 2005


**FROM:**   Troy D. Chandler/Sally Saner     **FILE NO:** 04-0003   **NO. OF PGS.:** 19 20

RE:   *Harriet I. Ruiz, as Personal Representative of Raymond M. Ruiz, Deceased vs. The Zia Company, et al.; No. CIV 05-0027 DJS/ACT*

   (1)   *Plaintiff's Motion for Voluntary Dismissal Without Prejudice*
   (2)   *Motion to Vacate Conditional Transfer Order and Brief in Support*


*Via Facsimile 505/764-8374*
John S. Thal, Feliz A. Rael
Atkinson & Thal, P.C.
Attorney for Defendant **ZIA Company**

*Via Facsimile  505/982-0185*
William P. Slattery, Esq.
Simons & Slattery LLP
Attorney for Defendant **BOARD OF REGENTS OF CALIFORNIA**

*Via facsimile  505/665-4424*
Bruce Herr,
Cindy Lovato
Los Alamos National Laboratory
Attorney for Defendant **BOARD OF REGENTS OF CALIFORNIA**

*Via Facsimile 303/861-7805*
Chad A. Trulli
Baker & Hostetler
Attorney for Defendant **UNION CARBIDE CORPORATION**

*Via Facsimile 505/848-1889*
Tim Fields
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
Attorney for Defendant **UNION CARBIDE CORPORATION**

*Via Facsimile 505/982-8141*
Timothy Vidal
Canape & Vidal, P.A.
Attorney for Defendant **MOUNTAIN STATES INSULATORS, INC.**

*Via Facsimile 303/861-7805*
Chad A. Trulli
Baker & Hostetler
Attorney for Defendant **UNION CARBIDE CORPORATION:**

*Via Facsimile 415/901-8701*
Lisa M. Faia
Morgenstein & Jubelirer
Attorney for Defendant **GEORGIA-PACIFIC CORPORATION:**

*Via Facsimile 505/346-1370*
Gary J. Van Luchene
Keleher & McLeod

And
*Via Facsimile 213/457-8080*
Albert B. Norris, Esq., Thomas J. Yoo, Esq., Pavel Ekmekchyan, Esq.
REED SMITH LLP
Attorney for Defendants **LINCOLN ELECTRIC HOLDINGS, INC.,
THE LINCOLN ELECTRIC COMPANY:** Arthur O. Beach

# HEARD, ROBINS, CLOUD,
## LUBEL & GREENWOOD, LLP

### ATTORNEYS AT LAW
ONE ALLEN CENTER
500 DALLAS, SUITE 3100
HOUSTON, TEXAS 77002
TELEPHONE (713) 650-1200
FAX (713) 650-1400
TOLL FREE 1-866-517-9520

March 28, 2005

**Via CMRRR**
District Court of New Mexico
U.S. Courthouse
100 South Federal Place
P.O. Box 2719
Santa Fe, NM 87504-2384

> Re: *Harriet I. Ruiz, as Personal Representative of Raymond M. Ruiz, Deceased vs. The Zia Company, et al.*; No. CIV 05-0027 DJS/ACT

Dear Sir/Madam:

Enclosed for filing in the above referenced matter is *Plaintiff's Motion for Voluntary Dismissal Without Prejudice.* Please file stamp the additional copy and return to our office in the enclosed envelope.

Also enclosed is a *Request for Hearing and blank Notice of Hearing Form.* Please fill in the required information on the Notice of Hearing and return to our office and we will notify all counsel of record.

Thank you for your attention to this matter.

Sincerely,

Sally Saner

Sally Saner
Secretary to Troy D. Chandler

# Exhibit E

# SIMONS & SLATTERY | LLP

Thomas A. Simons, IV
William P. Slattery
Daniel M. Friedman
Frank M. Bond
Faith Kalman Reyes
David B. Lawrenz
Dana Simmons Hardy
Alexandra Corwin Aguilar
Alexia Constantaras

William P. Slattery
Email: wslatten@simonsfirm.com

Mailing address: P. O. Box 5333
Santa Fe, NM 87502-5333

Street address: 1660A Old Pecos Trail
Santa Fe, NM 87505

voice 505.988.5600
facsimile 505.982.0185
toll free 866.988.5600

April 27, 2005

**VIA FEDERAL EXPRESS**

The Honorable James A. Parker
Senior District Judge
United States District Court
333 Lomas, N.W.
Albuquerque, NM 87102

Re:   Ruiz v. The Zia Company, et al.
      U.S.D.C., D.N.M., No. CIV 05-0027 JP/ACT

Dear Judge Parker:

This law firm and I represent the Regents of the University of California in connection with the referenced action and the related action, which bears the same caption but is numbered CIV 05-0025 JH/WDS. We have obtained plaintiff's counsel's approval to an order of dismissal of the Regents of the University of California from both actions, with prejudice. We have also obtained the approval or non-opposition from each of the co-defendants in these actions.

The original Order of Dismissal with Prejudice as to the Regents of the University of California is being forwarded to you with this letter. We are respectfully requesting, on behalf of the Regents of the University of California, that you sign the order and that it be entered of record in both actions. Thank you for your consideration of our request.

Very truly yours,

William P. Slattery

WPS:tmo
Enclosure

W:\5354\000105\COR\Judge James Parker Ltr 042705.doc

April 27, 2005
Page 2


cc:    (via facsimile transmission, with enclosure)
       Troy Chandler, Esq.
       Arthur O. Beach, Esq.
       Albert B. Norris, Esq.
       Neil Ludman, Esq.
       Bruce Strotz, Esq.
       Ron Hellbusch, Esq.
       Tim Fields, Esq.
       Timothy Vidal, Esq.
       Feliz A. Rael, Esq.
       Cindy Lovato-Farmer, Esq.

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

HARRIET I. RUIZ, as
PERSONAL REPRESENTATIVE OF
RAYMOND M. RUIZ, DECEASED,

      Plaintiff,

vs.

           No.   CIV 05-0027 JP/ACT and
                   CIV 05-0025 JH/WDS

THE ZIA COMPANY, REGENTS OF
THE UNIVERSITY OF CALIFORNIA,
MOUNTAIN STATES INSULATORS, INC.,
UNION CARBIDE CORPORATION,
GEORGIA-PACIFIC CORPORATION,
Individually and ad successor in interest to
BESTWALL GYPSUM COMPANY, LINCOLN
ELECTRIC HOLDINGS, INC., and
THE LINCOLN ELECTRIC COMPANY,

      Defendants.

### ORDER OF DISMISSAL WITH PREJUDICE AS TO THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

THIS MATTER having come before the Court pursuant to the Regents of the University of California's Motion to Dismiss Plaintiff's Complaint; the Court having reviewed the motion, the Reply Memorandum in Support of the Regents of the University of California's Motion to Dismiss Plaintiff's Complaint; and noting that plaintiff has failed to file or serve any response to the Regents' motion and did not request an extension of time within which to do so;

THE COURT FINDS that the Regents' motion to dismiss is unopposed and otherwise well taken;

THEREFORE, IT IS ORDERED, that the Regents of the University of California is hereby dismissed with prejudice from the referenced action and No. CIV 05-0025 JH/WDS.

W:\5354\000105\PLD\Order of Dismissal.doc

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

SIMONS & SLATTERY, L.L.P.

_____
William P. Slattery, Esq.
P. O. Box 5333
Santa Fe, NM 87502-5333
(505) 988-5600

**Attorneys for the Regents of the**
**University of California**

APPROVED BY:

Heard Robins Cloud Lubel & Greenwood, LLP


Telephonic approval – 04/27/05
Troy Chandler, Esq.
500 Dallas, Suite 3100
Houston, TX 77002

**Attorneys for Plaintiff**

Keleher & McLeod, P.A.

No opposition – 04/27/05
Arthur O. Beach, Esq.
P. O. Drawer AA
Albuquerque, NM 87103

Albert B. Norris, Esq.
Thomas J. Yoo, Esq.
Reed Smith LLP
355 South Grant Ave., Suite 2900
Los Angeles, CA 90071

**Attorneys for The Lincoln Electric Company**
**and Lincoln Electric Holdings, Inc.**

2

Morgenstein & Jubelirer LLP

No opposition – 04/27/05
Neil Ludman, Esq.
One Market
Spear Street Tower, 32nd Floor
San Francisco, CA 94105

Fairfield, Farrow, Flowers & Strotz P.C.
Bruce Strotz, Esq.
P.O. Box 35400
Albuquerque, NM 87176-5400

## Attorneys for Georgia Pacific Corporation

Baker & Hostetler, LLP

No opposition – 04/27/05
Ron Hellbusch, Esq.
303 E. 17th Ave, Ste. 1100
Denver, CO 80203

Tim Fields, Esq.
Modrall, Sperling, Roehl, Harris & Sisk P.A.
P.O. Box 2168
Albuquerque, NM 87103-2168

## Attorneys for Union-Carbide Corporation

Canepa & Vidal

Telephonic approval - 04/21/05
Timothy Vidal, Esq.
P.O. Box 8980
Santa Fe, NM 87501

## Attorneys for Mountain States Insulators, Inc.

3

Atkinson & Thal, P.C.

Telephonic approval - 04/20/05
John S. Thal, Esq.
Feliz A. Rael, Esq.
201 Third Street NW, Suite 1850
Albuquerque, NM 87102

**Attorneys for The Zia Company**

4

# Exhibit F

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
412 GOLD SW, SIXTH FLOOR/87102
PO Box 669/87103
ALBUQUERQUE, NEW MEXICO

(505) 348-2220
FAX (505) 348-2225

JAMES A. PARKER
SENIOR JUDGE

April 29, 2005

Troy Chandler, Esq. and
Bill Robins, III, Esq.
Heard Robins Cloud Lubel & Greenwood LLP
500 Dallas, #3100
Houston, TX 77002

L. Michael Messina, Esq.
L Michael Messina, PA
20 First Plaza, NW, #306
Albuquerque, NM 87102

Feliz Angelica Rael, Esq. and
John S. Thal, Esq.
Atkinson & Thal
201 Third Street, NW, #1850
Albuquerque, NM 87102

Dana S. Hardy, Esq.
William P. Slattery, Esq.
Simons & Slattery LLP
PO Box 5333
Santa Fe, NM 87502-5333

Bruce L. Herr, Esq.
Los Alamos National Laboratory
Office of Laboratory Counsel
PO Box 1663, Stop A-187
Los Alamos, NM 87545

Cindy Lovato-Farmer, Esq.
MS-A187
Los Alamos National Laboratory
PO Box 1663
Los Alamos, NM 87545

Tim Vidal, Esq.
Canepa & Vidal
PO Box 8980
Santa Fe, NM 87504-8980

Ronald L. Hellbusch, Esq.
Mary Price Birk, Esq.
Stephanie D. Loughner, Esq.
Chad A. Truili, Esq.
Baker & Hostetler, LLP
303 E. 17th Avenue, Suite 1100
Denver, CO 80203

Tim L. Fields, Esq. and
Michelle A. Hernandez, Esq.
Modrall, Sperling, Roehl, Harris & Sisk
PO Box 2168
Albuquerque, NM 87103

Laurie K. Anger, Esq. and
Neil Ludman, Esq. and Rocky N. Unruh, Esq.
Morgenstein & Jubelirer, LLP
One Market Plaza, Spear Street Tower, 32nd Floor
San Francisco, CA 94105

Bruce H. Strotz, Esq.
Fairfield, Farrow & Strotz,
PO Box 35400
Albuquerque, NM 87176-5400

Arthur O. Beach, Esq. and
Gary J. Van Luchene, Esq.
Keleher & McLeod
PO Drawer AA
Albuquerque, NM 87103

Albert B Norris, Esq. and
Thomas J. Yoo, Esq. and
Pavel Ekmekchyan, Esq.
Reed Smith LLP
355 South Grant Ave., #2900
Los Angeles, CA 90071



Re:   *Harriet I. Ruiz v. The Zia Company, et al,*
      *No. CIV 05-25 JH/WDS and No. CIV 05-27 JP/ACT*

Dear Counsel:

After conferring with Judge Herrera and getting her approval, I signed the Order of Dismissal With Prejudice as to the Regents of the University of California based on the representations in Mr. Slattery's April 27, 2005 letter that all parties either agree to or do not oppose the order. The Order has been filed in both No. CIV 05-25 JH/WDS and No. CIV 05-27 JP/ACT as Mr. Slattery requested. A copy of the Order, as filed, is enclosed.

I also received by facsimile transmission from Tim Vidal, Esq. a proposed Order of Dismissal With Prejudice as to Mountain States Insulators, Inc. with the caption in the case assigned to me, No. CIV 05-27 JP/ACT. However, the Order refers to Plaintiff's Motion for Voluntary Dismissal Without Prejudice that was filed in Judge Herrera's case, No. CIV 05-25 JH/WDS. I ask that Mr. Vidal prepare either a new order of dismissal in my case that refers to the motion filed in my case on April 1, 2005, or that he prepare an order of dismissal showing both my case and Judge Herrera's case in the caption as was done with the Order of Dismissal With Prejudice as to the Regents of the University of California submitted by Mr. Slattery, a copy of which I have enclosed.

Very truly yours,

JAMES A. PARKER

JAP:dm

cc-w/enc:     Hon. Judith Herrera



**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 2 9 2005

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HARRIET I. RUIZ, as
PERSONAL REPRESENTATIVE OF
RAYMOND M. RUIZ, DECEASED,

    Plaintiff,

vs.

                No.    CIV 05-0027 JP/ACT and
                        CIV 05-0025 JH/WDS

THE ZIA COMPANY, REGENTS OF
THE UNIVERSITY OF CALIFORNIA,
MOUNTAIN STATES INSULATORS, INC.,
UNION CARBIDE CORPORATION,
GEORGIA-PACIFIC CORPORATION,
Individually and ad successor in interest to
BESTWALL GYPSUM COMPANY, LINCOLN
ELECTRIC HOLDINGS, INC., and
THE LINCOLN ELECTRIC COMPANY,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AS TO THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

THIS MATTER having come before the Court pursuant to the Regents of the University

of California's Motion to Dismiss Plaintiff's Complaint; the Court having reviewed the motion,

the Reply Memorandum in Support of the Regents of the University of California's Motion to

Dismiss Plaintiff's Complaint; and noting that plaintiff has failed to file or serve any response to

the Regents' motion and did not request an extension of time within which to do so;

THE COURT FINDS that the Regents' motion to dismiss is unopposed and otherwise

well taken;

THEREFORE, IT IS ORDERED, that the Regents of the University of California is

hereby dismissed with prejudice from the referenced action and No. CIV 05-0025 JH/WDS.

W:\5354\000105\PLD\Order of Dismissal.doc

UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

SIMONS & SLATTERY, L.L.P.

William P. Slattery, Esq.
P. O. Box 5333
Santa Fe, NM 87502-5333
(505) 988-5600

**Attorneys for the Regents of the University of California**

APPROVED BY:

Heard Robins Cloud Lubel & Greenwood, LLP


Telephonic approval – 04/27/05
Troy Chandler, Esq.
500 Dallas, Suite 3100
Houston, TX 77002

**Attorneys for Plaintiff**

Keleher & McLeod, P.A.

No opposition – 04/27/05
Arthur O. Beach, Esq.
P. O. Drawer AA
Albuquerque, NM 87103

Albert B. Norris, Esq.
Thomas J. Yoo, Esq.
Reed Smith LLP
355 South Grant Ave., Suite 2900
Los Angeles, CA 90071

**Attorneys for The Lincoln Electric Company and Lincoln Electric Holdings, Inc.**

2



Morgenstein & Jubelirer LLP

No opposition – 04/27/05
Neil Ludman, Esq.
One Market
Spear Street Tower, 32nd Floor
San Francisco, CA 94105

Fairfield, Farrow, Flowers & Strotz P.C.
Bruce Strotz, Esq.
P.O. Box 35400
Albuquerque, NM 87176-5400

**Attorneys for Georgia Pacific Corporation**

Baker & Hostetler, LLP

No opposition – 04/27/05
Ron Hellbusch, Esq.
303 E. 17th Ave, Ste. 1100
Denver, CO 80203

Tim Fields, Esq.
Modrall, Sperling, Roehl, Harris & Sisk P.A.
P.O. Box 2168
Albuquerque, NM 87103-2168

**Attorneys for Union-Carbide Corporation**

Canepa & Vidal

Telephonic approval - 04/21/05
Timothy Vidal, Esq.
P.O. Box 8980
Santa Fe, NM 87501

**Attorneys for Mountain States Insulators, Inc.**

3

Atkinson & Thal, P.C.

Telephonic approval - 04/20/05
John S. Thal, Esq.
Feliz A. Rael, Esq.
201 Third Street NW, Suite 1850
Albuquerque, NM 87102

**Attorneys for The Zia Company**

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  I am employed in the office of a member of the bar of this court at whose direction the service was made.  My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA  90071.  On May 4, 2005, I served the following document(s) by the method indicated below:

**DECLARATION OF PAVEL EKMEKCHYAN IN SUPPORT OF DEFENDANTS THE LINCOLN ELECTRIC COMPANY AND LINCOLN ELECTRIC HOLDINGS, INC.'S OPPOSITION TO PLAINTIFF'S AND REGENTS OF THE UNIVERSITY OF CALIFORNIA'S MOTIONS TO VACATE CONDITIONAL TRANSFER ORDER NO. 243**

☐ by transmitting via facsimile on this date from fax number 213.457.8080 the document(s) listed above to the fax number(s) set forth below.  The transmission was completed before 5:00 p.m. and was reported complete and without error.  The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine.  Service by fax was made by agreement of the parties, confirmed in writing.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.  A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.  A copy of the consignment slip is attached to this proof of service.

SEE ATTACHED MAILING LIST

I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on May 4, 2005, at Los Angeles, California.

_Patty Keen_
Patty Keen

PROOF OF SERVICE

| | | |
|---|---|---|
| Kay Andrews<br>Brown McCarroll<br>111 Congress Avenue, Suite 1400<br>Austin, Texas 78701-4043 | Richard C. Binzley<br>Thompson Hine, LLP<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | Alexander M. Bullock<br>Evert & Weathersby, LLC<br>3405 Piedmont Road, N.E., Suite 225<br>Atlanta, GA 30305 |
| Cynthia W. Antonucci<br>Harris Beach, LLP<br>805 3rd Avenue, 20th Floor<br>New York, NY 10022 | Mary P. Birk<br>Baker & Hostetler, LLP<br>303 East 17th Avenue, Suite 1100<br>Denver, CO 80203 | R. Michael Burke<br>Office of the U.S. Attorney<br>Prince Kuhio Federal Building, Suite 6100<br>300 Ala Moana Boulevard<br>Honolulu, HI 96850 |
| Darryl E. Atkinson<br>Brown McCarroll<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701-4043 | Janet W. Black<br>Donaldson & Black, P.A.<br>208 West Wendover Avenue<br>Greensboro, NC 27401 | Lisa N. Busch<br>Weitz & Luxenberg<br>180 Maiden Lane<br>New York, NY 10038 |
| Mel D. Bailey<br>Bailey Crowe & Kugler, LLP<br>4600 Bank of America Plaza<br>901 Main Street<br>Dallas, TX 75202 | Susan Deann Bomar<br>Swift, Currie, McGhee & Hiers<br>1355 Peachtree Street, N.E.<br>The Peachtree, Suite 300<br>Atlanta, GA 30309-3231 | Edward J. Cass<br>Gallagher, Sharp, Fulton & Norman<br>Bulkley Building, 7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 |
| S.A. Baker, Jr.<br>Balch & Bingham LLP<br>P.O. Box 306<br>Birmingham, AL 35201-0306 | Joel M. Bondurant, Jr.<br>Haynsworth, Sinkler, Boyd, P.A.<br>P.O. Box 2048<br>Greenville, SC 29402-0059 | William T. Causby<br>Nelson, Mullins, Riley & Scarborough<br>1330 Lady Street<br>Keenan Bldg., 3rd floor<br>P.O. Box 11070<br>Columbia, SC 29211-1070 |
| Robert R. Baugh<br>Sirote & Permutt, P.C.<br>2222 Arlington Avenue South<br>P.O. Box 55727<br>Birmingham, AL 35255 | Timothy W. Bouch<br>Leath, Bouch & Crawford<br>P.O. Box 59<br>Charleston, SC 29402-0059 | C. Paul Cavender<br>Burr & Forman LLP<br>South Trust Tower, Suite 3100<br>420 North 20th Street<br>Birmingham, AL 35203 |
| Arthur O. Beach<br>Keleher & McLeod<br>P.O. Drawer AA<br>Albuquerque, NM 87103 | Donald E. Britt, Jr.<br>Britt Law Firm<br>720 North Third Street, Suite 401<br>Wilmington, NC 28401 | Troy Chandler<br>500 Dallas Street, #3100<br>Houston, TX 770022 |
| Jeffrey M. Bell<br>Ritter, Chusid, Bivona & Cohen, LLP<br>7000 West Palmetto Park Road, Suite 305<br>Boca Raton, FL 33433 | T. Michael Brown<br>Bradley Arant Rose & White, LLP<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 | Adam M. Chud<br>Shea & Gardner<br>1800 Massachusetts Avenue, N.W.<br>Washington, DC 20036 |
| Richard V. Bennett<br>Bennett & Guthrie, P.L.L.C.<br>1560 Westbrook Plaza Drive<br>Winston-Salem, NC 27103 | Thomas More Buckley<br>Patterson, Dilthey, Clay, Bryson & Anderson<br>4020 WestChase Boulevard, Suite 550<br>Raleigh, NC 27607 | Misty Brickey Cole<br>Forman, Perry, Watkins, Krutz & Tardy<br>2001 Bryan Street, Suite 1300<br>Bryan Tower<br>Dallas, TX 75201-3008 |
| V. Brian Bevon<br>Motley Rice, LLC<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465 | Rodd R. Buell<br>Law Office of Rodd R. Buell, P.A.<br>12773 West Forest Hill Boulevard, Suite 205<br>Wellington, FL 33414 | Susan J. Cole<br>Bice Cole Law Firm<br>2801 Ponce De Leon Boulevard, Suite 550<br>Coral Gables, FL 33134-6920 |

| | | |
|---|---|---|
| S. Christopher Collier<br>Hawkins & Parnell<br>4000 Sun Trust Plaza<br>303 Peachtree Street, N.E.<br>Atlanta, GA 30308-3243 | Robin O'Day Dettmer<br>Lewis C. Miltenberger & Associates<br>108 W. 8th Street, Suite 500<br>Fort Worth, TX 76102 | Jenelle R. Evans<br>Balch & Bingham LLP<br>P.O. Box 306<br>Birmingham, AL 35201 |
| Keith E. Coltrain<br>Elmore & Walls, PA<br>P.O. Box 10937<br>Raleigh, NC 27605 | David R. Donadio<br>Brayton & Purcell<br>222 Rush Landing Road<br>Novato, CA 94945 | Robert C. Ewald<br>Wyatt, Tarrant & Combs, LLP<br>500 West Jefferson Street<br>2800 Citizens Plaza<br>Louisville, KY 40202 |
| William David Conner<br>Haynsworth Sinkler Boyd<br>75 Beattie Place<br>Eleventh Floor<br>P.O. Box 2048<br>Greenville, SC 29602 | David P. Donahue<br>Maynard Cooper & Gale PC<br>AmSouth/Harbert Plaza, Suite 2400<br>1901 6th Avenue North<br>Birmingham, AL 35203-2618 | James J. Fabian<br>Pfeifer & Fabian<br>326 Saint Paul Place, Suite 100<br>Baltimore, MD 21202 |
| Jerry L. Coyle<br>Law Office of Jerry L. Coyle<br>2183 Buckingham Road<br>LB 43<br>Richardson, TX 75081 | Thomas F. Dougall<br>Law Office of Thomas F. Dougall<br>1713 Woodcreek Farms Road<br>Elgin, SC 29045 | Mark J. Fellman<br>Fellman Law Office<br>213 4th Street, East, Suite 200<br>St. Paul, MN 55101 |
| Richard M. Crump<br>Forman, Perry, Watkins, Krutz & Tardy<br>P.O. Box 22608<br>Jackson, MS 39225-2608 | Helen K. Downs<br>Johnston, Barton, Proctor & Powell<br>2900 AmSouth/Harbert Plaza<br>1901 6th Avenue North<br>Birmingham, AL 35203-2618 | Timothy J. Ferguson<br>Bell & Melamed<br>1451 West Cypress Creek Road, Suite 300<br>Ft. Lauderdale, FL 33309 |
| Blane H. Crutchfield<br>P.O. Box 123<br>Mobile, AL 36601 | David Duke<br>Duke Law Firm<br>236 Westview Terrace<br>Arlington, TX 76013 | Tim L. Fields<br>Modrall, Sperling, Roehl, Harris & Sisk<br>P.O. Box 2168<br>Albuquerque, NM 87103 |
| David A. Damico<br>Burns, White & Hickton, LLC<br>Four Northshore Center<br>106 Isabella Street<br>Pittsburgh, PA 15212 | David M. Duke<br>Young, Moore & Henderson, P.A.<br>P.O. Box 31627<br>Raleigh, NC 27622-1330 | David S. Fishback<br>U.S. Dept. of Justice<br>Torts Branch, Civil Division<br>P.O. Box 340<br>Ben Franklin Station<br>Washington, DC 20044 |
| Dana Hefter Davis<br>P.O. Box 31627<br>Raleigh, NC 27622 | Rocky W. Eaton<br>Aultman, Tyner & Ruffin, Ltd.<br>315 Hemphill Street<br>P.O. Drawer 750<br>Hattiesburg, MS 39403-0750 | Evelyn M. Fletcher<br>Hawkins & Parnell<br>4000 Sun Trust Plaza<br>303 Peachtree Street, N.E.<br>Atlanta, GA 30308-3243 |
| Shayana B. Davis<br>Johnston Barton Proctor & Powell LLP<br>1901 6th Avenue North<br>AmSouth/Harbert Plaza, Suite 2900<br>Birmingham, AL 35203-2618 | Susan E. Egeland<br>Hawkins, Parnell & Thackston<br>4514 Cole Avenue, Suite 550<br>Dallas, TX 75202 | James T. Foley<br>Foley & Boyd<br>First Place, Suite 404<br>Tyler, TX 75702 |
| Timothy M. Davis<br>Adams and Reese/Lange Simpson, LLP<br>2100 Third Avenue North<br>Concord Center, Suite 1100<br>Brimingham, AL 35203-3367 | James H. Elliott, Jr.<br>Barnwell, Whaley, Patterson & Helms<br>885 Island Park Drive<br>Charleston, SC 29492-0197 | Camille K. Fong<br>McKenna, Long & Aldridge, LLP<br>Steuart Street Tower<br>One Market Street Plaza<br>San Francisco, CA 94105 |
| Rodney A. Dean<br>Dean & Gibson, LLP<br>Cameron Brown Building, Suite 900<br>301 S. McDowell Street<br>Charlottte, NC 28204 | Richard W. Ellis<br>Ellis & Winters, LLP<br>P.O. Box 33550<br>Raleigh, NC 27636 | Raymond P. Forceno<br>Forceno& Hannon<br>111 S. Independence Mall East<br>The Bourse, Suite 1000<br>Philadelphia, PA 19106-2574 |

| | | |
|---|---|---|
| Roger C. Foster<br>Laney & Foster, P.C.<br>Two Perimeter Park South<br>Suite 404, East<br>P.O. Box 43798<br>Birmingham, AL 35243-0798 | Ben E. Girtman<br>1020 East Lafayette Street, Suite 207<br>Tallahassee, FL 32301 | Anthony C. Harlow<br>Starnes & Atchison<br>100 Brookwood Place, Seventh Floor<br>P.O. Box 598512<br>Birmingham, AL 35259 |
| Sydney F. Frazier<br>Cabaniss, Johnston, Gardner, Dumas &<br>O'Neal<br>Amsouth-Sonat Tower, Suite 1700<br>P. O. Box 830612<br>Birmingham, AL 35283-0612 | Richard S. Glasser<br>Glasser & Glasser, PLC<br>Crown Center Building, Suite 600<br>580 East Main Street<br>Norfolk, VA 23510 | James A. Harris, III<br>Harris & Harris, LLP<br>Colonial Bank Building, Suite 450<br>2501 20th Place, South<br>Birmingham, AL 35223 |
| George W. Freeman<br>Hawkins, Parnell & Thackston<br>4514 Cole Avenue, Suite 550<br>Dallas, TX 75202 | Laura Devaughn Goodson<br>Forman, Perry, Watkins, Krutz &<br>Tardy<br>P.O. Box 22608<br>Jackson, MS 39225-2608 | John R. Henderson<br>Brown McCarroll<br>2000 Trammel Crow Center<br>2001 Ross Avenue<br>Dallas, TX 75201 |
| Peter J. Frommer<br>Ruden, McClosky, Smith, et al<br>701 Brickell Avenue, Suite 1900<br>Miami, FL 33131 | William M. Graham<br>Wallace & Graham, P.A.<br>525 North Main Street<br>Salisbury, NC 28144 | Michael Hendryx<br>Strong, Pipkin, Bissell & Ledyard<br>1111 Bagby Street, Suite 2300<br>Houston, TX 77002-2546 |
| Ellen B. Furman<br>Goldfein & Hosmer<br>1600 Market Street, 33rd Floor<br>Philadelphia, PA 19103 | Marc C. Greco<br>Glasser & Glasser, P.L.C.<br>Crown Center Building, Suite 600<br>580 East Main Street<br>Norfolk, VA 23510 | Bruce L. Her<br>Los Alamos National Laboratory<br>Office of Laboratory Counsel, Stop A-187<br>P.O. Box 1663<br>Los Alamos, NM 87545 |
| James D. Gandy, III<br>Pierce, Herns, Sloan & McLeon<br>P.O. Box 22437<br>Charleston, SC 29413 | Jennifer L. Green<br>Kacal, Adams & Law<br>900 Jackson Street, Suite 600<br>Dallas, TX 75202 | James Gordon House, III<br>Atchison, Crosby, Saad & Beebe<br>3030 Knollwood Drive<br>Mobile, AL 36693 |
| James M. Gary<br>Weber & Rose, P.S.C.<br>2400 Aegon Center<br>400 West Market Street<br>Louisville, K& 40202 | James B. Greer<br>Bailey Crowe & Kugler, LLP<br>Bank of America Plaza, Suite 4600<br>901 Main Street<br>Dallas, TX 75202 | Clifton Wayne Jefferis<br>Forman Perry Watkins Krutz & Tardy<br>P.O. Box 22608<br>Jackson, MS 39225-2608 |
| Michelle M. Gervais<br>Duane Morris, LLP<br>200 S. Biscayne Boulevard, Suite 3400<br>Miami, FL 33131 | Lucien C. Gwin, Jr.<br>Gwin, Lewis & Punches<br>P.O. Box 1344<br>Natchez, MS 39121-1344 | Virginia E. Johnson<br>Foley & Mansfield<br>4770 Biscayne Boulevard, #1030<br>Miami, FL 33137-3258 |
| Vicki L. Gilliam<br>Forman, Perry, Watkins, Krutz & Tardy,<br>LLC<br>P.O. Box 22608<br>Jackson, MS 39225-2608 | S. Robert Hammond, Jr.<br>Bryant, Clark, Dukes, Blakeslee, et al<br>P.O. Box 16567<br>106 Madison Plaza<br>Hattiesburg, MS 39404-6567 | A. Timothy Jones<br>Hawkins & Parnell<br>4000 One Peachtree Center<br>303 Peachtree Street, N.E.<br>Atlanta, GA 30308 |
| Walter T. Gilmer, Jr.<br>McDowell, Knight, Roedder & Sledge<br>P.O. Box 350<br>Mobile, AL 36601 | Susan M. Hanson<br>Brownson & Ballou<br>4800 U.S. Bank Place<br>601 Second Avenue, South<br>Minneapolis, MN 55402 | G. Patterson Keahey<br>Law Offices of G. Patterson Keahey, Jr.<br>One Independence Plaza, Suite 612<br>Birmingham, AL 35209 |
| | Dana S. Hardy<br>Simons & Slattery<br>P.O. Box 5333<br>Santa Fe, NM 87502-5333 | Christopher M. Kelly<br>Gallivan, White & Boyd, P.A.<br>P.O. Box 10589<br>Greenville, SC 29603 |

| | | |
|---|---|---|
| Thomas A. Kendrick<br>Norman, Wood, Kendrick & Turner<br>1500 Liberty National Building<br>2001 Third Avenue, South<br>Birmingham, AL 35233-2101 | David M. Lipman<br>David P. Lipman, P.A.<br>5901 W.W. 74th Street, Suite 304<br>Miami, FL 33143 | L. Michael Messina<br>20 First Plaza, N.W., #306<br>Albuquerque, NM 87102 |
| James G. Kennedy<br>Pierce, Herns, Sloan & McLeod<br>The Blake House<br>321 East Bay Street<br>P.O. Box 22437 | Gene Locks<br>Greitzer & Locks<br>1500 Walnut Street<br>Philadelphia, PA 19102 | William H. Mills<br>Redden, Mills & Clark<br>940 1st Alabama Bank Building<br>505 20th Street North<br>Birmingham, AL 35203 |
| Timothy W. Knight<br>Kee & Selby LLP<br>1900 International Park Drive, Suite 220<br>Birmingham, AL 35243 | Jennine R. Lunceford<br>Thompson & Knight, LLP<br>1700 Pacific Avenue, Suite 3300<br>Dallas, TX 75201-4693 | William T. Mills, II<br>Porterfield, Harper & Mills, P.A.<br>22 Inverness Center Parkway, Suite 500<br>P.O. Box 530790<br>Birmingham, AL 35253-0790 |
| Chris N. Kolos<br>Holland & Knight, LLP<br>200 S. Orange Avenue, Suite 2600<br>Orlando, FL 32801 | Genevieve MacSteel<br>Mcguire Woods, LLP<br>1345 Avenue of the Americas, 7th Floor<br>New York, NY 10105 | Lewis Charles Miltenberger<br>Lewis C. Miltenberger & Associates<br>108 W. 8th Street, Suite 500<br>Fort Worth, TX 76102 |
| Reginald S. Kramer<br>Oldham & Dowling<br>195 South Main Street, Suite 300<br>Akron, OH 44308-1314 | Kimberly P. Mangum<br>Barfield & Associates<br>P.O. Drawer 3979<br>233 East Capitol Street<br>Jackson, MS 39207-3939 | Peter A. Moir<br>Quilling, Selander, Cummiskey, et al<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201 |
| Kenneth K. Kyre, Jr.<br>Pinto, Coates, Kyre & Brown, P.L.L.C.<br>P.O. Box 4848<br>Greensboro, NC 27404 | Christopher O. Massenburg<br>Aultman, Tyner, Ruffin & Yarborough<br>P.O. Box 750<br>315 Hemphill Street<br>Hattiesburg, MS 39403-0750 | Ronald L. Motley<br>Motley Rice, LLC<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29464 |
| Thomas J. Lamb<br>Law Offices of Thomas J. Lamb, P.A.<br>Lumina Station, Suite 225<br>1908 Eastwood Road<br>Wilmington, NC 28403 | Timothy Kent Masterson<br>Spence, Ricke, Sweeney & Gernes<br>600 Degree of Honor Building<br>325 Cedar Street<br>St. Paul, MN 55101 | Christine Marie North<br>Pond North LLP<br>505 Montgomery Street, 13th<br>Floor<br>San Francisco, CA 94111 |
| Carter T. Lambeth<br>Johnson & Lambeth<br>232 Princess Street<br>P.O. Box 660<br>Wilmington, NC 28402 | Valerie T. Matherne<br>Two Lakeway Center<br>3850 North Causeway Blvd., Suite 1960<br>Metairie, LA 70002 | Robert F. Northcutt<br>Capell & Howard<br>150 South Perry Street<br>Montgomery, AL 36104-4045 |
| David C. Landin<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Moffatt Grier McDonald<br>Haynsworth Sinkler Boyd<br>P.O. Box 2048<br>Greenville, SC 29602 | Richard P. O'Leary<br>McCarter & English, LLP<br>245 Park Avenue, 27th Floor<br>New York, NY 10022 |
| Frank E. Lankford, Jr.<br>Huie, Fernambucq & Stewart<br>2801 Highway 280 South<br>Birmingham, AL 35223-2484 | Edward Bailey McDonough, Jr.<br>Edward B. McDonough, Jr., P.C.<br>P.O. Box 1943<br>Mobile, AL 36633 | Jeffrey T. Ono<br>Galiher, DeRobertis, Nakamura, Ono & Takitani<br>610 Ward Avenue, Suite 200<br>Honolulu, HI 96814-3308 |
| Richard M. Lauth<br>Evert & Weathersby, LLC<br>3405 Piedmont Road, Suite 225<br>Atlanta, GA 30305 | Frank E. McRae, III<br>Smith Reeves & Yarborough, PLLC<br>6360 I-55 North, Suite 201<br>Jackson, MS 39211 | |

| | | |
|---|---|---|
| Peter T. Paladino, Jr.<br>Goldberg Persky Jennings & White<br>Ketchum Center, 3rd Floor<br>1030 5th Avenue<br>Pittsburgh, PA 15219 | Timothy Peck<br>Smith Moore LLP<br>P.O. Box 21927<br>Greensboro, NC 27420 | John J. Repcheck<br>Marks, O'Neill, O'Brien & Courtney<br>3200 Gult Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 |
| Ann I. Park<br>Pond North, LLP<br>350 North Grand Avenue, Suite 2850<br>Los Angeles, CA 90071 | Randi C. Peresich<br>Page, Mannino, Peresich & Mcdermott<br>P.O. Drawer 289<br>Biloxi, MS 39533-0289 | Kenneth D. Rhodes<br>Dunn, Kacal, Adams, Pappas & Law<br>America Tower<br>One Riverway, Suite 1200<br>Houston, TX 77056 |
| E. Spencer Parris<br>Jones, Martin, Parris & Tessener<br>410 Glenwood Avenue, Suite 200<br>Raleigh, NC 27603 | Alfred H. Perkins, Jr.<br>Starnes & Atchison<br>100 Brookwood Place, Seventh Floor<br>P.O. Box 598512<br>Birmingham, AL 35259 | J. Michael Riley<br>Jones, Martin, Parris & Tessener<br>410 Glenwood Avenue, Suite 200<br>Raleigh, NC 27603 |
| Donald C. Partridge<br>Forman, Perry, Watkins, Krutz & Tardy<br>200 South Lamar Street<br>City Centre, Suite 100S<br>Jackson, MS 39225-2608 | Joseph Stuart Pevsner<br>Thompson & Knight, LLP<br>1700 Pacific Avenue, Suite 3300<br>Dallas, TX 75201 | Bill Robins, III<br>Robins, Cloud, Greenwood & Lubel<br>910 Travis, Suite 2020<br>Houston, TX 77002 |
| Donald C. Partridge<br>Peters, Redditt, Willoughby, Zoghby &<br>Carbo<br>P.O. Drawer 1129<br>Mobile, AL 36633 | Diane M. Pompei<br>Sedgwick, Detert, Moran & Arnold<br>Three Gateway Center, 12th Floor<br>Newark, NJ 07102 | Robert M. Rolfe<br>Hunton & Williams<br>Riverfront Plaza<br>951 East Byrd Street<br>Richmond, VA 23219 |
| Lisa M. Pascarella<br>Pehlivanian & Braaten, LLC<br>2430 Route 34<br>P.O. Box 648<br>Manasquan, NJ 08736 | John M. Radicia<br>Page, Mannino, Pereisch, Dickinson &<br>McDermott<br>P.O. Drawer 289<br>Biloxi, MS 39533-0289 | Tom S. Roper<br>Carr, Allison, Pugh, Howard, Oliver &<br>Sisson<br>100 Vestavia Parkway, Suite 200<br>Birmingham, AL 35216 |
| Donald C. Patridge<br>Forman, Perry, Watkins, Krutz & Tardy<br>200 South Lamar Street<br>City Centre, Suite 100S<br>Jackson, MS 39201 | W. Larkin Radney, IV<br>Lightfoot, Franklin & White LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203 | John D. Roven<br>Roven, Kaplan & Wells<br>2190 North Loop West, Suite 410<br>Houston, TX 77018 |
| Lisa A. Pascarella<br>Pehlivanian &Braaten, LLC<br>2430 Route 34<br>P.O. Box 648<br>Manasquan, NJ 08736 | Feliz A. Rael<br>Atkinson & Thal<br>201 Third Street, N.W., #1850<br>Albuquerque, NM 87102 | Joseph D. Satterley<br>Sales, Tillman, Wallbaum, Catlett &<br>Satterley<br>1900 Waterfront Plaza<br>325 West Main Street<br>Louisville, KY 40202 |
| Donald C. Patridge<br>Forman, Perry, Watkins, Krutz & Tardy<br>200 South Lamar Street<br>City Centre, Suite 100S<br>Jackson, MS 39201 | F. Grey Redditt, Jr.<br>Vickers, Riis, Murray & Curran<br>P.O. Drawer 2568<br>Mobile, AL 36652-2568 | Richard D. Schuster<br>Vorys, Sater, Seymour & Pease, LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216 |
| Monica F. Patterson<br>Hawkins & Parnell<br>4000 Sun Trust Plaza<br>303 Peachtree Street, N.E.<br>Atlanta, GA 30308-3243 | William C. Reeves<br>Smith, Reeves & Yarborough, PLLC<br>6360 I-55 North, Suite 201<br>Jackson, MS 39211 | Neil Selman<br>Selman, Breitman & Burgess<br>11766 Wilshire Boulevard, Sixth Floor<br>Los Angeles, CA 90025 |
| James L. Pattillo<br>Norman, Wood, Kendrick & Turner<br>505 20th Street, North<br>Financial Center, Suite 1600<br>Birmingham, AL 35203 | Giovanni Regina<br>Waters, McPherson, McNeill, P.C.<br>300 Lighting Way<br>Secaucus, NJ 07096 | Gail Cotton Silver<br>Davis, Silver & Levy<br>500 Australian Avenue, South, Suite 800<br>West Palm Beach, FL 33401-5016 |
| Edward R. Paul<br>Paul, Mardinly, Durham, James, et al<br>320 West Front Street, P.O. Box D,<br>Media, PA 19063 | | |

| | | |
|---|---|---|
| Robert N. Spinelli<br>Kelley, Jasons, McGuire & Spinelli<br>Centre Square West, 15th Floor<br>Philadelphia, PA 19102 | Tracy E. Tomlin<br>Nelson, Mullins, Riley & Scarborough<br>100 North Tryon Street, Suite 2400<br>Charlotte, NC 28202-4000 | William L. Waudby<br>Adams and Reese/Lange Simpson, LLP<br>2100 Third Avenue North<br>Concord Center, Suite 1100<br>Birmingham, AL 35203-3367 |
| Connie Ray Stockham<br>Stockham, Carroll & Smith, P.C.<br>2204 Lakeshore Drive, Suite 114<br>Birmingham, AL 35209 | Hugh J. Turner, Jr.<br>Akerman, Senterfitt & Eidson<br>Las Olas Centre, Suite 1600<br>350 E. Las Olas Boulevard<br>Ft. Lauderdale, FL 33301-0006 | William W. Webster, II<br>Ray Valdez Mcchristian & Jeans<br>101 Summit Avenue, Suite 705<br>Fort Worth, TX 76102 |
| Matthew R. Straus<br>L'Abbate, Balkan, Colavita & Contini<br>1050 Franklin Avenue<br>Garden City, NY 11530 | Rocky N. Unruh<br>Morgenstein & Jubelirer<br>Spear Street Tower, 32nd Floor<br>One Market Plaza<br>San Francisco, CA 94105 | Amber Taylor Welock<br>Brown McCarroll<br>2000 Trammel Crow Center<br>2001 Ross Avenue<br>Dallas, TX 75201-6929 |
| Robert E. Swickle<br>Jaques Admiralty Law Firm, P.C.<br>1570 Penobscot Building<br>The Maritime Asbestosis Legal Clinic<br>Detroit, MI 48226 | Carey R. Varnado<br>Montague, Pittman & Varnado<br>P.O. Drawer 1975<br>Hattiesburg, MS 39403-1975 | James K. Weston, II<br>Tom Riley Law Firm<br>4040 First Avenue, N.E.<br>P.O. Box 998<br>Cedar Rapids, IA 52406 |
| David M. Taylor<br>Thompson, Coe, Cousins & Irons<br>700 North Pearl Street, 25th Floor<br>Dallas, TX 75201 | Thomas E. Vaughn<br>Allen, Vaughn, Cobb & Hood<br>P.O. Drawer 4108<br>Gulfport, MS 39502-4108 | Melody M. Wilkinson<br>Cooley, Manion & Jones<br>100 E 15th Street, Suite 320<br>Fort Worth, TX 76102 |
| Thomas W. Taylor<br>Andrews & Kurth<br>600 Travis Street, Suite 4200<br>Houston, TX 77002-2778 | Michael A. Vercher<br>Christian & Small, LLP<br>505 North 20th Street, Suite 1800<br>Birmingham, AL 35203-2696 | Stephen B. Williamson<br>Van Winkle, Buck, Wall, Starnes &<br>Davis, P.A.<br>11 N. Market Street<br>Ashville, NC 28801 |
| Jennifer M. Techman<br>Evert & Weathersby, LLC<br>3405 Piedmont Road, N.E., Suite 225<br>Atlanta, GA 30305 | Tim Vidal<br>Canepa & Vidal<br>P.O. Box 8980<br>Santa Fe, NM 87504-8980 | Dennis F. Wolford<br>Reed, Luce, Tosh, Wolford & Douglas<br>804 Turnpike Street<br>Beaver, PA 15009 |
| Robert E. Thackston<br>Hawkins, Parnell & Thackston<br>4514 Cole Avenue, Suite 550<br>Dallas, TX 75202 | James L. Ware<br>Sheehy, Serpe & Ware, P.C.<br>2500 Two Houston Centre<br>909 Fannin<br>Houston, TX 77010-1003 | George D. Yaron<br>Yaron & Associates<br>601 California Street, 21st Floor<br>San Francisco, CA 94111 |
| Mark S. Thomas<br>Maupin, Taylor & Ellis<br>P.O. Drawer 19764<br>Raleigh, NC 27619-9764 | Diana R. Warnecke<br>Sedgwick Detert, et al<br>1717 Main Street, Suite 5400<br>Dallas, TX 75201 | I. Timothy Zarsadias<br>Dean & Gibson, LLP<br>301 S. McDowell Street<br>Cameron Brown Building, Suite 900<br>Charlotte, NC 28204-2686 |
| Juan Carlos Tomasino<br>Schacter Harris<br>600 N. Pearl Street, Suite 2300<br>Dallas, TX 75201-2832 | Kirk G. Warner<br>Smith, Anderson, Blount, Dorsett, et al<br>P.O. Box 2611<br>Raleigh, NC 27602-2611 | |
| Michael T. Tomlin<br>Anania, Bandklayder, Blackwell,<br>Baumgarten, et al<br>NationsBank Tower, Suite 4300<br>100 Southeast 2nd Street<br>Miami, FL 33131-2144 | | |