JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

MAY -5 2005

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : MDL – 875 |

THIS DOCUMENT RELATES TO:

**CONDITIONAL TRANSFER ORDER (CTO-244)**

| | |
|---|---|
| SAMUEL P. SMITH, <br><br> Plaintiff, <br><br> -against- <br><br> GENERAL ELECTRIC COMPANY, et al., <br><br> Defendants. | : S.D.N.Y. Civ. Action No. 04-10102 |
| JAMES BERNHARDT and BERNADETTE BERNHARDT, <br><br> Plaintiffs, <br><br> -against- <br><br> GENERAL ELECTRIC COMPANY, et al., <br><br> Defendants. | : S.D.N.Y. Civ. Action No. 04-10103 |

PLEADING NO. 4508

2005 MAY -5  A 10: 48
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**

IMAGED MAY 9 2005

**NOTICE OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-244)
AS TO <u>Smith v. General Electric Company, et al.</u> AND
<u>Bernhardt v. General Electric Company, et al.</u>**

---

**TO:** Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Bldg.
Room G-255, North Lobby
Washington, D.C. 20002

**AND:** All Counsel on the attached Panel Service List (Excerpted from CTO-244), MDL Docket No. 875, <u>In re Asbestos Products Liability Litigation (No. VI)</u>.

**PLEASE TAKE NOTICE** that pursuant to the Rules of the Judicial Panel on Multidistrict Litigation, plaintiffs in the above-captioned actions, by and through their undersigned attorneys, hereby move the Judicial Panel to vacate so much of Conditional Transfer Order (CTO-244) as applies to <u>Smith v. General Electric Co., et al.</u>, Civil Action No. 04-10102 (S.D.N.Y.) and <u>Bernhardt v. General Electric Co., et al.</u>, Civil Action No. 04-10103 (S.D.N.Y.), or, in the alternative, to stay the CTO from becoming final and effective until the District Court for the Southern District of New York rules on plaintiffs' motions to remand these actions back to state court.

Dated: New York, New York
May 4, 2005

By: _____
Bryan Belasky (1777)
**WEITZ & LUXENBERG, P.C.**
180 Maiden Lane, 17th Floor
New York, New York 10038
Tel. (212) 558-5500
Attorneys for Plaintiffs

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 5 2005

FILED
CLERK'S OFFICE

IN RE ASBESTOS PRODUCTS LIABILITY : MDL – 875
LITIGATION (No. VI)                :

THIS DOCUMENT RELATES TO:

**CONDITIONAL TRANSFER ORDER (CTO-244)**

SAMUEL P. SMITH,

        Plaintiff,

-against-

GENERAL ELECTRIC COMPANY, et al.,

        Defendants.

S.D.N.Y. Civ. Action No. 04-10102
Judge Jed S. Rakoff

JAMES BERNHARDT and BERNADETTE
BERNHARDT,

        Plaintiffs,

-against-

GENERAL ELECTRIC COMPANY, et al.,

        Defendants.

S.D.N.Y. Civ. Action No. 04-10103
Judge Lewis A. Kaplan

**PLAINTIFFS' BRIEF IN SUPPORT OF THEIR MOTION TO VACATE
CONDITIONAL TRANSFER ORDER (CTO-244) AS TO
<u>Smith v. General Electric Co., et al.</u> AND <u>Bernhardt v. General Electric Co., et al.</u>**

## BACKGROUND OF THE LITIGATION

Plaintiffs here move to vacate so much of Conditional Transfer Order CTO-244 as applies to their actions for personal injury caused by exposure to asbestos, which were removed from the Supreme Court of the State of New York, New York County, to the United States District Court for the Southern District of New York. In the alternative, plaintiffs respectfully request that the Panel stay the CTO from becoming final and effective pending a ruling by the District Court for the Southern District of New York on Plaintiffs' motions to remand their cases.

In the Smith case, Plaintiff and the removing defendant, General Electric Company, have entered into a stipulation whereby the defendant has agreed to the remand of the action. Plaintiff's counsel has forwarded this stipulation to the Court, and we are waiting for Judge Rakoff of the Southern District of New York to order remand of the action.

In the Bernhardt case, Plaintiffs have entered into a stipulation of dismissal as to the removing defendant General Electric Company ("GE") only and had requested that the Court remand the action now that the only removing defendant was no longer a party to the action. Judge Kaplan of the Southern District of New York denied Plaintiffs' request, but granted leave to move to remand on the same grounds. Plaintiffs will be filing such a motion shortly.

Plaintiffs Samuel Smith and James Bernhardt both suffer from terminal, asbestos-related lung cancer. Because of the terminal condition of the Plaintiffs, these cases were to be granted a trial preference in state court, and, if remanded, would have a trial date within months. Plaintiffs do not seek to prosecute these cases in the Southern District of New York at all, but simply want additional time prior to transfer of these actions to the MDL Court so that the Court in New York can remand these cases back to state court.

**PROCEDURAL HISTORY**

Plaintiff in the <u>Smith</u> case first filed suit against GE and other defendants on November 22, 2004 in New York State Supreme Court. On December 21, 2004, GE removed this action to the District Court for the Southern District of New York. Plaintiffs in the <u>Bernhardt</u> case filed suit against GE and other defendants in New York State Supreme Court on November 22, 2004. GE removed the <u>Bernhardt</u> action to the District Court for the Southern District of New York on December 21, 2004. Counsel for GE subsequently suggested to the Judicial Panel on Multidistrict Litigation that these matters be listed as tag-along cases to MDL 875, <u>In re Asbestos Products Liability Litigation (No. VI)</u>.

On April 5, 2005, this Panel filed CTO-244, conditionally transferring these actions to the MDL court in the Eastern District of Pennsylvania. On April 19, 2005, Plaintiffs filed a Notice of Opposition to the CTO with this Panel.

**LEGAL ARGUMENT**

All that plaintiffs seek here is the opportunity for the Judges presiding over these cases in the Southern District of New York to remand the cases to state court prior to their transfer to the Eastern District of Pennsylvania. It appears that the asbestos MDL court has never ruled on a plaintiff's motion to remand a case back to state court. Instead, in asbestos cases throughout the country, it is the District Court to which the case is first removed that routinely decides this threshold issue. <u>See</u> e.g., <u>Feidt v. Owens - Corning Fiberglas Corp.</u>, 153 F.3d 124 (3d Cir. 1998); <u>Fink v. Todd Shiparyds</u>, 2004 WL 856734 (E.D.La. 2004); <u>Morgan v. Asbestos Defendants</u>, 2003 WL 945987 (N.D. Cal. 2003); <u>Teague v. Bell Helicopter Services, Inc.</u>, 2003 WL 21135481 (N.D.Tex.2003); <u>Schilz v. A.P. Green Industries, Inc.</u>, 2002 WL 102608 (N.D.Cal. 2002); <u>Freiberg v. Swinerton & Walberg Property Services, Inc.</u>, 245 F.Supp.2d 1144 (D. Colo.

2002); Carter v. ACANDS, Inc., 2002 WL 31682352 (E.D.Tex. 2002); Hines v. ACANDS, Inc., 128 F.Supp.2d 1003 (N.D. Texas 2001); Anderson v. Crown Cork & Seal, 93 F.Supp.2d 697 (E.D. Va. 2000); Megill v. Worthington Pump, Inc., 1999 WL 191565 (D.Del.1999); Mouton v. Flexitallic, Inc., 1999 WL 225438 (E.D.La.1999); Bautista v. Owens - Corning Fiberglas Corp., 1998 WL 267975 (N.D.Cal. 1998); Nguyen v. Allied Signal, Inc., 1998 WL 690854 (N.D.Cal. 1998); Polesky v. ACANDS, Inc., 1998 WL 633666 (S.D.N.Y. 1998); Ruffin v. Armco Steel Corp., 959 F.Supp. 770 (S.D. Texas 1997); McCormick v. C.E. Thurston & Sons, Inc., 977 F.Supp. 400 (E.D. Va. 1997); Blackman v. Asbestos Defendants, 1997 WL 703773 (N.D.Cal. 1997); Gauthe v. Asbestos Corp. 1997 WL 3255 (E.D.La. 1997); Overly v. Raybestos-Manhattan, 1996 WL 532150 (N.D.Cal. 1996); Yap v. Owens - Corning Fiberglas Corp., 1995 WL 225694 (N.D. Cal. 1995); Viala v. Owens - Corning Fiberglas Corp., 1994 WL 139287 (N.D. Cal. 1994); Cabalic v. Owens - Corning Fiberglas Corp., 1994 WL 564724 (N.D.Cal. 1994); Saaquisame v. Owens - Corning Fiberglas Corp., 1994 WL 564727 (N.D.Cal.1994); Crocker v. Borden, Inc., 852 F.Supp. 1322 (E.D. La. 1994); Anderson v. Avondale Industries, Inc., 1994 WL 679827 (E.D.La. 1994); Pack v. ACAND S, Inc., 838 F.Supp. 1099 (D. Md. 1993); Fung v. Abex Corp., 816 F.Supp. 569 (N.D. Cal. 1992). Moreover, there is precedent for this Panel to facilitate the decision of remand motions prior to transfer of asbestos cases to the asbestos MDL court. E.g. Vasura v. ACANDS, 84 F.Supp.2d 531, 532-33 (S.D.N.Y. 2000) (panel vacated a previously-granted final order of transfer to permit the transferor judge to rule on a motion to remand); see also DAVID F. HERR, MANUAL FOR COMPLEX LITIGATION § 31.131 (3d ed. 2003) at 332 ("Sometimes the panel has concluded that it should delay its ruling on transfer until critical motions have been decided by the court in which the case is pending.").

-4-

In these cases, because of the Plaintiffs' deteriorating health, it would be extremely unfair to further delay each of their days in court without allowing for sufficient time for the federal court in New York to remand the cases prior to transfer to the Eastern District of Pennsylvania.

## CONCLUSION

For all of the foregoing reasons, plaintiffs respectfully request that the Judicial Panel on Multidistrict Litigation vacate so much of Conditional Transfer Order CTO-244 as applies to their cases, or, in the alternative, stay the transfer order from becoming final and effective until the District Court for the Southern District of New York has made a decision on the pending requests for remand before it currently.

Respectfully submitted,

Dated: New York, New York
May 4, 2005

By: _____
Bryan Belasky
**WEITZ & LUXENBERG, P.C.**
180 Maiden Lane, 17th Floor
New York, New York 10038
Tel. (212) 558-5753
Attorneys for Plaintiffs

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 5 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : MDL – 875 |

THIS DOCUMENT RELATES TO:

**CONDITIONAL TRANSFER ORDER (CTO-244)**

| | |
|---|---|
| SAMUEL P. SMITH, <br><br>　　　　　　Plaintiff, <br><br>　-against- <br><br>GENERAL ELECTRIC COMPANY, et al., <br><br>　　　　　　Defendants. | : <br> : S.D.N.Y. Civ. Action No. 04-10102 |
| JAMES BERNHARDT and BERNADETTE BERNHARDT, <br><br>　　　　　　Plaintiffs, <br><br>　-against- <br><br>GENERAL ELECTRIC COMPANY, et al., <br><br>　　　　　　Defendants. | : <br> : S.D.N.Y. Civ. Action No. 04-10103 |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 5 2005

## CERTIFICATION OF SERVICE

FILED
CLERK'S OFFICE

I, Bryan Belasky, being of full age do hereby certify as follows:

I am an attorney admitted to the practice of law in the Federal and State Courts of the State of New York, and I am an associate of the law firm of Weitz & Luxenberg, P.C., counsel for plaintiffs in the above-captioned actions. On the date set forth next to my signature below, I caused the original and four copies of the within Notice of Motion and Brief, together with this Certification of Service and a computer readable disk of the pleading, to be served via overnight Federal Express on Michael J. Beck, Clerk of the Judicial Panel on Multidistrict Litigation, One Columbus Circle, NE, Thurgood Marshall Federal Judiciary Bldg., Room G-255, North Lobby, Washington, D.C. 20002, and to be served by United States Postal Service, postage-paid first-class mail, on all counsel listed on the attached Panel Service List (Excerpted from CTO-244), MDL Docket No. 875, In re Asbestos Products Liability Litigation (No. VI).

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Dated: New York, New York
May 4, 2005

By: _____
Bryan Belasky (1777)
**WEITZ & LUXENBERG, P.C.**
180 Maiden Lane, 17th Floor
New York, New York 10038
Tel. (212) 558-5500
Attorneys for Plaintiffs

# PANEL SERVICE LIST (Excerpted from CTO-244)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Southern District of New York

*Edward Decibus v. General Electric Co.*, C.A. No. 1:04-9643 (Judge Naomi Reice Buchwald)
*Samuel P. Smith v. General Electric Co.*, C.A. No. 1:04-10102 (Judge Jed S. Rakoff)
*James Bernhardt, et al. v. General Electric Co.*, C.A. No. 1:04-10103 (Judge Lewis A. Kaplan)
*Leo Rogers v. General Electric Co.*, C.A. No. 1:04-10104 (Judge Victor Marrero)
*Leonard J. Donini, et al. v. General Electric Co.*, C.A. No. 1:04-10105 (Judge Denny Chin)

Bryan D. Belasky
Weitz & Luxenberg
180 Maiden Lane
17th Floor
New York, NY 10038

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Erik Jacobs
Weitz & Luxenberg
180 Maiden Lane
17th Floor
New York, NY 10038

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Michael A. Tanenbaum
Sedgwick, Detert, Moran & Arnold
Three Gateway Center
12 th Floor
Newark, NJ 07102

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

## Service Rider

JUDITH YAVITZ, ESQ.
ANDERSON, KILL, OLICK & OSHINSKY
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1000
PHONE # (212) 278-1000
FAX # (212) 278-1733
**COUNSEL FOR AMCHEM PRODUCTS, INC., n/k/a RHONE POULENC AG CO., n/k/a BAYER CROPSCIENCE INC., CERTAIN TEED CORPORATION, DANA CORPORATION, AND UNION CARBIDE CORP.**

THEODORE EDER, ESQ.
SEGAL McCAMBRIDGE SINGER & MAHONEY
805 3rd AVENUE
NEW YORK, NY 10022
PHONE # (212) 918-4540
FAX # (212) 912-3667
**COUNSEL FOR ANCHOR PACKING CO., AND GARLOCK SEALING TECHNOLOGIES LLC, f/k/a GARLOCK**

YVETTE HARMON, ESQ.
MCGUIRE WOODS LLP
1345 AVENUE OF THE AMERICAS, 7TH FLOOR
NEW YORK, NY 10105
PHONE # (212) 548-2100
FAX # (212) 548-2150
**COUNSEL FOR AMERICAN STANDARD, INC, ITT INDUSTRIES, INC.**

EDWARD WILBRAHAM, ESQ./ JOHN HOWARTH, ESQ.
WILBRAHAM, LAWLER & BUBA
1818 MARKET STREET, SUITE 3100
PHILADELPHIA, PA 19103
PHONE # (215) 564-4141
FAX # (215) 564-4385
**COUNSEL FOR  BUFFALO PUMPS, INC.**

JOHN J. FANNING, ESQ.
CULLEN & DYKMAN
177 MONTAGUE STREET
BROOKLYN, NY 11201
PHONE # (718) 855-9000
FAX # (718) 935-1509
**COUNSEL FOR BURNHAM, LLC as successor to  BURNHAM CORP., AND GOULDS PUMPS, INC.**

CORI L. LEAVITT, ESQ.
MALABY, CARLISLE & BRADLEY LLC
150 BROADWAY
NEW YORK, NY 10038
PHONE # (212) 791-0285
FAX # (212) 791-0286
**COUNSEL FOR CLEAVER BROOKS CO., INC.**

ANDREW CZEREPAK, ESQ.
CONSOLIDATED EDISON
FOUR IRVING PLACE
NEW YORK, NY 10003
PHONE # (212) 460-2164 or 2158
FAX # (212) 780-6483
**COUNSEL FOR CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.**

LAWRENCE MCGIVNEY, ESQ.
MCGIVNEY, KLUGER & GANNON, P.C.
80 BROAD ST., 23RD FLOOR
NEW YORK, NY 10004
PHONE  212 509-3456
FAX  212 509-4420
**COUNSEL FOR  COURTER & CO. INC.,  AND PATTERSON PUMP CO.**

As of 11/22/04

CYNTHIA WEISS ANTONUCCI, ESQ.
HARRIS, BEACH LLP
805 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY 10022
PHONE # (212) 687-0100
FAX # (212) 687-0659
**COUNSEL FOR CRANE, CO., AND KENTILE FLOORS, INC**

WILLIAM MUELLER, ESQ.
CLEMENTE, DICKSON & MUELLER
218 RIDGEDALE AVENUE
MORRISTOWN, NJ 07961
PHONE # (973) 455-8008
FAX # (973) 455-8118
**COUNSEL FOR DURABLA MANUFACTURING COMPANY**

STEVE KEVELSON, ESQ.
ONE COZINE AVENUE
BROOKLYN, NY 11201
PHONE # (718) 649-4900
FAX # (718) 649-4902
**COUNSEL FOR EMPIRE ACE INSULATION MFG. CORP.**

DAVID SCHAEFER, ESQ.
MALABY CARLISLE & BRADLEY
150 BROADWAY, SUITE 600
NEW YORK, NY 10038
PHONE # (212) 791-0285
FAX # (212) 791-0286
**COUNSEL FOR FOSTER WHEELER, L.L.C.,**

DANIEL KAUFMAN, ESQ.
HARRIS, BEACH LLP
805 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY 10022
PHONE # (212) 687-0100
FAX # (212) 687-0659
**COUNSEL FOR GARDNER DENVER, INC.**

MICHAEL A. TANENBAUM, ESQ.
SEDWICK, DETERT, MORAN & ARNOLD LLP
THREE GATEWAY CENTER 12TH FLOOR
NEWARK, NJ 07102-5311
PHONE: (973) 242-0002
FAX:: (973) 242-8099
**COUNSEL FOR GENERAL ELECTRIC CO.**

CATHI A. HESSION, ESQ./ JASON T. COHEN, ESQ.
FLEMMING, ZULACK & WILLIAMSON, LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006
PHONE # (212) 412-9500
FAX # (212) 964-9200
**COUNSEL FOR GOODYEAR CANADA, INC., AND GOODYEAR TIRE & RUBBER CO.**

IRA M. SCHULMAN, ESQ.
MAZUR, CARP & RUBIN, P.C.
2 PARK AVENUE
NEW YORK NY, 10016
TEL 212-686-7700 EXT 322
FAX 212-532-1425
**COUNSEL FOR HARDIE-TYNES COMPANY, INC., HARDIE-TYNES CO., INC. individually and as successor to HARDIE-TYNES MANUFACTURING CO., INC.,**

JOSEPH COLAO, ESQ./HELEN CHUNG, ESQ.
LEADER & BERKON LLP
630 3RD AVENUE, 17TH FLOOR
NEW YORK, NY 10017
PHONE # (212) 486-2400
FAX # (212) 486-3099
**COUNSEL FOR IMO INDUSTRIES, INC.**

As of 11/22/04

LISA M. PASCARELLA, ESQ./STEPHANIE A. DIVITA, ESQ.
PEHLIVANIAN & BRAATEN, LLC
2430 ROUTE 34
MANASQUAN, NJ 08736
PHONE # (732) 528-8888
FAX # (732) 528-4445
**COUNSEL FOR INGERSOLL-RAND CO.**

JOSEPH CARLISLE, ESQ.
MALABY, CARLISLE & BRADLEY LLC
150 BROADWAY
NEW YORK, NY 10038
PHONE # (212) 791-0285
FAX # (212) 791-0286
**COUNSEL FOR J.H. FRANCE REFRACTORIES CO.**

ANDREW SAPON, ESQ.
BIVONA & COHEN, P.C.
88 PINE STREET
NEW YORK, NY 10005
PHONE # (212) 363-3100
FAX # (212) 363-9824
**COUNSEL FOR O'CONNOR CONSTRUCTORS & CO., INC. f/k/a THOMAS O'CONNOR & CO.,**

PAUL A. SCRUDATO, ESQ.
SCHIFF HARDIN & WAITE
623 FIFTH AVENUE, SUITE 2800
NEW YORK, NY 10022
PHONE # (212) 753-5000
FAX # (212) 753-5044
**COUNSEL FOR OWENS-ILLINOIS, INC.**

ART BROMBERG, ESQ.
L'ABBATE, BALKAN, COLAVITA & CONTINI
7 REGENT STREET, SUITE 711
LIVINGSTON, NJ 07039
PHONE # (973) 422-0422
FAX # (973) 422-0420
**COUNSEL FOR PEERLESS INDUSTRIES**

LINDA YASSKY, ESQ.
SONNENSCHEIN NATH & ROSENTHAL
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
PHONE # (212) 398-5297
FAX # (212) 398-5245
**COUNSEL FOR RAPID AMERICAN CORPORATION**

ANNA DILONARDO, ESQ.
L'ABBATE, BALKAN, COLAVITA & CONTINI
1050 FRANKLIN AVENUE
GARDEN CITY, NY 11530
PHONE # (516) 294-8844
FAX # (516) 294-8202
**COUNSEL FOR ROBERT A. KEASBEY CO.**

THOMAS G. CARRUTHERS, ESQ.
O'MELVENY & MYERS LLP
TIMES SQUARE TOWER
7 TIMES SQUARE
NEW YORK, NY 10036
PHONE # (212) 326-2242
FAX # (212) 326-2061
**COUNSEL FOR TREADWELL CORP.**

ANTHONY J. MARINO, ESQ.
GARRITY, GRAHAM, FAVETTA & FLYNN
ONE LACKAWANNA PLAZA
MONTCLAIR, NJ 07042-8205
PHONE # (973) 509-7500
FAX # (973) 509-0414
**COUNSEL FOR UNITED CONVEYOR CORP.**

As of 11/22/04

WILLIAM BRADLEY, ESQ.
MALABY CARLISLE & BRADLEY LLC
150 BROADWAY
NEW YORK, NY 10038
PHONE # (212) 791-0285
FAX # (212) 791-0286
**COUNSEL FOR VIACOM INC., successor by merger to CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORP.**

JOSEPH CARLISLE, ESQ.
MALABY, CARLISLE & BRADLEY LLC
150 BROADWAY
NEW YORK, NY 10038
PHONE # (212) 791-0285
FAX # (212) 791-0286
**COUNSEL FOR WARREN PUMPS, INC.**

MARY ELLEN CONNOR, ESQ.
MALABY CARLISLE & BRADLEY, LLC
150 BROADWAY
NEW YORK, NY 10038
PHONE # (212) 791-0285
FAX # (212) 791-0286
**COUNSEL FOR WEIL-MCLAIN, a division of THE MARLEY CO.**