

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 11 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
OF MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCT § 
LIABILITY LITIGATION (NO. VI) § MDL DOCKET NO. 875
 §

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANN HAUCK, §
 §
 Plaintiff, §
 §
vs. § CASE NO. 6:04-CV-1835
 §
BORG WARNER CORPORATION, §
et al., §
 §
 Defendants. §

### HONEYWELL INTERNATIONAL INC.'S NOTICE OF JOINDER IN DEFENDANT GENUINE PARTS COMPANY'S AND MACK TRUCKS, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER (CTO-243)

Defendant, HONEYWELL INTERNATIONAL INC., as successor in interest to Allied Corporation, as successor in interest to The Bendix Corporation, appearing by and through its undersigned attorney, hereby joins in Genuine Parts Company and Mack Trucks, Inc.'s Memorandum in Opposition to Plaintiff's Motion to Vacate the Conditional Transfer Order (CTO-243).

**OFFICIAL FILE COPY**

IMAGED MAY 2 6 2005

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2005, I caused a true and correct copy of Defendant Honeywell International Inc.'s Notice of Joinder in Genuine Parts Company and Mack Trucks, Inc.'s Memorandum in Opposition to Plaintiff's Motion to Vacate the Conditional Transfer Order (CTO-243) to be served upon all counsel listed on the attached Service List, by first class mail, postage prepaid.

Respectfully submitted,

RODD R. BUELL, P.A.

Attorney for Defendant Honeywell
International Inc., f/k/a /AlliedSignal, Inc.
successor-in- interest to Bendix Corp.
12773 West Forest Hill Blvd.
Suite 205
Wellington, FL  33414
Tel: (561) 795 5400
Fax: (561) 795 5451
Email: buelllaw@aol.com

By: _____
RODD R. BUELL
Florida Bar No.131246

## HAUCK SERVICE LIST

David M. Lipman, P. A.
5901 S. W. 74th Street
Suite 304
Miami, FL 33143

Marisol Estevez, Esq.
Anania, Bandklayder, Blackwell
100 S.E. 2nd Street
Suite 4300
Miami, FL 33131
Telephone: (305) 373-4900

Jeffrey M. Bell, Esq.
Tim Ferguson, Esq.
Bell & Melamed, LLC
1451 West Cypress Creek Rd, #300
Ft. Lauderdale, FL 33309

Thomas M. Burke, Esq.
Chris N. Kolos, Esq.
Holland & Knight, LLP
200 South Orange Avenue, Ste. 2600
Orlando, FL 32801

C. Michael Evert, Jr., Esq.
Evert & Weathersby
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

Evelyn Fletcher, Esq.
Hawkins & Parnell
303 Peachtree Street N.E., Suite 4000
Atlanta, GA 30308-3243

Henry P. Bell, Esq.
Salas, Ede, Peterson & Lage, LLC
6333 Sunset Drive
South Miami, FL 33143
Telephone: (305) 663-0000
Facsimile: (305) 663-0989

Ben Girtman, Esq.
1020 East Lafayette Street
Suite 207
Tallahassee, FL  32301

Gail Cotton Silver, Esq.
Silver, Levy & Feldman, P.A.
500 Australian Avenue South, Suite 800
West Palm Beach, FL  33401

Myron Shapiro, Esq.
Kenn W. Goff, Esq.
Herzfield & Rubin
80 S.W. 8th Street, Ste. 1920
Miami, FL  33130

Virginia Easley Johnson, Esq.
Jana Marie Fried, Esq.
Foley & Mansfield, P.L.L.P.
4770 Biscayne Blvd.
Suite 1030
Miami, FL  33137

Sue Cole, Esq.
Kathleen M. LaBarge, Esq.
Bice Cole Law Firm, PL
2801 Ponce De Leon Blvd., Suite 550
Coral Gables, FL  33134
Telephone:  (305) 444-1225
Facsimile:  (305) 446-1598

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MAY 24 2005**

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
OF MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI) | § § § | MDL DOCKET NO. 875 |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| ANN HAUCK, <br><br> Plaintiff, <br><br> vs. <br><br> BORG WARNER CORPORATION, et al., <br><br> Defendants. | § § § § § § § § § § | CASE NO. 6:04-CV-1835 |

### HONEYWELL INTERNATIONAL INC.'S AMENDED CERTIFICATE OF SERVICE FOR ITS NOTICE OF JOINDER IN DEFENDANT GENUINE PARTS COMPANY'S AND MACK TRUCKS, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER (CTO-243)

I hereby certify that on May 19, 2005, I caused a true and correct copy of Defendant Honeywell International Inc.'s Notice of Joinder in Genuine Parts Company and Mack Trucks, Inc.'s Memorandum in Opposition to Plaintiff's Motion to Vacate the Conditional Transfer

Order (CTO-243) to be served upon all counsel of record on the attached Service List, by first class mail, postage prepaid.

                    Respectfully submitted,

                    RODD R. BUELL, P.A.

                    Attorney for Defendant Honeywell
                    International Inc., f/k/a /AlliedSignal, Inc.
                    successor-in- interest to Bendix Corp.
                    12773 West Forest Hill Blvd.
                    Suite 205
                    Wellington, FL  33414
                    Tel: (561) 795 5400
                    Fax: (561) 795 5451
                    Email: buelllaw@aol.com

By: _____
                    RODD R. BUELL
                    Florida Bar No.131246

MAY. 11. 2005  2:39PM  JPML  NO. 3554  P. 2

PAGE 1 OF 2

# PANEL SERVICE LIST (Excerpted from CTO-243)
## DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Ann Hauck v. Borg Warner Corp., et al.*, M.D. Florida, C.A. No. 6:04-1835 (Judge John Antoon, II)

Jeffrey M. Bell
Ritter, Chusid, Bivona & Cohen, LLP
7000 West Palmetto Park Road
Suite 305
Boca Raton, FL 33433

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Rodd R. Buell
Law Office of Rodd R. Buell, P.A.
12773 West Forest Hill Boulevard
Suite 205
Wellington, FL 33414

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Susan J. Cole
Bice Cole Law Firm
2801 Ponce De Leon Boulevard
Suite 550
Coral Gables, FL 33134-6920

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Timothy J. Ferguson
Bell & Melamed
1451 West Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309

Evelyn M. Fletcher
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Peter J. Frommer
Ruden, McClosky, Smith, et al.
701 Brickell Avenue
Suite 1900
Miami, FL 33131

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Michelle M. Gervais
Duane Morris, LLP
200 S. Biscayne Blvd.
Suite 3400
Miami, FL 33131

Ben E. Girtman
1020 East Lafayette Street
Suite 207
Tallahassee, FL 32301

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Virginia E. Johnson
Foley & Mansfield
4770 Biscayne Blvd., #1030
Miami, FL 33137-3258

Chris N. Kolos
Holland & Knight, LLP
200 S. Orange Avenue
Suite 2600
Orlando, FL 32801

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Richard M. Lauth
Evert & Weathersby, LLC
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Rebecca S. Shull
David M. Lipman, P.A.
5901 S.W. 74th Street
Suite 304
Miami, FL 32143

Gail Cotton Silver
Davis, Silver & Levy
500 Australian Avenue, South
Suite 800
West Palm Beach, FL 33401-5016

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Michael T. Tomlin
Anania, Bandklayder, Blackwell,
Baumgarten, et al.
NationsBank Tower, Suite 4300
100 Southeast 2nd Street
Miami, FL 33131-2144

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Hugh J. Turner, Jr.
Akerman, Senterfitt & Eidson
Las Olas Centre, Suite 1600
350 E. Las Olas Boulevard
Ft. Lauderdale, FL 33301-0006

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406