

MDL-875

MAY 11 2005

FILED
CLERK'S OFFICE



THE LAW FIRM OF
# KELEHER
# &McLEOD
A PROFESSIONAL ASSOCIATION



10 May, 2005

**BY FACSIMILE  (202) 502-2888**

Clerk's Office
Judicial Panel on Multidistrict Litigation
One Colombus Circle, N.E.
North Lobby, Room G-255
Washington, D.C. 20002-8004

Re:  *Sinforosa Apodaca, et al. v. The Zia Company, et al.*
     No. CV-2005-00054, District Court, Bernalillo Co., New Mexico
     No. CIV-05-182 BB/WPL, U.S. District Court, New Mexico
     (010102-001)

Attention Clerk's Office:

The above-captioned case was originally filed in New Mexico District Court on January 4, 2005 as CV-2005-00054. On approximately February 18, 2005 the case was removed to Federal Court as CIV-05-182 and further removed from Santa Fe to Albuquerque on April 29, 2005 and is now captioned as **CIV-05-182 BB/WPL**. Keleher & McLeod entered their appearance for defendants Advance Auto Parts, Western Auto Supply Company, Discount Auto Parts, Inc., and Parts America on February 11, 2005, in the New Mexico District Court.

On May 6, 2005 we received a copy of a Motion to Vacate Conditional Transfer Order with regard to **MDL Docket No. 875, IN RE Asbestos Products Liability Litigation**, with attached Panel Service List. Our attorney's, Spencer Reid and Charles Archuleta are listed on the attached Certificate of Service, however, they were somehow dropped from the Panel Service List. With this letter we request inclusion on that list and notification of any further filings with regard to MDL Docket No. 875.

Thank you for your assistance. Should you need anything further from our firm in regard to the service list, please let me know.

Very truly yours,

KELEHER & McLEOD, P.A.

By _____
Devon B. Westphal
Paralegal to W. Spencer Reid

Dbw0565
Enc.

W. A. Kelcher (1886-1972)
A.H. McLeod (1902-1976)

**Mailing Address**
PO Box AA
Albuquerque NM 87103

**Main Phone**
505-346-4646

**Street Address**
Albuquerque Plaza
201 Third NW, 12th floor
Albuquerque NM 87102
Fax: 505-346-1370

414 Silver SW, 12th floor
Albuquerque NM 87102
Fax: 505-346-1345

*Running Horses & Gray Mercer 1910 provided for the City of Albuquerque Public Art Collection in 1991*

**OFFICIAL FILE COPY**
IMAGED MAY 1 2 2005

MAY.-10'05(TUE) 15:23 Case MDL No. 875  Document 4512  Filed 05/11/05  Page 2 of JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PAGE 1 of 1  MAY 11 2005

FILED
CLERK'S OFFICE

# PANEL SERVICE LIST (Excerpted from CTO-244)
## DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Sinforosa Apodaca, et al. v. Zia Co., et al.*, D. New Mexico, C.A. No. 6:05-182 (Judge Martha Vazquez)

Lawrence E. Abbott
Abbott, Simses & Kuchler
400 Lafayette Street
Suite 200
New Orleans, LA 70130

Jennifer G. Anderson
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Laurie K. Anger
Morgenstein & Jubelirer
Spear Street Tower, 32nd Floor
One Market Plaza
San Francisco, CA 94105

James P. Bieg
Rodey, Dickason, Sloan, Akin & Robb
P.O. Box 1357
Santa Fe, NM 87504-1357

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, LLP
303 East 17th Avenue, Suite 1100
Denver, CO 80203

Martha G. Brown
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Donald G. Bruckner, Jr.
Guebert, Bruckner & Bootes, PC
P.O. Box 93880
Albuquerque, NM 87199-3880

William H. Carpenter
Carpenter & Stout
1600 University Boulevard, N.E.
Suite A
Albuquerque, NM 87102

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Tim L. Fields
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Laura Rehm Giokas
Bryan Cave, L.L.P.
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Ronald L. Hellbusch
Baker & Hostetler, LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Alice T. Lorenz
Miller Stratvert, P.A.
P.O. Box 25687
Albuquerque, NM 87125

Thomas R. Mack
Miller Stratvert, P.A.
P.O. Box 25687
Albuquerque, NM 87125

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Feliz A. Rael
Atkinson & Thal
201 Third Street, N.W.
#1850
Albuquerque, NM 87102

Melissa J. Reeves
Sandenaw & Piazza, PC
2951 A Roadrunner Parkway
Las Cruces, NM 88011

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Michael C. Ross
Miller Stratvert, P.A.
P.O. Box 25687
Albuquerque, NM 87125

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

PANEL SERVICE LIST (Excerpted from CTO-244) MDL-875               PAGE 2 OF 2

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Patrick M. Shay
Rodey, Dickason, Sloan, Akin & Robb
P.O. Box 1888
Albuquerque, NM 87103

Judy Bradshaw Snyder
William & Trine PC
1435 Arapahoe Avenue
Boulder, CO 80302-6390

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Bruce H. Strotz
Fairfield, Garrow & Strotz
P.O. Box 35400
Albuquerque, NM 87176

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the document **MOTION AND BRIEF TO VACATE CONDITIONAL TRANSFER ORDER** was placed in the U.S. Mail, postage pre-paid, on this, 4th day of May, 2005 addressed to the following known counsel of record:

James S. Bratten, Esq.
Pehlivanian & Braaten, LLC.
Paynter's Ridge Office Park
PO Box 648
Manasquaan, NJ 08736
*National Counsel Attorneys for Ingersoll-Rand Company*

Alfred L. Green, Jr., Esq.
Patrick J. Greibel, Esq.
Butt, Thornton & Baehr, PC
4101 Indian School Road, N.E.
Suite 300 South
Albuquerque, NM 87110
*Attorneys for Auto Zone*
(505) 884-0777
FAX: (505) 889-8870

Cas Tabor, Esq.
McCormick, Caraway, Tabor & Riley, LLP
Bujac Bldg., 112 N. Canyon
P.O. Box 1718
Carlsbad, NM 88221-1718
*Attorneys for John Crane, Inc.*
(505) 885-4171
FAX: (505) 885-1963

David J. Stout, Esq.
Carpenter & Stout, Ltd.
1600 University, N.E., Suite A
Albuquerque, NM 87102-1724
*Attorneys for Plaintiff*
(505) 243-1336
FAX: (505) 243-1339

Jack Brant, Esq.
Rodey, Dickason, Sloan & Robb, PA
201 Third Street, N.W., #2200
Albuquerque, NM 87102
*Attorneys for Ford Motor Company, General Motors Corporation*
(505) 765-5900
FAX: (505) 768-7395

John A. Bannerman, Esq.
Charlotte Lamont, Esq.
Bannerman & Williams, PA
6400 Uptown Blvd., N.E., #200 West
Albuquerque, NM 87110
*Attorneys for General Electric Company*
(505) 837-1900
FAX: (505) 837-1800

T.A. Sandenaw, Jr. Esq.
Melissa J. Reeves, Esq.
Sandenaw, Piazza & Anderson, P.C.
2951 Roadrunner Pkwy.
Las Cruces, NM 88011
*Attorneys for Ingersoll-Rand*

John S. Thal, Esq.
Feliz A. Rael, Esq.
Atkinson & Thal, PC
201 Third Street, N.W., #1850
Albuquerque, NM 87102
*Attorneys for Zia Company & Conwed Corp.*
(505) 764-8111

1

Alice Tomlinson Lorenz, Esq.
Thomas R. Mack, Esq.
Michael C. Ross, Esq.
Thomas M. Domme, Esq.
Miller Stratvert, PA
P.O. Box 25687
Albuquerque, NM 87125
*Attorneys for Honeywell, Garlock Sealing Kelly-Moore Paint Co, Genuine Parts Co, National Automotive Parts Assoc.*
(505) 842-1950

Mary Price Birk, Esq.
Ronald Hellbusch, Esq.
Chad Trulli, Esq.
Stephanie Loughner, Esq.
Baker & Hostetler, LLP
303 E. 17th Avenue, #1100
Denver, CO 80203
*Attorneys for Maremont Corp., Uniroyal Holding, Pneumo Abex LLC, Certainteed, Union Carbide, Dana Corp*
(303) 861-0600
FAX: (303) 861-7805

Laurie Anger, Esq.
Morgenstein & Jubilirer
One Market Plaza
Spear Street Tower, 32nd floor
San Francisco, CA 94105
*Attorneys for Georgia Pacific*
(415) 901-8700
FAX: (415) 901-8701

Rebecca Jackson, Esq.
Laura Rehm Giokas, Esq.
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Ste 3600
St. Louis, MO 63102
*Attorneys for McDonnell Douglas*

Erin Lagenwalter, Esq.,
Douglas Schneebeck, Esq.,
Jennifer Anderson, Esq.
Mondrall, Sperling, Roehl, Harris & Sisk, PA
P.O. Box 2168
Albuquerque, NM 87103-2168
*Attorneys for 3M, RPM.*
(505) 848-1800

W. Spencer Reid, Esq.
S. Charles Archuleta, Esq.
Keleher & McLeiod, PA
P.O. Box AA
Albuquerque, NM 87103
*Attorneys for Advance Auto Parts, Discount Auto Parts, Parts America, Western Auto Supply*
(505) 346-4646
FAX: (505) 346-1370

Bruce H. Strotz, Esq.
Fairfield, Farrow, Flowers, Pierson & Strotz
2400 Louisiana Blvd., N.E.
Bldg. AFC 3, Suite 100
Albuquerque, NM 87110
*Attorneys for Georgia Pacific*
(505) 881-8300
FAX: (505) 889-0553

Terrance Yenson, Esq.
Yenson, Lynn, Allen, & Wosick, P.C.
4908 Alameda Blvd. NE
Albuquerque, NM 87113-1736
(505) 266-3995
FAX: (505) 268-6694
*Attorneys for Borg-Warner Corp.*

2

Don Bruckner, Esq.
Marcus Garcia, Esq.
Geubert, Bruckner, & Bootes, P.C.
PO Box 93880
Albuquerque, NM 87199-3880
*Attorneys for Dow Chemical Co.*

Briggs Cheney
Sheehan, Sheehan, & Stelzner, P.A.
PO Box 271
Albuquerque, NM 87103
*Attorneys for DaimlerChrysler Corp.*

Martha Brown, Esq.
Mondrall, Sperling, Roehl, Harris & Sisk, PA
P.O. Box 2168
Albuquerque, NM 87103-2168
*Attorney for McDonnell Douglas Corp.*

Juan Flores, Esq.
Bob Warburton
Sheehan, Sheehan, & Stelzner, P.A.
PO Box 271
Albuquerque, NM 87103
*Attorneys for AW Chesterton*

Lawrence Abbott, Esq.
Sarah Liams, Esq.
Matthew Ehrlicher, Esq.
Albert, Simses, & Kuchler, APLC
400 Lafayette St. Ste 200
New Orleans, LA 70130
(504) 568-9393
FAX: (504) 524-1933
*Attorneys for Dow Chemical Co.*

Anthony S. Thomas, Esq.
Bowman and Brooke, LLP
879 W. 190th St. Ste 700
Gardena, CA 90248
*Attorney for Ford Motor Co. & General Motors*

Tim L. Fields, Esq.,
Michelle Hernandez, Esq.,
Mondrall, Sperling, Roehl, Harris & Sisk, PA
P.O. Box 2168
Albuquerque, NM 87103-2168
*Attorneys for Maremont Corp.; American Standard Co., Viacom, Inc., Uniroyal Holdingl, Pneumo Abex, Certainteed Corp., Union Carbide Corp.*

Dated: May 4, 2005

By: [signature]
Judy B. Snyder, # 34514
Trine & Metcalf, P.C.