JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



APR 2 8 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-246)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 79,738 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 1 6 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED MAY 1 6 2005

## SCHEDULE CTO-246 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DIST. DIV. C.A. #**          **CASE CAPTION**

OKLAHOMA EASTERN
  OKE  6  01-692              Junior Green, et al. v. Alliedsignal, Inc., et al.

PUERTO RICO
  PR   3  03-1942             Arquelio Acosta-Oliveras, et al. v. Pittsburgh Corning Corp., et al.

TEXAS SOUTHERN
  TXS  3  05-203              Johnnie Ray Scott, et al. v. Amoco Oil Co., et al.

VIRGINIA EASTERN
  VAE  2  05-8581             Robert A. Beaman v. American Standard, et al.
  VAE  2  05-8582             Carl E. Lentz v. American Standard, et al.
  VAE  2  05-8583             Dwain G. Steele v. American Standard, et al.
  VAE  2  05-8584             James C. Willison v. American Standard, et al.
  VAE  2  05-8585             Johnnie L. Almond v. American Standard, et al.
  VAE  2  05-8586             George Hare v. American Standard, et al.
  VAE  2  05-8587             Alvin R. Knodel v. American Standard, et al.
  VAE  2  05-8588             Dean F. Langan v. American Standard, et al.
  VAE  2  05-8589             Robert E. Meyer v. American Standard, et al.
  VAE  2  05-8590             William G. Arnall v. American Standard, et al.
  VAE  2  05-8591             Felix Padilla v. American Standard, et al.
  VAE  2  05-8592             Jack A. Peterson v. American Standard, et al.
  VAE  2  05-8593             James E. Riley v. American Standard, et al.
  VAE  2  05-8594             Rufus R. Perkins v. American Standard, et al.
  VAE  2  05-8595             Jerry W. Roetto v. American Standard, et al.
  VAE  2  05-8596             Marvin E. Seger v. American Standard, et al.
  VAE  2  05-8597             Robert E. Williss v. American Standard, et al.