

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 18 2005

FILED
CLERK'S OFFICE

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-247)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 79,769 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED MAY 19 2005

## SCHEDULE CTO-247 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN  3  05-533 | Pauline Simmons, et al. v. Viacom, Inc., et al. |
| CAN  3  05-565 | Fred Young v. Viacom, Inc. |
| **FLORIDA MIDDLE** | |
| FLM  3  05-245 | Victor G. Petrick v. CSX Transportation, Inc. |
| FLM  3  05-246 | Bobby Lee Duty v. CSX Transportation, Inc. |
| FLM  3  05-247 | Frank H. Johnson v. CSX Transportation, Inc. |
| **FLORIDA NORTHERN** | |
| FLN  3  05-115 | Joseph Leavins v. Air Products & Chemicals, Inc. |
| FLN  3  05-118 | Ann Elizabeth Buchinger, etc. v. Garlock, Inc., et al. |
| **FLORIDA SOUTHERN** | |
| FLS  0  05-60577 | Grady B. Anderson, et al. v. Borg-Warner Corp., et al. |
| FLS  0  05-60578 | Darrell Bastin, et al. v. Borg-Warner Corp., et al. |
| FLS  0  05-60579 | Ronald H. Boyd, et al. v. Borg-Warner Corp., et al. |
| FLS  0  05-60580 | Thomas G. Price, et al. v. Borg-Warner Corp., et al. |
| FLS  0  05-60581 | George Provorse, et al. v. Borg-Warner Corp., et al. |
| FLS  0  05-60582 | John St. John, et al. v. Borg Warner Corp., et al. |
| FLS  0  05-60659 | Bessie Hall, etc. v. Borg-Warner Corp., et al. |
| FLS  0  05-60660 | LeHoward J. Earles, et al. v. Borg-Warner Corp., et al. |
| FLS  0  05-60661 | Lennie Clark, et al. v. Borg-Warner Corp., et al. |
| FLS  0  05-60662 | Bertha Cook, etc. v. Borg-Warner Corp., et al. |
| FLS  0  05-60663 | Ernest Caldwell v. Borg-Warner Corp., et al. |
| FLS  0  05-60664 | LeClarence Peoples v. Borg-Warner Corp., et al. |
| **ILLINOIS NORTHERN** | |
| ILN  1  05-2214 | James W. Moore, Sr. v. Rapid-American Corp. |
| **INDIANA SOUTHERN** | |
| INS  3  05-66 | Denny M. Kirk v. CSX Transportation, Inc. |
| INS  3  05-67 | Delbert Aldridge v. CSX Transportation, Inc. |
| INS  3  05-68 | Benjamin C. Billings v. CSX Transportation, Inc., et al. |
| **LOUISIANA EASTERN** | |
| LAE  2  05-1509 | Stanley Christian v. Gulf States Asphatl Co., Inc., et al. |
| **MARYLAND** | |
| MD  1  04-2849 | Clifton Lee Hood v. Anchor Packing Co., et al. |
| **MINNESOTA** | |
| MN  0  05-815 | Clarence Allan Johnson v. Garlock Sealing Technologies, LLC, et al. |
| **MISSOURI WESTERN** | |
| MOW  4  05-370 | Stuart C. Mallory, Jr. v. Burlington Northern & Santa Fe Railway Co. |
| **MISSISSIPPI SOUTHERN** | |
| MSS  1  05-135 | John J. McCary v. AlliedSignal, Inc., et al. |
| MSS  1  05-155 | Gerald Judson v. Kerr-McGee Corp., et al. |
| MSS  1  05-168 | Donna Mae Hershberger, et al. v. ACandS, Inc., et al. |
| MSS  1  05-191 | Donna Ray Culver, et al. v. Abex Corp., et al. |

SCHEDULE CTO-247 TAG-ALONG ACTIONS (MDL-875)                          PAGE 2 OF 2

**NORTH CAROLINA MIDDLE**
  NCM  1  04-589              Wonie Coffa Sirleaf v. Bridgestone/Firestone North American Tire Co.

**NEW YORK EASTERN**
  NYE  1  05-873              Frank M. Anselmo v. Consolidated Rail Corp., et al.
  NYE  1  05-1491             Edward A. Zalinski v. Consolidated Rail Corp., et al.

**NEW YORK SOUTHERN**
  NYS  1  02-6765             Richard Epstein, et al. v. ACandS, Inc., et al.

**TEXAS NORTHERN**
  TXN  4  04-914              Fred Makowecky v. 3M Co., et al.
  TXN  4  04-915              Noemi Borean, etc. v. 3M Co., et al.
  TXN  4  04-916              Ronald Edmonds v. 3M Co., et al.
  TXN  4  04-917              Gordon Anderson v. 3M Co., et al.
  TXN  4  04-955              Robert Bisson v. 3M Co., et al.
  TXN  4  04-956              Aurel Chretien v. 3M Co., et al.
  TXN  4  04-957              Thomas Jones v. 3M Co., et al.
  TXN  4  04-958              David Young v. 3M Co., et al.
  TXN  4  05-10               Nelia Betts, etc. v. 3M Co., et al.

**UTAH**
  UT   2  05-336              Audrey Fratto, etc. v. Asarco, Inc., et al.
  UT   2  05-337              Gary Alverson, et al. v. Atlas Turner, Inc., et al.

**WEST VIRGINIA SOUTHERN**
  WVS  2  05-320              Linda Louise Roberts, etc. v. Anchor Packing Co., et al.