MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 18 2005

FILED
CLERK'S OFFICE

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | MDL Docket No. 875 |
| CHARLES SIMIKIAN, an individual,    )<br>)<br>Plaintiff    )<br>)<br>vs.    )<br>)<br>PNEUMO ABEX LLC, successor-<br>in-interest to Abex Corporation,<br>ALLIED SIGNAL, INC., in its own right<br>and as successor-in-interest to Allied<br>Corporation, successor-in-interest to Bendix<br>Corporation, BORG-WARNER<br>CORPORATION, CARLISLE<br>COMPANIES, INC., OKONITE<br>COMPANY, GENERAL MOTORS<br>CORPORATION, KELSEY-HAYES<br>COMPANY, METROPOLITAN LIFE<br>INSURANCE COMPANY, a/k/a<br>Metropolitan Insurance Company,<br>DAIMLER CHRYSLER CORPORATION,<br>f/k/a CHRYSLER CORPORATION,<br>FORD MOTOR COMPANY,<br>VOLKSWAGEN OF AMERICA, INC.,<br>NAPA AUTOMOTIVE PARTS GROUP,<br>ROHRICH CADILLAC, INC.,<br>)<br>Defendants    ) | Civil Action No. 05-0229 |

PLEADING NO. 4515

### RULE 5.2(c) NOTICE OF APPEARANCE

And now, comes the defendant, Honeywell International Inc., formerly known as AlliedSignal Inc., as successor in interest to The Bendix Corporation, and pursuant to MDL Rule 5.2(c) files a Notice of Appearance:

{D0200620:1}

OFFICIAL FILE COPY   IMAGED MAY 2 3 2005

Eric K. Falk, Esquire is designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of Honeywell International Inc., formerly known as AlliedSignal Inc., as successor in interest to The Bendix Corporation.

Respectfully submitted,

DAVIES, McFARLAND & CARROLL, P.C.

BY _____
Eric K. Falk, Esquire /LRH
PA #42079
Attorneys for Defendant, Honeywell
International Inc., f/k/a AlliedSignal Inc., as
successor in interest to The Bendix Corporation

One Gateway Center, Tenth Floor
Pittsburgh, PA  15222
(412) 281-0737

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 18 2005

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within **RULE 5.2(c) NOTICE OF APPEARANCE** is being served upon counsel listed on the attached service list via US Mail, First Class, this 12th day of May, 2005.

 

DAVIES, McFARLAND & CARROLL, P.C.

BY _____
Eric K. Falk, Esquire /LKA
Attorneys for Honeywell International Inc.,
f/k/a Allied Signal, Inc., as successor in
interest to the Bendix Corporation, one of
the Defendants

{D0200620:1}

PANEL SERVICE LIST (excerpted from CTO-244); DOCKET NO. 875
IN RE ASBESTOS PRODUCTRS LIABILITY LITIGATION (NO. VI)

*Charles Simikian v Pneumo Abex, LLC, et al*, WD Pennsylvania, CA No. 2:05-229 (Judge Thomas M. Hardiman)

| | | |
|---|---|---|
| L. John Argento<br>Swartz & Campbell<br>600 Grant Street<br>4750 US Steel Building<br>Pittsburgh, PA 15219 | Alice S. Johnston<br>Buchanan Ingersoll PC<br>301 Grant Street<br>One Oxford Centre, 20th Flr.<br>Pittsburgh, PA 15219 | Jason T. Shipp<br>Goldberg Persky & White PC<br>Ketchum Center, Third Flr.<br>1030 Fifth Avenue<br>Pittsburgh, PA 15219 |
| Richard C. Binzley<br>Thompson Hine LLP<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | Reginald S. Kramer<br>Oldham & Dowling<br>195 South Main Street<br>Suite 300<br>Akron, OH 44308-1314 | Robert N. Spinelli<br>Kelley Jasons McGuire & Spinelli<br>Center Square West, 15th Flr.<br>Philadelphia, PA 19102 |
| Edward J. Cass<br>Gallagher Sharp Fulton & Norman<br>Bulkley Building, 7th Flr.<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | David C. Landon<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Robert E. Swickle<br>Jaques Admiralty LawFirm PC<br>1570 Penobscot Building<br>Maritime Asbestosis Legal Clinic<br>Detroit, MI 48226 |
| Adam M. Chud<br>Goodwin Procter LLP<br>901 New York Avenue, NW<br>Washington, DC 20001 | Gene Locks<br>Greitzer & Locks<br>1500 Walnut Street<br>Philadelphia, PA 19102 | Andrew J. Trevelise<br>Reed Smith LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 |
| David A. Damico<br>Burns White & Hickton LLC<br>Four Northshore Center<br>106 Isabella Street<br>Pittsburgh, PA 15212 | Ronald L. Motley<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464 | James K. Weston, II<br>Tom Riley Law Firm<br>4040 First Avenue, NE<br>PO Box 998<br>Cedar Rapids IA 52406 |
| Eric K. Falk, Esq.<br>Davies McFarland & Carroll PC<br>One Gateway Center, 10th Flr.<br>Pittsburgh, PA 15222 | John J. Repcheck<br>Marks O'Neill O'Brien & Courtney<br>3200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | |
| Raymond P. Forceno<br>Forceno & Hannon<br>111 S. Independence Mall East<br>The Bourse, Suite 1000<br>Philadelphia, PA 19106-2574 | John D. Roven<br>Roven Kaplan & Wells<br>2190 North Loop West<br>Suite 410<br>Houston, TX 77018 | |
| Ellen B. Furman<br>Goldfein & Hosmer<br>1600 Market Street, 3rd Floor<br>Philadelphia, PA 15103 | Richard D. Schuster<br>Vorys Sater Seymour & Pease<br>52 East Gay Street<br>PO Box 1008<br>Columbus, OH 43216 | |
| Susan M. Hansen<br>Brownson & Ballou<br>4800 US Bank Place<br>601 Second Avenue South<br>Minneapolis, MN 55401 | Neil Selman<br>Selman Breitman & Burgess<br>11766 Wilshire Blvd.<br>Sixth Floor<br>Los Angeles, CA 90025 | |

{D0200392:1}