MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 18 2005

FILED
CLERK'S OFFICE

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | ) ) ) ) MDL Docket No. 875 ) |
| CHARLES SIMIKIAN, an individual, | ) Civil Action No. 05-0229 ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| PNEUMO ABEX LLC, successor-in-interest to Abex Corporation, ALLIED SIGNAL, INC., in its own right and as successor-in-interest to Allied Corporation, successor-in-interest to Bendix Corporation, BORG-WARNER CORPORATION, CARLISLE COMPANIES, INC., OKONITE COMPANY, GENERAL MOTORS CORPORATION, KELSEY-HAYES COMPANY, METROPOLITAN LIFE INSURANCE COMPANY, a/k/a Metropolitan Insurance Company, DAIMLERCHRYSLER CORPORATION, f/k/a Chrysler Corporation, FORD MOTOR COMPANY, VOLKSWAGEN OF AMERICA, INC., NAPA AUTOMOTIVE PARTS GROUP, ROHRICH CADILLAC, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

PLEADING NO. 4517

### DAIMLERCHRYSLER CORPORATION'S AND VOLKSWAGEN OF AMERICA, INC.'S JOINDER IN HONEYWELL INTERNATIONAL'S RESPONSE TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Defendants, DaimlerChrysler Corporation and Volkswagen of America, Inc., by their undersigned counsel, hereby join in Honeywell International Inc.'s Response to

OFFICIAL FILE COPY    IMAGED MAY 23 2005

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 18 2005

FILED
CLERK'S OFFICE

Plaintiff's Motion to Vacate Conditional Transfer Order and Honeywell International Inc.'s Brief in Support of same, both of which were served on counsel on May 11, 2005.

Respectfully submitted,

Dated: May 17, 2005

*Michael J. Cetra*

Alice S. Johnston
Pa. I.D. No. 46637
Deborah A. Little
Pa. I.D. No. 44758
Michael J. Cetra
Pa. I.D. No. 92894
BUCHANAN INGERSOLL PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
(412) 562-8800

Attorneys for Defendants,
DaimlerChrysler Corporation and
Volkswagen of America, Inc.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 18 2005

FILED
CLERK'S OFFICE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of May, 2005 a copy of the foregoing **DaimlerChrysler Corporation's and Volkswagen of America, Inc.'s Joinder in Honeywell International's Response to Plaintiff's Motion to Vacate Conditional Transfer Order** has been served upon counsel listed on the attached service list via First-Class U.S. mail, postage prepaid.

_Michael J. Cetra_

2005 MAY 18 A 8:36
RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**PANEL SERVICE LIST (Excerpted from CTO-244)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Charles Simikian v. Pneumo Abex, LLC, et al.*, W.D. Pennsylvania, C.A. No. 2:05-229  (Judge Thomas M. Hardiman)

L. John Argento
Swartz & Campbell
600 Grant Street
4750 U.S. Steel Bulding
Pittsburgh, PA 15219

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Eric K. Falk
Davies, McFarland & Carroll
One Gateway Center
Tenth Floor
Pittsburgh, PA 15222

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Alice S. Johnston
Buchanan Ingersoll, P.C.
301 Grant Street
One Oxford Centre, 20th Floor
Pittsburgh, PA 15219

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Jason T. Shipp
Goldberg, Persky & White, PC
Ketchum Center, 3rd Floor
1030 5th Avenue
Pittsburgh, PA 15219

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406