

MDL 875

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAY 24 2005

FILED
CLERK'S OFFICE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

FILED
SOUTHERN DISTRICT OF MISSISSIPPI
MAY 23 2005
J.T. NOBLIN, CLERK
BY _____ DEPUTY

DONNA HERSCHBERGER, ET AL.                                        PLAINTIFF

VERSUS                                      CIVIL ACTION NO. 1:05cv168WJG-JMR

ACandS, ET AL.                                                    DEFENDANTS

## ORDER

This cause comes before the Court on motion of the Plaintiffs to remand [3-1] the above referenced action to the Circuit Court of Holmes County, Mississippi. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED that the Plaintiffs' motion to remand [3-1] be, and is hereby, granted. The Clerk of this Court is directed to immediately mail the court file along with a certified copy of this order to the Clerk for the Circuit Court of Holmes County, Mississippi. It is further,

ORDERED that each party shall bear their respective costs.

SO ORDERED this the 23rd day of May, 2005.

/s/ Walter J. Gex III
UNITED STATES SENIOR DISTRICT JUDGE

MDL- 875
RECOMMENDED ACTION
Vacate CTO-247 - one action
Approved/Date: MJB 5/24/05

**OFFICIAL FILE COPY**   IMAGED MAY 25 2005