

**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**MAY 24 2005**

**FILED
CLERK'S OFFICE**

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Donna Mae Hershberger, et al. v. ACandS, Inc., et al.*, S.D. Mississippi, C.A. No. 1:05-168

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Hershberger*) on May 18, 2005. The Panel has now been advised that *Hershberger* was remanded to the Circuit Court of Holmes County, Mississippi, by the Honorable Walter J. Gex III in an order filed on May 23, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-247" filed on May 18, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

PLEADING NO. 4520

**OFFICIAL FILE COPY**

IMAGED MAY 2 5 2005