MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 25 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION
## IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Re:  Tandy Haley, et al.
         v.
     Union Carbide, et al.,
     Case No. CIV-05-117-R
     Western District of Oklahoma

### UNIMIN CORPORATION'S DISCLOSURE STATEMENT

Pursuant to MDL Rule 5.3, Unimin Corporation states it has no parent corporation and no publically held company owns 10% or more of its stock.

Respectfully submitted,

LOONEY, NICHOLS & JOHNSON, P.L.L.C.

By: _____
Edwin F. Garrison, OBA #3268
528 N.W. 12th Street
P.O. Box 468
Oklahoma City, Oklahoma 73101
Phone: (405) 239-7641
Fax: (405) 239-2050

ATTORNEY FOR UNIMIN CORPORATION

OFFICIAL FILE COPY

IMAGED MAY 27 2005

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 25 2005

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2005, I served a copy of my Disclosure Statement by mail on the following:

John R. Fabry
WILLIAMS BAILEY LAW FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Richard M. Glasgow
KING & ASSOCIATES
15 N. Robinson, Suite 1100
Oklahoma City, Oklahoma   73102
**Attorneys for Plaintiffs**

Kirsten Pace
ATKINSON, HASKINS, NELLIS, HOLEMAN, PHIPPS, BRITTENHAM & GLADD
525 S. Main, Suite 1500
Tulsa, Oklahoma 74103

Margaret Chaplinsky
KALINOSKI & CHAPLINSKY
100 Court Avenue, Suite 315
Des Moines, Iowa 50309
**Attorneys for Union Carbide Corporation, Certainteed Corporation, Dana Corporation and Pfizer, Inc.**

Misty Cole
FORMAN, PERRY, WATKINS, KRUTZ & TARDY, LLP
2001 Bryant Street, Suite 1300
Dallas, Texas 75201-3008
**Attorneys for Carborundum Company**

Earl Ogletree
SHORT, WIGGINS, MARGO & BUTTS
3100 Oklahoma Tower, 210 Park Ave.
Oklahoma City, Oklahoma   73102
**Attorneys for Crown Cork and Seal Company, Inc.**

2005 MAY 23  P 4: 49
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

Randall Brashears
MONNET, HAYES, BULLIS, THOMPSON & EDWARDS
120 North Robinson, Suite 1719
Oklahoma City, Oklahoma   73102
**Attorneys for General Refractories Company and Grefco, Inc.**

Ronald Ricketts
GABLE, GOTWALS, MOCK & SCHWABE
1100 ONEOK Plaza, 100 W. 5th
Tulsa, Oklahoma 74103-4217
**Attorneys for Ingersoll-Rand Company**

Virginia M. Giokaris
RASMUSSEN, WILLIS, DICKEY & MOORE, LLC
9200 Ward Parkway, Suite 310
Kansas City, Missouri 64114
**Attorneys for Owens-Illinois, Inc.**

Kayce Gisinger
ABOWITZ, TIMBERLAKE & DAHNKE
P.O. Box 1937
Oklahoma City, Oklahoma   73101
**Attorneys for Riley Stoker Corporation**

J. Derrick Teague
JENNINGS, COOK, HOISINGINTON & TEAGUE, PC
204 North Robinson, Suite 1000
Oklahoma City, Oklahoma   73102
**Attorneys for Allied Signal**

Barry G. Reynolds
TITUS, HILLIS, REYNOLDS, DICKMAN & McCALMON
15 East 5th Street, Suite 2750
Tulsa, Oklahoma 74103
**Attorneys for Oglebay Norton Company**

Bradley Welsh
GABLE, GOTWALS, MOCK & SCHWABE
1100 ONEOK Plaza, 100 W. 5th
Tulsa, Oklahoma 74103-4217

**Attorneys for U.S. Silica**
ACANDS, Inc.
no appearance

Specialty Sand
has been dismissed by court order

Flintco
no appearance

_____
Edwin A. Garrison