

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 31 2005

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PORDUCTS LIABILITY LITIGATION (No. VI) | § § § § § | MDL DOCKET NO. 875 |

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| ANN HAUCK,<br><br>        Plaintiff,<br><br>vs.<br><br>BORG WARNER CORP., et al.,<br><br>        Defendants. | § § § § § § § § § § § § | CIVIL CASE NO. 6:04-CV-1835 |

## DEFENDANT STEEL GRIP INC.'S
## CORPORATE DISCLOSURE STATEMENT

Defendant, STEEL GRIP, INC., through its undersigned attorneys, hereby

discloses the following pursuant to Rule 5.3:

1.  The name of its parent corporations and publicly held companies that own
    10% or more of a party's stock:

~~Steel Grip, Inc.~~ *No parent corp. (#6)*

*ac1*

2005 MAY 31 P 12: 58
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

OFFICIAL FILE COPY

IMAGED JUN 1 2005

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 31 2005

FILED
CLERK'S OFFICE

I HEREBY CERTIFY that the above information is true and correct as of the date

below and that I will file an update of this statement to reflect any changes that occur

while this matter is pending before this Panel.

May 31, 2005

*Gail Cotton Silver*

GAIL COTTON SILVER, Esquire
Florida Bar No. 899755
Silver, Levy, Feldman & Bass, P.A.
500 S. Australian Avenue, Suite 800
West Palm Beach, Florida 33401
Phone: (561) 659-0551
Fax: (561) 835-6866

Attorneys for the Defendant,
Steel Grip, Inc.

2005 MAY 31   P 12: 59
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Corporate
Disclosure Statement has been sent via fax (202) 502-2888 to Ms. Teresa Bishop and to all
counsel of record as indicated on the service list attached to the original and filed with the
Court.

THIS, the 31st day of May, 2005.

*Gail Cotton Silver*

GAIL COTTON SILVER, Esquire
Florida Bar No. 899755
Silver, Levy, Feldman & Bass, P.A.
500 S. Australian Avenue, Suite 800
West Palm Beach, Florida 33401
Phone: (561) 659-0551
Fax: (561) 835-6866

*Ann Hauck vs. Borg Warner Corp, et al.,*
Brevard County, Florida
2004-CA-013357

U.S. District Court for the Middle District of Florida
6:04-cv-1835-Orl-28DAB

<u>SERVICE LIST as of 1/6/05</u>

<u>PLAINTIFF</u>
Rebecca Shull, Esquire
David M. Lipman, PA
5901 S.W. 74 Street
Suite 304
Miami, FL 33143

Marisol Estevez, Esquire
Anania, Bandklayder, Blackwell, et al.,
100 S.E. 2nd Street
Suite 4300
Miami, FL 33131

<u>DANA CORP. MAREMONT & VELLUMOID</u>
Evelyn M. Fletcher, Esquire
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308

<u>BURNS INTERNATIONAL F/K/A BORG –WARNER CORPORATION</u>
Virginia Easley Johnson, Esquire
Foley & Mansfield, PLLP
4770 Biscayne Blvd.
Suite 1000
Miami, FL 33137-3251

<u>MACK TRUCK, NAVISTAR INTERNATIONAL TRANSPORTATION
CORPORATION, GENUINE PARTS COMPANY</u>
Chris N. Kolos, Esquire
Holland & Knight, LLP
200 South Orange Avenue, Suite 2600
P.O. Box 1526
Orlando, FL 32802-1526

GOODYEAR TIRE AND RUBBER COMPANY
Fran Spinelli, Esquire
Evert & Weathersby
3405 Piedmont Road, Suite 225
Atlanta, GA 30305

Susan J. Cole, Esquire
Bice Cole Law Firm, PL
2801 Ponce de Leon Blvd.
Suite 550
Coral Gables, FL 33134

HONEYWELL
Rodd E. Buell, Esquire
12773 West Forest Hill Blvd., Suite 205
Wellington, FL 33414-7008

FORD MOTOR COMPANY & GENERAL MOTORS CORPORATION
Henry Salas, Esquire
Salas, Ede, Peterson & Lage, LLC
6300 Sunset Drive
South Miami, FL 33143

DAIMLER CHRYSLER CORP.
Jeffrey M. Bell, Esquire
Bell & Melamed, LLC
Spectrum Park I
4901 N.W. 17th Way, Suite 302
Fort Lauderdale, FL 33309

PNEUMO ABEX
Ben Girtman, Esquire
1020 East Lafayette Street
Suite 207
Tallahassee, FL 32301