JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



# MDL 875

JUN - 2 2005

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:    MDL Docket No. 875 - In re: Asbestos Products Liability Litigation (No. VI)

TO:    VIA FACSIMILE: (202) 502-2888
MICHAEL J. BECK, CLERK OF THE PANEL
ONE COLUMBUS CIRCLE, N.E.
THURGOOD MARSHALL FEDERAL JUDICIARY BUILDING
ROOM G-255 NORTH LOBBY
WASHINGTON, D.C. 20002-8004

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF FLORIDA

---



ANN ELIZABETH BUCHINGER, as
Personal Representative of the Estate of
LARRY BUCHINGER, Deceased,

    Plaintiffs,

vs.                                                    Case No. 3:05 CV 118RV/MD

GARLOCK, INC., et al.

    Defendants.

_____/

### NOTICE OF OPPOSITION TO
### CONDITIONAL TRANSFER ORDER

Plaintiff Ann Elizabeth Buchinger hereby oppose the transfer of the captioned case to the

United States District Court for the Eastern District of Pennsylvania, under 28 U.S.C. Section 1407,

as conditionally ordered by the Judicial Panel on Multidistrict Litigation, pursuant to Conditional

Transfer Order No. 247 dated May 18, 2005. Plaintiff intends to file a Motion to Vacate the

Conditional Transfer Order and supporting brief in accordance with Rule 12(c) of the Rules of

Procedure of the Judicial Panel on Multidistrict Litigation and in accordance with the Panel's

briefing schedule. Plaintiff opposes the conditional transfer of this action on the grounds that the

OFFICIAL FILE COPY

IMAGED JUN. 2 2005

issues raised by Plaintiff's motion is currently pending before the United States District Court for the Northern District of Florida. It is anticipated that the remand of the conditionally transferred case is imminent. Accordingly, it would be inappropriate, inefficient, and manifestly unfair to Plaintiff to have her case delayed any further by transfer to Philadelphia when jurisdiction for their case properly lies in state court.

RESPECTFULLY SUBMITTED, this 1st day of June, 2005.

LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER, & PROCTOR, P.A.

PETER L. KAUFMAN, ESQUIRE
Florida Bar No. 0548421
316 South Baylen Street, Suite 400
P.O. Box 12308 (32591)
Pensacola, FL 32502-5996
Phone: (850) 435-7107
Facsimile: (850) 435-7020

ATTORNEYS FOR PLAINTIFFS

2