May 31 2005 11:50AM HP LASERJET FAX

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 2 2005

FILED
CLERK'S OFFICE

# MDL 875

RECEIVED
U.S. DISTRICT COURT
EAST DISTRICT OF LA

2005 APR 28 AM 10:40

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Stanley Christian, Plaintiff | Civil Action No. 05-1509 |
| Versus | Section: N |
| Gulf States Asphalt Company, Inc., et al. | Magistrate: 3 |

### Notice of Dismissal

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Stanley Christian voluntarily dismisses this action without prejudice by a filing this Notice of Dismissal before service of an answer by the adverse parties. There are three defendants in this lawsuit, Gulf States Asphalt Company, Inc., Gulf Seal Specialties, Inc., and Gulf States Asphalt, L.P. None has filed an answer, and none has served plaintiff or his counsel with an answer. Also, plaintiff has not previously dismissed in any court of the United States or of any state an action based on or including the same claim.

Respectfully submitted,

By: /s/ Eric R. Nowak
Eric R. Nowak, La. No. 27025
Harrell & Nowak, LLC
700 Camp St.
New Orleans, LA 70130
504-522-7885

MDL- 875
RECOMMENDED ACTION

VACATE CTO-247 -- 1 ACTION
Approved/Date: JNB 6/1/05

PLEADING NO. 4528

RECEIVED CLERK'S OFFICE
2005 MAY 31 P 1:51
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY** IMAGED JUN 3 2005

## Certificate of Service

The attached Notice of Dismissal has been served upon all counsel of record by facsimile and U.S. Mail on April 28, 2005.

_Eric R. Nowak_
Eric R. Nowak

RECEIVED CLERK'S OFFICE
2005 MAY 31 P 1:51
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION