

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 2 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Stanley Christian v. Gulf States Asphalt Co., Inc., et al.*, E.D. Louisiana, C.A. No. 2:05-1509

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Christian*) on May 18, 2005. The Panel has now been advised that *Christian* was dismissed in the Eastern District of Louisiana pursuant to a notice of dismissal filed on April 28, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-247" filed on May 18, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

PLEADING NO. 4529

**OFFICIAL FILE COPY** IMAGED JUN 3 2005