MDL · 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 3 2005

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

IN RE: MDL-875 – ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| GARY ALVERSON and LOIS ALVERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>ATLAS TURNER, INC., et al.,<br><br>Defendants. | District of Utah<br>No. 2:05-CV-337-TC |
| AUDREY FRATTO Individually and as Personal Representative on behalf of the Legal Heirs of JOHN FRATTO, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>ASARCO INCORPORATED, et al.,<br><br>Defendants. | District of Utah<br>No. 2:05-CV-336-DAK |
| CONNIE BACHMAN, Individually and as Personal Representative on behalf of the Legal Heirs of Robert Ryland Bachman, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>FRED MEYER STORES, et al.;<br><br>Defendants. | District of Utah<br>No. 2:05-CV-276-JTG<br><br>case not on<br>CTO-247 (ael) |

PLEADING NO. 4530

RECEIVED
CLERK'S OFFICE
2005 JUN -3 P 12:34
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**   IMAGED JUN 3 2005

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 3 2005

FILED
CLERK'S OFFICE

## NOTICE OF OPPOSITION

COMES NOW, the Plainitff in the above captioned cases, by and through counsel of record, and filed this their Notice of Opposition to the Conditional Transfer Order (CTO-247).

RESPECTFULLY SUBMITTED

BRAYTON❖PURCELL

S. Brook Millard
215 S. State St. #900
Salt Lake City, Utah 84111
801-366-9100

2005 JUN -3  P 12: 34
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN -3 2005

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, S. Brook Millard, of the law firm of Brayton❖Purcell, do hereby certify that I have this day caused to be served, via U.S. Mail, postage fully prepaid, a true and correct copy of Plaintiff's Notice of Opposition to all counsel of record at their usual and regular mailing addresses.

| | |
|---|---|
| BULLOUGH ABATEMENT INC. | KIPP AND CHRISTIAN<br>Shawn McGarry smcgarry@kippandchristian.com<br>David Bernstein dmbernstein@kippandchristian.com<br>10 Exchange Place, 4th Floor<br>Salt Lake City, UT 84111<br>Fax: (801) 359-9004 |
| FLOWSERVE US INC. | RICHARDS BRANDT MILLER & NELSON<br>Melinda A. Morgan Melinda-Morgan@rbmn.com<br>50 South Main Street, 7th Floor<br>Salt Lake City, UT 84144 |
| GENERAL ELECTRIC COMPANY | KIPP & CHRISTIAN<br>Gregory J. Sanders Gjsanders@kippandchristian.com<br>10 Exchange Place, 4th Floor<br>Salt Lake City, UT 84111 |
| INGERSOLL-RAND COMPANY | BERMAN & SAVAGE asbestos@bermansavage.com<br>E. Scott Savage<br>Casey K. McGarvey<br>50 South Main, Suite 1250<br>Salt Lake City, UT 84144 |
| KAISER GYPSUM COMPANY, INC. | SNELL & WILMER LLP swasbestos@swlaw.com<br>Tracy Fowler<br>Todd Shaughnessy<br>15 West South Temple, Suite 1200<br>Salt Lake City, UT 84101-1004 |
| RIO GRANDE CORPORATION | MCCONNELL SIDERIUS FLEISCHNER HOUGHTALING & CRAIGMILE<br>James M. Miletich jmiletich@msfhc.com<br>2401 - 15th Street, Suite 300<br>Denver, CO 80202<br>Phone: (303) 458-9545 |

2005 JUN -3 P 12: 34
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

| THERMAL WEST INDUSTRIAL, INC | SNOW, CHRISTENSEN & MARTINEAU<br>asbestos@scmlaw.com<br>Allan L. Larson<br>P.O. Box 45000<br>Salt Lake City, UT 84145-5000 |
|---|---|
| FRED MEYER STORES, INC. | BULLIVANT, HOUSER & BAILY<br>darlene.wasielewski@bullivant.com<br>Darlene Wasielewski<br>11335 Gold Express Drive, Suite 105<br>Gold River, CA 95670-6310 |

DATED this 2nd day of June, 2005.

BRAYTON✤PURCELL

S. BROOK MILLARD

RECEIVED
CLERK'S OFFICE
2005 JUN -3  P 12: 34
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION