

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 1 8 2005

DOCKET NO. 875

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-247)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 79,769 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.


PLEADING NO. 4532

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN - 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED JUN 3 2005

# SCHEDULE CTO-247 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN  3  05-533 | Pauline Simmons, et al. v. Viacom, Inc., et al. |
| CAN  3  05-565 | Fred Young v. Viacom, Inc. |
| **FLORIDA MIDDLE** | |
| FLM  3  05-245 | Victor G. Petrick v. CSX Transportation, Inc. |
| FLM  3  05-246 | Bobby Lee Duty v. CSX Transportation, Inc. |
| FLM  3  05-247 | Frank H. Johnson v. CSX Transportation, Inc. |
| **FLORIDA NORTHERN** | |
| FLN  3  05-115 | Joseph Leavins v. Air Products & Chemicals, Inc. |
| ~~FLN  3  05-118~~ | ~~Ann Elizabeth Buchinger, etc. v. Garlock, Inc., et al.~~ **OPPOSED 6/2/05** |
| **FLORIDA SOUTHERN** | |
| FLS  0  05-60577 | Grady B. Anderson, et al. v. Borg-Warner Corp., et al. |
| FLS  0  05-60578 | Darrell Bastin, et al. v. Borg-Warner Corp., et al. |
| FLS  0  05-60579 | Ronald H. Boyd, et al. v. Borg-Warner Corp., et al. |
| FLS  0  05-60580 | Thomas G. Price, et al. v. Borg-Warner Corp., et al. |
| FLS  0  05-60581 | George Provorse, et al. v. Borg-Warner Corp., et al. |
| FLS  0  05-60582 | John St. John, et al. v. Borg Warner Corp., et al. |
| FLS  0  05-60659 | Bessie Hall, etc. v. Borg-Warner Corp., et al. |
| FLS  0  05-60660 | LeHoward J. Earles, et al. v. Borg-Warner Corp., et al. |
| FLS  0  05-60661 | Lennie Clark, et al. v. Borg-Warner Corp., et al. |
| FLS  0  05-60662 | Bertha Cook, etc. v. Borg-Warner Corp., et al. |
| FLS  0  05-60663 | Ernest Caldwell v. Borg-Warner Corp., et al. |
| FLS  0  05-60664 | LeClarence Peoples v. Borg-Warner Corp., et al. |
| **ILLINOIS NORTHERN** | |
| ILN  1  05-2214 | James W. Moore, Sr. v. Rapid-American Corp. |
| **INDIANA SOUTHERN** | |
| INS  3  05-66 | Denny M. Kirk v. CSX Transportation, Inc. |
| INS  3  05-67 | Delbert Aldridge v. CSX Transportation, Inc. |
| INS  3  05-68 | Benjamin C. Billings v. CSX Transportation, Inc., et al. |
| **LOUISIANA EASTERN** | |
| ~~LAE  2  05-1509~~ | ~~Stanley Christian v. Gulf States Asphatl Co., Inc., et al.~~ **VACATED 6/2/05** |
| **MARYLAND** | |
| MD  1  04-2849 | Clifton Lee Hood v. Anchor Packing Co., et al. |
| **MINNESOTA** | |
| MN  0  05-815 | Clarence Allan Johnson v. Garlock Sealing Technologies, LLC, et al. |
| **MISSOURI WESTERN** | |
| MOW  4  05-370 | Stuart C. Mallory, Jr. v. Burlington Northern & Santa Fe Railway Co. |
| **MISSISSIPPI SOUTHERN** | |
| MSS  1  05-135 | John J. McCary v. AlliedSignal, Inc., et al. |
| ~~MSS  1  05-155~~ | ~~Gerald Judson v. Kerr-McGee Corp., et al.~~ **OPPOSED 6/3/05** |
| ~~MSS  1  05-168~~ | ~~Donna Mae Hershberger, et al. v. ACandS, Inc., et al.~~ **VACATED 5/24/05** |
| MSS  1  05-191 | Donna Ray Culver, et al. v. Abex Corp., et al. |

SCHEDULE CTO-247 TAG-ALONG ACTIONS (MDL-875)                         PAGE 2 OF 2

NORTH CAROLINA MIDDLE
  NCM  1  04-589                      Wonie Coffa Sirleaf v. Bridgestone/Firestone North American Tire Co.

NEW YORK EASTERN
  NYE  1  05-873                      Frank M. Anselmo v. Consolidated Rail Corp., et al.
  NYE  1  05-1491                   Edward A. Zalinski v. Consolidated Rail Corp., et al.

NEW YORK SOUTHERN
  NYS  1  02-6765                   Richard Epstein, et al. v. ACandS, Inc., et al.

TEXAS NORTHERN
  TXN  4  04-914                      Fred Makowecky v. 3M Co., et al.
  TXN  4  04-915                      Noemi Borean, etc. v. 3M Co., et al.
  TXN  4  04-916                      Ronald Edmonds v. 3M Co., et al.
  TXN  4  04-917                      Gordon Anderson v. 3M Co., et al.
  TXN  4  04-955                      Robert Bisson v. 3M Co., et al.
  TXN  4  04-956                      Aurel Chretien v. 3M Co., et al.
  TXN  4  04-957                      Thomas Jones v. 3M Co., et al.
  TXN  4  04-958                      David Young v. 3M Co., et al.
  TXN  4  05-10                        Nelia Betts, etc. v. 3M Co., et al.

UTAH
  ~~UT  2  05-336~~                     ~~Audrey Fratto, etc. v. Asarco, Inc., et al.~**  **OPPOSED 6/3/05**
  ~~UT  2  05-337~~                     ~~Gary Alverson, et al. v. Atlas Turner, Inc., et al.~~  **OPPOSED 6/3/05**

WEST VIRGINIA SOUTHERN
  WVS  2  05-320                     Linda Louise Roberts, etc. v. Anchor Packing Co., et al.