MB
ACL



**MDL . 875**

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
JUN - 6 2005
BY_____
J.T. NOBLIN, CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DONNA RAY CULVER, ET AL.                                    **PLAINTIFFS**

JUN - 8 2005

V.                                        CIVIL ACTION NO. 1:05CV191WJG

FILED
CLERK'S OFFICE

ABEX CORPORATION, ET AL.                                   **DEFENDANTS**

---

### AGREED ORDER OF REMAND

---

THIS MATTER having come before the Court on an *ore tenus* Motion in this action brought by Defendant Dana Corporation on grounds that the Court was without jurisdiction and that the removal was improvident, and the Removing Party through undersigned counsel having conceded the Motion and agreed to a remand, and the Court being advised in the premises, it is hereby:

ORDERED that this action be, and hereby is, immediately REMANDED to the Circuit Court of Copiah County and that the Clerk of this Court forthwith mail a certified copy of this order of remand to the Clerk of the Circuit Court of Copiah County, Mississippi [2001-0524 to 2001-527]. Each party shall bear its own costs, if any.

SO ORDERED, this the _3rd_ day of _June_, 2005.

_____
SENIOR U.S. DISTRICT JUDGE
United State Senior

AGREED:

_____
FOR CERTAIN MOVANT-DEFENDANTS
T. Hunt Cole, Jr.  MSB #6349
Forman Perry Watkins Krutz & Tardy LLP
Post Office Box 22608
Jackson, Mississippi 39225-2608

_____
FOR REMOVING PARTY
GARLOCK SEALING TECHNOLOGIES
Thomas W. Tyner, MSB# 8170
Aultman, Tyner & Ruffin
Post Office Drawer 750
Hattiesburg, MS 39403-0750

MDL- 875
RECOMMENDED ACTION

VACATE CTO-247 FINAL -- 1 ACTION
Approved/Date: MJB 6/8/05

PLEADING NO. 4534

**OFFICIAL FILE COPY**

IMAGED JUN - 8 2005