JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 8 2005

FILED
CLERK'S OFFICE

MDL 875

*DOCKET NO. 875*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*Donna Ray Culver, et al. v. Abex Corp., et al.*, S.D. Mississippi, C.A. No. 1:05-191

*ORDER VACATING CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in this action (*Culver*) on May 18, 2005. In the absence of any opposition, the conditional transfer order was finalized with respect to *Culver* on June 3, 2005, but pursuant to 28 U.S.C. § 1407(c), the Panel's transfer of *Culver* did not become effective until June 6, 2005, the date the transfer order was filed in the office of the clerk of the transferee court (the Eastern District of Pennsylvania). Prior to that date, however, *Culver* was remanded to the Circuit Court of Copiah County, Mississippi, by the Honorable Walter J. Gex III in an order signed on June 3, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-247" filed on May 18, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

PLEADING NO. 4535

IMAGED JUN 8 2005

OFFICIAL FILE COPY