MDL · 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
JUN - 9 2005
FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL. DOCKET NO. 875
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

SINFOROSA APODACA, Individually, and as Personal
Representative of the Estate of JOHNNIE G. APODACA,
Deceased; and ANTHONY R. APODACA, as Co-Personal
Representative of the Estate of JOHNNIE G. APODACA,
Deceased,

        Plaintiffs,

v.

THE ZIA COMPANY, et al.,

        Defendants.

IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO
No. CV 05-00182 BB/WPL

## GMAC AND NAPA AUTO PARTS JOINDER IN OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CTO-244

Genuine Parts Company and National Auto Parts Association hereby join in the opposition to Plaintiffs' Motion to Vacate CTO-244 filed by Defendants CertainTeed Corporation, Dana Corporation, Maremont Corporation, Pneumo Abex LLC, and Union Carbide Corporation on May 25, 2005, and docketed as pleading number 4522, and all arguments and authorities asserted therein.

Respectfully submitted,

MILLER STRATVERT P.A.

By _____
ALICE TOMLINSON LORENZ
**Attorneys for Defendants Genuine Parts**
   **Company and National Automotive Parts**
   **Association**
P.O. Box 25687
Albuquerque, New Mexico 87125
(505) 842-1950
(505) 243-4408 Fax

PLEADING NO. 4536

**OFFICIAL FILE COPY**  IMAGED JUN 1 5 2005

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 9 2005

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2005, I caused an original, four copies, and one computer readable disk copy of the foregoing Opposition of Defendants CertainTeed Corporation, Dana Corporation Maremont Corporation, Pneumo Abex LLC, and Union Carbide Corporation to Plaintiffs' Motion to Vacate CTO-244 to be served by first class mail on the Clerk of the Panel:

>Michael J. Beck, Clerk
>Judicial Panel on Multidistrict Litigation
>Thurgood Marshall Federal Judiciary Building
>One Columbus Circle, N.E.
>Room G-225, North Lobby
>Washington, D.C.  20002-8004

I further certify that, on this 6th day of June, 2005, I caused a copy of the foregoing Opposition to be served by first class mail on the Clerk of the transferee court:

>Michael E. Kunz, Clerk
>United States District Court for the
>Eastern District of Pennsylvania
>601 Market Street
>Philadelphia, PA   19106-1797

I further certify that, on the 6th day of June, 2005, I caused copies of the foregoing to be served by first class mail to the following counsel of record:

| | |
|---|---|
| **Attorneys for Plaintiff:**<br>William H. Carpenter<br>David J. Stout<br>Carpenter & Stout<br>1600 University Boulevard, Suite A<br>Albuquerque, NM   87102 | **Attorneys for Plaintiff:**<br>J. Conard Metcalf<br>Judy B. Snyder<br>Trine & Metcalf, P.C.<br>1435 Arapahoe Avenue<br>Boulder, Co   80302 |
| **Attorneys for Zia Company and Conwed Corporation:**<br>John S. Thal<br>Feliz A. Rael<br>Atkinson & Thal, P.C.<br>201 Third Street, N.W., Suite 1850<br>Albuquerque, NM  8 7102 | **Attorneys for Owens-Illinois, Inc. and Georgia Pacific Corporation:**<br>Bruce H. Strotz<br>Fairfield, Farrow & Strotz, P.C.<br>2400 Louisiana Boulevard, N.E.<br>AFC 3, Suite 100<br>Albuquerque, NM   87110 |

RECEIVED CLERK'S OFFICE 2005 JUN -8 P 4: 34

2

**Attorneys for Owens-Illinois, Inc. and Georgia Pacific Corporation:**
Laurie K. Anger
Morgenstein & Jubelirer LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105

**Attorneys for Viacom, Inc., Certain-Teed Corporation, American Standard, Union Carbide Corporation, Uniroyal, Inc., ABEX Corporation, DANA Corporation and Maremont Corporation:**
Tim L. Fields
Michelle A. Hernandez
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
P.O. Box 2168
Albuquerque, NM  87103

**Attorneys for Viacom, Inc., Certain-Teed Corporation, American Standard, Union Carbide Corporation, Uniroyal, Inc., ABEX Corporation, DANA Corporation and Maremont Corporation:**
Chad A. Trulli
Stephanie D. Loughner
Ronald L. Hellbusch
Baker & Hostetler, LLP
303 East 17th Avenue, Suite 1100
Denver, CO  80203

**Attorneys for John Crane, Inc.:**
Cas F. Tabor
McCormick, Caraway, Tabor & Riley, LLP
P.O. Box 1718
Carlsbad, New Mexico  88221-1718

**Attorneys for General Electric Corporation:**
John A. Bannerman
Charlotte A. LaMont
Bannerman & Williams, P.A.
2201 San Pedro, N.E.
Building Number 2, Suite 207
Albuquerque, NM  87110

**Attorneys for Ingersoll-Rand:**
Thomas A. Sandenaw, Jr.
Melissa J. Reeves
Sandenaw, Piazza & Anderson, P.C.
2951 A Roadrunner Parkway
Las Cruces, NM  88011

**Attorneys for Ingersoll-Rand:**
James S. Braaten
Pehlivanian & Braaten, LLC
Paynter's Ridge Office Park
P.O. Box 648
Manasquan, NJ  08736

**Attorneys for A.W. Chesteron Inc.:**
Juan Lorenzo Flores
Sheehan, Sheehan & Stelzner, P.A.
P.O. Box 271
Albuquerque, NM  87103

**Attorneys for RPM, Inc.:**
Douglas G. Schneebeck
Erin E. Langenwalter
Jennifer G. Anderson
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
P.O. Box 2168
Albuquerque, NM  87103

**Attorneys for The Dow Chemical Company:**
Donald G. Bruckner, Jr.
Marcus E. Garcia
Guebert, Bruckner & Bootes, P.C.
P.O. Box 93880
Albuquerque, NM  87199

**Attorneys for The Dow Chemical Company:**
Lawrence E. Abott
Sarah E. Iiams
Matthew A. Ehrlicher
400 Lafayette Street, Suite 200
New Orleans, Louisiana   70130

**Attorneys for Borg-Warner, Inc., Burns International Services Corporation, f/k/a Borg-Warner security Corporation and Borg-Warner Corporation, a/k/a Borg-Warner, Inc.:**
Terrance P. Yenson
Yenson, Lynn, Allen & Wosick, P.C.
4908 Alameda Boulevard, N.E.
Albuquerque, New Mexico   87113

**Attorneys for General Motor Corp. and Ford Motor Company:**
Patrick M. Shay
James P. Bieg
Rodey, Dickason, Sloan, Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, NM   87103

**Attorneys for General Motor Corp. and Ford Motor Company:**
Anthony S. Thomas
Bowman and Brooke, LLP
879 West 190th Street, Suite 700
Gardena, CA   90248

**Attorneys for McDonnell Douglas:**
Martha G. Brown
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
P.O. Box 2168
Albuquerque, NM   87103

**Attorneys for McDonnell Douglas Corp.:**
Rebecca R. Jackson
Jennifer S. Kingston
Laura Rehn Giokas
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri   63102-2750

**Attorneys for Advance Auto Parts, Inc., Discount Auto Parts, Inc., Parts America, and Western Auto Supply Company:**
W. Spencer Reid
S. Charles Archuleta
Keleher & McLeod, P.A.
P.O. Box AA
Albuquerque, NM   87103

**Attorneys for Autozone, Inc.:**
Alfred L. Green, Jr.
Patrick J. Griebel
Butt Thornton & Baehr PC
P.O. Box 3170
Albuquerque, NM   87190

**Attorney for NAPA and Discount Auto Parts, Inc.:**
Patrick R. Riley
Riley, Hewitt & Sweitzer
650 Washington Road, Suite 300
Pittsburgh, Pennsylvania   15228

**Attorneys for Daimler Chrysler Corporation:**
Briggs F. Cheney
Sheehan, Sheehan & Stelzner, P.A.
P.O. Box 271
Albuquerque, NM   87103

I finally certify that, on the 6th day of June, 2005, I caused copies of the foregoing to be served by hand to the following counsel of record:

**Attorneys for Garlock Sealing Technologies:**
Michael C. Ross
Miller Stratvert P.A.
500 Marquette Avenue, N.W., Suite 1100
Albuquerque, NM 87102

**Attorneys for Kelly-Moore Company:**
Thomas R. Mack
Miller Stratvert P.A.
500 Marquette Avenue, N.W., Suite 1100
Albuquerque, NM 87102

**Attorneys for Honeywell International Inc.:**
Thomas M. Domme
Miller Stratvert P.A.
500 Marquette Avenue, N.W., Suite 1100
Albuquerque, NM 87102

ALICE TOMLINSON LORENZ

P:\10000-10999\10993\34703\Pleadings\Opposition^Motion to Vacate CTO-244.doc

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**JUN 13 2005**

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL. DOCKET NO. 875
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

FILED
CLERK'S OFFICE

SINFOROSA APODACA, Individually, and as Personal
Representative of the Estate of JOHNNIE G. APODACA,
Deceased; and ANTHONY R. APODACA, as Co-Personal
Representative of the Estate of JOHNNIE G. APODACA,
Deceased,

        Plaintiffs,

    v.

THE ZIA COMPANY, et al.,

        Defendants.

IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO
No. CV 05-00182 BB/WPL

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2005, this Amended Certificate of Service and GMAC and NAPA Auto Parts Joinder in Opposition to Plaintiffs' Motion to Vacate CTO-244, was mailed to all parties on the attached Panel Service List.

MILLER STRATVERT P.A.

By _____
ALICE TOMLINSON LORENZ
**Attorneys for Defendants Genuine Parts
Company and National Automotive Parts
Association**
P.O. Box 25687
Albuquerque, New Mexico  87125
(505)842-1950
(505) 243-4408 Fax

RECEIVED CLERK'S OFFICE
2005 JUN 13 P 12: 37
PANEL ON MULTIDISTRICT LITIGATION

P:\10000-10999\10993\34703\Pleadings\Certificate of Service^Amended^MDL.doc

## PANEL SERVICE LIST
### DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Lawrence E. Abbott
Abbott, Simses & Kuchler
400 Lafayette Street, Suite 200
New Orleans, LA  70130

Adam M. Chud
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C.  20001

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Jennifer G. Anderson
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
P.O. Box 2168
Albuquerque, NM  87103

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA  15212

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA  19102

Laurie K. Anger
Morgenstein & Jubelirer LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105

Tim L. Fields
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
P.O. Box 2168
Albuquerque, NM  87103

Alice T. Lorenz
Miller Stratvert P.A.
P.O. Box 25687
Albuquerque, NM  87103

James P. Bieg
Rodey, Dickason, Sloan, Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, NM  87103

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA  19105-2574

Thomas R. Mack
Miller Stratvert P.A.
P.O. Box 25687
Albuquerque, NM  87103

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH  44114

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA  19103

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC  29464

Mary P. Birk
Baker & Hostetler, LLP
303 East 17th Avenue, Suite 1100
Denver, CO  80203

Laura Rehn Giokas
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri  63102-2750

Feliz A. Rael
Atkinson & Thal, P.C.
201 Third Street, N.W., Suite 1850
Albuquerque, NM  87102

Martha G. Brown
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
P.O. Box 2168
Albuquerque, NM  87103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN  55402

Melissa J. Reeves
Sandenaw, Piazza & Anderson, P.C.
2951 A Roadrunner Parkway
Las Cruces, NM  88011

Donald G. Bruckner, Jr.
Guebert, Bruckner & Bootes, P.C.
P.O. Box 93880
Albuquerque, NM  87199

Ronald L. Hellbusch
Baker & Hostetler, LLP
303 East 17th Avenue, Suite 1100
Denver, CO  80203

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219

William H. Carpenter
Carpenter & Stout
1600 University Blvd., Suite A
Albuquerque, NM  87102

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH  44308-1314

Michael C. Ross
Miller Stratvert P.A.
P.O. Box 25687
Albuquerque, NM  87125

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH  44115

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX  77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd., 6th Floor
Los Angeles, CA 90025

Patrick M. Shay
Rodey, Dickason, Sloan, Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, NM 87103

Judy Bradshaw Snyder
William & Trine PC
1435 Arapahoe Avenue
Boulder, CO 80302-6390

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Bruce H. Strotz
Fairfield, Farrow & Strotz, P.C.
2400 Louisiana Boulevard, N.E.
AFC 3, Suite 100
Albuquerque, NM 87110

Robert E. Swickle
Jaques Admiralty Law Firm, P.A.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, LA 52406