JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

JUN - 9 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

SINFROSA APODACA, Individually
and as Personal Representative of the
Estate of Johnnie G. Apodaca, Deceased,
et al.,

    Plaintiffs,

    v.

THE ZIA COMPANY, et al.,

    Defendants.

IN THE UNITED STATES
DISTRICT COURT FOR
THE DISTRICT OF NEW MEXICO
No. CIV-2005-00182 BB/WPL

PLEADING NO. 4537

## GENERAL ELECTRIC COMPANY'S JOINDER IN OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CTO-244

General Electric Company hereby joins in the opposition to Plaintiffs' Motion to Vacate CTO-244 filed by Defendants CertainTeed Corporation, Dana Corporation, Maremont Corporation, Pneumo Abex, LLC, and Union Carbide Corporation on May 25, 2005, and docketed as pleading number 4522, and all arguments and authorities asserted therein.

Respectfully submitted,

BANNERMAN & WILLIAMS, P.A.

By _Charlotte Lamont_
    John A. Bannerman
    Charlotte Lamont
Attorneys for General Electric Company
6400 Uptown Blvd., NE, Suite 200W
Albuquerque, New Mexico 87110
(505) 837-1900
fax (505) 837-1800

RECEIVED
CLERK'S OFFICE
2005 JUN -9 PM 4:36

**OFFICIAL FILE COPY**

IMAGED JUN 1 5 2005



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN -9 2005

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

We hereby certify that on this 7th day of June, 2005, we caused an original, four copies, and one computer readable disk copy of the foregoing General Electric Company Joinder in Opposition to Plaintiffs' Motion to Vacate CTO-244 to be served by first class mail on the Clerk of the Panel:

Michael J. Beck, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-225, North Lobby
Washington, D.C. 20002-8004

We further certify that on this 7th day of June, 2005, we caused a copy of the foregoing Joinder to be served by first class mail on the Clerk of the transferee court:

Michael E. Kunz, Clerk
United State District Court for the
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

We further certify that on this 7th day of June, 2005, we caused copies of the foregoing to be served by first class mail to all counsel of record as listed on the attached service list.

_Charlotte Lamont_

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
**MDL DOCKET NO. 875**
**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

**APODACA, ET AL. v ZIA, ET. AL.**
**NO. CIV-05-182 BB/WPL**

**SERVICE LIST:**

William H. Carpenter
David J. Stout
Carpenter & Stout, Ltd.
1600 University NE, Suite A
Albuquerque, NM 87102
Telephone: (505) 243-1336
Fax: (505) 243-1339

J. Conrad Metcalf
Judy B. Snyder
Trine & Metcalf, P.C.
1435 Arapahoe Avenue
Boulder, CO 80302
Telephone: (303) 442-0173
Fax: (303) 443-7677
***Attorneys for Plaintiffs***

Alfred L. Green, Jr.
Patrick J. Griebel
Butt, Thornton, & Baehr P.C.
P.O. Box 3170
Albuquerque, NM 87190
Telephone: (505) 884-0777
Fax: (505)889-8870
***Attorneys for Autozone, Inc.***

Feliz A. Rael
Atkinson & Thal, P.C.
Albuquerque Plaza
201 Third Street, NW, Suite 1850
Albuquerque, NM 87102
Telephone: (505) 764-8111
Fax: (505) 764-8374
***Attorneys for The Zia Company and Conwed Corporation***

W. Spencer Reid
S. Charles Archuleta
Keleher & McLeod, P.A.
P.O. Box AA
Albuquerque, NM 87103
Telephone: (505) 346-4646
Fax: (505) 346-1370
***Attorneys for Defendants Advance Auto Parts, Inc., Discount Auto Parts, Inc., Parts America and Western Auto Supply Company***

Juan L. Flores
Bob Warburton
Sheehan, Sheehan & Stelzner, P.A.
P.O. Box 271
Albuquerque, New Mexico 87103
Telephone: (505) 247-0411
Fax: ( 505) 842-8890
***Attorneys for A.W. Chesterton Company***

Thomas R. Mack
Miller Stratvert, P.A.
P.O. Box 25687
Albuquerque, NM 87125-0687
Telephone: (505) 842-1950
Fax: (505) 243-4408
***Attorneys for Kelly-Moore Paint Company, Inc.***

Thomas M. Domme
Miller Stratvert, P.A.
P.O. Box 25687
Albuquerque, NM 87125-0687
Telephone: 505-842-1950
Facsimile: 505-243-4408
***Attorneys for Honeywell International, Inc.***

Tim L. Fields
Michelle A. Hernandez
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
P.O. Box 2168
Albuquerque, NM 87103-2168
Telephone: (505) 848-1800
Fax: (505) 848-1889

and

Stephanie D. Loughner
Baker & Hostetler, LLP
303 East 17th Avenue, Suite 1000
Denver, CO 80203-1264
Telephone: (303) 861-0600
***Attorneys for. Certainteed Corporation, Maremont Corporation, Union Carbide Corporation, Uniroyal Holding, Inc., Dana Corporation, and Pneumo Abex, LLC***

Tim L. Fields
Michelle A. Hernandez
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
P.O. Box 2168
Albuquerque, NM 87103-2168
Telephone: (505) 848-1800
Fax: (505) 848-1889
***Attorneys for Abex Corporation, American Standard, Inc. and Viacom, Inc.***

James P. Bieg
Patrick M. Shay
Rodey, Dickason, Sloan, Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, NM 87103-1888
Telephone: (505) 765-5900
Fax: (505) 768-7395

and

Anthony S. Thomas
Bowman and Brooke, LLP
879 West 190th Street, Suite 700
Gardena, CA 90248
Telephone: (310) 380-6509
Fax: (310) 719-1019
***Attorneys for General Motors Corporation and Ford Motor Company***

Alice Tomlinson Lorenz
Miller Stratvert, P.A.
P.O. Box 25687
Albuquerque, NM 87125
Telephone: (505) 842-1950
Fax: (505) 243-4408

and

Patrick R. Riley
Riley, Hewitt & Sweitzer, P.C.
650 Washington Road, Suite 300
Pittsburgh, PA 15228
Telephone: (412)341-9300
Fax: (412)341-9177
***Attorneys for Genuine Parts Company and National Automotive Parts Association***

Briggs Cheney
Sheehan, Sheehan & Stelzner, P.A.
P.O. Box 271
Albuquerque, New Mexico 87103
Telephone: (505) 247-0411
Fax: ( 505) 842-8890
***Attorneys for DaimlerChrysler***

Thomas A. Sandenaw, Jr.
Sandenaw & Piazza, P.C.
2951 Roadrunner Parkway
Las Cruces, NM 88011
Telephone: (505) 522-7500
Fax: (505) 522-5544
***Attorneys for Ingersoll-Rand Company***

James S. Braaten
Pehlivanian & Braaten, LLC
2430 Route 34
Manasquan, New Jersey 08736
Telephone: (732) 528-8888
Fax: (732)528-4445
***National Counsel Attorneys for Ingersoll-Rand Company***

Michael C. Ross
Miller Stratvert, P.A.
Box 25687
Albuquerque, NM 87125-0687
Telephone: (505) 842-1950
Facsimile: (505)243-4408
***Attorneys for Garlock Sealing Technologies, LLC***

Bruce H. Strotz
Fairfield, Farrow & Strotz, P.C.
2400 Louisiana Blvd, NE
ACF 3 Suite 100
Albuquerque, NM 87110
Telephone: (505) 881-8300

and

Lori Anger
Morgenstein & Jubelirer, LLP
One Market, Spear Street Tower
32nd Floor
San Francisco, CA 94105
Telephone: (415)901-8700
Fax: (415) 901-8701
***Attorneys for Georgia Pacific and Owens- Illinois, Inc.***

Douglas G. Schneebeck
Erin E. Langenwalter
Jennifer G. Anderson
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
P.O. Box 2168
Albuquerque, NM 87103-2168
Telephone: (505) 848-1800
Fax: (505) 848-1889
***Attorneys for RPM, Inc. and 3M Company***

Cas Tabor
McCormick, Caraway, Tabor, and Riley, LLP
P.O. Box 1718
Carlsbad, NM 88221-1718
Phone: (505) 885-4171
Fax: (505) 885-1963
***Attorneys for John Crane, Inc.***

Martha G. Brown
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
P.O. Box 2168
Albuquerque, NM 87103-2168

and

Rebecca Jackson
Laura Rehm Giokas
Bryan Cave, LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102
***Attorneys for McDonnell Douglas Corporation***


Donald G. Bruckner, Jr.
Marcus E. Garcia
Guebert, Bruckner & Bootes, P.C.
P.O. Box 93880
Albuquerque, NM  87199

    and

Lawrence E. Abott
Sarah E. Iiams
Matthew A. Ehrlicher
400 Lafayette Street, Suite 200
New Orleans, LA  70130
***Attorneys for The Dow Chemical Company***

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**JUN 13 2005**

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

FILED
CLERK'S OFFICE

SINFROSA APODACA, Individually
and as Personal Representative of the
Estate of Johnnie G. Apodaca, Deceased,
et al.,

    Plaintiffs,

v.

THE ZIA COMPANY, et al.,

    Defendants.

IN THE UNITED STATES
DISTRICT COURT FOR
THE DISTRICT OF NEW MEXICO
No. CIV-2005-00182 BB/WPL

### GENERAL ELECTRIC COMPANY'S AMENDED CERTIFICATE OF SERVICE FOR JOINDER IN OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CTO-244

General Electric Company hereby certifies that on this 13th day of June, 2005, we faxed this Amended Certificate of Service to the Clerk of the Panel:

    April Layne, Deputy Clerk
    Judicial Panel on Multidistrict Litigation
    Thurgood Marshall Federal Judiciary Building
    One Columbus Circle, N.E.
    Room G-225, North Lobby
    Washington, D.C. 20002-8004
    Fax: (202) 502-2888

We further certify that on this 13th day of June, 2005, we caused copies of the foregoing, along with General Electric Company's Joinder in Opposition to Plaintiffs' Motion to Vacate CTO-244, to be served by first class mail to all counsel of record as listed on the attached service list.

Respectfully submitted,

BANNERMAN & WILLIAMS, P.A.

By *Charlotte Lamont*
   John A. Bannerman
   Charlotte Lamont
Attorneys for General Electric Company
2201 San Pedro NE
Building #2, Suite 207
Albuquerque, New Mexico 87110
(505) 837-1900
fax (505) 837-1800

**PANEL SERVICE LIST (Excerpted from CTO-244)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Sinforosa Apodaca, et al v. Zia Co., et al*, D. New Mexico, C.A. No. 6:05-182 (Judge Martha Vazquez)

Lawrence E. Abbott
Abbott, Simsde & Kuchier
400 Lafayette Street
Suite 200
New Orleans, LA 70130

Jennifer G. Anderson
Modrall, Sperling, Roehl, Harris
 & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Laurie K. Anger
Morgenstein & Jubelirer
Spear Street Tower
32nd Floor
One Market Plaza
San Francisco, CA 94105

James P. Bieg
Rodey, Dickason, Sloan,
 Akin & Robb
P.O. Box 1357
Santa Fe, NM 87504-1357

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, LLP
303 East 17th Avenue
Suite 1100 Denver, CO 80203

Martha G. Brown
Modrall, Sperling, Roehl,
 Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Donald G. Bruckner, Jr.
Gueben, Bruckner & Booths, PC
P.O. Box 93880
Albuquerque, NM 87199-3880

William H. Carpenter
Carpenter & Stout
1600 University Boulevard, N.E.
Suite A
Albuquerque, NM 87102

Edward J. Cass
Gallagher, Sharp, Fulton &
 Norman
Buckley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damieo
Burn; White & Hiokton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Tim L. Fields
Modrall, Sperling, Roehl,
 Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Raymond P. Forceno
Foroeno & Hannon
111 S. Independence Mall
East The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Laura Rehm Giokas
Bryan Cave, L.L.P.
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102

Susan M. Hansen
Brownson & Ballow
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Ronald L. Hellbuach
Baker & Hostetler, LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Alice T. Lorenz
Miller Stratvert, P.A.
P.O. Box 25687
Albuquerque, NM 87125

Thomas R Mack
Miller Stratvert, PA
P.O. Box 25687
Albuquerque, NM 87125

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Feliz A. Rael
Atkinson & Thal
201 Third Street, N.W. #1850
Albuquerque, NM 87102

Melissa J. Reeves
Sandenaw & Piazza, PC
2951 A Roadrunner Parkway
Las Cruces, NM 88011

John J. Repcheck
Marks, O'Neill, O'Brien &
 Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Michael C. Ross
Millar Stratvert, P.A.
P.O. Box 25687
Albuquerque, NM 87125

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour &
 Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Patrick M. Shay
Rodey, Dickason, Sloan, Akin &
 Robb
P.O. Box 1888
Albuquerque, NM 87103

Judy Bradshaw Snyder
William & Trine PC
1435 Arapahoe Avenue
Boulder, CO 80302-6390

Robert N. Spinelli
Kelley, Jasons, McGuire &
 Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Brace H. Strotz
Fairfield, Garrow & Strotz
P.O. Box 35400
Albuquerque, NM 87176

Robert E. Swickle
Jaques Admiralty Law Firm,
 P.C.
1570 Penobscot Building
The Maritime Asbestosis
 Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406