MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 15 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION
MDL DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

SINFOROSA APODACA, et al.,

Plaintiffs,

vs.

IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO
No. CIV 05-00182 MV/DJS

THE ZIA COMPANY, et al.,

Defendants.

### PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Plaintiffs timely filed their Motion to Vacate the Conditional Transfer Order in the above listed case and their Brief in Support of this Motion. On or about May 24, 2005, Defendants, CertainTeed Corporation, Dana Corporation, Maremont Corporation, Pneumo Abex LLC, and Union Carbide Corporation mailed their Opposition to this Motion. While this Opposition was timely mailed/filed,[1] it was not received by Plaintiffs' counsel within the time allowed for a reply by Plaintiffs.[2] Plaintiffs stand by their Motion and Brief to Vacate. Now, several Defendants – General Electric Company, NAPA Auto Parts, and GMAC – have filed Joinders in the Opposition filed by the above listed Defendants. These Joinders were sent to the Panel and counsel of record on June 6, 2005 and June 7, 2005 – well outside the time frame allowed by the Rules.[3] Plaintiffs

---

[1] Within the twenty (20) days allowed by Panel Rule 7.2(c)
[2] Opposition was received on May 31, 2005, and pursuant to Panel Rule 7.2(d), Plaintiffs have only five (5) days to submit a "response/reply" to an opposition.
[3] *See* footnote 1.

**OFFICIAL FILE COPY**

1

IMAGED JUN 16 2005

object to the filing of these Joinders as untimely and ask that they be striken and not considered by the Panel.

Pursuant to Rule 12(c), movants again request that the Clerk to set their Motion to Vacate for hearing at the next session of the Panel.

06/10/05                                             Respectfully submitted:

**ATTORNEYS FOR PLAINTIFFS**

**TRINE & METCALF, P.C.**

J. Conard Metcalf #2489, Colorado
Judy B. Snyder #34514, Colorado
Texas Bar No. 02837100
1435 Arapahoe Avenue
Boulder, CO 80302
303/442-0173
303/443-7677 – facsimile

*And*
**CARPENTER & STOUT, LTD.**

David J. Stout w/permission JBS 6/10/05
David J. Stout
William H. Carpenter
1600 University NE, Suite A
Albuquerque, NM 87102-1724
505/243-1336
505/243-1339 – facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2005, a true and correct copy of the foregoing Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion to Vacate Conditional Transfer Order was mailed, postage pre-paid to each of the attorneys listed on the attached Attorney Service List of the Judicial Panel on Multi-District Litigation.

Judy Bradshaw Snyder

2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 15 2005

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the document **REPLY TO DEFENDANT'S OPPOSITION AND DEFENDANTS' JOINDERS IN THAT OPPOSITION TO PLAINTIFFS' MOTION AND BREIF TO VACATE CONDITIONAL TRANSFER ORDER** was placed in the U.S. Mail, postage pre-paid, on this, 10th day of June, 2005 addressed to the following known counsel of record:

James S. Bratten, Esq.
Pehlivanian & Braaten, LLC.
Paynter's Ridge Office Park
PO Box 648
Manasquaan, NJ 08736
*National Counsel Attorneys for Ingersoll-Rand Company*

Alfred L. Green, Jr., Esq.
Patrick J. Greibel, Esq.
Butt, Thornton & Baehr, PC
4101 Indian School Road, N.E.
Suite 300 South
Albuquerque, NM 87110
*Attorneys for Auto Zone*
(505) 884-0777
FAX: (505) 889-8870

Cas Tabor, Esq.
McCormick, Caraway, Tabor & Riley, LLP
Bujac Bldg., 112 N. Canyon
P.O. Box 1718
Carlsbad, NM 88221-1718
*Attorneys for John Crane, Inc.*
(505) 885-4171
FAX: (505) 885-1963

David J. Stout, Esq.
Carpenter & Stout, Ltd.
1600 University, N.E., Suite A
Albuquerque, NM 87102-1724
*Attorneys for Plaintiff*
(505) 243-1336
FAX: (505) 243-1339

James Bieg, Esq.
Rodey, Dickason, Sloan & Robb, PA
PO Box 1357
Albuquerque, NM 87102
*Attorneys for Ford Motor Company, General Motors Corporation*
(505) 954-3900
FAX: (505) 954-3942

John A. Bannerman, Esq.
Charlotte Lamont, Esq.
Bannerman & Williams, PA
2201 San Pedro NE
Bldg #2, Ste 207
Albuquerque, NM 87110
*Attorneys for General Electric Company*
(505) 837-1900
FAX: (505) 837-1800

T.A. Sandenaw, Jr. Esq.
Melissa J. Reeves, Esq.
Sandenaw, Piazza & Anderson, P.C.
2951 Roadrunner Pkwy.
Las Cruces, NM 88011
*Attorneys for Ingersoll-Rand*

John S. Thal, Esq.
Feliz A. Rael, Esq.
Atkinson & Thal, PC
201 Third Street, N.W., #1850
Albuquerque, NM 87102
*Attorneys for Zia Company & Conwed Corp.*
(505) 764-8111

1

Alice Tomlinson Lorenz, Esq.
Thomas R. Mack, Esq.
Michael C. Ross, Esq.
Thomas M. Domme, Esq.
Miller Stratvert, PA
P.O. Box 25687
Albuquerque, NM 87125
*Attorneys for Honeywell , Garlock Sealing Kelly-Moore Paint Co, Genuine Parts Co, National Automotive Parts Assoc.*
(505) 842-1950

Mary Price Birk, Esq.
Ronald Hellbusch, Esq.
Chad Trulli, Esq.
Stephanie Loughner, Esq.
Baker & Hostetler, LLP
303 E. 17th Avenue, #1100
Denver, CO 80203
*Attorneys for Maremont Corp., Uniroyal Holding, Pneumo Abex LLC, Certainteed, Union Carbide, Dana Corp*
(303) 861-0600
FAX: (303) 861-7805

Laurie Anger, Esq.
Morgenstein & Jubilirer
One Market Plaza
Spear Street Tower, 32nd floor
San Francisco, CA 94105
*Attorneys for Georgia Pacific*
(415) 901-8700
FAX: (415) 901-8701

Rebecca Jackson, Esq.
Laura Rehm Giokas, Esq.
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Ste 3600
St. Louis, MO 63102
*Attorneys for McDonnell Douglas*

Erin Lagenwalter, Esq.,.
Douglas Schneebeck, Esq.,
Jennifer Anderson, Esq.
Mondrall, Sperling, Roehl, Harris & Sisk, PA
P.O. Box 2168
Albuquerque, NM 87103-2168
*Attorneys for 3M, RPM,*
(505) 848-1800

W. Spencer Reid, Esq.
S. Charles Archuleta, Esq.
Keleher & McLeiod, PA
P.O. Box AA
Albuquerque, NM 87103
*Attorneys for Advance Auto Parts, Discount Auto Parts, Parts America, Western Auto Supply*
(505) 346-4646
FAX: (505) 346-1370

Bruce H. Strotz, Esq.
Fairfield, Farrow, Flowers, Pierson & Strotz
2400 Louisiana Blvd., N.E.
Bldg. AFC 3, Suite 100
Albuquerque, NM 87110
*Attorneys for Georgia Pacific*
(505) 881-8300
FAX: (505) 889-0553

Terrance Yenson, Esq.
Yenson, Lynn, Allen, & Wosick, P.C.
4908 Alameda Blvd. NE
Albuquerque, NM 87113-1736
(505) 266-3995
FAX: (505) 268-6694
*Attorneys for Borg-Warner Corp.*

2

Don Bruckner, Esq.
Marcus Garcia, Esq.
Geubert, Bruckner, & Bootes, P.C.
PO Box 93880
Albuquerque, NM  87199-3880
*Attorneys for Dow Chemical Co.*

Briggs Cheney
Sheehan, Sheehan, & Stelzner, P.A.
PO Box 271
Albuquerque, NM  87103
*Attorneys for DaimlerChrysler Corp.*

Martha Brown, Esq.
Mondrall, Sperling, Roehl, Harris & Sisk, PA
P.O. Box 2168
Albuquerque, NM  87103-2168
*Attorney for McDonnell Douglas Corp.*

Juan Flores, Esq.
Bob Warburton
Sheehan, Sheehan, & Stelzner, P.A.
PO Box 271
Albuquerque, NM  87103
*Attorneys for AW Chesterton*

Patrick Shay, Esq.
Rodey, Dickason, Sloan & Robb, PA
PO Box 1888
Albuquerque, NM  87103-1888
*Attorneys for Ford Motor Company, General Motors Corporation*
(505) 765-5900
FAX: (505) 768-7395

Lawrence Abbott, Esq.
Sarah Liams, Esq.
Matthew Ehrlicher, Esq.
Albert, Simses, & Kuchler, APLC
400 Lafayette St. Ste 200
New Orleans, LA  70130
(504) 568-9393
FAX: (504) 524-1933
*Attorneys for Dow Chemical Co.*

Anthony S. Thomas, Esq.
Bowman and Brooke, LLP
879 W. 190th St. Ste 700
Gardena, CA  90248
*Attorney for Ford Motor Co. & General Motors*

Tim L. Fields, Esq.,
Michelle Hernandez, Esq.,
Mondrall, Sperling, Roehl, Harris & Sisk, PA
P.O. Box 2168
Albuquerque, NM  87103-2168
*Attorneys for Maremont Corp., American Standard Co., Viacom, Inc., Uniroyal Holdingl, Pneumo Abex, Certainteed Corp., Union Carbide Corp.*

Dated: June 10, 2005

By: _____
Judy B. Snyder, # 34514
Trine & Metcalf, P.C.

3

# PANEL SERVICE LIST (Excerpted from CTO-244)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Sinforosa Apodaca, et al. v. Zia Co., et al.*, D. New Mexico, C.A. No. 6:05-182 (Judge Martha Vazquez)

Lawrence E. Abbott
Abbott, Simses & Kuchler
400 Lafayette Street
Suite 200
New Orleans, LA 70130

Jennifer G. Anderson
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Laurie K. Anger
Morgenstein & Jubelirer
Spear Street Tower, 32nd Floor
One Market Plaza
San Francisco, CA 94105

James P. Bieg
Rodey, Dickason, Sloan, Akin & Robb
P.O. Box 1357
Santa Fe, NM 87504-1357

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, LLP
303 East 17th Avenue, Suite 1100
Denver, CO 80203

Martha G. Brown
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Donald G. Bruckner, Jr.
Guebert, Bruckner & Bootes, PC
P.O. Box 93880
Albuquerque, NM 87199-3880

William H. Carpenter
Carpenter & Stout
1600 University Boulevard, N.E.
Suite A
Albuquerque, NM 87102

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Tim L. Fields
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Laura Rehm Giokas
Bryan Cave, L.L.P.
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Ronald L. Hellbusch
Baker & Hostetler, LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Alice T. Lorenz
Miller Stratvert, P.A.
P.O. Box 25687
Albuquerque, NM 87125

Thomas R. Mack
Miller Stratvert, P.A.
P.O. Box 25687
Albuquerque, NM 87125

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Feliz A. Rael
Atkinson & Thal
201 Third Street, N.W.
#1850
Albuquerque, NM 87102

Melissa J. Reeves
Sandenaw & Piazza, PC
2951 A Roadrunner Parkway
Las Cruces, NM 88011

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Michael C. Ross
Miller Stratvert, P.A.
P.O. Box 25687
Albuquerque, NM 87125

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Patrick M. Shay
Rodey, Dickason, Sloan, Akin & Robb
P.O. Box 1888
Albuquerque, NM 87103

Judy Bradshaw Snyder
William & Trine PC
1435 Arapahoe Avenue
Boulder, CO 80302-6390

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Bruce H. Strotz
Fairfield, Garrow & Strotz
P.O. Box 35400
Albuquerque, NM 87176

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 15 2005

FILED
CLERK'S OFFICE

**LAW OFFICES**
**TRINE & METCALF, P.C.**
1435 Arapahoe Avenue
Boulder, Colorado 80302-6390

William A. Trine
J. Conard Metcalf
Deborah L. Taussig
Judy Bradshaw Snyder *
* Also admitted in Texas

Telephone: (303) 442-0173
Facsimile: (303) 443-7677
F.I.N. 84-0603964

June 14, 2005

**VIA FACSIMILE – 202.502.2888**

Mr. Michael J. Beck
Clerk of the Panel
Judicial Panel on MDL
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

> Request of Pltfs. Apodaca, et al., for Extension of Time to File Reply -- GRANTED
>
> (cdm - 6/15/05)

Re:   MDL-875; Cause No. 6-05-182; New Mexico; *Request for Extension of Time to Reply to Defendants' Opposition to Plaintiffs' Motion to Vacate CTO and all Joinders in Defendants' Opposition.*

Dear Mr. Beck:

Please consider this letter Plaintiffs' Request to accept their most recent filing – *Plaintiffs' Reply to Defendants' Opposition to Motion to Vacate Conditional Transfer Order.* Plaintiffs' Reply would have been due on May 30, 2005 had they wanted to Reply to the original Opposition filed. However, Plaintiffs did not receive Defendants' Opposition until May 31, 2005. Plaintiffs chose to stand by their Motion to Vacate and Brief in Support rather than Reply at that time. It was only when various Joinders were filed that Plaintiffs made the decision to address this issue on June 10, 2005. Plaintiffs still stand by their Motion to Vacate and Brief in Support, but are asking that the Panel accept their most recent filing for clarification purposes.

Please don't hesitate to contact my office if you have comments or questions.

Sincerely,

Judy Bradshaw Snyder
JBS/hs

cc:   Panel Service List