

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 15 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

MDL DOCKET NO. 875

CONDITIONAL TRANSFER ORDER (CTO-244)

THIS PLEADING REFERS TO THE CASE ORIGINATING FROM

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM D. HAMMONS | : CA No. 04-855-C-M2 |
| VERSUS | : JUDGE RALPH E. TYSON |
| AMEC CONSTRUCTION MANAGEMENT, INC., ET AL. | : MAGISTRATE CHRISTINE NOLAND |

### CORPORATE DISCLOSURE OF ETHYL CORPORATION

**NOW INTO COURT,** through undersigned counsel, comes defendant, **ETHYL CORPORATION,** ("Ethyl") defendant herein, which states that Ethyl is a corporation incorporated under the laws of Virginia with its principal place of business in Virginia. Ethyl Corporation is wholly owned by NewMarket Corporation.

OFFICIAL FILE COPY

IMAGED JUN 16 2005

- 2 -

TAYLOR, PORTER, BROOKS, & PHILLIPS L.L.P.

By _____
David M. Bienvenu, Jr., No. 20700
Kathleen Gendusa Trascher, No. 28835
451 Florida Street, 8th Floor
P.O. Box 2471
Baton Rouge, LA  70821
Phone: 225-387-3221
Fax: 225-346-8049

*Attorneys for Ethyl Corporation*

### - CERTIFICATE -

I certify that a copy of the foregoing was this day mailed, postage prepaid, to J. Arthur Smith, III and Rebecca E. May-Ricks, Law Offices of J. Arthur Smith, III, 830 North Street, Baton Rouge, Louisiana 70802.

Baton Rouge, Louisiana, this 7th day of June, 2005.

_____
David M. Bienvenu, Jr.