MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 17 2005

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY
LITIGATION

**MDL NO: VI**

This document relates to:
Gerald Judson v. Kerr-McGee Corp., et al
S.D.MS. Case No. 1:05CV155WJG

> Request of Pltf. Gerald Judson for Extension of
> Time to File Motion/Brief to Vacate CTO – GRANTED
> TO AND INCLUDING JUNE 27, 2005
>
> (cdm - 6/17/05)

## PLAINTIFF'S REQUEST FOR EXTENSION OF TIME

Now comes Plaintiff, Gerald Judson, in the above referenced case, through undersigned counsel of record, and files this, his Request for Extension of Time in which to file his Motion and Brief to Vacate the Conditional Transfer Order. Plaintiff respectfully represents:

1.

Defendant, Kerr-McGee has filed a Notice of Potential Tag-Along Action in the above-captioned case. On June 2, 2005, Plaintiff filed his Notice of Opposition to Transfer of a Potential Tag-Along Action.

2.

Plaintiff's counsel is scheduled to begin a week-long jury trial in state court in Mississippi on June 20, 2005. Due to the demands of counsel's calendar, Plaintiff requires additional time to review the pleadings in the matter, research the claims of the Defendant, and prepare a response.

PLEADING NO. 4543

**OFFICIAL FILE COPY**

IMAGED JUN 1 8 2005

Left message w/ ms. Mayberry
cdm 6/16/05

3.

Plaintiff moves the Panel to allow an additional ten (10) days to respond to the Conditional Transfer Order, based on the current demands on Counsel to prepare for a jury trial and respond to various motions in this and other cases.

WHEREFORE, the Plaintiff, Gerald Judson moves to be granted an additional ten (10) days in which to file his Motion and Brief to Vacate the Conditional Transfer Order.

Respectfully submitted,

**F. GERALD MAPLES, P.A.**

F. Gerald Maples, (MS Bar #1860)
Meredith A. Mayberry (MS Bar #101796)
902 Julia Street
New Orleans, Louisiana 70113
Telephone: (504) 569-8732
Facsimile: (504) 525-6932

ATTORNEYS FOR PLAINTIFF

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 17 2005

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I, Meredith A. Mayberry, one of the attorneys for the Plaintiff, do hereby certify that a true and correct copy of this instrument was served via fax and/or U.S. Mail, postage prepaid and properly addressed, to all known counsel of record on the attached service list.

This, the 16th day of June, 2005.

*Meredith A. Mayberry*
MEREDITH A. MAYBERRY

2005 JUN 16 P 3:21
PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

PANEL SERVICE LIST (Excerpted from CTO-247)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Gerald Judson v. Kerr-McGee Corp., et al.*, S.D. Mississippi, C.A. No. 1:05-155 (Judge Walter J. Gex III)

David A. Baker
Forman, Perry, Watkins, Krutz &
Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Richard T. Lawrence
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Meredith A. Mayberry
F. Gerald Maples, PA
902 Julia Street
New Orleans, LA 70113

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Campbell E. Wallace
Chaffe, McCall, Phillips, Toler &
Sarpy
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Stephen M. Wiles
Smith & Fawer
201 St. Charles Avenue
Suite 3702
New Orleans, LA 70170

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY
LITIGATION

**MDL NO: VI**

This document relates to:
Gerald Judson v. Kerr-McGee Corp., et al
S.D.MS, Case No. 1:05CV155WJG

### ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME

Considering the forgoing Plaintiff's Request for Extension of Time, and it appearing to the Court that there is cause to grant an extension of time and that no party will be prejudiced by an extension of time, it is

ORDERED that Plaintiff's Request for Extension of time is granted and the time in which Plaintiff may file his Motion and Brief to Vacate the Conditional Transfer Order is extended to Monday, June 27, 2005.

Dated: _____          _____