MDL · 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 17 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL. DOCKET NO. 875
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

SINFOROSA APODACA, Individually, and as Personal
Representative of the Estate of JOHNNIE G. APODACA,
Deceased; and ANTHONY R. APODACA, as Co-Personal
Representative of the Estate of JOHNNIE G. APODACA,
Deceased,

    Plaintiffs,

v.

THE ZIA COMPANY, et al.,

    Defendants.

IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO
No. CV 05-00182 BB/WPL

### GARLOCK SEALING TECHNOLOGIES, LLC'S JOINDER IN OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CTO-244

Garlock Sealing Technologies, LLC hereby joins in the opposition to Plaintiffs' Motion to Vacate CTO-244 filed by Defendants CertainTeed Corporation, Dana Corporation, Maremont Corporation, Pneumo Abex LLC, and Union Carbide Corporation on May 25, 2005, and docketed as pleading number 4522, and all arguments and authorities asserted therein.

Respectfully submitted,

MILLER STRATVERT P.A.

By _____
MICHAEL C. ROSS
Attorneys for Defendant Garlock
    Sealing Technologies, LLC
P.O. Box 25687
Albuquerque, New Mexico 87125
(505) 842-1950
(505) 243-4408 Fax

PLEADING NO. 4544

**OFFICIAL FILE COPY**

IMAGED JUN 20 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June, 2005, I caused an original, four copies, and one computer readable disk copy of the foregoing Joinder in Opposition of Defendants CertainTeed Corporation, Dana Corporation Maremont Corporation, Pneumo Abex LLC, and Union Carbide Corporation to Plaintiffs' Motion to Vacate CTO-244 to be served by first class mail on the Clerk of the Panel:

> Michael J. Beck, Clerk
> Judicial Panel on Multidistrict Litigation
> Thurgood Marshall Federal Judiciary Building
> One Columbus Circle, N.E.
> Room G-225, North Lobby
> Washington, D.C.  20002-8004

I further certify that, on this 9th day of June, 2005, I caused a copy of the foregoing Opposition to be served by first class mail on the Clerk of the transferee court:

> Michael E. Kunz, Clerk
> United States District Court for the
> Eastern District of Pennsylvania
> 601 Market Street
> Philadelphia, PA  19106-1797

I further certify that, on the 9th day of June, 2005, I caused copies of the foregoing to be served by first class mail to the list of counsel attached.

_____
MICHAEL C. ROSS

P:\1-999\311\34450\joinder^opposition^vacate.doc

## LIST OF COUNSEL

J. Conard Metcalf
Judy B. Snyder
Trine & Metcalf, P.C.
1435 Arapahoe Ave.
Boulder, Co  80302
   Attorneys for Plaintiffs

William H. Carpenter
David J. Stout
Carpenter & Stout Ltd.
1600 University NE, #A
Albuquerque, New Mexico  87102-1724
   Attorneys for Plaintiffs

Alfred L. Green, Jr.
Patrick Griebel
Butt Thornton & Baehr, P.C.
P.O. Box 3170
Albuquerque, NM 87190-3170
   Attorneys for Auto Zone Corporation

John A. Bannerman
Charlotte A. Lamont
Bannerman & Williams PA
2201 San Pedro NE
Bldg. #2, Suite 207
Albuquerque, New Mexico  87110
   Attorneys for General Electric Company

Timothy L. Fields
Michelle A. Hernandez
Modrall Sperling Roehl Harris & Sisk PA
P.O. Box 2168
Albuquerque, New Mexico  87103-2168
   Attorneys for Union Carbide Corporation,
   Certain-Teed Corporation, Dana
   Corporation; Maremont Corporation;
   Uniroyal Holding, Inc., American Standard,
   Inc.; Pneumo Abex LLC;Viacom, Inc.

Patrick M. Shay
Rodey, Dickason, Sloan, Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, New Mexico  87103-1888
   Attorneys for Ford Motor Company;
   General Motors Corporation

James P. Bieg
Rodey, Dickason, Sloan, Akin & Robb, P.A.
P.O. Box 1357
Santa Fe, NM  87504-1357
   Attorneys for Ford Motor Company;
   General Motors Corporation

Spencer Reid
S. Charles Archuleta
Keleher & McLeod PA
P.O. Box AA
Albuquerque, New Mexico  87103
   Attorneys for Advance Auto Parts, Inc.;
   Discount Auto Parts, Inc.; Parts America;
   Western Auto Supply Company

Martha G. Brown
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
P.O. Box 2168
Albuquerque, New Mexico 87103-2168
   Attorneys for McDonnell Douglas
   Corporation

Alice Tomlinson Lorenz
Miller Stratvert P.A.
P.O. Box 25687
Albuquerque, NM  87125
   Attorneys for Genuine Parts Company;
   National Automotive Parts Association

Ronald L. Hellbusch
Stephanie D. Loughner
Baker & Hostetler, LLP
303 E. 17th Ave., Suite 1100
Denver, CO 80203-1264
  Attorneys for Union Carbide Corporation,
  Certain-Teed Corporation, Dana
  Corporation; Maremont Corporation;
  Uniroyal Holding, Inc.; Pneumo Abex LLC

John S. Thal
Feliz A. Rael
Atkinson & Thal, P.C.
201 Third St. NW
Suite 1850
Albuquerque, NM 87102
  Attorneys for The Zia Company; Conwed
  Corporation

Juan L. Flores
Sheehan, Sheehan & Stelzner, P.A.
P.O. Box 271
Albuquerque, NM 87103-0271
  Attorneys for A.W. Chesterton Company

Thomas R. Mack
Miller Stratvert P.A.
P.O. Box 25687
Albuquerque, NM 87125
  Attorneys for Kelly-Moore Paint Co.

Patrick R. Riley
Riley, Hewitt & Sweitzer, P.C.
650 Washington Road
Suite 300
Pittsburgh, PA 15228
  Attorneys for Genuine Parts Company;
  National Automotive Parts Association

Anthony S. Thomas
Bowman and Brook, LLP
879 West 190th St.
Suite 700
Gardena, CA 90248
  Attorneys for Ford Motor Company;
  General Motors Corporation

James S. Braaten
Pehlivanian & Braaten, LLC
P.O. Box 648
Manasquan, NJ 08736
  Attorneys for Ingersoll-Rand Company

Thomas M. Domme
Miller Stratvert P.A.
P.O. Box 25687
Albuquerque, NM 87125
  Attorneys for Honeywell International

T.A. Sandenaw, Jr.
Melissa J. Reeves
Sandenaw, Piazza & Anderson, P.C.
2951 Roadrunner Parkway
Las Cruces, NM 88011
  Attorneys for Ingersoll-Rand Company

Rebecca Jackson
Laura Rehm Giokas
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102
  Attorneys for McDonnell Douglas
  Corporation


Douglas G. Schneebeck
Jennifer G. Anderson
Modrall, Sperling, Roehl, Harris & Sisk P.A.
P.O. Box 2168
Albuquerque, New Mexico 87103-2168
  Attorneys for RPM, Inc.; 3M Company

Lawrence E. Abbott
Sarah E. Liams
Abbott, Simses & Kuchler, APLC
400 Lafayette St.
Suite 200
New Orleans, LA 70130
  Attorneys for The Dow Chemical Company

Bruce H. Strotz
Fairfield, Farrow & Strotz, P.C.
P. O. Box 35400
Albuquerque, New Mexico 87176-5400
  Attorneys for Owens-Illinois, Inc.; Georgia Pacific Corporation

Terrance P. Yenson
Yenson, Lynn, Allen & Wosick, P.C.
4908 Alameda Blvd. NE
Albuquerque, NM 87113
  Attorneys for Borg-Warner, Inc.; Burns International Services Corporation

Laurie K. Anger
Morgenstein & Jubelirer, LLP
One Market Street Tower, 32nd Floor
San Francisco, CA 94105
  Attorneys for Owens-Illinois, Inc.; Georgia Pacific Corporation

Cas Tabor
McCormick, Caraway, Tabor & Riley, LLP
P.O. Box 1718
Carlsbad, NM 88221-1718
  Attorneys for John Crane, Inc.

Donald G. Bruckner, Jr.
Marcus E. Garcia
Guebert, Bruckner & Bootes, P.C.
P.O. Box 93880
Albuquerque, NM 87199-3880
  Attorneys for The Dow Chemical Company

Briggs Cheney
Sheehan, Sheehan & Stelzner, P.A.
P.O. Box 271
Albuquerque, New Mexico 87103
  Attorneys for DaimlerChrysler Corporation


JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 17 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL. DOCKET NO. 875
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

SINFOROSA APODACA, Individually, and as Personal
Representative of the Estate of JOHNNIE G. APODACA,
Deceased; and ANTHONY R. APODACA, as Co-Personal
Representative of the Estate of JOHNNIE G. APODACA,
Deceased,

      Plaintiffs,

v.

THE ZIA COMPANY, et al.,

      Defendants.

IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO
No. CV 05-00182 BB/WPL

## AMENDED CERTIFICATE OF SERVICE

    I hereby certify that on this 9th day of June, 2005, I caused an original, four copies, and one computer readable disk copy of Garlock Sealing Technologies, LLC's Joinder in Opposition of Defendants CertainTeed Corporation, Dana Corporation Maremont Corporation, Pneumo Abex LLC, and Union Carbide Corporation to Plaintiffs' Motion to Vacate CTO-244 to be served by first class mail on the Clerk of the Panel:

      Michael J. Beck, Clerk
      Judicial Panel on Multidistrict Litigation
      Thurgood Marshall Federal Judiciary Building
      One Columbus Circle, N.E.
      Room G-225, North Lobby
      Washington, D.C. 20002-8004

    I further certify that, on this 9th day of June, 2005, I caused a copy of Garlock Sealing Technologies, LLC's Joinder in Opposition of Defendants CertainTeed Corporation, Dana Corporation Maremont Corporation, Pneumo Abex LLC, and Union Carbide Corporation to Plaintiffs' Motion to Vacate CTO-244 to be served by first class mail on the Clerk of the transferee court:

      Michael E. Kunz, Clerk
      United States District Court for the
      Eastern District of Pennsylvania
      601 Market Street
      Philadelphia, PA 19106-1797

I further certify that, on the 9th and the 13th day of June, 2005, I caused copies of Garlock Sealing Technologies, LLC's Joinder in Opposition of Defendants CertainTeed Corporation, Dana Corporation Maremont Corporation, Pneumo Abex LLC, and Union Carbide Corporation to Plaintiffs' Motion to Vacate CTO-244 to be served by first class mail to the attached Panel Service List.

MILLER STRATVERT P.A.

By_____
MICHAEL C. ROSS
Attorneys for Defendant Garlock
    Sealing Technologies, LLC
P.O. Box 25687
Albuquerque, New Mexico 87125
(505) 842-1950
(505) 243-4408 Fax

P:\1-999\311\34450\cert^service^mdl^amended.doc

## PARTIAL SERVICE LIST (Excerpted from CO-244)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Sinforosa Apodaca, et al. v. Zia Co., et al.*, D. New Mexico, C.A. No. 6:05-182 (Judge Martha Vazquez)

Lawrence E. Abbott
Abbott, Simses & Kuchler
400 Lafayette Street
Suite 200
New Orleans, LA 70130

Jennifer G. Anderson
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Laurie K. Anger
Morgenstein & Jubelirer
Spear Street Tower, 32nd Floor
One Market Plaza
San Francisco, CA 94105

James P. Bieg
Rodey, Dickason, Sloan, Akin & Robb
P.O. Box 1357
Santa Fe, NM 87504-1357

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, LLP
303 East 17th Avenue, Suite 1100
Denver, CO 80203

Martha G. Brown
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Donald G. Bruckner, Jr.
Guebert, Bruckner & Bootes, PC
P.O. Box 93880
Albuquerque, NM 87199-3880

William H. Carpenter
Carpenter & Stout
1600 University Boulevard, N.E.
Suite A
Albuquerque, NM 87102

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Tim L. Fields
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Laura Rehm Giokas
Bryan Cave, L.L.P.
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Ronald L. Hellbusch
Baker & Hostetler, LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David D. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Alice T. Lorenz
Miller Stratvert, P.A.
P.O. Box 25687
Albuquerque, NM 87125

Thomas R. Mack
Miller Stratvert, P.A.
P.O. Box 25687
Albuquerque, NM 87125

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Felix A. Rael
Atkinson & Thal
201 Third Street, N.W.
#1850
Albuquerque, NM 87102

Melissa J. Reeves
Sandenaw & Piazza, PC
2951 A Roadrunner Parkway
Las Cruces, NM 88011

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Michael C. Ross
Miller Stratvert, P.A.
P.O. Box 25687
Albuquerque, NM 87125

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Patrick M. Shay
Rodey, Dickason, Sloan, Akin & Robb
P.O. Box 1888
Albuquerque, NM 87103

Judy Bradshaw Snyder
William & Trine PC
1435 Arapahoe Avenue
Boulder, CO 80302-6390

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Bruce H. Strotz
Fairfield, Garrow & Strotz
P.O. Box 35400
Albuquerque, NM 87176

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406