JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

JUN 20 2005

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Linda Louise Roberts, etc. v. Anchor Packing Co., et al.*, S.D. West Virginia, C.A. No. 2:05-320

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Roberts*) on May 18, 2005. In the absence of any opposition, the conditional transfer order was finalized with respect to *Roberts* on June 3, 2005. The Panel has now been advised, however, that *Roberts* was remanded to the Circuit Court of Marshall County, West Virginia, by the Honorable Joseph R. Goodwin in an order filed on May 19, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-247" filed on May 18, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

PLEADING NO. 4549

**OFFICIAL FILE COPY**

IMAGED JUN 2 0 2005