06/20/2005  17:23    4158981247                BRAYTON PURCELL                           PAGE  01/02
Case MDL No. 875   Document 4550   Filed 06/21/05   Page 1 of 2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

# Brayton✦Purcell LLP

JUN 21 2005

FILED
CLERK'S OFFICE

### TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
CHRISTOPHER E. ANDREAS

OF COUNSEL
JEFFREY D. EISENBERG*
PETER W. FISHER

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

June 20, 2005

MARIE N. APPEL
SHAAMINI A. BABU
JARED J. BABULA
DAVID H. BACKENSTOE
BRYAN S. BORDON
GARY L. BRAYTON
ELAINE J. BROWN*
ANDREW CHEW
C. RYAN CHRISTENSEN*
KIMBERLY J. CHU
JULIA A. CLAYTON
HUGH C. COOK
MICHELE L. DE ROUEN
DOUGLAS V. DUKELOW
DAVID L. FIOL
PETER B. FREDMAN
JOHN R. GOLDSTEIN
JULIE C. GREBEL
LAUREL HALBANY
ZACHARY B. HERSCHENSOHN*
CRYSTAL G. HOWARD
SARAH P. IVORY
GARY V. JUDD
RITA R. KANNO

CLAYTON W. KENT
BRADLEY A. KRAMER
KERRY LAIW
LLOYD F. LeROY
LORENA MATIJ
THOMAS R. MATES
MAUREEN C. McGOWAN
S. BROOK MILLARD*
TENNY MIRZAYAN
MONIQUE G. MORALES
JAMES P. NEVIN
SCOTT A. NIEELING*
OREN P. NOAH
DAVID PAI
SOPHIA I. PARK
ALEX REMICK
KEITH C. SHAW
CHRISTINA C. SKUBIC
ERIC C. SOLOMON
NANCY R. THORINGTON
PAUL A. VAILLANCOURT
NANCY T. WILLIAMS
JENNIFER ANN WINDT
STEVEN W. YUEN

PLEADING NO. 4550

**VIA FACSIMILE: (202) 502-2888**
**Confirmation by U.S. Mail**

Michael J. Beck
Clerk of the Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-225, North Lobby
Washington, D.C. 20002

Re:   Notice of Opposition - CTO -248
      N.D. Cal. No. 05-0202, Hartford v. Atlas Turner et al.

Dear Mr. Beck:

Please take notice that the Plaintiff Twila Hartford opposes transfer of the above-referenced action under MDL 875 as proposed in conditional transfer order. A motion to vacate the CTO and memorandum in support will be filed within 15 days.

Very truly yours,

David L. Fiol

DLF:jae
cc: all counsel on service list

K:\Injured\101354\USDC-ltr-MDL panel.wpd

**OFFICIAL FILE COPY**

IMAGED JUN 2 1 2005

06/20/2005 17:23 4158981247 BRAYTON PURCELL JUDICIAL PANEL ON 02/02
MULTIDISTRICT LITIGATION
Case MDL No. 875 Document 4550 Filed 06/21/05 Page 2 of 2

JUN 21 2005

FILED
CLERK'S OFFICE

Service List

Date Created: 6/20/2005-10:45:01 AM
Created by: LitSupport - ServiceList - BPImport
Matter Number: 101354.001-Twila Hartford

Run By : Ehni, Jane (JAE)

American Honda Motor Co., Inc.
Becherer, Kannett & Schweitzer
2200 Powell Street
Suite 805
Emeryville, CA 94608
510-658-3600    510-658-1151

Berry & Berry
Berry & Berry
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330    510-835-5117

Dana Corporation
Brydon Hugo & Parker
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300    415-808-0333

Goodyear Tire & Rubber Company, The
Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
415-986-5900    415-986-8054

Certainteed Corporation
McKenna Long & Aldridge
One Market Street, Spear Tower,
San Francisco, CA 94105-1475
415-267-4000    415-267-4198

Union Pacific Railroad Company
Morgenstein & Jubelirer
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700    415-901-8701

Pneumo Abex LLC
Stevens, Drummond & Gifford
1910 Olympic Boulevard
Suite 250
Walnut Creek, CA 94596
925-944-5550    925-256-9669

Standard Motor Products, Inc.
Towle, Denison, Smith & Tavera
10866 Wilshire Blvd
Suite 500
Los Angeles, CA 90024
310-446-5445    310-446-5447

Bridgestone/Firestone North America
Becherer, Kannett & Schweitzer
2200 Powell Street
Suite 805
Emeryville, CA 94608
510-658-3600    510-658-1151

Thorpe Insulation Company
Bishop, Barry, Howe, Haney & Ryder
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
510-596-0888    510-596-0899

Ford Motor Company
Filice, Brown, Eassa & McLeod LLP
1999 Harrison Street, 18th Floor
Oakland, CA 94612
510-444-3131    510-839-7940

Warren Pumps, Inc.
Jackson & Wallace
55 Francisco Street
Sixth Floor
San Francisco, CA 94133
415-982-6300    415-982-6700

Metalclad Insulation Corporation
McKenna Long & Aldridge
One Market Street, Spear Tower, Su
San Francisco, CA 94105-1475
415-267-4000    415-267-4198

Honeywell International, Inc.
Perkins Coie LLP
180 Townsend St., 3rd Flr.
San Francisco, CA 94107
415-344-7000    415-344-7050

DaimlerChrysler Corporation
Thelen, Reid & Priest, LLP
101 Second St., Ste 1800
San Francisco, CA 94105
415-371-1200    415-644-6519

Plant Insulation Company
Travis & Pon
Monte S. Travis
2271 California St
San Francisco, CA 94115
415-923-1200    415-358-8551

Gatke Corporation
Bennett, Samuelsen, Reynolds & All
1951 Webster St., Ste. 200
Oakland, CA 94612
510-444-7688    510-444-5849

McDonnell Douglas Corporation
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401
310-576-2100    310-576-2200

General Motors Corporation
Filice, Brown, Eassa & McLeod LLP
1999 Harrison Street, 18th Floor
Oakland, CA 94612
510-444-3131    510-839-7940

Durabla Manufacturing Company, Inc.
Law Offices of Lucinda L. Storm, E
610A Third Street
San Francisco, CA 94107
415-777-6990    415-777-6992

Vought Aircraft Industries, Inc.
Mendes & Mount
725 South Figueroa Street
19th Floor
Los Angeles, CA 90017
213-955-7700    213-955-7725

Gatke Corporation
Sedgwick, Detert, Moran & Arnold
One Embarcadero Center 16th Floor
San Francisco, CA 94111
415-781-7900    415-781-2635

Rapid-American Corporation
Thelen, Reid & Priest, LLP
101 Second St., Ste 1800
San Francisco, CA 94105
415-371-1200    415-644-6519