MDL · 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUN 22 2005

MDL Docket No. 875 -- In re Asbestos Products Liability Litigation (No. VI)

FILED
CLERK'S OFFICE

## NOTICE OF OPPOSITION

To:   Michael J. Beck
      Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, N.E.
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, D.C. 20002

Please take notice, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, that Charles and Wanda Hamrick, Plaintiffs in *Charles and Wanda Hamrick v. A & I Company, et al.*, No. 2:05-0286 (S.D.W.Va.), opposes the transfer of that action to the Eastern District of Pennsylvania as contemplated by the Panel's June 6, 2005 Conditional Transfer Order and Schedule CTO-248, attached thereto.

Dated: June 21, 2005

_____
Jason T. Shipp
GOLDBERG, PERSKY, & WHITE, P.C.
1030 Fifth Avenue, Third Floor
Pittsburgh, PA 15219
(412) 471-3980

Counsel for Plaintiff

PLEADING NO. 4551

IMAGED JUN 2 2 2005   **OFFICIAL FILE COPY**

JUN. 21. 2005 1:07PM GOLDBERG PERSKY WHITE PC NO. 3080 P. 4
Case MDL No. 875 Document 4551 Filed 06/22/05 Page 2 of 4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 22 2005

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, Jason T. Shipp, attorney for Plaintiffs Charles E. Hamrick and Wanda Hamrick, his wife, have filed the Notice of Opposition and have served upon the Defendants, through their attorneys, a copy of the said filing by first-class, United States mail this 21st day of June, to:

Michael B. Victorson, Esquire
Jackson Kelly PLLC
1600 Laidley Tower
P.O. Box 553
Charleston, WV 25322
*(Counsel for McDonnell Douglas Corporation)*

Stephen P. Goodwin, Esquire
Goodwin & Goodwin, LLP
P.O. Box 2107
Charleston, WV 25328-2107
*(Counsel for A&I Company)*

John J. Kurowski, Esquire
The Kurowski Law Firm
24 Bronze Pointe N
Belleville, IL 62226
*(Counsel for AW Chesterton Company)*

Joseph S. Beeson, Esquire
Robinson & McElwee
P.O. Box 1791
Charleston, WV 25326
*(Counsel for Cooper Industries, Inc.)*

Albert H. Parnell, Esquire
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3283
*(Counsel for Dana Corporation)*



Paula L. Durst, Esquire
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard East
P.O. Box 273
Charleston, WV 25321-0273
*(Counsel for EI du Pont de Nemours & Company)*

Scott A. Matthews, Esquire
Dell, Moser, Land & Loughney
525 William Penn Place, Suite 3700
Pittsburgh, PA 15219
*(Counsel for Foster Wheeler)*

Nora Barry Fischer, Esquire
Pietragallo Bosick & Gordon
3800 One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
*(Counsel for General Electric Company)*

J. Tyler Dinsmore, Esquire
Flaherty Sensabaugh & Bonasso
200 Capitol Street
Charleston, WV 25301
*(Counsel for General Motors Corporation)*

Beth Ann Rauer, Esquire
Spilman Thomas & Battle, PLLC
P.O. Box 273
Charleston, WV 25321-0273
*(Counsel for Goodrich Corporation)*

David K. Hendrickson, Esquire
R. Scott Long, Esquire
Hendrickson & Long
214 Capitol Street
P.O. Box 11070
Charleston, WV 25339
*(Counsel for Honeywell International, Inc.,
Ingersoll-Rand Company, Owens-Illinois, Inc.,
Uniroyal, Inc. and Viacom, Inc.)*

Stephen M. Fowler, Esquire
David L. Watson, Esquire
Pullin Fowler & Flanagan
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
*(Counsel for Lockheed Martin Corporation)*

Charles M. Love, III, Esquire
Bowles Rice McDavid Graff & Love
P.O. Box 1386
Charleston, WV 25325-1386
*(Counsel for Metropolitan Life Insurance Company)*

R. Carter Elkins, Esquire
Campbell Woods Bagley et al.
517 Ninth Street, Suite 1000
P.O. Box 1835
Huntington, WV 25719-1835
*(Counsel for Pneumo Abex Corporation)*

Robert H. Sweeney, Jr., Esquire
Jenkins Fenstermaker PLLC
P.O. Box 2688
Huntington, WV 25726-2688
*(Counsel for Vimasco Corporation)*

Dated: June 21, 2005

Jason T. Shipp
Attorney for Plaintiffs