

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 27 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Twila Hartford, et al. v. Atlas Turner, Inc., et al.*, N.D. California, C.A. No. 4:05-202

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Hartford*) on June 6, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Hartford* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Hartford* was remanded to the San Francisco Superior Court, California, by the Honorable Saundra Brown Armstrong in an order filed on June 23, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-248" filed on June 6, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

PLEADING NO. 4554

**OFFICIAL FILE COPY** IMAGED JUN 27 2005