MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 29 2005

FILED
CLERK'S OFFICE

*PLEADING NO. 4555*

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Gerald Judson v. Kerr-McGee Corp., et al.*, S.D. Mississippi, C.A. No. 1:05-155

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Judson*) on May 18, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Judson* filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-247" filed on May 18, 2005, is LIFTED insofar as it relates to this action, and thus the action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Charles R. Weiner.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY

IMAGED JUN 2 9 2005