MDL 875 

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION Prep CRO

JUN 30 2005

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : : x |
| This Document Relates to:<br><br>Law Firm of Donaldson & Black<br><br>United States District Court<br>Western District of North Carolina<br><br>James R. BARNES, C.A. No. 5:98 cv 92<br><br>(see attached list of plaintiff names)<br><br>[In the event any of the above-listed cases are multiple plaintiff (victim) actions, this transfer is for the named party only, or said party's representative, and any spousal or dependent actions.] | : : : : : : : : : : : : : : x |

CIVIL ACTION NO. MDL 875

MDL- 875
RECOMMENDED ACTION
CRO — one action
Approved/Date: ___ 6/20

PLEADING NO. 4556

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Western District of North Carolina, and the Court having reviewed these cases and having had settlement conferences with the parties, and now believing that such motion is appropriate.

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

**OFFICIAL FILE COPY**

IMAGED JUL - 1 2005

damages are hereby ORDERED severed from these cases and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania. The Court further notes that this is a filing with numerous plaintiffs, all of whom are alleged to be suffering from an asbestos-related disease process. For the purposes of this suggestion of remand, the Court directs that the plaintiffs listed on the attachment be severed and that their claims ONLY be suggested for remand.

THE COURT SUGGESTS that the within entitled matters should be REMANDED to the United States District Court for the Western District of North Carolina for such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 6/8/2005

_____
Charles   R.   Weiner            J.

Barnes, James R.
Beard, Grady
Beheler, Wayne
Church, Roger D.
Cupp, Orvil
Cuthbertson, Hoy
Grogan, Benjamin
Hancock, Marion
Hewell, Jerry
Hongisto, Ivan Oscar
Horne, Jimmy
Hughes, Alton
Joyce, William
Mauney, Robert
Richards, Gerald

---

Broome, Larry
Cobb, James
Grant, Barney
Greene, E. F.
McGinnis, Charles
Phillips, Roger

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 30 2005

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY  :
LITIGATION (NO. VI)                 :
                                    :
_____ x

This Document Relates to:           :           CIVIL ACTION NO. MDL 875

Law Firm of Baron & Budd            :

United States District Court        :
Western District of Texas           :
                                                MDL- 875
Almon JONES, dec., No. SA-99-CA-0175 (EP)  :    RECOMMENDED ACTION
                                    :           CRO - one action
[In the event the above-listed case is a multiple  :    Approved/Date: _____
plaintiff (victim) action, this transfer is for the :
above-named party only, or said parties repre-     :
sentative, and any spousal or dependent actions.]: 
_____ x

SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Defendant's Motion To Remand to the United States District Court for the Western District of Texas, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Western District of Texas for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 6/8/2005

_____
Charles   R.   Weiner           J.