MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 1 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

SINFOROSA APODACA, Individually, and as
Personal Representative of the Estate of
JOHNNIE G. APODACA, Deceased; and
ANTHONY R. APODACA, as Co-Personal
Representative of the Estate of
JOHNNIE G. APODACA, Deceased,

    Plaintiffs,

vs.

THE ZIA COMPANY, et al.,

    Defendants.

IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO
CIV-2005-00182 BB/WPL

### INGERSOLL-RAND COMPANY'S JOINDER IN
### OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CTO-244

Ingersoll-Rand Company hereby joins in the opposition to Plaintiffs' Motion to Vacate CTO-244 filed by Defendants CertainTeed Corporation, Dana Corporation, Maremont Corporation, Pneumo Abex, LLC, and Union Carbide Corporation on May 25, 2005, and docketing as pleading number 4522, and all arguments and authorities assured therein.

    Respectfully submitted,

    SANDENAW, PIAZZA & ANDERSON, P.C.

    *M J Reeves* (signature)
    T. A. Sandenaw, Jr.
    Melissa J. Reeves
    2951 Roadrunner Parkway
    Las Cruces, NM 88011
    505.522.7500
    505.522.5544 (Fax)
    *New Mexico Attorneys for Defendant*
    *Ingersoll-Rand Company*

PLEADING NO. 4558

IR Joinder in Opp.wpd

**OFFICIAL FILE COPY**

IMAGED JUL - 5 2005

RECEIVED CLERK'S OFFICE 2005 JUN 28 A 10: 04 PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 1 2005

FILED
CLERK'S OFFICE

and

PEHLIVANIAN & BRAATEN, L.L.C.
James Braaten
Post Office Box 648
Manasquan, New Jersey 08736
732.528.8888
732.528.4445 (Fax)
*National Counsel for Defendant*
*Ingersoll-Rand Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2005, I caused an original, four copies, and one computer readable disk copy of the foregoing Ingersoll-Rand Company Joinder in Opposition to Plaintiffs' Motion to Vacate CTO-244 to be served by first class mail on the Clerk of the Panel:

April Layne, Deputy Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-225, North Lobby
Washington, DC 20002-8004

I further certify that on this 20th day of June, 2005, I caused a copy of the foregoing Joinder to be served by first class mail on the Clerk of the transferee court:

Michael E. Kunz, Clerk
United States District Court for the
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

I, Melissa J. Reeves, further certify that a true and correct copy of the foregoing document was mailed on the 20th day of June, 2005, to all counsel of record on the attached service list.

_____
Melissa J. Reeves

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

APODACA, ET AL. v. ZIA, ET AL.
NO. CIV-2005-00182 BB/WPL

SERVICE LIST

J. Conard Metcalf, Esq.
Judy B. Snyder, Esq.
Trine & Metcalf, P.C.
1435 Arapahoe Avenue
Boulder, Colorado  80302
*Attorneys for Plaintiffs*

David J. Stout, Esq.
William H. Carpenter, Esq.
Carpenter & Stout, Ltd.
1600 University Blvd., N.E., Suite A
Albuquerque, New Mexico  87102
*Attorneys for Plaintiffs*

John A. Bannerman, Esq.
Charlotte A. Lamont, Esq.
Bannerman & Williams, P.A.
2201 San Pedro NE
Building #2, Suite 207
Albuquerque, NM  87110
*Attorneys for General Electric Company*

James S. Braaten, Esq.
Pehlivanian & Braaten, LLC
Paynter's Ridge Office Park
Post Office Box 648
Manasquan, New Jersey  08736
*National Counsel Attorneys for
Ingersoll-Rand Company*

Thomas M. Domme, Esq.
Miller Stratvert, P.A.
P.O. Box 25687
Albuquerque, New Mexico  87125-0687
*Attorneys for Honeywell International Inc.*

Stephanie D. Loughner
Baker & Hostetler, L.L.P.
303 East 17th Street, Suite 1100
Denver, Colorado  80203-1264
*Attorneys for CertainTeed Corporation,
Union Carbide Corporation, Pneumo Abex
LLC, Dana Corporation, Maremont
Corporation, and Uniroyal Holding, Inc.*

Tim L. Fields, Esq.
Michelle A. Hernandez, Esq.
Modrall, Sperling, Roehl,
    Harris & Sisk
P.O. Box 2168
Albuquerque, NM  87103
*Attorneys for Maremont Corporation, Viacom,
Inc., American Standard, Inc., Union Carbide
Corporation, Certainteed Corporation, Pneumo
Abex LLC, and Uniroyal Holdings, Inc.*

Juan L. Flores, Esq.
Bob Warburton, Esq.
Sheehan Sheehan & Stelzner, P.A.
P.O. Box 271
Albuquerque, New Mexico  87103-0271
*Attorneys for A. W. Chesterton, Inc.*

Briggs F. Cheney, Esq.
Sheehan Sheehan & Stelzner, P.A.
P.O. Box 271
Albuquerque, New Mexico  87103-0271
*Attorneys for DaimlerChrysler Corporation*

Patrick Griebel, Esq.
Alfred L. Green, Jr., Esq.
Butt Thornton & Baehr, PC
P.O. Box 3170
Albuquerque, New Mexico  87190-3170
*Attorneys for Autozone Inc.*

T. A. Sandenaw, Jr., Esq.
Melissa J. Reeves, Esq.
Sandenaw, Piazza & Anderson, P.C.
2951 Roadrunner Parkway
Las Cruces, New Mexico 88011
*Attorneys for Ingersoll-Rand Company*

Michael C. Ross, Esq.
Thomas R. Mack, Esq.
Miller Stratvert PA
P.O. Box 25687
Albuquerque, NM 87125
*Attorneys for Kelly-Moore Company and Garlock Sealing Technologies LLC*

Feliz A. Rael, Esq.
Atkinson & Thal, P.C.
Albuquerque Plaza
201 Third Street, NW, Suite 1850
Albuquerque, New Mexico 87102
*Attorneys for The Zia Company*

W. Spencer Reid, Esq.
S. Charles Archuleta, Esq.
Keleher & McLeod, P.A.
P.O. Box AA
Albuquerque, New Mexico 87103-1626
*Attorneys for Advance Auto Parts Inc., Discount Auto Parts Inc., Parts America, and Western Auto Supply Company*

Douglas G. Schneebeck, Esq.
Jason C. Bousliman, Esq.
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
P. O. Box 2168
Albuquerque, New Mexico 87103-2168
*Attorneys for 3M Company*

Anthony S. Thomas, Esq.
Bowman and Brooke, LLP
879 West 190th Street, Suite 700
Gardena, California 90248
AND
Patrick M. Shay, Esq.
James P. Bieg, Esq.
Rodey Dickason Sloan Akin & Robb PA
P.O. Box 1888
Albuquerque, New Mexico 87103-1888
*Attorneys for Ford Motor Corporation and General Motors Corporation*

Rebecca Jackson, Esq.
Laura Rehm Giokas, Esq.
Jennifer Kingston, Esq.
Bryan Cave, LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
AND
Martha G. Brown, Esq.
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
Post Office Box 2168
Albuquerque, New Mexico 87103-2168
*Attorneys for McDonnell Douglas Corporation*

Cas Tabor, Esq.
McCormick, Caraway, Tabor and Riley, L.L.P.
P.O. Box 1718
Carlsbad, New Mexico 88221-1718
*Attorneys for John Crane Inc.*

Don Bruckner, Esq.
Marcus E. Garcia, Esq.
Guebert, Bruckner & Bootes, P.C.
P.O. Box 93880
Albuquerque, New Mexico 87199-3880
*Attorneys for The Dow Chemical Company*

Lawrence E. Abbott, Esq.
Sarah E. Iiams, Esq.
Matthew A. Ehrlicher, Esq.
Abbott, Simses & Kuchler, APL
400 Lafayette Street, Suite 200
New Orleans, Louisiana 70130
*Attorneys for The Dow Chemical Company*

Alice Tomlinson Lorenz, Esq.
Miller Stratvert, P.A.
P.O. Box 25687
Albuquerque, New Mexico 87125-0687
*Attorneys for Genuine Parts Company and National Auto Parts Association*