MDL   875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 5 2005

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
## MDL DOCKET NO. 875
### IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO.VI)

SINFOROSA APODACA, Individually, and as
Personal Representative of the Estate of
JOHNNIE G. APODACA, Deceased; and
ANTHONY R. APODACA, as Co-Personal
Representative of the Estate of
JOHNNIE G. APODACA, Deceased,

     Plaintiffs,

vs.

THE ZIA COMPANY, et al.,

     Defendants.

IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO
CIV-2005-00812 BB/WPL

## HONEYWELL INTERNATIONAL'S JOINDER IN
## OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CTO-244

Honeywell International hereby joins in the opposition to Plaintiffs' Motion to Vacate

CTO-244 filed by Defendants CertainTeed Corporation, Dana Corporation, Maremont

Corporation, Pneumo Abex, LLC, and Union Carbide Corporation on May 25, 2005, and

docketing as pleading number 4522, and all arguments and authorities assured therein.

MILLER STRATVERT P.A.

By:

    THOMAS M. DOMME
    Attorneys for Defendant Honeywell
      International
    Post Office Box 25687
    Albuquerque, New Mexico 87125
    (505) 842-1950

OFFICIAL FILE COPY

IMAGED JUL - 6 2005

RECEIVED CLERK'S OFFICE

PLEADING NO. 4559

## CERTIFICATE OF SERVICE

I hereby certify that on this 27 day of June, 2005, I caused an original, four copies, and one computer readable disk copy of the foregoing Honeywell International's Joinder in Opposition to Plaintiffs' Motion to Vacate CTO-244 to be served by first class mail on the Clerk of the Panel:

> April Layne, Deputy Clerk
> Judicial Panel on Multidistrict Litigation
> Thurgood Marshall Federal Judiciary Building
> One Columbus Circle, N.E.
> Room G-225, North Lobby
> Washington, DC  20002-8004

I further certify that on this 27 day of June, 2005, I caused a copy of the foregoing Joinder to be served by first class mail on the Clerk of the transferee court:

> Michael E. Kunz, Clerk
> United States District Court for the
> Eastern District of Pennsylvania
> 601 Market Street
> Philadelphia, PA  19106-1797

I, Thomas M. Domme, further certify that a true and correct copy of the foregoing document was mailed on the 27 day of June, 2005, to all counsel of record on the attached service list.

_____
THOMAS M. DOMME

**PANEL SERVICE LIST (Excerpted from CTO-244)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Sinforosa Apodaca, et al. v. Zia Co., et al.*, D. New Mexico, C.A. No. 6:05-182  (Judge Martha Vazquez)

Lawrence E. Abbott
Abbott, Simses & Kuchler
400 Lafayette Street
Suite 200
New Orleans, LA 70130

Jennifer G. Anderson
Modrall, Sperling, Roehl, Harris &
Sisk
P.O. Box 2168
Albuquerque, NM 87103

Laurie K. Anger
Morgenstein & Jubelirer
Spear Street Tower, 32nd Floor
One Market Plaza
San Francisco, CA 94105

James P. Bieg
Rodey, Dickason, Sloan, Akin & Robb
P.O. Box 1357
Santa Fe, NM 87504-1357

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, LLP
303 East 17th Avenue, Suite 1100
Denver, CO 80203

Martha G. Brown
Modrall, Sperling, Roehl, Harris &
Sisk
P.O. Box 2168
Albuquerque, NM 87103

Donald G. Bruckner, Jr.
Guebert, Bruckner & Bootes, PC
P.O. Box 93880
Albuquerque, NM 87199-3880

William H. Carpenter
Carpenter & Stout
1600 University Boulevard, N.E.
Suite A
Albuquerque, NM 87102

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Tim L. Fields
Modrall, Sperling, Roehl, Harris &
Sisk
P.O. Box 2168
Albuquerque, NM 87103

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Laura Rehm Giokas
Bryan Cave, L.L.P.
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Ronald L. Hellbusch
Baker & Hostetler, LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Alice T. Lorenz
Miller Stratvert, P.A.
P.O. Box 25687
Albuquerque, NM 87125

Thomas R. Mack
Miller Stratvert, P.A.
P.O. Box 25687
Albuquerque, NM 87125

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Feliz A. Rael
Atkinson & Thal
201 Third Street, N.W.
#1850
Albuquerque, NM 87102

Melissa J. Reeves
Sandenaw & Piazza, PC
2951 A Roadrunner Parkway
Las Cruces, NM 88011

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Michael C. Ross
Miller Stratvert, P.A.
P.O. Box 25687
Albuquerque, NM 87125

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Patrick M. Shay
Rodey, Dickason, Sloan, Akin & Robb
P.O. Box 1888
Albuquerque, NM 87103

Judy Bradshaw Snyder
William & Trine PC
1435 Arapahoe Avenue
Boulder, CO 80302-6390

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Bruce H. Strotz
Fairfield, Garrow & Strotz
P.O. Box 35400
Albuquerque, NM 87176

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
## MDL DOCKET NO. 875
## IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO.VI)

### APODACA, ET AL. v. ZIA, ET AL.
### NO. CIV-2005-00182 BB/WPL
### <u>SERVICE LIST</u>

J. Conrad Metcalf, Esq.
Judy B. Snyder, Esq.
Trine & Metcalf, P.C.
1435 Arapahoe Avenue
Boulder, CO  80302
*Attorneys for Plaintiffs*

Stephanie D. Loughner
Baker & Hostetler, L.L.P.
303 East 17th Street, Suite 1100
Denver, CO  80203-1264
*Attorneys for CertainTeed Corporation,*
*Union Carbide Corporation, Pneumo Abex*
*LLC, Dana Corporation, Maremont*
*Corporation, and Uniroyal Holding, Inc*

David J. Stout, Esq.
William H. Carpenter, Esq.
Carpenter & Stout, Ltd.
1600 University Blvd., N.E., Suite A
Albuquerque, NM  87102
*Attorneys for Plaintiffs*

Tim L. Fields, Esq.
Michelle A. Hernandez, Esq.
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM  87103
*Attorneys for Maremont Corporation,*
*Viacom, Inc. American Standard, Inc., Union Carbide*
*Corporation Certain Teed Corporation, Pneumo Abex*
*LLC, and Uniroyal Holdings, Inc.*

John A. Bannerman, Esq.
Charlotte A. Lamont, Esq.
Bannerman & Williams, P.A.
2201 San Pedro NE,
Building 2, Suite 207
Albuquerque, NM 87110
*Attorneys for General Electric Company*

Juan L. Flores, Esq.
Bob Warburton, Esq.
Sheehan Sheehan & Stelzner, P.A.
P.O. Box 271
Albuquerque, NM  87103-0271
*Attorneys for A.W. Chesterton, Inc*

James S. Braaten, Esq.
Pehlivanian & Braaten, LLC
Paynter's Ridge Office Park
P.O. Box 648
Manasquan, NJ  08736
*National Counsel Attorneys for*
*Ingersoll-Rand Company*

Briggs F. Cheney, Esq.
Sheehan Sheehan & Stelzner, P.A.
P.O. Box 271
Albuquerque, NM  87102-0271
*Attorneys for DaimlerChrysler Corporation*

T.A. Sandenaw, Jr., Esq.
Melissa J. Reeves, Esq.
Sandenaw, Piazza & Anderson, P.C.
2951 Roadrunner Parkway
Las Cruces, NM  88011
*Attorneys for Ingersoll-Rand Company*

Patrick Griebel, Esq.
Alfred L. Green, Jr., Esq.
Butt Thornton & Baehr, PC
P.O. Box 3170
Albuquerque, NM  87190-3170
*Attorneys for Autozone, Inc*

Anthony S. Thomas, Esq.
Bowman and Brooke, LLP
879 West 190th Street, Suite 700
Gardena, CA  90248
AND
Patrick M. Shay, Esq.
James P. Bieg, Esq.
Rodey, Dickason Sloan Skin & Robb P.A.
P.O. Box 1888
Albuquerque, NM  87103-1888
*Attorneys for Ford Motor Corporation and General
Motors Corporation*

Michael C. Ross, Esq.
Thomas R. Mack, Esq.
Miller Stratvert, P.A.
P.O. Box 25687
Albuquerque, NM  87125
*Attorneys for Kelly-Moore Company and
Garlock Sealing Technologies LLC*

Feliz A. Rael, Esq.
Atkinson & Thal, P.C.
Albuquerque Plaza
201 Third Street, NW, Suite 1850
Albuquerque, NM  87102
*Attorneys for the Zia Company*

W. Spencer Reid, Esq.
S. Charles Archuleta, Esq.
Keleher & McLeod, P.A.
P.O. Box AA
Albuquerque, NM 87103-1626
*Attorneys for Advance Auto Parts Inc., Discount Auto
Parts Inc., Parts America, and Western Auto Supply
Company*

Douglas G. Schneebeck, Esq.
Jason C. Bousliman, Esq.
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
P.O. Box 2168
Albuquerque, NM 87103-2168
*Attorneys for 3M Company*

Rebecca Jackson, Esq.
Laura Rehm Giokas, Esq.
Jennifer Kingston, Esq.
Bryan Cave, LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102
AND
Martha G. Brown, Esq.
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
P.O. Box 2168
Albuquerque, NM  87103-2168
*Attorneys for McDonnell Douglas Corporation*

Alice Tomlinson Lorenz, Esq.
Miller Stratvert P.A.
P.O. Box 25687
Albuquerque, NM  87125-0687
*Attorneys for Genuine Parts Company and National
Auto Parts Association*

Cas Tabor, Esq.
McCormick, Caraway, Tabor and Riley, LLP
P.O. Box 1718
Carlsbad, NM  88221-1718
*Attorneys for John Crane, Inc*

Don Bruckner, Esq.
Marcus E. Garcia, Esq.
Guebert, Bruckner & Bootes, P.C.
P.O. Box 93880
Albuquerque, NM 87199-3880
*Attorneys for the Dow Chemical Company*

Lawrence E. Abbott, Esq.
Sarah E. Liams, Esq.
Matthew A. Ehrlicher, Esq.
Abbott, Simses & Kuchler, APL
400 Lafayette Street, Suite 200
New Orleans, LA  70130
*Attorneys for the Dow Chemical Company*

\2007\34560\Joinder.doc

2