**MDL 875**

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 6 2005

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | MDL-875 |
| CHARLES E. HAMRICK, et al., | No. 2:05-286 |
| Plaintiffs, | |
| v. | |
| A & I CO., et al., | |
| Defendants. | |

### MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Plaintiff, through his undersigned counsel, moves this Panel pursuant to Rule 7.4(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation to vacate the Conditional Transfer Order entered with regard to this action, and in support thereof, states as follows:

1.   Plaintiff filed the instant action in the Circuit Court of Kanawha County, West Virginia, alleging injuries in relation to his exposure to asbestos-containing products.

2.   Specifically, Plaintiff has developed malignant mesothelioma.

3.   On April 6, 2005, Defendant Pratt & Whitney removed this action pursuant to 28 U.S.C. §§ 1441, 1442, 1446 as well as "federal enclave" jurisdiction.

4.   Plaintiff has moved to remand this action because there is no federal jurisdiction over this action.

5.   Said motions involve factual determinations unique to this action and have nothing in common with other cases pending in the Transferee Court.

6.   Contrary to 28 U.S.C. § 1407, transfer of this action would inconvenience the

PLEADING NO. 4560

**OFFICIAL FILE COPY**

IMAGED JUL - 7 2005

parties and witnesses and would not promote the just or efficient conduct of this action.

WHEREFORE, the Plaintiffs ask this Panel to vacate its Conditional Transfer Order to the extent that it affects this action.

Dated: July 5, 2005

Respectfully submitted,

_____
Jason T. Shipp
Pa.I.D. # 87471
GOLDBERG, PERSKY
& WHITE, P.C.
1030 Fifth Avenue
Pittsburgh, PA  15219
(412) 471-3980

Counsel for Plaintiffs

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 6 2005

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing MOTION TO VACATE CONDITIONAL TRANSFER ORDER was served upon counsel listed on the attached service list via first class mail, this 5th day of July, 2005.

_____
Jason T. Shipp
Attorney for Plaintiff

2005 JUL -6 A 11: 11

RECEIVED
CLERK'S OFFICE

**PANEL SERVICE LIST (Excerpted from CTO-248)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Charles E. Hamrick, et al. v. A&I Co., et al.*, S.D. West Virginia, C.A. No. 2:05-286  (Judge John T. Copenhaver, Jr.)

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Rita M. Biser
Kay Casto & Chaney
P.O. Box 2031
Charleston, WV 25327

Jessica A. Blake
Robinson & McElwee
P.O. Box 1791
Charleston, WV 25326-1791

Apryll H. Boggs
Hendrickson & Long, PLLC
214 Capitol Street
P.O. Box 11070
Charleston, WV 25301

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001

Alexandra B. Cunningham
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

J. Tyler Dinsmore
Flaherty, Sensabaugh & Bonasso
P.O. Box 3843
Charleston, WV 25338-3843

Paula L. Durst
Spilman, Thomas & Battle
P.O. Box 273
Charleston, WV 25321-0273

A. L. Emch
Jackson & Kelly
P.O. Box 553
1600 Laidley Tower
Charleston, WV 25322-0553

Eric K. Falk
Davies, McFarland & Carroll
One Gateway Center
Tenth Floor
Pittsburgh, PA 15222

Stephen A. Fennell
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

Matthew J. Fischer
Schiff Hardin LLP
6600 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6473

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Catherine T. Gardill
Hendrickson & Long, PLLC
214 Capitol Street
P.O. Box 11070
Charleston, WV 25339

J. G. Goodykoontz
Steptoe & Johnson
P.O. Box 2190
Clarksburg, WV 26302-2190

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street, Suite 4800
Minneapolis, MN 55402

A. Timothy Jones
Hawkins & Parnell, LLP
The Woodrums Building
602 Virginia Street East, Suite 200
Charleston, WV 25301

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Richard L. Lancianese
Baker & Lancianese
River Tower, 3rd Floor
1108 Third Avenue
Suite 300
Huntington, WV 25701

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Robert R. Leight
Pietragallo, Bosick & Gordon
One Oxford Center
38th Floor
Pittsburgh, PA 15219

Brian S. Lindsay
Jenkins Fenstermaker
P.O. Box 2688
Huntington, WV 25726-2688

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Charles M. Love, III
Bowles, Rice, McDavid, Graff & Love
P.O. Box 1386
Charleston, WV 25325-1386

Scott A. Matthews
Dell, Moser, Lane & Loughney
525 William Penn Place
Suite 3700
Pittsburgh, PA 15219

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Lori Streets Muldoon
Pullin, Fowler & Flanagan
901 Quarrier Street
Charleston, WV 25301

Bryan S. Neft
Pietragallo, Bosick & Gordon
One Oxford Center
38th Floor
Pittsburgh, PA 15219

Janna Nuzum
Steptoe & Johnson
P.O. Box 2190
Clarksburg, WV 26302-2190

Joseph L. Orszulak
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

G. Kenneth Robertson
Farmer, Cline & Arnold
P.O. Box 3842
Charleston, WV 25338

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Scott S. Segal
Segal Law Firm
810 Kanawha Blvd, E.
Charleston, WV 25301

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Jason T. Shipp
Goldberg, Persky & White, PC
1030 Fifth Avenue
3rd Floor
Pittsburgh, PA 15219

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

B. Luke Styer
Campbell, Woods, Bagley, Emerson,
Mcneer & Herndon
P.O. Box 1835
Charleston, WV 25719-1835

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Dwight E. Tarwater
Paine, Tarwater, Bickers & Tillman
First Tennessee Plaza
800 S. Gay Street
Suite 1100
Knoxville, TN 37929

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Michael B. Victorson
Jackson & Kelly
P.O. Box 553
Charleston, WV 25322-0553

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Corey T. Zurbach
Spilman, Thomas & Battle
P.O. Box 273
Charleston, WV 25321

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 6 2005

FILED
CLERK'S OFFICE

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS                     MDL-875
LIABILITY LITIGATION (No. VI)

CHARLES E. HAMRICK, et al.,                 No. 2:05-286

       Plaintiffs,

v.

A & I CO., et al.,

       Defendants.

## BRIEF IN SUPPORT OF MOTION TO
## VACATE CONDITIONAL TRANSFER ORDER

### ARGUMENT

28 U.S.C. § 1407 contemplates transfers which "will be for convenience of parties and witnesses and will promote just and efficient conduct" of actions. These goals would be disserved by a transfer in this case.

Plaintiff has moved to remand this action. Moreover, Plaintiffs have straightforward, fact-specific, meritorious reasons supporting the proposition that case must be remanded to state court.

Because this action will probably come back to the state court for trial eventually, transfer would result in addition of a superfluous layer of procedural complexity, with no offsetting substantive or procedural benefit. And because the issues raised by the motion for remand are unique to this case, there is no economy of scale to be gained by transfer.

The Manual for Complex Litigation 3d § 31.131 (1995) relates that:

Matters such as motions . . . to remand, raising issues unique to the particular case, may be

resolved before the panel acts on the motion to transfer. Sometimes the panel has concluded that it should delay its ruling on transfer until critical motions have been decided by the court in which the case is pending.

If the Panel is in doubt as to the justice or expediency of transfer, this case presents an appropriate occasion for such prudential deferral.

## CONCLUSION

For the foregoing reasons, the Panel should vacate its Conditional Transfer Order with respect to this case; or in the alternative, it should defer ruling on transfer until Plaintiffs' Motion for Voluntary Dismissal, or in the Alternative, for Remand, is decided by the Transferor Court.

Dated: July 5, 2005

Respectfully submitted,

_____
Jason T. Shipp
Pa.I.D. #87471
GOLDBERG, PERSKY
& WHITE, P.C.
1030 Fifth Avenue
Pittsburgh, PA 15219
(412) 471-3980

Counsel for Plaintiffs

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 6 2005

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing BRIEF IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER was served upon counsel listed on the attached service list via first class mail, this 5th day of July, 2005.

_____
Jason T. Shipp
Attorney for Plaintiff

2005 JUL -6  A 11: 11
RECEIVED
CLERK'S OFFICE
PANEL ON
MULTIDISTRICT
LITIGATION

**PANEL SERVICE LIST (Excerpted from CTO-248)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Charles E. Hamrick, et al. v. A&I Co., et al.*, S.D. West Virginia, C.A. No. 2:05-286  (Judge John T. Copenhaver, Jr.)

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Rita M. Biser
Kay Casto & Chaney
P.O. Box 2031
Charleston, WV 25327

Jessica A. Blake
Robinson & McElwee
P.O. Box 1791
Charleston, WV 25326-1791

Apryll H. Boggs
Hendrickson & Long, PLLC
214 Capitol Street
P.O. Box 11070
Charleston, WV 25301

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001

Alexandra B. Cunningham
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

J. Tyler Dinsmore
Flaherty, Sensabaugh & Bonasso
P.O. Box 3843
Charleston, WV 25338-3843

Paula L. Durst
Spilman, Thomas & Battle
P.O. Box 273
Charleston, WV 25321-0273

A. L. Emch
Jackson & Kelly
P.O. Box 553
1600 Laidley Tower
Charleston, WV 25322-0553

Eric K. Falk
Davies, McFarland & Carroll
One Gateway Center
Tenth Floor
Pittsburgh, PA 15222

Stephen A. Fennell
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

Matthew J. Fischer
Schiff Hardin LLP
6600 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6473

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Catherine T. Gardill
Hendrickson & Long, PLLC
214 Capitol Street
P.O. Box 11070
Charleston, WV 25339

J. G. Goodykoontz
Steptoe & Johnson
P.O. Box 2190
Clarksburg, WV 26302-2190

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street, Suite 4800
Minneapolis, MN 55402

A. Timothy Jones
Hawkins & Parnell, LLP
The Woodrums Building
602 Virginia Street East, Suite 200
Charleston, WV 25301

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Richard L. Lancianese
Baker & Lancianese
River Tower, 3rd Floor
1108 Third Avenue
Suite 300
Huntington, WV 25701

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Robert R. Leight
Pietragallo, Bosick & Gordon
One Oxford Center
38th Floor
Pittsburgh, PA 15219

Brian S. Lindsay
Jenkins Fenstermaker
P.O. Box 2688
Huntington, WV 25726-2688

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Charles M. Love, III
Bowles, Rice, McDavid, Graff & Love
P.O. Box 1386
Charleston, WV 25325-1386

Scott A. Matthews
Dell, Moser, Lane & Loughney
525 William Penn Place
Suite 3700
Pittsburgh, PA 15219

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Lori Streets Muldoon
Pullin, Fowler & Flanagan
901 Quarrier Street
Charleston, WV 25301

Bryan S. Neft
Pietragallo, Bosick & Gordon
One Oxford Center
38th Floor
Pittsburgh, PA 15219

Janna Nuzum
Steptoe & Johnson
P.O. Box 2190
Clarksburg, WV 26302-2190

Joseph L. Orszulak
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

G. Kenneth Robertson
Farmer, Cline & Arnold
P.O. Box 3842
Charleston, WV 25338

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Scott S. Segal
Segal Law Firm
810 Kanawha Blvd, E.
Charleston, WV 25301

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Jason T. Shipp
Goldberg, Persky & White, PC
1030 Fifth Avenue
3rd Floor
Pittsburgh, PA 15219

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

B. Luke Styer
Campbell, Woods, Bagley, Emerson,
Mcneer & Herndon
P.O. Box 1835
Charleston, WV 25719-1835

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Dwight E. Tarwater
Paine, Tarwater, Bickers & Tillman
First Tennessee Plaza
800 S. Gay Street
Suite 1100
Knoxville, TN 37929

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Michael B. Victorson
Jackson & Kelly
P.O. Box 553
Charleston, WV 25322-0553

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Corey T. Zurbach
Spilman, Thomas & Battle
P.O. Box 273
Charleston, WV 25321