JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 7 2005

FILED
CLERK'S OFFICE

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-249)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 79,841 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

**OFFICIAL FILE COPY** IMAGED JUL - 7 2005

## SCHEDULE CTO-249 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 05-1515 | Wanueta Vasko, et al. v. Todd Shipyards Corp., et al. |
| **FLORIDA MIDDLE** | |
| FLM 3 05-357 | Milton Holliday v. CSX Transportation |
| FLM 8 05-978 | Linda Vaughn, etc. v. Borg-Warner Corp., et al. |
| **FLORIDA SOUTHERN** | |
| FLS 0 05-60779 | Chelsey W. Adams, et al. v. Borg-Warner Corp., et al. |
| FLS 0 05-60810 | Debbie Rhodes, etc. v. Borg Warner Corp., et al. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 05-128 | Richard Austin v. Cinergy Corp., et al. |
| **INDIANA NORTHERN** | |
| INN 2 05-218 | Erbby Talley v. A W Chesterton Co., et al. |
| **INDIANA SOUTHERN** | |
| INS 1 05-679 | Warren W. Carlson v. Norfolk Southern Railway Co. |
| **LOUISIANA EASTERN** | |
| LAE 2 05-2086 | Alvin Savoie v. Northrup Grumman Ship Systems, Inc., et al. |
| **MINNESOTA** | |
| MN 0 04-4248 | Orien Chester Olson v. Garlock Sealing Technologies, LLC, et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 05-175 | Emma Herron, et al. v. 3M Co., et al. |
| MSS 1 05-187 | Gracie L. Anderson, et al. v. Rapid-American Corp., et al. |
| MSS 1 05-202 | Freddie Gaines, et al. v. GAF Corp., et al. |
| MSS 1 05-204 | Dwight Northrup, et al. v. Square D Co., et al. |
| MSS 1 05-213 | Annette Carter Pierce, et al. v. GAF Corp., et al. |
| MSS 1 05-214 | J.C. Jones, et al. v. GAF Corp., et al. |
| MSS 1 05-215 | Lloyd Leroy Cazier, et al. v. 3M Co., et al. |
| MSS 1 05-220 | Lee P. Abrams, et al. v. Zurn Industries, Inc. |
| MSS 1 05-223 | Dorothy Anderson, et al. v. Minnesota Mining & Manufacturing Co., et al. |
| MSS 1 05-226 | Alphonse Sampson v. Minnesota Mining & Manufacturing Co., et al. |
| MSS 1 05-227 | Larry White v. Minnesota Mining & Manufacturing Co., et al. |
| MSS 1 05-228 | Inez Franklin v. Minnesota Mining & Manufacturing Co., et al. |
| MSS 1 05-229 | Grover Buie v. Minnesota Mining & Manufacturing Co., et al. |
| MSS 1 05-230 | Isaac Turner v. Minnesota Mining & Manufacturing Co., et al. |
| MSS 1 05-231 | Percy Chambers v. Minnesota Mining & Manufacturing Co., et al. |
| MSS 1 05-232 | Dellie Buie v. Minnesota Mining & Manufacturing Co., et al. |
| MSS 1 05-241 | Rose Demaio v. A.P. Green Industries, Inc., et al. |
| MSS 1 05-242 | John Macurak v. A.P. Green Industries, Inc., et al. |
| MSS 1 05-243 | Annette Huff v. A.P. Green Industries, Inc., et al. |
| MSS 1 05-244 | Luvern Pugh v. A.P. Green Industries, Inc., et al. |
| MSS 1 05-245 | Andrew Bacha v. A.P. Green Industries, Inc., et al. |
| MSS 1 05-246 | Carole Budai, etc. v. A.P. Green Industries, Inc., et al. |
| MSS 1 05-248 | Albert Palochko v. A.P. Green Industries, Inc., et al. |
| MSS 1 05-249 | Joe Compton, et al. v. A.P. Green Industries, Inc., et al. |
| MSS 1 05-250 | Angel Otero v. A.P. Green Industries, Inc., et al. |
| MSS 1 05-251 | Larry Perkins v. A.P. Green Industries, Inc., et al. |
| MSS 1 05-252 | Donald Mosley v. A.P Green Industries, Inc., et al. |
| MSS 1 05-253 | Charles Moncrief v. A.P. Green Industries, Inc., et al. |
| MSS 1 05-254 | Thomas Moore v. A.P. Green Industries, Inc., et al. |
| MSS 1 05-271 | Horace Anderson, et al. v. Owens-Illinois, Inc. |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MSS 1 05-272 | Eddie J. Carthan, et al. v. Owens-Illinois, Inc. |
| MSS 1 05-273 | Ronald Abmeyer, et al. v. Owens-Illinois, Inc. |
| MSS 1 05-274 | Billy Burrell, et al. v. Owens-Illinois, Inc. |

**NORTH CAROLINA EASTERN**
NCE 4 04-95          Fred C. Thompson, et al. v. Anchor Packing Co., et al.

**NORTH CAROLINA MIDDLE**
NCM 1 05-403         Vera I. Ashburn v. Allis-Chalmers Corp., et al.
NCM 1 05-408         Daniel L. Christian, et al. v. Aqua-Chem, Inc., et al.

**NORTH CAROLINA WESTERN**
NCW 1 05-201         Larry A. Whittington, etc. v. Aqua-Chem, Inc., et al.

**NEW MEXICO**
NM 1 05-27           Harriet I. Ruiz, etc. v. The Zia Co., et al.

**NEW YORK EASTERN**
NYE 1 04-5498        Dominick Panzera v. A.W. Chesterton Co., et al.
NYE 1 04-5658        Carol M. Follet, etc. v. A.W. Chesterton Co., et al.
NYE 1 05-157         Maria Mancini, et al. v. A.W. Chesterton Co., et al.
NYE 1 05-534         Patra Holter, etc. v. A.W. Chesterton Co., Inc., et al.
NYE 1 05-2184        Ruth Ruthauser, etc. v. A.W. Chesterton Co., et al.
NYE 1 05-2436        Charles L. Manning, et al. v. A.W. Chesterton Co., et al.

**NEW YORK SOUTHERN**
NYS 1 04-10017       Douglas M. Allison v. General Electric Co.

**OREGON**
OR 3 05-706          Howard Wood v. Allis-Chalmers Corp. Product Liability Trust, et al.

**RHODE ISLAND**
RI 1 05-104          John Schwartz, et al. v. American Standard Inc., et al.

**TEXAS WESTERN**
TXW 6 05-213         Estate of Quincey C. Nelson, et al. v. Owens-Illinois, Inc.

**VIRGINIA EASTERN**
VAE 2 05-8625        Pholia C. Liebing, et al. v. A.P. Green Industries, Inc., et al.
VAE 2 05-8626        William H. Madrey, et al. v. A.P. Green Industries, Inc., et al.
VAE 4 05-2895        Mary E. Blackburn v. Northrup Grumman Newport News
VAE 4 05-2896        Albert W. Dail, etc. v. Northrup Grumman Newport News
VAE 4 05-2897        Frances C. Diggs v. Northrup Grumman Newport News
VAE 4 05-2898        Mildred S. Edwards v. Northrup Grumman Newport News
VAE 4 05-2899        Doris M. Harmon, etc. v. Northrup Grumman Newport News
VAE 4 05-2900        Burnell Landrum v. Northrup Grumman Newport News
VAE 4 05-2901        Sandra L. Russell, etc. v. Northrup Grumman Newport News
VAE 4 05-2902        Robert Schaffer, Jr., etc. v. Northrup Grumman Newport News
VAE 4 05-2903        Gladys I. Spikes v. Northrup Grumman Newport News
VAE 4 05-2904        Peggy O. Sheets v. Northrup Grumman Newport News
VAE 4 05-2905        Nonie C. White v. Northrup Grumman Newport News
VAE 4 05-2906        Betty Jean Lancaster v. Northrup Grumman Newport News
VAE 4 05-2907        Betty J. Williams v. Northrup Grumman Newport News
VAE 4 05-2908        Crystal W. Moore, etc. v. Northrup Grumman Newport News
VAE 4 05-2909        James T. Turner, etc. v. Northrup Grumman Newport News
VAE 4 05-2910        Gary V. Barnette, et al. v. A.P. Green Industries, Inc., et al.
VAE 4 05-2911        William Thomas Basnight v. ACandS, Inc., et al.
VAE 4 05-2912        James F. Campbell, et al. v. A.P. Green Industries, Inc., et al.
VAE 4 05-2913        Larry Dale Chappell, Sr. v. ACandS, Inc., et al.
VAE 4 05-2914        Joseph T. Colucci v. ACandS, Inc., et al.
VAE 4 05-2915        Ronald Eugene Cross v. ACandS, Inc., et al.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| VAE 4 05-2916 | Peter W. Dowson v. ACandS, Inc., et al. |
| VAE 4 05-2917 | Clarence Elliott, Jr. v. ACandS, Inc., et al. |
| VAE 4 05-2918 | William T. Gaffney v. ACandS, Inc., et al. |
| VAE 4 05-2919 | William Terry Gunter v. ACandS, Inc., et al. |
| VAE 4 05-2920 | Bernard N. Harmon v. ACandS, Inc., et al. |
| VAE 4 05-2921 | James Eldon Harris v. ACandS, Inc., et al. |
| VAE 4 05-2922 | Ricky Edward Higgins, Sr. v. ACandS, Inc., et al. |
| VAE 4 05-2923 | Matthew N. Hill v. ACandS, Inc., et al. |
| VAE 4 05-2924 | James Clinton Holloway, Jr. v. ACandS, Inc., et al. |
| VAE 4 05-2925 | Thomas E. Holmes, Sr. v. A.P. Green Industries, Inc., et al. |
| VAE 4 05-2926 | Thyron Blair Hopkins v. ACandS, Inc., et al. |
| VAE 4 05-2927 | Bernard Carrol Jarvis v. ACandS, Inc., et al. |
| VAE 4 05-2928 | Alton R. Jewell v. Amchem Products, Inc., et al. |
| VAE 4 05-2930 | Robert John Kroll v. ACandS, Inc., et al. |
| VAE 4 05-2931 | William C.A. Kuhlmann, Sr., et al. v. A.P. Green Industries, Inc., et al. |
| VAE 4 05-2932 | Calvin Lee, Jr. v. A.P. Green Industries, Inc., et al. |
| VAE 4 05-2933 | Dallas Lynch, Sr., et al. v. A.P. Green Industries, Inc., et al. |
| VAE 4 05-2934 | Norman C. Mack v. ACandS, Inc., et al. |
| VAE 4 05-2935 | Horace Lee Martin v. ACandS, Inc., et al. |
| VAE 4 05-2936 | Roger Lee Mathena v. ACandS, Inc., et al. |
| VAE 4 05-2937 | Richard K. Mimna, Sr. v. ACandS, Inc., et al. |
| VAE 4 05-2938 | Herbert Glen Prater v. ACandS, Inc., et al. |
| VAE 4 05-2939 | Eugene V. Renninger, Jr. v. A.P. Green Industries, Inc., et al. |
| VAE 4 05-2940 | Calvin Brock Royals v. Amchem Products, Inc., et al. |
| VAE 4 05-2941 | Paul J. Singleton, Jr. v. ACandS, Inc., et al. |
| VAE 4 05-2942 | Charles Thomas Snyder v. ACandS, Inc., et al. |
| VAE 4 05-2943 | Michael Alton Springer v. ACandS, Inc., et al. |
| VAE 4 05-2944 | Robert L. Stilson v. A.P. Green Industries, Inc., et al. |
| VAE 4 05-2945 | Ronald A. Stover v. ACandS, Inc., et al. |
| VAE 4 05-2946 | Gary Lee Tanner v. ACandS, Inc., et al. |
| VAE 4 05-2947 | Richard William Tarpley v. Amchem Products, Inc., et al. |
| VAE 4 05-2948 | Arthur Lee Turner, Sr. v. ACandS, Inc., et al. |
| VAE 4 05-2949 | John Wirt, et al. v. A.P. Green Industries, Inc., et al. |
| VAE 4 05-2950 | Albert H. Yarbrough, et al. v. A.P. Green Industries, Inc., et al. |

WISCONSIN EASTERN

| WIE 2 05-581 | Ellen Gardner v. Garlock, Inc. |