**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**MDL 875**

DOCKET NO. 875

**JUL 13 2005**

**FILED
CLERK'S OFFICE**

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

```
---------------------------------------------------------------:
This Document Relates to:                   :
---------------------------------------------------------------:
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MURPHY EXPLORATION &
PRODUCTION COMPANY, AS
CORPORATE SUCCESSOR TO THE
OWNER AND OPERATOR OF THE
*JOHN HAYWARD* IN A CAUSE OF
ACTION FOR EXONERATION FROM,
OR LIMITATION OF LIABILITY

CIVIL ACTION

NO. 04-1554

SECTION J

MAGISTRATE 5

PLEADING NO. 4562

## **CLAIMANTS' MOTION FOR RECONSIDERATION OF TRANSFER ORDER**

Now into Court come claimants, **Jean Minas Baudoin (dec.) and Claudette Nugier
Baudoin**, through undersigned counsel, who respectfully request this Honorable Panel to
reconsider its decision to accept a maritime limitation of liability action, 46 USC § 183 et seq.,
the trial of which has no factual commonality with the asbestos multi-district litigation to which
the panel's order transferred the case and remand this matter to the federal district court in New

**OFFICIAL FILE COPY**

RECEIVED
CLERK'S OFFICE
2005 JUL 12 A 9:20

Orleans for disposition of the limitation of liability.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 13 2005

FILED
CLERK'S OFFICE

Respectfully submitted,

**MARTZELL & BICKFORD**

**SCOTT R. BICKFORD (La Bar Number 1165)**
338 Lafayette Street
New Orleans, LA 70130
(504) 581-9065
(504) 581-7635 Fax

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have on this 11th day of July, 2005, served a copy of the foregoing on the following via the United States Postal Service, properly addressed, and postage prepaid on all counsel of record on the attached service list.

**SCOTT R. BICKFORD**

RECEIVED
CLERK'S OFFICE
2005 JUL 12  A 9: 20

2

## INVOLVED COUNSEL LIST
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LITIGATION LITIGATION (NO. VI)

*Jacqueline Billingsley, et al. v. Center for Claims Resolution, Inc., et al.*, N.D. California, C.A. No. 3:05-970
*Murphy Exploration & Production Co. v. McCarty Corp., et al.*, E.D. Louisiana, C.A. No. 2:04-1554

Michelle Allen-Hart
Abbott, Simses & Kuchler
400 Lafayette Street
Suite 200
New Orleans, LA 70130

Jared J. Babula
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Robert S. Emmett
Lemle & Kelleher, L.L.P.
601 Poydras Street, Suite 2100
New Orleans, LA 70130-6097

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Christopher M. Guidroz
Simon, Peragine, Smith & Redfearn
Energy Centre, 30th Floor
1100 Poydras Street
New Orleans, LA 70163-3000

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Sandra A. Jelks
LeBlanc & Waddell, LLC
The Essen Centre
5353 Essen Lane
Suite 420
Baton Rouge, LA 70809

Susan B. Kohn
Simon, Peragine, Smith & Redfearn
Energy Centre, 30th Floor
1100 Poydras Street
New Orleans, LA 70163-3000

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Christopher K. Lightfoot
Hailey, McNamara, Hall, Larmann &
Papale
One Galleria Boulevard
Suite 1400
P.O. Box 8288
Metairie, LA 70011-8288

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Jill T. Losch
Liskow & Lewis
One Shell Square
50th Floor
New Orleans, LA 70139-5001

Ben L. Mayeaux
Laborde & Neuner
P.O. Drawer 52828
1001 W. Pinhook Road
Suite 200
Lafayette, LA 70505-2828

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Eric Shuman
McGlinchey Stafford
643 Magazine Street
New Orleans, LA 70130-3477

Ann M. Sico
Bernard, Cassisa, Elliott & Davis
P.O. Box 55490
1615 Metairie Road
Metairie, LA 70055-5490

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Michael A. Stodghill
Rubin & Rubin Chartered
One Church Street, Suite 201
Rockville, MD 20850

Glen L.M. Swetman
Aultman, Tyner & Ruffin, Ltd.
The Texaco Center
400 Poydras Street, Suite 1900
New Orleans, LA 70130

INVOLVED COUNSEL LIST   MDL-875

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Richard M. Wyner
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001

DOCKET NO. 875

**JUL 13 2005**

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**FILED
CLERK'S OFFICE**

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

--------------------------------------------------------------:
This Document Relates to:                            :
--------------------------------------------------------------:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MURPHY EXPLORATION &                    CIVIL ACTION
PRODUCTION COMPANY, AS
CORPORATE SUCCESSOR TO THE              NO. 04-1554
OWNER AND OPERATOR OF THE
*JOHN HAYWARD* IN A CAUSE OF            SECTION J
ACTION FOR EXONERATION FROM,
OR LIMITATION OF LIABILITY             MAGISTRATE 5

## CLAIMANTS' BRIEF IN SUPPORT OF CLAIMANT'S MOTION FOR RECONSIDERATION OF TRANSFER ORDER

May it Please the Court:

### ISSUE

Does the MDL 875 have jurisdiction to hear an action brought pursuant to the limitation

of liability statute which solely concerns the ability of an individual defendant to attempt to limit

there liability in an existing properly filed.

### PROCEDURAL BACKGROUND

On March 23, 2004, claimant, a living mesothelioma victim, filed a lawsuit in Civil

District Court in New Orleans against eleven defendants. Of the original defendants, three are

domiciled in Louisiana.  Further, as set forth in paragraph III of Petitioner Murphy's Complaint

for Limitation of Liability, "Jean Minas Baudoin was employed by Ocean Drilling & Exploration

Company, as a Jones Act seaman aboard the drilling rig *JOHN HAYWARD*, a vessel in

navigation owned...." (Exhibit No. 1).

On June 3, 2004, Petitioner, Murphy Exploration & Production Company, as corporate

successor to the owner and operator of the JOHN HAYWARD, filed a complaint for exoneration

from or limitation of liability pursuant to 46 USC § 183 et seq.   In conjunction with that filing,

the District Court issued a **stay** of the underlying state court proceeding claims **against Murphy**

**(emphasis added)**.  This stay does not stay any case against other defendants for asbestos

exposure (Exhibit No. 2).

Pursuant to the Savings to Suitors Clause, a Jones Act case may not be removed from

state court to federal court.

## ARGUMENT

The issues that this Court has transferred concern solely whether Murphy may limit its

liability or seek complete exoneration.  There is an underlying state court proceeding that, insofar

as Murphy's involvement, has been stayed.  That stay does not affect the other asbestos

defendants and plaintiff Baudoin intends to go forward against them.  The stay only applies to

Murphy and its related agents.  This panel has therefore transferred an issue which is wholly

factually inconsistent with the mandate of the MDL (discovery of asbestos claims with eventual

remand to the originating district court for trial on the merits).  The discovery here will be

directed towards legal issues arising out of the claim for limitation only.

The state court suit could not be removed because 46 USC § 183 does not provide for

4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 13 2005

FILED
CLERK'S OFFICE

removal and only provides for consideration of the limitation of the vessel owners' liability.

Courts have frequently observed that the Limitation Act provides protection for the vessel owner

only, not for third parties. *See* 46 USC § 183; *Magnolia Marine Transport Co. v. Laplace*

*Towing Corp.*, 964 F.2d 1571, 1577 (5th Cir. 1994); *Guillot v. Cenac Towing Co.*, 366 F.2d 898,

911 (5th Cir. 1966).

Pursuant to 28 U.S.C. § 1441, removal from state court would not have been permissible,

and was not moved for, due to the presence of a Louisiana domiciled defendant.

WHEREFORE, the panel should vacate its Transfer Order and remand this instant

Limitation of Liability Procedure back to the Eastern District of Louisiana.

Respectfully submitted,

**MARTZELL & BICKFORD**

SCOTT R. BICKFORD (La Bar Number 1165)
338 Lafayette Street
New Orleans, LA 70130
(504) 581-9065
(504) 581-7635 Fax

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that I have on this 11th day of July, 2005, served a copy of the
foregoing on the following via the United States Postal Service, properly addressed, and postage
prepaid on all counsel of record on the attached service list.

SCOTT R. BICKFORD

F:\Clients\BAUDOIN.JEAN\Pleadings\USDC-EDPA Pleadings\Final Motion and brief to Reconsider 7-11-05.wpd

5

# INVOLVED COUNSEL LIST
# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LITIGATION LITIGATION (NO. VI)

*Jacqueline Billingsley, et al. v. Center for Claims Resolution, Inc., et al.,* N.D. California, C.A. No. 3:05-970
*Murphy Exploration & Production Co. v. McCarty Corp., et al.,* E.D. Louisiana, C.A. No. 2:04-1554

Michelle Allen-Hart
Abbott, Simses & Kuchler
400 Lafayette Street
Suite 200
New Orleans, LA 70130

Jared J. Babula
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Robert S. Emmett
Lemle & Kelleher, L.L.P.
601 Poydras Street, Suite 2100
New Orleans, LA 70130-6097

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Christopher M. Guidroz
Simon, Peragine, Smith & Redfearn
Energy Centre, 30th Floor
1100 Poydras Street
New Orleans, LA 70163-3000

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Sandra A. Jelks
LeBlanc & Waddell, LLC
The Essen Centre
5353 Essen Lane
Suite 420
Baton Rouge, LA 70809

Susan B. Kohn
Simon, Peragine, Smith & Redfearn
Energy Centre, 30th Floor
1100 Poydras Street
New Orleans, LA 70163-3000

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Christopher K. Lightfoot
Hailey, McNamara, Hall, Larmann &
Papale
One Galleria Boulevard
Suite 1400
P.O. Box 8288
Metairie, LA 70011-8288

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Jill T. Losch
Liskow & Lewis
One Shell Square
50th Floor
New Orleans, LA 70139-5001

Ben L. Mayeaux
Laborde & Neuner
P.O. Drawer 52828
1001 W. Pinhook Road
Suite 200
Lafayette, LA 70505-2828

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Eric Shuman
McGlinchey Stafford
643 Magazine Street
New Orleans, LA 70130-3477

Ann M. Sico
Bernard, Cassisa, Elliott & Davis
P.O. Box 55490
1615 Metairie Road
Metairie, LA 70055-5490

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Michael A. Stodghill
Rubin & Rubin Chartered
One Church Street, Suite 201
Rockville, MD 20850

Glen L.M. Swetman
Aultman, Tyner & Ruffin, Ltd.
The Texaco Center
400 Poydras Street, Suite 1900
New Orleans, LA 70130

INVOLVED COUNSEL LIST    MDL-875

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Richard M. Wyner
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 13 2005

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

-----------------------------------------------------------------:
This Document Relates to:                                        :
-----------------------------------------------------------------:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MURPHY EXPLORATION & PRODUCTION COMPANY, AS CORPORATE SUCCESSOR TO THE OWNER AND OPERATOR OF THE *JOHN HAYWARD* IN A CAUSE OF ACTION FOR EXONERATION FROM, OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO. 04-1554<br><br>SECTION J<br><br>MAGISTRATE 5 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for CLAIMANTS, **Jean Minas Baudoin (dec.) and Claudette Nugier Baudoin.**

Respectfully submitted,

MARTZELL & BICKFORD

_____

SCOTT R. BICKFORD (1165)
338 Lafayette Street
New Orleans, LA 70130
(504) 581-9065
(504) 581-7635 Fax

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 13 2005

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have on this 11th day of July, 2005, served a copy of the foregoing on the following via the United States Postal Service, properly addressed, and postage prepaid on all counsel of record on the attached service list.

_____
SCOTT R. BICKFORD

F:\Clients\BAUDOIN.JEAN\Pleadings\USDC-EDPA Pleadings\Notice of Appearance 7-11-05.wpd

2

# INVOLVED COUNSEL LIST
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LITIGATION LITIGATION (NO. VI)

*Jacqueline Billingsley, et al. v. Center for Claims Resolution, Inc., et al.,* N.D. California, C.A. No. 3:05-970
*Murphy Exploration & Production Co. v. McCarty Corp., et al.,* E.D. Louisiana, C.A. No. 2:04-1554

Michelle Allen-Hart
Abbott, Simses & Kuchler
400 Lafayette Street
Suite 200
New Orleans, LA 70130

Jared J. Babula
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Robert S. Emmett
Lemle & Kelleher, L.L.P.
601 Poydras Street, Suite 2100
New Orleans, LA 70130-6097

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Christopher M. Guidroz
Simon, Peragine, Smith & Redfearn
Energy Centre, 30th Floor
1100 Poydras Street
New Orleans, LA 70163-3000

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Sandra A. Jelks
LeBlanc & Waddell, LLC
The Essen Centre
5353 Essen Lane
Suite 420
Baton Rouge, LA 70809

Susan B. Kohn
Simon, Peragine, Smith & Redfearn
Energy Centre, 30th Floor
1100 Poydras Street
New Orleans, LA 70163-3000

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Christopher K. Lightfoot
Hailey, McNamara, Hall, Larmann & Papale
One Galleria Boulevard
Suite 1400
P.O. Box 8288
Metairie, LA 70011-8288

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Jill T. Losch
Liskow & Lewis
One Shell Square
50th Floor
New Orleans, LA 70139-5001

Ben L. Mayeaux
Laborde & Neuner
P.O. Drawer 52828
1001 W. Pinhook Road
Suite 200
Lafayette, LA 70505-2828

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Eric Shuman
McGlinchey Stafford
643 Magazine Street
New Orleans, LA 70130-3477

Ann M. Sico
Bernard, Cassisa, Elliott & Davis
P.O. Box 55490
1615 Metairie Road
Metairie, LA 70055-5490

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Michael A. Stodghill
Rubin & Rubin Chartered
One Church Street, Suite 201
Rockville, MD 20850

Glen L.M. Swetman
Aultman, Tyner & Ruffin, Ltd.
The Texaco Center
400 Poydras Street, Suite 1900
New Orleans, LA 70130

INVOLVED COUNSEL LIST    MDL-875

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Richard M. Wyner
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001



RECEIVED
U.S. DISTRICT COURT
EAST DISTRICT OF LA

2004 JUN -3 PM 1: 55

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES DISTRICT COURT**

**JUL 13 2005**

**EASTERN DISTRICT OF LOUISIANA**

FILED
CLERK'S OFFICE

---

**MURPHY EXPLORATION &
PRODUCTION COMPANY, AS
CORPORATE SUCCESSOR TO THE
OWNER AND OPERATOR OF THE
*JOHN HAYWARD* IN A CAUSE OF
ACTION FOR EXONERATION FROM,
OR LIMITATION OF LIABILITY**

**CIVIL ACTION**

**NO.  04-1554**

**SECTION**

**JUDGE  SECT. J MAG. 5**

**MAGISTRATE JUDGE**

---

## COMPLAINT

The Complaint of Murphy Exploration & Production Company, appearing through undersigned counsel, in a cause of exoneration from, or limitation of, liability, civil and maritime, respectfully represents on information and belief as follows:

### I.

This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Jurisdiction may be properly exercised by this Court pursuant to the admiralty and maritime jurisdiction of the United States District Court, 28 U.S.C. § 1333.



**EXHIBIT**

1

II.

A lawsuit was filed in Civil District Court for the Parish of Orleans on March 23, 2004 bearing Docket #04-4423, and entitled *Jean Minas Baudoin and Claudette Nugier Baudoin v. Union Carbide Corporation, et al*, which "mistakenly" names Murphy Exploration & Production Company f/k/a ODECO Oil & Gas Company as a defendant, which Court is within the jurisdiction of the Eastern District of Louisiana.   Murphy Exploration and Production Company was never formerly known as ODECO Oil and Gas Company.

III.

Beginning on July 30, 1965, Jean Minas Baudoin was employed by Ocean Drilling & Exploration Company, as a Jones Act seaman aboard the drilling rig *JOHN HAYWARD*, a vessel in navigation owned and operated by Ocean Drilling & Exploration Company, and served continuously thereon until the vessel was sold in 1987.

IV.

On August 1, 1974 a corporate reorganization placed all contract drilling assets, including the *JOHN HAYWARD*, and contract drilling employees, including Jean Minas Baudoin, in a wholly owned subsidiary, ODECO, Inc.   All production assets, not including the *JOHN HAYWARD*, and all production employees, not including Jean Minas Baudoin, were placed in a wholly owned subsidiary, ODECO Oil & Gas Company.  The administrative functions of the group of companies remained in or with the parent

510467_1

2

corporation, Ocean Drilling & Exploration Company. That corporate structure remained in place until Jean Minas Baudoin's resignation from employment with ODECO, Inc. on February 13, 1987.

## V.

From August 1, 1974, the effective date of the corporate reorganization, until his resignation from employment of February 13, 1987, Jean Minas Baudoin was employed by ODECO, Inc., a wholly owned subsidiary of Ocean Drilling and Exploration Company.

## VI.

On February 23, 1987, ODECO, Inc., sold the *JOHN HAYWARD* to T. W. Scrap Steel Corp., with no freight pending, for $50,000.00 (See attached Bill of Sale, attached hereto as Exhibit "A").

## VII.

On December 31, 1989, ODECO, Inc. was renamed Old ODECO, Inc. and all ODECO Oil & Gas Company assets were contributed to Old ODECO, Inc.

## VIII.

On December 31, 1990 Old ODECO, Inc. was renamed ODECO Oil & Gas Company.

510467_1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 JUN -3  PM 4: 57

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**MURPHY EXPLORATION & PRODUCTION COMPANY, AS CORPORATE SUCCESSOR TO THE OWNER AND OPERATOR OF THE *JOHN HAYWARD* IN A CAUSE OF ACTION FOR EXONERATION FROM, OR LIMITATION OF LIABILITY**

**CIVIL ACTION**

**NO.** 04-1554

**SECTION**

**JUDGE** SECT. J MAG. 5

**MAGISTRATE JUDGE**

---

## O R D E R

**WHEREAS**, a Complaint having been filed herein on the _3rd_ day of _June_,

2004, by Murphy Exploration & Production Company, as owner and/or owner *pro hac*

*vice* of the *JOHN HAYWARD*, claiming the benefit of limitation of liability provided for

in 46 U.S.C. §§ 181-196 and Supplemental Rule F of the Federal Rules of Civil

Procedure, and also contesting the liability of Jean Minas Baudoin and Claudette Nugier

Baudoin for any and all injuries and/or damages, as described in the Complaint, also

stating the facts and circumstances upon which said exoneration from or limitation of

**EXHIBIT**
2

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

510511_1

1

liability is claimed; and on reading the Affidavit of Juan J. Lizarraga having been verified on the _____ day of _____, 2004, which Affidavit has been duly filed in this proceeding, and from which it appears that Plaintiff's interest in the *JOHN HAYWARD* and her pending freight had a value of FIFTY THOUSAND AND NO/100 ($50,000.00) DOLLARS; and it appearing that claims have been or will be made against Plaintiff for injuries and/or damages alleged to have occurred in consequence of the events ending on or about February 25, 1986; and it having been represented that Plaintiff is ready, willing and able to give, and has offered to give, a stipulation with sufficient surety for the payment into Court of the amount or value of Plaintiff's interest in the *JOHN HAYWARD* and her pending freight, if any, with interest thereon, whenever the same shall be ordered by this Court if an ordered appraisal reveals a value in excess of the vessel's sale value of FIFTY THOUSAND AND NO/100 ($50,000.00);

**NOW**, on the motion of Plaintiff, Murphy Exploration & Production Company;

**IT IS ORDERED** that:

1.    The execution and filing of this Order shall be without prejudice to the due appraisal of the Plaintiff's said interest under order of this Court, and that, upon such appraisal and upon the determination by the Court of any exception thereto, any party may have leave to apply to have the amount of Plaintiff's claimed interest in the *JOHN HAYWARD* increased or diminished as the Court may direct;

2.     The further prosecution of any pending actions, suits or legal proceedings in any court wheresoever, and the institution and prosecution of any suits, actions or legal proceedings of any nature and description whatsoever in any court wheresoever, except in this proceeding for the limitation of liability, against the Plaintiff, its agents, officers, directors, insurers, underwriters, parent and subsidiary companies, and/or the *JOHN HAYWARD* in respect of any claim allegedly caused by and/or arising out of the operation of the *JOHN HAYWARD* from July 30, 1965 through February 25, 1986, be and the same are hereby stayed and restrained until the hearing and determination of this action;

3.     A notice issue out of and under the seal of this Court to and against all persons or concerns claiming damages for any and all losses or damages occasioned by the actions aforementioned, admonishing them and each of them to appear and file their respective claims with the Clerk of this Court and to serve on or mail to the attorneys for Plaintiff a copy thereof on or before the ___3rd___ day of ___December___, 2004 and to make due proof of their claims, subject to the right of any such person or persons to controvert or question said claims, with liberty also to any such claimants, who have duly filed their claims, to answer the Complaint herein and to file such answer on or before the date heretofore specified;

4.     Public notice of said Notice shall be given by publication in the newspaper known as The Times-Picayune, published in New Orleans, Louisiana, and that such

510511_1

notice shall be published once a week for four (4) successive weeks prior to the date fixed herein for the filing of claims;

5.    Not later than the date of the second publication of said notice, the Plaintiff shall cause to be mailed a copy of the said notice to every person or concern known to have made any claim that remains outstanding against the *JOHN HAYWARD* or against Plaintiff by reason of the occurrences aforesaid; and,

6.    Service of this order as a restraining order be made within this District, or in any other District by the United States Marshal for such District, by delivering a copy of this order to the person or persons to be restrained, or to his or their attorneys.

New Orleans, Louisiana, this 3rd day of June, 2004.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

**LEMLE & KELLEHER, L.L.P.**

**JAMES/H. DAIGLE (Bar #4455)**
**DWIGHT C. PAULSEN III  (Bar #19729)**
**DAVID E. REDMANN, JR.  (Bar #23267)**
**ROBERT S. EMMETT (Bar #23725)**
**TERRANCE A. PROUT (Bar #27043)**
**THOMAS A. PORTEOUS (Bar #27039)**
2100 Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130
Telephone:  (504) 586-1241

Attorneys for Plaintiff,
Murphy Exploration & Production Company