MDL    875

# LAW OFFICE OF
# JONATHAN A. SMITH-GEORGE

10231 Warwick Blvd.
Newport News, Virginia 23601
Telephone 757-223-1275
Telecopier 757-223-1276

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 4 2005

FILED
CLERK'S OFFICE

July 13, 2005

**VIA FACSIMILE**

Michael J. Beck
Clerk of the Panel
United States of America
 Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-225, North Lobby
Washington, D.C. 20002

Re:    VAE 4 05-2895  Mary E. Blackburn v. Northrup Grumman Newport News
        VAE 4 05-2896  Albert W. Dail v. Northrup Grumman Newport News
        VAE 4 05-2897  Frances C. Diggs v. Northrup Grumman Newport News
        VAE 4 05-2898  Mildred S. Edwards v. Northrup Grumman Newport News
        VAE 4 05-2899  Doris M. Harmon v. Northrup Grumman Newport News
        VAE 4 05-2900  Burnell Landrum v. Northrup Grumman Newport News
        VAE 4 05-2901  Sandra L. Russell v. Northrup Grumman Newport News
        VAE 4 05-2902  Robert Schaffer, Jr. v. Northrup Grumman Newport News
        VAE 4 05-2903  Gladys I. Spikes v. Northrup Grumman Newport News
        VAE 4 05-2904  Peggy O. Sheets v. Northrup Grumman Newport News
        VAE 4 05-2905  Nonie C. White v. Northrup Grumman Newport News
        VAE 4 05-2906  Betty Jean Lancaster v. Northrup Grumman Newport News
        VAE 4 05-2907  Betty J. Williams v. Northrup Grumman Newport News
        VAE 4 05-2908  Crystal W. Moore v. Northrup Grumman Newport News
        VAE 4 05-2909  James T. Turner v. Northrup Grumman Newport News

Dear Mr. Beck:

Please accept this letter as the Plaintiff's Notice of Opposition to the conditional transfer of
the above-styled actions to the United States District Court for the Eastern District of
Pennsylvania.

For all future correspondence regarding each of the above-styled cases, Jonathan A. Smith-
George, 10231 Warwick Boulevard, Newport News, Virginia 23601 is designated to receive
all pleadings, notices, orders and other papers relating to practice before the Judicial Panel
on Mulitdistrict Litigation on behalf of the plaintiffs.

OFFICIAL FILE COPY

IMAGED JUL 1 4 2005

Very Truly Yours,

Jonathan A. Smith-George

cc:    John Herrick, Esq., Motley Rice, LLC, P.O. Box 1792, Mt. Pleasant, SC 29465

Brian J. Schneider, Hunton & Williams, 951 E. Byrd Street, Riverfront Plaza East Tower, Richmond, VA 23219, counsel for Northrup Grumman Newport News