MDL 875



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 15 2005

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



PLEADING NO. 4564

|  |  |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | |
| This Document Relates to: | CIVIL ACTION NO. MDL 875 |
| Law Firm of Ezeoke & Ezeoke | |
| United States District Court Southern District of Texas | |
| Burnett BELL, C.A.No. G-98-630 | MDL- 875  RECOMMENDED ACTION  _Partial Remand_  Approved/Date: ___ |
| [In the event the above-listed case is a multiple plaintiff (victim) action, this transfer is for the above-named party only, or said parties representative, and any spousal or dependent actions.]: | |

RECEIVED
CLERK'S OFFICE
2005 JUN 29 P 3:37
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

### SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Defendant's Motion To Remand to the United States District Court for the Southern District of Texas, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial. The Court notes that under the direction of this Court the parties have been engaged in discovery and motions may be filed shortly. Because the disease process in this matter is in dispute and the plaintiff is elderly, the Court believes that it

should commence the remand process at this time. The Court further notes that the negotiations of the parties have been in good faith and settlement is very unlikely.

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Southern District of Texas for resolution of any motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 5/16/2005

_____
Charles    R.    Weiner            J.