JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

 **875**

JUL 1 9 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Alvin Savoie v. Northrup Grumman Ship Systems, Inc., et al.*, E.D. Louisiana,
  C.A. No. 2:05-2086

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Savoie*) on July 7, 2005. The Panel has now been advised that *Savoie* was remanded to the Civil District Court for the Parish of Orleans, Louisiana, by the Honorable Stanwood R. Duval, Jr., in an order signed on July 13, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-249" filed on July 7, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

PLEADING NO. 4568

**OFFICIAL FILE COPY** IMAGED JUL 2 0 2005