

JUL 2 0 2005

FILED
CLERK'S OFFICE

**875**

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
JUL 1 8 2005
J.T. NOBLIN, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

FREDDIE GAINES                                          PLAINTIFF

VERSUS                          CIVIL ACTION NO. 1:05cv202WJG-JMR

GAF CORPORATION, *ET AL.*                               DEFENDANTS

<u>AMENDED ORDER OF REMAND</u>

This cause is before the Court, *sua sponte*, for the correction of an order remanding this matter entered on the docket of this Court July 7, 2005. It is therefore,

ORDERED that the Text Only Order entered July 7, 2005, be amended to read as follows:

ORDERED that pursuant to rule 7.2(C)(2) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi, the motion filed by certain defendants for remand of this matter due to defective removal unopposed by remaining Defendants, this matter is remanded to the Circuit Court of Jefferson County, Mississippi, effective immediately.

SO ORDERED, this the 18th day of July, 2005.

/s/   **WALTER J. GEX III**
UNITED STATES SENIOR DISTRICT JUDGE

MDL- *875*

RECOMMENDED ACTION

*Vacate CTO-249 - 18 action*
Approved/Date: _____ 7/19/05

**IMAGED** JUL 2 0 2005

**OFFICIAL FILE COPY**

PLEADING NO. 4572



JUL 2 0 2005

FILED
CLERK'S OFFICE

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUL 1 8 2005

BY_____ J.T. NOBLIN, CLERK
                                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DWIGHT NORTHRUP, *ET AL.*                           PLAINTIFFS

VERSUS                                    CIVIL ACTION NO. 1:05cv204WJG-JMR

SQUARE D COMPANY, *ET AL.*                          DEFENDANTS

## O R D E R

This matter is before the Court on Plaintiffs' motion [9-1] to set aside this Court's order of remand entered July 1, 2005. In their motion, Plaintiffs state that because they were never served with the motion to remand filed by certain defendants, the remand order should be set aside and Plaintiffs should be given an additional 30 days to respond. (Ct. R., Doc. 9.)

The Court agrees that the Plaintiffs should have been served. At the present time, though the Court strongly urges all attorneys practicing in this Court to register for electronic filing, there is no standing order requiring registration as a pre-requisite to practicing before this Court. It is incumbent upon the serving party to ascertain which attorneys are, and which attorneys are not, registered and make proper service accordingly.

The Court finds, however, that because the removal was defective, the removing Defendants filed no objection to the motion to remand, and remand merely returns this civil action to the Plaintiffs' original choice of venue, Plaintiffs' motion is not well taken and should be denied. It is therefore,

ORDERED that Plaintiff's motion [9-1] to set aside this Court's remand order be, and is hereby, denied. It is further,

ORDERED that this matter be, and is hereby, immediately remanded to the Circuit Court of Adams County, Mississippi.  It is further,

ORDERED that the parties shall bear their respective costs relative to this motion.

SO ORDERED, this the 18th day of July, 2005.


  /s/____ *Walter J. Gex III*
  UNITED STATES SENIOR DISTRICT JUDGE



JUL 20 2005

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

FILED
SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

JUL 1 8 2005

J.T. NOBLIN, CLERK
BY_____ DEPUTY

ANNETTE CARTER PIERCE                                      PLAINTIFF

VERSUS                                      CIVIL ACTION NO. 1:05cv213WJG-JMR

GAF CORPORATION, *ET AL.*                                  DEFENDANTS

### AMENDED ORDER OF REMAND

This cause is before the Court, *sua sponte*, for the correction of an order remanding this matter entered on the docket of this Court July 7, 2005.  It is therefore,

ORDERED that the Text Only Order entered July 7, 2005, be amended to read as follows:

ORDERED that pursuant to rule 7.2(C)(2) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi, the motion filed by certain defendants for remand of this matter due to defective removal unopposed by remaining Defendants, this matter is remanded to the Circuit Court of Jefferson County, Mississippi, effective immediately.

SO ORDERED, this the 18th day of July, 2005.


/s/      *WALTER J. GEX III*
UNITED STATES SENIOR DISTRICT JUDGE



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case MDL No. 875   Document 4572   Filed 07/20/05   Page 5 of 24

JUL 20 2005

FILED
CLERK'S OFFICE



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

J.C. JONES                                                          PLAINTIFF

VERSUS                                   CIVIL ACTION NO. 1:05cv214WJG-JMR

GAF CORPORATION, *ET AL.*                                     DEFENDANTS

<u>ORDER OF REMAND</u>

     This cause is before the Court on Defendant 3M Company's motion to remand [3-1].
There being no opposition filed to this motion, it is,

     ORDERED that pursuant to rule 7.2(C)(2) of the Uniform Local Rules for the Northern
and Southern Districts of Mississippi, this matter is remanded to the Circuit Court of Neshoba
County, Mississippi, effective immediately.

     SO ORDERED, this the 18th day of July, 2005.

                      /s/     *WALTER J. GEX III*
                      UNITED STATES SENIOR DISTRICT JUDGE

JUL 2 0 2005

FILED
CLERK'S OFFICE



SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUL 1 8 2005

J.T. NOBLIN, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOROTHY ANDERSON                                          PLAINTIFF

VERSUS                              CIVIL ACTION NO. 1:05cv223WJG-JMR

MINNESOTA MINING & MANUFACTURING
COMPANY, *ET AL.*                                        DEFENDANTS

### AMENDED ORDER OF REMAND

This cause is before the Court, *sua sponte*, for the correction of an order remanding this matter entered on the docket of this Court July 7, 2005. It is therefore,

ORDERED that the Text Only Order entered July 7, 2005, be amended to read as follows:

ORDERED that pursuant to rule 7.2(C)(2) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi, the motion filed by certain defendants for remand of this matter due to defective removal unopposed by remaining Defendants, this matter is remanded to the Circuit Court of Holmes County, Mississippi, effective immediately.

SO ORDERED, this the 18th day of July, 2005.

/s/   *WALTER J. GEX III*_____
UNITED STATES SENIOR DISTRICT JUDGE





JUL 2 0 2005

FILED
SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUL 1 8 2005

J.T. NOBLIN, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


ALPHONSE SAMPSON                                      PLAINTIFF

VERSUS                          CIVIL ACTION NO. 1:05cv226WJG-JMR

MINNESOTA MINING & MANUFACTURING
COMPANY, *ET AL.*                                    DEFENDANTS


<u>ORDER OF REMAND</u>


This cause is before the Court on the motion to remand [3-1] filed by Defendants Dana

Corporation, Certainteed Corporation and General Electric Company, and the joinder [5-1]

thereto filed by Minnesota Mining & Manufacturing Company. As of this date, no opposition

has been filed to the motion to remand.

Subsequent to these filings, Defendant Collins & Aikman Products Company [Collins &

Aikman] filed a suggestion of bankruptcy on June 29, 2005; and NVF Company [NVF] filed a

suggestion of bankruptcy on July 14, 2005. (Ct. R., Docs. 6 & 8.) After a careful review of the

record in this matter, it is hereby,

ORDERED that pursuant to rule 7.2(C)(2) of the Uniform Local Rules for the Northern

and Southern Districts of Mississippi, this matter is remanded to the Circuit Court of Jefferson

County, Mississippi. It is further,

ORDERED that pursuant to the suggestions of bankruptcy filed by Collins and Aikman,

and by NVF, this matter is stayed until the bankruptcy proceedings are concluded. It is further,

ORDERED that the Clerk of Court shall place this matter on the inactive docket of this

Court, and close this cause for statistical purposes. It is further,

ORDERED that upon proper notice to this Court of the conclusion of the bankruptcy proceedings above, this matter shall be reopened for the sole purpose of the immediate remand to the Circuit Court of Jefferson County, Mississippi.

SO ORDERED, this the 18th day of July, 2005.

                              /s/      *WALTER J. GEX III*
                              UNITED STATES SENIOR DISTRICT JUDGE



JUL 2 0 2005

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LARRY WHITE                                                    PLAINTIFF

VERSUS                                    CIVIL ACTION NO. 1:05cv227WJG-JMR

MINNESOTA MINING & MANUFACTURING
COMPANY, *ET AL.*                                            DEFENDANTS

### ORDER OF REMAND

This cause is before the Court on the motion to remand [3-1] filed by Defendants Dana

Corporation, Certainteed Corporation and General Electric Company, and the joinder [5-1] thereto filed

by Minnesota Mining & Manufacturing Company. As of this date, no opposition has been filed to the

motion to remand.

Subsequent to these filings, Defendant Collins & Aikman Products Company [Collins &

Aikman] filed a suggestion of bankruptcy on June 29, 2005; and Defendant NVF Company [NVF] filed a

suggestion of bankruptcy on July 14, 2005. (Ct. R., Docs. 6 & 8.) After a careful review of the record in

this matter, it is hereby,

ORDERED that pursuant to rule 7.2(C)(2) of the Uniform Local Rules for the Northern and

Southern Districts of Mississippi, this matter is remanded to the Circuit Court of Jefferson County,

Mississippi. It is further,

ORDERED that pursuant to the suggestions of bankruptcy filed by Collins & Aikman, and by

NVF, this matter is stayed until the bankruptcy proceedings are concluded. It is further,

ORDERED that the Clerk of Court shall place this matter on the inactive docket of this Court,

and close this cause for statistical purposes. It is further,

ORDERED that upon proper notice to this Court of the conclusion of the bankruptcy proceedings

above, this matter shall be reopened for the sole purpose of the immediate remand to the Circuit Court of

Jefferson County, Mississippi.

SO ORDERED, this the 18th day of July, 2005.


/s/   *WALTER J. GEX III*
UNITED STATES SENIOR DISTRICT JUDGE



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

INEZ FRANKLIN                                              PLAINTIFF

VERSUS                                    CIVIL ACTION NO. 1:05cv228WJG-JMR

MINNESOTA MINING & MANUFACTURING
COMPANY, *ET AL.*                                        DEFENDANTS

### ORDER OF REMAND

This cause is before the Court on the motion to remand [3-1] filed by Defendants Dana
Corporation, Certainteed Corporation and General Electric Company, and the joinder [5-1]
thereto filed by Minnesota Mining & Manufacturing Company. As of this date, no opposition
has been filed to the motion to remand.

Subsequent to these filings, Defendant Collins & Aikman Products Company [Collins &
Aikman] filed a suggestion of bankruptcy on June 29, 2005; and NVF Company [NVF] filed a
suggestion of bankruptcy on July 14, 2005. (Ct. R., Docs. 6 & 8.) After a careful review of the
record in this matter, it is hereby,

ORDERED that pursuant to rule 7.2(C)(2) of the Uniform Local Rules for the Northern
and Southern Districts of Mississippi, this matter is remanded to the Circuit Court of Jefferson
County, Mississippi. It is further,

ORDERED that pursuant to the suggestions of bankruptcy filed by Collins and Aikman,
and by NVF, this matter is stayed until the bankruptcy proceedings are concluded. It is further,

ORDERED that the Clerk of Court shall place this matter on the inactive docket of this
Court, and close this cause for statistical purposes. It is further,

ORDERED that upon proper notice to this Court of the conclusion of the bankruptcy proceedings above, this matter shall be reopened for the sole purpose of the immediate remand to the Circuit Court of Jefferson County, Mississippi.

SO ORDERED, this the 18th day of July, 2005.


/s/     *WALTER J. GEX III*
UNITED STATES SENIOR DISTRICT JUDGE



JUL 20 2005

FILED
CLERK'S OFFICE

FILED

JUL 18 2005

BY _____ DEPUTY
J.T. NOBLIN, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

GROVER BUIE                                               PLAINTIFF

VERSUS                              CIVIL ACTION NO. 1:05cv229WJG-JMR

MINNESOTA MINING & MANUFACTURING
COMPANY, ET AL.                                          DEFENDANTS

### AMENDED ORDER OF REMAND

This cause is before the Court, *sua sponte*, for the correction of an order remanding this matter

entered on the docket of this Court July 12, 2005. Also before the Court is the Suggestion of

Bankruptcy filed by NVF Company [NVF] on July 14, 2005. (Ct. R., Doc 7.) It is therefore,

ORDERED that the Text Only Order entered July 12, 2005, be amended to read as follows:

ORDERED that pursuant to rule 7.2(C)(2) of the Uniform Local Rules for the Northern and

Southern Districts of Mississippi, the motion filed by certain defendants for remand of this matter due to

defective removal which is unopposed by remaining Defendants, this matter is remanded to the Circuit

Court of Jefferson County, Mississippi. It is further,

ORDERED that pursuant to the Suggestion of Bankruptcy filed by NVF, this matter is stayed

until the bankruptcy proceedings are concluded. It is further,

ORDERED that the Clerk of Court shall place this matter on the inactive docket of this Court,

and close this cause for statistical purposes. It is further,

ORDERED that upon proper notice to this Court of the conclusion of the bankruptcy

proceedings above, this matter shall be reopened for the sole purpose of the immediate remand to the

Circuit Court of Jefferson County, Mississippi.

SO ORDERED, this the 18th day of July, 2005.

/s/     *WALTER J. GEX III*
UNITED STATES SENIOR DISTRICT JUDGE



FILED
CLERK'S OFFICE

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 1 8 2005
J.T. NOBLIN, CLERK
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ISAAC TANNER                                   PLAINTIFF

VERSUS                             CIVIL ACTION NO. 1:05cv230WJG-JMR

MINNESOTA MINING & MANUFACTURING
COMPANY, ET AL.                           DEFENDANTS

## ORDER OF REMAND

This cause is before the Court on the motion to remand [3-1] filed by Defendants Dana Corporation, Certainteed Corporation and General Electric Company, and the joinder [5-1] thereto filed by Minnesota Mining & Manufacturing Company. As of this date, no opposition has been filed to the motion to remand.

Subsequent to these filings, Defendant Collins & Aikman Products Company [Collins & Aikman] filed a suggestion of bankruptcy on June 29, 2005; and NVF Company [NVF] filed a suggestion of bankruptcy on July 14, 2005. (Ct. R., Docs. 6 & 8.) After a careful review of the record in this matter, it is hereby,

ORDERED that pursuant to rule 7.2(C)(2) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi, this matter is remanded to the Circuit Court of Jefferson County, Mississippi. It is further,

ORDERED that pursuant to the suggestions of bankruptcy filed by Collins and Aikman, and by NVF, this matter is stayed until the bankruptcy proceedings are concluded. It is further,

ORDERED that the Clerk of Court shall place this matter on the inactive docket of this Court, and close this cause for statistical purposes. It is further,

ORDERED that upon proper notice to this Court of the conclusion of the bankruptcy
proceedings above, this matter shall be reopened for the sole purpose of the immediate remand to
the Circuit Court of Jefferson County, Mississippi.

SO ORDERED, this the 18th day of July, 2005.


/s/     WALTER I. GEX III
UNITED STATES SENIOR DISTRICT JUDGE

2

JUL 2 0 2005

FILED
CLERK'S OFFICE



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

PERCY CHAMBERS                                                    PLAINTIFF

VERSUS                                   CIVIL ACTION NO. 1:05cv231WJG-JMR

MINNESOTA MINING & MANUFACTURING
COMPANY, *ET AL.*                                                DEFENDANTS

## ORDER OF REMAND

This cause is before the Court on the motion to remand [3-1] filed by Defendants Dana

Corporation, Certainteed Corporation and General Electric Company, and the joinder [5-1]

thereto filed by Minnesota Mining & Manufacturing Company. As of this date, no opposition

has been filed to the motion to remand.

Subsequent to these filings, Defendant Collins & Aikman Products Company [Collins &

Aikman] filed a suggestion of bankruptcy on June 29, 2005; and NVF Company [NVF] filed a

suggestion of bankruptcy on July 14, 2005. (Ct. R., Docs. 6 & 8.) After a careful review of the

record in this matter, it is hereby,

ORDERED that pursuant to rule 7.2(C)(2) of the Uniform Local Rules for the Northern

and Southern Districts of Mississippi, this matter is remanded to the Circuit Court of Jefferson

County, Mississippi. It is further,

ORDERED that pursuant to the suggestions of bankruptcy filed by Collins and Aikman,

and by NVF, this matter is stayed until the bankruptcy proceedings are concluded. It is further,

ORDERED that the Clerk of Court shall place this matter on the inactive docket of this

Court, and close this cause for statistical purposes. It is further,

ORDERED that upon proper notice to this Court of the conclusion of the bankruptcy proceedings above, this matter shall be reopened for the sole purpose of the immediate remand to the Circuit Court of Jefferson County, Mississippi.

SO ORDERED, this the 18th day of July, 2005.


/s/      *WALTER J. GEX III*
UNITED STATES SENIOR DISTRICT JUDGE



JUL 20 2005

FILED
CLERK'S OFFICE

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 18 2005
J.T. NOBLIN, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


DELLIE BUIE                                                    PLAINTIFF

VERSUS                                        CIVIL ACTION NO. 1:05cv232WJG-JMR

MINNESOTA MINING & MANUFACTURING
COMPANY, *ET AL.*                                            DEFENDANTS


### ORDER OF REMAND


This cause is before the Court on the motion to remand [3-1] filed by Defendants Dana

Corporation, Certainteed Corporation and General Electric Company, and the joinder [5-1]

thereto filed by Minnesota Mining & Manufacturing Company. As of this date, no opposition

has been filed to the motion to remand.

Subsequent to these filings, Defendant Collins & Aikman Products Company [Collins &

Aikman] filed a suggestion of bankruptcy on June 29, 2005; and NVF Company [NVF] filed a

suggestion of bankruptcy on July 14, 2005. (Ct. R., Docs. 6 & 8.) After a careful review of the

record in this matter, it is hereby,

ORDERED that pursuant to rule 7.2(C)(2) of the Uniform Local Rules for the Northern

and Southern Districts of Mississippi, this matter is remanded to the Circuit Court of Jefferson

County, Mississippi. It is further,

ORDERED that pursuant to the suggestions of bankruptcy filed by Collins and Aikman,

and by NVF, this matter is stayed until the bankruptcy proceedings are concluded. It is further,

ORDERED that the Clerk of Court shall place this matter on the inactive docket of this

Court, and close this cause for statistical purposes. It is further,

ORDERED that upon proper notice to this Court of the conclusion of the bankruptcy proceedings above, this matter shall be reopened for the sole purpose of the immediate remand to the Circuit Court of Jefferson County, Mississippi.

SO ORDERED, this the 18th day of July, 2005.


_/s/_____*WALTER J. GEX III*_____
UNITED STATES SENIOR DISTRICT JUDGE



JUL 20 2005

FILED
CLERK'S OFFICE
SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

JUL 18 2005

BY_____
J.T. NOBLIN, CLERK
_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LUVERN PUGH                                              PLAINTIFF

VERSUS

A.P. GREEN INDUSTRIES, INC., *ET AL.*

CIVIL ACTION NO. 1:05cv244WJG-JMR

DEFENDANTS

## AMENDED ORDER OF REMAND

This cause is before the Court, *sua sponte*, for the correction of an order remanding this matter entered on the docket of this Court July 12, 2005. It is therefore,

ORDERED that the Text Only Order entered July 12, 2005, be amended to read as follows:

ORDERED that pursuant to rule 7.2(C)(2) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi, the motion filed by certain defendants for remand of this matter due to defective removal unopposed by remaining Defendants, this matter is remanded to the Circuit Court of George County, Mississippi, effective immediately.

SO ORDERED, this the 18th day of July, 2005.

/s/    **WALTER J. GEX III**
UNITED STATES SENIOR DISTRICT JUDGE



JUL 20 2005

FILED
CLERK'S OFFICE
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 18 2005
BY_____ J.T. NOBLIN, CLERK
_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ANGEL OTERO                                                          PLAINTIFF

VERSUS                                    CIVIL ACTION NO. 1:05cv250WJG-JMR

A.P. GREEN INDUSTRIES, INC., *ET AL.*                                DEFENDANTS

<u>AMENDED ORDER OF REMAND</u>

This cause is before the Court, *sua sponte*, for the correction of an order remanding this matter entered on the docket of this Court July 12, 2005. It is therefore,

ORDERED that the Text Only Order entered July 12, 2005, be amended to read as follows:

ORDERED that pursuant to rule 7.2(C)(2) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi, the motion filed by certain defendants for remand of this matter due to defective removal unopposed by remaining Defendants, this matter is remanded to the Circuit Court of George County, Mississippi, effective immediately.

SO ORDERED, this the 18th day of July, 2005.


        /s/    *WALTER J. GEX III*
        UNITED STATES SENIOR DISTRICT JUDGE

RECEIVED CLERK'S OFFICE
2005 JUL 18 P 4: 30
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUL 20 2005

FILED
CLERK'S OFFICE

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUL 18 2005

J.T. NOBLIN, CLERK
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LARRY PERKINS                                                    PLAINTIFF

VERSUS                                      CIVIL ACTION NO. 1:05cv251WJG-JMR

A.P. GREEN INDUSTRIES, INC., *ET AL.*                           DEFENDANTS

AMENDED ORDER OF REMAND

This cause is before the Court, *sua sponte*, for the correction of an order remanding this matter entered on the docket of this Court July 12, 2005. It is therefore,

ORDERED that the Text Only Order entered July 12, 2005, be amended to read as follows:

ORDERED that pursuant to rule 7.2(C)(2) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi, the motion filed by certain defendants for remand of this matter due to defective removal unopposed by remaining Defendants, this matter is remanded to the Circuit Court of George County, Mississippi, effective immediately.

SO ORDERED, this the 18th day of July, 2005.

/s/      *WALTER J. GEX III*
UNITED STATES SENIOR DISTRICT JUDGE

JUL 20 2005

FILED
CLERK'S OFFICE



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DONALD MOSLEY                                              PLAINTIFF

VERSUS                              CIVIL ACTION NO. 1:05cv252WJG-JMR

A.P. GREEN INDUSTRIES, INC., *ET AL.*                     DEFENDANTS

## AMENDED ORDER OF REMAND

This cause is before the Court, *sua sponte*, for the correction of an order remanding this matter entered on the docket of this Court July 12, 2005. It is therefore,

ORDERED that the Text Only Order entered July 12, 2005, be amended to read as follows:

ORDERED that pursuant to rule 7.2(C)(2) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi, the motion filed by certain defendants for remand of this matter due to defective removal unopposed by remaining Defendants, this matter is remanded to the Circuit Court of George County, Mississippi, effective immediately.

SO ORDERED, this the 18th day of July, 2005.

/s/   **WALTER J. GEX III**
UNITED STATES SENIOR DISTRICT JUDGE



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHARLES MONCRIEF                                                    PLAINTIFF

VERSUS                                        CIVIL ACTION NO. 1:05cv253WJG-JMR

A.P. GREEN INDUSTRIES, INC., *ET AL.*                               DEFENDANTS

### AMENDED ORDER OF REMAND

This cause is before the Court, *sua sponte*, for the correction of an order remanding this matter entered on the docket of this Court July 12, 2005. It is therefore,

ORDERED that the Text Only Order entered July 12, 2005, be amended to read as follows:

ORDERED that pursuant to rule 7.2(C)(2) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi, the motion filed by certain defendants for remand of this matter due to defective removal unopposed by remaining Defendants, this matter is remanded to the Circuit Court of George County, Mississippi, effective immediately.

SO ORDERED, this the 18th day of July, 2005.

                                        /s/    *WALTER J. GEX III*
                                        UNITED STATES SENIOR DISTRICT JUDGE





FILED
CLERK'S OFFICE

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

JUL 1 8 2005

J.T. NOBLIN, CLERK
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THOMAS MOORE                      **PLAINTIFF**

VERSUS           CIVIL ACTION NO. 1:05cv254WJG-JMR

A.P. GREEN INDUSTRIES, INC., *ET AL.*         **DEFENDANTS**

## AMENDED ORDER OF REMAND

This cause is before the Court, *sua sponte*, for the correction of an order remanding this matter entered on the docket of this Court July 12, 2005. It is therefore,

ORDERED that the Text Only Order entered July 12, 2005, be amended to read as follows:

ORDERED that pursuant to rule 7.2(C)(2) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi, the motion filed by certain defendants for remand of this matter due to defective removal unopposed by remaining Defendants, this matter is remanded to the Circuit Court of George County, Mississippi, effective immediately.

SO ORDERED, this the 18th day of July, 2005.

/s/     **WALTER J. GEX III**
UNITED STATES SENIOR DISTRICT JUDGE

