JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

JUL 2 0 2005

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the eighteen Southern District of Mississippi actions listed on the attached Schedule A on July 7, 2005. The Panel has now been advised that the eighteen actions were remanded to Mississippi state court by the Honorable Walter J. Gex III in separate orders filed on July 18, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-249" filed on July 7, 2005, is VACATED insofar as it relates to the eighteen actions listed on the attached Schedule A.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

PLEADING NO. 4573

IMAGED JUL 2 0 2005

**OFFICIAL FILE COPY**

**SCHEDULE A**

<u>MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)</u>

<u>Southern District of Mississippi</u>

*Freddie Gaines, et al. v. GAF Corp., et al.*, C.A. No. 1:05-202
*Dwight Northrup, et al. v. Square D Co., et al.*, C.A. No. 1:05-204
*Annette Carter Pierce, et al. v. GAF Corp., et al.*, C.A. No. 1:05-213
*J.C. Jones, et al. v. GAF Corp., et al.*, C.A. No. 1:05-214
*Dorothy Anderson, et al. v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:05-223
*Alphonse Sampson v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:05-226
*Larry White v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:05-227
*Inez Franklin v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:05-228
*Grover Buie v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:05-229
*Isaac Turner v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:05-230
*Percy Chambers v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:05-231
*Dellie Buie v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:05-232
*Luvern Pugh v. A.P. Green Industries, Inc., et al.*, C.A. No. 1:05-244
*Angel Otero v. A.P. Green Industries, Inc., et al.*, C.A. No. 1:05-250
*Larry Perkins v. A.P. Green Industries, Inc., et al.*, C.A. No. 1:05-251
*Donald Mosley v. A.P Green Industries, Inc., et al.*, C.A. No. 1:05-252
*Charles Moncrief v. A.P. Green Industries, Inc., et al.*, C.A. No. 1:05-253
*Thomas Moore v. A.P. Green Industries, Inc., et al.*, C.A. No. 1:05-254