# Brayton❖Purcell LLP

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 21 2005

FILED
CLERK'S OFFICE

TRIAL LAWYERS

The American Bank Building
621 S.W. Morrison Street, Suite 950
Portland, Oregon 97205
Telephone: (503) 295-4931
Facsimile: (503) 241-2573

Los Angeles: (415) 898-1555
San Francisco: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: portland@braytonlaw.com
www.braytonlaw.com

ALAN R. BRAYTON•
GILBERT L. PURCELL•

DAVID R. DONADIO•
CHRISTOPHER E. ANDREAS•

OF COUNSEL
JEFFERY D. EISENBERG•
PETER W. FISHER•

* ADMITTED ONLY IN STATES
OTHER THAN OREGON

NICHOLAS ALOIA*
MARIE N. APPEL*
SHAAMINI A. BABU*
JARED J. RABULA*
LEAH F. BACCITICH*
DAVID H. BACKENSTOE*
BRYAN S. BORDON*
GARY L. BRAYTON*
BLAINE J. BROWN
ANDREW CHEW*
C. RYAN CHRISTENSEN*
KIMBERLY J. CHU*
JULIA A. CLAYTON*
HUGH C. COOK*
BENJAMIN P. CUKERMAN*
MICHELE L. De ROUEN*
DOUGLAS V. DUKELOW*
PETER B. FREDMAN*
JOHN B. GOLDSTEIN*
JULIE C. GREBEL*
LAUREL HALBANY*
ZACHARY R. HERSCHENSOHN*
CRYSTAL G. HOWARD*
BMBM IBANGA
SARAH K. ISAACS*
SARAH P. IVORY*
GARY V. JUDD*

RITA R. KANNO*
CLAYTON W. KENT*
BRADLEY A. KRAMER*
KERRY LAIW*
LLOYD F. LeROY*
LORENA MATEI*
THOMAS R. MATES*
MAUREEN C. McGOWAN*
S. BROOK MILLARD*
TENNY MIRZAYAN*
MONIQUE G. MORALES*
JAMES P. NEVIN*
SCOTT A. NIEBLING
ORRN F. NOAH*
DAVID PAI*
SOPHIA J. PARK*
ALEX REMICK*
KEITH C. SHAW*
CHRISTINA C. SKUBIC*
ERIC C. SOLOMON*
NANCY B. THORINGTON*
PAUL A. VAILLANCOURT*
NANCY I. WILLIAMS*
JENNIFER ANN WINDT*
DEBORAH C. YANG*
STEVEN W. YUEN*

July 20, 2005

PLEADING NO. 4574

VIA FACSIMILE (202) 502-2888 & U.S. MAIL

Michael J. Beck
Clerk of the Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-225, North Lobby
Washington, D.C. 20002

Re: Notice of Opposition - Conditional Transfer Order - 249
OR CV 05-706 *Howard Wood v. Allis-Chalmers Corp Product Liability Trust, et al.*

Dear Mr. Beck:

Please take notice that the Plaintiff, Howard Wood, opposes transfer of civil action number OR CV 05-706 to docket number 875 as proposed in Conditional Transfer Order number 249. A motion to vacate the CTO and memorandum in support will be filed within 15 days.

Very truly yours,

Elaine J. Brown

EJB:
cc:   All counsel
      Judge Hubel

J:\oregon\103631\Ltr\Opp CTO 249.wpd

RECEIVED
CLERK'S OFFICE
2005 JUL 21 A 6:47
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY
IMAGED JUL 21 2005