MDL 875

BEFORE THE JPML

~~IN THE UNITED STATES DISTRICT COURT~~
~~FOR THE DISTRICT OF NEW MEXICO~~

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 22 2005

FILED
CLERK'S OFFICE

SINFOROSA APODACA, Individually and as
Personal Representative of the Estate of
JOHNNIE G. APODACA, Deceased; and
ANTHONY T. APODACA, as Co-Personal
Representative of the Estate of
JOHNNIE G. APODACA, Deceased,

          Plaintiffs,

v.                                        No. CIV 05-00182 MV/DJS

THE ZIA COMPANY, et. al.,

          Defendants.

PLEADING NO. 4575

## THE DOW CHEMICAL COMPANY'S JOINDER IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CTO-244

The Dow Chemical Company hereby joins in the opposition to Plaintiffs' Motion to Vacate CTO-244 filed by Defendants CertainTeed Corporation, Dana Corporation, Maremont Corporation, Pneumo Abex, L.L.C., and Union Carbide Corporation on May 25, 2005, and docketed as pleading number 4522, and all arguments and authorities asserted therein.

                             GUEBERT, BRUCKNER & BOOTES, P.C.

                             By _____
                                  Don Bruckner
                                  Marcus E. Garcia
                                  P. O. Box 93880
                                  Albuquerque, NM 87199-3880
                                  (505) 823-2300
                                  (505) 823-9600 (fax)

IMAGED JUL 2 2 2005   OFFICIAL FILE COPY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 22 2005

FILED
CLERK'S OFFICE

and

ABBOTT, SIMSES & KUCHLER, APL
Lawrence E. Abbott
Sarah E. Iiams
Matthew A. Ehrlicher
400 Lafayette Street, Suite 200
New Orleans, Louisiana 70130
(504) 568-9393
(504) 524-1933 (fax)
Attorneys for Defendant
The Dow Chemical Company


This is to certify that an original and four copies of the foregoing Joinder in Opposition to Plaintiffs' Motion to Vacate CTO-244 was mailed to the Clerk of the Panel:

Michael J. Beck, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Washington, D.C. 2002-8004

With a copy to the Clerk of the transferee court:

Michael E. Kunz, Clerk
United States District Court for the
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

And a copy to the list of counsel, attached:

this 15th day of July, 2005.

5516.001/pleadings/Joinder.Opposition.Vacate/ss

2

William H. Carpenter, Esq.
David Stout, Esq.
Carpenter & Stout, LTD
1600 University Blvd., N.E., Suite A
Albuquerque, NM 87102
*Attorneys for Plaintiff*

John S. Thal, Esq.
Feliz Angelica Rael, Esq.
Atkinson & Thal,
201 Third Street, NW #1850
Albuquerque, NM 87102
*Attorneys for Defendants Zia and Conwed*

Alice T Lorenz, Esq.
Miller Stratvert, P.A.
PO Box 25687
Albuquerque, NM 87125
*Attorneys for Defendants NAPA and Genuine Parts*

Bruce H. Strotz, Esq.
Fairfield, Farrow & Strotz,
PO Box 35400
Albuquerque, NM 87176 -5400
*Attorneys for Defendant Georgia Pacific*

Martha G. Brown, Esq.
Modrall, Sperling, Roehl, Harris & Sisk,
PO Box 2168
Albuquerque, NM 87103
*Attorneys for Defendant McDonnell Douglas*

J. Conard Metcalf, Esq.
Judy B. Snyder, Esq.
Trine & Metcalf, P.C.
1435 Arapahoe Avenue
Boulder CO. 80302
*Attorneys for Plaintiff*

Michael C Ross, Esq.
Miller Stratvert, P.A.
PO Box 25687
Albuquerque, NM 87125
*Attorneys for Defendants Garlock and Kelly-Moore*

Laurie K. Anger, Esq.
Morgenstein & Jubelirer, LLP
One Market Plaza,
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
*Attorneys for Defendant Georgia Pacific*

Thomas A. Sandenaw, Jr., Esq.
Melissa J Reeves, Esq.
Sandenaw Piazza & Anderson PC,
2951 A Roadrunner Parkway
Las Cruces, NM 88011
*Attorneys for Defendant Ingersoll-Rand*

Jennifer G. Anderson, Esq.
Erin E Langenwalter, Esq.
Douglas G. Schneebeck, Esq.
Modrall, Sperling, Roehl, Harris & Sisk,
500 Fourth Street NW Suite 1000
Albuquerque, NM 87103 -2168
*Attorneys for Defendant RPM*

Tim L. Fields, Esq.
Michelle A. Hernandez, Esq.
Modrall, Sperling, Roehl, Harris & Sisk,
P.O. Box 2168
Albuquerque, NM 87103
*Attorneys for Defendants Viacom and Maremont*

W. Spencer Reid, Esq.
S. Charles Archuleta
Keleher & McLeod, P.A.
P.O. Box AA
Albuquerque, NM 87103
*Attorneys for Advance Auto Parts, Inc. Discount Auto, Inc. Parts America, and Western Auto Supply Co.*

Rebecca R. Jackson, Esq.
Jennifer S. Kingston
Laura Rehn Giokas
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102-2750
*Attorneys for McDonnell Douglas Corp.*

Briggs F. Cheney, Esq.
Sheehan, Sheehan & Stelzner, P.A.
P.O. Box 271
Albuquerque, NM 87103
*Attorneys for Daimler Chrysler Corp.*

Thomas M. Domme, Esq.
Miller Stratvert P.A.
5010 Marquette Avenue, NW Suite 1100
Albuquerque, NM 87102
*Attorneys for Honeywell International Inc.*

Mary Price Birk, Esq.
Ronald L Hellbusch, Esq.
Stephanie D Loughner, Esq.
Chad A. Trulli, Esq.
Baker & Hostetler, LLP,
303 E. 17th Avenue, Suite 1100
Denver, CO 80203
*Attorneys for Defendant Maremont*

Patrick R. Riley, Esq.
Riley, Hewitt & Sweitzer
650 Washington Rd. Suite 300
Pittsburgh, Pennsylvania 15228
*Attorney for NAPA and Discount Auto Parts, Inc.*

Alfred L. Green, Jr., Esq.
Patrick J. Griebel
Butt, Thornton & Baehr P.C.
P.O. Box 3170
Albuquerque, NM 87190
*Attorneys for Autozone, Inc.*

Thomas R. Mack, Esq.
Miller Stratvert, P.A.
5010 Marquette Avenue, NW Suite 1100
Albuquerque, NM 87102
*Attorneys for Kelly-Moore Co.*

John A. Bannerman, Esq.
Charlotte A. LaMont
Bannerman & Williams, P.A.
6400 Uptown Blvd. NE Suite 200 W
Albuquerque, NM 87110
*Attorneys for General Electric Corp.*

James S. Braaten, Esq.
Pehlivanian & Braaten, LLC
Paynter's Ridge Office Park
P.O. Box 648
Manasquan, NJ 08736
*Attorneys for Ingersoll-Rand*

Terrance P. Yenson, Esq.
Yenson, Lynn, Allen & Wosick, P.C.
4908 Alameda Blvd, NE
Albuquerque, NM 87113
*Attorneys for Borg-Warner, Inc., Burns International Services Corp., f/k/a Borg-Warner Security Corp. and Borg-Warner Corp, a/k/a Borg-Warner, Inc.*

Anthony S. Thomas, Esq.
Bowman & Brook, LLP
879 West 190th St. Suite 700
Gardena, CA 90248
*Attorneys for General Motor Corp. and Ford Motor Co.*

Juan Lorenzo Flores, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103
*Attorneys for A. W. Chesteron, Inc.*

Patrick M. Shay, Esq.
James P. Bieg
Rodey, Dickason, Sloan, Akin & Robb, P.A.
P.O Box 1888
Albuquerque, NM 87103
*Attorneys for General Motor Corp. and Ford Motor Co*

Cas Tabor, Esq.
McCormick, Caraway, Tabor & Riley, LLP
P. O. Box 1718
Carlsbad, NM 88227-1718
*Attorney for John Crane, Inc.*