JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

 875

JUL 22 2005

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASPESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) : | |
| _____x | |
| This Document Relates to: : | CIVIL ACTION NO. MDL 875 |
| Law Offices of Antonio D. Pyle : | |
| United States District Court Northern District of New York : | |
| (see attached list of cases) : | |
| [In the event any of the above-listed cases are multiple plaintiff (victim) actions, this transfer is for the above-named party only, or said party's representative, and any spousal or dependent actions.] : | |
| _____x | |

PLEADING NO. 4576

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Northern District of New York, and the Court having reviewed these cases and having had settlement conferences with the parties, and now believing that such motion is appropriate.

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

MDL- 875
RECOMMENDED ACTION

CRO - 35 Cases
Approved/Date: ____ mi 7/1

OFFICIAL FILE COPY
IMAGED JUL 25 2005

damages are hereby ORDERED severed from these cases and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matters should be REMANDED to the United States District Court for the Northern District of New York for such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 6/8/2005

Charles   R.   Weiner                    J.

| Case No. | Name |
|---|---|
| ~~81-457~~ NIS; 87-327 | Tiley, Alfred |
| ~~81-458~~ NIS; 87-150 | Oliver, Edward |
| 81-690; 87-798 | Bonesteel, John |
| 81-691; 81-943; 87-0045 | Eworonsky, Joseph |
| ~~81-729~~ NIS; 87-810 | Swartfiguer, H. (dcd.) Marjorie McGrath as Executrix |
| 81-900; 87-386 | Fallon, John (dcd) Bertha Fallon as Administratrix |
| 81-1308; 87-0054; 87-906 | Farrell John and Elke |
| 82-1046; 87-0021 | Kellam, Gary |
| 82-1047; 87-0023 | Ahigian, Harry |
| 82-1054; 87-0022 | Fazzone, Louis |
| 82-1055; 87-0020 | Richard, Donald |
| 82-1056; 87-0024 | Brown, Earle |
| 82-1058; 87-0002; 87-905 | Lyon, Milford |
| 87-131 | Ball, Frederick |
| 87-151 | Lamonte, Jerry |
| 87-203 | Warren, Charles, dcd. Audrey Warren as Administratrix |
| 87-207 | McLaughlin, John D. |
| 87-209; 87-984 | Larson, Charles |
| 87-210 | Jeffords, Leon |
| 87-211 | Quaglieri, Julio |
| 87-213 | Martone, Emilio and Rose |