

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 7 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 875

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-249)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 79,841 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
_____
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 2 5 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED JUL 2 5 2005

**SCHEDULE CTO-249 - TAG-ALONG ACTIONS**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

| DIST. DIV. C.A. # | CASE CAPTION |
| --- | --- |

**CALIFORNIA NORTHERN**
CAN 3  05-1515 — Wanueta Vasko, et al. v. Todd Shipyards Corp., et al.

**FLORIDA MIDDLE**
FLM 3  05-357 — Milton Holliday v. CSX Transportation
~~FLM 8  05-978~~ — ~~Linda Vaughn, etc. v. Borg-Warner Corp., et al.~~  **OPPOSED 7/20/05**

**FLORIDA SOUTHERN**
FLS 0  05-60779 — Chelsey W. Adams, et al. v. Borg-Warner Corp., et al.
FLS 0  05-60810 — Debbie Rhodes, etc. v. Borg Warner Corp., et al.

**ILLINOIS SOUTHERN**
ILS 3  05-128 — Richard Austin v. Cinergy Corp., et al.

**INDIANA NORTHERN**
INN 2  05-218 — Erbby Talley v. A W Chesterton Co., et al.

**INDIANA SOUTHERN**
INS 1  05-679 — Warren W. Carlson v. Norfolk Southern Railway Co.

**LOUISIANA EASTERN**
~~LAE 2  05-2086~~ — ~~Alvin Savoie v. Northrup Grumman Ship Systems, Inc., et al.~~  **VACATED 07/19/05**

**MINNESOTA**
MN 0  04-4248 — Orien Chester Olson v. Garlock Sealing Technologies, LLC, et al.

**MISSISSIPPI SOUTHERN**
MSS 1  05-175 — Emma Herron, et al. v. 3M Co., et al.
MSS 1  05-187 — Gracie L. Anderson, et al. v. Rapid-American Corp., et al.
~~MSS 1  05-202~~ — ~~Freddie Gaines, et al. v. GAF Corp., et al.~~  **VACATED 7/20/05**
~~MSS 1  05-204~~ — ~~Dwight Northrup, et al. v. Square D Co., et al.~~  **VACATED 7/20/05**
~~MSS 1  05-213~~ — ~~Annette Carter Pierce, et al. v. GAF Corp., et al.~~  **VACATED 7/20/05**
~~MSS 1  05-214~~ — ~~J.C. Jones, et al. v. GAF Corp., et al.~~  **VACATED 7/20/05**
MSS 1  05-215 — Lloyd Leroy Cazier, et al. v. 3M Co., et al.
MSS 1  05-220 — Lee P. Abrams, et al. v. Zurn Industries, Inc.
~~MSS 1  05-223~~ — ~~Dorothy Anderson, et al. v. Minnesota Mining & Manufacturing Co., et al.~~  **VACATED 7/20/05**
~~MSS 1  05-226~~ — ~~Alphonse Sampson v. Minnesota Mining & Manufacturing Co., et al.~~  **VACATED 7/20/05**
~~MSS 1  05-227~~ — ~~Larry White  v. Minnesota Mining & Manufacturing Co., et al.~~  **VACATED 7/20/05**
~~MSS 1  05-228~~ — ~~Inez Franklin v. Minnesota Mining & Manufacturing Co., et al.~~  **VACATED 7/20/05**
~~MSS 1  05-229~~ — ~~Grover Buie v. Minnesota Mining & Manufacturing Co., et al.~~  **VACATED 7/20/05**
~~MSS 1  05-230~~ — ~~Isaac Turner v. Minnesota Mining & Manufacturing Co., et al.~~  **VACATED 7/20/05**
~~MSS 1  05-231~~ — ~~Percy Chambers v. Minnesota Mining & Manufacturing Co., et al.~~  **VACATED 7/20/05**
~~MSS 1  05-232~~ — ~~Dellie Buie v. Minnesota Mining & Manufacturing Co., et al.~~  **VACATED 7/20/05**
MSS 1  05-241 — Rose Demaio v. A.P. Green Industries, Inc., et al.
MSS 1  05-242 — John Macurak v. A.P. Green Industries, Inc., et al.
MSS 1  05-243 — Annette Huff v. A.P. Green Industries, Inc., et al.
~~MSS 1  05-244~~ — ~~Luvern Pugh  v. A.P. Green Industries, Inc., et al.~~  **VACATED 7/20/05**
MSS 1  05-245 — Andrew Bacha  v. A.P. Green Industries, Inc., et al.
MSS 1  05-246 — Carole Budai, etc. v. A.P. Green Industries, Inc., et al.
MSS 1  05-248 — Albert Palochko v. A.P. Green Industries, Inc., et al.
MSS 1  05-249 — Joe Compton, et al. v. A.P. Green Industries, Inc., et al.
~~MSS 1  05-250~~ — ~~Angel Otero v. A.P. Green Industries, Inc., et al.~~  **VACATED 7/20/05**
~~MSS 1  05-251~~ — ~~Larry Perkins v. A.P. Green Industries, Inc., et al.~~  **VACATED 7/20/05**
~~MSS 1  05-252~~ — ~~Donald Mosley v. A.P. Green Industries, Inc., et al.~~  **VACATED 7/20/05**
~~MSS 1  05-253~~ — ~~Charles Moncrief v. A.P. Green Industries, Inc., et al.~~  **VACATED 7/20/05**
~~MSS 1  05-254~~ — ~~Thomas Moore v. A.P. Green Industries, Inc., et al.~~  **VACATED 7/20/05**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MSS 1 05-271 | Horace Anderson, et al. v. Owens-Illinois, Inc. |
| MSS 1 05-272 | Eddie J. Carthan, et al. v. Owens-Illinois, Inc. |
| MSS 1 05-273 | Ronald Abmeyer, et al. v. Owens-Illinois, Inc. |
| MSS 1 05-274 | Billy Burrell, et al. v. Owens-Illinois, Inc. |

**NORTH CAROLINA EASTERN**

| | |
|---|---|
| NCE 4 04-95 | Fred C. Thompson, et al. v. Anchor Packing Co., et al. |

**NORTH CAROLINA MIDDLE**

| | |
|---|---|
| NCM 1 05-403 | Vera I. Ashburn v. Allis-Chalmers Corp., et al. |
| NCM 1 05-408 | Daniel L. Christian, et al. v. Aqua-Chem, Inc., et al. |

**NORTH CAROLINA WESTERN**

| | |
|---|---|
| NCW 1 05-201 | Larry A. Whittington, etc. v. Aqua-Chem, Inc., et al. |

**NEW MEXICO**

| | |
|---|---|
| NM 1 05-27 | Harriet I. Ruiz, etc. v. The Zia Co., et al. |

**NEW YORK EASTERN**

| | |
|---|---|
| NYE 1 04-5498 | Dominick Panzera v. A.W. Chesterton Co., et al. |
| NYE 1 04-5658 | Carol M. Follet, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 05-157 | Maria Mancini, et al. v. A.W. Chesterton Co., et al. |
| NYE 1 05-534 | Patra Holter, etc. v. A.W. Chesterton Co., Inc., et al. |
| NYE 1 05-2184 | Ruth Ruthauser, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 05-2436 | Charles L. Manning, et al. v. A.W. Chesterton Co., et al. |

**NEW YORK SOUTHERN**

| | |
|---|---|
| NYS 1 04-10017 | Douglas M. Allison v. General Electric Co. |

**OREGON**

| | |
|---|---|
| ~~OR 3 05-706~~ | ~~Howard Wood v. Allis-Chalmers Corp. Product Liability Trust, et al.~~  **OPPOSED 7/21/05** |

**RHODE ISLAND**

| | |
|---|---|
| RI 1 05-104 | John Schwartz, et al. v. American Standard Inc., et al. |

**TEXAS WESTERN**

| | |
|---|---|
| TXW 6 05-213 | Estate of Quincey C. Nelson, et al. v. Owens-Illinois, Inc. |

**VIRGINIA EASTERN**

| | |
|---|---|
| VAE 2 05-8625 | Pholia C. Liebing, et al. v. A.P. Green Industries, Inc., et al. |
| VAE 2 05-8626 | William H. Madrey, et al. v. A.P. Green Industries, Inc., et al. |
| ~~VAE 4 05-2895~~ | ~~Mary E. Blackburn v. Northrup Grumman Newport News~~  **OPPOSED 7/14/05** |
| ~~VAE 4 05-2896~~ | ~~Albert W. Dail, etc. v. Northrup Grumman Newport News~~  **OPPOSED 7/14/05** |
| ~~VAE 4 05-2897~~ | ~~Frances C. Diggs v. Northrup Grumman Newport News~~  **OPPOSED 7/14/05** |
| ~~VAE 4 05-2898~~ | ~~Mildred S. Edwards v. Northrup Grumman Newport News~~  **OPPOSED 7/14/05** |
| ~~VAE 4 05-2899~~ | ~~Doris M. Harmon, etc. v. Northrup Grumman Newport News~~  **OPPOSED 7/14/05** |
| ~~VAE 4 05-2900~~ | ~~Burnell Landrum v. Northrup Grumman Newport News~~  **OPPOSED 7/14/05** |
| ~~VAE 4 05-2901~~ | ~~Sandra L. Russell, etc. v. Northrup Grumman Newport News~~  **OPPOSED 7/14/05** |
| ~~VAE 4 05-2902~~ | ~~Robert Schaffer, Jr., etc. v. Northrup Grumman Newport News~~  **OPPOSED 7/14/05** |
| ~~VAE 4 05-2903~~ | ~~Gladys I. Spikes v. Northrup Grumman Newport News~~  **OPPOSED 7/14/05** |
| ~~VAE 4 05-2904~~ | ~~Peggy O. Sheets v. Northrup Grumman Newport News~~  **OPPOSED 7/14/05** |
| ~~VAE 4 05-2905~~ | ~~Nonie C. White v. Northrup Grumman Newport News~~  **OPPOSED 7/14/05** |
| ~~VAE 4 05-2906~~ | ~~Betty Jean Lancaster v. Northrup Grumman Newport News~~  **OPPOSED 7/14/05** |
| ~~VAE 4 05-2907~~ | ~~Betty J. Williams v. Northrup Grumman Newport News~~  **OPPOSED 7/14/05** |
| ~~VAE 4 05-2908~~ | ~~Crystal W. Moore, etc. v. Northrup Grumman Newport News~~  **OPPOSED 7/14/05** |
| ~~VAE 4 05-2909~~ | ~~James T. Turner, etc. v. Northrup Grumman Newport News~~  **OPPOSED 7/14/05** |
| VAE 4 05-2910 | Gary V. Barnette, et al. v. A.P. Green Industries, Inc., et al. |
| VAE 4 05-2911 | William Thomas Basnight v. ACandS, Inc., et al. |
| VAE 4 05-2912 | James F. Campbell, et al. v. A.P. Green Industries, Inc., et al. |
| VAE 4 05-2913 | Larry Dale Chappell, Sr. v. ACandS, Inc., et al. |

Case MDL No. 875   Document 4578   Filed 07/25/05   Page 4 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| VAE 4  05-2914 | Joseph T. Colucci v. ACandS, Inc., et al. |
| VAE 4  05-2915 | Ronald Eugene Cross v. ACandS, Inc., et al. |
| VAE 4  05-2916 | Peter W. Dowson v. ACandS, Inc., et al. |
| VAE 4  05-2917 | Clarence Elliott, Jr. v. ACandS, Inc., et al. |
| VAE 4  05-2918 | William T. Gaffney v. ACandS, Inc., et al. |
| VAE 4  05-2919 | William Terry Gunter v. ACandS, Inc., et al. |
| VAE 4  05-2920 | Bernard N. Harmon v. ACandS, Inc., et al. |
| VAE 4  05-2921 | James Eldon Harris v. ACandS, Inc., et al. |
| VAE 4  05-2922 | Ricky Edward Higgins, Sr. v. ACandS, Inc., et al. |
| VAE 4  05-2923 | Matthew N. Hill v. ACandS, Inc., et al. |
| VAE 4  05-2924 | James Clinton Holloway, Jr. v. ACandS, Inc., et al. |
| VAE 4  05-2925 | Thomas E. Holmes, Sr. v. A.P. Green Industries, Inc., et al. |
| VAE 4  05-2926 | Thyron Blair Hopkins v. ACandS, Inc., et al. |
| VAE 4  05-2927 | Bernard Carrol Jarvis v. ACandS, Inc., et al. |
| VAE 4  05-2928 | Alton R. Jewell v. Amchem Products, Inc., et al. |
| VAE 4  05-2930 | Robert John Kroll v. ACandS, Inc., et al. |
| VAE 4  05-2931 | William C.A. Kuhlmann, Sr., et al. v. A.P. Green Industries, Inc., et al. |
| VAE 4  05-2932 | Calvin Lee, Jr. v. A.P. Green Industries, Inc., et al. |
| VAE 4  05-2933 | Dallas Lynch, Sr., et al. v. A.P. Green Industries, Inc., et al. |
| VAE 4  05-2934 | Norman C. Mack v. ACandS, Inc., et al. |
| VAE 4  05-2935 | Horace Lee Martin v. ACandS, Inc., et al. |
| VAE 4  05-2936 | Roger Lee Mathena v. ACandS, Inc., et al. |
| VAE 4  05-2937 | Richard K. Mimna, Sr. v. ACandS, Inc., et al. |
| VAE 4  05-2938 | Herbert Glen Prater v. ACandS, Inc., et al. |
| VAE 4  05-2939 | Eugene V. Renninger, Jr. v. A.P. Green Industries, Inc., et al. |
| VAE 4  05-2940 | Calvin Brock Royals v. Amchem Products, Inc., et al. |
| VAE 4  05-2941 | Paul J. Singleton, Jr. v. ACandS, Inc., et al. |
| VAE 4  05-2942 | Charles Thomas Snyder v. ACandS, Inc., et al. |
| VAE 4  05-2943 | Michael Alton Springer v. ACandS, Inc., et al. |
| VAE 4  05-2944 | Robert L. Stilson v. A.P. Green Industries, Inc., et al. |
| VAE 4  05-2945 | Ronald A. Stover v. ACandS, Inc., et al. |
| VAE 4  05-2946 | Gary Lee Tanner v. ACandS, Inc., et al. |
| VAE 4  05-2947 | Richard William Tarpley v. Amchem Products, Inc., et al. |
| VAE 4  05-2948 | Arthur Lee Turner, Sr. v. ACandS, Inc., et al. |
| VAE 4  05-2949 | John Wirt, et al. v. A.P. Green Industries, Inc., et al. |
| VAE 4  05-2950 | Albert H. Yarbrough, et al. v. A.P. Green Industries, Inc., et al. |

WISCONSIN EASTERN

| | |
|---|---|
| WIE 2  05-581 | Ellen Gardner v. Garlock, Inc. |