MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 26 2005

FILED
CLERK'S OFFICE

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

U.S. DISTRICT COURT
2005 JUL -6 P 3:04
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

| | |
|---|---|
| GARY ALVERSON and LOIS ALVERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>BULLOUGH ABATEMENT INC., et al.,<br><br>Defendants. | ORDER<br><br><br><br>Case No. 2:05 CV 337 TC |

PLEADING NO. 4579

Based upon the stipulation of the defendant Thermal West, this case is REMANDED to the state court.

DATED this 6th day of July, 2005.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
United States District Judge

MDL- 875
RECOMMENDED ACTION

VACATE CTO-247 -- 1 ACTION
Approved/Date: MK 7/26

**OFFICIAL FILE COPY**    IMAGED JUL 2 6 2005