JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

 **875**

JUL 2 6 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Gary Alverson, et al. v. Atlas Turner, Inc., et al.*, D. Utah, C.A. No. 2:05-337

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Alverson*) on May 18, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Alverson* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Alverson* was remanded to Utah state court by the Honorable Tena Campbell in an order filed on July 6, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-247" filed on May 18, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

PLEADING NO. 4580

**OFFICIAL FILE COPY**    IMAGED JUL 2 6 2005