JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 28 2005

FILED
CLERK'S OFFICE

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | ) CASE NO. MDL 875 ) |
| CHARLES E. HAMIRCK, et al., | ) CASE NO. 2:05-286 ) (Southern District of West Virginia) |
| Plaintiff, | ) ) |
| v. | ) ) |
| A & I CO., et al., | ) **CORPORATE DISCLOSURE** ) **STATEMENT SUBMITTED ON BEHALF** ) **OF DEFENDANT PRATT & WHITNEY** |
| Defendants. | ) |

Pursuant to Rule 5.3 of this court, Pratt & Whitney files this Corporate Disclosure Statement.

Pratt & Whitney is a division of United Technologies Corporation, a publicly traded entity.

Respectfully submitted,

Richard A. Dean
richard.dean@tuckerellis.com
Tucker Ellis & West LLP
1150 Huntington Bldg.
925 Euclid Ave
Cleveland, OH 44115-1475
Telephone:   216.592.5000
Telefax:   216.592.5009

*Attorneys for Defendant Pratt & Whitney*

74908.00184.845239.1

**OFFICIAL FILE COPY**

IMAGED JUL 2 8 2005