MDL 875

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 28 2005

FILED
CLERK'S OFFICE

| | |
|---|---|
| CHARLES E. HAMRICK and WANDA HAMRICK, his wife, | MDL-875 |
| Plaintiffs, | |
| v. | Civil Action No. 2:05-0287 |
| A & I COMPANY, et al., | |
| Defendants. | |

### CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
### MCDONNELL DOUGLAS CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant McDonnell Douglas Corporation states that it is wholly owned by its parent corporation, The Boeing Company, and that there is no corporation that owns more than 10 percent of its stock other than The Boeing Company.

MCDONNELL DOUGLAS CORPORATION

By Counsel

Michael B. Victorson (WVSB No. 3868)
Matthew A. Nelson (WVSB No. 9421)
JACKSON KELLY PLLC
1600 Laidley Tower
Post Office Box 553
Charleston, WV 25322
(304) 340-1000
*Counsel for McDonnell Douglas Corporation*

PLEADING NO. 4584

**OFFICIAL FILE COPY**

{C0962888.1}

IMAGED JUL 28 2005

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 28 2005

FILED
CLERK'S OFFICE

CHARLES E. HAMRICK and
WANDA HAMRICK, his wife,

MDL-875

Plaintiffs,

v.                                                             Civil Action No. 2:05-0287

A & I COMPANY, et al.,

Defendants.

## CERTIFICATE OF SERVICE

I, Michael B. Victorson, counsel for Defendant McDonnell Douglas Corporation, do hereby certify that I have served a true and exact copy of the foregoing CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MCDONNELL DOUGLAS CORPORATION upon counsel for the plaintiffs and counsel for defendants, by depositing the same in the regular course of the United States Mail, postage prepaid, on this 25th day of July, 2005, addressed as follows:

David P. Chervenick, Esquire
Jason T. Shipp, Esquire
Goldberg, Persky & White
1030 Fifth Avenue
Pittsburgh, PA 15219
*Counsel for Plaintiffs*

Scott S. Segal, Esquire
The Segal Law Firm
810 Kanawha Boulevard, East
Charleston, WV 25301
Counsel for Plaintiffs

Stephen P. Goodwin, Esquire
Goodwin & Goodwin, LLP
P. O. Box 2107
Charleston, WV 25328-2107
*Counsel for A&I Company*

John J. Kurowski, Esquire
The Kurowski Law Firm

{C0962888.1}

24 Bronze Pointe N
Belleville, IL 62226
*Counsel for AW Chesterton Company*

Joseph S. Beeson, Esquire
Jessica A. Blake, Esquire
Robinson & McElwee
P. O. Box 1791
Charleston, WV 25326
*Counsel for Cooper Industries, Inc.*

Albert H. Parnell, Esquire
A. Tim Jones, Esquire
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3283
*Counsel for Dana Corporation*

Paula L. Durst, Esquire
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard East
P. O. Box 273
Charleston, WV 25321-0273
*Counsel for EI du Pont de Nemours & Company*

Scott A. Matthews, Esquire
Dell, Moser, Land & Loughney
525 William Penn Place, Suite 3700
Pittsburgh, PA 15219
*Counsel for Foster Wheeler*

J. Tyler Dinsmore, Esquire
Flaherty Sensabaugh & Bonasso
200 Capitol Street
Charleston, WV 25301
*Counsel for General Motors Corporation*

Corey T. Zurbach, Esquire
Spilman Thomas & Battle, PLLC
P. O. Box 273
Charleston, WV 25321-0273
*Counsel for Goodrich Corporation*

David K. Hendrickson, Esquire
R. Scott Long, Esquire
Apryll H. Boggs, Esquire

Cathrine T. Gardill, Esquire
Hendrickson & Long
214 Capitol Street
P. O. Box 11070
Charleston, WV 25339
*Counsel for Honeywell International, Inc.,*
*Ingersoll-Rand Company, Owens-Illinois, Inc.,*
*Uniroyal, Inc. and Viacom, Inc.*

Stephen M. Fowler, Esquire
Lori Streets Muldoon, Esquire
David L. Watson, Esquire
Pullin Fowler & Flanagan
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
*Counsel for Lockheed Martin Corporation*

Charles M. Love, III, Esquire
Bowles Rice McDavid Graff & Love
P. O. Box 1386
Charleston, WV 25325-1386
*Counsel for Metropolitan Life Insurance Company*

R. Carter Elkins, Esquire
B. Luke Styer, Esquire
Campbell Woods Bagley et al
517 Ninth Street, Suite 1000
Post Office Box 1835
Huntington, West Virginia 25719-1835
*Counsel for Pneumo Abex Corporation*

Robert H. Sweeney, Jr., Esquire
Brian S. Lindsay, Esquire
Jenkins Fenstermaker PLLC
P. O. Box 2688
Huntington, WV 25726-2688
*Counsel for Vimasco Corporation*

Janna Nuzum, Esquire
J. G. Goodykoontz, Esquire
Steptoe & Johnson
Post Office Pox 2190
Clarksburg, West Virginia 26302-2190
*Counsel for Pratt & Whitney*

Edward J. Cass, Esquire
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, Ohio 44115

Adam M. Chud, Esquire
Goodwin Procter LLP
901 new York Avenur, N. W.
Washington, DC 20001

Alexandra B. Cunningham, Esquire
David C. Landin, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, Pennsylvania 15212

Eric K. Falk, Esquire
Davies, McFarland & Carroll
One Gateway Center
Tenth Floor
Pittsburgh, Pennsylvania 15222

Stephen A. Fennell
Steptoe & Johnson LLP
1330 Connecticut Avennue, N. W.
Washington, DC 20036

Matthew J. Fischer
Schiff Hardin LLP
6600 Sears Tower
233 S. Wacker Drive
Chicago, Illnois 60606-6473

Raymond P. Forceno
Forceno & Hannon
111 S. Independence mall East
The Bourse, Suite 1000
Philadelphia, Pennsylvania 19106-2574

{C0962888.1}

Ellen B. Furman
Goldbein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, Pennsylvania 19103

Susan M. Hanson, Esquire
Brownson & Ballou
225 South Sixth Street, Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, Ohio 44308-1314

Richard L. Lancianese, Esquire
Baker & Lancianese
River Tower, 3rd
1108 Third Avenue
Suite 300
Huntington, West Virginia 25701

Robert R. Leight, Esquire
Pietragallo, Bosick & Gordon
One Oxford Center
38th Floor
Pittsburgh, Pennsylvania 15219

Gene Locks, Esquire
Greitzer & Locks
1500 Walnut Street
Philadelphia Pennsylvania 19102

Ronald L. Motley, Esquire
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, South Carolina 29465

Richard C. Binzley, Esquire
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, Ohio 44114

{C0962888.1}

Rita M. Biser, Esquire
Kay Casto & Chaney
Post Office Box 25327
Charleston, West Virginia 25327

Joseph L. Orszulak, Esquire
John J. Repcheck, Esquire
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, Pennsylvania 15219

Bryan S. Neft, Esquire
Pietragallo, Bosick & Gordon
One Oxford Center
38th Floor
Pittsburgh, Pennsylvania 15219

G. Kenneth Robertson, Esquire
Farmer, Cline & Arnold
Post Office Box 3842
Charleston, West Virginia 25338

John D. Roven, Esquire
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, Texas 77018

Richard D. Schuster, Esquire
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
Post Office Box 1008
Columbus, Ohio 43216

Neil Selman, Esquire, Esquire
Selman, Breitman & Burgess
11766 Wishire Boulevard
Sixth Floor
Los Angeles, California 90025

Robert N. Spinelli, Esquire
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, Pennsylvania 19102

{C0962888.1}

Robert E. Swickle, Esquire
Jaques Admiralty Law Firm, P. C.
1570 Penobscot Building
The Maritime Asbestos Legal Clinic
Detroit, Michigan 48226

Dwight E. Tarwater, Esquire
Paine, Tarwater, Bickers & Tillman
First Tennessee Plaza
800 S. Gay Street
Suite 1100
Knoxville, Tennessee 37929

Andrew J. Trevelise, Esquire
Reed Smith, LLP
2500 Liberty Place
1650 Market Street
Philadelphia, Pennsylvania 12103

James K. Weston, II, , Esquire
Tom Riley Law Firm
4040 First Avenue, N. E.
Post Office Box 998
Cedar Rapids, Indiana 52406

Michael B. Victorson

{C0962888.1}