MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 2 2005

FILED
CLERK'S OFFICE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN REGARDING: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CIVIL ACTION NO. MDL 875 |
|---|---|

FELIX T. RAMIREZ, ISIDRO           §      FELA
DELGADO, CHARLES R. ROANE,         §
LOUIS R. SUAREZ, STERLING A.       §      CIVIL ACTION NO.
BROOKS, BILL G. TAYLOR, JOHN       §
SMILEY and BURNETT L. BELL         §      G-98-630
                                   §
VS.                                §
                                   §
UNION PACIFIC RAILROAD             §
COMPANY                            §

PLEADING NO. 4589

### DEFENDANT UNION PACIFIC RAILROAD COMPANY'S
### NOTICE OF OPPOSITION TO CONDITIONAL REMAND

Comes now Defendant, UNION PACIFIC RAILROAD COMPANY, and files its Notice of Opposition to Conditional Remand, and would show as follows:

1.  Conditional Remand of some of Burnett Bell's claims was issued July 15, 2005. Notice of Opposition to Remand is due by facsimile (suggested) by 4:00 pm Eastern Standard Time on August 1, 2005.

2.  Union Pacific Railroad Company opposes remand of the claims of Burnett Bell and timely files its Notice of Opposition to Conditional Remand and contemporaneously serves counsel for Plaintiff Burnett Bell and the Clerk of transferee court per the MDL Rules.

3.  Timely filing of this Notice of Opposition to Conditional Remand stays the transmission of the Order of Remand until further order of the Panel.

Respectfully submitted,

**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**

By: _____
ROGER H. NEBEL
Attorney in Charge
State Bar No. 90001973
1717 St. James Place, Suite 600
Houston, Texas 77056
Telephone: (713) 402-1717
Facsimile: (713) 621-6746

**ATTORNEYS FOR DEFENDANT
UNION PACIFIC RAILROAD COMPANY**

08/01/2005 13:13 FAX 713 621 6746    FORMAN PERRY DALLAS S R                              ☑006/006
Case MDL No. 875   Document 4589   Filed 08/02/05   Page 3 of 3

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 2 2005

FILED
CLERK'S OFFICE

## PROOF OF SERVICE

I hereby certify that on the 1st day of August, 2005, a true and correct copy of Defendant Union Pacific Railroad Company's Notice of Opposition to Conditional Remand was served upon plaintiff's counsel of record simultaneously with filing this document:

Aphonsus Ezeoke
Ezeoke & Ezeoke Law Firm
7100 Regency Square, Ste. 190
Houston, Texas 77036

I also hereby certify that on the 1st day of August, 2005, a true and correct copy of Defendant Union Pacific Railroad Company's Notice of Opposition to Conditional Remand was filed with the transferee court pursuant to Section 1407 and MDL Rule 5.2(b).

_____
Roger H. Nebel

## PANEL SERVICE LIST

COUNSEL FOR PLAINTIFF BURNETT BELL
Aphonsus Ezeoke
Ezeoke & Ezeoke Law Firm
7100 Regency Square, Ste. 190
Houston, Texas 77036
Phone: (713) 952-5291
Facsimile: (713) 952-5294


COUNSEL FOR DEFENDANT UNION PACIFIC RAILROAD COMPANY
ROGER H. NEBEL
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
1717 St. James Place, Suite 600
Houston, Texas 77056
Telephone: (713) 402-1717
Facsimile: (713) 621-6746