JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 10 2005

MDL : 875

FILED
CLERK'S OFFICE



PLEADING NO. 4595

---------------------------------------------X
SAMUEL P. SMITH,

    Plaintiff,

    v.

GENERAL ELECTRIC COMPANY, et al.,

    Defendants.
---------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

No. 04-CV-10102(JSR)

**STIPULATION**

    SAMUEL P. SMITH, plaintiff, and GENERAL ELECTRIC COMPANY, defendant, by their respective attorneys undersigned, hereby stipulate and agree to the following:

    1.    Plaintiff SAMUEL P. SMITH as well as any individuals or representatives claiming for or through him agree not to pursue any claims against defendant GENERAL ELECTRIC COMPANY which arise from any exposure to asbestos from any GENERAL ELECTRIC COMPANY products sold to the United States Navy or installed on any United States Navy vessels.

MDL- 875
RECOMMENDED ACTION
Vacate CTO-244 - one action
Approved/Date: _____

OFFICIAL FILE COPY

IMAGED AUG 10 2005

2. Plaintiff and defendant GENERAL ELECTRIC COMPANY, in consideration for the Agreement embodied in this Stipulation, agree to the remand of this action back to the Supreme Court of the State of New York, County of New York.

Dated: June 30, 2005

SEDGWICK, DETERT, MORAN & ARNOLD, LLP

BY: _____
Michael A. Tanenbaum (MT-4403)
Attorneys for Defendant
GENERAL ELECTRIC COMPANY
Three Gateway Center, 12th Floor
Newark, NJ 07102
(973) 242-0002

WEITZ & LUXENBERG, P.C.

BY: _____
Bryan Belasky (BB-1777)
Attorneys for Plaintiffs
180 Maiden Lane, 17th Floor
New York, NY 10038
(212) 558-5500

SO ORDERED:

_____ U.S.D.J.
7/24/05