

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 10 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Samuel P. Smith v. General Electric Co.*, S.D. New York, C.A. No. 1:04-10102

### ORDER VACATING CONDITIONAL TRANSFER ORDER

     A conditional transfer order was filed in this action (*Smith*) on April 5, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Smith* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. This matter was then considered by the Panel at its hearing session in Denver, Colorado, on July 28, 2005. The Panel has now been advised that *Smith* was remanded to the Supreme Court of the State of New York, County of New York, by the Honorable Michael H. Dolinger in an order filed on July 28, 2005.

     IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-244" filed on April 5, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

PLEADING NO. 4596

**OFFICIAL FILE COPY**

IMAGED AUG 1 0 2005