Case MDL No. 875   Document 4599   Filed 08/15/05   Page 1 of 3

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**875**

AUG 1 5 2005

FILED
CLERK'S OFFICE

DOCKET NO. 875

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-251)*

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 79,922 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED AUG 1 6 2005

# SCHEDULE CTO-251 - TAG-ALONG ACTIONS
## DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 05-1533 | David Setterberg v. Newport News Shipbuilding & Dry Dock Co., et al. |
| CAN 3 05-2603 | M.N., et al. v. Viacom, Inc., et al. |
| **GEORGIA SOUTHERN** | |
| GAS 2 05-90 | Tommie D. Kirkland, Sr. v. Ford Motor Co., et al. |
| **LOUISIANA EASTERN** | |
| LAE 2 05-2709 | Terry Cardaro, et al. v. Aerojet General Corp., et al. |
| **MINNESOTA** | |
| MN 0 05-1419 | Patricia Plombon, etc. v. Burlington Northern & Santa Fe Railway Co. |
| MN 0 05-1598 | Frank Kozar v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1602 | Roger Ralph Houwman v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1606 | Thomas Lloyd Leseman v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1607 | William Joseph Lopac v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1608 | Joseph Alex Marcella v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1610 | Robert J. Skiba v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1611 | James Richard Wright v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1614 | William Fredrick Stodola v. Garlock Sealing Technologies, LLC, et al. |
| **MISSOURI WESTERN** | |
| MOW 4 05-669 | Larry Schrock v. Burlington Northern & Santa Fe Railway Co. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 05-317 | Jackie T. Jenkins v. AlliedSignal, Inc., et al. |
| MSS 1 05-341 | Jerry A. Harrell v. Minnesota Mining & Manufacturing Co., et al. |
| MSS 1 05-344 | Estate of Clyde Lang v. Abex Corp., et al. |
| MSS 1 05-345 | Eddie Gilmore v. Abex Corp., et al. |
| MSS 1 05-346 | Hunter C. Martin v. Abex Corp., et al. |
| MSS 1 05-347 | Walter Lee Stokes v. Abex Corp., et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE 4 05-57 | Arthur Clinton Armstrong v. Albany International, et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 05-407 | Charlie Calvin Barringer, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-627 | B.J. Jackson, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-639 | William C. Cook, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-640 | Forrest L. Davis, et al. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 05-240 | Donald E. Hibberts, et al. v. Aqua-Chem., Inc., et al. |
| NCW 1 05-241 | Walter D. Wolfe, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-260 | Samuel E. Thompson, et al. v. Aqua-Chem., Inc., et al. |
| NCW 1 05-261 | Kevin J. Griffis, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-268 | Billy G. Norris v. A.W. Chesterton, Inc., et al. |

SCHEDULE CTO-251 - TAG-ALONG ACTIONS                                  PAGE 2 OF 2

**DIST. DIV. C.A. #**          **CASE CAPTION**

NEW YORK EASTERN
  NYE 1 05-2180               Wayne J. Corcoran v. Consolidated Rail Corp., et al.
  NYE 1 05-2181               Roger John Bauer v. Consolidated Rail Corp., et al.

NEW YORK SOUTHERN
  NYS 1 05-4038               Dominick N. Serini, et al. v. General Electric Co., et al.
  NYS 1 05-5730               Peter J. Funk, et al. v. General Electric Co., et al.

OKLAHOMA WESTERN
  OKW 5 05-839                Michael S. Biffle, etc. v. Union Carbide Corp., et al.

SOUTH CAROLINA
  SC 2 05-2012                Harry Douglas Blackwood, Sr., et al. v. Aqua-Chem, Inc., et al.
  SC 2 05-2161                Charles M. Ross, et al. v. Aqua-Chem, Inc., et al.
  SC 2 05-2163                Gerald D. McManus, et al. v. Aqua-Chem, Ic. et al.

TEXAS EASTERN
  TXE 1 05-499                Ralph Terna v. Champion International Corp.