MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 16 2005

FILED
CLERK'S OFFICE

DOCKET NO. 875
BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

This document relates to the
following case:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLES BUNNELL | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION |
| | § | NO. : 1:05CV328WJG |
| | § | |
| METROPOLITAN LIFE INSURANCE | § | |
| CO. ET AL. | § | |
| Defendants | § | |

PLEADING NO. 4600

## NOTICE OF OPPOSITION TO
## CONDITIONAL TRANSFER ORDER NO. (CTO-250)

COMES NOW Plaintiff in the case identified above, and, pursuant to Rule 7.4 of the Rules of

Procedure of the Judicial Panel on Multidistrict Litigation, notifies the Panel that he opposes transfer of this

case to the United States District Court for the Eastern District of Pennsylvania. A motion to vacate the

conditional transfer order and supporting brief will be filed within the time permitted by Rule 7.4(d).

NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER NO. (CTO-250)
PAGE 1

**OFFICIAL FILE COPY**      IMAGED AUG 16 2005



Respectfully submitted,

BARON & BUDD, P.C.
3102 Oak Lawn, Suite 1100
Dallas, Texas 75219
214-521-3605 (telephone)
214-520-1181 (facsimile)

By: *Tiffany Dickenson*
TIFFANY NEWLIN DICKENSON
MS. STATE BAR NO. 100617
*Attorneys for Plaintiff*

LAW OFFICE OF JON A. SWARTZFAGER
P. O. Box 131
Laurel, Mississippi   39441-0131
(601) 649-3240 (telephone)
(601) 428-7691 (facsimile)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 16 2005

DOCKET NO. 875
BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

This document relates to the
following case:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLES BUNNELL | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION |
| | § | NO. : 1:05CV328WJG |
| | § | |
| METROPOLITAN LIFE INSURANCE | § | |
| CO. ET AL. | § | |
| Defendants | § | |

## PROOF OF SERVICE

TO:   ALL ATTORNEYS OF RECORD

**NOTICE IS HEREBY GIVEN**, pursuant to the Federal Rules of Civil Procedure, I, TIFFANY N. DICKENSON, attorney for Plaintiff Charles Bunnell, do hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record via facsimile, CMRRR and U. S. Mail.

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER NO. (CTO-250)**

The undersigned retains the originals of the above documents as custodian thereof.

**THIS** the ____ day of August, 2005.

NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER NO. (CTO-250)
PAGE 3

BARON & BUDD, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
(214) 521-3605 Telephone
(214) 520-1181 Facsimile

By: /s/ Tiffany Dickenson
TIFFANY N. DICKENSON
MS. STATE BAR NO. 100617
*ATTORNEY(S) FOR PLAINTIFF*

LAW OFFICE OF JON A. SWARTZFAGER
P. O. Box 131
Laurel, Mississippi  39441-0131
(601) 649-3240 (telephone)
(601) 428-7691 (facsimile)

**Charles W. Bunnell, ET AL. VS. Metropolitan Life Insurance Company, Inc., ET AL.**
CAUSE NO. 98-4-41, IN THE CIRCUIT COURT, SECOND JUDICIAL DISTRICT, Jones

## DEFENSE COUNSEL:

Thomas W. Tardy
Forman, Perry, Watkins, Krutz & Tardy
City Centre Building
200 South Lamar Street, Suite 100
Jackson, MS  39201-4015
(601) 960-8600 (Phone)
(601) 960-8613 (Fax)

>Attorneys for CERTAINTEED CORPORATION, INDUSTRIAL WELDING SUPPLY, INC., FKA KOMP EQUIPMENT, NATIONAL SERVICES INDUSTRIES