**MDL -875**

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 9 2005

FILED
CLERK'S OFFICE

NOTICE OF OPPOSITION

PLEADING NO. 4604

COMES NOW, Plaintiffs in *Estate of Clyde Lang v. Abex Corp., et al, MSS 1 05-344, Eddie Gilmore v. Abex Corp, et al., MSS 1 05-345, Hunter C. Martin v. Abex Corp., et al., MSS 1 05-346, and Walter Lee Stokes v. Abex Corp., et al. MSS 1 05-347*, by and through counsel, and files this their Notice of Opposition to the Conditional Transfer Order (CTO-251).

RESPECTFULLY SUBMITTED:

/s/ Stacey Lea Sims
STACEY LEA SIMS
MS BAR NO. 10544

STACEY LEA SIMS, ESQ.
MORRIS, SAKALARIOS & BLAKWELL, PLLC
POST OFFICE BOX 1858
HATTIESBURG, MISSISSIPPI 39403-1858
TELEPHONE: (601) 544-3343

2005 AUG 19 A 9: 34
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**

IMAGED AUG 1 8 2005

## CERTIFICATE OF SERVICE

I, Stacey Lea Sims, of the law firm of Morris, Sakalarios, & Blackwell, PLLC, do hereby certify that I have this day caused to be served, via electronic service on participating defense counsel and via U.S. Mail, postage fully prepaid, on non-participating defense counsel a true and correct copy of *Plaintiffs' Notice of Opposition* to all counsel of record at their usual and regular mailing addressses.

This the 18th day of August, 2005.

_____
STACEY LEA SIMS