# MDL 875

## BEFORE THE JUDICIAL PANEL ON MULTI DISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. IV) | DOCKET NO. 875<br>JUDICIAL PANEL ON<br>~~MULTIDISTRICT~~ LITIGATION |
| THIS DOCUMENT RELATES TO: | (CTO-250)  AUG 1 9 2005 |
| IN THE UNITED STATES DISTRICT COURT<br>THE EASTERN DISTRICT OF VIRGINIA | FILED<br>CLERK'S OFFICE |

Harriett C. King v. Northrup Grumman Systems Corp., et al., Newport News
Civil Action No. VAE 4-05-~~29251~~ 2951

### PLAINTIFF'S NOTICE OF OPPOSITION TO JUDICIAL PANEL'S CONDITIONAL TRANSFER ORDER

Comes now the Plaintiff, Harriett C. King, by counsel, and pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, hereby serves her Notice of Opposition to the Conditional Transfer Order for a tag-along-action. Plaintiff submits that: 1) the federal court has no jurisdiction over this matter; and 2) Plaintiff's Motion to Remand has been fully briefed by all parties hereto and a decision from the Eastern District of Virginia is imminent.

Respectfully submitted,

HARRIETT C. KING

By Counsel

/s/ Gary W. Kendall

Gary W. Kendall, Esquire (VSB# 15651)
**MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL PLLC**
500 Court Square, Suite 300
P. O. Box 298
Charlottesville, VA 22902-0298
(434) 951-7200 phone
(434) 951-7218 fax
*counsel for the Plaintiff*

PLEADING NO. 4605

RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2005 AUG 18 P 2: 05

**OFFICIAL FILE COPY**

IMAGED AUG 1 8 2005