**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG – 5 2005

FILED
CLERK'S OFFICE

*DOCKET NO. 875*

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-250)



On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 79,842 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 2 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED AUG 2 3 2005

## SCHEDULE CTO-250 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DIST. DIV. C.A. #**                    **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN 3  05-1461                         Manuel Rampola, et al. v. Viacom, Inc., et al.

ILLINOIS NORTHERN
  ILN 1  05-1989                         Wilmer Moore v. Union Pacific Railroad Co.

ILLINOIS SOUTHERN
  ILS 4  05-4104                         Stanley Pepple, et al. v. Illinois Central Gulf Railroad Co.
  ILS 4  05-4108                         Daniel Maynor, et al. v. Illinois Central Gulf Railroad Co.

MASSACHUSETTS
  MA  1  05-10812                        Beverly Pearson, et al. v. Metropolitan Life Insurance Co., et al.

MARYLAND
  MD  1  05-1181                         Richard Peamon v. Celotex Asbestsos Settlement Trust

MINNESOTA
  MN  0  04-4239                         Daniel Clarence Gallagher v. Garlock Sealing Technologies, LLC, et al.
  MN  0  05-1126                         Harvey Edward Hall v. Garlock Sealing Technologies, LLC, et al.
  MN  0  05-1194                         Francis Wayne Coy v. Garlock Sealing Technologies, LLC, et al.
  MN  0  05-1195                         Richard Willard Eklund v. Garlock Sealing Technologies, LLC, et al.
  MN  0  05-1196                         Kent Ernest Flaada v. Garlock Sealing Technologies, LLC, et al.
  MN  0  05-1197                         Harry A. Friesner v. Garlock Sealing Technologies, LLC, et al.
  MN  0  05-1198                         Floyd Raymond Grover v. Garlock Sealing Technologies, L.L.C., et al.
  MN  0  05-1199                         Lester Leroy Haveri v. Garlock Sealing Technologies, LLC, et al.
  MN  0  05-1200                         Joseph Lawrence Heitzman v. Garlock Sealing Technologies, L.L.C., et al.
  MN  0  05-1201                         Darfrel Floyd Johnson v. Garlock Sesaling Technologies, LLC, et al.
  MN  0  05-1202                         Harold Waino Johnson v. Garlock Sealing Technologies, LLC, et al.
  MN  0  05-1203                         Herbert James Johnson v. Garlock Sealing Technologies, LLC, et al.
  MN  0  05-1205                         Daniel Joseph Kedrowski v. Garlock Sealing Technologies, LLC, et al.
  MN  0  05-1206                         Raymond W. Lindberg v. Garlock Sealing Technologies, LLC, et al.
  MN  0  05-1207                         John Frederick Rokser v. Garlock Sealing Technologies, LLC, et al.
  MN  0  05-1208                         Allen Eugene Scott v. Garlock Sealing Technologies, L.L.C., et al.
  MN  0  05-1209                         Richard Roy Tornow v. Garlock Sealing Technologies, LLC, et al.
  MN  0  05-1210                         David Luther Trach v. Garlock Sealing Technologies, LLC, et al.

MISSISSIPPI SOUTHERN
  MSS 1  05-291                          William C. Fells v. Chevrolet Motor Co., et al.
  MSS 1  05-292                          Burnell Morgan v. Auto Zone, Inc., et al.
  MSS 1  05-295                          Ulysses George v. Auto Zone, Inc., et al.
  MSS 1  05-296                          Joseph George v. American Brake & Clutch, Inc., et al.
  MSS 1  05-311                          William Johnson, Sr., et al. v. Metropolitan Life Insurance Co., et al.
  MSS 1  05-312                          Marvin Jefferson, et al. v. Crane Co., et al.
  MSS 1  05-313                          Bobby Lee Bolton, et al. v. A.P. Green Refractories Co., et al.
  MSS 1  05-314                          Archie Nicols v. Metropolitan Life Insurance Co., et al.
  MSS 1  05-315                          W.C. Laird v. A.P. Green Refractories Co., et al.
  MSS 1  05-316                          Harry Borden Stewart, et al. v. Metropolitan Life Insurance Co., et al.
  ~~MSS 1  05-328~~                      ~~Charles Bunnell v. Metropolitan Life Insurance Co., et al.~~  **Opposed 8/16/05**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**NORTH CAROLINA MIDDLE**
NCM  1  05-377   Kenneth Arnold Poteat, Jr., et al. v. Aqua-Chem, Inc., et al.

**NEBRASKA**
NE  8  05-214   Gordon Sanders v. Burlington Northern & Santa Fe Railway Co.
NE  8  05-218   Larry Miller v. Burlington Northern & Santa Fe Railway Co.
NE  8  05-219   Ronald Ringland v. Burlington Northern & Northern Railway Co.
NE  8  05-220   Elmer Kahler v. Burlington Northern & Santa Fe Railway Co.
NE  8  05-221   James Kremarik v. Burlington Northern & Santa Fe Railway Co.
NE  8  05-222   Alan Fisher v. Burlington Northern & Santa Fe Railway Co.
NE  8  05-223   Ray Moyer v. Burlington Northern & Santa Fe Railway Co.
NE  8  05-224   Gary Heckathorn v. Burlington Northern & Santa Fe Railway Co.
NE  8  05-225   Larry Nelson v. Burlington Northern & Santa Fe Railway Co.
NE  8  05-226   John Elliott v. Burlington Northern & Santa Fe Railway Co.

**NEW YORK WESTERN**
NYW  1  05-278   Antonio Brevetti v. Chemical Waste Management, Inc., et al.

**SOUTH CAROLINA**
SC  2  05-1581   David H. Howe, et al. v. Aqua-Chem, Inc., et al.
SC  8  02-1974   Richard L. Russell, et al. v. ACandS, Inc., et al.
SC  8  05-1871   Jennie L. Boggs, etc. v. Aqua-Chem, Inc., et al.

**TEXAS SOUTHERN**
TXS  2  05-317   Adelina N. Mendoza, et al. v. Reynolds Metals Co., Inc.

**VIRGINIA EASTERN**
VAE  4  05-2929   James Fred Keeton, Jr. v. ACandS, Inc., et al.
~~VAE  4  05-2951   Harriett C. King v. Northrop Grumman Systems Corp., et al.~~  **Opposed 8/19/05**
VAE  4  05-2952   Percy Thomas v. Union Carbide Corp., et al.

**WISCONSIN WESTERN**
WIW  3  05-219   Barbara Connell, et al. v. A.W. Chesterton Co., et al.