JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 24 2005

FILED
CLERK'S OFFICE

MDL 875

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 17 PM 2:23

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRY CARDARO, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO: 05-2709 |
| AEROJET GENERAL CORP., ET AL | * | SECTION: "D"(4) |

PLEADING NO. 4607

### ORDER OF DISMISSAL

This matter is duplicative of Civil Action No. 05-2684(D)(1), *Terry Cardaro, et al v. Aerojet General Corp., et al.* Accordingly;

**IT IS ORDERED** that Civil Action No. 05-2709(D)(4) be and is hereby **DISMISSED**.

New Orleans, Louisiana, this 17th day of August, 2005.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE

MDL-875
RECOMMENDED ACTION

Vacate CTO-251 - one action
Approved/Date: MJB 8/22/05

___ Fee____
___ Process.___
 X  Dktd___
___ CtRmDep___
___ Doc. No.___

**OFFICIAL FILE COPY** IMAGED AUG 24 2005