JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

 875

AUG 2 4 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*Terry Cardaro, et al. v. Aerojet General Corp., et al.*, E.D. Louisiana, C.A. No. 2:05-2709

### *ORDER VACATING CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in this action (*Cardaro*) on August 15, 2005. The Panel has now been advised that *Cardaro* was dismissed in the Eastern District of Louisiana by the Honorable A.J. McNamara in an order filed on August 17, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-251" filed on August 15, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

PLEADING NO. 4608

OFFICIAL FILE COPY
IMAGED AUG 2 4 2005