MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 6 2005

FILED
CLERK'S OFFICE

ALLAN L. LARSON - 1896
RYAN B. BELL - 9956
SNOW, CHRISTENSEN & MARTINEAU
Attorneys for Defendant
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000

MDL DOCKET NO. 875

BEFORE THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| AUDREY FRATTO, Individually, and as Personal Representative on behalf of the Legal Heirs of JOHN FRATTO, Deceased,<br><br>　　Plaintiffs,<br><br>vs.<br><br>ASARCO INCORPORATED; ATLAS TURNER, INC.; BECHTEL CORPORATION (DE), BULLOUGH ABATEMENT, INC.; GARLOCK SEALING TECHNOLOGIES, LLC.; KLEE NATURALS; LAKE ASBESTOS OF QUEBEC LTD.; OWENS-ILLINOIS, INC.; RAPID-AMERICAN CORPORATION; SEQUOIA VENTURES, INC.; THERMAL WEST INDUSTRIAL, INC.; THORPE INSULATION COMPANY; UNIROYAL HOLDING, INC.; VIACOM, INC.; WESTERN ASBESTOS COMPANY; ZURN INDUSTRIAL, INC.,<br><br>　　Defendants. | **DEFENDANT THERMAL WEST'S OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER**<br><br>District of Utah<br><br>Judge Dale A. Kimball<br><br>Case No. 2:05-CV-00336-DAK |



OFFICIAL FILE COPY

IMAGED AUG 2 9 2005

Defendant Thermal West, through counsel, submits this memorandum opposing Plaintiffs' Opposition to the Panel's Conditional Transfer Order. For the reasons set forth below, Thermal West requests that the Transfer Order be made final.

## PROCEDURAL HISTORY

Thermal West substantially agrees with the procedural history of this case as set out by Plaintiffs in their Memorandum in Support of Plaintiff's Opposition to Conditional Transfer Order.

## ARGUMENT

Plaintiffs' Motion to Vacate rests upon the contention that the Motion for Remand currently pending in Federal District Court prevents the Multi-District Litigation Panel from making its conditional transfer order final. Plaintiff does not support this assertion with legal authority. In truth, the Panel is empowered to finally transfer the above-captioned case to the Multi-District Litigation despite currently pending jurisdictional challenges. *See, e.g., In re Ivy*, 901 F.2d 7 (2nd Cir. 1990); *and In re Air Crash Disaster at Florida Everglads on December 29, 1972*, 368 F.Supp. 812, 813 (J.P.M.D.L. 1973). Defendant Thermal West requests that the Panel make its Conditional Transfer Order final, because the transfer would "promote the just and efficient conduct" of this asbestos matter. 28 U.S.C. § 1407(a).

DATED this 25th day of August, 2005.

SNOW, CHRISTENSEN & MARTINEAU

By _____
Allan L. Larson
Ryan B. Bell
Attorneys for Defendant Thermal
    West Industrial, Inc.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 26 2005

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of August, 2005, I caused a true and correct copy of the foregoing **DEFENDANT THERMAL WEST'S OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER** to be served, per the Judicial Panel of Multidistrict Litigation, to the following via the following methods:

Electronically:

SUITTER AXLAND
Michael W. Homer mhomer@suitter.com
Bret S. Hayman bhayman@suittter.com
Kevin D. Swensen kswenson@suitter.com

STRONG & HANNI
Joseph J. Joyce asbestos@strongandhanni.com

MCCONNELL SIDERIUS FLEISCHNER
HOUGHTALING & CRAIGMILE
James M. Miletech jmiletich@msfhc.com
Todd S. Winegar Todd.Winegar@azbar.org

Tracy Fowler
SNELL & WILMER
150 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, UT 84101
swasbestos@swlaw.com

KIPP AND CHRISTIAN, P.C.
Shawn McGarry smcgarry@kippandchristian.com
David Bernstein dbernstein@kippandchristian.com

RICHARDS BRANDT MILLER & NELSON
Melinda A. Morgan melinda-morgan@rbmn.com

Alan R. Brayton
S. Brook Millard
C. Ryan Christensen
Brayton Pursell
Eisenburg & Gilchrist
utasbestos@braytonlaw.com

E. Scott Savage
Berman & Savage
50 South State Street, Suite 1250
Salt Lake City, UT 84144
asbestos@bermansavage.com

U.S. Mail:

Richard C. Binziey
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, #300
Akron, OH 44308-1314

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Raymond P. Forceno
Forceno & Hannon
III S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Asbestos.267\SN\MDL Transfer Opp

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 6 2005

FILED
CLERK'S OFFICE

ALLAN L. LARSON - 1896
RYAN B. BELL - 9956
SNOW, CHRISTENSEN & MARTINEAU
Attorneys for Defendant
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000

> Request of deft. Thermal West Industrial, Inc., for Extension of Time to File Response -- GRANTED
> (cdm - 8/26/05)

## MDL DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

### IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| AUDREY FRATTO, Individually, and as Personal Representative on behalf of the Legal Heirs of JOHN FRATTO, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>ASARCO INCORPORATED, ASARCO INCORPORATED; ATLAS TURNER, INC.; BECHTEL CORPORATION (DE), BULLOUGH ABATEMENT, INC.; GARLOCK SEALING TECHNOLOGIES, LLC.; KLEE NATURALS; LAKE ASBESTOS OF QUEBEC LTD.; OWENS-ILLINOIS, INC.; RAPID-AMERICAN CORPORATION; SEQUOIA VENTURES, INC.; THERMAL WEST INDUSTRIAL, INC.; THORPE INSULATION COMPANY; UNIROYAL HOLDING, INC.; VIACOM, INC.; WESTERN ASBESTOS COMPANY; ZURN INDUSTRIAL, INC.,<br><br>Defendants. | **REQUEST FOR ENLARGEMENT OF TIME IN WHICH TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO VACATE TRANSFER ORDER**<br><br>District of Utah<br><br>Judge Dale A. Kimball<br><br>Case No. 2:05-CV-00336-DAK |

2005 AUG 26  A 11 21
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

Pursuant to Rule 6.2 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 432, (2001), Thermal West submits this request for an Enlargement of Time in which to file its Opposition to Plaintiff's Motion to Vacate the Transfer Order. The deadline for Thermal West to respond to Plaintiff's motion passed twenty days after Plaintiffs filed their motion to Vacate the Transfer Order, or on July 14, 2005. Thermal West was not aware of this deadline. Counsel for Thermal West had misread the Panel's Rules of Procedure, believing that the Clerk of the Panel would inform the parties of a briefing schedule pursuant to Rule 7.4(c), which is cited in the Clerk of the Panel's letter to the parties, dated June 3, 2005. Counsel for Thermal West regrets the error, and requests that the Panel accept its late filed opposition to Plaintiffs' Motion, submitted herewith.

DATED this 25th day of August, 2005.

SNOW, CHRISTENSEN & MARTINEAU

By ___/s/ Ryan Bell___
Allan L. Larson
Ryan B. Bell
Attorneys for Defendant Thermal
  West Industrial, Inc.

Case MDL No. 875   Document 4609   Filed 08/26/05   Page 7 of 8

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 6 2005

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of August, 2005, I caused a true and correct copy of the foregoing **REQUEST FOR ENLARGEMENT OF TIME IN WHICH TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO VACATE TRANSFER ORDER** to be served, per the Judicial Panel of Multidistrict Litigation, to the following via the following methods:

Electronically:

SUITTER AXLAND
Michael W. Homer mhomer@suitter.com
Bret S. Hayman bhayman@suittter.com
Kevin D. Swensen kswenson@suitter.com

STRONG & HANNI
Joseph J. Joyce asbestos@strongandhanni.com

MCCONNELL SIDERIUS FLEISCHNER
HOUGHTALING & CRAIGMILE
James M. Miletech jmiletich@msfhc.com
Todd S. Winegar Todd.Winegar@azbar.org

Tracy Fowler
SNELL & WILMER
150 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, UT 84101
swasbestos@swlaw.com

KIPP AND CHRISTIAN, P.C.
Shawn McGarry smcgarry@kippandchristian.com
David Bernstein dbernstein@kippandchristian.com

RICHARDS BRANDT MILLER & NELSON
Melinda A. Morgan melinda-morgan@rbmn.com

Alan R. Brayton
S. Brook Millard
C. Ryan Christensen
Brayton Pursell
Eisenburg & Gilchrist
utasbestos@braytonlaw.com

E. Scott Savage
Berman & Savage
50 South State Street, Suite 1250
Salt Lake City, UT 84144
asbestos@bermansavage.com

U.S. Mail:

Richard C. Binziey
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, #300
Akron, OH 44308-1314

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Raymond P. Forceno
Forceno & Hannon
Ill S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

-4-

| | | |
|---|---|---|
| John J. Repcheck<br>Marks, O'Neill, O'Brien & Courtney<br>3200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Robert N. Spinelli<br>Kelley, Jasons, McGuire & Spinelli<br>Centre Square West, 15th Floor<br>Philadelphia, PA 19102 | Andrew J. Trevelise<br>Reed Smith, LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 |
| Richard D. Schuster<br>Vorys, Sater, Seymour & Pease, LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216 | Robert E. Swickle<br>Jaques Admiralty Law Firm, P.C.<br>1570 Penobscot Building<br>The Maritime Asbestosis Legal Clinic<br>Detroit, MI 48226 | James K. Weston, II<br>Tom Riley Law Firm<br>4040 First Avenue, N.E.<br>P.O. Box 998<br>Cedar Rapids, IA 52406 |
| Neil Selman<br>Selman, Breitman & Burgess<br>11766 Wilshire Boulevard<br>Sixth Floor<br>Los Angeles, CA 90025 | | |

Asbestos.267\SN\MDL Enlargement request.wpd