MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MDL 875

AUG 30 2005

FILED
CLERK'S OFFICE

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)

PETER J. FUNK, et al.,
Plaintiff(s),
v.
GENERAL ELECTRIC CO.,
Defendant.
(Southern District of New York 05-CV-5730)

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

TO THE CLERK:

Please accept Plaintiff's Notice of Opposition to the Conditional Transfer Order (CTO-251) entered by the Panel on August 15, 2005 for the above-captioned matter.

Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038
Telephone: 212-558-5500
Facsimile: 212-344-5461

BY: _____
Bryan Belasky
Attorney for Plaintiff

PLEADING NO. 4610

RECEIVED
CLERK'S OFFICE
2005 AUG 29

**OFFICIAL FILE COPY**

IMAGED AUG 30 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all Defense Counsel for CTO-251, MDL 875 In Re Asbestos Products Liability Litigation this 29th day of August, 2005.

_____
Bryan Belasky, Esq.