

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 3 0 2005

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN REGARDING: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CIVIL ACTION NO. MDL 875 |

## DEFENDANT UNION PACIFIC RAILROAD COMPANY'S CORPORATE DISCLOSURE STATEMENT

Comes now Defendant, UNION PACIFIC RAILROAD COMPANY, and files its Corporate Disclosure Statement.

I.

1. Union Pacific Railroad Company is owned by Union Pacific Corporation and Southern Pacific Rail Corporation. Union Pacific Corporation also owns Southern Pacific Rail Corporation.

OFFICIAL FILE COPY

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2005 AUG 30 P 4: 39

RECEIVED
CLERK'S OFFICE

IMAGED AUG 3 1 2005

2. Union Pacific Corporation is the only publicly held company that owns more 10% or more of Union Pacific Railroad Company.

Respectfully submitted,

**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**

By: _____
ROGER H. NEBEL
State Bar No. 90001973
1717 St. James Place, Suite 600
Houston, Texas 77056
Telephone: (713) 402-1717
Facsimile: (713) 621-6746

**ATTORNEYS FOR DEFENDANT
UNION PACIFIC RAILROAD COMPANY**

**PROOF OF SERVICE/CERTIFICATE OF SERVICE**

I hereby certify that on the __24__ day of August, 2005, a true and correct copy of Defendant Union Pacific Railroad Company's Corporate Disclosure Statement was served upon plaintiff's counsel of record simultaneously with filing this document:

Aphonsus Ezeoke, Attorney for Plaintiff Burnett Bell
Ezeoke & Ezeoke Law Firm
7100 Regency Square, Ste. 190
Houston, Texas 77036

I also hereby certify that on the __24__ day of August, 2005, a true and correct copy of Defendant Union Pacific Railroad Company's Corporate Disclosure Statement was served per the attached Panel Service List.

_____
Roger H. Nebel

| | | |
|---|---|---|
| Richard Bizley | David Landin | Robert Spinelli |
| Thompson Hine LLP | Hunton & Williams | Kelley, Jasons, McGuire & Spinelli |
| 127 Public Key | Riverfront Plaza, East Tower | Centre Square West |
| 3900 Key Center | 951 East Byrd Street | 15th Floor |
| Cleveland, OH 44114 | Richmond, VA 23219 | Philadelphia PA 19102 |
| Edward Cass | Gene Locks | Robert Swickle |
| Gallagher, Sharp, Fulton & Norman | Greitzer & Locks | Jaques Admiralty Law Firm, P.C. |
| Bulkley Building, 7th Floor | 1500 Walnut St. | 1570 Penobscot Building |
| 1501 Euclid Ave., | Philadelphia PA 19102 | The Maritime Asbestosis Legal Clinic |
| Cleveland, OH 44115 | | Detroit, MI 48226 |
| Adam Chud | Ronald Motley | Andrew Trevelise |
| Goodwin Proctor LLP | Motley Rice LLP | Reed Smith LLP |
| 901 New York Ave., N.W. | 28 Bridgeside Blvd. | 2500 One liberty Place |
| Washington, D.C. 20001 | Mt. Pleasant, SC 29465 | 1650 Market St. |
| | | Philadelphia PA 19103 |
| David Damico | John Repcheck | Ellen Furman |
| Burns, White & Hickton, LLC | Marks, O'Neill, O'Brien & Courtney | Goldfein & Hosmer |
| Four Northshore Center | 3200 Gulf Tower | 1600 Market St. |
| 106 Isabella St. | 707 Grant St. | 33rd Floor |
| Pittsburgh, PA 15212 | Pittsburgh, PA 15219 | Philadelphia PA 19103 |
| Raymond Forceno | James Weston | Susan Hansen |
| Forceno & Hannon | Tom Riley Law Firm | Brownson & Ballou |
| 111 S. Independent Mall East | 4040 First Ave., N.E. | 225 South Sixth St. |
| The Bourse, Ste. 1000 | P.O. Box 998 | Suite 4800 |
| Philadelphia PA 19106-2574 | Cedar Rapids, IA 52406 | Minneapolis, MN 55402 |
| Richard Shuster | Reginald Kramer | Neil Selman |
| Vorys, Sater, Seymour & Pease, LLP | Oldham & Dowling | Selman, Breitman & Burgess |
| 52 E. Gay St | 195 S. Main St. | 11766 Wilshire Blvd. |
| PO Box 1008 | Suite 300 | Sxith Floor |
| Columbus OH 43216 | Akron, OH 44308-1314 | Los Angeles, CA 90025 |

