JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

SEP - 7 2005

FILED
CLERK'S OFFICE

**DOCKET NO. 875**
**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

This document relates to CTO-250:

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| HARRIETT C. KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 4:05-CV-2951 |
| | ) |
| NORTHROP GRUMMAN SYSTEMS CORP., | ) |
| ET AL, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO
PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER**

Defendants Northrop Grumman Systems Corporation, Newport News Shipbuilding and Dry Dock Company ("NNS"), and Newport News Shipbuilding, Inc., (collectively "Defendants") by counsel, respectfully submit this memorandum in opposition to Plaintiff's Motion to Vacate the Conditional Transfer Order No. 250, stating as follows:

## I.   FACTUAL BACKGROUND

On May 10, 2005, Plaintiff filed this case in the Circuit Court for the City of Newport News, Virginia. Plaintiff alleges "household exposure" to asbestos as the result of contact with family members who worked at NNS and allegedly brought asbestos home from work on their clothes and body. NNS removed the cases to Federal court based on the Federal Officer

OFFICIAL FILE COPY

IMAGED SEP 1 2 2005

Removal Statute, 28 U.S.C. § 1442, and filed a Notice of Tag-Along Action with the Panel. The MDL Panel accepted conditional transfer of these cases in CTO-250.

Plaintiff has filed a remand motion in the United States District Court for the Eastern District of Virginia. NNS has opposed this motion in Virginia.[1] NNS now opposes Plaintiff's Motion to Vacate CTO-250. On Plaintiff's Motion to Vacate, the sole issue is whether Plaintiff's claims are subject to the jurisdiction of MDL 875. For the reasons stated below, this asbestos-related case clearly falls within the purview of MDL 875. Thus, Plaintiff's motion must be denied.

## II. LEGAL ARGUMENT

Except for the first two paragraphs of the argument section in her Motion to Vacate, Plaintiff's entire brief repeats arguments made in her remand motion filed with the district court in Virginia. However, issues related to Plaintiff's Motion to Remand have no relevance to Plaintiff's Motion to Vacate the Conditional Transfer Order here. The Panel has before it only the issue of whether the case was properly transferred to the MDL, not whether the case was properly removed to federal court. This case is simply an asbestos-related action and its inclusion in MDL 875 would help conserve judicial resources dealing with issues that have previously been resolved by Judge Wiener. Consequently, Defendants urge the Panel to deny Plaintiffs' motion to vacate CTO-250 and enter a final order transferring this personal injury asbestos action to the Eastern District of Pennsylvania.

The Judicial Panel on Multidistrict Litigation has centralized in a single district all pending federal personal injury and wrongful death asbestos actions for consolidated and

---

[1] NNS has asked the Virginia district court to stay its proceedings in this cases, thereby deferring to Judge Wiener on the remand issue. However, the district court in Virginia has not yet ruled on the stay request and, in any event, the remand issue would be decided by Judge Wiener, not the Panel.

coordinated pretrial proceedings. *In re Asbestos Products Liability Litig.*, 771 F. Supp. 415, 425 (J.P.M.D.L. 1991). In its opinion, the Panel expressed concern over the duplication of effort, economy, potential for inconsistent decisions and the inconsistent treatment of plaintiffs in and among the districts. *Id.* at 420-22. In response to this crisis, the Panel directed that all pending federal district court actions, including subsequently filed tag-along actions, be centralized in the Eastern District of Pennsylvania before Judge Charles R. Wiener. *Id.* at 422. In establishing the asbestos MDL docket, the Panel stated:

> the actions in this litigation involve common questions of fact relating to injuries or wrongful death caused by exposure to asbestos or asbestos containing products, and ... centralization under § 1407 in the Eastern District of Pennsylvania will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

*Id.* at 417.

There are three requirements for obtaining transfer under the MDL statute: (1) the presentation of one or more common questions of fact; (2) transfer must be for the convenience of parties and witnesses; and (3) transfer must promote the just and efficient conduct of such actions. 28 U.S.C. § 1407(a). These three requirements are to be balanced and are not entitled to equal weight. 17 MOORE'S FEDERAL PRACTICE, *Multidistrict Litigation* § 112.04[1][a] (3d ed. 2005). Against this backdrop, it is readily apparent that transfer is appropriate here.

The first requirement of commonality is satisfied. Plaintiff's claims by their very nature share common questions of fact with the cases currently pending in MDL 875 -- personal injury or wrongful death claims involving asbestos exposure. There is no dispute that these claims are anything other than asbestos-related claims.

Similarly, the second requirement of convenience is satisfied. The Panel in assessing convenience does not look to the convenience of individual litigants in individual cases. Rather,

the Panel looks to the interests of all of the MDL plaintiffs and defendants, and must consider multiple litigation as a whole and in light of the purposes of § 1407. *In re Library Editions of Children's Books*, 297 F. Supp. 385, 386 (J.P.M.L. 1968). When dealing with large multidistrict litigation from throughout the United States, "central depositories for documents and common depositions can save enormous amounts of time. Having the litigation consolidated in a centrally located, convenient forum ... serves the convenience of all the parties involved." MOORE'S § 112.04[1][a]. Thus, transfer to the MDL docket is warranted here.

The third and most important requirement for transfer is the Panel's determination that consolidation and transfer will provide the just and efficient conduct of the litigation. The term "efficiency" in this context "usually refers to saving judicial resources." MOORE'S § 112.04[1][d]. Section 1407 was enacted "as a means of conserving judicial resources in situations where multiple cases involving common questions of fact were filed in different judicial districts." *In re Food Lion, Inc.*, 73 F.3d 528, 532 (4th Cir. 1996). Thus, efficient judicial administration of this case, along with all other asbestos cases in the MDL, will be achieved by conducting their pretrial proceedings in one forum in front of one judge to avoid repeated, or possibly conflicting, rulings. *See In re Air Crash Disaster Near Chicago*, 476 F. Supp. 445, 447 (J.P.M.L. 1979). Accordingly, transfer is warranted here.

### III.   CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Panel deny Plaintiff's Motion to Vacate CTO-250, and order the final transfer of the case to MDL 875 for coordinated pretrial proceedings before Judge Wiener.

Respectfully submitted this 6th day of September, 2005.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 7 2005

FILED
CLERK'S OFFICE

NORTHROP GRUMMAN SYSTEMS
CORPORATION, NEWPORT NEWS
SHIPBUILDING AND DRY DOCK
COMPANY, AND NEWPORT NEWS
SHIPBUILDING, INC.

By _____
                                          Counsel

Joseph C. Kearfott (VSB #12639)
John D. Epps (VSB # 19594)
Brian J. Schneider (VSB # 45841)
**HUNTON & WILLIAMS LLP**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200
(804) 788-8218 (facsimile)

*Counsel for Newport News Shipbuilding and Dry Dock Company*

## CERTIFICATE OF SERVICE

I hereby certify that on September _6_, 2005, I caused to be sent by overnight delivery a true copy of the foregoing **DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER** to Gary W. Kendall, Esquire, Michie, Hamlett, Lowry, Rasmussen & Tweel, PLLC, 500 Court Square, Suite 300, Charlottesville, Virginia 22902-0298, and Conrad Metcalf, Esquire, Trine & Metcalf, 1435 Arapahoe Avenue, Boulder, Colorado 80302, counsel for Plaintiff, and by first class mail to all other counsel identified in the accompanying Panel Service List excerpted from CTO-250.

_____

5

## INVOLVED COUNSEL LIST (CTO-250)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

John M. Anderson
Bassford Remele, PA
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3701

Franklin Keith Ball
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box 750
Jackson, MS 39205-0750

David F. Beach
Drath Clifford Murphy & Hagen
1999 Harrison Street, Suite 1900
Oakland, CA 94612-3517

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Bruce T. Bishop
Wilcox & Savage, P.C.
One Commercial Place, Suite 1800
Norfolk, VA 23510

Bryan O. Blevins, Jr.
Provost & Umphrey Law Firm, LLP
490 Park Street
P.O. Box 4905
Beaumont, TX 77704

James H. Bolin
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Joel M. Bondurant, Jr.
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

Alexander M. Bullock
Evert & Weathersby, LLC
3405 Piedmont Road, N.E., Suite 225
Atlanta, GA 30305

Thomas F. Burris, III
Law Offices of Peter T. Nicholl
430 Crawford Street, Suite 202
Portsmouth, VA 23704

Ashley E. Cannady
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

William T. Causby
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Adam M. Chud
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001

Dennis A. Clary
Clary & Bax, LLP
904 Center St.
P.O. Box 1044
Lewiston, NY 14092-0732

Lawrence M. Coco, III
Baker, Donelson, Bearman, et al.
P.O. Box 14167
Jackson, MS 39236-4167

William Robert Coleman, Jr.
Scott, Sullivan, Streetman & Fox
P.O. Box 13847
Jackson, MS 39236-3847

William David Conner
Haynsworth Sinkler Boyd
75 Beattie Place, 11th Floor
P.O. Box 2048
Greenville, SC 29602

Marcy B. Croft
Forman, Perry, Watkins, Krutz & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

William S. Davies, Jr.
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Building, 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Dana Hefter Davis
Young, Moore & Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622

William Pearce Davis
Baker, Ravenel & Bender
P.O. Box 8057
Columbia, SC 29202

Jessica B. DeGroote
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Mark O. Denehy
Adler, Pollock & Sheehan
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Steven Michael Dicker
Dicker & Dicker
300 West Adams Street, Suite 330
Chicago, IL 60606

David R. Donadio
Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94948-6169

Thomas F. Dougall
Law Office of Thomas F. Dougall
1713 Woodcreek Farms Road
Elgin, SC 29045

Michael W. Drumke
Schiff Hardin LLP
233 South Wacker Drive
6600 Sears Tower
Chicago, IL 60606

John A. Eaves, Jr.
John Arthur Eaves Law Office
101 North State Street
Jackson, MS 39201

Christopher E. Fitzgerald
Fitzgerald & Associates, PLLC
2113 Government Street, D-3
Ocean Springs, MS 39564

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

RECEIVED CLERK'S OFFICE 2005 SEP -7 P 3: 24

Ellen B. Furman  
Goldfein & Hosmer  
1600 Market Street, 33rd Floor  
Philadelphia, PA 19103  

James D. Gandy, III  
Pierce, Herns, Sloan & McLeod  
P.O. Box 22437  
Charleston, SC 29413  

Amy M. Gantvoort  
120 Broadway, Suite 300  
Santa Monica, CA 90069  

William P. Gavin  
Gavin Law Firm  
17 Park Place Professional Centre  
Belleville, IL 62226  

Dan J. Gendreau  
Rider Bennett, LLP  
33 South Sixth Street, Suite 4900  
Minneapolis, MN 55402  

William M. Graham  
Wallace & Graham, P.A.  
525 North Main Street  
Salisbury, NC 28144  

Robert V. Greenlee  
Forman, Perry, Watkins, Krutz &  
Tardy, LLP  
P.O. Box 22608  
Jackson, MS 39225-2608  

Susan M. Hansen  
Brownson & Ballou  
225 South Sixth Street, Suite 4800  
Minneapolis, MN 55402  

Allyson S. Hauck  
Thornton & Naumes, L.L.P.  
100 Summer Street, 30th Floor  
Boston, MA 02110  

Cecil M. Heidelberg  
Maison Heidelberg, PA  
795 Woodlands Parkway, Suite 220  
Ridgeland, MS 39157  

Scott W. Henry  
Segal, McCambridge, Singer &  
Mahoney, Ltd.  
One IBM Plaza, Suite 200  
330 North Wabash Avenue  
Chicago, IL 60611  

Jeffrey P. Hubbard  
Wells, Moore, Simmons & Hubbard  
P.O. Box 1970  
Jackson, MS 39215-1970  

Lori E. Jarvis  
Hunton & Williams  
Riverfront Plaza, East Tower  
951 East Byrd Street  
Richmond, VA 23219  

Christopher H. Jones  
Phelan, Pettit & Biedrzycki  
121 South Broad Street, Suite 1600  
Phildelphia, PA 19107  

Thomas J. Joyce, III  
Hannon & Joyce  
The Curtis Center  
Independence Square West, Suite 450  
Philadelphia, PA 19106  

Daniel J. Kelly  
Haight, Brown & Bonesteel  
100 Bush Street, 27th Floor  
San Francisco, CA 90104-3929  

Gary W. Kendall  
Michie, Hamlett, Lowry, et al.  
500 Court Square, Suite 300  
P.O. Box 298  
Charlottesville, VA 22902-0298  

Kristi D. Kennedy  
Currie, Johnson, Griffin, Gaines &  
Myers  
P.O. Box 750  
Jackson, MS 39205-0750  

Reginald S. Kramer  
Oldham & Dowling  
195 South Main Street, Suite 300  
Akron, OH 44308-1314  

Mark R. Kurz  
Gundlach, Lee, Eggman, et al.  
5000 West Main Street  
P.O. Box 23560  
Belleville, IL 62223-0560  

Carter T. Lambeth  
Johnson & Lambeth  
232 Princess Street  
P.O. Box 660  
Wilmington, NC 28402  

David C. Landin  
Hunton & Williams  
Riverfront Plaza, East Tower  
951 East Byrd Street  
Richmond, VA 23219  

H. Seward Lawlor  
Glasser & Glasser, P.L.C.  
580 East Main Street  
600 Crown Center  
Norfolk, VA 23510  

Gene Locks  
Greitzer & Locks  
1500 Walnut Street  
Philadelphia, PA 19102  

Donald W. Martin, Jr.  
McGuire Woods LLP  
One James Center  
901 East Cary Street  
Richmond, VA 23219-4030  

Christopher O. Massenburg  
Aultman, Tyner & Ruffin, Ltd.  
P.O. Box 750  
315 Hemphill Street  
Hattiesburg, MS 39403-0750  

Christopher D. Mauriello  
Wallace & Graham, P.A.  
525 North Main Street  
Salisbury, NC 28144  

Damon G. McClain  
Sedgwick Detert Moran & Arnold  
One Embarcadero Center, 16th Floor  
San Francisco, CA 94111  

Daniel J. Mohan  
Daley & Mohan, P.C.  
150 North Wacker Drive, Suite 1550  
Chicago, IL 60606  

Ronald L. Motley  
Motley Rice, LLC  
28 Bridgeside Blvd.  
Mt. Pleasant, SC 29465  

Tiffany L. Newlin  
Baron & Budd  
3102 Oaklawn Avenue, Suite 1100  
Dallas TX 75219  

Robert L. Norton  
Jones & Granger  
10000 Memorial Drive, Suite 888  
P.O. Box 4340  
Houston, TX 77210-4340  

Keith D. Obert  
Obert Law Group, P.A.  
P.O. Box 2081  
Madison, MS 39130-2081  

David T. Owens  
Hunton & Williams  
1601 Bryan Street, 30th Floor  
Dallas, TX 75201  

Ann L. Park  
Pond North, LLP  
350 South Grand Avenue, Suite 2850  
Los Angeles, CA 90071

Keith E. Patterson
Yaron & Associates
601 California Street, 21st Floor
San Francisco, CA 94108-2281

Richard Peamon
101 Center Place
Baltimore, MD 21222

Carl E. Pierce, II
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Michael S. Polk
Sieben, Polk, LaVerdiere, et al.
999 Westview Drive
Hastings, MN 55033-2495

James B. Pressly, Jr.
Haynsworth, Marion, et al.
75 Beattie Place, 11th Floor
P.O. Box 2048
Greenville, SC 29602

Steven J. Pugh
Richarson, Plowden, et al.
P.O. Drawer 7788
Columbia, SC 29202

Duval C. Ravenel
Baker, Ravenel & Bender
P.O. Box 8057
Columbia, SC 29202

John J. Repcheck
Marks, O'Neill, O'Brien, et al.
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Trudy Hartzog Robertson
Moore & Van Allen, PLLC
P.O. Box 22828
Charleston, SC 29413-2828

John D. Roven
Roven-Kaplan, LLP
2190 North Loop West, Suite 410
Houston, TX 77018

Thomas C. Sattler
Wolfe, Snowden Law Firm
1248 O Street
Suite 800, Wells Fargo Center
Lincoln, NE 68508-1424

Brian James Schneider
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard, 6th Floor
Los Angeles, CA 90025

E. Terry Sibbernsen
Sibbernsen, Strigenz Law Firm
8805 Indian Hills Drive, #325
P.O. Box 24268
Omaha, NE 68124

Frances L. Spinelli
Evert & Weathersby, LLC
3405 Piedmont Road, N.E., Suite 225
Atlanta, GA 30305

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Erik K. Swanson
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607-5308

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Jennifer M. Techman
Evert & Weathersby, LLC
3405 Piedmont Road, N.E., Suite 225
Atlanta, GA 30305

Mark S. Thomas
Maupin, Taylor, PA
P.O. Drawer 19764
Raleigh, NC 27619-9764

Patrick T. Tierney
Collins, Buckley, Sauntry & Haugh
West 1100 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Carlos Uresti
Chaves Gonzales, et al.
802 N. Carancahua, Suite 200
Corpus Christi, TX 78470

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Consuelo W. Walley
Law Offices of Jon A. Swartzfager
442 N. 6th Avenue
P.O. Box 131
Laurel, MS 39441-0131

Henry N. Ware, Jr.
Spotts Fain, PC
411 E Franklin St
P.O. Box 1555
Richmond, VA 23218-1555

Louis H. Watson, Jr.
Watson & Heidelberg
520 East Capitol Street
Jackson, MS 39201-2703

Kenneth L. Weltz
Lathrop & Gage, L.C.
10851 Mastin Blvd.
Building 82, Suite 1000
Overland Park, KS 66210-1669

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Paul A. Weykamp
Law Offices of Paul A. Weykamp
110 St. Paul Street, Suite 300
Baltimore, MD 21202

Stephen B. Williamson
Van Winkle, Buck, Wall, Starnes & Davis, P.A.
11 N. Market Street
P.O. Box 7376
Ashville, NC 28802

Lee Ruffin Wilson
Bowers Orr, LLP
P.O. Box 25389
Columbia, SC 29224

Laura P. Yee
Knott & Glazier
201 Spear Street, Suite 1520
San Francisco, CA 94105

## SUPPLEMENTAL CERTIFICATE OF SERVICE

SEP - 9 2005
FILED
CLERK'S OFFICE

I hereby certify that on September 9, 2005, I caused to be sent by first class mail a true copy of **DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER** to Michele A. Allen-Hart, Esq., Abbott, Simses & Kuchler, 400 Lafayette Street, Suite 200, New Orleans, LA 70130 and Robert E. Kelly, Jr., Esq., Abbott, Simses & Kuchler, 1360 Post Oak Boulevard, Suite 1700, Houston, TX 77056,

_____

2005 SEP -9 P 3:58
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

21323.004001 RICHMOND 1510258v1