

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 8 2005

## MORRIS, SAKALARIOS & BLACKWELL
A PROFESSIONAL LIMITED LIABILITY COMPANY
1817 Hardy Street 39401-4914
P. O. Drawer 1858 39403-1858
Hattiesburg, Mississippi
Telephone 601-544-3343
Facsimile 601-544-9814

F. MARVIN MORRIS, III
ANTHONY SAKALARIOS
CHARLES G. BLACKWELL

FILED
CLERK'S OFFICE
STACEY LEA SIMS
SHAUN R. CADE
*also admitted in Alabama

September 8, 2005

SENT VIA FACSIMILE
Michael J. Beck
Clerk of the Panel
United States of America Judicial Panel
on MultiDistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Bldg
Room G-255 - North Lobby
Washington, DC  20002

> Request of Lang, MSS 1:05-344; Gilmore, MSS 1:05-345; Martin, MSS 1:05-346 and Stokes, MSS 1:05-347 for Extension of Time to File Motion/Brief to Vacate CTO -- GRANTED TO AND INCLUDING SEPTEMBER 19, 2005
> (cdm - 9/8//05)

RE:　MDL NO. 875 B IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
　　　Conditional Transfer Order (CTO-251)
　　　MSS 1 05-344 - Estate of Clyde Lang v. Abex Corp, et al
　　　MSS 1 05-345 - Eddie Gilmore v. Abex Corp., et al
　　　MSS 1 05-346 - Hunter C. Martin v. Abex Corp., et al
　　　MSS 1 05-347 - Walter Lee Stokes v. Abex Corp. et al

Dear Mr. Beck:

Due to the recent hurricane in Mississippi, we have just received power in our office today and have been unable to respond to your letter dated August 19, 2005. Therefore I am requesting an extension until Monday, September 19, 2005, to file our Motion and Brief to Vacate the Conditional Transfer Order in the above matters. Please notify me immediately if this extension can be granted.

Please do not hesitate to contact my office with any questions or concerns regarding this matter. Thank you for your consideration in this matter. With kindest personal regards, I remain

Sincerely Yours,

Stacey Lea Sims

SLS/bjm

OFFICIAL FILE COPY

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2005 SEP -8 A 9:59
RECEIVED CLERK'S OFFICE

IMAGED SEP - 9 2005