

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 1 3 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Jerry A. Harrell v. Minnesota Mining & Manufacturing Co., et al.*, S.D. Mississippi, C.A. No. 1:05-341

## ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Harrell*) on August 15, 2005. In the absence of any known opposition to the proposed transfer of *Harrell*, the stay of transmittal with regard to *Harrell* was lifted on August 31, 2005, and the action was transferred to the Eastern District of Pennsylvania. Subsequently, on September 12, 2005, the Panel received a belated notice of opposition to the transfer of *Harrell* submitted by defendants Certainteed Corporation and General Electric Company. In this opposition, these defendants' counsel, who is located in Jackson, Mississippi, states that he was unable to file a timely notice of opposition due to Hurricane Katrina. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in *Harrell* in order to permit these defendants to pursue their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-251" filed on August 15, 2005, is REINSTATED insofar as it relates to this action. These defendants' notice of opposition is deemed filed as of September 13, 2005, and in accordance with Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), they shall file the required motion and supporting brief to vacate the conditional transfer order on or before September 28, 2005.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY

IMAGED SEP 1 3 2005