

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 13 2005

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | MDL – 875 |

THIS DOCUMENT RELATES TO:

### CONDITIONAL TRANSFER ORDER (CTO-251)

| | | |
|---|---|---|
| PETER J. FUNK and GLORIA FUNK, | : : | |
| Plaintiffs, | : : | |
| -against- | : : | S.D.N.Y. Civ. Action No. 05-5730 |
| GENERAL ELECTRIC COMPANY, et al., | : : | |
| Defendants. | : | |

## NOTICE OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-251)
## AS TO Peter J. Funk and Gloria Funk v. General Electric Company, et al.

**TO:**   Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Bldg.
Room G-255, North Lobby
Washington, D.C. 20002

RECEIVED
CLERK'S OFFICE
2005 SEP 13 A 10: 42

**AND:**  All Counsel on the attached Panel Service List (Excerpted from CTO-251), MDL Docket
No. 875, In re Asbestos Products Liability Litigation (No. VI) and on the attached Service
List for the Funk case.

OFFICIAL FILE COPY
IMAGED SEP 1 4 2005

**PLEASE TAKE NOTICE** that pursuant to the Rules of the Judicial Panel on Multidistrict Litigation, plaintiffs in the above-captioned action, by and through their undersigned attorneys, hereby move the Judicial Panel to vacate so much of Conditional Transfer Order (CTO-251) as applies to Peter J. Funk and Gloria Funk v. General Electric Co., et al., Civil Action No. 05-5730 (S.D.N.Y.) or, in the alternative, to stay the CTO from becoming final and effective until the District Court for the Southern District of New York rules on any motion to remand filed by plaintiffs.

Dated: New York, New York    By:_____
      September 12, 2005          Bryan Belasky (1777)
                              **WEITZ & LUXENBERG, P.C.**
                              180 Maiden Lane, 17th Floor
                              New York, New York 10038
                              Tel. (212) 558-5500
                              Attorneys for Plaintiffs

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 1 3 2005

FILED
CLERK'S OFFICE

IN RE ASBESTOS PRODUCTS LIABILITY    :   **MDL – 875**
LITIGATION (No. VI)    :

THIS DOCUMENT RELATES TO:

**CONDITIONAL TRANSFER ORDER (CTO-251)**

PETER J. FUNK and GLORIA FUNK,    :
   :
         Plaintiffs,    :
   :
    -against-    :   S.D.N.Y. Civ. Action No. 05-5730
   :   Judge Shira A. Scheindlin
GENERAL ELECTRIC COMPANY, et al.,    :
   :
         Defendants.    :
   :

**PLAINTIFFS' BRIEF IN SUPPORT OF THEIR MOTION TO VACATE
CONDITIONAL TRANSFER ORDER (CTO-251) AS TO
<u>Funk v. General Electric Co., et al.</u>**

RECEIVED
CLERK'S OFFICE
2005 SEP 13   A 10: 42
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## BACKGROUND OF THE LITIGATION

Plaintiffs here move to vacate so much of Conditional Transfer Order CTO-251 as applies to their action for personal injury caused by exposure to asbestos, which was removed from the Supreme Court of the State of New York, New York County, to the United States District Court for the Southern District of New York.  In the alternative, plaintiffs respectfully request that the Panel stay the CTO from becoming final and effective pending an opportunity for plaintiffs to complete their ongoing factual investigation necessary to determine whether a motion to remand this case to state court would be appropriate and, if so, a ruling by the District Court for the Southern District of New York on any such motion made by the plaintiffs.

Plaintiff Peter Funk suffers from mesothelioma, an invariably fatal cancer of which the only known cause is exposure to asbestos.  Because of the terminal condition of the Plaintiff, this case was to be granted a trial preference in state court, and, if remanded, would have a trial date within months.  Plaintiffs do not seek to prosecute these cases in the Southern District of New York at all, but simply want additional time prior to transfer of these actions to the MDL Court so that they can complete their ongoing factual investigation in order to evaluate the chances that a motion to remand back to state court would be granted and, if such a motion is filed, an opportunity for the District Court in New York to hear the motion.

## PROCEDURAL HISTORY

Plaintiffs first filed suit against General Electric Co. ("GE") and other defendants on May 23, 2005 in New York State Supreme Court.  On or about June 21, 2005, GE removed this action to the District Court for the Southern District of New York.  Counsel for GE subsequently suggested to the Judicial Panel on Multidistrict Litigation that this matter be listed as a tag-along case to MDL 875, In re Asbestos Products Liability Litigation (No. VI).

-2-

On or about August 15, 2005, this Panel filed CTO-251, conditionally transferring this action to the MDL court in the Eastern District of Pennsylvania. On or about August 30, 2005, Plaintiffs filed a Notice of Opposition to the CTO with this Panel.

## LEGAL ARGUMENT

All that plaintiffs seek here is additional time to complete their ongoing factual investigation relevant to the issues raised by GE in its Removal Petition. Plaintiffs are in the process of determining through their investigation whether a motion to remand this action to state court would likely be granted. If Plaintiffs do file such a motion, additional time sufficient for the Court in the Southern District of New York to rule on the motion prior to a transfer to the Eastern District of Pennsylvania is also sought here. It appears that the asbestos MDL court has never ruled on a plaintiff's motion to remand a case back to state court. Instead, in asbestos cases throughout the country, it is the District Court to which the case is first removed that routinely decides this threshold issue. See e.g., Feidt v. Owens - Corning Fiberglas Corp., 153 F.3d 124 (3d Cir. 1998); Fink v. Todd Shiparyds, 2004 WL 856734 (E.D.La. 2004); Morgan v. Asbestos Defendants, 2003 WL 945987 (N.D. Cal. 2003); Teague v. Bell Helicopter Services, Inc., 2003 WL 21135481 (N.D.Tex.2003); Schilz v. A.P. Green Industries, Inc., 2002 WL 102608 (N.D.Cal. 2002); Freiberg v. Swinerton & Walberg Property Services, Inc., 245 F.Supp.2d 1144 (D. Colo. 2002); Carter v. ACANDS, Inc., 2002 WL 31682352 (E.D.Tex. 2002); Hines v. ACANDS, Inc., 128 F.Supp.2d 1003 (N.D. Texas 2001); Anderson v. Crown Cork & Seal, 93 F.Supp.2d 697 (E.D. Va. 2000); Megill v. Worthington Pump, Inc., 1999 WL 191565 (D.Del.1999); Mouton v. Flexitallic, Inc., 1999 WL 225438 (E.D.La.1999); Bautista v. Owens - Corning Fiberglas Corp., 1998 WL 267975 (N.D.Cal. 1998); Nguyen v. Allied Signal, Inc., 1998 WL 690854 (N.D.Cal. 1998); Polesky v. ACANDS, Inc., 1998 WL 633666 (S.D.N.Y. 1998);

Ruffin v. Armco Steel Corp., 959 F.Supp. 770 (S.D. Texas 1997); McCormick v. C.E. Thurston & Sons, Inc., 977 F.Supp. 400 (E.D. Va. 1997); Blackman v. Asbestos Defendants, 1997 WL 703773 (N.D.Cal. 1997); Gauthe v. Asbestos Corp. 1997 WL 3255 (E.D.La. 1997); Overly v. Raybestos-Manhattan, 1996 WL 532150 (N.D.Cal. 1996); Yap v. Owens - Corning Fiberglas Corp., 1995 WL 225694 (N.D. Cal. 1995); Viala v. Owens - Corning Fiberglas Corp., 1994 WL 139287 (N.D. Cal. 1994); Cabalic v. Owens - Corning Fiberglas Corp., 1994 WL 564724 (N.D.Cal. 1994); Saaquisame v. Owens - Corning Fiberglas Corp., 1994 WL 564727 (N.D.Cal.1994); Crocker v. Borden, Inc., 852 F.Supp. 1322 (E.D. La. 1994); Anderson v. Avondale Industries, Inc., 1994 WL 679827 (E.D.La. 1994); Pack v. ACAND S, Inc., 838 F.Supp. 1099 (D. Md. 1993); Fung v. Abex Corp., 816 F.Supp. 569 (N.D. Cal. 1992). Moreover, there is precedent for this Panel to facilitate the decision of remand motions prior to transfer of asbestos cases to the asbestos MDL court. E.g. Vasura v. ACANDS, 84 F.Supp.2d 531, 532-33 (S.D.N.Y. 2000) (panel vacated a previously-granted final order of transfer to permit the transferor judge to rule on a motion to remand); see also DAVID F. HERR, MANUAL FOR COMPLEX LITIGATION § 31.131 (3d ed. 2003) at 332 ("Sometimes the panel has concluded that it should delay its ruling on transfer until critical motions have been decided by the court in which the case is pending.").

In this case, because of the Plaintiff's deteriorating health and the trial preference the case would receive in state court, it would be unfair to transfer this case to the asbestos MDL Court prior to Plaintiffs having the opportunity to fully investigate all of the facts relevant to the allegations made in GE's removal petition to determine whether a motion to remand would be granted. Additional time for the District Court to rule on any such motion would serve the interests of justice as well.

-4-

## CONCLUSION

For all of the foregoing reasons, plaintiffs respectfully request that the Judicial Panel on

Multidistrict Litigation vacate so much of Conditional Transfer Order CTO-251 as applies to

their case, or, in the alternative, stay the transfer order from becoming final and effective until

Plaintiffs can determine whether a motion to remand to state court should be filed and the

District Court for the Southern District of New York can rule on any such motion.


Respectfully submitted,

Dated: New York, New York    By:_____
September 12, 2005      Bryan Belasky
                **WEITZ & LUXENBERG, P.C.**
                180 Maiden Lane, 17th Floor
                New York, New York 10038
                Tel. (212) 558-5753
                Attorneys for Plaintiffs

**BEFORE THE JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 13 2005

FILED
CLERK'S OFFICE

IN RE ASBESTOS PRODUCTS LIABILITY    :    **MDL – 875**
LITIGATION (No. VI)                  :
                                     :

THIS DOCUMENT RELATES TO:

**CONDITIONAL TRANSFER ORDER (CTO-251)**

PETER FUNK and GLORIA FUNK,          :
                                     :
                     Plaintiffs,     :
                                     :
        -against-                    :    S.D.N.Y. Civ. Action No. 05-5730
                                     :    Judge Shira A. Scheindlin
GENERAL ELECTRIC COMPANY, et al.,    :
                                     :
                     Defendants.     :
                                     :

**CERTIFICATION OF SERVICE**

        I, Bryan Belasky, being of full age do hereby certify as follows:

        I am an attorney admitted to the practice of law in the Federal and State Courts of the

State of New York, and I am an associate of the law firm of Weitz & Luxenberg, P.C., counsel

for plaintiffs in the above-captioned action.  On the date set forth next to my signature below, I

caused the original and four copies of the within Notice of Motion and Brief, together with this

Certification of Service and a computer readable disk of the pleading, to be served via overnight

Federal Express on Michael J. Beck, Clerk of the Judicial Panel on Multidistrict Litigation, One

Columbus Circle, NE, Thurgood Marshall Federal Judiciary Bldg., Room G-255, North Lobby,

Washington, D.C. 20002, and to be served by United States Postal Service, postage-paid first-

class mail, on all counsel listed on the attached Panel Service List (Excerpted from CTO-251),

MDL Docket No. 875, <u>In re Asbestos Products Liability Litigation (No. VI)</u> and on all counsel

listed on the attached Service Lists for the <u>Funk</u> case.

      I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are wilfully false, I am subject to punishment.


Dated: New York, New York    By:_____
        September 12, 2005      Bryan Belasky (1777)
                         **WEITZ & LUXENBERG, P.C.**
                         180 Maiden Lane, 17th Floor
                         New York, New York 10038
                         Tel. (212) 558-5500
                         Attorneys for Plaintiffs

**PANEL SERVICE LIST (Excerpted from CTO-251)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Peter J. Funk, et al. v. General Electric Co., et al.,* S.D. New York, C.A. No. 1:05-5730

Bryan D. Belasky
Weitz & Luxenberg, P.C.
180 Maiden Lane
17th Floor
New York, NY 10038-4925

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Michael A. Tanenbaum
Sedgwick, Detert, Moran & Arnold
Three Gateway Center
12th Floor
Newark, NJ 07102

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

As of 9/7/05

## Peter J. Funk Service Rider

JULIE EVANS, ESQ.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
150 EAST 42ND STREET
NEW YORK, NY  10017-5639
PHONE # (212) 490-3000
FAX # (212) 490-3038
**COUNSEL FOR  A.W. CHESTERTON CO.,  IRA BUSHEY & SONS, INC., AND TODD SHIPYARDS CORP.**

JUDITH YAVITZ, ESQ.
ANDERSON, KILL, OLICK & OSHINSKY
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1000
PHONE # (212) 278-1000
FAX # (212) 278-1733
**COUNSEL FOR AMCHEM PRODUCTS, INC., n/k/a RHONE POULENC AG CO., n/k/a BAYER CROPSCIENCE INC.,
CERTAIN TEED CORPORATION, DANA CORPORATION, AND UNION CARBIDE CORP.**

THEODORE EDER, ESQ.
SEGAL MCCAMBRIDGE SINGER & MAHONEY
805 3RD AVENUE
NEW YORK, NY 10022
PHONE # (212) 651-7500
FAX # (212) 651-7499
**COUNSEL FOR ANCHOR PACKING CO., AND GARLOCK SEALING TECHNOLOGIES LLC, f/k/a GARLOCK INC.**

YVETTE HARMON, ESQ.
MCGUIRE WOODS LLP
1345 AVENUE OF THE AMERICAS, 7TH FLOOR
NEW YORK, NY 10105
PHONE # (212) 548-2100
FAX # (212) 548-2150
**COUNSEL FOR BELL & GOSSETT CO., AND  ITT INDUSTRIES, INC.**

EDWARD WILBRAHAM, ESQ./ JOHN HOWARTH, ESQ.
WILBRAHAM, LAWLER & BUBA
1818 MARKET STREET, SUITE 3100
PHILADELPHIA, PA 19103
PHONE # (215) 564-4141
FAX # (215) 564-4385
**COUNSEL FOR  BUFFALO PUMPS, INC.**

CORI L. LEAVITT, ESQ.
DAVID SCHAEFER, ESQ.
WILLIAM BRADLEY, ESQ.
JOSEPH CARLISLE, ESQ.
MARY ELLEN CONNOR, ESQ.
MALABY, CARLISLE & BRADLEY LLC
150 BROADWAY
NEW YORK, NY 10038
PHONE # (212) 791-0285
FAX # (212) 791-0286
**COUNSEL FOR CLEAVER BROOKS CO., FOSTER WHEELER, L.L.C., J.H. FRANCE REFRACTORIES CO., WARREN
PUMPS, INC., AND VIACOM INC., successor by merger to CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORP.**

CYNTHIA WEISS ANTONUCCI, ESQ.
HARRIS, BEACH LLP
805 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY 10022
PHONE # (212) 687-0100
FAX # (212) 687-0659
**COUNSEL FOR  CRANE, CO., AND GARDNER DENVER, INC.**

WILLIAM MUELLER, ESQ.
CLEMENTE, DICKSON & MUELLER
218 RIDGEDALE AVENUE
MORRISTOWN, NJ  07961
PHONE # (973) 455-8008
FAX # (973) 455-8118
**COUNSEL FOR DURABLA MANUFACTURING COMPANY**

1

As of 9/7/05

STEVE KEVELSON, ESQ.
ONE COZINE AVENUE
BROOKLYN, NY  11201
PHONE # (718) 649-4900
FAX # (718) 649-4902
**COUNSEL FOR EMPIRE ACE INSULATION MFG. CORP.**

JOSEPH KOCZKO, ESQ.
THOMPSON HINE, LLP
ONE CHASE MANHATTAN PLAZA
58TH FLOOR
NEW YORK, NY 10005
PHONE # (212) 344-5680
FAX # (212) 809-6890
**COUNSEL FOR FARRELL LINES, INC., f/k/a AMERICAN EXPORT CO.**

MICHAEL A. TANENBAUM, ESQ.
SEDWICK, DETERT, MORAN & ARNOLD LLP
THREE GATEWAY CENTER 12TH FLOOR
NEWARK, NJ 07102-5311
PHONE: (973) 242-0002
FAX:: (973) 242-8099
**COUNSEL FOR GENERAL ELECTRIC CO.**

CATHI A. HESSION, ESQ./ JASON T. COHEN, ESQ.
FLEMMING, ZULACK & WILLIAMSON, LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006
PHONE # (212) 412-9500
FAX # (212) 964-9200
**COUNSEL FOR GOODYEAR CANADA, INC., AND GOODYEAR TIRE & RUBBER CO.**

JOHN J. FANNING, ESQ.
CULLEN & DYKMAN
177 MONTAGUE STREET
BROOKLYN, NY  11201
PHONE # (718) 855-9000
FAX # (718) 935-1509
**COUNSEL FOR GOULDS PUMPS, INC.**

JOSEPH COLAO, ESQ./HELEN CHUNG, ESQ.
LEADER & BERKON LLP
630 3RD AVENUE, 17TH FLOOR
NEW YORK, NY 10017
PHONE # (212) 486-2400
FAX # (212) 486-3099
**COUNSEL FOR IMO INDUSTRIES, INC.**

LISA M. PASCARELLA, ESQ./STEPHANIE A. DIVITA, ESQ.
PEHLIVANIAN, BRAATEN & PASCARELLA LLC
2430 ROUTE 34
MANASQUAN, NJ 08736
PHONE # (732) 528-8888
FAX # (732) 528-4445
**COUNSEL FOR INGERSOLL-RAND CO.**

PAUL A. SCRUDATO, ESQ.
SCHIFF HARDIN & WAITE
623 FIFTH AVENUE, SUITE 2800
NEW YORK, NY 10022
PHONE # (212) 753-5000
FAX # (212) 753-5044
**COUNSEL FOR OWENS-ILLINOIS, INC.**

LAWRENCE MCGIVNEY, ESQ.
MCGIVNEY, KLUGER & GANNON, P.C.
80 BROAD ST., 23RD FLOOR
NEW YORK, NY 10004
PHONE  212 509-3456
FAX  212 509-4420
**COUNSEL FOR PATTERSON PUMP CO.**

As of 9/7/05

LINDA YASSKY, ESQ.
SONNENSCHEIN NATH & ROSENTHAL
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
PHONE # (212) 398-5297
FAX # (212) 398-5245
**COUNSEL FOR RAPID AMERICAN CORPORATION**

JOHN RONCA, JR. ESQ.
RONCA, MCDONALD & HANLEY
5 SOUTH REGENT STREET, SUITE 517
LIVINGSTON, NJ  07039
PHONE # (973) 994-2030
FAX # (973) 994-2113
**COUNSEL FOR YORK INDUSTRIES CORP.**

**ELLIOTT TURBOMACHINERY CO., INC.**
CT CORPORATION SYSTEM
1515 MARKET STREET
PHILADELPHIA, PA 19103

**SIEMENS POWER GENERATION**
4400 ALAFAYA TRAIL
ORLANDO , FL 32826

**TERRY CORPORATION**
LAMBERTON ROAD
WINDSOR, CT 06095

**TUTHILL CORPORATION, individually, and d/b/a MURRAY TURBINES DIVISION**
8500 SOUTH MADISON
BURR RIDGE, IL 60527