MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 27 2005

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL Docket No. 875 -- In re Asbestos Products Liability Litigation (No. VI)

## NOTICE OF OPPOSITION

To: Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Please take notice, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, that Dolores Neth, Plaintiff in *Dolores M. Neth, etc. v. Anchor Packing Co., et al.*, No. 05-1062 (W.D.Pa.), opposes the transfer of that action to the Eastern District of Pennsylvania as contemplated by the Panel's September 9, 2005 Conditional Transfer Order and Schedule CTO-252, attached thereto.

Dated: September 26, 2005

Jason T. Shipp
GOLDBERG, PERSKY, & WHITE, P.C.
1030 Fifth Avenue, Third Floor
Pittsburgh, PA 15219
(412) 471-3980

Counsel for Plaintiff

PLEADING NO. 4624

RECEIVED
CLERK'S OFFICE
2005 SEP 26 P 4: 13
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**OFFICIAL FILE COPY**

IMAGED SEP 27 2005

Fax from : 09-26-05 11:10 Pg: 3
Case MDL No. 875 Document 4624 Filed 09/27/05 Page 2 of 8
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 9 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-252)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 79,981 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-252 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DIST. DIV. C.A. #**  **CASE CAPTION**

**FLORIDA NORTHERN**
FLN 3  05-273        Threa Odom, et al. v. Allis-Chalmers, et al.

**MINNESOTA**
MN  0  05-1600       Robert V. Johnson v. Garlock Sealing Technologies, LLC, et al.
MN  0  05-1601       Alice I. Johnson, etc. v. Garlock Sealing Technologies, LLC, et al.
MN  0  05-1603       James M. Krasaway v. Garlock Sealing Technologies, LLC, et al.
MN  0  05-1605       Walter Andrew Latola v. Garlock Sealing Technologies, LLC, et al.

**MISSISSIPPI SOUTHERN**
MSS 1  05-360        Emma Herron, et al. v. 3M Co., et al.
MSS 1  05-361        Glenn Murdock, et al. v. 3M Co., et al.

**NORTH CAROLINA EASTERN**
NCE 4  05-65         Gerald B. Tripp, Jr., et al. v. A.W. Chesterton, Inc., et al.

**NORTH CAROLINA WESTERN**
NCW 1  05-267        Alexander McCormack, et al. v. A.W. Chesterton, Inc., et al.

**PENNSYLVANIA WESTERN**
PAW 2  05-1062       Dolores M. Neth, etc. v. Anchor Packing Co., et al.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF OPPOSITION is being served upon counsel on the attached Service List via U.S. first-class mail, postage pre-paid, this 26th day of September, 2005.

_____
Jason T. Shipp
Counsel for Plaintiff

## SERVICE LIST

| | |
|---|---|
| Anchor Packing Company | Timothy Hennessy, Esq.<br>Garrison Litigation Management Group, LTD<br>120 East Avenue, STE 101<br>Rochester, NY 14604 |
| Anchor Packing Company | Richard Bliss, Esq.<br>Margolis Edelstein<br>310 Grant Street, Suite 1500<br>Pittsburgh, PA 15219 |
| Argo Packing Company | Jamie Zurasky, Esq.<br>Wimer Law Offices, P.C.<br>655 Allegheny Ave.<br>Oakmont, PA 15139 |
| Certainteed Corporation | Jennifer Watson, Esq.<br>Wilbraham, Lawler & Buba<br>Two Gateway Center, 17N, 603 Stanwix Street<br>Pittsburgh, PA 15222 |
| Crane Co. | Nicholas Vari, Esq.<br>Kirkpatrick Lockhart Nicholson & Graham, LLP<br>535 Smithfield Street, 14th Floor<br>Pittsburgh, PA 15222 |
| Crown Cork & Seal | Richard E. Rush, Esq.<br>Thomson Rhodes & Cowie.<br>Two Chatham Center, 10th Floor<br>Pittsburgh, PA 15219 |
| Dezurik, Inc. | John M. Schollaert, Esq.<br>Marks, O'Neill, O'Brien & Courtney, PC<br>2600 Gulf Tower, 707 Grant Street<br>Pittsburgh, PA 15219 |
| Dravo Corporation | Hilary C. Bonenberger, Esq.<br>Swartz, Campbell<br>600 Grant Street, Suite 4750<br>Pittsburgh, PA 15219 |
| Dravo Corporation | Michael C. Hamilton, Esq.<br>Swartz, Campbell<br>600 Grant Street, Suite 4750<br>Pittsburgh, PA 15219 |
| Duquesne Light Company | Cathy Gordon, Esq.<br>Swartz, Campbell<br>600 Grant Street, Suite 4750<br>Pittsburgh, PA 15219 |
| Eichleay Corporation | Daniel Krauth, Esq.<br>Zimmer, Kunz, PC<br>600 Grant Street, Suite 3300<br>Pittsburgh, PA 15219 |
| Fabri-Valve, Division of ITT Grinnell Valve Company, | Max Busatto, Esq.<br>Dickie, McCamey & Chilcote, PC<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222 |

| | |
|---|---|
| Fairmont Supply | Edmund Olszewski, Esq.<br>Dickie, McCamey & Chilcote, PC<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222 |
| Fairmont Supply | James A. Traficante, Esq.<br>Dickie, McCamey & Chilcote, PC<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222 |
| Foster Wheeler | Dennis Wolford, Esq.<br>Reed, Luce, Tosh, McGregor & Wolford<br>804 Turnpike Street<br>Beaver, PA 15009 |
| Garlock Inc. | Gregory L. Fitzpatrick, Esq.<br>Margolis Edelstein<br>310 Grant Street, Suite 1500<br>Pittsburgh, PA 15219 |
| General Electric Company | Nora Barry Fischer, Esq.<br>Pietragallo, Bosick & Gordon<br>301 Grant Street, 38th Floor<br>Pittsburgh, PA 15219 |
| General Refractories Co. | James Israel, Esq.<br>Israel, Wood, Puntil & Grimm, P.C.<br>420 Fort Duquesne Blvd., Suite 700<br>Pittsburgh, PA 15222 |
| George V. Hamilton, Inc. | Lola James, Esq.<br>Willman & Arnold, LLP<br>705 McKnight Park Drive<br>Pittsburgh, PA 15237 |
| George V. Hamilton, Inc. | Steve Blackmer, Esq.<br>Willman & Arnold, LLP<br>705 McKnight Park Drive<br>Pittsburgh, PA 15237 |
| Hinchliffe & Keener, Inc. | L. John Argento, Esq.<br>Swartz, Campbell<br>600 Grant Street, Suite 4750<br>Pittsburgh, PA 15219 |
| Honeywell, Inc. | Anne Wilcox, Esq.<br>Swartz, Campbell<br>600 Grant Street, Suite 4750<br>Pittsburgh, PA 15219 |
| I.U. North America | Jennifer Watson, Esq.<br>Wilbraham, Lawler & Buba<br>Two Gateway Center, 17N, 603 Stanwix Street<br>Pittsburgh, PA 15222 |
| Industrial Holdings Company | Robert Hastings, Esq.<br>Dickie, McCamey & Chilcote, PC<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222 |

| | |
|---|---|
| Ingersoll-Rand | John F. McCabe, Esq.<br>**Marks, O'Neill, O'Brien & Courtney, PC**<br>2600 Gulf Tower, 707 Grant Street<br>Pittsburgh, PA  15219 |
| M.S. Jacobs & Associates, Inc. | Alexander P. Bicket, Esq.<br>**Zimmer, Kunz, PC**<br>600 Grant Street, Suite 3300<br>Pittsburgh, PA  15219 |
| Martin Marietta Technologies, Inc. | Richard C. Polley, Esq.<br>**Dickie, McCamey & Chilcote, PC**<br>Two PPG Place, Suite 400<br>Pittsburgh, PA  15222 |
| Metropolitan Edison Company | Alexander P. Bicket, Esq.<br>**Zimmer, Kunz, PC**<br>600 Grant Street, Suite 3300<br>Pittsburgh, PA  15219 |
| Minnotte Contracting Corp. | Christopher T. Yoskosky, Esq.<br>**Zimmer, Kunz, PC**<br>600 Grant Street, Suite 3300<br>Pittsburgh, PA  15219-2702 |
| Minnotte Contracting Corp. | Alexander P. Bicket, Esq.<br>**Zimmer, Kunz, PC**<br>600 Grant Street, Suite 3300<br>Pittsburgh, PA  15219 |
| Nagle Pumps | Richard C. Polley, Esq.<br>**Dickie, McCamey & Chilcote, PC**<br>Two PPG Place, Suite 400<br>Pittsburgh, PA  15222 |
| Nitro Industrial Coverings, Inc. | Joni Mangino, Esq.<br>**Zimmer, Kunz, PC**<br>600 Grant Street, Suite 3300<br>Pittsburgh, PA  15219 |
| Owens-Illinois | Kathy Condo, Esq.<br>**Reed, Smith, Shaw & McClay**<br>435 Sixth Avenue, Mellon Square<br>Pittsburgh, PA  15219 |
| Raytheon Engineers & Construction, Inc. | Gregory L. Fitzpatrick, Esq.<br>**Margolis Edelstein**<br>310 Grant Street, Suite 1500<br>Pittsburgh, PA  15219 |
| Robertson Ceco | Jennifer Watson, Esq.<br>**Wilbraham, Lawler & Buba**<br>Two Gateway Center, 17N, 603 Stanwix Street<br>Pittsburgh, PA  15222 |
| Stockham Valves & Fittings | Concetta Silvaggio, Esq.<br>**Willman & Arnold, LLP**<br>705 McKnight Park Drive<br>Pittsburgh, PA  15237 |

| | |
|---|---|
| Taylored Industries | Matthew Wimer, Esq.<br>Wimer Law Offices, PC<br>655 Allegheny Avenue<br>Oakmont, PA 15139 |
| Unifrax Corporation | Robert Hastings, Esq.<br>Dickie, McCamey & Chilcote, PC<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222 |
| Union Boiler Company | Michael A. Karaffa, Esq.<br>Marshall, Dennehey, Warner, Coleman & Goggin<br>600 Grant St., Suite 2900<br>Pittsburgh, PA 15219 |
| Viacom | Eric Horne, Esq.<br>Eckert, Seaman, Cherin & Mellott<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15219 |
| West Penn Power Company | R. Henry Moore, Esq.<br>Jackson Kelly PLLC<br>Three Gateway Center, Suite 1340<br>Pittsburgh, PA 15222 |