**FORMAN
PERRY
WATKINS
KRUTZ &
TARDY** LLP

ATTORNEYS AT LAW

HUNT COLE
coleh@fpwk.com
Direct Dial: (601) 969-4288



200 South Lamar Street
City Centre Building, Suite 100S
Jackson, Mississippi 39201-2131

Post Office Box 22608
Jackson, Mississippi 39225-2608
Telephone: 601-960-8600
Main Facsimile: 601-960-8613

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 29 2005

FILED
CLERK'S OFFICE

September 28, 2005

Michael J. Beck, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

Request of defts. Certainteed Corp. and General Electric Co. in Harrell, MSS 1:05-341 for Extension of Time to File Motion/Brief to Vacate CTO -- GRANTED TO AND INCLUDING SEPTEMBER 30, 2005

(cdm - 9/29/05)

RE: Request for Extension to file Motion and Brief Partially Vacate CTO-251; MDL-875

Dear Mr. Beck:

In accordance with your correspondence of September 13, 2005, regarding the Briefing Schedule for the following asbestos case filed in the United States District Court for the Southern District of Mississippi and included on CTO-251:

1. Jerry A. Harrell, et al. v. Minnesota Mining & Manufacturing Co., et al.; Civil Action No: 1:05CV341

We are requesting an extension to file the brief until September 30, 2005.

If you or your staff should have any questions regarding this matter, please do not hesitate to contact me at (601) 969-4288. Thank you for your attention to this matter.

Sincerely,
FORMAN PERRY WATKINS KRUTZ & TARDY LLP

T. Hunt Cole

THC:almw

cc: All Counsel of Record (w/encl.)

**OFFICIAL FILE COPY**

IMAGED SEP 29 2005