

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT – 4 2005

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTI DISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    **MDL DOCKET NO. 875**

This Document Relates to:
**JERRY A. HARRELL vs.**
**MINNESOTA MINING &**
**MANUFACTURING CO., ET AL.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**JERRY A. HARRELL**                                          **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO.: 1:05CV341WJG**

**MINNESOTA MINING &**
**MANUFACTURING CO., ET AL.**                                 **DEFENDANTS**

---

### MOTION TO VACATE CTO-251

---

      Come Now, Certain Defendants, CertainTeed Corporation and General Electric Company [hereinafter "Certain Defendants"], by and through the undersigned counsel, and file this Motion to Vacate Conditional Transfer Order in the above-referenced case, and in support thereof state as follows:

      1.  On July 15, 2005, Defendant John Crane, Inc. ["Crane"] filed a Notice of Removal in the instant action alleging only a purported "federal enclave" jurisdictional basis and asserting that "actions involving the construction and operation of Ingalls shipyard fall within the jurisdiction of the federal court."

      2.  On August 4, 2005, Certain Defendants filed a Motion to Remand on the basis that Crane's removal is both jurisdictionally deficient and defective for a number of reasons. See Motion to Remand attached hereto as Exhibit "A." The Notice of Removal does not on its face set forth

**IMAGED** OCT – 4 2005         **OFFICIAL FILE COPY**

sufficient verified and specific facts to demonstrate original federal jurisdiction over this action pursuant to "federal enclave" jurisdiction within the purview of 28 U.S.C.A. § 1331 and § 1441(b). Further, Certain Defendants, Certainteed Corporation and General Electric Company, do not consent to the removal of this action and expressly object to same.  Lastly, Crane's Notice of Removal is untimely, since the Notice fails to allege compliance with either 30-day period set forth in §1446, and such compliance is not apparent on the face of the Notice.

3.  Additionally and most significantly the Notice of Removal in this case is not based on a good faith or colorable effort to comply with the well-known requirements for removal of a state court action to federal court.  On the contrary, it appears that Crane's Notice of Removal is based upon an effort or agreement to accommodate or tactically benefit plaintiffs' counsel in their search for ways to avoid the pleading and informational obligations set forth by the Mississippi Supreme Court in *Harold's Auto Parts, Inc. v. Mangialardi*, 889 So.2d 493 (Miss. 2004), and/or court-ordered deadlines pursuant thereto.  The plaintiff in this case is subject to a *Mangialardi* Order filed with the Circuit Court of Holmes County, Mississippi on March 9, 2005.

4.  On August 15, 2005, the Panel issued CTO-251 which conditionally transferred this case to the United States District Court for the Eastern District of Pennsylvania.  See CTO-251 attached hereto as Exhibit "B."  Defendants filed a  belated notice of opposition to the transfer of the instant case due to the pending Motion to Remand.  Subsequently, the Panel entered an Order Reinstating Stay of Conditional Transfer Order.  See Order attached hereto as Exhibit "C."

5.  Based on the foregoing and because a Motion to Remand is pending in the instant case, the Conditional Transfer Order (CTO-251) entered by the Panel on August 15, 2005, should be vacated.

WHEREFORE, premises considered, Certain Defendants request that this Court

Certain Defendants CertainTeed Corporation and General Electric Company respectfully request that

this Court vacate CTO-251 with respect to the instant case.


Respectfully submitted,

FOR MOVING DEFENDANTS:

BY: _____

Thomas W. Tardy, III (MBN 7431)
Marcy B. Croft (MBN 10864)
T. Hunt Cole (MBN 6349)


Of Counsel:
FORMAN PERRY WATKINS
KRUTZ & TARDY, LLP
City Centre
200 South Lamar Street, Ste. 100
Jackson, MS 39201
Telephone: (601) 960-8600
Facsimile: (601) 960-8613


## CERTIFICATE OF SERVICE

I, David A. Baker, on behalf of Removing Defendants, do hereby certify that I have served by

United States mail, postage prepaid, a true and correct copy of the above and foregoing

document to Plaintiff's Counsel and all defense counsel of record.


This, the 30th day of September, 2005.


_____
T. Hunt Cole (MBN 6349)

RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2005 OCT -3 A 9: 36

Fax from : 6019608613                                   10-04-05 11:16    Pg: 2

Case MDL No. 875   Document 4629   Filed 10/04/05   Page 4 of 27

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 4 2005
FILED
CLERK'S OFFICE

WHEREFORE, premises considered, Certain Defendants request that this Court Certain Defendants CertainTeed Corporation and General Electric Company respectfully request that this Court vacate CTO-251 with respect to the instant case.

Respectfully submitted,

FOR MOVING DEFENDANTS:

BY: _____

Thomas W. Tardy, III (MBN 7431)
Marcy B. Croft (MBN 10864)
T. Hunt Cole (MBN 6349)

Of Counsel:
FORMAN PERRY WATKINS
KRUTZ & TARDY. LLP
City Centre
200 South Lamar Street, Ste. 100
Jackson, MS 39201
Telephone: (601) 960-8600
Facsimile: (601) 960-8613

## CERTIFICATE OF SERVICE

I, T. Hunt Cole, on behalf of Removing Defendants, do hereby certify that I have served by United States mail, postage prepaid, a true and correct copy of the above and foregoing document to Plaintiff's Counsel and all defense counsel of record as indicated on the attached Panel Service List.

This, the 30th day of September, 2005.

_____
T. Hunt Cole (MBN 6349)

3

**PANEL SERVICE LIST (Excerpted from CTO-251)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Jerry A. Harrell v. Minnesota Mining & Manufacturing Co., et al., S.D. Mississippi,
C.A. No. 1:05-341

Christopher E. Bauer
Aultman Tyner & Ruffin, Ltd.
P.O. Drawer 750
Hattiesburg, MS 39403-0750

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

T. Hunt Cole, Jr.
Forman Perry Watkins Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Keith L. Gates
Abbott, Simses & Kuchler
210 East Capitol Street, Suite 1090
Jackson, MS 39201

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street, Suite 4800
Minneapolis, MN 55402

Bridget E. King
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Timothy W. Porter
Porter & Malouf, P.A.
4670 McWillie Drive
P.O. Box 12768
Jackson, MS 39236

William C. Reeves
Smith, Reeves & Yarborough, PLLC
6360 I-55 North, Suite 201
Jackson, MS 39211

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, LLP
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

William B. Stewart
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis
  Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502-4108

PANEL SERVICE LIST (Excerpted from CTO-250) MDL-875                                   Page 2 of 2

Michael N. Watts
Holcomb Dunbar, P.A.
P.O. Box 707
Oxford, MS  38655-0707

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Terrell S. Williamson
Phelps Dunbar, LLP
P.O. Box 23066
Jackson, MS  39225-3066

A

RECEIVED
CLERK'S OFFICE

2005 OCT -3  A 9: 35

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

## IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**JERRY A. HARRELL**                                                                 **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO. 1:05CV341WJG**

**MINNESOTA MINING &**
**MANUFACTURING, ET AL.**                                           **DEFENDANTS**

---

### MOTION TO REMAND

---

Certain defendants, Certainteed Corporation and General Electric Company [hereinafter "Certain Defendants"], by and through the undersigned counsel, object to remand and file this Motion to Remand this action to the Circuit Court of Holmes County, Mississippi, and in support thereof would state:

1. Defendant John Crane, Inc. ["Crane"] filed a Notice of Removal in the instant action on July 15, 2005, alleging only a purported "federal enclave" jurisdictional basis for removal. Specifically, Crane asserts in conclusory fashion that "actions involving the construction and operation of Ingalls shipyard fall within the jurisdiction of the federal court."

2. The Notice of Removal is jurisdictionally deficient and defective. The Notice of Removal does not on its face set forth sufficient verified and specific facts to demonstrate original federal jurisdiction over this action pursuant to "federal enclave" jurisdiction within the purview of 28 U.S.C.A. § 1331 and § 1441(b). Among other things, the Notice of Removal fails to specifically demonstrate with particularity that Ingalls shipyard is a place which is owned by, or has been ceded to, the federal



EXHIBIT

A

government and over which the federal government exercises exclusive sovereignty, as required by *Mater v. Holley*, 200 F.2d 123 (5th Cir. 1952); Art. I, sec. 8, clause 17 of the United States Constitution.  The burden is on the removing party to set forth sufficient and detailed facts supporting removal jurisdiction, and the Notice of Removal here fails to do so and appears to be contrary to law.  Accordingly, a remand for lack of jurisdiction is proper.

3.  Further, Certain Defendants, Certainteed Corporation and General Electric Company, do not consent to the removal of this action and object to same.  In addition, other defendants named in this action have not filed timely written consents to, or joinders in, the removal of this action.  All served defendants must join in or consent to a removal, and unless timely consents to or joinders by all served defendants in the Notice of Removal are filed, the action must be remanded to state court.  *Getty Oil Corp., a Div. of Texaco, Inc., v. Ins. Co. of North America*, 841 F.2d 1254 (5th Cir. 1988)(All defendants who are properly joined and served must join in removal petition, and failure to do so renders petition defective.)

4.  Crane's Notice of Removal is untimely.  The relevant statute, 28 U.S.C. § 1446(b) provides:

> The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based....
> If the case stated by its initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable....

2

The instant action was originally filed in 2002. Crane's Notice of Removal does not allege, and indeed movants are not aware of, any event whatsoever for the 30 days prior to the Notice of Removal that would have triggered a second 30-day period for removal based upon "other paper" regarding the alleged status of Ingalls shipyard. Since the Notice fails to allege compliance with either 30-day period set forth in §1446, and such compliance is not apparent, the Notice of Removal was untimely and remand is required. *Addo v. Globe Life and Acc. Ins. Co.*, 230 F.3d 759 (5th Cir. 2000).

5. The Notice of Removal in this case is not based on a good faith or colorable effort to comply with the well-known requirements for removal of a state court action to federal court. On the contrary, it appears that Crane's Notice of Removal is based upon an effort or agreement to accommodate or tactically benefit plaintiffs' counsel in their search for ways to avoid the pleading and informational obligations set forth by the Mississippi Supreme Court in *Harold's Auto Parts, Inc. v. Mangialardi*, 889 So.2d 493 (Miss. 2004), and/or court-ordered deadlines pursuant thereto. The plaintiff in this case is subject to a *Mangialardi* Order filed with the Circuit Court of Holmes County, Mississippi on March 9, 2005.

6. Because the grounds and authority for this motion to remand are well known to this Court, and authorities are cited herein, defendants request that the requirement of a separate brief in support of this motion be waived by the Court.

WHEREFORE, premises considered, Certain Defendants request that this Court

grant their motion for remand and remand the instant case to the Circuit Court of Holmes

County, Mississippi.

Respectfully submitted,

FOR MOVING DEFENDANTS:

BY:    ____/s/ T. Hunt Cole_____
            Thomas W. Tardy, III (MBN 7431)
            Marcy B. Croft (MBN 10864)
            T. Hunt Cole (MBN 6349)

Of Counsel:
FORMAN PERRY WATKINS
KRUTZ & TARDY, LLP
200 South Lamar Street
City Centre Ste. 100
Jackson, MS 39201
Telephone: (601) 960-8600
Facsimile: (601) 960-8613

4

CERTIFICATE OF SERVICE

I, T. HUNT COLE, of the law firm of Forman Perry Watkins Krutz & Tardy LLP, attorney for Certain Defendants, do hereby certify that I have this day electronically filed the foregoing Notice of Hearing using the ECF System and that all counsel per attached service list have been notified either through the electronic notification to those ECF participants or by United States mail, postage prepaid, for those non-ECF participants of the above and foregoing MOTION TO REMAND.

This the 4th day of AUGUST 2005.

_____/s/ T. Hunt Cole_____
T. HUNT COLE

## Anna Williamson

**From:**    cmecfhelpdesk@mssd.uscourts.gov
**Sent:**    Friday, August 05, 2005 9:28 AM
**To:**    Courtmail@mssd.uscourts.gov
**Subject:** Activity in Case 1:05-cv-00341-WJG Harrell v. Minnesota Mining & Manufacturing Company et al
"Motion to Remand"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Southern District of Mississippi

Notice of Electronic Filing

The following transaction was received from Cole, T. Hunt entered on 8/5/2005 at 9:27 AM CDT and filed on 8/5/2005

**Case Name:**    Harrell v. Minnesota Mining & Manufacturing Company et al
**Case Number:**    1:05-cv-341
**Filer:**    Certainteed Corporation
General Electric Company

**Document Number:** 7

**Docket Text:**
MOTION to Remand by Certainteed Corporation, General Electric Company. (Cole, T.)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=8/5/2005] [FileNumber=228601-0]
[2b745d6b4077bc77690340a58bb728653a934cc7d48def1c7ace330ce7d6f400f1a2c
45032e51652dfa89c8f15dff6701c46fb9be70c208f2779e6e4fd04e95a]]

**1:05-cv-341 Notice will be electronically mailed to:**

T. Hunt Cole , Jr    coleh@fpwk.com, annaw@fpwk.com

Timothy W. Porter    tim@portermalouf.com,

William C. Reeves    breeves@smithreeves.com, nthompson@smithreeves.com

Carey R. Varnado    cvarnado@mpvlaw.com,

Thomas E. Vaughn    tvaughn@avchlaw.com, tmurphy@avchlaw.com

1:05-cv-341 Notice will be delivered by other means to:

B

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:         [202] 502-2888

http://www.jpml.uscourts.gov

August 15, 2005

TO INVOLVED COUNSEL

Re: MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

(See Attached Schedule CTO-251)

Dear Counsel:

Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001). Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office **BY FACSIMILE**, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court. Your cooperation would be appreciated.

**NOTICE OF OPPOSITION DUE ON OR BEFORE:   August 30, 2005   (4 p.m. EST)**
(Facsimile transmission is suggested.)

If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel <u>Rules</u> before filing your Notice of Opposition.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _Janusha Spinner_
Deputy Clerk

Attachments

**EXHIBIT**

**B**

JPML Form 39

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 5 2005

*DOCKET NO. 875*

FILED
CLERK'S OFFICE

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

## *(SEE ATTACHED SCHEDULE)*

## *CONDITIONAL TRANSFER ORDER (CTO-251)*

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 79,922 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

**SCHEDULE CTO-251 - TAG-ALONG ACTIONS**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 05-1533 | David Setterberg v. Newport News Shipbuilding & Dry Dock Co., et al. |
| CAN 3 05-2603 | M.N., et al. v. Viacom, Inc., et al. |
| **GEORGIA SOUTHERN** | |
| GAS 2 05-90 | Tommie D. Kirkland, Sr. v. Ford Motor Co., et al. |
| **LOUISIANA EASTERN** | |
| LAE 2 05-2709 | Terry Cardaro, et al. v. Aerojet General Corp., et al. |
| **MINNESOTA** | |
| MN 0 05-1419 | Patricia Plombon, etc. v. Burlington Northern & Santa Fe Railway Co. |
| MN 0 05-1598 | Frank Kozar v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1602 | Roger Ralph Houwman v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1606 | Thomas Lloyd Leseman v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1607 | William Joseph Lopac v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1608 | Joseph Alex Marcella v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1610 | Robert J. Skiba v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1611 | James Richard Wright v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1614 | William Fredrick Stodola v. Garlock Sealing Technologies, LLC, et al. |
| **MISSOURI WESTERN** | |
| MOW 4 05-669 | Larry Schrock v. Burlington Northern & Santa Fe Railway Co. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 05-317 | Jackie T. Jenkins v. AlliedSignal, Inc., et al. |
| MSS 1 05-341 | Jerry A. Harrell v. Minnesota Mining & Manufacturing Co., et al. |
| MSS 1 05-344 | Estate of Clyde Lang v. Abex Corp., et al. |
| MSS 1 05-345 | Eddie Gilmore v. Abex Corp., et al. |
| MSS 1 05-346 | Hunter C. Martin v. Abex Corp., et al. |
| MSS 1 05-347 | Walter Lee Stokes v. Abex Corp., et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE 4 05-57 | Arthur Clinton Armstrong v. Albany International, et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 05-407 | Charlie Calvin Barringer, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-627 | B.J. Jackson, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-639 | William C. Cook, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-640 | Forrest L. Davis, et al. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 05-240 | Donald E. Hibberts, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-241 | Walter D. Wolfe, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-260 | Samuel E. Thompson, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-261 | Kevin J. Griffis, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-268 | Billy G. Norris v. A.W. Chesterton, Inc., et al. |

# INVOLVED COUNSEL LIST (CTO-251)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Jennifer B. Adams
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

David A. Barfield
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-3979

Bryan D. Belasky
Weitz & Luxenberg, P.C.
180 Maiden Lane
17th Floor
New York, NY 10038-4925

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Janet W. Black
Donaldson & Black, P.A.
208 West Wendover Avenue
Greensboro, NC 27401

Joel M. Bondurant, Jr.
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

Alison S. Borison
Montgomery, Barnett, Brown,
Read, Hammond & Mintz
1100 Poydras Street
Suite 3200
New Orleans, LA 70163-3200

Claude F. Bosworth
Lugenbuhl, Wheaton, et al.
601 Poydras Street
Suite 2775
New Orleans, LA 70130

Randall A. Breshears
Monnet, Hayes, Bullis,
Thompson & Edwards
120 North Robinson Avenue
Suite 1719
Oklahoma City, OK 73102

Richard B. Brualdi
Brualdi Law Firm
29 Broadway
Suite 1515
New York, NY 10006

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39531-1377

Alexander M. Bullock
Evert & Weathersby, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

James B. Buxton, II
Beeler, Walsh & Walsh
301 N.W. 63rd Street
Suite 600
Oklahoma City, OK 73116

Cecelia D. Cameron
Watkins & Eager
The Emporium Building
Suite 300
400 East Capitol Street
P.O. Box 650
Jackson, MS 39205-0650

Barry C. Campbell
Baker, Donelson, Bearman,
Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Catherine L. Campbell
Phillips McFall McCaffey
McVay & Murrah
211 N. Robinson Ave., 12th Fl.
One Leadership Square
Oklahoma City, OK 73102

Ashley E. Cannady
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Burt K. Carnahan
Lobman, Carnahan, Batt,
Angelle & Nader
400 Poydras Street
Texaco Center, Suite 2300
New Orleans, LA 70130

Kenneth P. Carter
Entergy Services, Inc.
639 Loyola Avenue, 26th Floor
New Orleans, LA 70113-3125

Edward J. Cass
Gallagher, Sharp, Fulton &
Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Margaret M. Chaplinsky
Kalinoski & Chaplinsky
100 Court Avenue
Suite 315
Des Moines, IA 50309-2200

Adam M. Chud
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001

Lawrence M. Coco, III
Carroll Bufkin Fulcher &
Coco, PLLC
1700 Lelia Drive
Jackson, MS 39216

John F. Conley Sr.
Glasser & Glasser, P.L.C.
Crown Center Building
Suite 600
580 East Main Street
Norfolk, VA 23510

James H. Daigle
Lemle & Kelleher, L.L.P.
601 Poydras Street
Pan American Life Center
Suite 2100
New Orleans, LA 70130-6097

INVOLVED COUNSEL LIST (CTO-251)  MDL-875                    PAGE 3 OF 5

Robert W. Johnson
Johnson & Lambeth
P.O. Box 660
Wilmington, NC 28402

Daniel J. Kelly
Haight, Brown & Bonesteel
100 Bush Street
27th Floor
San Francisco, CA 90104-3929

James G. Kennedy
Pierce, Herns, Sloan & McLeod
The Blake House
321 East Bay Street
P.O. Box 22437
Charleston, SC 29413

Kristi D. Kennedy
Currie, Johnson, Griffin, Gaines
& Myers
P.O. Box 750
Jackson, MS 39205-0750

Bo Kim
Perkins Coie, LLP
South Tower, 6th Floor
1620 26th Street
Santa Monica, CA 90404

Keith J. Klein
Ryan, Whaley & Coldiron
119 N. Robinson Street
Suite 900
Oklahoma City, OK 73102

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Carter T. Lambeth
Johnson & Lambeth
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Mickey P. Landry
Landry & Swarr
1010 Common Street
Suite 2050
New Orleans, LA 70112

Roger B. Lane
Lane & Gossett, P.C.
1601 Reynolds Street
Brunswick, GA 31520

H. Seward Lawlor
Glasser & Glasser, P.L.C.
580 East Main Street
600 Crown Center
Norfolk, VA 23510

Christopher K. Lightfoot
Hailey, McNamara, Hall,
Larmann & Papale
One Galleria Boulevard
Suite 1400
P.O. Box 8288
Metairie, LA 70011-8288

Douglas A. Littlejohn
Kean, Miller, Hawthorne,
D'Armond, McCowan & Jarma
P.O. Box 3513
One Amerian Place, 22nd Floor
Baton Rouge, LA 70821-3513

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

James R. Logan, IV
Logan & Soileau, LLC
1010 Common Street
Suite 2910
New Orleans, LA 70112

Lynn M. Luker
Lynn Luker & Associates
3433 Magazine Street
New Orleans, LA 70115

C. Robert Mace
Tekell, Book, Matthews &
Limmer
4300 One Houston Center
1221 McKinney
Houston, TX 77010

Christopher O. Massenburg
Aultman, Tyner & Ruffin, Ltd.
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Timothy Kent Masterson
Spence, Ricke, Sweeney & Gernes
600 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101

Jamess M. Matherne
Duncan Courington & Rydberg, LLC
400 Poydras Street
Suite 1200
New Orleans, LA 70130

Willard J. Moody, Jr.
Moody, Strople, Kloeppel, et al.
500 Crawford Street
Commerce Bank Bldg., Suite 300
P.O. Box 1138
Portsmouth, VA 23705

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Alan Muraidekh
Hodgson Russ, LLP
152 West 57th Street
35th Floor
New York, NY 10019

Michael M. Noonan
McGlinchey Stafford
643 Magazine Street
P.O. Box 60643
New Orleans, LA 70160-0643

Barbara B. O'Donnell
Hailey, McNamara, Hall, Larmann &
Papale
One Galleria Boulevard
Suite 1400
P.O. Box 1400
Metairie, LA 70011-8288

Keith D. Obert
Obert Law Group, PA
P.O. Box 2081
Madison, MS 39130-2081

INVOLVED COUNSEL LIST (CTO-251)  MDL-875                                    **PAGE 5 OF 5**

Philip P. Vogt
Altier & Vogt, LLC
450 Seventh Avenue
34th Floor
New York, NY 10123

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

James R. Webb
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102-7101

Andrew D. Weinstock
Duplass, Zwain, Bourgeois & Morton
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Jim Wetwiska
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana Street
44th Floor
Houston, TX 77002-5200

Stephen B. Williamson
Van Winkle, Buck, Wall, Starnes & Davis, P.A.
11 N. Market Street
P.O. Box 7376
Ashville, NC 28802

Sarah B. Windham
Aultman, Tyner & Ruffin, Ltd.
P.O. Drawer 750
Hattiesburg, MS 39403-0750

John R. Woodard, III
Feldman, Franden, Woodard, Farris & Boudreaux
525 South Main
1000 Park Centre
Tulsa, OK 74103-4514

C

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

September 13, 2005

T. Hunt Cole, Jr., Esq.
Forman, Perry, Watkins, Krutz & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Re: MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

  *Jerry A. Harrell v. Minnesota Mining & Manufacturing Co., et al.,* S.D. Mississippi, C.A. No. 1:05-341
    (Judge Walter J. Gex III)

**Motion and Brief Due on or before:  September 28, 2005**

Dear Mr. Cole:

  We have received and filed your Notice of Opposition to the proposed transfer of the referenced matter for coordinated or consolidated pretrial proceedings. In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order is stayed until further order of the Panel. You must adhere to the following filing requirements:

  1)    **Your Motion and Brief to Vacate the Conditional Transfer Order must be received in the Panel offices by the due date listed above. An ORIGINAL and FOUR copies of all pleadings, as well as a COMPUTER READABLE DISK of the pleading in WordPerfect for Windows format, are currently required for filing. Fax transmission of your motion and brief will not be accepted.** *See* Panel Rule 5.12(d). Counsel filing oppositions in more than one action are encouraged to consider filing a single motion and brief with an attached schedule of actions.
  2)    **Papers must be served on the enclosed Panel Service List. Please attach a copy of this list to your certificate of service.** (Counsel who have subsequently made appearances in your action should be added to your certificate of service).
  3)    **Rule 5.3 corporate disclosure statements are due within eleven days of the filing of the motion to vacate.**
  4)    **Failure to file and serve the required motion and brief within the allotted fifteen days will be considered a withdrawal of the opposition and the stay of the conditional transfer order will be lifted.**

  Any recent official change in the status of a referenced matter should be brought to the attention of the clerk's office as soon as possible by facsimile at (202) 502-2888. Your cooperation would be appreciated.

Very truly,

Michael J. Beck
Clerk of the Panel

By *Teresa Bishop*

Deputy Clerk

Enclosure
cc:    Panel Service List
       Transferee Judge:  Judge Charles R. Weiner
       Transferor Judge:  Judge Walter J. Gex III

**EXHIBIT**

_C_

JPML Form 37

## PANEL SERVICE LIST (Excerpted from CTO-250)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Jerry A. Harrell v. Minnesota Mining & Manufacturing Co., et al., S.D. Mississippi, C.A. No. 1:05-341

Christopher E. Bauer
Aultman Tyner & Ruffin, Ltd.
P.O. Drawer 750
Hattiesburg, MS 39403-0750

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

T. Hunt Cole, Jr.
Forman Perry Watkins Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Keith L. Gates
Abbott, Simses & Kuchler
210 East Capitol Street, Suite 1090
Jackson, MS 39201

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street, Suite 4800
Minneapolis, MN 55402

Bridget E. King
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Timothy W. Porter
Porter & Malouf, P.A.
4670 McWillie Drive
P.O. Box 12768
Jackson, MS 39236

William C. Reeves
Smith, Reeves & Yarborough, PLLC
6360 I-55 North, Suite 201
Jackson, MS 39211

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, LLP
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

William B. Stewart
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestos
Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502-4108

PANEL SERVICE LIST (Excerpted from CTO-250) MDL-875                    Page 2 of 2

Michael N. Watts
Holcomb Dunbar, P.A.
P.O. Box 707
Oxford, MS  38655-0707

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Terrell S. Williamson
Phelps Dunbar, LLP
P.O. Box 23066
Jackson, MS  39225-3066

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

September 13, 2005

TO INVOLVED COUNSEL

Re: MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

*Jerry A. Harrell v. Minnesota Mining & Manufacturing Co., et al.,* S.D. Mississippi, C.A. No. 1:05-341

Dear Counsel:

For your information, I am enclosing a copy of an order filed today by the Panel in the above-captioned matter.

Very truly,

Michael J. Beck
Clerk of the Panel

By *Teresa Bishop*
Deputy Clerk

Enclosure

JPML Form 34B

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 1 3 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Jerry A. Harrell v. Minnesota Mining & Manufacturing Co., et al.*, S.D. Mississippi,
C.A. No. 1:05-341

## ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Harrell*) on August 15, 2005. In the absence of any known opposition to the proposed transfer of *Harrell*, the stay of transmittal with regard to *Harrell* was lifted on August 31, 2005, and the action was transferred to the Eastern District of Pennsylvania. Subsequently, on September 12, 2005, the Panel received a belated notice of opposition to the transfer of *Harrell* submitted by defendants Certainteed Corporation and General Electric Company. In this opposition, these defendants' counsel, who is located in Jackson, Mississippi, states that he was unable to file a timely notice of opposition due to Hurricane Katrina. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in *Harrell* in order to permit these defendants to pursue their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-251" filed on August 15, 2005, is REINSTATED insofar as it relates to this action. These defendants' notice of opposition is deemed filed as of September 13, 2005, and in accordance with Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), they shall file the required motion and supporting brief to vacate the conditional transfer order on or before September 28, 2005.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel