MDL 875-1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT – 7 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-253)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,013 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY

IMAGED OCT 1 1 2005

## SCHEDULE CTO-253 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DIST. DIV. C.A. #          CASE CAPTION

**ALABAMA NORTHERN**
ALN 2 05-1483          Fred Abel, et al. v. A.O. Smith Electrical Products Co., et al.

**CALIFORNIA NORTHERN**
CAN 3 05-3106          Jerry McGrew, et al. v. General Dynamics Corp., et al.

**ILLINOIS CENTRAL**
ILC 1 05-1256          Henry Staub, III v. Toledo Peoria & Western Railway Corp., et al.

**ILLINOIS SOUTHERN**
ILS 3 05-591          Ralph Spencer, et al. v. Burlington Northern & Santa Fe Railway Co.

**INDIANA SOUTHERN**
INS 3 05-158          Bowen C. Blair v. CSX Transportation, Inc.

**KENTUCKY WESTERN**
KYW 1 05-124          Tommy Miller, et al. v. Occidental Chemical Corp., et al.

**LOUISIANA EASTERN**
LAE 2 05-3312          Marilyn Downs, et al. v. Anchor Packing Co., et al.

**MARYLAND**
MD 1 05-2393          Thomas R. Rowe, et al. v. John Crane-Houdaille, Inc., et al.

**MINNESOTA**
MN 0 05-1604          Willard Victor Lakela v. Garlock Sealing Technologies, L.L.C., et al.
MN 0 05-1609          Roger Warren Moberg v. Garlock Sealing Technologies, L.L.C., et al.
MN 0 05-1612          Roger Leonard Trowbridge v. Garlock Sealing Technologies, L.L.C., et al.
MN 0 05-1613          Emery Clarence Transgrud v. Garlock Sealing Technologies, L.L.C., et al.
MN 0 05-1689          Dennis Fiereck v. Soo Line Railroad Co.

**MISSISSIPPI SOUTHERN**
MSS 1 05-169          Valerie Dufour, etc. v. AGCO Corp., et al.
MSS 1 05 372          James W. Frye, et al. v. 3M Co., et al.
MSS 1 05-376          James T. Edge, et al. v. Westinghouse Electric Corp., et al.
MSS 1 05-392          Myron D. McQuarters v. 3M Co., et al.
MSS 1 05-393          Albert Bang, et al. v. Westinghouse Electric Corp., et al.
MSS 1 05-402          Richard Lee Jordan v. Minnesota Mining & Manufacturing Co., et al.

**NORTH CAROLINA EASTERN**
NCE 2 05-28          Diane H. Chaulk, etc. v. Albany International, et al.
NCE 4 05-70          Evelyn R. Mozingo, et al. v. A.W. Chesterton, Inc., et al.
NCE 5 05-508          Crammer Silver-Coley, etc. v. Anchor Packing Co., et al.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**NORTH CAROLINA MIDDLE**
NCM  1  05-750     David Thomas Lambeth, Jr., et al. v. Airco, Inc., et al.

**NORTH CAROLINA WESTERN**
NCW  1  05-278     Loris D. Moree v. A.W. Chesterton, Inc., et al.
NCW  1  05-284     James R. Scott, et al. v. A.W. Chesteron, Inc., et al.
NCW  1  05-296     F. Kenneth Terry, II, et al. v. Aqua-Chem, Inc., et al.
NCW  1  05-297     David Allen Mathis, et al. v. Aqua-Chem, Inc., et al.

**NEW YORK EASTERN**
NYE  1  05-3564     Catherine G. O'Leary v. A.W. Chesterton Co., et al.
NYE  1  05-3821     Verlene Broughton, etc. v. A.W. Chesterton Co., et al.
NYE  1  05-4061     Thomas L. Armijo, etc. v. A.W. Chesterton Co., et al.
NYE  1  05-4122     Kimberly Clark, etc. v. A.W. Chesterton Co., et al.

**SOUTH CAROLINA**
SC  2  05-2592     James Leroy Cooper v. Aqua-Chem, Inc., et al.
SC  2  05-2593     Robert C. Loveland, et al. v. Aqua-Chem, Inc., et al.

**TEXAS SOUTHERN**
TXS  4  05-1251     Kimberly Dutton, etc. v. General Electric Co., et al.

**WASHINGTON WESTERN**
WAW  2  05-1241     Steven McAboy, etc. v. IMO Industries, Inc., et al.