MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 20 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Murphy Exploration & Production Co. v. McCarty Corp., et al.*, E.D. Pennsylvania (E.D. Louisiana, C.A. No. 2:04-1554)

### BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL

### ORDER DENYING RECONSIDERATION

Before the Panel is a motion brought by claimants Jean and Claudette Baudoin in this action (*Murphy*) requesting that the Panel reconsider its June 16, 2005 decision ordering transfer, pursuant to 28 U.S.C. § 1407, of *Murphy* to the Eastern District of Pennsylvania for inclusion in the centralized pretrial proceedings occurring there in this docket before the Honorable Charles R. Weiner. The *Murphy* plaintiff and two additional claimants, Freeport McMoRan Energy LLC and Fairbanks Morse Pump Corp., oppose the motion for reconsideration.

On the basis of the papers filed and hearing session held, the Panel finds that movants have failed to demonstrate the existence of adequate grounds to justify reconsideration of the Panel's previous order transferring *Murphy* to the Eastern District of Pennsylvania for inclusion in MDL-875.

IT IS THEREFORE ORDERED that the motion for reconsideration is denied.

FOR THE PANEL:

_____
Wm. Terrell Hodges
Chairman

**OFFICIAL FILE COPY**

IMAGED OCT 20 2005