IN THE UNITED STATES DISTRICT COURT
BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| THOMAS R. ROWE AND<br>KATHERINE ROWE, his wife<br><br>Plaintiffs<br><br>5.<br><br>JOHN CRANE HOUDAILLE, INC. et al.<br><br>Defendants | SCHEDULE CTO-253  05-<br>DOCKET NO. 875<br>Civil Action No.: MD CV-02393-JFM<br>(Judge J. Frederick Motz) |

\* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF OPPOSITION

Plaintiff, by his undersigned attorneys, pursuant to Rule 7.4 of the *Rules of Procedure of the Judicial Panel on Multidistrict Litigation*, 199 F.R.D. 425, 435-36 (2001), hereby opposes the conditional transfer order in the above-referenced case.

Respectfully submitted,

Thomas P. Kelly

Federal Bar #03546
Law Offices of Peter Angelos
One Charles Center, 22nd Floor
100 N. Charles Street
Baltimore, MD 21201-3812

I:\SHARED\BJC\Tpk\Rowe.Notice of Opposition.wpd

OFFICIAL FILE COPY

IMAGED OCT 2 0 2005

RECEIVED CLERK'S OFFICE 2005 OCT 19 P 2:24 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION