MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 21 2005

FILED
CLERK'S OFFICE

1  WILLIAM RUTZICK, WSBA #11533
   SCHROETER GOLDMARK & BENDER
2  500 Central Building
   810 Third Avenue
3  Seattle, Washington 98104
   Telephone: (260) 622-8000
4  Facsimile: (206) 682-2305

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL DOCKET NO. 875

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

THIS DOCUMENT RELATES TO:

<u>McAboy v. IMO Industries, Inc. et al.</u>
United States District Court
Western District of Washington
Cause No. No. CV05-1241RSL

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

PLEASE TAKE NOTICE that pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 181 F.R.D.1, 10 (1998), plaintiff Steven McAboy, by and through his counsel of record herein, hereby opposes the conditional transfer order (CTO 253).

Plaintiff filed suit against seven defendants in the King County Superior Court in the State of Washington on June 8, 2005. Plaintiff also filed suit against VIAD Corporation on June 14, 2005. On July 14, 2005, Elliott Company, one of the defendants filed a Notice of Removal requesting removal of this case to Federal Court; no other defendants joined in this Notice of Removal. Plaintiff filed a motion for remand this case on August 15, 2005. This motion has been fully briefed

NOTICE OF OPPOSITION TO
CONDITIONAL TRANSFER ORDER- 1

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

OFFICIAL FILE COPY
IMAGED OCT 21 2005

1  and will be heard without oral argument. Plaintiff expects that the Judge will rule on this matter in

2  the near future. Plaintiff requests that CTO-253 be vacated until the matter is resolved.

3  DATED this 20 day of October, 2005.

4

5                                    SCHROETER, GOLDMARK & BENDER

6

7                                    [signature]
                                      WILLIAM RUTZICK, WSBA #11533
                                      Counsel for Plaintiff

1  and will be heard without oral argument. Plaintiff expects that the Judge will rule on this matter in

2  the near future. Plaintiff requests that CTO-253 be vacated until the matter is resolved.

3      DATED this 20 day of October, 2005.

SCHROETER, GOLDMARK & BENDER

WILLIAM RUTZICK, WSBA #11533
Counsel for Plaintiff

NOTICE OF OPPOSITION TO
CONDITIONAL TRANSFER ORDER- 2
N:\ASBESTOS\McAbc\ \4639a1500\P\Fed\MDL\MDL Opp to CTO-101905-sbl.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

```
                                                    JUDICIAL PANEL ON
                                                  MULTIDISTRICT LITIGATION

1   WILLIAM RUTZICK, WSBA #11533                       OCT 21 2005
    SCHROETER GOLDMARK & BENDER
2   500 Central Building                                    FILED
    810 Third Avenue                                    CLERK'S OFFICE
3   Seattle, Washington 98104
    Telephone: (260) 622-8000
4   Facsimile: (206) 682-2305
```

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL DOCKET NO. 875

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

THIS DOCUMENT RELATES TO:

McAboy v. IMO Industries, Inc. et al.
United States District Court
Western District of Washington
Cause No. No. CV05-1241RSL

### DECLARATION OF SERVICE

Sarah Lacy hereby declares as follows:

On October 20, 2005, I had copies of the Notice of Opposition to Conditional Transfer Order served upon attorneys of record for defendants on the attached list by having said copies faxed, delivered or mailed, postage prepaid.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Seattle, Washington, this 20th day of October, 2005.

SARAH LACY

NOTICE OF OPPOSITION TO CONDITIONAL                SCHROETER GOLDMARK & BENDER
TRANSFER ORDER - 1                                 500 Central Building • 810 Third Avenue • Seattle, WA 98104
                                                   (206) 622-8000

N:\ASBESTOS\McAboy\4639a-500\P\Fed\MDL\MDL DecServ-SBH-101905-sbl.doc

## McAboy v. IMO Industries et al., SERVICE LIST

| | |
|---|---|
| James Horne<br>Kingman Peabody<br>505 Madison Street # 300<br>Seattle, Washington 98104<br>**Counsel for IMO Industries Inc.**<br>Phone: 206-622-1264 Fax: 206-292-2961 | Carl Forsberg<br>Forsberg & Umlauf<br>900 4th Ave., Suite 1700<br>Seattle, Washington 98164<br>Counsel for **Elliott Co.**<br>(206) 689-8500; Fax (206) 689-8501 |
| Christopher Marks<br>Williams, Kastner & Gibbs<br>601 Union Street, Suite 4100<br>Seattle, Washington 98111-3926<br>**Counsel for General Electric**<br>(206) 628-6600; Fax (206) 628-6611 | Kenneth Petty<br>Williams, Kastner & Gibbs<br>601 Union Street, Suite 4100<br>Seattle, Washington 98111-3926<br>Counsel for **Viacom**<br>(206) 628-6600; Fax (206) 628-6611 |
| Kevin Baumgardner<br>CORR CRONIN LLP<br>1001 - 4th Avenue Suite 3700<br>Seattle, Washington 98154<br>Counsel for **Ingersoll-Rand Corp.**<br>(206) 625-8600; Fax (206) 625-0900 | Christine E. Dinsdale<br>Soha & Lang, P.S.<br>701 Fifth Avenue, Suite 2400<br>Seattle, Washington 98104<br>**Counsel for Goulds Pumps, Inc.**<br>(206) 624-1800; fax (206) 624-3585 |
| | J. Michael Mattingly<br>Steven V. Rizzo, P.C.<br>Lincoln Place, Suite 350<br>1620 S.W. Taylor Street<br>Portland, Oregon 97205<br>Ph: 503-229-1819 Fax: 503-229-0630<br>mmattingly@rizzopc.com<br>**Counsel for Warren Pumps** |

# INVOLVED COUNSEL LIST (CTO-253)
## DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Page 1 of 6

Robert L. Adams
Dunn, Kacal, Adams, Pappas & Law
One Riverway
Suite 1200
Houston, TX 77056

Gordon Randall Akin
3400 W. Marshall Avenue
Suite 300
Longview, TX 75604

Daniel R. Alexander
Carr, Allison, Pugh, Howard, Oliver
& Sisson
100 Vestavia Parkway
Suite 200
Birmingham, AL 35216

David W. Allen
Goodell, DeVries, Leech & Dann, LLP
One South Street
20th Floor
Baltimore, MD 21202

Billy D. Anderson
Kent Good, et al.
909 E. Southeast Loop 323
#777
Tyler, TX 75701-9675

John M. Anderson
Bassford Remele, PA
33 South Sixth Street
Suite 3800
Minneapolis, MN 55402-3701

Cynthia W. Antonucci
Harris Beach, LLP
805 3rd Avenue
20th Floor
New York, NY 10022

Darryl E. Atkinson
Brown McCarroll
111 Congress Ave
Suite 1400
Austin. TX 78701-4043

S. A. Baker, Jr.
Balch & Bingham, LLP
P.O. Box 306
Birmingham, AL 35201-0306

Nicholas S. Baldo
Weller, Green, McGown & Toups
550 Fannin
P.O. Box 350
Beaumont, TX 77704

Barbara J. Barron
Mehaffy Weber, PC
P. O. Box 16
Beaumont, TX 77704

W. Harvey Barton
Law Offices of W. Harvey Barton
3007 Magnolia Street
Pascagoula, MS 39567

Scott W. Bates
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P. O. Box 14167
Jackson, MS 39236-4167

Robert R. Baugh
Sirote & Permutt, P.C.
2222 Arlington Avenue South
P.O. Box 55727
Birmingham, AL 35255

Scott R. Bickford
Martzell & Bickford
P.O. Box 91251
Baton Rouge, LA 70821

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Janet W. Black
Donaldson & Black, P.A.
208 West Wendover Avenue
Greensboro, NC 27401

Brian M. Blythe
Bradley, Arant, Rose & White
1819 Fifth Avenue, North
Birmingham, AL 35203-2119

James H. Bolin
Butler, Snow, O'Mara, Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Susan DeAnn Bomar
Swift, Currie, McGhee & Hiers
1355 Peachtree Street, N.E.
The Peachtree, Suite 300
Atlanta, GA 30309-3231

Nathan A. Bosio
Dogan & Wilkinson, PLLC
P. O. Box 1618
Pascagoula, MS 39568-1618

Timothy W. Bouch
Leath, Bouch & Crawford
P.O. Box 59
Charleston, SC 29402-0059

Ernest W. Boyd, Jr.
Mehaffy & Weber, P.C.
One Allen Center
Suite 1200
500 Dallas
Houston, TX 77002

Edward Kenneth Brooks
Patterson, Dilthey, Clay, Bryson & Anderson
4020 WestChase Boulevard
Suite 550
Raleigh, NC 27607

Stephen K. Brunk
Law Offices of Stephen K. Brunk
6098 La Jolla Mesa
La Jolla, CA 92037

Thomas T. Buchanan
P.O. Box 4326
Laurel, MS 39441-4326

Lisa N. Busch
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

C. Paul Cavender
Burr & Forman, L.L.P.
420 North 20th Street
Suite 3100

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Daniel G. Clodfelter
Moore & Van Allen
100 North Tryon Street
47th Floor
Charlotte, NC 28202-4003

Lawrence M. Coco, III
Carroll Bufkin Fulcher & Coco, PLLC
1700 Lelia Drive
Jackson, MS 39216

Alice W. Coleman
Brent Coon & Associates
188 East Capitol Street
Suite 1375
Jackson, MS 39201

Keith E. Coltrain
Elmore & Wall, PA
P.O. Box 10937
Raleigh, NC 27605

Marcy B. Croft
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Richard M. Crump
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
200 South Lamar Street
Jackson, MS 39225-2608

Blane H. Crutchfield
Hand Arendall, LLC
P.O. Box 123
Mobile, AL 36601

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Timothy M. Davis
Adams & Reese/Lange Simpson, LLP
2100 Third Avenue North
Concord Center, Suite 1100
Birmingham, AL 35203-3367

Christine E. Dinsdale
Soha & Lang, PS
701 Fifth Avenue
Suite 2400
Seattle, WA 98104

David R. Donadio
Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94948-6169

David P. Donahue
Maynard Cooper & Gale, PC
AmSouth/Harbert Plaza
Suite 2400
1901 6th Avenue North
Birmingham, AL 35203-2618

Katherine S. Duyer
Gavett & Datt, PC
15850 Crabbs Branch Way
Suite 180
Rockville, MD 20855

Rocky W. Eaton
Aultman, Tyner & Ruffin, Ltd.
315 Hemphill Street
P.O. Drawer 750
Hattiesburg, MS 39403-0750

Gary D. Elliston
DeHay & Elliston, L.L.P.
3500 Bank of America Plaza
901 Main Street
Dallas, TX 75202-3736

Stephen B. Evans
Deeba, Sauter, et al.
3415 Hampton Avenue
St. Louis, MO 63139

Mark J. Fellman
Fellman Law Office
213 4th Street, East
Suite 200
St. Paul, MN 55101

Lynn K. Fieldhouse
Tachau, Maddox, Hovious & Dickens
2700 National City Tower
101 South Fifth Street
Louisville, KY 40202-3116

Evelyn M. Fletcher
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Barry W. Ford
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Carl E. Forsberg
Forsberg & Umlauf
900 4th Avenue
Suite 1700
Seattle, WA 98164-1039

Laura A. Frase
Forman, Perry, Watkins, Krutz
& Tardy, LLP
2001 Bryan Street
Suite 1300
Dallas, TX 75201-3008

Sydney F. Frazier
Cabaniss, Johnston, Gardner, Dumas
& O'Neal
Amsouth-Sonat Tower
Suite 1700
P.O. Box 830612
Birmingham, AL 35283-0612

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Christian H. Gannon
Segal, McCambridge, Singer
& Mahoney, Ltd.
805 3rd Avenue
New York, NY 10022

Jared J. Garner
Bryan Cave, LLP
2020 Main Street
Suite 600
Irvine, CA 92614-8226

James M. Gary
Weber & Rose, P.S.C.
2400 Aegon Center
400 West Market Street
Louisville, KY 40202

William P. Gavin
Gavin Law Firm
17 Park Place Professional Centre
Belleville, IL 62226

Dan J. Gendreau
Rider Bennett, LLP
33 South Sixth Street
Suite 4900
Minneapolis, MN 55402

Walter T. Gilmer, Jr.
McDowell, Knight, Roedder
 & Sledge, L.L.C.
P.O. Box 350
Mobile, AL 36601

Laura DeVaughn Goodson
Forman, Perry, Watkins, Krutz
 & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Douglas W. Gott
Bell, Orr, Ayers & Moore
P.O. Box 738
1010 College Street
Bowling Green, KY 42102-0738

William M. Graham
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Robert V. Greenlee
Forman, Perry, Watkins, Krutz
 & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Brook Hardie
Watson, Kowls, et al.
807 Brazos
Suite 805
Austin, TX 78701

H. Eugene Harmon
P.O. Box 430
328 E. Tenth Street
Bowling Green, KY 42102-0430

James A. Harris, III
Harris & Harris, LLP
Colonial Bank Building, Suite 450
2501 20th Place, South
Birmingham, AL 35223

Raymond P. Harris, Jr.
Whittenburg & Schachter, PC
Plaza of the Americas, Suite 2300
600 North Pearl Street
LB 133
Dallas, TX 75201

M. King Hill, III
Venable, LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, MD 21285-5517

Broox G. Holmes
Armbrecht, Jackson, Demouy,
 Crowe, et al.
1300 AmSouth Center
P.O. Box 290
Mobile, AL 36601

Broox G. Holmes, Jr.
Edward B. McDonough, Jr., PC
107 St. Francis Street
Suite 1800
Mobile, AL 36602

James E. Horne
Peery, Hiscock, Pierson, Kingman
 & Peabody
505 Madison Street
Suite 300
Seattle, WA 98104

Eric J. Jacobi
Clay, Kenealy, Wagner & Adams
462 South Fourth Avenue
1730 Meidinger Tower
Louisville, KY 40202

Faye M. James
Wilkins Stephens & Tipton
P. O. Box 13429
Jackson, MS 39236-3429

Clifton Wayne Jefferis
Forman, Perry, Watkins, Krutz
 & Tardy
200 South Lamar Street
City Centre, Suite 100
P.O. Box 22608
Jackson, MS 39225-2608

A. Timothy Jones
Hawkins & Parnell, LLP
4000 One Peachtree Center
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

John M. Jordan
Gardere, Wynne & Sewell, L.L.P
1000 Louisiana
Suite 3400
Houston, TX 77002-5007

Jeffrey A. Kadis
Hedrick, Eatman, Gardner
 & Kincheloe
P.O. Box 30397
Charlotte, NC 28230

Jeannie P. Kauffman
Bacon Thornton & Palmer, LLP
Capital Office Park
6411 Ivy Lane, Suite 706
Greenbelt, MD 20770-1411

G. Patterson Keahey, Jr.
Law Offices of G. Patterson Keahey, Jr.
One Independence Plaza
Suite 612
Birmingham, AL 35209

Daniel J. Kelly
Haight, Brown & Bonesteel
100 Bush Street
27th Floor
San Francisco, CA 90104-3929

Thomas P. Kelly
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201-3804

Kristi D. Kennedy
Currie, Johnson, Griffin, Gaines
 & Myers
P.O. Box 750
Jackson, MS 39205-0750

Bo Kim
Perkins Coie, LLP
South Tower
1620 26th Street
6th Floor
Santa Monica, CA 90404

Timothy W. Knight
Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Carter T. Lambeth
Johnson & Lambeth
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

Daphne M. Lancaster
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

J. Mark Langdon
McGuire Woods, LLP
100 N. Tryon Street
Suite 2900
Charlotte, NC 28202-4022

Frank E. Lankford, Jr.
Huie, Fernambucq & Stewart
2801 Highway 280 South
Three Protective Center, Suite 200
Birmingham, AL 35223-2484

H. Seward Lawlor
Glasser & Glasser, P.L.C.
580 East Main Street
600 Crown Center
Norfolk, VA 23510

Michael Stuart Lee
615 North Upper Broadway
Suite 708
Corpus Christi, TX 78477

Stephanie S. Lee
Brent, Coon & Associates
188 E. Capitol Street, Suite 1375
Jackson, MS 39201

Richard Eric Leff
McGivney, Kluger & Gannon, P.C.
80 Broad Street
23rd Floor
New York, NY 10004

J.K. Leonard
Ball & Weed
Trinity Plaza II, Suite 500
745 East Mulberry
San Antonio, TX 78212

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Genevieve MacSteel
McGuire Woods, LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105

Kimberly P. Mangum
Barfield & Associates
P.O. Drawer 3979
233 East Capitol Street
Jackson, MS 39207-3979

Christopher S. Marks
Williams, Kastner & Gibbs
P.O. Box 21926
Seattle, WA 98111-3926

Travis William Martin
Smith Moore, LLP
Wachovia Tower
300 North Greene Street, Suite 1400
P.O. Box 21927
Greensboro, NC 27420

Edward Bailey McDonough, Jr.
Edward B. McDonough, Jr., P.C.
P.O. Box 1943
Mobile, AL 36633

Jim D. McLeroy
McLeroy, Litzieer, et al.
430 Church Street
P.O. Box 657
Sulphur Strings, TX 75483-0657

William T. Mills, II
Porterfield, Harper & Mills, P.A.
22 Inverness Center Parkway
Suite 500
P.O. Box 530790
Birmingham, AL 35253-0790

Willard J. Moody, Jr.
Moody, Strople, Kloeppel, et al.
500 Crawford Street
Commerce Bank Bldg., Suite 300
P.O. Box 1138
Portsmouth, VA 23705

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Amy E. Nettle
Crouch & Ramey
1445 Rose Avenue
Suite 2300
Dallas, TX 75202

Robert F. Northcutt
Capell & Howard
150 South Perry Street
Montgomery, AL 36104

Robert L. Norton
Jones & Granger
10000 Memorial Drive
Suite 888
P.O. Box 4340
Houston, TX 77210-4340

Richard P. O'Leary
McCarter & English, L.L.P.
245 Park Avenue
27th Floor
New York, NY 10022

J. Bentley Owens, III
Starnes & Atchison
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL 35259-8512

Monica F. Patterson
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

James L. Pattillo
Norman, Wood, Kendrick & Turner
505 20th Street, North
Financial Center, Suite 1600
Birmingham, AL 35203

Edward R. Paul
Paul, Mardinly, Durham, James, et al.
320 West Front Street
P.O. Box D
Media, PA 19063

Julie McDonnell Payne
Stites & Harbison, PLLC
400 W. Market Street
Suite 1800
Louisville, KY 40202-3352

Timothy Peck
Smith Moore LLP
P.O. Box 21927
Greensboro, NC 27420

Keith J. Pflaum
Porterfield, Harper & Mills, P.A.
22 Inverness Center Parkway
Suite 500
P.O. Box 530790
Birmingham, AL 35253-0790

Michael S. Polk
Sieben, Polk, LaVerdiere, Jones & Hawn
999 Westview Drive
Hastings, MN 55033-2495

Timothy W. Porter
Porter & Malouf, P.A.
4670 McWillie Drive
P.O. Box 12768
Jackson, MS 39236

James H. Powers
Powers & Frost, L.L.P.
2400 One Houston Center
1221 McKinney Street
Houston, TX 77010

R. Thomas Radcliffe, Jr.
Dehay & Elliston, LLP
36 S. Charles Street
13th Floor
Baltimore, MD 21201

Mary Margaret Ratliff
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Mark D. Rayburn
Strong, Pipkin, Nelson & Bissell
1400 San Jacinto Building
595 Orleans
Beaumont, TX 77701

Pam Rea
Beirne Maynard & Parsons
1300 Post Oak Blvd
Suite 2500
Houston, TX 77056

F. Grey Redditt, Jr.
Vickers, Riis, Murray & Curran
P.O. Drawer 2568
Mobile, AL 36652-2568

William C. Reeves
Smith, Reeves & Yarborough, PLLC
6360 I-55 North
Suite 201
Jackson, MS 39211

Giovanni Regina
Waters, McPherson, McNeill, P.C.
300 Lighting Way
Secaucus, NJ 07096

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Kenneth D. Rhodes
Dunn, Kacal, Adams, Pappas & Law
America Tower
One Riverway
Suite 1200
Houston, TX 77056

J. Michael Riley
Martin & Jones
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Matthew Robinett
Norman, Wood, Kendrick & Turner
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL 35233

Robert M. Rolfe
Hunton & Williams
Riverfront Plaza
951 East Byrd Street
Richmond, VA 23219

William G. Rossick
Watson & Tramonte
807 Brazos
Suite 805
Austin, TX 78701-2911

John D. Roven
Roven-Kaplan, LLP
2190 North Loop West
Suite 410
Houston, TX 77018

William J. Rutzick
Schroeter, Goldmark & Bender
Central Building
Suite 500
810 Third Avenue
Seattle, WA 98104

Ridley M. Sandidge, Jr.
Reed, Weitkamp, Shell & Vice, PLLC
500 West Jefferson Street
Suite 2400
Louisville, KY 40202

Rebecca F. Schupbach
Stites & Harbison
400 W. Market Street
Suite 1800
Louisville, KY 40202-3352

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert T. Shaffer, III
Murphy & Shaffer
36 South Charles Street
Suite 1400
Baltimore, MD 21202-1019

Stacey L. Sims
Morris, Sakalarios & Blackwell, PLLC
1817 Hardy Street
Hattiesburg, MS 39401

W. Russell Sipes
Laudig, George, Rutherford & Sipes
Inland Building
156 East Market Street
Suite 600
Indianapolis, IN 46204-3227

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Matthew R. Straus
L'Abbate, Balkan, Colavita & Contini
1050 Franklin Avenue
Garden City, NY 11530

Amanda D. Summerlin
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Jennifer M. Techman
Evert & Weathersby, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Robert E. Thackston
Hawkins, Parnell & Thackston, LLP
4514 Cole Avenue
Suite 550
Dallas, TX 75205

Mark S. Thomas
Maupin, Taylor, PA
P.O. Drawer 19764
Raleigh, NC 27619-9764

Nathan Michael Thompson
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Tracy E. Tomlin
Nelson, Mullins, Riley & Scarborough
100 North Tryon Street
Suite 2400
Charlotte, NC 28202-4000

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Mark B. Tuvim
Corr Cronin Michelson Baumgardner
& Preece
1001 4th Avenue
Ste. 3900
Seattle, WA 98154-1051

Thomas W. Tyner
Aultman, Tyner & Ruffin, Ltd.
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Michael W. Ulmer
Watkins & Eager
300 Emporium Building
400 East Capitol Street
P.O. Box 650
Jackson, MS 39205-0650

Charles E. Valles
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Jillan Van Rensburg
Dehay & Elliston
901 Main St
Suite 3500
Dallas, TX 75202-3736

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Consuelo W. Walley
Law Offices of Jon A. Swartzfager
442 N. 6th Avenue
P.O. Box 131
Laurel, MS 39441-0131

James L. Ware
Sheehy, Serpe & Ware, P.C.
2500 Two Houston Centre
909 Fannin
Houston, TX 77010-1003

Jacob H. Wellman
Teague, Campbell, Dennis & Gorham
1621 Midtown Place
Raleigh, NC 27609-7553

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Allan R. Wheeler
Burr & Forman, L.L.P.
Suite 3100
South Trust Tower
420 North 20th Street
Birmingham, AL 35203

Robert W. Wilkinson
Dogan & Wilkinson, PLLC
734 Del Mas Avenue
P.O. Box 1618
Pascagoula, MS 39568-1618

Stephen B. Williamson
Van Winkle, Buck, Wall, Starnes
& Davis, P.A.
11 N. Market Street
P.O. Box 7376
Ashville, NC 28802-7376

Natasha L. Wilson
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203

Laura P. Yee
Knott & Glazier
201 Spear Street
Suite 1520
San Francisco, CA 94105