...

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 7 2005

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-253)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,013 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

OCT 2 5 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY

IMAGED OCT 2 5 2005

Page 1 of 2

# SCHEDULE CTO-253 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 2  05-1483 | Fred Abel, et al. v. A.O. Smith Electrical Products Co., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3  05-3106 | Jerry McGrew, et al. v. General Dynamics Corp., et al. |
| **ILLINOIS CENTRAL** | |
| ILC 1  05-1256 | Henry Staub, III v. Toledo Peoria & Western Railway Corp., et al. |
| **ILLINOIS SOUTHERN** | |
| ILS 3  05-591 | Ralph Spencer, et al. v. Burlington Northern & Santa Fe Railway Co. |
| **INDIANA SOUTHERN** | |
| INS 3  05-158 | Bowen C. Blair v. CSX Transportation, Inc. |
| **KENTUCKY WESTERN** | |
| KYW 1  05-124 | Tommy Miller, et al. v. Occidental Chemical Corp., et al. |
| **LOUISIANA EASTERN** | |
| LAE 2  05-3312 | Marilyn Downs, et al. v. Anchor Packing Co., et al. |
| **MARYLAND** | |
| ~~MD 1  05-2393~~ | ~~Thomas R. Rowe, et al. v. John Crane-Houdaille, Inc., et al.~~ Opposed 10/20/05 |
| **MINNESOTA** | |
| MN 0  05-1604 | Willard Victor Lakela v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0  05-1609 | Roger Warren Moberg v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0  05-1612 | Roger Leonard Trowbridge v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0  05-1613 | Emery Clarence Transgrud v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0  05-1689 | Dennis Fiereck v. Soo Line Railroad Co. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1  05-169 | Valerie Dufour, etc. v. AGCO Corp., et al. |
| MSS 1  05 372 | James W. Frye, et al. v. 3M Co., et al. |
| MSS 1  05-376 | James T. Edge, et al. v. Westinghouse Electric Corp., et al. |
| MSS 1  05-392 | Myron D. McQuarters v. 3M Co., et al. |
| MSS 1  05-393 | Albert Bang, et al. v. Westinghouse Electric Corp., et al. |
| MSS 1  05-402 | Richard Lee Jordan v. Minnesota Mining & Manufacturing Co., et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE 2  05-28 | Diane H. Chaulk, etc. v. Albany International, et al. |
| NCE 4  05-70 | Evelyn R. Mozingo, et al. v. A.W. Chesterton, Inc., et al. |
| NCE 5  05-508 | Crammer Silver-Coley, etc. v. Anchor Packing Co., et al. |

SCHEDULE CTO-253 - TAG ALONG ACTIONS - MDL-875                                  Page 2 of 2

DIST. DIV. C.A. #          CASE CAPTION

NORTH CAROLINA MIDDLE
  NCM  1  05-750            David Thomas Lambeth, Jr., et al. v. Airco, Inc., et al.

NORTH CAROLINA WESTERN
  NCW  1  05-278            Loris D. Moree v. A.W. Chesterton, Inc., et al.
  NCW  1  05-284            James R. Scott, et al. v. A.W. Chesteron, Inc., et al.
  NCW  1  05-296            F. Kenneth Terry, II, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  05-297            David Allen Mathis, et al. v. Aqua-Chem, Inc., et al.

NEW YORK EASTERN
  NYE  1  05-3564           Catherine G. O'Leary v. A.W. Chesterton Co., et al.
  NYE  1  05-3821           Verlene Broughton, etc. v. A.W. Chesterton Co., et al.
  NYE  1  05-4061           Thomas L. Armijo, etc. v. A.W. Chesterton Co., et al.
  NYE  1  05-4122           Kimberly Clark, etc. v. A.W. Chesterton Co., et al.

SOUTH CAROLINA
  SC  2  05-2592             James Leroy Cooper v. Aqua-Chem, Inc., et al.
  SC  2  05-2593             Robert C. Loveland, et al. v. Aqua-Chem, Inc., et al.

TEXAS SOUTHERN
  ~~TXS  4  05-1251~~           ~~Kimberly Dutton, etc. v. General Electric Co., et al.~~ Opposed 10/18/05

WASHINGTON WESTERN
  ~~WAW  2  05-1241~~           ~~Steven McAboy, etc. v. IMO Industries, Inc., et al.~~ Opposed 10/21/05