

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 27 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. - 875

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISCRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| FELIX T. RAMIREZ, ISIDRO DELGADO | ☐ |
| CHARLES R. ROANE, LOUIS R. SUAREZ | ☐ |
| STERLING A. BROOKS, BILL G TAYLOR | ☐ |
| JOHN SMILEY and BURNETT L. BELL | ☐ |
| | ☐ |
| V | CIVIL ACTION NO- |
| | G-98-630 |
| UNION PACIFIC RAILROAD COMPANY | ☐ |

**PLAINTIFF, BURNETT L. BELL'S RESPONSE TO
DEFENDANT UNION PACIFIC RAILROAD COMPANY'S
REPLY TO MOTION TO VACATE CONDITIONAL REMAND**

Now Comes Burnett L. Bell, and responds to Defendant's Reply to Plaintiff's Response to Motion to Vacate Conditional Remand as follows:

I.

1. This case is ripe and suitable for remand.

OFFICIAL FILE COPY
IMAGED OCT 2 8 2005

## II.

2. Defendant's counsel asserts that the parties had not engaged in discoveries per FELA/MDL rules. Perhaps so, but the Defendant has had the opportunity to (1) depose Mr. Bell, (2) conduct independent medical examination on Mr. Bell. (3) Have its *own* doctor write a medical report on his medical observations of Mr. Bell's illness. (4) Have had the opportunity to review Dr. Frank's report, Dr. Hamer's report; Dr. Chandrasekhar's report, etc.

3. Plaintiff is confident that no new information would be revealed about Mr. Bell's illness than has already been observed.

4. Plaintiff is not opposed to the prospect of further discoveries before the trial of this matter. Plaintiff is opposed to Defendant's argument that this case is not ripe for remand because of outstanding procedural matters.

## III.

5. Plaintiff agrees with Defendant that the discovery should be conducted in the trial court following remand. Plaintiff is of the opinion that this case should be remanded with such order that the parties should be accorded the opportunity to conduct discoveries. Discoveries that had not already been conducted.

## IV.

6. Paragraph 2 of Defendant's reply referenced a letter from Mr. Jerome Bell to the CEO of Union Pacific stating his demand of $500,000 to $1,500,000. Defendant's attorney's interpretation of this statement is wrong and meant to deceive the panel. The paragraph Defendant's attorney referenced is the one stating "I, for my father, am only seeking an amount that is reasonable and fair based on legal precedents similar to my father's diagnosis. That

amount is between, $500,000 and $1,500,000." (See Defendant's Exhibit "A"). The statement speaks for itself. Jerome Bell stated that based on legal precedents… he is not making a new demand. He is stating that if the case goes to trial it would cost more. I agree with Mr. Bell.

7. To reiterate, the revised demand on the table is $300,000. That demand amount has not changed. Defendant's attorney is attempting to change that fact. The Defendant has not made any new offer of settlement to counter the demand of $300,000. Defendant should concentrate on making an acceptable offer to settle this matter. Defendant's attorney is more interested in minimizing and making derogatory statements about this claim than advising his client to make a fair offer of settlement.

V.

Plaintiff, Burnett L. Bell urges the panel to remand this case for trial in Texas. Defendant has not made new and convincing argument on why this matter should not be remanded.

Respectfully submitted,

EZEOKE & EZEOKE, P.C.

By: _____
Alphonsus O. Ezeoke
Texas Bar No. 24025356
7100 Regency Square, Suite 190
Houston, Texas  77036
Tel. (713)952-5291
Fax. (713)952-5294
Attorney for Plaintiff
Burnett L. Bell

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 27 2005

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

I certify that on October 12, 2005, a true and correct copy of Plaintiff's Response to Defendant's Reply to Defendant's Motion to Vacate Conditional Remand was served on the following:

1. By facsimile transmission on Defense counsel, Roger H. Nebel at 713-621-6746.

2. United States District Court, Southern District of Texas, Galveston Division

3. United District Court For the Eastern District of Pennsylvania

_____
Alphonsus O. Ezeoke

RECEIVED CLERK'S OFFICE
2005 OCT 14 A 11:36
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## COUNSEL LIST

ALPHONSUS O. EZEOKE
EZEOKE & EZEOKE, P.C.
Bar No. 24025356
7100 Regency Square, Suite 190
Houston, Texas 77036
(713) 952-5291 TEL
(713) 952-5294 (FAX)
<u>ATTORNEY FOR PLAINTIFF, BURNETT L. BELL</u>


Roger H. Nebel
Forman Perry Watkins Krutz & Tardy LLP
1717 St. James Place, Suite 600
Houston, Texas 77056
TEL (713) 402-1717
FAX (713) 621-6746
ATTORNEY FOR DEFENDANT, UNION PACIFIC RAILROAD COMPANY

## SCHEDULE

A. FELIX T. RAMIREZ, ISIDRO DELGADO, CHARLES R. ROANE, LOUIS R. SUAREZ, STERLING A. BROOKS, BILL G. TAYLOR, JOHN SMILEY and BURNETT L. BELL VS. UNION PACIFIC RAILROAD COMPANY.

B. IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA IN REGARDING: ASBESTOS PRODUCTS LIABILITY CIVIL ACTION NO. LITIGATION (NO.VI) MDL 875, transferred from THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, GALVESTON DIVISION.

C. Hon. Charles Weiner, Presiding Judge of the United States District Court for the Eastern District of Pennsylvania, transferred from Hon. Samuel Kent, Presiding Judge of the United States District Court for the Southern District of Texas, Galveston Division

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 27 2005

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I certify that on October 25, 2005, a true and correct copy of Plaintiff's Response to Defendant's Reply to Defendant's Motion to Vacate Conditional Remand was served on the following:

1. By facsimile transmission on Defense counsel, Roger H. Nebel at 713-621-6746.

2. United States District Court, Southern District of Texas, Galveston Division

3. United District Court For the Eastern District of Pennsylvania

_____
Alphonsus O. Ezeoke

4

## DOKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Felix T. Ramirez, et al v. Union Pacific Railroad Co., E.D. Pennsylvania, (S.D. Texas, C.A. No. 3:98-630)*

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001

David Lee Crawford
Phelps Dunbar, LLP
3040 Post Oak Boulevard
Suite 900
Houston, TX 77056-5705

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburg, PA 15212

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballow
225 South Sith Street
Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Ladin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Roger Henry Nebel
Forman, Perry, Watkins, Krutz & Tardy, LLP
1717 St. James Place
Suite 600
Houston, TX 77056

John J. Repcheck
Marks, O'Neill, Obrien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Arthur Sadin
Sadin Law Firm, P.C.
1104 S. Friendship Drive
Suite A
Friendswood, TX 77546

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burguess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Ridley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406