JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 28 2005

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    MDL DOCKET NO. 875

This Document Relates To:
JERRY A. HARRELL vs
MINNESOTA MINING & MANUFACTURING CO., ET AL.

PLEADING NO. 4644

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

JERRY A. HARRELL                                           PLAINTIFF

V.                                         CIVIL ACTION NO. 1:05CV341WJG

MINNESOTA MINING &
MANUFACTURING CO., ET AL.                                 DEFENDANTS

### NOTICE OF WITHDRAWAL OF MOTION TO VACATE CTO-251

PLEASE TAKE NOTICE THAT Certain Defendants, CertainTeed Corporation and General Electric Company, without waiver of any objections to federal court jurisdiction, hereby withdraw their Motion to Vacate CTO-251, filed on or about October 3, 2005, with respect to the above referenced matter. Certain Defendants will renew their challenge to federal jurisdiction before the Honorable Charles Weiner, United States District Court for the Eastern District of Pennsylvania, subsequent to a transfer of this matter to MDL-875.

WHEREFORE, Certain Defendants pray that the Motion to Vacate CTO-251 be deemed withdrawn and that, accordingly, no action be taken on the Motion by the Judicial Panel.

RESPECTFULLY SUBMITTED, this the 24 day of OCTOBER, 2005.

BY: _____
MARCY B. CROFT, MSBN (10864)
T. HUNT COLE, MSBN (6349)

COUNSEL FOR CERTAIN DEFENDANTS

MDL- 875
RECOMMENDED ACTION

Lift Stay + Vacate HSO -- 1 ACTION
Approved/Date: ___ NK 10/17 ___

OFFICIAL FILE COPY
IMAGED OCT 28 2005

2005 OCT 25 P 3:20
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

OF COUNSEL:
**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**
200 South Lamar Street
City Centre, Suite 100
Post Office Box 22608
Jackson, Mississippi 39225-2608
Telephone: (601) 960-8600
Facsimile: (601) 960-3134

## CERTIFICATE OF SERVICE

I, T. HUNT COLE, of the law firm of Forman Perry Watkins Krutz & Tardy LLP, attorney for Certain Defendants, do hereby certify that I have this day electronically filed the foregoing Notice of Hearing using the ECF System and that all counsel per attached service list have been notified either through the electronic notification to those ECF participants or by United States mail, postage prepaid, for those non-ECF participants of the above and NOTICE OF WITHDRAWAL OF MOTION TO VACATE CTO-251 to all known counsel of record.

THIS, the 24 day of OCTOBER, 2005

_____
T. HUNT COLE

2005 OCT 25 P 3:20
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

**Notices**

1:05-cv-00341-WJG <u>Harrell v. Minnesota Mining & Manufacturing Company et al</u>

## U.S. District Court

### Southern District of Mississippi

Notice of Electronic Filing

The following transaction was received from Cole, T. entered on 10/24/2005 at 4:59 PM CDT and filed on 10/24/2005

**Case Name:**    Harrell v. Minnesota Mining & Manufacturing Company et al
**Case Number:**  1:05-cv-341
**Filer:**        Certainteed Corporation
                  General Electric Company

**Document Number:** 45

**Docket Text:**
NOTICE *OF WITHDRAWAL OF MOTION* by Certainteed Corporation, General Electric Company re [35] MOTION to Vacate *CTO-251* (Cole, T.)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=10/24/2005] [FileNumber=288278-0
] [7a5b3d243a408bf43eb73ded9dda178680faca1a4d80fab36cca803a20413a4e026
7b53f874c9d6e054c65216f9477ca453fb3bb29554735493fc9fb25a656c8]]

**1:05-cv-341 Notice will be electronically mailed to:**

Christopher E. Bauer    cbauer@aultmantyner.com,

Laura Sanders Brown    laura.brown@pmp.org, donna.alderman@pmp.org

T. Hunt Cole , Jr    coleh@fpwk.com, annaw@fpwk.com

Barry Wayne Ford    bford@bakerdonelson.com,

Keith L. Gates    kgates@abbott-simses.com, mcoffey@abbott-simses.com

Bridget E. King    bek@wisecarter.com, lpj@wisecarter.com

Alison Elizabeth O'Neal    onealae@fpwk.com, edwardsdj@fpwk.com

Timothy W. Porter    tim@portermalouf.com,

William C. Reeves     breeves@smithreeves.com, nthompson@smithreeves.com

William F. Selph , III     dselph@spsr-law.com

Rhea Hudson Sheldon     rsheldon@abbott-simses.com,

William Buckley Stewart     bstewart@cctb.com, bpepper@cctb.com

Mary Winter Van Slyke     Mary.VanSlyke@pmp.org,

Carey R. Varnado     cvarnado@mpvlaw.com,

Thomas E. Vaughn     tvaughn@avchlaw.com, tmurphy@avchlaw.com

Terrell S. Williamson     williate@phelps.com

**1:05-cv-341 Notice will be delivered by other means to:**