MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 28 2005

FILED
CLERK'S OFFICE

PLEADING NO. 4645

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Jerry A. Harrell v. Minnesota Mining & Manufacturing Co., et al.*, S.D. Mississippi, C.A. No. 1:05-341

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING THE NOVEMBER 17, 2005 HEARING SESSION

A conditional transfer order was filed in this action (*Harrell*) on August 15, 2005. Defendants CertainTeed Corporation and General Electric Company filed a notice of opposition to the proposed transfer of *Harrell* and the subsequent motion and brief to vacate the conditional transfer order. The opposing defendants have now notified the Panel that they withdraw their initial opposition to the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-251" filed on August 15, 2005, is LIFTED insofar as it relates to this action, and thus the action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Charles R. Weiner.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 12, 2005, are VACATED insofar as they relate to this action.

FOR THE PANEL:

*[signature]*

Wm. Terrell Hodges
Chairman

**OFFICIAL FILE COPY**

IMAGED OCT 28 2005