**875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 28 2005

FILED
CLERK'S OFFICE

PLEADING NO. 4646

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
PETER FUNK and GLORIA FUNK,

        Plaintiffs,

-against-

A.W. CHESTERTON CO., et al.,

        Defendants.
----------------------------------------X

ORDER REMANDING ACTION

05 Civ. 5730 (SAS)

    Defendant General Electric Company having removed this action to this Court from The Supreme Court of the State of New York, New York County; and defendant General Electric Company having been subsequently dismissed from this action by Stipulation of Dismissal; and Plaintiffs having requested that this action be remanded back to State Court; and no other defendant having objected to the remand of this action, it is hereby:

    Ordered, that this action be remanded back to the Supreme Court of the State of New York, County of New York.

_____
Shira A. Scheindlin, U.S.D.J.     10/25/05

MDL- 875
RECOMMENDED ACTION

Vacate CTO-251 + H.S.O.
Approved/Date: MK 10/17



OCT 25 2005

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/05

OFFICIAL FILE COPY
IMAGED OCT 28 2005