**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 28 2005

FILED
CLERK'S OFFICE

PLEADING NO. 4647

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Peter J. Funk, et al. v. General Electric Co., et al.*, S.D. New York, C.A. No. 1:05-5730

### ORDER VACATING CONDITIONAL TRANSFER ORDER
### AND VACATING THE NOVEMBER 17, 2005 HEARING SESSION

A conditional transfer order was filed in this action (*Funk*) on August 15, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Funk* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Funk* was remanded to the Supreme Court of the State of New York, County of New York, by the Honorable Shira A. Scheindlin in an order filed on October 25, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-251" filed on August 15, 2005, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 12, 2005, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

OFFICIAL FILE COPY
IMAGED OCT 28 2005