MDL 875

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

OCT 28 2005

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THOMAS ROWE, ET UX                    *
                                      *
    v.                                *   Civil No. JFM-05-2393
                                      *
JOHN CRANE HOUDAILLE, INC., ET AL.*
                                  *****

ORDER

Plaintiff's having presented evidence affirmatively establishing that Hopeman Brothers, Inc., removed this action 33 days after it was served with process, Hopeman Brothers not having presented contrary evidence, and Hopeman Brother's removal of the action therefore being untimely under 28 U.S.C. § 1446(b), it is, this 26th day of October 2005

ORDERED

1. Plaintiff's motion to remand is granted; and

2. This action is remanded to the Circuit Court for Baltimore City, Maryland.

/s/
J. Frederick Motz
United States District Judge

MDL- 875
RECOMMENDED ACTION
Vacate CTO-253 - one action
Approved/Date: _qp_ 10/27

I hereby attest and certify on 10-27-05 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By _____ Deputy

OFFICIAL FILE COPY                                IMAGED OCT 28 2005