MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 28 2005

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Thomas R. Rowe, et al. v. John Crane-Houdaille, Inc., et al.*, D. Maryland,
 C.A. No. 1:05-2393

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Rowe*) on October 7, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Rowe* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Rowe* was remanded to the Circuit Court for Baltimore City, Maryland, by the Honorable J. Frederick Motz in an order filed on October 26, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-253" filed on October 7, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel



PLEADING NO. 4649

OFFICIAL FILE COPY   IMAGED OCT 28 2005