JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 31 2005

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Howard Wood v. Allis-Chalmers Corp. Product Liability Trust, et al.*, D. Oregon, C.A. No. 3:05-706

### ORDER VACATING TRANSFER ORDER

On October 19, 2005, the Panel filed an order transferring this action (*Wood*) and nineteen other actions to the Eastern District of Pennsylvania, pursuant to 28 U.S.C. § 1407, for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket before the Honorable Charles R. Weiner. Pursuant to 28 U.S.C. § 1407(c), however, the Panel's transfer of *Wood* did not become effective until October 24, 2005, the date the transfer order was filed in the office of the clerk of the transferee court (the Eastern District of Pennsylvania). The Panel has now been advised that, prior to that date, *Wood* was remanded to Multnomah County Circuit Court for the State of Oregon by the Honorable Anna J. Brown in an order filed on October 20, 2005.

IT IS THEREFORE ORDERED that the Panel's transfer order in this docket filed on October 19, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

**OFFICIAL FILE COPY**

IMAGED OCT 3 1 2005