

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

NOV ~ 1 2005

FILED
CLERK'S OFFICE

DOLORES M. NETH, etc.

       Plaintiffs,

       v.

ANCHOR PACKING CO., et. al.,

       Defendants

MDL – 875

No. 2:05-1062

## DEFENDANT CRANE CO.'S OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Defendant Crane Co., through its undersigned counsel, files this Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order, ("Plaintiff's Motion") and in support thereof responds to plaintiff's motion as follows:

1.     The averments of Paragraph 1 of Plaintiff's Motion are admitted.

2.     The averments of Paragraph 2 of Plaintiff's Motion are admitted.

3.     The averments of Paragraph 3 of Plaintiff's Motion are denied. As explained more fully in Crane Co.'s Brief in Support of this Motion, plaintiff has failed to articulate a proper basis for her opposition to transferring this action.

WHEREFORE, Defendant Crane Co. respectfully requests that this Panel deny Plaintiff's Motion to Vacate the Conditional Transfer Order and to transfer this action be transferred to the United States District Court for the Eastern District of Pennsylvania, pursuant to 28 U.S.C. 1407.

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2005 OCT 31 P 3: 53

RECEIVED
CLERK'S OFFICE

*OFFICIAL FILE COPY* IMAGED NOV 1 2005

Dated October 31, 2005

Respectfully Submitted,

Nicholas P. Vari
Pa. I.D. 59033
Brian Wuenschell
Pa. I.D. 86209

KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

Attorneys for Defendant, Crane Co.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## CERTIFICATE OF SERVICE

NOV - 1 2005

FILED
CLERK'S OFFICE

I hereby certify that a true and correct copy of the foregoing OPPOSITION TO

PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER is being

served upon all counsel listed on the attached service list via U.S. first-class mail,

postage pre-paid, this 31ST day of October, 2005

_____

Brian Wuenschell

RECEIVED
CLERK'S OFFICE

2005 OCT 31  P 3: 53

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2005

FILED
CLERK'S OFFICE

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOLORES M. NETH, etc.                          MDL – 875

      Plaintiffs,                                      No. 2:05-1062

      v.

ANCHOR PACKING CO., et. al.,

      Defendants

### DEFENDANT CRANE CO.'S BRIEF IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER

## I. INTRODUCTION

      Plaintiff seeks to avoid transfer of this action to the United States District Court for the Eastern District of Pennsylvania based solely on a conclusory allegation that is not supported by fact or law. Moreover, plaintiff's position has been rejected previously by this Panel.  Accordingly, transfer is appropriate.

## II. ARGUMENT

      Civil proceedings involving "one or more common questions of fact" pending in a United States District Court are to be transferred to the Judicial Panel on Multidistrict Litigation if the Panel determines that "transfers for such proceedings will be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions."  28 U.S.C. 1407.  This Panel has held already, after lengthy and detailed briefing by many parties, that civil actions involving allegations of personal injury or wrongful death caused by asbestos meet the criteria of 28 U.S.C. 1407, and are thus properly transferable to the United States District Court for the Eastern District

of Pennsylvania.  In Re Asbestos Products Liability Litigation, 771 F. Supp. 415

(J.P.M.L.1991).  In a thorough and detailed analysis, the Panel set forth the many

factors supporting its decision, including the common questions of fact found in all

asbestos actions, the complexity of asbestos litigation, the large volume of asbestos

personal injury actions and the costs incurred in litigating those actions.  Id.

        In attempting to avoid transfer of this action, plaintiff does not argue that

this action does not involve common questions of fact with the numerous other asbestos

personal injury actions that have been transferred to the United States District Court for

the Eastern District of Pennsylvania, but instead provides an unsupported, conclusory

assertion that this action should not be transferred because "plaintiff has straight

forward, fact-specific, meritorious reasons supporting the proposition that the case must

be remanded to state court."[1]  Plaintiff, however, has failed to file any evidence of the

"straight forward, fact-specific, meritorious reasons" why this action should be remanded

to state court.[2]  Moreover, plaintiff has failed to cite any authority to support the

proposition that a case should not be transferred to the Panel simply because it may

have been improperly removed from, or should be remanded to, state court.

        Indeed, the Panel has held previously that, in considering an opposition to

transfer, the Panel should not consider whether the action was filed in state court

originally and may be remanded thereto.  In Re Antibiotic Drugs, 299 F. Supp. 1403

(J.P.M.L.1969).  In In Re Antibiotics, the Panel held that several antitrust actions should

be transferred from various United States District Courts.  In opposing the transfer of

---

[1] Plaintiff's Brief in Support of Motion to Vacate, at 1.

[2] See certified copy of the docket for this case in the U.S. District Court for the Western District of
Pennsylvania.

some of those actions, plaintiff's counsel argued that transfer was improper, because the case was filed in state court originally and removed to a district court, and because there was a motion to remand to state court pending in the district court.   The Panel rejected this argument:

> The fact that the cause is in the district court by removal from a state court has no bearing on a motion to transfer....Once removed, the action proceeds as if it had been brought in the federal court originally. (citations omitted)....The real question is whether this action lacks the commonality of factual questions which permeate the other cases.
>
> Id., at 1405-06.

The present case is materially indistinguishable from In Re Antibiotics. Both cases involve a plaintiff seeking to avoid transfer on the basis that the action should be remanded to state court.  In In Re Antibiotics, the plaintiff failed to demonstrate that the actions at issue did not involve common questions of fact or that the other criteria of 28 U.S.C. 1407 were not met.  In this case, plaintiff has failed to argue that this action does not involve common questions of fact with other asbestos cases or that the other criteria of 28 U.S.C. 1407 are not met.  Accordingly, this Panel should deny plaintiff's motion and transfer this case.

## III. **CONCLUSION**

For the foregoing reasons, Plaintiff's Opposition to Conditional Transfer of this case should be denied.

Dated October 31, 2005                          Respectfully Submitted,

Nicholas P. Vari
Pa. I.D. 59033
Brian Wuenschell
Pa. I.D. 86209

KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

Attorneys for Defendant, Crane Co.



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**CERTIFICATE OF SERVICE**

NOV - 1 2005

CLERK'S OFFICE

I hereby certify that a true and correct copy of the foregoing BRIEF IN SUPPORT

OF OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER

ORDER is being served upon all counsel listed on the attached service list via U.S. first-

class mail, postage pre-paid, this 31ST day of October, 2005

Brian Wuenschell

RECEIVED
CLERK'S OFFICE
2005 OCT 31  P 3: 55
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

Page 1 of 2

**PANEL SERVICE LIST (Excerpted from CTO-252)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Dolores M. Neth, etc. v. Anchor Packing Co., et al.,* W.D. Pennsylvania, C.A. No. 2:05-1062

L. John Argento
Swartz & Campbell
600 Grant Street
4750 U.S. Steel Building
Pittsburgh, PA 15219

Alexander P. Bicket
Zimmer, Kunz, P.C.
3300 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Nora B. Fischer
Pietragallo, Bosick & Gordon
One Oxford Center
38th Floor
Pittsburgh, PA 15219

Gregory L. Fitzpatrick
Margolis Edelstein
1500 Grant Building
310 Grant Street
Pittsburgh, PA 15219

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Cathy R. Gordon
Swartz & Campbell
600 Grant Street
4750 USX Building
Pittsburgh, PA 15219

Brian S. Green
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Robert W. Hastings
Dickie, McCamey & Chilcote, P.C.
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402

Eric L. Horne
Eckert, Seamans, Cherin & Mellot
600 Grant Street
44th Floor
Pittsburgh, PA 15219

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Daniel E. Krauth
Zimmer Kunz, P.C.
3300 USX Tower
600 Grant Street
Pittsburgh, PA 15219

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Joni M. Mangino
Zimmer, Kunz, P.C.
3300 USX Tower
600 Grant Street
Pittsburgh, PA 15219

John F. McCabe
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Edward A. Miller
Marshall, Dennehey, Warner, Coleman &
Goggin
U.S. Steel Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219

Stephen R. Mlinac
Dickie, McCamey & Chilcote, P.C.
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402

Ralph Henry Moore II
Jackson Kelly
401 Liberty Avenue
Suite 1340
Pittsburgh, PA 15222

PANEL SERVICE LIST (Excerpted from CTO-252) MDL-875                    Page 2 of 2

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Kenneth S. Mroz
Swartz & Campbell
4750 USX Tower
6000 Grant Street
Pittsburgh, PA 15219

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard E. Rush
Thomson, Rhodes & Cowie
1010 Two Chatham Center
Pittsburgh, PA 15219

George M. Schumann
Dickie, McCamey & Chilcote, P.C.
Two PPG Place
Suite 400
Pittsburgh, PA 15222

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Jason T. Shipp
Goldberg, Persky & White, PC
1030 Fifth Avenue
3rd Floor
Pittsburgh, PA 15219

Concetta A. Silvaggio
Willman & Arnold
705 McKnight Park Drive
Pittsburgh, PA 15237

Stewart R. Singer
Salmon, Ricchezza, Singer & Turchi
1700 Market Street
Suite 3110
Philadelphia, PA 19103

Jeanne Walch Sopher
Heintzman, Warren, Wise & Fornella
Gulf Tower, 35th Floor
707 Grant Street
Pittsburgh, PA 15219

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

James A. Traficante
Dickie, McCamey & Chilcote, P.C.
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Nicholas P. Vari
Kirkpatrick Lockhart Nicholson
Graham LLP
1500 Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

John L. Vitsas
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Edward J. Wilbraham
Wilbraham, Lawler & Buba
1818 Market Street
Suite 3100
Philadelphia, PA 19103-3631

Matthew R. Wimer
Wimer Law Offices, PC
655 Allegheny Avenue
Oakmont, PA 15139

Dennis F. Wolford
Reed, Luce, Tosh, Wolford & Douglas
804 Turnpike Street
Beaver, PA 15009

Jamie K. Zurasky
Wimer Law Offices
655 Allegheny Avenue
Oakmont, PA 15139

# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
## CIVIL DOCKET FOR CASE #: 2:05-cv-01062-TMH

NETH
Assigned to: Thomas M. Hardiman
Case in other court: Court of Common Pleas of
Westmoreland County, GD
7705 of 2004
Cause: no cause specified

Date Filed: 08/02/2005
Jury Demand: Both
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: U.S. Government
Defendant

### Plaintiff

**DOLORES M. NETH**
*Executrix of the Estate of*
*Lawrence R. Neth, Deceased,*
*and DOLORES M. NETH, in her*
*own right*

represented by **David P. Chervenick**
Goldberg, Persky, Jennings &
White
1030 Fifth Avenue
Pittsburgh, PA 15219
(412) 471-3980
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

CERTIFIED FROM THE RECORD
Date 10-28-05
ROBERT V. BARTH, JR., CLERK
By Edward Taylor
Deputy Clerk

**Peter R. Paladino, Jr.**
Goldberg, Persky, Jennings &
White
1030 Fifth Avenue
Pittsburgh, PA 15219
(412) 471-3980
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**ANCHOR PACKING**
**COMPANY**

represented by **Gregory L. Fitzpatrick**
Margolis Edelstein
310 Grant Street
Suite 1500, Grant Building
Pittsburgh, PA 15219
(412) 281-4256
Email:
gfitzpatrick@margolisedelstein.com

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**ARGO PACKING COMPANY**       represented by   **Matthew R. Wimer**
                                                Wimer Law Offices
                                                655 Allegheny Avenue
                                                Oakmont, PA 15139
                                                (412) 820-1234
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**CERTAINTEED**                 represented by   **Edward J. Wilbraham**
**CORPORATION**                                 Wilbraham, Lawler & Buba
                                                603 Stanwix Street
                                                Two Gateway Center, 17th North
                                                Pittsburgh, PA 15222
                                                (412) 255-0500
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Jennifer E. Watson**
                                                603 Stanwix Street
                                                Two Gateway Center, 17N
                                                Pittsburgh, PA 15222
                                                (412) 255-0500
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**CRANE COMPANY**               represented by   **Nicholas P. Vari**
                                                Kirkpatrick & Lockhart Nicholson
                                                Graham
                                                535 Smithfield Street
                                                Henry W. Oliver Building
                                                Pittsburgh, PA 15222-2312
                                                355-8365
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**CROWN, CORK & SEAL**          represented by   **Richard E. Rush**
**COMPANY**                                     Thomson, Rhodes & Cowie
                                                1010 Two Chatham Center

Pittsburgh, PA 15219
(412) 232-3400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DEZURIK, INC.**                represented by   **John J. Repcheck**
Marks, O'Neill, Reilly, O'Brien &
Courtney
707 Grant Street
3200 Gulf Tower
Pittsburgh, PA 15219
(412) 391-6171
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DRAVO CORPORATION**

**Defendant**

**DUQUESNE LIGHT
COMPANY**                      represented by   **Cathy R. Gordon**
Swartz Campbell
600 Grant Street
4750 U.S. Steel Building
Pittsburgh, PA 15219
(412) 232-9800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas J. Zidik**
Swartz Campbell
4750 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
412-232-9800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**EICHLEAY CORPORATION**       represented by   **Daniel E. Krauth**
Zimmer Kunz
600 Grant Street
3300 USX Tower
Pittsburgh, PA 15219

(412) 281-8000
Email: krauth@zklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FABRI-VALVE**                    represented by    **Robert W. Hastings**
*Division of ITT Grinnell Valve*                     Dickie, McCamey & Chilcote
*Comapny, Inc.*                                      Two PPG Place
                                                     Suite 400
                                                     Pittsburgh, PA 15222-5402
                                                     (412) 281-7272
                                                     Email: RHastings@dmclaw.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**FAIRMONT SUPPLY**
**COMPANY**

**Defendant**

**FOSTER-WHEELER**                 represented by    **Dennis F. Wolford**
**CORPORATION**                                      Reed, Luce, Good, Tosh &
                                                     McGregor
                                                     804 Turnpike Street
                                                     Beaver, PA 15009
                                                     (724) 774-9220
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**GARLOCK, INC.**                  represented by    **Gregory L. Fitzpatrick**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**I U NORTH AMERICA, INC.**        represented by    **Edward J. Wilbraham**
*as successor by merger to The*                      (See above for address)
*Garp Company, formerly known*                       *LEAD ATTORNEY*
*as The Gage Company, formerly*                       *ATTORNEY TO BE NOTICED*
*known as Pittsburgh Gage and*
*Supply Company*                                      **Jennifer E. Watson**
                                                     Wilbraham Lawler & Buba

603 Stanwix Street
Two Gateway Center, 17N
Pittsburgh, PA 15222
(412) 255-0500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GENERAL ELECTRIC
COMPANY**                     represented by   **Brian S. Green**
Marks, O'Neill, O'Brien &
Courtney
707 Grant Street
3200 Gulf Tower
Pittsburgh, PA 15219
(412) 391-6171
Email: BSG@PBandG.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nora Barry Fischer**
Pietragallo, Bosick & Gordon
One Oxford Centre
38th Floor
Pittsburgh, PA 15219
(412) 263-2000
Email: NBF@PBandG.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GENERAL REFRACTORIES
COMPANY**

**Defendant**

**GEORGE V. HAMILTON,
INC.**                        represented by   **Concetta A. Silvaggio**
Willman & Arnold
705 McKnight Park Drive
Pittsburgh, PA 15237
(412) 366-3333
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Kenneth Willman**
Willman & Arnold

705 McKnight Park Drive
Pittsburgh, PA 15237
(412) 366-3333
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HINCHLIFFE & KEENER,**          represented by    **L. John Argento**
**INC.**                                            Swartz Campbell
                                                    600 Grant Street
                                                    4750 U.S. Steel Building
                                                    Pittsburgh, PA 15219
                                                    (412) 232-9800
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**HONEYWELL, INC.**               represented by    **Kenneth S. Mroz**
                                                    Swartz Campbell
                                                    600 Grant Street
                                                    4750 U.S. Steel Building
                                                    Pittsburgh, PA 15219
                                                    (412) 232-9800
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **L. John Argento**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Stephen R. Mlinac**
                                                    Dickie, McCamey & Chilcote
                                                    Two PPG Place
                                                    Suite 400
                                                    Pittsburgh, PA 15222-5402
                                                    (412) 281-7272
                                                    Email:
                                                    smlinac@swartzcampbell.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**INDUSTRIAL HOLDINGS**          represented by    **Robert W. Hastings**

**CORPORATION**
*formerly known as*
CARBORUNDUM COMPANY

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**INGERSOLL-RAND**

represented by **John F. McCabe**
Marks, O'Neill, O'Brien &
Courtney
707 Grant Street
2600 Gulf Tower
Pittsburgh, PA 15219
(412) 391-6171
Email: jmccabe@mooclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**M.S. JACOBS &**
**ASSOCIATES**

represented by **Alexander P. Bicket**
Zimmer Kunz
600 Grant Street
3300 USX Tower
Pittsburgh, PA 15219
(412) 281-8000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**MARTIN MARIETTA**
**TECHNOLOGIES, INC.,**
*a Lockheed Martin Company*
*f/k/a Martin Marietta*
*Corporation*

represented by **George M. Schumann**
Dickie, McCamey & Chilcote
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402
(412) 281-7272
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard C. Polley**
Dickie, McCamey & Chilcote
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402
(412) 281-7272
Email: rpolley@dmclaw.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**METROPOLITAN LIFE**
**INSURANCE COMPANY**
*also known as*
Metropolitan Insurance
Company,

represented by **Stewart R. Singer**
Salmon, Ricchezza, Singer &
Turchi
1700 Market Street
Suite 3110
Philadelphia, PA 19103
(215) 606-6600
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MINNOTTE CONTRACTING**
**CORPORATION**

**Defendant**

**NAGLE PUMPS, INC.**

represented by **James A. Traficante**
Dickie, McCamey & Chilcote
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402
(412) 281-7272
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard C. Polley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NITRO INDUSTRIAL**
**COVERINGS, INC.,/NICO**

represented by **Joni M. Mangino**
Zimmer Kunz
600 Grant Street
3300 USX Tower
Pittsburgh, PA 15219
(412) 281-8000
Email: mangino@zklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**OWENS-ILLINOIS, INC.**
      represented by **John L. Vitsas**
           Reed Smith
           435 Sixth Avenue
           Pittsburgh, PA 15219-1886
           (412) 288-3131
           *LEAD ATTORNEY*
           *ATTORNEY TO BE NOTICED*

           **Kathy K. Condo**
           Reed Smith
           435 Sixth Avenue
           Pittsburgh, PA 15219-1886
           288-4224
           *LEAD ATTORNEY*
           *ATTORNEY TO BE NOTICED*

**Defendant**

**ROBERTSON CECO**
**CORPORATION**
*formerly known as*
H.H. Robertson Company
      represented by **Dennis F. Wolford**
           (See above for address)
           *LEAD ATTORNEY*
           *ATTORNEY TO BE NOTICED*

**Defendant**

**STOCKHAM VALVES &**
**FITTINGS**
*formerly known as*
MARLIN VALVE, INC.
      represented by **Concetta A. Silvaggio**
           (See above for address)
           *LEAD ATTORNEY*
           *ATTORNEY TO BE NOTICED*

           **Melanie M. Irwin**
           Willman & Arnold LLP
           705 McKnight Park Drive
           Pittsburgh, PA
           412-366-3333
           *LEAD ATTORNEY*
           *ATTORNEY TO BE NOTICED*

           **R. Kenneth Willman**
           (See above for address)
           *LEAD ATTORNEY*
           *ATTORNEY TO BE NOTICED*

**Defendant**

**TAYLORED INDUSTRIES,**
**INC.**
      represented by **Jamie K. Zurasky**
           Wimer Law Offices

655 Allegheny Avenue
Oakmont, PA 15139
(412) 820-1234
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew R. Wimer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNIFRAX CORPORATION**          represented by **Robert W. Hastings**
*formerly known as*                                        (See above for address)
Carborundum Company                              *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**UNION BOILER COMPANY**     represented by **Edward A. Miller**
                                                                       Marshall, Dennehey, Warner,
                                                                       Coleman & Goggin, P.C.
                                                                       US Steel Tower, Suite 2900
                                                                       600 Grant Street
                                                                       Pittsburgh, PA 15219
                                                                       (412) 803-1140
                                                                       Firm: (412) 803-1188
                                                                       Email: emiller@mdwcg.com
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Michael A. Karaffa**
                                                                       Marshall, Dennehey, Warner,
                                                                       Coleman & Goggin
                                                                       600 Grant Street
                                                                       Suite 2900 USX Tower
                                                                       Pittsburgh, PA 15219
                                                                       (412) 803-1140
                                                                       Email: mkaraffa@mdwcg.com
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**VIACOM, INC.**                          represented by **Eric L. Horne**
*successor by merger of CBS*                      Eckert, Seamans, Cherin & Mellott

*CORPORATION f/k/a*
*Westinghouse Electric*
*Corporation*

600 Grant Street
44th Floor
Pittsburgh, PA 15219
566-1289
Email: ehorne@eckertseamans.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**RAYTHEON ENGINEERS &**
**CONSTRUCTORS, INC.**
*formerly known as*
United Engineers & Constructors

represented by **Gregory L. Fitzpatrick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**WEST PENN POWER**
**COMPANY**

represented by **Cathy R. Gordon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ralph Henry Moore, II**
Jackson Kelly
401 Liberty Avenue, Suite 1340
Pittsburgh, PA 15222
412-434-8055
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**OGLEBAY NORTON**
**COMPANY**
*also known as*
Oglebay Norton Engineered
Materials, Inc. and its division
Ferro Engineering

represented by **Jeanne Welch Sopher**
Heintzman Warren
707 Grant Street
The Gulf Tower, 35th Floor
Pittsburgh, PA 15219
(412) 394-7810
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Heintzman**
Heintzman, Warren, Wise &
Fornella
707 Grant Street
The Gulf Tower, 35th Floor

Pittsburgh, PA 15219
(412) 394-7801
Email: mdh@hwwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 08/02/2005 | 1 | NOTICE OF REMOVAL from Court of Common Pleas of Westmoreland County, case number 7705 of 2004. Copies attached: Complaint and Exhibits. (Filing fee $ 250 receipt number 4792) filed by DUQUESNE LIGHT COMPANY. (Attachments: # 1 Notice of Removal (Part 2)# 2 Notice of Removal (Part 3)# 3 Notice of Removal (Part 4)# 4 Notice of Removal (Part 5)# 5 Notice of Removal (Part 6)# 6 Civil Cover Sheet)(sjs) (Entered: 08/02/2005) |