BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
OF THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | ) ) ) | MDL Docket No. 875 |
| DOLORES M. NETH, etc., | ) ) | No. 2:05-1062 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ANCHOR PACKING CO., et al., | ) ) | |
| Defendants. | ) ) | |

### DEFENDANT DUQUESNE LIGHT COMPANY'S RESPONSE TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Defendant Duquesne Light Company ("Duquesne Light"), by and through its undersigned counsel, pursuant to Rule 10(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, files the following Response to Plaintiffs' Motion to Vacate Conditional Transfer Order.

1. The allegations contained in Paragraph 1 of the Plaintiff's Motion are admitted.

2. The allegations contained in Paragraph 2 of the Plaintiff's Motion are admitted.

3. The allegations contained in Paragraph 3 of the Plaintiff's Motion are denied. Thirty-Seven defendants have been named by Plaintiffs in a *pro forma* complaint which broadly and generally alleges liability of the defendants based on defendants' alleged status as miners, millers, manufacturers, fabricators, suppliers and/or sellers of asbestos containing products. Many of the corporate defendants named in this action are

also parties to other cases which are coordinated by the United States District Court for the Eastern District of Pennsylvania. Common issues of fact and law exist between this case and the other asbestos exposure, personal injury cases presently within the jurisdiction of multidistrict litigation. Moreover, the parties and witnesses would benefit from the coordinated discovery and efficient case management inherent in the multidistrict procedures established for cases of this nature. Transfer of this action is appropriate for the reasons set forth in the July 29, 1991 Opinion and Order of the Judicial Panel on Multidistrict Litigation, *In re Asbestos Products Liability Litigation (No. VI)*. Plaintiffs have failed to set forth any meaningful distinguishing factors which would warrant vacating the Conditional Transfer Order.

WHEREFORE, Defendant Duquesne Light Company requests that the Panel deny Plaintiffs' Motion to Vacate Conditional Transfer Order.

Respectfully submitted,

Cathy R. Gordon
Pa.I.D.# 56728
Nicholas J. Zidik
Pa.I.D.# 91527

SWARTZ CAMPBELL, LLC
Firm # 765
4750 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
412-232-9800

Attorneys for Defendant,
DUQUESNE LIGHT COMPANY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**PROOF OF SERVICE**

NOV - 1 2005

CLERK'S OFFICE

I hereby certify that a true and correct copy of the forgoing DUQUESNE LIGHT COMPANY'S RESPONSE TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER is being served via U.S. first class mail, postage prepaid, this 27th day of October, 2005, on all parties and/or counsel as identified on the attached Panel Service List.

Respectfully submitted,

Cathy R. Gordon
Pa.I.D.# 56728
Nicholas J. Zidik
Pa.I.D.# 91527

SWARTZ CAMPBELL, LLC
Firm # 765
4750 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
412-232-9800

Attorneys for Defendant,
DUQUESNE LIGHT COMPANY



PANEL SERVICE LIST (Excerpted from CTO-252)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Dolores M. Neth, etc. v. Anchor Packing Co., et al.*, W.D. Pennsylvania, C.A. No. 2:05-1062

L. John Argento
Swartz & Campbell
600 Grant Street
4750 U.S. Steel Bulding
Pittsburgh, PA 15219

Alexander P. Bicket
Zimmer, Kunz, P.C.
3300 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Nora B. Fischer
Pietragallo, Bosick & Gordon
One Oxford Center
38th Floor
Pittsburgh, PA 15219

Gregory L. Fitzpatrick
Margolis Edelstein
1500 Grant Building
310 Grant Street
Pittsburgh, PA 15219

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Cathy R. Gordon
Swartz & Campbell
600 Grant Street
4750 USX Building
Pittsburgh, PA 15219

Brian S. Green
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Robert W. Hastings
Dickie, McCamey & Chilcote, P.C.
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402

Eric L. Horne
Eckert, Seamans, Cherin & Mellot
600 Grant Street
44th Floor
Pittsburgh, PA 15219

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Daniel E. Krauth
Zimmer Kunz, P.C.
3300 USX Tower
600 Grant Street
Pittsburgh, PA 15219

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Joni M. Mangino
Zimmer, Kunz, P.C.
3300 USX Tower
600 Grant Street
Pittsburgh, PA 15219

John F. McCabe
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Edward A. Miller
Marshall, Dennehey, Warner, Coleman & Goggin
U.S. Steel Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219

Stephen R. Mlinac
Dickie, McCamey & Chilcote, P.C.
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402

Ralph Henry Moore II
Jackson Kelly
401 Liberty Avenue
Suite 1340
Pittsburgh, PA 15222

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Kenneth S. Mroz
Swartz & Campbell
4750 USX Tower
6000 Grant Street
Pittsburgh, PA 15219

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard E. Rush
Thomson, Rhodes & Cowie
1010 Two Chatham Center
Pittsburgh, PA 15219

George M. Schumann
Dickie, McCamey & Chilcote, P.C.
Two PPG Place
Suite 400
Pittsburgh, PA 15222

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Jason T. Shipp
Goldberg, Persky & White, PC
1030 Fifth Avenue
3rd Floor
Pittsburgh, PA 15219

Concetta A. Silvaggio
Willman & Arnold
705 McKnight Park Drive
Pittsburgh, PA 15237

Stewart R. Singer
Salmon, Ricchezza, Singer & Turchi
1700 Market Street
Suite 3110
Philadelphia, PA 19103

Jeanne Welch Sopher
Heintzman, Warren, Wise & Fornella
Gulf Tower, 35th Floor
707 Grant Street
Pittsburgh, PA 15219

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

James A. Traficante
Dickie, McCamey & Chilcote, P.C.
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Nicholas P. Vari
Kirkpatrick Lockhart Nicholson
Graham LLP
1500 Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

John L. Vitsas
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Edward J. Wilbraham
Wilbraham, Lawler & Buba
1818 Market Street
Suite 3100
Philadelphia, PA 19103-3631

Matthew R. Wimer
Wimer Law Offices, PC
655 Allegheny Avenue
Oakmont, PA 15139

Dennis F. Wolford
Reed, Luce, Tosh, Wolford & Douglas
804 Turnpike Street
Beaver, PA 15009

Jamie K. Zurasky
Wimer Law Offices
655 Allegheny Avenue
Oakmont, PA 15139

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
OF THE UNITED STATES OF AMERICA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2005

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | ) ) ) | MDL Docket No. 875 |
| DOLORES M. NETH, etc., | ) ) | No. 2:05-1062 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ANCHOR PACKING CO., et al., | ) ) | |
| Defendants. | ) | |

### DEFENDANT DUQUESNE LIGHT COMPANY'S BRIEF IN SUPPORT OF RESPONSE TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Contrary to the assertion of Plaintiff, the goals of 28 U.S.C. § 1407 *will* be served by a transfer of this case to the United States District Court for the Eastern District of Pennsylvania.

The *pro forma* complaint in this action implicates thirty-seven defendants in a broad and general manner. Plaintiff alleges liability of the defendants based on defendants' alleged status as miners, millers, manufacturers, fabricators, suppliers and/or sellers of asbestos containing products. Many of the corporate defendants named in this action are also parties to other cases which are coordinated by the United States District Court for the Eastern District of Pennsylvania. Common issues of fact and law exist between this case and the other asbestos exposure, personal injury cases presently within the jurisdiction of multidistrict litigation. Moreover, the parties and witnesses would benefit from the coordinated discovery and efficient case management inherent in the multidistrict procedures established for cases of this nature. Transfer of this action is

appropriate for the reasons set forth in the July 29, 1991 Opinion and Order of the Judicial Panel on Multidistrict Litigation, *In re Asbestos Products Liability Litigation (No. VI)*. Plaintiffs have failed to set forth any meaningful distinguishing factors which would warrant vacating the Conditional Transfer Order.

In Plaintiff's brief, Plaintiff purports to have "straightforward meritorious reasons supporting the proposition that the case must be remanded to state court." Despite this assertion, Plaintiff has made no attempt to remand her case to state court as of the date of this filing. Plaintiff predicts that "this action will probably come back to state court for trial eventually." Plaintiff deduces that transfer to the MDL would result in "addition of a superfluous layer of procedural complexity, with no offsetting substantive or procedural benefit."

As explained above, the transfer will provide substantial procedural benefits. The participation of the MDL is not "superfluous," as suggested by Plaintiff. Moreover, Plaintiff's vague and self-serving prediction as to future action that may never be taken by a Federal court is a legally and factually insufficient basis upon which to request the Panel to vacate its Conditional Transfer Order.

For the foregoing reasons, Defendant Duquesne Light Company respectfully requests that the Panel deny Plaintiffs' Motion to Vacate Conditional Transfer Order.

Respectfully submitted,

*/s/ Cathy R. Gordon*

Cathy R. Gordon
Pa.I.D.# 56728
Nicholas J. Zidik
Pa.I.D.# 91527

SWARTZ CAMPBELL, LLC
Firm # 765
4750 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
412-232-9800

Attorneys for Defendant,
DUQUESNE LIGHT COMPANY

## **PROOF OF SERVICE**

I hereby certify that a true and correct copy of the forgoing DUQUESNE LIGHT COMPANY'S BRIEF IN SUPPORT OF RESPONSE TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER is being served via U.S. first class mail, postage prepaid, this 27th day of October, 2005, on all parties and/or counsel as identified on the attached Panel Service List.

Respectfully submitted,

Cathy R. Gordon
Pa.I.D.# 56728
Nicholas J. Zidik
Pa.I.D.# 91527

SWARTZ CAMPBELL, LLC
Firm # 765
4750 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
412-232-9800

Attorneys for Defendant,
DUQUESNE LIGHT COMPANY

PANEL SERVICE LIST (Excerpted from CTO-252)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Dolores M. Neth, etc. v. Anchor Packing Co., et al.*, W.D. Pennsylvania, C.A. No. 2:05-1062

L. John Argento
Swartz & Campbell
600 Grant Street
4750 U.S. Steel Bulding
Pittsburgh, PA 15219

Alexander P. Bicket
Zimmer, Kunz, P.C.
3300 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Nora B. Fischer
Pietragallo, Bosick & Gordon
One Oxford Center
38th Floor
Pittsburgh, PA 15219

Gregory L. Fitzpatrick
Margolis Edelstein
1500 Grant Building
310 Grant Street
Pittsburgh, PA 15219

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Cathy R. Gordon
Swartz & Campbell
600 Grant Street
4750 USX Building
Pittsburgh, PA 15219

Brian S. Green
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Robert W. Hastings
Dickie, McCamey & Chilcote, P.C.
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402

Eric L. Horne
Eckert, Seamans, Cherin & Mellot
600 Grant Street
44th Floor
Pittsburgh, PA 15219

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Daniel E. Krauth
Zimmer Kunz, P.C.
3300 USX Tower
600 Grant Street
Pittsburgh, PA 15219

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Joni M. Mangino
Zimmer, Kunz, P.C.
3300 USX Tower
600 Grant Street
Pittsburgh, PA 15219

John F. McCabe
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Edward A. Miller
Marshall, Dennehey, Warner, Coleman & Goggin
U.S. Steel Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219

Stephen R. Mlinac
Dickie, McCamey & Chilcote, P.C.
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402

Ralph Henry Moore II
Jackson Kelly
401 Liberty Avenue
Suite 1340
Pittsburgh, PA 15222

PANEL SERVICE LIST (Excerpted from CTO-252) MDL-875                               Page 2 of 2

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Kenneth S. Mroz
Swartz & Campbell
4750 USX Tower
6000 Grant Street
Pittsburgh, PA 15219

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard E. Rush
Thomson, Rhodes & Cowie
1010 Two Chatham Center
Pittsburgh, PA 15219

George M. Schumann
Dickie, McCamey & Chilcote, P.C.
Two PPG Place
Suite 400
Pittsburgh, PA 15222

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Jason T. Shipp
Goldberg, Persky & White, PC
1030 Fifth Avenue
3rd Floor
Pittsburgh, PA 15219

Concetta A. Silvaggio
Willman & Arnold
705 McKnight Park Drive
Pittsburgh, PA 15237

Stewart R. Singer
Salmon, Ricchezza, Singer & Turchi
1700 Market Street
Suite 3110
Philadelphia, PA 19103

Jeanne Welch Sopher
Heintzman, Warren, Wise & Fornella
Gulf Tower, 35th Floor
707 Grant Street
Pittsburgh, PA 15219

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

James A. Traficante
Dickie, McCamey & Chilcote, P.C.
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Nicholas P. Vari
Kirkpatrick Lockhart Nicholson
Graham LLP
1500 Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

John L. Vitsas
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Edward J. Wilbraham
Wilbraham, Lawler & Buba
1818 Market Street
Suite 3100
Philadelphia, PA 19103-3631

Matthew R. Wimer
Wimer Law Offices, PC
655 Allegheny Avenue
Oakmont, PA 15139

Dennis F. Wolford
Reed, Luce, Tosh, Wolford & Douglas
804 Turnpike Street
Beaver, PA 15009

Jamie K. Zurasky
Wimer Law Offices
655 Allegheny Avenue
Oakmont, PA 15139

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
OF THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | ) ) ) | MDL Docket No. 875 |
| DOLORES M. NETH, etc., | ) ) | No. 2:05-1062 |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| ANCHOR PACKING CO., et al., | ) ) | |
| Defendants. | ) | |

**DEFENDANT DUQUESNE LIGHT COMPANY'S STATEMENT OF
REASONS WHY ORAL ARGUMENT NEED NOT BE HEARD**

The legal and factual issues presented by Plaintiff's Motion to Vacate Conditional Transfer Order are well known to the Panel. The issues can and should be disposed of upon briefs, so as to conserve the resources of the Panel and the litigants.

Respectfully submitted,

_____
Cathy R. Gordon
Pa.I.D.# 56728
Nicholas J. Zidik
Pa.I.D.# 91527

SWARTZ CAMPBELL, LLC
Firm # 765
4750 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
412-232-9800

Attorneys for Defendant,
DUQUESNE LIGHT COMPANY

1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2005

FILED
CLERK'S OFFICE

## PROOF OF SERVICE

I hereby certify that a true and correct copy of the forgoing DEFENDANT DUQUESNE LIGHT COMPANY'S STATEMENT OF REASONS WHY ORAL ARGUMENT NEED NOT BE HEARD is being served via U.S. first class mail, postage prepaid, or hand delivery this 27th day of October, 2005, on all parties and/or counsel as identified on the attached Panel Service List.

Respectfully submitted,

Cathy R. Gordon
Pa.I.D.# 56728
Nicholas J. Zidik
Pa.I.D.# 91527

SWARTZ CAMPBELL, LLC
Firm # 765
4750 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
412-232-9800

Attorneys for Defendant,
DUQUESNE LIGHT COMPANY

# PANEL SERVICE LIST (Excerpted from CTO-252)
## DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Dolores M. Neth, etc. v. Anchor Packing Co., et al.*, W.D. Pennsylvania, C.A. No. 2:05-1062

L. John Argento
Swartz & Campbell
600 Grant Street
4750 U.S. Steel Bulding
Pittsburgh, PA 15219

Alexander P. Bicket
Zimmer, Kunz, P.C.
3300 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Nora B. Fischer
Pietragallo, Bosick & Gordon
One Oxford Center
38th Floor
Pittsburgh, PA 15219

Gregory L. Fitzpatrick
Margolis Edelstein
1500 Grant Building
310 Grant Street
Pittsburgh, PA 15219

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Cathy R. Gordon
Swartz & Campbell
600 Grant Street
4750 USX Building
Pittsburgh, PA 15219

Brian S. Green
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Robert W. Hastings
Dickie, McCamey & Chilcote, P.C.
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402

Eric L. Horne
Eckert, Seamans, Cherin & Mellot
600 Grant Street
44th Floor
Pittsburgh, PA 15219

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Daniel E. Krauth
Zimmer Kunz, P.C.
3300 USX Tower
600 Grant Street
Pittsburgh, PA 15219

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Joni M. Mangino
Zimmer, Kunz, P.C.
3300 USX Tower
600 Grant Street
Pittsburgh, PA 15219

John F. McCabe
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Edward A. Miller
Marshall, Dennehey, Warner, Coleman & Goggin
U.S. Steel Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219

Stephen R. Mlinac
Dickie, McCamey & Chilcote, P.C.
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402

Ralph Henry Moore II
Jackson Kelly
401 Liberty Avenue
Suite 1340
Pittsburgh, PA 15222

PANEL SERVICE LIST (Excerpted from CTO-252) MDL-875

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Kenneth S. Mroz
Swartz & Campbell
4750 USX Tower
6000 Grant Street
Pittsburgh, PA 15219

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard E. Rush
Thomson, Rhodes & Cowie
1010 Two Chatham Center
Pittsburgh, PA 15219

George M. Schumann
Dickie, McCamey & Chilcote, P.C.
Two PPG Place
Suite 400
Pittsburgh, PA 15222

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Jason T. Shipp
Goldberg, Persky & White, PC
1030 Fifth Avenue
3rd Floor
Pittsburgh, PA 15219

Concetta A. Silvaggio
Willman & Arnold
705 McKnight Park Drive
Pittsburgh, PA 15237

Stewart R. Singer
Salmon, Ricchezza, Singer & Turchi
1700 Market Street
Suite 3110
Philadelphia, PA 19103

Jeanne Welch Sopher
Heintzman, Warren, Wise & Fornella
Gulf Tower, 35th Floor
707 Grant Street
Pittsburgh, PA 15219

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

James A. Traficante
Dickie, McCamey & Chilcote, P.C.
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Nicholas P. Vari
Kirkpatrick Lockhart Nicholson Graham LLP
1500 Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

John L. Vitsas
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Edward J. Wilbraham
Wilbraham, Lawler & Buba
1818 Market Street
Suite 3100
Philadelphia, PA 19103-3631

Matthew R. Wimer
Wimer Law Offices, PC
655 Allegheny Avenue
Oakmont, PA 15139

Dennis F. Wolford
Reed, Luce, Tosh, Wolford & Douglas
804 Turnpike Street
Beaver, PA 15009

Jamie K. Zurasky
Wimer Law Offices
655 Allegheny Avenue
Oakmont, PA 15139