Fax from : 10-31-05 17:59 JUDICIAL PANEL ON 3
Case MDL No. 875   Document 4654   Filed 11/01/05   Page 1 of 4
MULTIDISTRICT LITIGATION

MDL 875

NOV - 1 2005

FILED
CLERK'S OFFICE

United States Courts
Southern District of Texas
ENTERED

OCT 25 2005

Michael N. Milby, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

KIMBERLY DUTTON, Individually and as
Personal Representative of the Heirs and
Estate of RICHARD G. MANNING, Deceased;
MARY EDWINA MANNING; and
RICHARD D. MANNING

VS.

Civil Action No. H-05-1251

AGCO CORPORATION (sued individually and as
successor-in-interest to ALLIS CHALMERS
CORPORATION); ALFA LAVAL, INC. (sued
individually and as successor-in-interest to
SHARPLES, INC.); ALLIS-CHALMERS CORPORATION
(sued individually and as successor-in-interest to BUDA
CORPORATION); BUFFALO PUMPS, INC.
(sued individually and as successor-in-interest
to BUFFALO FORGE); COOPER INTERNATIONAL
COMPANY (sued individually and as successor-in-interest
to GARDNER-DENVER COMPANY); CRANE CO.
(sued individually and as successor-in-interest to
COCHRANE, INC. and CHAPMAN VALVE COMPANY);
DANA CORPORATION; FIATALLIS NORTH AMERICA
(sued individually and as successor-in-interest to
BUDA CORPORATION and ALLIS CHALMERS
CORPORATION); FLOWSERVE CORPORATION
(f/k/a THE DURIRON COMPANY); FMC CORPORATION;
FOSTER WHEELER ENERGY CORPORATION;
GARLOCK, INC., GARLOCK SEALING TECHNOLOGIES, LLC
(sued individually and as successor-in-interest to
GARLOCK, INC. and UNITED STATES GASKET COMPANY);
GENERAL ELECTRIC COMPANY;
~~GENERAL MOTORS CORPORATION;~~
THE GORMAN-RUPP COMPANY (sued individually
and as successor-in-interest to C.H. WHEELER);
GUARD-LINE, INC.; HENRY TECHNOLOGIES, INC.
(f/k/a HENRY VALVE CO.); IMO INDUSTRIES, INC.
(sued individually and as successor-in-interest to
DE LAVAL TURBINE, INC. and WARREN PUMPS, INC.);
INGERSOLL-RAND COMPANY (sued individually
and as successor-in-interest to TERRY STEAM TURBINE COMPANY);

2005 OCT 31 P 4:59
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

MDL-875
RECOMMENDED ACTION
Vacate CTO-253 - one action
Approved/Date: ML  11/1


EXHIBIT A

**OFFICIAL FILE COPY**

IMAGED NOV 1 2005

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2005

FILED
CLERK'S OFFICE

LESLIE CONTROLS, INC.;
McNALLY INDUSTRIES, INC. (sued individually
and as successor-in-interest to FMC CORPORATION);
METROPOLITAN LIFE INSURANCE COMPANY;
THE NASH ENGINEERING COMPANY;
SCHUTTE & KOERTING, INC.; SEPCO CORPORATION;
SMITHCO ENGINEERING, INC. (sued individually
and as successor-in-interest to ALCO PRODUCTS, INC.);
STRUTHERS WELLS CORPORATION;
TYCO VALVES AND CONTROLS, INC.;
VIACOM INC. (sued individually and as successor-in-interest
to WESTINGHOUSE ELECTRIC CORPORATION
and as successor-in-interest to BF STURTEVANT);
VIAD CORP. (sued individually and as successor-in-interest
to GRISCOM-RUSSELL COMPANY);
and WARREN PUMPS, LLC; YARWAY CORPORATION

## ORDER ON MOTION TO REMAND

On this day, the court reviewed Plaintiff's and Defendant General Electric Company's Agreed Motion to Remand to State Court, and the Court having considered same, is of the opinion that the motion should be GRANTED.

It is therefore, ORDERED, ADJUDGED and DECREED that pursuant to 28 U.S.C. 1447(c), this matter is hereby remanded to the 11th Judicial District Court of Harris County, Texas, Cause No. 2005-24266.

October 17, 2005

_____
Judge of the U.S. District Court
Southern District of Texas

2005 OCT 31 P 4:59
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

## PANEL SERVICE LIST (Excerpted from CTO-253)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Kimberly Dutton, etc. v. General Electric Co., et al.,* S.D. Texas, C.A. No. 4:05-1251

Robert L. Adams
Dunn, Kacal, Adams, Pappas & Law
One Riverway
Suite 1200
Houston, TX 77056

Gordon Randall Akin
3400 W. Marshall Avenue
Suite 300
Longview, TX 75604

Billy D. Anderson
Kent Good, et al.
909 E. Southeast Loop 323
#777
Tyler, TX 75701-9675

Darryl E. Atkinson
Brown McCarroll
111 Congress Ave
Suite 1400
Austin, TX 78701-4043

Nicholas S. Baldo
Weller, Green, McGown & Toups
550 Fannin
P.O. Box 350
Beaumont, TX 77704

Barbara J. Barron
Mehaffy Weber, PC
P. O. Box 16
Beaumont, TX 77704

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Ernest W. Boyd Jr.
Mehaffy & Weber, P.C.
One Allen Center
Suite 1200
500 Dallas
Houston, TX 77002

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Gary D. Elliston
DeHay & Elliston, L.L.P.
3500 Bank of America Plaza
901 Main Street
Dallas, TX 75202-3736

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Laura A. Frase
Forman, Perry, Watkins, Krutz
& Tardy, LLP
2001 Bryan Street
Suite 1300
Dallas, TX 75201-3008

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Brook Hardie
Watson, Kowls, et al.
807 Brazos
Suite 805
Austin, TX 78701

Raymond P. Harris, Jr.
Whittenburg & Schachter, PC
Plaza of the Americas, Suite 2300
600 North Pearl Street
LB 133
Dallas, TX 75201

John M. Jordan
Gardere, Wynne & Sewell, L.L.P
1000 Louisiana
Suite 3400
Houston, TX 77002-5007

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Michael Stuart Lee
615 North Upper Broadway
Suite 708
Corpus Christi, TX 78477

J.K Leonard
Ball & Weed
Trinity Plaza II, Suite 500
745 East Mulberry
San Antonio, TX 78212

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

PANEL SERVICE LIST (Excerpted from CTO-253) - MDL-875                                    PAGE 2 of 2

Jim D. McLeroy
Mcleroy, Litzieer, et al.
430 Church Street
P.O. Box 657
Sulphur Strings, TX 75483-0657

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Amy E. Nettle
Crouch & Ramey
1445 Rose Avenue
Suite 2300
Dallas, TX 75202

James H. Powers
Powers & Frost, L.L.P.
2400 One Houston Center
1221 McKinney Street
Houston, TX 77010

Mark D. Rayburn
Strong, Pipkin, Nelson & Bissell
1400 San Jacinto Building
595 Orleans
Beaumont, TX 77701

Pam Rea
Beirne Maynard & Parsons
1300 Post Oak Blvd
Suite 2500
Houston, TX 77056

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Kenneth D. Rhodes
Dunn, Kacal, Adams, Pappas & Law
America Tower
One Riverway
Suite 1200
Houston, TX 77056

William G. Rossick
Watson & Tramonte
807 Brazos
Suite 805
Austin, TX 78701-2911

John D. Roven
Roven-Kaplan, LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Charles S. Siegel
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, TX 75204

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Robert E. Thackston
Hawkins, Parnell & Thackston, LLP
4514 Cole Avenue
Suite 550
Dallas, TX 75205

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Jillan Van Rensburg
Dehay & Elliston
901 Main St
Suite 3500
Dallas, TX 75202-3736

James L. Ware
Sheehy, Serpe & Ware, P.C.
2500 Two Houston Centre
909 Fannin
Houston, TX 77010-1003

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Robert W. Wilkinson
Dogan & Wilkinson, PLLC
734 Del Mas Avenue
P.O. Box 1618
Pascagoula, MS 39568-1618