JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2005

FILED
CLERK'S OFFICE

DOCKET NO. 875

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Kimberly Dutton, etc. v. General Electric Co., et al.,* S.D. Texas, C.A. No. 4:05-1251

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Dutton*) on October 7, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Dutton* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Dutton* was remanded to the 11th Judicial District Court of Harris County, Texas, by the Honorable Vanessa D. Gilmore in an order signed on October 17, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-253" filed on October 7, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY
IMAGED NOV 1 2005