JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV -2 2005

FILED
CLERK'S OFFICE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | |
| This Document Relates to: | CIVIL ACTION NO. MDL 875 |
| Law Firm of Galiher DeRobertis Ono | |
| United States District Court Eastern District of Hawaii | MDL- 875 |
| BYINGTON, C.A. No. 04-00661 REJ/BMK | RECOMMENDED ACTION CRO - one action |
| [In the event the above-listed case is a multiple plaintiff (victim) action, this transfer is for the above-named party only, or said parties representative, and any spousal or dependent actions.]: | Approved/Date: MK 10/20 |

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Defendant's Motion To Remand to the United States District Court for the District of Hawaii, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since only one defendant remains for trial and pending motions may be handled by the trial court;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

**OFFICIAL FILE COPY**
IMAGED NOV 2 2005

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the District of Hawaii for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 10/6/05

_____
Charles R. Weiner        J.