MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 10 2005

FILED
CLERK'S OFFICE

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS ) | MDL DOCKET NO. 875 |
| LIABILITY LITIGATION (No. VI) ) | |
| ) | |
| DOLORES M. NETH, etc., ) | No. 2:05-1062 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ANCHOR PACKING CO., et al., ) | |
| ) | |
| Defendants ) | |

### DEFENDANT INGERSOLL-RAND'S CORPORATE DISCLOSURE STATEMENT

Defendant Ingersoll-Rand, by and through its counsel, Marks, O'Neill, O'Brien & Courtney, P.C. and John F. McCabe, Esquire, a non-government corporate party to this matter, files this Corporate Disclosure Statement in accordance with Rule 5.3 of the General Rules of Procedure for Multi-District Litigation. Ingersoll-Rand hereby certifies that it is a subsidiary of Ingersoll-Rand Company Limited and that there is no publicly held company that owns ten percent (10%) or more of Ingersoll-Rand's stock.

Respectfully submitted,

MARKS, O'NEILL, O'BRIEN
& COURTNEY, P.C.
2600 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 391-6171
Facsimile: (412) 391-8804

BY: _____
John F. McCabe, Esquire
Attorneys for Defendant Ingersoll-Rand

PI044968.1

**OFFICIAL FILE COPY**

IMAGED NOV 15 2005

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 10 2005

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I the undersigned hereby certify that a true and correct copy of the foregoing Corporate Disclosure Statement was served on all parties and/or counsel as listed on the attached Panel Service List via first class mail on this 7TH day of November, 2005.

Respectfully submitted,

MARKS, O'NEILL, O'BRIEN
& COURTNEY, P.C.
2600 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Telephone:   (412) 391-6171
Facsimile:    (412) 391-8804

BY: _____
John F. McCabe, Esquire
PA ID #

Attorneys for Defendant
Ingersoll-Rand

2005 NOV -9  P 3:18
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

PI044968.1

PANEL SERVICE LIST (Excerpted from CTO-252)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Dolores M. Neth, etc. v. Anchor Packing Co., et al.*, W.D. Pennsylvania, C.A. No. 2:05-1062

L. John Argento
Swartz & Campbell
600 Grant Street
4750 U.S. Steel Bulding
Pittsburgh, PA 15219

Alexander P. Bicket
Zimmer, Kunz, P.C.
3300 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Nora B. Fischer
Pietragallo, Bosick & Gordon
One Oxford Center
38th Floor
Pittsburgh, PA 15219

Gregory L. Fitzpatrick
Margolis Edelstein
1500 Grant Building
310 Grant Street
Pittsburgh, PA 15219

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Cathy R. Gordon
Swartz & Campbell
600 Grant Street
4750 USX Building
Pittsburgh, PA 15219

Brian S. Green
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Robert W. Hastings
Dickie, McCamey & Chilcote, P.C.
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402

Eric L. Horne
Eckert, Seamans, Cherin & Mellot
600 Grant Street
44th Floor
Pittsburgh, PA 15219

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Daniel E. Krauth
Zimmer Kunz, P.C.
3300 USX Tower
600 Grant Street
Pittsburgh, PA 15219

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Joni M. Mangino
Zimmer, Kunz, P.C.
3300 USX Tower
600 Grant Street
Pittsburgh, PA 15219

John F. McCabe
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Edward A. Miller
Marshall, Dennehey, Warner, Coleman & Goggin
U.S. Steel Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219

Stephen R. Mlinac
Dickie, McCamey & Chilcote, P.C.
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402

Ralph Henry Moore II
Jackson Kelly
401 Liberty Avenue
Suite 1340
Pittsburgh, PA 15222

PANEL SERVICE LIST (Excerpted from CTO-252) MDL-875                                  Page 2 of 2

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Kenneth S. Mroz
Swartz & Campbell
4750 USX Tower
6000 Grant Street
Pittsburgh, PA 15219

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard E. Rush
Thomson, Rhodes & Cowie
1010 Two Chatham Center
Pittsburgh, PA 15219

George M. Schumann
Dickie, McCamey & Chilcote, P.C.
Two PPG Place
Suite 400
Pittsburgh, PA 15222

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Jason T. Shipp
Goldberg, Persky & White, PC
1030 Fifth Avenue
3rd Floor
Pittsburgh, PA 15219

Concetta A. Silvaggio
Willman & Arnold
705 McKnight Park Drive
Pittsburgh, PA 15237

Stewart R. Singer
Salmon, Ricchezza, Singer & Turchi
1700 Market Street
Suite 3110
Philadelphia, PA 19103

Jeanne Welch Sopher
Heintzman, Warren, Wise & Fornella
Gulf Tower, 35th Floor
707 Grant Street
Pittsburgh, PA 15219

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

James A. Traficante
Dickie, McCamey & Chilcote, P.C.
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Nicholas P. Vari
Kirkpatrick Lockhart Nicholson
Graham LLP
1500 Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

John L. Vitsas
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Edward J. Wilbraham
Wilbraham, Lawler & Buba
1818 Market Street
Suite 3100
Philadelphia, PA 19103-3631

Matthew R. Wimer
Wimer Law Offices, PC
655 Allegheny Avenue
Oakmont, PA 15139

Dennis F. Wolford
Reed, Luce, Tosh, Wolford & Douglas
804 Turnpike Street
Beaver, PA 15009

Jamie K. Zurasky
Wimer Law Offices
655 Allegheny Avenue
Oakmont, PA 15139