MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 16 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Ann Elizabeth Buchinger, etc. v. Garlock, Inc., et al.*, N.D. Florida, C.A. No. 3:05-118

## ORDER VACATING TRANSFER ORDER

On October 19, 2005, the Panel filed an order transferring this action (*Buchinger*) and nineteen other actions to the Eastern District of Pennsylvania, pursuant to 28 U.S.C. § 1407, for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket. The Panel has now been advised, however, that *Buchinger* was remanded to the Circuit Court in and for Escambia County, Florida, by the Honorable Roger Vinson in an order filed on September 23, 2005.

IT IS THEREFORE ORDERED that the Panel's transfer order in this docket filed on October 19, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

OFFICIAL FILE COPY

IMAGED NOV 1 6 2005