MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 21 2005

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOLORES M. NETH, Executrix of the Estate of LAWRENCE R. NETH, Deceased, and DOLORES M. NETH, in her own right,<br><br>Plaintiff,<br><br>vs.<br><br>ANCHOR PACKING COMPANY, et al.,<br><br>Defendants. | CIVIL ACTION NO. 05-1062 |

### ORDER

AND NOW, this 16TH day of NOVEMBER, 2005, upon consideration of Plaintiff's Motion to Remand to State Court, said Motion is GRANTED, subject to Defendant Duquesne Light Company's reservation of the right to seek costs and any actual expenses, including attorney fees, incurred as a result of the removal, in accordance with 28 U.S.C. § 1447(c). This action is remanded back to the Court of Common Pleas of Westmoreland County, Pennsylvania. FORTHWITH.

Thomas M. Hardiman, J.

MDL- 875
RECOMMENDED ACTION

VACATE CTO-252 AFTER HS
Approved/Date: _____ 11/15

OFFICIAL FILE COPY
IMAGED NOV 21 2005