

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**NOV 21 2005**

FILED
CLERK'S OFFICE

# DOCKET NO. 875

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Dolores M. Neth, etc. v. Anchor Packing Co., et al.*, W.D. Pennsylvania,
C.A. No. 2:05-1062

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Neth*) on September 9, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Neth* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. This matter was then considered by the Panel at its hearing session in Houston, Texas, on November 17, 2005. The Panel has now been advised that *Neth* was remanded to the Court of Common Pleas of Westmoreland County, Pennsylvania, by the Honorable Thomas M. Hardiman in an order filed on November 16, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-252" filed on September 9, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

**OFFICIAL FILE COPY**

**IMAGED** NOV 21 2005