JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 6 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

## *ORDER REASSIGNING LITIGATION*

Chief Judge James T. Giles of the Eastern District of Pennsylvania has volunteered to accept reassignment of this docket.

IT IS THEREFORE ORDERED that this litigation is reassigned to the Honorable James T. Giles for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL:

*[signature]*

Wm. Terrell Hodges
Chairman

OFFICIAL FILE COPY

IMAGED DEC 6 2005