8764

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 16 2005

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-254)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,074 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

**OFFICIAL FILE COPY**   IMAGED DEC 19 2005

# SCHEDULE CTO-254 - TAG-ALONG ACTIONS
## DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 2 05-1864 | Charlotte Mae Fikes, etc. v. Aerofin Corp., et al. |
| **FLORIDA NORTHERN** | |
| FLN 3 05-338 | Joseph T. Chavers, et al. v. Allis-Chalmers, et al. |
| **GUAM** | |
| GU 1 05-25 | Cess Navarro Olmo, et al. v. A.P. Green Industries, Inc., et al. |
| **IDAHO** | |
| ID 1 05-373 | Kent Buttars, etc. v. Atlas Turner, Inc., et al. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 05-534 | Larry Slaton v. Illinois Central Railroad Co. |
| ILS 3 05-752 | Stephen Baker, et al. v. Illinois Central Railroad Co., et al. |
| **LOUISIANA EASTERN** | |
| LAE 2 05-2684 | Terry Cardaro, et al. v. Aerojet General Corp., et al. |
| **LOUISIANA MIDDLE** | |
| LAM 3 05-1192 | William D. Hammons v. AMEC Construction Management, Inc., et al. |
| **MARYLAND** | |
| MD 1 05-2610 | Divo A. Messori, et al. v. Anchor Packing Co., et al. |
| MD 1 05-2700 | Gerald Eugene Barr, et al. v. Anchor Packing Co., et al. |
| **MISSOURI WESTERN** | |
| MOW 6 05-3452 | William H. Monroe, Jr., etc. v. Burlington Northern & Santa Fe Railway Co. |
| **MISSISSIPPI NORTHERN** | |
| MSN 1 05-251 | Mitchell Gandy v. Georgia-Pacific Corp., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 05-357 | Archie McCraney v. Garlock, Inc., et al. |
| MSS 1 05-362 | James McGee, et al. v. 3M Co., et al. |
| MSS 1 05-371 | Jack Daniels, et al. v. ACandS, Inc., et al. |
| MSS 1 05-375 | William West, et al. v. Westinghouse Electric Corp., et al. |
| MSS 1 05-399 | Ross Battles, et al. v. Westinghouse Electric Corp., et al. |
| MSS 1 05-400 | Julius Hollingsworth, et al. v. Westinghouse Electric Corp., et al. |
| MSS 1 05-401 | Thomas Harrison, et al. v. Westinghouse Electric Corp., et al. |
| MSS 1 05-415 | Willie George Kind v. American Optical Corp., et al. |
| MSS 1 05-416 | Robert Lee Burchfield v. American Optical Corp., et al. |
| MSS 1 05-417 | James H. Primm v. American Optical Corp., et al. |
| MSS 1 05-443 | Mitchell Hannible v. American Optical Corp., et al. |
| MSS 1 05-454 | Larry Ware v. Georgia-Pacific Corp., et al. |
| MSS 1 05-455 | Robert H. Tindall v. American Optical Corp., et al. |
| MSS 1 05-456 | Collins Monroe v. Asten Hill Manufacturing Asten Group, et al. |
| MSS 1 05-457 | Bennie McCurty v. Georgia-Pacific Corp., et al. |
| MSS 1 05-458 | Richard Barton v. Georgia-Pacific Corp., et al. |
| MSS 1 05-459 | Sylvester Crump v. Georgia-Pacific Corp., et al. |

SCHEDULE CTO-254 - TAG-ALONG ACTIONS (MDL-875)                    PAGE 2 of 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 05-460 | Terry Large v. Georgia-Pacific Corp., et al. |
| MSS 1 05-461 | William Crump, Sr. v. Dowman Products, Inc., et al. |
| MSS 1 05-464 | Roosevelt Dotson v. DaimlerChrysler Corp., et al. |
| MSS 1 05-465 | Arelious Robinson v. American Standard, Inc., et al. |
| MSS 1 05-466 | Joe Sciple v. Dowman Products, Inc., et al. |
| MSS 1 05-467 | Norah Cottrell v. DaimlerChrysler Corp., et al. |
| MSS 1 05-472 | James Odems v. Garlock, Inc., et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE 5 05-569 | Mary Louise Murphy, etc. v. Anchor Packing Co., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 05-803 | Roland D. Byrd, et al. v. A.W. Chesterton, Inc., et al. |
| NCM 1 05-843 | Arnsby N. Sizemore, et al. v. Airco, Inc., et al. |
| NCM 1 05-901 | High Point Bank &Trust Co., etc. v. A.W. Chesterton, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 05-301 | Patrick K. Smith, et al. v. Airco, Inc., et al. |
| NCW 1 05-304 | Alice Reid, etc. v. Airco, Inc., et al. |
| NCW 1 05-307 | Earlene D. Price, etc. v. A.W. Chesterton, Inc., et al. |
| **NEW YORK EASTERN** | |
| NYE 1 05-3950 | Susan Fleming, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 05-4283 | Mary S. Hendrix, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 05-4577 | Gaetano Spina, et al. v. A.W. Chesterton Co., et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 05-5282 | Janeen Dahn, et al. v. A.W. Chesterton Co., et al. |
| **OHIO NORTHERN** | |
| OHN 1 05-10007 | Paul L. Kenny v. A-C Product Liability Trust, et al. |
| OHN 1 05-10008 | John C. Kimble v. A-C Product LiabilityTrust, et al. |
| OHN 1 05-10009 | Ponciano J. Morales v. A-C Product Liability Trust, et al. |
| OHN 1 05-10010 | James A. Rosenbaum v. A-C Product Liability Trust, et al. |
| OHN 1 05-10011 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN 1 05-10012 | Carl R. Heikell v. A-C Product Liability Trust, et al. |
| OHN 1 05-10013 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN 1 05-10014 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN 1 05-10015 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN 1 05-20001 | Cornelius A. Ballentine, Jr., et al. v. Certainteed Corp., et al. |
| OHN 1 05-20002 | Shelley Gallion, et al. v. A. W. Chesterton, Inc., et al. |
| **SOUTH CAROLINA** | |
| SC 2 05-2730 | William L. McCormick v. A.W. Chesterton Co., et al. |
| **UTAH** | |
| UT 2 05-276 | Connie Bachman, etc. v. Fred Meyer Stores, et al. |
| **VIRGINIA EASTERN** | |
| VAE 2 05-8731 | Jackie F. Cuddy v. Union Carbide Corp., et al. |
| **WASHINGTON WESTERN** | |
| WAW 2 05-1637 | Leo Hickman Sweeney v. Saberhagen Holdings, Inc., et al. |