MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 3 - 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

IN RE:    MDL-875 – ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| **KENT BUTTARS, as Personal Representative on behalf of the Legal Heirs of JEAROLD BUTTARS, Deceased,** <br><br> Plaintiff, <br><br> vs. <br><br> **ATLAS TURNER, INC. , et al.,** <br><br> Defendants. | District of Idaho <br> No.: CIV05-373-S-EJL |

## NOTICE OF OPPOSITION

COMES NOW, the Plaintiff in the above captioned cases, by and through counsel of record, and filed this their Notice of Opposition to the Conditional Transfer Order (CTO-247).

RESPECTFULLY SUBMITTED
BRAYTON❖PURCELL

S/ Brook Millard
218 S. State St. #900
Salt Lake City, Utah 84111

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2005 DEC 30  P 12: 47

RECEIVED
CLERK'S OFFICE

OFFICIAL FILE COPY

IMAGED JAN 3   2006

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 3 - 2006

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, S. Brook Millard, of the law firm of Brayton❖Purcell, do hereby certify that I have this day caused to be served, via U.S. Mail, postage fully prepaid, a true and correct copy of Plaintiff's Notice of Opposition to all counsel of record at their usual and regular mailing addresses.

| | |
|---|---|
| AMERICAN HONDA MOTOR CO. | Dale W. Storer<br>HOLDEN, KIDWELL, HAHN & CRAPO, P.L.L.C.<br>1000 Riverwalk Drive, Suite 200<br>P.O. Box 50130<br>Idaho Falls, ID 83405<br>T: (208) 523-0620<br>F: (208) 523-9518 |
| BRIDGESTONE/FIRESTONE, INC. | Eugene A. Ritti, ISB No. 2156<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>877 Main Street, Suite 1000<br>P.O. Box 1617<br>Boise, ID 83701-1617<br>T: (208) 344-6000<br>F: (208) 342-3829<br>car@htch.com |
| BUDD COMPANY THE | RAY, QUINNEY & NEBEKER<br>Rick L. Rose Rrose@rqn.com<br>Gregory Roberts groberts@rqn.com<br>36 South State, #1400<br>Salt Lake City, UT 84145 |
| CLEAVER-BROOKS, a division of AQUA-CHEM, INC. | RICHARDS, BRANDT, MILLER & NELSON<br>Melinda A. Morgan Melinda-Morgan@rbmn.com<br>50 South Main, #700<br>Salt Lake City, UT 84144<br><br>A. Bruce Larson ablatty@qwest.net<br>1070 Hiline Road<br>Horizon Plaza Suite #225<br>Pocatello, ID 28301<br>801-478-7600 |
| CROWN CORK & SEAL COMPANY | STRONG & HANNI asbestos@strongandhanni.com<br>Joseph J. Joyce<br>Three Triad Center, Suite 500<br>Salt Lake City, UT 84180 |

| | |
|---|---|
| DANA CORPORATION | BAKER & HOSTETLER, LLP<br>Mary Price Birk Mbirk@baker-hostetler.com<br>Ronald L. Hellbusch Rhellbusch@bakerlaw.com<br>303 East 17th Avenue, Suite 1100<br>Denver, CO 80203<br><br>GREENER BANDUCCI SHOEMAKER P.A.<br>Wade L. Woodard wwoodard@greenerlaw.com<br>8115 West Washington Street<br>Boise, ID 83702 |
| DAIMLERCHRYSLER CORPORATION | J. Walter Sinclair, ISB No.2243<br>jwsinclair@stoel.com<br>Nicole C. Hancock, ISB No.6899<br>nchancock@stoel.com<br>STOEL RIVES LLP<br>101 So. Capitol Blvd, Suite 1900<br>Boise, ID 83702<br>T: (208) 389-9000<br>F: (208) 389-9040 |
| FORD MOTOR COMPANY | GREENER BANDUCCI SHOEMAKER, PA<br>Christopher C. Burke<br>815 West Washington Street<br>Boise, Idaho 83702<br><br>SNELL & WILMER LLP swasbestos@swlaw.com<br>Bryon J. Benevento<br>Dan R. Larsen<br>15 West South Temple, Suite 1200<br>Salt Lake City, UT 84101-1004 |
| GARLOCK, INC. | HOLLAND & HART<br>Ted C. Murdock<br>Suite 1400, U.S. Bank Plaza<br>101 South Capitol Boulevard<br>Post Office Box 2527<br>Boise, ID 83701<br>F: (208) 343-8869<br>tmurdock@hollandhart.com |
| GENERAL MOTORS CORPORATION | GREENER BANDUCCI SHOEMAKER, PA<br>Christopher C. Burke<br>815 West Washington Street<br>Boise, Idaho 83702<br><br>SNELL & WILMER LLP swasbestos@swlaw.com<br>Bryon J. Benevento<br>Dan R. Larsen<br>15 West South Temple, Suite 1200<br>Salt Lake City, UT 84101-1004 |

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC. | Eric R. Bjorkman<br>PERKINS COIE<br>251 East Front Street, Suite 400<br>Boise, ID 83702-7310<br>T: (208) 343-3434<br>F: (208) 343-3232<br>ebjorkman@perkinscoie.com |
| INTERNATIONAL TRUCK AND ENGINE CORPORATION | STRONG & HANNI asbestos@strongandhanni.com<br>Joseph J. Joyce<br>James Franckowiak<br>Three Triad Center, Suite 500<br>Salt Lake City, UT 84180 |
| LEAR-SIEGLER DIVERSIFIED HOLDINGS CORPORATION | RAY QUINNEY & NEBEKER<br>Rick L. Rose rrose@rqn.com<br>Gregory Roberts groberts@rqn.com<br>36 South State, #1400<br>Salt Lake City, UT 84145 |
| LIBERTY MUTUAL GROUP | Joel Ponte<br>Liberty Mutual Group<br>Complex & Emerging Risks Claims Department<br>100 Liberty Way<br>P.O. Box 1525<br>Dover, NH 03821-1525<br>T: (603) 749-2600 ext. 32175<br>F: (603) 334-8088<br>joel.ponte@libertymutual.com |
| MAREMONT CORPORATION | BAKER & HOSTETLER, LLP<br>Mary Price Birk Mbirk@baker-hostetler.com<br>Ronald L. Hellbusch Rhellbusch@bakerlaw.com<br>303 East 17th Avenue, Suite 1100<br>Denver, CO 80203<br><br>GREENER BANDUCCI SHOEMAKER P.A.<br>Wade L. Woodard wwoodard@greenerlaw.com<br>8115 West Washington Street<br>Boise, ID 83702 |
| **MORTON INTERNATIONAL, INC.** a Rohm and Haas Company, which by reorganization assumed certain commercial business obligations of former Morton Thiokol, Inc., a successor in interest to the former Thiokol Corporation | RAY, QUINNEY & NEBEKER<br>Rick L. Rose Rrose@rqn.com<br>Gregory Roberts groberts@rqn.com<br>36 South State, #1400<br>Salt Lake City, UT 84145 |

| | |
|---|---|
| NISSAN NORTH AMERICA, INC. | Stephen R. Thomas, ISB No. 2326<br>MOFFATT, THOMAS, BARRETT, ROCK &<br>FIELDS, CHARTERED<br>101 So. Capitol Blvd., 10th Floor<br>P.O. Box 829<br>Boise, ID 83701<br>T: (208) 345-2000<br>F: (208) 385-5384<br>srt@moffatt.com |
| PARKER-HANNIFIN CORPORATION | HALL, FARLEY, OBERRECHT & BLANTON, P.A.<br>Richard E. Hall, Esq.<br>702 West Idaho Street, Suite 700<br>Boise, ID 83702<br>cc: sbd@hallfarley.com |
| PNEUMO ABEX LLC, Successor in Interest to Abex Corporation | BAKER & HOSTETLER, LLP<br>Mary Price Birk Mbirk@baker-hostetler.com<br>Ronald L. Hellbusch Rhellbusch@bakerlaw.com<br>303 East 17th Avenue, Suite 1100<br>Denver, CO 80203<br><br>GREENER BANDUCCI SHOEMAKER P.A.<br>Wade L. Woodard  wwoodard@greenerlaw.com<br>815 West Washington Street<br>Boise, ID 83702<br>T: 208-319-2600<br>F: 208-319-2601 |
| ROBERTSON-CECO CORPORATION | JONES, GLEDHILL, HESS FUHRMAN & EIDEN,<br>P.A.<br>Scott D. Hess, ISB #2897<br>225 North 9th Street, Suite 820<br>Boise, ID 83701-097<br>T: 208-331-1170<br>F: 208-331-1529 |
| STANDARD MOTOR PRODUCTS, INC. | HALL, FARLEY, OBERRECHT & BLANTON, P.A.<br>Richard E. Hall, Esq.<br>702 West Idaho Street, Suite 700<br>Boise, ID 83702<br>cc: sbd@hallfarley.com |
| SMITH CHEVROLET CO., INC.'S | GREENER BANDUCCI SHOEMAKER, PA<br>Christopher C. Burke<br>815 West Washington Street<br>Boise, Idaho 83702 |

| STUART-WESTERN, INC. | SNOW, CHRISTENSEN & MARTINEAU<br>asbestos@scmlaw.com<br>Kara L. Pettit, ISB No.5276<br>Joseph P. Barrett, ISB No.8088<br>SNOW, CHRISTENSEN & MARTINEAU<br>10 Exchange Place, 11th Floor<br>P.O. Box 45000<br>Salt Lake City, UT 84145<br>T: (801) 521-9000 |
|---|---|
| UNION CARBIDE CORPORATION | BAKER & HOSTELLER, LLP<br>Mary Price Birk Mbirk@bakerhostetler.com<br>Ronald L. Hellbusch Rhellbusch@bakerlaw.com<br>303 East 17th Avenue, Suite 1100<br>Denver, CO 80203<br><br>GREENER BANDUCCI SHOEMAKER P.A.<br>Wade L. Woodard wwoodard@greenerlaw.com<br>8115 West Washington Street<br>Boise, ID 83702 |
| VOLKSWAGEN OF AMERICA, INC. | Dale W. Storer<br>HOLDEN, KIDWELL, HAHN & CRAPO, P.L.L.C.<br>1000 Riverwalk Drive, Suite 200<br>P.O. Box 50130<br>Idaho Falls, ID 83405<br>T: (208) 523-0620<br>F: (208) 523-9518 |

DATED this 30th day of December, 2005.

BRAYTON❖PURCELL

S. BROOK MILLARD