MDL 875

JAN - 3 2006

FILED
CLERK'S OFFICE

2006 JAN -3 A 6:58
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

**LUJAN AGUIGUI & PEREZ LLP**
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone    (671) 477-8064
Facsimile    (671) 477-5297

**BENJAMIN B. CASSIDAY III**
5699 Kalanianaole Highway
Honolulu HI 96821
Telephone    (808) 220-3200
Facsimile    (808) 373-7720

*Attorneys for Plaintiffs*

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL-875: IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### PERTAINING TO CONDITIONAL TRANSFER ORDER 254

A Case Arising in the United States District Court of Guam

| | |
|---|---|
| **CESS NAVARRO OLMO** and **RONNIE FERRERAS**, <br><br> Plaintiffs, <br><br> v. <br><br> **A. P. GREEN INDUSTRIES, INC., et al.**, <br><br> Defendants. | Case No. MDL-875 <br> (U. S. District Court of Guam <br> Civil Case 05-00025) <br><br> **NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 254** <br><br> Filed by Facsimile to 202 502-2888 |

Pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Plaintiffs hereby give notice of their opposition to the transfer of this action to the United States District Court for the Eastern District of Pennsylvania.

Dated this 3rd day of January, 2006.

Respectfully submitted,

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
**PETER C. PEREZ, ESQ.**
*Attorneys for Plaintiffs*

OFFICIAL FILE COPY

IMAGED JAN 3 2006

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 3 2006

FILED
CLERK'S OFFICE

## PROOF OF SERVICE

I certify that I have caused a true and correct copy of the above Notice of Opposition to Conditional Transfer Order 254, filed this date with the Clerk of the United States District Court for the Eastern District of Pennsylvania, to be served upon the counsel identified hereafter.

Dated this 3rd day of January, 2006.

Respectfully submitted,

**LUJAN AGUIGUI & PEREZ** LLP

By: _____
PETER C. PEREZ, ESQ.
*Attorneys for Plaintiffs*

**Personal Service on:**

**Anita P. Arriola**
**Arriola Cowan & Arriola**
201 C& A. Building
259 Martyr Street
Hagåtña, Guam 96910
(Attorneys for Owens-Illinois, Inc.)

**J. Patrick Mason, Esq.**
**Carlsmith Ball**
401 Bank of Hawaii Building
134 West Soledad Avenue
Hagåtña GU 96910
(Attorneys for Georgia-Pacific Corporation, A. W. Chesterton Company, and Kaiser Gypsum Company, Inc.)

**Thomas C. Sterling, Esq.**
**Blair Sterling & Johnson**
1008 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
(Attorneys for Metropolitan Life Insurance Company)

Cess Navarro Olmo and Ronnie Pascual Ferreras
vs. A.P. Green Industries, Inc., et al.
MDL-875 (CTO-254) (Guam District Court Civil Case 05-00025)
Notice of Opposition to Conditional Transfer Order 254

| | |
|---|---|
| 1 | **Louie J. Yanza, Esq.** |
| | **Maher · Yanza · Flynn · Timblin** |
| 2 | 115 Hesler Place |
| | Hagåtña, Guam 96910 |
| 3 | (Attorneys for John Crane, Inc.) |
| 4 | |
| | **Jon A. Visosky, Esq.** |
| 5 | **Dooley Roberts & Fowler LLP** |
| | 201 Orlean Pacific Plaza |
| 6 | 865 South Marine Corps Drive |
| | Tamuning, Guam 96913 |
| 7 | (Attorneys for Garlock, Inc., Viacom, Inc., foster Wheeler |
| | Corporation, Bayer CropScience, Inc., and The Dow |
| 8 | Chemical Company) |
| 9 | |
| 10 | |
| ... | |
| 28 | |

Cess Navarro Olmo and Ronnie Pascual Ferreras
vs. A.P. Green Industries, Inc., et al.
MDL-875 (CTO-254) (Guam District Court Civil Case 05-00025)
Notice of Opposition to Conditional Transfer Order 254