JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 16 2005

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-254)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,074 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN - 4 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY

IMAGED JAN 4 2006

SCHEDULE CTO-254 - TAG-ALONG ACTIONS
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DIST. DIV. C.A. #                       CASE CAPTION

ALABAMA NORTHERN
 ALN  2  05-1864                        Charlotte Mae Fikes, etc. v. Aerofin Corp., et al.

FLORIDA NORTHERN
 FLN  3  05-338                         Joseph T. Chavers, et al. v. Allis-Chalmers, et al.

GUAM
 ~~GU   1  05-25~~                      ~~Cess Navarro Olmo, et al. v. A.P. Green Industries, Inc., et al.~~ Opposed 1/3/06

IDAHO
 ~~ID   1  05-373~~                     ~~Kent Buttars, etc. v. Atlas Turner, Inc., et al.~~ Opposed 1/3/06

ILLINOIS SOUTHERN
 ILS  3  05-534                         Larry Slaton v. Illinois Central Railroad Co.
 ILS  3  05-752                         Stephen Baker, et al. v. Illinois Central Railroad Co., et al.

LOUISIANA EASTERN
 LAE  2  05-2684                        Terry Cardaro, et al. v. Aerojet General Corp., et al.

LOUISIANA MIDDLE
 LAM  3  05-1192                        William D. Hammons v. AMEC Construction Management, Inc., et al.

MARYLAND
 MD   1  05-2610                        Divo A. Messori, et al. v. Anchor Packing Co., et al.
 MD   1  05-2700                        Gerald Eugene Barr, et al. v. Anchor Packing Co., et al.

MISSOURI WESTERN
 MOW  6  05-3452                        William H. Monroe, Jr., etc. v. Burlington Northern & Santa Fe Railway Co.

MISSISSIPPI NORTHERN
 MSN  1  05-251                         Mitchell Gandy v. Georgia-Pacific Corp., et al.

MISSISSIPPI SOUTHERN
 MSS  1  05-357                         Archie McCraney v. Garlock, Inc., et al.
 MSS  1  05-362                         James McGee, et al. v. 3M Co., et al.
 MSS  1  05-371                         Jack Daniels, et al. v. ACandS, Inc., et al.
 MSS  1  05-375                         William West, et al. v. Westinghouse Electric Corp., et al.
 MSS  1  05-399                         Ross Battles, et al. v. Westinghouse Electric Corp., et al.
 MSS  1  05-400                         Julius Hollingsworth, et al. v. Westinghouse Electric Corp., et al.
 MSS  1  05-401                         Thomas Harrison, et al. v. Westinghouse Electric Corp., et al.
 MSS  1  05-415                         Willie George Kind v. American Optical Corp., et al.
 MSS  1  05-416                         Robert Lee Burchfield v. American Optical Corp., et al.
 MSS  1  05-417                         James H. Primm v. American Optical Corp., et al.
 MSS  1  05-443                         Mitchell Hannible v. American Optical Corp., et al.
 MSS  1  05-454                         Larry Ware v. Georgia-Pacific Corp., et al.
 MSS  1  05-455                         Robert H. Tindall v. American Optical Corp., et al.
 MSS  1  05-456                         Collins Monroe v. Asten Hill Manufacturing Asten Group, et al.
 MSS  1  05-457                         Bennie McCurty v. Georgia-Pacific Corp., et al.
 MSS  1  05-458                         Richard Barton v. Georgia-Pacific Corp., et al.
 MSS  1  05-459                         Sylvester Crump v. Georgia-Pacific Corp., et al.

SCHEDULE CTO-254 - TAG-ALONG ACTIONS (MDL-875)                                PAGE 2 of 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 05-460 | Terry Large v. Georgia-Pacific Corp., et al. |
| MSS 1 05-461 | William Crump, Sr. v. Dowman Products, Inc., et al. |
| MSS 1 05-464 | Roosevelt Dotson v. DaimlerChrysler Corp., et al. |
| MSS 1 05-465 | Arelious Robinson v. American Standard, Inc., et al. |
| MSS 1 05-466 | Joe Sciple v. Dowman Products, Inc., et al. |
| MSS 1 05-467 | Norah Cottrell v. DaimlerChrysler Corp., et al. |
| MSS 1 05-472 | James Odems v. Garlock, Inc., et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE 5 05-569 | Mary Louise Murphy, etc. v. Anchor Packing Co., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 05-803 | Roland D. Byrd, et al. v. A.W. Chesterton, Inc., et al. |
| NCM 1 05-843 | Arnsby N. Sizemore, et al. v. Airco, Inc., et al. |
| NCM 1 05-901 | High Point Bank &Trust Co., etc. v. A.W. Chesterton, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 05-301 | Patrick K. Smith, et al. v. Airco, Inc., et al. |
| NCW 1 05-304 | Alice Reid, etc. v. Airco, Inc., et al. |
| NCW 1 05-307 | Earlene D. Price, etc. v. A.W. Chesterton, Inc., et al. |
| **NEW YORK EASTERN** | |
| NYE 1 05-3950 | Susan Fleming, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 05-4283 | Mary S. Hendrix, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 05-4577 | Gaetano Spina, et al. v. A.W. Chesterton Co., et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 05-5282 | Janeen Dahn, et al. v. A.W. Chesterton Co., et al. |
| **OHIO NORTHERN** | |
| OHN 1 05-10007 | Paul L. Kenny v. A-C Product Liability Trust, et al. |
| OHN 1 05-10008 | John C. Kimble v. A-C Product LiabilityTrust, et al. |
| OHN 1 05-10009 | Ponciano J. Morales v. A-C Product Liability Trust, et al. |
| OHN 1 05-10010 | James A. Rosenbaum v. A-C Product Liability Trust, et al. |
| OHN 1 05-10011 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN 1 05-10012 | Carl R. Heikell v. A-C Product Liability Trust, et al. |
| OHN 1 05-10013 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN 1 05-10014 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN 1 05-10015 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN 1 05-20001 | Cornelius A. Ballentine, Jr., et al. v. Certainteed Corp., et al. |
| OHN 1 05-20002 | Shelley Gallion, et al. v. A. W. Chesterton, Inc., et al. |
| **SOUTH CAROLINA** | |
| SC 2 05-2730 | William L. McCormick v. A.W. Chesterton Co., et al. |
| **UTAH** | |
| UT 2 05-276 | Connie Bachman, etc. v. Fred Meyer Stores, et al. |
| **VIRGINIA EASTERN** | |
| VAE 2 05-8731 | Jackie F. Cuddy v. Union Carbide Corp., et al. |
| **WASHINGTON WESTERN** | |
| WAW 2 05-1637 | Leo Hickman Sweeney v. Saberhagen Holdings, Inc., et al. |