JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN -5 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-255)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,079 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY
IMAGED JAN 5 2006

SCHEDULE CTO-255 - TAG-ALONG ACTIONS
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| VIRGINIA EASTERN | |
| VAE 2 05-8632 | Richard F. Giovelli v. American Standard, Inc., et al. |
| VAE 2 05-8633 | Richard M. Breen v. American Standard, Inc., et al. |
| VAE 2 05-8634 | Paralee A. Howard v. American Standard, Inc., et al. |
| VAE 2 05-8635 | Aubrey P. Priddy v. American Standard, Inc., et al. |
| VAE 2 05-8636 | Ronald G. Wood v. American Standard, Inc., et al. |
| VAE 2 05-8637 | Rubert Ellington v. American Standard, Inc., et al. |
| VAE 2 05-8638 | Joe I. Freitas v. American Standard, Inc., et al. |
| VAE 2 05-8639 | Milton A. Gryder v. American Standard, Inc., et al. |
| VAE 2 05-8640 | James K. Hearns, Sr. v. American Standard, Inc., et al. |
| VAE 2 05-8641 | Donald E. Peters, Sr. v. American Standard, Inc., et al. |
| VAE 2 05-8642 | Randall Willms v. American Standard, Inc., et al. |
| VAE 2 05-8643 | William H. Monroe, Jr., etc. v. American Standard, Inc., et al. |
| VAE 2 05-8644 | Jack D. Hicks v. American Standard, Inc., et al. |
| VAE 2 05-8645 | Annette C. Graham v. American Standard, Inc., et al. |
| VAE 2 05-8646 | Joe J. Parrish v. American Standard, Inc., et al. |
| VAE 2 05-8647 | Rufino P. Rosas v. American Standard, Inc., et al. |
| VAE 2 05-8648 | William H. Monroe, Jr., etc. v. American Standard, Inc., et al. |
| VAE 2 05-8649 | Don M. Barlow v. American Standard, Inc., et al. |
| VAE 2 05-8650 | Jack R. Cobb v. American Standard, Inc., et al. |
| VAE 2 05-8651 | William H. Monroe, Jr., etc. v. American Standard, Inc., et al. |
| VAE 2 05-8652 | William J. Mullins v. American Standard, Inc., et al. |
| VAE 2 05-8653 | James E. Teman v. American Standard, Inc., et al. |
| VAE 2 05-8654 | Paul L. Ickes v. American Standard, Inc., et al. |
| VAE 2 05-8655 | Wilbur E. Billingsley v. American Standard, Inc., et al. |
| VAE 2 05-8656 | Frank L. Coates v. American Standard, Inc., et al. |
| VAE 2 05-8657 | Raymond L. Crawford v. American Standard, Inc., et al. |
| VAE 2 05-8658 | Robert L. Shillingburg v. American Standard, Inc., et al. |
| VAE 2 05-8659 | Clyde R. Spencer v. American Standard, Inc., et al. |
| VAE 2 05-8660 | Andrew J. Davidson v. American Standard, Inc., et al. |
| VAE 2 05-8661 | Edward R. Kuhn v. American Standard, Inc., et al. |
| VAE 2 05-8662 | Raymond E. Walters v. American Standard, Inc., et al. |
| VAE 2 05-8663 | Donald M. Bryant v. American Standard, Inc., et al. |
| VAE 2 05-8664 | Herman L. Coffey, Sr. v. American Standard, Inc., et al. |
| VAE 2 05-8665 | John C. Eagle v. American Standard, Inc., et al. |
| VAE 2 05-8666 | Larry G. Evans v. American Standard, Inc., et al. |
| VAE 2 05-8667 | Cletis L. Leatherman v. American Standard, Inc., et al. |
| VAE 2 05-8668 | Robert McClelland v. American Standard, Inc., et al. |
| VAE 2 05-8669 | Bruno R. Michelizzi v. American Standard, Inc., et al. |
| VAE 2 05-8670 | Gilbert M. Nunez v. American Standard, Inc., et al. |
| VAE 2 05-8671 | Richard M. Boutwell v. American Standard, Inc., et al. |
| VAE 2 05-8672 | James D. Carroll, Sr. v. American Standard, Inc., et al. |
| VAE 2 05-8673 | Angelo J. Christofano v. American Standard, Inc., et al. |
| VAE 2 05-8674 | Lawrence Dyea v. American Standard, Inc., et al. |

SCHEDULE CTO-255 - TAG ALONG ACTIONS - MDL-875                                PAGE 2 of 4

DIST. DIV. C.A. #              CASE CAPTION

VIRGINIA EASTERN

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| VAE 2 05-8675 | Edward L. Eschliman v. American Standard, Inc., et al. |
| VAE 2 05-8676 | Harvey D. Flippo v. American Standard, Inc., et al. |
| VAE 2 05-8677 | Charles C. Garvin v. American Standard, Inc., et al. |
| VAE 2 05-8678 | Daniel E. Ostrander, Sr. v. American Standard, Inc., et al. |
| VAE 2 05-8679 | William H. Monroe, Jr., etc. v. American Standard, Inc., et al. |
| VAE 2 05-8680 | Glenn P. Murphy v. American Standard, Inc., et al. |
| VAE 2 05-8681 | Arvalee Mackey v. American Standard, Inc., et al. |
| VAE 2 05-8682 | Alfredo M. Aguiniga v. American Standard, Inc., et al. |
| VAE 2 05-8683 | Asa J. Brooks v. American Standard, Inc., et al. |
| VAE 2 05-8684 | Raymond W. Gill v. American Standard, Inc., et al. |
| VAE 2 05-8685 | William H. Monroe, Jr., etc. v. American Standard, Inc., et al. |
| VAE 2 05-8686 | Jack S. Mcgrath v. American Standard, Inc., et al. |
| VAE 2 05-8687 | Robert F. Mills v. American Standard, Inc., et al. |
| VAE 2 05-8688 | Warren E. Poling v. American Standard, Inc., et al. |
| VAE 2 05-8689 | William H. Monroe, Jr., etc. v. American Standard, Inc., et al. |
| VAE 2 05-8690 | William H. Monroe, Jr., etc. v. American Standard, Inc., et al. |
| VAE 2 05-8691 | Jerry D. Lee v. American Standard, Inc., et al. |
| VAE 2 05-8692 | Gerald W. Livdahl v. American Standard, Inc., et al. |
| VAE 2 05-8693 | Jimmie G. McBride v. American Standard, Inc., et al. |
| VAE 2 05-8694 | Francis D. Michaels v. American Standard, Inc., et al. |
| VAE 2 05-8695 | Gerald J. Spencer v. American Standard, Inc., et al. |
| VAE 2 05-8696 | Salthel L. Stalnaker v. American Standard, Inc., et al. |
| VAE 2 05-8697 | Johnny M. Campbell v. American Standard, Inc., et al. |
| VAE 2 05-8698 | Gilbert Smith, Jr. v. American Standard, Inc., et al. |
| VAE 2 05-8699 | Luis F. Estrada v. American Standard, Inc., et al. |
| VAE 2 05-8700 | Numon S. Posey v. American Standard, Inc., et al. |
| VAE 2 05-8701 | Floyd W. Rich v. American Standard, Inc., et al. |
| VAE 2 05-8702 | Floyd A. Storie v. American Standard, Inc., et al. |
| VAE 2 05-8703 | William O. Tomlin, Sr. v. American Standard, Inc., et al. |
| VAE 2 05-8704 | Barnnies Hobson v. American Standard, Inc., et al. |
| VAE 2 05-8705 | Dabney S. Craddock, Jr. v. American Standard, Inc., et al. |
| VAE 2 05-8706 | Vann N. Dristle v. American Standard, Inc., et al. |
| VAE 2 05-8707 | Vincent A. Schuetz v. American Standard, Inc., et al. |
| VAE 2 05-8708 | Melvin E. Ball v. American Standard, Inc., et al. |
| VAE 2 05-8709 | Roy Carrejo v. American Standard, Inc., et al. |
| VAE 2 05-8710 | Dan B. Cornish v. American Standard, Inc., et al. |
| VAE 2 05-8711 | Harold K. Graham v. American Standard, Inc., et al. |
| VAE 2 05-8712 | Joe H. Lopez v. American Standard, Inc., et al. |
| VAE 2 05-8713 | Ivan E. McDaneld v. American Standard, Inc., et al. |
| VAE 2 05-8714 | Norman D. Miller v. American Standard, Inc., et al. |
| VAE 2 05-8715 | Ralph J. Morgan v. American Standard, Inc., et al. |
| VAE 2 05-8716 | Raymond R. Nyman v. American Standard, Inc., et al. |
| VAE 2 05-8717 | William H. Monroe, Jr., etc. v. American Standard, Inc., et al. |
| VAE 2 05-8718 | Roman Saavedra, Jr. v. American Standard, Inc., et al. |
| VAE 2 05-8719 | Vincent I. Wright v. American Standard, Inc., et al. |
| VAE 2 05-8720 | Gilbert V. Nordstrom v. American Standard, Inc., et al. |
| VAE 2 05-8721 | Tommy M. Owens v. American Standard, Inc., et al. |
| VAE 2 05-8722 | Patrick A. Jojola v. American Standard, Inc., et al. |

SCHEDULE CTO-255 - TAG ALONG ACTIONS - MDL-875                                         PAGE 3 of 4

<u>DIST. DIV. C.A. #</u>          <u>CASE CAPTION</u>

VIRGINIA EASTERN

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| VAE 2  05-8723 | Joseph H. Ringer v. American Standard, Inc., et al. |
| VAE 2  05-8724 | William H. Monroe, Jr., etc. v. American Standard, Inc., et al. |
| VAE 2  05-8725 | Roland H. Nichols v. American Standard, Inc., et al. |
| VAE 2  05-8726 | Francis J. O'Kane v. American Standard, Inc., et al. |
| VAE 2  05-8727 | William C. Riley v. American Standard, Inc., et al. |
| VAE 2  05-8728 | John S. Trifilo v. American Standard, Inc., et al. |
| VAE 2  05-8729 | Robert J. Schlieve v. American Standard, Inc., et al. |
| VAE 2  05-8730 | Billy J. Young v. American Standard, Inc., et al. |
| VAE 2  05-8732 | Joseph E. Behnke, Jr. v. American Standard, Inc., et al. |
| VAE 2  05-8733 | Robert W. Collum v. American Standard, Inc., et al. |
| VAE 2  05-8734 | Rylan W. Cramblit v. American Standard, Inc., et al. |
| VAE 2  05-8735 | Robert H. Diefendorf v. American Standard, Inc., et al. |
| VAE 2  05-8736 | William W. Foster v. American Standard, Inc., et al. |
| VAE 2  05-8737 | Alex S. Gonzales v. American Standard, Inc., et al. |
| VAE 2  05-8738 | James E. Jones v. American Standard, Inc., et al. |
| VAE 2  05-8739 | David E. Lees v. American Standard, Inc., et al. |
| VAE 2  05-8740 | William F. Maugh, Jr. v. American Standard, Inc., et al. |
| VAE 2  05-8741 | Fred S. Stricker v. American Standard, Inc., et al. |
| VAE 2  05-8742 | Leon H. Tomlinson v. American Standard, Inc., et al. |
| VAE 2  05-8743 | James C. Schenefelt v. American Standard, Inc., et al. |
| VAE 2  05-8744 | William K. Dawes v. American Standard, Inc., et al. |
| VAE 2  05-8745 | Floyd Latham v. American Standard, Inc., et al. |
| VAE 2  05-8746 | Peter J. Murphy, Jr. v. American Standard, Inc., et al. |
| VAE 2  05-8747 | Kenneth S. Newman v. American Standard, Inc., et al. |
| VAE 2  05-8748 | Tommy Savlin v. American Standard, Inc., et al. |
| VAE 2  05-8749 | Harry W. Schanuth v. American Standard, Inc., et al. |
| VAE 2  05-8750 | Henry D. Shearin v. American Standard, Inc., et al. |
| VAE 2  05-8751 | Marvin Klos v. American Standard, Inc., et al. |
| VAE 2  05-8752 | Frank J. Suloff v. American Standard, Inc., et al. |
| VAE 2  05-8753 | Donald E. Thamarus v. American Standard, Inc., et al. |
| VAE 2  05-8754 | Bobby R. Cleveland v. American Standard, Inc., et al. |
| VAE 2  05-8755 | Joseph T. Jarmy, Sr. v. American Standard, Inc., et al. |
| VAE 2  05-8756 | James G. King v. American Standard, Inc., et al. |
| VAE 2  05-8757 | Robert P. Snodgrass v. American Standard, Inc., et al. |
| VAE 2  05-8758 | Harold D. Mallin v. American Standard, Inc., et al. |
| VAE 2  05-8759 | Herbert E. Overton, Sr. v. American Standard, Inc., et al. |
| VAE 2  05-8760 | Milton R. Poetting v. American Standard, Inc., et al. |
| VAE 2  05-8761 | Allen J. Revard v. American Standard, Inc., et al. |
| VAE 2  05-8762 | Solomen M. Rangel v. American Standard, Inc., et al. |
| VAE 2  05-8763 | William H. Monroe, Jr., etc. v. American Standard, Inc., et al. |
| VAE 2  05-8764 | John D. Arie v. American Standard, Inc., et al. |
| VAE 2  05-8765 | Edward A. Bas v. American Standard, Inc., et al. |
| VAE 2  05-8766 | Michael G. Dobbs v. American Standard, Inc., et al. |
| VAE 2  05-8767 | Donald D. Dunham v. American Standard, Inc., et al. |
| VAE 2  05-8768 | Charles H. Dunihue v. American Standard, Inc., et al. |
| VAE 2  05-8769 | Manuel Griego v. American Standard, Inc., et al. |
| VAE 2  05-8770 | Calvin L. Hawkins v. American Standard, Inc., et al. |
| VAE 2  05-8771 | Richard D. Heimlich v. American Standard, Inc., et al. |
| VAE 2  05-8772 | Estel L. Horney v. American Standard, Inc., et al. |

SCHEDULE CTO-255 - TAG ALONG ACTIONS - MDL-875                                            PAGE 4 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **VIRGINIA EASTERN** | |
| VAE 2 05-8773 | Dan E. Liggett v. American Standard, Inc., et al. |
| VAE 2 05-8774 | Lauren L. Minter v. American Standard, Inc., et al. |
| VAE 2 05-8775 | Whitfield S. Moore v. American Standard, Inc., et al. |
| VAE 2 05-8776 | William Pacelt v. American Standard, Inc., et al. |
| VAE 2 05-8777 | Lee Roy Padilla v. American Standard, Inc., et al. |
| VAE 2 05-8778 | Paul W. Schaefer v. American Standard, Inc., et al. |
| VAE 2 05-8779 | Vincent P. Tripodi v. American Standard, Inc., et al. |
| VAE 2 05-8780 | James E. Wills v. American Standard, Inc., et al. |
| VAE 2 05-8781 | George E. Worrell v. American Standard, Inc., et al. |
| VAE 2 05-8782 | Ray H. Jameson v. American Standard, Inc., et al. |
| VAE 2 05-8783 | Alfred B. Stephens v. American Standard, Inc., et al. |
| VAE 2 05-8784 | Pinson A. Bannister v. American Standard, Inc., et al. |
| VAE 2 05-8785 | Kenneth R. Foster v. American Standard, Inc., et al. |
| VAE 2 05-8786 | Norman V. Carter v. American Standard, Inc., et al. |
| VAE 2 05-8787 | Billy T. Garner v. American Standard, Inc., et al. |
| VAE 2 05-8788 | John V. Jacobs v. American Standard, Inc., et al. |
| VAE 2 05-8789 | William H. Monroe, Jr., etc. v. American Standard, Inc., et al. |
| VAE 2 05-8790 | Charles R. Johnson v. American Standard, Inc., et al. |
| VAE 2 05-8791 | Gerald G. Long v. American Standard, Inc., et al. |
| VAE 2 05-8792 | Verl E. McManus v. American Standard, Inc., et al. |
| VAE 2 05-8793 | Lavern F. Schubert v. American Standard, Inc., et al. |
| VAE 2 05-8794 | Wilmer H. Stewart v. American Standard, Inc., et al. |
| VAE 2 05-8795 | Gary W. Torgerson v. American Standard, Inc., et al. |
| VAE 2 05-8796 | William C. Weaver v. American Standard, Inc., et al. |
| VAE 2 05-8797 | Thomas M. Yannetti v. American Standard, Inc., et al. |
| VAE 2 05-8798 | Boyd J. Akers v. American Standard, Inc., et al. |
| VAE 2 05-8799 | Johnny V. Anglin v. American Standard, Inc., et al. |
| VAE 2 05-8800 | Theodore L. Carman, Jr. v. American Standard, Inc., et al. |
| VAE 2 05-8801 | James F. Johnston, Sr. v. American Standard, Inc., et al. |
| VAE 2 05-8802 | Thomas L. Travieso v. American Standard, Inc., et al. |
| VAE 2 05-8803 | William H. Monroe, Jr. v. American Standard, Inc., et al. |
| VAE 2 05-8804 | Thomas J. Wynne, Jr. v. American Standard, Inc., et al. |
| VAE 2 05-8805 | Charles L. Blonigan v. American Standard, Inc., et al. |
| VAE 2 05-8806 | Robert L. Collins v. American Standard, Inc., et al. |
| VAE 4 05-2953 | Lacy T. Epperson, Jr., etc. v. Northrop Grumman Systems Corp., et al. |