JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 9 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| STEVEN D. McABOY, for himself and as Personal Representative of the Estate of JEAN McABOY, <br><br> Plaintiff, <br><br> vs. <br><br> IMO INDUSTRIES, INC., individually and as successor-in-interest to and f/k/a DELAVAL TURBINE, INC., IMO DELAVAL INC, and WARREN PUMPS, a Delaware corporation; ELLIOTT COMPANY d/b/a ELLIOTT TURBOMACHINERY CO., INC., a Delaware corporation; GENERAL ELECTRIC COMPANY, a New York corporation; GOULDS PUMPS (IPG), INC., a Delaware corporation; INGERSOLL-RAND COMPANY a Delaware corporation; VIACOM, INC.; Successor by Merger to CBS Corporation, f/k/a Westinghouse Electric Corporation, a Delaware corporation; and WARREN PUMPS LLC, a Delaware limited liability company, <br><br> Defendants. | Honorable Sharon S. Armstrong <br><br> MDL DOCKET NO. 875 (ASBESTOS) <br><br> AMENDED CORPORATE DISCLOSURE STATEMENT <br><br> U.S.D.C. NO. C05-1241RSL |

**OFFICIAL FILE COPY**



CORPORATE DISCLOSURE STATEMENT – Page 1

254934 / 850.0049

**ORIGINAL**

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
900 FOURTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

IMAGED JAN 1 0 2006

To:   Clerk of the Panel, Judicial Panel on Multidistrict Litigation:

Pursuant to Fed. R. Civ. Proc. 7.1, Elliott Company makes the following corporate disclosure:

1. Elliott is a subsidiary of Ebara.

2. Elliott is traded on the Japanese Stock Exchange.

DATED this __29th__ day of August, 2005.

FORSBERG & UMLAUF, P.S.

By: _____
Carl E. Forsberg, WSBA #17025
Melissa K. Habeck, WSBA #30836
Attorneys for Defendant Elliott Company
900 4th Ave., Suite 1700
Seattle, Washington 98164
Telephone: (206) 689-8500, Fax: (206) 689-8501

CORPORATE DISCLOSURE STATEMENT – Page 2

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
900 FOURTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

254934 / 850.0049

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 9 2006

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing AMENDED CORPORATE DISCLOSURE STATEMENT on the following individuals in the manner indicated:

| | |
|---|---|
| Mr. William G. Rutzick<br>Schroeter Goldmark & Bender<br>810 Third Ave., Suite 500<br>Seattle, WA 98104<br>Facsimile: 206-682-2305<br>Atty for: Plaintiff<br>( ) Via U.S. Mail<br>( ) Via Facsimile<br>(X) Via Hand Delivery<br>(X) Via ECF | Mr. James E. Horne<br>Kingman Peabody Pierson & Fitzharris, P.S.<br>505 Madison Street, Suite 300<br>Seattle, WA 98104<br>Facsimile: 206-292-2961<br>Atty for: IMO Industries, Inc.<br>( ) Via U.S. Mail<br>( ) Via Facsimile<br>(X) Via Hand Delivery<br>(X) Via ECF |
| Mr. Christopher Marks<br>Williams, Kastner & Gibbs PLLC<br>601 Union St., Suite 4100<br>Seattle, WA 98101-2380<br>Facsimile: 206-628-6611<br>Atty for: General Electric Co.; Viacom, Inc.<br>( ) Via U.S. Mail<br>( ) Via Facsimile<br>(X) Via Hand Delivery<br>(X) Via ECF | Ms. Christine E. Dinsdale<br>Soha & Lang, P.S.<br>701 Fifth Ave., Suite 2400<br>Seattle, WA 98104<br>Facsimile: 206-624-3585<br>Atty for: Goulds Pumps, Inc.<br>( ) Via U.S. Mail<br>( ) Via Facsimile<br>(X) Via Hand Delivery<br>(X) Via ECF |

CORPORATE DISCLOSURE STATEMENT – Page 3

254934 / 850.0049

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
900 FOURTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

| | |
|---|---|
| Mark B. Tuvim<br>Corr Cronin Michelson Baumgardner & Preece, LLP<br>1001 4th Avenue, Suite 3900<br>Seattle, WA 98154<br>Facsimile: 206-625-0900<br>Atty for: Ingersoll-Rand Co.<br>( ) Via U.S. Mail<br>( ) Via Facsimile<br>(X) Via Hand Delivery<br>(X) Via ECF | Mr. J. Michael Mattingly<br>Steven V. Rizzo, P.C.<br>1620 SW Taylor Street, Suite 350<br>Portland, OR 97205<br>Facsimile: 503-229-0630<br>Atty for: Warren Pumps LLC<br>(X) Via U.S. Mail<br>( ) Via Facsimile<br>( ) Via Hand Delivery<br>(X) Via ECF |

Mr. Ronald C. Gardner
Gardner, Bond, Trabolsi, St. Louis & Clement PLLC
2200 Sixth Avenue, Suite 600
Seattle, WA 98121
Facsimile: 206-256-6318
Atty for: Viad Corp
( ) Via U.S. Mail
( ) Via Facsimile
(X) Via Hand Delivery
(X) Via ECF

**SIGNED** this 29th day of August, 2005, at Seattle, Washington.

*Shannon D. Walker*

CORPORATE DISCLOSURE STATEMENT – Page 4

254934 / 850.0049

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
900 FOURTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX