JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 11 2006

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :
: FILED OCT 3 1 2005
―――――――――――――――――――――x

This Document Relates to: : CIVIL ACTION NO. MDL 875

Law Firm of Galligan, Doyle & Reid : MDL- 875
  RECOMMENDED ACTION
United States District Court : CRO -- 4 ACTIONS
Southern District of Iowa : Approved/Date: __ 12/12

MERCER, et al., C.A. No. 4-98-CV-80076 :

[In the event the above-listed case is a multiple :
plaintiff (victim) action, this transfer is for the :
above-named party only, or said parties repre- :
sentative, and any spousal or dependent actions.]:
―――――――――――――――――――――x

### SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Southern District of Iowa, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

**OFFICIAL FILE COPY**

IMAGED JAN 1 1 2006

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Southern District of Iowa for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 10/31/2005

_____
Charles   R.   Weiner         J.

ENTERED

NOV - 1 2005

CLERK OF COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 1 1 2006

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : <br> : <br> : |

———————————————————x

| | |
|---|---|
| This Document Relates to: | :     CIVIL ACTION NO. 2 MDL 875 |
| The Jaques Admiralty Law Firm | : |
| United States District Court <br> Northern District of Ohio | : <br> :     FILED OCT 31 2005 |
| Estate of WILLE., C.A. No. 1:98 CV 12997 | : |
| [In the event the above-listed case is a multiple plaintiff (victim) action, this transfer is for the above-named party only, or said parties representative, and any spousal or dependent actions.]: | : <br> : <br> : <br> : |

———————————————————x

2005 NOV -4 A 9:31
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

### SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Northern District of Ohio, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Northern District of Ohio for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 10/31/2005

*Charles R. Weiner*
Charles   R.   Weiner         J.

ENTERED

NOV - 1 2005

CLERK OF COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 11 2006

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :
: 
——————————————————x

FILED   OCT 31 2005

This Document Relates to:

CIVIL ACTION NO. 2 MDL 875

The Jaques Admiralty Law Firm

United States District Court
Northern District of Ohio

RICH., C.A. No. 1:98 CV 14094

[In the event the above-listed case is a multiple
plaintiff (victim) action, this transfer is for the
above-named party only, or said parties repre-
sentative, and any spousal or dependent actions.]:
——————————————————x

2005 NOV -4  A 9:31
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

### SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Northern District of Ohio, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Northern District of Ohio for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 10/31/2005

_____
Charles R. Weiner         J.

ENTERED
NOV - 1 2005
CLERK OF COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 11 2006

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY  :
LITIGATION (NO. VI)                 :
                                    :
_____x

This Document Relates to:           :       CIVIL ACTION NO. 2 MDL 875

The Jaques Admiralty Law Firm       :

United States District Court        :
Northern District of Ohio           :
                                    :       FILED  OCT 31 2005
Estate of JACKSON., C.A. No. 1:99 CV 10802  :
                                    :
[In the event the above-listed case is a multiple :
plaintiff (victim) action, this transfer is for the :
above-named party only, or said parties repre-  :
sentative, and any spousal or dependent actions.]: 
_____x

SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Northern District of Ohio, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Northern District of Ohio for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 10/31/2005

_____
Charles  R.  Weiner            J.

ENTERED

NOV - 1 2005

CLERK OF COURT