MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 13 2006

FILED
CLERK'S OFFICE

**LUJAN AGUIGUI & PEREZ** LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone   (671) 477-8064
Facsimile   (671) 477-5297

**BENJAMIN B. CASSIDAY III**
5699 Kalanianaole Highway
Honolulu HI 96821
Telephone   (808) 220-3200
Facsimile   (808) 373-7720

*Attorneys for Plaintiffs*

Request of Pltfs. in Olmo, et al., GU 1:05-25 for Extension of Time to file Motion/Brief to Vacate CTO -- GRANTED TO AND INCLUDING <u>JANUARY 25, 2006 ONLY</u>

(cdm - 1/13/06)

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL-875: IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

<u>PERTAINING TO CONDITIONAL TRANSFER ORDER 254</u>

A Case Arising in the United States District Court of Guam

| | |
|---|---|
| CESS NAVARRO OLMO and RONNIE FERRERAS,<br><br>Plaintiffs,<br><br>v.<br><br>A. P. GREEN INDUSTRIES, INC., et al.,<br><br>Defendants. | Case No. MDL-875<br>(U. S. District Court of Guam<br>Civil Case 05-00025)<br><br>MOTION TO EXTEND TIME TO FILE MOTION TO VACATE CONDITIONAL TRANSFER ORDER<br><br>Filed by Facsimile to 202 502-2888 |

Pursuant to Rule 6.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Plaintiffs move to extend until February 1, 2006, the time in which they may file their Motion to Vacate Conditional Transfer Order 254. Plaintiffs filed their Notice of Opposition to the Conditional Transfer Order on January 3, 2006. The extension sought amounts to 14 days. The original due date is January 18, 2006. Rule 6.2 permits the Clerk of the Multidistrict Panel grant an extension of time "to file a pleading or perform an act required by these Rules."

The basis for the extension is that the Plaintiffs require additional time to draft and finalize their brief in light of the complexity of issues, and the number of parties and counsel involved in

**OFFICIAL FILE COPY**

IMAGED JAN 13 2006

1. the case. Furthermore, the undersigned counsel has just recently confirmed with the Clerk of the Panel's office the procedures and formats to employ in filing the Motion to Vacate, and given the lengthy period of time it takes for mail to reach the East Coast from Guam, counsel respectfully submits that a reasonable 14-day extension of time is warranted.

Respectfully submitted this 13th day of January, 2006.

LUJAN AGUIGUI & PEREZ LLP

By: _____
IGNACIO C. AGUIGUI, ESQ.
*Attorneys for Plaintiffs*

**PROOF OF SERVICE**

I certify that I have caused a true and correct copy of the above Motion to Extend Time to File Motion to Vacate Conditional Transfer Order, filed this date by facsimile transmission with the Clerk of the Multidistrict Panel, to be served upon the counsel identified hereafter. Service was made by facsimile transmission and by U.S. mail.

Dated this 13th day of January, 2006.

_____
IGNACIO C. AGUIGUI, ESQ.
*Attorneys for Plaintiffs*

**Anita P. Arriola, Esq.**
**Arriola Cowan & Arriola**
201 C& A. Building
259 Martyr Street
Hagâtña, Guam 96910
(Attorneys for Owens-Illinois, Inc.)

**J. Patrick Mason, Esq.**
**Carlsmith Ball**
401 Bank of Hawaii Building
134 West Soledad Avenue
Hagâtña, GU 96910
(Attorneys for Georgia-Pacific Corporation, A. W. Chesterton Company, and Kaiser Gypsum Company, Inc.)

Cess Navarro Olmo and Ronnie Pascual Ferreras    2
vs. A.P. Green Industries, Inc., et al.
MDL-875 (CTO-254) (Guam District Court Civil Case 05-00025)
Motion to Extend Time to File Motion to Vacate Conditional Transfer Order

1
2   Thomas C. Sterling, Esq.
    **Blair Sterling & Johnson**
3   1008 Pacific News Building
    238 Archbishop Flores Street
4   Hagåtña, Guam 96910
    (Attorneys for Metropolitan Life Insurance Company)
5
    Louie J. Yanza, Esq.
6   **Maher · Yanza · Flynn · Timblin**
    115 Hesler Place
7   Hagåtña, Guam 96910
    (Attorneys for John Crane, Inc.)
8
9   Jon A. Visosky, Esq.
    **Dooley Roberts & Fowler LLP**
10  201 Orlean Pacific Plaza
    865 South Marine Corps Drive
11  Tamuning, Guam 96913
    (Attorneys for Garlock, Inc., Viacom, Inc., Foster Wheeler
12  Corporation, Bayer CropScience, Inc., and The Dow
13  Chemical Company)
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Cess Navarro Olmo and Ronnie Pascual Ferreras       3
vs. A.P. Green Industries, Inc., et al.
MDL-875 (CTO-254) (Guam District Court Civil Case 05-00025)
Motion to Extend Time to File Motion to Vacate Conditional Transfer Order