JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 19 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Lacy T. Epperson, Jr., etc. v. Northrop Grumman Systems Corp., et al.*, E.D. Virginia, C.A. No. 4:05-2953

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Epperson*) on January 5, 2006. The Panel has now been advised that *Epperson* was remanded to the Circuit Court for the City of Newport News, Virginia, by the Honorable Jerome B. Friedman in an order filed on January 11, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-255" filed on January 5, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED JAN 19 2006