JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 2 4 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-257)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,139 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

## OFFICIAL FILE COPY

IMAGED JAN 2 5 2006

## SCHEDULE CTO-257 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DIST. DIV. C.A. #                          CASE CAPTION

**ALABAMA NORTHERN**
ALN  2   05-2148          Mildred Armstead, et al. v. A.O. Smith Electrical Products Co., et al.
ALN  4   05-2316          Linda McClain v. Dow Chemical Co., et al.
ALN  4   05-2466          Charles Richard Archer, et al. v. Mead Corp., et al.
ALN  4   05-2472          Rebekah Riggs, etc. v. Mead Corp., et al.
ALN  4   05-2473          Alford McGuffie v. Mead Corp., et al.

**CALIFORNIA EASTERN**
CAE  2   05-1751          Dennis Morgen, et al. v. United States Department of the Navy

**CALIFORNIA NORTHERN**
CAN  3   05-3107          Ronald Dutton v. Todd Shipyards Corp., et al.
CAN  3   05-4084          Charlton Clemmer v. Viad Corp., et al.
CAN  3   05-4085          Radall Kash, et al. v. Viad Corp., et al.
CAN  3   05-4346          Aurelio Sanchez v. General Electric Co., et al.
CAN  3   05-4347          Richard Marcelja v. Todd Shipyards Corp., et al.
CAN  3   05-4348          Joanne Thomas, et al. v. Viad Corp., et al.
CAN  3   05-4510          Kevan Caverhill, et al. v. General Electric Co., et al.

**ILLINOIS SOUTHERN**
ILS  3   05-685           John Rogers v. Illinois Central Railroad Co.

**INDIANA SOUTHERN**
INS  1   05-1572          Janet Casper, et al. v. The Dow Chemical Co., et al.
INS  3   05-223           Jack S. McGrath v. Consolidated Rail Corp., et al.

**LOUISIANA EASTERN**
LAE  2   05-5221          Beatrice M. Chiasson, et al. v. Honeywell International, Inc., et al.
LAE  2   05-6078          Stanley Christian v. Gulf States Asphalt Co., Inc., et al.

**LOUISIANA MIDDLE**
LAM  3   05-1406          Michael J. McFarlain v. Northrop Grumman Systems Corp., et al.

**MASSACHUSETTS**
MA  1   05-12184          Michael Levesque, etc. v. Amchem  Products, Inc., et al.

**MARYLAND**
MD  1   94-3508           Minnie Pulley v. Corhart Refractories Co., et al.
MD  1   05-2948           Donald Faust, et al. v. Anchor Packing Co., et al.
MD  1   05-3277           Carol E. Hunt, etc. v. Anchor Packing Co., et al.

**MINNESOTA**
MN  0   05-2782           Darrel Raymond Delage v. Garlock Sealing Technologies, L.L.C., et al.
MN  0   05-2784           Kurt Gauthier, et al. v. Garlock Sealing Technologies, L.L.C., et al.
MN  0   05-2785           Marvin Giese v. Garlock Sealing Technologies, L.L.C., et al.
MN  0   05-2786           Melvin O. Haugen v. Garlock Sealing Technologies, L.L.C., et al.

SCHEDULE CTO-257 - TAG-ALONG ACTIONS - MDL-875                    Page 2 of 3

<u>DIST. DIV. C.A. #</u>                    <u>CASE CAPTION</u>

**MINNESOTA**
MN  0  05-2787          James J. Kozar v. Garlock Sealing Technologies, L.L.C., et al.
MN  0  05-2788          Lawrence J. Lenk v. Garlock Sealing Technologies, L.L.C., et al.
MN  0  05-2789          Robert J. Morton v. Garlock Sealing Technologies, L.L.C., et al.
MN  0  05-2790          Loren Louis Radtke v. Garlock Sealing Technologies, L.L.C., et al.
MN  0  05-2791          Warren Robert Salo v. Garlock Sealing Technologies, L.L.C., et al.
MN  0  05-2792          Robert John Smith v. Garlock Sealing Technologies, L.L.C., et al.
MN  0  05-2793          Anthony Robert Turk v. Garlock Sealing Technologies, L.L.C., et al.
MN  0  05-2794          Bonnie Walden v. Garlock Sealing Technologies, L.L.C., et al.

**MISSOURI EASTERN**
MOE  4  05-1356         Ronald G. Toppins v. 3M Co.
MOE  4  05-1357         Dwight R. Johnson v. 3M Co.

**MISSISSIPPI NORTHERN**
MSN  1  05-158          Edward M. Duncan v. Allied Signal, Inc., et al.
MSN  1  05-180          Janet K . Flemmings, et al. v. Baldor Electric Co., et al.
MSN  1  05-181          Mary Sue Fulgham, etc. v. Baldor Electric Co., et al.
MSN  1  05-182          Elba Buchanan, etc. v. Baldor Electric Co., et al.
MSN  1  05-183          Ivy Jane Fuller, etc. v. Baldor Electric Co., et al.
MSN  1  05-184          Margaret Mims Foster, etc. v. Baldor Electric Co., et al.
MSN  1  05-255          Claude Riley v. Georgia-Pacific Corp., et al.
MSN  1  05-260          Kelsie Dickens v. Certainteed Corp., et al.
MSN  1  05-261          William Carr v. Certainteed Corp., et al.
MSN  1  05-263          Martha Harmon, etc. v. Garlock, Inc., et al.
MSN  1  05-274          Bobby Gene Puckett v. Mississippi Rubber & Specialty Co., et al.
MSN  1  05-286          Lillie Wilson v. Dowman Products, Inc., et al.
MSN  1  05-307          Owen Wallace v. Dowman Producrts, Inc., et al.
MSN  2  05-116          Roy R. Collins v. Autozone Mississippi, Inc., et al.
MSN  3  05-76           Johnny L.  Meeks v. Autozone Mississippi, Inc., et al.

**NORTH CAROLINA EASTERN**
NCE  2  05-36           Mary L. McCuller, et al. v. Albany International Corp., et al.
NCE  4  05-113          Barbara Cox Sullivan, et al. v. Albany International Corp., et al.

**NORTH CAROLINA MIDDLE**
NCM  1  05-935          Ralph Arthur Denson, et al. v. Anchor Packing Co., et al.
NCM  1  05-963          Bertie E. Eversley, et al. v. Anchor Packing Co., et al.
NCM  1  05-976          Clarence M. Jackson, et al. v. Aqua-Chem, Inc., et al.
NCM  1  05-977          Charles Douglas Peoples, et al. v. Aqua-Chem, Inc., et al.
NCM  1  05-1013         Charles D. Harrison, et al. v. Airco, Inc., et al.
NCM  1  05-1026         Harry Clark Carver, et al. v. Aqua-Chem, Inc., et al.
NCM  1  05-1027         Charlie J. Richardson, et al. v. Aqua-Chem, Inc., et al.
NCM  1  05-1028         Tony C. Heilig, et al. v. Aqua-Chem, Inc., et al.
NCM  1  05-1112         John Thomas Simpson, et al. v. Aqua-Chem, Inc., et al.
NCM  1  05-1126         Joe Louis Neal, et al. v. Aqua-Chem, Inc., et al.
NCM  1  05-1142         Delmar E. Ritter v. Airco, Inc., et al.
NCM  1  05-1160         Jamal Brown, etc. v. Aqua-Chem, Inc., et al.

**NORTH CAROLINA WESTERN**
NCW  1  04-246          David A. Henson, et al. v. Fluor Daniel, Inc., et al.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**NORTH CAROLINA WESTERN**

| | |
|---|---|
| NCW 1 05-317 | Clarence J. Deck, et al. v. Airco, Inc., et al. |
| NCW 1 05-325 | Steve Hanak, Jr., et al. v. Airco, Inc., et al. |
| NCW 1 05-335 | Carol Thomas Jolley v. Aqua-Chem, Inc., et al. |
| NCW 1 05-336 | Lynn Wesley Jetton, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-337 | Aaron Masters, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-344 | Richard C. Mills, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-345 | Bobbie Williams, et al. v. Airco, Inc., et al. |
| NCW 1 05-350 | Douglas E. Mahaffey, et al. v. Aqua-Chem, Inc., et al. |

**NEW YORK EASTERN**

| | |
|---|---|
| NYE 1 05-4784 | Carol J. March, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 05-4838 | Carol Peterson, et al. v. A.W. Chesterton Co., et al. |
| NYE 1 05-4839 | Julius L. Shultz, et al. v. A.W. Chesterton Co., et al. |
| NYE 1 05-4933 | Francis G. O'Hara, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 05-4952 | Arlene M. Reyenger, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 05-5140 | Bruno Zagar, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 05-5182 | Natalie Beni, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 05-5553 | Leo G. George v. A.W. Chesterton Co., et al. |

**NEW YORK SOUTHERN**

| | |
|---|---|
| NYS 1 05-4404 | Rafael Bueno Suano, et al. v. Garlock Sealing Technologies, LLC, et al. |
| NYS 1 05-4409 | Juan Antonio Consuegra Travieso, et al. v. General Electric Co., et al. |
| NYS 1 05-5508 | James P. Brosnan, et al. v. Amchem Products, Inc., et al. |
| NYS 1 05-8895 | Oscar O. Zavala v. United States Lines, Inc. Reorganization Trust |
| NYS 1 05-10038 | Willard E. Bartel, et al. v. United States Lines, Inc. Reorganization Trust |

**OHIO NORTHERN**

| | |
|---|---|
| OHN 1 04-20006 | Donald Miller, et al. v. CSR, Ltd., et al. |
| OHN 1 05-10016 | Robert E. Goodwin v. A-C Product Liability Trust, et al. |
| OHN 1 05-10017 | Carlito C. Simon v. A-C Product Liability Trust, et al. |
| OHN 1 05-10018 | Luis Vazquez v. A-C Product Liability Trust, et al. |

**PENNSYLVANIA WESTERN**

| | |
|---|---|
| PAW 2 05-1569 | Mary P. Kummer, etc. v. Allied Signal, Inc., et al. |

**TEXAS EASTERN**

| | |
|---|---|
| TXE 1 05-769 | Cecil Reuben Jackson, et al. v. Kimberly-Clark Corp. |
| TXE 1 05-876 | Thomas Vodry Allen, et al. v. Kimberly-Clark Corp., et al. |
| TXE 1 05-877 | William Marshall Chandler v. Kimberly-Clark Corp., et al. |
| TXE 1 05-878 | Willie L. Jones v. Kimberly-Clark Corp., et al. |
| TXE 1 05-882 | Newbern Brown Adkins, et al. v. Kimberly-Clark Corp., et al. |

**TEXAS SOUTHERN**

| | |
|---|---|
| TXS 4 05-4094 | Jacqueline D. Skinner, et al. v. Atlantic Richfield Co., et al. |

**WASHINGTON WESTERN**

| | |
|---|---|
| WAW 2 05-1876 | Robert Denny, et al. v. Gould Pumps, Inc., et al. |
| WAW 2 05-1929 | Milton L. Anderson, et al. v. Saberhagen Holdings, Inc., et al. |