# SEMMES, BOWEN & SEMMES

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

250 WEST PRATT STREET
BALTIMORE, MARYLAND 21201

TEL 410-539-5040

FAX 410-539-5223

WWW.SEMMES.COM

James W. Bartlett, III
Direct Dial: 410-576-4833
Email: jbartlett@semmes.com

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 26 2006

FILED
CLERK'S OFFICE
OFFICES IN
WASHINGTON, D.C.
HAGERSTOWN, MARYLAND
SALISBURY, MARYLAND
VIENNA, VIRGINIA

January 25, 2006

**VIA FACSIMILE TO (202) 502-2888**

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Re: MDL-875 – *In re* Asbestos Products Liability Litigation (No. VI)

*Charles Wille v. A-C Product Liability Trust*
E.D. Pennsylvania (N.D. Ohio, C.A. No. 1:9812997)

*Charles Rich v. A-C Product Liability Trust*
E.D. Pennsylvania (N.D. Ohio, C.A. No. 1:9814094)

*James Jackson v. A-C Product Liability Trust*
E.D. Pennsylvania (N.D. Ohio, C.A. No. 1:9910802)

Dear Mr. Beck:

Please accept this letter as a Notice of Opposition to the Conditional Remand Order filed by the Judicial Panel on Multidistrict Litigation on January 11, 2006 in the captioned cases. This Notice of Opposition is being filed by certain non-shipowner Defendants in these cases, including Foster-Wheeler LLC, General Electric Company, Argo International Corp., Auburn Manufacturing Co., Aurora Pump Division of General Signal Corp., A.B. Boyd Co., Bryan Steam Corp., Indian Head Industries, Inc., Pecora Corp., and Preferred Utilities Mfg. Corp.

IMAGED JAN 26 2006    OFFICIAL FILE COPY

# SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION

Michael J. Beck
January 25, 2006
Page 2

Thank you for your attention to this matter. Please contact me if you have any questions.

Very truly yours,

James W. Bartlett, III

JWB:rrc
cc: John A. Heller, Esquire (Via Facsimile to 312-853-7036)
    Gregg L. Spyridon (Via Facsimile to 504-830-7810)

B0582633.WPD