

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 31 2006

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN PARKER                                                           PLAINTIFF

VERSUS                                        CIVIL ACTION NO. 1:05cv561WJG

FORD MOTOR COMPANY; GENERAL
MOTORS COMPANY; KELLY MOORE
PAINT COMPANY; RUCO DRYWALL
PRODUCTS, INC; SOUTHERN
WALLPRODUCTS, INC., and JOHN DOES
1 through 20, who are individuals,
proprietorships, corporations or other entities
whose names and identities are otherwise
unknown to Plaintiff                                                  DEFENDANTS



## ORDER

This cause is before the Court on Plaintiff's motion [13] for voluntary dismissal, and the Court having considered said motion, finds that it is well taken and should be granted. It is, therefore,

ORDERED AND ADJUDGED that Plaintiff's motion [13] for voluntary dismissal be, and is hereby, granted and further that this cause is hereby dismissed with prejudice with all parties to bear their own costs.

SO ORDERED AND ADJUDGED this the 13th day of January, 2006.

/s/ *Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE

MDL- 875
RECOMMENDED ACTION

Vacate CTO-256 - 2 actions

Approved/Date: MJB 1/30/06

OFFICIAL FILE COPY

IMAGED JAN 3 1 2006

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 31 2006

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| JAMES BARTON, SR., JAMES BARTON, JR. AND JOHN BARTON | PLAINTIFFS |
| VERSUS | CIVIL ACTION NO. 1:05cv487WJG |
| CERTAINTEED, DOWMAN PRODUCTS, INC.; GEORGIA-PACIFIC CORPORATION; KELLY MOORE PAINT COMPANY; KOMP EQUIPMENT COMPANY, INC.; METROPOLITAN LIFE INSURANCE CO.; 3M f/k/a MINNESOTA MINING & MANUFACTURING COMPANY; RUCO DRYWALL PRODUCTS, INC; SOUTHERN WALLPRODUCTS, INC. and JOHN DOES 1 through 20, who are individuals, proprietorships, corporations or other entities whose names and identities are otherwise unknown to Plaintiffs | DEFENDANTS |

ORDER

This cause is before the Court on Plaintiffs' motion [24] for voluntary dismissal, and the Court having considered said motion, finds that it is well taken and should be granted. It is, therefore,

ORDERED AND ADJUDGED that Plaintiff's motion [24] for voluntary dismissal, be and is hereby dismissed with prejudice with all parties to bear their own costs.

SO ORDERED AND ADJUDGED this the 13th day of January, 2006.

/s/   *Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE