

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 3 1 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*James Barton, Sr., et al. v. Certainteed Corp., et al.*, S.D. Mississippi, C.A. No. 1:05-487
*John Parker v. Ford Motor Co., et al.*, S.D. Mississippi, C.A. No. 1:05-561

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these two actions (*Barton* and *Parker*) on January 13, 2006. The Panel has now been advised that *Barton* and *Parker* were dismissed in the Southern District of Mississippi by the Honorable Walter J. Gex III in separate orders signed on January 13, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-256" filed on January 13, 2006, is VACATED insofar as it relates to these two actions.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY

IMAGED JAN 3 1 2006