

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 31 2006

FILED
CLERK'S OFFICE

**DOCKET NO. 875**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

**NOTICE OF OPPOSITION**

COMES NOW, Plaintiffs in *Troy Washington, Jr. v. Sellers Engineering Co., et al.*, MSS 0 05-498; *Robert L. Allen, etc. v. Owens-Illinois, Inc., et al.*, MSS 1 05-505; *Arnold E. Barkdull. v. Owens-Illinois, Inc., et al.*, MSS 1 05-506; *Robert C. Bowers v. Owens-Illinois, Inc., et al.*, MSS 1 05-507; *Marvin E. Boyd v. Owens-Illinois, Inc., et al.*, MSS 1 05-508; *Donald Brent v. Owens-Illinois, Inc., et al.*, MSS 1 05-509; *Claude E. Brister v. Owens-Illinois, Inc., et al.*, MSS 1 05-510; *C. W. Brown v. Owens-Illinois, Inc., et al.*, MSS 1 05-511; *Decatur Brown. v. Owens-Illinois, Inc., et al.*, MSS 1 05-512; *Paul Carroll v. Owens-Illinois, Inc., et al.*, MSS 1 05-513; *Billy J. Case, etc. v. Owens-Illinois, Inc., et al.*, MSS 1 05-514; *Carl N. Chance v. Owens-Illinois, Inc., et al.*, MSS 1 05-515; *Sam Curry v. Owens-Illinois, Inc., et al.*, MSS 1 05-516; *Marion Davis v. Owens-Illinois, Inc., et al.*, MSS 1 05-517; *Jimmy T. Dickerson v. Owens-Illinois, Inc., et al.*, MSS 1 05-518; *Waldo M. Dixon, Jr. v. Owens-Illinois, Inc., et al.*, MSS 1 05-519; *J. P. Doss v. Owens-Illinois, Inc., et al.*, MSS 1 05-520; *Jesse W. Dulaney v. Owens-Illinois, Inc., et al.*, MSS 1 05-521; *Wilkie R. Dunaway, etc. v. Owens-Illinois, Inc., et al.*, MSS 1 05-522; *Marion C. Elledge v. Owens-Illinois, Inc., et al.*, MSS 1 05-523; *Samuel F. Farmer v. Owens-Illinois, Inc., et al.*, MSS 1 05-524; *Alvin Fitztgerald, etc.. v. Owens-Illinois, Inc., et al.*, MSS 1 05-525; *Carroll S. Greer v. Owens-Illinois, Inc., et al.*, MSS 1 05-526; *David Hill, Jr. v. Owens-Illinois, Inc., et al.*, MSS 1 05-527; *Charles L. Hidley v. Owens-*

**OFFICIAL FILE COPY**

IMAGED JAN 3 1 2006

*Illinois, Inc., et al., MSS 1 05-528; Osborne Jones v. Owens-Illinois, Inc., et al., MSS 1 05-529; Jack H. Jordan v. Owens-Illinois, Inc., et al., MSS 1 05-530; Charles W. Lewis, etc. v. Owens-Illinois, Inc., et al., MSS 1 05-531; Frank Magruder, etc. v. Owens-Illinois, Inc., et al., MSS 1 05-532; John E. Netherland, etc. v. Owens-Illinois, Inc., et al., MSS 1 05-533; John E. Newman, etc. v. Owens-Illinois, Inc., et al., MSS 1 05-534; Robert E. Parker v. Owens-Illinois, Inc., et al., MSS 1 05-535; John W. Price, etc. v. Owens-Illinois, Inc., et al., MSS 1 05-536; Buford E. Reeves, etc. v. Owens-Illinois, Inc., et al., MSS 1 05-537; Sidney L. Scarborough v. Owens-Illinois, Inc., et al., MSS 1 05-538; Dayton D. Smith, etc. v. Owens-Illinois, Inc., et al., MSS 1 05-539; Samuel E. Smith, etc. v. Owens-Illinois, Inc., et al., MSS 1 05-540; Curtis M. Standberry, Sr., etc. v. Owens-Illinois, Inc., et al., MSS 1 05-541; William R. Thornton, Sr., v. Owens-Illinois, Inc., et al., MSS 1 05-542; D. S. Turner v. Owens-Illinois, Inc., et al., MSS 1 05-543; James Vance v. Owens-Illinois, Inc., et al., MSS 1 05-544; Floyd Westbrook v. Owens-Illinois, Inc., et al., MSS 1 05-545; W. I. Westbrook v. Owens-Illinois, Inc., et al., MSS 1 05-546; Grover E. White, etc. v. Owens-Illinois, Inc., et al., MSS 1 05-547; C. L. Womack v. Owens-Illinois, Inc., et al., MSS 1 05-548; Willie Young, etc. v. Owens-Illinois, Inc., et al., MSS 1 05-549; Caleb R. Jones v. Crane Co., et al., MSS 1 05-555;* by and through counsel, and files this their Notice of Opposition to the Conditional Transfer Order (CTO-256).

RESPECTFULLY SUBMITTED, this the 30th day of January, 2005.

By: _____
Timothy W. Porter
Attorney for Plaintiffs

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 31 2006

FILED
CLERK'S OFFICE

Of Counsel:

Timothy W. Porter, MSB No. 9687
Patrick C. Malouf, MSB No. 9702
Kimberly A. Courtney, MSB No. 100799
John T. Givens, MSB No. 101561
PORTER & MALOUF, P.A.
Post Office Box 12768
Jackson, Mississippi 39236-2768
Telephone: (601) 957-1173
Facsimile: (601) 957-7366

## CERTIFICATE OF SERVICE

I, Timothy W. Porter, the undersigned counsel for Plaintiff, do hereby certify that I have this caused to be served, via U.S. Mail, postage fully prepaid, a true and correct copy of *Plaintiff's Notice of Opposition* to all counsel of record at their usual and regular mailing addresses listed on Exhibit "A".

This, the 30th day of January, 2006.

_____
Timothy W. Porter

RECEIVED
CLERK'S OFFICE
2006 JAN 30 P 3:35
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

# INVOLVED COUNSEL LIST (CTO-256)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

David A. Baker
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Cyrus C. Barger, III
Jude & Jude, PLLC
P. O. Box 17468
Hattiesburg, MS 39404-7468

Michael T. Bartley
Copeland, Cook, Taylor & Bush
P. O. Box 6020
Ridgeland, MS 39158-6020

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39531-1377

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Barry W. Ford
Baker, Donelson, Bearman, Caldwell &
Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Laura DeVaughn Goodson
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

William S. Guy
Law Offices of William S. Guy
909 Delaware Avenue
P.O. Box 509
McComb, MS 39649-0509

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Patricia Herlihy
Copeland, Cook, Taylor & Bush
200 Concourse, Suite 200
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

James Gordon House, III
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Suzanne G. Keys
Byrd & Associates
P.O.Box 19
Jackson, MS 39205-0019

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Kimberly P. Mangum
Barfield & Associates
P.O. Drawer 3979
233 East Capitol Street
Jackson, MS 39207-3979

Milton Carroll McCardle
Jude & Associates
P.O. Box 17468
Hattiesburg, MS 39404-7468

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Alison E. O'Neal
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Donald C. Patridge
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Timothy W. Porter
Porter & Malouf, P.A.
4670 McWillie Drive
P.O. Box 12768
Jackson, MS 39236

Simine Bazyari Reed
Forman Perry Watkins Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608



EXHIBIT "A"

INVOLVED COUNSEL LIST (CTO-256) - MDL 875

Page 2 of 2

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Joseph J. Stroble
Watkins & Eager
The Emporium Building, Suite 300
400 East Capitol Street
P.O. Box 650
Jackson, MS 39205-0650

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Mary W. Van Slyke
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Michael E. Whitehead
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Roy C. Williams
Williams, Heidelberg, et al.
P.O. Box 1407
711 Delmas Avenue
Pascagoula, MS 39568-1407