

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 13 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-256)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,079 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN 3 1 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY

IMAGED JAN 3 1 2006

SCHEDULE CTO-256 - TAG-ALONG ACTIONS
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DIST. DIV. C.A. #             CASE CAPTION

MISSISSIPPI SOUTHERN

~~MSS 1 05-487~~             ~~James Barton, Sr., et al. v. Certainteed Corp., et al.~~ Vacated 1/31/06
~~MSS 1 05-498~~             ~~Troy Washington, Jr. v. Sellers Engineering Co., et al.~~ Opposed 1/31/06
~~MSS 1 05-505~~             ~~Robert L. Allen, etc. v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-506~~             ~~Arnold E. Barkdull v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-507~~             ~~Robert C. Bowers v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-508~~             ~~Marvin E. Boyd v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-509~~             ~~Donald Brent v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-510~~             ~~Claude E. Brister v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-511~~             ~~C.W. Brown v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-512~~             ~~Decatur B. Byrd, etc. v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-513~~             ~~Paul Carroll v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-514~~             ~~Billy J. Case, etc. v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-515~~             ~~Carl N. Chance v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-516~~             ~~Sam Curry v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-517~~             ~~Marion Davis v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-518~~             ~~Jimmy T. Dickerson v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-519~~             ~~Waldo M. Dixon, Jr. v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-520~~             ~~J.P. Doss v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-521~~             ~~Jesse W. Dulaney v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-522~~             ~~Wilkie R. Dunaway, etc. v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-523~~             ~~Marion C. Elledge v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-524~~             ~~Samuel F. Farmer, etc. v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-525~~             ~~Alvin Fitztgerald, etc. v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-526~~             ~~Carroll S. Greer v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-527~~             ~~David Hill, Jr. v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-528~~             ~~Charles L. Holley v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-529~~             ~~Osborne Jones v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-530~~             ~~Jack H. Jordan v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-531~~             ~~Charles W. Lewis, etc. v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-532~~             ~~Frank Magruder, etc. v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-533~~             ~~John E. Netherland, etc. v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-534~~             ~~John E. Newman, etc. v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-535~~             ~~Robert E. Parker v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-536~~             ~~John W. Price, etc. v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-537~~             ~~Buford E. Reeves v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-538~~             ~~Sidney L. Scarborough v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-539~~             ~~Dayton D. Smith, etc. v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-540~~             ~~Samuel E. Smith, etc. v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-541~~             ~~Curtis M. Standberry, Sr., etc. v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-542~~             ~~William R. Thornton, Sr. v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-543~~             ~~D.S. Turner v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-544~~             ~~James Vance v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-545~~             ~~Floyd Westbrook v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-546~~             ~~W. I. Westbrook v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-547~~             ~~Grover E. White, etc. v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-548~~             ~~C.L. Womack v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-549~~             ~~Willie Young, etc. v. Owens-Illinois, Inc., et al.~~ Opposed 1/31/06
~~MSS 1 05-555~~             ~~Caleb R. Jones v. Crane Co., et al.~~ Opposed 1/31/06
**MSS 1  05-558**            **Will Bullock v. Dowman Products, Inc., et al.**
~~MSS 1 05-561~~             ~~John Parker v. Ford Motor Co., et al.~~ - Vacated 1/31/06