MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 6 2006

UNITED STATES OF AMERICA

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

DOCKET NO. 875

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Ronald G. Toppins v. 3M Co.*, E.D. Missouri, 05-1356

## NOTICE OF OPPOSITION TO TRANSFER OF "TAG-ALONG ACTION"

Plaintiff Ronald G. Toppins hereby notifies the Judicial Panel on Multidistrict Litigation pursuant to Rule 7.4(c) of the General Rules for Multidistrict Litigation of His Opposition to the Transfer of the above-captioned action as a "tag-along action". He will file a Motion and Brief in Support of this opposition in accordance with Rule 7.4(d) of the General Rules for Multidistrict Litigation.

Respectfully submitted,

_____
Jerome F. Raskas, # 4124
Goffstein, Raskas, Pomerantz
Kraus, & Sherman, L.L.C.
Attorneys for Plaintiff
7701 Clayton Road
St. Louis, MO 63117
Phone: (314) 721-7171
Fax: (314) 721-7765
E-mail: jraskas@grlawstl.com

_____
Kent Munson, # 39114
The Stolar Partnership
Attorneys for Plaintiff
911 Washington Avenue
St. Louis, Missouri 63101
Phone: (314) 231-2800
Fax: (314) 436-8400
E-mail: hkm@stolarlaw.com

Date: January 31, 2006

**OFFICIAL FILE COPY**

IMAGED FEB 0 6 2006

UNITED STATES OF AMERICA

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 875

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Ronald G. Toppins v. 3M Co.*, E.D. Missouri, 05-1356

### CERTIFICATE OF SERVICE

I hereby certify that Plaintiff's Notice of Opposition to Transfer of "Tag-Along Action" was served by First Class Mail on January 31, 2006 to:

Richard E. Boyle
Gundlach, Lee, Eggmann, Boyle & Roessler LLC
5000 West Main Street
P.O. Box 23560
Belleville, IL 62223-0560
E-mail: r.boyle@gundlachlee.com

Respectfully submitted,

Jerome F. Raskas, # 4124
Goffstein, Raskas, Pomerantz
Kraus, & Sherman, L.L.C.
Attorneys for Plaintiff
7701 Clayton Road
St. Louis, MO 63117
Phone: (314) 721-7171
Fax: (314) 721-7765
E-mail: jraskas@grlawstl.com

Kent Munson, # 3914
The Stolar Partnership
Attorneys for Plaintiff
911 Washington Avenue
St. Louis, Missouri 63101
Phone: (314) 231-2800
Fax: (314) 436-8400
E-mail: hkm@stolarlaw.com

Date: January 31, 2006