MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB -6 2006

FILED
CLERK'S OFFICE

UNITED STATES OF AMERICA
BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)    MDL DOCKET NO. 875
*Cecil Reuben Jackson, et al v. Kimberly-Clark Corp.*, TXE 1 05-769
*Thomas Vodry Allen, et al v. Kimberly-Clark Corp., et al*, TXE 1 05-876
*Newbern Brown Adkins, et al v. Kimberly-Clark Corp., et al*, TXE 1 05-882

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 257

Please take notice that Plaintiffs, *Cecil Reuben Jackson, et al; Thomas Vodry Allen, et al;* and *Newbern Brown Adkins, et al*, through undersigned counsel and pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation hereby file their Notice of Opposition to Conditional Transfer Order 257 ("CTO 257") transferring the following cases:

*Cecil Reuben Jackson, et al v. Kimberly-Clark Corp.*, TXE 1 05-769

*Thomas Vodry Allen, et al v. Kimberly-Clark Corp., et al*, TXE 1 05-876

*Newbern Brown Adkins, et al v. Kimberly-Clark Corp., et al*, TXE 1 05-882

to the Multidistrict Litigation now pending in the United States District Court for the Eastern District of Pennsylvania before the Honorable James T. Giles, *In Re: Asbestos Products Liability Litigation (No. VI)*. The *Allen* and *Adkins* cases have been consolidated into the *Jackson* case. However, out of an abundance of caution, Plaintiffs are objecting to the transfer of the *Jackson, Allen* and *Adkins* cases. These cases have all been improperly removed by Kimberly Clark Corporation and should be remanded to state court. Therefore, Plaintiffs oppose transfer to the Eastern District of Pennsylvania.

1

**OFFICIAL FILE COPY**

IMAGED FEB 0 6 2006

Respectfully submitted,

**REAUD, MORGAN & QUINN, L.L.P.**
801 Laurel Street
P. O. Box 26005
Beaumont, Texas 77720-6005
(409) 838-1000
FAX (409) 833-8236

By: _____
Glen W. Morgan
State Bar No. 14438900

Chris Portner
State Bar No. 24007858

Attorneys for Plaintiffs

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 2nd day of February, 2006, I have served a true copy of the Plaintiffs' Notice of Opposition to Conditional Transfer Order 257 on all the parties identified on the Involved Counsel List (CTO 257) attached hereto.

_____
Chris Portner

2006 FEB -2  A 9:29
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

## INVOLVED COUNSEL LIST (CTO-257)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Kent M. Adams
Adams & Coffey
550 Fannin
Suite 800
P.O. Box 7505
Beaumont, TX 77726-7505

Robert L. Adams
Kacal, Adams & Law
One Riverway
Suite 1200
Houston, TX 77056

Daniel R. Alexander
Carr, Allison, Pugh, Howard, Oliver
 & Sisson
100 Vestavia Parkway
Suite 200
Birmingham, AL 35216

Michael S. Allred
Allred Law Firm
P.O. Box 3828
Jackson, MS 39207

John M. Anderson
Bassford Remele, PA
33 South Sixth Street
Suite 3800
Minneapolis, MN 55402-3701

Mark E. Anderson
Patterson, Dilthey, Clay, Bryson
 & Anderson
4020 WestChase Boulevard
Suite 550
Raleigh, NC 27607

Peter G. Angelos
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Cynthia W. Antonucci
Harris Beach, LLP
805 3rd Avenue
20th Floor
New York, NY 10022

Julie A. Ardoin
Murray Law Firm
909 Poydras Street
Suite 2550, LL&E Tower
New Orleans, LA 70112-4000

David A. Baker
Forman, Perry, Watkins, Krutz
 & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

David A. Barfield
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-3979

Cyrus C. Barger, III
Jude & Jude, PLLC
P. O. Box 17468
Hattiesburg, MS 39404-7468

Dean T. Barnhard
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN 46204

Robert R. Baugh
Sirote & Permutt, P.C.
2222 Arlington Avenue South
P.O. Box 55727
Birmingham, AL 35255

Jerry L. Beane
Andrews & Kurth
BankOne Center
1717 Main Street
Suite 3700
Dallas, TX 75201

Bryan D. Belasky
Weitz & Luxenberg, P.C.
180 Maiden Lane
17th Floor
New York, NY 10038-4925

Andrew P. Bell
Law Offices of Gene Locks, LLC
110 East 55th Street
New York, NY 10022

Troy N. Bell
Aultman, Tyner & Ruffin, Ltd.
400 Poydras Street
Suite 1900
New Orleans, LA 70130

Joshua H. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Richard V. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Martin Berks
Environmental Attorneys Group, PC
1900 28th Avenue South
Suite 107
Birmingham, AL 35209

R. Dirk Bernhardt
Murray, Dunham & Murray
2225 4th Ave
Ste 200
Seattle, WA 98121

Scott R. Bickford
Martzell & Bickford
P.O. Box 91251
Baton Rouge, LA 70821

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

John G. Bissell
Strong, Pipkin, Bissell & Ledyard
1111 Bagby Street
Suite 2300
Houston, TX 77002

Janet W. Black
Donaldson & Black, P.A.
208 West Wendover Avenue
Greensboro, NC 27401

INVOLVED COUNSEL LIST (CTO-257) - MDL-875                                                      Page 2 of 11

Paula H. Blazek
Germer, Bernsen & Gertz
550 Fannin Street
Suite 700
Beaumont, TX 77701

Bryan O. Blevins, Jr.
Provost & Umphrey Law Firm, LLP
490 Park Street
P.O. Box 4905
Beaumont, TX 77704

Brian M. Blythe
Bradley, Arant, Rose & White
1819 Fifth Avenue, North
Birmingham, AL 35203-2119

Gregory E. Bodin
Taylor, Porter, Brooks & Phillips, LLP
P.O. Box 2471
Baton Rouge, LA 70821

Susan DeAnn Bomar
Swift, Currie, McGhee & Hiers
1355 Peachtree Street, N.E.
The Peachtree, Suite 300
Atlanta, GA 30309-3231

Joel M. Bondurant, Jr.
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

Nathaniel A. Bosio
Dogan & Wilkinson, PLLC
P.O. Box 1618
734 Dalmas Ave
Pascagoula, MS 39568-1618

Christopher A. Bottcher
Sirote & Permutt, P.C.
2222 Arlington Avenue South
P.O. Box 55727
Birmingham, AL 35255

Timothy W. Bouch
Leath, Bouch & Crawford
P.O. Box 59
Charleston, SC 29402-0059

Richard E. Boyle
Gundlach, Lee, Eggman, Boyle
& Roessler
5000 West Main Street
P.O. Box 23560
Belleville, IL 62223-0560

Steven A. Branom
Hackett, Beecher & Hart
1601 Fifth Avenue
Suite 2200
Seattle, WA 98101

Craig E. Brasfield
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Alan R. Brayton
Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94948

Eugene W. Brees, II
Whitehurst, Harkness, Ozmun & Brees
P.O. Box 1802
Austin, TX 78767

Edward Kenneth Brooks
Patterson, Dilthey, Clay, Bryson
& Anderson
4020 WestChase Boulevard
Suite 550
Raleigh, NC 27607

A. Todd Brown
Hunton & Williams
Bank of America Plaza
101 Sout Tryon Street
Suite 3500
Charlotte, NC 28280

Marcy L. Bryan
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

James D. Burns
Law Office of James D. Burns
2200 Fourth Avenue
Seattle, WA 98121

Lisa N. Busch
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038

Isaac K. Byrd, Jr.
Byrd & Associates
427 East Fortification Street
P.O. Box 19
Jackson, MS 39205-0019

Barry C. Campbell
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

George R. Carlton
Godwin Gruber, LLP
1201 Elm St.
Suite 1700
Dallas, TX 75270

Wilson H. Carroll
Phelps Dunbar, LLP
P.O. Box 23066
Jackson, MS 39225-3066

Pamela W. Carter
Baker, Donelson, Bearman, Caldwell
& Berkowtiz
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

C. Paul Cavender
Burr & Forman, L.L.P.
420 North 20th Street
Suite 3100
Birmingham, AL 35203

Lawrence G. Cetrulo
Cetrulo & Capone, LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

Michael D. Chefitz
Bonner, Kiernan, Trebach & Crociata
One Liberty Square
6th Floor
Boston, MA 02109

John R. Christie
Rawlin, Gravens & Franey
1240 Standard Bldg.
1370 Ontario Street
Cleveland, OH 44113

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

INVOLVED COUNSEL LIST (CTO-257) - MDL-875                                        Page 3 of 11

Kevin E. Clark
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203

Sandra F. Clark
Mehaffy & Weber, P.C.
P.O. Box 16
Beaumont, TX 77704

Timothy Allen Clarke
Vickers, Riis, Murray & Curran
P.O. Drawer 2568
Mobile, AL 36652-2568

Melissa Devich Cochran
Marshall Dennehy Warner Coleman
& Goggin
600 Grant Street, USX Tower
Suite 2900
Pittsburgh, PA 15219

Lawrence M. Coco, III
Carroll Bufkin Fulcher & Coco, PLLC
1700 Lelia Drive
Jackson, MS 39216

Richard Craig Coffin
Barg Coffin Lewis & Trapp, LLP
One Market - Steuart Tower
Suite 2700
San Francisco, CA 94105-1475

Keith E. Coltrain
Elmore & Wall, PA
P.O. Box 10937
Raleigh, NC 27605

Blane H. Crutchfield
Hand Arendall, LLC
P.O. Box 123
Mobile, AL 36601

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Dana Hefter Davis
Young, Moore & Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622

H. Lee Davis, Jr.
Davis & Hamrick, L.L.P.
P.O. Drawer 20039
Winston-Salem, NC 27120-0039

Timothy M. Davis
Adams & Reese/Lange Simpson, LLP
2100 Third Avenue North
Concord Center, Suite 1100
Birmingham, AL 35203-3367

Whitney Aaron Davis
Charter Davis, LLP
1730 I Street
Suite 240
Sacramento, CA 95814

Jessica B. DeGroote
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O Box 22608
Jackson, MS 39225-2608

Patricia A. Dicke
Page, Mannino, Peresich
& McDermott
P.o. Drawer 289
Biloxi, MS 39533

Christine E. Dinsdale
Soha & Lang, PS
701 Fifth Avenue
Suite 2400
Seattle, WA 98104

David W. Dogan, III
Dogan & Wilkinson, PLLC
P.O. Box 23062
Jackson, MS 39225-3062

David R. Donadio
Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94948-6169

David P. Donahue
Maynard Cooper & Gale PC
AmSouth/Harbert Plaza
Suite 2400
1901 6th Avenue North
Birmingham, AL 35203-2618

James D. Dowell
Rienstra, Dowell & Flatten
595 Orleans Street
Suite 1007
Beaumont, TX 77701

Helen K. Downs
Johnston, Barton, Proctor & Powell
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203-2618

Dennis M. Duggan, Jr.
Nixon Peabody, LLP
101 Federal Street
Boston, MA 02110

Rocky W. Eaton
Aultman, Tyner & Ruffin, Ltd.
315 Hemphill Street
P.O. Drawer 750
Hattiesburg, MS 39403-0750

Robert Scott Eitel
U.S. Department of Education
Office of General Counsel
400 Maryland Avenue, S.W.
Washington, DC 20202

Gary D. Elliston
DeHay & Elliston, L.L.P.
3500 Bank of America Plaza
901 Main Street
Dallas, TX 75202-3736

Michael M. Essmyer
Essmyer & Tritico
4300 Scotland
Houston, TX 77007

Jenelle R. Evans
Balch & Bingham LLP
P.O. Box 306
Birmingham, AL 35201

James J. Fabian
Pfeifer & Fabian
326 Saint Paul Place
Suite 100
Baltimore, MD 21202

Eric K. Falk
Davies, McFarland & Carroll
One Gateway Center
Tenth Floor
Pittsburgh, PA 15222

David S. Fishback
U.S. Dept. of Justice
Torts Branch, Civil Division
P.O. Box 340
Ben Franklin Station
Washington, DC 20044

Christopher E. Fitzgerald
Garrison, Scott, Gamble & Rosenthal
2113 Government Street
Suite D-3
Ocean Springs, MS 39564

Evelyn M. Fletcher
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Barry W. Ford
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Carl E. Forsberg
Forsberg & Umlauf
900 4th Avenue
Suite 1700
Seattle, WA 98164-1039

Roger C. Foster
Laney & Foster, P.C.
Two Perimeter Park South
Suite 404 East
P.O. Box 43798
Birmingham, AL 35243-0798

Shannon S. Frankel
Young, Moore & Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622

Samuel H. Franklin
Lightfoot, Franklin & White, L.L.C.
400 North 20th Street
Birmingham, AL 35203

Sydney F. Frazier
Cabaniss, Johnston, Gardner, Dumas
& O'Neal
Amsouth-Sonat Tower
Suite 1700
P.O. Box 830612
Birmingham, AL 35283-0612

Jeffrey E. Friedman
Friedman Leak & Bloom, PC
3800 Colonnade Parkway
Suite 650
P.O. Box 43219
Birmingham, AL 35243

Dawn E. Fulce
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Joseph Kyle Fulcher
Carroll Bufkin Fulcher & Coco, PLLC
1700 Lelia Drive
Jackson, MS 39216

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Patricia C. Gandy
Butler, Snow, O'Mara, Stevens
& Cannada, PLLC
P. O. Box 22567
Jackson, MS 39225-2567

Jared J. Garner
Bryan Cave, LLP
2020 Main Street
Suite 600
Irvine, CA 92614-8226

Mark W. Garriga
Butler, Snow, O'Mara, Stevens
& Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Linda S. George
Laudig, George, Rutherford & Sipes
156 Market Street
#600
Indianapolis, IN 46204

Walter T. Gilmer, Jr.
McDowell, Knight, Roedder & Sledge
P.O. Box 350
Mobile, AL 36601

Erich Gleber
Ross & Hardies
65 East 55th Street
New York, NY 10022

Michael D. Goggans
Page, Mannino, Peresich
& McDermott, PLLC
P.O. Box 16450
Jackson, MS 39236-6450

Laura DeVaughn Goodson
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Frank J. Gordon
Millberg Gordon & Stewars, PLLC
1101 Haynes Street
Suite 104
Raleigh, NC 27604

William M. Graham
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Robert V. Greenlee
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Melissa K. Habeck
Forsberg & Umlauf
900 4th Avenue
Suite 1700
Seattle, WA 98164-1039

John Joseph Hainkel, III
Frilot, Partridge, Kohnke & Clements
Energy Center, Suite 3600
1100 Poydras Street
New Orleans, LA 70163-3600

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Scott Harford
Flemming, Zulack & Williamson
One Liberty Plaza
35th Floor
New York, NY 10006

INVOLVED COUNSEL LIST (CTO-257) - MDL-875                                    Page 5 of 11

Frank G. Harmon, III
Crain, Caton, James
1401 McKinney
SUite 1900
Houston, TX 77010

James A. Harris, III
Harris & Harris, LLP
Colonial Bank Building, Suite 450
2501 20th Place, South
Birmingham, AL 35223

Gary W. Harvey
Morrison, Mahoney & Miller
250 Summer Street
Boston, MA 02210-1181

Jennifer Boyd Herlihy
Adler, Cohen, Harvey, Wakeman
 & Guekguezian, LLP
75 Federal Street
10th Floor
Boston, MA 02110

Todd M. Higey
Adams & Reese/Lange Simpson, LLP
2100 Third Avenue North
Concord Center, Suite 1100
Brimingham, AL 35203-3367

John L. Hill, Jr
Locke Liddell & Sapp, LLP
600 Travis Street
3400 JP Morgan Chase Tower
Houston, TX 77002

Jeffrey J.A. Hinrichsen
Charter Davis, LLP
1730 I Street
Suite 240
Sacramento, CA 95814

Broox G. Holmes, Jr.
Edward B. Mcdonough, Jr., PC
107 St. Francis Street
Suite 1800
Mobile, AL 36602

James E. Horne
Kingman, Peabody, Pierson
 & Fitzharris
505 Madison Street
Suite 300
Seattle, WA 98104-1138

James Gordon House, III
Forman, Perry, Watkins, Krutz
 & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

George Randall Huffman
Simon, Peragine, Smith & Redfearn
1200 Washington Avenue
Suite A
Ocean Springs, MS 39567

Clifton Wayne Jefferis
Forman, Perry, Watkins, Krutz
 & Tardy, LLP
200 South Lamar Street
City Centre, Suite 100
P.O. Box 22608
Jackson, MS 39225-2608

Gail C. Jenkins
Jenkins & Martin
P.O. Box 26008
Beaumont, TX 77720

Alice S. Johnston
Buchanan Ingersoll, P.C.
301 Grant Street
One Oxford Centre, 20th Floor
Pittsburgh, PA 15219

D. Allan Jones
Orgain, Bell & Tucker, L.L.P.
P.O. Box 1751
Beaumont, TX 77704-1751

Rhon E. Jones
Beasley, Allen, Crow, Methvin, Portis
 & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

George J. Kacal, Jr.
Kacal, Adams & Law
One Riverway
Suite 1200
Houston, TX 77056

Steven Kazan
Kazan, McClain, Abrams,
 Fernandez, et al.
171 12th Street
3rd Floor
Oakland, CA 94607

G. Patterson Keahey, Jr.
Law Offices of G. Patterson
 Keahey, Jr., PC
One Independence Plaza
Suite 612
Birmingham, AL 35209

Christopher M. Kelly
Gallivan, White & Boyd, P.A.
P.O. Box 10589
Greenville, SC 29603

Daniel J. Kelly
Haight, Brown & Bonesteel
100 Bush Street
27th Floor
San Francisco, CA 90104-3929

James G. Kennedy
Pierce, Herns, Sloan & McLeod
The Blake House
321 East Bay Street
P.O. Box 22437
Charleston, SC 29413

Kristi D. Kennedy
Currie, Johnson, Griffin, Gaines
 & Myers
P.O. Box 750
Jackson, MS 39205-0750

Richard J. Keshian
Kilpatrick & Stockton, LLP
1001 W. Fourth Street
Winston-Salem, NC 27101

Suzanne G. Keys
Byrd & Associates
P.O.Box 19
Jackson, MS 39205-0019

Christopher R. Kiger
Smith, Anderson, Blount,
 Dorsett, et al.
P.O. Box 2611
2500 First Union Capitol Center
Raleigh, NC 27602-2611

INVOLVED COUNSEL LIST (CTO-257) - MDL-875

Jennifer S. Kilpatrick
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

Joseph E. Kilpatrick, Jr.
Kilpatrick, Williams & Meeks
500 Broadway Place
Suite 404
Little Rock, AR 72201-3343

Roberta B. King
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

J. Frank Kinsel, Jr.
Cantey & Hanger, L.L.P.
2100 Burnett Plaza
801 Cherry Street
Ft. Worth, TX 76102

Charles Andrew Kitchen
Maynard Cooper & Gale, PC
1901 Sixth Avenue North
2400 Amsouth/harbert Plaza
Birmingham, AL 35203

Timothy W. Knight
Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Donald A. Krispin
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
645 Griswold St.
Detroit, MI 48226

Mark R. Kurz
Gundlach, Lee, Eggman, Boyle & Roessler
5000 West Main Street
P.O. Box 23560
Belleville, IL 62223-0560

Kenneth K. Kyre, Jr.
Pinto, Coates, Kyre & Brown
P.O. Box 4848
Greensboro, NC 27404

Carter T. Lambeth
Johnson & Lambeth
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

Daphne M. Lancaster
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

J. Mark Langdon
McGuire Woods, LLP
100 N. Tryon Street
Suite 2900
Charlotte, NC 28202-4022

Frank E. Lankford, Jr.
Huie, Fernambucq & Stewart
2801 Highway 280 South
Three Protective Center, Suite 200
Birmingham, AL 35223-2484

Anthony T. Lathrop
Moore & Van Allen, PLLC
100 North Tryon Street, Floor 47
Charlotte, NC 28202

Joseph E. Leblanc, Jr.
King, Leblanc & Bland, LLP
7500 San Felipe
Suite 800
Houston, TX 77063

Richard Eric Leff
McGivney & Kluger, P.C.
80 Broad Street
23rd Floor
New York, NY 10004

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Jason E. Luckasevic
Goldberg, Persky & White, PC
1030 Fifth Avenue
3rd Floor
Pittsburgh, PA 15219

Genevieve MacSteel
McGuire Woods, LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105

C. Robert Mace
Tekell, Book, Matthews & Limmer
4300 One Houston Center
1221 McKinney
Houston, TX 77010

Patrick C. Malouf
Porter & Malouf
P.O. Box 12768
Jackson, MS 39236

Kimberly P. Mangum
Barfield & Associates
P.O. Drawer 3979
233 East Capitol Street
Jackson, MS 39207-3979

Christopher S. Marks
Williams, Kastner & Gibbs
P.O. Box 21926
Seattle, WA 98111-3926

Robert P. Martin
Campbell, Woods, Bagley, Emerson, Mcneer & Herndon
300 Summers Street, Suite 810
Post Office Box 2393
Charleston, WV 25328-2393

Christopher O. Massenburg
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

John C. McCants
Forman, Perry, Watkins, Krutz & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Milton Carroll McCardle
Jude & Associates
P.O. Box 17468
Hattiesburg, MS 39404-7468

Damon G. McClain
Sedgwick, Detert, Moran & Arnold
One Embarcadero Center
16th Floor
San Francisco, CA 94111

INVOLVED COUNSEL LIST (CTO-257) - MDL-875  Page 7 of 11

Kevin E. McDermott
Law Offices of Robert E. Sweeney & Associates
1500 Illuminating Building
55 Public Square
Cleveland, OH 44113

Moffatt Grier McDonald
Haynsworth Sinkler Boyd
P.O. Box 2048
Greenville, SC 29602

Edward Bailey McDonough, Jr.
Edward B. McDonough, Jr., P.C.
P.O. Box 1943
Mobile, AL 36633

Carolyn Alleen McLain
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

D. Ferguson McNiel
Vinson & Elkins
1001 Fannin Street
Suite 2300
Houston, TX 77002

Warren McKay McWilliams
Mendes & Mount
725 South Figueroa Street
19th Floor
Los Angeles, CA 90017

Barry N. Mesher
Lane Powell, P.C.
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101

Edward A. Miller
Marshall, Dennehey, Warner, Coleman & Goggin
U.S. Steel Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219

William T. Mills, II
Porterfield, Harper, Mills & Motlow
22 Inverness Center Parkway
Suite 500
P.O. Box 530790
Birmingham, AL 35253-0790

Peter A. Moir
Quilling, Selander, Cummiskey, et al.
2001 Bryan Street
Bryan Tower, Suite 1800
Dallas, TX 75201

Francis Allen Montbach
Mound, Cotton, Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004

Glen W. Morgan
Reaud, Morgan & Quinn, LLP
801 Laurel Street
Beaumont, TX 77701

Richard E. Morton
Womble, Carlyle, Sandridge & Rice
301 S. College Street
One Wachovia Center
Suite 3500
Charlotte, NC 28202

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

John J. Mundy
Mundy & Singley
816 Congress Avenue
Suite 1230
Austin, TX 78701

H. Kent Munson
911 Washington Avenue
7th Floor
St. Louis, MO 63101

Robert F. Northcutt
Capell Howard, PC
P.O. Box 2069
Montgomery, AL 36104-2069

Eric R. Nowa
Harrell & Nowak, LLC
700 Camp Street
New Orleans, LA 70130

Patrick S. O'Brien
C. Marshall Friedman, P.C.
1010 Market Street
13th Floor
St. Louis, MO 63101

Richard P. O'Leary
McCarter & English, L.L.P.
245 Park Avenue
27th Floor
New York, NY 10022

Keith D. Obert
Obert Law Group, PA
P.O. Box 2081
Madison, MS 39130-2081

James R. Old, Jr.
Germer, Bernsen & Gertz
550 Fannin Street
Suite 1700
Beaumont, TX 77701

David Arthur Oliver, Jr.
Porter & Hedges, L.L.P.
1000 Main Street
36th Floor
Houston, TX 77002-6336

Scott B. Ostrow
Wyatt, Tarrant & Combs, LLP
1715 Aaron Brenner Drive
The Renaissance Center, Suite 800
Memphis, TN 38120-4367

Peter T. Paladino, Jr.
Goldberg Persky Jennings & White
Ketchum Center, 3rd Floor
1030 5th Avenue
Pittsburgh, PA 15219

E. Spencer Parris
Martin & Jones
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Donald C. Partridge
Forman, Perry, Watkins, Krutz & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Michael W. Patrick
Law Office of Michael W. Patrick
P.O. Box 16848
Chapel Hill, NC 27516

Keith E. Patterson
Yaron & Associates
601 California Street
21st Floor
San Francisco, CA 94108-2281

INVOLVED COUNSEL LIST (CTO-257) - MDL-875

Page 8 of 11

Monica F. Patterson
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

James L. Pattillo
Norman, Wood, Kendrick & Turner
505 20th Street, North
Financial Center, Suite 1600
Birmingham, AL 35203

Edward R. Paul
Paul, Mardinly, Durham, James, et al.
320 West Front Street
P.O. Box D
Media, PA 19063

Timothy Peck
Smith Moore, LLP
P.O. Box 21927
Greensboro, NC 27420

Richard M. Perles
Lee, Futrell & Perles, LLP
201 St. Charles Avenue
Suite 2409
New Orleans, LA 70170

Kenneth E. Petty
Williams, Kastner & Gibbs
P.O. Box 21926
Seattle, WA 98111

Rex Wayne Peveto
Peveto Law Firm
118 Border Street
Orange, TX 77630

Keith J. Pflaum
Porterfield, Harper, Mills & Motlow
22 Inverness Center Parkway
Suite 500
P.O. Box 530790
Birmingham, AL 35253-0790

Jonathan W. Pippin
Ables Baxter Parker & Hall, PC
315 Franklin Street
P.O. Box 165
Huntsville, AL 35804-0165

Franklin A. Poff
Crisp, Boyd & Poff
2301 Moores Lane
P O Box 6297
Texarkana, TX 75505

Janika D. Polk
Abbott, Simses & Kuchler
400 Lafayette Street
Suite 200
New Orleans, LA 70130

Michael S. Polk
Sieben, Polk, LaVerdiere, Jones & Hawn
999 Westview Drive
Hastings, MN 55033-2495

Diane M. Pompei
Sedgwick, Detert, Moran & Arnold
Three Gateway Center
12th Floor
Newark, NJ 07102

Timothy W. Porter
Porter & Malouf, P.A.
4670 McWillie Drive
P.O. Box 12768
Jackson, MS 39236

James H. Powers
Powers & Frost, L.L.P.
2400 One Houston Center
1221 McKinney Street
Houston, TX 77010

Jerome F. Raskas, Sr.
Goffstein & Raskas
7701 Clayton Road
St. Louis, MO 63117

Mary Margaret Ratliff
Forman, Perry, Watkins, Krutz & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

F. Grey Redditt, Jr.
Vickers, Riis, Murray & Curran
P.O. Drawer 2568
Mobile, AL 36652-2568

Simine Bazyari Reed
Forman Perry Watkins Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

William C. Reeves
Smith, Reeves & Yarborough, PLLC
6360 I-55 North
Suite 201
Jackson, MS 39211

Giovanni Regina
Waters, McPherson, McNeill, P.C.
233 Broadway
Suite 970
New York, NY 10279

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

James M. Riley, Jr.
Coats Rose Yale Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

Lauren Miller Robbins
Munisteri, Sprott, Lefevre & Rigby
3323 Richmond Avenue
Suite A
Houston, TX 77098

Matthew Robinett
Norman, Wood, Kendrick & Turner
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL 35233

Richard A. Rocap
Rocap, Witcher & Threlkeld
One Indiana Square
Suite 2300
Indianapolis, IN 46204

Michael D. Roche
King, Leblanc & Bland, LLP
201 St. Charles Avenue
45th Floor
New Orleans, LA 70170

Robert M. Rolfe
Hunton & Williams
Riverfront Plaza
951 East Byrd Street
Richmond, VA 23219

John D. Roven
Roven-Kaplan, LLP
2190 North Loop West
Suite 410
Houston, TX 77018

INVOLVED COUNSEL LIST (CTO-257) - MDL-875    Page 9 of 11

Stephen A. Rowe
Adams & Reese/Lange Simpson, LLP
2100 Third Avenue North
Concord Center, Suite 1100
Brimingham, AL 35203-3367

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Scott C. Seiler
Liskow & Lewis
701 Poydras Street
Suite 5000
New Orleans, LA 70139

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Mark Powell Seyler
Barkley & Thompson
1515 Poydras Street
Suite 2350
New Orleans, LA 70112

Stella Shackelford
Montgomery Barnett
3200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3200

Dan Shaked
Shaked & Posner
225 West 34th Street
Suite 705
New York, NY 10122

Charles T. Sheldon
Sedgwick, Detert, Moran & Arnold
One Embarcadero Center
16th Floor
San Francisco, CA 94111

Michael C. Shepard
Law Office of Michael C. Shepard
250 Portland Street
Boston, MA 02114

Eric Shuman
McGlinchey Stafford
643 Magazine Street
New Orleans, LA 70130-3477

Daniel J. Sinclair
Eckert Seamans Cherin & Mellott
600 Grant Street
44th Floor
Pittsburgh, PA 15219

W. Russell Sipes
Laudig, George, Rutherford & Sipes
Inland Building
156 East Market Street
Suite 600
Indianapolis, IN 46204-3227

John Albert Smyth, III
Maynard Cooper & Gale PC
1901 Sixth Avenue, North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203

Emmett C. Sole
Stockwell, Sievert, Viccellio, et al.
First National Bank Building
One Lakeside Plaza, Suite 400
P.O. Box 2900
Lake Charles, LA 70602

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert H. Sprain, Jr.
Sadler, Sullivan PC
Southtrust Tower
Suite 2500
420 20th Street North
Birmingham, AL 35203

D. David Steele
Yaron & Associates
601 California Street
21st Floor
San Francisco, CA 94108

Katherine M. Steele
Stafford, Frey & Cooper, PC
601 Union Street
3100 Two Union Square
Seattle, WA 98101

Connie Ray Stockham
Stockham, Carroll & Smith, P.C.
2204 Lakeshore Drive
Suite 114
Birmingham, AL 35209

Matthew R. Straus
L'Abbate, Balkan, Colavita & Contini
1050 Franklin Avenue
Garden City, NY 11530

Joseph J. Stroble
Watkins & Eager
The Emporium Building, Suite 300
400 East Capitol Street
P.O. Box 650
Jackson, MS 39205-0650

Jennifer M. Studebaker
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Lawrence J. Sugarman
Cetrulo & Capone, LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Thomas W. Taylor
Andrews & Kurth
600 Travis
Suite 4200
Houston, TX 77002-2778

Jennifer M. Techman
Evert & Weathersby, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Mark S. Thomas
Maupin, Taylor, PA
P.O. Drawer 19764
Raleigh, NC 27619-9764

Nathan Michael Thompson
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Timothy Kost Thorson
Carney Badley Spellman
700 Fifth Avenue
Suite 5800
Seattle, WA 98104-7091

INVOLVED COUNSEL LIST (CTO-257) - MDL-875

Patrick T. Tierney
Collins, Buckley, Sauntry & Haugh
West 1100 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101

Tracy E. Tomlin
Nelson, Mullins, Riley & Scarborough
100 North Tryon Street
Suite 2400
Charlotte, NC 28202-4000

Christopher W. Tompkins
Betts, Patterson & Mines
One Convention Place
701 Pike Street
Suite 1400
Seattle, WA 98101-3927

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Matthew Turetsky
Schwabe Williamson & Wyatt
1420 5th Ave Ste 3010
Seattle, WA 98101-2339

Michael E. Turner
Cabaniss, Johnston, Gardner, Dumas
& O'Neal
2001 Park Place North
Suite 700
P.O. Box 830612
Birmingham, AL 35283

Helen E. Tuttle
Kirkpatrick Lockhart Nicholson
& Graham, LLP
One Newark Center
10th Floor
Newark, NJ 07102

Mark B. Tuvim
Corr Cronin Michelson Baumgardner
& Preece
1001 4th Avenue
Ste. 3900
Seattle, WA 98154-1051

Thomas W. Tyner
Aultman, Tyner & Ruffin, Ltd.
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Michael W. Ulmer
Watkins & Eager
300 Emporium Building
400 East Capitol Street
P.O. Box 650
Jackson, MS 39205-0650

Nicholas P. Vari
Kirkpatrick Lockhart Nicholson
Graham LLP
1500 Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Michael A. Vercher
Christian & Small, LLP
505 North 20th Street
Suite 1800
Birmingham, AL 35203-2696

John E. Wade, Jr.
Brunini, Grantham, Grower & Hewes
P. O. Drawer 119
Jackson, MS 39205-0119

Herbert I. Waldman
Nagel, Rice & Mazie, LLP
301 South Livingston Avenue
Suite 201
Livingston, NJ 07039-3373

Thomas J. Ward, Jr.
Law Office of T. John Ward
P.O. Box 1231
Longview, TX 75606-1231

James L. Ware
Sheehy, Serpe & Ware, P.C.
2500 Two Houston Centre
909 Fannin
Houston, TX 77010-1003

Kirk G. Warner
Smith, Anderson, Blount,
Dorsett, et al.
P.O. Box 2611
2500 Wachovia Capitol Center
Raleigh, NC 27602-2611

William L. Waudby
Adams & Reese/Lange Simpson, LLP
2100 Third Avenue North
Concord Center, Suite 1100
Birmingham, AL 35203-3367

Jacob H. Wellman
Teague, Campbell, Dennis & Gorham
1621 Midtown Place
Raleigh, NC 27609-7553

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Allan R. Wheeler
Burr & Forman L.L.P.
Suite 3100
South Trust Tower
420 North 20th Street
Birmingham, AL 35203

Elizabeth S. Wheeler
King, Leblanc & Bland, LLP
201 St. Charles Avenue
Suite 3800
New Orleans, LA 70170

James C. White
Moore & Van Allen
P.O. Box 13706
Research Triangle Park, NC 27709

Michael E. Whitehead
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Robert W. Wilkinson
Dogan & Wilkinson, PLLC
734 Del Mas Avenue
P.O. Box 1618
Pascagoula, MS 39568-1618

Gene M. Williams
Shook, Hardy & Bacon, LLP
Chase Tower, Suite 1600
600 Travis Street
Houston, TX 77002-2911

Stephen B. Williamson
Van Winkle, Buck, Wall, Starnes
& Davis, P.A.
11 N. Market Street
P.O. Box 7376
Asheville, NC 28802-7376

INVOLVED COUNSEL LIST (CTO-257) - MDL-875                                Page 11 of 11

Gordon P. Wilson
Lugenbuhl, Wheaton, et al.
601 Poydras Street
Suite 2775
New Orleans, LA 70130

John D. Wilson, Jr.
Wilson, Smith, Cochran & Dickerson
1215 4th Avenue
17th Floor
Seattle, WA 98161

Natasha L. Wilson
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203

Donald A. Windham, Jr.
Smith, Reeves & Yarborough, PLLC
6360 I-55 North
Suite 201
Jackson, MS 39211

Brian Wuenschell
Kirkpatrick Lockhart Nicholson
Graham, LLP
535 Smithfield Street
Henry W. Oliver Building
Pittsburgh, PA 15222-2312

Laura P. Yee
Knott & Glazier
201 Spear Street
Suite 1520
San Francisco, CA 94105

I. Timothy Zarsadias
Dean & Gibson, L.L.P.
Cameron Brown Building
Suite 900
301 South McDowell Street
Charlotte, NC 28204-2686

Brain D. Zeringer
Bogle & Gates
Two Union Square, Suite 4700
601 Union Street
Seattle, WA 98101

Jeffrey S. Zipes
Coots Henke & Wheeler
255 E Carmel Drive
Carmel, IN 46032