**875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 8 2006

FILED
CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL DOCKET NO.: 875

IN RE: ASBESTOS PRODUCTS     )
LIABILITY LITIGATION (NO. VI)     )

> To: Michael J. Beck
> Clerk of the Panel
> Judicial Panel on Multidistrict Litigation
> Thurgood Marshall Federal Judiciary Building
> One Columbus Circle, N.E., Room G-255,
>       North Lobby
> Washington, D.C. 20002-8004

2006 FEB -7 A 6: 53

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

### NOTICE OF OPPOSITION TO THE ENTRY OF A CONDITIONAL TRANSFER ORDER (CTO-257) ON BEHALF OF PLAINTIFFS CHARLES ARCHER AND PATRICIA ARCHER

Now come the plaintiffs, in the said matter, Charles Archer and Patricia Archer v. Mead Corp., et al., ALN4 05-2466 and gives the following *Notice of Objection to the Entry of a Conditional Transfer Order* as it relates to said matter. Currently a *Motion to Remand* to the St. Clair Circuit Court for lack of subject matter jurisdiction is pending in the United States District Court of the Northern District of Alabama, Middle Division, in Civil Action CV-05-S-2466-M. In support of this opposition, plaintiff states as follows:

1.     Plaintiffs filed a personal injury action in the Circuit Court of St. Clair County, Alabama, styled Charles Richard Archer and Patricia Archer v. Mead Corp., et al., CV-05-S-2466-M. The defendants removed this action to federal court.

2.     Defendants filed a Notice of Related Action in this Court, arguing that it is a potential "tag-along action" to the action currently pending in the Eastern District of Pennsylvania in the matter styled "In Re Asbestos Product Liability (No. VI), MDL Docket No. 875."

3.     Plaintiff filed a *Motion to Remand and Brief in Support of* in the United States District Court of the Northern District of Alabama, Middle Division, and the Court is expected to set the matter for hearing in the near future.

4.     Plaintiff contends this matter is due to be remanded to the St. Clair County Circuit Court *inter alia,* for lack of subject matter jurisdiction.

## OFFICIAL FILE COPY

IMAGED FEB 0 8 2006

WHEREFORE, premises considered, Plaintiffs request that the Panel refrain from issuing or filing conditional transfer order (CTO-257) or, alternatively, enter an Order staying the operation of CTO-257 as it pertains to the above-referenced action so that the remand issue may be properly determined by the District Court in Alabama.

Respectfully submitted this 3rd day of February, 2006.

Martin K. Berks, Alabama Court I.D. No. BER039
Environmental Attorneys Group, PC
Birmingham, Alabama 35205
Telephone: 1-205-326-1000

ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have, on this the 3rd day of February, 2006, caused the foregoing *Notice of Opposition to the Entry of a Conditional Transfer Order (CTO-257) on Behalf of Plaintiffs Charles and Patricia Archer* to be served on opposing counsel of record by placing true and correct copies thereof into the United States mail, first class postage prepaid, addressed as indicated on the attached listing of counsel.

OF COUNSEL