02/06/2006 16:22  2053261007  EAG  PAGE 02
Case MDL No. 875  Document 4701  Filed 02/08/06  Page 1 of 2
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB -8 2006

FILED
CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL DOCKET NO.: 875

IN RE: ASBESTOS PRODUCTS )
LIABILITY LITIGATION (NO. VI) )

To: Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255,
    North Lobby
Washington, D.C. 20002-8004

### NOTICE OF OPPOSITION TO THE ENTRY OF A CONDITIONAL TRANSFER ORDER (CTO-257) ON BEHALF OF PLAINTIFF REBEKAH RIGGS

Now comes the plaintiff, in the matter, Rebekah Riggs, et al., v. Mead Corp., et al., ALN4 05-2472 included in CTO-257 and gives the following *Notice of Objection to the Entry of a Conditional Transfer Order (CTO-257)* as it relates to said matter. Currently a *Motion to Remand* to the St. Clair Circuit Court for lack of subject matter jurisdiction is pending in the United States District Court of the Northern District of Alabama, Middle Division, in Civil Action CV-05-S-2472-M. In support of this opposition, plaintiff states as follows:

1. Plaintiff Rebekah Riggs filed as a wrongful death action in the Circuit Court of St. Clair County, Alabama, styled Rebekah Riggs, et al., v. Mead Corp., et al, ALN4 05-S-2472-M. The defendants removed this action to federal court.

2. Defendants filed a Notice of Related Action in this Court, arguing that it is a potential "tag-along action" to the action currently pending in the Eastern District of Pennsylvania in the matter styled "In Re Asbestos Product Liability (No. VI), MDL Docket No. 875."

3. Plaintiff filed a *Motion to Remand and Brief in Support of Remand* in the United States District Court of the Northern District of Alabama, Middle Division, and the Court is expected to set the matter for hearing in the near future.

4. Plaintiff contends this matter is due to be remanded to the St. Clair County Circuit Court for, *inter alia*, lack of subject matter jurisdiction.

WHEREFORE, premises considered, plaintiff requests that the Panel refrain from issuing or filing (CTO-257) or, alternatively, enter an Order staying the operation of CT0-257 as it pertains to the above-referenced action, so that the Remand issue may be properly determined by the District Court in Alabama.

Respectfully submitted this 3rd day of February, 2006.

_____
Martin K. Berks, Alabama Court I.D. No. BER039
Environmental Attorneys Group, PC
Birmingham, Alabama 35205
Telephone: 1-205-326-1000

ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have, on this the 3rd day of February, 2006, caused the foregoing *Notice of Opposition to the Entry of a Conditional Transfer Order (CTO-257) on Behalf of Plaintiff Rebekah Riggs* to be served on opposing counsel of record by placing true and correct copies thereof into the United States mail, first class postage prepaid, addressed as indicated on the attached listing of counsel.

_____
OF COUNSEL