875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 8 2006

FILED
CLERK'S OFFICE

IN THE UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTI DISTRICT LITIGATION

IN RE:   MDL 875

IN RE:   ASBESTOS PRODUCTS LIABILITY

IN RE:   BEATRICE CHIASSON V. HONEYWELL, ET AL.   2 05-5221

NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

TO: Michael Beck
    Clerk of the Panel
    Judicial Panel on Multi District Litigation
    1 Columbus Circle NE
    Thurgood Marshall Federal Judiciary Bldg.
    Room G-255 North Lobby

Please take note that plaintiff objects to transfer of the within action to the Philadelphia Multi District Litigation. Plaintiff has filed a motion to remand the matter with the United States Court for the Eastern District of Louisiana. If that motion is granted there will be no case in the Federal Courts to be transferred.

Robert E. Paul, Esquire
PAUL, REICH & MYERS, P.C.
1608 Walnut Street, #500
Philadelphia, PA 19103
(215) 735-9200

OFFICIAL FILE COPY

IMAGED FEB 0 8 2006

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 8 2006

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served upon all counsel of record by placing same in the United States mail, first-class postage pre-paid, properly addressed and/or by facsimile on February 7, 2006.

_Robert E. Paul_
Robert E. Paul, Esquire
PAUL, REICH & MYERS, P.C.
1608 Walnut Street, #500
Philadelphia, PA 19103
(215) 735-9200

2006 FEB -7 P 1:26
RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHIASSON, DONALD J. COUNSEL LIST
NEW ORLEANS LA 2:05-CV-05221-HGB-DEK
February 7, 2006

Joseph F. LeBlanc, Jr., Esquire
KING, LeBLANC & BLAND, LLP
Place St. Charles
201 St. Charles Ave., 45th Fl.
New Orleans, LA 70170
Phone (504) 582-3800
Fax

Attorney for:
BF GOODRICH COMPANY

Troy Nathan Bell, Esquire
AULTMAN, TYNER & RUFFIN, LTD.
The Texaco Center
400 Poydras Street, Ste. 1900
New Orleans, LA 70130
Phone (504) 528-9616
Fax

Attorney for:
BORG-WARNER CORPORATION
MACK TRUCKS, INC.
n/k/a Burns International Services Corporation

Benjamin J. Guilbeau, Jr., Esquire
STOCKWELL, SIEVERT, VICCELLIO,
  CLEMENTS
& SHADDOCK, LLP.
One Lakeside Plaza, 4th Fl.
P.O. Box 2900
Lake Charles, LA 706022900
Phone (337) 436-9491
Fax

Attorney for:
BRIDGESTONE FIRESTONE CO.

Robert E. Barkley, Jr., Esquire
BARKLEY & THOMPSON, LC
1515 Poydras Street, Suite 2350
New Orleans, LA 70112
CORPORATION
Phone (504) 595-3350
Fax

Attorney for:
BRIDGESTONE FIRESTONE CO.
EATON CORPORATION
LEAR SIEGLER DIVERSIFIED HOLDING

Pamela W. Carter, Esquire
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, P.C.
201 St. Charles Avenue, Ste. 3600
New Orleans, LA 70170
Phone (504) 566-5200
Fax

Attorney for:
DAIMLER CHRYSLER CORPORATION

2006 FEB -7 P 1:27 RECEIVED CLERK'S OFFICE

Jennifer E. Adams, Esquire
DEUTSCH, KERRIGAN & STILES, LLP
755 Magazine Street
New Orleans, LA 70130
Phone (504) 593-0633
Fax

Attorney for:
DANA CORPORATION

Lawrence Emerson Abbott, Esquire
ABBOTT, SIMSES & KUCHLER
400 Lafayette Street, #200
New Orleans, LA 70130
Phone (504) 568-9393
Fax

Attorney for:
FORD MOTOR CO.
GENERAL MOTORS CORPORATION

John Joseph Hainkel, III, Esquire
FRILOT, PARTRIDGE, KOHNKE
& CLEMENTS, LC
Energy Centre
1100 Poydras St., Ste. 3600
New Orleans, LA 701633600
Phone (504) 599-8000
Fax

Attorney for:
GENUINE PARTS COMPANY

Gregory E. Bodin, Esquire
TAYLOR, PORTER, BROOKS & PHILLIPS, LLP
451 Florida Street
P.O. Box 2471
8th Fl, Bank One Center
Baton Rouge, LA 70821
Phone (225) 387-3221
Fax

Attorney for:
GOODYEAR TIRE AND RUBBER CO.

Eric Shuman, Esquire
McGLINCHEY STAFFORD, PLLC
643 Magazine Street
New Orleans, LA 701303477
Phone (504) 586-1200
Fax

Attorney for:
HONEYWELL INTERNATIONAL

Margaret M. Joffe, Esquire
DEUTSCH, KERRIGAN & STILES
P.O. Box 96
Baton Rouge, LA 70884
Phone (706) 207-1254
Fax

Attorney for:
KELSEY-HAYES COMPANY
MAREMONT CORPORATION

Robert Scott Eitel, Esquire
ROBERT S. EITEL, LLC
201 St. Charles Ave., 25th Fl.
New Orleans, LA 70170
Phone (504) 599-5905
Fax (504) 524-7979

Attorney for:
ROCKWELL AUTOMATION