JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 9 2006

FILED
CLERK'S OFFICE

# UNITED STATES OF AMERICA
## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In Re: Asbestos Products Liability Litigation (No. VI)     MDL DOCKET NO. 875
*Denny et al v. Gould Pumps (IPG) Inc; et al*, W.D. WASH No. 2:05-cv-1876
*Anderson et al v. Saberhagen Holdings Inc; et al*, W.D. WASH No. 2:05-cv-1929

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 257

Please take notice that Plaintiffs, *Denny et al* and *Anderson et al* through undersigned counsel and pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation hereby file their Notice of Opposition to Conditional Transfer Order 257 ("CTO 257") transferring the following cases:

  *Denny et al v. Gould Pumps (IPG) Inc; et al*, W.D. WASH No. 2:05-cv-1876
  *Anderson et al v. Saberhagen Holdings Inc; et al*, W.D. WASH No. 2:05-cv-1929

to the Multidistrict Litigation now pending in the United States District Court for the Eastern District of Pennsylvania before the Honorable James T. Giles, *In Re: Asbestos Products Liability Litigation (No. VI)*. These cases have both been improperly removed by Elliott Company. The *Denny* case has been remanded to State Court. The *Anderson* case has not been remanded, but should be as it involves issues very similar to those raised in *Denny*. Therefore, Plaintiffs oppose transfer to Eastern District of Pennsylvania.

**OFFICIAL FILE COPY**

IMAGED FEB 0 9 2006

Respectfully submitted,

LAW OFFICES OF JAMES D. BURNS, P.S.
2200 Fourth Avenue
Seattle, WA 98121
(206)448-2200
Fax: (206)441-1921

By: *[signature]*
Brian F. Ladenburg
Washington State Bar Association #29531
Of Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Michelle Pauley, hereby certify that on the 8th day of February, 2006, I have served by mail a true copy of the Plaintiffs' Notice of Opposition to Conditional Transfer Order 257 on all parties to the litigation.

*[signature]*
Michelle Pauley