JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 9 2006

FILED
CLERK'S OFFICE

UNITED STATES OF AMERICA
BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI) MDL DOCKET NO. 875
*Jacqueline D. Skinner, et al vs. Atlantic Richfield Co., et al,* TXS 4 05-4094

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 257

Please take notice that Plaintiffs, *Jacqueline D. Skinner, et al*, through the undersigned counsel and pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation hereby file their Notice of Opposition to Conditional Transfer Order 257 ("CTO 257") transferring the following case:

*Jacqueline D. Skinner, et al vs. Atlantic Richfield Co., et al,* TXS 4 05-4094

to the Multidistrict Litigation now pending in the United States District Court for the Eastern District of Pennsylvania before the Honorable Judge James T. Giles, *In Re: Asbestos Products Liability Litigation (No. VI)*. Therefore, Plaintiffs oppose transfer to the Eastern District of Pennsylvania.

Respectfully Submitted,

PROVOST ★ UMPHREY LAW FIRM, L.L.P.
490 Park Street
Box 4905
Beaumont, Texas 77704
(409) 835-6000

AARYN K. GIBLIN
TBA No. 00784382
ATTORNEY FOR
PLAINTIFF

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that pursuant to the Texas Rules of Civil Procedure, a true and correct copy of the foregoing instrument has been forwarded to all counsel of record on this the 8TH day of FEBRUARY, 2006.

Aaryn K. Giblin

IMAGED FEB 0 9 2006      OFFICIAL FILE COPY

## INVOLVED COUNSEL LIST (CTO-257)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Tom Taylor
Andrews & Kurth
600 Travis, Suite 4200
Houston, Texas 77002