JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 24 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-257)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,139 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB - 9 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY

IMAGED FEB 0 9 2006

## SCHEDULE CTO-257 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DIST. DIV. C.A. #         CASE CAPTION

ALABAMA NORTHERN
ALN  2   05-2148          Mildred Armstead, et al. v. A.O. Smith Electrical Products Co., et al.
ALN  4   05-2316          Linda McClain v. Dow Chemical Co., et al.
~~ALN  4   05-2466~~      ~~Charles Richard Archer, et al. v. Mead Corp., et al.~~ Opposed 2/8/06
~~ALN  4   05-2472~~      ~~Rebekah Riggs, etc. v. Mead Corp., et al.~~ Opposed 2/8/06
~~ALN  4   05-2473~~      ~~Alford McGuffie v. Mead Corp., et al.~~ Opposed 2/8/06

CALIFORNIA EASTERN
CAE  2   05-1751          Dennis Morgen, et al. v. United States Department of the Navy

CALIFORNIA NORTHERN
CAN  3   05-3107          Ronald Dutton v. Todd Shipyards Corp., et al.
CAN  3   05-4084          Charlton Clemmer v. Viad Corp., et al.
CAN  3   05-4085          Radall Kash, et al. v. Viad Corp., et al.
CAN  3   05-4346          Aurelio Sanchez v. General Electric Co., et al.
CAN  3   05-4347          Richard Marcelja v. Todd Shipyards Corp., et al.
CAN  3   05-4348          Joanne Thomas, et al. v. Viad Corp., et al.
CAN  3   05-4510          Kevan Caverhill, et al. v. General Electric Co., et al.

ILLINOIS SOUTHERN
~~ILS  3   05-685~~       ~~John Rogers v. Illinois Central Railroad Co.~~ Opposed 2/9/06

INDIANA SOUTHERN
INS  1   05-1572          Janet Casper, et al. v. The Dow Chemical Co., et al.
INS  3   05-223           Jack S. McGrath v. Consolidated Rail Corp., et al.

LOUISIANA EASTERN
~~LAE  2   05-5221~~      ~~Beatrice M. Chiasson, et al. v. Honeywell International, Inc., et al.~~
                          Opposed 2/8/06
LAE  2   05-6078          Stanley Christian v. Gulf States Asphalt Co., Inc., et al.

LOUISIANA MIDDLE
LAM  3   05-1406          Michael J. McFarlain v. Northrop Grumman Systems Corp., et al.

MASSACHUSETTS
MA   1   05-12184         Michael Levesque, etc. v. Amchem Products, Inc., et al.

MARYLAND
MD   1   94-3508          Minnie Pulley v. Corhart Refractories Co., et al.
MD   1   05-2948          Donald Faust, et al. v. Anchor Packing Co., et al.
MD   1   05-3277          Carol E. Hunt, etc. v. Anchor Packing Co., et al.

MINNESOTA
MN   0   05-2782          Darrel Raymond Delage v. Garlock Sealing Technologies, L.L.C., et al.
MN   0   05-2784          Kurt Gauthier, et al. v. Garlock Sealing Technologies, L.L.C., et al.
MN   0   05-2785          Marvin Giese v. Garlock Sealing Technologies, L.L.C., et al.
MN   0   05-2786          Melvin O. Haugen v. Garlock Sealing Technologies, L.L.C., et al.

SCHEDULE CTO-257 - TAG-ALONG ACTIONS - MDL-875                                     Page 2 of 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MINNESOTA | |
| MN 0 05-2787 | James J. Kozar v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0 05-2788 | Lawrence J. Lenk v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0 05-2789 | Robert J. Morton v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0 05-2790 | Loren Louis Radtke v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0 05-2791 | Warren Robert Salo v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0 05-2792 | Robert John Smith v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0 05-2793 | Anthony Robert Turk v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0 05-2794 | Bonnie Walden v. Garlock Sealing Technologies, L.L.C., et al. |
| MISSOURI EASTERN | |
| ~~MOE 4 05-1356~~ | ~~Ronald G. Toppins v. 3M Co.~~ Opposed 2/6/06 |
| ~~MOE 4 05-1357~~ | ~~Dwight R. Johnson v. 3M Co.~~ Opposed 2/6/06 |
| MISSISSIPPI NORTHERN | |
| MSN 1 05-158 | Edward M. Duncan v. Allied Signal, Inc., et al. |
| MSN 1 05-180 | Janet K . Flemmings, et al. v. Baldor Electric Co., et al. |
| MSN 1 05-181 | Mary Sue Fulgham, etc. v. Baldor Electric Co., et al. |
| MSN 1 05-182 | Elba Buchanan, etc. v. Baldor Electric Co., et al. |
| MSN 1 05-183 | Ivy Jane Fuller, etc. v. Baldor Electric Co., et al. |
| MSN 1 05-184 | Margaret Mims Foster, etc. v. Baldor Electric Co., et al. |
| MSN 1 05-255 | Claude Riley v. Georgia-Pacific Corp., et al. |
| MSN 1 05-260 | Kelsie Dickens v. Certainteed Corp., et al. |
| MSN 1 05-261 | William Carr v. Certainteed Corp., et al. |
| MSN 1 05-263 | Martha Harmon, etc. v. Garlock, Inc., et al. |
| MSN 1 05-274 | Bobby Gene Puckett v. Mississippi Rubber & Specialty Co., et al. |
| MSN 1 05-286 | Lillie Wilson v. Dowman Products, Inc., et al. |
| MSN 1 05-307 | Owen Wallace v. Dowman Producrts, Inc., et al. |
| MSN 2 05-116 | Roy R. Collins v. Autozone Mississippi, Inc., et al. |
| MSN 3 05-76 | Johnny L. Meeks v. Autozone Mississippi, Inc., et al. |
| NORTH CAROLINA EASTERN | |
| NCE 2 05-36 | Mary L. McCuller, et al. v. Albany International Corp., et al. |
| NCE 4 05-113 | Barbara Cox Sullivan, et al. v. Albany International Corp., et al. |
| NORTH CAROLINA MIDDLE | |
| NCM 1 05-935 | Ralph Arthur Denson, et al. v. Anchor Packing Co., et al. |
| NCM 1 05-963 | Bertie E. Eversley, et al. v. Anchor Packing Co., et al. |
| NCM 1 05-976 | Clarence M. Jackson, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-977 | Charles Douglas Peoples, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-1013 | Charles D. Harrison, et al. v. Airco, Inc., et al. |
| NCM 1 05-1026 | Harry Clark Carver, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-1027 | Charlie J. Richardson, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-1028 | Tony C. Heilig, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-1112 | John Thomas Simpson, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-1126 | Joe Louis Neal, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-1142 | Delmar E. Ritter v. Airco, Inc., et al. |
| NCM 1 05-1160 | Jamal Brown, etc. v. Aqua-Chem, Inc., et al. |
| NORTH CAROLINA WESTERN | |
| NCW 1 04-246 | David A. Henson, et al. v. Fluor Daniel, Inc., et al. |

SCHEDULE CTO-257 - TAG-ALONG ACTIONS - MDL-875                                Page 3 of 3

DIST. DIV. C.A. #              CASE CAPTION

NORTH CAROLINA WESTERN
NCW 1 05-317                   Clarence J. Deck, et al. v. Airco, Inc., et al.
NCW 1 05-325                   Steve Hanak, Jr., et al. v. Airco, Inc., et al.
NCW 1 05-335                   Carol Thomas Jolley v. Aqua-Chem, Inc., et al.
NCW 1 05-336                   Lynn Wesley Jetton, et al. v. Aqua-Chem, Inc., et al.
NCW 1 05-337                   Aaron Masters, et al. v. Aqua-Chem, Inc., et al.
NCW 1 05-344                   Richard C. Mills, Jr., et al. v. Aqua-Chem, Inc., et al.
NCW 1 05-345                   Bobbie Williams, et al. v. Airco, Inc., et al.
NCW 1 05-350                   Douglas E. Mahaffey, et al. v. Aqua-Chem, Inc., et al.

NEW YORK EASTERN
NYE 1 05-4784                  Carol J. March, etc. v. A.W. Chesterton Co., et al.
NYE 1 05-4838                  Carol Peterson, et al. v. A.W. Chesterton Co., et al.
NYE 1 05-4839                  Julius L. Shultz, et al. v. A.W. Chesterton Co., et al.
NYE 1 05-4933                  Francis G. O'Hara, etc. v. A.W. Chesterton Co., et al.
NYE 1 05-4952                  Arlene M. Reyenger, etc. v. A.W. Chesterton Co., et al.
NYE 1 05-5140                  Bruno Zagar, etc. v. A.W. Chesterton Co., et al.
NYE 1 05-5182                  Natalie Beni, etc. v. A.W. Chesterton Co., et al.
NYE 1 05-5553                  Leo G. George v. A.W. Chesterton Co., et al.

NEW YORK SOUTHERN
NYS 1 05-4404                  Rafael Bueno Suano, et al. v. Garlock Sealing Technologies, LLC, et al.
NYS 1 05-4409                  Juan Antonio Consuegra Travieso, et al. v. General Electric Co., et al.
NYS 1 05-5508                  James P. Brosnan, et al. v. Amchem Products, Inc., et al.
NYS 1 05-8895                  Oscar O. Zavala v. United States Lines, Inc. Reorganization Trust
NYS 1 05-10038                 Willard E. Bartel, et al. v. United States Lines, Inc. Reorganization Trust

OHIO NORTHERN
OHN 1 04-20006                 Donald Miller, et al. v. CSR, Ltd., et al.
OHN 1 05-10016                 Robert E. Goodwin v. A-C Product Liability Trust, et al.
OHN 1 05-10017                 Carlito C. Simon v. A-C Product Liability Trust, et al.
OHN 1 05-10018                 Luis Vazquez v. A-C Product Liability Trust, et al.

PENNSYLVANIA WESTERN
PAW 2 05-1569                  Mary P. Kummer, etc. v. Allied Signal, Inc., et al.

TEXAS EASTERN
~~TXE 1 05-769~~               ~~Cecil Reuben Jackson, et al. v. Kimberly-Clark Corp.~~ Opposed 2/6/06
~~TXE 1 05-876~~               ~~Thomas Vodry Allen, et al. v. Kimberly-Clark Corp., et al.~~ Opposed 2/6/06
TXE 1 05-877                   William Marshall Chandler v. Kimberly-Clark Corp., et al.
TXE 1 05-878                   Willie L. Jones v. Kimberly-Clark Corp., et al.
~~TXE 1 05-882~~               ~~Newbern Brown Adkins, et al. v. Kimberly-Clark Corp., et al.~~ Opposed 2/6/06

TEXAS SOUTHERN
~~TXS 4 05-4094~~              ~~Jacqueline D. Skinner, et al. v. Atlantic Richfield Co., et al.~~ Opposed 2/9/06

WASHINGTON WESTERN
~~WAW 2 05-1876~~              ~~Robert Denny, et al. v. Gould Pumps, Inc., et al.~~ Opposed 2/9/06
~~WAW 2 05-1929~~              ~~Milton L. Anderson, et al. v. Saberhagen Holdings, Inc., et al.~~ Opposed 2/9/06