JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 1 0 2006

FILED
CLERK'S OFFICE

**DOCKET NO. 875**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL TRANSFER ORDER (CTO-258)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,313 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED FEB 1 0 2006

## SCHEDULE CTO-258 - TAG-ALONG ACTIONS
## - DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DIST. DIV. C.A. #            CASE CAPTION

CALIFORNIA NORTHERN
  CAN 3  05-4945            Fred Alexander, Jr., et al. v. Lockheed Martin Corp., et al.
  CAN 3  05-4946            Judy Oxford, et al.v. General Electric Co., et al.
  CAN 3  05-4947            Milton Bartholomew v. General Electric Co., et al.
  CAN 3  05-4998            Albert Rice v. General Electric Co.
  CAN 4  05-5235            Philip Calderon v. General Electric Co.

FLORIDA SOUTHERN
  FLS 1  05-22983           Larry McWhorter, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22984           Janice Cohen, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22985           Leolande Brooks, etc. v. Pnemo Abex, LLC, et al.
  FLS 1  05-22986           Mary F. Pearson, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22987           Paul Fuhr, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22988           Mary Townsend, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22989           Marcia Vicario, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22990           Charlotte Eoff, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22991           Leslie Harris, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22992           Cliff Trone, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22993           George Arbagy, et al. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22995           Homer Boyd, et al. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22996           Sylvia Kraft, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22997           Yvonna Violett, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22998           Leila Hopkins, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22999           Adam Davis, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-23000           James Fulks, et al. v. Pneumo Abex, LLC., et al.
  FLS 1  05-23001           Emily Gilyard, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-23002           Pauline Townsend, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-23003           Paul D'Eliseo, et al. v. Pneumo Abex, LLC, et al.
  FLS 1  05-23004           William Friday, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-23005           Connie S. Clarkston, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-23006           Frances Sobov, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-23007           Barbara Bruhn, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-23008           Julieta Slater, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-23009           Florence Paskell v. Pneumo Abex, LLC, et al.
  FLS 1  05-23010           Gary McLean, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-23011           Phyllis Lustgarten, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-23012           Elsie Miklos, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-23013           Patricia Fultz, etc. v. Bennett Auto Supply, et al.

ILLINOIS SOUTHERN
  ILS 3  05-551             Kim Thorp v. Illinois Central Railroad
  ILS 3  05-666             Dennis Montague v. Illinois Central Railroad
  ILS 3  05-677             Brian Ritchie v. Illinois Central Railroad
  ILS 3  05-686             Karl E. Drake v. Illinois Central Railroad

SCHEDULE CTO-258 - TAG-ALONG ACTIONS - MDL-875                            Page 2 of 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NORTH CAROLINA EASTERN** | |
| NCE 2  05-48 | Anthony I. Selby, et al. v. Albany International Corp., et al. |
| NCE 2  05-53 | Thomas N. Alexander, Sr., et al. v. Albany International Corp., et al. |
| NCE 4  05-157 | Robert R. Equils, Sr., et al. v. Albany International Corp., et al. |
| NCE 4  05-158 | Charles Douglas Brown, et al. v. Albany International Corp., et al. |
| NCE 4  05-165 | Gennis E. Brickhouse, Sr. v. Aqua-Chem, Inc., et al. |
| NCE 7  05-200 | Minnie O. Williams, etc. v. Airco, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1  05-360 | John A. Tibbs, et al. v. Airco, Inc., et al. |
| NCW 1  05-364 | Bobby A. Shaver v. Airco, Inc., et al. |
| NCW 1  05-368 | David Lynn McLean, et al.v. Aqua-Chem, Inc., et al. |
| NCW 1  05-372 | Gerald A. Bostic, et al. v . Aqua-Chem, Inc., et al. |
| **NEW JERSEY** | |
| NJ 2  05-3760 | Peter Konopatski, Jr., et al. v. AGCO Corp., et al. |
| **NEW YORK EASTERN** | |
| NYE 1  05-5815 | Margaret Helen Lewallen, et al. v. A.W. Chesterton Co., et al. |
| **SOUTH CAROLINA** | |
| SC 0  06-65 | Joe Henry Garris, et al. v. Aqua-Chem, Inc., et al. |
| SC 0  06-73 | Frank Ervin Smith, et al. v. Aqua-Chem, Inc., et al. |
| SC 2  05-2132 | Charles F. Spence, Jr., et al. v. Owens-Illinois, Inc., et al. |
| SC 2  06-7 | Lewis Brown, et al. v. Aqua-Chem, Inc., et al. |
| SC 2  06-11 | Carl Franklin Cantrell, et al. v. Aqua-Chem, Inc., et al. |
| SC 2  06-77 | Billy A. Johnson, et al. v. Aventis CropScience USA, Inc., et al. |
| SC 7  06-59 | Buddy Wayne Price, et al. v. Aqua-Chem, Inc., et al. |
| SC 7  06-63 | Cleve K. Hambright, et al. v. Aqua-Chem, Inc., et al. |
| SC 7  06-64 | Winfred Jolley v. Aqua-Chem, Inc., et al. |
| SC 7  06-66 | Ricky H. Ruppe, et al. v. Aqua-Chem, Inc., et al. |
| SC 8  06-78 | Stanley L. Aultman, et al. v. Aqua-Chem, Inc., et al. |
| SC 8  06-79 | William T. Harvell, et al. v. Aqua-Chem, Inc., et al. |
| SC 8  06-114 | Robert David Acker v. Aqua-Chem, Inc., et al. |
| SC 8  06-115 | James Mark Osborne, Jr. v. Aqua-Chem, Inc., et al. |
| **TEXAS EASTERN** | |
| TXE 1  05-874 | Coleman Brown Pennington v. Kimberly-Clark Corp., et al. |
| TXE 1  05-879 | Claude Chester Brannon v. Kimberly-Clark Corp., et al. |
| TXE 1  05-880 | Irby Walter Patterson v. Kimberly-Clark Corp., et al. |
| TXE 1  05-881 | Charles Donald Parker v. Kimberly-Clark Corp., et al. |
| TXE 1  05-883 | Daryl Delane Burgess v. Kimberly-Clark Corp., et al. |
| TXE 1  05-884 | Earl Leedue Duckett v. Kimberly-Clark Corp., et al. |
| **WASHINGTON WESTERN** | |
| WAW 2  05-1974 | Lydia James, etc. v. General Electric Co., et al. |
| WAW 2  05-2144 | Priscilla Alix, etc. v. Saberhagen Holdings, Inc., et al. |
| WAW 2  05-2145 | Lewis A. Seymour v. Saberhagen Holdings, Inc., et al. |