JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 13 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*Steven D. McAboy, etc. v. IMO Industries, Inc., et al.,* W.D. Washington, C.A. No. 2:05-1241

*BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,[*] ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL*

## TRANSFER ORDER

Before the Panel is a motion brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiff in one Western District of Washington action (*McAboy*). Movant asks the Panel to vacate its order conditionally transferring *McAboy* to the Eastern District of Pennsylvania for inclusion in the centralized pretrial proceedings now occurring there in this docket.

On the basis of the papers filed and hearing session held, the Panel finds that *McAboy* involves common questions of fact with actions in this litigation previously transferred to the Eastern District of Pennsylvania, and that transfer of the action to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings occurring in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel concludes that transfer of *McAboy* is appropriate for reasons expressed by the Panel in its original decision in this docket directing centralization of all pending federal court actions not then in trial involving allegations of personal injury or wrongful death caused by asbestos or asbestos containing products. See *In re Asbestos Products Liability Litigation (No. VI)*, 771 F.Supp. 415 (J.P.M.L. 1991). In his motion before the Panel, plaintiff's only argument in opposition to Section 1407 transfer was that federal jurisdiction was lacking in *McAboy* and that transfer should be deferred until the court in the Western District of Washington resolved a then pending motion to reconsider its decision denying plaintiff's motion to remand *McAboy* to state court. On November 14, 2005, the Washington court denied that motion for reconsideration.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable James T. Giles for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

*[signature]*

Wm. Terrell Hodges
Chairman

---

[*] Judge Motz took no part in the disposition of this matter.

**OFFICIAL FILE COPY**

IMAGED FEB 13 2006