JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 13 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Robert Denny, et al. v. Gould Pumps, Inc., et al.*, W.D. Washington, C.A. No. 2:05-1876

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Denny*) on January 24, 2006. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Denny* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Denny* was remanded to King County Superior Court, Washington, by the Honorable Ricardo S. Martinez in an order filed on January 18, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-257" filed on January 24, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

**OFFICIAL FILE COPY**