James C. Dale, ISB No. 2902
Email: jcdale@stoel.com
Nicole C. Hancock, ISB No. 6899
Email: nchancock@stoel.com
STOEL RIVES LLP
101 S Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: (208) 389-9000
Facsimile: (208) 389-9040

Attorneys for Defendant DaimlerChrysler Corporation

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 13 2006

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| KENT BUTTARS, as Personal Representative on behalf of the Legal Heirs of JEAROLD BUTTARS, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>ATLAS TURNER, INC.; AQUA-CHEM, INC.; BUCYRUS INTERNATIONAL, INC.; R.F. MACDONALD CO.; BELL ASBESTOS MINES LTD.; JOHN CRANE, INC.; DANA CORPORATION; FOSTER WHEELER L.L.C.; LEAR SIEGLER DIVERSIFIED HOLDINGS CORP.; MORTON INTERNATIONAL, INC.; OWENS-ILLINOIS, INC.; PARKER-HANNIFIN CORPORATION; PLANT INSULATION COMPANY; UNION CARBIDE CORPORATION; CONGOLEUM CORPORATION; ROBERTSON-CECO CORPORATION; AMERICAN HONDA MOTOR CO., INC.; BMW OF NORTH AMERICA, LLC; NISSAN NORTH AMERICA, INC.; VOLKSWAGEN OF AMERICA, INC.; SMITH CHEVROLET CO. INC.; STUART-WESTERN, INC.; PNEUMO ABEX LLC; HONEYWELL INTERNATIONAL, INC.; THE BUDD COMPANY; CROWN, CORK & SEAL; | MDL Docket No. 875<br><br>**DEFENDANT DAIMLER/CHRYSLER CORPORATION'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO VACATE OR STAY CONDITIONAL TRANSFER ORDER** |



RECEIVED
CLERK'S OFFICE
2006 FEB -7 A 6:53
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

ok to docket cdm

DEFENDANT DAIMLER/CHRYSLER CORPORATION'S NOTICE OF NON-
OPPOSITION TO PLAINTIFF'S MOTION TO STAY CONDITIONAL TRANSFER
ORDER - 1
Boise-192594.1 0063393-00001

OFFICIAL FILE COPY IMAGED FEB 14 2006

| DAIMLERCHRYSLER CORPORATION; FORD MOTOR COMPANY; BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC; GENERAL MOTORS CORPORATION; MAREMONT CORPORATION; STANDARD MOTOR PRODUCTS, INC.; INTERNATIONAL TRUCK & ENGINE CORPORATION; BURNS INTERNATIONAL SERVICES CORPORATION; METROPOLITAN LIFE INSURANCE COMPANY; GARLOCK SEALING TECHNOLOGIES, LLC; and DOES 1 through 800, inclusive, Defendants. |
|---|

Defendant Daimler/Chrysler Corporation ("Defendant") gives notice that it does not oppose Plaintiff's Motion to Stay Conditional Transfer Order until such time as the District of Idaho rules on Plaintiff's Motion to Remand.

After the ruling on the Motion to Remand, if it is still at issue, the Judicial Panel should seek briefing and arguments on the merits of Plaintiff's Motion to Vacate.

Although Defendant will not specifically address Plaintiff's allegations regarding the procedural defects or their argument re frivolity in this non-opposition, Defendant is not in anyway conceding these arguments.

DATED: February 6th, 2006.

STOEL RIVES LLP

*[signature: W Clouse For]*

James C. Dale
Nicole C. Hancock

Attorneys for Defendant
DaimlerChrysler Corporation

**DEFENDANT DAIMLER/CHRYSLER CORPORATION'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO STAY CONDITIONAL TRANSFER ORDER - 2**
Boise-192594.1 0063393-00001

James C. Dale, ISB No. 2902
Email: jcdale@stoel.com
Nicole C. Hancock, ISB No. 6899
Email: nchancock@stoel.com
STOEL RIVES LLP
101 S Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: (208) 389-9000
Facsimile: (208) 389-9040

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FEB 13 2006**

FILED
CLERK'S OFFICE

Attorneys for Defendant DaimlerChrysler Corporation

## BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT

## LITIGATION

| | |
|---|---|
| KENT BUTTARS, as Personal Representative on behalf of the Legal Heirs of JEAROLD BUTTARS, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>ATLAS TURNER, INC.; AQUA-CHEM, INC.; BUCYRUS INTERNATIONAL, INC.; R.F. MACDONALD CO.; BELL ASBESTOS MINES LTD.; JOHN CRANE, INC.; DANA CORPORATION; FOSTER WHEELER L.L.C.; LEAR SIEGLER DIVERSIFIED HOLDINGS CORP.; MORTON INTERNATIONAL, INC.; OWENS-ILLINOIS, INC.; PARKER-HANNIFIN CORPORATION; PLANT INSULATION COMPANY; UNION CARBIDE CORPORATION; CONGOLEUM CORPORATION; ROBERTSON-CECO CORPORATION; AMERICAN HONDA MOTOR CO., INC.; BMW OF NORTH AMERICA, LLC; NISSAN NORTH AMERICA, INC.; VOLKSWAGEN OF AMERICA, INC.; SMITH CHEVROLET CO. INC.; STUART-WESTERN, INC.; PNEUMO ABEX LLC; HONEYWELL INTERNATIONAL, INC.; THE BUDD COMPANY; CROWN, CORK & SEAL; | MDL Docket No. 875<br><br>**AMENDED CERTIFICATE OF SERVICE OF DEFENDANT DAIMLER/CHRYSLER CORPORATION'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO VACATE OR STAY CONDITIONAL TRANSFER ORDER** |



2006 FEB 13 A 6:38
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

**AMENDED CERTIFICATE OF SERVICE OF DEFENDANT DAIMLER/CHRYSLER
CORPORATION'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO
STAY CONDITIONAL TRANSFER ORDER - 1**

Boise-192756.1 0063393-00001

DAIMLERCHRYSLER CORPORATION;
FORD MOTOR COMPANY;
BRIDGESTONE/FIRESTONE NORTH
AMERICAN TIRE, LLC; GENERAL
MOTORS CORPORATION;
MAREMONT CORPORATION;
STANDARD MOTOR PRODUCTS, INC.;
INTERNATIONAL TRUCK & ENGINE
CORPORATION; BURNS
INTERNATIONAL SERVICES
CORPORATION; METROPOLITAN
LIFE INSURANCE COMPANY;
GARLOCK SEALING TECHNOLOGIES,
LLC; and DOES 1 through 800, inclusive,

        Defendants.

I hereby certify that all parties on the attached Panel Service List have been served with Defendant Daimler/Chrysler Corporation's Notice Of Non-Opposition To Plaintiff's Motion To Stay Conditional Transfer Order either by facsimile on February 6, 2006 pursuant to the original certificate of service on file or by U.S. Mail on February 10, 2006.

DATED: February 10, 2006.

STOEL RIVES LLP

_____
James C. Dale
Nicole C. Hancock

Attorneys for Defendant
DaimlerChrysler Corporation

**DEFENDANT DAIMLER/CHRYSLER CORPORATION'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO STAY CONDITIONAL TRANSFER ORDER - 2**

Boise-192756.1 0063393-00001

FILE No.831 02/10 '06 14:59 ID:Steel Rives LLP FAX:208 389 9040 PAGE 4/ 5
02/10/2006 11:28 FAX
Case MDL No. 875 Document 4714 Filed 02/13/06 Page 5 of 6

PAGE 1 of 2

PANEL SERVICE LIST (Excerpted from CTO-254)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Kent Buttars, etc. v. Atlas Turner, Inc., et al.*, D. Idaho, C.A. No. 1:05-373

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Eric R. Bjorkman, Jr.
Perkins Coie, LLP
251 E. Front St.
Suite 400
P.O. Box 737
Boise, ID 83701-0737

Andrew C. Brassey
Brassey, Wetherell, Crawford
& McCurdy
P.O. Box 1009
Boise, ID 83701-1009

Christopher C. Burke
Greener, Banducci & Shoemaker, P.A.
Carnegie Building
815 W. Washington Street
Boise, ID 83702

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Christopher D. Comstock
Hall, Farley, Oberrecht & Blanton
Key Financial Center
702 West Idaho Street, Suite 700
P.O. Box 1271
Boise, ID 83701-1271

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Tracy Fowler
Snell & Wilmer
15 West South Temple
Suite 1200
Gateway Tower West
Salt Lake City, UT 84101

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Scott D. Hess
Jones, Gledhill, Hess, Fuhrman
& Eiden
P O Box 1097
Boise, ID 83701-1097

Michael R. Johnson
Bevis, Cameron & Johnson
960 Broadway Avenue
Suite 220
P.O. Box 827
Boise, ID 83706-3667

L. Charles Johnson, III
Johnson Olson Chartered
P.O. Box 1725
Pocatello, ID 83204-1725

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Dan R. Larsen
Snell & Wilmer
15 West South Temple
Suite 1200
Gateway Tower West
Salt Lake City, UT 84101-1004

A. Bruce Larson
Meyers, Thomasen & Larson
1070 Hiline Road
#225
Pocatello, ID 83201-2935

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Steven Brook Millard
Brayton Purcell, LLP
The Parkside Office Tower
215 South State Street
Suite 900
Salt Lake, UT 84111

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

David S. Perkins
Quane Smith
P O Box 519
Boise, ID 83701-0519

Shan B. Perry
Holden, Kidwell, Hahn & Crapo
P O Box 50130
Idaho Falls, ID 83405

PANEL SERVICE LIST (Excerpted from CTO-254) - MDL 875

PAGE 2 of 2

Joseph N. Pirtle
Elam & Burke
251 E. Front Street
Suite 300
P.O. Box 1539
Boise, ID 83702

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Eugene A. Ritti
Hawley, Troxell, Ennis & Hawley
P.O. Box 1617
Boise, ID 83701

Gregory S. Roberts
Ray Quinney & Nebeker
P.O. Box 45385
Salt Lake City, UT 84145-0385

John D. Roven
Roven-Kaplan, LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

J. Walter Sinclair
Stoel Rives, LLP
101 S. Capitol Blvd.
Suite 1900
Boise, ID 83702

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Dale W. Storer
Holden, Kidwell, Hahn & Crapo
P O Box 50130
Idaho Falls, ID 83405

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Stephen R. Thomas
Moffatt, Thomas, Barrett, Rock
& Fields
P.O. Box 829
Boise, ID 83701

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Wade L. Woodard
Greener, Banducci & Shoemaker, P.A.
815 West Washington Street
Boise, ID 83702