CARLSMITH BALL, LLP

J. PATRICK MASON
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
A.W. Chesterton Company



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 15 2006

FILED
CLERK'S OFFICE

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
### MDL-875: IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
### PERTAINING TO CONDITIONAL TRANSFER ORDER 254
A Case Arising in the United States District Court of Guam

| | |
|---|---|
| CESS NAVARRO OLMO and RONNIE PASCUAL FERRERAS, <br><br> Plaintiffs, <br><br> vs. <br><br> A.P. GREEN INDUSTRIES, INC., A.P. GREEN SERVICES, INC., A.W. CHESTERTON COMPANY, AMCHEM PRODUCTS, INC., ARMSTRONG WORLD INDUSTRIES, INC., ASBESTOS CLAIMS MANAGEMENT CORPORATION, BABCOCK & WILCOX COMPANY, COMBUSTION ENGINEERING, INC., DOW CHEMICAL COMPANY, DRESSER INDUSTRIES, INC., FELITALLIC, INC., FLINTKOTE COMPANY, FOSTER WHEELER CORP., GAF CORPORATION, GARLOCK, INC., GEORGIA-PACIFIC CORPORATION, HARBISON-WALKER REFRACTORIES CO., HONEYWELL INTERNATIONAL, INC., JOHN CRANE, INC., KAISER GYPSUM COMPANY, INC., METROPOLITAN LIFE INSURANCE COMPANY, OWENS CORNING, OWENS-ILLINOIS, INC., PITTSBURG CORNING CORPORATION, QUIGLEY COMPANY, INC., UNITED STATES GYPSUM COMPANY, and VIACOM, INC., <br><br> Defendants. | DOCKET NO. MDL-875 <br> CTO-254 <br><br> (U.S. District Court of Guam <br> Civil Case No. 05-00025) <br><br><br> DEFENDANT A.W. CHESTERTON COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT; DECLARATION OF SERVICE <br><br><br> Filed by Facsimile to (202) 502-2888 |

4842-0767-8720.1.000901-00030

**OFFICIAL FILE COPY**

IMAGED FEB 16 2006

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant A.W. Chesterton Company, states that it does not have any parent corporation; nor does any publicly held company own 10% or more of the stock of A.W. Chesterton Company.

DATED: Hagåtña, Guam, February 2, 2006.

CARLSMITH BALL LLP

_____
J. PATRICK MASON
Attorneys for Defendant
A.W. Chesterton Company