

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 15 2006

FILED
CLERK'S OFFICE

**CARLSMITH BALL LLP**

J. PATRICK MASON
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Georgia-Pacific Corporation

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
## MDL-875: IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
## PERTAINING TO CONDITIONAL TRANSFER ORDER 254
### A Case Arising in the United States District Court of Guam

| | |
|---|---|
| CESS NAVARRO OLMO, RONNIE PASCUAL FERRERAS, <br><br> Plaintiffs, <br><br> vs. <br><br> A.P. GREEN INDUSTRIES, INC., A.P. GREEN SERVICES, INC., A.W. CHESTERTON COMPANY, AMCHEM PRODUCTS, INC., ARMSTRONG WORLD INDUSTRIES, INC., ASBESTOS CLAIMS MANAGEMENT CORPORATION, BABCOCK & WILCOX COMPANY, COMBUSTION ENGINEERING, INC., DOW CHEMICAL COMPANY, DRESSER INDUSTRIES, INC., FLEXITALLIC, INC., FLINTKOTE COMPANY, FOSTER WHEELER CORP., GAF CORPORATION, GARLOCK, INC., GEORGIA-PACIFIC CORPORATION, HARBISON WALKER REFRACTORIES CO., HONEYWELL INTERNATIONAL, INC., JOHN CRANE, INC., KAISER GYPSUM COMPANY, INC., METROPOLITAN LIFE INSURANCE COMPANY, OWENS CORNING, OWENS-ILLINOIS, INC., PITTSBURG CORNING CORPORATION, QUIGLEY COMPANY, INC., UNITED STATES GYPSUM COMPANY, and VIACOM, INC., <br><br> Defendants. | DOCKET NO. MDL-875 <br> CTO-254 <br><br> (U.S. District Court of Guam <br> Civil Case No. 05-00025) <br><br><br> **DEFENDANT GEORGIA-PACIFIC CORPORATION'S DISCLOSURE STATEMENT; DECLARATION OF SERVICE** <br><br><br> Filed by Facsimile to (202) 502-2888 |

4819-7630-8992.1.000901-00030

OFFICIAL FILE COPY

2006 FEB -3 A 6:55
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

IMAGED FEB 16 2006

COMES NOW, Defendant Georgia-Pacific Corporation, by and through its Attorneys, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby submits its Disclosure Statement as follows:

1. Whether the named Defendant has a parent company, and if so, what company:

    N/A

2. Whether a publicly traded entity owns 10% or more of the named Defendant's company stock and if so, what entity: Georgia-Pacific is unaware of any publicly held company that owns 10% or more of the corporation.

DATED: Hagåtña, Guam, February ___, 2006.

CARLSMITH BALL LLP

_____
J. PATRICK MASON
Attorneys for Defendant
*Georgia-Pacific Corporation*