CARLSMITH BALL LLP



**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

J. PATRICK MASON
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

**FEB 15 2006**

FILED
CLERK'S OFFICE

Attorneys for Defendant
Kaiser Gypsum Company, Inc.

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
## MDL-875: IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
### PERTAINING TO CONDITIONAL TRANSFER ORDER 254
A Case Arising in the United States District Court of Guam

| | |
|---|---|
| CESS NAVARRO OLMO and RONNIE PASCUAL FERRERAS,<br><br>Plaintiffs,<br><br>vs.<br><br>A.P. GREEN INDUSTRIES, INC., A.P. GREEN SERVICES, INC., A.W. CHESTERTON COMPANY, AMCHEM PRODUCTS, INC., ARMSTRONG WORLD INDUSTRIES, INC., ASBESTOS CLAIMS MANAGEMENT CORPORATION, BABCOCK & WILCOX COMPANY, COMBUSTION ENGINEERING, INC., DOW CHEMICAL COMPANY, DRESSER INDUSTRIES, INC., FELITALLIC, INC., FLINTKOTE COMPANY, FOSTER WHEELER CORP., GAF CORPORATION, GARLOCK, INC., GEORGIA-PACIFIC CORPORATION, HARBISON-WALKER REFRACTORIES CO., HONEYWELL INTERNATIONAL, INC., JOHN CRANE, INC., KAISER GYPSUM COMPANY, INC., METROPOLITAN LIFE INSURANCE COMPANY, OWENS CORNING, OWENS-ILLINOIS, INC., PITTSBURG CORNING CORPORATION, QUIGLEY COMPANY, INC., UNITED STATES GYPSUM COMPANY, and VIACOM, INC.,<br><br>Defendants. | DOCKET NO. MDL-875<br>CTO-254<br><br>(U.S. District Court of Guam<br>Civil Case No. 05-00025)<br><br><br>**DEFENDANT KAISER GYPSUM COMPANY, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT; DECLARATION OF SERVICE**<br><br>Filed by Facsimile to (202) 502-2888<br><br>2006 FEB -3 A 6:55<br>JUDICIAL PANEL ON MULTIDISTRICT LITIGATION<br>RECEIVED CLERK'S OFFICE |

4821-1052-6720.1.000901-00030

**OFFICIAL FILE COPY**

IMAGED FEB 16 2006

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Kaiser Gypsum Company, Inc. states that it does not have any parent corporation; nor does any publicly held company own 10% or more of the stock of A.W. Chesterton Company.

DATED: Hagåtña, Guam, February 3, 2006.

CARLSMITH BALL LLP

_____
J. PATRICK MASON
Attorneys for Defendant
Kaiser Gypsum Company, Inc.