MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 23 2006

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM PETE CASPER and JANET CASPER, | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 1:05-cv-1572-DFH-VSS |
| THE DOW CHEMICAL COMPANY, INC. and FARGO INSULATION COMPANY, INC., | ) |
| Defendants. | ) |

ORDER OF REMAND

For reasons stated on the record on October 19, 2005, this action is hereby REMANDED to the Marion Superior Court from which it was removed. Plaintiffs may file **no later than December 15, 2005** a petition for attorney fees and costs incurred as a result of the removal pursuant to 28 U.S.C. § 1447(c).

So ordered.

Date: October 19, 2005

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

MDL- 875
RECOMMENDED ACTION
Vacate CTO-257 - one action
Approved/Date: MJB 2/22/06

**OFFICIAL FILE COPY**

IMAGED FEB 2 3 2006

Copies to:

W. Russell Sipes
Laudig George Rutherford & Sipes
wrs@lgrslaw.com

Jeffrey S. Zipes
Coots Henke & Wheeler
jzipes@chwlaw.com

Richard A. Rocap
Rocap Witchger
rar@rocap-witchger.com