

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 23 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Janet Casper, et al. v. The Dow Chemical Co., et al.*, S.D. Indiana, C.A. No. 1:05-1572

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Casper*) on January 24, 2006. In the absence of any opposition, the conditional transfer order was finalized with respect to *Casper* on February 9, 2006. The Panel has now been advised, however, that *Casper* was remanded to Marion Superior Court, Indiana, by the Honorable David F. Hamilton in an order filed on October 19, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-257" filed on January 24, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

PLEADING NO. 4727

OFFICIAL FILE COPY

IMAGED FEB 2 3 2006