MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 23 2006

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL DOCKET NO.: 875

IN RE: ASBESTOS PRODUCTS )
LIABILITY LITIGATION (NO. VI) )

Request for Extension of Time to File Motion/Brief to Vacate CTO - Flied by pltfs. in Archer, et al., ALN 4:05-2466, Riggs, etc., ALN 4:05-2472 and McGuffie, ALN 4:05-2473 -- **GRANTED TO AND INCLUDING FEBRUARY 27, 2006 ONLY**     (cdm -2/23/06)

To: Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255,
    North Lobby
Washington, D.C. 20002-8004

### REQUEST FOR EXTENSION OF TIME FOR THE BRIEF IN SUPPORT OF NOTICE OF OPPOSITION TO THE ENTRY OF A CONDITIONAL TRANSFER ORDER (CTO-257) ON BEHALF OF PLAINTIFFS CHARLES ARCHER AND PATRICIA ARCHER

COME NOW the plaintiffs and move this Honorable Court to extend the time permitted for the plaintiffs to file a brief in support of the Notice of Opposition to the Entry of a Conditional Transfer Order (CTO0257) on behalf of Plaintiffs Charles and Patricia Archer, Farrell Riggs, and Alford and Iris McGuffie. In support hereof, the plaintiffs state as follows:

1. Plaintiffs' attorney was unexpectedly called out of town for six (6) days and due to inclement weather, returning was met with several delays.

2. Defense will in no way be compromised by such extension.

WHEREFORE, PREMISES CONSIDERED, the plaintiffs pray that this Honorable Court will grant this motion and enter its order extending by fourteen (14) days until approximately March 2, 2006.

MARTIN K. BERKS
Environmental Attorneys Group, PC
2145 14th Ave S, Ste. 100
Birmingham, AL 35205
205-326-1000
Attorney for Plaintiffs

**OFFICIAL FILE COPY**

IMAGED FEB 23 2006

PLEADING NO. 4728

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 22nd day of February, 2006, caused the above and foregoing Plaintiffs' Motion to Extend Time to be served on all counsel of record by facsimile and US Mail of true and correct copies thereof as indicated on the attached listing of counsel.

OF COUNSEL

2006 FEB 22  P 4: 57
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

02/22/2006 15:56  2053261007  FAG  PAGE 04
Case MDL No. 875   Document 4728   Filed 02/23/06   Page 3 of 4
2/22/2006 11:07 FAX 2025024833  JPML  @006

Page 1 of 2

## PANEL SERVICE LIST (Excerpted from CTO-257)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Charles Richard Archer, et al. v. Mead Corp., et al.*, N.D. Alabama, C.A. No. 4:05-2466
  (Judge C. Lynwood Smith, Jr.)
*Rebekah Riggs, etc. v. Mead Corp., et al.*, N.D. Alabama, C.A. No. 4:05-2472
  (Judge T. Michael Putnam)
*Alford McGuffie v. Mead Corp., et al.*, N.D. Alabama, C.A. No. 4:05-2473
  (Judge C. Lynwood Smith, Jr.)

Martin Berks
Environmental Attorneys Group, PC
2145 14th Avenue South
Suite 100
Birmingham, AL 35205

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Christopher A. Bottcher
Sirote & Permutt, P.C.
2222 Arlington Avenue South
P.O. Box 55727
Birmingham, AL 35255

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Kevin E. Clark
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203

Timothy Allen Clarke
Vickers, Riis, Murray & Curran
P.O. Drawer 2568
Mobile, AL 36652-2568

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Timothy M. Davis
Adams & Reese, LLP
2100 Third Avenue North
Concord Center, Suite 1100
Birmingham, AL 35203-3367

Evelyn M. Fletcher
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Samuel H. Franklin
Lightfoot, Franklin & White
400 North 20th Street
Birmingham, AL 35203

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Todd M. Higey
Adams & Reese/Lange Simpson, LLP
2100 Third Avenue North
Concord Center, Suite 1100
Birmingham, AL 35203-3367

Charles Andrew Kitchen
Maynard Cooper & Gale PC
1901 Sixth Avenue North
2400 Amsouth/harbert Plaza
Birmingham, AL 35203

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Frank E. Lankford Jr.
Huie, Fernambucq & Stewart
2801 Highway 280 South
Three Protective Center
Suite 200
Birmingham, AL 35223-2484

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

PANEL SERVICE LIST - DOCKET NO. 875 (EXCEPTED FROM CTO-257)   Page 2 of 2

Donald C. Patridge
Forman, Perry, Watkins, Krutz &
Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Keith J. Pflaum
Porterfield, Harper, Mills &
Motlow, P.A.
22 Inverness Center Parkway
Suite 500
P.O. Box 530790
Birmingham, AL 35253-0790

John J. Repchock
Marks, O'Neill, O'Brien &
Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Stella Shackelford
Montgomery Barnett
3200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3200

John Albert Smyth, III
Maynard Cooper & Gale PC
1901 Sixth Avenue, North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203

Robert N. Spinelli
Kelley, Jasons, McGuire &
Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert H. Sprain, Jr.
Sadler, Sullivan PC
Southtrust Tower
Suite 2500
420 20th Street North
Birmingham, AL 35203

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal
Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Michael E. Turner
Cabaniss, Johnston, Gardner,
Dumas & O'Neal
2001 Park Place North
Suite 700
P.O. Box 830612
Birmingham, AL 35283

William L. Waudby
Adams & Reese/Lange Simpson
2100 Third Avenue North
Concord Center, Suite 1100
Brimingham, AL 35203-3367

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Allan R. Wheeler
Burr & Forman L.L.P.
Suite 3100
South Trust Tower
420 North 20th Street
Birmingham, AL 35203