**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 27 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | § § § § § |   MDL DOCKET NO. 875 |

IN UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

PLEADING NO. 4732

| | |
|---|---|
| PRISCILLA ALIX, as Personal Representative of the Estate of ALFREDO GREGORIO, <br><br> *Plaintiff*, <br><br> vs. <br><br> SABERHAGEN HOLDINGS, INC., et al., <br><br> *Defendants*. | § § § § § § § § § § § §   Civil Action No. C05-2144 JLR |

2006 FEB 23 P 1:35
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

NOTICE OF OPPOSITION TO TRANSFER

Comes now Plaintiff and files this Notice of Opposition to the Conditional Transfer Order (CTO-258) entered by the Panel on February 10, 2006.

PRISCILLA ALIX, as Personal Representative of the Estate of ALFREDO GREGORIO vs. SABERHAGEN HOLDINGS, INC., et al.; No. C05-2144 JLR pending in the United States District Court Western District of Washington at Seattle. Pursuant to Panel Rule 7.4(c), the plaintiff files this notice of opposition to apprise the Panel of their opposition to transfer.

Pursuant to Panel Rule 7.4(d), plaintiff shall file, within 15 days of the filing of this notice,

1

**OFFICIAL FILE COPY**

IMAGED FEB 27 2006

their motion to vacate conditional transfer order and supporting brief.

Respectfully submitted,

Matthew P. Bergman, WSBA #20894
David S. Frockt, WSBA #28568
Ari Y. Brown, WSBA #29570
BERGMAN & FROCKT
705 Second Ave., Suite 1601
Seattle, WA 98104
(206) 957-9510
(206) 957-9549 fax
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition has been served by facsimile on all counsel of record (Schedule CTO-58 / Docket No. 875), in addition to the counsel listed below on this 22nd day of February, 2006.

**COUNSEL FOR SABERHAGEN HOLDINGS, INC.**
Timothy Thorson
CARNEY, BADLEY & SPELLMAN
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Telephone:    622-8020
Fax:    467-8215

**COUNSEL FOR KELLY-MOORE; WARREN PUMPS; and DOVER CORPORATION**
J Michael Mattingly
STEVEN V. RIZZO, P.C.
Lincoln Place, Suite 350
1620 S.W. Taylor Street
Portland, OR 97205
Telephone:    (503) 229-1819
Fax:    (503) 229-0630

**COUNSEL FOR INGERSOLL-RAND; and LESLIE CONTROLS, INC.**
Kevin C. Baumgardner
CORR CRONIN MICHELSON BAUMGARDNER & PREECE, LLP
1001 Fourth Avenue, Suite 3900

2006 FEB 23 P 1:35
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

Seattle, WA 98154
Telephone: 625.8600
Fax: 625.0900

## COUNSEL FOR ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST
Chris R Youtz
SIRIANNI YOUTZ MEIER & SPOONEMORE
719 Second Avenue, Suite 1100
Seattle, WA 98104
Telephone: 223-0303
Fax: 223-0246

## COUNSEL FOR IMO INDUSTRIES
James E. Horne
KINGMAN PEABODY PIERSON & FITZHARRIS
505 Madison, Suite #300
Seattle, WA 98104
Telephone: 622-1264
Fax: 292-2961

## COUNSEL FOR CATERPILLAR, INC.
Thomas R Merrick
BULLIVANT HOUSER BAILEY, PC
1601 Fifth Avenue, Suite 2100
Seattle, WA 98101
Telephone: 292-8930
Fax: 386-5130

## COUNSEL FOR CRANE CO.; and COPES VULCAN, INC.
Barry N Mesher
Brian Zeringer
LANE POWELL, PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101
Telephone: 223-7000
Fax: 223-7107

## COUNSEL FOR ELLIOTT COMPANY
Catherine Jeannotte
Melissa K Habeck
FORSBERG & UMLAUF, P.S.
900 Fourth Avenue, Suite 1700
Seattle, WA 98164
Telephone: 689-8500
Fax: 689-8501

## COUNSEL FOR FAIRBANKS MORSE PUMP CORPORATION
G William Shaw
PRESTON GATES & ELLIS, LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104

Telephone: 623-7580
Fax: 623-7022

## COUNSEL FOR VIAD CORPORATION
Ronald C Gardner
GARDNER BOND TRABOLSI ST. LOUIS & CLEMENT, PLLC
2200 Sixth Avenue, Suite 600
Seattle, WA 98121
Telephone: 256-6309
Fax: 256-6318

## COUNSEL FOR HARDIE-TYNES CO., INC.
Jackson Schmidt
PEPPLE JOHNSON CANTU & SCHMIDT, PLLC
1900 Seattle Tower Building
1218 Third Avenue
Seattle, WA 98101
Telephone: 625-1711
Fax: 625-1627

## COUNSEL FOR THE GORMAN-RUPP COMPANY
Christopher S Marks
WILLIAMS KASTNER & GIBBS, PLLC
Two Union Square, Suite 4100
601 Union Street
Seattle, WA 98101
Telephone: 628-6600
Fax: 628-6611

## COUNSEL FOR JT THORPE & SON, INC.
Katherine M Steele
STAFFORD FREY COOPER
601 Union Street, Suite 3100
Seattle, WA 98101
Telephone: 623-9900
Fax: 624-6885

## COUNSEL FOR COOPER INDUSTRIES, INC.
Steven W. Block
BETTS PATTERSON & MINES, P.S.
701 Pike Street, Suite 1400
Seattle, WA 98101
Telephone: 292-9900
Fax: 343-7053

David S. Frockt

4