MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 27 2006

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) §§§§ | MDL DOCKET NO. 875 |

## IN UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LEWIS A. SEYMOUR, §<br>        *Plaintiff,* §<br>vs. §<br> §<br>SABERHAGEN HOLDINGS, INC., et al., §<br> §<br>        *Defendants.* § | Civil Action No.<br>C05-2145 JCC |

### NOTICE OF OPPOSITION TO TRANSFER

Comes now Plaintiff and files this Notice of Opposition to the Conditional Transfer Order (CTO-258) entered by the Panel on February 10, 2006.

LEWIS A. SEYMOUR vs. SABERHAGEN HOLDINGS, INC., et al.; No. C05-2145 JCC pending in the United States District Court Western District of Washington at Seattle. Pursuant to Panel Rule 7.4(c), the plaintiff files this notice of opposition to apprise the Panel of their opposition to transfer.

Pursuant to Panel Rule 7.4(d), plaintiff shall file, within 15 days of the filing of this notice, their motion to vacate conditional transfer order and supporting brief.

1

## OFFICIAL FILE COPY

IMAGED FEB 27 2006

PLEADING NO. 4733

RECEIVED CLERK'S OFFICE
2006 FEB 23 P 1:16
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Respectfully submitted,

Matthew P. Bergman, WSBA #20894
David S. Frockt, WSBA #28568
Ari Y. Brown, WSBA #29570
BERGMAN & FROCKT
705 Second Ave., Suite 1601
Seattle, WA  98104
(206) 957-9510
(206) 957-9549 fax
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition has been served

by facsimile on all counsel of record (Schedule CTO-58 / Docket No. 875), in addition to the

counsel listed below on this 22nd day of February, 2006.

<u>COUNSEL FOR SABERHAGEN HOLDINGS, INC.; and AQUA CHEM, INC.</u>
Timothy Thorson
CARNEY, BADLEY & SPELLMAN
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Telephone:    622-8020
Fax:          467-8215

<u>COUNSEL FOR J.T. THORPE & SON, INC.</u>
Katherine M. Steele
STAFFORD FREY COOPER
3100 Two Union Square
601 Union Street
Seattle, WA 98101
Telephone:    623-9900
Fax:          624-6885

<u>COUNSEL FOR KELLY-MOORE PAINT; and WARREN PUMPS, INC.</u>
J. Michael Mattingly
STEVEN V. RIZZO, P.C.
Lincoln Place, Suite 350
1620 S.W. Taylor Street
Portland, OR 97205

2

Telephone:     (503) 229-1819
Fax:           (503) 229-0630

## COUNSEL FOR OWENS ILLINOIS, INC.

Jackson Schmidt
PEPPLE, JOHNSON, CANTU & SCHMIDT, PLLC
1900 Seattle Tower Building
1218 Third Avenue
Seattle, WA 98101
Telephone:     625-1711
Fax:           625-1627

## COUNSEL FOR FAIRBANKS MORSE PUMP CORPORATION

G. William Shaw
PRESTON GATES & ELLIS, LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone:     623-7580
Fax:           623-7022

## COUNSEL FOR ELLIOTT COMPANY

Catherine Jeannotte
Melissa K Habeck
FORSBERG & UMLAUF, P.S.
900 Fourth Avenue, Suite 1700
Seattle, WA 98164
Telephone:     689-8500
Fax:           689-8501

David S. Frockt