MDL 875

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 2 8 2006

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)      CIVIL ACTION NO. MDL 875

---

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

KARL E. DRAKE                    )
                                 )
            Plaintiff,           )
                                 )
v.                               )
                                 )     SDIL CAUSE NO: 05-686-GPM
ILLINOIS CENTRAL RAILROAD        )
d/b/a CANADIAN NATIONAL/         )
ILLINOIS CENTRAL,                )
                                 )
            Defendants.          )

**NOTICE OF OPPOSITION**

COMES NOW, Plaintiff, Karl E. Drake, by and through his attorneys, Rathmann

& O'Brien, L.L.C., and for his Notice of Opposition regarding Conditional Transfer

Order (CT-258), states as follows:

1.      On September 26, 2005, Plaintiff's complaint was filed in the United

States District Court in the Southern District of Illinois.

2.      In Plaintiff's complaint, he asserted a claim for negligence under the

Federal Employers' Liability Act, FELA, 45 U.S.C. Section 51 et seq., and alleged

injuries due to an inadequate and unreasonably safe work environment that caused him

high levels of exposure to diesel fumes, diesel vapors and gases, as well as, exposure to

asbestos fibers, particles, and dust.

OFFICIAL FILE COPY

IMAGED FEB 2 8 2006

PLEADING NO. 4737

2006 FEB 27 P 12: 45
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

3.      On February 10, 2006, a Conditional Transfer Order, CTO-258, was filed before the Judicial Panel on Multi-District Litigation requesting the transfer of Plaintiff's complaint to Docket Number 875 which was expressly created for asbestos products liability litigation and related class action lawsuits.

4.      Plaintiff opposes Conditional Transfer Order, CTO-258, as his cause of action is not part of an ongoing class action law suit against multiple defendants or asbestos manufacturers that would warrant transfer to the Multi-District Litigation Docket.

5.      Plaintiff's cause of action concerns issues of fact that are specific to his diesel and asbestos exposure FELA claims, and if the Court grants transfer Plaintiff's claims would become lost within the Multi-District system.

WHEREFORE, for the foregoing reasons Plaintiff respectfully files his Notice of Opposition regarding Conditional Transfer Order (CTO-258) with the Judicial Panel of Multi-District Litigation.

Respectfully submitted,

RATHMANN & O'BRIEN, L.L.C.

/s/Patrick S. O'Brien
Patrick S. O'Brien #3127549
1031 Lami Street
St. Louis, Missouri  63104
(314) 773-3456 Telephone
(314) 773-7238 Facsimile

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)               CIVIL ACTION NO. MDL 875

---

## IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF ILLINOIS

KARL E. DRAKE                          )
                                       )
          Plaintiff,                   )
                                       )
v.                                     )
                                       )          SDIL CAUSE NO: 05-686-GPM
ILLINOIS CENTRAL RAILROAD              )
d/b/a CANADIAN NATIONAL/               )
ILLINOIS CENTRAL,                      )
                                       )
          Defendants.                  )

## CERTIFICATE OF SERVICE

I certify that on February 27, 2006, I filed Plaintiff's Notice of Opposition via

facsimile at 202.502.2888 with the Clerk of Judicial Panel on Multidistrict Litigation

                         Respectfully submitted,
                         RATHMANN & O'BRIEN, L.L.C.
                         /s/Patrick S. O'Brien
                         Patrick S. O'Brien #3127549
                         1031 Lami Street
                         St. Louis, Missouri  63104
                         (314) 773-3456 Telephone
                         (314) 773-7238 Facsimile

Attorneys for Defendant
Mark R. Kurz
Gundlach Lee Eggmann Boyle & Roessler LLC
5000 West Main St., Box 23560
Belleville, IL 62223-0560
(618) 277-9000 (Phone)
(618) 277-4594 (Facsimile)