

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 28 2006

FILED
CLERK'S OFFICE

### DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Milton L. Anderson, et al. v. Saberhagen Holdings, Inc., et al.*, W.D. Washington, C.A. No. 2:05-1929

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Anderson*) on January 24, 2006. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Anderson* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-257" filed on January 24, 2006, is LIFTED insofar as it relates to this action, and thus the action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James T. Giles.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY

IMAGED FEB 28 2006