MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 10 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-258)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,313 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 2 8 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY

IMAGED FEB 2 8 2006

# SCHEDULE CTO-258 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DIST. DIV. C.A. #                          CASE CAPTION

CALIFORNIA NORTHERN
  CAN  3  05-4945              Fred Alexander, Jr., et al. v. Lockheed Martin Corp., et al.
  CAN  3  05-4946              Judy Oxford, et al.v. General Electric Co., et al.
  CAN  3  05-4947              Milton Bartholomew v. General Electric Co., et al.
  CAN  3  05-4998              Albert Rice v. General Electric Co.
  CAN  4  05-5235              Philip Calderon v. General Electric Co.

FLORIDA SOUTHERN
  FLS  1  05-22983             Larry McWhorter, etc. v. Pneumo Abex, LLC, et al.
  FLS  1  05-22984             Janice Cohen, etc. v. Pneumo Abex, LLC, et al.
  FLS  1  05-22985             Leolande Brooks, etc. v. Pnemo Abex, LLC, et al.
  FLS  1  05-22986             Mary F. Pearson, etc. v. Pneumo Abex, LLC, et al.
  FLS  1  05-22987             Paul Fuhr, etc. v. Pneumo Abex, LLC, et al.
  FLS  1  05-22988             Mary Townsend, etc. v. Pneumo Abex, LLC, et al.
  FLS  1  05-22989             Marcia Vicario, etc. v. Pneumo Abex, LLC, et al.
  FLS  1  05-22990             Charlotte Eoff, etc. v. Pneumo Abex, LLC, et al.
  FLS  1  05-22991             Leslie Harris, etc. v. Pneumo Abex, LLC, et al.
  FLS  1  05-22992             Cliff Trone, etc. v. Pneumo Abex, LLC, et al.
  FLS  1  05-22993             George Arbagy, et al. v. Pneumo Abex, LLC, et al.
  FLS  1  05-22995             Homer Boyd, et al. v. Pneumo Abex, LLC, et al.
  FLS  1  05-22996             Sylvia Kraft, etc. v. Pneumo Abex, LLC, et al.
  FLS  1  05-22997             Yvonna Violett, etc. v. Pneumo Abex, LLC, et al.
  FLS  1  05-22998             Leila Hopkins, etc. v. Pneumo Abex, LLC, et al.
  FLS  1  05-22999             Adam Davis, etc. v. Pneumo Abex, LLC, et al.
  FLS  1  05-23000             James Fulks, et al. v. Pneumo Abex, LLC., et al.
  FLS  1  05-23001             Emily Gilyard, etc. v. Pneumo Abex, LLC, et al.
  FLS  1  05-23002             Pauline Townsend, etc. v. Pneumo Abex, LLC, et al.
  FLS  1  05-23003             Paul D'Eliseo, et al. v. Pneumo Abex, LLC, et al.
  FLS  1  05-23004             William Friday, etc. v. Pneumo Abex, LLC, et al.
  FLS  1  05-23005             Connie S. Clarkston, etc. v. Pneumo Abex, LLC, et al.
  FLS  1  05-23006             Frances Sobov, etc. v. Pneumo Abex, LLC, et al.
  FLS  1  05-23007             Barbara Bruhn, etc. v. Pneumo Abex, LLC, et al.
  FLS  1  05-23008             Julieta Slater, etc. v. Pneumo Abex, LLC, et al.
  FLS  1  05-23009             Florence Paskell v. Pneumo Abex, LLC, et al.
  FLS  1  05-23010             Gary McLean, etc. v. Pneumo Abex, LLC, et al.
  FLS  1  05-23011             Phyllis Lustgarten, etc. v. Pneumo Abex, LLC, et al.
  FLS  1  05-23012             Elsie Miklos, etc. v. Pneumo Abex, LLC, et al.
  FLS  1  05-23013             Patricia Fultz, etc. v. Bennett Auto Supply, et al.

ILLINOIS SOUTHERN
  ~~ILS  3  05-551~~            ~~Kim Thorp v. Illinois Central Railroad~~ Opposed 2/28/06
  ~~ILS  3  05-666~~            ~~Dennis Montague v. Illinois Central Railroad~~ Opposed 2/28/06
  ~~ILS  3  05-677~~            ~~Brian Ritchie v. Illinois Central Railroad~~ Opposed 2/28/06
  ~~ILS  3  05-686~~            ~~Karl E. Drake v. Illinois Central Railroad~~ Opposed 2/28/06

SCHEDULE CTO-258 - TAG-ALONG ACTIONS - MDL-875                    Page 2 of 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NORTH CAROLINA EASTERN** | |
| NCE 2 05-48 | Anthony I. Selby, et al. v. Albany International Corp., et al. |
| NCE 2 05-53 | Thomas N. Alexander, Sr., et al. v. Albany International Corp., et al. |
| NCE 4 05-157 | Robert R. Equils, Sr., et al. v. Albany International Corp., et al. |
| NCE 4 05-158 | Charles Douglas Brown, et al. v. Albany International Corp., et al. |
| NCE 4 05-165 | Gennis E. Brickhouse, Sr. v. Aqua-Chem, Inc., et al. |
| NCE 7 05-200 | Minnie O. Williams, etc. v. Airco, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 05-360 | John A. Tibbs, et al. v. Airco, Inc., et al. |
| NCW 1 05-364 | Bobby A. Shaver v. Airco, Inc., et al. |
| NCW 1 05-368 | David Lynn McLean, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-372 | Gerald A. Bostic, et al. v. Aqua-Chem, Inc., et al. |
| **NEW JERSEY** | |
| NJ 2 05-3760 | Peter Konopatski, Jr., et al. v. AGCO Corp., et al. |
| **NEW YORK EASTERN** | |
| NYE 1 05-5815 | Margaret Helen Lewallen, et al. v. A.W. Chesterton Co., et al. |
| **SOUTH CAROLINA** | |
| SC 0 06-65 | Joe Henry Garris, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 06-73 | Frank Ervin Smith, et al. v. Aqua-Chem, Inc., et al. |
| SC 2 05-2132 | Charles F. Spence, Jr., et al. v. Owens-Illinois, Inc., et al. |
| SC 2 06-7 | Lewis Brown, et al. v. Aqua-Chem, Inc., et al. |
| SC 2 06-11 | Carl Franklin Cantrell, et al. v. Aqua-Chem, Inc., et al. |
| SC 2 06-77 | Billy A. Johnson, et al. v. Aventis CropScience USA, Inc., et al. |
| SC 7 06-59 | Buddy Wayne Price, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 06-63 | Cleve K. Hambright, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 06-64 | Winfred Jolley v. Aqua-Chem, Inc., et al. |
| SC 7 06-66 | Ricky H. Ruppe, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-78 | Stanley L. Aultman, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-79 | William T. Harvell, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-114 | Robert David Acker v. Aqua-Chem, Inc., et al. |
| SC 8 06-115 | James Mark Osborne, Jr. v. Aqua-Chem, Inc., et al. |
| **TEXAS EASTERN** | |
| TXE 1 05-874 | Coleman Brown Pennington v. Kimberly-Clark Corp., et al. |
| TXE 1 05-879 | Claude Chester Brannon v. Kimberly-Clark Corp., et al. |
| TXE 1 05-880 | Irby Walter Patterson v. Kimberly-Clark Corp., et al. |
| TXE 1 05-881 | Charles Donald Parker v. Kimberly-Clark Corp., et al. |
| TXE 1 05-883 | Daryl Delane Burgess v. Kimberly-Clark Corp., et al. |
| TXE 1 05-884 | Earl Leedue Duckett v. Kimberly-Clark Corp., et al. |
| **WASHINGTON WESTERN** | |
| WAW 2 05-1974 | Lydia James, etc. v. General Electric Co., et al. |
| ~~WAW 2 05-2144~~ | ~~Priscilla Alix, etc. v. Saberhagen Holdings, Inc., et al.~~ Opposed 2/27/06 |
| ~~WAW 2 05-2145~~ | ~~Lewis A. Seymour v. Saberhagen Holdings, Inc., et al.~~ Opposed 2/27/06 |