
MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR - 1 2006

FILED
CLERK'S OFFICE

| | |
|---|---|
| *Charles Wille v. A-C Product Liability Trust,* E.D. Pennsylvania (N.D. Ohio, C.A. No. 1:98-12997) | ) ) ) MDL-875 ) ) In re Asbestos Products Liability Litigation ) (No. VI) ) ) **RULE 5.3** ) **CORPORATE DISCLOSURE STATEMENT** ) ) ) ) |
| *Charles Rich v. A-C Product Liability Trust,* E.D. Pennsylvania (N.D. Ohio, C.A. No. 1:98-14094) | |
| *James Jackson v. A-C Product Liability Trust,* E.D. Pennsylvania (N.D. Ohio, C.A. No. 1:99-10802) | |

PLEADING NO. 4742

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant, Greene Tweed & Co., Inc., hereby files the required corporate disclosure statement.

Greene Tweed & Co., Inc. is a wholly owned subsidiary of Greene Tweed & Co., Inc., a Delaware Corporation. Palmetto, Inc. is a wholly owned subsidiary of Greene Tweed & Co., Inc., a Maryland Corporation.

Respectfully submitted,

/s/ *Matthew O'Connell*
Matthew O'Connell, Esq. (0029043)
SUTTER, O'CONNELL & FARCHIONE
3600 Erieview Tower
1301 East 9th Street
Cleveland, Ohio 44114
(216) 928-2200
(216) 928-4400 Fax
moconnell@sutter-law.com

Attorney for Defendant
Greene Tweed & Co., Inc.

2006 FEB 22 P 1:57
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

OFFICIAL FILE COPY   IMAGED MAR 0 1 2006   ✓