MDL 875

DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
visosky@guamlawoffice.com

Attorneys for Defendants Garlock, Inc., CBS Corporation f/k/a Viacom, Inc.,
Foster Wheeler Corporation, Bayer CropScience, Inc., as Successor-in-Interest
to Amchem Products, Inc., and The Dow Chemical Company

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR - 1 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRIST LITIGATION
MDL-875: IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
PERTAINING TO CONDITIONAL TRANSFER ORDER 254
A Case Arising in the United States District Court of Guam

| | |
|---|---|
| Cess Navarro Olmo and Ronnie Pascual Perreras, <br><br> Plaintiffs, <br><br> vs. <br><br> A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc., Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc., <br><br> Defendants. | MDL DOCKET NO. 875 <br> CTO-254 <br><br> U.S. District Court of Guam <br> Civil Action No. 05-00025 <br><br> CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CBS CORPORATION f/k/a VIACOM, INC. |

OFFICIAL FILE COPY
IMAGED MAR 0 1 2006

<u>Cess Navarro Olmo, et al. v. A.P. Green Industries, Inc., et al.</u>
Docket No. MDL-875; CTO-254
Corporate Disclosure Statement

Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation (CBS Corporation), hereby discloses the following information:

1. On December 31, 2005, Viacom Inc. changed its name to CBS Corporation.

2. CBS Corporation is a publicly traded company with no parent company; however, National Amusements, Inc. is a privately held company which owns the majority of the voting stock of CBS Corporation.

3. No publicly held corporation owns 10% or more of the stock of CBS Corporation.

Dated February 13, 2006.

DOOLEY ROBERTS & FOWLER LLP

By: _____
**JON A. VISOSKY**
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
E-mail Address: Visosky@guamlawoffice.com

F:\1\05 Civil\Asbestos Litigation\Judicial Panel\Corporate Disclosure Statement (CBS fka Viacom).doc

DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
visosky@guamlawoffice.com

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 1 2006

FILED
CLERK'S OFFICE

Attorneys for Defendants Garlock, Inc., CBS Corporation f/k/a Viacom, Inc., Foster Wheeler Corporation, Bayer CropScience, Inc., as Successor-in-Interest to Amchem Products, Inc., and The Dow Chemical Company

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRIST LITIGATION**
**MDL-875: IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**
**PERTAINING TO CONDITIONAL TRANSFER ORDER 254**
A Case Arising in the United States District Court of Guam

| | | |
|---|---|---|
| Cess Navarro Olmo and<br>Ronnie Pascual Perreras,<br><br>                    Plaintiffs,<br><br>            vs.<br><br>A.P. Green Industries, Inc., A.P. Green Services,<br>Inc., A.W. Chesterton Company, Amchem<br>Products, Inc., Armstrong World Industries, Inc.,<br>Asbestos Claims Management Corporation,<br>Babcock & Wilcox Company, Combustion<br>Engineering, Inc., Dow Chemical Company,<br>Dresser Industries, Inc., Flexitallic, Inc., Flintkote<br>Company, Foster Wheeler Corp., GAF Corporation,<br>Garlock, Inc., Georgia-Pacific Corporation,<br>Harbison-Walker Refractories Co., Honeywell<br>International, Inc., John Crane, Inc., Kaiser Gypsum<br>Company, Inc., Metropolitan Life Insurance<br>Company, Owens Corning, Owens-Illinois, Inc.,<br>Pittsburg Corning Corporation, Quigley Company,<br>Inc., United States Gypsum Company, Viacom, Inc.,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **MDL DOCKET NO. 875**<br>**CTO-254**<br><br>**U.S. District Court of Guam**<br>**Civil Action No. 05-00025**<br><br>**CERTIFICATE OF SERVICE** |

<u>Cess Navarro Olmo, et al. v. A.P. Green Industries, Inc., et al.</u>
MDL Docket No. 875; CTO-254
Certificate of Service

      I, Jon A. Visosky, caused the Corporate Disclosure Statement of Defendant CBS Corporation f/k/a Viacom, Inc. on February 13, 2006, to be submitted for filing by delivering via Express Mail to:

>Clerk of the Panel
>Judicial Panel on Multidistrict Litigation
>Thurgood Marshall Federal Judiciary Building
>One Columbus Circle, N.E., Room G-255, North Lobby
>Washington, D.C. 20002-8004

and via hand delivery on the following:

>Ignacio Aguigui, Esq.
>LUJAN AGUIGUI & PEREZ LLP
>300 Pacific News Building
>238 Archbishop Flores Street
>Hagåtña, Guam 96910
>Attorneys for Plaintiffs
>
>Anita P. Arriola, Esq.
>ARRIOLA, COWAN & ARRIOLA
>259 Martyr Street
>Suite 201, C&A Professional Building
>Hagåtña, Guam 96910
>Attorneys for Owens-Illinois, Inc.
>
>Thomas C. Sterling, Esq.
>BLAIR, STERLING, JOHNSON, MOODY,
>MARTINEZ & LEON GUERRERO
>1008 Pacific News Building
>238 Archbishop F.C. Flores Street
>Hagåtña, Guam 96910
>Attorneys for Metropolitan Life Insurance Company

///

///

///

///

Cess Navarro Olmo, et al. v. A.P. Green Industries, Inc., et al.
MDL Docket No. 875; CTO-254
Certificate of Service

>J. Patrick Mason, Esq.
>CARLSMITH BALL LLP
>Bank of Hawaii Bldg., Suite 401
>134 West Soledad Avenue
>P.O. Box BF
>Hagåtña, Guam  96932-5027
>Attorneys for Georgia-Pacific Corporation, A.W. Chesterton Company, and
>Kaiser Gypsum Company, Inc.
>
>Louie J. Yanza, Esq.
>MAHER · YANZA · FLYNN · TIMBLIN, LLP
>115 Hesler Place, Ground Floor
>Governor Joseph Flores Building
>Hagåtña, Guam  96910
>Attorneys for John Crane, Inc.

and via regular mail to all the parties listed on the attached Panel Service List with the exception of the hand deliveries listed above.

Dated February 13th, 2006.                    DOOLEY ROBERTS & FOWLER LLP

                                      By: _____
                                          **JON A. VISOSKY**
                                          Suite 201, Orlean Pacific Plaza
                                          865 South Marine Corps Drive
                                          Tamuning, Guam  96913
                                          Telephone No. (671) 646-1222
                                          Facsimile No. (671) 646-1223
                                          E-mail Address: Visosky@guamlawoffice.com

# PANEL SERVICE LIST (Excerpted from CTO-254)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Cess Navarro Olmo, et al., v. A.P. Green Industries, Inc., et al.,* D. Guam, C.A. No. 1:05-25

Anita Perez Arriola
Arriola, Cowan & Arriola
C and A Professional Building, Ste. 201
259 Martyr Street
Hagatna, Guam 96910

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Benjamin B. Cassiday, III
5699 Kalanianaole Highway
Honolulu, HI 96821

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore center
106 Isabella St.
Pittsburgh, PA 15212

David W. Dooley
Dooley, Roberts & Fowler LLP
Orlean Pacific Plaza, Suite 201
865 South Marine Corps Drive
Tamuning, Guam 96913

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street, Suite 400
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

J. Patrick Mason
Carlsmith Ball, LLP
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue
P.O. Box BF
Hagatna, Guam 96932-5027

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Aimee H. Oyasato
White & Tom
820 Mililani Street, Suite 711
Honolulu, HI 96813

Peter C. Perez
Lujan Aguigui & Perez, LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagatna, GU 96910

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Thomas C. Sterling
Blair, Sterling & Johnson, et al.
Pacific News Building
Suite 1008
238 Archbishop F.C. Flores Street
Hagatna, GU 96910-5205

Robert E. Swickle
Jacques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis
  Legal Clinic
Detroit, MI 48226

Stephen D. Tom
White & Tom
820 Mililani Street
Suite 711
Honolulu, HI 96813

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

PANEL SERVICE LIST (Excerpted from CTO-254) – MDL-875

Jon A. Visosky
Dooley Roberts & Fowler LLP
Orlean Pacific Plaza, Suite 201
865 South Marine Corps Drive
Tamuning, Guam  96913

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Louie J. Yanza
Maher Yanza Flynn Timblin, LLP
115 Hesler Place
Ground Floor
Governor Joseph Flores Bldg.
Hagatna, GU 96910-5004