MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 3 2006

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED
U.S. DISTRICT COURT
2006 JAN 30 AM 8:48
TX EASTERN-BEAUMONT
BY _____

| | |
|---|---|
| CECIL REUBEN JACKSON, DECEASED, ET AL PLAINTIFF, | § § § |
| VS. | § § |
| KIMBERLY CLARK CORPORATION, ET AL DEFENDANT. | § § § § |

CIVIL ACTION NO. 1:05-CV-0769

JURY

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SEVER, DISMISS AND TO REMAND
(#65)

Plaintiffs' Unopposed Motion to Sever, Dismiss and to Remand is GRANTED. The claims of the following Plaintiffs (including decedents, the estates of said decedents, and/or all wrongful death beneficiaries):

| | |
|---|---|
| Abney, Donald Ray | Bibbs, Albert |
| Adkins, Newbern Brown | Boatright, Sylvia Louise |
| Aldridge, Landy Delmar | Boswell, James M. |
| Alfano, Joseph Thomas | Boyd, Howard |
| Alldredge, Clarence Jackson | Brackett, Bobby Dale |
| Alldredge, Wayne | Brackin, Judge Poole |
| Altmon, Roosevelt | Bracknell, Clarence William |
| Armstrong, Charles Edward | Bradford, John Wesley Sr. |
| Arnold, Walter Monroe | Bradley, Orbie Bill |
| Bailey, Eunice Hyde | Bradshaw, Cleve Elliott |
| Bailey, Jadie Lee | Brannon, Claude Chester |
| Bain, Robson Roosevelt Jr. | Brasher, Frank Forrest |
| Baldwin, Wilburn Franklin | Brasher, Harland Fremon |
| Ball, James Erwin | Brogden, Norman Tucker |
| Ballard, Abraham | Brooks, Dile Verlin |
| Barclift, Warren | Brown, Eli Jr. |
| Barker, Robert Allen | Brown, James Edward |
| Barker, Vernon Jessie | Brown, James Ernest |
| Bates, Robert Lee | Brown, John Edward |
| Batton, William Leon | Brown, Lee Grant |
| Beasley, Alton Nathaniel | Brown, Peter Edward Sr. |
| Belle, Johnnie Earl | Brown, Robert |
| Bennett, Gordon | Bruce, Billy Maxwell |
| Benson, C. Bland | Brundidge, T. F. |
| Benton, Curtis | Buford, Timothy Algenon |

PLEADING NO. 4746

MDL- 875
RECOMMENDED ACTION
VACATE CTO-257 FINAL -- 2 Action
Approved/Date: MJB 3/2/06

OFFICIAL FILE COPY
IMAGED MAR 0 3 2006 ✓

Bunt, Albert Nelson
Burgess, Daryl Delane
Burgess, Kerwan McGhee
Byram, Marvin Eugene
Cale, William Russell
Calhoun, John
Callicott, Sidney Joe
Callicott, Willie Milton
Camp, Sylvia
Carthen, Eddie William
Chandler, Harry Louie
Chandler, William Marshall ✓
Chaney, Willie Frank Sr.
Chapman, Larkin Joe
Chappell, William Burt
Chavers, Abraham
Cheatham, Ozell
Clanton, Wilburn Lee
Clark, Earl Eugene Jr.
Cochran, Howard Edward
Cole, Willie Lee Jr.
Coleman, Willie Edward
Coleman, Winston
Coley, Thomas Terriel
Collins, Finus
Collum, Donald Gene
Conn, Charles Elton
Cooksey, Ellis Lee
Cooper, Hugh Warren
Cork, William Thomas
Corley, Leonard
Cosby, Dan Marion
Cowan, James Sr.
Cowan, Johnnie
Cox, Clifford Larry
Crawford, Tom Frank
Crittenden, Joseph Dean
Cross, Hubert Alonzo
Crowder, John Edmond
Cruce, John Herbert
Crusoe, Harvey
Culli, Phillip Jarman
Cunningham, Clarence Gaines
Cunningham, Douglas David
Curd, Jack Ronald
Currier, Troy Eugene

Cylar, Willie
Daniell, Gordan Milton
Davis, Clarence Sr.
Davis, Hoyt William
Davis, Preston Ray
Davis, Thomas Arnold
Davis, Vernon Wilson
Dawson, Eddie James
Degges, William C.
Denney, Bayron Voice
DeShazo, Margaret Virginia
Dexter, Oliver Frank
Dietrich, Homer Joseph
Dobbins, Joe Howard
Dockins, Gene Lee
Donald, Ralph
Doss, Henry Ross
Driver, Edmond Harrington
Duckett, Earl LeeDue
Duke, Barney Tom
Dunlap, James Robert
Earley, William Pierce
Easterwood, L. D.
Edmondson, John Walter
Edwards, Carmine
Edwards, Lemon Mack
Ellenburg, Jimmy Ray
England, James Britton Sr.
Evans, James Wilford Jr.
Farrington, John Abbington
Ferrell, Donald Pruitt
Ferrell, John Eba
Fields, Ellis Parker
Fields, John Henry Jr.
Fine, Wallace Edward
Fisher, Donald Francis
Fleck, Julius Conrad
Flenor, Monroe Jr.
Ford, Cecil Ray
Franklin, Howard Eugene Sr.
Franklin, Paul Herman
Fuller, James David
Fuller, Walter Lee
Furline, Thomas Edward
Gaidis, Joseph Albert
Gandy, James

Gandy, Lucion Lenley
Gardner, Lecil
Garmon, James William
Gentry, Rawdy William
Gibson, Charles Clifton
Gillard, Keith Vernell
Gilliland, James Wesley
Gilmore, Roosevelt
Glass, Rosanna
Gleaton, Fermer Edward Jr.
Glenn, Clyde
Glover, James A.
Gooch, Ernest
Goodwin, Virgil Hugh
Goolsby, Herbert Marshall
Grace, Robert Lee
Graham, Billy Frank
Graham, Donald Stewart
Grant, James Edward
Graves, Perry Lewis
Gray, Jesse
Green, Edward Leroy
Griffin, Joe Fred
Griffin, Troy Cody
Grimes, James Calvin
Guffey, Edgar Napoleon
Gurganus, Dessler
Guthrie, Owen Levi
Guthrie, Thomas Wade
Hammock, Luther Cleveland
Haney, Samuel Milton
Hardy, John L.
Harper, Lawrence Samuel
Harrison, Alexander Samuel
Hartley, William Tyrone
Head, Robert S.
Helms, James Earl
Henderson, Tony Rudolph
Hester, James David Sr.
Hicks, Richard Eugene
Higginbotham, R. C.
Higgins, John Henry
Hill, John Amos
Hill, Joseph Louis
Hill, Mitchell Ellis
Hilliard, Tommy Levam

Hodge, Edward Franklin
Holliday, Robert Leroy
Honeycutt, Robert Parker
Horsley, Arnold Millard
Hoskins, Thomas Edward
Howard, James Douglas Sr.
Howton, Morris
Hubbard, Marvin Clarence
Hubbard, Oscar Marion
Hudgins, Wilmer Francis
Hudson, William Ray
Huffstutler, Ralph
Humphrey, Jesse
Humphries, Joe Ray
Hunter, Ned
Jacks, Clifford A.
Jackson, Orlando
Jackson, Oscar
Jackson, Sharyn Annette
Jacobs, Henry Eugene
Jennings, Coleman Conwell
Jeter, James Earl
Jinks, Robert Edwin
Johnson, Aubrey
Johnson, Havell
Johnson, Howard Winston
Johnson, Lewis
Johnson, Melvin Franklin
Johnson, Orvis D.
Johnson, Roosevelt
Joiner, Joseph Kirkland Jr.
Jones, Bennie Lee
Jones, Donal
Jones, Jimmie
Jones, Judge C.
Jones, Lell
Jones, Malcolm Sylvester
Jones, Robert Lee
Jones, Willie L. ✓
Jones, Willie Lee Jr.
Jordan, Billy Daris
Jordan, Olen Lavoy
Jordan, Ralph Berry
Jordon, James Harlan
Kelly, Jimmy Jr.
Kiker, Paul Leon

Kimbrel, Chesley Eugene
King, Connis Jewel
King, Jimmy
Kizziah, James Roland
Korniker, Julien
Kuykendall, John Albert
Lacey, Reginald Louis
Landers, Isaac Howard
Lane, Hugh Roger
Lanier, Leonard Thomas
LaRoque, Merlin Reginald
Lawson, Billy Ray
Lee, Bobby Edward
Lett, Charles Howard Sr.
Lewis, Johnnie
Limbaugh, Floyd Wayne
Limbaugh, James Curtis
Little, Jimmy Ray
Littleton, Freddie Earl
Lloyd, Jacqueline Phillips
Lloyd, Richard Douglas
Logan, Robert Jerry
Lolley, James Alfred
Longmire, Eulyss David
Lunceford, William Aubrey
Lusk, Harry Thomas
Lyde, William
Martin, Bobby Ray
Masisak, Pat K.
Matthews, Ben Sr.
Matthews, Bobby
Maull, Richard
McArdle, James Joseph
McCall, Mike
McCartney, Charles Richard
McDowell, Clyde Courtney
McElroy, Clifton
McFall, William Harry
McGuffie, Alford Ray
McGuffie, Donald Lee
McGuire, William Hubert
McKaig, Derrell Calvin
McKown, Thomas Dexter Jr.
McMickens, James Thomas
Meadows, Hershel
Meadows, William Floyd

Miles, Danny Gene
Milligan, Kirby
Minor, Eulma Bronson
Moody, Marion Henry
Moore, Curtis
Moore, Earl Elmo
Moore, Jack Wayne
Moore, James Roscoe
Moore, John Haywood
Moore, Johnnie Brooks
Moore, Robert Allen
Morris, Clarence James
Morris, Claude Talmadge
Morrison, Ronnie Clyde
Munn, James Harrell Sr.
Murdoch, John Sylvester
Myers, Buford Ray
Myers, Valera Grimmett
Niblett, Carl Aubrey
Nix, Vivian Olsen
Norman, Wallace Campbell
Norris, Frank
Norris, James Howard
Norris, Lee Allen
Norris, Melvin Eugene
Nunn, Elijah
O'Donnell, Herbert Curtis
Oliver, Mack
Ousley, Bobby Gene
Owens, Franklin Delano
Pardon, Emmett
Parham, Arthur Aaron
Parker, Charles Donald
Parker, John Herbert
Parker, William Raymond
Parker, William Sr.
Patterson, Irby Walter
Payne, James Lee Jr.
Penwell, Claude Alvis
Peterson, Gaines Gerald
Phillips, Gene Hayward
Pollard, Henry Cornelius
Pope, Marvin Curtis
Powell, Ruben
Powell, Rufus Alex
Pugh, Will

Quick, Fred Burnum
Quinn, James Robert
Quinn, Willard Leon
Ramsey, Louie Henderson
Ransom, Samuel
Ray, Collie Ethridge Jr.
Ray, Samuel Emmitt
Rayford, Morris Eugene
Reaves, Harrell Jean
Rees, Richard Farley Sr.
Reese, Rufus
Reeves, Thomas Elgin
Rice, David West
Rich, William Arnold
Richard, William Thurston
Richards, Roy Arthur
Richardson, Andrew Lee
Riggs, Farrell Wade
Roberson, Richard Jr.
Roberts, Elbert F. Jr.
Roland, James Alfred
Rooks, Erskel Marshall
Rushing, R. J.
Russell, Thomas Leon Sr.
Safford, Janie Mae
Sanders, Willie Fred
Schultz, Donald Mark
Sellers, Cornelius Crittenden
Shaw, Cecil Hobart
Shaw, Leon Erskine
Shelby, Fleming Arthur
Shivers, William Liddell
Simpson, James Harden
Sims, Enoch Young
Sims, Henry Leroy
Sinyard, Grady Malvern
Smith, Bennie
Smith, Edward
Smith, James Floyd
Smith, John Samuel
Smith, Joseph Bynum
Smith, Roy Thomas
Smith, Wallace Berley
Smith, William Harrison
Smith, Willie James
Smitherman, James Franklin

Snow, Charles Thomas
Snow, Joseph Erskine
Staton, James Walton
Steele, William Jr.
Stephens, Donald Bain
Stewart, Charles Edward
Stisher, Buell Charleston
Stockdale, Dennis Jr.
Stocks, J. B.
Stone, James Clarence
Story, James Jr.
Stovall, Elzo Jr.
Stracner, Frank Edward
Sullivan, Ruby Eleanor
Taliaferro, Horace Norman
Taylor, Hubert Virgil
Teal, Stephen George
Templin, Walter E. Jr.
Thomas, John Matthew
Thompson, Pete
Thorne, James Hiram
Tinker, Jackson Harvey
Tinsley, Velma Jr.
Toles, Ira
Townsend, Lester M.
Truitt, Marvin Lee
Tucker, Dalford Lee
Tucker, Jack Woodson
Turner, Raymond
Turner, Samuel Barnard
Turner, Walker
Underwood, Bobby Charles
Vandegrift, Mickey Joe
Vining, Huewtt Henry
Vintson, Robert Terry
Wade, Earnest
Wadsworth, Carl Eugene
Walker, Heber Eugene
Walker, James Thomas
Walker, Johnny
Walton, William Frank
Walton, William Louis
Ward, Arthur Osborne
Warren, John
Watkins, Tommie
Watson, Eartha

| | |
|---|---|
| Wayton, Joseph D. | Wilson, Stephen Aubrey Sr. |
| Webb, Henry Lawrence | Winslett, William Jack Sr. |
| Wheeler, Richard Jones | Woodley, Raymond Edward |
| White, Harold Terril | Woodward, William Ellis |
| White, James Howard | Woody, John Edward |
| White, Thomas Grady | Wright, Cornelius Jr. |
| Whitton, Robert Edward | Wright, Eddie |
| Willard, George Ward | Wyatt, Billy Joe |
| Williams, Charlie | Young, Cleveland |
| Williams, Hill Jr. | Young, Oliver Parker |
| Williams, James Herbert | Yow, William Norris |
| Wilson, Carl Franklin | Zeigler, James Aaron Sr. |
| Wilson, Henry Louis | |

(hereinafter referred to as the "Non-Kimberly Clark Plaintiffs") against all Defendants are hereby severed from the above-captioned civil action number and listed in a single new civil action number styled as follows:

Civil Action No.: 1:06-CV-_53_____; ~~Newbern Brown Adkins, et al vs. Lincoln~~ _Donald Ray Abney, et al. vs. Kimberly Clarke, et al._ ~~Electric Company, et al~~, In the United States District Court for the Eastern District of Texas – Beaumont Division.

Furthermore, the claims of the Non-Kimberly Clark Plaintiffs are dismissed without prejudice against Defendant Kimberly Clark Corporation. This dismissal without prejudice does not in any manner prejudice or affect (i) the Non-Kimberly Clark Plaintiffs' claims against the remaining Defendants, or (ii) the claims of the remaining plaintiffs in Civil Action No. 1:-05-CV-769 against Kimberly Clark Corporation.

The Non-Kimberly Clark Plaintiffs have not alleged exposure to asbestos at a Kimberly Clark premises. Therefore, this Honorable Court does not have subject matter jurisdiction based upon U.S. CONST. Art. I. § 8, cl. 17 or 28 U.S.C. § 1442(a)(1). Accordingly, it is ordered that Plaintiffs' Motion to Remand is GRANTED, and this action is therefore remanded to the 60th Judicial District Court of Jefferson County, Texas into ~~Cause No. B-150,896-AK, styled Newbern~~

~~Brown Adkins, et al vs. Lincoln Electric Company, et al~~, on receipt of which the Court may proceed with the action according to the laws and procedures of the courts of the State of Texas.

SIGNED this the 26th day of _January_, 2006, at Beaumont, Texas.

_Marcia A. Crone_
HONORABLE MARCIA CRONE

AGREED AS TO FORM:

_____
Chris Portner
Attorney for Plaintiffs

_____
Kent M. Adams
Attorney for Kimberly-Clark Corporation

_____
John Bridger
Attorney for BOC Group, Inc., Cooper Industries, Inc., Hobart Brothers Company, and Lincoln Electric Company

_____
Paula Blazek
AmChem, Inc., CertainTeed Corp., Dana Corporation, Maremont Corporation, and Union Carbide Chemicals & Plastics

_____
James A. Newsome
Attorney for John Crane, Inc.

*Brown Adkins, et al vs. Lincoln Electric Company, et al*, on receipt of which the Court may proceed with the action according to the laws and procedures of the courts of the State of Texas.

SIGNED this the ___ day of _____, 2006 at Beaumont, Texas.

_____
HONORABLE MARCIA CRONE

**AGREED AS TO FORM:**

_____
Chris Portner
Attorney for Plaintiffs

_____
Kent M. Adams
Attorney for Kimberly-Clark Corporation

_____
John Bridger
Attorney for BOC Group, Inc., Cooper Industries, Inc., Hobart Brothers Company, and Lincoln Electric Company

_____
Paula Blazek
AmChem, Inc., CertainTeed Corp., Dana Corporation, Maremont Corporation, and Union Carbide Chemicals & Plastics

_____
James A. Newsome
Attorney for John Crane, Inc.

*Brown Adkins, et al vs. Lincoln Electric Company, et al*, on receipt of which the Court may proceed with the action according to the laws and procedures of the courts of the State of Texas.

SIGNED this the ___ day of _____, 2006 at Beaumont, Texas.

HONORABLE MARCIA CRONE

AGREED AS TO FORM:

Chris Portner
Attorney for Plaintiffs

*[signature]*
John Bridger
Attorney for BOC Group, Inc., Cooper Industries, Inc., Hobart Brothers Company, and Lincoln Electric Company

Kent M. Adams
Attorney for Kimberly-Clark Corporation

Paula Blazek
AmChem, Inc., CertainTeed Corp., Dana Corporation, Maremont Corporation, and Union Carbide Chemicals & Plastics

James A. Newsome
Attorney for John Crane, Inc.

*Brown Adkins, et al vs. Lincoln Electric Company, et al*, on receipt of which the Court may proceed with the action according to the laws and procedures of the courts of the State of Texas.

SIGNED this the ___ day of _____, 2006 at Beaumont, Texas.

_____
HONORABLE MARCIA CRONE

AGREED AS TO FORM:

_____
Chris Portner
Attorney for Plaintiffs

_____
John Bridger
Attorney for BOC Group, Inc., Cooper Industries, Inc., Hobart Brothers Company, and Lincoln Electric Company

_____
James A. Newsome
Attorney for John Crane, Inc.

_____
Kent M. Adams
Attorney for Kimberly-Clark Corporation

*Paula H. Blazek* w/p cpt
Paula Blazek
AmChem, Inc., CertainTeed Corp., Dana Corporation, Maremont Corporation, and Union Carbide Chemicals & Plastics