

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 3 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*William Marshall Chandler v. Kimberly-Clark Corp., et al.*, E.D. Texas, C.A. No. 1:05-877
*Willie L. Jones v. Kimberly-Clark Corp., et al.*, E.D. Texas, C.A. No. 1:05-878

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these two actions (*Chandler* and *Jones*) on January 24, 2006. In the absence of any opposition, the conditional transfer order was finalized with respect to *Chandler* and *Jones* on February 9, 2006. The Panel has now been advised, however, that the claims in *Chandler* and *Jones*, following consolidation, severance and inclusion in a new Eastern District of Texas action (C.A. No. 1:06-53), were remanded to the 60th Judicial District Court of Jefferson County, Texas, by the Honorable Marcia A. Crone in an order filed on January 30, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-257" filed on January 24, 2006, is VACATED insofar as it relates to these two actions.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY

IMAGED MAR 0 3 2006