FEB. 17. 2006 2:36PM REAUD MORGAN & QUINN NO. 2313 P. 4
Case MDL No. 875 Document 4748 Filed 03/03/06 Page 1 of 10
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MAR - 3 2006
FILED CLERK'S OFFICE
Case 1:05-cv-00769-MAC Document 74 Filed 01/30/2006 Page 1 of 10

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED
U.S. DISTRICT COURT
2006 JAN 30 AM 8:48
TX EASTERN-BEAUMONT
BY _____

| | |
|---|---|
| CECIL REUBEN JACKSON, DECEASED, ET AL PLAINTIFF, | § § § |
| vs. | § § § |
| KIMBERLY CLARK CORPORATION, ET AL DEFENDANT. | § § § |

CIVIL ACTION NO. 1:05-CV-0769

JURY

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SEVER, DISMISS AND TO REMAND (#65)

Plaintiffs' Unopposed Motion to Sever, Dismiss and to Remand is GRANTED. The claims of the following Plaintiffs (including decedents, the estates of said decedents, and/or all wrongful death beneficiaries):

Abney, Donald Ray
Adkins, Newbern Brown
Aldridge, Landy Delmar
Alfano, Joseph Thomas
Alldredge, Clarence Jackson
Alldredge, Wayne
Altmon, Roosevelt
Armstrong, Charles Edward
Arnold, Walter Monroe
Bailey, Eunice Hyde
Bailey, Jadie Lee
Bain, Robson Roosevelt Jr.
Baldwin, Wilburn Franklin
Ball, James Erwin
Ballard, Abraham
Barclift, Warren
Barker, Robert Allen
Barker, Vernon Jessie
Bates, Robert Lee
Batton, William Leon
Beasley, Alton Nathaniel
Belle, Johnnie Earl
Bennett, Gordon
Benson, C. Bland
Benton, Curtis

Bibbs, Albert
Boatright, Sylvia Louise
Boswell, James M.
Boyd, Howard
Brackett, Bobby Dale
Brackin, Judge Poole
Bracknell, Clarence William
Bradford, John Wesley Sr.
Bradley, Orbie Bill
Bradshaw, Cleve Elliott
Brannon, Claude Chester ✓
Brasher, Frank Forrest
Brasher, Harland Fremon
Brogden, Norman Tucker
Brooks, Dile Verlin
Brown, Eli Jr.
Brown, James Edward
Brown, James Ernest
Brown, John Edward
Brown, Lee Grant
Brown, Peter Edward Sr.
Brown, Robert
Bruce, Billy Maxwell
Brundidge, T. F.
Buford, Timothy Algernon

MDL- 875
RECOMMENDED ACTION
VACATE CTO-258 FINAL -- 5 ACTIONS
Approved/Date: _____ 3/2/06
OFFICIAL FILE COPY
IMAGED MAR 0 3 2006

Bunt, Albert Nelson
Burgess, Daryl Delane ✓
Burgess, Kerwan McGhee
Byram, Marvin Eugene
Cale, William Russell
Calhoun, John
Callicott, Sidney Joe
Callicott, Willie Milton
Camp, Sylvia
Carthen, Eddie William
Chandler, Harry Louie
Chandler, William Marshall
Chaney, Willie Frank Sr.
Chapman, Larkin Joe
Chappell, William Burt
Chavers, Abraham
Cheatham, Ozell
Clanton, Wilburn Lee
Clark, Earl Eugene Jr.
Cochran, Howard Edward
Cole, Willie Lee Jr.
Coleman, Willie Edward
Coleman, Winston
Coley, Thomas Terriel
Collins, Finus
Collum, Donald Gene
Conn, Charles Elton
Cooksey, Ellis Lee
Cooper, Hugh Warren
Cork, William Thomas
Corley, Leonard
Cosby, Dan Marion
Cowan, James Sr.
Cowan, Johnnie
Cox, Clifford Larry
Crawford, Tom Frank
Crittenden, Joseph Dean
Cross, Hubert Alonzo
Crowder, John Edmond
Cruce, John Herbert
Crusoe, Harvey
Culli, Phillip Jarman
Cunningham, Clarence Gaines
Cunningham, Douglas David
Curd, Jack Ronald
Currier, Troy Eugene

Cylar, Willie
Daniell, Gordan Milton
Davis, Clarence Sr.
Davis, Hoyt William
Davis, Preston Ray
Davis, Thomas Arnold
Davis, Vernon Wilson
Dawson, Eddie James
Degges, William C.
Denney, Bayron Voice
DeShazo, Margaret Virginia
Dexter, Oliver Frank
Dietrich, Homer Joseph
Dobbins, Joe Howard
Dockins, Gene Lee
Donald, Ralph
Doss, Henry Ross
Driver, Edmond Harrington
Duckett, Earl LeeDue ✓
Duke, Barney Tom
Dunlap, James Robert
Earley, William Pierce
Easterwood, L. D.
Edmondson, John Walter
Edwards, Carmine
Edwards, Lemon Mack
Ellenburg, Jimmy Ray
England, James Britton Sr.
Evans, James Wilford Jr.
Farrington, John Abbington
Ferrell, Donald Pruitt
Ferrell, John Eba
Fields, Ellis Parker
Fields, John Henry Jr.
Fine, Wallace Edward
Fisher, Donald Francis
Fleck, Julius Conrad
Flenor, Monroe Jr.
Ford, Cecil Ray
Franklin, Howard Eugene Sr.
Franklin, Paul Herman
Fuller, James David
Fuller, Walter Lee
Furline, Thomas Edward
Gaidis, Joseph Albert
Gandy, James

Gandy, Lucion Lenley
Gardner, Lecil
Garmon, James William
Gentry, Rawdy William
Gibson, Charles Clifton
Gillard, Keith Vernell
Gilliland, James Wesley
Gilmore, Roosevelt
Glass, Rosanna
Gleaton, Fermer Edward Jr.
Glenn, Clyde
Glover, James A.
Gooch, Ernest
Goodwin, Virgil Hugh
Goolsby, Herbert Marshall
Grace, Robert Lee
Graham, Billy Frank
Graham, Donald Stewart
Grant, James Edward
Graves, Perry Lewis
Gray, Jesse
Green, Edward Leroy
Griffin, Joe Fred
Griffin, Troy Cody
Grimes, James Calvin
Guffey, Edgar Napoleon
Gurganus, Dessler
Guthrie, Owen Levi
Guthrie, Thomas Wade
Hammock, Luther Cleveland
Haney, Samuel Milton
Hardy, John L.
Harper, Lawrence Samuel
Harrison, Alexander Samuel
Hartley, William Tyrone
Head, Robert S.
Helms, James Earl
Henderson, Tony Rudolph
Hester, James David Sr.
Hicks, Richard Eugene
Higginbotham, R. C.
Higgins, John Henry
Hill, John Amos
Hill, Joseph Louis
Hill, Mitchell Ellis
Hilliard, Tommy Levarn

Hodge, Edward Franklin
Holliday, Robert Leroy
Honeycutt, Robert Parker
Horsley, Arnold Millard
Hoskins, Thomas Edward
Howard, James Douglas Sr.
Howton, Morris
Hubbard, Marvin Clarence
Hubbard, Oscar Marion
Hudgins, Wilmer Francis
Hudson, William Ray
Huffstutler, Ralph
Humphrey, Jesse
Humphries, Joe Ray
Hunter, Ned
Jacks, Clifford A.
Jackson, Orlando
Jackson, Oscar
Jackson, Sharyn Annette
Jacobs, Henry Eugene
Jennings, Coleman Conwell
Jeter, James Earl
Jinks, Robert Edwin
Johnson, Aubrey
Johnson, Havell
Johnson, Howard Winston
Johnson, Lewis
Johnson, Melvin Franklin
Johnson, Orvis D.
Johnson, Roosevelt
Joiner, Joseph Kirkland Jr.
Jones, Bennie Lee
Jones, Donal
Jones, Jimmie
Jones, Judge C.
Jones, Lell
Jones, Malcolm Sylvester
Jones, Robert Lee
Jones, Willie L.
Jones, Willie Lee Jr.
Jordan, Billy Daris
Jordan, Olen Lavoy
Jordan, Ralph Berry
Jordon, James Harlan
Kelly, Jimmy Jr.
Kiker, Paul Leon

Kimbrel, Chesley Eugene
King, Connis Jewel
King, Jimmy
Kizziah, James Roland
Korniker, Julien
Kuykendall, John Albert
Lacey, Reginald Louis
Landers, Isaac Howard
Lane, Hugh Roger
Lanier, Leonard Thomas
LaRoque, Merlin Reginald
Lawson, Billy Ray
Lee, Bobby Edward
Lett, Charles Howard Sr.
Lewis, Johnnie
Limbaugh, Floyd Wayne
Limbaugh, James Curtis
Little, Jimmy Ray
Littleton, Freddie Earl
Lloyd, Jacqueline Phillips
Lloyd, Richard Douglas
Logan, Robert Jerry
Lolley, James Alfred
Longmire, Eulyss David
Lunceford, William Aubrey
Lusk, Harry Thomas
Lyde, William
Martin, Bobby Ray
Masisak, Pat K.
Matthews, Ben Sr.
Matthews, Bobby
Maull, Richard
McArdle, James Joseph
McCall, Mike
McCartney, Charles Richard
McDowell, Clyde Courtney
McElroy, Clifton
McFall, William Harry
McGuffie, Alford Ray
McGuffie, Donald Lee
McGuire, William Hubert
McKaig, Derrell Calvin
McKown, Thomas Dexter Jr.
McMickens, James Thomas
Meadows, Hershel
Meadows, William Floyd

Miles, Danny Gene
Milligan, Kirby
Minor, Eulma Bronson
Moody, Marion Henry
Moore, Curtis
Moore, Earl Elmo
Moore, Jack Wayne
Moore, James Roscoe
Moore, John Haywood
Moore, Johnnie Brooks
Moore, Robert Allen
Morris, Clarence James
Morris, Claude Talmadge
Morrison, Ronnie Clyde
Munn, James Harrell Sr.
Murdoch, John Sylvester
Myers, Buford Ray
Myers, Valera Grimmett
Niblett, Carl Aubrey
Nix, Vivian Olsen
Norman, Wallace Campbell
Norris, Frank
Norris, James Howard
Norris, Lee Allen
Norris, Melvin Eugene
Nunn, Elijah
O'Donnell, Herbert Curtis
Oliver, Mack
Ousley, Bobby Gene
Owens, Franklin Delano
Pardon, Emmett
Parham, Arthur Aaron
Parker, Charles Donald ✓
Parker, John Herbert
Parker, William Raymond
Parker, William Sr.
Patterson, Irby Walter ✓
Payne, James Lee Jr.
Penwell, Claude Alvis
Peterson, Gaines Gerald
Phillips, Gene Hayward
Pollard, Henry Cornelius
Pope, Marvin Curtis
Powell, Ruben
Powell, Rufus Alex
Pugh, Will

Quick, Fred Burnum  
Quinn, James Robert  
Quinn, Willard Leon  
Ramsey, Louie Henderson  
Ransom, Samuel  
Ray, Collie Ethridge Jr.  
Ray, Samuel Emmitt  
Rayford, Morris Eugene  
Reaves, Harrell Jean  
Rees, Richard Farley Sr.  
Reese, Rufus  
Reeves, Thomas Elgin  
Rice, David West  
Rich, William Arnold  
Richard, William Thurston  
Richards, Roy Arthur  
Richardson, Andrew Lee  
Riggs, Farrell Wade  
Roberson, Richard Jr.  
Roberts, Elbert F. Jr.  
Roland, James Alfred  
Rooks, Erskel Marshall  
Rushing, R. J.  
Russell, Thomas Leon Sr.  
Safford, Janie Mae  
Sanders, Willie Fred  
Schultz, Donald Mark  
Sellers, Cornelius Crittenden  
Shaw, Cecil Hobart  
Shaw, Leon Erskine  
Shelby, Fleming Arthur  
Shivers, William Liddell  
Simpson, James Harden  
Sims, Enoch Young  
Sims, Henry Leroy  
Sinyard, Grady Malvern  
Smith, Bennie  
Smith, Edward  
Smith, James Floyd  
Smith, John Samuel  
Smith, Joseph Bynum  
Smith, Roy Thomas  
Smith, Wallace Berley  
Smith, William Harrison  
Smith, Willie James  
Smitherman, James Franklin  

Snow, Charles Thomas  
Snow, Joseph Erskine  
Staton, James Walton  
Steele, William Jr.  
Stephens, Donald Bain  
Stewart, Charles Edward  
Stisher, Buell Charleston  
Stockdale, Dennis Jr.  
Stocks, J. B.  
Stone, James Clarence  
Story, James Jr.  
Stovall, Elzo Jr.  
Stracner, Frank Edward  
Sullivan, Ruby Eleanor  
Taliaferro, Horace Norman  
Taylor, Hubert Virgil  
Teal, Stephen George  
Templin, Walter E. Jr.  
Thomas, John Matthew  
Thompson, Pete  
Thorne, James Hiram  
Tinker, Jackson Harvey  
Tinsley, Velma Jr.  
Toles, Ira  
Townsend, Lester M.  
Truitt, Marvin Lee  
Tucker, Dalford Lee  
Tucker, Jack Woodson  
Turner, Raymond  
Turner, Samuel Barnard  
Turner, Walker  
Underwood, Bobby Charles  
Vandegrift, Mickey Joe  
Vining, Huewtt Henry  
Vintson, Robert Terry  
Wade, Earnest  
Wadsworth, Carl Eugene  
Walker, Heber Eugene  
Walker, James Thomas  
Walker, Johnny  
Walton, William Frank  
Walton, William Louis  
Ward, Arthur Osborne  
Warren, John  
Watkins, Tommie  
Watson, Eartha

| | |
|---|---|
| Wayton, Joseph D. | Wilson, Stephen Aubrey Sr. |
| Webb, Henry Lawrence | Winslett, William Jack Sr. |
| Wheeler, Richard Jones | Woodley, Raymond Edward |
| White, Harold Terril | Woodward, William Ellis |
| White, James Howard | Woody, John Edward |
| White, Thomas Grady | Wright, Cornelius Jr. |
| Whitton, Robert Edward | Wright, Eddie |
| Willard, George Ward | Wyatt, Billy Joe |
| Williams, Charlie | Young, Cleveland |
| Williams, Hill Jr. | Young, Oliver Parker |
| Williams, James Herbert | Yow, William Norris |
| Wilson, Carl Franklin | Zeigler, James Aaron Sr. |
| Wilson, Henry Louis | |

(hereinafter referred to as the "Non-Kimberly Clark Plaintiffs") against all Defendants are hereby severed from the above-captioned civil action number and listed in a single new civil action number styled as follows:

Civil Action No.: 1:06-CV-<ins>53</ins> ; <del>Newbern Brown Adkins, et al vs. Lincoln</del> <ins>Donald Ray Abney, et al. vs. Kimberly Clarke, et al.</ins> <del>Electric Company, et al</del>; In the United States District Court for the Eastern District of Texas – Beaumont Division.

Furthermore, the claims of the Non-Kimberly Clark Plaintiffs are dismissed without prejudice against Defendant Kimberly Clark Corporation. This dismissal without prejudice does not in any manner prejudice or affect (i) the Non-Kimberly Clark Plaintiffs' claims against the remaining Defendants, or (ii) the claims of the remaining plaintiffs in Civil Action No. 1:-05-CV-769 against Kimberly Clark Corporation.

The Non-Kimberly Clark Plaintiffs have not alleged exposure to asbestos at a Kimberly Clark premises. Therefore, this Honorable Court does not have subject matter jurisdiction based upon U.S. CONST. Art. I. § 8, cl. 17 or 28 U.S.C. § 1442(a)(1). Accordingly, it is ordered that Plaintiffs' Motion to Remand is GRANTED, and this action is therefore remanded to the 60th Judicial District Court of Jefferson County, Texas <del>into Cause No. B-150,896-AK; styled Newbern</del>

~~Brown-Adkins, et al vs. Lincoln Electric Company, et al~~, on receipt of which the Court may proceed with the action according to the laws and procedures of the courts of the State of Texas.

SIGNED this the 26th day of January, 2006, at Beaumont, Texas.

_____
HONORABLE MARCIA CRONE

AGREED AS TO FORM:

_____
Chris Portner
Attorney for Plaintiffs

_____
Kent M. Adams
Attorney for Kimberly-Clark Corporation

_____
John Bridger
Attorney for BOC Group, Inc., Cooper Industries, Inc., Hobart Brothers Company, and Lincoln Electric Company

_____
Paula Blazek
AmChem, Inc., CertainTeed Corp., Dana Corporation, Maremont Corporation, and Union Carbide Chemicals & Plastics

_____
James A. Newsome
Attorney for John Crane, Inc.

*Brown Adkins, et al vs. Lincoln Electric Company, et al*, on receipt of which the Court may proceed with the action according to the laws and procedures of the courts of the State of Texas.

SIGNED this the ___ day of _____, 2006 at Beaumont, Texas.

_____
HONORABLE MARCIA CRONE

**AGREED AS TO FORM:**

_____
Chris Portner
Attorney for Plaintiffs

_____
Kent M. Adams
Attorney for Kimberly-Clark Corporation

_____
John Bridger
Attorney for BOC Group, Inc., Cooper Industries, Inc., Hobart Brothers Company, and Lincoln Electric Company

_____
Paula Blazek
AmChem, Inc., CertainTeed Corp., Dana Corporation, Maremont Corporation, and Union Carbide Chemicals & Plastics

_____
James A. Newsome
Attorney for John Crane, Inc.

*Brown Adkins, et al vs. Lincoln Electric Company, et al*, on receipt of which the Court may proceed with the action according to the laws and procedures of the courts of the State of Texas.

SIGNED this the ___ day of _____, 2006 at Beaumont, Texas.

_____
HONORABLE MARCIA CRONE

**AGREED AS TO FORM:**

_____
Chris Portner
Attorney for Plaintiffs

_____
John Bridger
Attorney for BOC Group, Inc., Cooper Industries, Inc., Hobart Brothers Company, and Lincoln Electric Company

_____
Kent M. Adams
Attorney for Kimberly-Clark Corporation

_____
Paula Blazek
AmChem, Inc., CertainTeed Corp., Dana Corporation, Maremont Corporation, and Union Carbide Chemicals & Plastics

_____
James A. Newsome
Attorney for John Crane, Inc.

*Brown Adkins, et al vs. Lincoln Electric Company, et al*, on receipt of which the Court may proceed with the action according to the laws and procedures of the courts of the State of Texas.

SIGNED this the ___ day of _____, 2006 at Beaumont, Texas.

_____
HONORABLE MARCIA CRONE

AGREED AS TO FORM:

_____
Chris Portner
Attorney for Plaintiffs

_____
Kent M. Adams
Attorney for Kimberly-Clark Corporation

*Paula H. Blazek* v/p c/f
Paula Blazek
AmChem, Inc., CertainTeed Corp., Dana Corporation, Maremont Corporation, and Union Carbide Chemicals & Plastics

_____
John Bridger
Attorney for BOC Group, Inc., Cooper Industries, Inc., Hobart Brothers Company, and Lincoln Electric Company

_____
James A. Newsome
Attorney for John Crane, Inc.