

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 3 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Claude Chester Brannon v. Kimberly-Clark Corp., et al.*, E.D. Texas, C.A. No. 1:05-879
*Irby Walter Patterson v. Kimberly-Clark Corp., et al.*, E.D. Texas, C.A. No. 1:05-880
*Charles Donald Parker v. Kimberly-Clark Corp., et al.*, E.D. Texas, C.A. No. 1:05-881
*Daryl Delane Burgess v. Kimberly-Clark Corp., et al.*, E.D. Texas, C.A. No. 1:05-883
*Earl Leedue Duckett v. Kimberly-Clark Corp., et al.*, E.D. Texas, C.A. No. 1:05-884

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these five actions on February 10, 2006. In the absence of any opposition, the conditional transfer order was finalized with respect to *Chandler* and *Jones* on February 28, 2006. The Panel has now been advised, however, that the claims in these five actions, following consolidation, severance and inclusion in a new Eastern District of Texas action (C.A. No. 1:06-53), were remanded to the 60th Judicial District Court of Jefferson County, Texas, by the Honorable Marcia A. Crone in an order filed on January 30, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-258" filed on February 10, 2006, is VACATED insofar as it relates to these five actions.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED MAR 0 3 2006