

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 7 2006

FILED
CLERK'S OFFICE

| | |
|---|---|
| CHARLES WILLE,<br>N.D. Ohio, C.A. No. 1:98-12997 | )<br>)<br>) |
| CHARLES RICH,<br>N.D. Ohio, C.A. No. 1:98-14094 | )<br>)<br>) |
| | ) CIVIL ACTION NO. 2 MDL 875 |
| JAMES E. JACKSON,<br>N.D. Ohio, C.A. No. 1:99-10802 | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| A-C PRODUCT LIABILITY TRUST, *et al.*, | )<br>) |
| Defendants. | )<br>) |

PLEADING NO. 4751

## CORPORATE DISCLOSURE STATEMENT

Movant, Foster Wheeler, does not have a parent corporation, and no publicly held company owns ten percent or more of its stock.

James W. Bartlett, III
Semmes, Bowen & Semmes
250 West Pratt Street, 16th Floor
Baltimore, Maryland 21201
(410) 576-4833

Counsel for Foster Wheeler LLC

OFFICIAL FILE COPY

IMAGED MAR 0 7 2006

RECEIVED CLERK'S OFFICE 2006 MAR -6 A 10:39 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on this 3rd day of March, 2006, a copy of this Corporate Disclosure Statement was mailed to all counsel on the attached Panel Service List.

_____
James W. Bartlett, III

B0592578.WPDv.3

PANEL SERVICE LIST (Excerpted from CRO)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Charles Wille v. A-C Product Liability Trust*, E.D. Pennsylvania
 (N.D. Ohio, C.A. No. 1:98-12997)
*Charles Rich v. A-C Product Liability Trust*, E.D. Pennsylvania
 (N.D. Ohio, C.A. No. 1:98-14094)
*James Jackson v. A-C Product Liability Trust*, E.D. Pennsylvania
 (N.D. Ohio, C.A. No. 1:99-10802)

James W. Bartlett, III
Semmes, Bowen & Semmes
250 West Pratt Street, 16th Floor
Baltimore, MD 21201

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabeila St.
Pittsburgh, PA 15212

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Donald A. Krispin
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
645 Griswold St.
Detroit, MI 48226

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406