

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 8 2006

FILED
CLERK'S OFFICE

# LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO

ATTORNEYS AT LAW
SUITE 500
190 NORTH INDEPENDENCE MALL WEST
6TH & RACE STREETS
PHILADELPHIA, PA 19106
(215) 627-0303

FAX: (215) 627-2551
WWW.LAVIN-LAW.COM

NEW YORK OFFICE
420 LEXINGTON AVENUE
GRAYBAR BUILDING
SUITE 2900
NEW YORK, NY 10170
(212) 319-6898

FAX: (212) 319-6932

NEW JERSEY OFFICE
1300 ROUTE 73
SUITE 307
MT. LAUREL, NJ 08054
(856) 778-5544

FAX: (856) 793-0237

WRITER'S DIRECT DIAL NUMBER
(215) 351-7929

WRITER'S E-MAIL ADDRESS
BDISIPIO@LAVIN-LAW.COM

March 6, 2006

**Via Federal Express**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

RE: MDL 875 - In Re Asbestos Products Liability Litigation (No. VI)

Dwight R. Johnson v. 3M Company
E.D. Missouri, C.A. No. 4:05-1357 (Judge David D. Noce)

Dear Mr. Beck:

Please be advised 3M Company has no opposition to Plaintiff's Motion to Vacate the Panel's Conditional Transfer Order (CTO-257). In the instant matter, 3M filed a Notice of Tag-Along action on October 25, 2005. On November 3, 2005, Plaintiff filed Motion for Leave to Amend his Complaint which was granted. On November 23, 2005, Plaintiff filed an Amended Complaint in which he removed all allegations relating to exposure to asbestos. A Conditional Transfer Order was entered by the Judicial Panel on Multidistrict Litigation on January 24, 2006 under Conditional Transfer Order 257. On February 15, 2006, Plaintiff filed a Motion to Vacate the Panel's Conditional Transfer. Based upon the fact Plaintiff has withdrawn all allegations of exposure to asbestos, 3M does not oppose Plaintiff's Motion. However, 3M does reserve its right to file a Notice of Tag Along action should evidence of "allegations of personal injury and wrongful death caused by asbestos" develop.

Respectfully submitted,

Basil A. DiSipio

BAD/tee
cc: Jerome F. Raskas, Esquire
    Kent Munson, Esquire
    Richard E. Boyle
    Panel Service List (U.S. Mail)

**OFFICIAL FILE COPY**

IMAGED MAR 0 9 2006

| | | |
|---|---|---|
| Richard C. Binzley, Esquire<br>Thompson Hine, LLP<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | Reginald S. Kramer, Esquire<br>Oldham & Dowling<br>195 South Main Street<br>Suite 300<br>Akron, OH 44508-1314 | Neil Selman, Esquire<br>Selman, Breitman & Burgess<br>11766 Wilshire Boulevard<br>Sixth Floor<br>Los Angeles, CA 90025 |
| Richard E. Boyle, Esquire<br>Gundlach, Lee, Eggman, Boyle & Roessler<br>5000 West Main Street<br>P. O. Box 23560<br>Belleville, IL 62223-0560 | David C. Landin, Esquire<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Robert N. Spinelli, Esquire<br>Kelley, Jasons, McGuire & Spinelli<br>Center Square West<br>15th Floor<br>Philadelphia, PA 19102 |
| Edward J. Cass, Esquire<br>Gallagher, Sharp, Fulton & Norman<br>Bulkley Building, 7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | Gene Locks, Esquire<br>Greitzer & Locks<br>1500 Walnut Street<br>Philadelphia, PA 19102 | Robert E. Swickle, Esquire<br>Jaques Admiralty Law Firm, P.C.<br>1570 Penobscot Building<br>The Maritime Asbestosis Legal Clinic<br>Detroit, MI 48226 |
| Adam M. Chud, Esquire<br>Goodwin Procter, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001 | Ronald L. Motley, Esquire<br>Motley Rice, LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29465 | Andrew J. Trevelise, Esquire<br>Reed Smith, LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, AP 19103 |
| David A. Damico, Esquire<br>Burns, White & Hickton, LLC<br>Four Northshore Center<br>106 Isabella St.<br>Pittsburgh, PA 15212 | H. Kent Munson, Esquire<br>911 Washington Avenue<br>7th Floor<br>St. Louis, MO 63101 | James K. Weston, II, Esquire<br>Tom Riley Law Firm<br>4040 First Avenue, NE<br>P.O. Box 998<br>Cedar Rapids, IA 52406 |
| Raymond P. Forceno, Esquire<br>Forceno & Hannon<br>111 S. Independence Mall East<br>The Bourse, Suite 1000<br>Philadelphia, PA 19106-2574 | Jerome F. Raskas, Esquire<br>Goffstein, Raskas, Pomerantz,<br>Krauss & Sherman, LLC<br>7701 Clayton Road<br>St. Louis, MO 63117-1371 | Richard D. Schuster, Esquire<br>Vorys, Sater, Seymour & Pease, LLP<br>52 East Gay Street<br>P. O. Box 1008<br>Columbus, OH 43216 |
| Ellen B. Furman, Esquire<br>Goldfein & Hosmer<br>1600 Market Street<br>33rd Floor<br>Philadelphia, PA 19103 | John J. Repcheck, Esquire<br>Marks, O'Neill, O'Brien & Courtney<br>3200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | John D. Roven, Esquire<br>Roven-Kaplan, LLP<br>2190 North Loop West<br>Suite 410<br>Houston, TX 77018 |
| Susan M. Hansen, Esquire<br>Browson & Ballou<br>225 South Sixth Street<br>Suite 4800<br>Minneapolis, MN 55402 | | |