MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR -9 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-259)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,471 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY

IMAGED MAR 0 9 2006

# SCHEDULE CTO-259 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 05-5293 | Janis Pierce, et al. v. Viad Corp., et al. |
| CAN 4 06-163 | Scott Abbott, et al. v. General Electric Co., et al. |
| **ILLINOIS NORTHERN** | |
| ILN 1 05-4714 | Charles Swanger v. Canadian National/Illinois Central Railroad |
| **LOUISIANA EASTERN** | |
| LAE 2 06-608 | Mario Bellu, et al. v. Diamond Offshore (USA), Inc., et al. |
| **LOUISIANA MIDDLE** | |
| LAM 3 05-1405 | Daniel W. Melford, Sr. v. Peter Territo, et al. |
| LAM 3 05-1418 | Michael Catania, et al. v. Anco Insulations, Inc., et al. |
| **MARYLAND** | |
| MD 1 94-3507 | Ernestine Hodge v. Fibreboard Corp., et al. |
| MD 1 05-808 | Joseph E. Hart, et al. v. Anchor Packing Co., et al. |
| MD 1 05-3416 | Richard G. Fuller, etc. v. ACandS, Inc., et al. |
| MD 1 06-30 | Janice E. Mann, et al. v. Anchor Packing Co., et al. |
| MD 1 06-74 | Betty Jane Zengel, etc. v. Anchor Packing Co., et al. |
| MD 1 06-397 | Mary R. Raver, etc. v. John Crane-Houdaille, Inc., et al. |
| **MAINE** | |
| ME 1 06-10 | Maynard P. Boivin, et al. v. Metropolitan Life Insurance Co., et al. |
| ME 2 06-18 | Shaun E. Sullivan, et al. v. Metropolitan Life Insurance Co., et al. |
| **MINNESOTA** | |
| MN 0 06-441 | Michael E. Blaisdell v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 06-445 | Eino Himango v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 06-448 | John J. Krezel v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 06-450 | Richard W. Roy v. Garlock Sealing Technologies, LLC, et al. |
| **MISSISSIPPI NORTHERN** | |
| MSN 2 06-7 | Ronald Jacob Laughter, etc. v. Georgia-Pacific Corp. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 05-576 | Christine Allen, etc. v. Minnesota Mining & Manufacturing Co., et al. |
| MSS 1 05-663 | James Turner v. Ameron International Corp., et al. |
| MSS 1 05-665 | Thomas A. Chisolm v. Ingersoll-Rand Co., et al. |
| MSS 1 05-670 | Leon V. Hartfield v. Allied Signal, Inc., et al. |
| MSS 1 05-676 | Joseph Harris, Jr. v. General Electric Co., et al. |
| MSS 1 05-677 | Florence Brooks Harris v. General Electric Co., et al. |
| MSS 1 05-678 | Dorothy Harris v. General Electric Co., et al. |
| MSS 1 05-684 | Billy R. Perkins v. Minnesota Mining & Manufacturing Co., et al. |
| MSS 1 06-62 | Deborah McDonald, etc. v. Minnesota Mining & Manufacturing Co., et al. |
| MSS 1 06-99 | Dorothy Huffman, etc. v. Minnesota Mining & Manufacturing Co., et al. |

SCHEDULE CTO-259 - TAG-ALONG ACTIONS - MDL-875                                Page 2 of 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NORTH CAROLINA EASTERN** | |
| NCE 7 05-197 | Jimmy G. Cone, et al. v. Airco, Inc., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 06-138 | Anthony G. Joyce, et al. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 05-369 | John Harrill Martin, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-371 | Thomas Faile, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-373 | Elbert J. Mobley v. Aqua-Chem, Inc., et al. |
| NCW 1 05-374 | Michael E. Yates, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-375 | James C. Abernathy, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-376 | Michael S. Collins, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-377 | Norman E. Cox, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-379 | Wayne D. Little, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-380 | Timothy Paul Loftin, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-381 | Donald E. Bright, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-382 | Kenneth W. Karriker, Sr. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-383 | Glenda G. Cheek, etc. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-384 | Paul Eugene Dellinger, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-385 | Kenneth E. Dellinger v. Aqua-Chem, Inc., et al. |
| NCW 1 05-386 | Betty L. Mullis v. Aqua-Chem, Inc., et al. |
| NCW 1 05-387 | Terry A. Ray v. Airco, Inc., et al. |
| NCW 1 05-393 | Ruby A. Clark v. Aqua-Chem, Inc., et al. |
| NCW 1 06-10 | Hubert T. Brown, et al. v. American Standard, Inc., et al. |
| NCW 1 06-17 | Heyward J. Cantrell, et al. v. A.W. Chesterton, Inc., et al. |
| NCW 1 06-33 | Charles Bolden, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-34 | Robert F. Welcher, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-35 | John Wayne Barker, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-36 | Gary L. Sweet, et al. v. A.W. Chesterton, Inc., et al. |
| NCW 1 06-39 | Tony Morris Caldwell v. Aqua-Chem, Inc., et al. |
| NCW 1 06-41 | Stephen Humphries, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-43 | Barry Eugene Kirby v. Aqua-Chem, Inc., et al. |
| **NEW JERSEY** | |
| NJ 2 05-4522 | Susan Kaiser, etc. v. American Standard, Inc., et al. |
| **NEW YORK EASTERN** | |
| NYE 1 06-218 | Robert W. Ruffini, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 06-255 | Bobby Tipton v. A.W. Chesterton Co., et al. |
| NYE 1 06-315 | Krzysztof Leszczynski, et al. v. A.W. Chesterton Co., et al. |
| NYE 1 06-316 | Katherine Marie Queen, etc. v. A.W. Chesterton Co., et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 05-4405 | Enrique Gutierrez Huertas, et al. v. Garlock Sealing Technologies, LLC, et al. |
| NYS 1 05-4406 | Jose Verano Rodriguez, et al. v. Garlock Sealing Technologies, LLC, et al. |
| NYS 1 05-4407 | Juan Luna Izquierdo, et al. v. Garlock Sealing Technologies, LLC, et al. |
| NYS 1 05-4408 | Jose Antonio Moreno Roman, et al. v. Garlock Sealing Technologies, LLC, et al. |
| NYS 1 05-4410 | Alfonso Bernal Hernandez, et al. v. Garlock Sealing Technologies, LLC, et al. |
| NYS 1 05-4411 | Jose Maria Sabido Galera, et al. v. Garlock Sealing Technologies, LLC, et al. |
| NYS 1 06-199 | Willard E. Bartel, et al. v. United States Lines Inc. Reorganization Trust |
| NYS 1 06-200 | Isiah B. Brown v. United States Lines Inc. Reorganization Trust |

SCHEDULE CTO-259 - TAG-ALONG ACTIONS - MDL-875                                      Page 3 of 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **SOUTH CAROLINA** | |
| SC 0 05-3054 | Wayne C. Paquin, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 05-3055 | George E. Roof, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 06-287 | Albertus Baker, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 06-346 | James Matthew Caldwell v. Aqua-Chem, Inc., et al. |
| SC 2 04-22776 | Julius J. Singletary, et al. v. Bell Asbestos Mines, Ltd., et al. |
| SC 2 05-997 | Stanley D. Newman, et al. v. Owens-Illinois, Inc., et al. |
| SC 2 05-1491 | Paul D. Crisp v. Aventis Cropscience USA, Inc., et al. |
| SC 2 05-1579 | Lois L. Blanton, etc. v. Owens-Illinois, Inc., et al. |
| SC 2 05-2056 | John F. Aluza, et al. v. Owens-Illinois, Inc., et al. |
| SC 2 05-3124 | Frank R. Ponzo, et al. v. Owens-Illinois, Inc., et al. |
| SC 2 05-3220 | Laura K. Smoak, etc. v. Owens-Illinois, Inc., et al. |
| SC 2 05-3332 | Linda Elaine Mizell Brinso Goodnough, et al. v. Bell Asbestos Mines, Ltd., et al. |
| SC 2 05-3337 | Ruth C. Parks, etc. v. Owens-Illinois, Inc., et al. |
| SC 2 05-3485 | Earmine H. Kitt, etc. v. Owens-Illinois, Inc., et al. |
| SC 2 06-335 | Milum Trent, et al. v. Airco, Inc., et al. |
| SC 2 06-403 | Raymond O. McDaniel v. Owens-Illinois, Inc., et al. |
| SC 7 06-251 | Marcus Scott Childers, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 06-378 | Odell A. Bennett, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 05-3053 | Jimmy Steve Brock, Sr., et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-404 | John Henry Ware, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-405 | William P. Vaughn, Sr. v. Aqua-Chem, Inc., et al. |
| **VIRGINIA EASTERN** | |
| VAE 4 06-3184 | Michael V. Lowery v. Amchem Products, Inc., et al. |
| **WASHINGTON WESTERN** | |
| WAW 3 05-5829 | Eugene Clayton, et al. v. Newport News Shipbuilding & Dry Dock Co. |