MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 14 2006

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Dwight R. Johnson v. 3M Co.*, E.D. Missouri, C.A. No. 4:05-1357

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Johnson*) on January 24, 2006. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Johnson* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. Sole defendant 3M Company states in a letter response that it has no opposition to plaintiff's motion to vacate, on the ground that the amended complaint in *Johnson*, filed on November 23, 2005, deleted all previous allegations relating to asbestos exposure.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-257" filed on January 24, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY

IMAGED MAR 14 2006