

MAR 20 2006
FILED
CLERK'S OFFICE

FILED FEB 17 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :
:
:
_____ x

CIVIL ACTION NO. 2 MDL 875

This Document Relates to: :

Law Offices of David M. Lipman :

United States District Court :
Middle District of Florida :
  (Orlando Division) :
:
Ann HAUCK., No. 6:04-CV-1835 :
:
[In the event the above-listed case is a multiple :
plaintiff (victim) action, this transfer is for the :
above-named party only, or said parties repre- :
sentative, and any spousal or dependent actions.]: 
_____ x

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Middle District of Florida, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

OFFICIAL FILE COPY

IMAGED MAR 2 1 2006

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Middle District of Florida for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 2/17/2006

James T. Giles                    J.

ENTERED

FEB 1 7 2006

CLERK OF COURT