MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 21 2006

FILED
CLERK'S OFFICE

Before the Panel on Multidistrict Litigation
MDL Docket No. 875
In Re: Asbestos Products Liability Litigation (No. VI)

Originating

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO BELLU ET UX. KJELLFRID BELLU § § § | |
| VS. § | CIVIL ACTION NO. 06-0608 |
| Diamond Offshore (USA), Inc., et al. § Murphy Exploration & Production Co. § Odeco Drilling (UK) Limited., and § Diamond Offshore, Limited § | Hon. A.J. McNamara SECT. D; MAGIS. 5 |

PLAINTIFFS' NOTICE OF OPPOSITION TO
Conditional Transfer Order CTO-259

Defendants removed, under diversity jurisdiction, this action raised by two aliens against two alien defendants and two citizens of different States, claiming that the alien defendants have no connection to the claim. Mario Bellu worked for years for one of the alien defendants and served upon a vessel owned by the other when the two were affiliates of Ocean Drilling & Exploration Co. The removing party has not and cannot show that the aliens were "fraudulently joined." Because there is no diversity of citizenship where an alien sues another alien (absent a dispute between citizens of different States), there is no jurisdiction under 28 U.S.C. 1332(a). The action should be remanded to state court for lack of subject matter jurisdiction.

COME NOW Plaintiffs Mario and Kjellfrid Bellu who, pursuant to MDL Rule 7.4, file their timely Notice of Opposition to **Conditional Transfer Order CTO-259** which would transfer this maritime action into the Asbestos MDL 875. Plaintiffs further move the Court to remand this action to state court for an utter lack of subject matter jurisdiction.

**OFFICIAL FILE COPY**

IMAGED MAR 21 2006

JOSEPH C. BLANKS, P.C.
Post Office Drawer 999
DOUCETTE, TEXAS 75942-0999
409-837-9707 FAX 409-837-9045
Texas Bar No. 02456770

Respectfully submitted,

_____
Joseph C. Blanks

LAW OFFICE OF HERSCHEL L. HOBSON
2190 Harrison Street
BEAUMONT, TEXAS 77701
409-838-6410 FAX 409-838-6084
Louisiana Bar No. 21244

_____
Randall D. Collins
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I served a true copy of the above **Notice of Opposition** on attorneys of record James Daigle & Robert Emmett at LEMLE KELLEHER, 601 Poydras St. — Suite 2100; New Orleans, LA 70130-6097, as counsel for all defendants, incl. Murphy Exploration & Production Co. on March 17, 2006, by first class mail, CRRR., and by telecopier the same date at 504-584-9142.

_____
Randall D. Collins/Joseph C. Blanks