

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 21 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(In Re: Condition Transfer Order (CTO-259))

CASE ORIGINATES FROM
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL CATANIA, ET AL | CIVIL ACTION |
| VERSUS | |
| ANCO INSULATIONS, INC., ET AL | NO. 05-1418-JJB-DLD |

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

NOW INTO COURT, through undersigned counsel, come plaintiffs, Michael Catania, surviving spouse of Barbara Catania, and Kristen Catania, child of Barbara Catania, who file this Notice of Opposition to Conditional Transfer Order entered on March 9, 2006, on the grounds that this action was originally filed in state court, was improperly removed by the defendants, and plaintiffs are seeking to have the case remanded to the state court from which it was removed.[1] Moreover, the current case (M.D. Louisiana, C.A. No. 05-1418-JJB-DLD) is the wrongful death component of the prior survival case (M.D. Louisiana, C.A. No. 3:02-368) which has already been addressed by the Judicial Panel on MultiDistrict Litigation ("Panel") and Judge Charles R. Weiner. Upon Judge Charles R. Weiner's Suggestion of Remand dated April 7, 2003 (See Attachment 1), the Panel issued Remand Orders dated April 30, 2003, and August 13, 2003, remanding the survival case back to the United State District Court for the Middle District of Louisiana for the handling of

---

[1] It is respectfully submitted that the federal court has no jurisdiction over this bystander exposure matter, and as there is no federal jurisdiction in this case, remand is mandatory. *Insinga v. LaBella*, 845 F.2d 249 (11th Cir. 1988); *Bobby Jones Garden Apartments v. Suleski*, 391 F.2d 172 (5th Cir. 1968); *Covington v. Indemnity Ins. Co.*, 251 F.2d 930 (5th Cir. 1958).

-1-

**OFFICIAL FILE COPY**

IMAGED MAR 21 2006

the case. (See Attachments 2 & 3). Thereafter, discovery was completed, all motions were resolved, and the case proceeded to trial in November of 2003. During jury selections, the survival case was settled by all defendants. (See Attachment 4).

The only additional event since the settlement of the survival action was the death of Barbara Catania on January 18, 2005. The instant case is being handled by the same judge, Honorable James J. Brady, who handled the survival action prior to Barbara Catania's death. In the instant case, it is submitted that the case is ready for trial. Thus, a Remand Order should be issued in the current collateral wrongful death matter, and the defendants should be estopped from contesting this remand under principles of collateral estoppel.

**WHEREFORE**, plaintiffs oppose the conditional transfer order of this collateral matter.

Respectfully submitted,

ROUSSEL & ROUSSEL

GEROLYN P. ROUSSEL - 1134
PERRY J. ROUSSEL, JR. - 20351
1710 Cannes Drive
LaPlace, LA 70068
Telephone: (985) 651-6591
ATTORNEYS FOR PLAINTIFFS,
MICHAEL AND KRISTEN CATANIA

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Opposition to Conditional Transfer Order has been filed with the Clerk of the Panel, the Clerk of Court for the United State District Court for the Middle District of Louisiana, and has been served upon the parties listed below (as reflected on Attachment "A") by mailing same to each, properly addressed and postage prepaid, on this 20th day of March, 2006.

Gerolyn P. Roussel

-2-

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2006 MAR 20 P 4:18
RECEIVED CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY :     **FILED** APR - 7 2003
LITIGATION (NO. VI) :
:
_____x

This Document Relates to: :     CIVIL ACTION NO. MDL 875

Law Offices of Roussel & Roussel :

United States District Court :
Middle District of Louisiana :

Barbara CATANIA, C.A. No. 3:02-368 :
:
[In the event the above-listed case is a multiple :
plaintiff (victim) action, this transfer is for the :
above-named party only, or said parties repre- :
sentative, and any spousal or dependent actions.]:
_____x

2006 MAR 20 P 4: 18
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Middle District of Louisiana, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary


EXHIBIT 1

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Middle District of Louisiana for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 4/7/2003

_____
Charles R. Weiner    J.

ENTERED
APR - 7 2003
CLERK OF COURT

2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 30 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Barbara Catania, et al. v. ACandS, Inc., et al.*, E.D. Pennsylvania (M.D. Louisiana, C.A. No. 3:02-368)

### CONDITIONAL REMAND ORDER

The transferee court in this litigation has: 1) severed all claims for punitive or exemplary damages in the above-captioned action assigned to the court; and 2) advised the Panel that coordinated or consolidated pretrial proceedings with respect to the remaining claims in the above-captioned action have been completed, and that remand of those claims to the transferor court, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that all claims in the above-captioned action except the severed claims for punitive or exemplary damages be remanded to the United States District Court for the Middle District of Louisiana.

IT IS ALSO ORDERED that pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001), the transmittal of this order to the transferee clerk for filing shall be stayed fifteen days from the date of this order and if any party files a Notice of Opposition with the Clerk of the Panel within this fifteen-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), R.P.J.P.M.L., and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded and furnish said Clerk all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

EXHIBIT
2

**A CERTIFIED TRUE COPY**

AUG 13 2003

ATTEST:

MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

2003 AUG 26   A 9:50
FILED
CLERK'S OFFICE
BY DEPUTY CLERK

**DOCKET NO. 875**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Barbara Catania, et al. v. ACandS, Inc., et al.*, E.D. Pennsylvania (M.D. Louisiana, C.A. No. 3:02-368)
*Vonnie K. Agner, et al. v. Fluor Daniel, Inc., et al.*, E.D. Pennsylvania (W.D. North Carolina, C.A. No. 3:98-138)
*Vonnie K. Agner, et al. v. Fluor Daniel, Inc., et al.*, E.D. Pennsylvania (W.D. North Carolina, C.A. No. 3:98-220)

**BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, BRUCE M. SELYA,* JULIA SMITH GIBBONS, D. LOWELL JENSEN, J. FREDERICK MOTZ* AND ROBERT L. MILLER, JR., JUDGES OF THE PANEL**

**SEPARATION OF CLAIMS AND REMAND ORDER**

Before the Panel are two motions, pursuant to Rule 7.6(f), R.P.J.P.M.L., 199 F.R.D. 425, 438 (2001), brought by i) defendants Dow Chemical Co., Exxon Mobil Corp., and DSM Copolymer in one MDL-875 action previously transferred by the Panel under Section 1407 from the Middle District of Louisiana, and ii) defendants Fluor Daniel, Inc., Fluor Daniel Environmental Services, Inc., Fluor Daniel Services Corp., and SOS International, Inc., in two MDL-875 actions previously transferred by the Panel under Section 1407 from the Western District of North Carolina. Movants seek to vacate orders entered by the Panel in their respective action(s), pursuant to which the Panel conditionally remanded all claims in the actions except claims for punitive or exemplary damages that had previously been severed in the actions by the transferee court. Plaintiffs in each of the three actions support remand

On the basis of the papers filed and hearing session held, the Panel finds that remand of the non-punitive/exemplary damage claims is appropriate at this time. The following quotation from an earlier Panel opinion is very instructive:

Date Docketed
AUG 2 6 2003
Notices Mailed

The Panel's Rules of Procedure provide that the Panel shall consider the questions of remand on the motion of any party, on the suggestion of the transferee court or on the Panel's own initiative. Rule [7.6(c)], R.P.J.P.M.L., [199] F.R.D. [425, 437 (2001)]. In considering the question of remand, the Panel has consistently given great weight to the transferee judge's determination that remand of a particular action at a particular time is appropriate because the transferee judge, after all, supervises the day-to-day pretrial proceedings. *See, e.g., In re IBM Peripheral EDP Devices Antitrust Litigation*, 407 F. Supp. 254, 256 (J.P.M.L. 1976). The transferee judge's notice of suggestion of remand to the Panel is obviously an indication that he perceives his role under Section 1407 to have

DOCKET #
214

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 08/18/03
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

*Judges Selya and Motz took no part in the decision of this matter with respect to...

**EXHIBIT 3**

- 2 -

ended. *In re Air Crash Disaster Near Dayton, Ohio, on March 9, 1967*, 386 F.Supp. 908, 909 (J.P.M.L. 1975).

*In re Holiday Magic Securities and Antitrust Litigation*, 433 F.Supp. 1125, 1126 (J.P.M.L. 1977).

In the matter now before us, the transferee judge has entered orders reflecting his determination that remand of the non-punitive/exemplary damage claims in the three actions is now appropriate. The number of Section 1407 remands in this docket is proportionately small, because under Judge Charles R. Weiner's stewardship the vast majority of transferred actions have been successfully concluded in the transferee district during the course of Section 1407 pretrial proceedings (as of July 23, 2003, over 73,500 such actions have been closed in the transferee district). This success rate makes us particularly reluctant to overrule Judge Weiner's advice when he determines, with respect to a given constituent action, that i) common pretrial proceedings have been completed, ii) resolution in the transferee district is no longer likely, and iii) remand of the action or claims therein has become the preferred course. We therefore will adopt Judge Weiner's suggestion and order remand of the suggested claims in the three actions.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, all claims in *Barbara Catania, et al. v. ACandS, Inc., et al.*, E.D. Pennsylvania (M.D. Louisiana, C.A. No. 3:02-368) except the severed claims for punitive or exemplary damages are remanded to the Middle District of Louisiana; and all claims in *Vonnie K. Agner, et al. v. Fluor Daniel, Inc., et al.*, E.D. Pennsylvania (W.D. North Carolina, C.A. No. 3:98-138) and *Vonnie K. Agner, et al. v. Fluor Daniel, Inc., et al.*, E.D. Pennsylvania (W.D. North Carolina, C.A. No. 3:98-220) except the severed claims for punitive or exemplary damages are remanded to the Western District of North Carolina.

FOR THE PANEL:

*[signature]*

Wm. Terrell Hodges
Chairman

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

03 NOV 20 PM 2: 13

SIGN_____
by DEPUTY CLERK

BARBARA CATANIA, ET AL.

VERSUS

A C AND S, INC., ET AL.

CIVIL ACTION

NO. 02-368-D

## ORDER

This matter having settled after the jury had been picked and the court finding it appropriate to assess the costs of the jury;

IT IS HEREBY ORDERED that the plaintiffs be taxed with the costs of the jury in this case in the amount of $3,175.04, as reflected on the attached memorandum.

Baton Rouge, Louisiana, November 2014, 2003.

JAMES J. BRADY, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

Date Docketed
NOV 2 0 2003
Notices Mailed To:

JJB
SE
Cnol 19

EXHIBIT
4

INITIALS | DOCKET#
BS | 747

## ATTACHMENT "A" - COUNSEL LIST

**ANCO INSULATION, INC.**
Janet L. MacDonell, T.A. #17315
Margaret M. Joffe #17643
755 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-5144
FAX: (504) 566-1201

**BAYER CROPSCIENCE, INC. (AS SUCCESSOR TO AVENTIS CROPSCIENCE USA, INC. F/K/A AMCHEM PRODUCTS, INC)**
Lawrence E. Abbott #2276
Deborah D. Kuchler, T.A. #17013
Sarah E. Iiams, T.A. #22418
Ernest G. Foundas #24419
McGready L. Richeson #29398
Michael H. Abraham #22915
Abbott, Simses & Kuchler, APLC
400 Lafayette Street, Suite 200
New Orleans, LA 70130
Phone: (504) 568-9393
FAX: (504) 524-1933

**CBS CORPORATION (FORMERLY KNOWN AS VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, FORMERLY KNOWN AS WESTINGHOUSE ELECTRIC CORPORATION)**
Leon Gary, Jr. #5959
William L. Schuette #2096
Olivia Smith Regard #27114
James C. Percy #10413
Michele W. Crosby #20152
Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.
8555 United Plaza Boulevard
Four United Plaza, Fifth Floor
Baton Rouge, LA 70809-7000
Phone: (225) 248-2000
FAX: (225) 248- 3051

**CHEMTURA CORPORATION, F/K/A CROMPTON MANUFACTURING COMPANY, INC., F/K/A UNIROYAL CHEMICAL COMPANY, INC.**
S. Gene Fendler, T.A. #5510

1

Scott C. Seiler #19784
G. C. Slawson, Jr. #20613
Khristina D. Miller #24373
Nancy P. Brechtel #27974
Charles B. Wilmore #28812
Liskow & Lewis
701 Poydras Street, Suite 5000
One Shell Square
New Orleans, LA 70139-5099
Phone: (504) 581-7979
FAX: (504) 556-4108

**THE DOW CHEMICAL COMPANY**
David M. Bienvenu, Jr. (20700)
Todd S. Manuel (25780)
Jennifer M. Sigler (27083)
Elisabeth Quinn Zelden (27616)
Kathleen A. Gendusa (28835)
TAYLOR, PORTER, BROOKS & PHILLIPS, LLP
451 Florida Street, 8th Floor
P.O. Box 2471
Baton Rouge, LA 70821
Phone: 225-387-3221
Fax: 225-346-8049

**DSM Copolymer, Inc.**
David K. Nelson #17075
Gregory M. Anding #23622
Jeffrey N. Boudreaux #26810
Kean, Miller, Hawthorne, D'Armond, McGowan
P.O. Box 3513
Baton Rouge, LA 70821
Telephone: (225)387-0999
Fax: (225) 388-9133

**EAGLE, INC.**
Lawrence G. Pugh, III #17351
Alison S. Borison #22958
Edward R. McGowan #26415
Majorie P. Costello #27416
Montgomery, Barnett, Brown,
 Read, Hammond & Mintz, L.L.P.
3200 Energy Centre
1100 Poydras Street

2

New Orleans, LA 70163-3200
Phone: (504) 585-3200
FAX: (504) 585-7688

**ENTERGY GULF STATES, INC.**
Mark E. Van Horn #14476
Carter B. Wright #13692
John J. Zvonek #24717
Taggert, Morton, Ogden, Staub, Rougelot & O'Brien, L.L.C.
2100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 599-8500
FAX: (504) 599-8501

**EXXON MOBIL CORPORATION**
Gary A. Bezet #3036
Barrye Panepinto Miyagi #21794
Robert E. Dille #23037
Gregory M. Anding #23622
Scott D. Johnson #24732
Carol L. Galloway #16930
Alicia E. Wheeler #28803
Allison N. Benoit #29087
Kean, Miller, Hawthorne, D'Armond,
McCowan & Jarman, L.L.P.
Post Office Box 3513
Baton Rouge, LA 70821
Phone: (225) 387-0999
FAX: (225) 388-9133

**FOSTER WHEELER LLC**
Lynn Luker, T. A. #8935
Lynn Luker & Associates, LLC
3433 Magazine Street
New Orleans, LA 70115
Phone: (504) 525-5500
FAX: (504) 525-5599

**GARLOCK SEALING TECHNOLOGIES, LLC (FORMERLY GARLOCK, INC.)**
Troy N. Bell #20099
Aultman, Tyner, Ruffin & Yarborough, Ltd.
400 Poydras Street, Suite 1900
New Orleans, LA 70130

Phone: (504) 528-9616
FAX: (504) 528-9640

**GENERAL ELECTRIC COMPANY**
Leon Gary, Jr. #5959
William L. Schuette #2096
Olivia Smith Regard #27114
James C. Percy #10413
Michele W. Crosby #20152
Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.
8555 United Plaza Boulevard
Four United Plaza, Fifth Floor
Baton Rouge, LA 70809-7000
Phone: (225) 248-2000
FAX: (225) 248- 3051

**THE MCCARTY CORPORATION**
Susan B. Kohn #14501
Douglas Kinler #24143
Michael Harold #20563
Simon, Peragine, Smith & Redfearn
30th Floor - Energy Center
1100 Poydras Street
New Orleans, LA 70163-3000
Phone: (504) 569-2030
FAX: (504) 569-2999

**OWENS-ILLINOIS, INC.**
Richard L. Forman
Laura Sanders Brown
Forman, Perry, Watkins, Krutz & Tardy, PLLC
Suite 1200, One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, MS 39225-2608
Phone: (601) 960-8600
FAX: (601) 960-3241 or 3242
*NEW ORLEANS OFFICE*
Forrest Ren Wilkes #22897
R. Dean Church, Jr.
1515 Poydras Street, Suite 1300
New Orleans, LA 70112
Phone: (504) 799-4383
FAX: (540) 79904384

4

**PHARMACIA CORP. (F/K/A MONSANTO CO.)**
Darryl J. Foster, T.A. #5734
David E. Redmann, Jr. #23267
Robert S. Emmett #23725
Kimberly C. Delk #28018
Lemle & Kelleher, L.L.P.
601 Poydras St., Suite 2100
New Orleans, LA 70130-6097
Phone: (504) 586-1241
FAX: (504) 584-9142

**REILLY-BENTON COMPANY, INC.**
Stephen Elliott
Robert A. Knight #19948
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
P.O. Box 55490
Metairie, LA 70055-5490
Phone: (504) 834-2612
FAX: (504) 838-9438

**RILEY POWER, INC. ( FORMERLY BABCOCK BORSIG POWER, INC.)**
Janet L. MacDonell, T.A. #17315
Theodore L. White #20029
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-5144
FAX: (504) 566-1201

**ROYAL INDEMNITY COMPANY**
(As successor in interest to Queens Insurance Company of America and to Royal Insurance Company in its capacity as an alleged insurer of the Aber Company)
Lawrence G. Pugh, III #17351
Alison S. Borison #22958
Edward R. McGowan #26415
Karina P. Gentinetta #24430
Montgomery, Barnett, Brown, Read, Hammond & Mintz, LLP
3200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3200
Phone: (504) 585-7668
FAX: (504) 200-6968

**STONE & WEBSTER, INC.–BANKRUPT (AS PER NOTICE FILED W/ US MIDDLE**

5

**DISTRICT ON 1/24/06)**
**Bankruptcy was declared on 6/2/00**
Judith A. Lockhart
Carter, Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
(212) 238-8603

**TAYLOR-SEIDENBACH, INC.:**
Claude A. Greco #18920
C. Kelly Lightfoot #17027
Ann E. Medo #24556
Michael E. Hill #25708
Spiro G. Latsis #24517
David C. Bach #28484
HAILEY, MCNAMARA, HALL, LARMANN, & PAPALE, LLP
Suite 1400, One Galleria Blvd.
P.O. Box 8288
Metairie, LA 70001-8288
Telephone: (504) 836-6500

**THE TRAVELERS INDEMNITY COMPANY AND THE TRAVELERS INSURANCE COMPANY (AS INSURERS OF THE ABER COMPANY, INC.)**
Ralph S. Hubbard, III #7040
Claude F. Bosworth #20711
Kristopher T. Wilson #23978
Seth A. Schmeeckle #27076
Lugenbuhl, Burke, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street
27th Floor, Pan-American Life Center
Suite 2775
New Orleans, LA 70130-6017
Phone: (504) 568-1990
FAX: (504) 310-9195