# FORMAN PERRY WATKINS KRUTZ & TARDY LLP

ATTORNEYS AT LAW

LAURA D. GOODSON
goodsonld@fpwk.com
Direct Dial: (601) 969-4297

200 South Lamar Street
City Centre Building, Suite 100
Jackson, Mississippi 39201-2131

Post Office Box 22608
Jackson, Mississippi 39225-2608

Telephone: 601-960-8600
Main Facsimile: 601-960-8613

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 22 2006

FILED
CLERK'S OFFICE

REQUEST BY DEFTS. OWENS-ILLINOIS, INC., ET AL., FOR EXTENSION OF TIME TO FILE RESPONSE -- GRANTED TO AND INCLUDING **MARCH 24, 2006 ONLY**
mjb 3/22/06

March 21, 2006

Michael J. Beck, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

**VIA FACSIMILE**

RE: *Request for Extension to File* Opposition to Plaintiffs' Motion and Brief to Vacate Conditional Transfer Order CTO-256 (see attached Exhibit A of cases)

Dear Mr. Beck:

Upon recent inquiry by an attorney at my firm regarding the final transfer of the referenced cases, we were informed by the Panel that plaintiffs had filed a Motion and Brief to Vacate Conditional Transfer Order, specifically CTO-256, on or about February 16, 2006. Counsel for defendants never received service of plaintiffs' motion and brief in these matters from plaintiffs' counsel. In fact, counsel for defendants received plaintiffs' motion and brief in the referenced matters via facsimile from the Panel, earlier today. Due to the plaintiffs' lack of service upon defendants, defendants have been unable to respond to their motion and brief to vacate the Conditional Transfer Order.

It is undisputed that the instant cases are asbestos related actions that could be transferred to the Eastern District of Pennsylvania for coordination and consolidation in MDL 875. Upon review of the plaintiffs' motion and brief to vacate, counsel for defendants finds the same to be non-meritorious. The only argument that plaintiffs assert to oppose the transfer of these cases to MDL 875 is that the District Court does not have subject matter jurisdiction over their claims and motions to remand are pending in these cases. The Panel has rejected identical arguments against transfer over and over again. In previous transfers to MDL 875, the Panel has made clear that "distinctions based on such matters as the pendency of motions or other matters before the transferor court" do not present a basis "for carving out exceptions to transfer in this extraordinary docket." MDL-875 Transfer Order, *Deronda Greer et al. v. Baird & Co. et al.*, N.D. Mississippi, C.A. No. 4:03-116 (J.P.M.L. Oct. 27, 2003), at 1. Counsel for defendants would like to further discuss the tenuous grounds of the plaintiffs' motion and brief to vacate in greater detail in a formal response and brief.

**OFFICIAL FILE COPY**
Dallas • Houston • New Orleans
www.fpwkt.com

IMAGED MAR 2 2 2006

Notified counsel by phone & fax (tb).

Michael J. Beck, Clerk of the Panel
March 21, 2006
Page 2

Accordingly, counsel for defendants respectfully request that this Court grant them an opportunity to respond to Plaintiffs' Motion and Brief to Vacate Conditional Transfer Order and grant defendants 10 business days, until April 3, 2006, to file their response to same.

If you or your staff should have any questions regarding this matter, please do not hesitate to contact me. Thank you for your attention to this matter.

Sincerely,
FORMAN PERRY WATKINS KRUTZ & TARDY LLP

Laura D. Goodson

LDG:almw
Attachment

## SCHEDULE OF ACTIONS (Excerpted from CTO-256)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

<u>Southern District of Mississippi</u>
*Troy Washington, Jr. v. Sellers Engineering Co., et al.*, C.A. No. 1:05-498 (Judge Walter J. Gex III)
*Robert L. Allen, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-505 (Judge Walter J. Gex III)
*Arnold E. Barkdull v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-506 (Judge Walter J. Gex III)
*Robert C. Bowers v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-507 (Judge Walter J. Gex III)
*Marvin E. Boyd v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-508 (Judge Walter J. Gex III)
*Donald Brent v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-509 (Judge Walter J. Gex III)
*Claude E. Brister v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-510 (Judge Walter J. Gex III)
*C.W. Brown v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-511 (Judge Walter J. Gex III)
*Decatur B. Byrd, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-512 (Judge Walter J. Gex III)
*Paul Carroll v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-513 (Judge Walter J. Gex III)
*Billy J. Case, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-514 (Judge Walter J. Gex III)
*Carl N. Chance v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-515 (Judge Walter J. Gex III)
*Sam Curry v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-516 (Judge Walter J. Gex III)
*Marion Davis v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-517 (Judge Walter J. Gex III)
*Jimmy T. Dickerson v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-518 (Judge Walter J. Gex III)
*Waldo M. Dixon, Jr. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-519 (Judge Walter J. Gex III)
*J.P. Doss v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-520 (Judge Walter J. Gex III)
*Jesse W. Dulaney v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-521 (Judge Walter J. Gex III)
*Wilkie R. Dunaway, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-522 (Judge Walter J. Gex III)
*Marion C. Elledge v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-523 (Judge Walter J. Gex III)
*Samuel F. Farmer, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-524 (Judge Walter J. Gex III)
*Alvin Fitzgerald, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-525 (Judge Walter J. Gex III)
*Carroll S. Greer v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-526 (Judge Walter J. Gex III)
*David Hill, Jr. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-527 (Judge Walter J. Gex III)
*Charles L. Holley v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-528 (Judge Walter J. Gex III)
*Osborne Jones v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-529 (Judge Walter J. Gex III)
*Jack H. Jordan v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-530 (Judge Walter J. Gex III)
*Charles W. Lewis, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-531 (Judge Walter J. Gex III)
*Frank Magruder, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-532 (Judge Walter J. Gex III)
*John E. Netherland, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-533 (Judge Walter J. Gex III)
*John E. Newman, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-534 (Judge Walter J. Gex III)
*Robert E. Parker v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-535 (Judge Walter J. Gex III)
*John W. Price, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-536 (Judge Walter J. Gex III)
*Buford E. Reeves v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-537 (Judge Walter J. Gex III)
*Sidney L. Scarborough v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-538 (Judge Walter J. Gex III)
*Dayton D. Smith, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-539 (Judge Walter J. Gex III)
*Samuel E. Smith, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-540 (Judge Walter J. Gex III)
*Curtis M. Standberry, Sr., etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-541 (Judge Walter J. Gex III)
*William R. Thornton, Sr. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-542 (Judge Walter J. Gex III)
*D.S. Turner v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-543 (Judge Walter J. Gex III)
*James Vance v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-544 (Judge Walter J. Gex III)
*Floyd Westbrook v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-545 (Judge Walter J. Gex III)
*W.I. Westbrook v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-546 (Judge Walter J. Gex III)
*Grover E. White, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-547 (Judge Walter J. Gex III)
*C.L. Womack v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-548 (Judge Walter J. Gex III)
*Willie Young, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-549 (Judge Walter J. Gex III)
*Caleb R. Jones v. Crane Co., et al.*, C.A. No. 1:05-555 (Judge Walter J. Gex III)



EXHIBIT A