

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 3 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Ronald Jacob Laughter, Individually and as Administrator of the Estate and as Representative of the Wrongful Death Beneficiaries of Carolyn Sue Laughter v. Georgia-Pacific Corporation;*
United States District Court for the Northern District of Mississippi, Delta Division;
Civil Action No. 2:06CV007-P-A

### NOTICE OF OPPOSITION
### PURSUANT TO RULE 7.4 OF THE RULES OF PROCEDURE
### OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PURSUANT to Rule 7.4(c) of the *Rules of Procedure of the Judicial Panel on Multidistrict Litigation*, the Plaintiffs hereby file this their Notice of Opposition to the Conditional Transfer Order entered March 9, 2006, in the above-cited case by the Clerk of the Panel transferring this action to the United States District Court for the Eastern District of Pennsylvania (MDL Docket No. 875).

In accordance with Rule 7.4(d) of the *Rules of Procedure of the Judicial Panel on Multidistrict Litigation*, the Plaintiffs, within fifteen (15) days of the filing of this Notice of Opposition, will file a Motion to Vacate the Conditional Transfer Order and brief in support thereof.

Respectfully submitted, this the 22nd day of March, 2006.

_____
LOUIS H. WATSON, JR.
SHANA D. FONDREN
Attorneys for Plaintiff

OF COUNSEL:

LOUIS H. WATSON, JR., P.A,
520 East Capitol Street
Jackson, MS 39201
Telephone:     (601) 968-0000
Facsimile:       (601) 968-0010



**OFFICIAL FILE COPY**

IMAGED MAR 2 3 2006

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff hereby certifies that this date a true and correct copy of the above and foregoing document has been sent by United States Mail, postage prepaid, to the following counsel of record:

Chan E. McLeod, Esq.
Laura D. Goodson, Esq.
Forman, Perry, Watkins, Krutz & Tardy
Post Office Box 22608
Jackson, MS 39225-2608

This the 22nd day of March, 2006.

_____
LOUIS H. WATSON, JR.

RECEIVED CLERK'S OFFICE
2006 MAR 22 P 12: 59
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION