JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 7 2006

FILED
CLERK'S OFFICE

**DOCKET NO. 875**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**NOTICE OF OPPOSITION**

COMES NOW, Plaintiffs in *James Turner v. Ameron International Corp., et al.*, MSS 1 05-663; *Thomas A. Chisolm v. Ingersoll-Rand Co., et al.*, MSS 1 05-665; *Leon V. Hartfield v. Allied Signal, Inc., et al.*, MSS 1 670; *Joseph Harris, Jr. v. General Electric Co., et al.*, MSS 1 676; *Florence Brooks Harris v. General Electric Co., et al.*, MSS 1 05-677; *Dorothy Harris v. General Electric Co., et al.*, MSS 1 05-678; *Billy R. Perkins v. Minnesota Mining & Manufacturing Co., et al.*, MSS 1 05-684; *Deborah McDonald, etc. v. Minnesota Mining & Manufacturing Co., et al.*, MSS 1 06-62; *Dorothy Huffman, etc. v. Minnesota Mining & Manufacturing Co., et al.*, MSS 1 06-99.; by and through counsel, and files this their Notice of Opposition to the Conditional Transfer Order (CTO-259).

RESPECTFULLY SUBMITTED, this the 24th day of March, 2006.

By: _____
Timothy W. Porter
Attorney for Plaintiffs



**OFFICIAL FILE COPY**

IMAGED MAR 2 7 2006

Of Counsel:

Timothy W. Porter, MSB No. 9687
Patrick C. Malouf, MSB No. 9702
Kimberly A. Courtney, MSB No. 100799
John T. Givens, MSB No. 101561
PORTER & MALOUF, P.A.
Post Office Box 12768
Jackson, Mississippi 39236-2768
Telephone: (601) 957-1173
Facsimile: (601) 957-7366

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 27 2006

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, Timothy W. Porter, the undersigned counsel for Plaintiff, do hereby certify that I have this caused to be served, via U.S. Mail, postage fully prepaid, a true and correct copy of *Plaintiff's Notice of Opposition* to all counsel of record at their usual and regular mailing addresses listed on Exhibit "A".

This, the 24th day of March, 2006.

Timothy W. Porter

## INVOLVED COUNSEL LIST (CTO-259)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY PRODUCTS (NO. VI)

F. S. Aldridge III
Hunter, MacLean, Exley & Dunn
P.O. Box 9848
Savannah, GA 31412

David W. Allen
Goodell, DeVries, Leech & Dann, LLP
One South Street
20th Floor
Baltimore, MD 21202

John M. Anderson
Bassford Remele, PA
33 South Sixth Street
Suite 3800
Minneapolis, MN 55402-3701

Peter G. Angelos
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Cynthia W. Antonucci
Harris Beach, LLP
805 3rd Avenue
20th Floor
New York, NY 10022

Franklin Keith Ball
Currie, Johnson, Griffin, Gaines
 & Myers
P.O. Box 750
Jackson, MS 39205-0750

Jeffrey A. Barnwell
Leath, Bouch & Crawford
134 Meeting Street
P.O. Box 59
Charleston, SC 29402

Andrew P. Bell
Law Offices of Gene Locks, LLC
110 East 55th Street
New York, NY 10022

Richard V. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Thomas P. Bernier
Segal, McCambridge, Singer
 & Mahoney, Ltd.
217 E. Redwood Street
21st Floor
Baltimore, MD 21202-3316

V. Brian Bevon
Motley Rice, LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Gary A. Bezet
Kean, Miller, Hawthorne, D'Armond
One American Place
22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821-3513

Scott R. Bickford
Martzell & Bickford
338 Lafayette Street
New Orleans, LA 70130

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Janet W. Black
Donaldson & Black, P.A.
208 West Wendover Avenue
Greensboro, NC 27401

Joseph C. Blanks
P.O. Drawer 999
Doucette, TX 75942

Joel M. Bondurant, Jr.
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

Timothy W. Bouch
Leath, Bouch & Crawford
P.O. Box 59
Charleston, SC 29402-0059

Howard Michael Bowers
Nexsen, Pruet, Adams, Kleemeier, LLC
205 King Street, Suite 400
P.O. Box 486
Charleston, SC 29402

John J. Boyd, Jr.
Lord & Whip, P.A.
Charles Center South
36 S Charles Street
10th Floor
Baltimore, MD 21201

A. Todd Brown
Hunton & Williams
Bank of America Plaza
101 Sout Tryon Street
Suite 3500
Charlotte, NC 28280

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39531-1377

Lisa N. Busch
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038

Barry C. Campbell
Baker, Donelson, Bearman, Caldwell
 & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

William T. Causby
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

**EXHIBIT "A"**

INVOLVED COUNSEL LIST (CTO-259) - MDL-875                                                                                    Page 2 of 7

Lawrence M. Coco, III
Carroll Bufkin Fulcher & Coco, PLLC
1700 Lelia Drive
Jackson, MS 39216

Michael T. Cole
Nelson, Mullins, Riley & Scarborough
P.O. Box 1806
Charleston, SC 29402

Randall D. Collins
Law Offices of Herschel L. Hobson
2190 Harrison Street
Beaumont, TX 77701

Keith E. Coltrain
Elmore & Wall, PA
P.O. Box 10937
Raleigh, NC 27605

John F. Conley Sr.
Glasser & Glasser, P.L.C.
Crown Center Building
Suite 600
580 East Main Street
Norfolk, VA 23510

William David Conner
Haynsworth Sinkler Boyd
75 Beattie Place
Eleventh Floor
P.O. Box 2048
Greenville, SC 29602

James H. Daigle
Lemle & Kelleher, L.L.P.
301 Main Street
Suite 1100
Baton Rouge, LA 70825

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

William S. Davies Jr.
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Building, 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

H. Lee Davis, Jr.
Davis & Hamrick, L.L.P.
P.O. Drawer 20039
Winston-Salem, NC 27120-0039

Whitney Aaron Davis
Charter Davis, LLP
1730 I Street
Suite 240
Sacramento, CA 95814

William Pearce Davis
Baker, Ravenel & Bender
P.O. Box 8057
Columbia, SC 29202

Frank J. Deangelis
Mound, Cotton, Wollan & Greengrass
60 Park Place
Newark, NJ 07102-5497

Steven Michael Dicker
Dicker & Dicker
300 West Adams Street
Suite 330
Chicago, IL 60606

David R. Donadio
Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94948-6169

Thomas F. Dougall
Law Office of Thomas F. Dougall
1713 Woodcreek Farms Road
Elgin, SC 29045

John J. Dugan
Wolf, Block, Schorr & Solis-Cohen
1940 Route 70 East
Suite 200
Cherry Hill, NJ 08003

Walter W. Dukes
Dukes, Dukes, Keating & Faneca
P.O. Drawer W
Gulfport, MS 39502-0680

Katherine S. Duyer
Gavett & Datt, PC
15850 Crabbs Branch Way
Suite 180
Rockville, MD 20855

Theodore M. Eder
Segal, McCambridge, Singer & Mahoney, Ltd.
805 3rd Avenue
19th Floor
New York, NY 10022

James H. Elliott, Jr.
Barnwell, Whaley, Patterson & Helms
885 Island Park Drive
Charleston, SC 29492-0197

C. Michael Evert, Jr.
Evert & Weathersby, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

James J. Fabian
Pfeifer & Fabian
326 Saint Paul Place
Suite 100
Baltimore, MD 21202

S. Gene Fendler
Liskow & Lewis
One Shell Square
701 Poydras Street
Suite 5000
New Orleans, LA 70139

Phillip Ferderigos
Barnwell, Whaley, Patterson & Helms
P.O. Drawer H.
Charleston, SC 29402

Jessica D. Ferrill
Marks, O'Neill, O'Brien & Courtney, PC
600 Baltimore Avenue
Suite 305
Towson, MD 21204

John S. Fetten
Pollock, Montgomery & Chapin, P.C.
P.O. Box 013
Lamington Road
Bedminster, NJ 07921

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Barry W. Ford
Baker, Donelson, Bearman, Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Shannon S. Frankel
Young, Moore & Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622

INVOLVED COUNSEL LIST (CTO-259) - MDL-875                                   Page 3 of 7

Dawn E. Fulce
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Patricia C. Gandy
Butler, Snow, O'Mara, Stevens
& Cannada, PLLC
P. O. Box 22567
Jackson, MS 39225-2567

Christian H. Gannon
Segal, McCambridge, Singer
& Mahoney, Ltd.
805 3rd Avenue
New York, NY 10022

Leon Gary, Jr.
Jones, Walker, Waechter, et al.
Four United Plaza
8555 United Plaza Boulevard
5th Floor
Baton Rouge, LA 70809

Dan J. Gendreau
Rider Bennett, LLP
33 South Sixth Street
Suite 4900
Minneapolis, MN 55402

Kathleen A. Gendusa
Taylor, Porter, Brooks & Phillips
P. O. Box 2471
451 Florida Street, 8th Floor
Baton Rouge, LA 70820

James H. Gidley
Perkins & Coie
1120 N.W. Couch Street
10th Floor
Portland, OR 97209-4128

Frank J. Gordon
Millberg Gordon & Stewars, PLLC
1101 Haynes Street
Suite 104
Raleigh, NC 27604

William M. Graham
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Robert V. Greenlee
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Andrew S. Halio
Halio & Halio
P.O. Box 747
Charleston, SC 29402-0747

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Scott Harford
Lynch Daskal Emery, LLP
264 West 40th Street
New York, NY 10018

Josephine H. Hicks
Parker, Poe, Adams & Bernstein
2500 Charlotte Plaza
Charlotte, NC 28244

Jonathan P. Hilbun
Montgomery, Barnett, Brown, Read.
1100 Poydras St.
3200 Energy Centre
New Orleans, LA 70163-3200

M. King Hill, III
Venable, LLP
Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201-2978

Jeffrey J.A. Hinrichsen
Charter Davis, LLP
1730 I Street
Suite 240
Sacramento, CA 95814

Robert H. Hood
Hood Law Firm
172 Meeting Street
P.O. Box 1508
Charleston, SC 29402

James Gordon House, III
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Ralph S. Hubbard, III
Lugenbuhl, Wheaton, et al.
601 Poydras Street
Suite 2775
New Orleans, LA 70130

Christopher C. Humphrey
Klett, Rooney, Lieber & Schorling
550 Broad Street
Suite 810
Newark, NJ 07102-4517

George L. Inabinet Jr
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Heather Ashman Johnson
Kean, Miller, et al.
301 Main Street
18th Floor
P.O. Box 3513
Baton Rouge, LA 70821

Arthur Timothy Jones
Hawkins & Parnell, LLP
4000 SunTrust Plaza
300 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Thomas J. Joyce, III
Hannon & Joyce
900 Centerton Road
Mount Laurel, NJ 08054

Shawn Anton Kachmar
Hunter, MacLean, Exley & Dunn
P.O. Box 9848
200 East St. Julian Street
Savannah, GA 31412

INVOLVED COUNSEL LIST (CTO-259) - MDL-875　　　　　　　　　　　　　　　　　　　　　　Page 4 of 7

Christopher M. Kelly
Gallivan, White & Boyd, P.A.
P.O. Box 10589
Greenville, SC 29603

Sean X. Kelly
Marks, O'Neill, O'Brien & Courtney, PC
6981 N. Park Drive
Suite 300
Pennsauken, NJ 08109

James G. Kennedy
Pierce, Herns, Sloan & McLeod
The Blake House
321 East Bay Street
P.O. Box 22437
Charleston, SC 29413

Kristi D. Kennedy
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box 750
Jackson, MS 39205-0750

Matthew E. Kiely
Parker, Dumler & Kiely, LLP
200 Charles Center South
36 South Charles Street
Baltimore, MD 39201-2703

Robert D. Klein
Wharton, Levin, Ehrmantraut, Klein & Nash
104 West Street
P.O. Box 551
Annapolis, MD 21404-0551

James H. Knight
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101-0652

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Andrew E. Kristianson
Helms, Mulliss & Wicker, PLLC
P.O. Box 27507
Raleigh, NC 27507

Deborah D. Kuchler
Abbott, Simses & Kuchler
400 Lafayette Street
Suite 200
New Orleans, LA 70130

Matthew P. Lachaussee
Dogan & Wilkinson, PLLC
P. O. Box 1618
Pascagoula, MS 39568-1618

Arnold C. Lakind
Szaferman, Lakind, Blumstein, Watter & Blader
Quaker Bridge Executive Center
101 Grovers Mill Road
Suite 104
Lawrenceville, NJ 08648

Carter T. Lambeth
Johnson & Lambeth
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

Daphne M. Lancaster
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Christopher K. Lightfoot
Hailey, McNamara, Hall, Larmann & Papale
One Galleria Boulevard
Suite 1400
P.O. Box 8288
Metairie, LA 70011-8288

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

F. Ford Loker, Jr.
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202

Lynn M. Luker
Lynn Luker & Associates
3433 Magazine Street
New Orleans, LA 70115

Steven Andrew Luxton
Edwards, Burns and Krider, LLP
201 N. Charles Street
Suite 1402
Baltimore, MD 21201

Janet L. MacDonell
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

Genevieve MacSteel
McGuire Woods, LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105

Christopher O. Massenburg
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Alexander J. May
Brassel & Baldwin
112 West Street
Annapolis, MD 21401

Damon G. McClain
Sedgwick, Detert, Moran & Arnold
One Market Plaza
Steuart Tower
8th Floor
San Francisco, CA 94105

Moffatt Grier McDonald
Haynsworth Sinkler Boyd
P.O. Box 2048
Greenville, SC 29602

R. Bruce McElhone
Law Offices of Peter G. Angelos, P.C.
100 North Charles Street
One Charles Center
22nd Floor
Baltimore, MD 21201

Carolyn Alleen McLain
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

INVOLVED COUNSEL LIST (CTO-259) - MDL-875                                    Page 5 of 7

Charles E. McLeod
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Edward W. Mizell
Butler, Snow, O'Mara, Stevens & Cannada , PLLC
P. O. Box 22567
Jackson, MS 39225-2567

Willard J. Moody, Jr.
Moody, Strople, Kloeppel, et al.
500 Crawford Street
Commerce Bank Bldg., Suite 300
P.O. Box 1138
Portsmouth, VA 23705

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

John J. Nagle, III
Bodie, Nagle, Dolina, Smith & Hobbs
21 W. Susquehanna Avenue
Towson, MD 21204

David K. Nelson
Kean, Miller, Hawthorne, D'Armond.
One American Place
22nd Floor
P.O. Box 3513
Baton Rouge, LA 70825-3513

Scott A. Niebling
Brayton Purcell, LLP
621 S.W. Morrison
Suite 955
Portland, OR 97205

Richard P. O'Leary
McCarter & English, L.L.P.
245 Park Avenue
27th Floor
New York, NY 10022

Alison E. O'Neal
Forman, Perry, Watkins, Krutz & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Steven W. Ouzts
Turner, Padget, Graham & Laney, PA
P.O. Box 1473
Columbia, SC 29202

Peter T. Paladino, Jr.
Goldberg Persky Jennings & White
Ketchum Center, 3rd Floor
1030 5th Avenue
Pittsburgh, PA 15219

Steven J. Parrott
Parrott Firm
36 South Charles Street
Suite 1300
Baltimore, MD 21201

Donald C. Partridge
Forman, Perry, Watkins, Krutz & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Lisa M. Pascarella
Pehlivanian & Braaten, LLC
2430 Route 34
P.O. Box 648
Manasquan, NJ 08736

Malcolm R. Patterson
Forman, Perry, Watkins, Krutz & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Monica F. Patterson
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Edward R. Paul
Paul, Durham, James, Flandreau, et al.
320 West Front Street
P.O. Box D
Media, PA 19063

Timothy Peck
Smith Moore LLP
P.O. Box 21927
Greensboro, NC 27420

Richard M. Perles
Lee, Futrell & Perles, LLP
201 St. Charles Avenue
Suite 2409
New Orleans, LA 70170

Douglas B. Pfeiffer
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202-1487

Robert John Phocas
Womble, Carlyle, Sandridge & Rice
301 S. College Street
3300 One First Union Center
Charlotte, NC 28202

Andrew L. Plauche Jr.
Plauche, Maselli, Landry & Parkerson
201 St. Charles Avenue
Suite 4240
New Orleans, LA 70170-4240

Michael S. Polk
Sieben, Polk, LaVerdiere, Jones & Hawn
999 Westview Drive
Hastings, MN 55033-2495

Timothy W. Porter
Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236-2768

Lawrence G. Pugh III
Montgomery, Barnett, Brown, Read.
1100 Poydras Street
3200 Energy Centre
New Orleans, LA 70163-3200

Steven J. Pugh
Richarson, Plowden, Carpenter & Robinson, PA
P.O. Drawer 7788
Columbia, SC 29202

David J. Quigg
Mccarter & English, LLP
300 E. Lombard Street
Suite 1000
Baltimore, MD 21202

R. Thomas Radcliffe, Jr.
Dehay & Elliston, LLP
36 S. Charles Street
13th Floor
Baltimore, MD 21201

William C. Reeves
Smith, Reeves & Yarborough, PLLC
6360 I-55 North
Suite 201
Jackson, MS 39211

INVOLVED COUNSEL LIST (CTO-259) - MDL-875　　　　　　　　　　　　　　Page 6 of 7

Giovanni Regina  
Waters, McPherson, McNeill, P.C.  
233 Broadway  
Suite 970  
New York, NY 10279  

Giovanni Regina  
Waters, McPherson, McNeill, P.C.  
300 Lighting Way  
Secaucus, NJ 07096  

Vincent F. Reilly  
Reilly, Janiczek & McDevitt, P.C.  
Kevon Office Center, Suite 240  
2500 McClellan Boulevard  
Pennsauken, NJ 09109  

John J. Repcheck  
Marks, O'Neill, O'Brien & Courtney  
3200 Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  

Joseph A. Rhodes, Jr.  
Ogletree, Deakins, Nash, Smoak  
& Stewart  
P.O. Box 2757  
Greenville, SC 29602  

Jonathan G. Roquemore  
Turner, Padget, Graham & Laney, PA  
P.O. Box 1473  
Columbia, SC 29202  

Samuel M. Rosamond, III  
Crawford Lewis, PLLC  
400 Poydras Street  
Suite 2100  
New Orleans, LA 70130  

Gerolyn Roussel  
Roussel & Roussel  
1710 Cannes Drive  
Laplace, LA 70068  

John D. Roven  
Roven, Kaplan & Wells, L.L.P.  
2190 North Loop West  
Suite 410  
Houston, TX 77018  

Michael W. Rutledge  
Spyridon, Koch & Palermo, LLC  
Three Lakeway Center, Suite 3010  
3838 N. Causeway Blvd.  
Metairie, LA 70002  

Richard D. Schuster  
Vorys, Sater, Seymour & Pease, LLP  
52 East Gay Street  
P.O. Box 1008  
Columbus, OH 43216  

Neil Selman  
Selman, Breitman & Burgess  
11766 Wilshire Boulevard  
Sixth Floor  
Los Angeles, CA 90025  

Dan Shaked  
Shaked & Posner  
225 West 34th Street  
Suite 705  
New York, NY 10122  

Scott D. Shellenberger  
Law Offices of Peter G. Angelos, P.C.  
One Charles Center  
100 North Charles Street  
22nd. Floor  
Baltimore, MD 21201-3804  

Stacey L. Sims  
Morris, Sakalarios & Blackwell, PLLC  
1817 Hardy Street  
Hattiesburg, MS 39401  

Robert N. Spinelli  
Kelley, Jasons, McGuire & Spinelli  
Centre Square West  
15th Floor  
Philadelphia, PA 19102  

William B. Stewart  
Copeland, Cook, Taylor & Bush  
P.O. Box 6020  
Ridgeland, MS 39158-6020  

Matthew R. Straus  
L'Abbate, Balkan, Colavita & Contini  
1050 Franklin Avenue  
Garden City, NY 11530  

Robert W. Sullivan  
Segal, McCambridge, Singer  
& Mahoney, Ltd.  
217 E. Redwood Street  
21st Floor  
Baltimore, MD 21202-3316  

Robert E. Swickle  
Jaques Admiralty Law Firm, P.C.  
1570 Penobscot Building  
The Maritime Asbestosis Legal Clinic  
Detroit, MI 48226  

Michael A. Tanenbaum  
Sedgwick, Detert, Moran & Arnold  
Three Gateway Center  
12th Floor  
Newark, NJ 07102  

Jennifer M. Techman  
Evert & Weathersby, LLC  
3405 Piedmont Road, N.E.  
Suite 225  
Atlanta, GA 30305  

Mark S. Thomas  
Maupin, Taylor, PA  
P.O. Drawer 19764  
Raleigh, NC 27619-9764  

Michael P. Thornton  
Thornton & Naumes, L.L.P.  
100 Summer Street  
30th Floor  
Boston, MA 02110  

John T. Tierney, III  
Goldberg, Persky & White, PC  
1030 Fifth Avenue  
Pittsburgh, PA 15219  

Patrick T. Tierney  
Collins, Buckley, Sauntry & Haugh  
West 1100 First National Bank Building  
332 Minnesota Street  
St. Paul, MN 55101  

Tracy E. Tomlin  
Nelson, Mullins, Riley & Scarborough  
100 North Tryon Street  
Suite 2400  
Charlotte, NC 28202-4000  

David G. Traylor, Jr.  
Nelson, Mullins, Riley & Scarborough  
1330 Lady Street  
Keenan Building, 3rd Floor  
P.O. Box 11070  
Columbia, SC 29211

INVOLVED COUNSEL LIST (CTO-259) - MDL-875                     Page 7 of 7

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

John E. Wade, Jr.
Brunini, Grantham, Grower & Hewes
P. O. Drawer 119
Jackson, MS 39205-0119

Herbert I. Waldman
Nagel, Rice & Mazie, LLP
301 South Livingston Avenue
Suite 201
Livingston, NJ 07039-3373

Mark Hedderman Wall
Elmore & Wall
P.O. Box 1200
Charleston, SC 29402

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Henry N. Ware, Jr.
Spotts Fain, PC
411 E Franklin St
P.O. Box 1555
Richmond, VA 23218-1555

Louis H. Watson, Jr.
Watson & Heidelberg
520 East Capitol Street
Jackson, MS 39201-2703

Jacob H. Wellman
Teague, Campbell, Dennis & Gorham
1621 Midtown Place
Raleigh, NC 27609-7553

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Paul A. Weykamp
Law Offices of Paul A. Weykamp
110 St. Paul Street
Suite 300
Baltimore, MD 21202

James C. White
Moore & Van Allen
P.O. Box 13706, NC 27709

Michael E. Whitehead
Page, Mannino, Peresich
 & McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Stephen B. Williamson
Van Winkle, Buck, Wall, Starnes
 & Davis, P.A.
11 N. Market Street
P.O. Box 7376
Ashville, NC 28802-7376

Gordon P. Wilson
Lugenbuhl, Wheaton, et al.
601 Poydras Street
Suite 2775
New Orleans, LA 70130

I. Timothy Zarsadias
Dean & Gibson, L.L.P.
Cameron Brown Building
Suite 900
301 South McDowell Street
Charlotte, NC 28204-2686