JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 27 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

DOCKET NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS PLEADING APPLIES TO:

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| DANIEL MELFORD | CIVIL ACTION |
|---|---|
| VERSUS | |
| PETER TERRITO, ET AL | NO. 05-1405-JVP-DLD |

**PLAINTIFF'S NOTICE OF OPPOSITION
TO TRANSFER PURSUANT TO 28 U.S.C. § 1407**

Plaintiff, though undersigned counsel, objects to the transfer of the above captioned matter to the United States District Court for the Eastern District of Pennsylvania for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407 and respectfully states as follows:

1. On or about March 16, 2006, the undersigned received a Conditional Transfer Order (CTO-259), wherein plaintiff was given until March 24, 2006 to file a Notice of Opposition.

Page -1-

OFFICIAL FILE COPY

IMAGED MAR 27 2006

2. In light of extenuating circumstances (plaintiff has malignant mesothelioma), coupled with the substantial amount of discovery that has already been complete, the lack of defendants in this case who are common to the MDL proceeding, the potential disruption of the Middle District of Louisiana scheduling order and defendant, Northrop Grumman Systems Corporation, filing a Motion for Summary Judgment, plaintiff opposes the transfer of this action pursuant to 28 U.S.C. § 1407 to the United States District Court for the Eastern District of Pennsylvania.

3. Accordingly, plaintiff is filing herewith a Motion to Vacate the Conditional Transfer Order at issue herein and a brief in support thereof.

WHEREFORE, Plaintiff, prays that the Conditional Transfer Order at issue herein be vacated.

Respectfully Submitted,

MARTZELL & BICKFORD

_____
SCOTT R. BICKFORD (La. Bar # 1165)
SPENCER R. DOODY (La. Bar # 27795)
JEFFREY M. BURG (La. Bar # 25993)
338 Lafayette Street
New Orleans, Louisiana 70130
(504)581-9065
(504)581-7635 fax
Attorney for Plaintiff

## NOTICE

A copy of this Notice of Opposition to Transfer pursuant to 28 U.S.C. § 1407 and related documents have been served by regular mail on counsel of record for all represented parties and upon all unrepresented parties to the above captioned action this 23rd day of March, 2006.

_____
Jeffrey M. Burg
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading on all counsel on the panel service list attached hereto by placing same in the United States Mail, properly addressed and postage prepaid on this the 23rd day of March, 2006.

_____
JEFFREY M. BURG

F:\Clients\Melford, Daniel\Pleadings USDC-MDLA\opp cto.wpd