

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 9 2006

FILED
CLERK'S OFFICE

### DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-259)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,471 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 2 7 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY

IMAGED MAR 2 7 2006

## SCHEDULE CTO-259 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DIST. DIV. C.A. #               CASE CAPTION

CALIFORNIA NORTHERN
CAN  3  05-5293                 Janis Pierce, et al. v. Viad Corp., et al.
CAN  4  06-163                  Scott Abbott, et al. v. General Electric Co., et al.

ILLINOIS NORTHERN
ILN  1  05-4714                 Charles Swanger v. Canadian National/Illinois Central Railroad

LOUISIANA EASTERN
~~LAE  2  06-608~~                 ~~Mario Bellu, et al. v. Diamond Offshore (USA), Inc., et al.~~ **Opposed 3/21/06**

LOUISIANA MIDDLE
~~LAM  3  05-1405~~                ~~Daniel W. Melford, Sr. v. Peter Territo, et al.~~ **Opposed 3/27/06**
~~LAM  3  05-1418~~                ~~Michael Catania, et al. v. Anco Insulations, Inc., et al.~~ **Opposed 3/21/06**

MARYLAND
MD  1  94-3507                  Ernestine Hodge v. Fibreboard Corp., et al.
MD  1  05-808                   Joseph E. Hart, et al. v. Anchor Packing Co., et al.
MD  1  05-3416                  Richard G. Fuller, etc. v. ACandS, Inc., et al.
MD  1  06-30                    Janice E. Mann, et al. v. Anchor Packing Co., et al.
MD  1  06-74                    Betty Jane Zengel, etc. v. Anchor Packing Co., et al.
MD  1  06-397                   Mary R. Raver, etc. v. John Crane-Houdaille, Inc., et al.

MAINE
ME  1  06-10                    Maynard P. Boivin, et al. v. Metropolitan Life Insurance Co., et al.
ME  2  06-18                    Shaun E. Sullivan, et al. v. Metropolitan Life Insurance Co., et al.

MINNESOTA
MN  0  06-441                   Michael E. Blaisdell v. Garlock Sealing Technologies, LLC, et al.
MN  0  06-445                   Eino Himango v. Garlock Sealing Technologies, LLC, et al.
MN  0  06-448                   John J. Krezel v. Garlock Sealing Technologies, LLC, et al.
MN  0  06-450                   Richard W. Roy v. Garlock Sealing Technologies, LLC, et al.

MISSISSIPPI NORTHERN
~~MSN  2  06-7~~                   ~~Ronald Jacob Laughter, etc. v. Georgia-Pacific Corp.~~ **Opposed 3/23/06**

MISSISSIPPI SOUTHERN
MSS  1  05-576                  Christine Allen, etc. v. Minnesota Mining & Manufacturing Co., et al.
~~MSS  1  05-663~~                 ~~James Turner v. Ameron International Corp., et al.~~ **Opposed 3/27/06**
~~MSS  1  05-665~~                 ~~Thomas A. Chisolm v. Ingersoll-Rand Co., et al.~~ **Opposed 3/27/06**
~~MSS  1  05-670~~                 ~~Leon V. Hartfield v. Allied Signal, Inc., et al.~~ **Opposed 3/27/06**
~~MSS  1  05-676~~                 ~~Joseph Harris, Jr. v. General Electric Co., et al.~~ **Opposed 3/27/06**
~~MSS  1  05-677~~                 ~~Florence Brooks Harris v. General Electric Co., et al.~~ **Opposed 3/27/06**
~~MSS  1  05-678~~                 ~~Dorothy Harris v. General Electric Co., et al.~~ **Opposed 3/27/06**
~~MSS  1  05-684~~                 ~~Billy R. Perkins v. Minnesota Mining & Manufacturing Co., et al.~~
                                **Opposed 3/27/06**
~~MSS  1  06-62~~                  ~~Deborah McDonald, etc. v. Minnesota Mining & Manufacturing Co., et al.~~
                                **Opposed 3/27/06**
~~MSS  1  06-99~~                  ~~Dorothy Huffman, etc. v. Minnesota Mining & Manufacturing Co., et al.~~
                                **Opposed 3/27/06**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**NORTH CAROLINA EASTERN**
NCE 7  05-197          Jimmy G. Cone, et al. v. Airco, Inc., et al.

**NORTH CAROLINA MIDDLE**
NCM 1  06-138          Anthony G. Joyce, et al. v. Aqua-Chem, Inc., et al.

**NORTH CAROLINA WESTERN**
NCW 1  05-369          John Harrill Martin, et al. v. Aqua-Chem, Inc., et al.
NCW 1  05-371          Thomas Faile, et al. v. Aqua-Chem, Inc., et al.
NCW 1  05-373          Elbert J. Mobley v. Aqua-Chem, Inc., et al.
NCW 1  05-374          Michael E. Yates, et al. v. Aqua-Chem, Inc., et al.
NCW 1  05-375          James C. Abernathy, et al. v. Aqua-Chem, Inc., et al.
NCW 1  05-376          Michael S. Collins, et al. v. Aqua-Chem, Inc., et al.
NCW 1  05-377          Norman E. Cox, Jr., et al. v. Aqua-Chem, Inc., et al.
NCW 1  05-379          Wayne D.  Little, et al. v. Aqua-Chem, Inc., et al.
NCW 1  05-380          Timothy Paul Loftin, et al. v. Aqua-Chem, Inc., et al.
NCW 1  05-381          Donald E. Bright, et al. v. Aqua-Chem, Inc., et al.
NCW 1  05-382          Kenneth W.  Karriker, Sr. v. Aqua-Chem, Inc., et al.
NCW 1  05-383          Glenda G. Cheek, etc. v. Aqua-Chem, Inc., et al.
NCW 1  05-384          Paul Eugene Dellinger, et al. v. Aqua-Chem, Inc., et al.
NCW 1  05-385          Kenneth E. Dellinger v. Aqua-Chem, Inc., et al.
NCW 1  05-386          Betty L. Mullis v. Aqua-Chem, Inc., et al.
NCW 1  05-387          Terry A. Ray v. Airco, Inc., et al.
NCW 1  05-393          Ruby A. Clark v. Aqua-Chem, Inc., et al.
NCW 1  06-10           Hubert T. Brown, et al. v. American Standard, Inc., et al.
NCW 1  06-17           Heyward J. Cantrell, et al. v. A.W. Chesterton, Inc., et al.
NCW 1  06-33           Charles Bolden, Jr., et al. v. Aqua-Chem, Inc., et al.
NCW 1  06-34           Robert F. Welcher, Jr., et al. v. Aqua-Chem, Inc., et al.
NCW 1  06-35           John Wayne Barker, et al. v. Aqua-Chem, Inc., et al.
NCW 1  06-36           Gary L. Sweet, et al. v. A.W. Chesterton, Inc., et al.
NCW 1  06-39           Tony Morris Caldwell v. Aqua-Chem, Inc., et al.
NCW 1  06-41           Stephen Humphries, et al. v. Aqua-Chem, Inc., et al.
NCW 1  06-43           Barry Eugene Kirby v. Aqua-Chem, Inc., et al.

**NEW JERSEY**
NJ 2  05-4522          Susan Kaiser, etc. v. American Standard, Inc., et al.

**NEW YORK EASTERN**
NYE 1  06-218          Robert W.  Ruffini, etc. v. A.W. Chesterton Co., et al.
NYE 1  06-255          Bobby Tipton v. A.W. Chesterton Co., et al.
NYE 1  06-315          Krzysztof Leszczynski, et al. v. A.W. Chesterton Co., et al.
NYE 1  06-316          Katherine Marie Queen, etc. v. A.W. Chesterton Co., et al.

**NEW YORK SOUTHERN**
NYS 1  05-4405         Enrique Gutierrez Huertas, et al. v. Garlock Sealing Technologies, LLC, et al.
NYS 1  05-4406         Jose Verano Rodriguez, et al. v. Garlock Sealing Technologies, LLC, et al.
NYS 1  05-4407         Juan Luna Izquierdo, et al. v. Garlock Sealing Technologies, LLC, et al.
NYS 1  05-4408         Jose Antonio Moreno Roman, et al. v. Garlock Sealing Technologies, LLC,  et al.
NYS 1  05-4410         Alfonso Bernal Hernandez, et al. v. Garlock Sealing Technologies, LLC, et al.
NYS 1  05-4411         Jose Maria Sabido Galera, et al. v. Garlock Sealing Technologies, LLC, et al.
NYS 1  06-199          Willard E. Bartel, et al. v. United States Lines Inc. Reorganization Trust
NYS 1  06-200          Isiah B. Brown v. United States Lines Inc. Reorganization Trust

SCHEDULE CTO-259 - TAG-ALONG ACTIONS - MDL-875                    Page 3 of 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **SOUTH CAROLINA** | |
| SC  0  05-3054 | Wayne C. Paquin, et al. v. Aqua-Chem, Inc., et al. |
| SC  0  05-3055 | George E.  Roof, et al. v. Aqua-Chem, Inc., et al. |
| SC  0  06-287 | Albertus Baker, et al. v. Aqua-Chem, Inc., et al. |
| SC  0  06-346 | James Matthew Caldwell v. Aqua-Chem, Inc., et al. |
| SC  2  04-22776 | Julius J.  Singletary, et al. v. Bell Asbestos Mines, Ltd. , et al. |
| SC  2  05-997 | Stanley D. Newman, et al. v. Owens-Illinois, Inc., et al. |
| SC  2  05-1491 | Paul D. Crisp v. Aventis Cropscience USA, Inc., et al. |
| SC  2  05-1579 | Lois L.  Blanton, etc. v. Owens-Illinois, Inc., et al. |
| SC  2  05-2056 | John F.  Aluza, et al. v. Owens-Illinois, Inc., et al. |
| SC  2  05-3124 | Frank R.  Ponzo, et al. v. Owens-Illinois, Inc., et al. |
| SC  2  05-3220 | Laura K. Smoak, etc. v. Owens-Illinois, Inc., et al. |
| SC  2  05-3332 | Linda Elaine Mizell Brinso Goodnough, et al. v. Bell Asbestos Mines, Ltd., et al. |
| SC  2  05-3337 | Ruth C.  Parks, etc. v. Owens-Illinois, Inc., et al. |
| SC  2  05-3485 | Earmine H. Kitt, etc.  v. Owens-Illinois, Inc., et al. |
| SC  2  06-335 | Milum Trent, et al. v. Airco, Inc., et al. |
| SC  2  06-403 | Raymond O.  McDaniel v. Owens-Illinois, Inc., et al. |
| SC  7  06-251 | Marcus Scott Childers, et al. v. Aqua-Chem, Inc., et al. |
| SC  7  06-378 | Odell A. Bennett, et al. v. Aqua-Chem, Inc., et al. |
| SC  8  05-3053 | Jimmy Steve Brock, Sr., et al. v. Aqua-Chem, Inc., et al. |
| SC  8  06-404 | John Henry Ware, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC  8  06-405 | William P. Vaughn, Sr. v. Aqua-Chem, Inc., et al. |
| | |
| **VIRGINIA EASTERN** | |
| VAE  4  06-3184 | Michael V.  Lowery v. Amchem Products, Inc., et al. |
| | |
| **WASHINGTON WESTERN** | |
| WAW  3  05-5829 | Eugene Clayton, et al. v. Newport News Shipbuilding & Dry Dock Co. |