*MDL 875*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 29 2006

## DOCKET NO. 875

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-260)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,464 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

# OFFICIAL FILE COPY

IMAGED MAR 29 2006

**SCHEDULE CTO-260 - TAG-ALONG ACTIONS**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

DIST. DIV. C.A. #                CASE CAPTION

MISSISSIPPI SOUTHERN

| | | |
|---|---|---|
| MSS 1 | 05-581 | Rickey J. Brown v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-582 | James W. Brumfield v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-583 | Ira Buchanan v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-584 | Bobby D. Burkett v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-585 | Ernest Carthan, Jr. v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-586 | John H. Cessna v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-587 | Willie W. Chisolm, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-588 | Jerry L. Coon v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-589 | Jewell Crossley, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-590 | Raymond Cyprian v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-591 | Lawrence P. Davis v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-592 | Owen Davis v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-593 | William N. Davis v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-594 | Deer, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-595 | Willie Carter v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-596 | Andrew Brown, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-597 | Carl Brower v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-598 | Omar W. Bounds v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-599 | James S. Baugh, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-600 | Charles E. Banks v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-601 | Gary M. Arceneaux v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-602 | L.C. Adams v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-603 | Geemes H. Smith v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-604 | Wilson D. Steed, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-605 | Jimmy C. Sumrall v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-606 | C.L. Thompson v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-607 | Melvin Tims v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-608 | Doyle T. Turner v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-609 | Eugene D. Turner v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-610 | Alfred J. Tyler v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-611 | Charles E. Vessel v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-612 | Adrian E. Vicknair, Jr. v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-613 | Wardell Wash v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-614 | Joe M. White v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-615 | Michael C. White v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-616 | Granderson Williams v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-617 | Andrew D. Woodall, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-618 | Roy Young, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-619 | York Sit v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-620 | Louis E. Simmons v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-621 | Robert W. Sills v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-622 | Wayne T. Rollins v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-623 | Bill T. Robinson v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-624 | Colin N. Roberts v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-625 | Robert Parker v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-626 | Kenneth W. Porter v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-627 | Oles Newsome v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-628 | Matthew Nobles v. Owens-Illinois, Inc., et al. |
| MSS 1 | 05-629 | Henry W. Griffin v. Owens-Illinois, Inc., et al. |

SCHEDULE CTO-260 - TAG-ALONG ACTIONS - MDL-875                    Page 2 of 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 05-630 | Peggy O'Neal Hoyt, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-631 | Kenneth Jennings v. Owens-Illinois, Inc., et al. |
| MSS 1 05-632 | Louis Johnson v. Owens-Illinois, Inc., et al. |
| MSS 1 05-633 | Glen E. Jones v. Owens-Illinois, Inc., et al. |
| MSS 1 05-634 | Jake K. Keith v. Owens-Illinois, Inc., et al. |
| MSS 1 05-635 | Charles M. Leggett v. Owens-Illinois, Inc., et al. |
| MSS 1 05-636 | Jimmie P. Lenoir v. Owens-Illinois, Inc., et al. |
| MSS 1 05-637 | Robert L. Lloyd v. Owens-Illinois, Inc., et al. |
| MSS 1 05-638 | Mitchell Magee v. Owens-Illinois, Inc., et al. |
| MSS 1 05-639 | Billy R. Marberry v. Owens-Illinois, Inc., et al. |
| MSS 1 05-640 | Jewel L. McDowell v. Owens-Illinois, Inc., et al. |
| MSS 1 05-641 | Louis B. McFatter v. Owens-Illinois, Inc., et al. |
| MSS 1 05-642 | Robert L. McField v. Owens-Illinois, Inc., et al. |
| MSS 1 05-643 | Robert L. Miller v. Owens-Illinois, Inc., et al. |
| MSS 1 05-644 | Joe Miciotto v. Owens-Illinois, Inc., et al. |
| MSS 1 05-645 | Otis Greer v. Owens-Illinois, Inc., et al. |
| MSS 1 05-646 | Jessie Gardner v. Owens-Illinois, Inc., et al. |
| MSS 1 05-647 | L.C. Fortner v. Owens-Illinois, Inc., et al. |
| MSS 1 05-648 | Clemmie Gales v. Owens-Illinois, Inc., et al. |
| MSS 1 05-649 | Perry R. Ely v. Owens-Illinois, Inc., et al. |
| MSS 1 05-650 | Chester L. Fedrick v. Owens-Illinois, Inc., et al. |
| MSS 1 05-651 | Early J. Ford v. Owens-Illinois, Inc., et al. |
| MSS 1 05-652 | Clarence D. Edwards v. Owens-Illinois, Inc., et al. |
| MSS 1 05-653 | Thomas J. Edwards v. Owens-Illinois, Inc., et al. |
| MSS 1 05-654 | Mary Carter, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-696 | Ella Louise Beck, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-697 | Roy Campbell, Jr., etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-698 | Isaac Colenberg, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-699 | Howard Jackson v. Owens-Illinois, Inc., et al. |
| MSS 1 05-700 | Joseph Jones, Sr. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-701 | Alfred E. Mims v. Owens-Illinois, Inc., et al. |
| MSS 1 05-702 | Raquel A. Mims, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-703 | Evelyn Pierson, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-704 | Rufus Puckett v. Owens-Illinois, Inc., et al. |
| MSS 1 05-705 | Regina Reed, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 06-14 | Albert J. Wyatt, Sr. v. Owens-Illinois, Inc., et al. |
| MSS 1 06-15 | Tommy E. Adams v. Owens-Illinois, Inc., et al. |
| MSS 1 06-16 | James V. Beck v. Owens-Illinois, Inc., et al. |
| MSS 1 06-17 | Alex Fleming, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 06-18 | Demetric Smith, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 06-19 | Governor Lawyer v. Owens-Illinois, Inc., et al. |
| MSS 1 06-20 | Kathy L. Parker, et al. v. Owens-Illinois, Inc., et al. |
| MSS 1 06-21 | Edward L. Perkins v. Owens-Illinois, Inc., et al. |
| MSS 1 06-22 | Bobby Jean Robertson, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 06-23 | James Sanders v. Owens-Illinois, Inc., et al. |
| MSS 1 06-24 | Tyree Wheeler v. Owens-Illinois, Inc., et al. |
| MSS 1 06-25 | Wardell Brooks v. Owens-Illinois, Inc., et al. |
| MSS 1 06-26 | James M. Carpenter v. Owens-Illinois, Inc., et al. |
| MSS 1 06-27 | Howrd Clark, Sr. v. Owens-Illinois, Inc., et al. |
| MSS 1 06-28 | Ike Ford, Jr. v. Owens-Illinois, Inc., et al. |
| MSS 1 06-29 | Willie Gordon v. Owens-Illinois, Inc., et al. |
| MSS 1 06-30 | Marion Harried v. Owens-Illinois, Inc., et al. |
| MSS 1 06-31 | Tom Hudson v. Owens-Illinois, Inc., et al. |
| MSS 1 06-32 | Nolan E. Taylor v. Owens-Illinois, Inc., et al. |
| MSS 1 06-33 | Roy D. Wroten v. Owens-Illinois, Inc., et al. |

SCHEDULE CTO-260 - TAG-ALONG ACTIONS - MDL-875

DIST. DIV. C.A. #                    CASE CAPTION

MISSISSIPPI SOUTHERN
MSS  1  06-109          Willie Dowell Gladwell v. Garlock, Inc.
MSS  1  06-122          Herman James Kemp v. Garlock, Inc.
MSS  1  06-123          Mike H. Price, Sr., et al. v. Garlock, Inc.
MSS  1  06-140          Carlton Delmer Neihaus v. Bondex International, Inc., et al.
MSS  1  06-141          David Lee Hubbard v. Bondex International, Inc., et al.
MSS  1  06-145          James David James v. Garlock, Inc., et al.
MSS  1  06-146          Henry Parker Stevens v. Certainteed Corp., et al.
MSS  1  06-147          Alvin Monroe Rhodes v. Garlock, Inc., et al.