

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 5 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION IN*

*RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*Ann Hauck v. Borg Warner Corp., et al.*, E.D. Pennsylvania (M.D. Florida, C.A. No. 6:04-1835)

## NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER

Defendants, FORD MOTOR COMPANY AND GENERAL MOTORS CORPORATION, through their undersigned attorneys, hereby provide Notice of Opposition to Conditional Remand Order filed by the Judicial Panel on Multidistrict Litigation on March 20th, 2006 in accordance with Rule 7.6(f)(ii) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. § 1407.

PLEADING NO. 4779

Respectfully submitted,

By: _____
HENRY SALAS, ESQUIRE
Fla. Bar No. 815268
ROBERT M. PEREZ, ESQUIRE
Fla. Bar No. 477494
Salas, Ede, Peterson & Lage, LLC.
6333 Sunset Drive
South Miami, Florida 33143
305-663-0000 – Telephone
305-663-0989 – Facsimile
*Counsel for Ford Motor Company
And General Motors Corporation*

**OFFICIAL FILE COPY**

IMAGED APR - 5 2006

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
2006 APR -4  A 10: 56
RECEIVED
CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 5 2006

# CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

WE HEREBY CERTIFY that on April 4th, 2006, we filed via facsimile (202-502-2888) and U.S. Mail the foregoing with the Clerk of the Panel, Michael J. Beck, One Columbus Circle, NE, Thurgood Marshall Federal Judiciary Building, Room G-255, North Lobby, Washington D.C. 20002.

HENRY SALAS, ESQUIRE
Fla. Bar No. 815268
ROBERT M. PEREZ, ESQUIRE
Fla. Bar No. 477494

WE FURTHER CERTIFY that we provided the foregoing document via facsimile and/or first class U.S. Mail to the following:

**Francis A. Anania, Esq.**
**Marisol Estevez, Esq.**
Anania, Bandklayder, Blackwell & Baumgarten
Nations Bank Tower, Suite 4300
100 SE 2nd Street
Miami, Florida 33131-2144
*Attorneys for Plaintiff*

**David Lipman, Esq.**
5901 SW 74th Street, Suite 304
Miami, FL 33143-5186
Telephone: 305-662-2600
Fax: 305-667-3361
*Attorneys for Plaintiff*

**Jeffrey M. Bell, Esq.**
Bell & Melamed, LLC
Spectrum Building I
4901 NW 17th Way, Suite 302
Fort Lauderdale, Florida 33309
954-489-2331 – Telephone

RECEIVED CLERK'S OFFICE
2006 APR -4 A 10: 56
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Chris N. Kolos, Esq.
Holand & Knight, L.L.P.
P.O. Box 1526
Orlando, FL 32802


Gail Cotton Silver, Esq.
Silver, Levy, Feldman & Bass, P.A.
500 S Australian Ave Ste 800
West Palm Beach Florida 334016237


Evelyn M. Fletcher, Esq.
Francis Spinthourakis, Esq.
Hawkins & Parnell
303 Peach Street Northeast
Suite 4000
Atlanta, Georgia 30308
Telephone: 404-614-7571
Fax: 404-614-7500
*Attorneys for Dana Corp*


C. Michael Evert, Jr., Esq.
Fran Spinelli, Esq.
Evert & Weathersby
3405 Piedmont Road, # 225
Atlanta, Georgia 30305
Telephone: 404-233-8718
Fax: 404-233-8933
*Attorneys for Goodyear Tire & Rubber Company*


Julie Feigles, Esq.
Adorno & Yoss
Adorno & Yoss LLP
2525 Ponce De Leon Blvd. Ste 400
Miami, Florida 33134-6044
*Attorneys for Honeywell*

**Virginia Easley Johnson, Esq.**
**Jana Marie Fried, Esq.**
Foley & Mansfield
4770 Biscayne Blvd., Suite 1030
Miami, FL 33137
Telephone: 305-438-9899
Fax: 305-438-9819
*Attorneys for Burns International Services Corp., Borg Warner Corp., & Deere & Co.*


**M. Stephen Smith, Esq.**
**Robert Hanreck, Esq.**
Rumberger, Kirk & Caldwell
Brickell Bayview Centre, Suite 3000
80 SW 8th Street
Miami, FL 33130-3047
Telephone: 305-358-5577
Fax: 305-371-7580
*Attorneys for American Honda Motor Co., Cummins, Inc.; Hennessy Industries; Nissan North America, Inc. & Toyota Motor North America, Inc.*


**Hugh J. Turner, Esq.**
Ackerman Senterfitt
Las Olas Centre II
350 E. Las Olas Blvd., Suite 1600
Ft. Lauderdale, Fl 33301
Telephone: 954-463-2700
Fax: 954-463-2224
*Attorneys for McCord Corp.*


**Stephen Edelstein, Esq.**
1200 Anastasia Ave., Suite 410
Coral Gables, Fl 33134
Telephone: 305-444-5660
*Attorneys for Ingersoll-Rand Co.*

**Susan Cole, Esq.**
**Kathleen M. LaBarge, Esq.**
Bice Cole Law Firm, PL
2801 Ponce de Leon Blvd., Suite 550
Coral Gables, Fl 33134
Telephone: 305-444-1225
Fax: 305-446-1598
*Attorneys for Kelsey-Hayes*

**Myron Shapiro, Esq.**
**Kenn W. Goff, Esq.**
Herzfeld & Rubin
80 SW 8th St., Suite 1920
Miami, Fl 33130
Telephone: 305-381-7999
Fax: 305-381-823
*Attorneys for Briggs-Stratton Corp.*