JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 6 2006

FILED
CLERK'S OFFICE

BEFORE THE JPML

~~IN THE UNITED STATES DISTRICT COURT~~
~~FOR THE EASTERN DISTRICT OF PENNSYLVANIA~~

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | * * CIVIL ACTION NO. MDL 875 |
| This Document Relates to: | * * |

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DANIEL W. MELFORD, SR.            CIVIL ACTION NO.: 05-1405

VERSUS                            SECTION: "A"

                                  MAGISTRATE: 3

PETER TERRITO, et al

---

### BRIEF IN OPPOSTION TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Defendant Murphy Exploration & Production Company ("Murphy"), submits that this action is a "tag along" action under Rule 1.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, that transfer to Multidistrict Litigation number 875 (asbestos) is appropriate pursuant to 28 U.S.C. § 1407(c)(ii), and that certain statements in Plaintiff's Motion to Vacate Conditional Transfer Order and its accompanying brief in support have already been recognized by the Panel as insufficient grounds to deny transfer and further plaintiff's brief contains inaccuracies regarding the status of discovery in this action.

OFFICIAL FILE COPY

IMAGED APR - 7 2006

1.

Plaintiff in his brief in support of his Motion to Vacate Conditional Transfer Order contends that this action should not be transferred to MDL 875 on the grounds that purportedly substantial discovery has been completed (this point is contested as set forth below), that the case is "unique," and that plaintiff may be deceased before trial.

2.

The Panel has already recognized that such grounds are insufficient to warrant rescinding a transfer: "In particular, we note that in the Panel's original decision distinctions based on such matters as the pendency of motions or other matters before the transferor court, the uniqueness of a party's status, the type of defendant, the docket condition of any specific federal district, the stage of pretrial proceedings, the presence of unique claims or additional claims not relating to asbestos personal injury or death, and/or the unanimity of opposition to the transfer by the parties to an action, were considered and rejected by the Panel as grounds for carving out exceptions to transfer in this extraordinary docket." *In re Asbestos Product Liability Litigation (No.VI)*, 170 F.Supp.2d 1348, 1349 (Jud.Pan.Mult.Lit. 2001).

3.

Further, contrary to plaintiff's contentions, much discovery has yet to be preformed by the parties in the instant action. Beyond plaintiff's perpetuation deposition, no other depositions have been taken. Moreover, initial disclosures have only recently been completed and beyond the "master discovery" plaintiff presumably propounded to himself, no other written discovery has been answered. Clearly, discovery in this case in not complete nor anywhere near completion.

Accordingly, Murphy submits that the Panel should transfer this suit for consolidation with Multidistrict Litigation number 875 (asbestos) in the Eastern District of Pennsylvania.

>Respectfully submitted,
>
>**LEMLE & KELLEHER, L.L.P.**
>
>_____
>**JAMES H. DAIGLE (#4455)**
>**DAVID E. REDMANN, JR. (Bar #23267)**
>**ROBERT S. EMMETT (Bar #23725)**
>**THOMAS A. PORTEOUS (Bar #27039)**
>21st Floor, Pan American Life Center
>601 Poydras Street
>New Orleans, LA 70130-6097
>Telephone: (504) 586-1241
>Facsimile: (504) 584-9142
>
>ATTORNEYS FOR DEFENDANT,
>MURPHY EXPLORATION &
>PRODUCTION COMPANY

### Certificate of Service

The foregoing was served pursuant to Panel Rule 5.2 on all parties or their attorneys of record by delivering by U.S. mail a copy to them, postage prepaid and properly addressed, this ___31___ day of ___March___ 2006.

_____

RECEIVED CLERK'S OFFICE 2006 APR -5 P 4:32 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 6 2006

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | * * * | CIVIL ACTION NO. MDL 875 |
| This Document Relates to: | * * | |

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL W. MELFORD, SR. | CIVIL ACTION NO.: 05-1405 |
| VERSUS | SECTION: "A" |
| | MAGISTRATE: 3 |
| PETER TERRITO, et al | |

### CERTIFICATE OF SERVICE

Undersigned counsel certifies that the following counsel were served with Brief in Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order and Corporate Disclosure Statement of Murphy Exploration & Production Company, via U.S. Mail on March 31, 2006:

Richard C. Binzley, Esq.
Thompson Hine, LLP
127 Public Square, 3900 Key Center
Cleveland, Ohio  44114
*Lead Counsel for Defendants (in the Seamen Cases)*

Edward J. Cass, Esq.
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, Ohio  44115
*Counsel for Goodall Defendants*

2006 APR -5 P 4: 32
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

Adam N. Chud, Esq.
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036
***JPML Service Counsel for Center for Claims Resolution***

David A. Damico, Esq.
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, Pennsylvania 15212
***Counsel for Fela Defendants***

Raymond P. Forceno, Esq.
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, Pennsylvania 19106-2574
***Counsel for Fela Plaintiffs***

Ellen B. Furman, Esq.
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, Pennsylvania 19103
***National Counsel***

Susan M. Hansen, Esq.
Brownson & Baltou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, Minnesota 55402
***National Counsel***

Reginald S. Kramer, Esq.
Oldham & Dowling
195 South Main Street
Suite 300
Akron, Ohio 44308-1314
***National Counsel***

David C. Landin, Esq.
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
***Counsel for Peripheral Defendants***

Gene Locks, Esq.
Greitzer & Locks
1500 Walnut Street
Philadelphia, Pennsylvania 19102
***Plaintiffs' Liaison Counsel***

Ronald L. Motley, Esq.
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29264
***Plaintiffs' Liaison Counsel***

John J. Repcheck, Esq.
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, Pennsylvania 15219
***Counsel for Peripheral Defendants***

John D. Roven, Esq.
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, Texas 77018
***Counsel for Fela Plaintiffs***

Richard D. Schuster, Esq.
Vory's Sater, Seymour & Pease, LLP
52 East Gay Street
Post Office Box 1008
Columbus, Ohio 43216
***National Coordinating Counsel for B. F. Goodrich Co.***

2

Neil Selman, Esq.
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, California  90025
**National Counsel**

Robert N. Spinelli, Esq.
Kelley, Jasons, McGuire & spinelli, LLP
Centre Square West
15th Floor
Philadelphia, Pennsylvania  19102
**Defendants Liaison Counsel**

Robert E. Swickle, Esq.
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, Michigan  48226
**National Counsel**

Andrew J. Trevclise, Esq.
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, Pennsylvania  19103
**Defendants' Liaison Counsel**

James K. Weston, II, Esq.
Tom Riley Law Firm
4040 First Avenue, N.E.
Post Office Box 998
Cedar Rapids, Iowa  52406
**National Counsel for Raymark Industries, Inc.**

Scott Bickford, Esq.
Jeffrey M. Burg, Esq.
Martzell & Bickford
338 Lafayette Street
New Orleans, LA  70130
**Counsel for Plaintiff**

Gary A. Lee, Esq.
Lee, Futrell & Perles, LLP
Suite 4120
201 St. Charles Avenue
New Orleans, Louisiana  70170-4120
**Counsel for Peter Territo**

Stephen Elliott, Esq.
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
Post Office Box 55490
Metairie, Louisiana  70055-5490
**Counsel for Reilly-Benton, Inc.**

Lawrence G. Pugh, III, Esq.
Montgomery, Barnett, Brown, Read, Hammond & Mintz, L.L.P.
3200 Energy Centre
1100 Poydras Street
New Orleans, Louisiana  70163-3200
**Counsel for Eagle, Inc.**

Susan Kohn, Esq.
Simon, Peragine, Smith & Redfearn, L.L.P.
30th Floor, Energy Centre
1100 Poydras Street
New Orleans, Louisiana  70163-3000
**Counsel for McCarty Corporation**

Dean Church, Esq.
Forman, Perry, Watkins, Krutz & Tardy, PLLC
Suite 1300
1515 Poydras Street
New Orleans, Louisiana  70112
**Counsel for O-I**

Lynn Luker, Esq.
Lyn Luker & Associates
3433 Magazine Street
New Orleans, Louisiana  70115
**Counsel for Foster Wheeler**

3

Michael A. McGlone, Esq.
Kean Miller Hawthorne D'Armond
McCowan and Jarman
Post Office Box 3513
One American Place, 22nd Floor
Baton Rouge, Louisiana 70821
**Counsel for Noble Drilling**

Kevin M. Jordan, Esq.
Baker Botts, LLP
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995
**Counsel for Union Carbide Corporation**

Alex E. Cosculluela, Esq.
Adams and Reese, LLP
4400 One Houston Center
1221 McKinney
Houston, Texas 77010
**Counsel for ConocoPhillips**

Melvin A. Eiden, Esq.
Rabalais, Hanna & Hebert
701 Robley Drive
Lafayette, Louisiana 70503
**Counsel for Montello, Inc.**

Gary Bezet, Esq.
Kean Miller Hawthorne D'Armond
McCowan and Jarman
Post Office Box 3513
One American Place, 22nd Floor
Baton Rouge, Louisiana 70821
**Counsel for Gulf Oil Corporation**

Brian Bossier, Esq.
Blue Williams, LLP
9th Floor
3421 North Causeway Boulevard
Metairie, Louisiana 70002
**Counsel for Northrop Grumman Ship Systems, Inc.**

Gordon P. Wilson, Esq.
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
27th Floor
Pan-American Life Center
601 Poydras Street
New Orleans, 70130-6027
**Counsel for Travelers Indemnity Company**

Troy N. Bell, Esq.
Aultman, Tyner, McNeese, Ruffin, Ltd.
400 Poydras Street, Suite 2250
New Orleans, Louisiana 70130
**Counsel for Garlock**

Samuel Rosamond, III, Esq.
Crawford Lewis
400 Poydras Street, Suite 2100
New Orleans, Louisiana 70130
**Counsel for Commercial Union**

Charles Giordano, Esq.
Miranda, Warwich & Milazzo
3636 S. I-10 Service Road W.
Suite 300
Metairie, Louisiana 70001
**Counsel for Rapid American**

4

| | |
|---|---|
| Ernest G. Foundas, Esq.<br>Abbott, Simses & Kuchler<br>400 Lafayette Street, Suite 200<br>New Orleans, Louisiana 70130<br>**Counsel for Union Carbide** | C. Kelly Lightfoot, Esq.<br>Hailey, McNamara, Hall, Larmann<br>& Papale<br>One Galleria Blvd.<br>Suite 1400<br>Metairie, Louisiana 70001-8288<br>**Counsel for Taylor Siedenbach** |

Respectfully submitted,

**LEMLE & KELLEHER, L.L.P.**

_____
**JAMES H. DAIGLE (#4455)**
**DAVID E. REDMANN, JR.  (Bar #23267)**
**ROBERT S. EMMETT (Bar #23725)**
**THOMAS A. PORTEOUS (Bar #27039)**
21st Floor, Pan American Life Center
601 Poydras Street
New Orleans, LA 70130-6097
Telephone:  (504) 586-1241
Facsimile:   (504) 584-9142

ATTORNEYS FOR DEFENDANT,
MURPHY EXPLORATION &
PRODUCTION COMPANY

### Certificate of Service

The foregoing was served pursuant to Panel Rule 5.2 on all parties or their attorneys of record by delivering by U.S. mail a copy to them, postage prepaid and properly addressed, this ___31___ day of ___March___ 2006.

_____

607008

5