JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

APR - 7 2006

FILED
CLERK'S OFFICE

Before the JPML

~~IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA~~

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CIVIL ACTION NO. MDL 875 |
| This Document Relates to: | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO BELLU, ET UX. | CIVIL ACTION NO.: 06-CV-0608 |
| VERSUS | SECTION: "D" |
| DIAMOND OFFSHORE (USA), INC. ET AL. | MAGISTRATE: 5 |

### BRIEF IN OPPOSTION TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Defendant Murphy Exploration & Production Company ("Murphy"), submits that this action is a "tag along" action under Rule 1.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, that transfer to Multidistrict Litigation number 875 (asbestos) is appropriate pursuant to 28 U.S.C. § 1407(c)(ii), and that the basis for Plaintiffs' Motion to Vacate Conditional Transfer Order has already been recognized by the Panel as insufficient ground to deny transfer.

1.

Plaintiffs' in their brief in support of his Motion to Vacate Conditional Transfer Order contend that this action should not be transferred to MDL 875 on the ground that they

OFFICIAL FILE COPY

IMAGED APR 1 0 2006

presently have a motion to remand pending. Murphy has filed an opposition to plaintiffs' motion to remand and further the two foreign entities improperly joined in this action have filed motions to dismiss based upon lack of personal jurisdiction and improper service.

2.

The Panel has already recognized that such ground for vacating the transfer as asserted by plaintiffs is insufficient to warrant rescinding a transfer: "In particular, we note that in the Panel's original decision distinctions based on such matters as the pendency of motions or other matters before the transferor court, the uniqueness of a party's status, the type of defendant, the docket condition of any specific federal district, the stage of pretrial proceedings, the presence of unique claims or additional claims not relating to asbestos personal injury or death, and/or the unanimity of opposition to the transfer by the parties to an action, were considered and rejected by the Panel as grounds for carving out exceptions to transfer in this extraordinary docket." *In re Asbestos Product Liability Litigation (No.VI)*, 170 F.Supp.2d 1348, 1349 (Jud.Pan.Mult.Lit. 2001). In particular, asserting that a transfer should be vacated because there is a motion to remand pending is an invalid ground to rescind a transfer. *Id*. at fn. 1.

Accordingly, Murphy submits that the Panel should transfer this suit for consolidation with Multidistrict Litigation number 875 (asbestos) in the Eastern District of Pennsylvania.

Respectfully submitted,

**LEMLE & KELLEHER, L.L.P.**

_____
**JAMES H. DAIGLE (#4455)**
**DAVID E. REDMANN, JR. (Bar #23267)**
**ROBERT S. EMMETT (Bar #23725)**
**THOMAS A. PORTEOUS (Bar #27039)**
21st Floor, Pan American Life Center
601 Poydras Street
New Orleans, LA 70130-6097
Telephone: (504) 586-1241
Facsimile: (504) 584-9142

ATTORNEYS FOR DEFENDANT,
MURPHY EXPLORATION &
PRODUCTION COMPANY

### Certificate of Service

The foregoing was served pursuant to Panel Rule 5.2 on all parties or their attorneys of record by delivering by U.S. mail a copy to them, postage prepaid and properly addressed, this ___6th___ day of ___April___ 2006.

_____

RECEIVED CLERK'S OFFICE
2006 APR -7 A 11:08
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 7 2006

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | * * * | CIVIL ACTION NO. MDL 875 |
| This Document Relates to: | * * | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

MARIO BELLU, ET UX.                                CIVIL ACTION NO.: 06-CV-0608

VERSUS                                             SECTION: "D"

DIAMOND OFFSHORE (USA), INC. ET AL.                MAGISTRATE: 5

---

### CERTIFICATE OF SERVICE

Undersigned counsel certifies that the following counsel were served with Brief in Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order and Corporate Disclosure Statement of Murphy Exploration & Production Company, via U.S. Mail on April 6, 2006:

Richard C. Binzley, Esq.
Thompson Hine, LLP
127 Public Square, 3900 Key Center
Cleveland, Ohio  44114
***Lead Counsel for Defendants (in the Seamen Cases)***

Edward J. Cass, Esq.
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, Ohio  44115
***Counsel for Goodall Defendants***

Adam N. Chud, Esq.
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036
***JPML Service Counsel for Center for Claims Resolution***

David A. Damico, Esq.
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, Pennsylvania 15212
***Counsel for Fela Defendants***

Raymond P. Forceno, Esq.
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, Pennsylvania 19106-2574
***Counsel for Fela Plaintiffs***

Ellen B. Furman, Esq.
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, Pennsylvania 19103
***National Counsel***

Susan M. Hansen, Esq.
Brownson & Baltou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, Minnesota 55402
***National Counsel***

Reginald S. Kramer, Esq.
Oldham & Dowling
195 South Main Street
Suite 300
Akron, Ohio 44308-1314
***National Counsel***

David C. Landin, Esq.
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
***Counsel for Peripheral Defendants***

Gene Locks, Esq.
Greitzer & Locks
1500 Walnut Street
Philadelphia, Pennsylvania 19102
***Plaintiffs' Liaison Counsel***

Ronald L. Motley, Esq.
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29264
***Plaintiffs' Liaison Counsel***

John J. Repcheck, Esq.
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, Pennsylvania 15219
***Counsel for Peripheral Defendants***

John D. Roven, Esq.
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, Texas 77018
***Counsel for Fela Plaintiffs***

Richard D. Schuster, Esq.
Vory's Sater, Seymour & Pease, LLP
52 East Gay Street
Post Office Box 1008
Columbus, Ohio 43216
***National Coordinating Counsel for B. F. Goodrich Co.***

Neil Selman, Esq.
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, California  90025
*National Counsel*

Robert N. Spinelli, Esq.
Kelley, Jasons, McGuire & spinelli, LLP
Centre Square West
15th Floor
Philadelphia, Pennsylvania  19102
*Defendants Liaison Counsel*

Robert E. Swickle, Esq.
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, Michigan  48226
*National Counsel*

Andrew J. Trevclise, Esq.
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, Pennsylvania  19103
*Defendants' Liaison Counsel*

James K. Weston, II, Esq.
Tom Riley Law Firm
4040 First Avenue, N.E.
Post Office Box 998
Cedar Rapids, Iowa  52406
*National Counsel for Raymark Industries, Inc.*

Joseph C. Blanks, P.C., Esq.
Post office Box 999
Doucette, Texas  75942-0999
*Counsel for Plaintiff*

Herschel L. Hobson, Esq.
2190 Harrison Street
Beaumont, Texas  77701
*Counsel for Plaintiff*

Respectfully submitted,

**LEMLE & KELLEHER, L.L.P.**

_____
**JAMES H. DAIGLE (#4455)**
**DAVID E. REDMANN, JR. (Bar #23267)**
**ROBERT S. EMMETT (Bar #23725)**
**THOMAS A. PORTEOUS (Bar #27039)**
21st Floor, Pan American Life Center
601 Poydras Street
New Orleans, LA 70130-6097
Telephone:  (504) 586-1241
Facsimile:  (504) 584-9142

ATTORNEYS FOR DEFENDANT,
MURPHY EXPLORATION &
PRODUCTION COMPANY

3

## CERTIFICATE OF SERVICE

The foregoing was served pursuant to Panel Rule 5.2 on all parties or their attorneys of record by delivering by U.S. mail a copy to them, postage prepaid and properly addressed, this ____6____ day of ____April____ 2006.

_____

4