

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 7 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

M.D.L. DOCKET NO. 875 (ASBESTOS)

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL CATANIA ET AL. | CIVIL ACTION |
| VERSUS | NO. 05-1,418 |
| ANCO INSULATIONS, INC. ET AL. | SECTION D – JUDGE BRADY |
| | MAG. DIV. 3 – MAG. J. DALBY |

### MEMORANDUM IN SUPPORT OF TRANSFER TO M.D.L. 875

Defendant Pharmacia Corp., formerly known as Monsanto Co., ("Pharmacia"), submits that this action is a "tag along" action under Rule 1.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, that transfer to Multidistrict Litigation number 875 (asbestos) is appropriate pursuant to 28 U.S.C. § 1407(c)(ii), and that certain statements in Plaintiffs' Notice of Opposition to Conditional Transfer Order are seriously incorrect. Contrary to Panel Rule 7.1(a), Plaintiffs' averments are not in numbered paragraphs. Nevertheless, Pharmacia will try to respond to those averments, and will number its responses sequentially.

1.

Plaintiffs argue that this action was improperly removed, but on information and belief, the companion action (for Plaintiffs' wife/mother's personal injuries,

OFFICIAL FILE COPY   IMAGED APR 1 0 2006

while she was alive)[1] was similarly removed, and the trial court denied Plaintiffs' motion to remand.

2.

On information and belief, the prior suit was only remanded to the Middle District of Louisiana because the parties had certified—before the suit was ever removed from state court to federal court—that discovery was complete.[2] Obviously, where all discovery is complete, the appropriateness of M.D.L.-consolidated discovery and pre-trial proceedings is appreciably less. Therefore, insofar as discovery is **not** complete in the instant action (see below), what happened regarding the M.D.L. in the prior action is irrelevant.

3.

Plaintiffs' statement that "[t]he only additional event since the settlement of the survival action was the death of Barbara Catania" is grossly misleading. This is because here Plaintiffs have sued parties who were not parties to the prior action—Pharmacia is one of them!

4.

Plaintiffs argue that "the case is ready for trial." However, that is nonsense because obviously Pharmacia was not involved in any of the discovery in the prior suit (to which Pharmacia was not a party), and therefore Pharmacia has the right to, and will have to, engage in discovery regarding many aspects of Plaintiffs'

---

[1] U.S.D.C., M.D. La. No. 02-CV-368.
[2] Subsequent events showed that discovery was not, in fact, complete, but that is a separate issue.

claims. Although Pharmacia does not know exactly what discovery was taken in the prior action, presumably Pharmacia will need to, **at a minimum**, re-depose whichever witnesses testified regarding it and find whatever documents and things may exist regarding Plaintiffs' claims against it. Moreover, Pharmacia has a right to investigate the medical aspects of Plaintiffs' claims, which on information and belief are highly controversial. Obviously, in a case as serious, complex, and old (considering the prior action) as this one, such discovery is likely to be voluminous.

5.

Plaintiffs argue that "the defendants should be estopped from contesting this remand under principles of collateral estoppel." It is not entirely clear whether Plaintiffs mean remand from M.D.L. 875 to the Middle District of Louisiana, or possibly remand from the Middle District of Louisiana to state court. Regardless, Pharmacia cannot be estopped from anything—it was not even a party to the prior action.

Accordingly, Pharmacia submits that the Panel should transfer this suit for consolidation with Multidistrict Litigation number 875 (asbestos) in the Eastern District of Pennsylvania.

Respectfully submitted,

Lemle & Kelleher, L.L.P.

_____
Darryl J. Foster, T.A. (No. 5,734)
David E. Redmann, Jr. (No. 23,267)
Robert S. Emmett (No. 23,725)
Kimberly C. Delk (No. 28,018)
601 Poydras St., Suite 2100
New Orleans, LA 70130-6097
(504) 586-1241

Attorneys for Pharmacia Corp.,
formerly known as Monsanto Co.

## Certificate of Service

The foregoing was served pursuant to Panel Rule 5.2 on all parties or their attorneys of record by delivering by U.S. mail a copy to them, postage prepaid and properly addressed, this _28th_ day of _March_ 2006.

_____

4

LAW OFFICES
**LEMLE & KELLEHER, L.L.P.**
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

21ST FLOOR, PAN-AMERICAN LIFE CENTER

601 POYDRAS STREET • NEW ORLEANS, LOUISIANA 70130-6097

TELEPHONE: (504) 586-1241   FAX: (504) 584-9142

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 7 2006

FILED
CLERK'S OFFICE

SHREVEPORT OFFICE
LOUISIANA TOWER
401 EDWARDS STREET
10TH FLOOR
SHREVEPORT, LOUISIANA 71101
TELEPHONE: (318) 227-1131
FAX: (318) 227-1141

BATON ROUGE OFFICE
ONE AMERICAN PLACE
301 MAIN STREET
SUITE 1100
BATON ROUGE, LOUISIANA 70825
TELEPHONE: (225) 387-5068
FAX: (225) 387-4995

DAVID E. REDMANN, JR.
(504) 584-9135
DREDMANN@LEMLE.COM

March 29, 2006

Mr. Michael J. Beck
Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E., Rm. G-255, North Lobby
Washington, D.C. 20002
VIA FEDERAL EXPRESS

  re:   M.D.L. No. 875 – In re Asbestos Products Liability Litigation (No. VI)
        Pharmacia Corp. . . .
        U.S.D.C., M.D. La., C.A. No. 05-1,418, Sect. D, Mag. Div. 3
        notice of potential tag-along action
        our file no. 0035-060029

Dear Mr. Beck:

   The above-styled suit is a potential tag-along action for M.D.L. No. 875 (asbestos). Accordingly, pursuant to the Panel's Rule 7.5(e), enclosed for your review is a copy of the memorandum in support of transfer to M.D.L. 875. Thank you for your courtesies. If there is anything else you need, please call me.

                                      Sincerely,

                                      David E. Redmann, Jr. mkh
                                      David E. Redmann, Jr.

DER/mkh

cc:   Mr. Lawrence Talamo (w/o enclosure)
      Ms. Gerolyn Petit Roussel (w/ enclosure, via facsimile and U.S. Mail)
      All known counsel (w/ enclosure, via U.S. Mail)

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

M.D.L. DOCKET NO. 875 (ASBESTOS)

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

APR - 7 2006

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL CATANIA ET AL. | CIVIL ACTION 05-CV-1,418 |
| VERSUS | SECTION D – MAG. DIV. 3 |
| ANCO INSULATIONS, INC. ET AL. | JUDGE BRADY |
| | MAG. JUDGE DALBY |

### CERTIFICATE OF SERVICE FOR PHARMACIA CORP.'S MEMORANDUM IN SUPPORT OF TRANSFER TO M.D.L. 875

Undersigned counsel certifies that the following counsel were served with Pharmacia Corp.'s Memorandum in Support of Transfer to M.D.L. 875, its Rule 5.3 Corporate Disclosure Statement, and this certificate via U.S. Mail on April 6, 2006:

Mr. Richard C. Binzley
Thompson Hine, LLP
127 Public Square, 3900 Key Center
Cleveland, OH 44114
Lead Counsel for Defendants
(in the Seamen Cases)

Mr. Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Ave.
Cleveland, OH 44115
Counsel for Goodall Defendants

Mr. Adam N. Chud
Shea & Gardner
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
JPML Service Counsel for
Center for Claims Resolution

Mr. David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212
Counsel for FELA Defendants

1

Mr. Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA  19106-2574
Counsel for FELA Plaintiffs

Ms. Ellen B. Furman
Goldfein & Hosmer
1600 Market St.
33rd Floor
Philadelphia, PA  19103
National Counsel

Ms. Susan M. Hansen
Brownson & Baltou
4800 U.S. Bank Place
601 Second Ave., South
Minneapolis, MN  55402
National Counsel

Mr. Reginald S. Kramer
Oldham & Dowling
195 South Main St., Suite 300
Akron, OH  44308-1314
National Counsel

Mr. David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd St.
Richmond, VA  23219
Counsel for Peripheral Defendants

Mr. Gene Locks
Greitzer & Locks
1500 Walnut St.
Philadelphia, PA  19102
Plaintiffs' Liaison Counsel

Mr. Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC  29264
Plaintiffs' Liaison Counsel

Mr. John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant St.
Pittsburgh, PA  15219
Counsel for Peripheral Defendants

Mr. John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX  77018
Counsel for FELA Plaintiffs

Mr. Richard D. Schuster
Vory's Sater, Seymour & Pease, LLP
52 East Gay St.
P. O. Box 1008
Columbus, OH  43216
National Coordinating Counsel for
B. F. Goodrich Co.

Mr. Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA  90025
National Counsel

Mr. Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, LLP
Centre Square West, 15th Floor
Philadelphia, PA  19102
Defendants Liaison Counsel

2

Mr. Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
The Maritime Asbestosis Legal Clinic
1570 Penobscot Building
Detroit, MI  48226
National Counsel

Mr. Andrew J. Trevclise
Reed Smith, LLP
2500 One Liberty Place
1650 Market St.
Philadelphia, PA  19103
Defendants' Liaison Counsel

Mr. James K. Weston II
Tom Riley Law Firm
4040 First Ave., N.E.
P. O. Box 998
Cedar Rapids, IA  52406
National Counsel for
Raymark Industries, Inc.

Ms. Gerolyn P. Roussel
Mr. Perry J. Roussel, Jr.
Roussel & Roussel
1710 Cannes Dr.
LaPlace, LA  70068
Counsel for Plaintiff

Ms. Margaret M. Joffe
Mr. Theodore L. White
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine St.
New Orleans, LA  70130
Counsel for Anco Insulations, Inc.
Riley Power, Inc.

Mr. Ernest G. Foundas
Abbott, Simses & Kuchler
400 Lafayette St., Suite 200
New Orleans, LA  70130
Counsel for Bayer Cropscience, Inc.

Mr. Leon Gary, Jr.
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
8555 United Plaza Blvd., 5th fl.
Baton Rouge, LA  70809
Counsel for CBS Corp.
General Electric Co.

Mr. Scott C. Seiler
Liskow & Lewis
701 Poydras St., Suite 5000
New Orleans, LA  70130
Counsel for Chemtura Corp.

Mr. David M. Bienvenu, Jr.
Taylor, Porter, Brooks & Phillips, L.L.P.
P. O. Box 2471
Baton Rouge, LA  70821
Counsel for Dow Chemical Co.

Mr. Gregory M. Anding
Kean, Miller, Hawthorne, D'Armond, McCowan and Jarman, L.L.P.
P. O. Box 3513
Baton Rouge, LA  70821
Counsel for DSM Copolymer, Inc.
Exxon Mobil Corp.

Mr. Lawrence G. Pugh, III
Montgomery, Barnett, Brown, Read, Hammond & Mintz, L.L.P.
1100 Poydras St., Suite 3200
New Orleans, LA  70163-3200
Counsel for Eagle, Inc.
Royal Indemnity Co.

Mr. Carter B. Wright
Taggart, Morton, Ogden, Staub, Rougelot & O'Brien, L.L.C.
1100 Poydras St., Suite 2100
New Orleans, LA  70163

Ms. Lynn Luker
Lyn Luker & Associates
3433 Magazine St.
New Orleans, LA 70115
Counsel for Foster Wheeler

Mr. Troy N. Bell
Aultman, Tyner, & Ruffin, Ltd.
400 Poydras St., Suite 2250
New Orleans, LA 70130
Counsel for
Garlock Sealing Technologies, LLC

Ms. Susan Kohn
Simon, Peragine, Smith & Redfearn, L.L.P.
1100 Poydras St., Suite 3000
New Orleans, LA 70163-3000
Counsel for McCarty Corp.

Mr. R. Dean Church, Jr.
Forman, Perry, Watkins, Krutz & Tardy, PLLC
1515 Poydras St., Suite 1300
New Orleans, LA 70112
Counsel for Owens-Illinois, Inc.

Mr. Stephen Elliott
Bernard, Cassisa, Elliott & Davis
P. O. Box 55490
Metairie, LA 70055-5490
Counsel for Reilly-Benton Co., Inc.

Mr. C. Kelly Lightfoot
Hailey, McNamara, Hall, Larmann & Papale
P. O. Box 8288
Metairie, LA 70001-8288
Counsel for Taylor Seidenbach, Inc.

Mr. Ralph S. Hubbard III
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St., Suite 2700
New Orleans, LA 70130-6027
Counsel for Travelers Indemnity Co.
Travelers Insurance Co.

Respectfully submitted,

Lemle & Kelleher, L.L.P.

_____
Darryl J. Foster, T.A. (No. 5,734)
David E. Redmann, Jr. (No. 23,267)
Robert S. Emmett (No. 23,725)
Kimberly C. Delk (No. 28,018)
601 Poydras St., Suite 2100
New Orleans, LA 70130-6097
(504) 586-1241

Attorneys for Pharmacia Corp.,
formerly known as Monsanto Co.