**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED**

**APRIL 13, 2006**

**MICHAEL J. BECK
CLERK OF THE PANEL**

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL*

## HEARING SESSION ORDER

IT IS ORDERED that on May 25, 2006, a hearing session will be held in Kansas City, Kansas, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

SCHEDULE OF MATTERS FOR HEARING SESSION
May 25, 2006 -- Kansas City, Kansas

**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**

MDL-1762 -- In re Morgan Stanley & Co., Inc., Overtime Pay Litigation

Motion of plaintiff Paul Roles for centralization of the following actions in the United States District Court for the Southern District of California:

Southern District of California

*Linda Garett, et al. v. Morgan Stanley & Co., Inc., et al.*, C.A. No. 3:04-1858

District of New Jersey

*Robert Steinberg v. Morgan Stanley & Co., Inc., et al.*, C.A. No. 2:05-4856

Eastern District of New York

*Paul Roles v. Morgan Stanley & Co., Inc., et al.*, C.A. No. 2:05-4553

Southern District of New York

*David Andrew Gasman v. Morgan Stanley*, C.A. No. 1:05-7889

Schedule of Matters for Hearing Session, Section A                     p. 2
Kansas City, Kansas


## MDL-1763 -- In re Human Tissue Products Liability Litigation

Motion of defendant Regeneration Technologies, Inc., for centralization of the following actions in the United States District Court for the District of New Jersey:

### District of New Jersey

*Gary Pieper v. Medtronic Sofamor Danek, Inc., et al.*, C.A. No. 1:06-433
*Arlene Sechtin v. Regeneration Technologies, Inc., et al.*, C.A. No. 2:06-135
*Anh Nguyen, et al. v. Medtronic Sofamor Danek, Inc., et al.*, C.A. No. 2:06-417
*Anthony J. Vitola, et al. v. BioMedical Tissue Services, Ltd., et al.*, C.A. No. 2:06-466
*Heather Augustin v. Medtronic Sofamor Danek, Inc., et al.*, C.A. No. 2:06-467

### Northern District of Ohio

*Cindy Sciuva v. SpinalGraft Technologies, LLC, et al.*, C.A. No. 1:06-216

### Northern District of Oklahoma

*Paula L. Coleman v. Medtronic, Inc., et al.*, C.A. No. 4:05-741


## MDL-1765 -- In re Toyota Sienna AWD Tires Products Liability Litigation

Motion of plaintiffs Mark Ciabattari; Thomas F. Pear; Kyle Bressler, M.D.; Jess Collinson, et al.; and Stanley Monk for centralization of the following actions in the United States District Court for the Central District of California, or in the alternative, the United States District Court for the Southern District of New York:

### Northern District of California

*Mark Ciabattari v. Toyota Motor Sales U.S.A., Inc., et al.*, C.A. No. 3:05-4289

### District of Connecticut

*Thomas F. Pear v. Toyota Motor Sales U.S.A., Inc., et al.*, C.A. No. 3:05-1778

MDL-1765 (Continued)

### Middle District of Florida

*Kyle Bressler, M.D. v. Toyota Motor Sales U.S.A., Inc., et al.*, C.A. No. 2:05-544

### Northern District of Illinois

*Patricia Beaird, et al. v. Toyota Motor Sales U.S.A., Inc., et al.*, C.A. No. 1:06-466

### District of New Jersey

*Jess Collinson, et al. v. Toyota Motor Sales U.S.A., Inc., et al.*, C.A. No. 2:05-5471

### Southern District of New York

*Stanley Monk v. Toyota Motor Sales U.S.A., Inc., et al.*, C.A. No. 1:05-10562

### MDL-1767 -- In re H&R Block Mortgage Corp. Prescreening Litigation

Motion of defendants H&R Block Mortgage Corporation; H&R Block, Inc.; and Option One Mortgage Corporation for centralization of the following actions in the United States District Court for the Central District of California:

### Central District of California

*Pamela Phillips v. H&R Block, Inc., et al.*, C.A. No. 8:05-851

### Northern District of Indiana

*Perrie Bonner v. H&R Block Mortgage Corp.*, C.A. No. 2:05-162

### Eastern District of Wisconsin

*Eugene Wojtczak v. H&R Block Mortgage Corp.*, C.A. No. 2:05-851

## MDL-1768 -- In re Methyl Methacrylate (MMA) Antitrust Litigation

Motion, as amended, of plaintiffs Polymerics, Inc., and A & P Foglia, Inc., for centralization of the following actions in the United States District Court for the Eastern District of Pennsylvania:

### Northern District of California

*CLC Concrete, Inc. v. Arkema, Inc., et al.*, C.A. No. 4:06-1253

### Eastern District of Pennsylvania

*A&P Foglia, Inc. v. Arkema, Inc., et al.*, C.A. No. 2:06-469
*Polymerics, Inc. v. Arkema, Inc., et al.*, C.A. No. 2:06-470
*Tallyho Plastics, Inc. v. Arkema, Inc., et al.*, C.A. No. 2:06-560
*ADF, Inc. v. Arkema, Inc., et al.*, C.A. No. 2:06-561
*RBX Industries, Inc. v. Arkema, Inc., et al.*, C.A. No. 2:06-956

### Eastern District of Tennessee

*Joe Solo, et al. v. Arkema, Inc., et al.*, C.A. No. 2:06-34

## MDL-1769 -- In re Seroquel Products Liability Litigation

Motion of plaintiffs Frederic Charles Becker and Linda Mae Sonnier for centralization of certain of the following actions in the United States District Court for the Western District of Louisiana and motion of plaintiff Pamela McCraney-Buzick for centralization of the following actions in the United States District Court for the Southern District of Illinois:

### Northern District of California

*Kenneth Calkin, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-540
*Joy Orie v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-542
*Michelle Massey, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-544
*John Jones v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-546
*Mark Bobal v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-547
*Jerry Bradley, Sr., et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-549

MDL-1769 (Continued)

### Northern District of California (Continued)

*Lamont Belpuliti v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-550
*John Heigl v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-551
*Casey Jones, et al. v. AstraZeneca Pharmaceuticals, LP, et* al., C.A. No. 3:06-554
*Barbara Dortch v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-555
*John Baytos v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-556
*Shelley Powell, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-557
*Debra Boyer v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-559
*Tracy Martin v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-560
*Lori Carroll, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-562
*James Miller, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-563
*Eddi Glover v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-564
*Ned Godfrey v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-565
*Ethel Harkins v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-566
*Elsie Rosales v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-567
*Kathleen McAllister v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-568
*Michael Hawkins v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-569
*Shirley Goldsmith v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-570
*Marjorie Hess v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-572
*Dawn Burgess v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-573
*Emanuel Johnson, Jr., et al. v. AstraZeneca Pharmaceuticals, LP, et al.*,
    C.A. No. 3:06-576
*Barry Derosky, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-577
*Gail Gringel v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-578
*Todd Fletcher v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-579
*Cheryl Cole, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-581
*Leona Cardwell v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-582
*Marisa Castillo v. AstraZenea Pharmaceuticals, LP, et al.*, C.A. No. 3:06-583
*Steven Carr v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-584
*Sandra Chathams v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-585
*Edward Sulkowski v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-586
*Sharie Walker v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-587
*Nancy Burger v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-588
*Carole McIntyre v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-589
*James Frederick, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-590

Schedule of Matters for Hearing Session, Section A                    p. 6
Kansas City, Kansas

MDL-1769 (Continued)

### Northern District of California (Continued)

*Lisa Peat, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-591
*Laurel Morris v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-592
*Herman McAfee v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-593
*Andre Senay v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-594
*Amesha Throne v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-595
*Faith McConnell v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-596
*Patti Cato, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-597
*Lucas Webb v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-598
*Deborah Collier v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-599
*Ramon Fernandez v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-601
*Julia Boatwright v. AstraZeneca Pharmaceuticals, LP, et* al., C.A. No. 3:06-602
*Summerstorm Weaver v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-604
*Wendy Melebeck v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-605
*Cynthia Crockett v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-607
*William Kasperson v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-611
*Cheryl Levy v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-613
*James Martin v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-617
*Jennifer Bosaw, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-618
*Rodney Davis v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-619
*Kenneth King v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-620
*Gregory Simmons v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-622
*Anita Buchanan v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-623
*Mary Popp v. AstraZeneca Pharmaceutical, LP, et al.*, C.A. No. 3:06-624
*William O'Hosky v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-625
*Dianne Mack v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-627
*David Mozingo v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-628
*Dorothy McGee, et al. v. AstraZeneca Pharmaceutical, LP, et al.*, C.A. No. 3:06-641
*Samantha Gangidine v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-643
*Terri Lockhart, etc. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-644
*Katherene Hopkins-Hyche, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*,
    C.A. No. 3:06-645
*Angela DiMatteo v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-650
*Kelly Truelove v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-651
*Loraine Clements v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-655

Schedule of Matters for Hearing Session, Section A                              p. 7
Kansas City, Kansas

MDL-1769 (Continued)

### Northern District of California (Continued)

*John Masterson v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-657
*Donna Ali v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-658
*Larry Adams, Jr. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-660
*Lori Robinson v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-663
*Judy DePastino v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-664
*Dennis Porter v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-668
*Betty Evans v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-669
*Sharon Tenney, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-541
*Jeffrey Boal v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-548
*Dawn Bellman, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-552
*Laura Faulk, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-553
*La Monte Lear v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-571
*Glenn Biskup. et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-574
*Mary Geones, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-580
*Jonathan Sullivan v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-600
*Lori Brendgard v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-603
*Debra Gaines v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-612
*Donna Linderman v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-614
*Raymond Weldon v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-615
*Jeanette Severi v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-616
*Quincy Alderson v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-621
*Clinton Spung v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-626
*Nichol Ledbetter v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-642
*Betty Reed v. AstraZeneca Pharmaceutical, LP, et al.*, C.A. No. 4:06-647
*Betty Anderson v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-648
*Brenda McCulley v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-649
*Corde Williams v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-656
*Winifred Thomas v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-659

### Southern District of Illinois

*Norma Woll, et al. v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-57
*Kevin Sanders v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-67

MDL-1769 (Continued)

### Southern District of Illinois (Continued)

*Sylvia Spencer v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-68
*Judy Price v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-69
*Pamela McCraney-Buzick v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-70
*Willie Palmer v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-71
*Roma Wilkens v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-72
*Cynthia Andrews v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-85
*Michael Crawford v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-96
*Sharon Nelson v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-97
*Betty Woodson v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-98
*Kenneth Fowler v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-110
*Carol Jenkins v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-111
*Dorothy Soucy v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-122
*Larry Williams v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-123
*Charlene Smith, et al. v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-124
*Anthony Ciaramitaro, et al. v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-125

### Western District of Louisiana

*Linda Mae Sonnier v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 6:05-1022
*Frederic Charles Becker v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 6:06-6

### Western District of Missouri

*Julie Skiles, et al. v. Devon French, M.D., et al.*, C.A. No. 4:06-28

### District of New Jersey

*James Kane v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 2:05-4558
*Carlos Diciolla, et al. v. Johnson & Johnson Co., et al.*, C.A. No. 2:05-4570

### Eastern District of Texas

*Loretha Jones, et al. v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 5:06-18

Schedule of Matters for Hearing Session, Section A                           p. 9
Kansas City, Kansas


## MDL-1770 -- In re Wells Fargo Home Mortgage Overtime Pay Litigation

Motion of plaintiff Genaro Perez for centralization of the following actions in the United States District Court for the Northern District of California:

### Northern District of California

*Jason Mevorah v. Wells Fargo Home Mortgage, Inc.*, C.A. No. 3:05-1175
*Genaro Perez v. Wells Fargo Mortgage Co.*, C.A. No. 3:05-2722

### Southern District of Illinois

*Derrick Perry v. Wells Fargo Home Mortgage, Inc.*, C.A. No. 3:05-890


## MDL-1771 -- In re "A Million Little Pieces" Litigation

Motion of defendants Random House, Inc., and Doubleday & Company, Inc., for centralization of the following actions in the United States District Court for the Southern District of New York, or in the alternative, the United States District Court for the Northern District of Illinois:

### Central District of California

*Sara Rubenstein v. James Frey, et al.*, C.A. No. 2:06-1029
*Garrett Hauenstein, et al. v. James Frey, et al.*, C.A. No. 2:06-1030

### Northern District of Illinois

*Ann Marie Strack v. James Frey, et al.*, C.A. No. 1:06-933
*Pilar More v. James Frey, et al.*, C.A. No. 1:06-934
*Marcia Vedral v. James Frey, et al.*, C.A. No. 1:06-935

### Eastern District of Michigan

*Gregory R. Rivard v. Random House, Inc.*, C.A. No. 2:06-10759

Schedule of Matters for Hearing Session, Section A                    p. 10
Kansas City, Kansas

MDL-1771 (Continued)

### Southern District of New York

*Michele Snow v. Doubleday, et al.*, C.A. No. 1:06-669
*Jimmy Floyd v. Doubleday, et al.*, C.A. No. 1:06-693
*Diane Marolda v. James Frey, et al.*, C.A. No. 1:06-1167
*Jennifer Cohn v. James Frey, et al.*, C.A. No. 1:06-1360

### Southern District of Ohio

*Jill Giles v. James Frey, et al.*, C.A. No. 1:06-58

### Western District of Washington

*Shera Paglinawan, et al. v. James Frey, et al.*, C.A. No. 2:06-99

### MDL-1772 -- In re Series 7 Broker Qualification Exam Scoring Litigation

Motion of plaintiffs Andrew Crabbe and Linda Cutler for centralization of certain of the
following actions in the United States District Court for the Southern District of New York and
motion, as amended, of defendant National Association of Securities Dealers, Inc., for
centralization of the following actions in the United States District Court for the Southern
District of New York:

### Eastern District of Arkansas

*Skylar S. Jordan v. National Association of Securities Dealers, Inc.*, C.A. No. 4:06-366

### District of District of Columbia

*William Lowe v. National Association of Securities Dealers, Inc., et al.*,
    C.A. No. 1:06-280
*Timothy Wallin v. National Association of Securities Dealers, Inc.*, C.A. No. 1:06-382
*Linda Cutler v. National Association of Securities Dealers, Inc.*, C.A. No. 1:06-525
*Jennifer Hester, et al. v. National Association of Securities Dealers, Inc.*,
    C.A. No. 1:06-554

Schedule of Matters for Hearing Session, Section A                    p. 11
Kansas City, Kansas


MDL-1772 (Continued)


### Southern District of New York

*Andrew Crabbe v. National Association of Securities Dealers, Inc.*, C.A. No. 1:06-1085
*Linda Cutler v. National Association of Securities Dealers, Inc.*, C.A. No. 1:06-1208
*Jennifer Hester v. National Association of Securities Dealers, Inc.*, C.A. No. 1:06-1238
*Gueorgui Ivanov v. National Association of Securities Dealers, Inc., et al.*,
      C.A. No. 1:06-2388


## MDL-1773 -- In re Air Crash Near Athens, Greece, on August 14, 2005

Motion of plaintiffs Sophia Neophytou, et al., and Alexandra Laou, et al., for centralization of the following actions in the United States District Court for the Northern District of Illinois, or in the alternative, the United States District Court for the Western District of Washington:


### Central District of California

*George Evripidou, et al. v. The Boeing Co., et al.*, C.A. No. 2:06-783

### Northern District of Illinois

*Sophia Neophytou, et al. v. The Boeing Co.*, C.A. No. 1:06-927
*Alexandra Laou, et al. v. The Boeing Co.*, C.A. No. 1:06-994

MDL-1774 -- In re Bank of America Fiduciary Accounts Litigation

      Motion of plaintiffs Ellen Jane Kutten, et al., for centralization of the following actions in the United States District Court for the Eastern District of Missouri:

            Eastern District of Missouri

*Ellen Jane Kutten, et al. v. Bank of America, N.A., et al.*, C.A. No. 4:04-244
*George Siepel, et al. v. Bank of America, N.A., et al.*, C.A. No. 4:05-2393

            Southern District of New York

*Dawne Luleff v. Bank of America, N.A., et al.*, C.A. No. 1:06-1435

MDL-1775 -- In re Air Cargo Shipping Services Antitrust Litigation

      Motion of plaintiffs Niagara Frontier Distribution, Inc.; Superior Jewelry Company; Richard Smith; International Sea & Air Shipping Corporation; Americana Flower Brokers; Topp, Inc.; and Bacchus Technologies, LLC, etc., for centralization of certain of the following actions in the United States District Court for the District of District of Columbia; motion of plaintiff Lionheart Group, Inc., for centralization of certain of the following actions in the United States District Court for the Southern District of Florida; and motion of plaintiff Printing Technologies, Inc., for centralization of certain of the following actions in the United States District Court for the Central District of California:

            Central District of California

*Printing Technologies, Inc. v. Deutsche Lufthansa, AG, et al.*, C.A. No. 2:06-1489

            District of District of Columbia

*Niagara Frontier Distribution, Inc. v. Air France ADS, et al.*, C.A. No. 1:06-325
*Superior Jewelry Co. v. Air France ADS, et al.*, C.A. No. 1:06-333
*Richard Smith v. ACE Aviation Holdings, Inc., et al.*, C.A. No. 1:06-352
*International Sea & Air Shipping Corp. v. ACE Aviation Holdings, Inc., et al.*,
   C.A. No. 1:06-374
*Americana Flower Brokers v. ACE Aviation Holdings, Inc., et al.*, C.A. No. 1:06-375

Schedule of Matters for Hearing Session, Section A                    p. 13
Kansas City, Kansas


MDL-1775 (Continued)


### District of District of Columbia (Continued)

*Topp, Inc. v. ACE Aviation Holdings, Inc., et al.*, C.A. No. 1:06-396
*Bacchus Technologies, LLC, etc. v. ACE Aviation Holdings, Inc., et al.*,
   C.A. No. 1:06-405

### Southern District of Florida

*Lionheart Group, Inc. v. ACE Aviation Holdings, Inc., et al.*, C.A. No. 1:06-20553

### Northern District of Illinois

*Sisimizi, Ltd. v. Air France-KLM, et al.*, C.A. No. 1:06-1107
*Blumex U.S.A., Inc., et al. v. Air Canada, et al.*, C.A. No. 1:06-1124

### District of New Jersey

*Zucker's Gifts, Inc. v. Scandinavian Airline Systems, et al.*, C.A. No. 2:06-985

### Eastern District of New York

*Fleurchem, Inc. v. British Airways, et al.*, C.A. No. 1:06-706
*Animal Land, Inc. v. Air Canada, et al.*, C.A. No. 1:06-725
*Joan Adams v. British Airways, et al.*, C.A. No. 1:06-776
*Helen's Wooden Crafting Co. v. Air Canada, et al.*, C.A. No. 1:06-827
*Rock International Transport, Inc. v. Air Canada, et al.*, C.A. No. 1:06-830
*ABM International, Inc. v. ACE Aviation Holdings, Inc., et al.*, C.A. No. 1:06-888
*Mamlaka Video v. Air Canada, et al.*, C.A. No. 1:06-980
*Global Apparels Kenya (EPZ), Ltd. v. British Airways, PLC, et al.*, C.A. No. 1:06-981
*ACS Associates USA, Inc. v. ACE Aviation Holdings, Inc., et al.*, C.A. No. 1:06-982
*Spraying Systems Co. v. ACE Aviation Holdings, Inc., et al.*, C.A. No. 1:06-984
*Mitchell Spitz, etc. v. Air France-KLM, et al.*, C.A. No. 1:06-997

MDL-1776 -- In re Gulf Marine Equipment, Inc., Contract Litigation

Motion of Gulf Marine Equipment, Inc., and Chalin O. Perez. Jr., for centralization of the following actions in the United States District Court for the Eastern District of Louisiana:

Southern District of Alabama

*C&G Boat Works, Inc. v. Chalin O. Perez. Jr., et al.*, C.A. No. 1:06-102

Eastern District of Louisiana

*Gulf Marine Equipment, Inc. v. C&G Boat Works, Inc.*, C.A. No. 2:05-6684

MDL-1777 -- In re SFBC International, Inc., Securities & Derivative Litigation

Motion of plaintiffs Andrew Tunnah, Larry Kosrosky, and Audrey Baumann for centralization of the following actions in the United States District Court for the Southern District of Florida:

Southern District of Florida

*Richard Freeman, et al. v. SFBC International, Inc., et al.*, C.A. No. 1:06-20059
*Jack Kuper, et al. v. SFBC International, Inc., et al.*, C.A. No. 1:06-20120
*Dennis A. Koltun v. SFBC International, Inc., et al.*, C.A. No. 1:06-20122
*Christian Montero v. SFBC International, Inc., et al.*, C.A. No. 1:06-20124
*Andrew Tunnah, etc. v. Lisa Krinsky, et al.*, C.A. No. 1:06-20198
*Larry Kosrosky, etc. v. Lisa Krinsky, et al.*, C.A. No. 1:06-20238
*Audrey Baumann, etc. v. Lisa Krinsky, et al.*, C.A. No. 1:06-20241

District of New Jersey

*J. Michael, et al. v. SFBC International, Inc., et al.*, C.A. No. 3:06-165
*Walter Hauschildt v. SFBC International, Inc., et al.*, C.A. No. 3:06-264
*Fabbrizio Borroni, et al. v. SFBC International, Inc., et al.*, C.A. No. 3:06-273
*Steven Jones v. SFBC International, Inc., et al.*, C.A. No. 3:06-617
*Douglas Myers, etc. v. Lisa Krinsky, et al.*, C.A. No. 3:06-781

Schedule of Matters for Hearing Session, Section A          p. 15
Kansas City, Kansas

MDL-1777 (Continued)

### District of New Jersey (Continued)

*Kuldip Kundra v. SFBC International, Inc., et al.*, C.A. No. 3:06-1114
*Raymond Wu, etc. v. Lisa Krinsky, et al.*, C.A. No. 3:06-1298

### MDL-1778 -- In re Ocean Financial Corp. Prescreening Litigation

Motion of defendants Ocean Financial Corporation and Ocean Bank, F.S.B., for centralization of the following actions in the United States District Court for the District of Rhode Island:

### Northern District of Illinois

*Johnny Tremble v. Ocean Bank*, C.A. No. 1:05-2624

### District of Rhode Island

*Pamela J. Phillips, et al. v. Home Loan Bank, et al.*, C.A. No. 1:05-457

### Eastern District of Wisconsin

*Mary Forrest, et al. v. Ocean Bank, F.S.B.*, C.A. No. 2:05-1323

Schedule of Matters for Hearing Session, Section A                    p. 16
Kansas City, Kansas


MDL-1779 -- In re Edward D. Jones & Co., L.P., Overtime Pay Litigation

Motion of plaintiff James E. Ellis for centralization of the following actions in the United States District Court for the Western District of Pennsylvania:


Northern District of California

*Randall Thill v. Edward D. Jones & Co., L.P.*, C.A. No. 3:05-4893

Western District of Pennsylvania

*James E. Ellis v. Edward D. Jones & Co., L.P.*, C.A. No. 3:06-66

# SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

### Northern District of Alabama

*Charles Richard Archer, et al. v. Mead Corp., et al.*, C.A. No. 4:05-2466
*Rebekah Riggs, etc. v. Mead Corp., et al.*, C.A. No. 4:05-2472
*Alford McGuffie v. Mead Corp., et al.*, C.A. No. 4:05-2473

### Southern District of Illinois

*Kim Thorp v. Illinois Central Railroad*, C.A. No. 3:05-551
*Dennis Montague v. Illinois Central Railroad*, C.A. No. 3:05-666
*Brian Ritchie v. Illinois Central Railroad*, C.A. No. 3:05-677
*John Rogers v. Illinois Central Railroad Co.*, C.A. No. 3:05-685
*Karl E. Drake v. Illinois Central Railroad*, C.A. No. 3:05-686

### Eastern District of Louisiana

*Beatrice M. Chiasson, et al. v. Honeywell International, Inc., et al.*, C.A. No. 2:05-5221
*Mario Bellu, et al. v. Diamond Offshore (USA), Inc., et al.*, C.A. No. 2:06-608

Schedule of Matters for Hearing Session, Section B                     p. 18
Kansas City, Kansas

MDL-875 (Continued)

### Middle District of Louisiana

*Daniel W. Melford, Sr. v. Peter Territo, et al.*, C.A. No. 3:05-1405
*Michael Catania, et al. v. Anco Insulations, Inc., et al.*, C.A. No. 3:05-1418

### Northern District of Mississippi

*Ronald Jacob Laughter, etc. v. Georgia-Pacific Corp.*, C.A. No. 2:06-7

### Southern District of Mississippi

*James Turner v. Ameron International Corp., et al.*, C.A. No. 1:05-663
*Thomas A. Chisolm v. Ingersoll-Rand Co., et al.*, C.A. No. 1:05-665
*Leon V. Hartfield v. Allied Signal, Inc., et al.*, C.A. No. 1:05-670
*Joseph Harris, Jr. v. General Electric Co., et al.*, C.A. No. 1:05-676
*Florence Brooks Harris v. General Electric Co., et al.*, C.A. No. 1:05-677
*Dorothy Harris v. General Electric Co., et al.*, C.A. No. 1:05-678
*Billy R. Perkins v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:05-684
*Deborah McDonald, etc. v. Minnesota Mining & Manufacturing Co., et al.*,
    C.A. No. 1:06-62
*Dorothy Huffman, etc. v. Minnesota Mining & Manufacturing Co., et al.*,
    C.A. No. 1:06-99

### Eastern District of Missouri

*Ronald G. Toppins v. 3M Co.*, C.A. No. 4:05-1356

### Eastern District of Texas

*Cecil Reuben Jackson, et al. v. Kimberly-Clark Corp.*, C.A. No. 1:05-769
*Thomas Vodry Allen, et al. v. Kimberly-Clark Corp., et al.*, C.A. No. 1:05-876
*Newbern Brown Adkins, et al. v. Kimberly-Clark Corp., et al.*, C.A. No. 1:05-882

### Southern District of Texas

*Jacqueline D. Skinner, et al. v. Atlantic Richfield Co., et al.*, C.A. No. 4:05-4094

MDL-875 (Continued)

### Western District of Washington

*Priscilla Alix, etc. v. Saberhagen Holdings, Inc., et al.*, C.A. No. 2:05-2144
*Lewis A. Seymour v. Saberhagen Holdings, Inc., et al.*, C.A. No. 2:05-2145

## MDL-1132 -- In re Exterior Insulation Finish System (EIFS) Products Liability Litigation

Oppositions of defendants Dryvit Systems, Inc., and Imperial Stucco, Inc., to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the District of Connecticut:

### Eastern District of North Carolina

*Toll Bros., Inc. v. Dryvit Systems, Inc., et al.*, C.A. No. 5:03-175 (D. Connecticut, C.A. No. 3:02-2109)

## MDL-1334 -- In re Managed Care Litigation

Opposition of plaintiffs Fit First Chiropractic, et al., to transfer of the following action to the United States District Court for the Southern District of Florida:

### Western District of Missouri

*Fit First Chiropractic, et al. v. United Healthcare Corp., et al.*, C.A. No. 4:06-2

MDL-1335 -- In re Tyco International, Ltd., Securities, Derivative & "ERISA" Litigation

Opposition of plaintiff Richard D. Power to transfer of the following action to the United States District Court for the District of New Hampshire:

Southern District of New York

*Richard D. Power v. Tyco International US, Inc.*, C.A. No. 1:02-6444

MDL-1421 -- In re Wireless Telephone Radio Frequency Emissions Products Liability Litigation

Opposition of plaintiff Francis J. Farina to transfer of the following action to the United States District Court for the District of Maryland:

Eastern District of Pennsylvania

*Francis J. Farina v. Nokia, Inc., et al.*, C.A. No. 2:06-724

MDL-1426 -- In re Automotive Refinishing Paint Antitrust Litigation

Opposition of defendants E.I. du Pont de Nemours & Company; DuPont Performance Coating, Inc.; PPG Industries, Inc.; The Sherwin-Williams Company; BASF Corporation; Akzo Nobel Coatings Inc.; and Akzo Nobel, Inc., to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

Eastern District of New York

*Atlantic Auto Collision, Inc. v. PPG Industries, Inc., et al.*, C.A. No. 2:05-1448

## MDL-1456 -- In re Pharmaceutical Industry Average Wholesale Price Litigation

Opposition of plaintiff State of Arizona, ex rel., to transfer of the following action to the United States District Court for the District of Massachusetts:

### District of Arizona

*State of Arizona, ex rel. v. Abbott Laboratories, et al.*, C.A. No. 2:06-45

## MDL-1487 -- In re WorldCom, Inc., Securities & "ERISA" Litigation

Opposition of plaintiffs to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### Southern District of Florida

*Mike Peyton v. Citigroup, Inc., et al.*, C.A. No. 9:06-80096
*Joan Barrett v. Citigroup, Inc., et al.*, C.A. No. 9:06-80097
*Anthony C. Scire v. Citigroup, Inc., et al.*, C.A. No. 9:06-80099
*Patrick Lombardi v. Citigroup, Inc., et al.*, C.A. No. 9:06-80100
*Thomas Montesion v. Citigroup, Inc., et al.*, C.A. No. 9:06-80101
*Abdel Kader Brahimi v. Citigroup, Inc., et al.*, C.A. No. 9:06-80102
*William T. Dobyns v. Citigroup, Inc., et al.*, C.A. No. 9:06-80111
*Henry Zabrowski v. Citigroup, Inc., et al.*, C.A. No. 9:06-80112
*Paul Miller v. Citigroup, Inc., et al.*, C.A. No. 9:06-80113

## MDL-1507 -- In re Prempro Products Liability Litigation

Opposition of plaintiffs Linda Stroh; Rayjeana Kell; Susan Kay Grosor, et al.; Carolyn Scott; and Janet S. Roth, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Arkansas:

### Eastern District of Missouri

*Linda Stroh v. Wyeth, et al.*, C.A. No. 4:06-280
*Rayjeana Kell v. Wyeth, et al.*, C.A. No. 4:06-295

MDL-1507 (Continued)

### Eastern District of Missouri (Continued)

*Susan Kay Grosor, et al. v. Wyeth, et al.*, C.A. No. 4:06-310
*Carolyn Scott v. Wyeth, et al.*, C.A. No. 4:06-366
*Janet S. Roth, et al. v. Wyeth, et al.*, C.A. No. 4:06-370

### MDL-1553 -- In re Silica Products Liability Litigation

Oppositions of plaintiffs Dwight R. Johnson and Dwight Parker and defendant 3M
Company to transfer of their respective following actions to the United States District Court for
the Southern District of Texas:

### Eastern District of Missouri

*Dwight R. Johnson v. 3M Co.*, C.A. No. 4:05-1357
*Dwight Parker v. 3M Co.*, C.A. No. 4:05-1358

### MDL-1562 -- In re General Motors Corp. Dex-Cool Products Liability Litigation

Opposition of plaintiff Diane Strzalkowski to transfer of the following action to the
United States District Court for the Southern District of Illinois:

### District of New Jersey

*Diane Strzalkowski v. General Motors Corp.*, C.A. No. 1:04-4740

MDL-1565 -- In re National Century Financial Enterprises, Inc., Investment Litigation

Opposition of plaintiffs Lance Poulsen, et al., to transfer of the following action to the United States District Court for the Southern District of Ohio:

Southern District of New York

*Lance Poulsen, et al. v. Harold W. Pote, et al.*, C.A. No. 1:05-10575

MDL-1566 -- In re Western States Wholesale Natural Gas Antitrust Litigation

Opposition of plaintiffs Learjet, Inc., et al., to transfer of the following action to the United States District Court for the District of Nevada:

District of Kansas

*Learjet, Inc., et al. v. ONEOK, Inc., et al.*, C.A. No. 2:05-2513

MDL-1578 -- In re UICI "Association-Group" Insurance Litigation

Oppositions of plaintiffs Cindy Power and Clyde E. Hart to transfer of their respective following actions to the United States District Court for the Northern District of Texas:

Central District of California

*Cindy Power v. UICI, et al.*, C.A. No. 8:06-206

Northern District of California

*Clyde E. Hart v. UICI, et al.*, C.A. No. 3:06-196

MDL-1586 -- In re Mutual Funds Investment Litigation

Opposition of plaintiffs Marvin Hunt, et al., to transfer of the following action to the United States District Court for the District of Maryland:

### Southern District of Texas

*Marvin Hunt, et al. v. Invesco Funds Group, et al.*, C.A. No. 4:04-2555

MDL-1596 -- In re Zyprexa Products Liability Litigation

Oppositions of plaintiffs Carl Bavone, et al.; Kimberly Schardthorst; Erin Watson; Terri Norman; and William Moore and defendant Dr. Ahmad Alsaleem to transfer of their respective following actions to the United States District Court for the Eastern District of New York:

### Southern District of Illinois

*Carl Bavone, et al. v. Eli Lilly & Co.*, C.A. No. 3:06-153

### Eastern District of Missouri

*Kimberly Schardthorst v. Eli Lilly & Co., Inc., et al.*, C.A. No. 4:05-2331
*Erin Watson v. Eli Lilly & Co., et al.*, C.A. No. 4:06-59
*Terri Norman v. Eli Lilly & Co., et al.*, C.A. No. 4:06-60

### Western District of Missouri

*William Moore v. Eli Lilly & Co., et al.*, C.A. No. 4:06-49

Motion of defendant Eli Lilly & Company for transfer of the following action to the United States District Court for the Eastern District of New York:

### Central District of California

*Ryan A. Riley, etc. v. Eli Lilly & Co.*, C.A. No. 2:05-8744

Schedule of Matters for Hearing Session, Section B                          p. 25
Kansas City, Kansas


<u>MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation</u>

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

<u>Southern District of Alabama</u>

*Robert Shawn Roach, et al. v. Merck & Co., et al.*, C.A. No. 1:06-44

<u>District of Alaska</u>

*State of Alaska v. Merck & Co., Inc.*, C.A. No. 3:06-18

<u>Eastern District of California</u>

*Boyd Cole, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:05-2609
*Jill Desart v. Merck & Co., Inc., et al.*, C.A. No. 2:06-62

<u>Northern District of California</u>

*Trey Ditlevsen v. Merck & Co., Inc., et al.*, C.A. No. 3:05-5158

<u>Southern District of Illinois</u>

*Peggie Craig, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-823
*Irene Anzona v. Merck & Co., Inc., et al.*, C.A. No. 3:05-884
*Willis Fuller, et al. v. Merck & Co., Inc.*, C.A. No. 3:06-63
*Robert Paskero v. Merck & Co., Inc., et al.*, C.A. No. 3:06-64
*Eugene Perry, et al. v. Merck & Co., Inc.*, C.A. No. 3:06-65
*Maria Kopes, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-154
*Kevin Keeney, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-158
*Barbara Rutherford, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-159
*Shirley Johnson, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-162
*Kimberly Riddle, et al. v. Merck & Co., Inc., et. al.*, C.A. No. 3:06-172

Schedule of Matters for Hearing Session, Section B                    p. 26
Kansas City, Kansas

MDL-1657 (Continued)

### Eastern District of Missouri

*Diana Larrabee v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1740
*Brian Chase, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-2078

### Western District of Missouri

*Helen G. Sarle, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:06-40

### Western District of New York

*Kathleen Campbell v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6740
*Gergory Paterniti v. Merck & Co., Inc., et al.*, C.A. No. 6:06-6065
*George Adams v. Merck & Co., Inc., et al.*, C.A. No. 6:06-6066
*Deborah Stroka v. Merck & Co., Inc., et al.*, C.A. No. 6:06-6068
*Bruce Stenzel v. Merck & Co., Inc., et al.*, C.A. No. 6:06-6069
*Eugenia B. Lukasik, etc. v. Merck & Co., Inc., et al.*, C.A. No. 6:06-6075

### Eastern District of Pennsylvania

*Robbie Tallas, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-388
*Robbie Tallas, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-389

### Northern District of Texas

*Laura Garrett, et al. v. Merck & Co., Inc.*, C.A. No. 4:05-744

### Southern District of Texas

*Robert L. Williams, etc. v. Merck & Co., Inc.*, C.A. No. 4:05-4265
*H.G. Pool, et al. v. Merck & Co., Inc., et al.*, C.A. No. 5:06-35

Schedule of Matters for Hearing Session, Section B                    p. 27
Kansas City, Kansas


MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation
MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability
          Litigation

     Opposition of plaintiff Deborah Sisemore  to transfer of the following action to the
United States District Court for the Eastern District of Louisiana in MDL-1657 and to the United
States District Court for the Northern District of California in MDL-1699:


          Eastern District of California

     *Deborah Sisemore v. Merck & Co., Inc., et al.*, C.A. No. 2:06-82


MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability
          Litigation

     Oppositions of plaintiffs Charles Poole, et al., and Mark John Harrison, et al., to transfer
of their respective following actions to the United States District Court for the Northern District
of California:


          Western District of Kentucky

     *Charles Poole, et al. v. Pfizer Inc., et al.*, C.A. No. 3:06-40

          Eastern District of Missouri

     *Mark John Harrison, et al. v. Monsanto Co., et al.*, C.A. No. 4:06-116


MDL-1700 -- In re FedEx Ground Package System, Inc., Employment Practices Litigation
          (No. II)

     Opposition of plaintiff Rob Carlson to transfer of the following action to the United
States District Court for the Northern District of Indiana:


          District of Montana

     *Rob Carlson v. FedEx Ground Package System, et al.*, C.A. No. 2:05-85

Schedule of Matters for Hearing Session, Section B                                    p. 28
Kansas City, Kansas


MDL-1708 -- In re Guidant Corp. Implantable Defibrillators Products Liability Litigation

Oppositions of plaintiffs The People of the State of New York, etc.; Willia Kray, et al.; Meleah Ayres, et al.; and Larry Hardin, et al., to transfer of their respective following actions to the United States District Court for the District of Minnesota:


Southern District of New York

*The People of the State of New York, etc. v. Guidant Corp.*, C.A. No. 1:05-10246

Northern District of Ohio

*Willia Kray, et al. v. Guidant Corp., et al.*, C.A. No. 1:06-43

Northern District of Texas

*Meleah Ayres, et al. v. Presbyterian Hospital of Dallas, et al.*, C.A. No. 3:06-129

Southern District of Texas

*Larry Hardin, et al. v. Guidant Corp., et al.*, C.A. No. 3:05-430


MDL-1715 -- In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

Oppositions of certain plaintiffs and third-party plaintiffs, defendants R+Financial, Inc.; Countrywide Home Loans, Inc.; Advantage Equity Services, Inc.; Summit Mortgage Realty, Inc.; Herman Michael Covarrubias; Esperanza Valverde; Cesar Valverde; Argent Mortgage Company; and BNC Mortgage Inc. and third-party defendants Dewrell Sacks, LLP,; Mara S. Sacks; and Tracey K. Dewrell to transfer of their respective following actions to the United States District Court for the Northern District of Illinois:


Central District of California

*Raymond Quarterman, Jr. v. Ameriquest Capital Corp., et al.*, C.A. No. 2:05-1426
*Maria Morrison, et al. v. Ameriquest Mortgage Co., et al.*, C.A. No. 2:05-4982

Schedule of Matters for Hearing Session, Section B                     p. 29
Kansas City, Kansas


MDL-1715 (Continued)


### Northern District of California

*Juan Medina, et al. v. Argent Mortgage Co., et al.*, C.A. No. 5:05-2905

### District of Connecticut

*Wetzer Surin v. Alpha Mortgage Lending, LLC, et al.*, C.A. No. 3:05-1653

### Middle District of Georgia

*J. Michael Campbell v. Johnnie Ross, et al.*, C.A. No. 1:05-107

### Eastern District of Louisiana

*John Darius Powell, et al. v. Ameriquest Mortgage Co.*, C.A. No. 2:05-3067

### Eastern District of Pennsylvania

*Scott T. Reuter, et al. v. WM Specialty Mortgage, LLC, et al.*, C.A. No. 2:05-1096
*Jeanette Stokes Godwin v. Argent Mortgage Co., LLC, et al.*, C.A. No. 2:05-6112

### Western District of Pennsylvania

*Karen M. Kahrer v. Ameriquest Mortgage Co.*, C.A. No. 2:05-391

### Middle District of Tennessee

*Rickie Ann Reese v. Ameriquest Mortgage Co., et al.*, C.A. No. 3:05-793

MDL-1721 -- In re Cessna 208 Series Aircraft Products Liability Litigation

Oppositions of plaintiffs Martha Fry, et al., and plaintiffs in the previously centralized MDL-1721 actions to transfer of the following action to the United States District Court for the District of Kansas:

Northern District of Texas

*Martha Fry, et al. v. Cessna Aircraft Co., Inc., et al.*, C.A. No. 4:06-155

MDL-1726 -- In re Medtronic, Inc., Implantable Defibrillators Products Liability Litigation

Oppositions of plaintiffs Samuel Tannenbaum, et al., and Walter Buice to transfer of their respective following actions to the United States District Court for the District of Minnesota:

Southern District of New York

*Samuel Tannenbaum, et al. v. Medtronic, Inc.*, C.A. No. 1:06-23

Southern District of Texas

*Walter Buice v. Medtronic, Inc.*, C.A. No. 3:05-624

MDL-1742 -- In re Ortho Evra Products Liability Litigation

Opposition of plaintiffs Christine Izzi, et al., to transfer of the following action to the United States District Court for the Northern District of Ohio:

District of New Jersey

*Christine Izzi, et al. v. Johnson & Johnson, et al.*, C.A. No. 2:05-5394

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001). Rule 16.1(g) allows a maximum of twenty minutes for oral argument in each matter. In most cases, however, less time is necessary for the expression of all views and the Panel reserves the prerogative of reducing the time requested by counsel. Accordingly, counsel should be careful not to overstate the time requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria. <u>See generally</u> <u>In re "East of the Rockies"</u> <u>Concrete Pipe Antitrust Cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L. 1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)   Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel.  The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)   Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard.  Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)   No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
      (i)   the dispositive issue(s) have been authoritatively decided; or
     (ii)   the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)   In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised.  If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules.  Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)   Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)   Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)   Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter.  The time shall be divided equally among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.   Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.