**MDL ▸ 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 13 2006

FILED
CLERK'S OFFICE

PLEADING NO. 4790

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Joseph Harris, Jr. v. General Electric Co., et al.*, S.D. Mississippi, C.A. No. 1:05-676
*Florence Brooks Harris v. General Electric Co., et al.*, S.D. Mississippi, C.A. No. 1:05-677
*Dorothy Harris v. General Electric Co., et al.*, S.D. Mississippi, C.A. No. 1:05-678
*Billy R. Perkins v. Minnesota Mining & Manufacturing Co., et al.*, S.D. Mississippi,
  C.A. No. 1:05-684
*Dorothy Huffman, etc. v. Minnesota Mining & Manufacturing Co., et al.*, S.D. Mississippi,
  C.A. No. 1:06-99

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
### AND VACATING THE MAY 25, 2006 HEARING SESSION

A conditional transfer order was filed in these five Southern District of Mississippi actions on March 9, 2006. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in these five actions submitted a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order with respect to these five actions.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-259" filed on March 9, 2006, is LIFTED insofar as it relates to these five actions, and thus the actions are transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James T. Giles.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 13, 2006, are VACATED insofar as they relate to these five actions.

FOR THE PANEL:

*[signature]*

Wm. Terrell Hodges
Chairman

OFFICIAL FILE COPY

IMAGED APR 1 4 2006