JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 4 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

## NOTICE OF OPPOSITION

COMES NOW, Plaintiffs in the cases listed on Exhibit "A" by and through counsel, and files this, their Notice of Opposition to the Conditional Transfer Order (CTO-260).

RESPECTFULLY SUBMITTED, this the 13th day of April, 2006.

By: _____
Timothy W. Porter
Attorney for Plaintiffs

Of Counsel:

Timothy W. Porter, MSB No. 9687
Patrick C. Malouf, MSB No. 9702
Kimberly A. Courtney, MSB No. 100799
John T. Givens, MSB No. 101561
PORTER & MALOUF, P.A.
Post Office Box 12768
Jackson, Mississippi 39236-2768
Telephone: (601) 957-1173
Facsimile: (601) 957-7366

**OFFICIAL FILE COPY**

IMAGED APR 1 4 2006

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 14 2005

FILED
CLERK'S OFFICE

Page 1 of 3

# SCHEDULE CTO-260 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 05-581 | Rickey J. Brown v. Owens-Illinois, Inc., et al. |
| MSS 1 05-582 | James W. Brumfield v. Owens-Illinois, Inc., et al. |
| MSS 1 05-583 | Ira Buchanan v. Owens-Illinois, Inc., et al. |
| MSS 1 05-584 | Bobby D. Burkett v. Owens-Illinois, Inc., et al. |
| MSS 1 05-585 | Ernest Carthan, Jr. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-586 | John H. Cessna v. Owens-Illinois, Inc., et al. |
| MSS 1 05-587 | Willie W. Chisolm, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-588 | Jerry L. Coon v. Owens-Illinois, Inc., et al. |
| MSS 1 05-589 | Jewell Crossley, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-590 | Raymond Cyprian v. Owens-Illinois, Inc., et al. |
| MSS 1 05-591 | Lawrence P. Davis v. Owens-Illinois, Inc., et al. |
| MSS 1 05-592 | Owen Davis v. Owens-Illinois, Inc., et al. |
| MSS 1 05-593 | William N. Davis v. Owens-Illinois, Inc., et al. |
| MSS 1 05-594 | Deer, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-595 | Willie Carter v. Owens-Illinois, Inc., et al. |
| MSS 1 05-596 | Andrew Brown, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-597 | Carl Brower v. Owens-Illinois, Inc., et al. |
| MSS 1 05-598 | Omar W. Bounds v. Owens-Illinois, Inc., et al. |
| MSS 1 05-599 | James S. Baugh, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-600 | Charles E. Banks v. Owens-Illinois, Inc., et al. |
| MSS 1 05-601 | Gary M. Arceneaux v. Owens-Illinois, Inc., et al. |
| MSS 1 05-602 | L.C. Adams v. Owens-Illinois, Inc., et al. |
| MSS 1 05-603 | Geemes H. Smith v. Owens-Illinois, Inc., et al. |
| MSS 1 05-604 | Wilson D. Steed, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-605 | Jimmy C. Sumrall v. Owens-Illinois, Inc., et al. |
| MSS 1 05-606 | C.L. Thompson v. Owens-Illinois, Inc., et al. |
| MSS 1 05-607 | Melvin Tims v. Owens-Illinois, Inc., et al. |
| MSS 1 05-608 | Doyle T. Turner v. Owens-Illinois, Inc., et al. |
| MSS 1 05-609 | Eugene D. Turner v. Owens-Illinois, Inc., et al. |
| MSS 1 05-610 | Alfred J. Tyler v. Owens-Illinois, Inc., et al. |
| MSS 1 05-611 | Charles E. Vessel v. Owens-Illinois, Inc., et al. |
| MSS 1 05-612 | Adrian E. Vicknair, Jr. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-613 | Wardell Wash v. Owens-Illinois, Inc., et al. |
| MSS 1 05-614 | Joe M. White v. Owens-Illinois, Inc., et al. |
| MSS 1 05-615 | Michael C. White v. Owens-Illinois, Inc., et al. |
| MSS 1 05-616 | Granderson Williams v. Owens-Illinois, Inc., et al. |
| MSS 1 05-617 | Andrew D. Woodall, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-618 | Roy Young, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-619 | York Sit v. Owens-Illinois, Inc., et al. |
| MSS 1 05-620 | Louis E. Simmons v. Owens-Illinois, Inc., et al. |
| MSS 1 05-621 | Robert W. Sills v. Owens-Illinois, Inc., et al. |
| MSS 1 05-622 | Wayne T. Rollins v. Owens-Illinois, Inc., et al. |
| MSS 1 05-623 | Bill T. Robinson v. Owens-Illinois, Inc., et al. |
| MSS 1 05-624 | Colin N. Roberts v. Owens-Illinois, Inc., et al. |
| MSS 1 05-625 | Robert Parker v. Owens-Illinois, Inc., et al. |
| MSS 1 05-626 | Kenneth W. Porter v. Owens-Illinois, Inc., et al. |
| MSS 1 05-627 | Oles Newsome v. Owens-Illinois, Inc., et al. |
| MSS 1 05-628 | Matthew Nobles v. Owens-Illinois, Inc., et al. |
| MSS 1 05-629 | Henry W. Griffin v. Owens-Illinois, Inc., et al. |



2006 APR 13 P 3: 50
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE



EXHIBIT
"A"

SCHEDULE CTO-260 - TAG-ALONG ACTIONS - MDL-875

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 05-630 | Peggy O'Neal Hoyt, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-631 | Kenneth Jennings v. Owens-Illinois, Inc., et al. |
| MSS 1 05-632 | Louis Johnson v. Owens-Illinois, Inc., et al. |
| MSS 1 05-633 | Glen E. Jones v. Owens-Illinois, Inc., et al. |
| MSS 1 05-634 | Jake K. Keith v. Owens-Illinois, Inc., et al. |
| MSS 1 05-635 | Charles M. Leggett v. Owens-Illinois, Inc., et al. |
| MSS 1 05-636 | Jimmie P. Lenoir v. Owens-Illinois, Inc., et al. |
| MSS 1 05-637 | Robert L. Lloyd v. Owens-Illinois, Inc., et al. |
| MSS 1 05-638 | Mitchell Magee v. Owens-Illinois, Inc., et al. |
| MSS 1 05-639 | Billy R. Marberry v. Owens-Illinois, Inc., et al. |
| MSS 1 05-640 | Jewel L. McDowell v. Owens-Illinois, Inc., et al. |
| MSS 1 05-641 | Louis B. McFatter v. Owens-Illinois, Inc., et al. |
| MSS 1 05-642 | Robert L. McField v. Owens-Illinois, Inc., et al. |
| MSS 1 05-643 | Robert L. Miller v. Owens-Illinois, Inc., et al. |
| MSS 1 05-644 | Joe Miciotto v. Owens-Illinois, Inc., et al. |
| MSS 1 05-645 | Otis Greer v. Owens-Illinois, Inc., et al. |
| MSS 1 05-646 | Jessie Gardner v. Owens-Illinois, Inc., et al. |
| MSS 1 05-647 | L.C. Fortner v. Owens-Illinois, Inc., et al. |
| MSS 1 05-648 | Clemmie Gales v. Owens-Illinois, Inc., et al. |
| MSS 1 05-649 | Perry R. Ely v. Owens-Illinois, Inc., et al. |
| MSS 1 05-650 | Chester L. Fedrick v. Owens-Illinois, Inc., et al. |
| MSS 1 05-651 | Early J. Ford v. Owens-Illinois, Inc., et al. |
| MSS 1 05-652 | Clarence D. Edwards v. Owens-Illinois, Inc., et al. |
| MSS 1 05-653 | Thomas J. Edwards v. Owens-Illinois, Inc., et al. |
| MSS 1 05-654 | Mary Carter, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-696 | Ella Louise Beck, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-697 | Roy Campbell, Jr., etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-698 | Isaac Colenberg, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-699 | Howard Jackson v. Owens-Illinois, Inc., et al. |
| MSS 1 05-700 | Joseph Jones, Sr. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-701 | Alfred E. Mims v. Owens-Illinois, Inc., et al. |
| MSS 1 05-702 | Raquel A. Mims, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-703 | Evelyn Pierson, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-704 | Rufus Puckett v. Owens-Illinois, Inc., et al. |
| MSS 1 05-705 | Regina Reed, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 06-14 | Albert J. Wyatt, Sr. v. Owens-Illinois, Inc., et al. |
| MSS 1 06-15 | Tommy E. Adams v. Owens-Illinois, Inc., et al. |
| MSS 1 06-16 | James V. Beck v. Owens-Illinois, Inc., et al. |
| MSS 1 06-17 | Alex Fleming, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 06-18 | Demetric Smith, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 06-19 | Governor Lawyer v. Owens-Illinois, Inc., et al. |
| MSS 1 06-20 | Kathy L. Parker, et al. v. Owens-Illinois, Inc., et al. |
| MSS 1 06-21 | Edward L. Perkins v. Owens-Illinois, Inc., et al. |
| MSS 1 06-22 | Bobby Jean Robertson, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 06-23 | James Sanders v. Owens-Illinois, Inc., et al. |
| MSS 1 06-24 | Tyree Wheeler v. Owens-Illinois, Inc., et al. |
| MSS 1 06-25 | Wardell Brooks v. Owens-Illinois, Inc., et al. |
| MSS 1 06-26 | James M. Carpenter v. Owens-Illinois, Inc., et al. |
| MSS 1 06-27 | Howrd Clark, Sr. v. Owens-Illinois, Inc., et al. |
| MSS 1 06-28 | Ike Ford, Jr. v. Owens-Illinois, Inc., et al. |
| MSS 1 06-29 | Willie Gordon v. Owens-Illinois, Inc., et al. |
| MSS 1 06-30 | Marion Harried v. Owens-Illinois, Inc., et al. |
| MSS 1 06-31 | Tom Hudson v. Owens-Illinois, Inc., et al. |
| MSS 1 06-32 | Nolan E. Taylor v. Owens-Illinois, Inc., et al. |
| MSS 1 06-33 | Roy D. Wroten v. Owens-Illinois, Inc., et al. |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## CERTIFICATE OF SERVICE

APR 1 4 2006

FILED
CLERK'S OFFICE

I, Timothy W. Porter, the undersigned counsel for Plaintiff, do hereby certify that I have this caused to be served, via U.S. Mail, postage fully prepaid, a true and correct copy of *Plaintiff's Notice of Opposition* to all counsel of record at their usual and regular mailing addresses listed on Exhibit "B".

This, the 13th day of April, 2006.

_____
Timothy W. Porter

2006 APR 13 P 3: 50
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

# INVOLVED COUNSEL LIST (CTO-260)
## DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Joseph G. Baladi
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Michael T. Bartley
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39531-1377

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Philip J. Chapman
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Marcy B. Croft
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Jessica B. DeGroote
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O Box 22608
Jackson, MS 39225-2608

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Dawn E. Fulce
Aultman, Tyner & Ruffin, Ltd.
P.O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

John T. Givens
Porter & Malouf, P.A.
P.o. Box 12768
Jackson, MS 39236

William S. Guy
Law Offices of William S. Guy
909 Delaware Avenue
P.O. Box 509
McComb, MS 39649-0509

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Bradley A. Hays
Aultman, Tyner & Ruffin, Ltd.
P.O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

James G. House, III
Forman, Perry, Watkins, Krutz
& Tardy
P.o. Box 22608
Jackson, MS 39225-2608

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Charles S. Lambert, Jr.
LeBlanc & Waddell, LLC
The Essen Centre
5353 Essen Lane
Suite 420
Baton Rouge, LA 70809

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Robert R. Mckee
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

C. A. Mclain
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Robert H. Pedersen
Watkins & Eager
P.O. Box 650
Jackson, MS 39205


EXHIBIT "B"

INVOLVED COUNSEL LIST (CTO-260) - MDL-875

Page 2 of 2

Timothy W. Porter
Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236-2768

Simine B. Reed
Forman Perry Watkins Krutz & Tardy
One Jackson Place
188 East Capitol Street Suite 200
Jackson, MS 39201

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Susan L. Steffey
Watkins & Eager
P. O. Box 650
Jackson, MS 39205-0650

Karl R. Steinberger
Williams, Heidelberg, et al.
P.O. Drawer H
Pascagoula, MS 39568

Joseph J. Stroble
Watkins & Eager
The Emporium Building, Suite 300
400 East Capitol Street
P.O. Box 650
Jackson, MS 39205-0650

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Michael E. Whitehead
Page, Mannino, Peresich
& McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289