JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 17 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (NO. VI)

MDL No. 875 – IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION

(IN RE: CONDITIONAL TRANSFER ORDER CTO-459)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL CATANIA, *et al.* | * | CIVIL ACTION NO. 05-1418 |
| VS. | * | SECTION: D |
| ANCO INSULATIONS, INC., *et al.* | * | JUDGE: JAMES BRADY |

\* \* \* \* \* \* \* \* \* \* \*   \*

## AMCHEM'S BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

NOW INTO COURT, comes Defendant, Bayer CropScience, Inc., as Successor to Aventis Cropscience USA, Inc. f/k/a Amchem Products, Inc. (hereinafter referred to as "Amchem"), who respectfully requests that Plaintiffs' Motion to Vacate Conditional Transfer Order be denied and would further show the Court as follows:

**I.**

This proceeding falls with the definition of a "tag-along" action pursuant to Rule 1.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. As such, transfer to Multidistrict Litigation No. 875 is appropriate pursuant to 28 U.S.C. § 1407(c)(ii).

{W:\docs\clmatter\710\68783\pleading\00151325.DOC}

**OFFICIAL FILE COPY**

IMAGED APR 17 2006

## II.

In the present action, Plaintiffs have filed suit against various Defendants to recover damages resulting from the alleged asbestos exposure of Barbara Catania, deceased. This is the companion litigation to the prior survival action of Mrs. Catania. The previous survival case was set for trial before the U.S. District Court, Middle District of Louisiana, the Honorable James Brady presiding, but resolved during jury selection.[1]

## III.

In their brief, Plaintiffs ask the Court to vacate the Conditional Transfer Order because substantial discovery is complete, or as specifically pled, "the case is ready for trial" before the U.S. Middle District Court of Louisiana, and because this matter was improperly removed to the U.S. Middle District Court of Louisiana.

Union Carbide submits that such grounds are internally inconsistent, and are further not supported by the procedure of the case, as previously pled by Defendants Entergy Gulf States, Inc. ("EGSI") and Pharmacia Corp. ("Pharmacia").

## IV.

Plaintiffs' initial argument is that because the prior litigation was ready to be tried before the U.S. District Court, this case is ready to be tried, without any additional discovery, before the U.S. District Court. Plaintiffs then undercut this assertion by arguing that this matter should not

---

[1]. Plaintiff's Memorandum in Support of Motion to Vacate the Conditional Transfer Order, pg. 1, ¶ 2.

even be before the District Court, but rather should be remanded to state court. Plaintiffs should not be heard to claim that this case is ready to be tried in a court which Plaintiffs themselves argue lacks jurisdiction.

V.

Moreover, Plaintiffs' assertions with regard to the status of discovery are undercut by the Oppositions of both Defendants EGSI and Pharmacia which firmly establish that neither Defendant was a party to the prior survival action.[2] Thus, with respect to these parties, discovery is wholly incomplete. Furthermore, "the uniqueness of a party's status, the type of defendant, the docket condition of any specific federal district, the stage of pretrial proceedings, [and] the presence of unique claims or additional claims not relating to asbestos personal injury or death …were considered and rejected by the Panel as grounds for carving out exceptions to transfer in this extraordinary docket". *In re Asbestos Product Liability Litigation (No. VI)*, 170 F.Supp.2d 1348, 1349 (Jud.Pan.Mult.Lit. 2001).

VI.

Finally, assuming *arguendo* that discovery is substantially complete as the result of prior, settled litigation, the appropriate remedy is not vacating the conditional transfer order, but rather remanding this matter to the U.S. District Court, only if this matter is not resolved, following good faith settlement attempts by all parties. PreTrial Order No. 3, Sections 4 and 5, sets forth the process for good faith settlement negotiations and remand following the breakdown of such

---

[2]. *See* Pharmacia Corp.'s Memorandum in Support of Transfer to MDL 875 and EGSI's Memorandum in Opposition to Motion to Vacate Conditional Transfer Order.

{W:\docs\clmatter\710\68783\pleading\00151325.DOC}

negotiations. Given that the prior survival action was settled, this process of settlement negotiations, followed by the potential for remand, is the appropriate relief for the issue at hand.

Accordingly, Union Carbide submits that the Panel should transfer this suit for consolidation with Multidistrict Litigation No. 875 (asbestos) in the Eastern District of Pennsylvania.

Respectfully Submitted,

**ABBOTT, SIMSES & KUCHLER, PLC**

_____
Lawrence E. Abbott, T.A. (La. Bar No. 2276)
Deborah D. Kuchler, T.A. (La. Bar No. 17013)
Sarah E. Iiams, T.A. (La. Bar No. 22418)
McGready L. Richeson, T.A. La. Bar No. 29398)
Ernest G. Foundas (La. Bar No. 24419)
Michael H. Abraham (La. Bar No. 2915)
Claudia P. Santoyo (La. Bar No. 27287)
Jennifer D. Edie (La. Bar No. 28564)
Robert E. Guidry (La. Bar No. 28064)
Charlotte P. Livingston (La. Bar No. 26894)
Kendra L. Duay (La. Bar No. 25652)
400 Lafayette Street – Suite 200
New Orleans, LA 70130
Telephone: (504) 568-9393
Facsimile: (504) 524-1933
**Attorneys for Defendant,
BAYER CROPSCIENCE, INC., AS SUCCESSOR TO AVENTIS CROPSCIENCE USA, INC. F/K/A AMCHEM PRODUCTS, INC.**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 17 2006

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Brief was sent via U.S. Mail, First Class Postage Prepaid, on this 13th day of April, 2006, properly addressed to the attached Panel Service List and via electronically to all counsel of record.

McGready L. Richeson, Esquire

{W:\docs\clmatter\710\68783\pleading\00151325.DOC}

**PANEL SERVICE LIST (Excerpted from CTO-259)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**
*Michael and Kristen Catania v. ANCO Insulations, et al*

F.S. Aldridge III
Hunter, MacLean, Exley & Dunn
P.O. Box 9848
Savannah, GA  31412

David W. Allen
Goodell, DeVries, Leech & Dann
One South Street, Suite 3800
Minneapolis, MN  55402-3701

John M. Anderson
Bassford Remele, PA
33 South Sixth Street, Suite 3800
Minneapolis, MN  55402-3701

Peter G. Angelos
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 North Charles Street, 22nd Flor
Baltimore, MD  21201

Cynthia W. Antonucci
Harris Beach, LLP
805 3rd Avenue, 20th Floor
New York, NY  10022

Franklin Keith Ball
Currie, Johnson, Griffin, Gaines
 & Myers
P.O. Box 750
Jackson, MS  39205-0750

Jeffrey A. Barnwell
Leath, Bouch & Crawford
134 Meeting Street
P.O. Box 59
Charleston, SC  29402

Andrew P. Bell
Law Offices of Gene Locks, LLC
110 East 55th Street
New York, NY  10022

Richard V. Bennett
Bennett & Guthrie, PLLC
1560 Westbrook Plaza Drive
Winston-Salem, NC  27103

Thomas P. Bernier
Segal, McCambridge, Singer
 & Mahoney, Ltd.
217 E. Redwood Street, 21st Street
Baltimore, MD  21202-3316

V. Brian Bevon
Motley Rice, LLC
28 Bridgeside Blvd.
P.O. Box 1782
Mt. Pleasant, SC  29465

Gary A. Bezet
Kean, Miller, Hawthorne, D'Armond
One American Place, 22nd Floor
P.O. Box 3513
Baton Rouge, LA  70821-3513

Scott R. Bickford
Martzell & Bickford
338 Lafayette Street
New Orleans, LA  70130

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH  44114

Janet W. Black
Donaldson & Black, P.A.
208 West Wendover Avenue
Greensboro, NC  27401

Joseph C. Blanks
P.O. Drawer 999
Doucette, TX  75942

Joel M. Bondurant, Jr.
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greenville, SC  29602-2048

Timothy W. Bouch
Leath, Bouch & Crawford
P.O. Box 59
Charleston, SC  29402-0059

Howard Michael Bowers
Nexsen, Pruet, Adams, Kleemeir, LLC
205 King Street, Suite 400
P.O. Box 486
Charleston, SC  29402

John J. Boyd, Jr.
Lord & Whip, P.A.
Charles Center South
36 S. Charles Street, 10th Floor
Baltimore, MD  21201

A. Todd Brown
Hunton & Williams
Bank of America Plaza
101 South Tyron Street, Suite 3500
Charlotte, NC  28280

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS  39531-1377

Lisa N. Busch
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY  10038

Barry C. Campbell
Baker, Donelson, Bearman, Caldwell
 & Berkowitz
P.O. Box 14167
Jackson, MS  39236-4167

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH  44115

William T. Causby
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC  29211-1070

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC  20001

| | | |
|---|---|---|
| Lawrence M. Coco, III<br>Carroll Bufkin Fulcher & Coco, PLLC<br>1700 Lelia Drive<br>Jackson, MS  39216 | Whitney Aaron Davis<br>Charter Davis, LLP<br>1730 I Street, Suite 240<br>Sacramento, CA  95814 | James H. Elliott, Jr.<br>Barnwell, Whaley, Patterson & Helms<br>885 Island Park Drive<br>Charleston, SC  29492-0197 |
| Michael T. Cole<br>Nelson, Mullins, Riley & Scarborough<br>P.O. Box 1806<br>Charleston, SC  29402 | William Pearce Davis<br>Baker, Ravenel & Bender<br>P.O. Box 8057<br>Columbia, SC  29202 | C. Michael Evert, Jr.<br>Evert & Weathersby LLC<br>3405 Piedmont Road, N.E., Suite 225<br>Atlanta, GA  30305-1764 |
| Randall D. Collins<br>Law Offices of Herschel L. Hobson<br>2190 Harrison Street<br>Beaumont, TX  77701 | Frank J. Deangelis<br>Mound, Cotton, Wollan & Greengrass<br>60 Park Place<br>Newark, NJ  07102-5497 | James J. Fabian<br>Pfeifer & Fabian<br>326 Saint Paul Place, Suite 100<br>Baltimore, MD  21202 |
| Keith E. Coltrain<br>Elmore & Wall, PA<br>P.O. Box 10937<br>Raleigh, NC  27605 | Steven Michael Dicker<br>Dicker & Dicker<br>300 West Adams Street, Suite 330<br>Chicago, IL  60606 | S. Gene Fendler<br>Liskow & Lewis<br>One Shell Square<br>701 Poydras Street, Suite 5000<br>New Orleans, LA  70139 |
| John F. Conley Sr.<br>Glasser & Glasser, PLC<br>Crown Center Building, Suite 600<br>580 East Main Street<br>Norfolk, VA  23510 | David R. Donadio<br>Brayton Purcell, LLP<br>222 Rush Landing Road<br>Novato, CA  94948-6169 | Phillip Ferderigos<br>Barnwell, Whaley, Patterson & Helms<br>P.O. Drawer H<br>Charleston, SC  29402 |
| William David Conner<br>Haynsworth Sinkler Boyd<br>75 Beattie Place, 11th Floor<br>P.O. Box 2048<br>Greenville, SC  29602 | Thomas F. Dougall<br>Law Office of Thomas F. Dougall<br>1713 Woodcreek Farms Road<br>Elgin, SC  29045 | Jessica D. Ferrill<br>Marks, O'Neill, O'Brien & Courtney<br>600 Baltimore Avenue, Suite 305<br>Towson, MD  21204 |
| James H. Daigle<br>Lemle & Kelleher, LLP<br>301 Main Street, Suite 1100<br>Baton Rouge, LA  70825 | John J. Dugan<br>Wolf, Block, Schorr, Solis-Cohen<br>1940 Route 70 East, Suite 200<br>Cherry Hill, NJ  08003 | John S. Fetten<br>Pollock, Montgomery & Chapin, P.C.<br>P.O. Box 013<br>Lamington Road<br>Bedminster, NJ  07921 |
| David A. Damico<br>Burns, White & Hickton, LLC<br>Four Northshore Center<br>106 Isabella St.<br>Pittsburgh, PA  15212 | Walter W. Dukes<br>Dukes, Dukes, Keating & Faneca<br>P.O. Drawer W<br>Gulfport, MS  39502-0680 | Raymond P. Forceno<br>Forceno & Hannon<br>111 S. Independence Mall East<br>The Bourse, Suite 1000<br>Philadelphia, PA  19106-2574 |
| William S. Davies, Jr.<br>Nelson, Mullins, Riley & Scarborough<br>1330 Lady Street<br>Keenan Building, 3rd Floor<br>P.O. Box 11070<br>Columbia, SC  29211-1070 | Katherine S. Duyer<br>Gavett & Datt, PC<br>15850 Crabbs Branch Way, Suite 180<br>Rockville, MD  20855<br><br>Theodore M. Eder<br>Segal, McCambridge, Singer<br> & Mahoney, Ltd.<br>805 3rd Avenue, 19th Floor<br>New York, NY  1022 | Barry W. Ford<br>Baker, Donelson, Bearman, Caldwell<br> &Berkowitz<br>P.O. Box 14167<br>Jackson, MS  39236-4167 |
| H. Lee Davis, Jr.<br>Davis & Hamrick, L.L.P.<br>P.O. Drawer 20039<br>Winston-Salem, NC  27120-0039 | | Shannon S. Frankel<br>Young, Moore & Henderson, P.A.<br>P.O. Box 31627<br>Raleigh, NC  27622 |

Dawn E. Fulce
Aultman, Tyner & Ruffin, Ltd.
P.O. Drawer 750
315 Hemphill Street
Hattiesburg, MS  39403-0750

Ellen B. Furman
1600 Market Street, 33rd Floor
Philadelphia, PA  19103

Jmes D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC  29413

Patricia C. Gandy
Butler, Snow, O'Mara, Stevens
 &Cannada, PLLC
P.O. Box 22567
Jackson, MS  39225-2567

Christian H. Gannon
Segal, McCambridge, Singer
 & Mahoney, Ltd.
805 3rd Avenue
New York, NY  10022

Leon Gary, Jr.
Jones, Walker, Waechter, et al.
Four United Plaza
8555 United Plaza Blvd., 5th Floor
Baton Rouge, LA  70809

Dan J. Gandreau
Rider Bennett, LLP
33 South Sixth Street, Suite 4900
Minneapolis, MN  55402

Kathleen A. Gendusa
Taylor, Porter, Brooks & Phillips
P.O. Box 2471
451 Florida Street, 8th Floor
Baton Rouge, LA  70820

James H. Gidley
Perkins & Cole
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128

Frank J. Gordon
Millberg Gordon & Stewars, PLLC
1101 Haynes Street, Suite 104
Raleigh, NC  27604

William M. Graham
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC  28144

Robert V. Greenlee
Forman, Perry, Watkins, Krutz
 & Tardy, LLP
P.O. Box 22608
Jackson, MS  39225-2608

Andrew S. Halio
Halio & Halio
P.O. Box 747
Charleston, SC  29402-0747

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street, Suite 4800
Minneapolis, MN  55402

Scott Hartford
Lynch Daskal Emery, LLP
264 West 40th Street
New York, NY  10018

Josephine H. Hicks
Parker, Poe, Adams & Bernstein
2500 Charlotte Plaza
Charlotte, NC  28244

Jonathan P. Hilbun
Montgomery, Barnett, Brown, Read
1100 Poydras St.
3200 Energy Centre
New Orleans, LA  70163-3200

M. King Hill, III
Venable, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, MD  21201-2978

Jeffrey J.A. Hinrichsen
Charter Davis, LLP
1730 I Street, Suite 240
Sacramento, CA  95814

Robert H. Hood
Hood Law Firm
172 Meeting Street
P.O> Box 1508
Charleston, SC  29402

James Gordon House, III
Forman, Perry, Watkins, Krutz
 & Tardy, LLP
P.O. Box 22608
Jackson, MS  39225-2608

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS  39215-1970

Ralph S. Hubbard, III
Lugenbuhl, Wheaton, et al
601 Poydras Street, Suite 2775
New Orleans, LA  70130

Christopher C. Humphrey
Kleet, Roomey, Lieber & Schorling
550 Broad Street, Suite 810
Newark, NJ  07102-4517

George L. Inabinet, Jr.
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC  29413

Heather Ashman Johnson
Kean, Miller, et al
301 Main Street, 18th Floor
P.O. Box 3513
Baton Rouge, LA  70821

Arthur Timothy Jones
Hawkins & Parnell, LLP
4000 SunTrust Plaza
300 Peachtree Street, N.E.
Atlanta, GA  30308-3243

Thomas J. Joyce, III
Hanson & Joyce
900 Centerton Road
Mount Laurel, NJ  08054

Shawn Anton Kachmar
Hunter, MacLean, Exley & Dunn
P.O. Box 9848
200 East St. Julian Street
Savannah, GA  31412

| | | |
|---|---|---|
| Christopher M. Kelly<br>Gallivan, White & Boyd, P.A.<br>P.O. Box 10589<br>Greenville, SC  29603 | Matthew P. Lachaussee<br>Dogan & Wilkinson, PLLC<br>P.O. Box 1618<br>Pascagoula, MS  39568-1618 | Lynn M. Luker<br>Lynn Luker & Associates<br>3433 Magazine Street<br>New Orleans, LA  70115 |
| Sean X. Kelly<br>Marks, O'Neill, O'Brien & Courtney<br>6981 N. Park Drive, Suite 300<br>Pennsauken, NJ  08109 | Arnold C. Lakind<br>Szaferman, Lakind, Blumstein, Watter & Blader<br>Quaker Bridge Executive Center<br>101 Grovers Mill Road, Suite 104<br>Lawrenceville, NJ  08648 | Steven Andrew Luxton<br>Edwards, Burns & Krider, LLP<br>201 N. Charles Street, Suite 1402<br>Baltimore, MD  21201 |
| James G. Kennedy<br>Pierce, Herns, Sloan & McLeod<br>The Blake House<br>321 East Bay Street<br>P.O. Box 22437<br>Charleston, SC  29413 | Carter T. Lambeth<br>Johnson & Lambeth<br>232 Princess Street<br>P.O. Box 660<br>Wilmington, NC  28402 | Janet L. MacDonell<br>Deutsch, Kerrigan & Stiles<br>755 Magazine Street<br>New Orleans, LA  70130 |
| Kristi D. Kennedy<br>Currie, Johnson, Griffin, Gaines & Myers<br>P.O. Box 750<br>Jackson, MS  39205-0750 | Daphne M. Lancaster<br>Aultman, Tyner & Ruffin, Ltd.<br>P.O. Drawer 750<br>315 Hemphill Street<br>Hattiesburg, MS  39403-0750 | Genevieve MacSteel<br>McGuire Woods, LLP<br>1345 Avenue of the Americas, 7th Floor<br>New York, NY  10105 |
| Matthew E. Kiely<br>Parker, Dumler & Kiely, LLP<br>200 Charles Center South<br>36 South Charles Street<br>Baltimore, MD  39201-2703 | David C. Landin<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA  23219 | Christopher O. Massenburg<br>Aultman, Tyner & Ruffin, Ltd.<br>P.O. Drawer 750<br>315 Hemphill Street<br>Hattiesburg, MS  39403-0750 |
| Robert D. Klein<br>Wharton, Levin, Ehrmantraut, Klein & Nash<br>104 West Street<br>P.O. Box 551<br>Annapolis, MD  21404-0551 | Christopher K. Lightfoot<br>Hailey, McNamara, Hall, Larmann & Papale<br>One Galleria Boulevard, Suite 1400<br>P.O. Box 8288<br>Metairie, LA  70011-8288 | Alexander J. May<br>Brassel & Baldwin<br>112 West Street<br>Annapolis, MD  21401 |
| James H. Knight<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ  07101-0652 | Gene Locks<br>Greitzer & Locks<br>1500 Walnut Street<br>Philadelphia, PA  19102 | Damon G. McClain<br>Sedgwick, Detert, Moran & Arnold<br>One Market Plaza<br>Stewart Tower, 8th Floor<br>San Franscisco, CA  94105 |
| Reginald S. Kramer<br>Oldham & Dowling<br>195 South Main Street, Suite 300<br>Akron, OH  44308-1314 | F. Flrk Loker, Jr.<br>Miles & Strockbridge<br>10 Light Stret<br>Baltimore, MD  21202 | Moffatt Grief McDonald<br>Haynsworth Sinkler Boyd<br>P.O. Box 2048<br>Greenville, SC  29602 |
| Andrew E. Kristianson<br>Helms, Mullis & Wicker, PLLC<br>P.O. Box 27507<br>Raleigh, NC  27507 | | R. Bruce McElhone<br>Law Offices of Peter G. Angelos, P.C.<br>100 North Charles Street<br>One Charles Center, 22nd Floor<br>Baltimore, MD  21201 |
| | | Carolyn Alleen McLain<br>Watkins & Eager<br>P.O. Box 650<br>Jackson, MS  39205-0650 |

| | | |
|---|---|---|
| Charles E. McLeod<br>Forman, Perry, Watkins, Krutz<br> & Tardy<br>P.O..Box 22608<br>Jackson, MS  39225-2608 | Stee W. Ouzts<br>Turner, Padget, Graham & Laney, PA<br>P.O. Box 1473<br>Columbia, SC  29202 | Douglas B. Pfeiffer<br>Miles & Stockbridge<br>10 Light Street<br>Baltimore, MD  21202-1487 |
| Edward W. Mizell<br>Butler, Snow, O'Mara, Stevens<br> & Cannada, PLLC<br>P.O. Box 22567<br>Jackson, MS  39225-2567 | Peter T. Paladino, Jr.<br>Goldberg Persky Jennings & White<br>Ketchum Center, 3rd Floor<br>1030 5th Avenue<br>Pittsburgh, PA  15219 | Robert John Phocas<br>Wonable, Carlyle, Sandridge & Rice<br>301 S. College Street<br>3300 One First Union Center<br>Charlotte, NC  28202 |
| William J. Moody, Jr.<br>Moody, Strople, Kloppel, et al<br>500 Crawford Street<br>Commerce Bank Bldg., Suite 300<br>P.O. Box 1138<br>Portsmouth, VA  23705 | Steven J. Parrott<br>Parrott Firm<br>36 South Charles Street, Suite 1300<br>Baltimore, MD 21201 | Andrew L. Plauche, Jr.<br>Plauche, Maselli, Landry & Parkeson<br>201 St. Charles Avenue, Suite 4240<br>New Orleans, LA 70170-4240 |
| Ronald L. Motley<br>Motley Rice, LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC  29465 | Donald C. Partridge<br>Forman, Perry, Watkins, Krutz<br> & Tardy, LLP<br>P.O. Box 22608<br>Jackson, MS  39225-2608 | Michael S. Polk,<br>Siebon, Polk, LaVerdiere, Jones<br> & Hawn<br>999 Westview Drive<br>Hastings, MN  55033-2495 |
| John J. Nagle, III<br>Bodie, Nagle, Dolina, Smith & Hobbs<br>21 W. Susuehanna Avenue<br>Towson, MD  21204 | Lisa M. Pascarella<br>Pehlivanian & Braaten, LLC<br>2430 Route 34<br>P.O. Box 648<br>Manaszuan, NJ  08736 | Timothy W. Porter<br>Porter & Malouf, P.A.<br>P.O. Box 12768<br>Jackson, MS  39236-2768 |
| David K. Nelson<br>Kean, Miller, Hawthornd, D'Armond<br>One American Place, 22nd Floor<br>P.O. Box 3513<br>Baton Rouge, LA  70825-3513 | Malcolm R. Patterson<br>Forman, Perry, Watkins, Krutz<br> & Tardy, LLP<br>P.O. Box 22608<br>Jackson, MS  39225-2608 | Lawrence G. Pugh, III<br>Montgomery, Barnett, Brown, Read<br>1100 Poydras Street<br>3200 Energy Centre<br>New Orleans, LA  70163-3200 |
| Scott A. Niebling<br>Brayton Purcell, LLP<br>621 S.W. Morrison, Suite 955<br>Portland, OR  97205 | Monica F. Pattereson<br>Hawkins & Parkenn, LLP<br>400 SunTrust Plaza<br>303 Peachtree Street, N.E.<br>Atlanta, GA  30308-3243 | Steven J. Pugh<br>Richarson, Plowden, Carpenter<br> & Robinson, PA<br>P.O. Drawer 7788<br>Columbia, SC  29202 |
| Richard P. O'Leary<br>McCarter & English, LLP<br>245 Park Avenue, 27th Floor<br>New York, NY  10022 | Edward R. Paul<br>Paul, Durham, James, Flandreau, et al<br>320 West Front Street<br>P.O. Box D<br>Media, PA  19063 | David J. Quigg<br>McCarter & English, LLP<br>300 E. Lombard Street, Suite 1000<br>Baltimore, MD  21202 |
| Alison E. O'Neal<br>Forman, Perry, Watkins, Krutz<br> & Tardy, LLP<br>P.O. Box 22608<br>Jackson, MS  39225-2608 | Timothy Peck<br>Smith Moore LLP<br>P.O. Box 21927<br>Greensboro, NC  27420 | R. Thomas Radcliffe, Jr.<br>Dehay & Elliston, LLP<br>36 S. Charles Street, 13th Floor<br>Baltimore, MD  21201 |
| | Richard M. Perles<br>Lee, Futrell & Perles, LLP<br>201 St. Charles Avenue, Suite 2409<br>New Orleans, LA 70170 | William C. Reeves<br>Smith, Reeves & Yarborough, PLLC<br>6360 I-55 North, Suite 201<br>Jackson, MS  39211 |

| | | |
|---|---|---|
| Giovanni Regina<br>Waters, McPherson, McNeill, PC<br>233 Broadway, Suite 970<br>New York, NY 10279 | Richard D. Schuster<br>Vorys, Sater, Seymour & Pease, LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216 | Robert E. Swickle<br>Jaques Admiralty Law Firm, P.C.<br>1570 Penabscot Building<br>The Maritime Asbestosis Legal Clinic<br>Detroit, MI 48226 |
| Giovanni Regina<br>Waters, McPherson, McNeill, PC<br>300 Lighting Way<br>Secaucus, NJ 07096 | Neil Selman<br>Selman, Breitman & Burgess<br>11766 Wilshire Boulevard, Sixth Floor<br>Los Angeles, CA 90025 | Michael A. Tanenbaum<br>Sedgwick, Detert, Moran & Arnold<br>Three Gateway Center<br>12th Floor<br>Newark, NJ 07102 |
| Vincent F. Reilly<br>Reilly, Janiczek & McDevitt, PC<br>Kevon Office Center, Suite 240<br>2500 McClellan Boulevard<br>Pennsauken, NJ 09109 | Dan Shaked<br>Shaked & Posner<br>225 West 34th Street, Suite 705<br>New York, NY 10122 | Jennifer M. Techman<br>Evert & Weathersby, LLC<br>3405 Piedmont Road, N.E., Suite 225<br>Atlanta, GA 30305 |
| John J. Repcheck<br>Marks, O'Neill, O'Brien & Courtney<br>3200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Scott D. Shellenberger<br>Law Offices of Peter G. Angelos, P.C.<br>One Charles Center<br>100 North Charles Street, 22nd Floor<br>Baltimore, MD 21201-3804 | Mark S. Thomas<br>Maupin, Taylor, PA<br>P.O. Drawer 19764<br>Raleigh, NC 27619-9764 |
| Joseph A. Rhodes, Jr.<br>Ogletree, Deakins, Nash, Smoak<br> & Stewart<br>P.O. Box 2757<br>Greenville, SC 29602 | Stacey L. Sims<br>Morris, Skalarios & Blackwell, PLLC<br>1817 Hardy Street<br>Hattiesburg, MS 39401 | Michael P. Thornton<br>Thornton & Naumes, L.L.P.<br>100 Summer Street, 30th Floor<br>Boston, MA 02110 |
| Jonathan G. Roquemore<br>Turner, Padget, Graham & Laney, PA<br>P.O. Box 1473<br>Columbia, SC 29202 | Robert N. Spinelli<br>Kelley, Jasons, McGuire & Spinelli<br>Centre Square West<br>15th Floor<br>Philadelphia, PA 19102 | John T. Tierney, III<br>Goldberg, Persky & White, PC<br>1030 Fifth Avenue<br>Pittsburgh, PA 15219 |
| Samuel M. Rosamond, III<br>Crawford Lewis, PLLC<br>400 Poydras Street, Suite 2100<br>New Orleans, LA 70130 | William B. Stewart<br>Copeland, Cook, Taylor & Bush<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020 | Patrick T. Tierney<br>Collins, Buckley, Sauntry & Haugh<br>West 1100 First National Bank Bldg.<br>332 Minnesota Street<br>St. Paul, MN 55101 |
| Gerolyn Roussel<br>Roussel & Roussel<br>1710 Cannes Drive<br>Laplace, LA 70068 | Matthew R. Straus<br>L'Abbate, Balkran, Colavita & Contini<br>1050 Franklin Avenue<br>Garden City, NY 11530 | Tracy E. Tomlin<br>Nelson, Mullins, Riley & Scarborough<br>100 North Tryon Street, Suite 2400<br>Charlotte, NC 28202-4000 |
| John D. Roven<br>Roven, Kaplan & Wells, L.L.P.<br>2190 North Loop West, Suite 410<br>Houston, TX 77018 | Robert W. Sullivan<br>Segal, McCambridge, Singer<br> & Mahoney, Ltd.<br>217 E. Redwood Street, 21st Floor<br>Baltimore, MD 21202-3316 | David G. Traylor, Jr.<br>Nelson, Mullins, Riley & Scarborough<br>1330 Lady Street<br>Keenan Building, 3rd Floor<br>P.O. Box 11070<br>Columbia, SC 29211 |
| Michael W. Rutledge<br>Spyridon, Koch & Palermo, LLC<br>Three Lakeway Center, Suite 3010<br>3838 N. Causeway Blvd.<br>Metairie, LA 70002 | | |

| | |
|---|---|
| Andrew J. Travelise<br>Reed Smith, LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103<br><br>John E. Wade, Jr.<br>Brunini, Grantham, Grower & Hewes<br>P.O. Drawer 119<br>Jackson, MS 39205-0119<br><br>Herbert I. Waldman<br>Nagel, Rice & Mazie, LLP<br>301 South Livingston Ave., Suite 201<br>Livingston, NJ 07039-3373<br><br>Mark Hedderman Wall<br>Elmore & Wall<br>P.O. Box 1200<br>Charleston, SC 29402<br><br>Mona L. Wallace<br>Wallace & Graham, P.A.<br>525 North Main Street<br>Salisbury, NC 28144<br><br>Henry N. Ware, Jr.<br>Spotts Fain, PC<br>411 E. Franklin St.<br>P.O. Box 1444<br>Richmond, VA 23218-1555<br><br>Louis H. Watson, Jr.<br>Watson & Heidelberg<br>520 East Capitol Street<br>Jackson, MS 39201-2703<br><br>Jacob H. Wellman<br>Teague, Campbell, Dennis & Gorham<br>1621 Midtown Place<br>Raleigh, NC 27609-7553<br><br>James K. Weston II<br>Tom Riley Law Firm<br>4040 First Avenue, N.E.<br>P.O. Box 998<br>Cedar Rapids, IA 52406<br><br>Paul A. Weykamp<br>Law Offices of Paul A. Weykamp<br>110 St. Paul Street, Suite 300<br>Baltimore, MD 21202 | James C. White<br>Moore & Van Allen<br>P.O. Box 13706<br>Durham, N.C 27709<br><br>Michael E. Whitehead<br>Page, Mannino, Peresich & McDermott<br>P.O. Drawer 289<br>Biloxi, MS 39533-0289<br><br>Stephen B. Williamson<br>Van Winkle, Buck, Wall, Starnes<br>& Davis, P.A.<br>11 N. Market Street<br>P.O. Box 7376<br>Ashville, NC 28802-7376<br><br>Gordon P. Wilson<br>Lugenbuhl, Wheaton, et al<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130<br><br>I. Timothy Zarsadias<br>Dean & Gibson L.L.P.<br>Cameron Brown Building, Suite 900<br>301 South McDowell Street<br>Charlotte, NC 28204-2686 |