MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 19 2006

FILED
CLERK'S OFFICE

Before the JPML

~~IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA~~

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | * * * * | CIVIL ACTION NO. |
| This document relates to: | * * | MDL 875 |

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL W. MELFORD, SR.<br>Plaintiff, | * * * | |
| VERSUS | * * | CIVIL ACTION NO. 05-1405 |
| PETER TERRITO, *et al.*<br>Defendants. | * * * * | SECTION "A"<br>MAGISTRATE 3 |

* * * * * * * * * * * * * * * * * * **

**STATEMENT OF CONCURRENCE**

Peter R. Territo and Northrop Grumman Ship Systems (f/k/a Avondale Industries, Inc.) submit this Statement of Concurrence to Daniel Melford's Motion to Vacate Conditional Transfer Order. Territo and Northrop Grumman, as removing parties, have no interest in depriving Mr. Melford of an expedited trial in the Middle District of Louisiana. Moreover, Territo and Northrop Grumman have submitted a Motion for Summary Judgment, the resolution

**OFFICIAL FILE COPY**

IMAGED APR 19 2006

of which will conclude the litigation as far as they are concerned. The transferor court will accept submission of that Motion without oral argument on 21 April 2006. A decision is expected shortly thereafter. Territo and Northrop Grumman concur with the plaintiff that the Conditional Transfer Order should be vacated.

Respectfully Submitted:

Gary A. Lee, La. Bar No. 8265
Richard M. Perles, La. Bar No. 1534
**Lee, Futrell & Perles, L.L.P.**
201 St. Charles Avenue, Suite 2409
New Orleans, LA 70170
Telephone: 504-569-1725/Facsimile: 504-569-1726

and

Gordon P. Wilson, La. Bar No. 20426
Kristopher T. Wilson, La. Bar No. 23978
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: 504-568-1990/Facsimile: 504-310-9195
**Attorneys for Peter R. Territo**

and

Brian Bossier, La. Bar No. 16818
Edwin A. Ellinghausen, III, La. Bar 1347
**Blue Williams, L.L.P.**
3421 North Causeway Boulevard, 9th Floor
Metairie, LA 70002
Telephone: 504-831-409/Facsimile: 504-849-3045
**Attorneys for Northrop Grumman Ship Systems, (f/k/a Avondale Industries, Inc.)**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 19 2006

FILED
CLERK'S OFFICE

**CERTIFICATE OF SERVICE**

The foregoing was served pursuant to Panel Rule 5.2 on all parties or their attorneys of record by delivering by U.S. Mail a copy to them postage prepaid and properly addressed, this 17th day of April, 2006.

2006 APR 18 A 10:30
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  ASBESTOS PRODUCTS | * | |
| LIABILITY LITIGATION (No. VI) | * | |
| | * | CIVIL ACTION NO. |
| -------------------------------------------------- | * | |
| This document relates to: | * | MDL 875 |
| -------------------------------------------------- | * | |

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL W. MELFORD, SR. | * | |
| Plaintiff, | * | |
| | * | CIVIL ACTION NO. 05-1405 |
| VERSUS | * | |
| | * | SECTION "A" |
| PETER TERRITO, *et al.* | * | |
| Defendants. | * | MAGISTRATE 3 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

### CERTIFICATE OF SERVICE

Undersigned counsel certifies that the following counsel were served with Statement of Concurrence of Peter R. Territo and Northrop Grumman Ship Systems (f/k/a Avondale Industries, Inc.), via U.S. Mail  April 17th, 2006:

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION  2006 APR 18  A 10:30  RECEIVED CLERK'S OFFICE

Richard C. Binzley, Esq.
Thompson Hine, LLP
127 Public Square, 3900 Key Center
Cleveland, Ohio 44114
Lead Counsel for Defendants (in the Seamen Cases)

Adam N. Chud, Esq.
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036
JPML Service Counsel for Center for Claims Resolution

Raymond P. Forceno, Esq.
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, Pennsylvania 19106-2574
Counsel for Fela Plaintiffs

Susan M. Hansen, Esq.
Brownson & Baltou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, Minnesota 55402
National Counsel

David C. Landin, Esq.
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Counsel for Peripheral Defendants

Ronald L. Motley, Esq.
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29264
Plaintiffs' Liaison Counsel

Edward J. Cass, Esq.
Gallagher, Sharp, Fulton & Norman Bulkley Building, 7$^h$ Floor
1501 Euclid Avenue
Cleveland, Ohio 44115
Counsel for Goodall Defendants

David A. Damico, Esq.
Burns, White & Hickton, LLC Four Northshore Center
106 Isabella Street
Pittsburgh, Pennsylvania 15212
Counsel for Fela Defendants

Ellen B. Furman, Esq.
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, Pennsylvania 19103
National Counsel

Reginald S. Kramer, Esq.
Oldham & Dowling
195 South Main Street
Suite 300
Akron, Ohio 44308-1314
National Counsel

Gene Locks, Esq.
Greitzer & Locks
1500 Walnut Street
Philadelphia, Pennsylvania 19102
Plaintiffs' Liaison Counsel

John J. Repcheck, Esq.
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, Pennsylvania 15219
Counsel for Peripheral Defendants

| | |
|---|---|
| John D. Roven, Esq.<br>Roven, Kaplan & Wells<br>2190 North Loop West<br>Suite 410<br>Houston, Texas 77018<br>Counsel for Fela Plaintiffs | Richard D. Schuster, Esq.<br>Vory's Sater, Seymour & Pease, LLP<br>52 East Gay Street<br>Post Office Box 1008<br>Columbus, Ohio 43216<br>National Coordinating Counsel for B. F. Goodrich Co. |
| Neil Selman, Esq.<br>Selman, Breitman & Burgess<br>11766 Wilshire Boulevard<br>Sixth Floor<br>Los Angeles, California 90025<br>National Counsel | Robert N. Spinelli, Esq.<br>Kelley, Jasons, McGuire & Spinelli, LLP<br>Centre Square West<br>15th Floor<br>Philadelphia, Pennsylvania 19102<br>Defendants Liaison Counsel |
| Robert E. Swickle, Esq.<br>Jaques Admiralty Law Firm, P.C.<br>1570 Penobscot Building<br>The Maritime Asbestosis Legal Clinic<br>Detroit, Michigan 48226<br>National Counsel | Andrew J. Trevclise, Esq.<br>Reed Smith, LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, Pennsylvania 19103<br>Defendants' Liaison Counsel |
| James K. Weston, II, Esq.<br>Tom Riley Law Firm<br>4040 First Avenue, N.E.<br>Post Office Box 998<br>Cedar Rapids, Iowa 52406<br>National Counsel for Raymark Industries, Inc. | Scott Bickford, Esq.<br>Jeffrey M. Burg, Esq.<br>Martzell & Bickford<br>338 Lafayette Street<br>New Orleans, LA 70130<br>Counsel for Plaintiff |
| Gary A. Lee, Esq.<br>Lee, Futrell & Perles, LLP<br>Suite 4120<br>201 St. Charles Avenue<br>New Orleans, Louisiana 70170-4120<br>Counsel for Peter Territo | Stephen Elliott, Esq.<br>Bernard, Cassisa, Elliott & Davis<br>1615 Metairie Road<br>Post Office Box 55490<br>Metairie, Louisiana 70055-5490<br>Counsel for Reilly-Benton, Inc. |
| Lawrence G Pugh, III, Esq.<br>Montgomery, Barnett, Brown, Read,<br>Hammond & Mintz, L.L.P.<br>3200 Energy Centre<br>1100 Poydras Street<br>New Orleans, Louisiana 70163-3200<br>Counsel for Eagle, Inc. | Susan Kohn, Esq.<br>Simon, Peragine, Smith & Redfearn, L.L.P.<br>30$^{th}$Floor, Energy Centre<br>1100 Poydras Street<br>New Orleans, Louisiana 70163-3000<br>Counsel for McCarty Corporation |

Dean Church, Esq.
Forman, Perry, Watkins, Krutz & Tardy, PLLC
Suite 1300
1515 Poydras Street
New Orleans, Louisiana 70112
Counsel for O-I

Michael A. McGlone, Esq.
Kean Miller Hawthorne D'Armond McCowan
and Jarman
Post Office Box 3513
One American Place, 22nd Floor
Baton Rouge, Louisiana 70821
Counsel for Noble Drilling

Alex E. Cosculluela, Esq.
Adams and Reese, LLP
4400 One Houston Center
1221 McKinney
Houston, Texas 77010
Counsel for ConocoPhillips

Gary Bezet, Esq.
Kean Miller Hawthorne D'Armond McCowan
and Jarman
Post Office Box 3513
One American Place, 22nd Floor
Baton Rouge, Louisiana 70821
Counsel for Gulf Oil Corporation

Troy N. Bell, Esq.
Aultman, Tyner, McNeese, Ruffin, Ltd.
400 Poydras Street, Suite 2250
New Orleans, Louisiana 70130
Counsel for Garlock

Charles Giordano, Esq.
Miranda, Warwich & Milazzo
3636 S. I-10 Service Road W.
Suite 300
Metairie, Louisiana 7000
Counsel for Rapid American

Lynn Luker, Esq.
Lyn Luker & Associates
3433 Magazine Street
New Orleans, Louisiana 70115
Counsel for Foster Wheeler

Kevin M. Jordan, Esq.
Baker Botts, LLP
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995
Counsel for Union Carbide Corporation

Melvin A. Eiden, Esq.
Rabalais, Hanna & Hebert
701 Robley Drive
Lafayette, Louisiana 70503
Counsel for Montello, Inc.

Brian Bossier, Esq.
Blue Williams, LLP
9th Floor
3421 North Causeway Boulevard
Metairie, Louisiana 70002
Counsel for Northrop Grumman Ship Systems,
Inc.

Samuel Rosamond, III, Esq.
Crawford Lewis
400 Poydras Street, Suite 2100
New Orleans, Louisiana 70130
Counsel for Commercial Union

Ernest G. Foundas, Esq.
Abbott, Simses & Kuchler
400 Lafayette Street, Suite 200
New Orleans, Louisiana 70130
Counsel for Union Carbide

4

C. Kelly Lightfoot, Esq.
Hailey, McNamara, Hall, Larmann & Papale
One Galleria Blvd.
Suite 1400
Metairie, Louisiana 70001-8288
Counsel for Taylor Siedenbach

James H. Daigle
David E. Redmann, Jr.
Robert S. Emmett
Thomas A. Porteous
Lemle & Kelleher, L.L.P.
21st Floor, Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6097
Counsel for Murphy Exploration & Production Company

Respectfully Submitted:

Gary A. Lee, La. Bar No. 8265
Richard M. Perles, La. Bar No. 1534
Lee, Futrell & Perles, L.L.P.
201 St. Charles Avenue, Suite 2409
New Orleans, LA 70170
Telephone: 504-569-1725/Facsimile: 504-569-1726

and

Gordon P. Wilson, La. Bar No. 20426
Kristopher T. Wilson, La. Bar No. 23978
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: 504-568-1990/Facsimile: 504-310-9195
**Attorneys for Peter R. Territo**

and

Brian Bossier, La. Bar No. 16818
Edwin A. Ellinghausen, III, La. Bar 1347
Blue Williams, L.L.P.
3421 North Causeway Boulevard, 9th Floor
Metairie, LA 70002
Telephone: 504-831-409/Facsimile: 504-849-3045
**Attorneys for Northrop Grumman Ship Systems, (f/k/a Avondale Industries, Inc.)**

## CERTIFICATE OF SERVICE

The foregoing was served pursuant to Panel Rule 5.2 on all parties or their attorneys of record by delivering by U.S. Mail a copy to them postage prepaid and properly addressed, this 17th day of April, 2006.

_____

RECEIVED CLERK'S OFFICE
2006 APR 18 A 10: 30
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION