MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 19 2006

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | * * * | CIVIL ACTION NO. |
| This document relates to: | * * * | MDL 875 |

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL W. MELFORD, SR.<br>Plaintiff, | * * * | |
| VERSUS | * * | CIVIL ACTION NO. 05-1405 |
| PETER TERRITO, *et al.*<br>Defendants. | * * * | SECTION "A"<br>MAGISTRATE 3 |

* * * * * * * * * * * * * * * * * * *

**DEFENDANT THE TRAVELERS INDEMNITY COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

NOW INTO COURT, comes The Travelers Indemnity Company, who, pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, The Travelers Indemnity Company hereby discloses that it is a wholly-owned subsidiary of Travelers Insurance Group Holdings, Inc., which is a wholly-owned subsidiary of Travelers Property Casualty Corp., which is a wholly-owned subsidiary of The St. Paul Travelers Companies, Inc., a publicly traded company.

OFFICIAL FILE COPY

IMAGED APR 21 2006

Respectfully Submitted:

*[signature]*

Gordon P. Wilson, La. Bar No. 20426
Kristopher T. Wilson, La. Bar No. 23978
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: 504-568-1990/Facsimile: 504-310-9195
**Attorneys for The Travelers Indemnity Company**

## CERTIFICATE OF SERVICE

The foregoing was served pursuant to Panel Rule 5.2 on all parties or their attorneys of record by delivering by U.S. Mail a copy to them postage prepaid and properly addressed, this 12th day of April, 2006.

*[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI)<br>-------------------------------------------------<br>**This document relates to:**<br>------------------------------------------------- | *<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO.<br><br>MDL 875 |

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL W. MELFORD, SR.**<br>           **Plaintiff,**<br><br>**VERSUS**<br><br>**PETER TERRITO,** *et al.*<br>           **Defendants.** | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO. 05-1405<br><br>SECTION "A"<br><br>MAGISTRATE 3 |

* * * * * * * * * * * * * * * * * **

CERTIFICATE OF SERVICE

Undersigned counsel certifies that the following counsel were served with Defendant The Travelers Indemnity Company's Corporate Disclosure Statement, via U.S. Mail April 12, 2006:

RECEIVED 2006 APR 13 A 10: 22 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Richard C. Binzley, Esq.
Thompson Hine, LLP
127 Public Square, 3900 Key Center
Cleveland, Ohio 44114
Lead Counsel for Defendants (in the Seamen Cases)

Adam N. Chud, Esq.
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036
JPML Service Counsel for Center for Claims Resolution

Raymond P. Forceno, Esq.
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, Pennsylvania 19106-2574
Counsel for Fela Plaintiffs

Susan M. Hansen, Esq.
Brownson & Baltou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, Minnesota 55402
National Counsel

David C. Landin, Esq.
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Counsel for Peripheral Defendants

Ronald L. Motley, Esq.
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29264
Plaintiffs' Liaison Counsel

Edward J. Cass, Esq.
Gallagher, Sharp, Fulton & Norman Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, Ohio 44115
Counsel for Goodall Defendants

David A. Damico, Esq.
Burns, White & Hickton, LLC Four Northshore Center
106 Isabella Street
Pittsburgh, Pennsylvania 15212
Counsel for Fela Defendants

Ellen B. Furman, Esq.
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, Pennsylvania 19103
National Counsel

Reginald S. Kramer, Esq.
Oldham & Dowling
195 South Main Street
Suite 300
Akron, Ohio 44308-1314
National Counsel

Gene Locks, Esq.
Greitzer & Locks
1500 Walnut Street
Philadelphia, Pennsylvania 19102
Plaintiffs' Liaison Counsel

John J. Repcheck, Esq.
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, Pennsylvania 15219
Counsel for Peripheral Defendants

2

| | |
|---|---|
| John D. Roven, Esq.<br>Roven, Kaplan & Wells<br>2190 North Loop West<br>Suite 410<br>Houston, Texas 77018<br>Counsel for Fela Plaintiffs | Richard D. Schuster, Esq.<br>Vory's Sater, Seymour & Pease, LLP<br>52 East Gay Street<br>Post Office Box 1008<br>Columbus, Ohio 43216<br>National Coordinating Counsel for B. F. Goodrich Co. |
| Neil Selman, Esq.<br>Selman, Breitman & Burgess<br>11766 Wilshire Boulevard<br>Sixth Floor<br>Los Angeles, California 90025<br>National Counsel | Robert N. Spinelli, Esq.<br>Kelley, Jasons, McGuire & Spinelli, LLP<br>Centre Square West<br>15th Floor<br>Philadelphia, Pennsylvania 19102<br>Defendants Liaison Counsel |
| Robert E. Swickle, Esq.<br>Jaques Admiralty Law Firm, P.C.<br>1570 Penobscot Building<br>The Maritime Asbestosis Legal Clinic<br>Detroit, Michigan 48226<br>National Counsel | Andrew J. Trevclise, Esq.<br>Reed Smith, LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, Pennsylvania 19103<br>Defendants' Liaison Counsel |
| James K. Weston, II, Esq.<br>Tom Riley Law Firm<br>4040 First Avenue, N.E.<br>Post Office Box 998<br>Cedar Rapids, Iowa 52406<br>National Counsel for Raymark Industries, Inc. | Scott Bickford, Esq.<br>Jeffrey M. Burg, Esq.<br>Martzell & Bickford<br>338 Lafayette Street<br>New Orleans, LA 70130<br>Counsel for Plaintiff |
| Gary A. Lee, Esq.<br>Lee, Futrell & Perles, LLP<br>Suite 4120<br>201 St. Charles Avenue<br>New Orleans, Louisiana 70170-4120<br>Counsel for Peter Territo | Stephen Elliott, Esq.<br>Bernard, Cassisa, Elliott & Davis<br>1615 Metairie Road<br>Post Office Box 55490<br>Metairie, Louisiana 70055-5490<br>Counsel for Reilly-Benton, Inc. |
| Lawrence G Pugh, III, Esq.<br>Montgomery, Barnett, Brown, Read, Hammond & Mintz, L.L.P.<br>3200 Energy Centre<br>1100 Poydras Street<br>New Orleans, Louisiana 70163-3200<br>Counsel for Eagle, Inc. | Susan Kohn, Esq.<br>Simon, Peragine, Smith & Redfearn, L.L.P.<br>30$^{th}$Floor, Energy Centre<br>1100 Poydras Street<br>New Orleans, Louisiana 70163-3000<br>Counsel for McCarty Corporation |

Dean Church, Esq.
Forman, Perry, Watkins, Krutz & Tardy, PLLC
Suite 1300
1515 Poydras Street
New Orleans, Louisiana 70112
Counsel for O-I

Lynn Luker, Esq.
Lyn Luker & Associates
3433 Magazine Street
New Orleans, Louisiana 70115
Counsel for Foster Wheeler

Michael A. McGlone, Esq.
Kean Miller Hawthorne D'Armond McCowan and Jarman
Post Office Box 3513
One American Place, 22nd Floor
Baton Rouge, Louisiana 70821
Counsel for Noble Drilling

Kevin M. Jordan, Esq.
Baker Botts, LLP
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995
Counsel for Union Carbide Corporation

Alex E. Cosculluela, Esq.
Adams and Reese, LLP
4400 One Houston Center
1221 McKinney
Houston, Texas 77010
Counsel for ConocoPhillips

Melvin A. Eiden, Esq.
Rabalais, Hanna & Hebert
701 Robley Drive
Lafayette, Louisiana 70503
Counsel for Montello, Inc.

Gary Bezet, Esq.
Kean Miller Hawthorne D'Armond McCowan and Jarman
Post Office Box 3513
One American Place, 22nd Floor
Baton Rouge, Louisiana 70821
Counsel for Gulf Oil Corporation

Brian Bossier, Esq.
Blue Williams, LLP
9th Floor
3421 North Causeway Boulevard
Metairie, Louisiana 70002
Counsel for Northrop Grumman Ship Systems, Inc.

Troy N. Bell, Esq.
Aultman, Tyner, McNeese, Ruffin, Ltd.
400 Poydras Street, Suite 2250
New Orleans, Louisiana 70130
Counsel for Garlock

Samuel Rosamond, III, Esq.
Crawford Lewis
400 Poydras Street, Suite 2100
New Orleans, Louisiana 70130
Counsel for Commercial Union

Charles Giordano, Esq.
Miranda, Warwich & Milazzo
3636 S. I-10 Service Road W.
Suite 300
Metairie, Louisiana 7000
Counsel for Rapid American

Ernest G. Foundas, Esq.
Abbott, Simses & Kuchler
400 Lafayette Street, Suite 200
New Orleans, Louisiana 70130
Counsel for Union Carbide

C. Kelly Lightfoot, Esq.
Hailey, McNamara, Hall, Larmann & Papale
One Galleria Blvd.
Suite 1400
Metairie, Louisiana 70001-8288
Counsel for Taylor Siedenbach

James H. Daigle
David E. Redmann, Jr.
Robert S. Emmett
Thomas A. Porteous
Lemle & Kelleher, L.L.P.
21st Floor, Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6097
Counsel for Murphy Exploration & Production Company

Respectfully Submitted:

Gordon P. Wilson, La. Bar No. 20426
Kristopher T. Wilson, La. Bar No. 23978
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: 504-568-1990/Facsimile: 504-310-9195
**Attorneys for The Travelers Indemnity Company**

## CERTIFICATE OF SERVICE

The foregoing was served pursuant to Panel Rule 5.2 on all parties or their attorneys of record by delivering by U.S. Mail a copy to them postage prepaid and properly addressed, this 12th day of April, 2006.

Panel Service List (excerpted from CTO-259)
Docket No. 875
In Re: Asbestos Products Liability Litigation (No. VI)

*Daniel W. Melford, Sr. v. Peter Territo, et al., Middle District of Louisiana, C.A. No. 3:05-1405*

| | | |
|---|---|---|
| Richard C. Binzley, Esq.<br>Thompson Hine, LLP<br>127 Public Square<br>3900 Key Center<br>Cleveland, Ohio 44114 | Edward J. Cass, Esq.<br>Gallagher, Sharp, Fulton & Norman<br>Bulkley Building, 7th Floor<br>1501 Euclid Avenue<br>Cleveland, Ohio 44115 | Adam N. Chud, Esq.<br>Shea & Gardner<br>1800 Massachusetts Avenue, N.W.<br>Washington, D.C. 20036 |
| David A. Damico, Esq.<br>Burns, White & Hickton, LLC<br>Four Northshore Center<br>106 Isabella Street<br>Pittsburgh, Pennsylvania 15212 | Raymond P. Forceno, Esq.<br>Forceno & Hannon<br>111 S. Independence Mall East<br>The Bourse, Suite 1000<br>Philadelphia, Pennsylvania 19106-2574 | Ellen B. Furman, Esq.<br>Goldfein & Hosmer<br>1600 Market Street<br>33rd Floor<br>Philadelphia, Pennsylvania 19103 |
| Susan M. Hansen, Esq.<br>Brownson & Baltou<br>4800 U.S. Bank Place<br>601 Second Avenue, South<br>Minneapolis, Minnesota 55402 | Reginald S. Kramer, Esq.<br>Oldham & Dowling<br>195 South Main Street<br>Suite 300<br>Akron, Ohio 44308-1314 | David C. Landin, Esq.<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, Virginia 23219 |
| Gene Locks, Esq.<br>Greitzer & Locks<br>1500 Walnut Street<br>Philadelphia, Pennsylvania 19102 | Ronald L. Motley, Esq.<br>Motley Rice, LLC<br>28 Bridgeside Boulevard<br>Mt. Pleasant, South Carolina 29264 | John J. Repcheck, Esq.<br>Marks, O'Neill, O'Brien & Courtney<br>3200 Gulf Tower, 707 Grant Street<br>Pittsburgh, Pennsylvania 15219 |
| John D. Roven, Esq.<br>Roven, Kaplan & Wells<br>2190 North Loop West<br>Suite 410<br>Houston, Texas 77018 | Richard D. Schuster, Esq.<br>Vory's Sater, Seymour & Pease, LLP<br>52 East Gay Street<br>Post Office Box 1008<br>Columbus, Ohio 43216 | Neil Selman, Esq.<br>Selman, Breitman & Burgess<br>11766 Wilshire Boulevard<br>Sixth Floor<br>Los Angeles, California 90025 |
| Robert N. Spinelli, Esq.<br>Kelley, Jasons, McGuire &<br>Spinelli, LLP<br>Centre Square West, 15th Floor<br>Philadelphia, Pennsylvania 19102 | Robert E. Swickle, Esq.<br>Jaques Admiralty Law Firm, P.C.<br>1570 Penobscot Building<br>The Maritime Asbestosis Legal Clinic<br>Detroit, Michigan 48226 | Andrew J. Trevelise, Esq.<br>Reed Smith, LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, Pennsylvania 19103 |
| James K. Weston, II, Esq.<br>Tom Riley Law Firm<br>4040 First Avenue, N.E.<br>Post Office Box 998<br>Cedar Rapids, Iowa 52406 | Scott Bickford, Esq.<br>Jeffrey M. Burg, Esq.<br>Martzell & Bickford<br>338 Lafayette Street<br>New Orleans, LA 70130 | Gary A. Lee, Esq.<br>Lee, Futrell & Perles, LLP<br>Suite 4120<br>201 St. Charles Avenue<br>New Orleans, Louisiana 70170-4120 |
| Stephen Elliott, Esq.<br>Bernard, Cassisa, Elliott & Davis<br>1615 Metairie Road<br>Post Office Box 55490<br>Metairie, Louisiana 70055-5490 | Lawrence G Pugh, III, Esq.<br>Montgomery, Barnett, Brown, Read,<br>Hammond & Mintz<br>1100 Poydras Street, Suite 3200<br>New Orleans, Louisiana 70163-3200 | Susan Kohn, Esq.<br>Simon, Peragine, Smith &<br>Redfearn, L.L.P.<br>1100 Poydras Street. 30th Floor<br>New Orleans, Louisiana 70163-3000 |
| Dean Church, Esq.<br>Forman, Perry, Watkins, Krutz &<br>Tardy, PLLC<br>1515 Poydras Street, Suite 1300<br>New Orleans, Louisiana 70112 | Lynn Luker, Esq.<br>Lynn Luker & Associates<br>3433 Magazine Street<br>New Orleans, Louisiana 70115 | Michael A. McGlone, Esq.<br>Kean Miller Hawthorne D'Armond<br>McCowan and Jarman<br>Post Office Box 3513<br>One American Place, 22nd Floor<br>Baton Rouge, Louisiana 70821 |
| Kevin M. Jordan, Esq.<br>Baker Botts, LLP<br>One Shell Plaza<br>910 Louisiana<br>Houston, Texas 77002-4995 | Alex E. Cosculluela, Esq.<br>Adams and Reese, LLP<br>4400 One Houston Center<br>1221 McKinney<br>Houston, Texas 77010 | Melvin A. Eiden, Esq.<br>Rabalais, Hanna & Hebert<br>701 Robley Drive<br>Lafayette, Louisiana 70503 |
| Gary Bezet, Esq.<br>Kean Miller Hawthorne D'Armond<br>McCowan and Jarman<br>Post Office Box 3513<br>One American Place, 22nd Floor<br>Baton Rouge, Louisiana 70821 | Brian Bossier, Esq.<br>Blue Williams, LLP<br>9th Floor<br>3421 North Causeway Boulevard<br>Metairie, Louisiana 70002 | Troy N. Bell, Esq.<br>Aultman, Tyner, McNeese, Ruffin, Ltd.<br>400 Poydras Street<br>Suite 2250<br>New Orleans, Louisiana 70130 |
| Samuel Rosamond, III, Esq.<br>Crawford Lewis<br>400 Poydras Street, Suite 2100<br>New Orleans, Louisiana 70130 | Charles Giordano, Esq.<br>Miranda, Warwich & Milazzo<br>3636 S. I-10 Service Road W., Suite 300<br>Metairie, Louisiana 7000 | Ernest G. Foundas, Esq.<br>Abbott, Simses & Kuchler<br>400 Lafayette Street, Suite 200<br>New Orleans, Louisiana 70130 |
| C. Kelly Lightfoot, Esq.<br>Hailey, McNamara, Hall,<br>Larmann & Papale<br>One Galleria Blvd., Suite 1400<br>Metairie, Louisiana 70001-8288 | James H. Daigle<br>Lemle & Kelleher, L.L.P.<br>601 Poydras Street<br>21st Floor<br>New Orleans, Louisiana 70130-6097 | |