JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 9 2006

DOCKET NO. 875

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(In Re: Condition Transfer Order (CTO-459))

CASE ORIGINATES FROM
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL CATANIA, ET AL.** | **CIVIL ACTION** |
| **Plaintiffs** | |
| **VERSUS** | |
| **ANCO INSULATIONS, INC., ET AL.** | **NO. 05-1418-JJB-DLD** |
| **Defendants** | |

### RULE 5.3 CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT** comes Entergy Gulf States, Inc., and pursuant to Rule 5.3 of the Rules for Procedure of the Multidistrict Litigation panel submits the following corporate disclosure statement:

Entergy Gulf States, Inc., is a wholly-owned subsidiary of Entergy Corporation.

Respectfully submitted,

TAGGART, MORTON, OGDEN,
STAUB, ROUGELOT & O'BRIEN, LLC

_____
Mark E. Van Horn (Bar No. 14476)
John J. Zvonek (Bar No. 24717)
2100 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2100
Telephone: (504) 599-8500
**ATTORNEYS FOR DEFENDANT
ENTERGY GULF STATES, INC.**

OFFICIAL FILE COPY

IMAGED APR 2 1 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties by electronic mail, facsimile and/or by placing same in the United States mail, properly addressed and postage prepaid, on this 10th day of April 2006.

_____

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DOCKET NO. 875

APR 19 2006

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(In Re: Condition Transfer Order (CTO-459))

CASE ORIGINATES FROM
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL CATANIA, ET AL. | CIVIL ACTION |
| **Plaintiffs** | |
| VERSUS | |
| ANCO INSULATIONS, INC., ET AL. | NO.05-1418-JJB-DLD |
| **Defendants** | |

**CERTIFICATE OF SERVICE BY ENTERGY GULF STATES, INC.
FOR MEMORANDUM IN OPPOSITION TO MOTION TO VACATE
CONDITIONAL TRANSFER ORDER AND
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Counsel for defendant Entergy Gulf States, Inc. certifies that the following counsel were served with Entergy Gulf States, Inc.'s *Memorandum in Opposition to Motion to Vacate Conditional Transfer Order,* together with its *Rule 5.3 Corporate Disclosure Statement*, and this certificate via electronic mail, hand delivery, or by placing a copy of same in the United States mails, postage prepaid, on this 10th day of April, 2006.

Darryl J. Foster
David E. Redmann, Jr.
Robert S. Emmett
Kimberly C. Delk
Lemle & Kelleher, L.L.P.
601 Poydras St., Suite 2100
New Orleans, LA 70130-6097
Counsel for Pharmacia Corp.

Richard C. Binzley
Thompson Hine, L.L.P.
127 Public Square
3900 Key Center
Cleveland, OH 44114
Lead Counsel for Defendants (in the Seamen Cases)

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Flr.
1501 Euclid Ave.
Cleveland, OH 44115
Counsel for Goodall Defendants

Adam N. Chud
Shea & Gardner
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
JPML Service Counsel for
Center for Claims Resolution

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212
Counsel for FELA Defendants

Mr. Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574
Counsel for FELA Plaintiffs

Ms. Ellen B. Furman
Goldfein & Hosmer
1600 Market St.
33rd Flr.
Philadelphia, PA 19103
National Counsel

Ms. Susan M. Hansen
Brownson & Baltou
4800 U.S. Bank Place
601 Second Ave., South
Minneapolis, MN 55402
National Counsel

Mr. David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd St.
Richmond, VA 23219
Counsel for Peripheral Defendants

Mr. Gene Locks
Greitzer & Locks
1500 Wlanut St.
Philadelphia, PA 19102
Plaintiffs' Liaison Counsel

Mr. Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29264
Plaintiffs' Liaison Counsel

Mr. John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant St.
Pittsburgh, PA 15219
Counsel for Peripheral Defendants

Mr. John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018
Counsel for FELA Plaintiffs

Mr. Richard D. Schuster
Vory's Sater, Seymour & Pease, LLP
52 East Gay St.
P.O. Box 1008
Columbus, OH 43216
National Coordinating Counsel for
B.F. Goodrich Co.

Mr. Neil Selman
Selman, Brietman & Burgess
11766 Wilshire Blvd.
Sixth Flr.
Los Angeles, CA 90025
National Counsel

Mr. Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, LLP
Centre Square West, 15th Flr.
Philadelphia, PA 19102
Defendants Liaison Counsel

Mr. Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
The Maritime Asbestosis Legal Clinic
1570 Penobscot Building
Detroit, MI 48226
National Counsel

Mr. Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market St.
Philadelphia, PA 19103
Defendants' Liaison Counsel

Mr. James K. Weston II
Tom Riley Law Firm
4040 First Ave., N.E.
P.O. Box 998
Cedar Rapids, IA 52406
National Counsel for Raymark Industries, Inc.

Ms. Gerolyn P. Roussel
Mr. Perry J. Roussel, Jr.
Roussel & Roussel
1710 Cannes Dr.
LaPlace, LA 70068
Counsel for Plaintiff

Ms. Margaret M. Joffe
Mr. Theodore L. White
Deutsch, Kerrigan & Stiles, LLP
755 Magazine St.
New Orleans, LA 70130
Counsel for Anco Insulations, Inc.
Riley Power, Inc.

Mr. Ernest G. Foundas
Abbott, Simses & Kuchler
400 Lafayette St., Suite 200
New Orleans, LA 70130
Counsel for Bayer Cropscience, Inc.

4

Mr. Leon Gary, Jr.
Jones, Walker, Waechter, Poitevent,
Carrere & Denegre, LLP
8555 United Plaza Blvd, 5th Flr.
Baton Rouge, LA 70809
Counsel for CBS Corp./General Electric Corp.

Mr. Scott C. Seiler
Liskow & Lewis
701 Poydras St., Suite 5000
New Orleans, LA 70130
Counsel for Chemtura Corp.

Mr. David M. Bienvenu, Jr.
Taylor, Porter, Brooks & Phillips, LLP
P.O. Box 2471
Baton Rouge, LA 70821
Counsel for Dow Chemical Co.

Mr. Gregory M. Anding
Kean, Miller, Hawthorne, D'Armond,
McCowan and Jarman, LLP
P.O. Box 3513
Baton Rouge, LA 70821
Counsel for DSM Copolymer, Inc.
Exxon Mobile Corp.

Mr. Lawrence G. Pugh, III
Montgomery, Barnett, Brown, Read,
Hammond & Mintz, LLP
1100 Poydras St., Suite 3200
New Orleans, LA 70163-3200
Counsel for Eagle, Inc.
Royal Indemnity Co.

Ms. Lynn Luker
Lynn Luker & Associates
3433 Magazine St.
New Orleans, LA 70115
Counsel for Foster Wheeler

Mr. Troy N. Bell
Aultman, Tyner & Ruffin Ltd.
400 Poydras St., Suite 2250
New Orleans, LA 70130
Counsel for Garlock Sealing Tech.

Ms. Susan Kohn
Simon, Peragine, Smith & Redfeearn, LLP
1100 Poydras St., Suite 3000
New Orleans, LA 70163-3000
Counsel for McCarty Corp.

Mr. R. Dean Church, Jr.
Forman, Perry, Watkins, Krutz &
Tardy, PLLC
1515 Poydras St., Suite 1300
New Orleans, LA 70112
Counsel for Owens-Illinois, Inc.

Mr. Stephen Elliott
Bernard, Cassisa, Elliott & Davis
P.O. Box 55490
Metairie, LA 70055-5490
Counsel for Reilly-Benton Co., Inc.

Mr. C. Kelly Lightfoot
Hailey, McNamara, Hall, Larmann
& Papale
P.O. Box 8288
Metairie, LA 70001-8288
Counsel for Taylor Seidenbach, Inc.

Mr. Ralph S. Hubbard III
Lugenbuhl, Wheaton, Peck, Rankin &
Hubbard
601 Poydras St., Suite 2700
New Orleans, LA 70130-6027
Counsel for Travelers Indemnity Co.
Travelers Ins. Co.

Respectfully submitted,

TAGGART, MORTON, OGDEN,
STAUB, ROUGELOT & O'BRIEN, LLC

Mark E. Van Horn (Bar No. 14476)
John J. Zvonek (Bar No. 24717)
2100 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2100
Telephone: (504) 599-8500
**ATTORNEYS FOR DEFENDANT
ENTERGY GULF STATES, INC.**

6

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to Panel Rule 5.2, the foregoing was served on all parties or their attorneys of record by delivering a copy by electronic mail, by hand delivery, or by U.S. Mail, first class postage prepaid and properly addressed, this 10th day of April, 2006.