JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 9 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

M.D.L. DOCKET NO. 875 (ASBESTOS)

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| MICHAEL CATANIA ET AL. | CIVIL ACTION |
|---|---|
| VERSUS | NO. 05-1,418 |
| NCO INSULATIONS, INC. ET AL. | SECTION D – JUDGE BRADY |
| | MAG. DIV. 3 – MAG. J. DALBY |

### RULE 5.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 5.3 of the Rules for Procedure of the Multidistrict Litigation Panel, Pharmacia Corporation submits the following corporate disclosure:

100% of Pharmacia Corporation's stock is held by Pfizer, Inc.

Respectfully submitted,

Lemle & Kelleher, L.L.P.

Darryl J. Foster, T.A. (No. 5,734)
David E. Redmann, Jr. (No. 23,267)
Robert S. Emmett (No. 23,725)
Kimberly C. Delk (No. 28,018)
601 Poydras St., Suite 2100
New Orleans, LA 70130-6097
(504) 586-1241

Attorneys for Pharmacia Corp.,
formerly known as Monsanto Co.

**OFFICIAL FILE COPY**

IMAGED APR 2 0 2006

## Certificate of Service

The foregoing was served pursuant to Panel Rule 5.2 on all parties or their attorneys of record by delivering by U.S. mail a copy to them, postage prepaid and properly addressed, this ___24___ day of ___March___ 2006.

_____