JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 4 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-261)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,464 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 2 0 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY

IMAGED APR 2 0 2006

## SCHEDULE CTO-261 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DIST. DIV. C.A. #          CASE CAPTION

**CALIFORNIA NORTHERN**
CAN  3  06-318    Kenneth Wehr v. Northrop Grumman Ship Systems, Inc., et al.
CAN  3  06-692    Kenneth Taylor v. Viad Corp., et al.

**KENTUCKY WESTERN**
KYW  3  05-341    Pauline Marie Fleischman, etc. v. CSX Transportation, Inc.

**MISSISSIPPI NORTHERN**
MSN  4  05-125    Dorothy Carroll, et al. v. Owens-Illinois, Inc.

**NORTH CAROLINA MIDDLE**
NCM  1  06-163    Daniel Earl Byrd, et al. v. Aqua-Chem, Inc., et al.
NCM  1  06-164    Allen D.  McBride, et al. v. Aqua-Chem, Inc., et al.
NCM  1  06-185    Clarence D. Simmons, et al. v. Aqua-Chem, Inc., et al.
NCM  1  06-186    Delilah Marie McClester v. Aqua-Chem, Inc., et al.
NCM  1  06-187    Gordon Freeman Ashburn, Sr., et al. v. Borg-Warner Corp., et al.
NCM  1  06-188    Joann T. Kerr, etc. v. Aqua-Chem, Inc., et al.
NCM  1  06-189    Jospeh P. McSwaim, et al. v. Aqua-Chem, Inc., et al.
NCM  1  06-190    Robert C. Fitzgerald, et al. v. Aqua-Chem, Inc., et al.

**NORTH CAROLINA WESTERN**
NCW  1  06-37    Warren K. Hancock v. Anchor Packing Co., et al.
NCW  1  06-40    Johnny D. Garren, et al. v. Aqua-Chem, Inc., et al.
NCW  1  06-42    Otis Eddy Jones, et al. v. Aqua-Chem, Inc., et al.
NCW  1  06-46    Kenneth E. Smith, et al. v. A.W. Chesterton, Inc., et al.
NCW  1  06-47    Jerry W. Shuford, et al. v. A.W. Chesteron, Inc., et al.
NCW  1  06-50    John Beatty Barber, Jr. v. Aqua-Chem, Inc., et al.
NCW  1  06-53    Lewis Samuel Barker, et al. v. Aqua-Chem, Inc., et al.
NCW  1  06-54    Roger Terry McClure, et al. v. Aqua-Chem, Inc., et al.
NCW  1  06-55    Gregory Lee Branch v. Aqua-Chem, Inc., et al.
NCW  1  06-56    Horace Lee Winslett, III, et al. v. Aqua-Chem, Inc., et al.
NCW  1  06-57    Esther Nichols, et al. v. Aqua-Chem, Inc., et al.
NCW  1  06-58    Steve David McCurry, et al. v. Aqua-Chem, Inc., et al.
NCW  1  06-64    Joey Dale Reep, et al. v. Aqua-Chem, Inc., et al.

**SOUTH CAROLINA**
SC  0  06-478    Clifton H.  McMullan, et al v. Aqua-Chem, Inc., et al.
SC  0  06-481    Frank Gilliam, et al. v. Aqua-Chem, Inc., et al.
SC  0  06-487    William A. Vincent, Jr., et al. v. Aqua-Chem, Inc., et al.
SC  0  06-500    Robert L. Toole, Sr., et al. v. Aqua-Chem, Inc., et al.
SC  0  06-502    Brion A. Tolbert, et al. v. Aqua-Chem, Inc., et al.
SC  0  06-566    Jack Wilson Carroll v. Aqua-Chem, Inc., et al.
SC  0  06-569    Chris Dunlap Davis, et al. v. Aqua-Chem, Inc., et al.
SC  7  06-563    Dever Edward Solmon, Sr., et al. v. Aqua-Chem, Inc., et al.
SC  7  06-571    Dane Lee Phillips, et al. v. Aqua-Chem, Inc., et al.
SC  8  06-479    Travis James Land v. Aqua-Chem, Inc., et al.
SC  8  06-565    James Edward Wheeler, et al. v. Aqua-Chem, Inc., et al.
SC  8  06-574    Sonya Sprout, etc. v. Aqua-Chem, Inc., et al.