ﾍﾞﾙﾄ 875 ﾍﾞﾙﾄ

**JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

# FORMAN
# PERRY
# WATKINS
# KRUTZ &
# TARDY LLP

ATTORNEYS AT LAW

200 South Lamar Street
City Centre Building, Suite 200　APR 2 4 2006
Jackson, Mississippi 39201-2151

Post Office Box 22608　　**FILED**
Jackson, Mississippi 39225-2608　**CLERK'S OFFICE**
Telephone: 601-960-8600
Main Facsimile: 601-960-8613

T. HUNT COLE
colch@fpwk.com
Direct Dial: (601) 969-4288

> Request for Extension of Time to File Response – Filed by
> Defendants in Turner, MSS 1:05-663; Chisolm, MSS 1:05-665;
> Hartfield, MSS 1:05-670 and McDonald, etc., MSS 1:06-62
> – DENIED
> *(All Responses are Due on or Before May 1, 2006)*
> (cdm - 4/24/06)

April 21, 2006

**VIA FACSIMILE**

Michael J. Beck, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

RE:　***Request for Extension to File*** Opposition to Plaintiffs' Motions and Briefs to Vacate Conditional Transfer Order-259
and **Request for Copies** of Plaintiffs' Motions and Briefs to Vacate Conditional Transfer Order regarding the following cases:　　*M SS*

*James Turner v. Ameron International Corp., et al.*, C.A. No. 1:05-663
*Thomas A. Chisolm v. Ingersoll-Rand Co., et al.*, C.A. No. 1:05-665
*Leon V. Hartfield v. Allied Signal, Inc. et al.*, C.A. No. 1:05-670
*Deborah McDonald, etc. v. Minnesota Mining & Manufacturing Co., et al.*,
　　C.A. No. 1:06-99

Dear Mr. Beck:

　　Upon recent inquiry by an attorney at my firm regarding the final transfer of the referenced cases, we were informed by the Panel that plaintiffs had filed a Motion and Brief to Vacate Conditional Transfer Order, specifically cases listed on Exhibit A attached hereto, on or about April 11, 2006. Counsel for defendants never received service of plaintiffs' motions and briefs in these matters from plaintiffs' counsel. In fact, counsel for defendants is hereby requesting copies of plaintiffs' motions and briefs in the referenced matters to be sent to us via facsimile as soon as possible. Due to the plaintiffs' lack of service upon defendants, defendants have been unable to respond to their motions and briefs to vacate the Conditional Transfer Order.

　　It is undisputed that the instant cases are asbestos related actions that could be transferred to the Eastern District of Pennsylvania for coordination and consolidation in MDL 875. Upon review of the plaintiffs' motion and brief to vacate, counsel for defendants finds the same to be non-meritorious. The only argument that plaintiffs assert to oppose the transfer of these cases to MDL

Dallas • Houston • New Orleans
www.fpwkt.com

OFFICIAL FILE COPY
IMAGED APR 2 4 2006

*Left voice message*
*4/24/06*

Michael J. Beck, Clerk of the Panel
April 21, 2006
Page 2


875 is that the District Court does not have subject matter jurisdiction over their claims and motions to remand are pending in these cases. The Panel has rejected identical arguments against transfer over and over again. In previous transfers to MDL 875, the Panel has made clear that "distinctions based on such matters as the pendency of motions or other matters before the transferor court" do not present a basis "for carving out exceptions to transfer in this extraordinary docket." MDL-875 Transfer Order, *Deronda Greer et al. v. Baird & Co. et al.*, N.D. Mississippi, C.A. No. 4:03-116 (J.P.M.L. Oct. 27, 2003), at 1. Counsel for defendants would like to further discuss the tenuous grounds of the plaintiffs' motion and brief to vacate in greater detail in a formal response and brief.

Accordingly, counsel for defendants respectfully request that this Court grant them an opportunity to respond to Plaintiffs' Motion and Brief to Vacate Conditional Transfer Order and grant defendants 10 business days, until May 5, 2006, to file their responses to same.

If you or your staff should have any questions regarding this matter, please do not hesitate to contact me. Thank you for your attention to this matter.

Sincerely,
FORMAN PERRY WATKINS KRUTZ & TARDY LLP

T. Hunt Cole


LDG:almw