JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 5 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Ronald Jacob Laughter v. Georgia-Pacific Corporation*,
United States District Court for the Northern District of Mississippi, Delta Division;
Civil Action No. 2-06CV007-P-A

### PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

COMES NOW, Plaintiff and files this there Reply to the Defendants' Response in Opposition to the Plaintiffs' Motion to Vacate Conditional Transfer Order, pertaining to the above-cited case which is currently awaiting a ruling on the matter of Remand in the United States District Court for the Northern District of Mississippi, Delta Division, and states as follows:

1. In the Plaintiff's Motion to Vacate, it was made obvious that this case is not in its "infant stage" as alleged by Defendants. This case was originally filed in April of 2002 in Coahoma County, Mississippi. After a transfer to Tunica County, Mississippi in June of 2005, the Circuit Court requested that an Amended Complaint be filed. The Plaintiff complied, and this Second Amended Complaint was filed in January of 2006. It was this Amended Complaint that spurred the Defendant to improperly remove the case to federal court.

2. This case is now over four years old. General discovery is virtually complete, with only simple things like the various housekeeping measures remaining to be done. Consolidation will not streamline this case, but will, in fact, cause undue delay and force the Plaintiff to go through the rigorous process of discovery for a second time and for the Plaintiff to lose a potential trial setting in state court.

3. Transfer to the MDL will only serve to hinder the inevitable conclusion of lack of federal jurisdiction and remand back to the state courts of Mississippi. As well, it will prolong this case even further and prevent a timely end to the matter.



OFFICIAL FILE COPY

IMAGED APR 2 5 2006

4. Under 28 USC §1407, the purpose of the MDL is to conserve judicial economics, avoid duplicate discovery, and avoid conflicting scheduling. The purpose is not to create federal jurisdiction when there is none. There is simply no need to redo discovery, clutter the court nor cause further delay in the resolution of this matter.

WHEREFORE, premises considered, the Plaintiff respectfully moves the Panel to vacate the Conditional Transfer Order previously entered by the Clerk of the Panel on March 9, 2006, or in the alternative, refuse to serve on the transferee District Court the Conditional Transfer Order until the transferee District Court has ruled on the Remand.

Respectfully submitted, this the 21th day of April, 2006.

_____
LOUIS H. WATSON, JR. (MB # 9053)
SHANA D. FONDREN (MB # 100762)
ATTORNEYS FOR PLAINTIFF

OF COUNSEL:

Louis H. Watson, Jr. (MB # 9053)
LOUIS H. WATSON, JR. P.A,
520 East Capitol Street
Jackson, MS 39201
Telephone:    (601) 968-0000
Facsimile:    (601) 968-0010

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 5 2006

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff hereby certifies that this date a true and correct copy of the above and foregoing document has been sent by United States Mail, postage prepaid, to the counsel listed on the Panel Service List excerpted from CTO-259, a copy of which is attached hereto, and all counsel of record in this case attached hereto as well.

This the 21th day of April, 2006.

SHANA D. FONDREN

2006 APR 24 A 8: 50
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

## PANEL SERVICE LIST (Excerpted from CTO-259)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Ronald Jacob Laughter, etc. v. Georgia-Pacific Corp.*, N.D. Mississippi, C.A. No. 2:06-7

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Matthew E. Kiely
Parker, Dumler & Kiely, LLP
200 Charles Center South
36 South Charles Street
Baltimore, MD 39201-2703

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Charles E. McLeod
Forman, Perry, Watkins, Krutz
 & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Louis H. Watson, Jr.
Louis H. Watson, Jr., P.A.
520 East Capitol Street
Jackson, MS 39201-2703

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406