

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 28 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-262)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,605 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED APR 2 8 2006

SCHEDULE CTO-262 - TAG-ALONG ACTIONS
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DIST. DIV. C.A. #           CASE CAPTION

VIRGINIA EASTERN
VAE 2  05-8807              Gary W. Branch v. American Standard, Inc., et al.
VAE 2  05-8808              Ernest R. Breshears v. American Standard, Inc., et al.
VAE 2  05-8809              John E. Buckey v. American Standard, Inc., et al.
VAE 2  05-8810              Milton L. Burgess v. American Standard, Inc., et al.
VAE 2  05-8811              Cecil G. Hopkins v. American Standard, Inc., et al.
VAE 2  05-8812              Johnson v. American Standard, Inc., et al.
VAE 2  05-8813              James H. Miller v. American Standard, Inc., et al.
VAE 2  05-8814              James T. Morgeson v. American Standard, Inc., et al.
VAE 2  05-8815              Leonard P. Pochocki v. American Standard, Inc., et al.
VAE 2  05-8816              Willard W. Ristau v. American Standard, Inc., et al.
VAE 2  05-8817              I. Porter Tindale v. American Standard, Inc., et al.
VAE 2  05-8818              Monroe v. American Standard, Inc., et al.
VAE 2  05-8819              Bobby W. Davis v. American Standard, Inc., et al.
VAE 2  05-8820              Alfonso J. Franco v. American Standard, Inc., et al.
VAE 2  05-8821              Ray D. Graves v. American Standard, Inc., et al.
VAE 2  05-8822              Robert A. Harr v. American Standard, Inc., et al.
VAE 2  05-8823              Harold Hazen v. American Standard, Inc., et al.
VAE 2  05-8824              Ward Johnson v. American Standard, Inc., et al.
VAE 2  05-8825              Kenneth A. Beck v. American Standard, Inc., et al.
VAE 2  05-8826              Robert J. Campbell v. American Standard, Inc., et al.
VAE 2  05-8827              John V. Cassar v. American Standard, Inc., et al.
VAE 2  05-8828              Billy G. Cordell v. American Standard, Inc., et al.
VAE 2  05-8829              Otto A. Josund v. American Standard, Inc., et al.
VAE 2  05-8830              Thomas J. Klinkner v. American Standard, Inc., et al.
VAE 2  05-8831              Clarence W. Mckibbin v. American Standard, Inc., et al.
VAE 2  05-8832              Oliver J. Norman v. American Standard, Inc., et al.
VAE 2  05-8833              Otwell W. Altman v. American Standard, Inc., et al.
VAE 2  05-8834              Earl J. Bradley v. American Standard, Inc., et al.
VAE 2  05-8835              Mcworthy v. American Standard, Inc., et al.
VAE 2  05-8836              Kenneth J. Michels v. American Standard, Inc., et al.
VAE 2  05-8837              Patrick S. Perna v. American Standard, Inc., et al.
VAE 2  05-8838              Ernest H. Schmucker v. American Standard, Inc., et al.
VAE 2  05-8839              Merlin H, Schueller v. American Standard, Inc., et al.
VAE 2  05-8840              Scott v. American Standard, Inc., et al.
VAE 2  05-8841              Howard B. Searle v. American Standard, Inc., et al.
VAE 2  05-8842              Bill A. Thornton v. American Standard, Inc., et al.
VAE 2  05-8843              James E. Wardlow v. American Standard, Inc., et al.
VAE 2  06-8844              Roy G. Littrell v. American Standard, Inc., et al.
VAE 2  06-8845              James R. Melson v. American Standard, Inc., et al.
VAE 2  06-8846              Monroe v. American Standard, Inc., et al.
VAE 2  06-8847              Weikert v. American Standard, Inc., et al.
VAE 2  06-8848              Ernest W. Harris v. American Standard, Inc., et al.
VAE 2  06-8849              Monroe v. American Standard, Inc., et al.
VAE 2  06-8850              Charles R. Lowell v. American Standard, Inc., et al.
VAE 2  06-8851              James M. Nickell v. American Standard, Inc., et al.

SCHEDULE CTO-262 - TAG-ALONG ACTIONS - MDL-875                                    Page 2 of 7

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| VIRGINIA EASTERN | |
| VAE 2 06-8852 | Frank Roswall v. American Standard, Inc., et al. |
| VAE 2 06-8853 | Monroe v. American Standard, Inc., et al. |
| VAE 2 06-8854 | Monroe v. American Standard, Inc., et al. |
| VAE 2 06-8855 | Forrest L. White v. American Standard, Inc., et al. |
| VAE 2 06-8856 | Charles L. Daves v. American Standard, Inc., et al. |
| VAE 2 06-8857 | Antonio A. Esparza v. American Standard, Inc., et al. |
| VAE 2 06-8858 | Richard A. Hankins v. American Standard, Inc., et al. |
| VAE 2 06-8859 | John G. Sams v. American Standard, Inc., et al. |
| VAE 2 06-8860 | John P. Shores v. American Standard, Inc., et al. |
| VAE 2 06-8861 | Franklin Jones v. American Standard, Inc., et al. |
| VAE 2 06-8862 | Luverne D. Hanson v. American Standard, Inc., et al. |
| VAE 2 06-8863 | Monroe v. American Standard, Inc., et al. |
| VAE 2 06-8864 | James Wade v. American Standard, Inc., et al. |
| VAE 2 06-8865 | Jackie E. Witherspoon v. American Standard, Inc., et al. |
| VAE 2 06-8866 | Donald J. Almquist v. American Standard, Inc., et al. |
| VAE 2 06-8867 | Monroe v. American Standard, Inc., et al. |
| VAE 2 06-8868 | William J. Clemens v. American Standard, Inc., et al. |
| VAE 2 06-8869 | Elzie Kimmel v. American Standard, Inc., et al. |
| VAE 2 06-8870 | Monroe v. American Standard, Inc., et al. |
| VAE 2 06-8871 | David A. Smith v. American Standard, Inc., et al. |
| VAE 2 06-8872 | Kenneth B. Wright v. American Standard, Inc., et al. |
| VAE 2 06-8873 | Ronald L. Berry v. American Standard, Inc., et al. |
| VAE 2 06-8874 | Daniel L. Esworthy v. American Standard, Inc., et al. |
| VAE 2 06-8875 | Monroe v. American Standard, Inc., et al. |
| VAE 2 06-8876 | John R. Harris v. American Standard, Inc., et al. |
| VAE 2 06-8877 | Hagadom v. American Standard, Inc., et al. |
| VAE 2 06-8878 | Robert M. Kluge v. American Standard, Inc., et al. |
| VAE 2 06-8879 | Claude J. Leckington v. American Standard, Inc., et al. |
| VAE 2 06-8880 | Lynch v. American Standard, Inc., et al. |
| VAE 2 06-8881 | James C. Walker v. American Standard, Inc., et al. |
| VAE 2 06-8882 | Wayne O. Ayers v. American Standard, Inc., et al. |
| VAE 2 06-8883 | Frank L. Berg v. American Standard, Inc., et al. |
| VAE 2 06-8884 | Ruth B. Lucas, et al. v. American Standard, Inc., et al. |
| VAE 2 06-8885 | Lyle W. Burr v. American Standard, Inc., et al. |
| VAE 2 06-8886 | Eugene J. Doolan v. American Standard, Inc., et al. |
| VAE 2 06-8887 | Elijah T. Duncan v. American Standard, Inc., et al. |
| VAE 2 06-8888 | Heath v. American Standard, Inc., et al. |
| VAE 2 06-8889 | James E. King v. American Standard, Inc., et al. |
| VAE 2 06-8890 | Ronald F. Klecker v. American Standard, Inc., et al. |
| VAE 2 06-8891 | Loyd E. Koch v. American Standard, Inc., et al. |
| VAE 2 06-8892 | Benjamin D. Seigley v. American Standard, Inc., et al. |
| VAE 2 06-8893 | John M. Smutzer v. American Standard, Inc., et al. |
| VAE 2 06-8894 | James D. Tibbitts v. American Standard, Inc., et al. |
| VAE 2 06-9999 | Pltfs v. American Standard, et al. |
| VAE 4 05-2954 | June B. Adcock v. Owens-Illinois, Inc., et al. |
| VAE 4 05-2955 | Annie M. Alford v. Owens-Illinois, Inc., et al. |
| VAE 4 05-2956 | Jean R. Anderson v. Owens-Illinois, Inc., et al. |
| VAE 4 05-2957 | Lucille B. Anderson v. Owens-Illinois, Inc., et al. |
| VAE 4 05-2958 | Mae Anderson v. Owens-Illinois, Inc., et al. |

SCHEDULE CTO-262 - TAG-ALONG ACTIONS - MDL-875                               Page 3 of 7

DIST. DIV. C.A. #           CASE CAPTION

VIRGINIA EASTERN
VAE 4  05-2959              Paulette T. Anthony v. Owens-Illinois, Inc., et al.
VAE 4  05-2960              Mary B. Arrington v. Owens-Illinois, Inc., et al.
VAE 4  05-2961              June M. Arthur v. Owens-Illinois, Inc., et al.
VAE 4  05-2962              Gladys G. Bailey v. Owens-Illinois, Inc., et al.
VAE 4  05-2963              Florence M. Batten v. Owens-Illinois, Inc., et al.
VAE 4  05-2964              Fannie Blackwell v. Owens-Illinois, Inc., et al.
VAE 4  05-2965              Ones P. Briggs v. Owens-Illinois, Inc., et al.
VAE 4  05-2966              Olethia D. Barbour v. Owens-Illinois, Inc., et al.
VAE 4  05-2967              Eunice Barnes v. Owens-Illinois, Inc., et al.
VAE 4  05-2968              Sherol K. Bass v. Owens-Illinois, Inc., et al.
VAE 4  05-2969              Helen D. Belle v. Owens-Illinois, Inc., et al.
VAE 4  05-2970              Alice W. Belsches v. Owens-Illinois, Inc., et al.
VAE 4  05-2971              Laura K. Blackwell v. Owens-Illinois, Inc., et al.
VAE 4  05-2972              Gertrude W. Brown v. Owens-Illinois, Inc., et al.
VAE 4  05-2973              Carolyn H. Cole v. Owens-Illinois, Inc., et al.
VAE 4  05-2974              Beulah B. Crutchfield v. Owens-Illinois, Inc., et al.
VAE 4  05-2975              Helen Dell-marriott v. Owens-Illinois, Inc., et al.
VAE 4  05-2976              Toni O. Diggs v. Owens-Illinois, Inc., et al.
VAE 4  05-2977              Mary K. Dryden v. Owens-Illinois, Inc., et al.
VAE 4  05-2978              Joyce J. Early v. Owens-Illinois, Inc., et al.
VAE 4  05-2979              Dorothy B. Edwards v. Owens-Illinois, Inc., et al.
VAE 4  05-2980              Effie Edwards v. Owens-Illinois, Inc., et al.
VAE 4  05-2981              Ruth E. Edwards v. Owens-Illinois, Inc., et al.
VAE 4  05-2982              William S. Edwards v. Owens-Illinois, Inc., et al.
VAE 4  05-2983              Ruth A. Eimer v. Owens-Illinois, Inc., et al.
VAE 4  05-2984              Bernice B. Elam v. Owens-Illinois, Inc., et al.
VAE 4  05-2985              Delma D. Elliott v. Owens-Illinois, Inc., et al.
VAE 4  05-2986              Jerline F. Elliott v. Owens-Illinois, Inc., et al.
VAE 4  05-2987              Blanche Ellison v. Owens-Illinois, Inc., et al.
VAE 4  05-2988              Flortene Evans v. Owens-Illinois, Inc., et al.
VAE 4  05-2989              Bernice P. Everette v. Owens-Illinois, Inc., et al.
VAE 4  05-2990              Hattie Farmer v. Owens-Illinois, Inc., et al.
VAE 4  05-2991              Nellie D. Farthing v. Owens-Illinois, Inc., et al.
VAE 4  05-2992              Arlean Fogg v. Owens-Illinois, Inc., et al.
VAE 4  05-2993              Dorothy J. Foster v. Owens-Illinois, Inc., et al.
VAE 4  05-2994              Shirley L. Fowler v. Owens-Illinois, Inc., et al.
VAE 4  05-2995              Queenie R. Freeman v. Owens-Illinois, Inc., et al.
VAE 4  05-2996              Annete W. Gallimore v. Owens-Illinois, Inc., et al.
VAE 4  05-2997              Cora L. Gary v. Owens-Illinois, Inc., et al.
VAE 4  05-2998              Al Virginia Gilchrist v. Owens-Illinois, Inc., et al.
VAE 4  05-2999              Gertie L. Hicks v. Owens-Illinois, Inc., et al.
VAE 4  05-3000              Jacquelin Holland v. Owens-Illinois, Inc., et al.
VAE 4  05-3001              Daisy L. Holley v. Owens-Illinois, Inc., et al.
VAE 4  05-3002              Zelma I. Hood v. Owens-Illinois, Inc., et al.
VAE 4  05-3003              Dorothy L. Jones v. Owens-Illinois, Inc., et al.
VAE 4  05-3004              Demorris E. Knowling v. Owens-Illinois, Inc., et al.
VAE 4  05-3005              Annie J. Riddick v. Owens-Illinois, Inc., et al.
VAE 4  05-3006              Lorine Watkins v. Owens-Illinois, Inc., et al.
VAE 4  05-3007              Barbara A. Wills v. Owens-Illinois, Inc., et al.

SCHEDULE CTO-262 - TAG-ALONG ACTIONS - MDL-875                                         Page 4 of 7

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| VIRGINIA EASTERN | |
| VAE 4 05-3008 | Elsie Biggs v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3009 | Georgia E. Eley v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3010 | Jane A. Gilchrist v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3011 | Betty L. Hall v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3012 | Ruth Harris v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3013 | Thelma Lynch v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3014 | Margaret C. Mason v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3015 | Ruth F. Reaves v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3016 | Bernice Sessoms v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3017 | Lois W. Duck v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3018 | Doris W. Eley v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3019 | Lillian V. Evans v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3020 | Naomi L. Evans v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3021 | Dorothy W. Gatling v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3022 | Frances A. Giles v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3023 | Sarah W. Griffin v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3024 | Florence E. Martin v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3025 | Thelma W. Thompson v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3026 | Martha Williams v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3027 | Mary Chamblee v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3028 | Flossie Gatling v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3029 | Mary J. Gatling v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3030 | Mildred S. Mabry v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3031 | Bernice R. Mason v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3032 | Velma L. Rascoe v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3033 | Shirley Richardson v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3034 | Sharon Seely v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3035 | Mary L. Spencer v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3036 | Georgetta P. Swann v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3037 | Ruby Butler v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3038 | Lorraine Hall v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3039 | Mary A. Stephenson v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3040 | Lucy M. Sylver v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3041 | Hazel M. Thompson v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3042 | Rosa R. Turner v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3043 | Catherine Tynes v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3044 | Belva Warner v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3045 | Virginia M. Whitaker v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3046 | Ruby Wiggins v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3047 | Geneva Alston v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3048 | Iris I. Goodman v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3049 | Cornelia W. Greene v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3050 | Florence Richardson v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3051 | Barbara J. Robertson v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3052 | Elnora Robinson v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3053 | Gladys L. Rohrbach v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3054 | Ammie I. Shaw v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3055 | Bessie M. Solomon v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3056 | Emily Waters v. Owens-Illinois, Inc., et al. |

SCHEDULE CTO-262 - TAG-ALONG ACTIONS - MDL-875                                    Page 5 of 7

DIST. DIV. C.A. #            CASE CAPTION

VIRGINIA EASTERN
VAE  4  05-3057            Jane S. Gage v. Owens-Illinois, Inc., et al.
VAE  4  05-3058            Darrine L. Hicks v. Owens-Illinois, Inc., et al.
VAE  4  05-3059            Betty P. Olsen v. Owens-Illinois, Inc., et al.
VAE  4  05-3060            Janet W. Robertson v. Owens-Illinois, Inc., et al.
VAE  4  05-3061            Elizabeth Sparks v. Owens-Illinois, Inc., et al.
VAE  4  05-3062            Christine C. Stovall v. Owens-Illinois, Inc., et al.
VAE  4  05-3063            Betsy Upshur v. Owens-Illinois, Inc., et al.
VAE  4  05-3064            Anna R. Wingate v. Owens-Illinois, Inc., et al.
VAE  4  05-3065            Inez H. Wright v. Owens-Illinois, Inc., et al.
VAE  4  05-3066            Ernestine D. Yancey v. Owens-Illinois, Inc., et al.
VAE  4  05-3067            Willie M. Cross v. Owens-Illinois, Inc., et al.
VAE  4  05-3068            Alice F. Aldridge v. Owens-Illinois, Inc., et al.
VAE  4  05-3069            Queen R. Brown v. Owens-Illinois, Inc., et al.
VAE  4  05-3070            Beatrice Bunn v. Owens-Illinois, Inc., et al.
VAE  4  05-3071            Audrey M. Camper v. Owens-Illinois, Inc., et al.
VAE  4  05-3072            Teresa W. Capehart v. Owens-Illinois, Inc., et al.
VAE  4  05-3073            Doris M. Farmer v. Owens-Illinois, Inc., et al.
VAE  4  05-3074            Blanche Gillis v. Owens-Illinois, Inc., et al.
VAE  4  05-3075            Cora L. Scott v. Owens-Illinois, Inc., et al.
VAE  4  05-3076            Bernice C. Thompson v. Owens-Illinois, Inc., et al.
VAE  4  05-3077            Urguhart v. Owens-Illinois, Inc., et al.
VAE  4  05-3078            Maggie O. Carter v. Owens-Illinois, Inc., et al.
VAE  4  05-3079            Ora J. Cash v. Owens-Illinois, Inc., et al.
VAE  4  05-3080            Juanita S. Chandler v. Owens-Illinois, Inc., et al.
VAE  4  05-3081            Evelyn Collins v. Owens-Illinois, Inc., et al.
VAE  4  05-3082            Ethel L. Cooke v. Owens-Illinois, Inc., et al.
VAE  4  05-3083            Lucy B. Coppedge v. Owens-Illinois, Inc., et al.
VAE  4  05-3084            Jean H. Davis v. Owens-Illinois, Inc., et al.
VAE  4  05-3085            Lucy L. Davis v. Owens-Illinois, Inc., et al.
VAE  4  05-3086            Novella Deloatch v. Owens-Illinois, Inc., et al.
VAE  4  05-3087            Pattie A. Harrelson v. Owens-Illinois, Inc., et al.
VAE  4  05-3088            Grace Harris v. Owens-Illinois, Inc., et al.
VAE  4  05-3089            Julie B. Harris v. Owens-Illinois, Inc., et al.
VAE  4  05-3090            Doris Harrison v. Owens-Illinois, Inc., et al.
VAE  4  05-3091            Hedgepath v. Owens-Illinois, Inc., et al.
VAE  4  05-3092            Betty G. Hickman v. Owens-Illinois, Inc., et al.
VAE  4  05-3093            Martha B. Holland v. Owens-Illinois, Inc., et al.
VAE  4  05-3094            Charlene Holley v. Owens-Illinois, Inc., et al.
VAE  4  05-3095            Eula M. Holmes v. Owens-Illinois, Inc., et al.
VAE  4  05-3096            Betty L. Talton v. Owens-Illinois, Inc., et al.
VAE  4  05-3097            Florene v. Owens-Illinois, Inc., et al.
VAE  4  05-3098            Ethel Broadnax v. Owens-Illinois, Inc., et al.
VAE  4  05-3099            Emma B. Brown v. Owens-Illinois, Inc., et al.
VAE  4  05-3100            Alice B. Bryant v. Owens-Illinois, Inc., et al.
VAE  4  05-3101            Gloria A. Coleman v. Owens-Illinois, Inc., et al.
VAE  4  05-3102            Myrtle Holloway v. Owens-Illinois, Inc., et al.
VAE  4  05-3103            Gloria W. Horne v. Owens-Illinois, Inc., et al.
VAE  4  05-3104            Emma J. Johnson v. Owens-Illinois, Inc., et al.
VAE  4  05-3105            Jones v. Owens-Illinois, Inc., et al.

SCHEDULE CTO-262 - TAG-ALONG ACTIONS - MDL-875                                        Page 6 of 7

DIST. DIV. C.A. #            CASE CAPTION

VIRGINIA EASTERN
VAE 4  05-3106              Lane v. Owens-Illinois, Inc., et al.
VAE 4  05-3107              Wills v. Owens-Illinois, Inc., et al.
VAE 4  05-3108              Daggs v. Owens-Illinois, Inc., et al.
VAE 4  05-3109              Eula T. Crawford v. Owens-Illinois, Inc., et al.
VAE 4  05-3110              Mary H. Harris v. Owens-Illinois, Inc., et al.
VAE 4  05-3111              Ethel Hayes v. Owens-Illinois, Inc., et al.
VAE 4  05-3112              Mary A. Hudgins v. Owens-Illinois, Inc., et al.
VAE 4  05-3113              Dorothy J. Stewart v. Owens-Illinois, Inc., et al.
VAE 4  05-3114              Artis Lewis v. Owens-Illinois, Inc., et al.
VAE 4  05-3115              Doris Cammon v. Owens-Illinois, Inc., et al.
VAE 4  05-3116              Nancy B. Johnson v. Owens-Illinois, Inc., et al.
VAE 4  05-3117              Hazel K. Jenkins v. Owens-Illinois, Inc., et al.
VAE 4  05-3118              Evangeline Uzzle v. Owens-Illinois, Inc., et al.
VAE 4  05-3119              Joyce B. Winder v. Owens-Illinois, Inc., et al.
VAE 4  05-3120              Henrietta Williams v. Owens-Illinois, Inc., et al.
VAE 4  05-3121              Shirey C. White v. Owens-Illinois, Inc., et al.
VAE 4  05-3122              Rose W. Washington v. Owens-Illinois, Inc., et al.
VAE 4  05-3123              Margaret A. Walker v. Owens-Illinois, Inc., et al.
VAE 4  05-3124              Bertha L. Vines v. Owens-Illinois, Inc., et al.
VAE 4  05-3125              Lucy Uzzle v. Owens-Illinois, Inc., et al.
VAE 4  05-3126              Bettie Tucker v. Owens-Illinois, Inc., et al.
VAE 4  05-3127              Theressia R. Thompson v. Owens-Illinois, Inc., et al.
VAE 4  05-3128              Thomspon v. Owens-Illinois, Inc., et al.
VAE 4  05-3129              Ruth Sumner v. Owens-Illinois, Inc., et al.
VAE 4  05-3130              Ruth Stewart v. Owens-Illinois, Inc., et al.
VAE 4  05-3131              Hattie M. Smith v. Owens-Illinois, Inc., et al.
VAE 4  05-3132              Gladys V. Smith v. Owens-Illinois, Inc., et al.
VAE 4  05-3133              Sallie B. Sheppard v. Owens-Illinois, Inc., et al.
VAE 4  05-3134              Dorothy M. Shaw v. Owens-Illinois, Inc., et al.
VAE 4  05-3135              Louise H. Scott v. Owens-Illinois, Inc., et al.
VAE 4  05-3136              Leatha M. Mason v. Owens-Illinois, Inc., et al.
VAE 4  05-3137              Bessie L. Ruffin v. Owens-Illinois, Inc., et al.
VAE 4  05-3138              Ernest L. Hamlin v. Owens-Illinois, Inc., et al.
VAE 4  05-3139              Janice N. Davis v. Owens-Illinois, Inc., et al.
VAE 4  05-3140              Elsie Allmond v. Owens-Illinois, Inc., et al.
VAE 4  05-3141              Dorothy E. Goodman v. Owens-Illinois, Inc., et al.
VAE 4  05-3142              Catherine A. Clarke v. Owens-Illinois, Inc., et al.
VAE 4  05-3143              Francine Blizzard v. Owens-Illinois, Inc., et al.
VAE 4  05-3144              Barbara A. Baker v. Owens-Illinois, Inc., et al.
VAE 4  05-3145              Ollie J. Berry v. Owens-Illinois, Inc., et al.
VAE 4  05-3146              Shirley M. Billups v. Owens-Illinois, Inc., et al.
VAE 4  05-3147              Joris W. Bradby v. Owens-Illinois, Inc., et al.
VAE 4  05-3148              Lena Buchanan v. Owens-Illinois, Inc., et al.
VAE 4  05-3149              Christine H. Burley v. Owens-Illinois, Inc., et al.
VAE 4  05-3150              Madie Bush v. Owens-Illinois, Inc., et al.
VAE 4  05-3151              Virginia L. Ellis v. Owens-Illinois, Inc., et al.
VAE 4  05-3152              Mildred Haskins v. Owens-Illinois, Inc., et al.
VAE 4  05-3153              Dorothy L. Banks v. Owens-Illinois, Inc., et al.
VAE 4  05-3154              Janice H. Barkers v. Owens-Illinois, Inc., et al.

SCHEDULE CTO-262 - TAG-ALONG ACTIONS - MDL-875                                          Page 7 of 7

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **VIRGINIA EASTERN** | |
| VAE 4 05-3155 | Bertha M. Billups v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3156 | Sarah A. Blount v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3157 | Mary Blowe v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3158 | Lettie Booker v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3159 | Vernell Butts v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3160 | Florence J. Haltiwanger v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3161 | Dottie Harris v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3162 | Alice Harrison v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3163 | Arline Hart v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3164 | Rosa B. Hicks v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3165 | Delmarie O. High v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3166 | Gloria R. Hoggard v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3167 | Barbara A. Jones v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3168 | Bernice M. Joyner v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3169 | Helen J. Keene v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3170 | Maggie Lawrence v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3171 | Marion L. Hugate v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3172 | Brenda E. Jones v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3173 | Martha A. Jones v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3174 | Sadie Jones v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3175 | Mary E. Parker v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3176 | Marlene P. Rhodes v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3177 | Ellen Turner v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3178 | Marie F. White v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3179 | Margery R. Williams v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3180 | Frances L. Hudson v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3181 | Mary C. Webster v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3182 | Mildred Williams v. Owens-Illinois, Inc., et al. |
| VAE 4 05-3183 | Eloise G. Willoughby v. Owens-Illinois, Inc., et al. |