

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## LAW OFFICES OF
## DUKES, DUKES, KEATING & FANECA, P.A.    MAY - 3 2006
14094 CUSTOMS BOULEVARD, SUITE 100
GULFPORT, MISSISSIPPI 39503

FILED
CLERK'S OFFICE

WALTER W. DUKES
HUGH D. KEATING
CY FANECA
PHILLIP W. JARRELL
W. EDWARD HATTEN
TRACE D. MCRANEY
SUL OZERDEN*
WILLIAM SYMMES
BOBBY R. LONG

••••

JE'NELL B. GUSTAFSON**
JASON B. PURVIS
RICH CASSADY
ANGELA M. JONES
DAVID N. DUHE'
HALEY N. BROOM

*also licensed in AL, FL, LA
**also licensed in CA

WILLIAM F. DUKES
(1927 - 2003)

P. O. DRAWER W
GULFPORT, MS 39502

TELEPHONE
228-868-1111

FAX
228-863-2886

REQUEST BY DEFT. SEPCO CORP.
FOR EXTENSION OF TIME TO FILE
RESPONSE -- GRANTED TO AND
INCLUDING MAY 5, 2006
         mjb 5/3/06

May 1, 2006
VIA FACSIMILE (215) 597-6390

Michael J. Beck, Clerk
Judicial Panel on Multi-District Litigation
United States District Court
For the Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room #6613
Philadelphia, PA  19106-1770

    RE:    Deborah McDonald v. 3M, et al
             Civil Action No.: 1:06-99
             Our File No.:  605.321

             Thomas Chisolm v. Ingersoll-Rand Co., et al
             Civil Action No.: 1:05-665
             Our File No.:  605.337

Dear Mr. Beck:

      Upon receipt of carbon copy correspondence from certain defense counsel on April 28, 2006, my office began investigating whether or not Plaintiffs' filed a Motion and Brief to Vacate Conditional Transfer Order 259. To date my office has not received Plaintiffs' Motion to Vacate.

      My office spoke with your deputy clerk today who advised that she could not provide a copy Plaintiffs' Motion to Vacate without a written request and pre-payment of copy charges. She further advised that my office could not file an Opposition via electronic means with the Panel today.

      Per my office's conversation with the deputy clerk today, my office was advised that Plaintiffs' Motion to Vacate was filed on April 11, 2006. Pursuant to USCS Multi Dist Lit R 7.4,

**OFFICIAL FILE COPY**

IMAGED MAY - 3 2006

spoke w/Mr. Dukes 5/3/06 (tb)

Michael J. Beck, Clerk
Judicial Panel on Multi-District Litigation
Page Two
May 1, 2006

Plaintiffs' Motion to Vacate was filed in excess of thirty days after the entry of the Conditional Transfer Order and should be disregarded by the Panel. Thus, Defendant Sepco Corporation objects to the Motion to Vacate filed by Plaintiffs and would argue that Plaintiffs' Motion to Vacate should be denied.

To the extent that Plaintiffs' Motion to Vacate fails to provide factual or legal grounds to Vacate Conditional Transfer Order 259, the Defendant would show the Court through its Opposition, why this cause should remain in the MDL.

Therefore, due to Plaintiffs' failure to provide effective service of their pleadings, the Defendant requests an extension of time to respond to Plaintiffs' Motion to Vacate. Defendant requests an additional five days after receipt of Plaintiffs' Motion to respond.

Sincerely,

Dukes, Dukes, Keating & Faneca, P.A.

Walter W. Dukes

WWD/pag
Enclosures
xc:   All Counsel of Record