

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY – 5 2006

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS                    )
LIABILITY LITIGATION (NO. VI)               )                    **MDL DOCKET NO. 875**

This pleading pertains to the following actions:

**THOMAS A. CHISOLM V. INGERSOLL-RAND CO., ET AL.**
**CIVIL ACTION NO.: 1:05-665**
**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF**
**MISSISSIPPI, SOUTHERN DIVISION**
**(JUDGE WALTER J. GEX III)**

**DEBORAH MCDONALD, ETC. V. MINNESOTA MINING & MANUFACTURING CO.,**
**ET AL.,**
**CIVIL ACTION NO. 1:06-62**
**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF**
**MISSISSIPPI, SOUTHERN DIVISION**
**(JUDGE WALTER J. GEX III)**

---

## DEFENDANT SEPCO CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION AND BRIEF TO VACATE THE CONDITIONAL TRANSFER ORDER (CTO-259)

---

### Factual and Procedural Background

Comes now, Defendant, Sepco Corporation, in *Deborah McDonald, etc. v. Minnesota Mining and Manufacturing Co., et al.*, C.A. 1:06-62 and in *Thomas A. Chisolm v. Ingersoll-Rand Co., et al.*,

**IMAGED** MAY – 8 2006        **OFFICIAL FILE COPY**

C. A. No.: 1:05-665, by and through its counsel of record, Dukes, Dukes, Keating, and Faneca, P.A., and files this, its Opposition to Motion and Brief to Vacate the Conditional Transfer Order (CTO 259), and would show unto the Court the following:

**1.**

The Panel issued CTO-259 on March 9, 2006 transferring the *McDonald* and *Chisolm* cases, as well as others, to MDL 875. Please See Exhibit "A." Although Plaintiffs failed to provide Notice to Defendant, plaintiffs filed a Notice of Opposition with the Clerk of the Panel sometime in March of 2006.

**2.**

On March 27, 2006, Michael J. Beck, through his Deputy Clerk, corresponded with counsel for the plaintiffs. Please See Exhibit "B." Pursuant to the direction of that letter, Plaintiffs were required to file their Motion and Brief to Vacate on or before April 10, 2006. Furthermore, Plaintiffs were required to serve copies of the Motion and Brief to Vacate upon "the enclosed Panel Service List." See Exhibit "B."

**3.**

Plaintiffs have failed to comply with the rules of the Panel, and the Motion and Brief to Vacate should be struck from the Docket. Plaintiffs' Motion and Brief to Vacate the Conditional Transfer Order was filed on April 11, 2006, after the deadline had passed. Additionally, notice and service was not provided to Defendant such that Defendant could respond to Plaintiffs' Opposition. Finally, as shown on Exhibit "B", if Plaintiffs failed to file and serve the required motion and brief within the allotted fifteen days, Plaintiffs' opposition would be considered withdrawn and the stay of the conditional transfer order would be lifted.

## Argument and Analysis

### 4.

Pursuant to Panel Rule 1.3, the Panel may strike pleadings and papers that do not comply with the instructions of the Clerk or the Rules of the Panel. *Please See* Panel Rule 1.3. Plaintiffs failed to fully comply with the instructions of the Clerk of Panel in that Plaintiffs did not meet the filing deadline, and Plaintiffs failed to serve papers upon counsel listed on the Panel Service List. Because Plaintiffs' actions have prejudiced the Defendant, Defendant respectfully requests that the Chairman of the Panel strike the Plaintiffs' Motion and Brief to Vacate, and that the Chairman lift the stay and transfer these cases to MDL-875 pursuant to CTO-259. Alternative and additional grounds discussed below also exist for transferring the *McDonald* and *Chisolm* cases as directed in CTO-259.

### 5.

Defendant did not receive from Plaintiffs the Notice of Opposition nor the Motion and Brief to Vacate. Defendant's counsel learned on April 28, 2006 that plaintiff had taken action of record by filing a Motion and Brief to Vacate on April 11, 2006. Rule 7.2(c), of the Rules of the Judicial Panel on Multidistrict Litigation provides, "Within twenty days after filing of a motion, all other parties shall file a response thereto. Failure of a party to respond to a motion shall be treated as that party's acquiescence to the action requested in the motion." USCS Multi- Dist. Lit. R 7.2.

### 6.

Pursuant to Rule 7.2, Defendant has lost the opportunity to respond to Plaintiffs' untimely Motion and Brief to Vacate because Plaintiffs did not serve the papers to Defendant. Additionally,

Defendant has been prejudiced as it has lost the ability to challenge Plaintiffs' Motion and Brief on the Merits, as argued herein below. For these reasons, Defendant respectfully requests the Chairman of the Panel strike Plaintiffs' Motion and Brief to Vacate so that justice may be best served.

### 7.

Facially, Plaintiffs' Motion and Brief to Vacate does not state grounds sufficient to avoid transfer to MDL-875, the Asbestos Products Liability Litigation Docket. Please See Exhibit "C." On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,471 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles. Please See Exhibit "A."

### 8.

It is undisputed that the instant cases present questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles. Plaintiffs' Motion to Remand, based upon improper grounds for Removal, provides the sole grounds argued by Plaintiff to Vacate CTO-259.

### 9.

The Panel has previously held that "distinctions based on such matters as the pendency of motions or other matters before the transferor court" do not present a basis "for carving out exceptions to transfer in this extraordinary docket." MDL-875 Transfer Order, *Deronda Greer et al. V. Baird & Co. et al.*, N.D. Mississippi, C.A. No. 4:03-116(J.P.M.L. Oct. 27, 2003), at 1. Please see Exhibit "D." The Panel in *Greer* held that the pendency of a motion to remand to state court is not a proper basis for denial of transfer to MDL-875.

**10.**

The panel has transferred actions to MDL proceedings noting that transferee courts can decide such matters.  This comports with the purpose of the MDL to establish a single district for coordinated pre-trial proceedings and to provide consistent pre-trial rulings in cases involving common issues of fact.  *Please See Good v. Prudential Insurance Company*, 5 F. Supp. 2d804, 809 (N.D. Cal. 1998); *See Also  The In Re Air Crash Disaster at Florida Everglades on December 29, 1972*, 368 F. Supp. 812, 813 (J.P.M.L. 1973).  With all due respect for the transferor Court, "the transferee judge's familiarity with this docket further the expeditious resolution of the litigation taken as a whole" which forms the purpose and basis for the formation of MDL-875.  *In Re Crown Life Insurance Premium Litigation*, 178 F. Supp. 2d 1365, 1366 (J.P.M.L. 2001).  It follows that these cases, where Plaintiffs present an argument for remand as the sole basis to Object to Transfer, should be transferred by Order of the Panel to the MDL court.

**Conclusion**

**11.**

Plaintiffs cite no case law in support of their Motion and Brief to Vacate the Conditional Transfer Order.  Plaintiffs present no facts which support the argument that their Motion to Vacate should be granted.  Multiple and alternative reasons exist to deny Plaintiffs' Motion and Brief to Vacate the Conditional Transfer Order.

**12.**

Because there are common questions of fact upon which general discovery must be conducted and because pre-trial proceedings are pending, consolidation would promote the most

efficient use of judicial resources and the most convenient means for the parties and witnesses to

conduct pre-trial proceedings.  Pending Motions for Remand do not prevent transfer, and provide

additional grounds supporting the transfer of the present actions to MDL 875.

**13.**

WHEREFORE, premises considered, Defendant Sepco Corporation respectfully requests that

the Judicial Panel on Multidistrict Litigation deny Plaintiffs' Motion and Brief to Vacate the

Conditional Transfer Order and transfer these cases to the United States District Court for the

Eastern District of Pennsylvania.

Respectfully submitted, this _____ day of May, 2006.

SEPCO CORPORATION, DEFENDANT

DUKES, DUKES, KEATING & FANECA, P.A.

By: _____

WALTER W. DUKES, MSB #6214

WALTER W. DUKES, MSB# 6214
WILLIAM P. SYMMES, MSB# 100002
JASON B. PURVIS, MSB#100873
DUKES, DUKES, KEATING AND FANECA, P. A.
14094 CUSTOMS BLVD., SUITE 100
GULFPORT, MS 39503
TELEPHONE (228) 868-1111
TELECOPIER(228) 864-3840

COUNSEL FOR SEPCO CORPORATION,
DEFENDANT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 5 2006

FILED
CLERK'S OFFICE

## CERTIFICATE

I, Walter W. Dukes, of the law firm of Dukes, Dukes, Keating & Faneca, P.A., do hereby

certify that I have this day caused to be served, via U.S. Mail, postage fully pre-paid, a true and

correct copy of Defendant Sepco Corporation's Opposition to Plaintiffs' Motion and Brief to Vacate

the Conditional Transfer Order (CTO-259) to all counsel listed on the Panel Service List attached

to the Opposition as Exhibit "E."

SO CERTIFIED this the _____4th_____ day of May, 2006.


_____
WALTER W. DUKES, #6214




WALTER W. DUKES, MSB# 6214
WILLIAM P. SYMMES, MSB# 100002
JASON B. PURVIS, MSB#100873
DUKES, DUKES, KEATING AND FANECA, P. A.
14094 CUSTOMS BLVD., SUITE 100
GULFPORT, MS 39503
TELEPHONE (228) 868-1111
TELECOPIER(228) 864-3840

COUNSEL FOR SEPCO CORPORATION,
DEFENDANT

2006 MAY -5 A 10: 54

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR – 9 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 875

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY – 5 2006

FILED
CLERK'S OFFICE

# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-259)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,471 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

EXHIBIT

A

**SCHEDULE CTO-259 - TAG-ALONG ACTIONS**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 05-5293 | Janis Pierce, et al. v. Viad Corp., et al. |
| CAN 4 06-163 | Scott Abbott, et al. v. General Electric Co., et al. |
| **ILLINOIS NORTHERN** | |
| ILN 1 05-4714 | Charles Swanger v. Canadian National/Illinois Central Railroad |
| **LOUISIANA EASTERN** | |
| LAE 2 06-608 | Mario Bellu, et al. v. Diamond Offshore (USA), Inc., et al. |
| **LOUISIANA MIDDLE** | |
| LAM 3 05-1405 | Daniel W. Melford, Sr. v. Peter Territo, et al. |
| LAM 3 05-1418 | Michael Catania, et al. v. Anco Insulations, Inc., et al. |
| **MARYLAND** | |
| MD 1 94-3507 | Ernestine Hodge v. Fibreboard Corp., et al. |
| MD 1 05-808 | Joseph E. Hart, et al. v. Anchor Packing Co., et al. |
| MD 1 05-3416 | Richard G. Fuller, etc. v. ACandS, Inc., et al. |
| MD 1 06-30 | Janice E. Mann, et al. v. Anchor Packing Co., et al. |
| MD 1 06-74 | Betty Jane Zengel, etc. v. Anchor Packing Co., et al. |
| MD 1 06-397 | Mary R. Raver, etc. v. John Crane-Houdaille, Inc., et al. |
| **MAINE** | |
| ME 1 06-10 | Maynard P. Boivin, et al. v. Metropolitan Life Insurance Co., et al. |
| ME 2 06-18 | Shaun E. Sullivan, et al. v. Metropolitan Life Insurance Co., et al. |
| **MINNESOTA** | |
| MN 0 06-441 | Michael E. Blaisdell v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 06-445 | Eino Himango v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 06-448 | John J. Krezel v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 06-450 | Richard W. Roy v. Garlock Sealing Technologies, LLC, et al. |
| **MISSISSIPPI NORTHERN** | |
| MSN 2 06-7 | Ronald Jacob Laughter, etc. v. Georgia-Pacific Corp. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 05-576 | Christine Allen, etc. v. Minnesota Mining & Manufacturing Co., et al. |
| MSS 1 05-663 | James Turner v. Ameron International Corp., et al. |
| MSS 1 05-665 | Thomas A. Chisolm v. Ingersoll-Rand Co., et al. |
| MSS 1 05-670 | Leon V. Hartfield v. Allied Signal, Inc., et al. |
| MSS 1 05-676 | Joseph Harris, Jr. v. General Electric Co., et al. |
| MSS 1 05-677 | Florence Brooks Harris v. General Electric Co., et al. |
| MSS 1 05-678 | Dorothy Harris v. General Electric Co., et al. |
| MSS 1 05-684 | Billy R. Perkins v. Minnesota Mining & Manufacturing Co., et al. |
| MSS 1 06-62 | Deborah McDonald, etc. v. Minnesota Mining & Manufacturing Co., et al. |
| MSS 1 06-99 | Dorothy Huffman, etc. v. Minnesota Mining & Manufacturing Co., et al. |

SCHEDULE CTO-259 - TAG-ALONG ACTIONS - MDL-875

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NORTH CAROLINA EASTERN** | |
| NCE 7  05-197 | Jimmy G. Cone, et al. v. Airco, Inc., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1  06-138 | Anthony G. Joyce, et al. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1  05-369 | John Harrill Martin, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  05-371 | Thomas Faile, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  05-373 | Elbert J. Mobley v. Aqua-Chem, Inc., et al. |
| NCW 1  05-374 | Michael E. Yates, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  05-375 | James C. Abernathy, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  05-376 | Michael S. Collins, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  05-377 | Norman E. Cox, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  05-379 | Wayne D. Little, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  05-380 | Timothy Paul Loftin, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  05-381 | Donald E. Bright, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  05-382 | Kenneth W. Karriker, Sr. v. Aqua-Chem, Inc., et al. |
| NCW 1  05-383 | Glenda G. Cheek, etc. v. Aqua-Chem, Inc., et al. |
| NCW 1  05-384 | Paul Eugene Dellinger, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  05-385 | Kenneth E. Dellinger v. Aqua-Chem, Inc., et al. |
| NCW 1  05-386 | Betty L. Mullis v. Aqua-Chem, Inc., et al. |
| NCW 1  05-387 | Terry A. Ray v. Airco, Inc., et al. |
| NCW 1  05-393 | Ruby A. Clark v. Aqua-Chem, Inc., et al. |
| NCW 1  06-10 | Hubert T. Brown, et al. v. American Standard, Inc., et al. |
| NCW 1  06-17 | Heyward J. Cantrell, et al. v. A.W. Chesterton, Inc., et al. |
| NCW 1  06-33 | Charles Bolden, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-34 | Robert F. Welcher, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-35 | John Wayne Barker, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-36 | Gary L. Sweet, et al. v. A.W. Chesterton, Inc., et al. |
| NCW 1  06-39 | Tony Morris Caldwell v. Aqua-Chem, Inc., et al. |
| NCW 1  06-41 | Stephen Humphries, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-43 | Barry Eugene Kirby v. Aqua-Chem, Inc., et al. |
| **NEW JERSEY** | |
| NJ 2  05-4522 | Susan Kaiser, etc. v. American Standard, Inc., et al. |
| **NEW YORK EASTERN** | |
| NYE 1  06-218 | Robert W. Ruffini, etc. v. A.W. Chesterton Co., et al. |
| NYE 1  06-255 | Bobby Tipton v. A.W. Chesterton Co., et al. |
| NYE 1  06-315 | Krzysztof Leszczynski, et al. v. A.W. Chesterton Co., et al. |
| NYE 1  06-316 | Katherine Marie Queen, etc. v. A.W. Chesterton Co., et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1  05-4405 | Enrique Gutierrez Huertas, et al. v. Garlock Sealing Technologies, LLC, et al. |
| NYS 1  05-4406 | Jose Verano Rodriguez, et al. v. Garlock Sealing Technologies, LLC, et al. |
| NYS 1  05-4407 | Juan Luna Izquierdo, et al. v. Garlock Sealing Technologies, LLC, et al. |
| NYS 1  05-4408 | Jose Antonio Moreno Roman, et al. v. Garlock Sealing Technologies, LLC, et al. |
| NYS 1  05-4410 | Alfonso Bernal Hernandez, et al. v. Garlock Sealing Technologies, LLC, et al. |
| NYS 1  05-4411 | Jose Maria Sabido Galera, et al. v. Garlock Sealing Technologies, LLC, et al. |
| NYS 1  06-199 | Willard E. Bartel, et al. v. United States Lines Inc. Reorganization Trust |
| NYS 1  06-200 | Isiah B. Brown v. United States Lines Inc. Reorganization Trust |

SCHEDULE CTO-259 - TAG-ALONG ACTIONS - MDL-875                    Page 3 of 3

**DIST. DIV. C.A. #**                    **CASE CAPTION**

**SOUTH CAROLINA**
| SC | 0 | 05-3054 | Wayne C. Paquin, et al. v. Aqua-Chem, Inc., et al. |
|----|---|---------|----------------------------------------------------|
| SC | 0 | 05-3055 | George E. Roof, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 06-287 | Albertus Baker, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 06-346 | James Matthew Caldwell v. Aqua-Chem, Inc., et al. |
| SC | 2 | 04-22776 | Julius J. Singletary, et al. v. Bell Asbestos Mines, Ltd. , et al. |
| SC | 2 | 05-997 | Stanley D. Newman, et al. v. Owens-Illinois, Inc., et al. |
| SC | 2 | 05-1491 | Paul D. Crisp v. Aventis Cropscience USA, Inc., et al. |
| SC | 2 | 05-1579 | Lois L. Blanton, etc. v. Owens-Illinois, Inc., et al. |
| SC | 2 | 05-2056 | John F. Aluza, et al. v. Owens-Illinois, Inc., et al. |
| SC | 2 | 05-3124 | Frank R. Ponzo, et al. v. Owens-Illinois, Inc., et al. |
| SC | 2 | 05-3220 | Laura K. Smoak, etc. v. Owens-Illinois, Inc., et al. |
| SC | 2 | 05-3332 | Linda Elaine Mizell Brinso Goodnough, et al. v. Bell Asbestos Mines, Ltd., et al. |
| SC | 2 | 05-3337 | Ruth C. Parks, etc. v. Owens-Illinois, Inc., et al. |
| SC | 2 | 05-3485 | Earmine H. Kitt, etc. v. Owens-Illinois, Inc., et al. |
| SC | 2 | 06-335 | Milum Trent, et al. v. Airco, Inc., et al. |
| SC | 2 | 06-403 | Raymond O. McDaniel v. Owens-Illinois, Inc., et al. |
| SC | 7 | 06-251 | Marcus Scott Childers, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 06-378 | Odell A. Bennett, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 05-3053 | Jimmy Steve Brock, Sr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 06-404 | John Henry Ware, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 06-405 | William P. Vaughn, Sr. v. Aqua-Chem, Inc., et al. |

**VIRGINIA EASTERN**
| VAE | 4 | 06-3184 | Michael V. Lowery v. Amchem Products, Inc., et al. |
|-----|---|---------|----------------------------------------------------|

**WASHINGTON WESTERN**
| WAW | 3 | 05-5829 | Eugene Clayton, et al. v. Newport News Shipbuilding & Dry Dock Co. |
|-----|---|---------|-------------------------------------------------------------------|

# INVOLVED COUNSEL LIST (CTO-259)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY PRODUCTS (NO. VI)

F. S. Aldridge III
Hunter, MacLean, Exley & Dunn
P.O. Box 9848
Savannah, GA 31412

David W. Allen
Goodell, DeVries, Leech & Dann, LLP
One South Street
20th Floor
Baltimore, MD 21202

John M. Anderson
Bassford Remele, PA
33 South Sixth Street
Suite 3800
Minneapolis, MN 55402-3701

Peter G. Angelos
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Cynthia W. Antonucci
Harris Beach, LLP
805 3rd Avenue
20th Floor
New York, NY 10022

Franklin Keith Ball
Currie, Johnson, Griffin, Gaines
 & Myers
P.O. Box 750
Jackson, MS 39205-0750

Jeffrey A. Barnwell
Leath, Bouch & Crawford
134 Meeting Street
P.O. Box 59
Charleston, SC 29402

Andrew P. Bell
Law Offices of Gene Locks, LLC
110 East 55th Street
New York, NY 10022

Richard V. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Thomas P. Bernier
Segal, McCambridge, Singer
 & Mahoney, Ltd.
217 E. Redwood Street
21st Floor
Baltimore, MD 21202-3316

V. Brian Bevon
Motley Rice, LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Gary A. Bezet
Kean, Miller, Hawthorne, D'Armond
One American Place
22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821-3513

Scott R. Bickford
Martzell & Bickford
338 Lafayette Street
New Orleans, LA 70130

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Janet W. Black
Donaldson & Black, P.A.
208 West Wendover Avenue
Greensboro, NC 27401

Joseph C. Blanks
P.O. Drawer 999
Doucette, TX 75942

Joel M. Bondurant, Jr.
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

Timothy W. Bouch
Leath, Bouch & Crawford
P.O. Box 59
Charleston, SC 29402-0059

Howard Michael Bowers
Nexsen, Pruet, Adams, Kleemeier, LLC
205 King Street, Suite 400
P.O. Box 486
Charleston, SC 29402

John J. Boyd, Jr.
Lord & Whip, P.A.
Charles Center South
36 S Charles Street
10th Floor
Baltimore, MD 21201

A. Todd Brown
Hunton & Williams
Bank of America Plaza
101 Sout Tryon Street
Suite 3500
Charlotte, NC 28280

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39531-1377

Lisa N. Busch
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038

Barry C. Campbell
Baker, Donelson, Bearman, Caldwell
 & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

William T. Causby
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Lawrence M. Coco, III
Carroll Bufkin Fulcher & Coco, PLLC
1700 Lelia Drive
Jackson, MS 39216
Michael T. Cole
Nelson, Mullins, Riley & Scarborough
P.O. Box 1806
Charleston, SC 29402

Randall D. Collins
Law Offices of Herschel L. Hobson
2190 Harrison Street
Beaumont, TX 77701

Keith E. Coltrain
Elmore & Wall, PA
P.O. Box 10937
Raleigh, NC 27605

John F. Conley Sr.
Glasser & Glasser, P.L.C.
Crown Center Building
Suite 600
580 East Main Street
Norfolk, VA 23510

William David Conner
Haynsworth Sinkler Boyd
75 Beattie Place
Eleventh Floor
P.O. Box 2048
Greenville, SC 29602

James H. Daigle
Lemle & Kelleher, L.L.P.
301 Main Street
Suite 1100
Baton Rouge, LA 70825

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

William S. Davies Jr.
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Building, 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

H. Lee Davis, Jr.
Davis & Hamrick, L.L.P.
P.O. Drawer 20039
Winston-Salem, NC 27120-0039

Whitney Aaron Davis
Charter Davis, LLP
1730 I Street
Suite 240
Sacramento, CA 95814

William Pearce Davis
Baker, Ravenel & Bender
P.O. Box 8057
Columbia, SC 29202

Frank J. Deangelis
Mound, Cotton, Wollan & Greengrass
60 Park Place
NewarK, NJ 07102-5497

Steven Michael Dicker
Dicker & Dicker
300 West Adams Street
Suite 330
Chicago, IL 60606

David R. Donadio
Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94948-6169

Thomas F. Dougall
Law Office of Thomas F. Dougall
1713 Woodcreek Farms Road
Elgin, SC 29045

John J. Dugan
Wolf, Block, Schorr & Solis-Cohen
1940 Route 70 East
Suite 200
Cherry Hill, NJ 08003

Walter W. Dukes
Dukes, Dukes, Keating & Faneca
P.O. Drawer W
Gulfport, MS 39502-0680

Katherine S. Duyer
Gavett & Datt, PC
15850 Crabbs Branch Way
Suite 180
Rockville, MD 20855

Theodore M. Eder
Segal, McCambridge, Singer
 & Mahoney, Ltd.
805 3rd Avenue
19th Floor
New York, NY 10022

James H. Elliott, Jr.
Barnwell, Whaley, Patterson & Helms
885 Island Park Drive
Charleston, SC 29492-0197

C. Michael Evert, Jr.
Evert & Weathersby, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

James J. Fabian
Pfeifer & Fabian
326 Saint Paul Place
Suite 100
Baltimore, MD 21202

S. Gene Fendler
Liskow & Lewis
One Shell Square
701 Poydras Street
Suite 5000
New Orleans, LA 70139

Phillip Ferderigos
Barnwell, Whaley, Patterson & Helms
P.O. Drawer H.
Charleston, SC 29402

Jessica D. Ferrill
Marks, O'Neill, O'Brien & Courtney, PC
600 Baltimore Avenue
Suite 305
Towson, MD 21204

John S. Fetten
Pollock, Montgomery & Chapin, P.C.
P.O. Box 013
Lamington Road
Bedminster, NJ 07921

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Barry W. Ford
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Shannon S. Frankel
Young, Moore & Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622

INVOLVED COUNSEL LIST (CTO-259) - MDL-875

Dawn E. Fulce
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Patricia C. Gandy
Butler, Snow, O'Mara, Stevens
& Cannada , PLLC
P. O. Box 22567
Jackson, MS 39225-2567

Christian H. Gannon
Segal, McCambridge, Singer
& Mahoney, Ltd.
805 3rd Avenue
New York, NY 10022

Leon Gary, Jr.
Jones, Walker, Waechter, et al.
Four United Plaza
8555 United Plaza Boulevard
5th Floor
Baton Rouge, LA 70809

Dan J. Gendreau
Rider Bennett, LLP
33 South Sixth Street
Suite 4900
Minneapolis, MN 55402

Kathleen A. Gendusa
Taylor, Porter, Brooks & Phillips
P. O. Box 2471
451 Florida Street, 8th Floor
Baton Rouge, LA 70820

James H. Gidley
Perkins & Coie
1120 N.W. Couch Street
10th Floor
Portland, OR 97209-4128

Frank J. Gordon
Millberg Gordon & Stewars, PLLC
1101 Haynes Street
Suite 104
Raleigh, NC 27604

William M. Graham
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Robert V. Greenlee
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Andrew S. Halio
Halio & Halio
P.O. Box 747
Charleston, SC 29402-0747

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Scott Harford
Lynch Daskal Emery, LLP
264 West 40th Street
New York, NY 10018

Josephine H. Hicks
Parker, Poe, Adams & Bernstein
2500 Charlotte Plaza
Charlotte, NC 28244

Jonathan P. Hilbun
Montgomery, Barnett, Brown, Read.
1100 Poydras St.
3200 Energy Centre
New Orleans, LA 70163-3200

M. King Hill, III
Venable, LLP
Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201-2978

Jeffrey J.A. Hinrichsen
Charter Davis, LLP
1730 I Street
Suite 240
Sacramento, CA 95814

Robert H. Hood
Hood Law Firm
172 Meeting Street
P.O. Box 1508
Charleston, SC 29402

James Gordon House, III
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Ralph S. Hubbard, III
Lugenbuhl, Wheaton, et al.
601 Poydras Street
Suite 2775
New Orleans, LA 70130

Christopher C. Humphrey
Klett, Rooney, Lieber & Schorling
550 Broad Street
Suite 810
Newark, NJ 07102-4517

George L. Inabinet Jr
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Heather Ashman Johnson
Kean, Miller, et al.
301 Main Street
18th Floor
P.O. Box 3513
Baton Rouge, LA 70821

Arthur Timothy Jones
Hawkins & Parnell, LLP
4000 SunTrust Plaza
300 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Thomas J. Joyce, III
Hannon & Joyce
900 Centerton Road
Mount Laurel, NJ 08054

Shawn Anton Kachmar
Hunter, MacLean, Exley & Dunn
P.O. Box 9848
200 East St. Julian Street
Savannah, GA 31412

INVOLVED COUNSEL LIST (CTO-259) - MDL-875

Christopher M. Kelly
Gallivan, White & Boyd, P.A.
P.O. Box 10589
Greenville, SC 29603

Sean X. Kelly
Marks, O'Neill, O'Brien & Courtney,
PC
6981 N. Park Drive
Suite 300
Pennsauken, NJ 08109

James G. Kennedy
Pierce, Herns, Sloan & McLeod
The Blake House
321 East Bay Street
P.O. Box 22437
Charleston, SC 29413

Kristi D. Kennedy
Currie, Johnson, Griffin, Gaines
& Myers
P.O. Box 750
Jackson, MS 39205-0750

Matthew E. Kiely
Parker, Dumler & Kiely, LLP
200 Charles Center South
36 South Charles Street
Baltimore, MD 21201-2703

Robert D. Klein
Wharton, Levin, Ehrmantraut, Klein
& Nash
104 West Street
P.O. Box 551
Annapolis, MD 21404-0551

James H. Knight
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101-0652

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Andrew E. Kristianson
Helms, Mulliss & Wicker, PLLC
P.O. Box 27507
Raleigh, NC 27507

Deborah D. Kuchler
Abbott, Simses & Kuchler
400 Lafayette Street
Suite 200
New Orleans, LA 70130

Matthew P. Lachaussee
Dogan & Wilkinson, PLLC
P. O. Box 1618
Pascagoula, MS 39568-1618

Arnold C. Lakind
Szaferman, Lakind, Blumstein, Watter
& Blader
Quaker Bridge Executive Center
101 Grovers Mill Road
Suite 104
Lawrenceville, NJ 08648

Carter T. Lambeth
Johnson & Lambeth
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

Daphne M. Lancaster
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Christopher K. Lightfoot
Hailey, McNamara, Hall, Larmann
& Papale
One Galleria Boulevard
Suite 1400
P.O. Box 8288
Metairie, LA 70011-8288

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

F. Ford Loker, Jr.
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202

Lynn M. Luker
Lynn Luker & Associates
3433 Magazine Street
New Orleans, LA 70115

Steven Andrew Luxton
Edwards, Burns and Krider, LLP
201 N. Charles Street
Suite 1402
Baltimore, MD 21201

Janet L. MacDonell
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

Genevieve MacSteel
McGuire Woods, LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105

Christopher O. Massenburg
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Alexander J. May
Brassel & Baldwin
112 West Street
Annapolis, MD 21401

Damon G. McClain
Sedgwick, Detert, Moran & Arnold
One Market Plaza
Steuart Tower
8th Floor
San Francisco, CA 94105

Moffatt Grier McDonald
Haynsworth Sinkler Boyd
P.O. Box 2048
Greenville, SC 29602

R. Bruce McElhone
Law Offices of Peter G. Angelos, P.C.
100 North Charles Street
One Charles Center
22nd Floor
Baltimore, MD 21201

Carolyn Alleen McLain
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

INVOLVED COUNSEL LIST (CTO-259) - MDL-875                    Page 5 of 7

Charles E. McLeod
Forman, Perry, Watkins, Krutz &
Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Edward W. Mizell
Butler, Snow, O'Mara, Stevens
& Cannada , PLLC
P. O. Box 22567
Jackson, MS 39225-2567

Willard J. Moody, Jr.
Moody, Strople, Kloeppel, et al.
500 Crawford Street
Commerce Bank Bldg., Suite 300
P.O. Box 1138
Portsmouth, VA 23705

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

John J. Nagle, III
Bodie, Nagle, Dolina, Smith & Hobbs
21 W. Susquehanna Avenue
Towson, MD 21204

David K. Nelson
Kean, Miller, Hawthorne, D'Armond.
One American Place
22nd Floor
P.O. Box 3513
Baton Rouge, LA 70825-3513

Scott A. Niebling
Brayton Purcell, LLP
621 S.W. Morrison
Suite 955
Portland, OR 97205

Richard P. O'Leary
McCarter & English, L.L.P.
245 Park Avenue
27th Floor
New York, NY 10022

Alison E. O'Neal
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Steven W. Ouzts
Turner, Padget, Graham & Laney, PA
P.O. Box 1473
Columbia, SC 29202

Peter T. Paladino, Jr.
Goldberg Persky Jennings & White
Ketchum Center, 3rd Floor
1030 5th Avenue
Pittsburgh, PA 15219

Steven J. Parrott
Parrott Firm
36 South Charles Street
Suite 1300
Baltimore, MD 21201

Donald C. Partridge
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Lisa M. Pascarella
Pehlivanian & Braaten, LLC
2430 Route 34
P.O. Box 648
Manasquan, NJ 08736

Malcolm R. Patterson
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Monica F. Patterson
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Edward R. Paul
Paul, Durham, James, Flandreau, et al.
320 West Front Street
P.O. Box D
Media, PA 19063

Timothy Peck
Smith Moore LLP
P.O. Box 21927
Greensboro, NC 27420

Richard M. Perles
Lee, Futrell & Perles, LLP
201 St. Charles Avenue
Suite 2409
New Orleans, LA 70170

Douglas B. Pfeiffer
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202-1487

Robert John Phocas
Womble, Carlyle, Sandridge & Rice
301 S. College Street
3300 One First Union Center
Charlotte, NC 28202

Andrew L. Plauche Jr.
Plauche, Maselli, Landry & Parkerson
201 St. Charles Avenue
Suite 4240
New Orleans, LA 70170-4240

Michael S. Polk
Sieben, Polk, LaVerdiere, Jones
& Hawn
999 Westview Drive
Hastings, MN 55033-2495

Timothy W. Porter
Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236-2768

Lawrence G. Pugh III
Montgomery, Barnett, Brown, Read.
1100 Poydras Street
3200 Energy Centre
New Orleans, LA 70163-3200

Steven J. Pugh
Richardson, Plowden, Carpenter
& Robinson, PA
P.O. Drawer 7788
Columbia, SC 29202

David J. Quigg
Mccarter & English, LLP
300 E. Lombard Street
Suite 1000
Baltimore, MD 21202

R. Thomas Radcliffe, Jr.
Dehay & Elliston, LLP
36 S. Charles Street
13th Floor
Baltimore, MD 21201

William C. Reeves
Smith, Reeves & Yarborough, PLLC
6360 I-55 North
Suite 201
Jackson, MS 39211

INVOLVED COUNSEL LIST (CTO-259) - MDL-875

Giovanni Regina
Waters, McPherson, McNeill, P.C.
233 Broadway
Suite 970
New York, NY 10279

Giovanni Regina
Waters, McPherson, McNeill, P.C.
300 Lighting Way
Secaucus, NJ 07096

Vincent F. Reilly
Reilly, Janiczek & McDevitt, P.C.
Kevon Office Center, Suite 240
2500 McClellan Boulevard
Pennsauken, NJ 09109

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Joseph A. Rhodes, Jr.
Ogletree, Deakins, Nash, Smoak
 & Stewart
P.O. Box 2757
Greenville, SC 29602

Jonathan G. Roquemore
Turner, Padget, Graham & Laney, PA
P.O. Box 1473
Columbia, SC 29202

Samuel M. Rosamond, III
Crawford Lewis, PLLC
400 Poydras Street
Suite 2100
New Orleans, LA 70130

Gerolyn Roussel
Roussel & Roussel
1710 Cannes Drive
Laplace, LA 70068

John D. Roven
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Michael W. Rutledge
Spyridon, Koch & Palermo, LLC
Three Lakeway Center, Suite 3010
3838 N. Causeway Blvd.
Metairie, LA 70002

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Dan Shaked
Shaked & Posner
225 West 34th Street
Suite 705
New York, NY 10122

Scott D. Shellenberger
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 North Charles Street
22nd. Floor
Baltimore, MD 21201-3804

Stacey L. Sims
Morris, Sakalarios & Blackwell, PLLC
1817 Hardy Street
Hattiesburg, MS 39401

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

William B. Stewart
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Matthew R. Straus
L'Abbate, Balkan, Colavita & Contini
1050 Franklin Avenue
Garden City, NY 11530

Robert W. Sullivan
Segal, McCambridge, Singer
 & Mahoney, Ltd.
217 E. Redwood Street
21st Floor
Baltimore, MD 21202-3316

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Michael A. Tanenbaum
Sedgwick, Detert, Moran & Arnold
Three Gateway Center
12th Floor
Newark, NJ 07102

Jennifer M. Techman
Evert & Weathersby, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Mark S. Thomas
Maupin, Taylor, PA
P.O. Drawer 19764
Raleigh, NC 27619-9764

Michael P. Thornton
Thornton & Naumes, L.L.P.
100 Summer Street
30th Floor
Boston, MA 02110

John T. Tierney, III
Goldberg, Persky & White, PC
1030 Fifth Avenue
Pittsburgh, PA 15219

Patrick T. Tierney
Collins, Buckley, Sauntry & Haugh
West 1100 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

Tracy E. Tomlin
Nelson, Mullins, Riley & Scarborough
100 North Tryon Street
Suite 2400
Charlotte, NC 28202-4000

David G. Traylor, Jr.
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Building, 3rd Floor
P.O. Box 11070
Columbia, SC 29211

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

John E. Wade, Jr.
Brunini, Grantham, Grower & Hewes
P. O. Drawer 119
Jackson, MS 39205-0119

Herbert I. Waldman
Nagel, Rice & Mazie, LLP
301 South Livingston Avenue
Suite 201
Livingston, NJ 07039-3373

Mark Hedderman Wall
Elmore & Wall
P.O. Box 1200
Charleston, SC 29402

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Henry N. Ware, Jr.
Spotts Fain, PC
411 E Franklin St
P.O. Box 1555
Richmond, VA 23218-1555

Louis H. Watson, Jr.
Watson & Heidelberg
520 East Capitol Street
Jackson, MS 39201-2703

Jacob H. Wellman
Teague, Campbell, Dennis & Gorham
1621 Midtown Place
Raleigh, NC 27609-7553

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Paul A. Weykamp
Law Offices of Paul A. Weykamp
110 St. Paul Street
Suite 300
Baltimore, MD 21202

James C. White
Moore & Van Allen
P.O. Box 13706, NC 27709

Michael E. Whitehead
Page, Mannino, Peresich
  & McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Stephen B. Williamson
Van Winkle, Buck, Wall, Starnes
  & Davis, P.A.
11 N. Market Street
P.O. Box 7376
Ashville, NC 28802-7376

Gordon P. Wilson
Lugenbuhl, Wheaton, et al.
601 Poydras Street
Suite 2775
New Orleans, LA 70130

I. TImothy Zarsadias
Dean & Gibson, L.L.P.
Cameron Brown Building
Suite 900
301 South McDowell Street
Charlotte, NC 28204-2686

## RULE 5.2:     SERVICE OF PAPERS FILED

(a)      All papers filed with the Clerk of the Panel shall be accompanied by proof of previous or simultaneous service on all other parties in all actions involved in the litigation. Service and proof of service shall be made as provided in Rules 5 and 6 of the Federal Rules of Civil Procedure. The proof of service shall indicate the name and complete address of each person served and shall indicate the party represented by each. If a party is not represented by counsel, the proof of service shall indicate the name of the party and the party's last known address. The proof of service shall indicate why any person named as a party in a constituent complaint was not served with the Section 1407 pleading. The original proof of service shall be filed with the Clerk of the Panel and copies thereof shall be sent to each person included within the proof of service. After the "Panel Service List" described in subsection (d) of this Rule has been received from the Clerk of the Panel, the "Panel Service List" shall be utilized for service of responses to motions and all other filings. In such instances, the "Panel Service List" shall be attached to the proof of service and shall be supplemented in the proof of service in the event of the presence of additional parties or subsequent corrections relating to any party, counsel or address already on the "Panel Service List."

(b)      The proof of service pertaining to motions for transfer of actions pursuant to 28 U.S.C. §1407 shall certify that copies of the motions have been mailed or otherwise delivered for filing to the clerk of each district court in which an action is pending that will be affected by the motion. The proof of service pertaining to a motion for remand pursuant to 28 U.S.C. §1407 shall certify that a copy of the motion has been mailed or otherwise delivered for filing to the clerk of the Section 1407 transferee district court in which any action affected by the motion is pending.

(c)      Within eleven days of filing of a motion to transfer, an order to show cause or a conditional transfer order, each party or designated attorney shall notify the Clerk of the Panel, in writing, of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation. Only one attorney shall be designated for each party. Any party not represented by counsel shall be served by mailing such pleadings to the party's last known address. Requests for an extension of time to file the designation of attorney shall not be granted except in extraordinary circumstances.

(d)      In order to facilitate compliance with subsection (a) of this Rule, the Clerk of the Panel shall prepare and serve on all counsel and parties not represented by counsel, a "Panel Service List" containing the names and addresses of the designated attorneys and the party or parties they represent in the actions under consideration by the Panel and the names and addresses of the parties not represented by counsel in the actions under consideration by the Panel. After the "Panel Service List" has been received from the Clerk of the Panel, notice of subsequent corrections relating to any party, counsel or address on the "Panel Service List" shall be served on all other parties in all actions involved in the litigation.

(e)      If following transfer of any group of multidistrict litigation, the transferee district court appoints liaison counsel, this Rule shall be satisfied by serving each party in each affected action and all liaison counsel. Liaison counsel designated by the transferee district court shall receive copies of all Panel orders concerning their particular litigation and shall be responsible for distribution to the parties for whom he or she serves as liaison counsel.

## RULE 7.4:   CONDITIONAL TRANSFER ORDERS FOR "TAG-ALONG ACTIONS"

(a)      Upon learning of the pendency of a potential "tag-along action," as defined in Rule 1.1 of these Rules, an order may be entered by the Clerk of the Panel transferring that action to the previously designated transferee district court on the basis of the prior hearing session(s) and for the reasons expressed in previous opinions and orders of the Panel. The Clerk of the Panel shall serve this order on each party to the litigation but, in order to afford all parties the opportunity to oppose transfer, shall not send the order to the clerk of the transferee district court for fifteen days from the entry thereof.

(b)      Parties to an action subject to a conditional transfer order shall notify the Clerk of the Panel within the fifteen-day period if that action is no longer pending in its transferor district court.

(c) .      Any party opposing the transfer shall file a notice of opposition with the Clerk of the Panel within the fifteen-day period. If a notice of opposition is received by the Clerk of the Panel within this fifteen-day period, the Clerk of the Panel shall not transmit said order to the clerk of the transferee district court until further order of the Panel. The Clerk of the Panel shall notify the parties of the briefing schedule.

(d)      Within fifteen days of the filing of its notice of opposition, the party opposing transfer shall file a motion to vacate the conditional transfer order and brief in support thereof. The Chairman of the Panel shall set the motion for the next appropriate hearing session of the Panel. Failure to file and serve a motion and brief shall be treated as withdrawal of the opposition and the Clerk of the Panel shall forthwith transmit the order to the clerk of the transferee district court.

(e)      Conditional transfer orders do not become effective unless and until they are filed with the clerk of the transferee district court.

(f)      Notices of opposition and motions to vacate such orders of the Panel and responses thereto shall be governed by Rules 5.12, 5.2, 7.1 and 7.2 of these Rules.

## RULE 7.5:   MISCELLANEOUS PROVISIONS CONCERNING "TAG-ALONG ACTIONS"

(a)      Potential "tag-along actions" filed in the transferee district require no action on the part of the Panel and requests for assignment of such actions to the Section 1407 transferee judge should be made in accordance with local rules for the assignment of related actions.

(b)      Upon learning of the pendency of a potential "tag-along action" and having reasonable anticipation of opposition to transfer of that action, the Panel may direct the Clerk of the Panel to file a show cause order, in accordance with Rule 7.3 of these Rules, instead of a conditional transfer order.

(c)      Failure to serve one or more of the defendants in a potential "tag-along action" with the complaint and summons as required by Rule 4 of the Federal Rules of Civil Procedure does not preclude transfer of such action under Section 1407. Such failure, however, may be submitted by such a defendant as a basis for opposing the proposed transfer if prejudice can be shown. The inability of the Clerk of the Panel to serve a conditional transfer order on all plaintiffs or defendants or their counsel shall not render the transfer of the action void but can be submitted by such a party as a basis for moving to remand as to such party if prejudice can be shown.

(d)      A civil action apparently involving common questions of fact with actions under consideration by the Panel for transfer under Section 1407, which was either not included in a motion under Rule 7.2 of these Rules, or was included in such a motion that was filed too late to be included in the initial hearing session, will ordinarily be treated by the Panel as a potential "tag-along action."

(e)      Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

MAR 16 2006

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:         [202] 502-2888

http://www.jpml.uscourts.gov

March 27, 2006

Timothy W. Porter, Esq.
Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236-2768

Re: MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

(See Attached Schedule of Actions/Panel Service List)

**Motion and Brief Due on or before:  April 10, 2006**

Dear Mr. Porter:

We have received and filed your Notice of Opposition to the proposed transfer of the referenced matter for coordinated or consolidated pretrial proceedings. In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order is stayed until further order of the Panel. You must adhere to the following filing requirements:

1)   **Your Motion and Brief to Vacate the Conditional Transfer Order must be received in the Panel offices by the due date listed above. An ORIGINAL and FOUR copies of all pleadings, as well as a COMPUTER READABLE DISK of the pleading in WordPerfect for Windows format, are currently required for filing. Fax transmission of your motion and brief will not be accepted.** *See* Panel Rule 5.12(d). **Counsel filing oppositions in more than one action are encouraged to consider filing a single motion and brief with an attached schedule of actions.**

2)   **Papers must be served on the enclosed Panel Service List. Please attach a copy of this list to your certificate of service.** (Counsel who have subsequently made appearances in your action should be added to your certificate of service).

3)   **Rule 5.3 corporate disclosure statements are due within eleven days of the filing of the motion to vacate.**

4)   **Failure to file and serve the required motion and brief within the allotted fifteen days will be considered a withdrawal of the opposition and the stay of the conditional transfer order will be lifted.**

Any recent official change in the status of a referenced matter should be brought to the attention of the clerk's office as soon as possible by facsimile at (202) 502-2888. Your cooperation would be appreciated.

Very truly,

Michael J. Beck
Clerk of the Panel

By_____
Deputy Clerk

Enclosure
cc:   Panel Service List
      Transferee Judge: Judge James T. Giles
      Transferor Judge: Judge Walter J. Gex III

**EXHIBIT**

**B**

JPML Form 37

**SCHEDULE OF ACTIONS/PANEL SERVICE LIST (Excerpted from CTO-259)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Southern District of Mississippi
*James Turner v. Ameron International Corp., et al.*, C.A. No. 1:05-663  (Judge Walter J. Gex III)
*Thomas A. Chisolm v. Ingersoll-Rand Co., et al.*, C.A. No. 1:05-665  (Judge Walter J. Gex III)
*Leon V. Hartfield v. Allied Signal, Inc., et al.*, C.A. No. 1:05-670  (Judge Walter J. Gex III)
*Joseph Harris, Jr. v. General Electric Co., et al.*, C.A. No. 1:05-676  (Judge Walter J. Gex III)
*Florence Brooks Harris v. General Electric Co., et al.*, C.A. No. 1:05-677  (Judge Walter J. Gex III)
*Dorothy Harris v. General Electric Co., et al.*, C.A. No. 1:05-678  (Judge Walter J. Gex III)
*Billy R. Perkins v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:05-684
    (Judge Walter J. Gex III)
*Deborah McDonald, etc. v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:06-62
    (Judge Walter J. Gex III)
*Dorothy Huffman, etc. v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:06-99
    (Judge Walter J. Gex III)

Franklin Keith Ball
Currie, Johnson, Griffin, Gaines
 & Myers
P.O. Box 750
Jackson, MS 39205-0750

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Joel M. Bondurant Jr.
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39531-1377

Barry C. Campbell
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Lawrence M. Coco, III
Carroll Bufkin Fulcher & Coco, PLLC
1700 Lelia Drive
Jackson, MS 39216

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Walter W. Dukes
Dukes, Dukes, Keating & Faneca
P.O. Drawer W
Gulfport, MS 39502-0680

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Barry W. Ford
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Shannon S. Frankel
Young, Moore & Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622

Dawn E. Fulce
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Patricia C. Gandy
Butler, Snow, O'Mara, Stevens
& Cannada , PLLC
P. O. Box 22567
Jackson, MS 39225-2567

Robert V. Greenlee
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Jonathan P. Hilbun
Montgomery, Barnett, Brown, Read, et al.
1100 Poydras St.
3200 Energy Centre
New Orleans, LA 70163-3200

James Gordon House III
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

SCHEDULE OF ACTIONS/PANEL SERVICE LIST (Excerpted from CTO-259)          Page 2 of 2

Kristi D. Kennedy
Currie, Johnson, Griffin, Gaines
 & Myers
P.O. Box 750
Jackson, MS 39205-0750

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Matthew P. Lachaussee
Dogan & Wilkinson, PLLC
P. O. Box 1618
Pascagoula, MS 39568-1618

Daphne M. Lancaster
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Christopher O. Massenburg
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Carolyn Alleen McLain
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Edward W. Mizell
Butler, Snow, O'Mara, Stevens
 & Cannada , PLLC
P. O. Box 22567
Jackson, MS 39225-2567

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Donald C. Partridge
Forman, Perry, Watkins, Krutz
 & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Malcolm R. Patterson
Forman, Perry, Watkins, Krutz
 & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Timothy W. Porter
Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236-2768

William A. Reeves
Smith, Reeves & Yarborough, PLLC
6360 I-55 North
Suite 201
Jackson, MS 39211

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Michael W. Rutledge
Spyridon, Koch & Palermo, LLC
Three Lakeway Center, Suite 3010
3838 N. Causeway Blvd.
Metairie, LA 70002

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Stacey L. Sims
Morris, Sakalarios & Blackwell, PLLC
1817 Hardy Street
Hattiesburg, MS 39401

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

William B. Stewart
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

John E. Wade, Jr.
Brunini, Grantham, Grower & Hewes
P. O. Drawer 119
Jackson, MS 39205-0119

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Michael E. Whitehead
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

05/03/2006  09:25 FAX 2025022888           JPML                                    ☒003

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## BEFORE THE UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

APR 1 1 2006

FILED
CLERK'S OFFICE

### MDL-875 – IN RE ASBESTOS PRODUCTS
### LIABILITY LITIGATION (NO. VI)

---

### MOTION AND BRIEF TO VACATE
### THE CONDITIONAL TRANSFER ORDER

---

COMES NOW, Plaintiffs in *James Turner v. Ameron International Corp., et al., MSS 1:05-663; Thomas A. Chisolm v. Ingersoll-Rand Co., et al., MSS 1:05-665; Leon V. Hartfield v. Allied Signal, Inc., et al., MSS 1:05-670; Deborah McDonald, etc. v. Minnesota Mining & Manufacturing Co., et al., MSS 1:06-62;* by and through counsel, and files this their Motion and Brief to Vacate the Conditional Transfer Order (CTO-259).

1.      These cases were properly filed in various Circuit Courts of Mississippi with valid Mississippi Corporations being named in the Complaint. The Defendants involved in these cases improperly removed them to Federal Court. There is not complete diversity between the parties, and no federal question exists that gives rise to Federal Court Jurisdiction. The cases subject to the Conditional Transfer Order are attached as Exhibit "A".

2.      Each individual Plaintiff has filed a Motion to Remand to the Circuit Court of the County in which his or her case was filed. A copy of each Motion to Remand is attached hereto as Exhibit "B".

3.      Two of the above four Plaintiffs have filed a Reply to Defendant's Opposition to Motion to Remand of which a copy of each is attached hereto as Exhibit "C".

4.      The Plaintiffs are entitled to have their Motions to Remand granted and in turn

IMAGED APR 1 1 2006        OFFICIAL FILE COPY

EXHIBIT
C

have the cases remanded to the various Circuit Courts in Mississippi. The Plaintiffs respectfully submit that the United States District Court for the Southern District of Mississippi Southern Division is the proper and most efficient forum in which to have these motions heard and ruled upon.

     5.     In addition, these cases do not involve questions of fact common to the actions previously transferred to the Eastern District of Pennsylvania. Each case involves individual Plaintiffs whose various times and levels of exposure to asbestos is significantly diverse from one another, and therefore the cases are better heard on an individual basis.

     6.     The Plaintiffs adopt and incorporate Exhibits "B" and "C" as their briefs in support of their Motion to Vacate the Conditional Transfer Order. As can be seen from these two Exhibits, the Defendants improperly removed these cases from State Court over three years from the time of their initial filing. As stated above, the Plaintiffs do not feel that these cases involve common questions of fact that justify transfer to the MDL No 875. Therefore, the Plaintiffs respectfully submit that these cases are not even properly in the federal judiciary system to begin with, and no further action should be taken by the federal judiciary system except to grant Plaintiffs' Motions to Remand.

     WHEREFORE, PREMISES CONSIDERED, the Plaintiffs request that the Conditional Transfer Order be vacated and that the Motions to Remand and Replies to Defense's Opposition to Motion to Remand be heard in the United States District Court for the Southern District of Mississippi Southern Division.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 11 2006

FILED
CLERK'S OFFICE

DATED this the 10th day of April, 2006.

Respectfully submitted,

By: _____
John T. Givens
Attorney for Plaintiffs

Of Counsel:

Timothy W. Porter, MSB No. 9687
Patrick C. Malouf, MSB No. 9702
Kimberly A. Courtney, MSB No. 100799
John T. Givens, MSB No. 101561
PORTER & MALOUF, P.A.
Post Office Box 12768
Jackson, Mississippi 39236-2768
Telephone: (601) 957-1173
Facsimile:  (601) 957-7366

## CERTIFICATE OF SERVICE

I, John T. Givens,  attorney for the Plaintiffs, do hereby certify that I have this day mailed,

by United States mail, postage prepaid, a true and correct copy of the above and foregoing

PLAINTIFFS', MOTION AND BRIEF TO VACATE CONDITIONAL TRANSFER ORDER to

all counsel listed on the Attached Service List entitled Exhibit "D".

This the 10th day of April, 2006.

_____
JOHN T. GIVENS

3

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 11 2006
Page 1 of 2

FILED
CLERK'S OFFICE

# SCHEDULE OF ACTIONS/PANEL SERVICE LIST (Excerpted from CTO-259)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### Southern District of Mississippi

*James Turner v. Ameron International Corp., et al.*, C.A. No. 1:05-663  (Judge Walter J. Gex III)
*Thomas A. Chisolm v. Ingersoll-Rand Co., et al.*, C.A. No. 1:05-665  (Judge Walter J. Gex III)
*Leon V. Hartfield v. Allied Signal, Inc., et al.*, C.A. No. 1:05-670  (Judge Walter J. Gex III)
*Joseph Harris, Jr. v. General Electric Co., et al.*, C.A. No. 1:05-676  (Judge Walter J. Gex III)
*Florence Brooks Harris v. General Electric Co., et al.*, C.A. No. 1:05-677 (Judge Walter J. Gex III)
*Dorothy Harris v. General Electric Co., et al.*, C.A. No. 1:05-678  (Judge Walter J. Gex III)
*Billy R. Perkins v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:05-684
  (Judge Walter J. Gex III)
*Deborah McDonald, etc. v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:06-62
  (Judge Walter J. Gex III)
*Dorothy Huffman, etc. v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:06-99
  (Judge Walter J. Gex III)

Franklin Keith Ball
Currie, Johnson, Griffin, Gaines
 & Myers
P.O. Box 750
Jackson, MS 39205-0750

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Joel M. Bondurant Jr.
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39531-1377

Barry C. Campbell
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Lawrence M. Coco, III
Carroll Bufkin Pulcher & Coco, PLLC
1700 Lelia Drive
Jackson, MS 39216

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Walter W. Dukes
Dukes, Dukes, Keating & Faneca
P.O. Drawer W
Gulfport, MS 39502-0680

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Barry W. Ford
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Shannon S. Frankel
Young, Moore & Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622

Dawn E. Fulce
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Patricia C. Gandy
Butler, Snow, O'Mara, Stevens
& Cannada , PLLC
P. O. Box 22567
Jackson, MS 39225-2567

Robert V. Greenlee
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Jonathan P. Hilbun
Montgomery, Barnett, Brown, Read, et al.
1100 Poydras St.
3200 Energy Centre
New Orleans, LA 70163-3200

SCHEDULE OF ACTIONS/PANEL SERVICE LIST (Excerpted from CTO-259)

James Gordon House III
Forman, Perry, Watkins, Krutz &
Tardy
P. O. Box 22608
Jackson, MS 39225-2608

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970
Kristi D. Kennedy
Currie, Johnson, Griffin, Gaines
 & Myers
P.O. Box 750
Jackson, MS 39205-0750

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Matthew P. Lachaussee
Dogan & Wilkinson, PLLC
P. O. Box 1618
Pascagoula, MS 39568-1618

Daphne M. Lancaster
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Christopher O. Massenburg
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Carolyn Alleen McLain
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Edward W. Mizell
Butler, Snow, O'Mara, Stevens
& Cannada , PLLC
P. O. Box 22567
Jackson, MS 39225-2567

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Donald C. Partridge
Forman, Perry, Watkins, Krutz
 & Tardy
P.O. Box 22608 ·
Jackson, MS 39225-2608

Malcolm R. Patterson
Forman, Perry, Watkins, Krutz
 & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Timothy W. Porter
Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236-2768

William C. Reeves
Smith, Reeves & Yarborough, PLLC
6360 I-55 North
Suite 201
Jackson, MS 39211

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Michael W. Rutledge
Spyridon, Koch & Palermo, LLC
Three Lakeway Center, Suite 3010
3838 N. Causeway Blvd.
Metairie, LA 70002

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Stacey L. Sims
Morris, Sakalarios & Blackwell, PLLC
1817 Hardy Street
Hattiesburg, MS 39401

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

William B. Stewart
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

John E. Wade, Jr.
Brunini, Grantham, Grower & Hewes
P. O. Drawer 119
Jackson, MS 39205-0119

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Michael E. Whitehead
Page, Mannino, Peresich & McDermott
P,O. Drawer 289
Biloxi, MS 39533-0289

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 11 2006

FILED
CLERK'S OFFICE

## EXHIBIT "A"

## SCHEDULE OF ACTIONS

<u>Southern District of Mississippi</u>

*James Turner v. Ameron International Corp., et al.,* C.A. No. 1:05-663 (Judge Walter J. Gex III)

*Thomas A. Chisolm v. Ingersoll-Rand-Co., et al.,* C.A. No. 1:05-665 (Judge Walter J. Gex III)

*Leon V. Hartfield v. Allied Signal, Inc., et. al.,* C.A. No. 1:05-670 (Judge Walter J. Gex III)

*Deborah McDonald, etc. v. Minnesota Mining & Manufacturing Co. , et al.,* C.A. No. 1:06-62 (Judge Walter J. Gex III)

FILED

2006 Mar-17 PM 03:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 27 2003

FILED
CLERK'S OFFICE

*DOCKET NO. 875*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN,*
*BRUCE M. SELYA,* JULIA SMITH GIBBONS, D. LOWELL JENSEN,* J.*
*FREDERICK MOTZ AND ROBERT L. MILLER, JR., JUDGES OF THE PANEL*

*Daronda Grear, et al. v. Baird & Co., et al., N.D. Mississippi, C.A. No. 4:83-116*
*Herbert C. Ayers, et al. v. Owens-Illinois, Inc., et al., D. South Carolina, C.A. No. 2:93-1234*
*James W. Blasius, et al. v. Owens-Illinois, Inc., et al., D. South Carolina, C.A. No. 2:93-1283*

*TRANSFER ORDER*

Before the Panel are motions brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in one Northern District of Mississippi action and two District of South Carolina actions. Movants seek to vacate the Panel's order conditionally transferring their respective action to the Eastern District of Pennsylvania for inclusion in the centralized pretrial proceedings occurring there in this docket before Judge Charles R. Weiner.

On the basis of the papers filed and hearing session held, the Panel finds that these three actions involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Pennsylvania, and that transfer of the actions to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings occurring in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. We find that transfer of the actions is appropriate for reasons expressed by the Panel in its original decision in this docket directing centralization of all pending federal court actions not then in trial involving allegations of personal injury or wrongful death caused by asbestos or asbestos containing products. *See In re Asbestos Products Liability Litigation (No. VI),* 771 F.Supp. 415 (J.P.M.L. 1991). In particular, we note that in the Panel's original decision distinctions based on such matters as the pendency of motions or other matters before the transferor court,[1] the uniqueness of a party's status, the type of defendant, the

---

*Judges Keenan, Selya and Jensen took no part in the decision of this matter with respect to the Northern District of Mississippi action. Judges Selya and Jensen also took no part in the disposition of this matter with respect to the District of South Carolina *Ayers* action.

[1] Plaintiffs have argued that transfer should be denied or deferred in order to permit the resolution of motions to remand the actions to state court. There is no need to delay transfer in order to accommodate such an interest. We note that: 1) as a practical matter, there is a lag time of at least three or four months from the filing of an action, its identification as a potential tag-along action, issuance of a conditional transfer order, stay of transfer when a party timely objects to the conditional transfer, briefing on the question of transfer, the Panel hearing session, and the issuance of the Panel's subsequent order; 2) Panel Rule 1.5, R.P.J.P.M.L., 199 F.R.D. at 427, expressly provides that the pendency of a conditional transfer order does not in any way i) suspend orders and pretrial proceedings in the district court in which the action that is the subject of the conditional transfer order is pending, or ii) limit the pretrial jurisdiction of that court; and 3) accordingly, those courts wishing to address such motions have adequate
(continued...)



**EXHIBIT**

D

-2-

docket condition of any specific federal district, the stage of pretrial proceedings, the presence of unique claims or additional claims not relating to asbestos injury or death, and/or the unanimity of opposition to transfer by the parties to an action, were considered and rejected by the Panel as grounds for carving out exceptions to transfer in this extraordinary docket. We are not persuaded to depart from this approach in dealing with the question of transfer of the actions now before the Panel.

We note that under Judge Weiner's stewardship, as of October 9, 2003, i) over 73,600 actions have been closed in the transferee district, and ii) over 1,250 actions or claims therein have been returned to their originating transferor districts. To any parties that believe the uniqueness of their particular situation renders continued inclusion of their action in MDL-875 unnecessary or inadvisable, we note that whenever the transferee judge deems remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38. We are confident that Judge Weiner will continue to promptly review arguments for returning transferred actions or claims to their transferor courts and will take all appropriate steps to assure their speedy return whenever he is convinced that retention in the MDL-875 proceedings is no longer needed.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these three actions are transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable Charles R. Weiner for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

---

(...continued)
time in which to do so, those courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of 1407 transfer in MDL-875 can continue without any unnecessary interruption or delay.

**SCHEDULE OF ACTIONS/PANEL SERVICE LIST (Excerpted from CTO-259)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

<u>Southern District of Mississippi</u>

*James Turner v. Ameron International Corp., et al.*, C.A. No. 1:05-663  (Judge Walter J. Gex III)
*Thomas A. Chisolm v. Ingersoll-Rand Co., et al.*, C.A. No. 1:05-665  (Judge Walter J. Gex III)
*Leon V. Hartfield v. Allied Signal, Inc., et al.*, C.A. No. 1:05-670  (Judge Walter J. Gex III)
*Joseph Harris, Jr. v. General Electric Co., et al.*, C.A. No. 1:05-676  (Judge Walter J. Gex III)
*Florence Brooks Harris v. General Electric Co., et al.*, C.A. No. 1:05-677 (Judge Walter J. Gex III)
*Dorothy Harris v. General Electric Co., et al.*, C.A. No. 1:05-678  (Judge Walter J. Gex III)
*Billy R. Perkins v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:05-684
   (Judge Walter J. Gex III)
*Deborah McDonald, etc. v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:06-62
   (Judge Walter J. Gex III)
*Dorothy Huffman, etc. v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:06-99
   (Judge Walter J. Gex III)

Franklin Keith Ball
Currie, Johnson, Griffin, Gaines
 & Myers
P.O. Box 750
Jackson, MS 39205-0750

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Joel M. Bondurant Jr.
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39531-1377

Barry C. Campbell
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Lawrence M. Coco, III
Carroll Bufkin Fulcher & Coco, PLLC
1700 Lelia Drive
Jackson, MS 39216

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Walter W. Dukes
Dukes, Dukes, Keating & Faneca
P.O. Drawer W
Gulfport, MS 39502-0680

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Barry W. Ford
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Shannon S. Frankel
Young, Moore & Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622

Dawn E. Fulce
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Patricia C. Gandy
Butler, Snow, O'Mara, Stevens
& Cannada, PLLC
P. O. Box 22567
Jackson, MS 39225-2567

Robert V. Greenlee
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Jonathan P. Hilbun
Montgomery, Barnett, Brown, Read, et al.
1100 Poydras St.
3200 Energy Centre
New Orleans, LA 70163-3200



**EXHIBIT**

**E**

SCHEDULE OF ACTIONS/PANEL SERVICE LIST (Excerpted from CTO-259)          Page 2 of 2

James Gordon House III
Forman, Perry, Watkins, Krutz &
Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970
Kristi D. Kennedy
Currie, Johnson, Griffin, Gaines
 & Myers
P.O. Box 750
Jackson, MS 39205-0750

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Matthew P. Lachaussee
Dogan & Wilkinson, PLLC
P. O. Box 1618
Pascagoula, MS 39568-1618

Daphne M. Lancaster
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Christopher O. Massenburg
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Carolyn Alleen McLain
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Edward W. Mizell
Butler, Snow, O'Mara, Stevens
& Cannada , PLLC
P. O. Box 22567
Jackson, MS 39225-2567

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Donald C. Partridge
Forman, Perry, Watkins, Krutz
 & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Malcolm R. Patterson
Forman, Perry, Watkins, Krutz
 & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Timothy W. Porter
Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236-2768

William C. Reeves
Smith, Reeves & Yarborough, PLLC
6360 I-55 North
Suite 201
Jackson, MS 39211

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Michael W. Rutledge
Spyridon, Koch & Palermo, LLC
Three Lakeway Center, Suite 3010
3838 N. Causeway Blvd.
Metairie, LA 70002

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Stacey L. Sims
Morris, Sakalarios & Blackwell, PLLC
1817 Hardy Street
Hattiesburg, MS 39401

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

William B. Stewart
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

John E. Wade, Jr.
Brunini, Grantham, Grower & Hewes
P. O. Drawer 119
Jackson, MS 39205-0119

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Michael E. Whitehead
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289