MDL 875

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
FEB 22 2006
CLERK, U S DISTRICT COURT
NORFOLK, VA

| | )  | |
|---|---|---|
| IN RE: ASBESTOS CASES | ) | CIVIL NOS 4:05-CV-2954 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |
| | ) | THROUGH 4:05-CV-3183 |
| | ) | MAY - 9 2006 |

**ORDER OF REMAND**

FILED
CLERK'S OFFICE

On December 13, 2005, Newport News Shipbuilding and Dry Dock Company filed Notices of Removal in 230 cases alleging asbestos injury, arising out of exposure to dust from asbestos-containing products used in the construction, overhaul and repair of ships at Newport News Shipbuilding. A list of the removed cases is annexed hereto as "Exhibit 1," and incorporated into this order. In its Notices of Removal, Newport News claimed federal jurisdiction based on the "federal officer" removal statute, U.S.C. §1442(a)(1). Plaintiffs filed Motions to Remand on January 13, 2006, claiming that Newport News failed to establish the factual basis for removal of these cases. On January 27, 2006, Newport News filed its Opposition to Plaintiffs' Motion to Remand. On January 30, 2006, Plaintiffs' filed a Rebuttal Brief in Support of its Motion to Remand. No hearing was conducted on Plaintiffs' motion.

On February 7, 2006, Plaintiffs filed a voluntary dismissal of all claims against Newport News, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, which indicates that all issues between Plaintiffs and the shipyard have been resolved. Newport News, by its Counsel, agrees that all issues between it and Plaintiffs have been resolved.

Because Newport News Shipbuilding is no longer a party to this action, and without determining any of the issues raised by Plaintiffs' Motion for Remand, the court

MDL- 875
RECOMMENDED ACTION

VACATE CTO-262 -- 230 Actions
Approved/Date: AnB 5/8/06

OFFICIAL FILE COPY
IMAGED MAY -9 2006

finds that any basis for the exercise of federal jurisdiction over the removed cases arising out of Newport News' actions as a "federal officer" no longer exists, and for that reason, it is

ORDERED that Plaintiffs' Motion to Remand the 230 cases listed on Exhibit 1 to the Circuit Court of the City of Newport News, Virginia is GRANTED, and it is further

ORDERED that the original files of each of the cases listed on Exhibit 1 be returned to the office of the Clerk of the Circuit Court of the City of Newport News, Virginia, and it is further

ORDERED that the Clerk of the Circuit Court of the City of Newport News, Virginia be provided with a copy of this Order.

Entered this __21__ day of February, 2006

*[signature]*
Judge, U.S. D.C.

*Copies mailed 2/22/06*

# EXHIBIT 1

## LIST OF CASES BY INDIVIDUAL PLAINTIFF'S NAME

| FIRST NAME | LAST NAME | CIVIL ACTION NO. |
|---|---|---|
| JUNE B. | ADCOCK | Civil Action No. 4:05-CV-2954 |
| ANNIE M. | ALFORD | Civil Action No. 4:05-CV-2955 |
| JEAN R. | ANDERSON | Civil Action No. 4:05-CV-2956 |
| LUCILLE B. | ANDERSON | Civil Action No. 4:05-CV-2957 |
| MAE | ANDERSON | Civil Action No. 4:05-CV-2958 |
| PAULETTE T. | ANTHONY | Civil Action No. 4:05-CV-2959 |
| MARY B. | ARRINGTON | Civil Action No. 4:05-CV-2960 |
| JUNE M. | ARTHUR | Civil Action No. 4:05-CV-2961 |
| GLADYS G. | BAILEY | Civil Action No. 4:05-CV-2962 |
| FLORENCE M. | BATTEN | Civil Action No. 4:05-CV-2963 |
| FANNIE | BLACKWELL | Civil Action No. 4:05-CV-2964 |
| ONES P. | BRIGGS | Civil Action No. 4:05-CV-2965 |
| OLETHIA D. | BARBOUR | Civil Action No. 4:05-CV-2966 |
| EUNICE | BARNES | Civil Action No. 4:05-CV-2967 |
| SHEROL K. | BASS | Civil Action No. 4:05-CV-2968 |
| HELEN D. | BELLE | Civil Action No. 4:05-CV-2969 |
| ALICE W. | BELSCHES | Civil Action No. 4:05-CV-2970 |
| LAURA G. | BLACKWELL | Civil Action No. 4:05-CV-2971 |
| GERTRUDE W. | BROWN | Civil Action No. 4:05-CV-2972 |
| CAROLYN H. | COLE | Civil Action No. 4:05-CV-2973 |
| BEULAH B. | CRUTCHFIELD | Civil Action No. 4:05-CV-2974 |
| HELEN | DELL-MARRIOTT | Civil Action No. 4:05-CV-2975 |

| FIRST NAME | LAST NAME | CIVIL ACTION NO. |
|---|---|---|
| TONI O. | DIGGS | Civil Action No. 4:05-CV-2976 |
| MARY K. | DRYDEN | Civil Action No. 4:05-CV-2977 |
| JOYCE J. | EARLY | Civil Action No. 4:05-CV-2978 |
| DOROTHY B. | EDWARDS | Civil Action No. 4:05-CV-2979 |
| EFFIE | EDWARDS | Civil Action No. 4:05-CV-2980 |
| RUTH E. | EDWARDS | Civil Action No. 4:05-CV-2981 |
| WILLIAM S. EDWARDS, AS PERSONAL REPRESENTATIVE OF MARY J. | EDWARDS | Civil Action No. 4:05-CV-2982 |
| RUTH A. | EIMER | Civil Action No. 4:05-CV-2983 |
| BERNICE B. | ELAM | Civil Action No. 4:05-CV-2984 |
| DELMA D. | ELLIOTT | Civil Action No. 4:05-CV-2985 |
| JERLINE F. | ELLIOTT | Civil Action No. 4:05-CV-2986 |
| BLANCHE | ELLISON | Civil Action No. 4:05-CV-2987 |
| FLORTENE | EVANS | Civil Action No. 4:05-CV-2988 |
| BERNICE P. | EVERETTE | Civil Action No. 4:05-CV-2989 |
| HATTIE | FARMER | Civil Action No. 4:05-CV-2990 |
| NELLIE D. | FARTHING | Civil Action No. 4:05-CV-2991 |
| ARLEAN | FOGG | Civil Action No. 4:05-CV-2992 |
| DOROTHY J. | FOSTER | Civil Action No. 4:05-CV-2993 |
| SHIRLEY L. | FOWLER | Civil Action No. 4:05-CV-2994 |
| QUEENIE R. | FREEMAN | Civil Action No. 4:05-CV-2995 |
| ANNETE W. | GALLIMORE | Civil Action No. 4:05-CV-2996 |

05/04/06 12:35 FAX 17573975892    PETER NICHOLL PORTSMOUTH                    ☒008
Case MDL No. 875   Document 4813   Filed 05/09/06   Page 5 of 13

| FIRST NAME | LAST NAME | CIVIL ACTION NO. |
|---|---|---|
| CORA L. | GARY | Civil Action No. 4:05-CV-2997 |
| AL VIRGINIA | GILCHRIST | Civil Action No. 4:05-CV-2998 |
| GERTIE L. | HICKS | Civil Action No. 4:05-CV-2999 |
| JACQUELIN | HOLLAND | Civil Action No. 4:05-CV-3000 |
| DAISY L. | HOLLEY | Civil Action No. 4:05-CV-3001 |
| ZELMA I. | HOOD | Civil Action No. 4:05-CV-3002 |
| DOROTHY L. | JONES | Civil Action No. 4:05-CV-3003 |
| DEMORRIS E. | KNOWLING | Civil Action No. 4:05-CV-3004 |
| ANNIE J. | RIDDICK | Civil Action No. 4:05-CV-3005 |
| LORINE | WATKINS | Civil Action No. 4:05-CV-3006 |
| BARBARA A. | WILLS | Civil Action No. 4:05-CV-3007 |
| ELSIE | BIGGS | Civil Action No. 4:05-CV-3008 |
| GEORGIA E. | ELEY | Civil Action No. 4:05-CV-3009 |
| JANE A. | GILCHRIST | Civil Action No. 4:05-CV-3010 |
| BETTY L. | HALL | Civil Action No. 4:05-CV-3011 |
| RUTH | HARRIS | Civil Action No. 4:05-CV-3012 |
| THELMA | LYNCH | Civil Action No. 4:05-CV-3013 |
| MARGARET C. | MASON | Civil Action No. 4:05-CV-3014 |
| RUTH F. | REAVES | Civil Action No. 4:05-CV-3015 |
| BERNICE | SESSOMS | Civil Action No. 4:05-CV-3016 |
| LOIS W. | DUCK | Civil Action No. 4:05-CV-3017 |
| DORIS W. | ELEY | Civil Action No. 4:05-CV-3018 |
| LILLIAN V. | EVANS | Civil Action No. 4:05-CV-3019 |

| FIRST NAME | LAST NAME | CIVIL ACTION NO. |
|---|---|---|
| NAOMI L. | EVANS | Civil Action No. 4:05-CV-3020 |
| DOROTHY W. | GATLING | Civil Action No. 4:05-CV-3021 |
| FRANCES A. | GILES | Civil Action No. 4:05-CV-3022 |
| SARAH W. | GRIFFIN | Civil Action No. 4:05-CV-3023 |
| FLORENCE E. | MARTIN | Civil Action No. 4:05-CV-3024 |
| THELMA W. | THOMPSON | Civil Action No. 4:05-CV-3025 |
| MARTHA | WILLIAMS | Civil Action No. 4:05-CV-3026 |
| MARY | CHAMBLEE | Civil Action No. 4:05-CV-3027 |
| FLOSSIE | GATLING | Civil Action No. 4:05-CV-3028 |
| MARY J. | GATLING | Civil Action No. 4:05-CV-3029 |
| MILDRED S. | MABRY | Civil Action No. 4:05-CV-3030 |
| BERNICE R. | MASON | Civil Action No. 4:05-CV-3031 |
| VELMA L. | RASCOE | Civil Action No. 4:05-CV-3032 |
| SHIRLEY | RICHARDSON | Civil Action No. 4:05-CV-3033 |
| SHARON | SEELY | Civil Action No. 4:05-CV-3034 |
| MARY L. | SPENCER | Civil Action No. 4:05-CV-3035 |
| GEORGETTA P. | SWANN | Civil Action No. 4:05-CV-3036 |
| RUBY | BUTLER | Civil Action No. 4:05-CV-3037 |
| LORRAINE | HALL | Civil Action No. 4:05-CV-3038 |
| MARY A. | STEPHENSON | Civil Action No. 4:05-CV-3039 |
| LUCY M. | SYLVER | Civil Action No. 4:05-CV-3040 |
| HAZEL M. | THOMPSON | Civil Action No. 4:05-CV-3041 |
| ROSA R. | TURNER | Civil Action No. 4:05-CV-3042 |

| FIRST NAME | LAST NAME | CIVIL ACTION NO. |
|---|---|---|
| CATHERINE | TYNES | Civil Action No. 4:05-CV-3043 |
| BELVA | WARNER | Civil Action No. 4:05-CV-3044 |
| VIRGINIA M. | WHITAKER | Civil Action No. 4:05-CV-3045 |
| RUBY | WIGGINS | Civil Action No. 4:05-CV-3046 |
| GENEVA | ALSTON | Civil Action No. 4:05-CV-3047 |
| IRIS I. | GOODMAN | Civil Action No. 4:05-CV-3048 |
| CORNELIA W. | GREENE | Civil Action No. 4:05-CV-3049 |
| FLORENCE | RICHARDSON | Civil Action No. 4:05-CV-3050 |
| BARBARA J. | ROBERTSON | Civil Action No. 4:05-CV-3051 |
| ELNORA | ROBINSON | Civil Action No. 4:05-CV-3052 |
| GLADYS L. | ROHRBACH | Civil Action No. 4:05-CV-3053 |
| AMMIE I. | SHAW | Civil Action No. 4:05-CV-3054 |
| BESSIE M. | SOLOMON | Civil Action No. 4:05-CV-3055 |
| EMILY | WATERS | Civil Action No. 4:05-CV-3056 |
| JANE S. | GAGE | Civil Action No. 4:05-CV-3057 |
| DARRINE L. | HICKS | Civil Action No. 4:05-CV-3058 |
| BETTY P. | OLSEN | Civil Action No. 4:05-CV-3059 |
| JANET W. | ROBERTSON | Civil Action No. 4:05-CV-3060 |
| ELIZABETH | SPARKS | Civil Action No. 4:05-CV-3061 |
| CHRISTINE C. | STOVALL | Civil Action No. 4:05-CV-3062 |
| BETSY | UPSHUR | Civil Action No. 4:05-CV-3063 |
| ANNA R. | WINGATE | Civil Action No. 4:05-CV-3064 |
| INEZ H. | WRIGHT | Civil Action No. 4:05-CV-3065 |

| FIRST NAME | LAST NAME | CIVIL ACTION NO. |
|---|---|---|
| ERNESTINE D. | YANCEY | Civil Action No. 4:05-CV-3066 |
| WILLIE M. | CROSS | Civil Action No. 4:05-CV-3067 |
| ALICE F. | ALDRIDGE | Civil Action No. 4:05-CV-3068 |
| QUEEN R. | BROWN | Civil Action No. 4:05-CV-3069 |
| BEATRICE | BUNN | Civil Action No. 4:05-CV-3070 |
| AUDREY M. | CAMPER | Civil Action No. 4:05-CV-3071 |
| TERESA W. | CAPEHART | Civil Action No. 4:05-CV-3072 |
| DORIS M. | FARMER | Civil Action No. 4:05-CV-3073 |
| BLANCHE | GILLIS | Civil Action No. 4:05-CV-3074 |
| CORA L. | SCOTT | Civil Action No. 4:05-CV-3075 |
| BERNICE C. | THOMPSON | Civil Action No. 4:05-CV-3076 |
| PEREAN K. | URQUHART | Civil Action No. 4:05-CV-3077 |
| MAGGIE O. | CARTER | Civil Action No. 4:05-CV-3078 |
| ORA J. | CASH | Civil Action No. 4:05-CV-3079 |
| JUANITA S. | CHANDLER | Civil Action No. 4:05-CV-3080 |
| EVELYN | COLLINS | Civil Action No. 4:05-CV-3081 |
| ETHEL L. | COOKE | Civil Action No. 4:05-CV-3082 |
| LUCY B. | COPPEDGE | Civil Action No. 4:05-CV-3083 |
| JEAN H. | DAVIS | Civil Action No. 4:05-CV-3084 |
| LUCY L. | DAVIS | Civil Action No. 4:05-CV-3085 |
| NOVELLA | DELOATCH | Civil Action No. 4:05-CV-3086 |
| PATTIE A. | HARRELSON | Civil Action No. 4:05-CV-3087 |
| GRACE | HARRIS | Civil Action No. 4:05-CV-3088 |

| FIRST NAME | LAST NAME | CIVIL ACTION NO. |
|---|---|---|
| JULIE B. | HARRIS | Civil Action No. 4:05-CV-3089 |
| DORIS | HARRISON | Civil Action No. 4:05-CV-3090 |
| EUNICE | HEDGEPETH | Civil Action No. 4:05-CV-3091 |
| BETTY G. | HICKMAN | Civil Action No. 4:05-CV-3092 |
| MARTHA B. | HOLLAND | Civil Action No. 4:05-CV-3093 |
| CHARLENE | HOLLEY | Civil Action No. 4:05-CV-3094 |
| EULA M. | HOLMES | Civil Action No. 4:05-CV-3095 |
| BETTY L. | TALTON | Civil Action No. 4:05-CV-3096 |
| FLORENE C. | WHITE | Civil Action No. 4:05-CV-3097 |
| ETHEL | BROADNAX | Civil Action No. 4:05-CV-3098 |
| EMMA B. | BROWN | Civil Action No. 4:05-CV-3099 |
| ALICE B. | BRYANT | Civil Action No. 4:05-CV-3100 |
| GLORIA A. | COLEMAN | Civil Action No. 4:05-CV-3101 |
| MYRTLE | HOLLOWAY | Civil Action No. 4:05-CV-3102 |
| GLORIA W. | HORNE | Civil Action No. 4:05-CV-3103 |
| EMMA J. | JOHNSON | Civil Action No. 4:05-CV-3104 |
| NORMA | JONES | Civil Action No. 4:05-CV-3105 |
| JOYCE C. | LANE | Civil Action No. 4:05-CV-3106 |
| EVELYN L. | WILLS | Civil Action No. 4:05-CV-3107 |
| BETTY | DAGGS | Civil Action No. 4:05-CV-3108 |
| EULA T. | CRAWFORD | Civil Action No. 4:05-CV-3109 |
| MARY H. | HARRIS | Civil Action No. 4:05-CV-3110 |
| ETHEL | HAYES | Civil Action No. 4:05-CV-3111 |

| FIRST NAME | LAST NAME | CIVIL ACTION NO. |
| --- | --- | --- |
| MARY A. | HUDGINS | Civil Action No. 4:05-CV-3112 |
| DOROTHY J. | STEWART | Civil Action No. 4:05-CV-3113 |
| ARTIS | LEWIS | Civil Action No. 4:05-CV-3114 |
| DORIS | CAMMON | Civil Action No. 4:05-CV-3115 |
| NANCY B. | JOHNSON | Civil Action No. 4:05-CV-3116 |
| HAZEL K. | JENKINS | Civil Action No. 4:05-CV-3117 |
| EVANGELINE | UZZLE | Civil Action No. 4:05-CV-3118 |
| JOYCE B. | WINDER | Civil Action No. 4:05-CV-3119 |
| HENRIETTA | WILLIAMS | Civil Action No. 4:05-CV-3120 |
| SHIREY C. | WHITE | Civil Action No. 4:05-CV-3121 |
| ROSE E. | WASHINGTON | Civil Action No. 4:05-CV-3122 |
| MARGARET A. | WALKER | Civil Action No. 4:05-CV-3123 |
| BERTHA L. | VINES | Civil Action No. 4:05-CV-3124 |
| LUCY | UZZLE | Civil Action No. 4:05-CV-3125 |
| BETTIE | TUCKER | Civil Action No. 4:05-CV-3126 |
| THERESSIA R. | THOMPSON | Civil Action No. 4:05-CV-3127 |
| EARNESTINE | THOMPSON | Civil Action No. 4:05-CV-3128 |
| RUTH | SUMNER | Civil Action No. 4:05-CV-3129 |
| RUTH H. | STEWART | Civil Action No. 4:05-CV-3130 |
| HATTIE M. | SMITH | Civil Action No. 4:05-CV-3131 |
| GLADYS V. | SMITH | Civil Action No. 4:05-CV-3132 |
| SALLIE B. | SHEPPARD | Civil Action No. 4:05-CV-3133 |
| DOROTHY M. | SHAW | Civil Action No. 4:05-CV-3134 |

| FIRST NAME | LAST NAME | CIVIL ACTION NO. |
| --- | --- | --- |
| LOUISE H. | SCOTT | Civil Action No. 4:05-CV-3135 |
| LEATHA M. | MASON | Civil Action No. 4:05-CV-3136 |
| BESSIE L. | RUFFIN | Civil Action No. 4:05-CV-3137 |
| ERNEST L. HAMLIN, PERSONAL REPRESENTATIVE OF THE ESTATE OF ELMA | HAMLIN | Civil Action No. 4:05-CV-3138 |
| JANICE N. | DAVIS | Civil Action No. 4:05-CV-3139 |
| ELSIE | ALLMOND | Civil Action No. 4:05-CV-3140 |
| DOROTHY E. | GOODMAN | Civil Action No. 4:05-CV-3141 |
| CATHERINE A. | CLARKE | Civil Action No. 4:05-CV-3142 |
| FRANCINE | BLIZZARD | Civil Action No. 4:05-CV-3143 |
| BARBARA A. | BAKER | Civil Action No. 4:05-CV-3144 |
| OLLIE J. | BERRY | Civil Action No. 4:05-CV-3145 |
| SHIRLEY M. | BILLUPS | Civil Action No. 4:05-CV-3146 |
| JORIS W. | BRADBY | Civil Action No. 4:05-CV-3147 |
| LENA | BUCHANAN | Civil Action No. 4:05-CV-3148 |
| CHRISTINE H. | BURLEY | Civil Action No. 4:05-CV-3149 |
| MADIE | BUSH | Civil Action No. 4:05-CV-3150 |
| VIRGINIA L. | ELLIS | Civil Action No. 4:05-CV-3151 |
| MILDRED | HASKINS | Civil Action No. 4:05-CV-3152 |
| DOROTHY L. | BANKS | Civil Action No. 4:05-CV-3153 |
| JANICE H. | BARKERS | Civil Action No. 4:05-CV-3154 |
| BERTHA M. | BILLUPS | Civil Action No. 4:05-CV-3155 |

| FIRST NAME | LAST NAME | CIVIL ACTION NO. |
|---|---|---|
| SARAH A. | BLOUNT | Civil Action No. 4:05-CV-3156 |
| MARY | BLOWE | Civil Action No. 4:05-CV-3157 |
| LETTIE | BOOKER | Civil Action No. 4:05-CV-3158 |
| VERNELL | BUTTS | Civil Action No. 4:05-CV-3159 |
| FLORENCE J. | HALTIWANGER | Civil Action No. 4:05-CV-3160 |
| DOTTIE | HARRIS | Civil Action No. 4:05-CV-3161 |
| ALICE | HARRISON | Civil Action No. 4:05-CV-3162 |
| ARLINE | HART | Civil Action No. 4:05-CV-3163 |
| ROSA B. | HICKS | Civil Action No. 4:05-CV-3164 |
| DELMARIE O. | HIGH | Civil Action No. 4:05-CV-3165 |
| GLORIA R. | HOGGARD | Civil Action No. 4:05-CV-3166 |
| BARBARA A. | JONES | Civil Action No. 4:05-CV-3167 |
| BERNICE M. | JOYNER | Civil Action No. 4:05-CV-3168 |
| HELEN J. | KEENE | Civil Action No. 4:05-CV-3169 |
| MAGGIE | LAWRENCE | Civil Action No. 4:05-CV-3170 |
| MARION L. | HUGATE | Civil Action No. 4:05-CV-3171 |
| BRENDA E. | JONES | Civil Action No. 4:05-CV-3172 |
| MARTHA A. | JONES | Civil Action No. 4:05-CV-3173 |
| SADIE | JONES | Civil Action No. 4:05-CV-3174 |
| MARY E. | PARKER | Civil Action No. 4:05-CV-3175 |
| MARLENE P. | RHODES | Civil Action No. 4:05-CV-3176 |
| ELLEN | TURNER | Civil Action No. 4:05-CV-3177 |
| MARIE F. | WHITE | Civil Action No. 4:05-CV-3178 |

| FIRST NAME | LAST NAME | CIVIL ACTION NO. |
|---|---|---|
| MARGERY R. | WILLIAMS | Civil Action No. 4:05-CV-3179 |
| FRANCES L. | HUDSON | Civil Action No. 4:05-CV-3180 |
| MARY C. | WEBSTER | Civil Action No. 4:05-CV-3181 |
| MILDRED | WILLIAMS | Civil Action No. 4:05-CV-3182 |
| ELOISE G. | WILLOUGHBY | Civil Action No. 4:05-CV-3183 |

21323.002001 RICHMOND 1599800v1