

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY -9 2006

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

## ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in the 230 Eastern District of Virginia actions listed on the attached Schedule A on April 28, 2006. The Panel has now been advised that the 203 actions were remanded to the Circuit Court of the City of Newport News, Virginia, by the Honorable Jerome B. Friedman in an order entered on February 21, 2006.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-262" filed on April 28, 2006, is VACATED insofar as it relates to the 230 actions listed on the attached Schedule A.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED MAY - 9 2006

## SCHEDULE A

<u>MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)</u>

<u>Eastern District of Virginia</u>

*June B. Adcock v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2954
*Annie M. Alford v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2955
*Jean R. Anderson v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2956
*Lucille B. Anderson v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2957
*Mae Anderson v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2958
*Paulette T. Anthony v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2959
*Mary B. Arrington v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2960
*June M. Arthur v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2961
*Gladys G. Bailey v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2962
*Florence M. Batten v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2963
*Fannie Blackwell v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2964
*Ones P. Briggs v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2965
*Olethia D. Barbour v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2966
*Eunice Barnes v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2967
*Sherol K. Bass v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2968
*Helen D. Belle v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2969
*Alice W. Belsches v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2970
*Laura K. Blackwell v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2971
*Gertrude W. Brown v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2972
*Carolyn H. Cole v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2973
*Beulah B. Crutchfield v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2974
*Helen Dell-Marriott v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2975
*Toni O. Diggs v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2976
*Mary K. Dryden v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2977
*Joyce J. Early v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2978
*Dorothy B. Edwards v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2979
*Effie Edwards v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2980
*Ruth E. Edwards v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2981
*William S. Edwards v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2982
*Ruth A. Eimer v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2983
*Bernice B. Elam v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2984
*Delma D. Elliott v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2985
*Jerline F. Elliott v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2986
*Blanche Ellison v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2987
*Flortene Evans v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2988
*Bernice P. Everette v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2989

SCHEDULE A - MDL-875                                                                                          Page 2 of 6

    Eastern District of Virginia

*Hattie Farmer v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2990
*Nellie D. Farthing v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2991
*Arlean Fogg v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2992
*Dorothy J. Foster v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2993
*Shirley L. Fowler v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2994
*Queenie R. Freeman v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2995
*Annete W. Gallimore v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2996
*Cora L. Gary v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2997
*Al Virginia Gilchrist v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2998
*Gertie L. Hicks v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-2999
*Jacquelin Holland v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3000
*Daisy L. Holley v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3001
*Zelma I. Hood v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3002
*Dorothy L. Jones v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3003
*Demorris E. Knowling v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3004
*Annie J. Riddick v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3005
*Lorine Watkins v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3006
*Barbara A. Wills v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3007
*Elsie Biggs v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3008
*Georgia E. Eley v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3009
*Jane A. Gilchrist v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3010
*Betty L. Hall v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3011
*Ruth Harris v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3012
*Thelma Lynch v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3013
*Margaret C. Mason v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3014
*Ruth F. Reaves v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3015
*Bernice Sessoms v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3016
*Lois W. Duck v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3017
*Doris W. Eley v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3018
*Lillian V. Evans v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3019
*Naomi L. Evans v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3020
*Dorothy W. Gatling v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3021
*Frances A. Giles v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3022
*Sarah W. Griffin v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3023
*Florence E. Martin v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3024
*Thelma W. Thompson v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3025
*Martha Williams v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3026
*Mary Chamblee v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3027
*Flossie Gatling v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3028
*Mary J. Gatling v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3029
*Mildred S. Mabry v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3030

SCHEDULE A - MDL-875                                              Page 3 of 6

### Eastern District of Virginia

*Bernice R. Mason v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3031
*Velma L. Rascoe v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3032
*Shirley Richardson v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3033
*Sharon Seely v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3034
*Mary L. Spencer v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3035
*Georgetta P. Swann v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3036
*Ruby Butler v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3037
*Lorraine Hall v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3038
*Mary A. Stephenson v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3039
*Lucy M. Sylver v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3040
*Hazel M. Thompson v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3041
*Rosa R. Turner v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3042
*Catherine Tynes v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3043
*Belva Warner v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3044
*Virginia M. Whitaker v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3045
*Ruby Wiggins v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3046
*Geneva Alston v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3047
*Iris I. Goodman v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3048
*Cornelia W. Greene v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3049
*Florence Richardson v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3050
*Barbara J. Robertson v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3051
*Elnora Robinson v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3052
*Gladys L. Rohrbach v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3053
*Ammie I. Shaw v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3054
*Bessie M. Solomon v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3055
*Emily Waters v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3056
*Jane S. Gage v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3057
*Darrine L. Hicks v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3058
*Betty P. Olsen v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3059
*Janet W. Robertson v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3060
*Elizabeth Sparks v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3061
*Christine C. Stovall v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3062
*Betsy Upshur v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3063
*Anna R. Wingate v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3064
*Inez H. Wright v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3065
*Ernestine D. Yancey v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3066
*Willie M. Cross v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3067
*Alice F. Aldridge v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3068
*Queen R. Brown v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3069
*Beatrice Bunn v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3070
*Audrey M. Camper v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3071

SCHEDULE A - MDL-875                                                              Page 4 of 6

### Eastern District of Virginia

*Teresa W. Capehart v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3072
*Doris M. Farmer v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3073
*Blanche Gillis v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3074
*Cora L. Scott v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3075
*Bernice C. Thompson v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3076
*Perean K. Urguhart v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3077
*Maggie O. Carter v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3078
*Ora J. Cash v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3079
*Juanita S. Chandler v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3080
*Evelyn Collins v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3081
*Ethel L. Cooke v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3082
*Lucy B. Coppedge v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3083
*Jean H. Davis v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3084
*Lucy L. Davis v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3085
*Novella Deloatch v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3086
*Pattie A. Harrelson v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3087
*Grace Harris v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3088
*Julie B. Harris v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3089
*Doris Harrison v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3090
*Eunice Hedgepath v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3091
*Betty G. Hickman v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3092
*Martha B. Holland v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3093
*Charlene Holley v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3094
*Eula M. Holmes v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3095
*Betty L. Talton v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3096
*Florene v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3097
*Ethel Broadnax v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3098
*Emma B. Brown v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3099
*Alice B. Bryant v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3100
*Gloria A. Coleman v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3101
*Myrtle Holloway v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3102
*Gloria W. Horne v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3103
*Emma J. Johnson v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3104
*Jones v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3105
*Lane v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3106
*Wills v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3107
*Daggs v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3108
*Eula T. Crawford v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3109
*Mary H. Harris v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3110
*Ethel Hayes v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3111
*Mary A. Hudgins v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3112

SCHEDULE A - MDL-875                                                                 Page 5 of 6

## Eastern District of Virginia

*Dorothy J. Stewart v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3113
*Artis Lewis v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3114
*Doris Cammon v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3115
*Nancy B. Johnson v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3116
*Hazel K. Jenkins v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3117
*Evangeline Uzzle v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3118
*Joyce B. Winder v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3119
*Henrietta Williams v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3120
*Shirey C. White v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3121
*Rose W. Washington v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3122
*Margaret A. Walker v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3123
*Bertha L. Vines v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3124
*Lucy Uzzle v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3125
*Bettie Tucker v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3126
*Theressia R. Thompson v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3127
*Earnestine Thomspon v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3128
*Ruth Sumner v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3129
*Ruth Stewart v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3130
*Hattie M. Smith v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3131
*Gladys V. Smith v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3132
*Sallie B. Sheppard v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3133
*Dorothy M. Shaw v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3134
*Louise H. Scott v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3135
*Leatha M. Mason v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3136
*Bessie L. Ruffin v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3137
*Ernest L. Hamlin v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3138
*Janice N. Davis v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3139
*Elsie Allmond v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3140
*Dorothy E. Goodman v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3141
*Catherine A. Clarke v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3142
*Francine Blizzard v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3143
*Barbara A. Baker v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3144
*Ollie J. Berry v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3145
*Sshirley M. Billups v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3146
*Joris W. Bradby v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3147
*Lena Buchanan v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3148
*Christine H. Burley v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3149
*Madie Bush v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3150
*Virginia L. Ellis v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3151
*Mildred Haskins v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3152
*Dorothy L. Banks v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3153

SCHEDULE A - MDL-875                                                    Page 6 of 6

### Eastern District of Virginia

*Janice H. Barkers v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3154
*Bertha M. Billups v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3155
*Sarah A. Blount v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3156
*Mary Blowe v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3157
*Lettie Booker v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3158
*Vernell Butts v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3159
*Florence J. Haltiwanger v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3160
*Dottie Harris v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3161
*Alice Harrison v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3162
*Arline Hart v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3163
*Rosa B. Hicks v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3164
*Delmarie O. High v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3165
*Gloria R. Hoggard v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3166
*Barbara A. Jones v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3167
*Bernice M. Joyner v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3168
*Helen J. Keene v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3169
*Maggie Lawrence v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3170
*Marion L. Hugate v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3171
*Brenda E. Jones v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3172
*Martha A. Jones v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3173
*Sadie Jones v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3174
*Mary E. Parker v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3175
*Marlene P. Rhodes v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3176
*Ellen Turner v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3177
*Marie F. White v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3178
*Margery R. Williams v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3179
*Frances L. Hudson v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3180
*Mary C. Webster v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3181
*Mildred Williams v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3182
*Eloise G. Willoughby v. Owens-Illinois, Inc., et al.*, C.A. No. 4:05-3183