BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 10 2006

FILED
CLERK'S OFFICE

| | § | |
|---|---|---|
| IN RE: ASBESTOS PRODUCT | § | |
| LIABILITY LITIGATION (NO. VI) | § | MDL DOCKET NO. 875 |
| | § | |
| | § | |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | § | |
|---|---|---|
| ANN HAUCK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO.: 6:04-CV-1835 |
| | § | |
| BORG WARNER CORPORATION, | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT INTERNATIONAL TRUCK AND ENGINE
CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Defendant, INTERNATIONAL TRUCK AND ENGINE CORPORATION, improperly sued as Navistar International Transportation Corp., through its undersigned attorneys, hereby discloses the following pursuant to Rule 5.3:

1.  The name of all of its parent corporations and any publicly-held company that owns 10% or more of a party's stock:

    a.  Melrose Park Engine Group
    b.  Navistar International Corporation

OFFICIAL FILE COPY

IMAGED MAY 1 1 2006

_____
CHRIS N. KOLOS, ESQUIRE
Fla. Bar No. 438235
HOLLAND & KNIGHT LLP
Post Office Box 1526
200 South Orange Avenue, Ste. 2600
Orlando, FL 32801
Phone: (407) 425-8500
Fax: (407) 244-5288

Counsel for Defendant,
International Truck and Engine Corp.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 27th day of April, 2006 to All Counsel listed on the attached Service List.

_____
CHRIS N. KOLOS, ESQUIRE
Florida Bar No.: 438235
HOLLAND & KNIGHT LLP
200 South Orange Avenue, Suite 2600
Post Office Box 1526
Orlando, FL 32802-1526
Phone: (407) 425-8500
Fax: (407) 244-5288

Counsel for Defendant,
International Truck and Engine Corp.

# 3746988_v1

PANEL SERVICE LIST (CRO)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Ann Hauck v. Borg Warner Corp., et al.,* E.D. Pennsylvania (M.D. Florida, C.A. No. 6:04-1835)

Jeffrey M. Bell
Bell & Melamed
Spectrum Park I
4901 N.W. 17th Way
Suite 302
Ft. Lauderdale, FL 33309

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Rodd R. Buell
Law Office of Rodd R. Buell, P.A.
11883 Maidstone Drive
Suite 205
Wellington, FL 33414-7008

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Evelyn M. Fletcher
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Jana Marie Fried
Foley & Mansfield, PLLP
4770 Biscayne Boulevard
Suite 1000
Miami, FL 33137

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Ben E. Girtman
1020 East Lafayette Street
Suite 207
Tallahassee, FL 32301-4552

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Chris N. Kolos
Holland & Knight, LLP
200 S. Orange Avenue
Suite 2600
P.O. Box 1526
Orlando, FL 32801

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

David M. Lipman
David P. Lipman, P.A.
5901 S.W. 74th Street
Suite 304
Miami, FL 33143

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Henry Salas
Salas, Ede, Peterson & Lage, LLC
6333 Sunset Drive
South Miami, FL 33143

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Rebecca S. Shull
David M. Lipman, P.A.
5901 S.W. 74th Street
Suite 304
Miami, FL 32143

Gail Cotton Silver
Davis, Silver & Levy
500 Australian Avenue South
Suite 800
West Palm Beach, FL 33401-5016

PANEL SERVICE LIST (CRO) - MDL-875

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Michael T. Tomlin
Anania, Bandklayder, Blackwell,
Baumgarten, et al.
NationsBank Tower, Suite 4300
100 Southeast 2nd Street
Miami, FL 33131-2144

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406