

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 8 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-262)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,605 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 1 6 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED MAY 1 6 2006

**SCHEDULE CTO-262 - TAG-ALONG ACTIONS**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| VIRGINIA EASTERN | |
| VAE 2  05-8807 | Gary W. Branch v. American Standard, Inc., et al. |
| VAE 2  05-8808 | Ernest R. Breshears v. American Standard, Inc., et al. |
| VAE 2  05-8809 | John E. Buckey v. American Standard, Inc., et al. |
| VAE 2  05-8810 | Milton L. Burgess v. American Standard, Inc., et al. |
| VAE 2  05-8811 | Cecil G. Hopkins v. American Standard, Inc., et al. |
| VAE 2  05-8812 | Johnson v. American Standard, Inc., et al. |
| VAE 2  05-8813 | James H. Miller v. American Standard, Inc., et al. |
| VAE 2  05-8814 | James T. Morgeson v. American Standard, Inc., et al. |
| VAE 2  05-8815 | Leonard P. Pochocki v. American Standard, Inc., et al. |
| VAE 2  05-8816 | Willard W. Ristau v. American Standard, Inc., et al. |
| VAE 2  05-8817 | I. Porter Tindale v. American Standard, Inc., et al. |
| VAE 2  05-8818 | Monroe v. American Standard, Inc., et al. |
| VAE 2  05-8819 | Bobby W. Davis v. American Standard, Inc., et al. |
| VAE 2  05-8820 | Alfonso J. Franco v. American Standard, Inc., et al. |
| VAE 2  05-8821 | Ray D. Graves v. American Standard, Inc., et al. |
| VAE 2  05-8822 | Robert A. Harr v. American Standard, Inc., et al. |
| VAE 2  05-8823 | Harold Hazen v. American Standard, Inc., et al. |
| VAE 2  05-8824 | Ward Johnson v. American Standard, Inc., et al. |
| VAE 2  05-8825 | Kenneth A. Beck v. American Standard, Inc., et al. |
| VAE 2  05-8826 | Robert J. Campbell v. American Standard, Inc., et al. |
| VAE 2  05-8827 | John V. Cassar v. American Standard, Inc., et al. |
| VAE 2  05-8828 | Billy G. Cordell v. American Standard, Inc., et al. |
| VAE 2  05-8829 | Otto A. Josund v. American Standard, Inc., et al. |
| VAE 2  05-8830 | Thomas J. Klinkner v. American Standard, Inc., et al. |
| VAE 2  05-8831 | Clarence W. Mckibbin v. American Standard, Inc., et al. |
| VAE 2  05-8832 | Oliver J. Norman v. American Standard, Inc., et al. |
| VAE 2  05-8833 | Otwell W. Altman v. American Standard, Inc., et al. |
| VAE 2  05-8834 | Earl J. Bradley v. American Standard, Inc., et al. |
| VAE 2  05-8835 | Mcworthy v. American Standard, Inc., et al. |
| VAE 2  05-8836 | Kenneth J. Michels v. American Standard, Inc., et al. |
| VAE 2  05-8837 | Patrick S. Perna v. American Standard, Inc., et al. |
| VAE 2  05-8838 | Ernest H. Schmucker v. American Standard, Inc., et al. |
| VAE 2  05-8839 | Merlin H, Schueller v. American Standard, Inc., et al. |
| VAE 2  05-8840 | Scott v. American Standard, Inc., et al. |
| VAE 2  05-8841 | Howard B. Searle v. American Standard, Inc., et al. |
| VAE 2  05-8842 | Bill A. Thornton v. American Standard, Inc., et al. |
| VAE 2  05-8843 | James E. Wardlow v. American Standard, Inc., et al. |
| VAE 2  06-8844 | Roy G. Littrell v. American Standard, Inc., et al. |
| VAE 2  06-8845 | James R. Melson v. American Standard, Inc., et al. |
| VAE 2  06-8846 | Monroe v. American Standard, Inc., et al. |
| VAE 2  06-8847 | Weikert v. American Standard, Inc., et al. |
| VAE 2  06-8848 | Ernest W. Harris v. American Standard, Inc., et al. |
| VAE 2  06-8849 | Monroe v. American Standard, Inc., et al. |
| VAE 2  06-8850 | Charles R. Lowell v. American Standard, Inc., et al. |
| VAE 2  06-8851 | James M. Nickell v. American Standard, Inc., et al. |

SCHEDULE CTO-262 - TAG-ALONG ACTIONS - MDL-875                                    Page 2 of 7

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| VIRGINIA EASTERN | | |
| VAE 2 06-8852 | Frank Roswall v. American Standard, Inc., et al. | *Actions with strikeout |
| VAE 2 06-8853 | Monroe v. American Standard, Inc., et al. | were Vacated 5/9/06 |
| VAE 2 06-8854 | Monroe v. American Standard, Inc., et al. | |
| VAE 2 06-8855 | Forrest L. White v. American Standard, Inc., et al. | |
| VAE 2 06-8856 | Charles L. Daves v. American Standard, Inc., et al. | |
| VAE 2 06-8857 | Antonio A. Esparza v. American Standard, Inc., et al. | |
| VAE 2 06-8858 | Richard A. Hankins v. American Standard, Inc., et al. | |
| VAE 2 06-8859 | John G. Sams v. American Standard, Inc., et al. | |
| VAE 2 06-8860 | John P. Shores v. American Standard, Inc., et al. | |
| VAE 2 06-8861 | Franklin Jones v. American Standard, Inc., et al. | |
| VAE 2 06-8862 | Luverne D. Hanson v. American Standard, Inc., et al. | |
| VAE 2 06-8863 | Monroe v. American Standard, Inc., et al. | |
| VAE 2 06-8864 | James Wade v. American Standard, Inc., et al. | |
| VAE 2 06-8865 | Jackie E. Witherspoon v. American Standard, Inc., et al. | |
| VAE 2 06-8866 | Donald J. Almquist v. American Standard, Inc., et al. | |
| VAE 2 06-8867 | Monroe v. American Standard, Inc., et al. | |
| VAE 2 06-8868 | William J. Clemens v. American Standard, Inc., et al. | |
| VAE 2 06-8869 | Elzie Kimmel v. American Standard, Inc., et al. | |
| VAE 2 06-8870 | Monroe v. American Standard, Inc., et al. | |
| VAE 2 06-8871 | David A. Smith v. American Standard, Inc., et al. | |
| VAE 2 06-8872 | Kenneth B. Wright v. American Standard, Inc., et al. | |
| VAE 2 06-8873 | Ronald L. Berry v. American Standard, Inc., et al. | |
| VAE 2 06-8874 | Daniel L. Esworthy v. American Standard, Inc., et al. | |
| VAE 2 06-8875 | Monroe v. American Standard, Inc., et al. | |
| VAE 2 06-8876 | John R. Harris v. American Standard, Inc., et al. | |
| VAE 2 06-8877 | Hagadom v. American Standard, Inc., et al. | |
| VAE 2 06-8878 | Robert M. Kluge v. American Standard, Inc., et al. | |
| VAE 2 06-8879 | Claude J. Leckington v. American Standard, Inc., et al. | |
| VAE 2 06-8880 | Lynch v. American Standard, Inc., et al. | |
| VAE 2 06-8881 | James C. Walker v. American Standard, Inc., et al. | |
| VAE 2 06-8882 | Wayne O. Ayers v. American Standard, Inc., et al. | |
| VAE 2 06-8883 | Frank L. Berg v. American Standard, Inc., et al. | |
| VAE 2 06-8884 | Ruth B. Lucas, et al. v. American Standard, Inc., et al. | |
| VAE 2 06-8885 | Lyle W. Burr v. American Standard, Inc., et al. | |
| VAE 2 06-8886 | Eugene J. Doolan v. American Standard, Inc., et al. | |
| VAE 2 06-8887 | Elijah T. Duncan v. American Standard, Inc., et al. | |
| VAE 2 06-8888 | Heath v. American Standard, Inc., et al. | |
| VAE 2 06-8889 | James E. King v. American Standard, Inc., et al. | |
| VAE 2 06-8890 | Ronald F. Klecker v. American Standard, Inc., et al. | |
| VAE 2 06-8891 | Loyd E. Koch v. American Standard, Inc., et al. | |
| VAE 2 06-8892 | Benjamin D. Seigley v. American Standard, Inc., et al. | |
| VAE 2 06-8893 | John M. Smutzer v. American Standard, Inc., et al. | |
| VAE 2 06-8894 | James D. Tibbitts v. American Standard, Inc., et al. | |
| VAE 2 06-9999 | Pltfs v. American Standard, et al. | |
| ~~VAE 4 05-2954~~ | ~~June B. Adcock v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-2955~~ | ~~Annie M. Alford v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-2956~~ | ~~Jean R. Anderson v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-2957~~ | ~~Lucille B. Anderson v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-2958~~ | ~~Mac Anderson v. Owens-Illinois, Inc., et al.~~ | |

SCHEDULE CTO-262 - TAG-ALONG ACTIONS - MDL-875                                    Page 3 of 7

DIST. DIV. C.A. #              CASE CAPTION

VIRGINIA EASTERN
~~VAE  4  05-2959~~            ~~Paulette T. Anthony v. Owens-Illinois, Inc., et al.~~        *Actions with Strikeout
~~VAE  4  05-2960~~            ~~Mary B. Arrington v. Owens-Illinois, Inc., et al.~~          were Vacated 5/9/06
~~VAE  4  05-2961~~            ~~June M. Arthur v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2962~~            ~~Gladys G. Bailey v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2963~~            ~~Florence M. Batten v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2964~~            ~~Fannie Blackwell v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2965~~            ~~Ones P. Briggs v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2966~~            ~~Olethia D. Barbour v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2967~~            ~~Eunice Barnes v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2968~~            ~~Sherol K. Bass v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2969~~            ~~Helen D. Belle v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2970~~            ~~Alice W. Belsches v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2971~~            ~~Laura K. Blackwell v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2972~~            ~~Gertrude W. Brown v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2973~~            ~~Carolyn H. Cole v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2974~~            ~~Beulah B. Crutchfield v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2975~~            ~~Helen Dell-marriott v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2976~~            ~~Toni O. Diggs v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2977~~            ~~Mary K. Dryden v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2978~~            ~~Joyce J. Early v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2979~~            ~~Dorothy B. Edwards v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2980~~            ~~Effie Edwards v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2981~~            ~~Ruth E. Edwards v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2982~~            ~~William S. Edwards v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2983~~            ~~Ruth A. Eimer v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2984~~            ~~Bernice B. Elam v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2985~~            ~~Delma D. Elliott v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2986~~            ~~Jerline F. Elliott v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2987~~            ~~Blanche Ellison v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2988~~            ~~Flortene Evans v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2989~~            ~~Bernice P. Everette v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2990~~            ~~Hattie Farmer v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2991~~            ~~Nellie D. Farthing v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2992~~            ~~Arlean Fogg v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2993~~            ~~Dorothy J. Foster v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2994~~            ~~Shirley L. Fowler v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2995~~            ~~Queenie R. Freeman v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2996~~            ~~Annette W. Gallimore v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2997~~            ~~Cora L. Gary v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2998~~            ~~Al Virginia Gilchrist v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-2999~~            ~~Gertie L. Hicks v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-3000~~            ~~Jacquelin Holland v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-3001~~            ~~Daisy L. Holley v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-3002~~            ~~Zelma I. Hood v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-3003~~            ~~Dorothy L. Jones v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-3004~~            ~~Demorris E. Knowling v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-3005~~            ~~Annie J. Riddick v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-3006~~            ~~Lorine Watkins v. Owens-Illinois, Inc., et al.~~
~~VAE  4  05-3007~~            ~~Barbara A. Wills v. Owens-Illinois, Inc., et al.~~

SCHEDULE CTO-262 - TAG-ALONG ACTIONS - MDL-875                                    Page 4 of 7

DIST. DIV. C.A. #              CASE CAPTION

VIRGINIA EASTERN

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| ~~VAE 4 05-3008~~ | ~~Elsie Biggs v. Owens-Illinois, Inc., et al.~~ | *Actions with Strikeout |
| ~~VAE 4 05-3009~~ | ~~Georgia E. Eley v. Owens-Illinois, Inc., et al.~~ | were Vacated 5/9/06 |
| ~~VAE 4 05-3010~~ | ~~Jane A. Gilchrist v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3011~~ | ~~Betty L. Hall v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3012~~ | ~~Ruth Harris v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3013~~ | ~~Thelma Lynch v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3014~~ | ~~Margaret C. Mason v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3015~~ | ~~Ruth F. Reaves v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3016~~ | ~~Bernice Sessoms v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3017~~ | ~~Lois W. Duck v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3018~~ | ~~Doris W. Eley v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3019~~ | ~~Lillian V. Evans v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3020~~ | ~~Naomi L. Evans v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3021~~ | ~~Dorothy W. Gatling v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3022~~ | ~~Frances A. Giles v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3023~~ | ~~Sarah W. Griffin v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3024~~ | ~~Florence E. Martin v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3025~~ | ~~Thelma W. Thompson v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3026~~ | ~~Martha Williams v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3027~~ | ~~Mary Chamblee v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3028~~ | ~~Flossie Gatling v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3029~~ | ~~Mary J. Gatling v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3030~~ | ~~Mildred S. Mabry v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3031~~ | ~~Bernice R. Mason v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3032~~ | ~~Velma L. Rascoe v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3033~~ | ~~Shirley Richardson v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3034~~ | ~~Sharon Seely v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3035~~ | ~~Mary L. Spencer v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3036~~ | ~~Georgetta P. Swann v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3037~~ | ~~Ruby Butler v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3038~~ | ~~Lorraine Hall v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3039~~ | ~~Mary A. Stephenson v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3040~~ | ~~Lucy M. Sylver v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3041~~ | ~~Hazel M. Thompson v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3042~~ | ~~Rosa R. Turner v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3043~~ | ~~Catherine Tynes v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3044~~ | ~~Belva Warner v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3045~~ | ~~Virginia M. Whitaker v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3046~~ | ~~Ruby Wiggins v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3047~~ | ~~Geneva Alston v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3048~~ | ~~Iris I. Goodman v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3049~~ | ~~Cornelia W. Greene v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3050~~ | ~~Florence Richardson v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3051~~ | ~~Barbara J. Robertson v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3052~~ | ~~Elnora Robinson v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3053~~ | ~~Gladys L. Rohrbach v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3054~~ | ~~Ammie I. Shaw v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3055~~ | ~~Bessie M. Solomon v. Owens-Illinois, Inc., et al.~~ | |
| ~~VAE 4 05-3056~~ | ~~Emily Waters v. Owens-Illinois, Inc., et al.~~ | |

SCHEDULE CTO-262 - TAG-ALONG ACTIONS - MDL-875                                Page 5 of 7

DIST. DIV. C.A. #              CASE CAPTION

VIRGINIA EASTERN
~~VAE 4 05-3057~~              ~~Jane S. Gage v. Owens-Illinois, Inc., et al.~~             *Actions with Strikeout
~~VAE 4 05-3058~~              ~~Darrine L. Hicks v. Owens-Illinois, Inc., et al.~~         were Vacated 5/9/06
~~VAE 4 05-3059~~              ~~Betty P. Olsen v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3060~~              ~~Janet W. Robertson v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3061~~              ~~Elizabeth Sparks v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3062~~              ~~Christine C. Stovall v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3063~~              ~~Betsy Upshur v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3064~~              ~~Anna R. Wingate v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3065~~              ~~Inez H. Wright v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3066~~              ~~Ernestine D. Yancey v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3067~~              ~~Willie M. Cross v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3068~~              ~~Alice F. Aldridge v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3069~~              ~~Queen R. Brown v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3070~~              ~~Beatrice Bunn v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3071~~              ~~Audrey M. Camper v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3072~~              ~~Teresa W. Capehart v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3073~~              ~~Doris M. Farmer v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3074~~              ~~Blanche Gillis v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3075~~              ~~Cora L. Scott v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3076~~              ~~Bernice C. Thompson v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3077~~              ~~Urquhart v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3078~~              ~~Maggie O. Carter v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3079~~              ~~Ora J. Cash v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3080~~              ~~Juanita S. Chandler v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3081~~              ~~Evelyn Collins v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3082~~              ~~Ethel L. Cooke v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3083~~              ~~Lucy B. Coppedge v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3084~~              ~~Jean H. Davis v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3085~~              ~~Lucy L. Davis v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3086~~              ~~Novella Deloatch v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3087~~              ~~Pattie A. Harrelson v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3088~~              ~~Grace Harris v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3089~~              ~~Julie B. Harris v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3090~~              ~~Doris Harrison v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3091~~              ~~Hedgepath v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3092~~              ~~Betty G. Hickman v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3093~~              ~~Martha B. Holland v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3094~~              ~~Charlene Holley v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3095~~              ~~Eula M. Holmes v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3096~~              ~~Betty L. Talton v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3097~~              ~~Florene v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3098~~              ~~Ethel Broadnax v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3099~~              ~~Emma B. Brown v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3100~~              ~~Alice B. Bryant v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3101~~              ~~Gloria A. Coleman v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3102~~              ~~Myrtle Holloway v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3103~~              ~~Gloria W. Horne v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3104~~              ~~Emma J. Johnson v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3105~~              ~~Jones v. Owens-Illinois, Inc., et al.~~

SCHEDULE CTO-262 - TAG-ALONG ACTIONS - MDL-875                                    Page 6 of 7

DIST. DIV. C.A. #              CASE CAPTION

VIRGINIA EASTERN
~~VAE 4 05-3106~~              ~~Lane v. Owens-Illinois, Inc., et al.~~              *Actions with Strikeout
~~VAE 4 05-3107~~              ~~Wills v. Owens-Illinois, Inc., et al.~~             were Vacated 5/9/06
~~VAE 4 05-3108~~              ~~Daggs v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3109~~              ~~Eula T. Crawford v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3110~~              ~~Mary H. Harris v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3111~~              ~~Ethel Hayes v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3112~~              ~~Mary A. Hudgins v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3113~~              ~~Dorothy J. Stewart v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3114~~              ~~Artis Lewis v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3115~~              ~~Doris Cammon v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3116~~              ~~Nancy B. Johnson v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3117~~              ~~Hazel K. Jenkins v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3118~~              ~~Evangeline Uzzle v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3119~~              ~~Joyce B. Winder v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3120~~              ~~Henrietta Williams v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3121~~              ~~Shirey C. White v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3122~~              ~~Rose W. Washington v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3123~~              ~~Margaret A. Walker v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3124~~              ~~Bertha L. Vines v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3125~~              ~~Lucy Uzzle v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3126~~              ~~Bettie Tucker v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3127~~              ~~Theressia R. Thompson v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3128~~              ~~Thomspon v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3129~~              ~~Ruth Sumner v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3130~~              ~~Ruth Stewart v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3131~~              ~~Hattie M. Smith v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3132~~              ~~Gladys V. Smith v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3133~~              ~~Sallie B. Sheppard v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3134~~              ~~Dorothy M. Shaw v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3135~~              ~~Louise H. Scott v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3136~~              ~~Leatha M. Mason v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3137~~              ~~Bessie L. Ruffin v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3138~~              ~~Ernest L. Hamlin v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3139~~              ~~Janice N. Davis v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3140~~              ~~Elsie Allmond v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3141~~              ~~Dorothy E. Goodman v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3142~~              ~~Catherine A. Clarke v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3143~~              ~~Francine Blizzard v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3144~~              ~~Barbara A. Baker v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3145~~              ~~Ollie J. Berry v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3146~~              ~~Shirley M. Billups v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3147~~              ~~Joris W. Bradby v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3148~~              ~~Lena Buchanan v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3149~~              ~~Christine H. Burley v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3150~~              ~~Madie Bush v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3151~~              ~~Virginia L. Ellis v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3152~~              ~~Mildred Haskins v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3153~~              ~~Dorothy L. Banks v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3154~~              ~~Janice H. Barkers v. Owens-Illinois, Inc., et al.~~

SCHEDULE CTO-262 - TAG-ALONG ACTIONS - MDL-875                                    Page 7 of 7

DIST. DIV. C.A. #                    CASE CAPTION

VIRGINIA EASTERN
~~VAE 4 05-3155~~              ~~Bertha M. Billups v. Owens-Illinois, Inc., et al.~~              *Actions with Strikeout
~~VAE 4 05-3156~~              ~~Sarah A. Blount v. Owens-Illinois, Inc., et al.~~                were Vacated 5/9/06
~~VAE 4 05-3157~~              ~~Mary Blowe v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3158~~              ~~Lettie Booker v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3159~~              ~~Vernell Butts v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3160~~              ~~Florence J. Haltiwanger v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3161~~              ~~Dottie Harris v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3162~~              ~~Alice Harrison v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3163~~              ~~Arline Hart v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3164~~              ~~Rosa B. Hicks v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3165~~              ~~Delmarie O. High v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3166~~              ~~Gloria R. Hoggard v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3167~~              ~~Barbara A. Jones v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3168~~              ~~Bernice M. Joyner v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3169~~              ~~Helen J. Keene v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3170~~              ~~Maggie Lawrence v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3171~~              ~~Marion L. Hugate v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3172~~              ~~Brenda E. Jones v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3173~~              ~~Martha A. Jones v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3174~~              ~~Sadie Jones v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3175~~              ~~Mary E. Parker v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3176~~              ~~Marlene P. Rhodes v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3177~~              ~~Ellen Turner v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3178~~              ~~Marie F. White v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3179~~              ~~Margery R. Williams v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3180~~              ~~Frances L. Hudson v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3181~~              ~~Mary C. Webster v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3182~~              ~~Mildred Williams v. Owens-Illinois, Inc., et al.~~
~~VAE 4 05-3183~~              ~~Eloise G. Willoughby v. Owens-Illinois, Inc., et al.~~