Case MDL No. 875   Document 4819   Filed 05/17/06   Page 1 of 16

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 17 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTI DISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

MDL DOCKET NO. 875

This Document Relates To:

RICKEY J. BROWN vs OWENS-ILLINOIS, INC., ET AL. and
ONE HUNDRED AND THREE OTHER INDIVIDUAL
CASES, MORE FULLY DESCRIBED
ON EXHIBIT "A" ATTACHED HERETO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RICKEY J. BROWN and
ONE HUNDRED AND THREE OTHER INDIVIDUAL
CASES, MORE FULLY DESCRIBED
ON EXHIBIT "A" ATTACHED HERETO
                                                          PLAINTIFFS

VS.
        CIVIL ACTION NOS. : 1:05CV581WJG - 1:05CV654WJG
        CIVIL ACTION NOS. : 1:05CV696WJG - 1:05CV705WJG
     and CIVIL ACTION NOS.: 1:06CV014WJG - 1:06CV033WJG

OWENS-ILLINOIS, INC., ET AL.
                                                          DEFENDANTS

RESPONSE AND BRIEF BY DEFENDANT GENERAL MOTORS CORPORATION
IN OPPOSITION TO PLAINTIFFS' MOTION
TO VACATE CONDITIONAL TRANSFER ORDER 260

Defendant General Motors Corporation opposes plaintiffs' motion to vacate CTO-260

and asks the Judicial Panel to deny the motion for the same reason that the Judicial Panel denied

OFFICIAL FILE COPY   IMAGED MAY 17 2006

an identically grounded motion to vacate for CTO 256 and in support thereof states:

1.

Plaintiffs' motion to vacate CTO 260 asks the Judicial Panel to vacate the transfer of 104 "Owens-Illinois" actions[1] from the Southern District of Mississippi. These 104 "Owens-Illinois" actions are listed in the copy of CTO 260 attached hereto at Exhibit "A" and have civil action numbers 1:05CV581WJG through 1:05CV654WJG, and 1:05CV696WJG through 1:05CV705WJG and 1:06CV014WJG through 1:06CV033WJG. Plaintiffs state that a motion to remand to state court is pending in each of the 104 actions and plaintiffs argue transfer under CTO 260 should be vacated so the transferor court can decide the remand motion.

2.

The same argument was made in support of a motion to vacate the transfer under CTO 256 of 45 "Owens-Illinois" actions[2] from the Southern District of Mississippi. The 45 "Owens-Illinois" actions covered by CTO 256 were severed from the same consolidated state-court action from which the 104 actions covered by CTO 260 were severed. After the 45 "Owens-Illinois" actions were removed to the Southern District Court of Mississippi, the plaintiffs moved to remand them to state court. After CTO 256 conditionally transferred the 45 "Owens-Illinois" actions, the plaintiffs moved to vacate CTO 256 so the Southern District of Mississippi could decide the motion to remand.

3.

The Judicial Panel denied the plaintiffs' motion to vacate CTO 256 and in footnote one

---

[1] "Owens-Illinois" is the first named defendant for each of the actions.

[2] "Owens-Illinois" is the first named defendant for each of the actions whose civil actions are C.A. No. 1:05-505 through C.A. No. 1:05-549.

to the Transfer Order explained that a pending motion to remand does not require vacating a conditional transfer order:

> The Southern District of Mississippi plaintiffs have argued that transfer should be denied or deferred in order to permit the resolution of motions to remand their actions to state court. There is no need to delay transfer in order to accommodate such an interest. We make the following observations: 1) as a practical matter, there is a lag time of at least three or four months from the filing of an action, its identification as a potential tag-along action, issuance of a conditional transfer order, stay of transfer when a party timely objects to the conditional transfer, briefing on the question of transfer, the Panel hearing session, and the issuance of the Panel's subsequent order; 2) Panel Rule 1.5, R.P.J.P.M.L., 199 F.R.D. at 427, expressly provides that the pendency of a conditional transfer order does not in any way i) suspend orders and pretrial proceedings in the district court in which the action that is the subject of the conditional transfer order is pending, or ii) limit the pretrial jurisdiction of that court; and 3) accordingly, those courts wishing to address such motions have adequate time in which to do so, those courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of Section 1407 transfer in MDL-875 can continue without any unnecessary interruption or delay.

(Transfer Order, Docket No. 875 at n.1, April 11, 2006).

A copy of the Transfer Order entered on April 11, 2006, denying the motion to vacate CTO 256 is attached at Exhibit "B".

4.

As was the case with CTO 256, the transfer of the 104 actions under CTO 260 does not prevent the Southern District of Mississippi from deciding the motions to remand if it decides it wants to address the issue. Likewise, the pending motions to remand do not require the Judicial Panel to vacate CTO 260. For the reasons given by the Judicial Panel in its April 11, 2006, Transfer Order (Ex. "B" hereto), defendant asks the Judicial Panel to deny plaintiffs' motion to vacate CTO 260.

For the foregoing reasons defendant General Motors Corporation asks the Judicial Panel

Case MDL No. 875   Document 4819   Filed 05/17/06   Page 4 of 16

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 17 2006

FILED
CLERK'S OFFICE

to deny plaintiffs' motion to vacate CTO 260.

GENERAL MOTORS CORPORATION

BY: _____
ROBERT H. PEDERSEN

OF COUNSEL:

SUSAN L. STEFFEY, ESQ. (MSB #9038)
JOSEPH J. STROBLE, ESQ. (MSB #10779)
ROBERT H. PEDERSEN, ESQ.  (MSB #4084)
WATKINS & EAGER PLLC
400 EAST CAPITOL STREET, SUITE 300
POST OFFICE BOX 650
JACKSON, MISSISSIPPI 39205-0650
TELEPHONE: (601) 948-6470
FACSIMILE:  (601) 354-3623

<b><u>CERTIFICATE OF SERVICE</u></b>

I hereby certify that a copy of the above and foregoing along with exhibits has been served upon the attached Panel Service List (excerpted from CTO-260) by placing copies in the United States Mail with first-class postage prepaid and filed with the United States District Court for the Southern District of Mississippi, Southern Division using the CM/ECF system on this the 2nd day of May, 2006.

_____
ROBERT H. PEDERSEN (MSB 4084)
Counsel for Defendant General Motors Corporation

SCHEDULE OF ACTIONS/PANEL SERVICE LIST (Excerpted from CTO-260) - MDL-875      Page 3 of 4

Joseph G. Baladi
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39531-1377

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Philip J. Chapman
Copeland, Cook, Taylor & Bush
P. O. Box 6020
Ridgeland, MS 39158-6020

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

John T. Givens
Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236

William S. Guy
Law Offices of William S. Guy
909 Delaware Avenue, P.O. Box 509
McComb, MS 39649-0509

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

James G. House, III
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Robert R. McKee
Watkins & Eager
P. O. Box 650
Jackson, MS 39205-0650

C. A. Mclain
Watkins & Eager
P. O. Box 650
Jackson, MS 39205-0650

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Robert H. Pedersen
Watkins & Eager
P. O. Box 650
Jackson, MS 39205

Timothy W. Porter
Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236-2768

Simine B. Reed
Forman Perry Watkins Krutz & Tardy
One Jackson Place
188 East Capitol Street Suite 200
Jackson, MS 39201

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Susan L. Steffey
Watkins & Eager
P. O. Box 650
Jackson, MS 39205-0650

Karl R. Steinberger
Williams, Heidelberg, et al.
P.O. Drawer H
Pascagoula, MS 39568

Joseph J. Stroble
Watkins & Eager
The Emporium Building, Suite 300
400 East Capitol Street
P.O. Box 650
Jackson, MS 39205-0650

SCHEDULE OF ACTIONS/PANEL SERVICE LIST (Excerpted from CTO-260) - MDL-875     Page 4 of 4

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Michael E. Whitehead
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 17 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 29 2006

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-260)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,464 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

EXHIBIT

A

Case MDL No. 875   Document 4819   Filed 05/17/06   Page 8 of 16
Case 1:05-cv-00702-WJG   Document 33   Filed 05/05/2006   Page 2 of 6

Page 1 of 3

## SCHEDULE CTO-260 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DIST. DIV. C.A. #             CASE CAPTION

MISSISSIPPI SOUTHERN
MSS 1  05-581                 Rickey J. Brown v. Owens-Illinois, Inc., et al.
MSS 1  05-582                 James W. Brumfield v. Owens-Illinois, Inc., et al.
MSS 1  05-583                 Ira Buchanan v. Owens-Illinois, Inc., et al.
MSS 1  05-584                 Bobby D. Burkett v. Owens-Illinois, Inc., et al.
MSS 1  05-585                 Ernest Carthan, Jr. v. Owens-Illinois, Inc., et al.
MSS 1  05-586                 John H. Cessna v. Owens-Illinois, Inc., et al.
MSS 1  05-587                 Willie W. Chisolm, etc. v. Owens-Illinois, Inc., et al.
MSS 1  05-588                 Jerry L. Coon v. Owens-Illinois, Inc., et al.
MSS 1  05-589                 Jewell Crossley, etc. v. Owens-Illinois, Inc., et al.
MSS 1  05-590                 Raymond Cyprian v. Owens-Illinois, Inc., et al.
MSS 1  05-591                 Lawrence P. Davis v. Owens-Illinois, Inc., et al.
MSS 1  05-592                 Owen Davis v. Owens-Illinois, Inc., et al.
MSS 1  05-593                 William N. Davis v. Owens-Illinois, Inc., et al.
MSS 1  05-594                 Deer, etc. v. Owens-Illinois, Inc., et al.
MSS 1  05-595                 Willie Carter v. Owens-Illinois, Inc., et al.
MSS 1  05-596                 Andrew Brown, etc. v. Owens-Illinois, Inc., et al.
MSS 1  05-597                 Carl Brower v. Owens-Illinois, Inc., et al.
MSS 1  05-598                 Omar W. Bounds v. Owens-Illinois, Inc., et al.
MSS 1  05-599                 James S. Baugh, etc. v. Owens-Illinois, Inc., et al.
MSS 1  05-600                 Charles E. Banks v. Owens-Illinois, Inc., et al.
MSS 1  05-601                 Gary M. Arceneaux v. Owens-Illinois, Inc., et al.
MSS 1  05-602                 L.C. Adams v. Owens-Illinois, Inc., et al.
MSS 1  05-603                 Geemes H. Smith v. Owens-Illinois, Inc., et al.
MSS 1  05-604                 Wilson D. Steed, etc. v. Owens-Illinois, Inc., et al.
MSS 1  05-605                 Jimmy C. Sumrall v. Owens-Illinois, Inc., et al.
MSS 1  05-606                 C.L. Thompson v. Owens-Illinois, Inc., et al.
MSS 1  05-607                 Melvin Tims v. Owens-Illinois, Inc., et al.
MSS 1  05-608                 Doyle T. Turner v. Owens-Illinois, Inc., et al.
MSS 1  05-609                 Eugene D. Turner v. Owens-Illinois, Inc., et al.
MSS 1  05-610                 Alfred J. Tyler v. Owens-Illinois, Inc., et al.
MSS 1  05-611                 Charles E. Vessel v. Owens-Illinois, Inc., et al.
MSS 1  05-612                 Adrian E. Vicknair, Jr. v. Owens-Illinois, Inc., et al.
MSS 1  05-613                 Wardell Wash v. Owens-Illinois, Inc., et al.
MSS 1  05-614                 Joe M. White v. Owens-Illinois, Inc., et al.
MSS 1  05-615                 Michael C. White v. Owens-Illinois, Inc., et al.
MSS 1  05-616                 Granderson Williams v. Owens-Illinois, Inc., et al.
MSS 1  05-617                 Andrew D. Woodall, etc. v. Owens-Illinois, Inc., et al.
MSS 1  05-618                 Roy Young, etc. v. Owens-Illinois, Inc., et al.
MSS 1  05-619                 York Sit v. Owens-Illinois, Inc., et al.
MSS 1  05-620                 Louis E. Simmons v. Owens-Illinois, Inc., et al.
MSS 1  05-621                 Robert W. Sills v. Owens-Illinois, Inc., et al.
MSS 1  05-622                 Wayne T. Rollins v. Owens-Illinois, Inc., et al.
MSS 1  05-623                 Bill T. Robinson v. Owens-Illinois, Inc., et al.
MSS 1  05-624                 Colin N. Roberts v. Owens-Illinois, Inc., et al.
MSS 1  05-625                 Robert Parker v. Owens-Illinois, Inc., et al.
MSS 1  05-626                 Kenneth W. Porter v. Owens-Illinois, Inc., et al.
MSS 1  05-627                 Oles Newsome v. Owens-Illinois, Inc., et al.
MSS 1  05-628                 Matthew Nobles v. Owens-Illinois, Inc., et al.
MSS 1  05-629                 Henry W. Griffin v. Owens-Illinois, Inc., et al.

SCHEDULE CTO-260 - TAG-ALONG ACTIONS - MDL-875              Page 2 of 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MISSISSIPPI SOUTHERN | |
| MSS 1 05-630 | Peggy O'Neal Hoyt, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-631 | Kenneth Jennings v. Owens-Illinois, Inc., et al. |
| MSS 1 05-632 | Louis Johnson v. Owens-Illinois, Inc., et al. |
| MSS 1 05-633 | Glen E. Jones v. Owens-Illinois, Inc., et al. |
| MSS 1 05-634 | Jake K. Keith v. Owens-Illinois, Inc., et al. |
| MSS 1 05-635 | Charles M. Leggett v. Owens-Illinois, Inc., et al. |
| MSS 1 05-636 | Jimmie P. Lenoir v. Owens-Illinois, Inc., et al. |
| MSS 1 05-637 | Robert L. Lloyd v. Owens-Illinois, Inc., et al. |
| MSS 1 05-638 | Mitchell Magee v. Owens-Illinois, Inc., et al. |
| MSS 1 05-639 | Billy R. Marberry v. Owens-Illinois, Inc., et al. |
| MSS 1 05-640 | Jewel L. McDowell v. Owens-Illinois, Inc., et al. |
| MSS 1 05-641 | Louis B. McFatter v. Owens-Illinois, Inc., et al. |
| MSS 1 05-642 | Robert L. McField v. Owens-Illinois, Inc., et al. |
| MSS 1 05-643 | Robert L. Miller v. Owens-Illinois, Inc., et al. |
| MSS 1 05-644 | Joe Miciotto v. Owens-Illinois, Inc., et al. |
| MSS 1 05-645 | Otis Greer v. Owens-Illinois, Inc., et al. |
| MSS 1 05-646 | Jessie Gardner v. Owens-Illinois, Inc., et al. |
| MSS 1 05-647 | L.C. Fortner v. Owens-Illinois, Inc., et al. |
| MSS 1 05-648 | Clemmie Gales v. Owens-Illinois, Inc., et al. |
| MSS 1 05-649 | Perry R. Ely v. Owens-Illinois, Inc., et al. |
| MSS 1 05-650 | Chester L. Fedrick v. Owens-Illinois, Inc., et al. |
| MSS 1 05-651 | Early J. Ford v. Owens-Illinois, Inc., et al. |
| MSS 1 05-652 | Clarence D. Edwards v. Owens-Illinois, Inc., et al. |
| MSS 1 05-653 | Thomas J. Edwards v. Owens-Illinois, Inc., et al. |
| MSS 1 05-654 | Mary Carter, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-696 | Ella Louise Beck, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-697 | Roy Campbell, Jr., etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-698 | Isaac Colenberg, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-699 | Howard Jackson v. Owens-Illinois, Inc., et al. |
| MSS 1 05-700 | Joseph Jones, Sr. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-701 | Alfred E. Mims v. Owens-Illinois, Inc., et al. |
| MSS 1 05-702 | Raquel A. Mims, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-703 | Evelyn Pierson, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 05-704 | Rufus Puckett v. Owens-Illinois, Inc., et al. |
| MSS 1 05-705 | Regina Reed, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 06-14 | Albert J. Wyatt, Sr. v. Owens-Illinois, Inc., et al. |
| MSS 1 06-15 | Tommy E. Adams v. Owens-Illinois, Inc., et al. |
| MSS 1 06-16 | James V. Beck v. Owens-Illinois, Inc., et al. |
| MSS 1 06-17 | Alex Fleming, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 06-18 | Demetric Smith, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 06-19 | Governor Lawyer v. Owens-Illinois, Inc., et al. |
| MSS 1 06-20 | Kathy L. Parker, et al. v. Owens-Illinois, Inc., et al. |
| MSS 1 06-21 | Edward L. Perkins v. Owens-Illinois, Inc., et al. |
| MSS 1 06-22 | Bobby Jean Robertson, etc. v. Owens-Illinois, Inc., et al. |
| MSS 1 06-23 | James Sanders v. Owens-Illinois, Inc., et al. |
| MSS 1 06-24 | Tyree Wheeler v. Owens-Illinois, Inc., et al. |
| MSS 1 06-25 | Wardell Brooks v. Owens-Illinois, Inc., et al. |
| MSS 1 06-26 | James M. Carpenter v. Owens-Illinois, Inc., et al. |
| MSS 1 06-27 | Howrd Clark, Sr. v. Owens-Illinois, Inc., et al. |
| MSS 1 06-28 | Ike Ford, Jr. v. Owens-Illinois, Inc., et al. |
| MSS 1 06-29 | Willie Gordon v. Owens-Illinois, Inc., et al. |
| MSS 1 06-30 | Marion Harried v. Owens-Illinois, Inc., et al. |
| MSS 1 06-31 | Tom Hudson v. Owens-Illinois, Inc., et al. |
| MSS 1 06-32 | Nolan E. Taylor v. Owens-Illinois, Inc., et al. |
| MSS 1 06-33 | Roy D. Wroten v. Owens-Illinois, Inc., et al. |

SCHEDULE CTO-260 - TAG-ALONG ACTIONS - MDL-875                              Page 3 of 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MISSISSIPPI SOUTHERN | |
| MSS 1 06-109 | Willie Dowell Gladwell v. Garlock, Inc. |
| MSS 1 06-122 | Herman James Kemp v. Garlock, Inc. |
| MSS 1 06-123 | Mike H. Price, Sr., et al. v. Garlock, Inc. |
| MSS 1 06-140 | Carlton Delmer Neihaus v. Bondex International, Inc., et al. |
| MSS 1 06-141 | David Lee Hubbard v. Bondex International, Inc., et al. |
| MSS 1 06-145 | James David James v. Garlock, Inc., et al. |
| MSS 1 06-146 | Henry Parker Stevens v. Certainteed Corp., et al. |
| MSS 1 06-147 | Alvin Monroe Rhodes v. Garlock, Inc., et al. |

## INVOLVED COUNSEL LIST (CTO-260)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Joseph G. Baladi
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Michael T. Bartley
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39531-1377

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Philip J. Chapman
Copeland, Cook, Taylor & Bush
P. O. Box 6020
Ridgeland, MS 39158-6020

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Marcy B. Croft
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Jessica B. DeGroote
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O Box 22608
Jackson, MS 39225-2608

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Dawn E. Fulce
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

John T. Givens
Porter & Malouf, P.A.
P.o. Box 12768
Jackson, MS 39236

William S. Guy
Law Offices of William S. Guy
909 Delaware Avenue
P.O. Box 509
McComb, MS 39649-0509

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Bradley A. Hays
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

James G. House, III
Forman, Perry, Watkins, Krutz
& Tardy
P.o. Box 22608
Jackson, MS 39225-2608

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Charles S. Lambert, Jr.
LeBlanc & Waddell, LLC
The Essen Centre
5353 Essen Lane
Suite 420
Baton Rouge, LA 70809

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Robert R. Mckee
Watkins & Eager
P. O. Box 650
Jackson, MS 39205-0650

C. A. Mclain
Watkins & Eager
P. O. Box 650
Jackson, MS 39205-0650

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Robert H. Pedersen
Watkins & Eager
P. O. Box 650
Jackson, MS 39205

INVOLVED COUNSEL LIST (CTO-260) - MDL-875                              Page 2 of 2

Timothy W. Porter
Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236-2768

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Simine B. Reed
Forman Perry Watkins Krutz & Tardy
One Jackson Place
188 East Capitol Street Suite 200
Jackson, MS 39201

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

John D. Roven
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Michael E. Whitehead
Page, Mannino, Peresich
& McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Susan L. Steffey
Watkins & Eager
P. O. Box 650
Jackson, MS 39205-0650

Karl R. Steinberger
Williams, Heidelberg, et al.
P.O. Drawer H
Pascagoula, MS 39568

Joseph J. Stroble
Watkins & Eager
The Emporium Building, Suite 300
400 East Capitol Street
P.O. Box 650
Jackson, MS 39205-0650

A CERTIFIED TRUE COPY

APR 11 2006

[signature]

FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 27 2006
J. T. NOBLIN, CLERK
BY _____ DEPUTY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 11 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**BEFORE WM. TERRELL HODGES,[*] CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,[*] ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL**

### TRANSFER ORDER

Before the Panel are motions brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in the 48 District of Guam and Southern District of Mississippi actions listed on the attached Schedule A. Movants ask the Panel to vacate its orders conditionally transferring their actions to the Eastern District of Pennsylvania for inclusion in the centralized pretrial proceedings occurring there in this docket before Judge James T. Giles.

On the basis of the papers filed and hearing session held, the Panel finds that these actions involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Pennsylvania, and that transfer of the actions to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings occurring in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. We find that transfer of the actions is appropriate for reasons expressed by the Panel in its original decision in this docket directing centralization of all pending federal court actions not then in trial involving allegations of personal injury or wrongful death caused by asbestos or asbestos containing products. *See In re Asbestos Products Liability Litigation (No. VI)*, 771 F.Supp. 415 (J.P.M.L. 1991). Particularly, in the Panel's original decision distinctions based on such matters as the pendency of motions or other matters before the transferor court,[1] the uniqueness of a party's status, the type of defendant, the docket condition of any specific federal district, the stage of pretrial proceedings, the presence of unique claims or additional claims not relating to asbestos injury or death, and/or the unanimity of opposition to transfer by the parties to an action, were considered and rejected by the Panel as grounds for carving out exceptions to transfer in this extraordinary docket. We

---

[*] Judge Hodges took no part in the disposition of this matter; and Judge Motz took no part in the disposition of this matter with respect to the District of Guam action listed on Schedule A.

[1] The Southern District of Mississippi plaintiffs have argued that transfer should be denied or deferred in order to permit the resolution of motions to remand their actions to state court. There is no need to delay transfer in order to accommodate such an interest. We make the following observations: 1) as a practical matter, there is a lag time of at least three or four months from the filing of an action, its identification as a potential tag-along action, issuance of a conditional transfer order, stay of transfer when a party timely objects to the conditional transfer, briefing on the question of transfer, the Panel hearing session, and the issuance of the Panel's subsequent order; 2) Panel Rule 1.5, R.P.J.P.M.L., 199 F.R.D. at 427, expressly provides that the pendency of a conditional transfer order does not in any way i) suspend orders and pretrial proceedings in the district court in which the action that is the subject of the conditional transfer order is pending, or ii) limit the pretrial jurisdiction of that court; and 3) accordingly, those courts wishing to address such motions have adequate time in which to do so, those courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of Section 1407 transfer in MDL-875 can continue without any unnecessary interruption or delay.

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 4-18-06

ATTEST: Tom Dempsey

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

EXHIBIT "B"

- 2 -

are not persuaded to depart from this approach in dealing with the question of transfer of the actions now before the Panel.

Under the stewardship of the transferee court, as of March 30, 2006, i) over 74,450 actions have been closed in the transferee district, and ii) over 1,350 actions or claims therein have been returned to their originating transferor districts. To any parties that believe the uniqueness of their particular situation renders continued inclusion of their action in MDL-875 unnecessary or inadvisable, whenever the transferee court deems remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38. We are confident that the transferee court will continue to promptly review arguments for returning transferred actions or claims to their transferor courts and will take all appropriate steps to assure their speedy return whenever it is convinced that retention in the MDL-875 proceedings is no longer needed.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the 48 actions listed on Schedule A are transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable James T. Giles for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

John F. Keenan
Acting Chairman

## SCHEDULE A

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

### District of Guam

*Cess Navarro Olmo, et al. v. A.P. Green Industries, Inc., et al.*, C.A. No. 1:05-25

### Southern District of Mississippi

*Troy Washington, Jr. v. Sellers Engineering Co., et al.*, C.A. No. 1:05-498
*Robert L. Allen, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-505
*Arnold E. Barkdull v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-506
*Robert C. Bowers v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-507
*Marvin E. Boyd v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-508
*Donald Brent v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-509
*Claude E. Brister v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-510
*C.W. Brown v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-511
*Decatur B. Byrd, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-512
*Paul Carroll v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-513
*Billy J. Case, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-514
*Carl N. Chance v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-515
*Sam Curry v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-516
*Marion Davis v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-517
*Jimmy T. Dickerson v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-518
*Waldo M. Dixon, Jr. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-519
*J.P. Doss v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-520
*Jesse W. Dulaney v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-521
*Wilkie R. Dunaway, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-522
*Marion C. Elledge v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-523
*Samuel F. Farmer, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-524
*Alvin Fitztgerald, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-525
*Carroll S. Greer v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-526
*David Hill, Jr. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-527
*Charles L. Holley v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-528
*Osborne Jones v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-529
*Jack H. Jordan v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-530
*Charles W. Lewis, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-531
*Frank Magruder, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-532
*John E. Netherland, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-533
*John E. Newman, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-534
*Robert E. Parker v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-535
*John W. Price, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-536

- 2 -

**MDL-875 Schedule A (Continued)**

<u>Southern District of Mississippi</u> (Continued)

*Buford E. Reeves v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-537
*Sidney L. Scarborough v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-538
*Dayton D. Smith, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-539
*Samuel E. Smith, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-540
*Curtis M. Standberry, Sr., etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-541
*William R. Thornton, Sr. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-542
*D.S. Turner v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-543
*James Vance v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-544
*Floyd Westbrook v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-545
*W. I. Westbrook v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-546
*Grover E. White, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-547
*C.L. Womack v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-548
*Willie Young, etc. v. Owens-Illinois, Inc., et* al., C.A. No. 1:05-549
*Caleb R. Jones v. Crane Co., et al.*, C.A. No. 1:05-555