JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 19 2006

FILED
CLERK'S OFFICE

DOCKET NUMBER 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   ASBESTOS PRODUCTS LIABILITY LIABILITY LITIGATION (NO. VI) | REQUEST BY PLTF. ANN HAUCK FOR EXPEDITED CONSIDERATION – DENIED (mjb 5/19/06) |
| THIS DOCUMENT RELATES TO: ANN HAUCK v. BORG WARNER CORP., et al., CIVIL ACTION NO.: 04-1835 MIDDLE DISTRICT OF FLORIDA (ORLANDO DIV.) | * * * * CIVIL ACTION MDL 875 |

---

**PLAINTIFF'S MOTION FOR EXPEDITED
CONSIDERATIONOF DEFENDANTS' MOTION
TO VACATE CONDITIONAL REMAND ORDER**

Ann Hauck, by her undersigned attorneys, files the following Request for Expedited Consideration of the Defendants' Motion to Vacate Conditional Remand Order and Plaintiff's Opposition thereto. As grounds therefore, Plaintiff states as follows:

1. This is an asbestos products-liability case. **In October, 2003**, Ms. Hauck was diagnosed with a rare, incurable asbestos cancer known as malignant mesothelioma. The median survival time for individuals diagnosed with malignant mesothelioma is between four (4) and eighteen (18) months. Roggli et. al., *Pathology of Asbestos-Associated Diseases*, p. 149 (2nd ed. 2003). Ms. Hauck has struggled valiantly with her disease, but has been hampered in her fight by the fact that her disease had progressed beyond the stage where surgery and traditional chemotherapy were viable options for her. As a result, Ms. Hauck has been forced to seek and has been receiving

experimental medical treatments in the Bahamas.

2. Ms. Hauck will not restate here the entire chronology of events that has led to her case languishing in the United States District Court for the Middle District of Florida for nearly six months before transfer the to asbestos MDL in Philadelphia, where it stagnated for now nearly a year despite Ms. Hauck's frantic efforts throughout to obtain remand for trial. In the interests of judicial economy, Ms. Hauck simply incorporates her Opposition to the Defendants' Motion to Vacate Conditional Remand Order and attaches a copy of that pleading hereto as Exhibit A.

3. Put simply, the Panel is set to hear Defendant's Motion at the July 2006 hearing - a further delay of 10 weeks. Assuming the Panel is not going to vacate the Conditional Remand Order, experience suggests that several more weeks will elapse before Ms. Hauck's case is actually received and processed by the Middle District of Florida. Several more weeks will elapse before the case will be processed by the assigned judge in that court and a status conference or similar proceeding can be held.

4. Ms. Hauck is terminally ill. Every week that passes before she has her day in court is another week where her fight against malignant mesothelioma may end. Accordingly, Plaintiff requests that the Panel

**WHEREFORE**, the Plaintiff, ANN HAUCK, requests that the Panel GRANT Plaintiff's Motion for Expedited Consideration; GRANT Plaintiff's Motion to Shorten Time for Response; DENY Defendants' Motion to Vacate the Conditional Remand Order; and REMAND this matter to the United States District Court for the Middle District of Florida for immediate trial.

Respectfully Submitted,

_____
DAVID M. LIPMAN

Respectfully Submitted,

*[signature]*

DAVID M. LIPMAN
Fla. Bar No.: 280054

JONATHAN RUCKDESCHEL
Fla. Bar No.: 0012875

REBECCA S. SHULL
Fla. Bar No.: 0529915

DAVID M. LIPMAN, P.A
5915 Ponce De Leon Blvd.
Suite # 44
Coral Gables, FL 33146
(305) 662-2600

FRANCIS A. ANANIA
FL Bar No: 160256
ANANIA, BANDKLAYDER,
BLACKWELL, BAUMGARTEN,
TORRICELLA & STEIN
Bank of America Tower, Suite 4300
100 S.E. Second Street
Miami, Florida 33131-2144
(305) 373-4900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 15, 2006, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system which will send electronic notice of the filing to the following Counsel of Record on the Panel Service List (CRO).

I further certify that on May 15, 2006, I furnished true and accurate copy of the foregoing document via U.S. Mail to All Counsel of Record on the Panel Service List (CRO).

*[signature]*

REBECCA S. SHULL
Florida Bar. No. 0529915

DAVID M. LIPMAN, P.A.
5915 Ponce De Leon Blvd, Suite 44
Coral Gables, Florida 33146
(305) 662-2600
Counsel for the Plaintiff

PANEL SERVICE LIST (CRO)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Ann Hauck v. Borg Warner Corp., et al.,* E.D. Pennsylvania (M.D. Florida, C.A. No. 6:04-1835)

Jeffrey M. Bell
Bell & Melamed
Spectrum Park I
4901 N.W. 17th Way
Suite 302
Ft. Lauderdale, FL 33309

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Rodd R. Buell
Law Office of Rodd R. Buell, P.A.
11883 Maidstone Drive
Suite 205
Wellington, FL 33414-7008

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Evelyn M. Fletcher
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Jana Marie Fried
Foley & Mansfield, PLLP
4770 Biscayne Boulevard
Suite 1000
Miami, FL 33137

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Ben E. Girtman
1020 East Lafayette Street
Suite 207
Tallahassee, FL 32301-4552

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Chris N. Kolos
Holland & Knight, LLP
200 S. Orange Avenue
Suite 2600
P.O. Box 1526
Orlando, FL 32801

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

David M. Lipman
David P. Lipman, P.A.
5901 S.W. 74th Street
Suite 304
Miami, FL 33143

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Henry Salas
Salas, Ede, Peterson & Lage, LLC
6333 Sunset Drive
South Miami, FL 33143

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Rebecca S. Shull
David M. Lipman, P.A.
5901 S.W. 74th Street
Suite 304
Miami, FL 32143

Gail Cotton Silver
Davis, Silver & Levy
500 Australian Avenue South
Suite 800
West Palm Beach, FL 33401-5016

PANEL SERVICE LIST (CRO) - MDL-875                                    Page 2 of 2

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Michael T. Tomlin
Anania, Bandklayder, Blackwell,
Baumgarten, et al.
NationsBank Tower, Suite 4300
100 Southeast 2nd Street
Miami, FL 33131-2144

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406