

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 19 2006

FILED
CLERK'S OFFICE

DOCKET NUMBER 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LIABILITY LITIGATION (NO. VI) | REQUEST BY PLTF. ANN HAUCK TO SHORTEN TIME FOR RESPONSE – DENIED AS MOOT (mjb 5/19/06) |

THIS DOCUMENT RELATES TO:           *
ANN HAUCK v. BORG WARNER CORP., et al.,   *   CIVIL ACTION MDL 875
CIVIL ACTION NO.: 04-1835            *
MIDDLE DISTRICT OF FLORIDA (ORLANDO DIV.)*

---

### PLAINTIFF'S MOTION TO SHORTEN TIME FOR RESPONSE TO PLAINTIFF'S MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANTS' MOTION TO VACATE CONDITIONAL REMAND ORDER

Ann Hauck, by her undersigned attorneys, files the following Motion to Shorten Time for Response to Plaintiff's Motion for Expedited Consideration of the Defendants' Motion to Vacate Conditional Remand Order and Plaintiff's Opposition thereto. As grounds therefore, Plaintiff states as follows:

1.  This is an asbestos products-liability case. **In October, 2003**, Ms. Hauck was diagnosed with a rare, incurable asbestos cancer known as malignant mesothelioma. The median survival time for individuals diagnosed with malignant mesothelioma is between four (4) and eighteen (18) months. Roggli et. al., *Pathology of Asbestos-Associated Diseases*, p. 149 (2nd ed. 2003). Ms. Hauck has struggled valiantly with her disease, but has been hampered in her fight by

the fact that her disease had progressed beyond the stage where surgery and traditional chemotherapy were viable options for her. As a result, Ms. Hauck has been forced to seek and has been receiving experimental medical treatments in the Bahamas.

2. After two failed settlement conferences in the Philadelphia MDL, Plaintiff secured a Conditional Remand Order from that Court remanding her case to the Middle District of Florida for trial. Defendants have filed a Motion to Vacate the Conditional Remand Order. Plaintiff has opposed the Motion to Vacate.

3. Plaintiff has further filed a Motion for Expedited Consideration of the Defendants' Motion to Vacate so that there are no further delays in her proceeding to trial. As explained in Plaintiff's Opposition to the Motion to Vacate and her Motion for Expedited Consideration, Plaintiff's terminal condition means that delay of even a week could have drastic effects on her rights.

3. The matters set forth in Plaintiff's Motion for Expedited Consideration are not complex, nor are the matters before the Panel in Defendants' Motion to Vacate. Accordingly, because Ms. Hauck's condition makes these circumstances exigent, Ms. Hauck requests that the Court shorten the time for response to her Motion to Expedite Consideration such that Defendants must file their response by no later than May 27, 2006 so that the Panel can rule the following week.

**WHEREFORE**, the Plaintiff, ANN HAUCK, requests that the Panel GRANT Plaintiff's Motion to Shorten Time for Response; GRANT Plaintiff's Motion for Expedited Consideration; DENY Defendants' Motion to Vacate the Conditional Remand Order; and REMAND this matter to the United States District Court for the Middle District of Florida for immediate trial.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 19 2006

FILED
CLERK'S OFFICE

Fla. Bar No.: 280054

JONATHAN RUCKDESCHEL
Fla. Bar No.: 0012875

REBECCA S. SHULL
Fla. Bar No.: 0529915

DAVID M. LIPMAN, P.A
5901 S.W. 74th Street, Suite 304
Miami, Florida 33143
(305) 662-2600

FRANCIS A. ANANIA
FL Bar No: 160256
ANANIA, BANDKLAYDER,
BLACKWELL, BAUMGARTEN,
TORRICELLA & STEIN
Bank of America Tower, Suite 4300
100 S.E. Second Street
Miami, Florida 33131-2144
(305) 373-4900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 15, 2006, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system which will send electronic notice of the filing to All Counsel of Record on the Panel Service List (CRO).

I further certify that on May 15, 2006, I furnished true and accurate copy of the foregoing document via U.S. Mail to All Counsel of Record on the Panel Service List (CRO).

_____
REBECCA S. SHULL
Florida Bar. No. 0529915

DAVID M. LIPMAN, P.A
5915 Ponce De Leon Blvd. #44
Coral Gables, FL 33146
(305) 662-2600

Counsel for the Plaintiff

RECEIVED
CLERK'S OFFICE
MAY 17 A 10: 28
JUDICIAL PANEL
MULTIDISTRICT
LITIGATION

PANEL SERVICE LIST (CRO)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Ann Hauck v. Borg Warner Corp., et al.*, E.D. Pennsylvania (M.D. Florida, C.A. No. 6:04-1835)

Jeffrey M. Bell
Bell & Melamed
Spectrum Park I
4901 N.W. 17th Way
Suite 302
Ft. Lauderdale, FL 33309

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Rodd R. Buell
Law Office of Rodd R. Buell, P.A.
11883 Maidstone Drive
Suite 205
Wellington, FL 33414-7008

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Evelyn M. Fletcher
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Jana Marie Fried
Foley & Mansfield, PLLP
4770 Biscayne Boulevard
Suite 1000
Miami, FL 33137

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Ben E. Girtman
1020 East Lafayette Street
Suite 207
Tallahassee, FL 32301-4552

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Chris N. Kolos
Holland & Knight, LLP
200 S. Orange Avenue
Suite 2600
P.O. Box 1526
Orlando, FL 32801

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

David M. Lipman
David P. Lipman, P.A.
5901 S.W. 74th Street
Suite 304
Miami, FL 33143

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Henry Salas
Salas, Ede, Peterson & Lage, LLC
6333 Sunset Drive
South Miami, FL 33143

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Rebecca S. Shull
David M. Lipman, P.A.
5901 S.W. 74th Street
Suite 304
Miami, FL 32143

Gail Cotton Silver
Davis, Silver & Levy
500 Australian Avenue South
Suite 800
West Palm Beach, FL 33401-5016

PANEL SERVICE LIST (CRO) - MDL-875                                                  Page 2 of 2

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Michael T. Tomlin
Anania, Bandklayder, Blackwell,
Baumgarten, et al.
NationsBank Tower, Suite 4300
100 Southeast 2nd Street
Miami, FL 33131-2144

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406