JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 2 3 2006

FILED
CLERK'S OFFICE

### DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### NOTICE OF OPPOSITION

COMES NOW, Plaintiffs in *Sharon Reed, etc. v. Foster Wheeler Corp., et al.,
MSS 1 06-132;* by and through counsel, and files this their Notice of Opposition to the Conditional Transfer Order (CTO-263).

RESPECTFULLY SUBMITTED, this the 22nd day of May, 2006.

By: _____
Timothy W. Porter
Attorney for Plaintiffs

RECEIVED
CLERK'S OFFICE
2006 MAY 22 P 3:26
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**OFFICIAL FILE COPY**

IMAGED MAY 2 3 2006

Of Counsel:

Timothy W. Porter, MSB No. 9687
Patrick C. Malouf, MSB No. 9702
Kimberly A. Courtney, MSB No. 100799
John T. Givens, MSB No. 101561
PORTER & MALOUF, P.A.
Post Office Box 12768
Jackson, Mississippi 39236-2768
Telephone: (601) 957-1173
Facsimile: (601) 957-7366

## **CERTIFICATE OF SERVICE**

I, Timothy W. Porter, the undersigned counsel for Plaintiff, do hereby certify that I have this caused to be served, via U.S. Mail, postage fully prepaid, a true and correct copy of *Plaintiff's Notice of Opposition* to all counsel of record at their usual and regular mailing addresses listed on Exhibit "A".

This, the 22nd day of May, 2006.

Timothy W. Porter

2006 MAY 22 P 3: 28
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

# INVOLVED COUNSEL LIST (CTO-263)
## DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Robert L. Adams
Kacal, Adams & Law
One Riverway
Suite 1200
Houston, TX 77056

F. S. Aldridge, III
Hunter, MacLean, Exley & Dunn
P.O. Box 9848
Savannah, GA 31412

Daniel R. Alexander
Carr Allison
100 Vestavia Parkway
Suite 200
Birmingham, AL 35216

John M. Anderson
Bassford Remele, PA
33 South Sixth Street
Suite 3800
Minneapolis, MN 55402-3701

S. A. Baker, Jr.
Balch & Bingham LLP
P.O. Box 306
Birmingham, AL 35201-0306

Jeffrey A. Barnwell
Leath, Bouch & Crawford
134 Meeting Street
P.O. Box 59
Charleston, SC 29402

Michael T. Bartley
Forman, Perry, Watkins, Krutz & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Robert R. Baugh
Sirote & Permutt, P.C.
2222 Arlington Avenue South
P.O. Box 55727
Birmingham, AL 35255

Alan I. Becker
Litchfield Cavo
303 West Madison Street
Suite 200
Chicago, IL 60606

Troy N. Bell
Aultman, Tyner & Ruffin, Ltd.
400 Poydras Street
Suite 1900
New Orleans, LA 70130

Richard V. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Martin K. Berks
Environmental Attorneys Group, PC
2145 14th Avenue South
Suite 100
Birmingham, AL 35205

V. Brian Bevon
Motley Rice, LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Janet W. Black
Donaldson & Black, P.A.
208 West Wendover Avenue
Greensboro, NC 27401

Brian M. Blythe
Bradley, Arant, Rose & White
1819 Fifth Avenue, North
Birmingham, AL 35203-2119

Susan DeAnn Bomar
Swift, Currie, McGhee & Hiers
1355 Peachtree Street, N.E.
The Peachtree, Suite 300
Atlanta, GA 30309-3231

Joel M. Bondurant, Jr.
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

Christopher A. Bottcher
Sirote & Permutt, P.C.
2222 Arlington Avenue South
P.O. Box 55727
Birmingham, AL 35255

Timothy W. Bouch
Leath, Bouch & Crawford
P.O. Box 59
Charleston, SC 29402-0059

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39531-1377

Alexander M. Bullock
Evert & Weathersby, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Max T. Busatto
Dickie, McCamey & Chilcote, P.C.
Two PPG Place
Suite 400
Pittsburgh, PA 15222

Lisa N. Busch
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038

Barry C. Campbell
Baker, Donelson, Bearman, Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Christina Carroll
Brent Coon & Associates
1515 Poydras Street
Suite 800
New Orleans, LA 70112

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607

**EXHIBIT "A"**

INVOLVED COUNSEL LIST (CTO-263) - MDL-875

Page 2 of 6

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

William T. Causby
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Roy Clifton Cheatwood
Baker, Donelson, Bearman, Caldwell
& Berkowitz
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

David P. Chervenick
Goldberg, Persky & White, PC
1030 Fifth Avenue
Third Floor
Pittsburgh, PA 15219

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

R. Dean Church, Jr.
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Lawrence M. Coco, III
Carroll Bufkin Fulcher & Coco, PLLC
1700 Lelia Drive
Jackson, MS 39216

Keith E. Coltrain
Elmore & Wall, PA
P.O. Box 10937
Raleigh, NC 27605

William David Conner
Haynsworth Sinkler Boyd
75 Beattie Place
Eleventh Floor
P.O. Box 2048
Greenville, SC 29602

Ronald B. Cox
Bowers Orr, LLP
8910 Two Notch Road
Suite 400
P.O. Box 25389
Columbia, SC 29224

Marcy B. Croft
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

William S. Davies, Jr.
Nelson, Mullins, Riley
& Scarborough, LLP
1330 Lady Street
Keenan Building, 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Dana Hefter Davis
Young, Moore & Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622

H. Lee Davis, Jr.
Davis & Hamrick, L.L.P.
P.O. Drawer 20039
Winston-Salem, NC 27120-0039

William Pearce Davis
Baker, Ravenel & Bender
P.O. Box 8057
Columbia, SC 29202

Jessica B. DeGroote
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O Box 22608
Jackson, MS 39225-2608

Gregory L. Deans
Beirne, Maynard & Parsons
1700 Pacific Avenue
Suite 4400
Dallas, TX 75201

Steven Michael Dicker
Dicker & Dicker
300 West Adams Street
Suite 330
Chicago, IL 60606

David P. Donahue
Maynard Cooper & Gale PC
AmSouth/Harbert Plaza
Suite 2400
1901 6th Avenue North
Birmingham, AL 35203-2618

Maja C. Eaton
Sidley Austin, LLP
One South Dearborn Street
Chicago, IL 60603

Douglas R. Elliott
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

James H. Elliott, Jr.
Barnwell, Whaley, Patterson & Helms
885 Island Park Drive
Charleston, SC 29492-0197

Gary D. Elliston
DeHay & Elliston, L.L.P.
3500 Bank of America Plaza
901 Main Street
Dallas, TX 75202-3736

Jenelle R. Evans
Balch & Bingham LLP
P.O. Box 306
Birmingham, AL 35201

C. Michael Evert, Jr.
Evert & Weathersby, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

Eric K. Falk
Davies, McFarland & Carroll
One Gateway Center
Tenth Floor
Pittsburgh, PA 15222

Nora B. Fischer
Pietragallo, Bosick & Gordon
One Oxford Center
38th Floor
Pittsburgh, PA 15219

INVOLVED COUNSEL LIST (CTO-263) - MDL-875

Page 3 of 6

Gregory L. Fitzpatrick
Margolis Edelstein
1500 Grant Building
310 Grant Street
Pittsburgh, PA 15219

Evelyn M. Fletcher
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Richard C. Forman
Forman Rossabi Black, P.A.
P.O. Box 41027
Greensboro, NC 27404

Shannon S. Frankel
Young, Moore & Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622

Laura A. Frase
Forman, Perry, Watkins, Krutz
& Tardy, LLP
2001 Bryan Street
Suite 1300
Dallas, TX 75201-3008

Dawn E. Fulce
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Dan J. Gendreau
Rider Bennett, LLP
33 South Sixth Street
Suite 4900
Minneapolis, MN 55402

John R. Gilbert
Gilbert & Moore, PLLC
P. O. Box 1819
222 N. Velasco Street
Angleton, TX 77516-1819

Walter T. Gilmer, Jr.
McDowell, Knight, Roedder & Sledge
P.O. Box 350
Mobile, AL 36601

Laura DeVaughn Goodson
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

William M. Graham
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Scott Harford
Lynch Daskal Emery, LLP
264 West 40th Street
New York, NY 10018

Anthony C. Harlow
Starnes & Atchison
100 Brookwood Place
Seventh Floor
P.O. Box 598512
Birmingham, AL 35259

Frank G. Harmon, III
Crain, Caton, James
1401 McKinney
Suite 1700
Houston, TX 77010

James A. Harris, III
Harris & Harris, LLP
Colonial Bank Building, Suite 450
2501 20th Place, South
Birmingham, AL 35223

Bradley A. Hays
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

John M. Herke
Law Office of
Edward B. McDonough, Jr.
P.O. Box 1943
Mobile, AL 36633

Micah Ryan Inlow
Segal, McCambridge, Singer
& Mahoney, Ltd.
One IBM Plaza
Suite 200
330 North Wabash Avenue
Chicago, IL 60611

Clifton Wayne Jefferis
Forman, Perry, Watkins, Krutz
& Tardy, LLP
200 South Lamar Street
City Centre, Suite 100
P.O. Box 22608
Jackson, MS 39225-2608

G. Patterson Keahey, Jr.
Law Offices of
G. Patterson Keahey, Jr., PC
One Independence Plaza
Suite 612
Birmingham, AL 35209

James G. Kennedy
Pierce, Herns, Sloan & McLeod
The Blake House
321 East Bay Street
P.O. Box 22437
Charleston, SC 29413

Kristi D. Kennedy
Currie, Johnson, Griffin, Gaines
& Myers
P.O. Box 750
Jackson, MS 39205-0750

Roberta B. King
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Timothy W. Knight
Kee & Selby LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

INVOLVED COUNSEL LIST (CTO-263) - MDL-875

Charles S. Lambert, Jr.
LeBlanc & Waddell, LLC
6955 Perkins Road
Suite 100
Baton Rouge, LA 70808

Carter T. Lambeth
Johnson & Lambeth
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Frank E. Lankford, Jr.
Huie, Fernambucq & Stewart
2801 Highway 280 South
Three Protective Center, Suite 200
Birmingham, AL 35223-2484

Mark W. Lee
Maison, Edelman, Borman & Brand
3300 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402-4140

Richard Eric Leff
McGivney & Kluger, P.C.
80 Broad Street
23rd Floor
New York, NY 10004

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Lynn M. Luker
Lynn Luker & Associates
3433 Magazine Street
New Orleans, LA 70115

Genevieve MacSteel
McGuire Woods, LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105

William F. Mahoney
Segal, McCambridge, Singer
& Mahoney, Ltd.
330 North Wabash Street
Suite 200
Chicago, IL 60611

Christopher O. Massenburg
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Karen Kay Maston
Connelly, Baker, et al.
700 Louisiana
Suite 1850
Houston, TX 77002-2778

Christopher D. Mauriello
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

E.L. McCafferty, III
Vickers, Riis, Murray & Curran
106 St. Francis Street
Suite 1100
Mobile, AL 36602

Moffatt Grier McDonald
Haynsworth Sinkler Boyd
P.O. Box 2048
Greenville, SC 29602

Edward Bailey McDonough, Jr.
Edward B. McDonough, Jr., P.C.
P.O. Box 1943
Mobile, AL 36633

Daniel W. McGrath
Hinshaw & Culbertson, LLP
222 North Lasalle Street
Suite 300
Chicago, IL 60601-1081

William T. Mills, II
Porterfield, Harper, Mills & Motlow
22 Inverness Center Parkway
Suite 500
P.O. Box 530790
Birmingham, AL 35253-0790

Daniel J. Mohan
Daley & Mohan, P.C.
150 North Wacker Drive
Suite 1550
Chicago, IL 60606

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

James A. Newsom
Ministeri Sprott Rigby Newsom
& Robbins
3323 Richmond Avenue
Suite A
Houston, TX 77098

Vincent A. Noletto, Jr.
Carr Allison
P.O. Box 384
Mobile, AL 36601

Robert F. Northcutt
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, AL 36102-2069

Richard P. O'Leary
McCarter & English, L.L.P.
245 Park Avenue
27th Floor
New York, NY 10022

Alison E. O'Neal
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Joseph L. Orszulak
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Donald C. Patridge
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

James L. Pattillo
Norman, Wood, Kendrick & Turner
505 20th Street, North
Financial Center, Suite 1600
Birmingham, AL 35203

Timothy Peck
Smith Moore, LLP
P.O. Box 21927
Greensboro, NC 27420

Robert H. Pedersen
Watkins & Eager
P. O. Box 650
Jackson, MS 39205

INVOLVED COUNSEL LIST (CTO-263) - MDL-875

Page 5 of 6

Jennie P. Pellegrin
Laborde & Neuner
P.O. Drawer 52828
Lafayette, LA 70505

Keith J. Pflaum
Porterfield, Harper, Mills & Motlow
22 Inverness Center Parkway
Suite 500
P.O. Box 530790
Birmingham, AL 35253-0790

Carl E. Pierce, II
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Janika D. Polk
Abbott, Simses & Kuchler
400 Lafayette Street
Suite 200
New Orleans, LA 70130

Michael S. Polk
Sieben, Polk, LaVerdiere, Jones & Hawn
999 Westview Drive
Hastings, MN 55033-2495

Timothy W. Porter
Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236-2768

James H. Powers
Powers & Frost, L.L.P.
2400 One Houston Center
1221 McKinney Street
Houston, TX 77010

James B. Pressly, Jr.
Haynsworth, Marion, McKey & Guerard
75 Beattie Place
11th Floor
P.O. Box 2048
Greenville, SC 29602

F. Grey Redditt, Jr.
Vickers, Riis, Murray & Curran
P.O. Drawer 2568
Mobile, AL 36652-2568

Simine B. Reed
Forman Perry Watkins Krutz & Tardy
One Jackson Place
188 East Capitol Street Suite 200
Jackson, MS 39201

Giovanni Regina
Waters, McPherson, McNeill, P.C.
300 Lighting Way
Secaucus, NJ 07096

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Joseph A. Rhodes, Jr.
Ogletree, Deakins, Nash, Smoak & Stewart
P.O. Box 2757
Greenville, SC 29602

Kenneth D. Rhodes
Kacal, Adams & Law
America Tower
One Riverway
Suite 1200
Houston, TX 77056

Matthew Robinett
Norman, Wood, Kendrick & Turner
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL 35233

John D. Roven
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

William L. Schuette
Jones, Walker, Waechter, et al.
Four United Plaza, Fifth Floor
8555 United Plaza Boulevard
Baton Rouge, LA 70809-7000

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Chadwick Lester Shook
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Eric Shuman
McGlinchey Stafford
643 Magazine Street
New Orleans, LA 70130-3477

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Connie Ray Stockham
Stockham, Carroll & Smith, P.C.
2204 Lakeshore Drive
Suite 114
Birmingham, AL 35209

Joseph J. Stroble
Watkins & Eager
The Emporium Building, Suite 300
400 East Capitol Street
P.O. Box 650
Jackson, MS 39205-0650

Amanda D. Summerlin
Forman, Perry, Watkins, Krutz & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

William K. Tapscott
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

Jennifer M. Techman
Evert & Weathersby, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

INVOLVED COUNSEL LIST (CTO-263) - MDL-875

Page 6 of 6

Mark S. Thomas
Maupin, Taylor, PA
Highwoods Tower One
3200 Beechleaf Court, Suite 500
P.O. Drawer 19764
Raleigh, NC 27604-1064

Nathan Michael Thompson
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Patrick T. Tierney
Collins, Buckley, Sauntry & Haugh
West 1100 First National
 Bank Building
332 Minnesota Street
St. Paul, MN 55101

Tracy E. Tomlin
Nelson, Mullins, Riley & Scarborough
100 North Tryon Street
Suite 2400
Charlotte, NC 28202-4000

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

John J. Trotter
Adams & Reese, LLP
P.O. Box 24297
Jackson, MS 39225-4297

Michael E. Turner
Cabaniss, Johnston, Gardner, Dumas
& O'Neal
2001 Park Place North
Suite 700
P.O. Box 830612
Birmingham, AL 35283

Helen E. Tuttle
Kirkpatrick Lockhart Nicholson
& Graham, LLP
One Newark Center
10th Floor
Newark, NJ 07102

Mary W. Van Slyke
Page, Mannino, Peresich
& McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Thomas E. Vaughn
Allen, Vaughn, Cobb & Hood
P.O. Drawer 4108
Gulfport, MS 39502-4108

Michael A. Vercher
Christian & Small, LLP
505 North 20th Street
Suite 1800
Birmingham, AL 35203-2696

Mark Hedderman Wall
Elmore & Wall
P.O. Box 1200
Charleston, SC 29402

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Michael N. Watts
Holcomb Dunbar, PA
P.O. Box 707
Oxford, MS 38655-0707

William L. Waudby
Baker, Donelson, Bearman, Caldwell
& Berkowitz PC
420 North 20th Street
SouthTrust Tower, Suite 1600
Birmingham, AL 35203-5202

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Allan R. Wheeler
Burr & Forman, L.L.P.
Suite 3100
South Trust Tower
420 North 20th Street
Birmingham, AL 35203

James C. White
Moore & Van Allen
P.O. Box 13706, NC 27709

C. Mark Whitehead, III
Whitehead Law Firm
610 Barone Street
New Orleans, LA 70113

Michael E. Whitehead
Page, Mannino, Peresich
& McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Forrest R. Wilkes
Forman, Perry, Watkins, Krutz
& Tardy, LLP
1515 Poydras St.
Suite 1300
New Orleans, LA 70112

Stephen B. Williamson
Van Winkle, Buck, Wall, Starnes
& Davis, P.A.
11 N. Market Street
P.O. Box 7376
Ashville, NC 28802-7376

Natasha L. Wilson
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203

Dennis F. Wolford
Reed, Luce, Tosh, Wolford & Douglas
804 Turnpike Street
Beaver, PA 15009