

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DOCKET NO. 875

MAY -5 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-263)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,642 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 2 3 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY

IMAGED MAY 2 3 2006

# SCHEDULE CTO-263 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 2 06-330 | Jimmy T. Anderson, et al. v. A.O. Smith Electrical Products Co., et al. |
| ALN 2 06-522 | Robert Clyde Walker v. F.L. Smidth, Inc., et al. |
| **ILLINOIS NORTHERN** | |
| ILN 1 03-6165 | Richard Breeding v. Anchor Packing Co., et al. |
| ILN 1 05-6560 | Patricia A. Carver, etc. v. Allis Chalmers Corp., et al. |
| ILN 1 05-6944 | Norman Radosevic v. Northeast Illinois Regional Commuter Rail Corp., et al. |
| **LOUISIANA WESTERN** | |
| LAW 2 06-318 | Earl Babin v. A.W. Chesterton Co., et al. |
| **MINNESOTA** | |
| MN 0 06-447 | Robert E. King v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 06-451 | Gene W. Olds v. Garlock Sealing Technologies, LLC, et al. |
| **MISSISSIPPI NORTHERN** | |
| MSN 1 06-44 | Jimmy Bugg v. Bendix Corp., et al. |
| MSN 1 06-45 | Cecil Grimes v. Ametek, Inc., et al. |
| MSN 1 06-46 | Roy E. Puckett v. Ametek, Inc., et al. |
| MSN 1 06-47 | Jimmy H. Brown v. Ametek, Inc., et al. |
| MSN 2 06-26 | Russell Goodwin v. Garlock, Inc. |
| MSN 2 06-29 | Sylvester Pipkin v. Ametek, Inc., et al. |
| MSN 2 06-30 | Ford Green v. Ametek, Inc., et al. |
| MSN 3 06-18 | James Gregory v. Garlock, Inc., et al. |
| MSN 3 06-19 | Robert Fuller v. Ametek, Inc., et al. |
| **MISSISSIPPI SOUTHERN** | |
| ~~MSS 1 06-132~~ | ~~Sharon Reed, etc. v. Foster Wheeler Corp., et al.~~ Opposed 5/23/06 |
| MSS 1 06-133 | V.O. Stevens v. Bendix Corp., et al. |
| MSS 1 06-142 | Donald Cummins v. Ametek, Inc., et al. |
| MSS 1 06-143 | Freddie Lee Hayes v. Certainteed Corp., et al. |
| MSS 1 06-148 | Cecil W. Whitley v. Ametek, Inc., et al. |
| MSS 1 06-161 | Jerry Robertson Ratliff, Sr. v. Garlock, Inc., et al. |
| MSS 1 06-162 | Billy Hugh Buckles v. Ametek, Inc., et al. |
| MSS 1 06-163 | Cecil S. Creel v. Aqua-Chem, Inc., et al. |
| MSS 1 06-164 | Earnest Lee Stevenson v. Bondex International, Inc., et al. |
| MSS 1 06-165 | Percy Blanton McCullough, Jr. v. Ametek, Inc., et al. |
| MSS 1 06-166 | Camellus Wigley v. Ametek, Inc., et al. |
| MSS 1 06-167 | Larry Dale Wicker v. Ametek, Inc., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 06-253 | Walton Parsons, et al. v. A.W. Chesterton, Inc., et al. |
| NCM 1 02-874 | Ruby Kaylene Huneycutt Vanhoy, etc. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 06-61 | Edna Sweet, et al. v. A.W. Chesterton, Inc., et al. |
| NCW 1 06-63 | Memphis Logan, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-65 | Gary Smith, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-66 | Horace K. Whelchel, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-71 | Russell Thomas Hilderbran, et al. v. Aqua-Chem, Inc., et al. |

SCHEDULE CTO-263 - TAG-ALONG ACTIONS - MDL-875                                Page 2 of 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NORTH CAROLINA WESTERN** | |
| NCW 1 06-88 | Helen Nadine Clippard v. A.W. Chesteron, Inc., et al. |
| **NEW YORK EASTERN** | |
| NYE 1 06-510 | Mary McDaniel, etc. v. A.W. Chesteron Co., et al. |
| NYE 1 06-664 | J.B. Tittle, et al. v. A.W. Chesteron Co., et al. |
| **PENNSYLVANIA WESTERN** | |
| PAW 2 06-244 | Michael J. Lindemann, etc. v. Foster-Wheeler Corp., et al. |
| **SOUTH CAROLINA** | |
| SC 0 06-732 | Michael David Andrews, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 06-741 | Floyd Eugene Flynn, Sr., et al. v. Aqua-Chem, Inc., et al. |
| SC 0 06-752 | Allen Pickens Tidwell, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 06-753 | Tommie Lee Burris v. Aqua-Chem, Inc., et al. |
| SC 0 06-781 | George Milton Boyd, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 06-795 | Ronnie Houston Robinson, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 06-798 | Roger Dale Callahan, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 06-806 | Haskell Tidwell, Jr. v. Aqua-Chem, Inc., et al. |
| SC 0 06-830 | Jerry Lynn Jackson, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 06-887 | Edward Andrew Chambers v. Aqua-Chem, Inc., et al. |
| SC 0 06-931 | Toney Truitt Payseur, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 06-939 | Everette Thomas Hensley v. Aqua-Chem, Inc., et al. |
| SC 0 06-944 | Bernard Hugh Faulkenberry, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 06-945 | William Robert Massey, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 06-949 | Steven Joe Cobb, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 06-951 | Timothy Duane Hammond, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 06-956 | Shelby Gene Brannock, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 06-957 | Willard LaRue Carraway, Jr. v. Aqua-Chem, Inc., et al. |
| SC 0 06-961 | Ronald Ervin Gordon, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 06-962 | Nathan Jennings Huskey v. Aqua-Chem, Inc., et al. |
| SC 0 06-965 | Walter Lee Horton v. Aqua-Chem, Inc., et al. |
| SC 2 06-783 | Leroy E. Creel, et al. v. Owens-Illinois, Inc., et al. |
| SC 2 06-920 | Jack U. Williamson, et al. v. Owens-Illinois, Inc., et al. |
| SC 6 06-734 | Machen Lee Carpenter, et al. v. Aqua-Chem, Inc., et al. |
| SC 6 06-743 | Charles Jesse Tucker v. Aqua-Chem, Inc., et al. |
| SC 6 06-779 | Alphurd Clyde Waldrop, et al. v. Aqua-Chem, Inc., et al. |
| SC 6 06-780 | Denny Frank Arquette v. Aqua-Chem, Inc., et al. |
| SC 6 06-794 | Danny Ray Hinson, et al. v. Aqua-Chem, Inc., et al. |
| SC 6 06-804 | Jack Owen Blakely, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC 6 06-888 | Donald Bostic Wright, et al. v. Aqua-Chem, Inc., et al. |
| SC 6 06-952 | Clyde Wayne Bogan, Sr., et al. v. Aqua-Chem, Inc., et al. |
| SC 7 06-736 | Robin Larry Goings v. Aqua-Chem, Inc., et al. |
| SC 7 06-744 | Robert Wayne Garvin v. Aqua-Chem, Inc., et al. |
| SC 7 06-754 | Rodney E. Byars v. Aqua-Chem, Inc., et al. |
| SC 7 06-836 | Billy Dalton Wylie, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 06-930 | Paul Joseph McDowell, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 06-959 | Dennis Edward Deaton, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-731 | Clarence Douglas Hardy, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-733 | Terry Hansel Mullinax v. Aqua-Chem, Inc., et al. |
| SC 8 06-737 | Bobby Eugene Gray, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-740 | Elbert Clark Koon, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-742 | Linda Davidson Durham, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-745 | Doyle Elton Pierce v. Aqua-Chem, Inc., et al. |
| SC 8 06-746 | Michael Wayne Yow v. Aqua-Chem, Inc., et al. |
| SC 8 06-778 | Fredna C. Lusk, etc. v. Aqua-Chem, Inc., et al. |

SCHEDULE CTO-263 - TAG-ALONG ACTIONS - MDL-875                                   Page 3 of 3

<u>DIST. DIV. C.A. #</u>          <u>CASE CAPTION</u>

SOUTH CAROLINA
| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| SC 8 06-791 | Nathaniel Henderson, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-793 | Oliver Eugene Mercer, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-796 | Thomas Morton Reynolds, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-805 | Gerald Stephen Barton, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-820 | Claude Junior Dills v. Borg-Warner Corp., et al. |
| SC 8 06-821 | John Wiilliam Allred, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-822 | James Harold Dodd, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-829 | Milton Lewis Chapman, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-832 | GaryThomas Cann, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-835 | Michael Steven Burns v. Aqua-Chem, Inc., et al. |
| SC 8 06-837 | Larry O'Kelly, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-940 | Jimmy Ray Callaham, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-954 | Patrick Casey Evans, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-958 | Ronnie Edward Grace v. Aqua-Chem, Inc., et al. |
| SC 8 06-960 | Martin Lee McCormick, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-963 | Russell Lee Groomes, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-964 | Jimmy Wayne Porter v. Aqua-Chem, Inc., et al. |
| SC 8 06-966 | John Alfred Jetton v. Aqua-Chem, Inc., et al. |

TEXAS SOUTHERN
| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| TXS 4 06-611 | Allen Joseph Richardson, et al. v. Georgia-Pacific Corp., et al. |