JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 31 2006

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LEON V. HARTFIELD**            **PLAINTIFFS**

**V.**            **CIVIL ACTION NO. 1:05CV670WJG**

**ALLIED SIGNAL, INC., ET AL.**            **DEFENDANTS**

## JOINDER OF DEFENDANTS GENERAL MOTORS CORPORATION AND FORD MOTOR COMPANY IN GENERAL ELECTRIC COMPANY, HONEYWELL INTERNATIONAL, INC., INGERSOLL-RAND COMPANY, STANDARD MOTOR PRODUCTS, AND STUART C. IRBY COMPANY'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION AND BRIEF TO VACATE THE CONDITIONAL TRANSFER ORDER (CTO-259)

Defendants General Motors Corporation and Ford Motor Company file their joinder in General Electric Company, Honeywell International, Inc., Ingersoll-Rand Company, Standard Motor Products, and Stuart C. Irby Company's (collectively "Moving Defendants") Response in Opposition to Plaintiff's Motion and Brief to Vacate the Conditional Transfer Order (CTO-259), and adopt and incorporate Moving Defendants' Response in Opposition to Plaintiff's Motion and Brief to Vacate the Conditional Transfer Order (CTO-259) as if fully raised herein.

           Respectfully submitted,

           **FORD MOTOR COMPANY AND**
           **GENERAL MOTORS CORPORATION**

           BY: s/ Joseph G. Baladi
               JOSEPH G. BALADI

PLEADING NO. 4827

2006 MAY 15 P 4:55
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

OF COUNSEL:

SUSAN L. STEFFEY (MSB #9038)
JOSEPH G. BALADI (MSB #100286)
WATKINS & EAGER PLLC
400 EAST CAPITOL STREET, SUITE 300
POST OFFICE BOX 650
JACKSON, MISSISSIPPI 39205
TELEPHONE: (601) 948-6470
FACSIMILE: (601) 354-3623

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 31 2006

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, Joseph G. Baladi, do certify that I electronically filed the foregoing document with the Clerk of the Court on May 2, 2006, using the CM/ECF system which sent notification of such filing to the following:

Timothy W. Porter, Esq.
tim@portermalouf.com

William S. Guy
jguy@guylaw.com
    *Counsel for Plaintiff*

Patrick R. Buchanan, Esq.
mailb@brownbuchanan.com
    *Counsel for Defendant Aqua-Chem, Inc.*

Jeffrey P. Hubbard, Esq.
jphub1@wellsmoore.com
    *Counsel for Defendant Railroad Friction Products Corporation and*
    *Westinghouse Air Brake Technologies Corporation*

Philip J. Chapman, Esq.
pchapman@cctb.com
    *Counsel for Defendant Pullman Passenger Car Company*

Mary Winter Van Slyke, Esq.
Mary.VanSlyke@pmp.org

Michael Edward Whitehead, Esq.
michael.whitehead@pmp.org
    *Counsel for Defendant American Standard, Inc.*

And, I certify that I have this day mailed the document by United States mail to the following non-ECF participants:

    Panel Service List (attached as Exhibit A)

    THIS, the 30th day of May, 2006.

                                        s/Joseph G. Baladi
                                        JOSEPH G. BALADI

05/30/2006 11:51 FAX 6019651135    WATKINS  EAGER                    ☒005
Case MDL No. 875   Document 4827   Filed 05/31/06   Page 4 of 5
Case 1:05-cv-00670-WJG   Document 61   Filed 04/26/2006   Page 1 of 2

Page 1 of 2

## SCHEDULE OF ACTIONS/PANEL SERVICE LIST (Excerpted from CTO-259)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

<u>Southern District of Mississippi</u>

*James Turner v. Ameron International Corp., et al.*, C.A. No. 1:05-663 (Judge Walter J. Gex III)
*Thomas A. Chisolm v. Ingersoll-Rand Co., et al.*, C.A. No. 1:05-665 (Judge Walter J. Gex III)
*Leon V. Hartfield v. Allied Signal, Inc., et al.*, C.A. No. 1:05-670 (Judge Walter J. Gex III)
*Joseph Harris, Jr. v. General Electric Co., et al.*, C.A. No. 1:05-676 (Judge Walter J. Gex III)
*Florence Brooks Harris v. General Electric Co., et al.*, C.A. No. 1:05-677 (Judge Walter J. Gex III)
*Dorothy Harris v. General Electric Co., et al.*, C.A. No. 1:05-678 (Judge Walter J. Gex III)
*Billy R. Perkins v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:05-684
  (Judge Walter J. Gex III)
*Deborah McDonald, etc. v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:06-62
  (Judge Walter J. Gex III)
*Dorothy Huffman, etc. v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:06-99
  (Judge Walter J. Gex III)

**EXHIBIT A**

Franklin Keith Ball
Currie, Johnson, Griffin, Gaines
 & Myers
P.O. Box 750
Jackson, MS 39205-0750

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Joel M. Bondurant Jr.
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39531-1377

Barry C. Campbell
Baker, Donelson, Bearman, Caldwell
 & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Lawrence M. Coco, III
Carroll Bufkin Fulcher & Coco, PLLC
1700 Lelia Drive
Jackson, MS 39216

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Walter W. Dukes
Dukes, Dukes, Keating & Faneca
P.O. Drawer W
Gulfport, MS 39502-0680

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Barry W. Ford
Baker, Donelson, Bearman, Caldwell
 & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Shannon S. Frankel
Young, Moore & Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622

Dawn E. Fulce
Aultman, Tyner & Ruffin, Ltd.
P.O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Patricia C. Gandy
Butler, Snow, O'Mara, Stevens
 & Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Robert V. Greenlee
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Jonathan P. Hilbun
Montgomery, Barnett, Brown, Read, et al.
1100 Poydras St.
3200 Energy Centre
New Orleans, LA 70163-3200

SCHEDULE OF ACTIONS/PANEL SERVICE LIST (Excerpted from CTO-259)                Page 2 of 2

James Gordon House III
Forman, Perry, Watkins, Krutz &
Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970
Kristi D. Kennedy
Currie, Johnson, Griffin, Gaines
& Myers
P.O. Box 750
Jackson, MS 39205-0750

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Matthew P. Lachaussee
Dogan & Wilkinson, PLLC
P.O. Box 1618
Pascagoula, MS 39568-1618

Daphne M. Lancaster
Aultman, Tyner & Ruffin, Ltd.
P.O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Christopher O. Massenburg
Aultman, Tyner & Ruffin, Ltd.
P.O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Carolyn Alleen McLain
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Edward W. Mizell
Butler, Snow, O'Mara, Stevens
& Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Donald C. Partridge
Forman, Perry, Watkins, Krutz
& Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Malcolm R. Patterson
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Timothy W. Porter
Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236-2768

William C. Reeves
Smith, Reeves & Yarborough, PLLC
6360 I-55 North
Suite 201
Jackson, MS 39211

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Michael W. Rutledge
Spyridon, Koch & Palermo, LLC
Three Lakeway Center, Suite 3010
3838 N. Causeway Blvd.
Metairie, LA 70002

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Stacey L. Sims
Morris, Sakalarios & Blackwell, PLLC
1817 Hardy Street
Hattiesburg, MS 39401

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

William B. Stewart
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

John E. Wade, Jr.
Brunini, Grantham, Grower & Hewes
P.O. Drawer 119
Jackson, MS 39205-0119

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Michael E. Whitehead
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289