

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
FRANKLIN JOSEPH MODLEY, et al.
v.
20th CENTURY GLOVE CORP. OF TEXAS, ET AL.
(SOUTHERN DISTRICT OF WEST VIRGINIA NO. 2:06-213

### PLAINTIFFS' NOTICE OF OPPOSITION TO TRANSFER

Please accept this Notice of Opposition by Franklin Joseph Modley and his wife, Patricia Modley, to the Conditional Transfer Order (CTO-264) entered by the Panel on May 26, 2006 for the above-captioned matter.

PLAINTIFFS
By Counsel

_____
James A. McKowen (WVSB#2481)
JAMES F. HUMPHREYS & ASSOCIATES, L.C.
United Center, Suite 800
500 Virginia Street, East
Charleston, WV 25301

OFFICIAL FILE COPY

IMAGED JUN 13 2006

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 3 2006

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

The undersigned hereby certifies that "Plaintiffs' Notice Of Opposition To Transfer" has this ____ day of June, 2006, been served upon the following by U.S. mail:

David K. Hendrickson, Esquire
R. Scott Long, Esquire
Stephen M. Schwartz, Esquire
Apryll H. Boggs, Esquire
Hendrickson & Long, PLLC
P.O. Box 11070
Charleston, WV  25339
*Counsel for 20th Century Glove;
Allied Services, Incorporated;
Greene Tweed;
Ingersoll-Rand Corporation;
Owens-Illinois;
Uniroyal; CBS (f/k/a Viacom, f/k/a
Westinghouse);
Honeywell International;
Guardline*

George J. Anetakis, Esquire
Frankovitch Anetakis Colantonio & Simon
337 Penco Road
Weirton, WV  26062
*Counsel for John Crane, Inc. and
Adience, Inc.*

Julie L. Nord, Esquire
Eric K. Falk, Esquire
David E. Lamm, Esquire
Davies, McFarland & Carroll, P.C.
One Gateway Center, 10th Floor
Pittsburgh, PA  15222
*Counsel for BOC Group (Airco Welding);
Hobart Brothers; Ohio Valley Insulating;
and Lincoln Electric*

Stephen P. Goodwin, Esquire
Tiffany E. Davis, Esquire
Goodwin & Goodwin
P.O. Box 2107
Charleston, WV  25328-2107
*Counsel for A&I Company;
American Optical Corporation; and
Ross Brothers*

Albert H. Parnell, Esquire
Margaret A. Droppleman, Esquire
Jack N. Sibley, Esquire
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243
*Counsel for Amchem Products, Inc.;
A.W. Chesterton;
Certainteed Corporation;
I.U. North America, Inc.;
Nosroc Corporation;
Rhone Poulenc; Rockwell Automation;
Union Carbide Corporation; Union Carbide
Chemical and Plastics Company*

Paula L. Durst, Esquire
Edward W. Rugeley, III, Esquire
Kevin P. Davis, Esquire
Christopher H. Harich, Esquire
Corey T. Zurbuch, Esquire
Spilman Thomas & Battle
P.O. Box 273
Charleston, WV  25321-0273
*Counsel for Chevron U.S.A., Inc. and
American Cyanamid Company*

L. John Argento, Esquire
Stephen R. Mlinac, Esquire
Anne L. Wilcox, Esquire
Swartz Campbell, LLC
U.S. Steel Bldg., 47th Floor
Pittsburgh, PA  15219
*Counsel for Industrial Supply Solutions*

Joseph S. Beeson, Esquire
Robinson & McElwee
P.O. Box 1791
Charleston, WV  25326
*Counsel for Argo Packing;
Corhart Refractories Corp.*

James D. Lamp, Esquire
Lamp, O'Dell, Bartram, Levy & Trautwein
P. O. Box 2488
Huntington, WV 25725
*Counsel for Atlas Turner*

Joseph L. Orszulak, II, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
707 Grant Street - Suite 3200
Pittsburgh, PA  15219
*Counsel for UB of West Virginia f/k/a Union
Boiler Company;* and *Flowserve
Corporation (f/k/a Durametallic)*

Elliot G. Hicks, Esquire
Hawkins & Parnell, LLP
Woodrums Building -Suite 200
602 Virginia Street, East
Charleston, WV  25301
*Counsel for Ericsson (successor to
Anaconda)*

Lynn Oliver Frye, Esquire
Dennis C. Sauter, Esquire
Michael B. Victorson, Esquire
Jackson Kelly PLLC
P.O. Box 553
Charleston, WV  25322
*Counsel for Square D Company*

Scott A. Matthews, Esquire
Dell, Moser, Lane & Loughney LLC
525 William Penn Place, Suite 3700
Pittsburgh, PA  15219
*Counsel for Foster Wheeler Corporation*

Rita Massie Biser, Esquire
Kay, Casto & Chaney
P.O. Box 2031
Charleston, WV  25327
*Counsel for Garlock, Inc.*

Robert R. Leight, Esquire
Michael Magee, Esquire
Pietragallo, Bosick & Gordon
The 38th Floor, One Oxford Centre
Pittsburgh, PA  15219
*Counsel for Universal Refractories
Corporation;* Brand *Insulations, Inc.;*
and *Rust Engineering*

Christopher Beck, Esquire
James Israel, Esquire
Israel, Wood & Puntil & Grimm
420 Fort Duquesne Blvd., Suite 700
Pittsburgh, PA  15222-1472
*Counsel for General Refractories Company*

R. Carter Elkins, Esquire
B. Luke Styer, Esquire
Campbell, Woods, Bagley, Emerson,
   McNeer & Herndon
P.O. Box 2393
Charleston, WV  25328
*Counsel for Pneumo Abex Corporation*

Davis J. Mincer, Esquire
Bailey & Wyant, P.L.L.C.
Post Office Box 3710
Charleston, WV  25337-3710
*Counsel for Graybar Electric Company*

Robert H. Sweeney, Jr., Esquire
Charles K. Gould, Esquire
Jenkins Fenstermaker, PLLC
P.O. Box 2688
Huntington, WV 25726
*Counsel for Industrial Holdings Corporation (f/k/a Carborundum); Vimasco Corporation; and Westinghouse Air Brake Company*

Stephen M. Fowler, Esquire
Lori Streets Muldoon, Esquire
Pullin, Fowler & Flanagan
1000 Bank One Center
707 Virginia Street, East
Charleston, WV 25301
*Counsel for Lockheed Martin (formerly Martin Marietta)*

Rodney L. Baker, Esquire
Huddleston Bolen Beatty Porter & Copen
P.O. Box 3786
Charleston, WV 25337
*Counsel for McJunkin Corporation*

Charles M. Love, III, Esquire
Bowles, Rice, McDavid, Graff & Love
P.O. Box 1386
Charleston, WV 25325-1386
*Counsel for Metropolitan Life Insurance Company*

C. James Zeszutek, Esquire
Michael R. Bucci, Jr., Esquire
Thorp Reed & Armstrong, LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15218
*Counsel for Thiem Corp.*

Joni Mangino, Esquire
Zimmer Kunz
3300 USX Tower
Pittsburgh, PA 15219
*Counsel for Nitro Industrial Coverings, Inc.* and *State Electric Supply*

James J.A. Mulhall, Esquire
Steptoe & Johnson
P.O. Box 2190
Clarksburg, WV 26302
*Counsel for Eaton Corporation*

J. Philip Fraley, Esquire
Baker & Lancianese
River Tower - Suite 300
1108 Third Avenue
Huntington, WV 25701
*Counsel for Crane Company*

Amy R. Humphreys, Esquire
Flaherty, Sensabaugh & Bonasso
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338-3843
*Counsel for Minnesota Mining & Manufacturing*

Derek W. Marsteller, Esquire
Marsteller Law Offices
P.O. Box 1506
Huntington, WV 25716
*Counsel for NL Industries, Inc.*

Dennis F. Wolford, Esquire
Reed, Luce, Tosh, Wolford & Douglas
804 Turnpike Street
Beaver, PA 15009
*Counsel for Riley Stoker Corporation*

Larry E. Jude, Esquire
Jude & Jude, PLLC
P.O. Box 1050
263 Sellers Mill Road
Versailles, KY 40383
*Counsel for Steel Grip, Inc.*

G. Kenneth Robertson, Esquire
Farmer, Cline & Campbell
P.O. Box 3842
Charleston, WV 25338
*Counsel for General Electric Company;*
and *Mobil Corporation*

Leo G. Daly, Esquire
Robert D. Leidigh, Esquire
Grogan Graffam, P.C.
Four Gateway Ctr. - 12th Floor
Pittsburgh, PA 15222
*Counsel for Cleaver Brooks Company*

Matthew A. Nelson, Esquire
Jackson & Kelly
P.O. Box 553
Charleston, WV 25322
*Counsel for Fairmont Supply Company*

*/s/ James A. McKowen/*
James A. McKowen   WVSB #2481
JAMES F. HUMPHREYS & ASSOCIATES, L.C.
United Center ~ Suite 800
500 Virginia Street East
Charleston WV 25301
304 347-5050