

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 13 2006

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS  　　　　　　MDL DOCKET NO. 875
LIABILITY LITIGATION (NO. VI)

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-264)

PLEASE TAKE NOTICE that Plaintiffs, through their attorneys Thornton & Naumes, hereby object to and oppose the Conditional Transfer Order (CTO-264), transferring the following case:

> Civil Action No. 06-10618 PBS; *Louise M. Proto, Individually and as Parent and Next Friend to Sarah Proto and Kaitlyn Proto v. Metropolitan Life Ins. Co., et al.;* In the United States District Court, District of Massachusetts

to the multidistrict litigation now pending in the United States District Court for the Eastern District of Pennsylvania before the Honorable James T. Giles, *In Re Asbestos Products Liability Litigation (No. VI)*, MDL No. 875.

Dated: June 12, 2006

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　By Plaintiffs' Attorney,

　　　　　　　　　　　　　　　　　　　Andrew S. Wainwright
　　　　　　　　　　　　　　　　　　　Thornton & Naumes, LLP
　　　　　　　　　　　　　　　　　　　100 Summer Street, 30th Floor
　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　(617) 720-1333

OFFICIAL FILE COPY

IMAGED JUN 13 2006

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2006, I served the Notice of Opposition of the Conditional Transfer Order (CTO-264) by mailing a copy of same, postage prepaid, to:

**Defendants' Liaison Counsel**
Lawrence G. Cetrulo, Esq.
Nancy Kelly, Esq.
Stephen T. Armato, Esq.
Christopher M. Tauro, Esq.
CETRULO & CAPONE LLP
2 Seaport Lane
Boston, MA 02210

**Buffalo Pumps, Inc.**
David M. Governo, Esq.
David A. Goldman, Esq.
Bryna Rosen Misiura, Esq.
GOVERNO LAW FIRM LLC
260 Franklin Street
Boston, MA 02110

**A.W. Chesterton Company**
Jonathan Frank Tabasky, Esq.
Patrick S. Tracey, Esq.
COOLEY MANION JONES LLP
21 Custom House
Boston, MA 02110

**Aetna Marine Corporation; Bayer CropScience, Inc.; Dover Corporation**
Lawrence G. Cetrulo, Esq.
Nancy Kelly, Esquire
Stephen T. Armato, Esq.
CETRULO & CAPONE LLP
2 Seaport Lane
Boston, MA 02210

**American Locker Group, Inc.; General Insulation Company; Ingersoll-Rand Corporation; J. H. France Refractories, Inc.; Quaker Chemical Corporation; Selby Battersby & Company**
Richard Kirby, Esq.
Matthew Oleyer, Esq..
KEEGAN WERLIN LLP
265 Franklin Street
Boston, MA 02110

**Anchor Packing Company; Aurora Pump Company; Elliott Turbomachinery Co., Inc.; Fairbanks Morse Pump Corporation; Garlock, Inc.**
Craig Waksler, Esq.
Lawrence Gingrow, Esq.
Joshua Walls, Esq.
Stephen Adams, Esq.
Andrew Weiner, Esq.
TAYLOR DUANE BARTON & GILMAN LLP
160 Federal Street
Boston, MA 02110

**Dial Corporation, Individually & Successor to Griscom Russell Schack**
Firm name not available.

**Dover Corporation; Gardner Denver Co.; IMO Industries, Inc.; Warren Pumps**
Judith A. Perritano, Esq.
PIERCE DAVIS & PERRITANO LLP
10 Winthrop Square
Boston, MA 02110

**Dunham-Bush, Inc.**
John Cowen, Esq.
John Egan, Esq.
POSTERNAK BLANKSTEIN & LUND LLP
800 Boylston Street
Boston, MA 02199

**E. W. Hazard & Associates; Jamestown Metal Marine Sales, Inc.**
Deanna C. Salemme, Esq.
John C. DeSimone, Esq.
Miriam H. Gordon, Esq.
MITCHELL & DESIMONE
99 Summer Street
Boston, MA 02110

**Hopeman Brothers, Inc.**
Christopher W. Costello, Esq.
Mark B. Lavoie, Esq.
MCDONOUGH HACKING & LAVOIE, LLC
6 Beacon Street
Boston, MA 02108

**John Crane, Inc.**
David H. Stillman, Esq.
Jill E. Goodman, Esq.
STILLMAN & ASSOCIATES, PC
51 Mill Street, Suite 5
Hanover, MA 02339

**Rapid American Corporation**
Barbara Hamelburg, Esq.
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210

**Metropolitan Life Insurance Company**
Peter Kober, Esq.
James W. Sexton, Esq.
Eileen P. Kavanaugh, Esq.
LITCHFIELD CAVO-LYNNFIELD
6 Kimball Lane
Lynnfield, MA 01940

**Owens Illinois Glass Company; Owens Illinois Inc.**
Glenn Israel, Esq.
Peter J. Rubin, Esq.
Todd S. Holbrook, Esq.
BERNSTEIN SHUR SAWYER & NELSON
P. O. Box 9729
Portland, ME 04101-5029

**Bayer CropScience, Inc.; J. H. France Refractories, Inc.**
Mark O'Denehy, Esq.
Patrick T. Voke, Esq.
Katharine S. Perry, Esq.
Brian R. Birke, Esq.
Jeffrey T. Rotella, Esq.
R. Bart Totten, Esq.
Victoria M. Almeida, Esq.
ADLER POLLOCK & SHEEHAN PC
175 Federal Street
Boston, MA 02110

**Carrier Corporation; Foster Wheeler Corporation**
Ann O'Malley, Esq.
Kevin D. McElaney, Esq.
O'MALLEY & HARVEY LLP
2 Oliver Street
Boston, MA 02109

**Taco Inc.**
Andrea Peraner-Sweet, Esq.
Heather V. Baer, Esq.
SALLY & FITCH LLP
225 Franklin Street
Boston, MA 02110

**Uniroyal Inc.**
Dennis M. Duggan, Jr., Esq.
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110

**Yarway Corporation**
Michael Racette, Esq.
Nicholas P. Alexander, Esq.
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02110

Andrew S. Wainwright