

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTILDISTRICT LITIGATION

JUN 2 0 2006

FILED
CLERK'S OFFICE

| | |
|---|---|
| DONALD MCCARTY and BETTY MCCARTY, his wife,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED GLOVE CORPORATION;<br>AMERICAN OPTICAL CORPORATION;<br>ARGO PACKING COMPANY;<br>ATLAS INDUSTRIES, INC.;<br>A.W. CHESTERTON COMPANY;<br>BEAZER EAST, INC., in its own right and as successor to Koppers Company, Inc., and other related companies including Thiem Corporation, Beazer USA, Inc., and Beazer, PLC;<br>B.M. KRAMER & COMPANY, INC. and B.M. Kramer Associates;<br>CASHCO, INC.;<br>CERTAINTEED CORPORATION;<br>CHAMPLAIN CABLE CORPORATION, as successor-in-interest to Hercules Inc.;<br>COPES-VULCAN, INC.;<br>COPPUS TURBINES (Tuthill Energy Systems);<br>CRANE VALVE GROUP;<br>DEZURIK, INC.;<br>DRAVO CORPORATION;<br>DURABLA MANUFACTURING COMPANY, in its own right and as successor to Durabla Canada, Ltd.; | W.D. PA CIVIL ACTION NO. 2:06-cv-625<br><br>**PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER TO MDL-875** |

**OFFICIAL FILE COPY**

IMAGED JUN 2 0 2006

DURAMETALLIC CORPORATION;
EATON CORPORATION, as successor-in-interest to Cutler-Hammer, Inc.;
E.E. ZIMMERMAN COMPANY;
EICHLEAY CORPORATION;
ELECTROLUX HOME PRODUCTS;
ELLIOTT TURBOMACHINERY COMPANY, INC.;
ELSA BENSON, INC.;
FABRI-VALVE, Division of ITT Grinnell Valve Company, Inc.;
FAIRMONT SUPPLY;
F.B. WRIGHT COMPANY;
FISHER SCIENTIFIC COMPANY;
FOSECO, INC.;
FOSTER WHEELER CORPORATION;
GARLOCK, INC.;
GATEWAY INDUSTRIAL SUPPLY COMPANY;
GENERAL ELECTRIC COMPANY;
GEORGE V. HAMILTON, INC.;
GOULD PUMPS, INC.;
GREENE TWEED & COMPANY;
GRINNELL CORPORATION;
HEDMAN MINES, LTD.;
HONEYWELL, INC;
HUNTER SALES CORPORATION;
IMO INDUSTRIES, INC., f/k/a IMO Delaval, Inc., f/k/a Transamerican DeLaval, Inc., f/k/a DeLaval Turbine, Inc., DeLaval Turbine, Inc., DeValco Corporation;
INDUSTRIAL HOLDINGS CORPORATION f/k/a Carborundum Company;
INGERSOLL-RAND;
I.U. NORTH AMERICAN, INC., as successor by merger to the Garp Company, formerly known as The Gage Company, formerly known as Pittsburgh Gage and Supply Company;
J.M. FOSTER, INC.;
KAISER GYPSUM COMPANY, INC.;
MARLEY COOLING TOWER;
MCCARLS, INC.;

MELRATH SUPPLY AND GASKET COMPANY;
MINE SAFETY APPLIANCE COMPANY;
MINNOTTE CONTRACTING CORPORATION;
M.S. JACOBS & ASSOCIATES, INC.;
NAGLE PUMPS, INC.;
OGLEBAY NORTON COMPANY, and its division Ferro Engineering;
OHIO LIME CORPORATION;
OWENS-ILLINOIS, INC.;
PITTSBURGH METALS PURIFYING COMPANY;
PLOTKIN BROTHERS SUPPLY, LLP;
POWER PIPING;
PREMIER REFRACTORIES, INC., f/k/a Adience, Inc., successor-in-interest to Adience Company, LP, as successor to BMI, Inc.;
SAFETY FIRST INDUSTRIES, INC., in its own right and as successor-in-interest to Safety-First Supply, Inc.;
SEALITE, INC.;
STOCKHAM VALVES & FITTINGS, f/k/a Marlin Valve, Inc.;
SWINDELL-DRESSLER INTERNATIONAL COMPANY;
TAYLORED INDUSTRIES, INC.;
THE SAGER CORPORATION, successor-in-interest to the Sager Glove Corporation;
TOWNSEND & BOTTUM, INC.;
TRECO CONSTRUCTION SERVICES, INC., f/k/a The Rust Engineering Company;
THIEM CORPORATION, and its division, Universal Refractories;
UNIFRAX CORPORATION f/k/a Carborundum;
UNION CARBIDE CORPORATION, its Linde Division;
UNITED CONVEYOR CORPORATION;
USX CORPORATION, f/k/a United States Steel Corporation;
VIACOM, INC., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation; and
WASHINGTON GROUP

INTERNATIONAL, f/k/a Raytheon Engineers Constructors, Inc., and all its domestic subsidiaries, including the Badger Company, Inc.;

    Defendants,

v.

KENTILE FLOORS, INC.;
BONDEX INTERNATIONAL, INC.;
GEORGIA PACIFIC CORPORATION; and
SEARS ROEBUCK & COMPANY,

    Additional Defendants,

vs.

INSUL COMPANY, INC.,

    Party Defendant,

vs.

GOODYEAR TIRE & RUBBER COMPANY,

    Additional Defendant.

## PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER TO MDL-875

To: Catherine D. Maida
   Clerk of Court for the Judicial Panel on Multidistrict Litigation
   One Columbus Circle, NE
   Thurgood Marshall Federal Judiciary Building
   Room G-255, North Lobby
   Washington, D.C. 20002
   Fax (202) 502-2888

Please be advised that Plaintiffs oppose the transfer of this case currently pending in the Western District of Pennsylvania at Civil Action Number 2:06-cv-625 to MDL-875, Eastern District of Pennsylvania. Plaintiffs will file a Motion to Vacate the conditional transfer and brief in support thereof within fifteen days as required by Rule 7.4(d).

Respectfully Submitted:

SAVINIS, D'AMICO, & KANE, L.L.C.

*[signature]*

Michael J. Gallucci, Esquire – Pa. I.D. No. 92859
Attorney for Plaintiffs
707 Grant Street, Suite 3626 Gulf Tower
Pittsburgh, Pa 15219
(412) 227-6556

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Notice of Opposition to Conditional Transfer to MDL-875 was served on all counsel listed on the attached counsel list via electronic mail or U.S. Mail postage pre-paid this 16th day of June, 2006.

SAVINIS, D'AMICO & KANE, L.L.C.

BY: _____
Michael J. Gallucci, Esquire

## COUNSEL LIST

| Defendant | Counsel of Record |
|---|---|
| Allied Glove Corporation | Stephen R. Mlinac, Esquire<br>Anne L. Wilcox, Esquire<br>Swartz Campbell LLC<br>4750 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, Pa 15219 |
| American Optical Corporation | Kathy K. Condo, Esquire<br>Joshua D. Verdi, Esquire<br>Reed Smith, LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 |
| Argo Packing Company | Matthew R. Wimer, Esquire<br>Deborah L. Iannamorelli, Esquire<br>Wimer Law Offices, P.C.<br>655 Allegheny Avenue<br>Oakmont, PA 15139 |
| Atlas Industries, Inc. | Edmund L. Olszewski, Jr., Esquire<br>Kelly Smith Dorencamp, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| A.W. Chesterton Company | Alba A. Romano, Esquire<br>Patrick R. Riley, Esquire<br>Sibyl McNulty, Esquire<br>Riley, Hewitt & Sweitzer, P.C.<br>650 Washington Road<br>Pittsburgh, PA 15228 |
| Beazer East, Inc., in its own right and as successor to Koppers Company, Inc., and other related companies including Thiem Corporation, Beazer U.S.A., Inc., and Beazer, PLC | Michael Magee, Esquire<br>Robert J. Monahan, Esquire<br>Pietragallo, Bosick & Gordon, LLP<br>38th Floor, One Oxford Centre<br>Pittsburgh, PA 15219 |

| Defendant | Counsel of Record |
|---|---|
| B. M. Kramer & Company, Inc. and B. M. Kramer Associates | Alice S. Johnston, Esquire<br>Mark A. Bartholomaei, Esquire<br>Obermayer Rebmann Maxwell & Hippell LLP<br>One Mellon Center, Suite 5240<br>500 Grant Street<br>Pittsburgh, PA 15219-2502 |
| Cashco, Inc. | Michael A. Karaffa, Esquire<br>Edward A. Miller, Esquire<br>Melissa Dovich Cochran, Esquire<br>Marshall, Dennehey, Warner, Coleman & Goggin, P.C.<br>U.S. Steel Tower, Suite 2900<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| Certainteed Corporation | William D. Hague, Esquire<br>George M. Milanovich, Esquire<br>Wilbraham Lawler & Buba<br>Two Gateway Center, Suite 1725<br>603 Stanwix Street<br>Pittsburgh, PA 15222 |
| Champlain Cable Corporation, as successor-in-interest to Hercules Inc. | Paul K. Vey, Esquire<br>Timothy J. Green, Esquire<br>Pietragallo, Bosick & Gordon, LLP<br>38th Floor, One Oxford Centre<br>Pittsburgh, PA 15219 |
| Copes-Vulcan, Inc. | Vincent R. Scaglione, Jr., Esquire<br>Michael S. Kaczmarek, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| Coppus Turbines (Tuthill Energy Systems) | Kathy K. Condo, Esquire<br>Joshua Verdi, Esquire<br>Reed Smith, LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 |
| Crane Valve Group | Nicholas P. Vari, Esquire<br>Eric R. Cottle, Esquire<br>Kirkpatrick Lockhart Nicholson Graham, LLP<br>1500 Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA 15222-2312 |

| *Defendant* | *Counsel of Record* |
|---|---|
| Dezurik, Inc. | John J. Repcheck, Esquire<br>Joseph L. Orszulak, Esquire<br>Marks, O'Neill, O'Brien & Courtney, P.C.<br>2600 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 |
| Dravo Corporation | Stephen R. Mlinac, Esquire<br>Hilary C. Bonenberger, Esquire<br>Swartz Campbell LLC<br>4750 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, Pa 15219 |
| Durabla Manufacturing Company, in its own right and as successor to Durabla Canada, Ltd. | David I. Rosenberg, Esquire<br>Weber Gallagher Simpson Stapleton Fires & Newby, LLP<br>Two Gateway Center, Suite 1450<br>603 Stanwix Street<br>Pittsburgh, PA 15222 |
| Durametallic Corporation | John J. Repcheck, Esquire<br>John M. Schollaert, Esquire<br>Marks, O'Neill, O'Brien & Courtney, P.C.<br>2600 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 |
| Eaton Corporation, as successor-in-interest to Cutler-Hammer, Inc. | Cy Goldberg, Esquire<br>121 S. Broad Street<br>Suite 1500<br>Philadelphia PA 19107 |
| E. E. Zimmerman Company | John J. Repcheck, Esquire<br>John M. Schollaert, Esquire<br>Marks, O'Neill, O'Brien & Courtney, P.C.<br>2600 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 |
| Eichleay Corporation | Daniel E. Krauth, Esquire<br>Zimmer Kunz, PLLC<br>U.S. Steel Tower, Suite 3300<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| Electrolux Home Products | Vincent Scaglione, Jr., Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |

| Defendant | Counsel of Record |
|---|---|
| Elliott Turbomachinery Company, Inc. | James C. Zesmick, Esquire<br>Thorp Reed & Armstrong LLP<br>One Oxford Centre, 14th Floor<br>301 Grant Street<br>Pittsburgh PA 15219-1425 |
| Elza Benson, Inc | Leo Gerard Daley, Esquire<br>Grogan Graffam, P.C.<br>Four Gateway Center<br>12th Floor<br>Pittsburgh, PA 15222 |
| Fabri-Valve, Division of ITT Grinnell Valve Company, Inc. | Robert W. Hastings, Esquire<br>James P. Killeen, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| Fairmont Supply | Edmund L. Olszewski, Jr., Esquire<br>Kelly Smith Dorencamp, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| F. B. Wright Company | Leo Gerard Daley, Esquire<br>Grogan Graffam, P.C.<br>Four Gateway Center<br>12th Floor<br>Pittsburgh, PA 15222 |
| Fischer Scientific Company | James V. Corabelli, Esquire<br>Melissa L. Evans, Esquire<br>Babst, Calland, Clements & Zomnir, P.C.<br>Two Gateway Center, 8th Floor<br>603 Stanwix Street<br>Pittsburgh, PA 15222 |
| Foseco, Inc. | Terry A. Schrock, Esquire<br>Maron Pierce, LLC<br>Landmark Building, Suite 1945<br>100 West Station Square Drive<br>Pittsburgh, PA 15219 |
| Foster Wheeler Corporation | Dennis F. Wolford, Esquire<br>Reed, Luce, Tosh, Wolford & Douglass, P.C.<br>804 Turnpike Street<br>Beaver, PA 15009 |
| Garlock, Inc. | Gregory L. Fitzpatrick, Esquire<br>Margolis Edelstein<br>1500 Grant Building<br>310 Grant Street<br>Pittsburgh, PA 15219 |

| Defendant | Counsel of Record |
|---|---|
| Gateway Industrial Supply Company | Dale K. Forsythe, Esquire<br>Scott W. Stephen, Esquire<br>Gregory S. Knight, Esquire<br>Wayman, Irvin & McCauley<br>437 Grant Street<br>1624 Frick Building<br>Pittsburgh, PA 15219 |
| General Electric Company | Nora Barry Fischer, Esquire<br>Bryan S. Neft, Esquire<br>Pietragallo, Bosick & Gordon, LLP<br>38th Floor, One Oxford Centre<br>Pittsburgh, PA 15219<br><br>John A. Heller, Esquire<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br><br>Thomas A. Bickers, Esquire<br>Paine, Tarwater, Bickers & Tillman, L.L.P<br>1100 First Tennessee Plaza<br>800 South Gay Street<br>Knoxville, Tennessee 37929 |
| George V. Hamilton, Inc. | Concetta A. Silvaggio, Esquire<br>Michael A. Katz, Esquire<br>Willman & Arnold, LLP<br>705 McKnight Park Drive<br>Pittsburgh, Pa 15237 |
| Gould Pumps, Inc. | Leo Gerard Daley, Esquire<br>Michael P. Creedon, Esquire<br>Grogan Graffam, P.C.<br>Four Gateway Center<br>12th Floor<br>Pittsburgh, PA 15222 |
| Greene Tweed & Company | Dennis F. Wolford, Esquire<br>Reed, Luce, Tosh, Wolford & Douglass, P.C.<br>804 Turnpike Street<br>Beaver, PA 15009 |
| Grinnell Corporation | Alexander P. Bicket, Esquire<br>Zimmer Kunz, PLLC<br>U.S. Steel Tower, Suite 3300<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

| Defendant | Counsel of Record |
|---|---|
| Hedman Mines, Ltd | Robert N. Spinelli, Esquire<br>Richard L. Walker, II, Esquire<br>Kelley Jasons McGuire & Spinelli<br>Centre Square West, Suite 1500<br>1500 Market Street<br>Philadelphia PA 19102 |
| Honeywell, Inc. | Kenneth S. Mroz, Esquire<br>Swartz Campbell LLC<br>4750 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, Pa 15219 |
| Hunter Sales Corporation | Andrew F. Adomitis, Esquire<br>Grogan Graffam, P.C.<br>Four Gateway Center<br>12th Floor<br>Pittsburgh, PA 15222 |
| IMO Industries, Inc., f/k/a IMO Delaval, Inc., f/k/a DeLaval Turbine, Inc., DeLaval Turbine, Inc., DeValco Corporation | Eric K. Falk, Esquire<br>Julie L. Nord, Esquire<br>Brandon D. Corneby, Esquire<br>Davies, McFarland & Carroll, P.C.<br>One Gateway Center, 10th Floor<br>Pittsburgh, PA 15222-1416 |
| Industrial Holdings Corporation, f/k/a Carborundum Company | Robert W. Hastings, Esquire<br>James P. Killeen, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| Ingersoll-Rand | John F. McCabe, Esquire<br>Marks, O'Neill, O'Brien & Courtney, P.C.<br>Gulf Tower, Suite 2600<br>707 Grant Street<br>Pittsburgh, PA 15219-6101 |
| I.U. North American, Inc., as successor by merger to the Garp Company, formerly known as The Gage Company, formerly known as Pittsburgh Gage and Supply Company | Edward J. Wilbraham, Esquire<br>Jennifer E. Watson, Esquire<br>William D. Hague, Esquire<br>George M. Milanovich, Esquire<br>Wilbraham Lawler & Buba<br>Two Gateway Center, Suite 1725<br>603 Stanwix Street<br>Pittsburgh, PA 15222 |
| J. M. Foster, Inc. | Richard C. Polley, Esquire<br>Shannon E. Noe, Esquire<br>Angela R. Winslow, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |

| Defendant | Counsel of Record |
|---|---|
| Kaiser Gypsum Company, Inc. | Michael A. Karaffa, Esquire<br>Edward A. Miller, Esquire<br>Marshall, Dennehey, Warner, Coleman & Goggin, P.C.<br>U.S. Steel Tower, Suite 2900<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| Marley Cooling Tower | Matthew A. Wimer, Esquire<br>Deborah L. Iannamorelli, Esquire<br>Wimer Law Offices, P.C.<br>655 Allegheny Avenue<br>Oakmont, PA 15139 |
| McCarls, Inc. | John J. Repcheck, Esquire<br>John M. Schollaert, Esquire<br>Marks, O'Neill, O'Brien & Courtney, P.C.<br>2600 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 |
| Melrath Supply and Gasket Company | Patrick T. Finnegan, Esquire<br>Elizabeth W. Downey, Esquire<br>Law Offices of Kevin C. Tierney<br>100 South Broad Street, Suite 1125<br>Philadelphia, PA 19110-1029 |
| Mine Safety Appliance Company | Joslin Gleason, Esquire<br>Davies, McFarland & Carroll, P.C.<br>One Gateway Center, 10th Floor<br>Pittsburgh, PA 15222-1416 |
| Minnotte Contracting Corporation | Joni M. Mangino, Esquire<br>Christopher T. Yoskosky, Esquire<br>Zimmer Kunz, PLLC<br>U.S. Steel Tower, Suite 3300<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| M. S. Jacobs & Associates, Inc. | Alexander P. Bicket, Esquire<br>Zimmer Kunz, PLLC<br>U.S. Steel Tower, Suite 3300<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| Nagle Pumps, Inc. | Richard C. Polley, Esquire<br>Adam J. Warhola, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |

| Defendant | Counsel of Record |
|---|---|
| Oglebay Norton Company, and its division Ferro Engineering | Jeanne Welch Sopher, Esquire<br>Heintzman, Warren, Wise & Fornella, P.C.<br>The 35th Floor, Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1913 |
| Ohio Lime Corporation* (dismissed 3/2/06) | Kenneth S. Robb, Esquire<br>1080 Long run Road<br>McKeesport, PA 15132 |
| Owens-Illinois, Inc. | Kathy K. Condo, Esquire<br>Joshua D. Verdi, Esquire<br>Reed Smith, LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 |
| Pittsburgh Metals Purifying Company | John J. Delany, Esquire<br>Stephanie M. Pompey, Esquire<br>Delany & O'Brien<br>325 Chestnut Street, Suite 1212<br>Philadelphia, PA 19106 |
| Plotkin Brothers Supply, LLP | Richard C. Polley, Esquire<br>Shannon E. Noe, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| Power Piping | Anne D. Harman, Esquire<br>Bailey Riley Buch & Harman<br>900 Riley Building<br>P.O. Box 631<br>Wheeling WV 26003 |
| Premier Refractories, Inc., f/k/a Adience, Inc., successor-in-interest to Adience Company, LP, as successor to BMI, Inc. | Concetta A. Silvaggio, Esquire<br>Michael A. Katz, Esquire<br>Willman & Arnold, LLP<br>705 McKnight Park Drive<br>Pittsburgh, Pa 15237 |
| Safety First Industries, Inc., in its own right and as successor-in-interest to Safety-First Supply, Inc. | Joseph R. Schaper, Esquire<br>Heintzman, Warren, Wise & Fornella, P.C.<br>The 35th Floor, Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1913 |
| Sealite, Inc. | Anne D. Harman, Esquire<br>Bailey Riley Buch & Harman<br>900 Riley Building<br>P.O. Box 631<br>Wheeling WV 26003 |

| Defendant | Counsel of Record |
| --- | --- |
| Stockham Valves & Fittings, f/k/a Marlin Valve, Inc. | Concetta A. Silvaggio, Esquire<br>Michael A. Katz, Esquire<br>Willman & Arnold, LLP<br>705 McKnight Park Drive<br>Pittsburgh, PA 15237 |
| Swindell-Dressler International Company | Robert D. Leidigh, Esquire<br>Grogan Graffam, P.C.<br>Four Gateway Center<br>12th Floor<br>Pittsburgh, PA 15222 |
| Taylored Industries, Inc. | Matthew A. Wimer, Esquire<br>Deborah L. Iannamorelli, Esquire<br>Wimer Law Offices, P.C.<br>655 Allegheny Avenue<br>Oakmont, PA 15139 |
| The Sager Corporation, successor-in-interest to the Sager Glove Corporation | Richard C. Polley, Esquire<br>Shannon E. Noe, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| Townsend & Bottum, Inc. | Hunter A. McGeary, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| Treco Construction Services, Inc., f/k/a The Rust Engineering Company | Michael Magee, Esquire<br>Robert J. Monahan, Esquire<br>Pietragallo, Bosick & Gordon, LLP<br>38th Floor, One Oxford Centre<br>Pittsburgh, PA 15219 |
| Thiem Corporation, and its division, Universal Refractories | Michael Magee, Esquire<br>Robert J. Monahan, Esquire<br>Pietragallo, Bosick & Gordon, LLP<br>38th Floor, One Oxford Centre<br>Pittsburgh, PA 15219 |
| Unifrax Corporation, f/k/a Carborundum | Robert W. Hastings, Esquire<br>James P. Killeen, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |

| Defendant | Counsel of Record |
|---|---|
| Union Carbide Corporation, its Linde Division | William D. Hague, Esquire<br>Jennifer E. Watson, Esquire<br>George M. Milanovich, Esquire<br>Wilbraham Lawler & Buba<br>Two Gateway Center, Suite 1725<br>603 Stanwix Street<br>Pittsburgh, PA 15222 |
| United Conveyor Corporation | Jeanne Welch Sopher, Esquire<br>Michael D. Heintzman, Esquire<br>Charles S. Warren Esquire<br>Marilyn J. Larrimer, Esquire<br>Heintzman, Warren, Wise & Fornella, P.C.<br>The 35th Floor, Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1913 |
| USX Corporation, f/k/a United States Steel Corporation | A. Bradley Cramer, Jr., Esquire<br>United States Steel Corporation<br>600 Grant Street, Room 1880<br>Pittsburgh, PA 15219-4776 |
| Viacom, Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation | Eric L. Horne, Esquire<br>Daniel J. Sinclair, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>U.S. Steel Tower, 44th Floor<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| Washington Group International, f/k/a Raytheon Engineers Constructors, Inc., and all its domestic subsidiaries, including the Badger Company, Inc. | Gregory L. Fitzpatrick, Esquire<br>Margolis Edelstein<br>1500 Grant Building<br>310 Grant Street<br>Pittsburgh, PA 15219 |
| Kentile Floors, Inc. (Joined by First Amended Complaint) | Lorrie L. Cherillo, Esquire<br>William J. Donovan, Esquire<br>Burns, White & Hickton<br>Four Northshore Center<br>106 Isabella Street<br>Pittsburgh, PA 15212 |
| Bondex International, Inc. (Joined by First Amended Complaint) | Edward A. Miller, Esquire<br>Melissa Devich Cochran, Esquire<br>Michael A. Karaffa, Esquire<br>Marshall, Dennehey, Warner, Coleman & Goggin, P.C.<br>U.S. Steel Tower, Suite 2900<br>600 Grant Street<br>Pittsburgh, PA 15219 |

| Defendant | Counsel of Record |
|---|---|
| Georgia-Pacific Corporation (Joined by First Amended Complaint) | Stacey F. Vernallis, Esquire<br>Dana L. Bacsi, Esquire<br>Goehring, Rutter & Boehm<br>1424 Frick Building<br>437 Grant Street<br>Pittsburgh, PA 15219 |
| Sears, Roebuck & Company (Joined by First Amended Complaint) | Eric K. Falk, Esquire<br>Julie L. Nord, Esquire<br>Brandon D. Coneby, Esquire<br>Davies, McFarland & Carroll, P.C.<br>One Gateway Center, 10th Floor<br>Pittsburgh, PA 15222-1416 |
| Goodyear Tire & Rubber Company (Additional Defendant) | William David Geiger, Esquire<br>Davies, McFarland & Carroll, P.C.<br>One Gateway Center, 10th Floor<br>Pittsburgh, PA 15222-1416 |