

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875

JUN 27 2006

FILED
CLERK'S OFFICE

IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
FRANKLIN JOSEPH MODLEY, et al.
v.
20th CENTURY GLOVE CORP. OF TEXAS, ET AL.
(SOUTHERN DISTRICT OF WEST VIRGINIA NO. 2:06-213)

### PLAINTIFFS' MOTION TO VACATE
### CONDITIONAL TRANSFER ORDER

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict

Litigation, plaintiffs Franklin J. Modley and his wife Patricia, respectfully request the court to vacate

its order of May 26, 2006, conditionally transferring this case to the United States District Court for

the Eastern District of Pennsylvania, and to set this motion for hearing at the next session of the

Panel.  This motion is based on the attached Brief in Support of Motion to Vacate Conditional

Transfer Order, and such other materials as may be presented to the Panel.

PLAINTIFFS
By Counsel

James A. McKowen (WVSB#2481)
JAMES F. HUMPHREYS & ASSOCIATES, L.C.
United Center, Suite 800
500 Virginia Street, East
Charleston, WV 25301

Anne McGinness Kearse
Victoria L. Antion
Motley Rice, LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

OFFICIAL FILE COPY   IMAGED JUN 2 8 2006

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 7 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875

IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
FRANKLIN JOSEPH MODLEY, et al.
v.
20th CENTURY GLOVE CORP. OF TEXAS, ET AL.
(SOUTHERN DISTRICT OF WEST VIRGINIA NO. 2:06-213

**BRIEF IN SUPPORT OF
PLAINTIFFS' MOTION TO VACATE
CONDITIONAL TRANSFER ORDER**

This memorandum is filed pursuant to Rule 7.4(d) of the Rules of Procedure of the Judicial

Panel on Multidistrict Litigation, in support of Plaintiffs' Motion to Vacate the Conditional Transfer

Order of the Panel, issued on May 26, 2006, ordering transfer of this case to the Eastern District of

Pennsylvania for pretrial procedures in accordance with 28 U.S.C. §1407.  A Notice of Opposition

to the Conditional Transfer Order was timely filed on or before June 12, 2006.

## I. STATEMENT OF FACTS

This product liability action involves asbestos-related diseases.  On May 13, 2005, Franklin

J. Modley was diagnosed with mesothelioma, a painful, invariably fatal cancer of the lung.  On

September 30, 2005, he and his wife, Patricia, filed a lawsuit in the Circuit Court of Kanawha

County , West Virginia, against several manufacturers and distributors of asbestos products.

Mr. Modley's asbestos exposure occurred when he served as a boiler tender on three naval

vessels during the 1950's.  Among other things, he was exposed to thermal insulation on steam

turbines that were manufactured by General Electric (GE).  The Modleys' claim against GE was

based on its failure to warn about the dangers of asbestos.

The Modleys' case was assigned to a September 18, 2006 trial group in state court.  On

March 23, 2006, however, GE removed this case to federal court, where it is currently pending in

the United States District Court for the Southern District of West Virginia. General Electric removed this case to federal court pursuant to 28 U.S.C. §1442(a)(1), alleging that it had acted under the direction of a federal officer. The Modleys, in turn, filed a timely motion to remand, arguing, among other things, that General Electric had failed to establish that the federal government had prohibited it from warning about asbestos. This motion has been fully briefed, and is now ready for decision by the transfer or court, which, upon information and belief, gives priority to motions to dismiss and remand.

On May 26, 2006, the Panel issued a Conditional Transfer Order which covered this case. The Modleys timely filed a Notice of Opposition.

## II. ARGUMENT

An action may be transferred for coordinated or consolidated pretrial proceedings only when there are common questions of fact, and transfer will "serve the convenience of parties and witnesses" and "promote the just and efficient conduct" of the action. 28 U.S.C. §1407. The fact that a case has been designated as a "tag-along case" does not preclude the necessity of making such a determination when a conditional transfer order is challenged. In Re Grain Shipments, 319 F. Supp. 533 (J.P. M.L. 1970) (per curiam). In this case, the Conditional Transfer Order should be vacated because these requisites cannot be met.

### A.     Transfer will not serve the convenience of the parties and witnesses.

Mr. Modley, an elderly gentleman in poor health, his wife, his treating doctors, one of his expert witnesses, and at least one of his co-workers live in West Virginia, where this action was filed. Furthermore, one of the law firms which represents the Modleys, James F. Humphreys &

Associates, L.C., is also based in West Virginia. Transfer to the Eastern District of Pennsylvania will not promote the goal of convenience to parties and witnesses.

**B.      Transfer will not promote justice and efficiency.**

Prior to removal, significant discovery was conducted in this case, including the depositions of Mr. and Mrs. Modley; the designation of plaintiffs' expert and lay witnesses; the provision of authorizations to obtain military records, social security records, employment information, and union information; the filing of the Initial Disclosure (Appendix C) (copy attached), Fact Sheet (Appendix D) (copy attached)[1], and Amended and Supplemental Part IV of the Fact Sheet, required by the state court's CMO (Case Management Order), and some paper discovery. Defense counsel was also provided with pathology material and x-ray films for Mr. Modley.

If the transferor court grants the pending motion to remand, this case can be quickly re-integrated into the state system for resolving asbestos cases, and given a prompt trial date. West Virginia has created a Mass Litigation Panel (MLP), similar in some respects to the federal MDL, which schedules groups of up to 20 cases for trial every four months (January, May and September), giving priority to cancer cases.

Even if the case is not remanded, it could be promptly and efficiently worked up in the district court to which this case was removed, with no prejudice to General Electric. The transfer court has already entered an order setting dates to file a report of 26(f) meeting, entering of a scheduling order, and making 26(a)(1) disclosures.

---

[1]The Fact Sheet required by the state CMO is a lengthy, detailed disclosure which covers such information as plaintiff's date of birth; place of birth; citizenship; military service; convictions and guilty pleas; workers compensation, social security disability, insurance and other claims; diagnosis of asbestos-related disease; education; marital history; family history; exposure history; product identification; medical providers and pharmacies; smoking history and alcohol consumption.

3

III. <u>CONCLUSION</u>.

Before the Panel may transfer cases pursuant to 28 U.S.C. §1407, it must make an affirmative finding that transfer will be for the convenience of the parties and witnesses, and will promote the just and efficient conduct of the cases. For the foregoing reasons, movants submit that neither of these requisite findings can be made and thus respectfully request the Panel to vacate its Conditional Transfer Order of May 26, 2006.

<u>PLAINTIFFS</u>
By Counsel

James A. McKowen (WVSB#2481)
JAMES F. HUMPHREYS & ASSOCIATES, L.C.
United Center, Suite 800
500 Virginia Street, East
Charleston, WV  25301

Anne McGinness Kearse
Victoria L. Antion
Motley Rice, LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC  29465

4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 7 2006

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

The undersigned hereby certifies that **"Plaintiffs' Motion To Vacate Conditional Transfer Order"** and **"Brief In Support Of Plaintiffs' Motion To Vacate Conditional Transfer Order"** have this 26th day of June, 2006, been served upon the following by U.S. mail:

David K. Hendrickson, Esquire
R. Scott Long, Esquire
Stephen M. Schwartz, Esquire
Apryll H. Boggs, Esquire
Hendrickson & Long, PLLC
P.O. Box 11070
Charleston, WV  25339
*Counsel for 20th Century Glove;*
*Allied Services, Incorporated;*
*Greene Tweed;*
*Ingersoll-Rand Corporation;*
*Owens-Illinois;*
*Uniroyal; CBS (f/k/a Viacom, f/k/a*
*Westinghouse);*
*Honeywell International;*
*Guardline*

George J. Anetakis, Esquire
Frankovitch Anetakis Colantonio & Simon
337 Penco Road
Weirton, WV  26062
*Counsel for John Crane, Inc. and*
*Adience, Inc.*

Julie L. Nord, Esquire
Eric K. Falk, Esquire
David E. Lamm, Esquire
Davies, McFarland & Carroll, P.C.
One Gateway Center, 10th Floor
Pittsburgh, PA  15222
*Counsel for BOC Group (Airco Welding);*
*Hobart Brothers; Ohio Valley Insulating; and*
*Lincoln Electric*

Stephen P. Goodwin, Esquire
Tiffany E. Davis, Esquire
Goodwin & Goodwin
P.O. Box 2107
Charleston, WV  25328-2107
*Counsel for A&I Company;*
*American Optical Corporation; and*
*Ross Brothers*

Albert H. Parnell, Esquire
Margaret A. Droppleman, Esquire
Jack N. Sibley, Esquire
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243
*Counsel for Amchem Products, Inc.;*
*A.W. Chesterton;*
*Certainteed Corporation;*
*I.U. North America, Inc.;*
*Nosroc Corporation;*
*Rhone Poulenc; Rockwell Automation;*
*Union Carbide Corporation; Union Carbide*
*Chemical and Plastics Company*

Paula L. Durst, Esquire
Edward W. Rugeley, III, Esquire
Kevin P. Davis, Esquire
Christopher H. Harich, Esquire
Corey T. Zurbuch, Esquire
Spilman Thomas & Battle
P.O. Box 273
Charleston, WV  25321-0273
*Counsel for Chevron U.S.A., Inc.* and
*American Cyanamid Company*

L. John Argento, Esquire
Stephen R. Mlinac, Esquire
Anne L. Wilcox, Esquire
Swartz Campbell, LLC
U.S. Steel Bldg., 47th Floor
Pittsburgh, PA   15219
*Counsel for Industrial Supply Solutions*

Joseph S. Beeson, Esquire
Robinson & McElwee
P.O. Box 1791
Charleston, WV  25326
*Counsel for Argo Packing;*
*Corhart Refractories Corp.*

James D. Lamp, Esquire
Lamp, O'Dell, Bartram, Levy & Trautwein
P. O. Box 2488
Huntington, WV 25725
*Counsel for Atlas Turner*

Joseph L. Orszulak, II, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
707 Grant Street - Suite 3200
Pittsburgh, PA   15219
*Counsel for UB of West Virginia f/i/a Union*
*Boiler Company; and Flowserve Corporation*
*(f/k/a Durametallic)*

Elliot G. Hicks, Esquire
Hawkins & Parnell, LLP
Woodrums Building -Suite 200
602 Virginia Street, East
Charleston, WV  25301
*Counsel for Ericsson (successor to Anaconda)*

Lynn Oliver Frye, Esquire
Dennis C. Sauter, Esquire
Michael B. Victorson, Esquire
Jackson Kelly PLLC
P.O. Box 553
Charleston, WV  25322
*Counsel for Square D Company*

Scott A. Matthews, Esquire
Dell, Moser, Lane & Loughney LLC
525 William Penn Place, Suite 3700
Pittsburgh, PA  15219
*Counsel for Foster Wheeler Corporation*

Rita Massie Biser, Esquire
Kay, Casto & Chaney
P.O. Box 2031
Charleston, WV  25327
*Counsel for Garlock, Inc.*

Robert R. Leight, Esquire
Michael Magee, Esquire
Pietragallo, Bosick& Gordon
The 38th Floor, One Oxford Centre
Pittsburgh, PA   15219
*Counsel for Universal Refractories*
Corporation; Brand *Insulations, Inc.;*
and *Rust Engineering*

Christopher Beck, Esquire
James Israel, Esquire
Israel, Wood & Puntil & Grimm
420 Fort Duquesne Blvd., Suite 700
Pittsburgh, PA  15222-1472
*Counsel for General Refractories Company*

R. Carter Elkins, Esquire
B. Luke Styer, Esquire
Campbell, Woods, Bagley, Emerson,
   McNeer & Herndon
P.O. Box 2393
Charleston, WV  25328
*Counsel for Pneumo Abex Corporation*

Davis J. Mincer, Esquire
Bailey & Wyant, P.L.L.C.
Post Office Box 3710
Charleston, WV   25337-3710
*Counsel for Graybar Electric Company*

Robert H. Sweeney, Jr., Esquire
Charles K. Gould, Esquire
Jenkins Fenstermaker, PLLC
P.O. Box 2688
Huntington, WV  25726
*Counsel for Industrial Holdings Corporation*
*(f/k/a Carborundum); Vimasco Corporation*;
and *Westinghouse Air Brake Company*

Stephen M. Fowler, Esquire
Lori Streets Muldoon, Esquire
Pullin, Fowler & Flanagan
1000 Bank One Center
707 Virginia Street, East
Charleston, WV  25301
*Counsel for Lockheed Martin*
*(formerly Martin Marietta)*

Rodney L. Baker, Esquire
Huddleston Bolen Beatty Porter & Copen
P.O. Box 3786
Charleston, WV  25337
*Counsel for McJunkin Corporation*

Charles M. Love, III, Esquire
Bowles, Rice, McDavid, Graff & Love
P.O. Box 1386
Charleston, WV  25325-1386
*Counsel for Metropolitan Life Insurance*
*Company*

C. James Zeszutek, Esquire
Michael R. Bucci, Jr., Esquire
Thorp Reed & Armstrong, LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA  15218
*Counsel for Thiem Corp.*

Joni Mangino, Esquire
Zimmer Kunz
3300 USX Tower
Pittsburgh, PA 15219
*Counsel for Nitro Industrial Coverings, Inc.*
and *State Electric Supply*

James J.A. Mulhall, Esquire
Steptoe & Johnson
P.O. Box 2190
Clarksburg, WV  26302
*Counsel for Eaton Corporation*

J. Philip Fraley, Esquire
Baker & Lancianese
River Tower - Suite 300
1108 Third Avenue
Huntington, WV  25701
*Counsel for Crane Company*

Amy R. Humphreys, Esquire
Flaherty, Sensabaugh & Bonasso
200 Capitol Street
P.O. Box 3843
Charleston, WV  25338-3843
*Counsel for Minnesota Mining &*
*Manufacturing*

Derek W. Marsteller, Esquire
Marsteller Law Offices
P.O. Box 1506
Huntington, WV  25716
*Counsel for NL Industries, Inc.*

Dennis F. Wolford, Esquire
Reed, Luce, Tosh, Wolford & Douglas
804 Turnpike Street
Beaver, PA  15009
*Counsel for Riley Stoker Corporation*

Larry E. Jude, Esquire
Jude & Jude, PLLC
P.O. Box 1050
263 Sellers Mill Road
Versailles, KY  40383
*Counsel for Steel Grip, Inc.*

G. Kenneth Robertson, Esquire
Farmer, Cline & Campbell
P.O. Box 3842
Charleston, WV  25338
*Counsel for General Electric Company;*
and *Mobil Corporation*

Leo G. Daly, Esquire
Robert D. Leidigh, Esquire
Grogan Graffam, P.C.
Four Gateway Ctr. - 12th Floor
Pittsburgh, PA  15222
*Counsel for Cleaver Brooks Company*

Matthew A. Nelson, Esquire
Jackson & Kelly
P.O. Box 553
Charleston, WV  25322
*Counsel for Fairmont Supply Company*

James A. McKowen   WVSB #2481
JAMES F. HUMPHREYS & ASSOCIATES, L.C.
United Center ~ Suite 800
500 Virginia Street East
Charleston WV 25301
304  347-5050

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

PANEL SERVICE LIST (Excerpted from CTO-264)
DOCKET NO. 875

JUN 27 2006

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

FILED
CLERK'S OFFICE

*Franklin Joseph Modley, et al. v. 20th Century Glove Corp. of Texas, et al.,*
S.D. West Virginia, C.A. No. 2:06-213

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

James A. McKowen
James F. Humphreys & Associates
United Center
500 Virginia Street, East
Suite 800
Charleston, WV 25301

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

G. Kenneth Robertson
Farmer, Cline & Arnold
P.O. Box 3842
Charleston, WV 25338

John D. Roven
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

## IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

**IN RE: ASBESTOS PERSONAL INJURY LITIGATION       CIVIL ACTION NO. 03-C-9600**

FRANKLIN JOSEPH MODLEY, and his
wife, Patricia Modley,

       Plaintiff,

v.                                                                    Civil Action No. 05-C-2223

20th CENTURY GLOVE CORP. OF TEXAS, et al.,

       Defendants.

---

# PLAINTIFF'S INITIAL DISCLOSURE

NAME OF PLAINTIFF:       Franklin Joseph Modley

NAME OF SPOUSE:       Patricia Modley

PLAINTIFF'S ADDRESS:   214 Klaus St., Beckley, WV  25801

PLAINTIFF'S DATE OF BIRTH:    July 1, 1935

PLAINTIFF'S SECURITY NUMBER: 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

ASBESTOS-RELATED DISEASE:  Mesothelioma and Pleural Plaque

DATE OF DIAGNOSIS:
    Mesothelioma:      May 13, 2005
    Pleural Plaque:   October 18, 2005

SMOKING HISTORY:   20 years stopping in 1972

UNION/LOCAL:      N/A

CIVIL ACTION NO.  05-C-2222

WORK HISTORY:

| Dates | Work Site/Location | Employer | Trade or Occupation |
|-------|--------------------|----------|---------------------|
| 1953 | WV Turnpike | Latrobe Road Construction, Inc. | Rodman for Engineer |
| 1954-55 | USS Robert F. Keller | United States Navy | Boiler tender/ technician |
| 1955-57 | USS Allen M. Sumner | United States Navy | Boiler tender/ technician |
| 1957 | USS Shenandoah | United States Navy | Boiler tender/ technician |
| 1957-69 | Beckley, WV | Duncan Catron Motor Co. | Auto body repair and estimates |
| 1966 | Mullens, WV | Lynch Pryor Motors | Auto body repair and estimates |
| 1969-73 | Beckley, WV | Earhart Chrysler Plymouth | Auto body repair and estimates |
| 1973-79 | Beckley, WV | Nickerson & Co./Gay & Taylor | Insurance Adjuster |
| 1979-00 | Beckley, WV | S & T Claims Service | Insurance Adjuster |

DEFENDANTS & LEGAL THEORIES:     See Complaint.

<u>PLAINTIFF</u>
By Counsel

James A. McKowen (WVSB #2481)
JAMES F. HUMPHREYS & ASSOCIATES, L.C.
United Center - Suite 800
500 Virginia Street, East
Charleston, West Virginia 25301
(304) 347-5050

2

IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

IN RE: ASBESTOS PERSONAL INJURY LITIGATION

FRANKLIN JOSEPH MODLEY, and his
wife, PATRICIA MODLEY,

        Plaintiffs,

v.

20th CENTURY GLOVE CORP. OF TEXAS, et al.,

        Defendants.

Civil Action No. 03-C-9600
(September 2006 Trial Group)
JUDGE RONALD WILSON

Civil Action No. 05-C-2223
(Kanawha County)

## APPENDIX D
## PLAINTIFF'S FACT SHEET

1. **CASE INFORMATION**

    A.    Please provide the following information for the civil action which you filed:

        1.    Case Caption:    Modley v. 20th Century Glove, et. al

        2.    Civil Action No.:  05-C-2223

        3.    Please state the name, address, telephone number, fax number and e-mail address of the principal attorney representing you.

            James A. McKowen
            James F. Humphreys & Associates, L.C.
            United Center, Suite 800, 500 Virginia Street, East
            Charleston, WV 25301
            Telephone Number: (304) 347-5050   Fax Number: (304) 347-5055
            E-mail Address: jmckowen@jfhumphreys.com

        4.    Social Security Number:  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

    B.    If you are completing this questionnaire in a representative capacity (*e.g.*, on behalf of the estate of a deceased person or a minor), please complete the following:
        1.    Your Name: N/A
        2.    Street Address: N/A
        3.    City, State and Zip Code: N/A
        4.    In what capacity are you representing the individual: N/A

5.     If you were appointed by a court, state the following:
Court: N/A
Date of Appointment: N/A
6.     Your relationship to deceased or represented person: N/A
7.     If you represent a decedent's estate, state the date of death of the decedent.

**[If you are completing this questionnaire in a representative capacity, please respond to the remaining questions with respect to the person who was allegedly exposed to asbestos. Those questions using the term "You" refer to the person who was allegedly exposed to asbestos. If the individual is deceased, please respond as of the time immediately prior to his or her death unless a different time period is specified.]**

C.    1.     If you are completing this Fact Sheet as the representative of a deceased person, what was the date of death? N/A
2.     Was an autopsy performed? N/A
3.     If yes, at which facility? N/A
Address: N/A

## II.   PERSONAL INFORMATION

A.     Last Name:     Modley

First Name:     Franklin

Middle Name or Initial: Joseph

B.     Maiden name or other names used or by which you have been known, including the dates you used each name: N/A

C.     Address Information:

1.     Present Street Address: 214 Klaus Street, Beckley, WV  25801

2.     List all other addresses where you have lived for the last thirty (30) years:

| N/A | | | | |
|---|---|---|---|---|
| Street | City | State | Zip Code | Dates at address |

D.     Employment:

1.     S&T Claims Service
Name of Current or Last Employer

2

_____

Name of Current or Last Supervisor or Superior

Beckley, WV
_____
Current or Last Employer Address

_____

Current or Last Employer Telephone Number

1979 - 2000
_____
Date of Current or Last Employment

Insurance Adjuster
_____
Current or Last Occupation

2.    Have you been unemployed for health reasons for 30 consecutive days or more within the last fifteen (15) years?  No.

      If so, please state the following for each period:

      a.    First and last date of period of unemployment:  N/A
      b.    Reason for unemployment:  N/A
      c.    With respect to any period of unemployment identified above, identify all unemployment benefits claimed and received for that period of unemployment:  N/A

E.    Social Security, Visa or Green Card Number:   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

F.    Date of Birth:   7/01/35

G.    Place of Birth:  Helen, WV

H.    Date of Death:  N/A

I.    Cause of Death:  N/A

J.    Are you a citizen of the United States?  Yes.

K.    Sex:   Male

L.    Have you ever served in any branch of the U. S. Military?  Yes.

      If so, please state:

      1.    What branch and the dates of service:  U.S. Navy, 1954-57

3

    2.       Were you discharged for any reason relating to your health, physical or mental condition?  No.

M.      Have you ever been rejected from military service for any reason relating to your health, physical or mental condition?  No.

N.      Have you filed a Workers' Compensation claim within the past 15 years?  No.

    If so, please state the following for each claim filed:
    1.      Year claim was filed:  N/A
    2.      Where claim was filed:  N/A
    3.      Claim/docket number, if applicable :N/A
    4.      Nature of disability:  N/A
    5.      Period of disability: N/A
    6.      Attorney, if any, who represented you (name, address and telephone number): N/A

O.      Have you filed a  Security disability claim within the past 15 years?  No.

    If so, please state the following for each claim filed:
    1.      Year claim was filed:  N/A
    2.      Where claim was filed:  N/A
    3.      Claim/docket number, if applicable:  N/A
    4.      Nature of disability:  N/A
    5.      Period of disability:  N/A
    6.      Attorney, if any, who represented you (name, address and telephone number): N/A

P.      Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any physical, psychological or emotional injury?  Yes.

    If so, please state the following for each claim filed:
    1.      Year claim was filed:  VA disability
    2.      Where claim was filed: Veterans Affairs Office, Beckley, WV
    3.      Claim/docket number, if applicable: C20492364
    4.      Nature of disability:  Mesothelioma
    5.      Period of disability: August 1, 2005
    6.      Attorney, if any, who represented you (name, address and telephone number): N/A

Q.      Have you been convicted of or pled guilty to any crime (felony, misdemeanor or petty offense)?     No.

    If so:
    1.      What was the offense? N/A

2.   What was the case number? N/A
3.   What was the date of conviction? N/A
4.   In what court was the conviction entered? N/A

R.   Education

Beginning with high school, complete the following information regarding educational institutions you have attended:

| Name and Address of Educational Institution | Dates Attended | Degrees/Certifications Received |
|---|---|---|
| Woodrow Wilson High School/ Raleigh County Vocational School Beckley, WV | 1951-1953 | High School Diploma/ Electrician's Certificate |
| Duncan-Catron Motor Co. Beckley, WV | 1957-1958 | Auto Body Repair (on the job training under the GI Bill) |

## III.   FAMILY INFORMATION

A.   Are you currently married?   Yes.

B.   Date of marriage:   July 5, 1956

C.   Has your spouse filed a loss of consortium claim in connection with this claim? Yes

D.   1.   Spouse's name:   Patricia Modley

2.   Spouse's date of birth:   November 18, 1938

3.   Spouse's occupation:   Housewife since 1990 /secretarial work prior to 1990

4.   Spouse's current address: 214 Klaus St., Beckley, WV 25801

E.   Have you had any prior marriages?   No.

If so, for each marriage, state the following:
Prior Spouse's Name:   N/A
Prior Spouse's Last Known Address:   N/A
Prior Spouse's Current Age:      N/A

F.   Complete the following regarding your mother:

Mother's Name and current address:  Margaret Julia Modley Hatcher

Mother's Maiden Name:  Soltis

Mother's Age (or Age at Death):     90's

If Applicable, Cause of Death:    Colon cancer

G.   Complete the following regarding your Father:

Father's Name and current address:     Stephen Modley

Father's Age (or Age at Death):     31

If Applicable, Cause of Death:     Blood infection

H.   Complete the following regarding your siblings, if any:

1.   Sibling's Name, Address and Telephone Number:
Charles Ray Modley, Arlington, Texas
Sibling's Age (or Age at Death): 66
If Applicable, Cause of Death: N/A

2.   Sibling's Name, Address and Telephone Number:
Helen Ann Modley Gibson, North Palm Beach, Florida
Sibling's Age (or Age at Death): 73
If Applicable, Cause of Death: N/A

I.   Do you have any children (whether by a current or prior marriage or relationship)?  Yes.

If yes, state the number of children:  three

If so, for each child, state the following:

1.   Child's Name, Address and Telephone Number:

Steve Modley, Bluejay 6 Road, Beaver, WV
Phone: 304-252-4364            Child's Age: 48
Does this child currently reside with you?  Yes: _____   No: _X_

2.  Child's Name, Address and Telephone Number:

Robert Modley, 217 N. Wilson Ave., Beckley, WV
Phone: 304-252-2055 _____ Child's Age: 47 _____
Does this child currently reside with you?  Yes: _____   No: ___X___

3.  Child's Name, Address and Telephone Number:

Joe Modley, 930 Guyandotte Ave., Mullens, WV
Phone: 304-294-6867 _____ Child's Age: 44 _____
Does this child currently reside with you?  Yes: _____   No: ___X___

J.  Has any parent, grandparent, sibling or child been diagnosed with any cancer, lung disease, breathing difficulty or heart condition?  Yes.

If yes, identify each such person below and provide the information requested.

1.  Name, Address and Telephone Number:

Mother - Margaret Julia Modley Hatcher
Current Age (or Age at Death): 90's
Diagnosis:  Colon cancer, heart attack
If Applicable, Cause of Death:  Colon cancer

Brother - Charles Ray Modley, Arlington, Texas
Current Age (or Age at Death): 66
Diagnosis:  Congestive heart failure
If Applicable, Cause of Death: N/A

Child - Robert Modley, 217 N. Wilson Ave., Beckley, WV
Current Age (or Age at Death): 47
Diagnosis:  Born with activity murmur which resolved in childhood.
If Applicable, Cause of Death: N/A

Child - Joe Modley, 930 Guyandotte Ave., Mullens, WV
Current Age (or Age at Death): 44
Diagnosis:  Born with childhood asthma which he outgrew at age six.
If Applicable, Cause of Death: N/A

## IV.   EXPOSURE INFORMATION

A.   For each location where you allege exposure to asbestos, please state the following:

| Job Site/ Location (including name of facility owner) | Dates | Your Employer | Your Trade or Occupation | All Known Contractors at Job Site |
|---|---|---|---|---|
| USS Robert F. Keller | 1954-55 | U.S. Navy | Boiler tender/ technician | Foster Wheeler |
| USS Allen M. Sumner | 1955-57 | U.S. Navy | Boiler tender/ technician | Foster Wheeler |
| USS Shenandoah | 1957 | U.S. Navy | Boiler tender/ technician | Foster Wheeler |

B.   To the extent that information is available, please identify the following information with regard to your use of or exposure to asbestos-containing products, or your use of other products about which you have asserted claims in this lawsuit:

| Product Type and/or Product Name, if Known | Manufacturer | Supplier | Product Description (appearance, trade name, etc) | Work Sites/ Locations of Exposure or Product Use | The Exact or Approximate Dates of Alleged Exposure |
|---|---|---|---|---|---|
| Gaskets & Packing | A.W. Chesterton | Fairmont Supply Company | | USS Robert F. Keller USS Allen M. Sumner USS Shenandoah | 1954-55 1955-57 1957 |
| Gaskets & Packing | Anchor Packing | Fairmont Supply Company | | USS Robert F. Keller USS Allen M. Sumner USS Shenandoah | 1954-55 1955-57 1957 |
| Gaskets & Packing | Argo Packing | Fairmont Supply Company | | USS Robert F. Keller USS Allen M. Sumner USS Shenandoah | 1954-55 1955-57 1957 |
| Gaskets & Packing | Garlock | Fairmont Supply Company | | USS Robert F. Keller USS Allen M. Sumner USS Shenandoah | 1954-55 1955-57 1957 |
| Gaskets & Packing | Victor Gasket/Dana Corp. | Fairmont Supply Company | | USS Robert F. Keller USS Allen M. Sumner USS Shenandoah | 1954-55 1955-57 1957 |
| Gaskets & Packing | Durametallic | Fairmont Supply Company | | USS Robert F. Keller USS Allen M. Sumner USS Shenandoah | 1954-55 1955-57 1957 |

8

| Product Type and/or Product Name, if Known | Manufacturer | Supplier | Product Description (appearance, trade name, etc) | Work Sites/ Locations of Exposure or Product Use | The Exact or Approximate Dates of Alleged Exposure |
|---|---|---|---|---|---|
| Compressors | Ingersoll-Rand | | | USS Robert F. Keller<br>USS Allen M. Sumner<br>USS Shenandoah | 1954-55<br>1955-57<br>1957 |
| Pumps | Crane Company, Ingersoll-Rand | | | USS Robert F. Keller<br>USS Allen M. Sumner<br>USS Shenandoah | 1954-55<br>1955-57<br>1957 |
| Asbestos Wicking for Smoke Stacks | | | | USS Robert F. Keller<br>USS Allen M. Sumner<br>USS Shenandoah | 1954-55<br>1955-57<br>1957 |
| Turbines | General Electric | | | USS Robert F. Keller<br>USS Allen M. Sumner<br>USS Shenandoah | 1954-55<br>1955-57<br>1957 |
| Turbines | Westinghouse | | | USS Robert F. Keller<br>USS Allen M. Sumner<br>USS Shenandoah | 1954-55<br>1955-57<br>1957 |
| Gaskets, Packing, Rope and Sheets | Greene-Tweed & Company | Fairmont Supply Company | | USS Robert F. Keller<br>USS Allen M. Sumner<br>USS Shenandoah | 1954-55<br>1955-57<br>1957 |
| Gaskets & Packing | John Crane, Inc. | Fairmont Supply Company | | USS Robert F. Keller<br>USS Allen M. Sumner<br>USS Shenandoah | 1954-55<br>1955-57<br>1957 |
| Pipe Insulation | Owens Illinois | Fairmont Supply Company | | USS Robert F. Keller<br>USS Allen M. Sumner<br>USS Shenandoah | 1954-55<br>1955-57<br>1957 |
| Cement/Mud | Owens Illinois | Fairmont Supply Company | | USS Robert F. Keller<br>USS Allen M. Sumner<br>USS Shenandoah | 1954-55<br>1955-57<br>1957 |
| Boiler Insulation | Owens Illinois | Fairmont Supply Company | | USS Robert F. Keller<br>USS Allen M. Sumner<br>USS Shenandoah | 1954-55<br>1955-57<br>1957 |
| Micarta | Westinghouse | Fairmont Supply Company | | USS Robert F. Keller<br>USS Allen M. Sumner<br>USS Shenandoah | 1954-55<br>1955-57<br>1957 |
| Boilers | Babcock & Wilcox | | | USS Robert F. Keller<br>USS Allen M. Sumner<br>USS Shenandoah | 1954-55<br>1955-57<br>1957 |
| Pipe insulation | Philip Carey | Fairmont Supply Company | | USS Robert F. Keller<br>USS Allen M. Sumner<br>USS Shenandoah | 1954-55<br>1955-57<br>1957 |

| Product Type and/or Product Name, if Known | Manufacturer | Supplier | Product Description (appearance, trade name, etc) | Work Sites/ Locations of Exposure or Product Use | The Exact or Approximate Dates of Alleged Exposure |
|---|---|---|---|---|---|
| Boiler insulation | Philip Carey | Fairmont Supply Company | | USS Robert F. Keller<br>USS Allen M. Sumner<br>USS Shenandoah | 1954-55<br>1955-57<br>1957 |
| Economizer | Foster Wheeler | | | USS Robert F. Keller<br>USS Allen M. Sumner<br>USS Shenandoah | 1954-55<br>1955-57<br>1957 |
| Cloth | Uniroyal | Fairmont Supply Company | | USS Robert F. Keller<br>USS Allen M. Sumner<br>USS Shenandoah | 1954-55<br>1955-57<br>1957 |
| Mortar | Corhart Refractories, General Refractories, Universal Refractories | Fairmont Supply Company | | USS Robert F. Keller<br>USS Allen M. Sumner<br>USS Shenandoah | 1954-55<br>1955-57<br>1957 |
| Firebrick | Corhart Refractories, General Refractories, Universal Refractories | Fairmont Supply Company | | USS Robert F. Keller<br>USS Allen M. Sumner<br>USS Shenandoah | 1954-55<br>1955-57<br>1957 |

V.   **MEDICAL INFORMATION**

A.   Describe each asbestos-related illness, disease or condition which you have:

Mesothelioma

B.   1.   Have you had discussions with any health care provider about whether your illness, disease or condition is related to asbestos exposure?  Yes.

2.   If yes, check one of the following:

a.   I was told my condition is related to asbestos exposure: __X__

b.   I was told my condition is not related to asbestos exposure: ___

c.   I was told my condition may be related to asbestos exposure: ___

d.   I was told by the health care provider that he/she does not know whether my condition is related to asbestos exposure: _____

e.   I do not recall what I was told: _____

If you feel you need to explain the above response, please do so below: _____

3.   Identify the health care provider(s) with whom you have had these discussions:

Geoffrey M. Graeber, M.D.
John S. Rogers, M.D.
Ruby Memorial Hospital
Morgantown, WV

C.   1.   Have you received treatment of any kind for any asbestos-related illness, disease or condition?   Yes.

If yes, identify the health care provider(s) and/or health care facility [e.g., hospital or clinic] from whom and where such treatments have been received:

WVU Hospitals, Mary Babb Randolph Cancer Center, Morgantown, WV

Veterans Administration Hospital, Beckley, WV / Deva, M.D.

Raleigh General Hospital, Beckley, WV / Porterfield, M.D., Beckley, WV

Dr. Rogers, Ruby Memorial Hospital, Morgantown, WV

Raleigh Cancer Center, Dry Hill Road, Beckley, WV (radiation and chemotherapy)

11

VI.   **SMOKING HISTORY**

    A.   Please answer the following:

        1.   Have you ever smoked cigarettes?  Yes.

        2.   If yes, year began 1953  and year ended approximately 1972

        3.   Average pack(s) per day?    Never smoked more than one, sometimes less.

        4.   List the brands of cigarettes you smoked (if you recall): Lucky Strikes, Pall Mall, Lark.

VII.   **ALCOHOL CONSUMPTION HISTORY**

    A.   Please answer the following:

        1.   Have you ever consumed alcohol (*i.e.,* beer, wine, whisky, etc.)?  Yes.

        2.   If yes, year began and year ended: Minimal, has not had a drink for many years.

        3.   Average drinks per day?  (If there is a distinction for periods of life explain: *e.g.*, between the ages of 20 and 30, 4 drinks per day, but now 2 drinks per day). Used to drink about one beer a month.

        4.   Have you ever been treated for alcoholism?    No.

VIII.   **LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION**

List the name and address of each of the following:

    A.   Your current family physician

        Gary Poling, M.D., 25 Mallard Court, Beckley, WV

    B.   Each health care provider who has seen or treated you in the past fifteen (15) years:

        WVU Hospitals, Mary Babb Randolph Cancer Center

        Veterans Administration Hospital, Beckley, WV

        Raleigh General Hospital, Beckley, WV

        Princeton Community Hospital,  Princeton, WV

        Gary Poling, M.D., Beckley, WV

Appalachian Hospital, Stanaford Road, Beckley, WV

Veterans Administration Hospital, Salem, VA

Wine & Syner, 750 Stanaford Road, Beckley, WV

C.   Each hospital where you have received inpatient treatment during the past fifteen (15) years:

Raleigh General Hospital, Beckley, WV
Veterans Administration Hospital, Beckley, WV

D.   Each hospital or health care facility where you have received outpatient treatment (including treatment in an emergency room) during the past fifteen (15) years:

See response to B.

E.   To the best of your knowledge, list each pharmacy or drugstore where you have had prescriptions filled during the past ten (10) years:

Drug Emporium, Beckley, WV
Veterans Administration Hospital, Beckley, WV

F.   If you have submitted a claim for Social Security disability benefits within the past fifteen (15) years, state the name and address of the office which is most likely to have records concerning each claim filed.  N/A

1.   _____
     Name

     _____
     Street Address

     _____
     City, State, Zip Code

     _____
     Telephone Number

G.   If you have submitted a claim for Workers' Compensation within the past fifteen (15) years, state the name and address of the office which is most likely to have records concerning each claim.

N/A

H.   Have you ever made a claim to, or sought coverage from, any insurance company (*e.g.*, private personal health insurance, employer provided health insurance, group

13

or family health insurance, parents' health insurance) for any of the following conditions:

| Condition | Yes | No | If yes, the date that the claim was made | If yes, the name of the insurance company to which the claim was made |
|---|---|---|---|---|
| Shortness of breath | X | | | |
| Asthma | | X | | |
| Emphysema | | X | | |
| Cough | X | | | |
| Fibrosis | | | | |
| Pneumoconiosis | | | | |
| Black Lung | | X | | |
| Chronic Obstructive Lung Disease (COPD) | | X | | |
| Restrictive Airways Impairment | | | | |
| Tuberculosis | | X | | |
| Pulmonary/Lung Disorders | X | | | |
| Angina | | X | | |
| Heart disease | | X | | |
| Myocardial Infarction (heart attack) | | X | | |
| Congestive Heart Failure (CHF) | | X | | |
| Fractured ribs | | X | | |
| Sternum or chest are a blunt trauma | | X | | |
| Pulmonary edema | X | | | |
| Heart by-pass surgery | | X | | |
| Heart transplant | | X | | |

| Condition | Yes | No | If yes, the date that the claim was made | If yes, the name of the insurance company to which the claim was made |
|---|---|---|---|---|
| Arteriosclerosis (hardening of the arteries) | | X | | |
| Polyps in the colon | | X | | |
| Cancer | X | | | |
| Leukemia | | X | | |
| Lymphoma/ Hodgkin's Disease | | X | | |
| Liver disease | | X | | |
| Jaundice | | X | | |
| Obesity | | X | | |
| Hypertension (high blood pressure) | | X | | |
| Gastrointestinal Disease | | X | | |
| Gastrointestinal Cancer | | X | | |
| Stomach Cancer | | X | | |
| Laryngeal Cancer | | X | | |
| Esophageal Cancer | | X | | |
| Oral, Head & Neck Cancer | | X | | |
| All Other Cancers | X | | | |

Mr. Modley has supplementary insurance with Bankers Life.

## **DECLARATION**

I declare that all the information provided in this Fact Sheet is true and correct to the best of my knowledge, information and belief  at this time.  If I recall or discover additional information, I will promptly provide the information to supplement or correct these responses.

Signature

FRANKLIN J. MODLEY
Print

2 - 18 - 06
Date