Case MDL No. 875 - Document 4838  Filed 06/29/06  Page 1 of 1





CLOSED

**United States District Court**
**District of Massachusetts (Boston)**
**CIVIL DOCKET FOR CASE #: 1:06-cv-10618-UA**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 29 2006

FILED
CLERK'S OFFICE

Proto v. Metropolitan Life Insurance Company, et al
Assigned to: Unassigned
Case in other court: MIddlesex Superior Court, 05-02120
Cause: 28:1442 Notice of Removal

Date Filed: 04/07/2006
Jury Demand: None
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/23/2006 | | Judge Nancy Gertner: Electronic ORDER entered granting 10 Motion to Sever, granting 11 Motion to Sever and Remand. (Filo, Jennifer) (Entered: 06/23/2006) |
| 06/23/2006 | | Civil Case Terminated. Case Remanded to State Court. (Filo, Jennifer) (Entered: 06/23/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/28/2006 15:36:36 | | | |
| PACER Login: | jp0001 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:06-cv-10618-UA Start date: 6/23/2006 End date: 6/23/2006 |
| Billable Pages: | 1 | Cost: | 0.08 |

MDL- 875
RECOMMENDED ACTION
Vacate CTO-264 - one action
Approved/Date: MJ 6/28
JL 28 June

**OFFICIAL FILE COPY**

IMAGED JUN 29 2006