

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 29 2006

FILED
CLERK'S OFFICE



## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Louise M. Proto, etc. v. Metropolitan Life Insurance Co., et al.*, D. Massachusetts, C.A. No. 1:06-10618

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Proto*) on May 26, 2006. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in this action filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Proto* was remanded to Middlesex Superior Court, Massachusetts, by the Honorable Nancy Gertner pursuant to an electronic order entered on June 23, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-264" filed on May 26, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

OFFICIAL FILE COPY

IMAGED JUN 29 2006