

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 0 3 2006

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-266)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 81,123 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED JUL - 3 2006

# SCHEDULE CTO-266 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-2900 | Jim Batts, et al. v. General Electric Co., et. al. |
| CAN 3 06-2901 | Clarence Tolva v. General Electric Co. |
| **FLORIDA SOUTHERN** | |
| FLS 0 06-60650 | Judith Ann Shingleton, etc. v. General Electric Co., et al. |
| FLS 1 06-21328 | Teddy L. Harris, et al. v. Borg-Warner Corp., et al. |
| FLS 1 06-21329 | Joseph J. Moran, Sr., et al. v. Borg-Warner Corp., et al. |
| FLS 1 06-21330 | John Lewis v. Borg-Warner Corp., et al. |
| FLS 1 06-21331 | Vincent Papa, et al. v. Borg-Warner Corp., et al. |
| FLS 1 06-21332 | Gerald Kennelly v. Borg-Warner Corp., et al. |
| FLS 1 06-21337 | Robert E. Smith, et al. v. Borg-Warner Corp., et al. |
| FLS 1 06-21338 | David Sandler, et al. v. Borg-Warner Corp., et al. |
| FLS 1 06-21339 | Hazel Dustin, etc. v. Borg-Warner Corp., et al. |
| FLS 1 06-21340 | Thomas Snyder, et al. v. Borg-Warner Corp., et al. |
| FLS 1 06-21341 | Helen Smith, etc. v. Borg-Warner Corp., et al. |
| FLS 1 06-21342 | Douglas Condit, et al. v. Borg-Warner Corp., et al. |
| FLS 1 06-21344 | Bernard Clifford, et al. v. Borg-Warner Corp., et al. |
| FLS 1 06-21345 | Louis Eiden, et al. v. Borg-Warner Corp., et al. |
| FLS 1 06-21346 | Kenneth Quick, et al. v. Borg-Warner Corp., et al. |
| FLS 1 06-21347 | Christal R. Cook, etc. v. Borg-Warner Corp., et al. |
| FLS 1 06-21348 | Lynn Roberdeaux v. Borg-Warner Corp., et al. |
| FLS 1 06-21349 | Berton Rice, et al. v. Borg-Warner Corp., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 06-480 | Clarence T. Green v. Beazer East, Inc., et al. |
| MSS 1 06-494 | Isabell Hughes, et al. v. Garlock, Inc., et al. |
| MSS 1 06-495 | Callie May Day v. Parker Hannifin Corp., et al. |
| MSS 1 06-496 | Gerald D. Jones v. Crane Co., et al. |
| MSS 1 06-497 | Tommie Lee Griffin v. Crane Co., et al. |
| MSS 1 06-499 | Wilburn O. Fowler v. Mississippi Rubber & Specialty Co., et al. |
| MSS 1 06-500 | Henry Sistrunk v. Mississippi Rubber & Specialty Co., et al. |
| MSS 1 06-505 | Frederick Peden v. Mississippi Rubber & Specialty Co., et al. |
| MSS 1 06-509 | Robert McDonald v. Ametek, Inc., et al. |
| MSS 1 06-514 | Thomas Arnold Callahan v. Robertson-Ceco Corp., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 06-455 | Delmore G. Comer, et al. v. A.W. Chesterton, Inc., et al. |
| NCM 1 06-466 | Laymon Carlyle Hayden, et al. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 06-150 | Cathy Quinn, et al. v. A.W. Chesterton, Inc., et al. |
| NCW 1 06-153 | Patricia Ann Justus, etc. v. 3M Co., et al. |
| NCW 1 06-159 | Robert L. Tomes v. A.W. Chesterton, Inc., et al. |
| NCW 1 06-164 | Tula Mae Robbins, etc. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-168 | George F. Reid, et al. v. 3M Co., et al. |

SCHEDULE - CTO-266 - TAG-ALONG ACTIONS                                                                                          Page 2 of 4

DIST. DIV. C.A. #              CASE CAPTION

NEW JERSEY
  NJ  2  06-1752              George J. Weidmuller, et al. v. Hollingsworth & Vose Co., et al.

NEW YORK SOUTHERN
  NYS 1  06-3600              Willard E. Bartel, et al. v. United States Lines, Inc. Reorganization Trust

SOUTH CAROLINA
  SC  8  06-1517              Gary Alvin Gibbs, et al. v. Aqua-Chem, Inc., et al.

TEXAS SOUTHERN
  TXS 4  06-1744              Miranda M. Drummond, etc. v. Badger EB & Sons Co., et al.
  TXS 4  06-1758              Miranda M. Drummond, etc. v. Quigley Co., Inc., et al.

VIRGINIA EASTERN
  VAE 2  06-8899              Perry J. Acciari v. American Standard, Inc., et al.
  VAE 2  06-8900              David J. Bloch v. American Standard, Inc., et al.
  VAE 2  06-8901              John D. Blume v. American Standard, Inc., et al.
  VAE 2  06-8902              Dickie R. Douglass v. American Standard, Inc., et al.
  VAE 2  06-8903              Louis J. Giamalva v. American Standard, Inc., et al.
  VAE 2  06-8904              Gustin v. American Standard, Inc., et al.
  VAE 2  06-8905              Robert G. Hansen v. American Standard, Inc., et al.
  VAE 2  06-8906              John A. Hoeniger v. American Standard, Inc., et al.
  VAE 2  06-8907              Reeves Kidd v. American Standard, Inc., et al.
  VAE 2  06-8908              Lloyd E. Mcconnaughey v. American Standard, Inc., et al.
  VAE 2  06-8909              Daryl L. Neitzel v. American Standard, Inc., et al.
  VAE 2  06-8910              Nelson v. American Standard, Inc., et al.
  VAE 2  06-8911              Charles E. Nordsell v. American Standard, Inc., et al.
  VAE 2  06-8912              Robert E. Nordquist v. American Standard, Inc., et al.
  VAE 2  06-8913              Ralph R. Payne v. American Standard, Inc., et al.
  VAE 2  06-8914              Juan J. Sanchez v. American Standard, Inc., et al.
  VAE 2  06-8915              Bernard D. Stalnaker v. American Standard, Inc., et al.
  VAE 2  06-8916              John R. Stork v. American Standard, Inc., et al.
  VAE 2  06-8917              Harry E. Turvey v. American Standard, Inc., et al.
  VAE 2  06-8918              Harold E. Vierkant v. American Standard, Inc., et al.
  VAE 2  06-8919              Eugene G. Vierling v. American Standard, Inc., et al.
  VAE 2  06-8920              Jules Vuiller v. American Standard, Inc., et al.
  VAE 2  06-8921              Larry T. Welch v. American Standard, Inc., et al.
  VAE 2  06-8922              Claude M. Knotts v. American Standard, Inc., et al.
  VAE 2  06-8923              Jeffrey W. Kuhn v. American Standard, Inc., et al.
  VAE 2  06-8924              Ervin D. Lodermeier v. American Standard, Inc., et al.
  VAE 2  06-8925              Everett A. Lodermeier v. American Standard, Inc., et al.
  VAE 2  06-8926              Seufert v. American Standard, Inc., et al.
  VAE 2  06-8927              Charley B. Snedeker v. American Standard, Inc., et al.
  VAE 2  06-8928              John R. Stocco v. American Standard, Inc., et al.
  VAE 2  06-8929              Humberto B. Aparicio v. American Standard, Inc., et al.
  VAE 2  06-8930              Margarito Baca v. American Standard, Inc., et al.
  VAE 2  06-8931              Charles L. Bailey v. American Standard, Inc., et al.
  VAE 2  06-8932              Daniel S. Barron v. American Standard, Inc., et al.
  VAE 2  06-8933              Duane A. Beaty v. American Standard, Inc., et al.
  VAE 2  06-8934              Richard W. Bennett v. American Standard, Inc., et al.
  VAE 2  06-8935              George R. Blackerby v. American Standard, Inc., et al.

SCHEDULE - CTO-266 - TAG-ALONG ACTIONS                                          Page 3 of 4

DIST. DIV. C.A. #              CASE CAPTION

VIRGINIA EASTERN
VAE  2   06-8936              Larry D. Broadbent v. American Standard, Inc., et al.
VAE  2   06-8937              Bill R. Christian v. American Standard, Inc., et al.
VAE  2   06-8938              John M. Coleman v. American Standard, Inc., et al.
VAE  2   06-8939              George R. Culp v. American Standard, Inc., et al.
VAE  2   06-8940              Felix P. Espinoza v. American Standard, Inc., et al.
VAE  2   06-8941              Henry R. Foster v. American Standard, Inc., et al.
VAE  2   06-8942              Eugene L. Gauert v. American Standard, Inc., et al.
VAE  2   06-8943              George K. Grimes v. American Standard, Inc., et al.
VAE  2   06-8944              Victor M. Knight v. American Standard, Inc., et al.
VAE  2   06-8945              Michael A. Poninski v. American Standard, Inc., et al.
VAE  2   06-8946              Herman E. Schmidt v. American Standard, Inc., et al.
VAE  2   06-8947              Gerald B. Searcy v. American Standard, Inc., et al.
VAE  2   06-8948              Donald L. Stair v. American Standard, Inc., et al.
VAE  2   06-8949              William B. Stephens v. American Standard, Inc., et al.
VAE  2   06-8950              Neal V. Sullivan v. American Standard, Inc., et al.
VAE  2   06-8951              Jackie Ray White v. American Standard, Inc., et al.
VAE  2   06-8952              Elmer H. Hintz v. American Standard, Inc., et al.
VAE  2   06-8953              Monroe v. American Standard, Inc., et al.
VAE  2   06-8954              Joseph T. Thompson v. American Standard, Inc., et al.
VAE  2   06-8955              Monroe v. American Standard, Inc., et al.
VAE  2   06-8956              Samuel R. Hughes v. American Standard, Inc., et al.
VAE  2   06-8957              Gerald N. Mathias, Sr. v. American Standard, Inc., et al.
VAE  2   06-8958              Arthur L. Strader v. American Standard, Inc., et al.
VAE  2   06-8959              Frank Martone v. American Standard, Inc., et al.
VAE  2   06-8960              William H. Monroe, Jr. v. American Standard, Inc., et al.
VAE  2   06-8961              Robert D. Norwood v. American Standard, Inc., et al.
VAE  2   06-8962              Charles W. Perry v. American Standard, Inc., et al.
VAE  2   06-8963              Larry A. Reaser v. American Standard, Inc., et al.
VAE  2   06-8964              Donald E. Rumpler v. American Standard, Inc., et al.
VAE  2   06-8965              Armando B. Silva v. American Standard, Inc., et al.
VAE  2   06-8966              Clarence W. Stiver v. American Standard, Inc., et al.
VAE  2   06-8967              Ron J. Tarnovich v. American Standard, Inc., et al.
VAE  2   06-8968              James N. Collier v. American Standard, Inc., et al.
VAE  2   06-8969              Thomas H. Connor v. American Standard, Inc., et al.
VAE  2   06-8970              Teddy M. Ellis v. American Standard, Inc., et al.
VAE  2   06-8971              Kenneth N. Fouts v. American Standard, Inc., et al.
VAE  2   06-8972              Leslie L. Hayes v. American Standard, Inc., et al.
VAE  2   06-8973              Gary S. Vogrin v. American Standard, Inc., et al.
VAE  2   06-8974              Robert H. Chapman v. American Standard, Inc., et al.
VAE  2   06-8975              Kenneth H. Ackerman v. American Standard, Inc., et al.
VAE  2   06-8976              Larry Johnson v. American Standard, Inc., et al.
VAE  2   06-8977              Jakie Lodermeier v. American Standard, Inc., et al.
VAE  2   06-8978              Heriberto Peralta v. American Standard, Inc., et al.
VAE  2   06-8979              Albert Rael v. American Standard, Inc., et al.
VAE  2   06-8980              Frank A. Sanchez v. American Standard, Inc., et al.
VAE  2   06-8981              Ertle R. Taylor v. American Standard, Inc., et al.
VAE  2   06-8982              Lawrence V. Vigil v. American Standard, Inc., et al.

SCHEDULE - CTO-266 - TAG-ALONG ACTIONS                                              Page 4 of 4

DIST. DIV. C.A. #              CASE CAPTION

VIRGINIA EASTERN
VAE  4  06-3185    Erling Bruun v. Amchem Products, Inc., et al.
VAE  4  06-3186    William Carroll Byrum v. Amchem Products, Inc., et al.
VAE  4  06-3187    Gerald Wayne Graham v. Amchem Products, Inc., et al.
VAE  4  06-3188    Lerry Darnell Harper v. Amchem Products, Inc., et al.
VAE  4  06-3189    George Edward Jones, Sr. v. Amchem Products, Inc., et al.
VAE  4  06-3190    Milton D. Kirkland v. Amchem Products, Inc., et al.
VAE  4  06-3191    Jimmie Joe McDonald v. Amchem Products, Inc., et al.
VAE  4  06-3192    H. Glenn Musick v. Amchem Products, Inc., et al.
VAE  4  06-3193    William Alexander Parker v. Amchem Products, Inc., et al.
VAE  4  06-3194    Clyde Harper Poindexter v. Amchem Products, Inc., et al.
VAE  4  06-3195    Charles Edward Pyatt v. Amchem Products, Inc., et al.
VAE  4  06-3196    Arthur J. Ray v. Amchem Products, Inc., et al.
VAE  4  06-3197    Harry Taylor Sivils, III v. Amchem Products, Inc., et al.
VAE  4  06-3198    William Howard Smith, Jr. v. Amchem Products, Inc., et al.
VAE  4  06-3199    Ernest Lee Williams v. Amchem Products, Inc., et al.
VAE  4  06-3200    Larry Mitchell Winfree v. Amchem Products, Inc., et al.
VAE  4  06-3201    Thomas Oliver Young v. Amchem Products, Inc., et al.
VAE  4  06-3202    Jack Raymond Zeiters, Jr. v. Amchem Products, Inc., et al.
VAE  4  06-3203    Ellis Edward Hales, Jr. v. Garlock Sealing Technologies, LLC, et al.