JUL 13 2006

BEFORE THE JUDICIAL PANEL ON MULTI DISTRICT LITIGATION

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. IV) | DOCKET NO. 875 |

THIS DOCUMENT RELATES TO:                              (CTO-266)

IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF VIRGINIA

*Ellis Hales v. Garlock Sealing Techs, LLC, et al.,*
Civil Action No.    VAE 4 06-3203

## PLAINTIFF'S NOTICE OF OPPOSITION TO JUDICIAL PANEL'S CONDITIONAL TRANSFER ORDER

Comes now the Plaintiff, Ellis Hales, by counsel, and pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, hereby serves her Notice of Opposition to the Conditional Transfer Order for a tag-along-action, filed July 3, 2006. Plaintiff submits that the federal court has no jurisdiction over this matter, and the Plaintiff's Motion to Remand has been fully briefed by the parties and is ripe for decision by the assigned judge in the United States District Court for the Eastern District of Virginia, where this case was removed.

Respectfully submitted,

ELLIS HALES

_____
By Counsel

Robert R. Hatten, Esq. (VSB # 12854)
Donald N. Patten, Esq. (VSB # 06869)
Hugh B. McCormick, III, Esq. (VSB # 37513)
William W.C. Harty, Esq. (VSB # 45447)
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, VA 23602
757.223.4500 Telephone
757.249.3242 Facsimile

OFFICIAL FILE COPY         IMAGED JUL 13 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition to Judicial Panel's Conditional Transfer Order has been served via first class mail on all counsel of record in this action, on all counsel contained on the Attached Panel service List (Excerpted from CTO-266), and on the United States District Court for the Eastern District of Virginia this 13th day of July, 2006.

William W.C. Harty

| | |
|---|---|
| Robert M. Tata, Esq.<br>Wendy C. McGraw, Esq.<br>HUNTON & WILLLIAM, LLP<br>500 East Main Street, Suite 1000<br>Norfolk, VA 23510 | Carl Schwertz, Esq.<br>DUANE HAUCK & GNAPP<br>10 E. Franklin St., 4th Floor<br>Richmond, VA 23219-2106 |
| George Dancigers, Esq.<br>MCKENRY, DANCIGERS,<br>DAWSON & LAKE<br>192 Ballard Court, Suite 400<br>Virginia Beach, VA 23462-6538 | Eric G. Reeves, Esq.<br>Martin Conn, Esq.<br>MORAN KIKER, BROWN, P.C.<br>4110 E. Parham Road, Suite A<br>Richmond, VA 23228 |
| John P. Fishwick, Esq.<br>LICHTENSTEIN & FISHWICK, P.C.<br>101 South Jefferson St., Suite 505<br>Roanoke, VA 24011 | Stephen R. Jackson, Esq.<br>WILLCOX & SAVAGE, P.C.<br>1800 Bank of America Center<br>One Commercial Place<br>Norfolk, VA 23510-2197 |
| R. Thomas Radcliffe, Jr., Esq.<br>Steven J. Parrot, Esq.<br>DEHAY & ELLISTON<br>36 S. Charles St., 13th Floor<br>Baltimore, MD 21201 | |

RECEIVED CLERK'S OFFICE 2006 JUL 13 A 8:42 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION