JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 875**

JUL 17 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| DONALD McCARTY and BETTY McCARTY, his wife | ) ) ) | |
| Plaintiffs, | ) ) | W.D. Pa. Civil Action No. 2:06-cv-625 |
| vs. | ) ) | MDL Docket No. 875 |
| ALLIED GLOVE CORPORATION; et al., | ) ) | In re: Asbestos Products Liability Litigation (No. VI) |
| Defendants, | ) ) | |
| vs. | ) ) | |
| GOODYEAR TIRE & RUBBER COMPANY | ) ) ) | |
| Additional Defendant. | ) ) | |

### DEFENDANT GENERAL ELECTRIC COMPANY'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER TO MDL-875

Defendant, General Electric Company ("GE"), by and through its undersigned counsel of record, hereby files its response in opposition to plaintiffs' motion to vacate the conditional transfer order issued by this Panel on June 6, 2006.

Plaintiffs have filed a one-paragraph motion to vacate the June 6, 2006 conditional transfer order, together with a brief that, without any citation of authority, advances only two reasons in opposition to the transfer:

**OFFICIAL FILE COPY**

IMAGED JUL 17 2006

RECEIVED CLERK'S OFFICE
2006 JUL 13 P 4:27
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

1. that there is a pending motion to remand the case to state court; and

2. that "[t]ransferring this case [to] the MDL would create additional delays and further frustrate Plaintiffs in their attempt to get this case back on an expedited state court docket."

For the reasons set forth more fully in the brief accompanying this response, plaintiffs' motion to vacate the conditional transfer order is totally devoid of merit. It makes no claim that this asbestos case does not fall within the scope of this Panel's July 29, 1991 order establishing MDL-875, and it ignores this Panel's prior holdings that the pendency of a motion to remand is an insufficient ground to preclude a case's transfer to multidistrict litigation proceedings under 28 U.S.C. §1407.

WHEREFORE, GE respectfully requests that that the plaintiffs' motion to vacate the conditional transfer order be denied.

Respectfully submitted,

PIETRAGALLO, BOSICK & GORDON, LLP

By: _____
Nora Barry Fischer, Esquire
Pa. I.D. No. 25455
Bryan S. Neft, Esquire
Pa. ID No. 60007

*Of Counsel:*

Thomas A. Bickers, Esquire
Paine, Tarwater, Bickers & Tillman, L.L.P.
1100 First Tennessee Plaza
800 South Gay Street
Knoxville, Tennessee 37929

*Attorneys for Defendant General Electric Company*

Dated: July 11, 2006

Doc. #1021778

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 17 2006

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, the 11th day of July, 2006, a true and correct copy

of the foregoing **Defendant General Electric Company's Response in Opposition to**

**Plaintiffs' Motion to Vacate Conditional Transfer Order to MDL-875** was served upon

plaintiffs' counsel, addressed as follows, and upon the Panel Service List attached hereto, by

U.S. first-class mail, postage prepaid, and was served upon all other known counsel of record at

the addresses and in the manner set forth on the attached service list.

Janice M. Savinis, Esquire
Savinis, D'Amico & Kane, LLC
Suite 3636 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

*Attorneys for Plaintiffs*

PIETRAGALLO, BOSICK & GORDON

By: _____
Nora Barry Fischer, Esquire
Bryan S. Neft, Esquire

*Attorneys for Defendant General Electric Company*

RECEIVED
CLERK'S OFFICE
2006 JUL 13 P 4: 27
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**PANEL SERVICE LIST (Excerpted from CTO-265)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Donald McCarty, et al. v. Allied Glove Corp., et al, W.D. Pennsylvania, C.A. No. 2:06-625*

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

Eric K. Falk
Davies, McFarland & Carroll
One Gateway Center
Tenth Floor
Pittsburgh, PA 15222

Nora B. Fischer
Pietragallo, Bosick & Gordon
One Oxford Centre
38th Floor
Pittsburgh, PA 15219

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Michael J. Gallucci
Savinis, D'Amico & Kane
707 Grant Street
Gulf Tower, Suite 3626
Pittsburgh, PA 15219

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Stephen R. Mlinac
Swartz Campbell, LLC
4750 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

**SERVICE LIST**
**DONALD McCARTY and BETTY McCARTY, his wife v. ALLIED GLOVE**
**CORPORATION, et al.**

Service of the foregoing response is being made upon counsel for all parties by first class mail, addressed as follows, except that all counsel of the firm of Pietragallo, Bosick & Gordon, LLP are being served by hand delivery.

| Defendant | Counsel of Record |
|---|---|
| Allied Glove Corporation | Stephen R. Mlinac, Esquire<br>Anne L. Wilcox, Esquire<br>Swartz Campbell LLC<br>4750 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, Pa 15219 |
| American Optical Corporation | Kathy K. Condo, Esquire<br>Joshua D. Verdi, Esquire<br>Reed Smith, LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 |
| Argo Packing Company | Matthew R. Wimer, Esquire<br>Deborah L. Iannamorelli, Esquire<br>Wimer Law Offices, P.C.<br>655 Allegheny Avenue<br>Oakmont, PA 15139 |
| Atlas Industries, Inc. | Edmund L. Olszewski, Jr., Esquire<br>Kelly Smith Dorencamp, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| A.W. Chesterton Company | Alba A. Romano, Esquire<br>Patrick R. Riley, Esquire<br>Sibyl McNulty, Esquire<br>Riley, Hewitt & Sweitzer, P.C.<br>650 Washington Road<br>Pittsburgh, PA 15228 |
| Beazer East, Inc., in its own right and as successor to Koppers Company, Inc., and other related companies including Thiem Corporation, Beazer U.S.A., Inc., and Beazer, PLC | Michael Magee, Esquire<br>Robert J. Monahan, Esquire<br>Pietragallo, Bosick & Gordon, LLP<br>38th Floor, One Oxford Centre<br>Pittsburgh, PA 15219 |

| Defendant | Counsel of Record |
|---|---|
| B. M. Kramer & Company, Inc. and B. M. Kramer Associates | Alice S. Johnston, Esquire<br>Mark A. Bartholomaei, Esquire<br>Obermayer Rebmann Maxwell & Hippell LLP<br>One Mellon Center, Suite 5240<br>500 Grant Street<br>Pittsburgh, PA 15219-2502 |
| Cashco, Inc. | Michael A. Karaffa, Esquire<br>Edward A. Miller, Esquire<br>Melissa Devich Cochran, Esquire<br>Marshall, Dennehey, Warner, Coleman & Goggin, P.C.<br>U.S. Steel Tower, Suite 2900<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| Certainteed Corporation | William D. Hague, Esquire<br>George M. Milanovich, Esquire<br>Wilbraham Lawler & Buba<br>Two Gateway Center, Suite 1725<br>603 Stanwix Street<br>Pittsburgh, PA 15222 |
| Champlain Cable Corporation, as successor-in-interest to Hercules Inc. | Paul K. Vey, Esquire<br>Timothy J. Green, Esquire<br>Pietragallo, Bosick & Gordon, LLP<br>38th Floor, One Oxford Centre<br>Pittsburgh, PA 15219 |
| Copes-Vulcan, Inc. | Vincent R. Scaglione, Jr., Esquire<br>Michael S. Kaczmarek, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| Coppus Turbines (Tuthill Energy Systems) | Kathy K. Condo, Esquire<br>Joshua Verdi, Esquire<br>Reed Smith, LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 |
| Crane Valve Group | Nicholas P. Vari, Esquire<br>Eric R. Cottle, Esquire<br>Kirkpatrick Lockhart Nicholson Graham, LLP<br>1500 Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA 15222-2312 |

| Defendant | Counsel of Record |
|---|---|
| Dezurik, Inc. | John J. Repcheck, Esquire<br>Joseph L. Orszulak, Esquire<br>Marks, O'Neill, O'Brien & Courtney, P.C.<br>2600 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 |
| Dravo Corporation | Stephen R. Mlinac, Esquire<br>Hilary C. Bonenberger, Esquire<br>Swartz Campbell LLC<br>4750 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, Pa 15219 |
| Durabla Manufacturing Company, in its own right and as successor to Durabla Canada, Ltd. | David J. Rosenberg, Esquire<br>Weber Gallagher Simpson Stapleton Fires & Newby, LLP<br>Two Gateway Center, Suite 1450<br>603 Stanwix Street<br>Pittsburgh, PA 15222 |
| Durametallic Corporation | John J. Repcheck, Esquire<br>John M. Schollaert, Esquire<br>Marks, O'Neill, O'Brien & Courtney, P.C.<br>2600 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 |
| Eaton Corporation, as successor-in-interest to Cutler-Hammer, Inc. | Cy Goldberg, Esquire<br>121 S. Broad Street<br>Suite 1500<br>Philadelphia PA 19107 |
| E. E. Zimmerman Company | John J. Repcheck, Esquire<br>John M. Schollaert, Esquire<br>Marks, O'Neill, O'Brien & Courtney, P.C.<br>2600 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 |
| Eichleay Corporation | Daniel E. Krauth, Esquire<br>Zimmer Kunz, PLLC<br>U.S. Steel Tower, Suite 3300<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| Electrolux Home Products | Vincent Scaglione, Jr., Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |

| Defendant | Counsel of Record |
|---|---|
| Elliott Turbomachinery Company, Inc. | James C. Zeszutek, Esquire<br>Thorp Reed & Armstrong LLP<br>One Oxford Centre, 14th Floor<br>301 Grant Street<br>Pittsburgh PA 15219-1425 |
| Elsa Benson, Inc | Leo Gerard Daley, Esquire<br>Grogan Graffam, P.C.<br>Four Gateway Center<br>12th Floor<br>Pittsburgh, PA 15222 |
| Fabri-Valve, Division of ITT Grinnell Valve Company, Inc. | Robert W. Hastings, Esquire<br>James P. Killeen, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| Fairmont Supply | Edmund L. Olszewski, Jr., Esquire<br>Kelly Smith Dorencamp, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| F. B. Wright Company | Leo Gerard Daley, Esquire<br>Grogan Graffam, P.C.<br>Four Gateway Center<br>12th Floor<br>Pittsburgh, PA 15222 |
| Fisher Scientific Company | James V. Corabelli, Esquire<br>Melissa L. Evans, Esquire<br>Babst, Calland, Clements & Zomnir, P.C.<br>Two Gateway Center, 8th Floor<br>603 Stanwix Street<br>Pittsburgh, PA 15222 |
| Foseco, Inc. | Terry A. Schrock, Esquire<br>Maron Pierce, LLC<br>Landmark Building, Suite 1945<br>100 West Station Square Drive<br>Pittsburgh, PA 15219 |
| Foster Wheeler Corporation | Dennis F. Wolford, Esquire<br>Reed, Luce, Tosh, Wolford & Douglass, P.C.<br>804 Turnpike Street<br>Beaver, PA 15009 |
| Garlock, Inc. | Gregory L. Fitzpatrick, Esquire<br>Margolis Edelstein<br>1500 Grant Building<br>310 Grant Street<br>Pittsburgh, PA 15219 |

| Defendant | Counsel of Record |
|---|---|
| Gateway Industrial Supply Company | Dale K. Forsythe, Esquire<br>Scott W. Stephen, Esquire<br>Gregory S. Knight, Esquire<br>Wayman, Irvin & McCauley<br>437 Grant Street<br>1624 Frick Building<br>Pittsburgh, PA 15219 |
| General Electric Company | Nora Barry Fischer, Esquire<br>Bryan S. Neft, Esquire<br>Pietragallo, Bosick & Gordon, LLP<br>38th Floor, One Oxford Centre<br>Pittsburgh, PA 15219<br><br>John A. Heller, Esquire<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br><br>Thomas A. Bickers, Esquire<br>Paine, Tarwater, Bickers & Tillman, L.L.P<br>1100 First Tennessee Plaza<br>800 South Gay Street<br>Knoxville, Tennessee 37929 |
| George V. Hamilton, Inc. | Concetta A. Silvaggio, Esquire<br>Michael A. Katz, Esquire<br>Willman & Arnold, LLP<br>705 McKnight Park Drive<br>Pittsburgh, Pa 15237 |
| Gould Pumps, Inc. | Leo Gerard Daley, Esquire<br>Michael P. Creedon, Esquire<br>Grogan Graffam, P.C.<br>Four Gateway Center<br>12th Floor<br>Pittsburgh, PA 15222 |
| Greene Tweed & Company | Dennis F. Wolford, Esquire<br>Reed, Luce, Tosh, Wolford & Douglass, P.C.<br>804 Turnpike Street<br>Beaver, PA 15009 |
| Grinnell Corporation | Alexander P. Bicket, Esquire<br>Zimmer Kunz, PLLC<br>U.S. Steel Tower, Suite 3300<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

| Defendant | Counsel of Record |
|---|---|
| Hedman Mines, Ltd | Robert N. Spinelli, Esquire<br>Richard L. Walker, II, Esquire<br>Kelley Jasons McGuire & Spinelli<br>Centre Square West, Suite 1500<br>1500 Market Street<br>Philadelphia PA 19102 |
| Honeywell, Inc. | Kenneth S. Mroz, Esquire<br>Swartz Campbell LLC<br>4750 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, Pa 15219 |
| Hunter Sales Corporation | Andrew F. Adomitis, Esquire<br>Grogan Graffam, P.C.<br>Four Gateway Center<br>12th Floor<br>Pittsburgh, PA 15222 |
| IMO Industries, Inc., f/k/a IMO Delaval, Inc., f/k/a Transamerican DeLaval, Inc. f/k/a DeLaval Turbine, Inc., DeLaval Turbine, Inc., DeValco Corporation | Eric K. Falk, Esquire<br>Julie L. Nord, Esquire<br>Brandon D. Coneby, Esquire<br>Davies, McFarland & Carroll, P.C.<br>One Gateway Center, 10th Floor<br>Pittsburgh, PA 15222-1416 |
| Industrial Holdings Corporation, f/k/a Carborundum Company | Robert W. Hastings, Esquire<br>James P. Killeen, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| Ingersoll-Rand | John F. McCabe, Esquire<br>Marks, O'Neill, O'Brien & Courtney, P.C.<br>Gulf Tower, Suite 2600<br>707 Grant Street<br>Pittsburgh, PA 15219-6101 |
| I.U. North American, Inc., as successor by merger to the Garp Company, formerly known as The Gage Company, formerly known as Pittsburgh Gage and Supply Company | Edward J. Wilbraham, Esquire<br>Jennifer E. Watson, Esquire<br>William D. Hague, Esquire<br>George M. Milanovich, Esquire<br>Wilbraham Lawler & Buba<br>Two Gateway Center, Suite 1725<br>603 Stanwix Street<br>Pittsburgh, PA 15222 |
| J. M. Foster, Inc. | Richard C. Polley, Esquire<br>Shannon E. Noe, Esquire<br>Angela R. Winslow, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |

| Defendant | Counsel of Record |
|---|---|
| Kaiser Gypsum Company, Inc. | Michael A. Karaffa, Esquire<br>Edward A. Miller, Esquire<br>Marshall, Dennehey, Warner, Coleman & Goggin, P.C.<br>U.S. Steel Tower, Suite 2900<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| Marley Cooling Tower | Matthew A. Wimer, Esquire<br>Deborah L. Iannamorelli, Esquire<br>Wimer Law Offices, P.C.<br>655 Allegheny Avenue<br>Oakmont, PA 15139 |
| McCarls, Inc. | John J. Repcheck, Esquire<br>John M. Schollaert, Esquire<br>Marks, O'Neill, O'Brien & Courtney, P.C.<br>2600 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 |
| Melrath Supply and Gasket Company | Patrick T. Finnegan, Esquire<br>Elizabeth W. Downey, Esquire<br>Law Offices of Kevin C. Tierney<br>100 South Broad Street, Suite 1125<br>Philadelphia, PA 19110-1029 |
| Mine Safety Appliance Company | Joslin Gleason, Esquire<br>Davies, McFarland & Carroll, P.C.<br>One Gateway Center, 10th Floor<br>Pittsburgh, PA 15222-1416 |
| Minnotte Contracting Corporation | Joni M. Mangino, Esquire<br>Christopher T. Yoskosky, Esquire<br>Zimmer Kunz, PLLC<br>U.S. Steel Tower, Suite 3300<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| M. S. Jacobs & Associates, Inc. | Alexander P. Bicket, Esquire<br>Zimmer Kunz, PLLC<br>U.S. Steel Tower, Suite 3300<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| Nagle Pumps, Inc. | Richard C. Polley, Esquire<br>Adam J. Warhola, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |

| Defendant | Counsel of Record |
|---|---|
| Oglebay Norton Company, and its division Ferro Engineering | Jeanne Welch Sopher, Esquire<br>Heintzman, Warren, Wise & Fornella, P.C.<br>The 35th Floor, Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1913 |
| Ohio Lime Corporation* (dismissed 3/2/06) | Kenneth S. Robb, Esquire<br>1080 Long run Road<br>McKeesport, PA 15132 |
| Owens-Illinois, Inc. | Kathy K. Condo, Esquire<br>Joshua D. Verdi, Esquire<br>Reed Smith, LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 |
| Pittsburgh Metals Purifying Company | John J. Delany, Esquire<br>Stephanie M. Pompey, Esquire<br>Delany & O'Brien<br>325 Chestnut Street, Suite 1212<br>Philadelphia, PA 19106 |
| Plotkin Brothers Supply , LLP | Richard C. Polley, Esquire<br>Shannon E. Noe, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| Power Piping | Anne D. Harman, Esquire<br>Bailey Riley Buch & Harman<br>900 Riley Building<br>P.O. Box 631<br>Wheeling WV 26003 |
| Premier Refractories, Inc., f/k/a Adience, Inc., successor-in-interest to Adience Company, LP, as successor to BMI, Inc. | Concetta A. Silvaggio, Esquire<br>Michael A. Katz, Esquire<br>Willman & Arnold, LLP<br>705 McKnight Park Drive<br>Pittsburgh, Pa 15237 |
| Safety First Industries, Inc., in its own right and as successor-in-interest to Safety-First Supply, Inc. | Joseph R. Schaper, Esquire<br>Heintzman, Warren, Wise & Fornella, P.C.<br>The 35th Floor, Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1913 |
| Sealite, Inc. | Anne D. Harman, Esquire<br>Bailey Riley Buch & Harman<br>900 Riley Building<br>P.O. Box 631<br>Wheeling WV 26003 |

| Defendant | Counsel of Record |
|---|---|
| Stockham Valves & Fittings, f/k/a Marlin Valve, Inc. | Concetta A. Silvaggio, Esquire<br>Michael A. Katz, Esquire<br>Willman & Arnold, LLP<br>705 McKnight Park Drive<br>Pittsburgh, Pa 15237 |
| Swindell-Dressler International Company | Robert D. Leidigh, Esquire<br>Grogan Graffam, P.C.<br>Four Gateway Center<br>12th Floor<br>Pittsburgh, PA 15222 |
| Taylored Industries, Inc. | Matthew A. Wimer, Esquire<br>Deborah L. Iannamorelli, Esquire<br>Wimer Law Offices, P.C.<br>655 Allegheny Avenue<br>Oakmont, PA 15139 |
| The Sager Corporation, successor-in-interest to the Sager Glove Corporation | Richard C. Polley, Esquire<br>Shannon E. Noe, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| Townsend & Bottum, Inc. | Hunter A. McGeary, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| Treco Construction Services, Inc., f/k/a The Rust Engineering Company | Michael Magee, Esquire<br>Robert J. Monahan, Esquire<br>Pietragallo, Bosick & Gordon, LLP<br>38th Floor, One Oxford Centre<br>Pittsburgh, PA 15219 |
| Thiem Corporation, and its division, Universal Refractories | Michael Magee, Esquire<br>Robert J. Monahan, Esquire<br>Pietragallo, Bosick & Gordon, LLP<br>38th Floor, One Oxford Centre<br>Pittsburgh, PA 15219 |
| Unifrax Corporation, f/k/a Carborundum | Robert W. Hastings, Esquire<br>James P. Killeen, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |

| Defendant | Counsel of Record |
|---|---|
| Union Carbide Corporation, its Linde Division | William D. Hague, Esquire<br>Jennifer E. Watson, Esquire<br>George M. Milanovich, Esquire<br>Wilbraham Lawler & Buba<br>Two Gateway Center, Suite 1725<br>603 Stanwix Street<br>Pittsburgh, PA 15222 |
| United Conveyor Corporation | Jeanne Welch Sopher, Esquire<br>Michael D. Heintzman, Esquire<br>Charles S. Warren Esquire<br>Marilyn J. Larrimer, Esquire<br>Heintzman, Warren, Wise & Fornella, P.C.<br>The 35th Floor, Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1913 |
| USX Corporation, f/k/a United States Steel Corporation | A. Bradley Cramer, Jr., Esquire<br>United States Steel Corporation<br>600 Grant Street, Room 1880<br>Pittsburgh, PA 15219-4776 |
| Viacom, Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation | Eric L. Horne, Esquire<br>Daniel J. Sinclair, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>U.S. Steel Tower, 44th Floor<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| Washington Group International, f/k/a Raytheon Engineers Constructors, Inc., and all its domestic subsidiaries, including the Badger Company, Inc. | Gregory L. Fitzpatrick, Esquire<br>Margolis Edelstein<br>1500 Grant Building<br>310 Grant Street<br>Pittsburgh, PA 15219 |
| Kentile Floors, Inc. (Joined by First Amended Complaint) | Lorrie L. Cherillo, Esquire<br>William J. Donovan, Esquire<br>Burns, White & Hickton<br>Four Northshore Center<br>106 Isabella Street<br>Pittsburgh, PA 15212 |
| Bondex International, Inc. (Joined by First Amended Complaint) | Edward A. Miller, Esquire<br>Melissa Devich Cochran, Esquire<br>Michael A. Karaffa, Esquire<br>Marshall, Dennehey, Warner, Coleman & Goggin, P.C.<br>U.S. Steel Tower, Suite 2900<br>600 Grant Street<br>Pittsburgh, PA 15219 |

| Defendant | Counsel of Record |
|---|---|
| Georgia-Pacific Corporation (Joined by First Amended Complaint) | Stacey F. Vernallis, Esquire<br>Dana L. Bacsi, Esquire<br>Goehring, Rutter & Boehm<br>1424 Frick Building<br>437 Grant Street<br>Pittsburgh, PA 15219 |
| Sears, Roebuck & Company (Joined by First Amended Complaint) | Eric K. Falk, Esquire<br>Julie L. Nord, Esquire<br>Brandon D. Coneby, Esquire<br>Davies, McFarland & Carroll, P.C.<br>One Gateway Center, 10th Floor<br>Pittsburgh, PA 15222-1416 |
| Goodyear Tire & Rubber Company (Additional Defendant) | William David Geiger, Esquire<br>Davies, McFarland & Carroll, P.C.<br>One Gateway Center, 10th Floor<br>Pittsburgh, PA 15222-1416 |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 7 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DONALD McCARTY and BETTY )
McCARTY, his wife )
　 )
　　　Plaintiffs, ) W.D. Pa. Civil Action No. 2:06-cv-625
　 )
vs. ) MDL Docket No. 875
　 )
ALLIED GLOVE CORPORATION; et al., ) In re: Asbestos Products Liability Litigation
　 ) (No. VI)
　　　Defendants, )
　 )
vs. )
　 )
GOODYEAR TIRE & RUBBER )
COMPANY )
　　　Additional Defendant. )
　 )

**DEFENDANT GENERAL ELECTRIC COMPANY'S
BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION
TO VACATE CONDITIONAL TRANSFER ORDER TO MDL-875**

Defendant, General Electric Company ("GE"), by and through its undersigned counsel of

record, hereby files its brief in opposition to plaintiffs' motion to vacate the conditional transfer

order issued by this Panel on June 6, 2006. For the reasons set forth below, plaintiffs' motion

presents not a single cognizable ground to vacate the conditional transfer order.

**INTRODUCTION**

In this personal injury action based upon alleged exposure to allegedly asbestos

containing products, GE, on May 10, 2006, filed a notice of removal from the Court of Common

Pleas of Lawrence County to the United States District Court for the Western District of

Pennsylvania pursuant to 28 U.S.C. §1442(a).  GE also filed and submitted to this Panel a notice

of tag-along action, advising that this is an action that may be subject to transfer to the United

States District Court for the Eastern District of Pennsylvania pursuant to this Panel's order dated

July 29, 1991.  Subsequently, on June 6, 2006, this Panel issued a conditional transfer order to

transfer this case to the Eastern District of Pennsylvania at MDL-875.

Plaintiffs have filed a one-paragraph motion to vacate the June 6, 2006 conditional

transfer order, together with a brief that, without any citation of authority, advances only two

reasons in opposition to the transfer:

1. that there is a pending motion to remand the case to state court; and
2. that "[t]ransferring this case [to] the MDL would create additional delays and further frustrate Plaintiffs in their attempt to get this case back on an expedited state court docket."

As is set forth more fully in the sections that follow, plaintiffs' motion to vacate the

conditional transfer order is totally devoid of merit.  It makes no claim that this asbestos case

does not fall within the scope of this Panel's July 29, 1991 order establishing MDL-875, and it

ignores this Panel's prior holdings that the pendency of a motion to remand is an insufficient

ground to preclude a case's transfer to multidistrict litigation proceedings under 28 U.S.C.

§1407.

## ARGUMENT

**I.    This Asbestos Case Falls Squarely within the Scope of the Panel's July 29, 1991 Order Establishing MDL-875, and Plaintiffs' Have Advanced No Argument to the Contrary**

This Panel's July 29, 1991 order effecting the transfer of all asbestos personal injury and wrongful death cases to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §1407 was accompanied by a comprehensive opinion carefully assessing the needs of the judicial system in light of the burgeoning number of asbestos cases. *In re Asbestos Products Liability Litigation (No. VI)*, 771 F. Supp. 415 (Jud.Pan.Mult.Lit. 1991).

There is no question that this case falls within the scope of asbestos cases covered by the July 29, 1991 order, and is subject to transfer as a "tag-along action" involving "common questions of fact with actions previously transferred under Section 1407." *See* JPML Rule 1.1.

Plaintiffs' motion makes no argument or assertion to the contrary.

**II.    The Pendency of a Motion to Remand the Case to State Court is an Insufficient Ground to Vacate a Conditional Transfer Order, and the Motion Can Be Expeditiously Presented to and Decided by the Transferee Court**

Plaintiffs' motion to remand is based entirely upon the pendency of a motion to remand the case to the state court and the related argument that remand will somehow be delayed if the case is transferred to the Eastern District of Pennsylvania pursuant to the conditional transfer order.

However, this Panel has clearly held in previous decisions that, because a motion to remand a removed action can be presented to the transferee court, the pendency of such a remand motion is not sufficient grounds to prevent transfer of a case under 28 U.S.C. §1407. In *In re Enron Corp. Securities, Derivative & "ERISA" Litigation*, 227 F.Supp.2d 1389

(Jud.Pan.Mult.Lit. 2002), this Panel overruled objections to a conditional transfer order, holding

that pending motions to remand to state court were insufficient grounds to preclude transfer. In

this regard, the Panel stated:

> To those parties who urge the Panel not to order transfer before
> their remand or jurisdictional motions are resolved by their
> transferor court, we note that remand and other motions, if not
> resolved in the transferor court by the time of Section 1407
> transfer, can be presented to and decided by the transferee judge.
> *See, e.g., In re Ivy*, 901 F.2d 7 (2nd Cir. 1990); *In re Prudential
> Insurance Company of America Sales Practices Litigation*, 170 F.
> Supp. 2d 1346, 1347-48 (J.P.M.L. 2001).

227 F.Supp.2d at 1391. Similarly, in *In re Vioxx Products Liability Litigation*, 360 F.Supp.2d

1352 (Jud.Pan.Mult.Lit. 2005), this Panel held that the pendency of motions to remand to state

court did not preclude a transfer order under 28 U.S.C. §1407, stating:

> The pendency of a motion to remand to state court is not a
> sufficient basis to avoid inclusion in Section 1407 proceedings. We
> note that motions to remand in two actions, one action each in the
> District of Kansas and the Eastern District of Missouri, as well as
> in any other MDL-1657 actions can be presented to and decided by
> the transferee judge. *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990);
> *In re Prudential Insurance Company of America Sales Practices
> Litigation*, 170 F. Supp. 2d 1346, 1347-48 (J.P.M.L. 2001).

360 F.Supp.2d at 1354.

The fact that plaintiffs' motion to remand can be presented to the transferee court[1] is also

dispositive of plaintiffs' unsupported claim that transfer of the case will delay the resolution of

---

[1] Although plaintiffs have attached a copy of their motion to remand, with voluminous exhibits,
to their motion to vacate the conditional transfer order, the merits of the motion to remand are
neither before this Panel nor appropriate for consideration in this context. It is the transferee
court which must address the remand motion on the merits. Indeed, this Panel has recognized
that it "has neither the power nor the disposition to direct the transferee court in the exercise of
its powers and discretion in pretrial proceedings." *In re Asbestos Products Liability Litigation*

the remand motion.  If, indeed, plaintiffs mean to suggest that the United States District Court for

the Eastern District of Pennsylvania is unwilling or unable to expeditiously address their remand

motion, they have advanced no support whatsoever for this extraordinary proposition.

## CONCLUSION

Wherefore, for the reasons set forth above, it is respectfully requested that the plaintiffs'

motion to vacate the conditional transfer order be denied.


Respectfully submitted,

PIETRAGALLO, BOSICK & GORDON, LLP

By: _N / Barry Grah_____
        Nora Barry Fischer, Esquire
        Pa. I.D. No. 25455
        Bryan S. Neft, Esquire
        Pa. I.D. No. 60007

*Of Counsel:*

Thomas A. Bickers, Esquire
Paine, Tarwater, Bickers & Tillman, L.L.P.
1100 First Tennessee Plaza
800 South Gay Street
Knoxville, Tennessee 37929

*Attorneys for Defendant General Electric Company*


Dated: July 11, 2006

Doc. #1021780

---

*(No. VI)*, 771 F. Supp. 415, 421 (Jud.Pan.Mult.Lit. 1991).  Therefore, although GE opposes the
remand motion, it is neither necessary nor appropriate for GE to address the merits of that
motion in the present response.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**CERTIFICATE OF SERVICE**

JUL 17 2006

FILED
CLERK'S OFFICE

The undersigned hereby certifies that, the 11th day of July, 2006, a true and correct copy

of the foregoing **Defendant General Electric Company's Brief in Opposition to Plaintiffs'**

**Motion to Vacate Conditional Transfer Order to MDL-875** was served upon plaintiffs'

counsel, addressed as follows, and upon the Panel Service List attached hereto, by U.S. first-

class mail, postage prepaid, and was served upon all other known counsel of record at the

addresses and in the manner set forth on the attached service list.

Janice M. Savinis, Esquire
Savinis, D'Amico & Kane, LLC
Suite 3636 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

*Attorneys for Plaintiffs*

PIETRAGALLO, BOSICK & GORDON

By: _Nora Barry Fischer_

Nora Barry Fischer, Esquire
Bryan S. Neft, Esquire

*Attorneys for Defendant General Electric Company*

2006 JUL 13   P 4: 27
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

**PANEL SERVICE LIST (Excerpted from CTO-265)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Donald McCarty, et al. v. Allied Glove Corp., et al, W.D. Pennsylvania, C.A. No. 2:06-625*

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

Eric K. Falk
Davies, McFarland & Carroll
One Gateway Center
Tenth Floor
Pittsburgh, PA 15222

Nora B. Fischer
Pietragallo, Bosick & Gordon
One Oxford Centre
38th Floor
Pittsburgh, PA 15219

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Michael J. Gallucci
Savinis, D'Amico & Kane
707 Grant Street
Gulf Tower, Suite 3626
Pittsburgh, PA 15219

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 Sourh Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Stephen R. Mlinac
Swartz Campbell, LLC
4750 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

## SERVICE LIST
## DONALD McCARTY and BETTY McCARTY, his wife v. ALLIED GLOVE CORPORATION, et al.

Service of the foregoing brief is being made upon counsel for all parties by first class mail, addressed as follows, except that all counsel of the firm of Pietragallo, Bosick & Gordon, LLP are being served by hand delivery.

| Defendant | Counsel of Record |
|---|---|
| Allied Glove Corporation | Stephen R. Mlinac, Esquire<br>Anne L. Wilcox, Esquire<br>Swartz Campbell LLC<br>4750 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, Pa 15219 |
| American Optical Corporation | Kathy K. Condo, Esquire<br>Joshua D. Verdi, Esquire<br>Reed Smith, LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 |
| Argo Packing Company | Matthew R. Wimer, Esquire<br>Deborah L. Iannamorelli, Esquire<br>Wimer Law Offices, P.C.<br>655 Allegheny Avenue<br>Oakmont, PA 15139 |
| Atlas Industries, Inc. | Edmund L. Olszewski, Jr., Esquire<br>Kelly Smith Dorencamp, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| A.W. Chesterton Company | Alba A. Romano, Esquire<br>Patrick R. Riley, Esquire<br>Sibyl McNulty, Esquire<br>Riley, Hewitt & Sweitzer, P.C.<br>650 Washington Road<br>Pittsburgh, PA 15228 |
| Beazer East, Inc., in its own right and as successor to Koppers Company, Inc., and other related companies including Thiem Corporation, Beazer U.S.A., Inc., and Beazer, PLC | Michael Magee, Esquire<br>Robert J. Monahan, Esquire<br>Pietragallo, Bosick & Gordon, LLP<br>38th Floor, One Oxford Centre<br>Pittsburgh, PA 15219 |

| Defendant | Counsel of Record |
|---|---|
| B. M. Kramer & Company, Inc. and B. M. Kramer Associates | Alice S. Johnston, Esquire<br>Mark A. Bartholomaei, Esquire<br>Obermayer Rebmann Maxwell & Hippell LLP<br>One Mellon Center, Suite 5240<br>500 Grant Street<br>Pittsburgh, PA 15219-2502 |
| Cashco, Inc. | Michael A. Karaffa, Esquire<br>Edward A. Miller, Esquire<br>Melissa Devich Cochran, Esquire<br>Marshall, Dennehey, Warner, Coleman & Goggin, P.C.<br>U.S. Steel Tower, Suite 2900<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| Certainteed Corporation | William D. Hague, Esquire<br>George M. Milanovich, Esquire<br>Wilbraham Lawler & Buba<br>Two Gateway Center, Suite 1725<br>603 Stanwix Street<br>Pittsburgh, PA 15222 |
| Champlain Cable Corporation, as successor-in-interest to Hercules Inc. | Paul K. Vey, Esquire<br>Timothy J. Green, Esquire<br>Pietragallo, Bosick & Gordon, LLP<br>38th Floor, One Oxford Centre<br>Pittsburgh, PA 15219 |
| Copes-Vulcan, Inc. | Vincent R. Scaglione, Jr., Esquire<br>Michael S. Kaczmarek, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| Coppus Turbines (Tuthill Energy Systems) | Kathy K. Condo, Esquire<br>Joshua Verdi, Esquire<br>Reed Smith, LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 |
| Crane Valve Group | Nicholas P. Vari, Esquire<br>Eric R. Cottle, Esquire<br>Kirkpatrick Lockhart Nicholson Graham, LLP<br>1500 Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA 15222-2312 |

| Defendant | Counsel of Record |
|---|---|
| Dezurik, Inc. | John J. Repcheck, Esquire<br>Joseph L. Orszulak, Esquire<br>Marks, O'Neill, O'Brien & Courtney, P.C.<br>2600 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 |
| Dravo Corporation | Stephen R. Mlinac, Esquire<br>Hilary C. Bonenberger, Esquire<br>Swartz Campbell LLC<br>4750 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, Pa 15219 |
| Durabla Manufacturing Company, in its own right and as successor to Durabla Canada, Ltd. | David J. Rosenberg, Esquire<br>Weber Gallagher Simpson Stapleton Fires & Newby, LLP<br>Two Gateway Center, Suite 1450<br>603 Stanwix Street<br>Pittsburgh, PA 15222 |
| Durametallic Corporation | John J. Repcheck, Esquire<br>John M. Schollaert, Esquire<br>Marks, O'Neill, O'Brien & Courtney, P.C.<br>2600 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 |
| Eaton Corporation, as successor-in-interest to Cutler-Hammer, Inc. | Cy Goldberg, Esquire<br>121 S. Broad Street<br>Suite 1500<br>Philadelphia PA 19107 |
| E. E. Zimmerman Company | John J. Repcheck, Esquire<br>John M. Schollaert, Esquire<br>Marks, O'Neill, O'Brien & Courtney, P.C.<br>2600 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 |
| Eichleay Corporation | Daniel E. Krauth, Esquire<br>Zimmer Kunz, PLLC<br>U.S. Steel Tower, Suite 3300<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| Electrolux Home Products | Vincent Scaglione, Jr., Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |

| Defendant | Counsel of Record |
|---|---|
| Elliott Turbomachinery Company, Inc. | James C. Zeszutek, Esquire<br>Thorp Reed & Armstrong LLP<br>One Oxford Centre, 14th Floor<br>301 Grant Street<br>Pittsburgh PA 15219-1425 |
| Elsa Benson, Inc | Leo Gerard Daley, Esquire<br>Grogan Graffam, P.C.<br>Four Gateway Center<br>12th Floor<br>Pittsburgh, PA 15222 |
| Fabri-Valve, Division of ITT Grinnell Valve Company, Inc. | Robert W. Hastings, Esquire<br>James P. Killeen, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| Fairmont Supply | Edmund L. Olszewski, Jr., Esquire<br>Kelly Smith Dorencamp, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| F. B. Wright Company | Leo Gerard Daley, Esquire<br>Grogan Graffam, P.C.<br>Four Gateway Center<br>12th Floor<br>Pittsburgh, PA 15222 |
| Fisher Scientific Company | James V. Corabelli, Esquire<br>Melissa L. Evans, Esquire<br>Babst, Calland, Clements & Zomnir, P.C.<br>Two Gateway Center, 8th Floor<br>603 Stanwix Street<br>Pittsburgh, PA 15222 |
| Foseco, Inc. | Terry A. Schrock, Esquire<br>Maron Pierce, LLC<br>Landmark Building, Suite 1945<br>100 West Station Square Drive<br>Pittsburgh, PA 15219 |
| Foster Wheeler Corporation | Dennis F. Wolford, Esquire<br>Reed, Luce, Tosh, Wolford & Douglass, P.C.<br>804 Turnpike Street<br>Beaver, PA 15009 |
| Garlock, Inc. | Gregory L. Fitzpatrick, Esquire<br>Margolis Edelstein<br>1500 Grant Building<br>310 Grant Street<br>Pittsburgh, PA 15219 |

| Defendant | Counsel of Record |
|---|---|
| Gateway Industrial Supply Company | Dale K. Forsythe, Esquire<br>Scott W. Stephen, Esquire<br>Gregory S. Knight, Esquire<br>Wayman, Irvin & McCauley<br>437 Grant Street<br>1624 Frick Building<br>Pittsburgh, PA 15219 |
| General Electric Company | Nora Barry Fischer, Esquire<br>Bryan S. Neft, Esquire<br>Pietragallo, Bosick & Gordon, LLP<br>38th Floor, One Oxford Centre<br>Pittsburgh, PA 15219<br><br>John A. Heller, Esquire<br>Sidley Austin LLP<br>One South Dearborn Street<br> Chicago, IL 60603<br><br>Thomas A. Bickers, Esquire<br>Paine, Tarwater, Bickers & Tillman, L.L.P<br>1100 First Tennessee Plaza<br>800 South Gay Street<br>Knoxville, Tennessee 37929 |
| George V. Hamilton, Inc. | Concetta A. Silvaggio, Esquire<br>Michael A. Katz, Esquire<br>Willman & Arnold, LLP<br>705 McKnight Park Drive<br>Pittsburgh, Pa 15237 |
| Gould Pumps, Inc. | Leo Gerard Daley, Esquire<br>Michael P. Creedon, Esquire<br>Grogan Graffam, P.C.<br>Four Gateway Center<br>12th Floor<br>Pittsburgh, PA 15222 |
| Greene Tweed & Company | Dennis F. Wolford, Esquire<br>Reed, Luce, Tosh, Wolford & Douglass, P.C.<br>804 Turnpike Street<br>Beaver, PA 15009 |
| Grinnell Corporation | Alexander P. Bicket, Esquire<br>Zimmer Kunz, PLLC<br>U.S. Steel Tower, Suite 3300<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

| Defendant | Counsel of Record |
|---|---|
| Hedman Mines, Ltd | Robert N. Spinelli, Esquire<br>Richard L. Walker, II, Esquire<br>Kelley Jasons McGuire & Spinelli<br>Centre Square West, Suite 1500<br>1500 Market Street<br>Philadelphia PA 19102 |
| Honeywell, Inc. | Kenneth S. Mroz, Esquire<br>Swartz Campbell LLC<br>4750 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, Pa 15219 |
| Hunter Sales Corporation | Andrew F. Adomitis, Esquire<br>Grogan Graffam, P.C.<br>Four Gateway Center<br>12th Floor<br>Pittsburgh, PA 15222 |
| IMO Industries, Inc., f/k/a IMO Delaval, Inc., f/k/a Transamerican DeLaval, Inc. f/k/a DeLaval Turbine, Inc., DeLaval Turbine, Inc., DeValco Corporation | Eric K. Falk, Esquire<br>Julie L. Nord, Esquire<br>Brandon D. Coneby, Esquire<br>Davies, McFarland & Carroll, P.C.<br>One Gateway Center, 10th Floor<br>Pittsburgh, PA 15222-1416 |
| Industrial Holdings Corporation, f/k/a Carborundum Company | Robert W. Hastings, Esquire<br>James P. Killeen, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| Ingersoll-Rand | John F. McCabe, Esquire<br>Marks, O'Neill, O'Brien & Courtney, P.C.<br>Gulf Tower, Suite 2600<br>707 Grant Street<br>Pittsburgh, PA 15219-6101 |
| I.U. North American, Inc., as successor by merger to the Garp Company, formerly known as The Gage Company, formerly known as Pittsburgh Gage and Supply Company | Edward J. Wilbraham, Esquire<br>Jennifer E. Watson, Esquire<br>William D. Hague, Esquire<br>George M. Milanovich, Esquire<br>Wilbraham Lawler & Buba<br>Two Gateway Center, Suite 1725<br>603 Stanwix Street<br>Pittsburgh, PA 15222 |
| J. M. Foster, Inc. | Richard C. Polley, Esquire<br>Shannon E. Noe, Esquire<br>Angela R. Winslow, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |

| Defendant | Counsel of Record |
|---|---|
| Kaiser Gypsum Company, Inc. | Michael A. Karaffa, Esquire<br>Edward A. Miller, Esquire<br>Marshall, Dennehey, Warner, Coleman & Goggin, P.C.<br>U.S. Steel Tower, Suite 2900<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| Marley Cooling Tower | Matthew A. Wimer, Esquire<br>Deborah L. Iannamorelli, Esquire<br>Wimer Law Offices, P.C.<br>655 Allegheny Avenue<br>Oakmont, PA 15139 |
| McCarls, Inc. | John J. Repcheck, Esquire<br>John M. Schollaert, Esquire<br>Marks, O'Neill, O'Brien & Courtney, P.C.<br>2600 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 |
| Melrath Supply and Gasket Company | Patrick T. Finnegan, Esquire<br>Elizabeth W. Downey, Esquire<br>Law Offices of Kevin C. Tierney<br>100 South Broad Street, Suite 1125<br>Philadelphia, PA 19110-1029 |
| Mine Safety Appliance Company | Joslin Gleason, Esquire<br>Davies, McFarland & Carroll, P.C.<br>One Gateway Center, 10th Floor<br>Pittsburgh, PA 15222-1416 |
| Minnotte Contracting Corporation | Joni M. Mangino, Esquire<br>Christopher T. Yoskosky, Esquire<br>Zimmer Kunz, PLLC<br>U.S. Steel Tower, Suite 3300<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| M. S. Jacobs & Associates, Inc. | Alexander P. Bicket, Esquire<br>Zimmer Kunz, PLLC<br>U.S. Steel Tower, Suite 3300<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| Nagle Pumps, Inc. | Richard C. Polley, Esquire<br>Adam J. Warhola, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |

| Defendant | Counsel of Record |
|---|---|
| Oglebay Norton Company, and its division Ferro Engineering | Jeanne Welch Sopher, Esquire<br>Heintzman, Warren, Wise & Fornella, P.C.<br>The 35th Floor, Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1913 |
| Ohio Lime Corporation* (dismissed 3/2/06) | Kenneth S. Robb, Esquire<br>1080 Long run Road<br>McKeesport, PA 15132 |
| Owens-Illinois, Inc. | Kathy K. Condo, Esquire<br>Joshua D. Verdi, Esquire<br>Reed Smith, LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 |
| Pittsburgh Metals Purifying Company | John J. Delany, Esquire<br>Stephanie M. Pompey, Esquire<br>Delany & O'Brien<br>325 Chestnut Street, Suite 1212<br>Philadelphia, PA 19106 |
| Plotkin Brothers Supply , LLP | Richard C. Polley, Esquire<br>Shannon E. Noe, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| Power Piping | Anne D. Harman, Esquire<br>Bailey Riley Buch & Harman<br>900 Riley Building<br>P.O. Box 631<br>Wheeling WV 26003 |
| Premier Refractories, Inc., f/k/a Adience, Inc., successor-in-interest to Adience Company, LP, as successor to BMI, Inc. | Concetta A. Silvaggio, Esquire<br>Michael A. Katz, Esquire<br>Willman & Arnold, LLP<br>705 McKnight Park Drive<br>Pittsburgh, Pa 15237 |
| Safety First Industries, Inc., in its own right and as successor-in-interest to Safety-First Supply, Inc. | Joseph R. Schaper, Esquire<br>Heintzman, Warren, Wise & Fornella, P.C.<br>The 35th Floor, Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1913 |
| Sealite, Inc. | Anne D. Harman, Esquire<br>Bailey Riley Buch & Harman<br>900 Riley Building<br>P.O. Box 631<br>Wheeling WV 26003 |

| Defendant | Counsel of Record |
|---|---|
| Stockham Valves & Fittings, f/k/a Marlin Valve, Inc. | Concetta A. Silvaggio, Esquire<br>Michael A. Katz, Esquire<br>Willman & Arnold, LLP<br>705 McKnight Park Drive<br>Pittsburgh, Pa 15237 |
| Swindell-Dressler International Company | Robert D. Leidigh, Esquire<br>Grogan Graffam, P.C.<br>Four Gateway Center<br>12th Floor<br>Pittsburgh, PA 15222 |
| Taylored Industries, Inc. | Matthew A. Wimer, Esquire<br>Deborah L. Iannamorelli, Esquire<br>Wimer Law Offices, P.C.<br>655 Allegheny Avenue<br>Oakmont, PA 15139 |
| The Sager Corporation, successor-in-interest to the Sager Glove Corporation | Richard C. Polley, Esquire<br>Shannon E. Noe, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| Townsend & Bottum, Inc. | Hunter A. McGeary, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| Treco Construction Services, Inc., f/k/a The Rust Engineering Company | Michael Magee, Esquire<br>Robert J. Monahan, Esquire<br>Pietragallo, Bosick & Gordon, LLP<br>38th Floor, One Oxford Centre<br>Pittsburgh, PA 15219 |
| Thiem Corporation, and its division, Universal Refractories | Michael Magee, Esquire<br>Robert J. Monahan, Esquire<br>Pietragallo, Bosick & Gordon, LLP<br>38th Floor, One Oxford Centre<br>Pittsburgh, PA 15219 |
| Unifrax Corporation, f/k/a Carborundum | Robert W. Hastings, Esquire<br>James P. Killeen, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |

| Defendant | Counsel of Record |
|---|---|
| Union Carbide Corporation, its Linde Division | William D. Hague, Esquire<br>Jennifer E. Watson, Esquire<br>George M. Milanovich, Esquire<br>Wilbraham Lawler & Buba<br>Two Gateway Center, Suite 1725<br>603 Stanwix Street<br>Pittsburgh, PA 15222 |
| United Conveyor Corporation | Jeanne Welch Sopher, Esquire<br>Michael D. Heintzman, Esquire<br>Charles S. Warren Esquire<br>Marilyn J. Larrimer, Esquire<br>Heintzman, Warren, Wise & Fornella, P.C.<br>The 35th Floor, Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1913 |
| USX Corporation, f/k/a United States Steel Corporation | A. Bradley Cramer, Jr., Esquire<br>United States Steel Corporation<br>600 Grant Street, Room 1880<br>Pittsburgh, PA 15219-4776 |
| Viacom, Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation | Eric L. Horne, Esquire<br>Daniel J. Sinclair, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>U.S. Steel Tower, 44th Floor<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| Washington Group International, f/k/a Raytheon Engineers Constructors, Inc., and all its domestic subsidiaries, including the Badger Company, Inc. | Gregory L. Fitzpatrick, Esquire<br>Margolis Edelstein<br>1500 Grant Building<br>310 Grant Street<br>Pittsburgh, PA 15219 |
| Kentile Floors, Inc. (Joined by First Amended Complaint) | Lorrie L. Cherillo, Esquire<br>William J. Donovan, Esquire<br>Burns, White & Hickton<br>Four Northshore Center<br>106 Isabella Street<br>Pittsburgh, PA 15212 |
| Bondex International, Inc. (Joined by First Amended Complaint) | Edward A. Miller, Esquire<br>Melissa Devich Cochran, Esquire<br>Michael A. Karaffa, Esquire<br>Marshall, Dennehey, Warner, Coleman & Goggin, P.C.<br>U.S. Steel Tower, Suite 2900<br>600 Grant Street<br>Pittsburgh, PA 15219 |

| Defendant | Counsel of Record |
|---|---|
| Georgia-Pacific Corporation (Joined by First Amended Complaint) | Stacey F. Vernallis, Esquire<br>Dana L. Bacsi, Esquire<br>Goehring, Rutter & Boehm<br>1424 Frick Building<br>437 Grant Street<br>Pittsburgh, PA 15219 |
| Sears, Roebuck & Company (Joined by First Amended Complaint) | Eric K. Falk, Esquire<br>Julie L. Nord, Esquire<br>Brandon D. Coneby, Esquire<br>Davies, McFarland & Carroll, P.C.<br>One Gateway Center, 10th Floor<br>Pittsburgh, PA 15222-1416 |
| Goodyear Tire & Rubber Company (Additional Defendant) | William David Geiger, Esquire<br>Davies, McFarland & Carroll, P.C.<br>One Gateway Center, 10th Floor<br>Pittsburgh, PA 15222-1416 |