JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 19 2006

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS LIABILITY MULTIDISTRICT LITIGATION    MDL DOCKET NO. 875

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-266)

TO THE HONORABLE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:

COMES NOW, through undersigned counsel, Plaintiff, MIRANDA M. DRUMMOND, Individually and as Executrix and as heir of the estate of JAMES R. DRUMMOND, who pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, files this Notice of Opposition to Conditional Transfer Order No. 266, conditionally transferring:

> Case No. H-06-1758; *Miranda M. Drummond, Individually and as Executrix and heir of the estate of James R. Drummond v. Quigley Co., et al*; In the United States District Court for the Southern District of Texas, Houston Division.

Plaintiff respectfully requests that this matter not be automatically transferred to the multidistrict litigation proceeding now pending in the United States District Court for the Eastern District of Pennsylvania, In Re: Asbestos Liability, MDL Docket No. 875.

Plaintiff opposes the transfer of this case to the Eastern District of Pennsylvania. Plaintiff files this Notice of Opposition to Conditional Transfer Order No. 266 in accordance with the rules and deadlines prescribed by the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

**OFFICIAL FILE COPY**    IMAGED JUL 19 2006

Respectfully submitted,

_____
Denman Heard
Attorney in Charge
Southern District I.D. No. 18175
State Bar No. 00784235
500 Dallas, Suite 3100
Houston, Texas 77002
Tel.: (713) 650-1200
Fax: (713) 650-1400

**ATTORNEY FOR PLAINTIFFS**

Of Counsel:

**HEARD, ROBINS, CLOUD, & LUBEL, L.L.P.**
Justin R. Goodman
Southern District I.D. No. 33579
State Bar No. 24036660
500 Dallas, Suite 3100
Houston, Texas 77002
Tel.: (713) 650-1200
Fax: (713) 650-1400

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Rule 5 of the Federal Rules of Civil Procedure, I have forwarded a true and correct copy of the above document to counsel as listed below, on this the 18th day of July 2006.

_____
Justin R. Goodman

Laura Frase                                Via Facsimile
FORMAN, PERRY, WATKINS
2001 Bryan St., Ste. 1300
Dallas, TX 75201-3008
Counsel for Defendant Ingersoll-Rand Company

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2006 JUL 18 P 3: 08
RECEIVED CLERK'S OFFICE