JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 0 3 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 875

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-266)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 81,123 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 1 9 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# OFFICIAL FILE COPY

IMAGED JUL 1 9 2006

## SCHEDULE CTO-266 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3  06-2900 | Jim Batts, et al. v. General Electric Co., et. al. |
| CAN 3  06-2901 | Clarence Tolva v. General Electric Co. |
| | |
| **FLORIDA SOUTHERN** | |
| FLS 0  06-60650 | Judith Ann Shingleton, etc. v. General Electric Co., et al. |
| FLS 1  06-21328 | Teddy L. Harris, et al. v. Borg-Warner Corp., et al. |
| FLS 1  06-21329 | Joseph J. Moran, Sr., et al. v. Borg-Warner Corp., et al. |
| FLS 1  06-21330 | John Lewis v. Borg-Warner Corp., et al. |
| FLS 1  06-21331 | Vincent Papa, et al. v. Borg-Warner Corp., et al. |
| FLS 1  06-21332 | Gerald Kennelly v. Borg-Warner Corp., et al. |
| FLS 1  06-21337 | Robert E. Smith, et al. v. Borg-Warner Corp., et al. |
| FLS 1  06-21338 | David Sandler, et al. v. Borg-Warner Corp., et al. |
| FLS 1  06-21339 | Hazel Dustin, etc. v. Borg-Warner Corp., et al. |
| FLS 1  06-21340 | Thomas Snyder, et al. v. Borg-Warner Corp., et al. |
| FLS 1  06-21341 | Helen Smith, etc. v. Borg-Warner Corp., et al. |
| FLS 1  06-21342 | Douglas Condit, et al. v. Borg-Warner Corp., et al. |
| FLS 1  06-21344 | Bernard Clifford, et al. v. Borg-Warner Corp., et al. |
| FLS 1  06-21345 | Louis Eiden, et al. v. Borg-Warner Corp., et al. |
| FLS 1  06-21346 | Kenneth Quick, et al. v. Borg-Warner Corp., et al. |
| FLS 1  06-21347 | Christal R. Cook, etc. v. Borg-Warner Corp., et al. |
| FLS 1  06-21348 | Lynn Roberdeaux v. Borg-Warner Corp., et al. |
| FLS 1  06-21349 | Berton Rice, et al. v. Borg-Warner Corp., et al. |
| | |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1  06-480 | Clarence T. Green v. Beazer East, Inc., et al. |
| MSS 1  06-494 | Isabell Hughes, et al. v. Garlock, Inc., et al. |
| MSS 1  06-495 | Callie May Day v. Parker Hannifin Corp., et al. |
| MSS 1  06-496 | Gerald D. Jones v. Crane Co., et al. |
| MSS 1  06-497 | Tommie Lee Griffin v. Crane Co., et al. |
| MSS 1  06-499 | Wilburn O. Fowler v. Mississippi Rubber & Specialty Co., et al. |
| MSS 1  06-500 | Henry Sistrunk v. Mississippi Rubber & Specialty Co., et al. |
| MSS 1  06-505 | Frederick Peden v. Mississippi Rubber & Specialty Co., et al. |
| MSS 1  06-509 | Robert McDonald v. Ametek, Inc., et al. |
| MSS 1  06-514 | Thomas Arnold Callahan v. Robertson-Ceco Corp., et al. |
| | |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1  06-455 | Delmore G. Comer, et al. v. A.W. Chesterton, Inc., et al. |
| NCM 1  06-466 | Laymon Carlyle Hayden, et al. v. Aqua-Chem, Inc., et al. |
| | |
| **NORTH CAROLINA WESTERN** | |
| NCW 1  06-150 | Cathy Quinn, et al. v. A.W. Chesterton, Inc., et al. |
| NCW 1  06-153 | Patricia Ann Justus, etc. v. 3M Co., et al. |
| NCW 1  06-159 | Robert L. Tomes v. A.W. Chesterton, Inc., et al. |
| NCW 1  06-164 | Tula Mae Robbins, etc. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-168 | George F. Reid, et al. v. 3M Co., et al. |

SCHEDULE - CTO-266 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**NEW JERSEY**
NJ  2  06-1752   George J. Weidmuller, et al. v. Hollingsworth & Vose Co., et al.

**NEW YORK SOUTHERN**
NYS 1  06-3600   Willard E. Bartel, et al. v. United States Lines, Inc. Reorganization Trust

**SOUTH CAROLINA**
SC  8  06-1517   Gary Alvin Gibbs, et al. v. Aqua-Chem, Inc., et al.

**TEXAS SOUTHERN**
TXS 4  06-1744   Miranda M. Drummond, etc. v. Badger EB & Sons Co., et al.
~~TXS 4  06-1758~~   ~~Miranda M. Drummond, etc. v. Quigley Co., Inc., et al.~~ Opposed 7/19/06

**VIRGINIA EASTERN**
VAE 2  06-8899   Perry J. Acciari v. American Standard, Inc., et al.
VAE 2  06-8900   David J. Bloch v. American Standard, Inc., et al.
VAE 2  06-8901   John D. Blume v. American Standard, Inc., et al.
VAE 2  06-8902   Dickie R. Douglass v. American Standard, Inc., et al.
VAE 2  06-8903   Louis J. Giamalva v. American Standard, Inc., et al.
VAE 2  06-8904   Gustin v. American Standard, Inc., et al.
VAE 2  06-8905   Robert G. Hansen v. American Standard, Inc., et al.
VAE 2  06-8906   John A. Hoeniger v. American Standard, Inc., et al.
VAE 2  06-8907   Reeves Kidd v. American Standard, Inc., et al.
VAE 2  06-8908   Lloyd E. Mcconnaughey v. American Standard, Inc., et al.
VAE 2  06-8909   Daryl L. Neitzel v. American Standard, Inc., et al.
VAE 2  06-8910   Nelson v. American Standard, Inc., et al.
VAE 2  06-8911   Charles E. Nordsell v. American Standard, Inc., et al.
VAE 2  06-8912   Robert E. Nordquist v. American Standard, Inc., et al.
VAE 2  06-8913   Ralph R. Payne v. American Standard, Inc., et al.
VAE 2  06-8914   Juan J. Sanchez v. American Standard, Inc., et al.
VAE 2  06-8915   Bernard D. Stalnaker v. American Standard, Inc., et al.
VAE 2  06-8916   John R. Stork v. American Standard, Inc., et al.
VAE 2  06-8917   Harry E. Turvey v. American Standard, Inc., et al.
VAE 2  06-8918   Harold E. Vierkant v. American Standard, Inc., et al.
VAE 2  06-8919   Eugene G. Vierling v. American Standard, Inc., et al.
VAE 2  06-8920   Jules Vuiller v. American Standard, Inc., et al.
VAE 2  06-8921   Larry T. Welch v. American Standard, Inc., et al.
VAE 2  06-8922   Claude M. Knotts v. American Standard, Inc., et al.
VAE 2  06-8923   Jeffrey W. Kuhn v. American Standard, Inc., et al.
VAE 2  06-8924   Ervin D. Lodermeier v. American Standard, Inc., et al.
VAE 2  06-8925   Everett A. Lodermeier v. American Standard, Inc., et al.
VAE 2  06-8926   Seufert v. American Standard, Inc., et al.
VAE 2  06-8927   Charley B. Snedeker v. American Standard, Inc., et al.
VAE 2  06-8928   John R. Stocco v. American Standard, Inc., et al.
VAE 2  06-8929   Humberto B. Aparicio v. American Standard, Inc., et al.
VAE 2  06-8930   Margarito Baca v. American Standard, Inc., et al.
VAE 2  06-8931   Charles L. Bailey v. American Standard, Inc., et al.
VAE 2  06-8932   Daniel S. Barron v. American Standard, Inc., et al.
VAE 2  06-8933   Duane A. Beaty v. American Standard, Inc., et al.
VAE 2  06-8934   Richard W. Bennett v. American Standard, Inc., et al.
VAE 2  06-8935   George R. Blackerby v. American Standard, Inc., et al.

SCHEDULE - CTO-266 - TAG-ALONG ACTIONS

DIST. DIV. C.A. #                    CASE CAPTION

VIRGINIA EASTERN
  VAE 2  06-8936          Larry D. Broadbent v. American Standard, Inc., et al.
  VAE 2  06-8937          Bill R. Christian v. American Standard, Inc., et al.
  VAE 2  06-8938          John M. Coleman v. American Standard, Inc., et al.
  VAE 2  06-8939          George R. Culp v. American Standard, Inc., et al.
  VAE 2  06-8940          Felix P. Espinoza v. American Standard, Inc., et al.
  VAE 2  06-8941          Henry R. Foster v. American Standard, Inc., et al.
  VAE 2  06-8942          Eugene L. Gauert v. American Standard, Inc., et al.
  VAE 2  06-8943          George K. Grimes v. American Standard, Inc., et al.
  VAE 2  06-8944          Victor M. Knight v. American Standard, Inc., et al.
  VAE 2  06-8945          Michael A. Poninski v. American Standard, Inc., et al.
  VAE 2  06-8946          Herman E. Schmidt v. American Standard, Inc., et al.
  VAE 2  06-8947          Gerald B. Searcy v. American Standard, Inc., et al.
  VAE 2  06-8948          Donald L. Stair v. American Standard, Inc., et al.
  VAE 2  06-8949          William B. Stephens v. American Standard, Inc., et al.
  VAE 2  06-8950          Neal V. Sullivan v. American Standard, Inc., et al.
  VAE 2  06-8951          Jackie Ray White v. American Standard, Inc., et al.
  VAE 2  06-8952          Elmer H. Hintz v. American Standard, Inc., et al.
  VAE 2  06-8953          Monroe v. American Standard, Inc., et al.
  VAE 2  06-8954          Joseph T. Thompson v. American Standard, Inc., et al.
  VAE 2  06-8955          Monroe v. American Standard, Inc., et al.
  VAE 2  06-8956          Samuel R. Hughes v. American Standard, Inc., et al.
  VAE 2  06-8957          Gerald N. Mathias, Sr. v. American Standard, Inc., et al.
  VAE 2  06-8958          Arthur L. Strader v. American Standard, Inc., et al.
  VAE 2  06-8959          Frank Martone v. American Standard, Inc., et al.
  VAE 2  06-8960          William H. Monroe, Jr. v. American Standard, Inc., et al.
  VAE 2  06-8961          Robert D. Norwood v. American Standard, Inc., et al.
  VAE 2  06-8962          Charles W. Perry v. American Standard, Inc., et al.
  VAE 2  06-8963          Larry A. Reaser v. American Standard, Inc., et al.
  VAE 2  06-8964          Donald E. Rumpler v. American Standard, Inc., et al.
  VAE 2  06-8965          Armando B. Silva v. American Standard, Inc., et al.
  VAE 2  06-8966          Clarence W. Stiver v. American Standard, Inc., et al.
  VAE 2  06-8967          Ron J. Tarnovich v. American Standard, Inc., et al.
  VAE 2  06-8968          James N. Collier v. American Standard, Inc., et al.
  VAE 2  06-8969          Thomas H. Connor v. American Standard, Inc., et al.
  VAE 2  06-8970          Teddy M. Ellis v. American Standard, Inc., et al.
  VAE 2  06-8971          Kenneth N. Fouts v. American Standard, Inc., et al.
  VAE 2  06-8972          Leslie L. Hayes v. American Standard, Inc., et al.
  VAE 2  06-8973          Gary S. Vogrin v. American Standard, Inc., et al.
  VAE 2  06-8974          Robert H. Chapman v. American Standard, Inc., et al.
  VAE 2  06-8975          Kenneth H. Ackerman v. American Standard, Inc., et al.
  VAE 2  06-8976          Larry Johnson v. American Standard, Inc., et al.
  VAE 2  06-8977          Jakie Lodermeier v. American Standard, Inc., et al.
  VAE 2  06-8978          Heriberto Peralta v. American Standard, Inc., et al.
  VAE 2  06-8979          Albert Rael v. American Standard, Inc., et al.
  VAE 2  06-8980          Frank A. Sanchez v. American Standard, Inc., et al.
  VAE 2  06-8981          Ertle R. Taylor v. American Standard, Inc., et al.
  VAE 2  06-8982          Lawrence V. Vigil v. American Standard, Inc., et al.

SCHEDULE - CTO-266 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **VIRGINIA EASTERN** | |
| VAE 4  06-3185 | Erling Bruun v. Amchem Products, Inc., et al. |
| VAE 4  06-3186 | William Carroll Byrum v. Amchem Products, Inc., et al. |
| VAE 4  06-3187 | Gerald Wayne Graham v. Amchem Products, Inc., et al. |
| VAE 4  06-3188 | Lerry Darnell Harper v. Amchem Products, Inc., et al. |
| VAE 4  06-3189 | George Edward Jones, Sr. v. Amchem Products, Inc., et al. |
| VAE 4  06-3190 | Milton D. Kirkland v. Amchem Products, Inc., et al. |
| VAE 4  06-3191 | Jimmie Joe McDonald v. Amchem Products, Inc., et al. |
| VAE 4  06-3192 | H. Glenn Musick v. Amchem Products, Inc., et al. |
| VAE 4  06-3193 | William Alexander Parker v. Amchem Products, Inc., et al. |
| VAE 4  06-3194 | Clyde Harper Poindexter v. Amchem Products, Inc., et al. |
| VAE 4  06-3195 | Charles Edward Pyatt v. Amchem Products, Inc., et al. |
| VAE 4  06-3196 | Arthur J. Ray v. Amchem Products, Inc., et al. |
| VAE 4  06-3197 | Harry Taylor Sivils, III v. Amchem Products, Inc., et al. |
| VAE 4  06-3198 | William Howard Smith, Jr. v. Amchem Products, Inc., et al. |
| VAE 4  06-3199 | Ernest Lee Williams v. Amchem Products, Inc., et al. |
| VAE 4  06-3200 | Larry Mitchell Winfree v. Amchem Products, Inc., et al. |
| VAE 4  06-3201 | Thomas Oliver Young v. Amchem Products, Inc., et al. |
| VAE 4  06-3202 | Jack Raymond Zeiters, Jr. v. Amchem Products, Inc., et al. |
| ~~VAE 4  06-3203~~ | ~~Ellis Edward Hales, Jr. v. Garlock Sealing Technologies, LLC, et al.~~ |
| | Opposed 7/13/06 |