MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875

JUL 2 6 2006

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
FRANKLIN JOSEPH MODLEY, et al.
v.
20th CENTURY GLOVE CORP. OF TEXAS, ET AL.
(SOUTHERN DISTRICT OF WEST VIRGINIA NO. 2:06-213

**PLAINTIFFS' REPLY BRIEF IN SUPPORT OF
PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER**

In further support of their motion to vacate the CTO entered in this case, plaintiffs note as follows:

1. Plaintiffs' counsel and counsel for General Electric conferred by telephone on July 19, 2006 to draft a proposed Rule 26(f) report, a copy of which is attached.

2. If this case is transferred to the MDL, Mr. Modley will probably die from mesothelioma before his case can be tried. Mr. Modley's condition continues to deteriorate and he is now on a pain pump.

PLAINTIFFS
By Counsel

_____
James A. McKowen (WVSB#2481)
JAMES F. HUMPHREYS & ASSOCIATES, L.C.
United Center, Suite 800
500 Virginia Street, East
Charleston, WV 25301

Anne McGinness Kearse
Victoria L. Antion
Motley Rice, LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

OFFICIAL FILE COPY

IMAGED JUL 2 7 2006

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 26 2006

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that **"Plaintiffs' Reply Brief In Support of Plaintiffs' Motion To Vacate Conditional Transfer Order"** has this ___ day of July, 2006, been served upon the following by U.S. mail:

24th

David K. Hendrickson, Esquire
R. Scott Long, Esquire
Stephen M. Schwartz, Esquire
Apryll H. Boggs, Esquire
Hendrickson & Long, PLLC
P.O. Box 11070
Charleston, WV  25339
*Counsel for 20th Century Glove;*
*Allied Services, Incorporated;*
*Greene Tweed;*
*Ingersoll-Rand Corporation;*
*Owens-Illinois;*
*Uniroyal; CBS (f/k/a Viacom, f/k/a Westinghouse);*
*Honeywell International;*
*Guardline*

George J. Anetakis, Esquire
Frankovitch Anetakis Colantonio & Simon
337 Penco Road
Weirton, WV  26062
*Counsel for John Crane, Inc. and Adience, Inc.*

Julie L. Nord, Esquire
Eric K. Falk, Esquire
David E. Lamm, Esquire
Davies, McFarland & Carroll, P.C.
One Gateway Center, 10th Floor
Pittsburgh, PA  15222
*Counsel for BOC Group (Airco Welding);*
*Hobart Brothers; Ohio Valley Insulating; and Lincoln Electric*

Stephen P. Goodwin, Esquire
Tiffany E. Davis, Esquire
Goodwin & Goodwin
P.O. Box 2107
Charleston, WV  25328-2107
*Counsel for A&I Company;*
*American Optical Corporation; and*
*Ross Brothers*

Albert H. Parnell, Esquire
Margaret A. Droppleman, Esquire
Jack N. Sibley, Esquire
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243
*Counsel for Amchem Products, Inc.;*
*A.W. Chesterton;*
*Certainteed Corporation;*
*I.U. North America, Inc.;*
*Nosroc Corporation;*
*Rhone Poulenc; Rockwell Automation;*
*Union Carbide Corporation; Union Carbide Chemical and Plastics Company*

L. John Argento, Esquire
Stephen R. Mlinac, Esquire
Anne L. Wilcox, Esquire
Swartz Campbell, LLC
U.S. Steel Bldg., 47th Floor
Pittsburgh, PA  15219
*Counsel for Industrial Supply Solutions*

Joseph S. Beeson, Esquire
Robinson & McElwee
P.O. Box 1791
Charleston, WV 25326
*Counsel for Argo Packing;
Corhart Refractories Corp.*

James D. Lamp, Esquire
Lamp, O'Dell, Bartram, Levy & Trautwein
P. O. Box 2488
Huntington, WV 25725
*Counsel for Atlas Turner*

Joseph L. Orszulak, II, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
707 Grant Street - Suite 3200
Pittsburgh, PA 15219
*Counsel for UB of West Virginia f/i/a Union Boiler Company*; and *Flowserve Corporation (f/k/a Durametallic)*

Elliot G. Hicks, Esquire
Hawkins & Parnell, LLP
Woodrums Building -Suite 200
602 Virginia Street, East
Charleston, WV 25301
*Counsel for Ericsson (successor to Anaconda)*

Scott A. Matthews, Esquire
Dell, Moser, Lane & Loughney LLC
525 William Penn Place, Suite 3700
Pittsburgh, PA 15219
*Counsel for Foster Wheeler Corporation*

Rita Massie Biser, Esquire
Kay, Casto & Chaney
P.O. Box 2031
Charleston, WV 25327
*Counsel for Garlock, Inc.*

Charles M. Love, III, Esquire
Bowles, Rice, McDavid, Graff & Love
P.O. Box 1386
Charleston, WV 25325-1386
*Counsel for Metropolitan Life Insurance Company*

Robert R. Leight, Esquire
Michael Magee, Esquire
Pietragallo, Bosick & Gordon
The 38th Floor, One Oxford Centre
Pittsburgh, PA 15219
*Counsel for Universal Refractories Corporation; Brand Insulations, Inc.; and Rust Engineering*

Christopher Beck, Esquire
James Israel, Esquire
Israel, Wood & Puntil & Grimm
420 Fort Duquesne Blvd., Suite 700
Pittsburgh, PA 15222-1472
*Counsel for General Refractories Company*

R. Carter Elkins, Esquire
B. Luke Styer, Esquire
Campbell, Woods, Bagley, Emerson,
  McNeer & Herndon
P.O. Box 2393
Charleston, WV 25328
*Counsel for Pneumo Abex Corporation*

Davis J. Mincer, Esquire
Bailey & Wyant, P.L.L.C.
Post Office Box 3710
Charleston, WV 25337-3710
*Counsel for Graybar Electric Company*

Robert H. Sweeney, Jr., Esquire
Charles K. Gould, Esquire
Jenkins Fenstermaker, PLLC
P.O. Box 2688
Huntington, WV 25726
*Counsel for Industrial Holdings Corporation (f/k/a Carborundum); Vimasco Corporation;* and *Westinghouse Air Brake Company*

Stephen M. Fowler, Esquire
Lori Streets Muldoon, Esquire
Pullin, Fowler & Flanagan
1000 Bank One Center
707 Virginia Street, East
Charleston, WV 25301
*Counsel for Lockheed Martin (formerly Martin Marietta)*

C. James Zeszutek, Esquire
Michael R. Bucci, Jr., Esquire
Thorp Reed & Armstrong, LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15218
*Counsel for Thiem Corp.*

Joni Mangino, Esquire
Zimmer Kunz
3300 USX Tower
Pittsburgh, PA 15219
*Counsel for Nitro Industrial Coverings, Inc.* and *State Electric Supply*

James J.A. Mulhall, Esquire
Steptoe & Johnson
P.O. Box 2190
Clarksburg, WV 26302
*Counsel for Eaton Corporation*

J. Philip Fraley, Esquire
Baker & Lancianese
River Tower - Suite 300
1108 Third Avenue
Huntington, WV 25701
*Counsel for Crane Company* and *Square D Company*

Amy R. Humphreys, Esquire
Flaherty, Sensabaugh & Bonasso
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338-3843
*Counsel for Minnesota Mining & Manufacturing*

Derek W. Marsteller, Esquire
Marsteller Law Offices
P.O. Box 1506
Huntington, WV 25716
*Counsel for NL Industries, Inc.*

Dennis F. Wolford, Esquire
Reed, Luce, Tosh, Wolford & Douglas
804 Turnpike Street
Beaver, PA 15009
*Counsel for Riley Stoker Corporation*

Larry E. Jude, Esquire
Jude & Jude, PLLC
P.O. Box 1050
1263 Sellers Mill Road
Versailles, KY 40383
*Counsel for Steel Grip, Inc.*

Matthew A. Nelson, Esquire
Jackson & Kelly
P.O. Box 553
Charleston, WV 25322
*Counsel for Fairmont Supply Company*

G. Kenneth Robertson, Esquire
Kimberly A. Martin, Esquire
Farmer, Cline & Campbell
P.O. Box 3842
Charleston, WV 25338
*Counsel for General Electric Company;*
and *Mobil Corporation*

Leo G. Daly, Esquire
Robert D. Leidigh, Esquire
Grogan Graffam, P.C.
Four Gateway Ctr. - 12th Floor
Pittsburgh, PA 15222
*Counsel for Cleaver Brooks Company*

_____
James A. McKowen   WVSB #2481
JAMES F. HUMPHREYS & ASSOCIATES, L.C.
United Center ~ Suite 800
500 Virginia Street East
Charleston WV 25301
304 347-5050

# PANEL SERVICE LIST (Excerpted from CTO-264)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Franklin Joseph Modley, et al. v. 20th Century Glove Corp. of Texas, et al.*
*S.D. West Virginia, C.A. No. 2:06-213*

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Beitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detriot MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, LA 52406

# Jim A. McKowen

**From:** Kimberly Martin [KAMARTIN@fcclaw.net]
**Sent:** Wednesday, July 19, 2006 9:24 AM
**To:** Jim A. McKowen
**Subject:** Draft - Rule 26(f) Report

Attached please find the Rule 26(f) Report. Please let me know if you have any revisions. Once the report meets with your approval, I will circulate it to the other defendants. Thanks.

Kim


Kimberly A. Martin
Farmer, Cline & Campbell, PLLC
746 Myrtle Road
Charleston, WV 25314
(304) 346-5990

CONFIDENTIALITY NOTE: This e-mail message from the law offices of Farmer, Cline & Campbell, PLLC is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution or other dissemination of this e-mail message and/or the information contained therein is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

FRANKLIN JOSEPH MODLEY, et al.,

    Plaintiffs,

v.                                                 CIVIL ACTION NO. 2:06-CV-0213

20TH CENTURY GLOVE CORPORATION
OF TEXAS, et al.

    Defendants.

### REPORT OF PLANNING MEETING

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, counsel representing Plaintiffs and counsel for Defendant, General Electric Company, met by telephone conference on July 19, 2006, and have agreed on all matters required by Rules 16 and 26(f) of the Federal Rules of Civil Procedure and Rule 2.01 of the Local Rules of Civil Procedure. The matters agreed upon during the Initial Planning Meeting are summarized as follows:

    1.     **Pre-discovery Disclosures:** The parties will exchange the information required by Rule 26(a)(1) of the Federal Rules of Civil Procedure by August 21, 2006.

    2.     **Discovery Plan:** Discovery will be needed on the issues of liability and the nature and extent of damages. The parties jointly propose to the Court the following discovery plan:

        (a)     All discovery is to be completed by February 12, 2007.

        (b)     Each party will be limited to a maximum of forty (40) interrogatories to any other party. All responses to interrogatories shall be served thirty (30) days after service.

 (c) Each party shall be limited to a maximum of fifteen (15) depositions upon oral examination. The parties may agree by written stipulation to increase the number of depositions that may be taken by a party or may seek leave from this Court to take more than fifteen (15) depositions upon oral examination if the parties cannot reach agreement. All depositions in this case are limited to a maximum of one (1) day of seven (7) hours, unless extended by agreement of the parties. If a party wishes to continue a deposition beyond the maximum number of hours set forth herein, but the parties cannot agree to extend the length of the deposition, then the party desiring the extension may seek leave to extend the length of their depositions from this Court.

 (d) Reports from retained experts are due in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure as follows:

  (I) From Plaintiffs by January 5, 2007.

  (ii) From Defendants by January 19, 2007.

 (e) Supplementations pursuant to Rule 26(e) are due by February 2, 2007.

3. **Other Items:**

 (a) The parties do <u>not</u> request a conference with the Court before entry of a Scheduling Order.

 (b) The parties request a pretrial conference on March 1, 2007.

    (c)    The parties shall be given until October 2, 2006, to join additional parties and to amend pleadings.

    (d)    All potentially dispositive motions shall be filed by February 16, 2007.

        (I)    Responses to dispositive motions shall be filed by March 2, 2007.

        (ii)    Replies to dispositive motions shall be filed by March 12, 2007.

    (e)    Final lists of witnesses and exhibits shall be due from both parties on March 2, 2007.

    (f)    Parties shall have ten (10) days after service of final witness and exhibit lists to file objections thereto pursuant to Rule 26(a)(3).

    (g)    The parties request a final Settlement Conference on March 26, 2007.

    (h)    The case should be ready for trial by April 2, 2007. At this point in time, the parties expect the trial will take approximately 10 days.

4.    **Matters Arising Under Local Rule 2.01(b):**

    (a)    The parties represent that this case is not complex and does not require monitoring in an individual and case-specific manner through case management conferences.

    (b)    The agreement of the parties as to disputed facts is reflected in the pleadings.

    (c)    The parties do <u>not</u> consent to trial by a Magistrate Judge.

    (d)    The parties encourage the Court to utilize Settlement Week mediation

or other mediation in this matter. The parties agree that settlement cannot be properly evaluated until discovery has been completed.

(e) The parties understand that the Court has set a Scheduling/Status conference for August 14, 2006.

(f) The parties represent that there were no disputed matters addressed in the Initial Planning Meeting that require a separate explanation.

Prepared by:

_____          _____
Kimberly A. Martin, Esq.                                              Date
Farmer, Cline & Campbell, PLLC
746 Myrtle Road (25314)
Post Office Box 3842
Charleston, West Virginia 25338
Attorney for Defendant,
    General Electric Company


_____          _____
James A. McKowen, Esq.                                                Date
James F. Humphreys & Associates, L.C.
Suite 800, United Center
500 Virginia Street, East
Charleston, WV 25301

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

**FRANKLIN JOSEPH MODLEY, et al.,**

    **Plaintiffs,**

v.                                                         **CIVIL ACTION NO. 2:06-CV-0213**

**20TH CENTURY GLOVE CORPORATION
OF TEXAS, et al.**

    **Defendants.**

### CERTIFICATE OF SERVICE

I, Kimberly A. Martin, do hereby certify that I have served the foregoing **"REPORT OF PLANNING MEETING"** upon counsel as reflected below by depositing true copies thereof in the United States mail, postage prepaid, this ____ day of July, 2006, addressed as follows:

                James A. McKowen, Esq.
                James F. Humphreys & Associates, L.C.
                Suite 800, United Center
                500 Virginia Street, East
                Charleston, WV 25301
                      *Counsel for Plaintiffs*

                All Known Defense Counsel
                  *Electronically*

                                                    _____
                                                    **KIMBERLY A. MARTIN**

## Jim A. McKowen

**From:** Jim A. McKowen
**Sent:** Wednesday, July 19, 2006 10:44 AM
**To:** 'Kimberly Martin'
**Subject:** RE: Draft - Rule 26(f) Report

I would delete the second sentence on 2(a) which says: "All responses to interrogatories shall be served thirty (30) days after service." Under the rules, you get an extra 3 days for service by mail. Otherwise, it looks alright.

---

**From:** Kimberly Martin [mailto:KAMARTIN@fcclaw.net]
**Sent:** Wednesday, July 19, 2006 9:24 AM
**To:** Jim A. McKowen
**Subject:** Draft - Rule 26(f) Report

Attached please find the Rule 26(f) Report. Please let me know if you have any revisions. Once the report meets with your approval, I will circulate it to the other defendants. Thanks.

Kim

Kimberly A. Martin
Farmer, Cline & Campbell, PLLC
746 Myrtle Road
Charleston, WV 25314
(304) 346-5990

CONFIDENTIALITY NOTE: This e-mail message from the law offices of Farmer, Cline & Campbell, PLLC is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution or other dissemination of this e-mail message and/or the information contained therein is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

7/24/2006