

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 2 2006

FILED
CLERK'S OFFICE

# UNITED STATES OF AMERICA
## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | § § § | MDL No. 875 |

| | | |
|---|---|---|
| MIRANDA M. DRUMMOND, etc. | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NUMBER: 4:06-1758 |
| V. | § § § § § | |
| QUIGLEY CO., INC., et. al. | § § | |
| Defendants. | § | |

### PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-266) AS TO *MIRANDA M. DRUMMOND, ETC.* AND BRIEF IN SUPPORT

TO THE HONORABLE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:

COME NOW, Plaintiff, MIRANDA M. DRUMMOND Individually and as Executrix and as heir of the estate of JAMES R. DRUMMOND, and pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, files this her Motion to Vacate Conditional Transfer Order No. 266 as to *Miranda M. Drummond, Individually and as Executrix and heir of the estate*

PLEADING NO. 4849

IMAGED AUG - 2 2006   OFFICIAL FILE COPY

*of James R. Drummond v. Quigley Co., et al.* Case No. H-06-1758, from the Houston Division of the Southern District of Texas and respectfully requests that this matter not be transferred to the multidistrict litigation proceeding now pending in the United States District Court for the Eastern District of Pennsylvania, *In Re: Asbestos Liability,* MDL Docket No. 875.

## I.
## Summary of Plaintiff's Argument

Plaintiff opposes the transfer of this case to MDL 875 for pretrial consolidation and asks this Panel to vacate Conditional Transfer Order No. 266 (CTO-266). Transfer of this case is not appropriate for the following reasons:

1. Federal Subject Matter Jurisdiction does not exist in this case.

2. This case was improperly and untimely removed to federal court.

## II.
## Argument

**A. There is no longer any federal subject matter jurisdiction under 28 U.S.C. § 1442.**

Defendant Ingersoll-Rand Company removed this case claiming the federal courts had subject matter jurisdiction pursuant to 28 U.S.C. § 1442 because Mr. Drummond had been exposed to their product aboard U.S. Navy ships. Accordingly, Defendant Ingersoll-Rand asserted its government contractor defense invoking federal jurisdiction, albeit in an untimely manner. None of the other Defendants in this case have such a defense available to them. Since the removal of this case, two things have happened. Plaintiff has filed a Motion for Remand before the District Court showing that Defendant Ingersoll-Rand Company's removal of this case to federal court was untimely and Plaintiff has settled her claim with that Defendant. Thus, assuming arguendo that

Defendant Ingersoll-Rand Company could have properly asked the federal court to assert subject matter jurisdiction over this case, the basis for that jurisdiction as to all other Defendants no longer exists.

Further, there is no reason for the federal courts to exercise supplemental jurisdiction over this claim. It is unclear when, if ever, this case would be remanded for trial from the MDL. However, if the District Court remands the case as Plaintiff expects it will, this case can be tried and disposed of within a year in the state court of its origination.

Since there are no claims over which a federal court has original jurisdiction remaining in the case and the trial of this case in federal court is not near, remand is highly likely under 28 U.S.C. § 1367(c). Thus, this Panel should vacate its Conditional Transfer Order as to this case and give the district court time to rule.

### B. Defendant Ingersoll-Rand Company's Removal was untimely.

This Panel should further vacate its Conditional Transfer Order as to this case because this case was improperly removed to federal court. As is detailed, in Plaintiff's Motion for Remand pending in the District Court, Defendant Ingersoll-Rand failed to remove this case within 30 days of learning of its government contractor defense. 28 U.S.C. § 1446(b) requires that removals to federal court pursuant to a government contractor defense be filed within thirty days of receipt by the defendant of a pleading, motion, order, or other paper that puts them on notice that the case is removable. Defendant Ingersoll-Rand Company learned of the removability of this case during Mr. Drummond's deposition on August 19, 2003 when he testified that he was exposed to asbestos from their product aboard a U.S. Navy ship. Defendant Ingersoll-Rand Company did not remove this case

until May 24, 2006, nearly two years later. Because the removal was untimely, the District Court should remand this case to federal court when it rules on Plaintiff's pending Motion for Remand. Therefore, this panel should allow time for such a ruling to be made.

### III.
### Conclusion

WHEREFORE, PREMISES CONSIDERED Plaintiff respectfully requests that Conditional Transfer Order No. 266 be vacated as to *Miranda M. Drummond, Individually and as Executrix and heir of the estate of James R. Drummond v. Quigley Co., et al.* Case No. H-06-1758, and this matter not be transferred to the multidistrict litigation proceeding now pending in the United States District Court for the Eastern District of Pennsylvania, *In Re: Asbestos Liability,* MDL Docket No. 875.

Respectfully submitted,

HEARD, ROBINS, CLOUD & LUBEL, L.L.P.

By: _____
Denman Heard
Federal I.D. No. 18175
State Bar No. 00784235
500 Dallas, Suite 3100
Houston, Texas 77002
Tel: (713) 650-1200
Fax: (713) 650-1400
**ATTORNEYS FOR PLAINTIFF**

Of Counsel:
Justin R. Goodman
Federal I.D. No. 33579
State Bar No. 24036660
Heard, Robins, Cloud & Lubel, L.L.P.
500 Dallas, Suite 3100
Houston, Texas 77002
Tel: (713) 650-1200
Fax: (713) 650-1400

## CERTIFICATE OF SERVICE

I hereby certify that I have forwarded true and correct copies of the above document with supporting documents to all counsel of record and to all attorneys on the attached "Panel Service List" on this the 1st day of August, 2006, pursuant to the Federal Rules of Civil Procedure and the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

_____
Justin Goodman

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

AUG - 2 2006

FILED
CLERK'S OFFICE

2006 AUG -2  A 11:15
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

# PANEL SERVICE LIST (Excerpted from CTO-266)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Miranda M. Drummond, etc. v. Quigley Co., Inc., et al.*, S.D. Texas, C.A. No. 4:06-1758

Kent M. Adams
Adams & Coffey
550 Fannin
Suite 800
P.O. Box 7505
Beaumont, TX 77726-7505

Robert L. Adams
Kacal, Adams & Law
One Riverway
Suite 1200
Houston, TX 77056

Barbara J. Barron
Mehaffy Weber, PC
P. O. Box 16
Beaumont, TX 77704

Frank Mason Bean
Bean Bean & Brothers
820 Gessner Road
Suite 1500
Houston, TX 77024

Jose A. Berlanga
Gardere, Wynne & Sewell, L.L.P
Wells Fargo Bank Plaza
1000 Louisana
Suite 3400
Houston, TX 77002

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Nathaniel A. Bosio
Dogan & Wilkinson, PLLC
P.O. Box 1618
734 Dalmas Ave
Pascagoula, MS 39568-1618

David P. Boyce
Wright & Greenhill
221 W. 6th Street
Suite 1800
Austin, TX 78701

Ron M. Calderon
Coonley Baker Wotring Jackson, LLP
700 Louisiana
Suite 1850
Houston, TX 77002

Eric D. Carlson
Crivello, Carlson & Mentskowski
710 North Plankinton Avenue
Suite 500
Milwaukee, WI 53203

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Brian S. Clary
Brian S Clary & Associates
402 Staitti
Humble, TX 77338

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Laurie B. Easter
McGinnis, Lochridge, & Kilgore
1221 McKinney Street, Ste. 3200
Houston, TX  77010

Brady S. Edwards
Edwards Burns & Krider LLP
1000 Louisiana
Suite 1300
Houston, TX 77002

Gary D. Elliston
DeHay & Elliston, L.L.P.
3500 Bank of America Plaza
901 Main Street
Dallas, TX 75202-3736

Melissa K. Ferrell
Segal, McCambridge, Singer
 & Mahoney, Ltd.
100 Congress Avenue
Suite 700
Austin, TX 78701

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Laura A. Frase
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
2001 Bryan Street
Suite 1300
Dallas, TX 75201-3008

Sharla J. Frost
Powers & Frost, L.L.P.
909 Fannin
2600 Two Houston Center
Houston, TX 77010

Leonard H. Fuller, III
Naman Howell Smith & Lee
P.O. Box 1470
900 Washington Ave
7th Floor
Waco, TX 76703-1470

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Jesus Garcia, Jr.
Locke, Liddell, et al.
600 Travis
Suite 3400
Houston, TX 77002-3095

PANEL SERVICE LIST (Excerpted from CTO-266) - MDL-875

Page 2 of 3

John R. Gilbert
Gilbert & Gilbert
222 North Velasco
Angleton, TX 77516-1819

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Frank G. Harmon III
Crain, Caton, James
1401 McKinney
Suite 1700
Houston, TX 77010

James M. Harris, Jr.
Harris Lively, Duesler & Hatfield
P.O. Box 830
550 Fannin
Suite 650
Beaumont, TX 77704

Denman Heard
Heard, Robins, Cloud & Lubel LLP
500 Dallas
Suite 3100
Houston, TX 77002

Edward J. Hennessy
Hennessy Gardner & Barth
2900 Weslayan St., Suite 550
Houston, TX 77027-5185

Timothy J. Hogan
Bierne, Maynard & Parsons
1300 Post Oak Boulevard
25th Floor
Houston, TX 77056

John M. Jordan
Gardere, Wynne & Sewell, L.L.P
1000 Louisiana
Suite 3400
Houston, TX 77002-5007

J. Frank Kinsel, Jr.
Cantey & Hanger, L.L.P.
2100 Burnett Plaza
801 Cherry Street
Ft. Worth, TX 76102

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

G. Douglas Lackey
Brown, McCarroll, LLP
111 Congress Avenue
Suite 1400
Austin, TX 78701-4043

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Tori S. Levine
Brown McCarroll
2000 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Karen Kay Maston
Connelly, Baker, et al.
700 Louisiana
Suite 1850
Houston, TX 77002-2778

Roger L. McCleary
Beirne, Maynard & Parsons
1300 Post Oak Blvd.
25th Floor
Houston, TX 77056

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Roger Henry Nebel
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
1717 St. James Place
Suite 600
Houston, TX 77056

James D. Nebout
Burwell & Burwell, et al.
1501 Amburn Road
Suite 9
Texas City, TX 77591

Todd Ogden
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
2001 Bryan Street
Suite 1300
Dallas, TX 75201

James R. Old, Jr.
Germer Gertz
550 Fannin Street
Suite 1700
Beaumont, TX 77701

George Plato Pappas
Sheehy, Serpe & Ware, P.C.
2500 Two Houston Center
909 Fannin Street
Houston, TX 77010

Jerry C. Parker
Sammons & Parker, P.C.
218 North College Street
Tyler, TX 75702

James H. Powers
Powers & Frost, L.L.P.
2400 One Houston Center
1221 McKinney Street
Houston, TX 77010

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Kenneth D. Rhodes
Kacal, Adams & Law
America Tower
One Riverway
Suite 1200
Houston, TX 77056

John D. Roven
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

PANEL SERVICE LIST (Excerpted from CTO-266) - MDL-875                             Page 3 of 3

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Kyle C. Steele
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
2001 Bryan Street
Suite 1300
Bryan Tower
Dallas, TX 75201

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Thomas W. Taylor
Andrews & Kurth
600 Travis
Suite 4200
Houston, TX 77002-2778

Robert E. Thackston
Hawkins, Parnell & Thackston, LLP
4514 Cole Avenue
Suite 550
Dallas, TX 75205

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Todd Wade
Brown McCarroll
111 Congress Avenue
Suite 1400
Austin, TX 78701

Harold K. Watson
Locke Liddell & Sapp, LLP
600 Travis Street
3400 JP Morgan Chase Tower
Houston, TX 77002

David M. Weaver
Burford & Ryburn
Lincoln Plaza, Suite 3100
500 North Akard
Dallas, TX 75201-6697

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Clay M. White
Sammons & Parker, P.C.
218 North College
Tyler, TX 75702