JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 4 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-267)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,120 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Jeffery N. Lüthi*
Clerk of the Panel

PLEADING NO. 4850

**OFFICIAL FILE COPY**

IMAGED AUG - 8 2006

## SCHEDULE CTO-267 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DIST. DIV. C.A. #                      CASE CAPTION

ALABAMA NORTHERN
  ALN  2   06-1168              Connie Damico, et al. v. Ace Hardware Corp., et al.

CALIFORNIA EASTERN
  CAE  1   06-352               B.F. Maharrey, Jr. v. Burlington Northern & Santa Fe Railway Co.

CALIFORNIA NORTHERN
  CAN  3   06-2902              Joel Panzer, et al. v. Eaton Hydraulics, Inc.
  CAN  3   06-2994              Richard Jasna, et al. v. General Electric Co., et al.

FLORIDA SOUTHERN
  FLS  1   06-21323             Marion Furlong, etc. v. Borg-Warner Corp., et al.
  FLS  1   06-21324             Lloyd Griffin, et al. v. Borg-Warner Corp., et al.
  FLS  1   06-21325             Don Haas, et al. v. Borg-Warner Corp., et al.
  FLS  1   06-21326             Raymond E. Hall v. Borg-Warner Corp., et al.
  FLS  1   06-21343             Roy Francis, et al. v. Borg-Warner Corp., et al.
  FLS  1   06-21354             Phillip Trapasso, et al. v. Borg-Warner Corp., et al.
  FLS  1   06-21355             Wilton Stewart, et al. v. Borg-Warner Corp., et al.
  FLS  1   06-21356             Edward Van Burden v. Borg-Warner Corp., et al.
  FLS  1   06-21357             Beverly Van Pelt, etc. v. Borg-Warner Corp., et al.
  FLS  9   06-80629             Carl Miller v. A.W. Chesterton, Inc., et al.
  FLS  9   06-80630             Michael McPhee, et al. v. A.W. Chesterton, Inc., et al.

GEORGIA SOUTHERN
  GAS  2   06-155               Bridget T. Matheus, etc. v. Georgia-Pacific Corp., et al.

MISSISSIPPI NORTHERN
  MSN  1   05-117               Charles Adcock v. GAF Corp., et al.
  MSN  1   06-163               Lonnie B. Davidson v. Goodrich Corp., et al.
  MSN  1   06-165               James Thomas Baswell v. Gulf Coast Marine Supply Co., et al.
  MSN  4   06-96                Gwyn Rinehart, etc. v. Robertson-Ceco Corp., et al.
  MSN  4   06-99                Eugene Vaudy Hydrick v. Crane Co., et al.

MISSISSIPPI SOUTHERN
  MSS  1   06-529               Robert Vanderson v. Goodrich Corp., et al.
  MSS  1   06-540               Billy R. Morgan v. Beazer East, Inc., et al.
  MSS  1   06-550               Leroy Williams v. Budd Co., et al.
  MSS  1   06-553               Helen C. Jones v. General Electric Co., et al.
  MSS  1   06-555               Willie Gray v. General Electric Co., et al.
  MSS  1   06-594               Alfred Allen, et al. v. Mississippi Rubber & Specialty Co., et al.
  MSS  1   06-599               Howard Price, Jr. v. Robertson-Ceco Corp., et al.
  MSS  1   06-612               Clarence Jones v. Crane Co., et al.
  MSS  1   06-626               Melvina Holloway, etc. v. Anchor Packing Co., et al.
  MSS  1   06-637               Joe Anderson v. Minnesota Mining & Manufacturing Co., et al.
  MSS  1   06-644               Handy Murphy v. Terex Corp., et al.
  MSS  1   06-645               Clark Mackey v. FMC Corp., et al.
  MSS  3   06-178               Alfred Allen, et al. v. Mississippi Rubber & Specialty Co., et al.

SCHEDULE CTO-267 - TAG ALONG ACTIONS - MDL-875                                    PAGE 2 OF 2

<u>DIST. DIV. C.A. #</u>           <u>CASE CAPTION</u>

NORTH CAROLINA EASTERN
  NCE  4  06-49           Larry D. Jones v. A.W. Chesterton, Inc., et al.
  NCE  4  06-73           Oral Duane Harris, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA MIDDLE
  NCM  1  06-519          Fred S. Broadway v. 3M Co., et al.
  NCM  1  06-522          Evelyn Dare Hovis, et al v. Kosa, et al.
  NCM  1  06-550          Howard Robert Burridge, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  06-551          Hoyte Allen Dobey, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  06-552          David Thomas Remeta, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  06-553          William Russell Williams, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
  NCW  1  06-174          William Franklin Forlines, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  06-175          Henry Junior Cudd, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  06-176          Steven Russell Faires, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  06-178          Richard Nixon Gabriel, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  06-179          Michael David Mosley, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  06-180          Donald Eugene Oglesby v. Aqua-Chem, Inc., et al.
  NCW  1  06-181          Eddie Stevenson v. Aqua-Chem, Inc., et al.
  NCW  1  06-182          Vaye F. Flowe, etc. v. Aqua-Chem, Inc., et al.
  NCW  1  06-187          Fred Rubin Greene, Jr., et al. v. Anchor Packing Co., et al.
  NCW  1  06-201          Freddie Clifford Smith, et al. v. Aqua-Chem, Inc., et al.

NEW YORK EASTERN
  NYE  1  06-2079         Diane B. McMahon, etc. v. A.W. Chesterton Co., et al.
  NYE  1  06-2624         Ernstine F. Caulfield v. A.W. Chesterton Co., et al.
  NYE  1  06-2941         John C. Ferrante, Jr., et al. v. A.W. Chesterton Co., et al.
  NYE  1  06-2988         Evelyn M. Lohman v. A.W. Chesterton Co., et al.
  NYE  1  06-2991         Eileen Mazzeo, etc. v. A.W. Chesterton Co., et al.

NEW YORK SOUTHERN
  NYS  1  06-1782         Russella A. Ridley, et al. v. General Electric Co., et al.

SOUTH CAROLINA
  SC  2  06-1777          James M. Tant, etc. Aventis Cropscience USA Inc., et al.

TEXAS SOUTHERN
  TXS  4  06-1728         Jeanette Rita Borel, et al v. Texaco, Inc., et al.
  TXS  6  06-66           Charlotte Hearn v. Alcoa, Inc.

VIRGINIA EASTERN
  VAE  3  06-406          Doris Hogston, etc. v. Allis-Chalmers Corp., et al.

WASHINGTON WESTERN
  WAW  2  06-895          Janet A. Small, etc. v. Asbestos Corp., Ltd., et al.
  WAW  2  06-902          Victor M. Mundy, etc. v. General Electric Co., et al.