**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 0 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*Ellis Edward Hales, Jr. v. Garlock Sealing Technologies, LLC, et al.,*
   E.D. Virginia, C.A. No. 4:06-3203

## ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE SEPTEMBER 28, 2006, HEARING SESSION

A conditional transfer order was filed in this action (*Hales*) on July 3, 2006. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Hales* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Hales* was remanded to the Circuit Court for the City of Newport News, Virginia, by the Honorable Jerome B. Friedman in an order filed on July 31, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-266" filed on July 3, 2006, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 10, 2006, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

**OFFICIAL FILE COPY**

IMAGED AUG 1 1 2006