**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 0 2006

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80629-CIV-HURLEY/HOPKINS

CARL MILLER,

   Plaintiff,

vs.

A.W. CHESTERTON, INC., et al,

   Defendants.
_____/

FILED by _____ D.C.

JUL 27 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CLOSED CASE

## ORDER REMANDING CASE TO STATE COURT

**THIS CAUSE** is before the court upon the plaintiff's motion for remand. On May 5, 2006, the plaintiff filed a complaint in the Circuit Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, alleging that the defendants caused the plaintiff to be exposed to asbestos. Defendant DaimlerChrysler Corporation filed a notice of removal, stating that this court has subject matter jurisdiction over these claim based on federal question jurisdiction, 28 U.S.C. § 1331. The plaintiff has moved for remand, arguing that defendant DaimlerChrysler Corporation never secured the necessary consent for removal from co-defendant A.W. Chesterton, Inc. Defendant DaimlerChrysler Corporation concedes that it did not obtain the consent of A.W. Chesterton, Inc., and therefore has indicated that this matter should be remanded to state court.

Accordingly, it is hereby **ORDERED** and **ADJUDGED**:

1.  The plaintiff's motion to remand [DE # 11] is **GRANTED**.

2.  This case is **REMANDED** to the Circuit Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.

PLEADING NO. 4856

RECOMMENDED ACTION

Vacate CTO-267 one action

Approved/Date:

MDL- 875

2006 AUG -8 P 3:34

RECEIVED CLERKS OFFICE

**OFFICIAL FILE COPY**
IMAGED AUG 1 0 2006

Order Remanding Case to State Court
Miller v. A.W. Chesterton, Inc., et al
Case No. 06-80629-CIV-HURLEY/HOPKINS

>    3.    The Clerk of the Court shall **CLOSE** this case and **DENY** all motions not otherwise ruled upon as moot.
>
>    **DONE and SIGNED** in chambers at West Palm Beach, Florida this ___ day of July, 2006.
>
>                               Daniel T.K. Hurley
>                               United States District Judge

*Copies provided to counsel of record*



Vacate CTO-267
one action
S+ Ct.

CTO goes final
on 8/22