**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 1 2006

FILED
CLERK'S OFFICE

UNITED STATES OF AMERICA
BEFORE THE JUDICIAL PANEL ON
MULITDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | § | MDL NO. 875 |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MIRAND M. DRUMMOND, Individually and as Executrix and as Heir of the Estate of JAMES R. DRUMMOND | §§§§ | |
| VS. | §§ | CIVIL CASE NO. H-06-1758 |
| QUIGLEY COMPANY, INC., ET AL. | § | |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 5.3 of the Judicial Panel on Multidistrict litigation, MDL-875, the undersigned counsel for TRINITY CONSTRUCTION COMPANY, INC., which is a nongovernmental corporate party, states that (a) it has no parent companies, and (b) no publicly held corporation own 10% or more of its stock.

PLEADING NO. 4858

OFFICIAL FILE COPY

IMAGED AUG 1 6 2006

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 11 2006

FILED
CLERK'S OFFICE

Respectfully submitted,
ADAMS & BOSWELL, P.C.

BY _____
KENT M. ADAMS
STATE BAR NO. 00869200
Southern District of Texas No. 246
1010 Lamar, Suite 1800
Houston, Texas 77002
(713) 659-6767 – Phone
(713) 795-6830 – Fax
**ATTORNEY IN CHARGE FOR DEFENDANT,
TRINITY CONSTRUCTION COMPANY, INC.**

OF COUNSEL:

**ADAMS & BOSWELL, P.C.**
Sarah M. Davis
STATE BAR NO. 24031998
Southern District of Texas No. 36877
1010 Lamar, Suite 1800
Houston, Texas 77002
(713) 629-6767 – Phone
(713) 759-6830 – Fax

### CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of August, 2006, a true and correct copy of the above and foregoing document was forwarded to all counsel of record and to all attorneys on the attached "Panel Service List", pursuant to the Federal Rules of Civil Procedure and the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

_____
**KENT M. ADAMS**

Case MDL No. 875   Document 4858   Filed 08/11/06   Page 3 of 5

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 11 2006

FILED
CLERK'S OFFICE

Page 1 of 3

**PANEL SERVICE LIST (Excerpted from CTO-266)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Miranda M. Drummond, etc. v. Quigley Co., Inc., et al.,* S.D. Texas, C.A. No. 4:06-1758

Kent M. Adams
Adams & Coffey
550 Fannin
Suite 800
P.O. Box 7505
Beaumont, TX 77726-7505

Robert L. Adams
Kacal, Adams & Law
One Riverway
Suite 1200
Houston, TX 77056

Barbara J. Barron
Mehaffy Weber, PC
P. O. Box 16
Beaumont, TX 77704

Frank Mason Bean
Bean Bean & Brothers
820 Gessner Road
Suite 1500
Houston, TX 77024

Jose A. Berlanga
Gardere, Wynne & Sewell, L.L.P
Wells Fargo Bank Plaza
1000 Louisana
Suite 3400
Houston, TX 77002

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Nathaniel A. Bosio
Dogan & Wilkinson, PLLC
P.O. Box 1618
734 Dalmas Ave
Pascagoula, MS 39568-1618

David P. Boyce
Wright & Greenhill
221 W. 6th Street
Suite 1800
Austin, TX 78701

Ron M. Calderon
Coonley Baker Wotring Jackson, LLP
700 Louisiana
Suite 1850
Houston, TX 77002

Eric D. Carlson
Crivello, Carlson & Mentskowski
710 North Plankinton Avenue
Suite 500
Milwaukee, WI 53203

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Brian S. Clary
Brian S Clary & Associates
402 Staitti
Humble, TX 77338

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Laurie B. Easter
McGinnis, Lochridge, & Kilgore
1221 McKinney Street, Ste. 3200
Houston, TX 77010

Brady S. Edwards
Edwards Burns & Krider LLP
1000 Louisiana
Suite 1300
Houston, TX 77002

Gary D. Elliston
DeHay & Elliston, L.L.P
3500 Bank of America Plaza
901 Main Street
Dallas, TX 75202-3736

Melissa K. Ferrell
Segal, McCambridge, Singer
& Mahoney, Ltd.
100 Congress Avenue
Suite 700
Austin, TX 78701

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Laura A. Frase
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
2001 Bryan Street
Suite 1300
Dallas, TX 75201-3008

Sharla J. Frost
Powers & Frost, L.L.P.
909 Fannin
2600 Two Houston Center
Houston, TX 77010

Leonard H. Fuller, III
Naman Howell Smith & Lee
P.O. Box 1470
900 Washington Ave
7th Floor
Waco, TX 76703-1470

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Jesus Garcia, Jr.
Locke, Liddell, et al.
600 Travis
Suite 3400
Houston, TX 77002-3095

PANEL SERVICE LIST (Excerpted from CTO-266) - MDL-875                                                           Page 2 of 3

John R. Gilbert
Gilbert & Gilbert
222 North Velasco
Angleton, TX 77516-1819

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Frank G. Harmon III
Crain, Caton, James
1401 McKinney
Suite 1700
Houston, TX 77010

James M. Harris, Jr.
Harris Lively, Duesler & Hatfield
P.O. Box 830
550 Fannin
Suite 650
Beaumont, TX 77704

Denman Heard
Heard, Robins, Cloud & Lubel LLP
500 Dallas
Suite 3100
Houston, TX 77002

Edward J. Hennessy
Hennessy Gardner & Barth
2900 Weslayan St., Suite 550
Houston, TX 77027-5185

Timothy J. Hogan
Bierne, Maynard & Parsons
1300 Post Oak Boulevard
25th Floor
Houston, TX 77056

John M. Jordan
Gardere, Wynne & Sewell, L.L.P
1000 Louisiana
Suite 3400
Houston, TX 77002-5007

J. Frank Kinsel, Jr.
Cantey & Hanger, L.L.P.
2100 Burnett Plaza
801 Cherry Street
Ft. Worth, TX 76102

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

G. Douglas Lackey
Brown, McCarroll, LLP
111 Congress Avenue
Suite 1400
Austin, TX 78701-4043

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Tori S. Levine
Brown McCarroll
2000 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Karen Kay Maston
Connelly, Baker, et al.
700 Louisiana
Suite 1850
Houston, TX 77002-2778

Roger L. McCleary
Beirne, Maynard & Parsons
1300 Post Oak Blvd.
25th Floor
Houston, TX 77056

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Roger Henry Nebel
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
1717 St. James Place
Suite 600
Houston, TX 77056

James D. Nebout
Burwell & Burwell, et al.
1501 Amburn Road
Suite 9
Texas City, TX 77591

Todd Ogden
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
2001 Bryan Street
Suite 1300
Dallas, TX 75201

James R. Old, Jr.
Germer Gertz
550 Fannin Street
Suite 1700
Beaumont, TX 77701

George Plato Pappas
Sheehy, Serpe & Ware, P.C.
2500 Two Houston Center
909 Fannin Street
Houston, TX 77010

Jerry C. Parker
Sammons & Parker, P.C.
218 North College Street
Tyler, TX 75702

James H. Powers
Powers & Frost, L.L.P.
2400 One Houston Center
1221 McKinney Street
Houston, TX 77010

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Kenneth D. Rhodes
Kacal, Adams & Law
America Tower
One Riverway
Suite 1200
Houston, TX 77056

John D. Roven
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

PANEL SERVICE LIST (Excerpted from CTO-266) - MDL-875               Page 3 of 3

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Kyle C. Steele
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
2001 Bryan Street
Suite 1300
Bryan Tower
Dallas, TX 75201

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Thomas W. Taylor
Andrews & Kurth
600 Travis
Suite 4200
Houston, TX 77002-2778

Robert E. Thackston
Hawkins, Parnell & Thackston, LLP
4514 Cole Avenue
Suite 550
Dallas, TX 75205

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Todd Wade
Brown McCarroll
111 Congress Avenue
Suite 1400
Austin, TX 78701

Harold K. Watson
Locke Liddell & Sapp, LLP
600 Travis Street
3400 JP Morgan Chase Tower
Houston, TX 77002

David M. Weaver
Burford & Ryburn
Lincoln Plaza, Suite 3100
500 North Akard
Dallas, TX 75201-6697

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Clay M. White
Sammons & Parker, P.C.
218 North College
Tyler, TX 75702