**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 5 2006

FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80630-CIV-RYSKAMP/VITUNAC

FILED by _____ D.C.
FILED
CLERK'S OFFICE
AUG - 8 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B

MICHAEL MCPHEE,

    Plaintiff,

v.

A.W. CHESTERTON, INC., et al.,

    Defendant.
_____/

**CLOSED CASE**

PLEADING NO. 4859

## ORDER OF REMAND

THIS CAUSE comes before the Court pursuant to Defendant Daimlerchrysler Corporation's Consent to Remand, filed July 31, 2006 [DE 13]. Daimlerchrysler concedes that this action should be remanded given that the action remains pending against A.W. Chesterton, which has not consented to the removal. Accordingly, it is hereby

ORDERED AND ADJUDGED that the above-styled case is REMANDED to the Fifteenth Judicial Circuit in and for Palm Beach County. No fees or costs are awarded relating to the motion to remand. The Clerk of Court shall CLOSE this case and DENY and pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 8th day of August, 2006.

*[signature]*
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

MDL-875 RECOMMENDED ACTION
Vac CMD 267 - one action
Approved/Date: OK II 14Aug 06

Copies provided:
All parties and counsel of record

**OFFICIAL FILE COPY**

15/pr3

IMAGED AUG 1 5 2006