MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 5 2006

FILED
CLERK'S OFFICE

PLEADING NO. 4860

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Michael McPhee, et al. v. A.W. Chesterton, Inc., et al.*, S.D. Florida, C.A. No. 9:06-80630

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*McPhee*) on August 4, 2006. The Panel has now been advised that *McPhee* was remanded to the Circuit Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, by the Honorable Kenneth L. Ryskamp in an order filed on August 8, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-267" filed on August 4, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED AUG 1 5 2006