**MDL 875◄**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 16 2006

FILED
CLERK'S OFFICE

PLEADING NO. 4861

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | §<br>§<br>§<br>§ | MDL DOCKET NO. 875 |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| DORIS HOGSTON, Executor of the Estate<br>Of HARRY HOGSTON, deceased<br>                    *Plaintiffs,*<br>v.<br><br>ALLIS-CHALMERS CORPORATION,<br>     A Delaware Corporation, et al.,<br>                    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.<br>06-CV-406 |

### NOTICE OF OPPOSITION TO TRANSFER

Come now Plaintiffs and file this Notice of Opposition to the Conditional Transfer Order

(CTO-267) entered by the Panel on August 4, 2006.

DORIS HOGSTON, Executor of the Estate of HARRY HOGSTON, deceased

v. ALLIS-CHALMERS CORPORATION, A Delaware Corporation, et al in the United States

District Court Eastern District of Virginia. Pursuant to Panel Rule 7.4(c), the plaintiffs file this

notice of opposition to apprise the Panel of their opposition to transfer.

Pursuant to Panel Rule 7.4(d), plaintiff shall file, within 15 days of the filing of this

**OFFICIAL FILE COPY**

IMAGED AUG 16 2006



08/14/2006     15:28                                                          NO.060    ℙ004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 6 2006

FILED
CLERK'S OFFICE

notice, their motion to vacate conditional transfer order and supporting brief.

Respectfully submitted,

Charles S. Siegel
Texas State Bar No. 18341875
Peter A. Kraus
Virginia State Bar No. 25447
**Waters & Kraus, LLP**
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 Telecopier

Jonathan A. George
Virginia State Bar No. 25481
Law Office of Jonathan A. George
10231 Warwick Blvd.
Newport News, Virginia 23601
(757) 223-1275
(757) 223-1276 Telecopier

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition has been served

by facsimile or regular mail on all counsel of record (Schedule CTO-267 / Docket No. 875), in

addition to the counsel listed below on this 14th day of August, 2006.

Timothy S. Brunick
Clarke, Dolph, Rapaport, Hardy & Hull, PLC
6160 Kempsville Circle
Norfolk, Virginia 23506

James G. Kennedy
Pierce, Herns, Sloan & McLeod
P.O. Box 3640
Norfolk, Virginia 23510

2

RECEIVED
CLERK'S OFFICE
2006 AUG 14 P 4:31
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

Erik D. Nadolink
Leclair Ryan
P.O. Box 2499
Richmond, Virginia 23218

John Radd
Huff, Poole & Mahoney
4705 Columbus Street, Suite 100
Virginia Beach, Virginia 23462

Bruce T. Bishop
Willcox & Savage
1800 NationsBank Center
One Commercial Place
Norfolk, Virginia 23510

Carl Schwertz
Duane, Hauck & Gnapp, PC
10 E. Franklin Street, 4th Floor
Richmond, Virginia 23219

Robert A. Ziogas
Glenn, Feldmann, Darby
P.O. Box 2887
Roanoak, Virginia 24001

Archibard Wallace, III
WallacePledger, LLC
The Capstone Center
7100 Forest Avenue, Suite 302
Richmond, Virginia 23226

Henry N. Ware
Spotts, Fain, Chappell
P.O. Box 1555
Richmond, Virginia 23219

Charles S. Siegel