UNITED STATES DISTRICT COURT
SOUTHEASTERN DISTRICT OF GEORGIA
Brunswick Division

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 21 2006

FILED
CLERK'S OFFICE

| | |
|---|---|
| BRIDGET T. MATHEUS, Individually and as the Legal Representative of the Estate of HOWARD DAVID MATHEUS, SR., DECEASED<br><br>Plaintiff(s),<br><br>vs.<br><br>GEORGIA PACIFIC CORPORATION, ET AL.<br><br>Defendants. | CIVIL ACTION NO.: CV206-155-AAA |

### ORDER TO REMAND TO STATE COURT OF GLYNN COUNTY, GEORGIA

N. Calhoun Anderson, Jr., Esquire, on behalf of the Plaintiff, and Ivan A. Gustufson, Esquire, on behalf of Foster Wheeler Energy Corporation, having filed a Motion to Remand to State Court of Glynn County, Georgia in the above-captioned matter.

IT IS HEREBY ORDERED that Plaintiff's Motion to Remand to State Court is hereby GRANTED.

SO ORDERED this 11th day of July, 2006.

_____
The Honorable Anthony A. Alaimo
Judge, United States District Court
Southern District of Georgia

MDL- 875
RECOMMENDED ACTION

Vac. CTO-267 - one action
Approved/Date: _____

**OFFICIAL FILE COPY**

PLEADING NO. 4862

IMAGED AUG 2 1 2006