

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 1 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*Bridget T. Matheus, etc. v. Georgia-Pacific Corp., et al.*, S.D. Georgia, C.A. No. 2:06-155

*ORDER VACATING CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in this action (*Matheus*) on August 4, 2006. The Panel has now been advised that *Matheus* was remanded to the State Court of Glynn County, Georgia, by the Honorable Anthony A. Alaimo in an order filed on July 11, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-267" filed on August 4, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED AUG 2 1 2006