**MDL 875**

FILED
2006 Aug-08 PM 04:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 22 2006

FILED
CLERK'S OFFICE

| | |
|---|---|
| **CONNIE DAMICO, et al.,** | } |
| **Plaintiffs,** | } |
| v. | } Case No. 2:06-CV-1168-RDP |
| **ACE HARDWARE CORPORATION,** et al., | } |
| **Defendants.** | } |

## ORDER

In accordance with the memorandum opinion entered this same date, the court has concluded that certain terms and conditions should apply to Plaintiffs' dismissal against the remaining Defendants. Accordingly, Plaintiffs' Motion to Dismiss Pursuant to FRCP 41(a)(2) is **GRANTED** as to the remaining Defendants, and this case is **DISMISSED WITHOUT PREJUDICE** as to those Defendants based upon the following conditions and terms: (1) the Plaintiffs jointly have waived any right to have their cases "tried jointly" with each other; and (2) any Plaintiffs who re-file their claims shall not file them as a "mass action" as that term is defined by 28 U.S.C. § 1332.

**DONE** and **ORDERED** this ___8th___ day of August, 2006.

_/s/ R. David Proctor_
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

MDL- **875**
RECOMMENDED ACTION
Vac CTO-267 - one action
Approved/Date: /s/ - 21 Aug 06

**OFFICIAL FILE COPY**

PLEADING NO. 4864

IMAGED AUG 2 2 2006