

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 22 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Connie Damico, et al. v. Ace Hardware Corp., et al.*, N.D. Alabama, C.A. No. 2:06-1168

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Damico*) on August 4, 2006. The Panel has now been advised that *Damico* was dismissed in the Northern District of Alabama by the Honorable R. David Proctor in an order filed on August 8, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-267" filed on August 4, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED AUG 2 2 2006