MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 4 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-267)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,120 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 4866

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG 2 2 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY

IMAGED AUG 2 2 2006

SCHEDULE CTO-267 - TAG-ALONG ACTIONS
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DIST. DIV. C.A. #               CASE CAPTION

ALABAMA NORTHERN
~~ALN  2  06-1168~~              ~~Connie Damico, et al. v. Ace Hardware Corp., et al.~~ Vacated 8/22/06

CALIFORNIA EASTERN
CAE  1  06-352                   B.F. Maharrey, Jr. v. Burlington Northern & Santa Fe Railway Co.

CALIFORNIA NORTHERN
CAN  3  06-2902                  Joel Panzer, et al. v. Eaton Hydraulics, Inc.
CAN  3  06-2994                  Richard Jasna, et al. v. General Electric Co., et al.

FLORIDA SOUTHERN
FLS  1  06-21323                 Marion Furlong, etc. v. Borg-Warner Corp., et al.
FLS  1  06-21324                 Lloyd Griffin, et al. v. Borg-Warner Corp., et al.
FLS  1  06-21325                 Don Haas, et al. v. Borg-Warner Corp., et al.
FLS  1  06-21326                 Raymond E. Hall v. Borg-Warner Corp., et al.
FLS  1  06-21343                 Roy Francis, et al. v. Borg-Warner Corp., et al.
FLS  1  06-21354                 Phillip Trapasso, et al. v. Borg-Warner Corp., et al.
FLS  1  06-21355                 Wilton Stewart, et al. v. Borg-Warner Corp., et al.
FLS  1  06-21356                 Edward Van Burden v. Borg-Warner Corp., et al.
FLS  1  06-21357                 Beverly Van Pelt, etc. v. Borg-Warner Corp., et al.
~~FLS  9  06-80629~~             ~~Carl Miller v. A.W. Chesterton, Inc., et al.~~        Vacated 8/10/06
~~FLS  9  06-80630~~             ~~Michael McPhee, et al. v. A.W. Chesterton, Inc., et al.~~ Vacated 8/15/06

GEORGIA SOUTHERN
~~GAS  2  06-155~~               ~~Bridget T. Matheus, etc. v. Georgia-Pacific Corp., et al.~~ Vacated 8/21/06

MISSISSIPPI NORTHERN
MSN  1  05-117                   Charles Adcock v. GAF Corp., et al.
MSN  1  06-163                   Lonnie B. Davidson v. Goodrich Corp., et al.
MSN  1  06-165                   James Thomas Baswell v. Gulf Coast Marine Supply Co., et al.
MSN  4  06-96                    Gwyn Rinehart, etc. v. Robertson-Ceco Corp., et al.
MSN  4  06-99                    Eugene Vaudy Hydrick v. Crane Co., et al.

MISSISSIPPI SOUTHERN
MSS  1  06-529                   Robert Vanderson v. Goodrich Corp., et al.
MSS  1  06-540                   Billy R. Morgan v. Beazer East, Inc., et al.
MSS  1  06-550                   Leroy Williams v. Budd Co., et al.
MSS  1  06-553                   Helen C. Jones v. General Electric Co., et al.
MSS  1  06-555                   Willie Gray v. General Electric Co., et al.
MSS  1  06-594                   Alfred Allen, et al. v. Mississippi Rubber & Specialty Co., et al.
MSS  1  06-599                   Howard Price, Jr. v. Robertson-Ceco Corp., et al.
MSS  1  06-612                   Clarence Jones v. Crane Co., et al.
MSS  1  06-626                   Melvina Holloway, etc. v. Anchor Packing Co., et al.
MSS  1  06-637                   Joe Anderson v. Minnesota Mining & Manufacturing Co., et al.
MSS  1  06-644                   Handy Murphy v. Terex Corp., et al.
MSS  1  06-645                   Clark Mackey v. FMC Corp., et al.
MSS  3  06-178                   Alfred Allen, et al. v. Mississippi Rubber & Specialty Co., et al.

SCHEDULE CTO-267 - TAG ALONG ACTIONS - MDL-875                                       PAGE 2 OF 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NORTH CAROLINA EASTERN** | |
| NCE 4 06-49 | Larry D. Jones v. A.W. Chesterton, Inc., et al. |
| NCE 4 06-73 | Oral Duane Harris, et al. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 06-519 | Fred S. Broadway v. 3M Co., et al. |
| NCM 1 06-522 | Evelyn Dare Hovis, et al v. Kosa, et al. |
| NCM 1 06-550 | Howard Robert Burridge, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 06-551 | Hoyte Allen Dobey, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 06-552 | David Thomas Remeta, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 06-553 | William Russell Williams, et al. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 06-174 | William Franklin Forlines, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-175 | Henry Junior Cudd, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-176 | Steven Russell Faires, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-178 | Richard Nixon Gabriel, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-179 | Michael David Mosley, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-180 | Donald Eugene Oglesby v. Aqua-Chem, Inc., et al. |
| NCW 1 06-181 | Eddie Stevenson v. Aqua-Chem, Inc., et al. |
| NCW 1 06-182 | Vaye F. Flowe, etc. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-187 | Fred Rubin Greene, Jr., et al. v. Anchor Packing Co., et al. |
| NCW 1 06-201 | Freddie Clifford Smith, et al. v. Aqua-Chem, Inc., et al. |
| **NEW YORK EASTERN** | |
| NYE 1 06-2079 | Diane B. McMahon, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 06-2624 | Ernstine F. Caulfield v. A.W. Chesterton Co., et al. |
| NYE 1 06-2941 | John C. Ferrante, Jr., et al. v. A.W. Chesterton Co., et al. |
| NYE 1 06-2988 | Evelyn M. Lohman v. A.W. Chesterton Co., et al. |
| NYE 1 06-2991 | Eileen Mazzeo, etc. v. A.W. Chesterton Co., et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 06-1782 | Russella A. Ridley, et al. v. General Electric Co., et al. |
| **SOUTH CAROLINA** | |
| SC 2 06-1777 | James M. Tant, etc. Aventis Cropscience USA Inc., et al. |
| **TEXAS SOUTHERN** | |
| TXS 4 06-1728 | Jeanette Rita Borel, et al v. Texaco, Inc., et al. |
| TXS 6 06-66 | Charlotte Hearn v. Alcoa, Inc. |
| **VIRGINIA EASTERN** | |
| ~~VAE 3 06-406~~ | ~~Doris Hogston, etc. v. Allis-Chalmers Corp., et al.~~ Opposed 8/16/06 |
| **WASHINGTON WESTERN** | |
| WAW 2 06-895 | Janet A. Small, etc. v. Asbestos Corp., Ltd., et al. |
| WAW 2 06-902 | Victor M. Mundy, etc. v. General Electric Co., et al. |