**MDL 875**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 06-21323-CIV-COOKE/BROWN

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 3 0 2006

FILED
CLERK'S OFFICE

MARION FURLONG, as Personal representative of the estate of GERALD FURLONG, deceased,

Plaintiff,

vs.

BORG WARNER CORP., *et al.*,

Defendants.
_____/

**CLOSED CIVIL CASE**



PLEADING NO. 4867

### ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS CAUSE is before the Court upon an independent review of the record. On July 10, 2006, this Court issued an Order directing Plaintiff to advise the Court, by July 21, 2006, as to whether the U.S. District Court for the District of Pennsylvania had issued a decision regarding the potential transfer of this action as a tag along action. See DE 17. However, Plaintiff failed to file a response. Therefore, on July 27, 2006 this Court issued a second Order directing Plaintiff to show cause why this Court should not impose sanction for her failure to comply with its July 10, 2006 Order. Additionally, the Court forewarned Plaintiff that failure to respond would result in the immediate imposition of sanctions. Nevertheless, as of the date of this Order Plaintiff has not filed a response. Accordingly, it is hereby

**ORDERED and ADJUDGED** as follows:

1. This case is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk shall **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

MDL- *875*

RECOMMENDED ACTION

*Vacate CTO-267 - one action*

Approved/Date: *CM/JL*

**OFFICIAL FILE COPY**

IMAGED AUG 3 0 2006

**DONE and ORDERED** in Chambers at Miami, Florida this _18_ day of August, 2006.

THE HONORABLE MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

The Honorable Magistrate Judge Stephen T. Brown

*All Counsel of Record*