**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 3 0 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*Marion Furlong, etc. v. Borg-Warner Corp., et al.*, S.D. Florida, C.A. No. 1:06-21323

*ORDER VACATING CONDITIONAL TRANSFER ORDER*

    A conditional transfer order was filed in this action (*Furlong*) on August 4, 2006. In the absence of any opposition, the conditional transfer order was finalized with respect to *Furlong* on August 22, 2006. The Panel has now been advised, however, that *Furlong* was dismissed by the Honorable Marcia G. Cooke in an order filed on August 18, 2006.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-267" filed on August 4, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 4868

**OFFICIAL FILE COPY**

IMAGED AUG 3 0 2006