**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 3 1 2006

FILED
CLERK'S OFFICE

**PLEADING NO. 4869**

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (No. VI) | § | MDL DOCKET NO. 875 |
| | § | |
| | § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| DORIS HOGSTON, Executor of the Estate | § | |
| Of HARRY HOGSTON, deceased | § | |
| *Plaintiffs,* | § | |
| v. | § | Civil Action No. |
| | § | 06-CV-406 |
| ALLIS-CHALMERS CORPORATION, | § | |
| A Delaware Corporation, et al., | § | |
| *Defendants.* | § | |

**MOTION AND BRIEF TO VACATE THE CONDITIONAL TRANSFER ORDER**

I.    PRELIMINARY STATEMENT

Plaintiff respectfully files this motion and brief to vacate the Conditional Transfer

Order (CTO-267) entered by the Judicial Panel on Multidistrict Litigation on August 4,

2006.   Pursuant to Panel Rules 5.12(a), 5.13 and 7.4(d), this Brief to Vacate the

Conditional Transfer Order is being filed in support of plaintiff's Notice of Opposition

which were filed on August 14, 2006 in accordance with Panel Rule 7.4(b)  (*See* notice

**OFFICIAL FILE COPY**
IMAGED SEP - 1 2006

attached as Exhibit A). This submission is being filed within 15 days of the filing of the Notice of Opposition. For the reasons stated below, the Conditional Transfer Order should be vacated so that the claimant represented in this case can proceed in the timely resolution of her claim in *state* court.

Plaintiff has filed a motion for remand in this case. Despite the fact that the Panel entered its Conditional Transfer Order *before* the district court judge was able to rule on the motion, that judge has not lost jurisdiction over these cases and, therefore, *can* make a determination as to plaintiff's Motions for Remand. Faulk v. Owens-Corning Fiberglas Corp., et al., 48 F.Supp.2d 653, 657 (E.D. Tex. 1999); *See* Panel Rule 1.5, 181 F.R.D. 1,3 (1998); *See also* Bartley v. Borden, Inc. et al., 1996 WL 68482 (E.D. La. 1996)(citing Panel Rule 18 which states that the pendency of a conditional transfer order "does not affect or suspend orders and pretrial proceedings in the district court in which the action is pending and does not in any way limit the pretrial jurisdiction of that court" within the prescribed fifteen day period.)

In the case before us now, plaintiffs filed their notice of opposition within the prescribed fifteen-day period. Therefore, transmittal of the CTO was stayed and continues to be stayed until further action by this Panel. Finally, since the case has not been finally transferred, but only "provisionally" transferred, pending a final decision on transfer, it is still technically pending in the original district court to which it was removed. Thus, not only does the United States District Court judge retain jurisdiction to rule on the Motion for Remand before him, but he may promptly do so and preserve the plaintiff's right to a timely resolution of her claim.

The transferor court is currently considering plaintiff's motion for remand.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 3 1 2006

FILED
CLERK'S OFFICE

WHEREFORE, PREMISES CONSIDERED, plaintiff respectfully requests that

the conditional transfer order be vacated.

Respectfully submitted,

Charles S. Siegel
Texas State Bar No. 18341875
**Peter A. Kraus**
Virginia State Bar No. 25447
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 Telecopier

Jonathan A. George
Virginia State Bar No. 25481
Law Office of Jonathan A. George
10231 Warwick Blvd.
Newport News, Virginia  23601
(757) 223-1275
(757) 223-1276  Telecopier

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Brief to Vacate the Conditional

Transfer Order has been served by facsimile on all counsel of record (Schedule CTO-267

/ Docket No. 875), in addition to the counsel listed below on this 30th day of August

2006.

Timothy S. Brunick
Clarke, Dolph, Rapaport, Hardy & Hull, PLC
6160 Kempsville Circle
Norfolk, Virginia  23506

James G. Kennedy
Pierce, Herns, Sloan & McLeod
P.O. Box 3640
Norfolk, Virginia  23510

Erik D. Nadolink
Leclair Ryan
P.O. Box 2499
Richmond, Virginia  23218

John Radd
Huff, Poole & Mahoney
4705 Columbus Street, Suite 100
Virginia Beach, Virginia  23462

Bruce T. Bishop
Willcox & Savage
1800 NationsBank Center
One Commercial Place
Norfolk, Virginia  23510

Carl Schwertz
Duane, Hauck & Gnapp, PC
10 E. Franklin Street, 4th Floor
Richmond, Virginia  23219

Robert A. Ziogas
Glenn, Feldmann, Darby
P.O. Box 2887
Roanoak, Virginia  24001

Archibard Wallace, III
WallacePledger, LLC
The Capstone Center
7100 Forest Avenue, Suite 302
Richmond, Virginia  23226

Henry N. Ware
Spotts, Fain, Chappell
P.O. Box 1555
Richmond, Virginia  23219

_____
Charles S. Siegel

**PANEL SERVICE LIST (Excerpted from CTO-267)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Doris Hogston, etc. v. Allis-Chalmers Corp., et al.,* E.D. Virginia, C.A. No. 3:06-406

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Bruce T. Bishop
Wilcox & Savage, P.C.
One Commercial Place
Suite 1800
Norfolk, VA 23510

Timothy S. Brunick
Clarke Dolph Rapaport Hardy & Hull
6160 Kempsville Circle
P.O. Box 13109
Norfolk, VA 23506-3109

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

John P. Fishwick
Lichtenstein & Fishwick, PLC
101 South Jefferson Street
Suite 400
P.O. Box 601
Roanoke, VA 24004-0601

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Peter A. Kraus
Waters & Kraus, LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Erik David Nadolink
LeClair, Ryan, P.C.
707 East Main Street
Eleventh Floor
Richmond, VA 23219

William W. Nexsen
Stackhouse, Nexsen & Turrietta, PLLC
1600 First Virginia Tower
555 Main Street
P.O. Box 3640
Norfolk, VA 23514

Jeffrey Scott Poretz
Miles & Stockbridge, P.C.
1751 Pinnacle Drive
Suite 500
McLean, VA 22102-3833

Richard T. Radcliffe, Jr.
Dehay & Elliston, LLP
36 S. Charles Street
13th Floor
Baltimore, MD 21201

John D. Radd
Huff, Poole & Mahoney
4705 Columbus Street
Suite 100
Virginia Beach, VA 23462-1521

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney, PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Carl R. Schwertz
Duane Hauck & Gnapp
10 East Franklin Street
Richmond, VA 23219-2106

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Charles S. Siegel
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, TX 75204

Jonathan A. Smith-George
Law Offices of Jonathan A.
Smith-George
10231 Warwick Blvd.
Newport News, VA 23601

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Archibald Wallace, III
WallacePledger, LLC
7100 Forest Avenue
Suite 302
Richmond, VA 23226

Henry N. Ware, Jr.
Spotts Fain, PC
411 E Franklin St
P.O. Box 1555
Richmond, VA 23218-1555

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Robert A. Ziogas
Glenn, Feldmann, Darby & Goodlatte
P.O. Box 2887
210 1st Street
Suite 200
Roanoke, VA 24001

A



RECEIVED
CLERK'S OFFICE

2006 AUG 17  A 10: 37

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (No. VI) | § | MDL DOCKET NO. 875 |
| | § | |
| | § | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| DORIS HOGSTON, Executor of the Estate | § | |
| Of HARRY HOGSTON, deceased | § | |
| *Plaintiffs,* | § | |
| v. | § | Civil Action No. |
| | § | 06-CV-406 |
| ALLIS-CHALMERS CORPORATION, | § | |
| A Delaware Corporation, et al., | § | |
| *Defendants.* | § | |

### NOTICE OF OPPOSITION TO TRANSFER

Come now Plaintiffs and file this Notice of Opposition to the Conditional Transfer Order

(CTO-267) entered by the Panel on August 4, 2006.

DORIS HOGSTON, Executor of the Estate of HARRY HOGSTON, deceased

v. ALLIS-CHALMERS CORPORATION, A Delaware Corporation, et al in the United States

District Court Eastern District of Virginia.  Pursuant to Panel Rule 7.4(c), the plaintiffs file this

notice of opposition to apprise the Panel of their opposition to transfer.

Pursuant to Panel Rule 7.4(d), plaintiff shall file, within 15 days of the filing of this

1



EXHIBIT
A

notice, their motion to vacate conditional transfer order and supporting brief.



Respectfully submitted,

Charles S. Siegel
Texas State Bar No. 18341875
Peter A. Kraus
Virginia State Bar No. 25447
**Waters & Kraus, LLP**
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 Telecopier

Jonathan A. George
Virginia State Bar No. 25481
Law Office of Jonathan A. George
10231 Warwick Blvd.
Newport News, Virginia  23601
(757) 223-1275
(757) 223-1276  Telecopier

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition has been served

by facsimile or regular mail on all counsel of record (Schedule CTO-267 / Docket No. 875), in

addition to the counsel listed below on this 14th day of August, 2006.

Timothy S. Brunick
Clarke, Dolph, Rapaport, Hardy & Hull, PLC
6160 Kempsville Circle
Norfolk, Virginia  23506

James G. Kennedy
Pierce, Herns, Sloan & McLeod
P.O. Box 3640
Norfolk, Virginia  23510

Erik D. Nadolink
Leclair Ryan
P.O. Box 2499
Richmond, Virginia  23218

John Radd
Huff, Poole & Mahoney
4705 Columbus Street, Suite 100
Virginia Beach, Virginia  23462

Bruce T. Bishop
Willcox & Savage
1800 NationsBank Center
One Commercial Place
Norfolk, Virginia  23510

Carl Schwertz
Duane, Hauck & Gnapp, PC
10 E. Franklin Street, 4th Floor
Richmond, Virginia  23219

Robert A. Ziogas
Glenn, Feldmann, Darby
P.O. Box 2887
Roanoak, Virginia  24001

Archibard Wallace, III
WallacePledger, LLC
The Capstone Center
7100 Forest Avenue, Suite 302
Richmond, Virginia  23226

Henry N. Ware
Spotts, Fain, Chappell
P.O. Box 1555
Richmond, Virginia  23219

_____
Charles S. Siegel

```
        MESSAGE CONFIRMATION

                    08/14/2006  15:29


DATE        S,R-TIME   DISTANT STATION ID      MODE      PAGES    RESULT

08/14       01'03"     2025022888              CALLING    005     OK        0000
```

08/14/2006    15:28                                              NO.060   ⊽001

# waterskraus

WATERS & KRAUS, LLP ATTORNEYS AND COUNSELORS
TEXAS: 3219 McKINNEY AVENUE   DALLAS, TEXAS 75204   TEL 214 357 6244   FAX 214 357 7252
CALIFORNIA: 500 NORTH CONTINENTAL BLVD  SUITE 500  EL SEGUNDO, CALIFORNIA 90245   TEL 310 414 8146  FAX 310 414 8156

PLEASE RESPOND TO THE TEXAS OFFICE
CHARLES S. SIEGEL

DATE:    AUGUST 14, 2006

TO:      Michael Beck, Clerk of the Panel  202 502 2888

FROM:    Charles S. Siegel

RE:      Doris Hogston, et al v. Allis-Chalmers Corp.

* MESSAGE*

**Plaintiffs' Notice of Opposition**

INVOLVED COUNSEL LIST (CTO-267)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Norman Calhoun Anderson, Jr.
P.O. Box 9886
425 E. Congress Street
Savannah, GA 31412

Cynthia W. Antonucci
Harris Beach, LLP
805 3rd Avenue
20th Floor
New York, NY 10022

Paul Auchard
Auchard & Stewart
2377 West Shaw
Suite 106
Fresno, CA 93711-3438

S. Allen Baker, Jr.
Balch & Bingham LLP
P.O. Box 306
Birmingham, AL 35201

Joe E. Basenberg
Hand Arendall, LLC
P. O. Box 123
Mobile, AL 36601

Kevin C. Baumgardner
Corr Cronin Michelson Baumgardner
& Preece
1001 4th Avenue
Suite 3700
Seattle, WA 98154

Henry Philip Bell
Salas, Ede, Peterson & Lage, LLC
6333 Sunset Drive
South Miami, FL 33143

Jeffrey M. Bell
Bell & Melamed
Spectrum Park I
4901 N.W. 17th Way
Suite 302
Ft. Lauderdale, FL 33309

Joshua H. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Martin K. Berks
Environmental Attorneys Group
2145 14th Avenue South, Suite 100
Birmingham, AL 35205

R. Dirk Bernhardt
Murray, Dunham & Murray
2225 4th Ave
Ste 200
Seattle, WA 98121

V. Brian Bevon
Motley Rice, LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Bruce T. Bishop
Wilcox & Savage, P.C.
One Commercial Place
Suite 1800
Norfolk, VA 23510

Janet W. Black
Ward Black, P.A.
208 West Wendover Ave.
Greensboro, NC 27401-1307

Brian M. Blythe
Bradley, Arant, Rose & White
1819 Fifth Avenue, North
Birmingham, AL 35203-2119

James H. Bolin
Butler, Snow, O'Mara, Stevens
& Cannada , PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Emily S. Bonds
Walston, Wells, Anderson & Bains
1819 5th Avenue North, Suite 1100
P.O. Box 830642
Birmingham, AL 35203-0642

Joel M. Bondurant, Jr.
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

Timothy W. Bouch
Leath, Bouch & Crawford
134 Meeting Street
P.O. Box 59
Charleston, SC 29402

Edward Kenneth Brooks
Patterson, Dilthey, Clay, Bryson
& Anderson
4020 WestChase Boulevard
Suite 550
Raleigh, NC 27607

T. Michael Brown
Bradley Arant Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

Timothy S. Brunick
Clarke Dolph Rapaport Hardy & Hull
6160 Kempsville Circle
P.O. Box 13109
Norfolk, VA 23506-3109

Lisa N. Busch
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038

Wilson H. Carroll
Phelps Dunbar, LLP
P.O. Box 23066
Jackson, MS 39225-3066

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

INVOLVED COUNSEL LIST (CTO-267) - MDL-875

Michael Jason Clayton
Forman, Perry, Watkins. Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson. MS 39225-2608

Ian P. Cloud
Heard, Robins, Cloud & Lubel, LLP
500 Dallas
Suite 3100
Houston, TX 77002

Lawrence M. Coco, III
Carroll Bufkin & Coco, PLLC
1671 Lelia Drive
Jackson, MS 39216

Susan J. Cole
Bice Cole Law Firm
2801 Ponce De Leon Boulevard
Suite 550
Coral Gables, FL 33134-6920

Keith E. Coltrain
Elmore & Wall. PA
P.O. Box 10937
Raleigh. NC 27605

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

H. Lee Davis, Jr.
Davis & Hamrick, L.L.P.
P.O. Drawer 20039
Winston-Salem, NC 27120-0039

Rodney A. Dean
Dean & Gibson, L.L.P.
Cameron Brown Building
Suite 900
301 S. McDowell Street
Charlotte, NC 28204-2686

Christine E. Dinsdale
Soha & Lang, PS
701 Fifth Avenue
Suite 2400
Seattle, WA 98104

David R. Donadio
Brayton Purcell. LLP
222 Rush Landing Road
Novato, CA 94948-6169

David P. Donahue
Maynard Cooper & Gale. PC
AmSouth/Harbert Plaza
Suite 2400
1901 6th Avenue North
Birmingham, AL 35203-2618

Steven A. Edelstein
1200 Anastasia Avenue
The Biltmore Hotel
Coral Gables. FL 33134

C. Michael Evert. Jr.
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

Julie Feigeles
Adorno & Yoss
2525 Ponce de Leon Blvd.
Suite 400
Miami, FL 33134

John P. Fishwick
Lichtenstein & Fishwick PLC
101 South Jefferson Street
Suite 400
P.O. Box 601
Roanoke, VA 24004-0601

Evelyn M. Fletcher
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Roger C. Foster
Laney & Foster, P.C.
Two Perimeter Park South
Suite 404 East
P.O. Box 43798
Birmingham, AL 35243-0798

Shannon S. Frankel
Young, Moore & Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622

Sydney F. Frazier
Cabaniss, Johnston, Gardner, Dumas
& O'Neal
Amsouth-Sonat Tower
Suite 1700
P.O. Box 830612
Birmingham, AL 35283-0612

Jeffrey E. Friedman
Friedman Leak Dazzio Zulanas
& Bowling PC
3800 Colonnade Parkway
Suite 650
P.O. Box 43219
Birmingham, AL 35243

Dawn E. Fulce
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Alberto Tover Garcia, III
Law Office of Alberto T. Garcia, III
10125 North 10th Street
Suite E
McAllen, TX 78504

Jared J. Garner
Bryan Cave, LLP
2020 Main Street
Suite 600
Irvine, CA 92614-8226

Charles E. Gibson, III
Gibson Law Firm, PLLC
P.O. Box 6005
Ridgeland, MS 39158-6005

Kevin D. Graham
McDonough & Broome
P.O. Box 1943
Mobile, AL 36633

Michael A. Graham
Pond North, LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

Michael Jason Clayton
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Ian P. Cloud
Heard, Robins, Cloud & Lubel, LLP
500 Dallas
Suite 3100
Houston, TX 77002

Lawrence M. Coco, III
Carroll Bufkin & Coco, PLLC
1671 Lelia Drive
Jackson, MS 39216

Susan J. Cole
Bice Cole Law Firm
2801 Ponce De Leon Boulevard
Suite 550
Coral Gables, FL 33134-6920

Keith E. Coltrain
Elmore & Wall, PA
P.O. Box 10937
Raleigh, NC 27605

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

H. Lee Davis, Jr.
Davis & Hamrick, L.L.P.
P.O. Drawer 20039
Winston-Salem, NC 27120-0039

Rodney A. Dean
Dean & Gibson, L.L.P.
Cameron Brown Building
Suite 900
301 S. McDowell Street
Charlotte, NC 28204-2686

Christine E. Dinsdale
Soha & Lang, PS
701 Fifth Avenue
Suite 2400
Seattle, WA 98104

David R. Donadio
Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94948-6169

David P. Donahue
Maynard Cooper & Gale, PC
AmSouth/Harbert Plaza
Suite 2400
1901 6th Avenue North
Birmingham, AL 35203-2618

Steven A. Edelstein
1200 Anastasia Avenue
The Biltmore Hotel
Coral Gables, FL 33134

C. Michael Evert, Jr.
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

Julie Feigeles
Adorno & Yoss
2525 Ponce de Leon Blvd.
Suite 400
Miami, FL 33134

John P. Fishwick
Lichtenstein & Fishwick PLC
101 South Jefferson Street
Suite 400
P.O. Box 601
Roanoke, VA 24004-0601

Evelyn M. Fletcher
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Roger C. Foster
Laney & Foster, P.C.
Two Perimeter Park South
Suite 404 East
P.O. Box 43798
Birmingham, AL 35243-0798

Shannon S. Frankel
Young, Moore & Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622

Sydney F. Frazier
Cabaniss, Johnston, Gardner, Dumas
& O'Neal
Amsouth-Sonat Tower
Suite 1700
P.O. Box 830612
Birmingham, AL 35283-0612

Jeffrey E. Friedman
Friedman Leak Dazzio Zulanas
& Bowling PC
3800 Colonnade Parkway
Suite 650
P.O. Box 43219
Birmingham, AL 35243

Dawn E. Fulce
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Alberto Tover Garcia, III
Law Office of Alberto T. Garcia, III
10125 North 10th Street
Suite E
McAllen, TX 78504

Jared J. Garner
Bryan Cave, LLP
2020 Main Street
Suite 600
Irvine, CA 92614-8226

Charles E. Gibson, III
Gibson Law Firm, PLLC
P.O. Box 6005
Ridgeland, MS 39158-6005

Kevin D. Graham
McDonough & Broome
P.O. Box 1943
Mobile, AL 36633

Michael A. Graham
Pond North, LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

INVOLVED COUNSEL LIST (CTO-267) - MDL-875

William M. Graham
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

William N. Graham
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Robert V. Greenlee
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Michael C. Griffin
McGuire Woods, LLP
100 North Tryon Street
Suite 2900
Charlotte, NC 28202

Samuel D. Habeeb
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Christopher P. Hannan
Smith Abbott. LLP
Three New York Plaza
New York, NY 10004-2442

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Scott Harford
Lynch Daskal Emery, LLP
264 West 40th Street
New York, NY 10018

Anthony C. Harlow
Starnes & Atchison, LLP
100 Brookwood Place
Seventh Floor
P.O. Box 598512
Birmingham, AL 35259

Bradley A. Hays
Aultman, Tyner & Ruffin. Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

G. Steven Henry
Baker, Donelson, Bearman, Caldwell
& Berkowitz PC
420 North 20th Street
SouthTrust Tower, Suite 1600
Birmingham, AL 35203-5202

John M. Herke
Spyridon, Palermo & Dornan, LLC
Three Lakeway Center
Suite 3010
3838 North Causeway Boulevard
Metairie, LA 70002

Josephine H. Hicks
Parker, Poe, Adams & Bernstein
Three First Union Center
401 South Tryon Street
Suite 3000
Charlotte, NC 28202

James Gordon House, III
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

N. Renee Hughes
Moore & Van Allen, PLLC
100 North Tryon Street
Suite 4700
Charlotte, NC 28202-4003

Michael E. Hutchins
Kasowitz, Benson, Torres & Friedman
1360 Peachtree Street, N.E.
One Midtown Plaza. Suite 1150
Atlanta, GA 30309

Jonathan K. Huth
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Lori E. Jarvis
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Virginia E. Johnson
Foley & Mansfield, PLLP
4770 Biscayne Boulevard
Suite 1000
Miami, FL 33137

Katherine V. Kemp
Holcomb Dunbar, PA
P.O. Drawer 707
Oxford, MS 38655-0707

Kristi D. Kennedy
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box 750
Jackson, MS 39205-0750

Claire Williams Ketner
Brunini, Grantham, Grower & Hewes
P. O. Drawer 119
Jackson, MS 39205-0119

Hadi Ty Kharazi
Kharazin & Sirabian
1145 East Shaw Avenue
Fresno, CA 93710

Timothy W. Knight
Kee & Selby. LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243

Chris N. Kolos
Holland & Knight. LLP
200 S. Orange Avenue
Suite 2600
P.O. Box 1526
Orlando. FL 32801

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron. OH 44308-1314

Peter A. Kraus
Waters & Kraus, LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Joel M. Kuehnert
Bradley Arant Rose & White
P O Box 830709
Birmingham. AL 35283-0709

Carter T. Lambeth
Johnson & Lambeth
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

Daphne M. Lancaster
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Frank E. Lankford, Jr.
Huie, Fernambucq & Stewart
2801 Highway 280 South
Three Protective Center, Suite 200
Birmingham, AL 35223-2484

Teresa Fizardi Lazzaroni
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Anne Leinfelder
Yaron & Associates
601 California Street
21st Floor
San Francisco, CA 94108-2281

Derek Eduardo Leon
Morgan, Lewis & Bockius, LLP
200 S. Biscayne Boulevard
5300 Wachovia Financial Center
Miami, FL 33131-2339

David M. Lipman
David P. Lipman, P.A.
5901 S.W. 74th Street
Suite 304
Miami, FL 33143

Sharon Greta Locklear
Daniel, Coker, Horton & Bell
P.o. Box 1084
Jackson, MS 39215-1084

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Matthew S. Lott
Doza & Wilkinson
734 Delmas Avenue
Pascagoula, MS 39565

Genevieve MacSteel
McGuireWoods, LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105

Patrick C. Malouf
Porter & Malouf
P.O. Box 12768
Jackson, MS 39236

Kimberly P. Mangum
Barfield & Associates
P.O. Drawer 3979
233 East Capitol Street
Jackson, MS 39207-3979

Christopher S. Marks
Williams, Kastner & Gibbs
P.O. Box 21926
Seattle, WA 98111-3926

Christopher O. Massenburg
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Damon G. McClain
Sedgwick, Detert, Moran & Arnold
One Market Plaza
Steuart Tower
8th Floor
San Francisco, CA 94105

Edward Bailey McDonough, Jr.
Edward B. McDonough, Jr., P.C.
P.O. Box 1943
Mobile, AL 36633

Kevin M. Melchi
Dogan & Wilkinson, PLLC
P. O. Box 1618
Pascagoula, MS 39568-1618

Barry N. Mesher
Lane Powell, P.C.
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101

Lacey M. Moore
Nexsen, Pruet, Adams, Kleemeier, PLLC
201 South Tryon Street
Suite 1200
Charlotte, NC 28202

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Erik David Nadolink
LeClair, Ryan, P.C.
707 East Main Street
Eleventh Floor
Richmond, VA 23219

Scott O. Nelson
Maples & Lomax
2502 Market Street
P.O. Drawer 1368
Pascagoula, MS 39568-1368

William W. Nexsen
Stackhouse, Nexsen & Turrietta, PLLC
1600 First Virginia Tower
555 Main Street
P.O. Box 3640
Norfolk, VA 23514

Richard P. O'Leary
McCarter & English, L.L.P.
245 Park Avenue
27th Floor
New York, NY 10022

Alison E. O'Neal
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Niki L. Pace
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
Hattiesburg, MS 39403-0750

Albert H. Parnell
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

INVOLVED COUNSEL LIST (CTO-267) - MDL-875                                             Page 4 of 7

Carter T. Lambeth
Johnson & Lambeth
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

Daphne M. Lancaster
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Frank E. Lankford, Jr.
Huie, Fernambucq & Stewart
2801 Highway 280 South
Three Protective Center, Suite 200
Birmingham, AL 35223-2484

Teresa Fizardi Lazzaroni
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-5243

Anne Leinfelder
Yaron & Associates
601 California Street
21st Floor
San Francisco, CA 94108-2281

Derek Eduardo Leon
Morgan, Lewis & Bockius, LLP
200 S. Biscayne Boulevard
5300 Wachovia Financial Center
Miami, FL 33131-2339

David M. Lipman
David P. Lipman, P.A.
5901 S.W. 74th Street
Suite 304
Miami, FL 33143

Sharon Greta Locklear
Daniel, Coker, Horton & Bell
P.o. Box 1084
Jackson, MS 39215-1084

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Matthew S. Lott
Doza & Wilkinson
734 Delmas Avenue
Pascagoula, MS 39565

Genevieve MacSteel
McGuireWoods, LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105

Patrick C. Malouf
Porter & Malouf
P.O. Box 12768
Jackson, MS 39236

Kimberly P. Mangum
Barfield & Associates
P.O. Drawer 3979
233 East Capitol Street
Jackson, MS 39207-3979

Christopher S. Marks
Williams, Kastner & Gibbs
P.O. Box 21926
Seattle, WA 98111-3926

Christopher O. Massenburg
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Damon G. McClain
Sedgwick, Detert, Moran & Arnold
One Market Plaza
Steuart Tower
8th Floor
San Francisco, CA 94105

Edward Bailey McDonough, Jr.
Edward B. McDonough, Jr., P.C.
P.O. Box 1943
Mobile, AL 36633

Kevin M. Melchi
Dogan & Wilkinson, PLLC
P. O. Box 1618
Pascagoula, MS 39568-1618

Barry N. Mesher
Lane Powell, P.C.
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101

Lacey M. Moore
Nexsen, Pruet, Adams, Kleemeier, PLLC
201 South Tryon Street
Suite 1200
Charlotte, NC 28202

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Erik David Nadolink
LeClair, Ryan, P.C.
707 East Main Street
Eleventh Floor
Richmond, VA 23219

Scott O. Nelson
Maples & Lomax
2502 Market Street
P.O. Drawer 1368
Pascagoula, MS 39568-1368

William W. Nexsen
Stackhouse, Nexsen & Turrietta, PLLC
1600 First Virginia Tower
555 Main Street
P.O. Box 3640
Norfolk, VA 23514

Richard P. O'Leary
McCarter & English, L.L.P.
245 Park Avenue
27th Floor
New York, NY 10022

Alison E. O'Neal
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Niki L. Pace
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
Hattiesburg, MS 39403-0750

Albert H. Parnell
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

INVOLVED COUNSEL LIST (CTO-267) - MDL-875

E. Spencer Parris
Martin & Jones
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Donald C. Partridge
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Edward Lee Pauley
Wallace & Graham
525 North Main Street
Salisbury, NC 28744

Timothy Peck
Smith Moore, LLP
P.O. Box 21927
Greensboro, NC 27420

Robert H. Pedersen
Watkins & Eager
P. O. Box 650
Jackson, MS 39205

Allen Paige Pegg
Murai, Wald, Biondo, Moreno
& Brochin
2 Alhambra Plaza
Penthouse 1B
Coral Gables, FL 33134

William Clinton Pentecost
Baker, Donelson, Bearman & Caldwell
P.O. Box 14167
Jackson, MS 39236-4167

Robert M. Perez
Salas, Ede, Peterson & Lage, LLC
6333 Sunset Drive
South Miami, FL 33143

Keith J. Pflaum
Porterfield, Harper, Mills & Motlow
22 Inverness Center Parkway
Suite 500
P.O. Box 530790
Birmingham, AL 35253-0790

Jeffrey Scott Poretz
Miles & Stockbridge, P.C.
1751 Pinnacle Drive
Suite 500
McLean, VA 22102-3833

Timothy W. Porter
Porter & Malouf. P.A.
P.O. Box 12768
Jackson, MS 39236-2768

Matthew F. Powers
Samson & Powers, PLLC
P.O. Box 1417
Gulfport, MS 39502-1417

Steven J. Pugh
Richarson, Plowden, Carpenter
& Robinson, PA
P.O. Drawer 7788
Columbia, SC 29202

Richard T. Radcliffe, Jr.
Dehay & Elliston, LLP
36 S. Charles Street
13th Floor
Baltimore, MD 21201

John D. Radd
Huff, Poole & Mahoney
4705 Columbus Street
Suite 100
Virginia Beach, VA 23462-1521

F. Grey Redditt, Jr.
Vickers, Riis, Murray & Curran
P.O. Drawer 2568
Mobile, AL 36652-2568

Simine Bazyari Reed
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

William C. Reeves
Smith, Reeves & Yarborough, PLLC
6360 I-55 North
Suite 201
Jackson, MS 39211

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Burtis Stephen Rice
Hayes, McConn, Price & Pickering
1200 Smith Street
400 Two Allen Center
Houston, TX 77002

Janet L. Rice
Schroeter, Goldmark & Bender
810 3rd Avenue
5th Floor
Seattle, WA 98104

F. Brady Rigdon
Porterfield, Harper, Mills & Motlow
22 Inverness Center Parkway
Suite 600
P.O. Box 530790
Birmingham, AL 35253-0790

Matthew Robinett
Norman, Wood, Kendrick & Turner
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL 35233

Todd Romano
Romano Eriksen & Cronin
P.O. Box 21349
West Palm Beach, FL 33416-1349

Tom S. Roper
Carr Allison Pugh Howard Oliver
& Sisson, PC
100 Vestavia Parkway
Suite 200
Birmingham, AL 35216

John D. Roven
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Henry Salas
Salas, Ede, Peterson & Lage, LLC
6333 Sunset Drive
South Miami, FL 33143

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Carl R. Schwertz
Duane Hauck & Gnapp
10 East Franklin Street
Richmond, VA 23219-2106

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Chadwick Lester Shook
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

John Michael Silk
Wilson, Smith, Cochran & Dickerson
1215 4th Ave
Suite 1700
Seattle, WA 98161-1007

Stacey L. Sims
Morris, Sakalarios & Blackwell, PLLC
1817 Hardy Street
Hattiesburg, MS 39401

Jonathan A. Smith-George
Law Offices of Jonathan A.
Smith-George
10231 Warwick Blvd.
Newport News, VA 23601

John Albert Smyth, III
Maynard Cooper & Gale PC
1901 Sixth Avenue, North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 North Carancahua, Suite 1511
P.O. Drawer 23017
Corpus Christi, TX 78403

Frances L. Spinelli
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Karl R. Steinberger
Williams, Heidelberg, et al.
P.O. Box 1407
Pascagoula, MS 39568-1407

Matthew R. Straus
Weiner & Lesniak, LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Jennifer M. Techman
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Mark S. Thomas
Maupin, Taylor, PA
Highwoods Tower One
3200 Beechleaf Court, Suite 500
P.O. Drawer 19764
Raleigh, NC 27604-1064

Timothy Kost Thorson
Carney Badley Spellman
701 Fifth Avenue
Suite 3600
Seattle, WA 98104-7010

Tracy E. Tomlin
Nelson, Mullins, Riley & Scarborough
100 North Tryon Street
Suite 2400
Charlotte, NC 28202-4000

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Thomas W. Tyner
Aultman, Tyner & Ruffin, Ltd.
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Mary W. Van Slyke
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Archibald Wallace, III
WallacePledger, LLC
7100 Forest Avenue
Suite 302
Richmond, VA 23226

Michael Waller
Kirkpatrick Lockhart Nicholson
& Graham, LLP
One Newark Center
10th Floor
Newark, NJ 07102

Henry N. Ware, Jr.
Spotts Fain, PC
411 E Franklin St
P.O. Box 1555
Richmond, VA 23218-1555

Kirk G. Warner
Smith, Anderson, Blount, Dorsett, et al.
P.O. Box 2611
2500 Wachovia Capitol Center
Raleigh, NC 27602-2611

Michael D. Watson, Jr.
Dogan & Wilkinson, PLLC
P.O. Box 1618
Pascagoula, MS 39568-1618

William L. Waudby
Baker, Donelson, Bearman, Caldwell
& Berkowitz PC
420 North 20th Street
SouthTrust Tower, Suite 1600
Birmingham, AL 35203-5202

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Allan R. Wheeler
Burr & Forman, L.L.P.
Suite 3100
South Trust Tower
420 North 20th Street
Birmingham, AL 35203

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Chadwick Lester Shook
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

John Michael Silk
Wilson, Smith, Cochran & Dickerson
1215 4th Ave
Suite 1700
Seattle, WA 98161-1007

Stacey L. Sims
Morris, Sakalarios & Blackwell, PLLC
1817 Hardy Street
Hattiesburg, MS 39401

Jonathan A. Smith-George
Law Offices of Jonathan A.
Smith-George
10231 Warwick Blvd.
Newport News, VA 23601

John Albert Smyth, III
Maynard Cooper & Gale PC
1901 Sixth Avenue, North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 North Carancahua, Suite 1511
P.O. Drawer 23017
Corpus Christi, TX 78403

Frances L. Spinelli
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Karl R. Steinberger
Williams, Heidelberg, et al.
P.O. Box 1407
Pascagoula, MS 39568-1407

Matthew R. Straus
Weiner & Lesniak, LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Jennifer M. Techman
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Mark S. Thomas
Maupin, Taylor, PA
Highwoods Tower One
3200 Beechleaf Court, Suite 500
P.O. Drawer 19764
Raleigh, NC 27604-1064

Timothy Kost Thorson
Carney Badley Spellman
701 Fifth Avenue
Suite 3600
Seattle, WA 98104-7010

Tracy E. Tomlin
Nelson, Mullins, Riley & Scarborough
100 North Tryon Street
Suite 2400
Charlotte, NC 28202-4000

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Thomas W. Tyner
Aultman, Tyner & Ruffin, Ltd.
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Mary W. Van Slyke
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Archibald Wallace, III
WallacePledger, LLC
7100 Forest Avenue
Suite 302
Richmond, VA 23226

Michael Waller
Kirkpatrick Lockhart Nicholson
& Graham, LLP
One Newark Center
10th Floor
Newark, NJ 07102

Henry N. Ware, Jr.
Spotts Fain, PC
411 E Franklin St
P.O. Box 1555
Richmond, VA 23218-1555

Kirk G. Warner
Smith, Anderson, Blount, Dorsett, et al.
P.O. Box 2611
2500 Wachovia Capitol Center
Raleigh, NC 27602-2611

Michael D. Watson, Jr.
Dogan & Wilkinson, PLLC
P. O. Box 1618
Pascagoula, MS 39568-1618

William L. Waudby
Baker, Donelson, Bearman, Caldwell
& Berkowitz PC
420 North 20th Street
SouthTrust Tower, Suite 1600
Birmingham, AL 35203-5202

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Allan R. Wheeler
Burr & Forman, L.L.P.
Suite 3100
South Trust Tower
420 North 20th Street
Birmingham, AL 35203

Ann P. Wheeler
Johnston, Barton, Proctor & Powell
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203

Michael E. Whitehead
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Stephen B. Williamson
Van Winkle, Buck, Wall, Starnes
& Davis, P.A.
11 N. Market Street
P.O. Box 7376
Ashville, NC 28802-7376

Terrell S. Williamson
Phelps Dunbar, LLP
P.O. Box 23066
Jackson, MS 39225-3066

Natasha L. Wilson
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203

Sarah B. Windham
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

I. Timothy Zarsadias
Dean & Gibson, L.L.P.
Cameron Brown Building
Suite 900
301 South McDowell Street
Charlotte, NC 28204-2686

Robert A. Ziogas
Glenn, Feldmann, Darby & Goodlatte
P.O. Box 2887
210 1st Street
Suite 200
Roanoke, VA 24001