**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 8 2006

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ALFRED ALLEN, et al.                                      **PLAINTIFFS**

VS.                                    CIVIL ACTION NO. 3:06cv178TSL-JCS

MISSISSIPPI RUBBER & SPECIALTY, et al.          **DEFENDANTS**

## ORDER TRANSFERRING CASE

Upon the motion of the court, this matter is hereby transferred to the Southern Division of

the United States District Court for the Southern District of Mississippi.

SO ORDERED, this the 1st day of June, 2006.

/s/ Tom S. Lee_____
UNITED STATES DISTRICT JUDGE

MDL- *875*_____
RECOMMENDED ACTION
√ Vacate CTO-267 - one action
Approved/Date: _ff - 6 Sept 06___

**OFFICIAL FILE COPY**

**IMAGED** SEP - 8 2006

PLEADING NO. 4870