**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 8 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Alfred Allen, et al. v. Mississippi Rubber & Specialty Co., et al.*, S.D. Mississippi, C.A. No. 3:06-178

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Allen*) on August 4, 2006. In the absence of any opposition, the conditional transfer order was finalized with respect to *Allen* on August 22, 2006. The Panel has now been advised, however, that *Allen* was closed in the Jackson Division of the Southern District of Mississippi pursuant to an order signed by the Honorable Tom S. Lee and filed on June 1, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-267" filed on August 4, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 4871

OFFICIAL FILE COPY

IMAGED SEP - 8 2006