MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 13 2006

FILED
CLERK'S OFFICE

PLEADING NO. 4873

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Miranda M. Drummond, etc. v. Quigley Co., Inc., et al.,* S.D. Texas, C.A. No. 4:06-1758

### ORDER VACATING CONDITIONAL TRANSFER ORDER
### AND VACATING THE SEPTEMBER 28, 2006, HEARING SESSION

A conditional transfer order was filed in this action (*Drummond*) on July 3, 2006. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Drummond* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Drummond* was remanded to the 10th Judicial District Court of Galveston County, Texas, by the Honorable Vanessa D. Gilmore in an order filed on August 25, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-266" filed on July 3, 2006, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 10, 2006, are VACATED insofar as they relate to this action.

FOR THE PANEL:

*[signature]*

Wm. Terrell Hodges
Chairman

**OFFICIAL FILE COPY**

IMAGED SEP 13 2006