**MDL 875**

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

SEP 14 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)                MDL Docket No. 875

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

DORIS HOGSTON, Executor of the
Estate of HARRY HOGSTON, Deceased
              Plaintiff

v.                                           Civil Action No. 06-cv-406
                                             (Judge Robert E. Payne)

ALLIS-CHALMERS CORPORATION,
et al.
              Defendants

## CORPORATE DISCLOSURE STATEMENT OF PEERLESS INDUSTRIES, INC.

Peerless Industries, Inc., by counsel, and pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation files its corporate disclosure statement as follows:

Peerless Industries, Inc. is a privately held corporation organized in the State of Pennsylvania.

Dated: _September 11, 2006_

                              PEERLESS INDUSTRIES, INC.

                              By Counsel

PLEADING NO. 4876

OFFICIAL FILE COPY



IMAGED SEP 1 5 2006

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 14 2006

FILED
CLERK'S OFFICE

*Archibald Wallace* [signature]

Archibald Wallace, III (VSB. No. 06005)
Stephen A. Bryant (VSB 16948
WALLACEPLEDGER, PLLC
The Capstone Center
7100 Forest Avenue, Suite 302
Richmond, VA 23226
(804) 282-8300
*Counsel for Defendant Peerless Industries, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Disclosure Statement has been served by regular mail on all counsel listed below and on counsel of record appearing on the panel service list (excerpted from CTO-267) Docket No. 875 attached hereto on this 11th day of September, 2006.

Charles S. Siegel, Esquire
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, Texas 76204
*Counsel for Plaintiff*

Jonathan A. Smith-George, Esq.
10231 Warwick Blvd.
Newport News, VA 23601
*Counsel for Plaintiff*

John D. Radd, Esquire
Huff, Poole, Mahoney, P.C.
4705 Columbus Street
Virginia Beach, Virginia 23462-6749

Carl R. Schwertz, Esquire
Duane, Hauck & Gnapp, P.C.
10 E. Franklin Street
Richmond, VA 23219

James G. Kennedy, Esq.
Pierce, Herns, Sloan & McLeod, LLC
The Blake House
321 East Bay Street
Charleston, South Carolina 29401

Timothy S. Brunick
Clarke, Dolph, Rapaport, Hardy & Hull, PLC
6160 Kempsville Circle
Norfolk, VA 23506

Erik D. Nadolink, Esquire
LeClair Ryan, P.C.
P.O. Box 2499
Richmond, VA 23219-2499

Henry N. Ware, Esq.
M. F. Connell Mullins, Esq.
Spotts, Fain, Chappell
P.O. Box 1555
Richmond, VA 23219

Bruce T. Bishop, Esq.  
Willcox & Savage  
1800 NationsBank Center  
One Commercial Place  
Norfolk, VA 23510-2917  

Robert A. Ziogas, Esq.  
Glenn Feldmann Darby Goodlatte  
P. O. Box 2887  
Roanoke, VA 24001

# PANEL SERVICE LIST (Excerpted from CTO-267)
# DOCKET NO. 875
# IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Doris Hogston, etc. v. Allis-Chalmers Corp., et al.,* E.D. Virginia, C.A. No. 3:06-406

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland OH 44114

Bruce T. Bishop
Wilcox & Savage, P.C.
One Commercial Place
Suite 1800
Norfolk, VA 23510

Timothy S. Brunick
Clarke Dolph Rapaport Hardy & Hull
6160 Kempsville Circle
P.O. box 13109

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four NOrthshore Center
106 Isabella St.
Pittsburgh, PA 15212

John P. Fishwick
Lichtenstein & Fishwick, PLC
101 South Jefferson Street
Suite 400
P.O. Box 601
Roanoke, VA 24004-0601

Raymond P. Forceno
Forceon & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Godfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Peter A. Kraus
Waters & Kraus, LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Grietzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Erik David Nadolink
LeClair, Ryan, P.C.
707 East Main Street
Eleventh Floor
Richmond, VA 23219

William W. Nexsen
Stackhouse, Nexsen & Turrietta, PLLC
1600 First Virginia Tower
555 Main Street
P.O. Box 3640
Norfolk, VA 23514

Jeffrey Scott Poretz
Miles & Stockbridge, .C.
1751 Pinnacle Drive
Suite 500
McLean, VA 22102-3833

Richard T. Radcliffe, Jr.
Dehay & Elliston, LLP
36 S. Charles Street
13th Floor
Baltimore, MD 21201

John D. Radd
Huff, Poole & Mahoney
4705 Columbus Street
Suite 100
Virginia Beach, VA 23452-1521

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney, PC
3200 Fulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells, L. L. P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Carl R. Schwertz
Duane Hauck & Gnapp
10 East Franklin Street
Richmond, VA 23219-2106

PANEL SERVICE LIST (Excerpted from CTO-267)- MDL- 875

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert A. Aiogas
Glenn, Feldmann, Darby & Goodlatte
P.O. Box 2887
210 1st Street
Suite 200
Roanoke, VA 24001

Charles S. Siegel
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, TX 75204

Jonathan A. Smith-George
Law Offices of Jonathan A. Smith-George
10231 Warwick Blvd.
Newport News, VA 23601

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Henry N. Ware, Jr.
Spotts Fain, PC
411 E. Franklin St.
P.O. Box 1555
Richmond, VA 23218-1555

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Archibald Wallace, III
WallacePledger, LLC
7100 Forest Avenue
Suite 302
Richmond, VA 23226