MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 14 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

---

IN RE ASBESTOS PRODUCTS            )
LIABILITY LITIGATION (NO. VI)      )            MDL DOCKET NO. 875

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DORIS HOGSTON, Executrix of the        )
Estate of HARRY HOGSTON, Deceased      )
                                       )        Civil Action No. 06-CV-406
    Plaintiff,                         )
                                       )
v.                                     )
                                       )
ALLIS-CHALMERS CORPORATION,            )
et al.,                                )
    Defendants.                        )

## CORPORATE DISCLOSURE STATEMENT
## OF ALLIS-CHALMERS CORPORATION

COMES NOW Allis-Chalmers Corporation (improperly named in this lawsuit because it is a corporation that discharged certain of its liabilities in bankruptcy), pursuant to Rule 5:3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and states as follows for its corporate disclosure statement:

Allis-Chalmers Corporation does not have any parent corporations and there is no publicly held company that owns 10% or more of its stock.[1]

                          Respectfully Submitted,

                          ALLIS-CHALMERS CORPORATION

9/11/06
Date                                    By: _____
                                                    Counsel

---

[1] Allis-Chalmers Energy, Inc. is a successor corporation following discharge of Allis-Chalmers Corporation's asbestos liabilities. Allis-Chalmers Energy, Inc. is a publicly held company.

OFFICIAL FILE COPY   IMAGED SEP 1 5 2006

PLEADING NO. 4877

John M. Fitzpatrick, Esquire (VSB No. 29906)
Erik D. Nadolink, Esquire (VSB No. 38840)
David M. Sturm, Esquire (VSB No. 44580)
LeCLAIR RYAN, P.C.
Riverfront Plaza, East Tower
951 East Byrd Street, 4th Floor
Richmond, Virginia  23218-2499
(804) 783-2003 (Telephone)
(804) 783-2294 (Facsimile)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 14 2006

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I HEREBY CERTIFY, that on this 11th day of September, 2006, a copy of this Disclosure Statement was served by U.S. Mail on all counsel listed below and on counsel of record appearing on the panel service list (excerpted from CTO-267/Docket No. 875) attached hereto on this 11th day of September:

Charles S. Siegel, Esquire
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, TX 75204

Jonathan A. Smith-George, Esquire
Law Offices of Jonathan A. Smith-George
10231 Warwick Boulevard
Newport News, Virginia 23601

Timothy S. Brunick, Esquire
Clarke, Dolph, Rapaport, Hardy
& Hull, PLC
6160 Kempsville Circle
Norfolk, VA 23506

Henry N. Ware, Jr., Esquire
SPOTTS FAIN, P.C.
411 East Franklin Street, Suite 601
Richmond, Virginia 23219

Jeffrey Poretz, Esquire
MILES & STOCKBRIDGE
1751 Pinnacle Drive, Suite 500
McLean, VA 22102-3833

Archibald Wallace, III, Esquire
WALLACE PLEDGER, LLC
Capstone Building, Suite 302
7100 Forest Avenue
Richmond, Virginia 23226

James G. Kennedy, Esquire
David B. Yarborough, Jr., Esquire
PIERCE, HERNS, SLOAN & McLEOD, LLC
PO Box 22437
Charleston, SC 29413

Bruce T. Bishop, Esquire
WILLCOX & SAVAGE, P.C.
1800 Bank of America Center
One Commercial Place
Norfolk, Virginia 23510-2917



Robert A. Ziogas, Esquire
GLENN, FELDMANN, DARBY &
GOODLATTE
200 First Campbell Square
P.O. Box 2887
Roanoke, Virginia  24001

Carl R. Schwertz, Esquire
DUANE, HAUCK & GNAPP, P.C.
10 E. Franklin Street, 4th Floor
Richmond, Virginia 23219-2109

John Radd, Esquire
HUFF, POOLE & MAHONEY, PC
4705 Columbus Street
Virginia Beach, Virginia  23462-6740

_[signature]_

# PANEL SERVICE LIST (Excertped from CTO-267)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Doris Hogston, etc. v. Allis-Chalmers Corp., et al.,* E.D. Virginia, C.A. No. 3:06-406

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Bruce T. Bishop
Wilcox & Savage, P.C.
One Commercial Place
Suite 1800
Norfolk, VA 23510

Timothy S. Brunick
Clarke Dolph Rapaport Hardy & Hull
6160 Kempsville Circle
P.O. Box 13109
Norfolk, VA 23506-3109

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

John P. Fishwick
Lichtenstein & Fishwick, PLC
101 South Jefferson Street
Suite 400
P.O. Box 601
Roanoke, VA 24004-0601

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Peter A. Kraus
Waters & Kraus, LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Erik David Nadolink
LeClair, Ryan, P.C.
707 East Main Street
Eleventh Floor
Richmond, VA 23219

William W. Nexsen
Stackhouse, Nexsen & Turrietta, PLLC
1600 First Virginia Tower
555 Main Street
P.O. Box 3640
Norfolk, VA 23514

Jeffrey Scott Poretz
Miles & Stockbridge, P.C.
1751 Pinnacle Drive
Suite 500
McLean, VA 22102-3833

Richard T. Radcliffe, Jr.
Dehay & Elliston, LLP
36 S. Charles Street
13th Floor
Baltimore, MD 21201

John D. Radd
Huff, Poole & Mahoney
4705 Columbus Street
Suite 100
Virginia Beach, VA 23462-1521

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney, PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Carl R. Schwertz
Duane Hauck & Gnapp
10 East Franklin Street
Richmond, VA 23219-2106

PANEL SERVICE LIST (Excerpted from CTO-267) - MDL-875                    Page 2 of 2

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Charles S. Siegel
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, TX 75204

Jonathan A. Smith-George
Law Offices of Jonathan A. Smith-George
10231 Warwick Blvd.
Newport News, VA 23601

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Archibald Wallace, III
WallacePledger, LLC
7100 Forest Avenue
Suite 302
Richmond, VA 23226

Henry N. Ware, Jr.
Spotts Fain, PC
411 E Franklin St
P.O. Box 1555
Richmond, VA 23218-1555

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Robert A. Ziogas
Glenn, Feldmann, Darby & Goodlatte
P.O. Box 2887
210 1st Street
Suite 200
Roanoke, VA 24001