MDL 875

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 14 2006

FILED
CLERK'S OFFICE

IN RE ASBESTOS PRODUCTS            )
LIABILITY LITIGATION (NO. VI)      ) MDL Docket No. 875
                                   )

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

DORIS HOGSTON, Executor of the           )
Estate of HARRY HOGSTON, Deceased        )
                                         )
        Plaintiff,                       )
                                         )
v.                                       ) Civil Action No. 06-cv-406
                                         ) (Judge Robert E. Payne)
ALLIS-CHALMERS CORPORATION,              )
et al.                                   )
                                         )
        Defendants.                      )

## CORPORATE DISCLOSURE STATEMENT
## OF RPM, INC.

COMES NOW RPM, Inc., pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation and for its corporate disclosure statement, provides the following:

RPM, Inc., is a wholly owned subsidiary of RFM International, Inc., a publicly traded company.

DATED: 9/8/06

RPM, INC.

By: _____
        Of Counsel

PLEADING NO. 4880

OFFICIAL FILE COPY
IMAGED SEP 15 2006

Timothy S. Brunick, Esquire (VSB #35783)
CLARKE, DOLPH, RAPAPORT, HARDY & HULL, P.L.C.
Smithfield Building, Suite 101A
6160 Kempsville Circle
Norfolk, Virginia  23502
(757) 466-0464
(757) 466-0834 Facsimile
   Counsel for Defendant RPM, Inc.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 14 2006

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Disclosure Statement has been served by regular mail on all counsel list below and on counsel of record appearing on the Panel Service List (excerpted from CTO-267) Docket No. 875 attached hereto on this 8th day of September, 2006.

Charles S. Siegel, Esq.
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, TX 75204
Counsel for Plaintiff

Jonathan A. Smith-George, Esq.
10231 Warwick Blvd.
Newport News, VA 23601
Counsel for Plaintiff

John D. Radd, Esq.
Huff, Poole, Mahoney, P.C.
4705 Columbus Street
Virginia Beach, VA 23462-6749

Archibald Wallace, III, Esq.
Wallace Pledger, PLLC
The Capstone Center
7100 Forest Avenue, Suite 302
Richmond, VA 23226

Carl R. Schwertz, Esq.
Duane, Hauck & Gnapp, P.C.
10 E. Franklin Street
Richmond, VA 23219

James G. Kennedy, Esq.
Pierce, Herns, Sloan & McLeod
The Blake House
321 East Bay Street
Charleston, SC 29401

Robert A. Ziogas, Esq.
Glenn, Feldman, Darby & Goodlatte
P.O. Box 2887
Roanoke, VA 24001

Erik D. Nadolink, Esq.
LeClair Ryan, P.C.
P.O. Box 2499
Richmond, VA 23219-2499

```
Henry N. Ware, Jr., Esq.          Bruce T. Bishop, Esq.
M.F. Connell Mullins, Esq.        Willcox & Savage
Spotts, Fain, Chappell            1800 Nationsbank Center
P.O. Box 1555                     One Commercial Place
Richmond, VA 23219                Norfolk, VA 23510-2917
```

*[Signature: Timothy S. Bunch]*

PANEL SERVICE LIST (Excertped from CTO-267)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Doris Hogston, etc. v. Allis-Chalmers Corp., et al.*, E.D. Virginia, C.A. No. 3:06-406

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Bruce T. Bishop
Wilcox & Savage, P.C.
One Commercial Place
Suite 1800
Norfolk, VA 23510

Timothy S. Brunick
Clarke Dolph Rapaport Hardy & Hull
6160 Kempsville Circle
P.O. Box 13109
Norfolk, VA 23506-3109

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

John P. Fishwick
Lichtenstein & Fishwick, PLC
101 South Jefferson Street
Suite 400
P.O. Box 601
Roanoke, VA 24004-0601

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Peter A. Kraus
Waters & Kraus, LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Erik David Nadolink
LeClair, Ryan, P.C.
707 East Main Street
Eleventh Floor
Richmond, VA 23219

William W. Nexsen
Stackhouse, Nexsen & Turrietta, PLLC
1600 First Virginia Tower
555 Main Street
P.O. Box 3640
Norfolk, VA 23514

Jeffrey Scott Poretz
Miles & Stockbridge, P.C.
1751 Pinnacle Drive
Suite 500
McLean, VA 22102-3833

Richard T. Radcliffe, Jr.
Dehay & Elliston, LLP
36 S. Charles Street
13th Floor
Baltimore, MD 21201

John D. Radd
Huff, Poole & Mahoney
4705 Columbus Street
Suite 100
Virginia Beach, VA 23462-1521

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney, PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Carl R. Schwertz
Duane Hauck & Gnapp
10 East Franklin Street
Richmond, VA 23219-2106

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Charles S. Siegel
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, TX 75204

Jonathan A. Smith-George
Law Offices of Jonathan A.
Smith-George
10231 Warwick Blvd.
Newport News, VA 23601

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Archibald Wallace, III
WallacePledger, LLC
7100 Forest Avenue
Suite 302
Richmond, VA 23226

Henry N. Ware, Jr.
Spotts Fain, PC
411 E Franklin St
P.O. Box 1555
Richmond, VA 23218-1555

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Robert A. Ziogas
Glenn, Feldmann, Darby & Goodlatte
P.O. Box 2887
210 1st Street
Suite 200
Roanoke, VA 24001