DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-268)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,426 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

OFFICIAL FILE COPY   IMAGED SEP 1 8 2006

# SCHEDULE CTO-268 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 2 06-1016 | Julia Alford, et al. v. A.O. Smith Electrical Products Co., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-3287 | Joseph Kotarsky v. General Electric Co. |
| CAN 3 06-3288 | Carol Ann Winnett, et al. v. General Electric Co. |
| CAN 3 06-3724 | Kerry O'Brien, et al. v. General Electric Co., et al. |
| **INDIANA SOUTHERN** | |
| INS 1 06-831 | Kathleen Duchene v. C.E. Thurston & Sons, Inc., et al. |
| **KENTUCKY WESTERN** | |
| KYW 1 06-97 | Kenneth W. Bunch, Jr., etc. v. Cytec Fiberite, Inc. |
| **LOUISIANA EASTERN** | |
| LAE 2 06-3738 | Byron Granier, et al. v. Northrop Grumman Ship Systems, Inc., et al. |
| **MARYLAND** | |
| MD 1 06-1950 | Joseph A. Reed, et al. v. Owens-Corning Fiberglas Corp., et al. |
| **MAINE** | |
| ME 1 06-85 | Theodore B. Cote, et al. v. Metropolitan Life Insurance Co., et al. |
| **MINNESOTA** | |
| MN 0 06-2049 | Douglas H. McKillop, etc. v. Garlock Sealing Technologies, LLC, et al. |
| **MISSISSIPPI NORTHERN** | |
| MSN 1 06-211 | Willie B. Johnson v. John Crane, Inc., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 06-660 | Archie Lord v. Phillips 66 Co., et al. |
| MSS 1 06-661 | Joseph Newsome v. Phillips 66 Co., et al. |
| MSS 1 06-662 | Cleophus Smith v. Phillips 66 Co., et al. |
| MSS 1 06-668 | Larry Sparkman v. Sears, Roebuck & Co., et al. |
| MSS 1 06-686 | Herbert Lee Heyward v. Exxon Mobil Corp., et al. |
| MSS 1 06-687 | Oliver Walker, et al. v. Chicago Bridge & Iron Co., et al. |
| MSS 1 06-690 | Larry Gene Rhear, et al. v. Shell Oil Co., et al. |
| MSS 1 06-701 | Sammy Joe Bozeman v. Parker-Hannifin Corp., et al. |
| MSS 1 06-708 | Clyde Brumfield, Jr. v. Plastics Engineering Co., et al. |
| MSS 1 06-709 | Elwin Jackson Springs v. Ametek, Inc., et al. |
| MSS 1 06-717 | Robert J. Cupstid, Jr. v. Shell Oil Co., et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE 2 06-15 | Cecil Clarence Craft, Jr., et al. v. A.W. Chesterton Co., et al. |
| NCE 2 06-18 | John Michael Nardi, et al. v. Aqua-Chem, Inc., et al. |
| NCE 4 06-119 | Helene A. Johnson, etc. v. Anchor Packing Co., et al. |
| NCE 4 06-127 | Gary W. Randolph, et al. v. Anchor Packing Co., et al. |

SCHEDULE CTO-268 - TAG-ALONG ACTIONS - MDL-875                    Page 2 of 3

DIST. DIV. C.A. #              CASE CAPTION

NORTH CAROLINA EASTERN
  NCE  4   06-145         Patricia Wallace-Tilson, etc. v. Anchor Packing Co., et al.
  NCE  4   06-148         Robert Vaughn Scruggs, et al. v. Anchor Packing Co., et al.
  NCE  5   06-210         Alice F. Thompson, etc. v. Anchor Packing Co., et al.
  NCE  5   06-228         Elmer Lee Morgan , et al. v. Anchor Packing Co., et al.
  NCE  5   06-242         Marilyn R. Gillette, etc. v. 3M Co., et al.
  NCE  5   06-249         Charles Strahl, et al. v. Anchor Packing Co., et al.

NORTH CAROLINA MIDDLE
  NCM  1   06-617         Paula Messer, etc. v. 3M Co., et al.
  NCM  1   06-660         George Dewey Mumford, et al. v. Aqua-Chem, Inc., et al.
  NCM  1   06-667         Johnny Harold King, et al. v. Aqua-Chem, Inc., et al.
  NCM  1   06-668         Ronald Lee Tolbert, et al. v. Aqua-Chem, Inc., et al.
  NCM  1   06-670         William Thomas Ingram, et al. v. Aqua-Chem, Inc., et al.
  NCM  1   06-671         Dale Ellis Weaver, et al. v. Aqua-Chem, Inc., et al.
  NCM  1   06-672         Donnie Ray Edwards v. Aqua-Chem, Inc., et al.
  NCM  1   06-676         Carl Allison Hair, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCM  1   06-677         David Eric Talbert, et al. v. Aqua-Chem, Inc., et al.
  NCM  1   06-678         Coy Ray Wiles, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
  NCW  1   06-208         Joseph Coleman Christopher v. Aqua-Chem, Inc., et al.
  NCW  1   06-209         Ernest Eugene Lawing v. Aqua-Chem, Inc., et al.
  NCW  1   06-210         Malcolm Bruce Crittenden, et al. v. Aqua-Chem, Inc., et al.
  NCW  1   06-212         Calvin Eugene McKee v. Aqua-Chem, Inc., et al.
  NCW  1   06-213         Leonard Kelly Carter v. Aqua-Chem, Inc., et al.
  NCW  1   06-216         James E. Gilstrap, et al. v. 3M Co., et al.
  NCW  1   06-230         Jerry Odell Hudgins, et al. v. Aqua-Chem, Inc., et al.
  NCW  1   06-231         Jerry Lee Jackson, et al. v. Aqua-Chem, Inc., et al.
  NCW  1   06-232         William David Stowe, Sr., et al. v. Aqua-Chem, Inc., et al.

NEW MEXICO
  NM   1   06-642         William H. Monroe, Jr., etc. v. Burlington Northern & Santa Fe Railway Co.

NEW YORK EASTERN
  NYE  1   06-3279        Leroy H. Webb, Jr. v. A.W. Chesterton Co., et al.
  NYE  1   06-3280        Barbara J. Bartley v. A.W. Chesterton Co., et al.
  NYE  1   06-3404        Clady J. Everhart v. A.W. Chesterton Co., et al.
  NYE  1   06-3577        George Smith, Jr. etc. v. A.W. Chesterton Co., et al.
  NYE  1   06-3578        George Collins v. A.W. Chesterton Co., et al.

OHIO NORTHERN
  OHN  1   06-10001       Eugenio Panerio v. A-C Product Liability Trust, et al.
  OHN  1   06-10002       Charles E. Seeley v. A-C Product Liability Trust, et al.

TENNESSEE EASTERN
  TNE  3   06-286         Caroline Welch, etc. v. Alcoa, Inc.

TEXAS WESTERN
  TXW  6   06-209         Judith Ann Lawson, etc. v. Texas Lehigh Cement Co., et al.

SCHEDULE CTO-268 - TAG-ALONG ACTIONS - MDL-875                                    Page 3 of 3

DIST. DIV. C.A. #              CASE CAPTION

VIRGINIA EASTERN
  VAE  2  06-8983              Norman E. Craft v. American Standard, Inc., et al.
  VAE  2  06-8984              Harry D. Powers v. American Standard, Inc., et al.
  VAE  2  06-8985              E.L. Wilson v. American Standard, Inc., et al.

WEST VIRGINIA NORTHERN
  WVN  1  06-95                Robert H. Choff, et al. v. Crown Beverage Packaging, Inc., et al.