JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 18 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS ) | MDL DOCKET NO. 875 |
| LIABILITY LITIGATION (NO. VI) ) | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DORIS HOGSTON, Executrix of the ) | |
| Estate of HARRY HOGSTON, Deceased ) | |
| ) | Civil Action No. 06-CV-406 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALLIS-CHALMERS CORPORATION, ) | |
| et al., ) | |
| Defendants. ) | |

### DEFENDANTS, ALLIS-CHALMERS CORPORATION AND ALLIS-CHALMERS PRODUCT LIABILITY TRUST <u>NOTICE OF ADOPTION</u>

COME NOW, Defendants Allis-Chalmers Corporation (improperly named in this lawsuit because it is a corporation that discharged certain of its liabilities in bankruptcy), and Allis-Chalmers Product Liability Trust, by counsel, and hereby join and adopt the Response and Objection to Plaintiff's Motion to Vacate the Conditional Transfer Order and Reasons Why Oral Argument Need Not Be Heard filed on behalf of Foster Wheeler Energy Corporation

Respectfully Submitted,

ALLIS-CHALMERS CORPORATION and
ALLIS-CHALMERS PRODUCT LIABILITY TRUST

9/15/06
Date

By: _____
Counsel

PLEADING NO. 4886

OFFICIAL FILE COPY
IMAGED SEP 19 2006


John M. Fitzpatrick, Esquire (VSB No. 29906)  
Erik D. Nadolink, Esquire (VSB No. 38840)  
David M. Sturm, Esquire (VSB No. 44580)  
LeCLAIR RYAN, P.C.  
Riverfront Plaza, East Tower  
951 East Byrd Street, 4th Floor  
Richmond, Virginia  23218-2499  
(804) 783-2003 (Telephone)  
(804) 783-2294 (Facsimile)

Case MDL No. 875   Document 4886   Filed 09/18/06   Page 3 of 5

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 18 2006

FILED
CLERK'S OFFICE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 15th day of September, 2006, a copy of this Notice of Adoption was served by U.S. Mail on all counsel listed below and on counsel of record appearing on the panel service list (excerpted from CTO-267/Docket No. 875) attached hereto on this 15th day of September:

Charles S. Siegel, Esquire
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, TX 75204

Timothy S. Brunick, Esquire
Clarke, Dolph, Rapaport, Hardy
& Hull, PLC
6160 Kempsville Circle
Norfolk, VA 23506

Jeffrey Poretz, Esquire
MILES & STOCKBRIDGE
1751 Pinnacle Drive, Suite 500
McLean, VA 22102-3833

James G. Kennedy, Esquire
David B. Yarborough, Jr., Esquire
PIERCE, HERNS, SLOAN & McLEOD, LLC
PO Box 22437
Charleston, SC 29413

Robert A. Ziogas, Esquire
GLENN, FELDMANN, DARBY &
GOODLATTE
200 First Campbell Square
P.O. Box 2887
Roanoke, Virginia 24001

John Radd, Esquire
HUFF, POOLE & MAHONEY, PC
4705 Columbus Street
Virginia Beach, Virginia 23462-6740

Jonathan A. Smith-George, Esquire
Law Offices of Jonathan A. Smith-George
10231 Warwick Boulevard
Newport News, Virginia 23601

Henry N. Ware, Jr., Esquire
SPOTTS FAIN, P.C.
411 East Franklin Street, Suite 601
Richmond, Virginia 23219

Archibald Wallace, III, Esquire
WALLACE PLEDGER, LLC
Capstone Building, Suite 302
7100 Forest Avenue
Richmond, Virginia 23226

Bruce T. Bishop, Esquire
WILLCOX & SAVAGE, P.C.
1800 Bank of America Center
One Commercial Place
Norfolk, Virginia 23510-2917

Carl R. Schwertz, Esquire
DUANE, HAUCK & GNAPP, P.C.
10 E. Franklin Street, 4th Floor
Richmond, Virginia 23219-2109

# PANEL SERVICE LIST (Excertped from CTO-267)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Doris Hogston, etc. v. Allis-Chalmers Corp., et al.*, E.D. Virginia, C.A. No. 3:06-406

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Bruce T. Bishop
Wilcox & Savage, P.C.
One Commercial Place
Suite 1800
Norfolk, VA 23510

Timothy S. Brunick
Clarke Dolph Rapaport Hardy & Hull
6160 Kempsville Circle
P.O. Box 13109
Norfolk, VA 23506-3109

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

John P. Fishwick
Lichtenstein & Fishwick, PLC
101 South Jefferson Street
Suite 400
P.O. Box 601
Roanoke, VA 24004-0601

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Peter A. Kraus
Waters & Kraus, LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Erik David Nadolink
LeClair, Ryan, P.C.
707 East Main Street
Eleventh Floor
Richmond, VA 23219

William W. Nexsen
Stackhouse, Nexsen & Turrietta, PLLC
1600 First Virginia Tower
555 Main Street
P.O. Box 3640
Norfolk, VA 23514

Jeffrey Scott Poretz
Miles & Stockbridge, P.C.
1751 Pinnacle Drive
Suite 500
McLean, VA 22102-3833

Richard T. Radcliffe, Jr.
Dehay & Elliston, LLP
36 S. Charles Street
13th Floor
Baltimore, MD 21201

John D. Radd
Huff, Poole & Mahoney
4705 Columbus Street
Suite 100
Virginia Beach, VA 23462-1521

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney, PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Carl R. Schwertz
Duane Hauck & Gnapp
10 East Franklin Street
Richmond, VA 23219-2106

PANEL SERVICE LIST (Excerpted from CTO-267) - MDL-875                                    Page 2 of 2

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Charles S. Siegel
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, TX 75204

Jonathan A. Smith-George
Law Offices of Jonathan A.
Smith-George
10231 Warwick Blvd.
Newport News, VA 23601

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Archibald Wallace, III
WallacePledger, LLC
7100 Forest Avenue
Suite 302
Richmond, VA 23226

Henry N. Ware, Jr.
Spotts Fain, PC
411 E Franklin St
P.O. Box 1555
Richmond, VA 23218-1555

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Robert A. Ziogas
Glenn, Feldmann, Darby & Goodlatte
P.O. Box 2887
210 1st Street
Suite 200
Roanoke, VA 24001