MDL 875

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 22 2006

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS ) <br> LIABILITY LITIGATION (No. VI) ) <br> ) <br> ) <br> v. ) MDL Docket No. 875 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

DORIS HOGSTON, Executor of the )
Estate of HARRY HOGSTON, deceased )
)
Plaintiff )
) Civil Action No. 06-cv-406
) (Judge Robert E. Payne)
ALLIS-CHALMERS CORPORATION, et al. )
)
Defendants )

PLEADING NO. 4887

### PEERLESS INDUSTRIES' ADOPTION OF FOSTER-WHEELER'S RESPONSE AND OBJECTION TO PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER

Peerless Industries, Inc., by counsel, adopts the position of Foster Wheeler Corporation made pursuant to Panel Rule 7.2 (c) in its response and objection to plaintiff's motion to vacate the conditional transfer order filed herein in this case. Peerless Industries, Inc. does hereby join in that Response and Objection and adopts Foster Wheeler Corporation's Response and Objection as if filed in its own behalf. A copy of that filing is attached as Exhibit "A".

Respectfully Submitted,

PEERLESS INDUSTRIES INC.,

OFFICIAL FILE COPY

IMAGED SEP 22 2006

By Counsel

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 2 2006

FILED
CLERK'S OFFICE

*Archibald Wallace* (signature)

Archibald Wallace, III (VSB #06005)
WALLACEPLEDGER, PLLC
The Capstone Center
7100 Forest Avenue, Suite 302
Richmond, VA 23226
(804) 282-8300
*Counsel for Peerless Industries Inc.*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Peerless Industries Inc.'s Adoption of Foster Wheeler Corporation's Response and Objection to Plaintiff's Motion to Vacate the Conditional Transfer Order has been served by regular mail on all counsel listed below and on counsel of record appearing on the panel service list (excerpted from CTO-267) Docket No. 875 attached hereto on this 19th day of September, 2006.

Charles S. Siegel, Esq.
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, Texas 75204
Counsel for Plaintiff

Jonathan A. Smith-George, Esq.
10231 Warwick Blvd.
Newport News, Virginia 23601
Counsel for Plaintiff

Robert A. Ziogas, Esq.
Glenn, Feldman, Darby & Goodlatte
P.O. Box 2887
Roanoke, Va. 24001
Counsel for Foster Wheeler Energy Corporation

John D. Radd, Esq.
Huff, Poole, Mahoney, P. C.
4705 Columbus Street
Virginia Beach, Virginia 23462-6749

Carl K. Schwertz, Esq.
Duane, Hauck & Gnapp, P. C.

10 E. Franklin Street
Richmond, Virginia 23219

James C Kennedy, Esq.
Pierce, Hems, Sloan & McLeod, LLC
The Blake House
321 East Bay Street
Charleston, South Carolina 29401

Timothy S. Brunick
Clarke, Doiph, Rapaport, Hardy & Hull, PLC
6160 Kempsville Circle
Norfolk, Virginia 23506

Henry N. Ware, Jr., Esq.

MY. Connell Mullins, Esq.
Spops, Fain, Chappell
P.O. Box 1555
Richmond, Virginia 23219

Erik D. Nadolink, Esq.
LeClair Ryan, P. C.
P. 0. Box 2499
Richmond, Virginia 23219-2499

Bruce T. Bishop, Esq.
Wilcox & Savage
1800 NationsBank Center
One Commercial Place
Norfolk, Virginia 23510-2917

*[signature]*
Archibald Wallace, III, Esq.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 2 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MIJLTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS         )
LIABILITY LITIGATION (No. VI)   )    MDL Docket No. 875
                                )

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

DORIS HOGSTON, Executor of the        )
Estate of HARRY HOGSTON, deceased     )
     Plaintiff                        )
                                      )
v.                                    )    Civil Action No. 06-cv-406
                                      )    (Judge Robert E. Payne)
ALLIS-CHALMERS CORPORATION,           )
et al.                                )
                                      )
     Defendants

### REASONS WHY ORAL ARGUMENT NEED NOT BE HEARD

COMES NOW Peerless Industries, Inc., and pursuant to Panel Rule 16.1(b) requests that oral argument not be heard on the plaintiff's motion to vacate the conditional transfer order and submits the following reasons:

1. This case is not unique and is similar to a litany of cases that have been transferred from the United States District Court for the Eastern District of Virginia and other federal district courts in the MDL-875 litigation.

2. The plaintiff's motion to vacate the conditional transfer order does not present any novel issues of law or fact that would warrant the time and expense of oral argument. The issue raised in the motion and the opposition thereto can readily be decided from the written submissions of the parties, without oral argument.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 22 2006

FILED
CLERK'S OFFICE

WHEREFORE, the defendant, Peerless Industries, Inc. respectfully requests that oral argument not be heard on the plaintiff's motion.

PEERLESS INDUSTRIES, INC.

By Counsel

*[signature]*

Archibald Wallace, III, Esq.
WallacePledger, PLLC
7100 Forest Avenue, Suite 302
Richmond, Va. 23226
Telephone: (804) 282-8300
Facsimile: (804) 282-2555

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Reasons Why Oral Argument Need Not Be Heard has been served by regular mail on all counsel listed below and on counsel of record appearing on the panel service list (excerpted from CTO-267) Docket No. 875 attached hereto on this 19th day of September, 2006.

Charles S. Siegel, Esq.
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, Texas 75204
Counsel for Plaintiff

Jonathan A. Smith-George, Esq.
10231 Warwick Blvd.
Newport News, Virginia 23601
Counsel for Plaintiff

Robert A. Ziogas, Esq.
Glenn, Feldman, Darby & Goodlatte
P.O. Box 2887
Roanoke, Va. 24001
Counsel for Foster Wheeler Energy Corporation

John D. Radd, Esq.
Huff, Poole, Mahoney, P. C.
4705 Columbus Street
Virginia Beach, Virginia 23462-6749

Carl K. Schwertz, Esq.
Duane, Hauck & Gnapp, P. C.
10 E. Franklin Street
Richmond, Virginia 23219

James C Kennedy, Esq.
Pierce, Hems, Sloan & McLeod, LLC
The Blake House
321 East Bay Street
Charleston, South Carolina 29401

Timothy S. Brunick
Clarke, Dolph, Rapaport, Hardy & Hull, PLC
6160 Kempsville Circle
Norfolk, Virginia 23506

Henry N. Ware, Jr., Esq.

M.F. Connell Mullins, Esq.
Spotts, Fain, Chappell
P.O. Box 1555
Richmond, Virginia 23219

Erik D. Nadolink, Esq.
LeClair Ryan, P. C.
P. 0. Box 2499
Richmond, Virginia 23219-2499

Bruce T. Bishop, Esq.
Wilcox & Savage
1800 NationsBank Center
One Commercial Place
Norfolk, Virginia 23510-2917

*Archibald Wallace* (signature)
Archibald Wallace, III, Esq.

## PANEL SERVICE LIST (Excerpted from CTO-267)
## DOCKET NO. 875
## IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Doris Hogston, etc. v. Allis-Chalmers Corp., et al.,* E.D. Virginia, C.A. No. 3:06-406

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland OH 44114

Bruce T. Bishop
Wilcox & Savage, P.C.
One Commercial Place
Suite 1800
Norfolk, VA 23510

Timothy S. Brunick
Clarke Dolph Rapaport Hardy & Hull
6160 Kempsville Circle
P.O. box 13109

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four NOrthshore Center
106 Isabella St.
Pittsburgh, PA 15212

John P. Fishwick
Lichtenstein & Fishwick, PLC
101 South Jefferson Street
Suite 400
P.O. Box 601
Roanoke, VA 24004-0601

Raymond P. Forceno
Forceon & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Godfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Peter A. Kraus
Waters & Kraus, LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Grietzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Erik David Nadolink
LeClair, Ryan, P.C.
707 East Main Street
Eleventh Floor
Richmond, VA 23219

William W. Nexsen
Stackhouse, Nexsen & Turrietta, PLLC
1600 First Virginia Tower
555 Main Street
P.O. Box 3640
Norfolk, VA 23514

Jeffrey Scott Poretz
Miles & Stockbridge, .C.
1751 Pinnacle Drive
Suite 500
McLean, VA 22102-3833

Richard T. Radcliffe, Jr.
Dehay & Elliston, LLP
36 S. Charles Street
13th Floor
Baltimore, MD 21201

John D. Radd
Huff, Poole & Mahoney
4705 Columbus Street
Suite 100
Virginia Beach,VA 23452-1521

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney, PC
3200 Fulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells, L. L. P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Carl R. Schwertz
Duane Hauck & Gnapp
10 East Franklin Street
Richmond, VA 23219-2106

PANEL SERVICE LIST (Excerpted from CTO-267)- MDL- 875

| | | |
|---|---|---|
| Neil Selman<br>Selman, Breitman & Burgess<br>11766 Wilshire Boulevard<br>Sixth Floor<br>Los Angeles, CA 90025 | Robert A. Aiogas<br>Glenn, Feldmann, Darby & Goodlatte<br>P.O. Box 2887<br>210 1st Street<br>Suite 200<br>Roanoke, VA 24001 | Charles S. Siegel<br>Waters & Kraus, LLP<br>3219 McKinney Avenue<br>Dallas, TX 75204 |
| Jonathan A. Smith-George<br>Law Offices of Jonathan A. Smith-George<br>10231 Warwick Blvd.<br>Newport News, VA 23601 | Robert N. Spinelli<br>Kelley, Jasons, McGuire & Spinelli<br>Centre Square West<br>15th Floor<br>Philadelphia, PA 19102 | Robert E. Swickle<br>Jaques Admiralty Law Firm, P.C.<br>1570 Penobscot Building<br>The Maritime Asbestosis Legal Clinic<br>Detroit, MI 48226 |
| Andrew J. Trevelise<br>Reed Smith, LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 | Henry N. Ware, Jr.<br>Spotts Fain, PC<br>411 E. Franklin St.<br>P.O. Box 1555<br>Richmond, VA 23218-1555 | James K. Weston II<br>Tom Riley Law Firm<br>4040 First Avenue, N.E.<br>P.O. Box 998<br>Cedar Rapids, IA 52406 |
| Archibald Wallace, III<br>WallacePledger, LLC<br>7100 Forest Avenue<br>Suite 302<br>Richmond, VA 23226 | | |

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS            )
LIABILITY LITIGATION (No. VI)      )        MDL Docket No. 875
                                   )

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

DORIS HOGSTON, Executor of the           )
Estate of HARRY HOGSTON, deceased        )
                                         )
    Plaintiff                          )
                                         )
v.                                       )        Civil Action No. 06-cv-406
                                         )        (Judge Robert E. Payne)
ALLIS-CHALMERS CORPORATION,              )
et al.                                   )
                                         )
    Defendants                         )

### FOSTER WHEELER ENERGY CORPORATION'S RESPONSE AND OBJECTION TO PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER

Defendant Foster Wheeler Energy Corporation pursuant to Panel Rule 7.2(c) files its response and objection to the plaintiff's motion and brief to vacate the conditional transfer order as follows.

The plaintiff's motion should be denied as transfer in this case is appropriate. The sole basis of the plaintiff's motion is that she has filed a motion for remand in the transferor court. Although the plaintiff contends that "the transferor court is currently considering plaintiff's motion for remand" (Plaintiff's Brief p. 2), such motion in fact was never timely set for hearing or submitted to the Court for



GLENN
FELDMANN
DARBY &
GOODLATTE
Roanoke, Virginia



EXHIBIT
A

consideration without hearing. Under the local rules of the transferor court, it has, therefore, been deemed withdrawn.

The remand motion was filed by the plaintiff on July 11, 2006. Rule 7(E) of the United States District Court Rules for the Eastern District of Virginia provides in pertinent part:

> Unless otherwise ordered, a motion shall be deemed withdrawn if the movant does not set it for hearing (or arrange to submit it without hearing) within thirty (30) days after the date on which the motion is filed. (See copy of Rule 7 attached hereto).

The plaintiff here did not set the motion for hearing nor did she arrange to submit it without hearing within 30 days of its filing. Therefore, the motion is deemed withdrawn and is not before the transferor court for consideration.

Even if the remand motion were still pending, transfer is nevertheless proper as the transferee court could rule on any such motion. See In Re Franklin National Bank Securities Litigation, 393 F. Supp. 1093, 1095 (Jud. Pan. Mult. Lit. No. 196, 1975) (holding that there was no reason to delay transfer of a case which showed commonality with other actions simply because a remand motion was filed in the transfer court, since the transferee judge could easily resolve the remand issue); See also In Re Professional Hockey Anti-Trust Litigation, 369 F. Supp. 1117, 1118 (Jud. Pan. Mult. Lit. No. 119, 1974) (stating "inasmuch as the transferee judge has the power to rule on the question of remand, we perceive no reason to delay transfer.").

Thus, the mere fact that the plaintiff filed a motion to remand in the transferor court does not dictate against transfer of this action pursuant to a conditional transfer order.



GLENN
FELDMANN
DARBY &
GOODLATTE
Roanoke, Virginia

## CONCLUSION

For the foregoing reasons, the defendant, Foster Wheeler Energy Corporation, respectfully prays that the plaintiff's motion to vacate the conditional transfer order be denied.

FOSTER WHEELER ENERGY CORPORATION

By: _____
Of Counsel

Robert A. Ziogas, Esq. (VSB#24964)
Glenn, Feldmann, Darby & Goodlatte
P. O. Box 2887
Roanoke, Virginia 24001
Telephone: (540) 224-8000
Facsimile: (540) 224-8050
   Counsel for Defendant Foster Wheeler Energy Corporation

GLENN
FELDMANN
DARBY &
GOODLATTE
Roanoke, Virginia

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Foster Wheeler Energy Corporation's Response and Objection to Plaintiff's Motion to Vacate the Conditional Transfer Order has been served by regular mail on all counsel listed below and on counsel of record appearing on the panel service list (excerpted from CTO-267) Docket No. 875 attached hereto on this 11 day of September, 2006.

Charles S. Siegel, Esq.
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, Texas 75204
Counsel for Plaintiff

Jonathan A. Smith-George, Esq.
10231 Warwick Blvd.
Newport News, Virginia 23601
Counsel for Plaintiff

John D. Radd, Esq.
Huff, Poole, Mahoney, P. C.
4705 Columbus Street
Virginia Beach, Virginia 23462-6749

Archibald Wallace, III, Esq.
Wallace Pledger, PLLC
The Capstone Center
7100 Forest Avenue, Suite 302
Richmond, Virginia 23226

Carl R. Schwertz, Esq.
Duane, Hauck & Gnapp, P. C.
10 E. Franklin Street
Richmond, Virginia 23219

James G. Kennedy, Esq.
Pierce, Herns, Sloan & McLeod, LLC
The Blake house
321 East Bay Street
Charleston, South Carolina 29401

Timothy S. Brunick
Clarke, Dolph, Rapaport, Hardy & Hull, PLC
6160 Kempsville Circle
Norfolk, Virginia 23506

Erik D. Nadolink, Esq.
LeClair Ryan, P. C.
P. O. Box 2499
Richmond, Virginia 23219-2499

Henry N. Ware, Jr., Esq.
M.F. Connell Mullins, Esq.
Spotts, Fain, Chappell
P. O. Box 1555
Richmond, Virginia 23219


GLENN
FELDMANN
DARBY &
GOODLATTE
Roanoke, Virginia

Bruce T. Bishop, Esq.
Willcox & Savage
1800 NationsBank Center
One Commercial Place
Norfolk, Virginia  23510-2917

_____
Robert A. Ziogas

GLENN
FELDMANN
DARBY &
GOODLATTE
Roanoke, Virginia

Page 1 of 2

# PANEL SERVICE LIST (Excertped from CTO-267)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Doris Hogston, etc. v. Allis-Chalmers Corp., et al.,* E.D. Virginia, C.A. No. 3:06-406

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Bruce T. Bishop
Wilcox & Savage, P.C.
One Commercial Place
Suite 1800
Norfolk, VA 23510

Timothy S. Brunick
Clarke Dolph Rapaport Hardy & Hull
6160 Kempsville Circle
P.O. Box 13109
Norfolk, VA 23506-3109

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

John P. Fishwick
Lichtenstein & Fishwick, PLC
101 South Jefferson Street
Suite 400
P.O. Box 601
Roanoke, VA 24004-0601

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Peter A. Kraus
Waters & Kraus, LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Erik David Nadolink
LeClair, Ryan, P.C.
707 East Main Street
Eleventh Floor
Richmond, VA 23219

William W. Nexsen
Stackhouse, Nexsen & Turrietta, PLLC
1600 First Virginia Tower
555 Main Street
P.O. Box 3640
Norfolk, VA 23514

Jeffrey Scott Poretz
Miles & Stockbridge, P.C.
1751 Pinnacle Drive
Suite 500
McLean, VA 22102-3833

Richard T. Radcliffe, Jr.
Dehay & Elliston, LLP
36 S. Charles Street
13th Floor
Baltimore, MD 21201

John D. Radd
Huff, Poole & Mahoney
4705 Columbus Street
Suite 100
Virginia Beach, VA 23462-1521

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney, PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Carl R. Schwertz
Duane Hauck & Gnapp
10 East Franklin Street
Richmond, VA 23219-2106

PANEL SERVICE LIST (Excerpted from CTO-267) - MDL-875 　　　　　　　　　Page 2 of 2

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Charles S. Siegel
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, TX 75204

Jonathan A. Smith-George
Law Offices of Jonathan A. Smith-George
10231 Warwick Blvd.
Newport News, VA 23601

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Archibald Wallace, III
WallacePledger, LLC
7100 Forest Avenue
Suite 302
Richmond, VA 23226

Henry N. Ware, Jr.
Spotts Fain, PC
411 E Franklin St
P.O. Box 1555
Richmond, VA 23218-1555

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Robert A. Ziogas
Glenn, Feldmann, Darby & Goodlatte
P.O. Box 2887
210 1st Street
Suite 200
Roanoke, VA 24001