MDL 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In Re: Asbestos Products Liability Litigation (No. VI)   Docket No. 875
Schedule CTO 268 – Tag Along Actions

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 28 2006

FILED
CLERK'S OFFICE

Notice of Opposition
To Conditional Transfer Order By The
Plaintiffs in *Robert H. Choff, et al., v Crown Beverage Packing, Inc. et al.*
West Virginian Northern WVN 1 06-95.

Now come the plaintiffs in the above styled claim and make this Notice of Opposition to the Conditional Transfer Order filed herein, and in support thereof state as follows:

1. This action is filed to seek recovery in the form of medical monitoring against the owners and operators of their past place of employment, located in Grafton, West Virginia, and certain product liability defendants. The defendants include a West Virginia state resident supplier.

2. The plaintiffs allege exposure to silica and asbestos from the operation of a paper and cardboard fabricating plant.

3. The plaintiffs object in that there are no common questions of fact between this single case, which seeks medical monitoring from employers and others, for lung diseases caused by silica and asbestos, and the pending personal injury claims pending in MDL 875.

4. The primary witnesses are located in West Virginia and have little contact with witnesses in the pending MDL. The discovery in the case is significantly different from the discovery undertaken in the pending MDL. The relief sought is significantly different from the relief generally sought in the MDL. The

PLEADING NO. 4888

OFFICIAL FILE COPY

IMAGED SEP 2 8 2006

consolidation of this case with the other cases in the MDL will not result in any significant savings of discovery or other transactional costs, as anticipated by 28 U.S.Code 1407.

5. Transferring this case will not be convenient to the parties and will not increase the efficiency and economy to the judiciary in the resolution of this claim.

6. The plaintiffs contend below that the federal court is without jurisdiction to hear this matter, and therefore the Panel is without jurisdiction to transfer it.

Wherefore, the plaintiffs oppose the conditional transfer, pray that the conditional transfer order be withdrawn and that the plaintiffs be granted such further relief as the panel may deem fit.

The Plaintiffs,<br>By Counsel

John H. Skaggs
The Calwell Practice, PLLC
500 Randolph Street
Charleston, West Virginia 25404
(304) 343-4323
(304) 344-3684