**MDL 875**

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 29 2006

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

ROBERT H. CHOFF, *et al.*,

    Plaintiffs,

v.                                                        Civil Action No. 1:06-CV-95

CROWN BEVERAGE PACKAGING, INC., *et al.*,

    Defendants.

### PACTIV CORPORATION'S, PACKAGING CORPORATION OF AMERICA'S, DANIEL KIRKPATRICK'S AND LESLIE MITCHELL FLESHER'S NOTICE OF OPPOSITION TO TRANSFER

PLEADING NO. 4889

Pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendants PACTIV Corporation ("PACTIV"), Packaging Corporation of America ("PCA"), Daniel Kirkpatrick and Leslie Mitchell Flesher hereby provide notice of their opposition to the Conditional Transfer Order (CTO-268), which was filed in the Clerk's office of the Judicial Panel on Multidistrict Litigation in the above-referenced action on September 15, 2006. In accordance with Rule 7.4(c), the Clerk of the Panel should do the following: i) stay transmittal of the Conditional Transfer Order to the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania until further order of the Panel; and ii) notify the parties of the briefing schedule on the motion to vacate the Conditional Transfer Order.

This notice is submitted to the Judicial Panel on Multidistrict Litigation within fifteen days of the filing of the Conditional Order of Transfer.

CL1119444.1

2006 SEP 28 A 9: 52
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

OFFICIAL FILE COPY
IMAGED SEP 29 2006

Dated this 28th day of September, 2006.

                                              Respectfully submitted:

                                              <u>s/Amy M. Smith, W. Va. Bar #6454</u>
                                              s/Robert E. Gifford, W. Va. Bar #6318
                                              s/James J.A. Mulhall, W. Va. Bar #6491

STEPTOE & JOHNSON PLLC           Chase Tower, 6th Floor
     Of Counsel                           Post Office Box 2190
                                              Clarksburg, WV  26302-2190
                                              (304) 624-8000

                                              Counsel for PACTIV Corporation,
                                              Packaging Corporation of America, Daniel
                                              Kirkpatrick and Leslie Mitchell Flesher

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## CERTIFICATE OF SERVICE

SEP 2 9 2006

FILED
CLERK'S OFFICE

I, Amy M. Smith, hereby certify that on the 28th day of September, 2006, I filed the foregoing "PACTIV Corporation's, Packaging Corporation of America's, Daniel Kirkpatrick's and Leslie Mitchell Flesher's Notice of Opposition to Transfer" by facsimile with the Clerk of the Judicial Panel on Multidistrict Litigation and electronically with the Clerk of the Court of the United States District Court for the Northern District of West Virginia using the CM/ECF system, which will send notification of such filing to the following:

Joseph S. Beeson, Esquire
Beth Ann Rauer, Esquire
Robinson & McElwee, PLLC
P.O. Box 1791
Charleston, WV 25326
Counsel for Defendant Georgia Pacific Corp.

Robert R. Leight, Esquire
Pietragallo, Bosick, & Gordon, LLP
3800 One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
Counsel for Defendant Beazer East, Inc.

Robert L. McKinney, II, Esquire
Margaret A. Droppleman, Esquire
Hawkins & Parnell, LLP
The Woodrums Building
602 Virginia Street, East Suite 200
Charleston, WV 25301-2154
Counsel for Defendant International Paper Company

John H. Skaggs, Esquire
The Calwell Practice, PLLC
500 Randolph Street
Charleston, WV 25301-2154
Counsel for Plaintiffs

R. Scott Long, Esquire
J. Miles Morgan, Esquire
Hendrickson and Long, PLLC
P.O. Box 11070
214 Capitol Street
Charleston, WV 25339
Counsel for Defendant Crown Beverage Packaging, Inc.

Jeffrey L. Robinette, Esquire
Trevor K. Taylor, Esquire
The Robinette Legal Group, PLLC
475 Fairchance Road
Morgantown, WV 26508
Counsel for Defendant Banner Fibreboard Company

G. Patrick Jacobs, Esquire
Bickley & Jacobs
7020 MacCorkle Avenue, S.E.
Charleston, WV 25304
Counsel for Plaintiffs

CL1119444.1

I further certify that I have mailed by first class, United States mail, postage prepaid, the document to the following non-CM/ECF participants:

Tom White, Esquire
Bickley & Jacobs
7020 MacCorkle Avenue, S.E.
Charleston, WV 25304
Counsel for Plaintiffs

Ollie M. Harton, Esquire
Hawkins & Parnell, LLP
4000 One Peachtree Center
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
Counsel for Defendant International Paper Company

Michael E. Hutchins, Esquire
Kasowitz, Benson, Torres, & Friedman, LLP
1360 W. Peachtree Street, NE
Suite 1150
Atlanta, GA 30309
Counsel for Defendant Georgia Pacific Corporation

s/Amy M. Smith, Esquire, W.Va. Bar #6454
smitha@steptoe-johnson.com
s/Robert E. Gifford, Esquire, W.Va. Bar #6318
gifforre@steptoe-johnson.com
s/James J.A. Mulhall, Esquire, W.Va. Bar #6491
mulhallja@steptoe-johnson.com
Steptoe & Johnson, PLLC
Post Office Box 2190
Clarksburg, WV 26301-2190
Telephone: (304) 624-8000
Facsimile: (304) 624-8183
Counsel for PACTIV Corporation, Packaging Corporation of America, Daniel Kirkpatrick and Leslie Mitchell Flesher