# MDL 875

MDL DOCKET NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 29 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**(In Re: Condition Transfer Order (CTO-268))**

CASE ORIGINATES FROM
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BYRON GRANIER, ET AL.                                    CIVIL ACTION

VERSUS

NORTHROP GRUMMAN SHIP SYSTEMS, INC., ET AL       NO.: LAE 2 06-3738

PLEADING NO. 4890

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Byron Granier and Josie Legendre Granier, who file this Notice of Opposition to Conditional Transfer Order entered on September 15, 2006, on the grounds that this action was originally filed in state court, was improperly removed by the defendants on federal officer removal grounds, and plaintiffs are seeking to have the case remanded to the state court from which it was removed for lack of subject matter jurisdiction. The Plaintiffs filed a Motion To Remand on July 24, 2006, in the United States District Court for the Eastern District of Louisiana. Plaintiffs note that as of this time, Judge Eldon E. Fallon, the federal judge to whom the case was assigned after removal, has not taken any action on plaintiffs' Motion to Remand, and plaintiffs' Motion To Remand is presently awaiting Judge Fallon's determination on the jurisdictional issue. Moreover, on September 27, 2006, Judge Fallon stayed the determination on plaintiffs' Motion To Remand pending resolution of the Conditional Transfer Order. (Exhibit 1). However, plaintiffs assert that the Condition Transfer Order must be stayed and

-1-

a determination on the Motion To Remand must be made by the district court prior to any action being taken on the Conditional Transfer Order. As shown in plaintiffs' Motion To Remand that has been filed in the Eastern District of Louisiana, the federal court has no jurisdiction over this matter, and cases involving Northrop Grumman Ship Systems, Inc. (formerly known as Avondale Shipyards, Inc.), and its executive officers, including, Peter Territo and Albert Bossier, Jr. (herein all known as "Avondale"), have been routinely remanded by the federal Eastern District of Louisiana to the Louisiana State courts for lack of federal jurisdiction. *Bourgeois v. A.P. Green*, No. 96-3764 (E.D. La. 1997)(Judge Fallon's remand of Avondale with reasons); *Gauthe, et al v. Asbestos Corporation, et al*, 1997 WL 3255 (E.D. La. 1997); *Bartley v. Borden, Inc.*, No. 96-145 c/w 96-157 through 96-205 (E.D. La. 1996); *Mouton v. Flexitallic, Inc., et al.*, 1999 WL 225438 (E.D. La. 1999); *Savoie v. Northrop Grumman Ship Systems*, No. 05-2086 (E.D. La. 2005); *Porche v. Flexitallic, Inc., et al.*, 1996 WL 603919 (E.D. La. 1996); *Anderson v. Avondale Industries, Inc.*, 1994 WL 679827 (E.D. La.); see also *Overly v. Raybestos-Manhattan*, No. C-96-2853 SI., 1996 WL 532150 (N.D. Cal. Sept. 9, 1996)(involving Avondale); *Good v. Armstrong World Industries, Inc., et al*, 914 F.Supp. 1125 (E.D. P.A. 1996); *Ryan v. Dow Chemical Co.*, 781 F. Supp. 934, 947 (E.D. N.Y. 1992); *Freiberg v. Swinerton & Walberg Property Services, Inc.*, 245 F.Supp. 2d 1144 (D. Colo. 2002). Since the federal courts have no jurisdiction over this matter, remand is mandatory. *Insinga v. LaBella*, 845 F.2d 249 (11th Cir. 1988); *Bobby Jones Garden Apartment v. Suleski*, 391 F.2d 172 (5th Cir. 1968); *Covington v. Indemnity Ins. Co.*, 251 F.2d 930 (5th Cir. 1958).

A district court may and should always determine *sua sponte* whether its subject matter jurisdiction has been properly invoked. *Thomas v. Burlington Industries, Inc.*, 763

-2-

F.Supp. 1570, 1575 (S.D. Fla. 1991) (citing 14A C. Wright, A. Miller & E. Cooper, Federal Practice and Procedure Sec. 3721). In this case, subject matter jurisdiction has not been invoked, and the case should be remanded to the state court from which it was removed. Moreover, the Conditional Transfer Order (CTO-268) should be stayed pending action by the federal district court on plaintiffs' Motion To Remand.

**WHEREFORE**, plaintiffs oppose the conditional transfer order, and pray that the conditional transfer order is stayed pending action on plaintiffs' Motion To Remand, that the transfer is denied and that the case is remanded to the state court from which it was removed for lack of federal jurisdiction.

Respectfully submitted,

**ROUSSEL & ROUSSEL**

_(signature)_

GEROLYN P. ROUSSEL - 1134
PERRY J. ROUSSEL, JR. - 20351
1710 Cannes Drive
LaPlace, LA 70068
Telephone: (985) 651-6591
ATTORNEYS FOR PLAINTIFFS,
BYRON GRANIER AND JOSIE GRANIER

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Opposition to Conditional Transfer Order has been filed with the Clerk of Court for the Eastern District of Louisiana and has been served upon the parties listed below (as reflected on Attachment "A") by mailing same to each, properly addressed and postage prepaid, on this 29th day of September, 2006.

_(signature)_
Perry J. Roussel, Jr.

Sep-29-06 08:20am From-ROUSSEL & ROUSSEL 504-561-0592 T-249 P 05/09 F-034
Case MDL No. 875 Document 4890 Filed 09/29/06 Page 24 of 28

Case 2:06-cv-03738-EEF-DEK   Document 20   Filed 09/27/2006   Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BYRON GRANIER, ET AL.                         CIVIL ACTION

VERSUS                                        NUMBER 06-3738

NORTHROP GRUMMAN SHIP                         SECTION "L" (1)
SYSTEMS, INC., ET AL.

### ORDER

In light of the Judicial Panel on Multidistrict Litigation's ("JPML") September 15, 2006 Conditional Transfer Order, IT IS ORDERED that the Plaintiff's Motion to Remand (Rec. Doc. 7) and the Defendants' Motion to Include Statement Prescribed by 28 U.S.C.A. § 1292(b) (Rec. Doc. 15) are hereby STAYED pending resolution of the JPML's order.

New Orleans, Louisiana, this 27th day of September, 2006.

*[signature]*
UNITED STATES DISTRICT JUDGE

EXHIBIT
1

Attachment "A"

## COUNSEL LIST

**NORTHROP GRUMMAN SHIP SYSTEMS, INC. (FORMERLY AVONDALE INDUSTRIES, INC. AND FORMERLY AVONDALE SHIPYARDS, INC.), and AMERICAN MOTORISTS INSURANCE COMPANY (by contract with Northrop)**
Brian Bossier #16818
Blue Williams, L.L.P.
3421 N. Causeway Boulevard, Ninth Floor
Metairie, LA 70002
Telephone: (504) 830-4909
FAX: (504) 849-3022

**AMERICAN EMPLOYERS INSURANCE COMPANY and ONEBEACON AMERICAN INSURANCE COMPANY (AS SUCCESSOR TO COMMERCIAL UNION INSURANCE COMPANY AND EMPLOYERS COMMERCIAL UNION INSURANCE COMPANY)**
Samuel M. Rosamond, III, Esq. #17122
Adam D. DeMahy #29826
Crawford Lewis, PLLC
400 Poydras Street, Ste. 2100
New Orleans, LA 70130
Telephone: (504) 568-7933
FAX: (225) 383-5508

**MINNESOTA MINING AND MANUFACTURING COMPANY (3M)**
Lawrence J. Duplass #5199
Andrew D. Weinstock #18495
Duplass, Zwain, Bourgeois & Morton
3838 North Causeway Blvd., Suite 2900
Metairie, LA 70002
Phone (504) 832-3700
Fax (504) 837-3119
e-mail: andreww@dzbmlaw.com

**ALBERT BOSSIER, JR. and PETER TERRITO**
Gary A. Lee #08265
Richard M. Perles #01534
Lee, Futrell & Perles, L.L.P.
Suite 4120, 201 St. Charles Avenue
New Orleans, LA 70170
Phone: (504) 569-1725
FAX: (504) 569-1726

1

**EAGLE, INC.**
Lawrence G. Pugh, III #17351
Edward R. McGowan #26415
Montgomery, Barnett, Brown,
 Read, Hammond & Mintz, L.L.P.
3200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3200
Phone: (504) 585-3200
FAX: (504) 585-7688
E-Mail: asbestos@monbar.com

**FOSTER WHEELER LLC (FORMERLY FOSTER WHEELER CORPORATION)**
Lynn M. Luker
Lynn Luker & Associates, L.L.C.
3433 Magazine Street
New Orleans, LA 70115
Phone: (504) 525-5500
Fax: (504) 525-5599
e-mail: lynn.luker@llalaw.com

**GENERAL ELECTRIC COMPANY and VIACOM, INC. (f/k/a CBS CORPORATION and f/k/a WESTINGHOUSE ELECTRIC CORPORATION)**
William L. Schuette, Jr. #2098
Leon Gary, Jr. #5959
Olivia Smith Regard #27114
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
8555 United Plaza Boulevard
Four United Plaza, Fifth Floor
Baton Rouge, LA 70809-7000
Phone: (225) 248-2000
Fax: (225) 248-3051

**HOPEMAN BROTHERS, INC. and LIBERTY MUTUAL INSURANCE COMPANY (as insurers for Reilly-Benton Company, Inc.)**
Kaye N. Courington #18582
Blaine A. Moore #18347
Louis O. Oubre #25202
Duncan, Courington & Rydberg, L.L.C.
400 Poydras Street, Suite 1200
New Orleans, Louisiana 70130
Telephone: (504) 524-5566
FAX: (504) 524-7887

2

**THE MCCARTY CORPORATION (SUCCESSOR TO MCCARTY BRANTON, INC., AND PREDECESSOR AND SUCCESSOR TO MCCARTY INSULATION SALES, INC.)**
Susan B. Kohn #14501
Simon, Peragine, Smith & Redfearn, L.L.P.
30th Floor Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3000
Phone: 569-2030
FAX: 569-2999
E-MAIL: suekohn@spsr-law.com

**OWENS-ILLINOIS, INC.**
Forrest Ren Wilkes #22897
R. Dean Church, Jr. #20750
Forman, Perry, Watkins, Krutz & Tardy, PLLC
1515 Poydras Street, Suite 1300
New Orleans, LA 70112
Phone: 504-799-4383
Fax: 504-799-4384
e-mail: ren@fpwk.com

**REILLY-BENTON COMPANY, INC.**
Stephen N. Elliott #5326
William L. Brockman #3485
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
Post Office Box 55490
Metairie, LA 70055-5490
Telephone: (504) 834-2612
FAX: (504) 838-9438

**TAYLOR-SEIDENBACH, INC.**
C. Kelly Lightfoot #17027
HAILEY, MCNAMARA, HALL,
  LARMANN & PAPALE, LLP
Suite 1400, One Galleria Blvd.
Post Office Box 8288
Metairie, LA  70001-8288
Phone: (504) 836-6500
Fax: (504) 836-6565
E-MAIL: kelly_lightfoot@haileymcnamara.com

3

**PETER TERRITO, ALBERT BOSSIER, JR., and THE TRAVELERS CASUALTY & SURETY CO. (F/K/A THE ATENA CASUALTY & SURETY CO. )(as insurers for Avondale Industries, Inc. and its executive officers)**
Gordon P. Wilson #20426
F. Lewis Parks, Jr. #29646
Lugenbuhl, Wheaton, Peck,
    Rankin & Hubbard
601 Poydras Street, Suite 2275
New Orleans, LA 70130
Phone: (504) 568-7990
FAX: (504) 310-9195

**BAYER CROPSCIENCE, INC. (SUCCESSOR TO RHONE POULENC AG COMPANY, FORMERLY AMCHEM PRODUCTS, INC., FORMERLY BENJAMIN FOSTER)**
Lawrence E. Abbott, T.A. #2276
McGready L. Richeson #29398
Michael H. Abraham #22915
Abbott, Simses & Kuchler, APLC
400 Lafayette Street, Suite 200
New Orleans, LA 70130
Phone: (504) 568-9393
FAX: (504) 524-1933