JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

SEP 1 5 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-268)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,426 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

PLEADING NO. 4895

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT - 3 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY

IMAGED OCT - 3 2006

# SCHEDULE CTO-268 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 2 06-1016 | Julia Alford, et al. v. A.O. Smith Electrical Products Co., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-3287 | Joseph Kotarsky v. General Electric Co. |
| CAN 3 06-3288 | Carol Ann Winnett, et al. v. General Electric Co. |
| CAN 3 06-3724 | Kerry O'Brien, et al. v. General Electric Co., et al. |
| **INDIANA SOUTHERN** | |
| INS 1 06-831 | Kathleen Duchene v. C.E. Thurston & Sons, Inc., et al. |
| **KENTUCKY WESTERN** | |
| KYW 1 06-97 | Kenneth W. Bunch, Jr., etc. v. Cytec Fiberite, Inc. |
| **LOUISIANA EASTERN** | |
| ~~LAE 2 06-3738~~ | ~~Byron Granier, et al. v. Northrop Grumman Ship Systems, Inc., et al.~~ **Opposed 9/29/06** |
| **MARYLAND** | |
| MD 1 06-1950 | Joseph A. Reed, et al. v. Owens-Corning Fiberglas Corp., et al. |
| **MAINE** | |
| ME 1 06-85 | Theodore B. Cote, et al. v. Metropolitan Life Insurance Co., et al. |
| **MINNESOTA** | |
| MN 0 06-2049 | Douglas H. McKillop, etc. v. Garlock Sealing Technologies, LLC, et al. |
| **MISSISSIPPI NORTHERN** | |
| MSN 1 06-211 | Willie B. Johnson v. John Crane, Inc., et al. |
| **MISSISSIPPI SOUTHERN** | |
| ~~MSS 1 06-660~~ | ~~Archie Lord v. Phillips 66 Co., et al.~~ **Opposed 10/3/06** |
| ~~MSS 1 06-661~~ | ~~Joseph Newsome v. Phillips 66 Co., et al.~~ **Opposed 10/3/06** |
| ~~MSS 1 06-662~~ | ~~Cleophus Smith v. Phillips 66 Co., et al.~~ **Opposed 10/3/06** |
| MSS 1 06-668 | Larry Sparkman v. Sears, Roebuck & Co., et al. |
| MSS 1 06-686 | Herbert Lee Heyward v. Exxon Mobil Corp., et al. |
| MSS 1 06-687 | Oliver Walker, et al. v. Chicago Bridge & Iron Co., et al. |
| MSS 1 06-690 | Larry Gene Rhear, et al. v. Shell Oil Co., et al. |
| MSS 1 06-701 | Sammy Joe Bozeman v. Parker-Hannifin Corp., et al. |
| MSS 1 06-708 | Clyde Brumfield, Jr. v. Plastics Engineering Co., et al. |
| MSS 1 06-709 | Elwin Jackson Springs v. Ametek, Inc., et al. |
| MSS 1 06-717 | Robert J. Cupstid, Jr. v. Shell Oil Co., et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE 2 06-15 | Cecil Clarence Craft, Jr., et al. v. A.W. Chesterton Co., et al. |
| NCE 2 06-18 | John Michael Nardi, et al. v. Aqua-Chem, Inc., et al. |
| NCE 4 06-119 | Helene A. Johnson, etc. v. Anchor Packing Co., et al. |
| NCE 4 06-127 | Gary W. Randolph, et al. v. Anchor Packing Co., et al. |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NORTH CAROLINA EASTERN** | |
| NCE 4 06-145 | Patricia Wallace-Tilson, etc. v. Anchor Packing Co., et al. |
| NCE 4 06-148 | Robert Vaughn Scruggs, et al. v. Anchor Packing Co., et al. |
| NCE 5 06-210 | Alice F. Thompson, etc. v. Anchor Packing Co., et al. |
| NCE 5 06-228 | Elmer Lee Morgan , et al. v. Anchor Packing Co., et al. |
| NCE 5 06-242 | Marilyn R. Gillette, etc. v. 3M Co., et al. |
| NCE 5 06-249 | Charles Strahl, et al. v. Anchor Packing Co., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 06-617 | Paula Messer, etc. v. 3M Co., et al. |
| NCM 1 06-660 | George Dewey Mumford, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 06-667 | Johnny Harold King, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 06-668 | Ronald Lee Tolbert, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 06-670 | William Thomas Ingram, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 06-671 | Dale Ellis Weaver, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 06-672 | Donnie Ray Edwards v. Aqua-Chem, Inc., et al. |
| NCM 1 06-676 | Carl Allison Hair, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 06-677 | David Eric Talbert, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 06-678 | Coy Ray Wiles, et al. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 06-208 | Joseph Coleman Christopher v. Aqua-Chem, Inc., et al. |
| NCW 1 06-209 | Ernest Eugene Lawing v. Aqua-Chem, Inc., et al. |
| NCW 1 06-210 | Malcolm Bruce Crittenden, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-212 | Calvin Eugene McKee v. Aqua-Chem, Inc., et al. |
| NCW 1 06-213 | Leonard Kelly Carter v. Aqua-Chem, Inc., et al. |
| NCW 1 06-216 | James E. Gilstrap, et al. v. 3M Co., et al. |
| NCW 1 06-230 | Jerry Odell Hudgins, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-231 | Jerry Lee Jackson, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-232 | William David Stowe, Sr., et al. v. Aqua-Chem, Inc., et al. |
| **NEW MEXICO** | |
| NM 1 06-642 | William H. Monroe, Jr., etc. v. Burlington Northern & Santa Fe Railway Co. |
| **NEW YORK EASTERN** | |
| NYE 1 06-3279 | Leroy H. Webb, Jr. v. A.W. Chesterton Co., et al. |
| NYE 1 06-3280 | Barbara J. Bartley v. A.W. Chesterton Co., et al. |
| NYE 1 06-3404 | Clady J. Everhart v. A.W. Chesterton Co., et al. |
| NYE 1 06-3577 | George Smith, Jr. etc. v. A.W. Chesterton Co., et al. |
| NYE 1 06-3578 | George Collins v. A.W. Chesterton Co., et al. |
| **OHIO NORTHERN** | |
| OHN 1 06-10001 | Eugenio Panerio v. A-C Product Liability Trust, et al. |
| OHN 1 06-10002 | Charles E. Seeley v. A-C Product Liability Trust, et al. |
| **TENNESSEE EASTERN** | |
| TNE 3 06-286 | Caroline Welch, etc. v. Alcoa, Inc. |
| **TEXAS WESTERN** | |
| TXW 6 06-209 | Judith Ann Lawson, etc. v. Texas Lehigh Cement Co., et al. |

SCHEDULE CTO-268 - TAG-ALONG ACTIONS - MDL-875                                Page 3 of 3

DIST. DIV. C.A. #              CASE CAPTION

VIRGINIA EASTERN
 VAE 2  06-8983               Norman E. Craft v. American Standard, Inc., et al.
 VAE 2  06-8984               Harry D. Powers v. American Standard, Inc., et al.
 VAE 2  06-8985               E.L. Wilson v. American Standard, Inc., et al.

WEST VIRGINIA NORTHERN
 ~~WVN 1  06-95~~              ~~Robert H. Choff, et al. v. Crown Beverage Packaging, Inc., et al.~~
                              **Opposed 9/28/06**