MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 2 0 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-269)*

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,484 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 4903

OFFICIAL FILE COPY
IMAGED OCT 2 3 2006

## SCHEDULE CTO-269 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DIST. DIV. C.A. #                    CASE CAPTION

CONNECTICUT
  CT  3  06-1426                     Ronald Britagna, et al. v. General Electric Co., et al.

FLORIDA MIDDLE
  FLM 8  06-1620                     Peter Kaufman, et al. v. Union Carbide Corp.

FLORIDA SOUTHERN
  FLS 1  06-22195                    Pedro Orta, et al. v. Union Carbide Corp.

ILLINOIS NORTHERN
  ILN 1  05-6519                     Joyce V. Gillette, etc. v. Foseco Metallurgical, Inc., et al.

MISSISSIPPI NORTHERN
  MSN 4  06-142                      Eswin Dean v. 3M Co., et al.

MISSISSIPPI SOUTHERN
  MSS 1  06-846                      Troy M. Howell v. FMC Corp., et al.
  MSS 1  06-849                      Dorothy Mae Jackson v. General Electric Co., et al.
  MSS 1  06-888                      Hugh Odom, etc. v. ACandS, Inc., et al.

NORTH CAROLINA EASTERN
  NCE 4  06-158                      William Vestal Sisson, et al. v. Anchor Packing Co., et al.
  NCE 4  06-176                      Robert D. Ballenger, et al. v. Anchor Packing Co., et al.
  NCE 5  06-313                      Michael G. Mihalov, et al. v. Anchor Packing Co., et al.

NORTH CAROLINA MIDDLE
  NCM 1  06-729                      Dorothy B. Miller, etc. v. 3M Co., et al.
  NCM 1  06-758                      James N. Cameron v. A.W. Chesterton, Inc., et al.
  NCM 1  06-782                      Charles E. Stone v. Aqua-Chem, Inc., et al.
  NCM 1  06-784                      Mary A. Thompson, etc. v. Riley Power, Inc., et al.
  NCM 1  06-797                      Patricia H. Baldwin v. A.W. Chesterton, Inc., et al.
  NCM 1  06-798                      Chester L. Croyle, Jr. v. A.W. Chesterton, Inc., et al.
  NCM 1  06-806                      Julius H. Crowell, III v. Anchor Packing Co., et al.
  NCM 1  06-816                      Peggy T. Meggs, etc. v. A.W. Chesterton, Inc., et al.

NORTH CAROLINA WESTERN
  NCW 1  06-240                      Verina Estes Perry, et al. v. Aqua-Chem, Inc., et al.
  NCW 1  06-241                      Roger Dale Lambert, et al. v. Aqua-Chem, Inc., et al.
  NCW 1  06-243                      Jay Cleatus Austin v. Aqua-Chem, Inc., et al.
  NCW 1  06-244                      Jack Gilbert Fox, et al. v. Aqua-Chem, Inc., et al.
  NCW 1  06-245                      Carroll Anthony Beale, et al. v. Aqua-Chem, Inc., et al.
  NCW 1  06-248                      Paul Matthew Austin, et al. v. Aqua-Chem, Inc., et al.
  NCW 1  06-249                      Nathaniel Bailey, et al. v. Aqua-Chem, Inc., et al.
  NCW 1  06-250                      Ralph Alexander Byers, et al. v. Aqua-Chem, Inc., et al.
  NCW 1  06-251                      George Alan Spivey, et al. v. Aqua-Chem, Inc., et al.
  NCW 1  06-252                      Benjamin J. Threatte, Jr. et al. v. Aqua-Chem, Inc., et al.
  NCW 1  06-253                      Corenn Price Work, et al. v. Aqua-Chem, Inc., et al.
  NCW 1  06-258                      Gerald E. Hoffman, et al. v. A.W. Chesterton, Inc., et al.

SCHEDULE CTO-269 - TAG-ALONG ACTIONS - MDL-875 Page 2 of 2

DIST. DIV. C.A. #     CASE CAPTION

NORTH CAROLINA WESTERN
NCW 1 06-267    Clyde D. Stilwell v. 3M Co., et al.
NCW 1 06-268    Melvin K. Smith v. A.W. Chesterton, Inc., et al.
NCW 1 06-269    Sarah B. Davis, etc. v. A.W. Chesterton, Inc., et al.
NCW 1 06-270    Warren D. Breedlove v. A.W. Chesterton, Inc., et al.
NCW 1 06-272    David W. Finley v. A.W. Chesterton, Inc., et al.
NCW 1 06-273    Larry D. Caldwell v. A.W. Chesterton, Inc., et al.
NCW 1 06-274    Steve W. Caldwell v. A.W. Chesterton, Inc., et al.
NCW 1 06-276    Mark Anthony Finley, et al. v. Aqua-Chem, Inc., et al.
NCW 1 06-277    Johnny Thomas Frazier, et al. v. Aqua-Chem, Inc., et al.
NCW 1 06-278    Thomas E. Hartness v. A.W. Chesterton, Inc., et al.
NCW 1 06-279    Delmar Lynn Gray, et al. v. Aqua-Chem, Inc., et al.
NCW 1 06-280    Dwaine H. Reese v. A.W. Chesterton, Inc., et al.
NCW 1 06-281    David M. Rhyne v. A.W. Chesterton, Inc., et al.
NCW 1 06-283    Donnie C. McCall v. A.W. Chesterton, Inc., et al.
NCW 1 06-284    Kenneth R. Sims v. A.W. Chesterton, Inc., et al.
NCW 1 06-285    Marvin Lee Paulk, et al. v. Aqua-Chem, Inc., et al.
NCW 1 06-286    James L. Powell v. A.W. Chesterton, Inc., et al.
NCW 1 06-288    Michael D. Thorne v. A.W. Chesterton, Inc., et al.
NCW 1 06-292    Marvin R. Wease v. A.W. Chesterton, Inc., et al.
NCW 1 06-293    Rebecca T. Wallace, etc. v. A.W. Chesterton, Inc., et al.
NCW 1 06-295    Christa D. Ingle v. A.W. Chesterton, Inc., et al.
NCW 1 06-302    Larry White Lineberger, et al. v. Aqua-Chem, Inc., et al.
NCW 1 06-303    Melvin Eugene Jones, et al. v. Aqua-Chem, Inc., et al.
NCW 1 06-304    John Benjamin Fagg, et al. v. Aqua-Chem, Inc., et al.
NCW 1 06-305    Paul Roger Cocklin v. Aqua-Chem, Inc., et al.
NCW 1 06-306    James Charles McCollum, et al. v. Aqua-Chem, Inc., et al.
NCW 1 06-307    Darrell Ellis Burgess v. Aqua-Chem, Inc., et al.
NCW 1 06-308    Donald Vernard Porter, et al. v. Aqua-Chem, Inc., et al.
NCW 1 06-309    Stephen Finley Forrester, et al. v. Aqua-Chem, Inc., et al.
NCW 1 06-310    Robert Ivy Bright, et al. v. Aqua-Chem, Inc., et al.

NEW YORK EASTERN
NYE 1 06-3894   Mabel Berry, etc. v. A.W. Chesterton Co., et al.

PENNSYLVANIA WESTERN
PAW 2 06-1111   Glenna A. McElhone, etc. v. Beazer East, Inc.

SOUTH CAROLINA
SC 7 06-2360    William Murray Parkins, et al. v. Aqua-Chem, Inc., et al.

UTAH
UT 2 06-741     Joseph Alexander Anderson, Jr., et al. v. Ford Motor Co., et al.