MDL875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 01 2006

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBETOS PRODUCTS LIABILITY
LITIGATION:

DOCKET NO. 875

*This Document Pertains To:*

*Eswin Dean v. 3M Company, et al.* (N.D. Mississippi, C.A., No. 4:06CV142GHD)

*Wrongfully Removed from the Circuit Court of Washington County, Mississippi,
to the United States District Court Northern District of Mississippi, Greenville Division,
wrongfully conditionally transferred to the United States Panel of Multidistrict Litigation*

## PLAINTIFF'S NOTICE OF OPPOSITION
## TO CONDITIONAL TRANSFER ORDER

COMES NOW, Eswin Dean, by and through his counsel of record, and notices his opposition to the Conditional Transfer Order. Further, the Plaintiff moves this Honorable Panel to deny jurisdiction over this matter, withdraw the Conditional Transfer Order relative to this action, and remand this action to the Federal District Court for the Northern District of Mississippi, where it is pending. Ultimately, the Plaintiff demands this matter be returned to the Circuit Court of Washington County, Mississippi, from whence it was improvidently removed. Plaintiff will further address his objections and reasons for opposition in his brief which will be filed in the time prescribed by this Honorable Court.

Respectfully submitted, this the 24 day of October, 2006.

Alice W. Coleman (MSB #10785)

Alice W. Coleman (MSB # 10785)
Brent Coon & Associates
188 E. Capitol Street, Suite 1375
Jackson, MS 39201
Telephone: 601-714-5126
Facsimile: 601-714-5129

PLEADING NO. 4904

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 01 2006

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, Alice W. Coleman, do hereby certify that a copy of the foregoing has been served upon the parties identified on CTO-269 attached hereto as Exhibit A and all parties in the above-referenced action on the attached service list by depositing a copy thereof in the U.S. Mail, first-class postage prepaid and properly addressed.

SO CERTIFIED, this the 24 day of October, 2006.

_____
Alice W. Coleman

2006 OCT 31  A 9:36
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

INVOLVED COUNSEL LIST (CTO-269)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Mark E. Anderson
Patterson, Dilthey, Clay, Bryson
& Anderson
4020 WestChase Boulevard
Suite 550
Raleigh, NC 27607

Joseph G. Baladi
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Cyrus C. Barger, III
Jude & Jude, PLLC
P.O. Box 17468
Hattiesburg, MS 39404-7468

Michael T. Bartley
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Juan P. Bauta, II
Bauta & Associates, PA
6915 Red Road
Suite 206
Coral Cables, FL 33143

Karen R. Bennett
Germer Gertz, LLP
550 Fannin Street
Suite 700
Beaumont, TX 77701-4915

Barbara K. Berrett
Berrett & Associates
Ken Garff Bldg.
405 South Main Street
Suite 1050
Salt Lake City, UT 84111

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Joel M. Bondurant, Jr.
Haynsworth Sinkler Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

Scot A. Boyd
Christensen & Jensen
50 South Main Street
Suite 1500
Salt Lake City, UT 84144

Kamie F. Brown
Snell & Wilmer, LLP
15 W South Temple Ste 1200
Gateway Tower West
Salt Lake City, UT 84101

Lisa N. Busch
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038

Barry C. Campbell
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

William T. Causby
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Patricia W. Christensen
Parr, Waddoups, Brown, Gee &
Loveless
185 South State Street
13th Floor
P.O. Box 11019
Salt Lake City, UT 84147

John M. Christian
Perkins Coie, LLP
131 South Dearborn
Suite 1700
Chicago, IL 60603-5559

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Michael Jason Clayton
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Lawrence M. Coco III
Carroll Bufkin & Coco, PLLC
1671 Lelia Drive
Jackson, MS 39216

Alice W. Coleman
Brent Coon & Associates
188 East Capitol Street
Suite 1375
Jackson, MS 39201

Richard M. Crump
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
200 South Lamar Street
Jackson, MS 39225-2608

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

William Pearce Davis
Baker, Ravenel & Bender
P.O. Box 8057
Columbia, SC 29202

Steven T. Densley
Strong & Hanni
9 Exchange Place
6th Floor
Salt Lake City, UT 84111


EXHIBIT
A

Andrea L. Edney
Brunini, Grantham, Grower & Hewes
248 East Capitol Street
P.O. Box 119
Jackson, MS 39205-0119

C. Michael Evert, Jr.
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

Dennis C. Ferguson
Williams & Hunt
257 East 200 South
Suite 500
P.O. Box 45678
Salt Lake City, UT 84145-5678

Matthew J. Fischer
Schiff Hardin, LLP
6600 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6473

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Tracy H. Fowler
Snell & Wilmer, LLP
15 West South Temple
Suite 1200
Gateway Tower West
Salt Lake City, UT 84101

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Richard K. Glauser
Smith & Glauser, PC
7351 South Union Park Ave.
Suite 200
Midvale, UT 84047

Brenda Godfrey
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Laura DeVaughn Goodson
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Cheri D. Green
Brunini, Grantham, Grower & Hewes
P.O. Drawer 119
Jackson, MS 39205-0119

Stephen T. Grossmark
Tressler, Soderstrom, Maloney
& Priess
233 South Wacker Drive
22nd Floor
Chicago, IL 60606-6308

Samuel D. Habeeb
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Scott Harford
Lynch Daskal Emery, LLP
264 West 40th Street
New York, NY 10018

Jonathan L. Hawkins
Morgan, Minnock, Rice
& James
136 S. Main
Suite 800
Salt Lake City, UT 84101

Bradley A. Hays
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Christy C. Hendrix
Sulzer & Williams, LLC
201 Holiday Blvd., Suite 335
Covington, LA 70433

Jonathan P. Hilbun
Montgomery, Barnett, Brown,
Read, et al.
1100 Poydras St.
3200 Energy Centre
New Orleans, LA 70163-3200

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Mark F. James
Hatch, James & Dodge
10 West Broadway
Suite 400
Salt Lake City, UT 84101

James G. Kennedy
Pierce, Herns, Sloan & McLeod
The Blake House
321 East Bay Street
P.O. Box 22437
Charleston, SC 29413

Edward P. Kenney
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Claire Williams Ketner
Brunini, Grantham, Grower & Hewes
P. O. Drawer 119
Jackson, MS 39205-0119

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Dan E. LaBelle
Halloran & Sage
315 Post Road, West
Wesport, CT 06880

Matthew P. Lachaussee
Dogan & Wilkinson, PLLC
P. O. Box 1618
Pascagoula, MS 39568-1618

Carter T. Lambeth
Johnson & Lambeth
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

Daphne M. Lancaster
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Dan R. Larsen
Snell & Wilmer, LLP
15 West South Temple
Suite 1200
Gateway Tower West
Salt Lake City, UT 84101-1004

Richard T. Lawrence
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Richard Eric Leff
McGivney & Kluger, P.C.
80 Broad Street
23rd Floor
New York, NY 10004

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Matthew S. Lott
Dogan & Wilkinson
734 Delmas Avenue
Pascagoula, MS 39565

Genevieve MacSteel
McGuireWoods, LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105

Michael Magee
Pietragallo, Bosick & Gordon
One Oxford Centre
38th Floor
Pittsburgh, PA 15219

Kimberly P. Mangum
Barfield & Associates
P.O. Drawer 3979
233 East Capitol Street
Jackson, MS 39207-3979

John C. McCants
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Moffatt Grier McDonald
Haynsworth Sinkler Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602

Robert O. Meriwether
Nelson, Mullins, Riley
& Scarborough, LLP
P.O. Box 11070
Columbia, SC 29211-0013

Melinda A. Morgan
Richards, Brandt, Miller & Nelson
50 S. Main Street, Suite 700
P.O. Box 2465
Salt Lake City, UT 84110

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

J. Kevin Murphy
Kipp & Christian
10 Exchange Place
Fourth Floor
Salt Lake City, UT 84111-2314

Richard P. O'Leary
McCarter & English, L.L.P.
245 Park Avenue
27th Floor
New York, NY 10022

Alison E. O'Neal
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Melissa M. Olson
Embry & Neusner
118 Poquonnock Road
P.O. Box 1409
Groton, CT 06340

E. Spencer Parris
Martin & Jones
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Donald C. Partridge
Forman, Perry, Watkins, Krutz & Tardy
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

Stewart O. Peay
Snell & Wilmer, LLP
15 West South Temple
Suite 1200
Gateway Tower West
Salt Lake City, UT 84101

Carl E. Pierce, II
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Timothy W. Porter
Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236-2768

Steven J. Pugh
Richarson, Plowden, Carpenter
& Robinson, PA
P.O. Drawer 7788
Columbia, SC 29202

Mary Margaret Ratliff
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

William C. Reeves
Smith, Reeves & Yarborough, PLLC
6360 I-55 North
Suite 201
Jackson, MS 39211

Kenneth Leigh Reich
Snow Christensen & Martineau
10 Exchange Pl
Po Bx 45000
Salt Lake City, UT 84145-5000

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Gregory S. Roberts
Ray Quinney & Nebeker
P.O. Box 45385
Salt Lake City, UT 84145-0385

Ross I. Romero
Jones, Waldo, Holbrook
& McDonough
170 South Main Street
Suite 1500
P.O. Box 45444
Salt Lake City, UT 84145

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Robert H. Sands
Burroughs, Hepler, Broom,
MacDonald, et al.
Two Mark Twain Plaza, Suite 300
103 West Vandalia Street
P.O. Box 510
Edwardsville, IL 62025-0510

Ryan J. Schriever
J. Joyce & Associates
P.O. Box 329
Sandy, UT 84091-0329

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Cristin E. Sheehan
Morrison Mahoney
One Constitution Plaza
10th Floor
Hartford, CT 06103-1810

T. Mark Sledge
Grenfell, Sledge & Stevens
1659 Lelia Drive
P.O. Box 16570
Jackson, MS 39216-6570

Bonnie B. Smith
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Frances Spinthorakis
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Adam Michael Stefancic
Best, Vanderlaan & Harrington
25 East Washington
Suite 210
Chicago, IL 60602

William B. Stewart
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Cowles E. Symmes
Page, Mannino, Peresich
& McDermott, PLLC
759 Vieux Marche' Mall
P.O. Drawer 289
Biloxi, MS 39533-0289

Jennifer M. Techman
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 200
Atlanta, GA 30305

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Thomas W. Tyner
Aultman, Tyner & Ruffin, Ltd.
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Katherine E. Venti
Parsons, Behle & Latimer
201 S Main St Ste 1800
Po Box 45898
Salt Lake City, UT 84145

Rose Marie Wade
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Michael Waller
Kirkpatrick Lockhart Nicholson
& Graham, LLP
One Newark Center
10th Floor
Newark, NJ 07102

Kirk G. Warner
Smith, Anderson, Blount,
Dorsett, et al.
P.O. Box 2611
2500 Wachovia Capitol Center
Raleigh, NC 27602-2611

Alton L. Watts
Shell Buford, PLLC
P.O. Box 157
Jackson, MS 39205-0157

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Michael E. Whitehead
Page, Mannino, Peresich
& McDermott, PLLC
P.O. Drawer 289
Biloxi, MS 39533-0289

INVOLVED COUNSEL LIST (CTO-269) - MDL-875     Page 5 of 5

Natalie Whiteman
Alston & Bird, LLP
1201 West Peachtree Street
One Atlantic Center
Atlanta, GA 30309-3424

Mark J. Williams
Jones, Waldo, Holbrook
 & McDonough
170 South Main Street
Suite 1500
P.O. Box 45444
Salt Lake City, UT 84101

Stephen B. Williamson
Van Winkle, Buck, Wall, Starnes
& Davis, P.A.
11 N. Market Street
P.O. Box 7376
Ashville, NC 28802-7376

Sarah B. Windham
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

SERVICE LIST - ESWIN DEAN

| ATTORNEY | FIRM NAME | ADDRESS | CITY, STATE, ZIP | PARTY REPRESENTED |
|---|---|---|---|---|
| LAVERNE EDNEY | BRUNINI, GRANTHAM, GROWER & HEWES | POST OFFICE DRAWER 119 | JACKSON, MS 39205 | A.W. CHESTERTON COMPANY |
| CHRISTOPHER BAUER | AULTMAN, TYNER & RUFFIN, LTD. | POST OFFICE BOX 750 | HATTIESBURG, MS 39403-0750 | ANCHOR PACKING; COLTEC; GARLOCK |
| FRANCES L. SPINELLI | EVERT WEATHERSBY HOUFF | 3405 PIEDMONT ROAD, SUITE 200 | ATLANTA, GA 30305 | CBS CORPORATION F/K/A VIACOM, INC. |
| ROBERT WILKINSON | DOGAN & WILKINSON | POST OFFICE BOX 1618 | PASCAGOULA, MS 39568-1618 | CRANE COMPANY; CRANE COMPANY/CRANE VALVE GROUP; CRANE COMPANY/HYDRO-AIRE DIVISION; CRANE COMPANY LEAR ROME DIVISION |
| LISA R. HARRIS | FORMAN, PERRY, WATKINS, KRUTZ & TARDY | POST OFFICE BOX 22608 | JACKSON, MS 39225-2608 | CUSTOM AGGREGATES & GRINDING, INC. |
| LAWRENCE M. COCO | CARROLL, BUFKIN, FULCHER & COCO, PLLC | 1700 LELIA DRIVE | JACKSON, MS 39216 | DAIMLER CHRYSLER CORPORATION |
| JOSEPH BALADI | WATKINS & EAGER | POST OFFICE BOX 650 | JACKSON, MS 39205-0650 | FORD MOTOR COMPANY; GENERAL MOTORS COMPANY |
| MARCY CROFT | FORMAN, PERRY, WATKINS, KRUTZ & TARDY | POST OFFICE BOX 22608 | JACKSON, MS 39225-2608 | GENERAL ELECTRIC; INGERSOLL RAND; GE PLASTICS GLOBAL TECHNOLOGY LIMITED PARTNERSHIP; GE POLYMERLAND, INC.; CARBORUNDUM; SOUTHERN SILICA OF LOUISIANA |
| JONATHAN HILBUN | MONTGOMERY BARNETT | 1100 POYDRAS STREET, SUITE 3200 | NEW ORLEANS, LA 70163-3200 | GOULDS PUMPS |
| BARRY C. CAMPBELL | BAKER DONELSON | POST OFFICE BOX 14167 | JACKSON, MS 39236 | INTERNATIONAL TRUCK AND ENGINE CORPORATION |
| KIMBERLY MANGUM | BARFIELD & ASSOCIATES | POST OFFICE BOX 3979 | JACKSON, MS 39207-3979 | LONE STAR INDUSTRIES |
| CHRISTOPHER BAUER | AULTMAN, TYNER & RUFFIN, LTD. | POST OFFICE BOX 750 | HATTIESBURG, MS 39403-0750 | MACK TRUCKS, INC. |
| KARL R. STEINBERGER | WILLIAMS, HEIDELBERG, STEINBERG & MCELHANEY | POST OFFICE BOX 1407 | PASCAGOULA, MS 39568-1407 | MISSISSIPPI RUBBER & SPECIALTY COMPANY |