**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 3 2006

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
CONDITIONAL TRANSFER ORDER (CTO-269)     DOCKET NO. 875

This Document Pertains To:

*Joseph Alexander Anderson, Jr., et al v. Ford Motor Co., et al*
Pending: Federal District Court, District of Utah, Central Division
Civil Action No.: 06-741

*Wrongly removed from the Third District Court of Salt Lake County, Utah to the United States District Court, District of Utah, Central Division, and wrongfully conditionally transferred to the United States Panel of Multidistrict Litigation*

### PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

Plaintiffs, Joseph Alexander Anderson, Jr. and Arva Anderson, by and through counsel of record, oppose the transfer of Civil Action No. 06-741, *Joseph Alexander Anderson, Jr., et al v. Ford Motor Co., et al*, to the United States District Court for the Eastern District of Pennsylvania, under 28 U.S.C.A § 1407, as conditionally ordered by the Judicial Panel on Multidistrict Litigation on October 20, 2006 (CTO-269).

Pursuant to Judicial Panel on Multidistrict Litigation Rule 7.4(c), a Motion to Vacate the Conditional Transfer Order and brief in support of such motion will be duly filed.

DATED this 2nd day of November, 2006.

Respectfully submitted,

By: _____
G. Patterson Keahey (*pro hac vice*)
**LAW OFFICES OF G. PATTERSON KEAHEY, P.C.**
One Independence Plaza, Suite 612
Birmingham, Alabama 35209
Telephone: (800) 291-0050
Facsimile: (205) 871-0801

PLEADING NO. 4906

IMAGED NOV - 3 2006

**OFFICIAL FILE COPY**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 3 2006

FILED
CLERK'S OFFICE

Mark F. James (5295)
**HATCH, JAMES & DODGE, P.C.**
10 West Broadway Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of November, 2006, a true and correct copy of the foregoing was filed with the United States District Court for the District of Utah and served on the following by U.S. Mail, first-class postage prepaid, as well as to those individuals identified on the attached list of "Involved Counsel for Schedule CTO-269, Docket No. 875, In Re Asbestos Products Liability Litigation (No. VI):

2

INVOLVED COUNSEL LIST (CTO-269)
DOCKET NO. 975
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Mark E. Anderson
PATTERSON, DILTHEY, CLAY, BRYSON & ANDERSON
4020 WestChase Boulevard
Suite 550
Raleigh, NC 27607

Joel M. Bondurant, Jr.
HAYNSWORTH, SINKLER, BOYD, P.A.
P. O. Box 2048
Greenville, SC 29602-2048

John M. Christian
PERKINS, COLE, LLP
131 South Dearborn
Suite 1700
Chicago, IL 60603-5559

Joseph G. Baladi
WATKINS & EAGER
P. O. Box 650
Jackson, MS 39205-0650

Scot A. Boyd
CHRISTENSEN & JENSEN
50 South Main Street
Suite 1500
Salt Lake City, UT 84144

Adam M. Chud
GOODWIN PROCTER, LLP
901 New York Avenue, NW
Washington, DC 20001

Cyrus C. Barger, III
JUDE & JUDE, PLLC
P. O. Box 17468
Hattiesburg, MS 39404-7468

Kamie F. Brown
SNELL & WILMER, LLP
15 West South Temple, Suite 1200
Gateway Tower Westinghouse
Salt Lake City, UT 84101

Michael Jason Clayton
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
P. O. Box 22608
Jackson, MS 39225-2608

Michael T. Bartley
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
P. O. Box 22608
Jackson, MS 39225-2608

Lisa N. Busch
WEITZ & LUXENBERG, P.C.
180 Maiden Lane
New York, NY 10038

Lawrence M. Coco, III
CARROLL, BUFKIN & COCO, PLLC
1671 Lelia Drive
Jackson, MS 39216

Juan P. Bauta, II
BAUTA & ASSOCIATES, PA
6915 Red Road
Suite 206
Coral Cables, FL 33143

Barry C. Campbell
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
P. O. Box 14167
Jackson, MS 39236-4167

Alice M. Coleman
BRENT, COON, & ASSOCIATES
188 East Capitol Street
Suite 1375
Jackson, MS 39201

Karen R. Bennett
GERMER, GERTZ, LLP
550 Fannin Street
Suite 700
Beaumont, TX 77701-4915

Michael P. Cascino
CASCINO VAUGHAN LAW OFFICES, LTD.
220 South Ashland Avenue
Chicago, IL 60607

Richard M. Crump
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
P. O. Box 22608
200 South Lamar Street
Jackson, MS 39225-2608

Barbara K. Berrett
BERRETT & ASSOCIATES
Ken Garff Building
405 South Main Street
Suite 1050
Salt Lake City, UT 84111

Edward J. Cass
GALLAGHER, SHARP, FULTON & NORMAN
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

David A. Damico
BURNS, WHITE & HICKTON, LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

1

Richard C. Binzley
THOMPSON, HINE, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

William T. Causby
NELSON, MULLINS, RILEY &
SCARBOROUGH
1330 Lady Street
Keenan Building, 3rd Floor
P. O. Box 11070
Columbia, SC 29211-1070

William Pearce Davis
BAKER, RAVENEL &
BENDER
P. O. Box 8057
Columbia, SC 29202

Mary P. Birk
BAKER & HOSTETLER, LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Patricia W. Christensen
PARR, WADDOUPS, BROWN,
GEE & LOVELESS
185 South State Street
13th Floor
P. O. Box 11019
Salt Lake city, UT 84147

Steven T. Densley
STRONG & HANNI
9 Exchange Place
6th Floor
Salt Lake City, UT 84111

Andrea L. Edney
BRUNINI, GRANTHAM,
GOWER & HEWES
248 East Capitol Street
P. O. Box 119
Jackson, MS 39205-0119

Laura DeVaughn Goodson
FORMAN, PERRY, WATKINS,
KRUTZ & TARDY, PLLC
P. O. Box 22608
Jackson, MS 39225-2608

Jonathan P. Hilburn
MONTGOMERY, BARNETT,
BROWN, READ, et al.
1100 Poydras St.
3200 Energy Centre
New Orleans, LA 70163

C. Michael Evert, Jr.
EVERT WEATHERSBY &
HOUFF, LLC
3405 Piedmont Road, NE
Suite 225
Atlanta, GA 30305-1764

Cheri D. Green
BRUNINI, GRANTHAM,
GROWER & HEWES
248 East Capitol Street
P. O. Box 119
Jackson, MS 39205-0119

Jeffrey P. Hubbard
WELLS, MOORE, SIMMONS &
HUBBARD
P. O. Box 1970
Jackson, MS 39215-1970

Dennis C. Ferguson
WILLIAMS & HUNT
257 East 200 South
Suite 500
P. O. Box 45678
Salt Lake City, UT 84145-5678

Stephen T. Grossmark
TRESSLER, SODERSTROM,
MALONEY & PRIESS
233 South Waker Drive
22nd Floor
Chicago, Il 60606-6308

Mark F. James
HATCH, JAMES & DODGE
10 West Broadway
Suite 400
Salt Lake City, UT 84101

Matthew J. Fischer
SHIFF & HARDIN, LLP
6600 Sears Tower
233 S. Waker Drive
Chicago, Il 60606-6473

Samuel D. Habeeb
FORMAN, PERRY, WATKINS,
KRUTS & TARDY, PLLC
P. O. Box 22608
Jackson, MS 39225-2608

James G. Kennedy
PIERCE, HERSN, SLOAN &
McLEOD
The Blake House
321 East Bay Street
P. O. Box 22437
Charleston, SC 29413

Raymond P. Forceno
FORCENO & HANNON
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Susan M. Hansen
BROWNSON & BALLOU
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Edward P. Kenney
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

Tracy H. Fowler
SNELL & WILMER, LLP
15 West South Temple
Suite 1200
Gateway Tower West

Scott Harford
LYNCH DASKAL EMERY,
LLP
264 West 40th Street
New York, NY 10018

Claire Williams Ketner
BRUNINI, GRANTHAM,
GROWER & Hewes
P. O. Box 119
Jackson, MS 39205-0119

2

Salt Lake City, UT 84101  
Ellen B. Furman  
GOLDFEIN & HOSMER  
1600 Market Street  
33rd Floor  
Philadelphia, PA 19103  

Richard K. Glauser  
SMITH & GLAUSER, PC  
7351 South Union Park Avenue  
Suite 200  
Midvale, UT 84047  

Brenda Godfrey  
HAWKINS & PARNELL, LLP  
4000 SunTrust Plaza  
303 Peachtree Street, NE  
Atlanta, GA 30308-3243  

Carter T. Lambeth  
JOHNSON & LAMBETH  
232 Princess Street  
P. O. box 660  
Wilmington, NC 28402  

Donald C. Partridge  
FORMAN, PERRY, WATKINS,  
DRUTZ & TARDY  
P. O. Box 22608  
Jackson, MS 39226-2608  

Stewart O. Peay  
SNELL & WILMER, LLP  
15 West South Temple  
Suite 1200  
Gateway Tower West  
Salt Lake City, UT 84101  

Carl E. Pierce, II  
PIERCE, HERNS, SLOAN & McLEOD  
P. O. Box 22437  
Charleston, SC 29413  

Timothy W. Porter  
PORTER & MALOUF, PA  
P. O. Box 12768  
Jackson, MS 39236-2768  

Jonathan L. Hawkins  
MORGAN, MINNOCK, RICE & JAMES  
136 S. Main  
Suite 800  
Salt Lake City, UT 84101  

Bradley A. Hays  
AULTMAN, TYNER & RUFFIN, LT.  
P. O. Drawer 750  
315 Hemphill Street  
Hattiesburg, MS 39403-0750  

Christy C. Hendrix  
SULZER & WILLIAMS, LLC  
201 Holiday Blvd, Suite 335  
Covington, LA 70433  

Dauphne M. Lancaster  
AULTMAN, TYNER & RUFFIN, LTD.  
P. O. Drawer 750  
315 Hemphill Street  
Hattiesburg, MS 39403-0750  

David C. Landin  
HUNTON & WILLIAMS  
Riverfront Plaza, East Tower  
951 East Byrd Street  
Richmond, VA 23219  

Dan R. Larsen  
SNELL & WILMER, LLP 15 West South Temple  
Suite 1200  
Gateway Tower West  
Salt Lake City, UT 84101  

Richard T. Lawrence  
WATKINS & EAGER  
P. O. Box 650  
Jackson, MS 39205-0650  

Richard EricLeff  
McGIVNEY & KLUGER, PC  
80 Broad Street  
23rd Floor  
New York, NY 1004  

Reginald S. Kramer  
OLDHAM & DOWLING  
195 South Main Street  
Suite 300  
Akron, OH 44308-1314  

Dan E. LaBelle  
HALLORAN & SAGE  
315 Post Road, West  
Wesport, CT 06880  

Matthew P. Lachaussee  
DOGAN & WILKINS, PLLC  
P. O. Box 1618  
Pascagoula, MS 39568-1618  

John C. McCants  
FORMAN, PERRY, WATKINS, KRUTZ & TARDY, PLLC  
P. O. Box 22608  
Jackson, MS 39226-2608  

Moffatt Grier McDonald  
HAYNESWORTH, SINKLER, BOYD, P.A.  
P. O. Box 2048  
Greenville, SC 29602  

Robert O. Meriwether  
NELSON, MULLINS, RILEY & SCARBOROUGH, LLP  
P. O. Box 11070  
Columbia, SC 29211-0013  

Melinda A. Morgan  
RICHARDS, BRANDT, MILLER & NELSON  
50 S. Main Street, Suite 700  
P. O. Box 2465  
Salt Lake City, UT 84110  

Ronald L. Motley  
MOTLEY RICE, LLC  
P.O. Box 1792  
28 Bridgeside Blvd.  
Mt. Pleasant, SC 29464

Steven J. Pugh
RICHARDSON, PLOWDEN,
CARPENTER
& ROBINSON, PA
P. O. Box 7788
Columbia, SC 29202

Mary Margaret Ratliff
FORMAN, PERRY, WATKINS,
KRUTZ & TARDY
P. O. Box 22608
Jackson, MS 39225-2608

William C. Reeves
SMITH, REEVES &
YARBOROUGH, PLLC
63601 I-55 North
Suite 201
Jackson, MS 39211

Kenneth Leigh Reich
SNOW CHRISTENSEN &
MARTINEAU
10 Exchange PL
P. O. Box 45000
Salt Lake City, UT 84145-5000

John J. Repcheck
MARKS, O'NEILL, O'BRIEN &
COURTNEY
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Gregory S. Roberts
RAY QUINNEY & NEBEKER
P. O. Box 45385
Salt Lake City, UT 84145-0385

Ross I. Romero
JONES, WALDO, HOLBROOK
& McDONOUGH
170 South Main Street
Suite 1500
P. O. box 45444
Salt Lake City, UT 84145

John D. Roven
ROVEN-KAPLAN, LLP
2190 North Loop West
Suite 410
Houston, Tx 77018

Gene Locks
LOCS LAW FIRM, LLC
1500 Walnut Street
Philadelphia, PA 19102

Matthew S. Lott
DOGAN & WILKINSON
734 Delmas Avenue
Pascagoula, MS 39565

Genevieve MacSteet
McGUIRE WOODS, LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105

Michael Magee
PIETRAGALLO, BOSICK &
GORDON
One Oxford Centre
38th Floor
Pittsburgh, PA 15219

Kimberly P. Mangum
BARFIELD & ASSOCIATES
P. O. Drawer 3979
233 East Capitol Street
Jackson, MS 39207-3979

Bonnie B. Smith
FORMAN, PERRY, WATKINS,
KRUTZ & TARDY, PLLC
P. O. Box 22608
Jackson, MS 39225-2608

Robert N. Spinelli
KELLEY, JASON,S MCGUIRE
& SPINELLI
Centre Square West
15th Floor
Philadelphia, PA 19102

Frances Spinthorakis
HAWKINS & PARNELL, LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3243

J. Kevin Murphy
KIPP & CHRISTIAN
10 Exchange Place
Fourth Floor
Salt Lake city, UT 84111-2314

Richard P. O'Leary
McCARTER & ENGLISH, LLP
245 Park Avenue
27th Floor
New York, NY 10022

Alison E. O'Neal
FORMAN, PERRY, WATKINS,
KRUTZ & TARDY
P. O. Box 22608
Jackson, MS 39225-2608

Melissa M. Olson
EMBRY & NEUSNER
118 Poquonnock Road
P. O. Box 1409
Groton, CT 06340

E. Spencer Parris
MARTIN & JONES
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Thomas W. Tyner
AULTMAN, TYNER &
RUFFIN, LTD
P. O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Katherine E. Venti
PARSONS, BEHLE &
LATIMER 201 S Main St. Ste
1800
P. O. Box 45898
Salt Lake City, UT 84145

Rose Marie Wade
EVERT WEATHERSBY &
HOUFF, LLC
3405 Piedmont Road, NE
Suite 225
Atlanta, GA 30305-1764

Robert H. Sands
BURROUGHTS, HEPLER,
BROOM, MACDONALD, et al
Two Mark Twain Plaza, Suite 300
103 West Vandalia Street
P. O. Box 510
Edwardsville, Il 62025-0510

Adam Michael Stefancic
BEST, VANDERLAAN &
HARRINGTON
25 East Washington
Suite 210
Chicago, IL 60602

Mona L. Wallace
WALLACE & GRAHAM, PA
525 North Main Street
Salisbury, NC 28144

William B. Stewart
COPELAND, COOK, TAYLOR
& BUSH
P. O. Box 6020
Ridgeland, MS 39158-6020

Michael Waller
KIRKPATRICK LOCKHART
NICHOLSON & GRAHAM LLP
One Newark Center
10th Floor
Newark, NJ 07102

Ryan J. Schriever
J. JOYCE & ASSOCIATES
p. o. Box 329
Sandy, UT 84091-0329

Richard D. Schuster
VORYS, SATER, SEYMOUR &
PEASE, LLP
52 East Gay Street
P. O. Box 1008
Columbus, OH 43216

Robert E. Swickle
JAQUES ADMIRALITY LAW
FIRM, PC
1570 Penosbscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Kirk G. Warner
SMITH, ANDERSON,
BLOUNT, DORSETT, et al
P. O. Box 2611
2500 Wachovia Capitol Center
Raleigh, NC 27602-2611

Neil Selman
SELMAN, BREITMAN &
BURGESS
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Cowles E. Symmes
PAGE, MANNINO, PERSICH &
McDERMOTT, PLLC
759 Vieux Marche' Mall
P. O. Drawer 289
Biloxi, MS 39533-0289

Alton L. Watts
SHELLBUFORD, PLLC
P. O. Box 157
Jackson, MS 39205-2611

Cristin E. Sheehan
MORRISON MAHONEY
One Constitution Plaza
10th Floor
Los Angeles, CA 90025

Jennifer M. Techman
EVERT WEATHERSBY &
HOUFF, LLC
3405 Piedmont Road, NE
Suite 200
Atlanta, GA 30305

James K. Weston, II
TOM RILEY LAW FIRM
4040 First Avenue, NE
P. O. Box 998
Cedar Rapids, IA 52406

T. Mark Sledge
GRENFELL, SLEDGE &
STEVENS
1659 Lelia Drive
P.O. Box 16570
Jackson, MS 39216-6570

Andrew J. Trevelise
REED SMITH, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Michael E. Whitehead
PAGE, MANNINO, PERESICH
& McDERMOTT, PLLC
P. O. Box 289
Biloxi, MS 39533-0289