**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 03 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 875*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-270)*

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,486 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 4907

**OFFICIAL FILE COPY**

IMAGED NOV - 3 2006

## SCHEDULE CTO-270 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DIST. DIV. C.A. #                               CASE CAPTION

CALIFORNIA NORTHERN
  CAN  3   06-5905                         Charles F. Zettner, et al. v. Buffalo Pumps, Inc., et al.

FLORIDA SOUTHERN
  FLS  9   06-80910                        Kenneth Jaye, et al. v. General Electric Co.
  FLS  9   06-80911                        Flora E. Palmeter, etc. v. General Electric Co.
  FLS  9   06-80923                        Thomas Schoemann, et al. v. General Electric Co.
  FLS  9   06-80924                        Arthur E. Kelly, et al. v. General Electric Co.

NORTH CAROLINA MIDDLE
  NCM  1   06-844                          Quincy W. Faile v. A.W. Chesterton, Inc., et al.
  NCM  1   06-849                          Richard Ray Sifford, et al. v. Aqua-Chem, Inc., et al.
  NCM  1   06-850                          Harry Brown Graham, Sr. v. Aqua-Chem, Inc., et al.
  NCM  1   06-851                          Johnny Everette Joyce, et al. v. Aqua-Chem, Inc., et al.
  NCM  1   06-855                          Jeffery Charles Edwards, etc. v. Aqua-Chem, Inc., et al.
  NCM  1   06-862                          Rickie Joann Simpson, et al. v. Aqua-Chem, Inc., et al.
  NCM  1   06-865                          Richard W. Waggoner, et al. v. A.W. Chesterton, Inc., et al.

NORTH CAROLINA WESTERN
  NCW  1   06-311                          Donald G. Lemley, et al. v. Aqua-Chem, Inc., et al.
  NCW  1   06-312                          Anita Welborn Williams, etc. v. Aqua-Chem, Inc., et al.
  NCW  1   06-313                          Douglas L. Ivey, etc. v. Aqua-Chem, Inc., et al.
  NCW  1   06-314                          Clyde Earl Scruggs, et al. v. Aqua-Chem, Inc., et al.
  NCW  1   06-317                          Bessie W. Anderson v. A.W. Chesterton, Inc., et al.
  NCW  1   06-321                          Jane H. Farley, etc.v. A.W. Chesterton, Inc., et al.
  NCW  1   06-322                          Ronnie L. Blaylock, et al. v. 3M Co., et al.