**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 20 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 875*

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-269)*

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,484 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 4912

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV - 7 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED NOV - 7 2006

## SCHEDULE CTO-269 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DIST. DIV. C.A. #                   CASE CAPTION

**CONNECTICUT**
CT  3  06-1426              Ronald Britagna, et al. v. General Electric Co., et al.

**FLORIDA MIDDLE**
FLM  8  06-1620            Peter Kaufman, et al. v. Union Carbide Corp.

**FLORIDA SOUTHERN**
FLS  1  06-22195          Pedro Orta, et al. v. Union Carbide Corp.

**ILLINOIS NORTHERN**
ILN  1  05-6519            Joyce V. Gillette, etc. v. Foseco Metallurgical, Inc., et al.

**MISSISSIPPI NORTHERN**
~~MSN  4  06-142~~              ~~Eswin Dean v. 3M Co., et al.~~ Opposed 11/1/06

**MISSISSIPPI SOUTHERN**
MSS  1  06-846            Troy M. Howell v. FMC Corp., et al.
MSS  1  06-849            Dorothy Mae Jackson v. General Electric Co., et al.
MSS  1  06-888            Hugh Odom, etc. v. ACandS, Inc., et al.

**NORTH CAROLINA EASTERN**
NCE  4  06-158            William Vestal Sisson, et al. v. Anchor Packing Co., et al.
NCE  4  06-176            Robert D. Ballenger, et al. v. Anchor Packing Co., et al.
NCE  5  06-313            Michael G. Mihalov, et al. v. Anchor Packing Co., et al.

**NORTH CAROLINA MIDDLE**
NCM  1  06-729            Dorothy B. Miller, etc. v. 3M Co., et al.
NCM  1  06-758            James N. Cameron v. A.W. Chesterton, Inc., et al.
NCM  1  06-782            Charles E. Stone v. Aqua-Chem, Inc., et al.
NCM  1  06-784            Mary A. Thompson, etc. v. Riley Power, Inc., et al.
NCM  1  06-797            Patricia H. Baldwin v. A.W. Chesterton, Inc., et al.
NCM  1  06-798            Chester L. Croyle, Jr. v. A.W. Chesterton, Inc., et al.
NCM  1  06-806            Julius H. Crowell, III v. Anchor Packing Co., et al.
NCM  1  06-816            Peggy T. Meggs, etc. v. A.W. Chesterton, Inc., et al.

**NORTH CAROLINA WESTERN**
NCW  1  06-240            Verina Estes Perry, et al. v. Aqua-Chem, Inc., et al.
NCW  1  06-241            Roger Dale Lambert, et al. v. Aqua-Chem, Inc., et al.
NCW  1  06-243            Jay Cleatus Austin v. Aqua-Chem, Inc., et al.
NCW  1  06-244            Jack Gilbert Fox, et al. v. Aqua-Chem, Inc., et al.
NCW  1  06-245            Carroll Anthony Beale, et al. v. Aqua-Chem, Inc., et al.
NCW  1  06-248            Paul Matthew Austin, et al. v. Aqua-Chem, Inc., et al.
NCW  1  06-249            Nathaniel Bailey, et al. v. Aqua-Chem, Inc., et al.
NCW  1  06-250            Ralph Alexander Byers, et al. v. Aqua-Chem, Inc., et al.
NCW  1  06-251            George Alan Spivey, et al. v. Aqua-Chem, Inc., et al.
NCW  1  06-252            Benjamin J. Threatte, Jr. et al. v. Aqua-Chem, Inc., et al.
NCW  1  06-253            Corenn Price Work, et al. v. Aqua-Chem, Inc., et al.
NCW  1  06-258            Gerald E. Hoffman, et al. v. A.W. Chesterton, Inc., et al.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**NORTH CAROLINA WESTERN**

| | |
|---|---|
| NCW 1  06-267 | Clyde D. Stilwell v. 3M Co., et al. |
| NCW 1  06-268 | Melvin K. Smith v. A.W. Chesterton, Inc., et al. |
| NCW 1  06-269 | Sarah B. Davis, etc. v. A.W. Chesterton, Inc., et al. |
| NCW 1  06-270 | Warren D. Breedlove v. A.W. Chesterton, Inc., et al. |
| NCW 1  06-272 | David W. Finley v. A.W. Chesterton, Inc., et al. |
| NCW 1  06-273 | Larry D. Caldwell v. A.W. Chesterton, Inc., et al. |
| NCW 1  06-274 | Steve W. Caldwell v. A.W. Chesterton, Inc., et al. |
| NCW 1  06-276 | Mark Anthony Finley, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-277 | Johnny Thomas Frazier, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-278 | Thomas E. Hartness v. A.W. Chesterton, Inc., et al. |
| NCW 1  06-279 | Delmar Lynn Gray, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-280 | Dwaine H. Reese v. A.W. Chesterton, Inc., et al. |
| NCW 1  06-281 | David M. Rhyne v. A.W. Chesterton, Inc., et al. |
| NCW 1  06-283 | Donnie C. McCall v. A.W. Chesterton, Inc., et al. |
| NCW 1  06-284 | Kenneth R. Sims v. A.W. Chesterton, Inc., et al. |
| NCW 1  06-285 | Marvin Lee Paulk, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-286 | James L. Powell v. A.W. Chesterton, Inc., et al. |
| NCW 1  06-288 | Michael D. Thorne v. A.W. Chesterton, Inc., et al. |
| NCW 1  06-292 | Marvin R.  Wease v. A.W. Chesterton, Inc., et al. |
| NCW 1  06-293 | Rebecca T. Wallace, etc. v. A.W. Chesterton, Inc., et al. |
| NCW 1  06-295 | Christa D. Ingle v. A.W. Chesterton, Inc., et al. |
| NCW 1  06-302 | Larry White Lineberger, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-303 | Melvin Eugene Jones, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-304 | John Benjamin Fagg, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-305 | Paul Roger Cocklin v. Aqua-Chem, Inc., et al. |
| NCW 1  06-306 | James Charles McCollum, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-307 | Darrell Ellis Burgess v. Aqua-Chem, Inc., et al. |
| NCW 1  06-308 | Donald Vernard Porter, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-309 | Stephen Finley Forrester, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-310 | Robert Ivy Bright, et al. v. Aqua-Chem, Inc., et al. |

**NEW YORK EASTERN**

| | |
|---|---|
| NYE 1  06-3894 | Mabel Berry, etc. v. A.W. Chesterton Co., et al. |

**PENNSYLVANIA WESTERN**

| | |
|---|---|
| PAW 2  06-1111 | Glenna A. McElhone, etc. v. Beazer East, Inc. |

**SOUTH CAROLINA**

| | |
|---|---|
| SC  7  06-2360 | William Murray Parkins, et al. v. Aqua-Chem, Inc., et al. |

**UTAH**

| | |
|---|---|
| ~~UT  2  06-741~~ | ~~Joseph Alexander Anderson, Jr., et al. v. Ford Motor Co., et al.~~ Opposed 11/3/06 |