**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 21 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS § <br> LIABILITY LITIGATION (No. VI) § | MDL DOCKET NO. 875 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES F. ZETTNER and § <br> JUDY J. ZETTNER, et al., § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> BUFFALO PUMPS, INC., et al. § <br> Defendants. § | (State Court Case No. 451024) <br><br> CIVIL CASE NO. <br> 3:06-CV-05905-PJH |

PLEADING NO. 4915

## NOTICE OF OPPOSITION TO TRANSFER

Come now plaintiffs and file this Notice of Opposition to the Conditional Transfer Order (CTO-270) entered by the Panel on November 3, 2006.

CHARLES F. ZETTNER and JUDY J. ZETTNER v. BUFFALO PUMPS, INC.; No. 3:06-cv-05905-PJH pending in the United States District Court Northern District of California. Pursuant to Panel Rule 7.4(c), the plaintiffs file this notice of opposition to apprise the Panel of their

**OFFICIAL FILE COPY**

IMAGED NOV 21 2006



opposition to transfer.

Pursuant to Panel Rule 7.4(d), plaintiffs shall file, within 15 days of the filing of this notice, their motion to vacate conditional transfer order and supporting brief.

DATED: November 20, 2006

Respectfully submitted,

By: _____

Charles S. Siegel, TX Bar No. 18341875
Michael L. Armitage, CA Bar No. 152740
WATERS & KRAUS, LLP
3219 McKinney Avenue
Dallas, Texas 75204
214-357-6244
214-357-7252 (Fax)
222 N. Sepulveda Blvd., Suite 1900
El Segundo, California 90245
310-414-8146
310-414-8156 (Fax)

Jeffrey A. Kaiser, CA Bar No.160594
LEVIN, SIMES & KAISER LLP
One Bush Street, 14th Floor
San Francisco, California 94104
415-646-7160
415-981-1270 (Fax)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the court and served on all counsel of record via facsimile; and also served via regular mail upon General Electric's counsel Charles T. Sheldon at Sedgwick Detert Moran & Arnold, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105 on November 20, 2006.

_____
Charles S. Siegel

## PROOF OF SERVICE

STATE OF TEXAS §
§
COUNTY OF DALLAS §

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 3219 McKinney Avenue, Dallas, Texas 75204; and that on this date I served a true copy of the document entitled:

## NOTICE OF OPPOSITION

Service was effectuated by forwarding the above-noted document in the following manner:

X  By Regular Mail in a sealed envelope, addressed as noted above, with postage fully prepaid and placing it for collection and mailing following the ordinary business practices of Waters & Kraus to: Charles T. Sheldon at Sedgwick Detert Moran & Arnold, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105.

By Hand Delivery in a sealed envelope, addressed as noted above, through services provided by the office of Waters & Kraus.

X  By Facsimile to the numbers as noted on the attached counsel list by placing it for facsimile transmittal following the ordinary business practices of Waters & Kraus.

By Overnight Courier in a sealed envelope, addressed as noted above, through services provided by (Federal Express, UPS,) and billed to Waters & Kraus.

On the date executed below, I electronically served the document(s) via LexisNexis File & Serve on the recipients designated on the Transaction Receipt located on the LexisNexis File & Serve website.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Dallas, Texas in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2006 at Dallas, Texas.

Laura Rodriguez-Hjaltason



Page 3

Garlock Sealing Technologies, LLC
Baronian, Robert H.
BARONIAN LAW FIRM
301 E. Colorado Blvd., Ste. 618
Pasadena, CA 91101
Tel: 626-568-0834           Fax: 626-449-4568

General Motors Corporation
*(Parent Company Fisher Body)*
Brown, Jr., Eugene
FILICE BROWN EASSA & McLEOD
1999 Harrison Street, 18th Floor
Oakland, CA 94612-3541
Tel: 510-444-3131           Fax: 510-839-7940

J.T. Thorpe & Son
Fadeff, Jeffery J.
BASSI, MARTINI & BLUM
351 California Street, Suite 200
San Francisco, CA 94104
Tel: 415-397-9006           Fax: 415-397-1339

Ingersoll-Rand Company
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
1717 St. James Place, Suite 600
Houston, TX 77056
Tel: 713-402-1717           Fax: 713-621-6746

Thorpe Insulation Company
Wah, Douglas G.
BISHOP, BARRY, HOWE, HANEY & RYDER
2000 Powell Street, Suite 1425
Emeryville, CA 94608
Tel: 510-596-0888           Fax: 510-596-0899

Buffalo Pumps, Inc.
Jackson, Gabriel A.
JACKSON & WALLACE, LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133
Tel: 415-982-6300           Fax: 415-982-6700

J. Line Pump Company d/b/a American-Marsh Pump, Inc.
Brydon, John R.
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105-1812
Tel: 415-808-0300        Fax: 415-808-0333

BW/IP International, Inc.
Flowserve Corporation
*(Formerly Known As (fka) Duriron Company)*
*(Successor-in-interest Byron Jackson)*
*(Successor-in-interest Sier-Bath Gear Co., Inc.)*
Torres, Julie A.
JACKSON & WALLACE, LLP
14724 Ventura Blvd., Suite 1210
Sherman Oaks, CA 91403
Tel: 818-379-4700        Fax: 818-379-4702

Fryer-Knowles, Inc.
Lyman, Roberg J.
BURNHAM BROWN
P. O. Box 119
Oakland, CA 94604
Tel: 510-444-6800        Fax: 510-835-6666

Crane Co.
Gill, Raymond
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM, LLP
Four Embarcadero Center, 10th Floor
San Francisco, CA 94111
Tel: 415-249-1000        Fax: 415-249-1001

Goulds Pumps, Incorporated
Crosby, Thomas C.
CROSBY & ROWELL LLP
The American Bag Building
299 Third Street, 2nd Floor
Oakland, CA 94607
Tel: 510-267-0300        Fax: 510-839-6610

Yarway Corporation
Harwell, Mortimer H.
MORGAN LEWIS & BOCKIUS, LLP
One Market Street
Spear Tower
San Francisco, CA 94105
Tel: 415-442-1000         Fax: 415-442-1001

Owens-Illinois, Inc.
Anger, Laurie K.
MORGENSTEIN JUBELIRER, LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Tel: 415-901-8700         Fax: 415-901-8701

Joy Technologies, Inc.
Tinkham, Brian
POOLE & SHAFFERY, LLP
445 S. Figueroa Street
Suite 2520
Los Angeles, CA 90071
Tel: 213-439-5390         Fax: 213-439-0183

Alfa Laval, Inc.
(Successor-in-interest Alfa-Laval Separation, Inc.); (Successor-in-interest Alfa-Laval Separator Company); (Successor-in-interest Sharples, Inc.)
Triple A. Machine Shop, Inc.
Klausen, Stephen C.
Prindle, Kenneth
PRINDLE, DECKER & AMARO LLP
310 Golden Shore, 4th Floor
Long Beach, CA 90802
Tel: 562-436-3946         Fax: 562-495-0564

Triple A. Machine Shop, Inc.
Steig, Thomas A.
PRINDLE, DECKER & AMARO LLP
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel: 415-788-8354         Fax: 415-788-3625

General Electric Company
Sheldon, Charles T.
SEDGWICK DETERT MORAN & ARNOLD
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105
Tel: 415-781-7900          Fax: 415-781-2635

Sepco Corporation
Love, Mark A.
SELMAN-BREITMAN, LLP
33 New Montgomery
Sixth Floor
San Francisco, CA 94105
Tel: 415-979-0400          Fax: 415-979-2099

Electrolux Home Products, Inc.
Quintec Industries, Inc.
Thomas Dee Engineering Co., Inc.
McCall, Michael T.
WALSWORTYH, FRANKLIN, BEVINS & MCCALL, LLP
550 Montgomery Street
8th Floor
San Francisco, CA 94111-2534
Tel: 415-781-7072          Fax: 714-634-0686