MDL 8751

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 21 2006

FILED
CLERK'S OFFICE

Request of Pltfs. Charles Zettner, et al., to Shorten
Time and for Consideration at November 30, 2006
Hearing -- **DENIED.**

(jnl - 21 Nov 06)

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (No. VI) | § | MDL DOCKET NO. 875 |

**************************

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES F. ZETTNER and | § | |
| JUDY J. ZETTNER, et al., | § | |
|     Plaintiffs, | § | (State Court Case No. 451024) |
| | § | |
| v. | § | CIVIL CASE NO. |
| | § | 3:06-CV-05905-PJH |
| BUFFALO PUMPS, INC., et al. | § | |
|     Defendants. | § | |

**MOTION FOR AN ORDER SHORTENING TIME TO RESPOND TO MOTION TO
VACATE CONDITIONAL TRANSFER ORDER, AND FOR CONSIDERATION AT
HEARING SESSION ON NOVEMBER 30, 2006**

Plaintiffs have filed a motion to vacate the conditional transfer order in this case so that the
transferor court can promptly rule on their motion for remand to state court.  Plaintiffs respectfully
request that this motion be heard at the next scheduled hearing session of the Panel on
November 30, 2006 in St. Louis.

OFFICIAL FILE COPY

IMAGED NOV 2 2 2006

So that this motion may be considered, plaintiffs also respectfully request that the normal period of 20 days in which to respond to a motion, under Panel Rule 7.2(c), be shortened to 10 days. This will allow any party wishing to respond adequate time to prepare a response, but also facilitate consideration by the Panel at the hearing session on November 30, 2006.

DATED: November 16, 2006

Respectfully submitted,

By:

Charles S. Siegel, TX Bar No. 18341875
Michael L. Armitage, CA Bar No. 152740
WATERS & KRAUS, LLP
3219 McKinney Avenue
Dallas, Texas 75204
214-357-6244
214-357-7252 (Fax)
222 N. Sepulveda Blvd., Suite 1900
El Segundo, California 90245
310-414-8146
310-414-8156 (Fax)

Jeffrey A. Kaiser, CA Bar No.160594
LEVIN, SIMES & KAISER LLP
One Bush Street, 14th Floor
San Francisco, California 94104
415-646-7160
415-981-1270 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the court and served on all counsel of record via facsimile; and also served via regular mail upon General Electric's counsel Charles T. Sheldon at Sedgwick Detert Moran & Arnold, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105 on November 16, 2006.

Charles S. Siegel

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 2 1 2006

FILED
CLERK'S OFFICE

## PROOF OF SERVICE

STATE OF TEXAS          §
                        §
COUNTY OF DALLAS        §

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 3219 McKinney Avenue, Dallas, Texas 75204; and that on this date I served a true copy of the document entitled:

**MOTION FOR AN ORDER SHORTENING TIME TO RESPOND TO MOTION TO VACATE CONDITIONAL TRANSFER ORDER, AND FOR CONSIDERATION AT HEARING SESSION ON NOVEMBER 30, 2006**

Service was effectuated by forwarding the above-noted document in the following manner:

X    **By Regular Mail** in a sealed envelope, addressed as noted above, with postage fully prepaid and placing it for collection and mailing following the ordinary business practices of Waters & Kraus to: Charles T. Sheldon at Sedgwick Detert Moran & Arnold, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105.

     **By Hand Delivery** in a sealed envelope, addressed as noted above, through services provided by the office of Waters & Kraus.

X    **By Facsimile** to the numbers as noted on the attached counsel list by placing it for facsimile transmittal following the ordinary business practices of Waters & Kraus.

     **By Overnight Courier** in a sealed envelope, addressed as noted above, through services provided by (Federal Express, UPS,) and billed to Waters & Kraus.

     On the date executed below, I electronically served the document(s) via LexisNexis File & Serve on the recipients designated on the Transaction Receipt located on the LexisNexis File & Serve website.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Dallas, Texas in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2006 at Dallas, Texas.

Lisa Dittemore

# Charles F. Zettner, et al vs. Buffalo Pumps, Inc., et al

### Plaintiffs' Service List

**Garlock Sealing Technologies, LLC**
Baronian, Robert H.
BARONIAN LAW FIRM
301 E. Colorado Blvd., Ste. 618
Pasadena, CA 91101
Tel: 626-568-0834          Fax: 626-449-4568

**General Motors Corporation**
*(Parent Company Fisher Body)*
Brown, Jr., Eugene
FILICE BROWN EASSA & McLEOD
1999 Harrison Street, 18th Floor
Oakland, CA 94612-3541
Tel: 510-444-3131          Fax: 510-839-7940

**J.T. Thorpe & Son**
Fadeff, Jeffery J.
BASSI, MARTINI & BLUM
351 California Street, Suite 200
San Francisco, CA 94104
Tel: 415-397-9006          Fax: 415-397-1339

**Ingersoll-Rand Company**
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
1717 St. James Place, Suite 600
Houston, TX 77056
Tel: 713-402-1717          Fax: 713-621-6746

**Thorpe Insulation Company**
Wah, Douglas G.
BISHOP, BARRY, HOWE, HANEY & RYDER
2000 Powell Street, Suite 1425
Emeryville, CA 94608
Tel: 510-596-0888          Fax: 510-596-0899

**Buffalo Pumps, Inc.**
Jackson, Gabriel A.
JACKSON & WALLACE, LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133
Tel: 415-982-6300          Fax: 415-982-6700

# Charles F. Zettner, et al vs. Buffalo Pumps, Inc., et al

## Plaintiffs' Service List

**J. Line Pump Company d/b/a American-Marsh Pump, Inc.**
Brydon, John R.
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105-1812
Tel: 415-808-0300          Fax: 415-808-0333

**BW/IP International, Inc.**
**Flowserve Corporation**
*(Formerly Known As (fka) Duriron Company)*
*(Successor-in-interest Byron Jackson)*
*(Successor-in-interest Sier-Bath Gear Co., Inc.)*
Torres, Julie A.
JACKSON & WALLACE, LLP
14724 Ventura Blvd., Suite 1210
Sherman Oaks, CA  91403
Tel: 818-379-4700          Fax: 818-379-4702

**Fryer-Knowles, Inc.**
Lyman, Roberg J.
BURNHAM BROWN
P. O. Box 119
Oakland, CA  94604
Tel: 510-444-6800          Fax: 510-835-6666

**Crane Co.**
Gill, Raymond
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM, LLP
Four Embarcadero Center, 10th Floor
San Francisco, CA  94111
Tel: 415-249-1000          Fax: 415-249-1001

**Goulds Pumps, Incorporated**
Crosby, Thomas C.
CROSBY & ROWELL LLP
The American Bag Building
299 Third Street, 2nd Floor
Oakland, CA  94607
Tel: 510-267-0300          Fax: 510-839-6610

**Yarway Corporation**
Harwell, Mortimer H.
MORGAN LEWIS & BOCKIUS, LLP
One Market Street
Spear Tower
San Francisco, CA  94105
Tel: 415-442-1000          Fax: 415-442-1001

# Charles F. Zettner, et al vs. Buffalo Pumps, Inc., et al

## Plaintiffs' Service List

**Owens-Illinois, Inc.**
Anger, Laurie K.
MORGENSTEIN JUBELIRER, LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Tel:  415-901-8700          Fax: 415-901-8701

**Joy Technologies, Inc.**
Tinkham, Brian
POOLE & SHAFFERY, LLP
445 S. Figueroa Street
Suite 2520
Los Angeles, CA  90071
Tel: 213-439-5390          Fax: 213-439-0183

**Alfa Laval, Inc.**
(Successor-in-interest Alfa-Laval Separation, Inc.); (Successor-in-interest Alfa-Laval Separator
Company); (Successor-in-interest Sharples, Inc.)
**Triple A. Machine Shop, Inc.**
Klausen, Stephen C.
Prindle, Kenneth
PRINDLE, DECKER & AMARO LLP
310 Golden Shore, 4th Floor
Long Beach, CA  90802
Tel: 562-436-3946          Fax: 562-495-0564

**Triple A. Machine Shop, Inc.**
Steig, Thomas A.
PRINDLE, DECKER & AMARO LLP
369 Pine Street, Suite 800
San Francisco, CA  94104
Tel: 415-788-8354          Fax: 415-788-3625

**General Electric Company**
Sheldon, Charles T.
SEDGWICK DETERT MORAN & ARNOLD
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA  94105
Tel: 415-781-7900          Fax: 415-781-2635

**Sepco Corporation**
Love, Mark A.
SELMAN-BREITMAN, LLP
33 New Montgomery
Sixth Floor
San Francisco, CA  94105
Tel: 415-979-0400          Fax: 415-979-2099

# Charles F. Zettner, et al vs. Buffalo Pumps, Inc., et al

### Plaintiffs' Service List

**Electrolux Home Products, Inc.**
**Quintec Industries, Inc.**
**Thomas Dee Engineering Co., Inc.**
McCall, Michael T.
WALSWORTYH, FRANKLIN, BEVINS & MCCALL, LLP
550 Montgomery Street
8th Floor
San Francisco, CA  94111-2534
Tel: 415-781-7072          Fax: 714-634-0686

```
-- MIC455C85C6CD14
-----------------------------------------------------------------------------------------
3:39 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 14157883625
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: 415 788 3625
        Unique ID: "MIC455C85C6CD14"
        Elapsed time: 3 minutes, 14 seconds.
        Used channel 14 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD12
-----------------------------------------------------------------------------------------
1:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 12134390183
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID:
        Unique ID: "MIC455C85C6CD12"
        Elapsed time: 0 minutes, 0 seconds.
        Used channel 3 on server "LA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (3941): Loop current failed
        Eicon: DivaDRCableError
        No pages sent.
3:43 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 12134390183
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: 2134390183
        Unique ID: "MIC455C85C6CD12"
        Elapsed time: 5 minutes, 52 seconds.
        Used channel 2 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD11
-----------------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 14159018701
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: 9018701
        Unique ID: "MIC455C85C6CD11"
        Elapsed time: 5 minutes, 46 seconds.
        Used channel 10 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD10
-----------------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 14154421001
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: Morgan Lewis
        Unique ID: "MIC455C85C6CD10"
```

```
        Elapsed time: 6 minutes, 26 seconds.
        Used channel 5 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD0F
-------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 15108396610
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: 1 510-839-6610
        Unique ID: "MIC455C85C6CD0F"
        Elapsed time: 8 minutes, 20 seconds.
        Used channel 3 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD0E
-------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 14152491001
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: K&LNG San Francisco
        Unique ID: "MIC455C85C6CD0E"
        Elapsed time: 3 minutes, 14 seconds.
        Used channel 15 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD0D
-------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 15108356666
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: +5108356666
        Unique ID: "MIC455C85C6CD0D"
        Elapsed time: 3 minutes, 32 seconds.
        Used channel 2 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD17
-------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 17146340686
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: Fax Server
        Unique ID: "MIC455C85C6CD17"
        Elapsed time: 6 minutes, 24 seconds.
        Used channel 1 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
```

```
-- MIC455C85C5CD0C
-------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 18183794702
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID:
        Unique ID: "MIC455C85C5CD0C"
        Elapsed time: 3 minutes, 22 seconds.
        Used channel 11 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C5CD0B
-------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 14158080333
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: 415 808 0333
        Unique ID: "MIC455C85C5CD0B"
        Elapsed time: 3 minutes, 14 seconds.
        Used channel 4 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C5CD0A
-------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 14159826700
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID:
        Unique ID: "MIC455C85C5CD0A"
        Elapsed time: 3 minutes, 20 seconds.
        Used channel 7 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C5CD09
-------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 15105960899
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID:
        Unique ID: "MIC455C85C5CD09"
        Elapsed time: 3 minutes, 22 seconds.
        Used channel 8 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C5CD08
-------------------------------------------------------------------------------
3:37 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 17136216746
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID:
```

```
        Unique ID: "MIC455C85C5CD08"
        Elapsed time: 3 minutes, 56 seconds.
        Used channel 6 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C5CD07
------------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 14153971339
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID:
        Unique ID: "MIC455C85C5CD07"
        Elapsed time: 0 minutes, 14 seconds.
        Used channel 1 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/301; 0/0): Normal Busy
        No pages sent.
3:43 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 14153971339
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: 415 597 1339
        Unique ID: "MIC455C85C5CD07"
        Elapsed time: 3 minutes, 14 seconds.
        Used channel 6 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C5CD05
------------------------------------------------------------------------------------
3:37 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 16264494568
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: 626 449 4568
        Unique ID: "MIC455C85C5CD05"
        Elapsed time: 3 minutes, 32 seconds.
        Used channel 13 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD15
------------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 14157812635
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: 415-781-2635
        Unique ID: "MIC455C85C6CD15"
        Elapsed time: 6 minutes, 24 seconds.
        Used channel 9 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD16
------------------------------------------------------------------------------------
```

```
1:39 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 14159792099
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID:
        Unique ID: "MIC455C85C6CD16"
        Elapsed time: 0 minutes, 1 seconds.
        Used channel 2 on server "LA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (3941): Loop current failed
        Eicon: DivaDRCableError
        No pages sent.
3:44 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 14159792099
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID:
        Unique ID: "MIC455C85C6CD16"
        Elapsed time: 3 minutes, 28 seconds.
        Used channel 12 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD13
-------------------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 15624950564
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: 5626969917
        Unique ID: "MIC455C85C6CD13"
        Elapsed time: 3 minutes, 34 seconds.
        Used channel 12 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
```

## Send Confirmation Report

Line 1: Waters and Kraus          ID: 2143577252                    16 Nov'06 16:00    Page  1
Line 2: Waters+Kraus              ID: 2143577252

| Job | Start time | Usage | Phone Number/Email | Type | Pages | Mode | Status |
|-----|-----------|-------|--------------------|------|-------|------|--------|
| 603 | 11/16 15:55.... | 4'43" | 15108397940................. | Send.............. | 17/17 | EC144 | Completed.................................... |

Total:    4'43"      Pages sent: 17      Pages printed: 0

**waterskraus**

DATE:            November 16, 2006

TO:              ALL COUNSEL OF RECORD

FAX NUMBER:      SEE ATTACHED LIST

FROM:            Lisa Dittemore, Paralegal
                 for Charles Siegel

NUMBER OF PAGES:    17

COMMENTS:        Charles F. Zettner vs. Buffalo Pumps, Inc. et al

PLEASE RESPOND TO THE TEXAS OFFICE

This message is intended only for the use of the addressee and may contain information that is privileged and
confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication
is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.
IF ANY PART OF THIS TRANSMISSION WAS INCOMPLETE OR IF YOU HAVE ANY QUESTIONS,
PLEASE CALL 214-357-6244. THANK YOU.

WATERS & KRAUS, LLP ATTORNEYS AND COUNSELORS
TEXAS  3219 McKINNEY AVENUE  DALLAS, TEXAS 75204  TEL 214 357 6244  FAX 214 357 7263
CALIFORNIA  222 NORTH SEPULVEDA BOULEVARD, SUITE 1900  EL SEGUNDO, CALIFORNIA 90245  TEL 310 414 8146  FAX 310 414 8156