**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 0 3 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-270)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,486 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

PLEADING NO. 4917

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

NOV 2 1 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED NOV 2 1 2006

# SCHEDULE CTO-270 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| ~~CAN 3 06-5905~~ | ~~Charles F. Zettner, et al. v. Buffalo Pumps, Inc., et al.~~ Opposed 11/21/06 |
| **FLORIDA SOUTHERN** | |
| FLS 9 06-80910 | Kenneth Jaye, et al. v. General Electric Co. |
| FLS 9 06-80911 | Flora E. Palmeter, etc. v. General Electric Co. |
| FLS 9 06-80923 | Thomas Schoemann, et al. v. General Electric Co. |
| FLS 9 06-80924 | Arthur E. Kelly, et al. v. General Electric Co. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 06-844 | Quincy W. Faile v. A.W. Chesterton, Inc., et al. |
| NCM 1 06-849 | Richard Ray Sifford, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 06-850 | Harry Brown Graham, Sr. v. Aqua-Chem, Inc., et al. |
| NCM 1 06-851 | Johnny Everette Joyce, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 06-855 | Jeffery Charles Edwards, etc. v. Aqua-Chem, Inc., et al. |
| NCM 1 06-862 | Rickie Joann Simpson, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 06-865 | Richard W. Waggoner, et al. v. A.W. Chesterton, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 06-311 | Donald G. Lemley, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-312 | Anita Welborn Williams, etc. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-313 | Douglas L. Ivey, etc. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-314 | Clyde Earl Scruggs, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-317 | Bessie W. Anderson v. A.W. Chesterton, Inc., et al. |
| NCW 1 06-321 | Jane H. Farley, etc.v. A.W. Chesterton, Inc., et al. |
| NCW 1 06-322 | Ronnie L. Blaylock, et al. v. 3M Co., et al. |