**MDL 875**

**PLEADING NO. 4918**

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (No. VI) | § | MDL DOCKET NO. 875 |

**************************

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES F. ZETTNER and | § | |
| JUDY J. ZETTNER, et al., | § | |
| Plaintiffs, | § | (State Court Case No. 451024) |
| | § | |
| v. | § | CIVIL CASE NO. |
| | § | 3:06-CV-05905-PJH |
| BUFFALO PUMPS, INC., et al. | § | |
| Defendants. | § | |

**PLAINTIFFS' MOTION FOR ORDER VACATING
CONDITIONAL TRANSFER ORDER TO ALLOW TRANSFEROR COURT
TO RULE ON PLAINTIFFS' MOTION FOR REMAND TO STATE COURT**

Come now plaintiffs and file this motion for order vacating conditional transfer order to allow transferor court to rule on plaintiffs' motion for remand to state court, and would respectfully show as follows:

**OFFICIAL FILE COPY**

MOTION FOR ORDER VACATING CONDITIONAL TRANSFER ORDER

Page 1

This case was filed in state court but removed to federal court.  On November 3, 2006 the Panel entered an order conditionally transferring this case to MDL-875 in the Eastern District of Pennsylvania.  On November 8, 2006, the transferor court granted the removing defendant's motion to stay all proceedings pending formal transfer to MDL-875.  Plaintiffs' motion for remand to state court was not ruled on and remains pending.

Plaintiffs respectfully request that the panel vacate the conditional transfer order so that the transferor court may promptly rule on plaintiffs' motion for remand to state court.  Such relief is warranted because Mr. Zettner is dying of mesothelioma and will be gravely prejudiced if he dies before trial.  The Panel has the power to vacate the conditional transfer order and has done so in the past so that transferor courts may rule on threshold motions for remand.

The Panel is respectfully referred to plaintiffs' brief in support of this motion, filed herewith, for a full discussion of these issues.

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, plaintiffs respectfully pray that the conditional transfer order be vacated.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 2 8 2006

FILED
CLERK'S OFFICE

DATED: November 16, 2006

Respectfully submitted,

By: _____

Charles S. Siegel, TX Bar No. 18341875
Michael L. Armitage, CA Bar No. 152740
WATERS & KRAUS, LLP
3219 McKinney Avenue
Dallas, Texas 75204
214-357-6244
214-357-7252 (Fax)
222 N. Sepulveda Blvd., Suite 1900
El Segundo, California 90245
310-414-8146
310-414-8156 (Fax)

Jeffrey A. Kaiser, CA Bar No.160594
LEVIN, SIMES & KAISER LLP
One Bush Street, 14th Floor
San Francisco, California 94104
415-646-7160
415-981-1270 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the court and served on all counsel of record via facsimile; and also served via regular mail upon General Electric's counsel Charles T. Sheldon at Sedgwick Detert Moran & Arnold, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105 on November 16, 2006.

_____

Charles S. Siegel

**PROOF OF SERVICE**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

NOV 2 8 2006

FILED
CLERK'S OFFICE

    I certify that I am over the age of 18 years and not a party to the within action; that my business address is 3219 McKinney Avenue, Dallas, Texas 75204; and that on this date I served a true copy of the document entitled:

**PLAINTIFFS' MOTION FOR ORDER VACATING
CONDITIONAL TRANSFER ORDER TO ALLOW TRANSFEROR COURT
TO RULE ON PLAINTIFFS' MOTION FOR REMAND TO STATE COURT**

Service was effectuated by forwarding the above-noted document in the following manner:

    **By Regular Mail** in a sealed envelope, addressed as noted above, with postage fully prepaid and placing it for collection and mailing following the ordinary business practices of Waters & Kraus to: Charles T. Sheldon at Sedgwick Detert Moran & Arnold, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105.

    **By Hand Delivery** in a sealed envelope, addressed as noted above, through services provided by the office of Waters & Kraus.

X    **By Facsimile** to the numbers as noted on the attached counsel list by placing it for facsimile transmittal following the ordinary business practices of Waters & Kraus.

    **By Overnight Courier** in a sealed envelope, addressed as noted above, through services provided by (Federal Express, UPS,) and billed to Waters & Kraus.

    On the date executed below, I electronically served the document(s) via LexisNexis File & Serve on the recipients designated on the Transaction Receipt located on the LexisNexis File & Serve website.

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Dallas, Texas in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on November 21, 2006 at Dallas, Texas.

_____

Laura Rodriguez-Hjaltason

## PANEL SERVICE LIST (Excerpt from CTO-270)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Charles F. Zettner, et al. v. Buffalo Pumps, Inc., et al.*, N.D. California,
C.A. No. 3:06-5905

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Jeffrey A. Kaiser
Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street
36th Floor
San Francisco, CA 94104

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Alexandra M. Ozols
Sedgwick, Detert, Moran & Arnold
One Market Plaza Steuart Tower
8th Floor
San Francisco, CA 94105

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Charles S. Siegel
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, TX 75204

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

**PROOF OF SERVICE**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| STATE OF TEXAS | § | NOV 2 8 2006 |
| | § | |
| COUNTY OF DALLAS | § | FILED |
| | | CLERK'S OFFICE |

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 3219 McKinney Avenue, Dallas, Texas 75204; and that on this date I served a true copy of the document entitled:

### PLAINTIFFS' MOTION FOR ORDER VACATING CONDITIONAL TRANSFER ORDER TO ALLOW TRANSFEROR COURT TO RULE ON PLAINTIFFS' MOTION FOR REMAND TO STATE COURT

Service was effectuated by forwarding the above-noted document in the following manner:

X    **By Regular Mail** in a sealed envelope, addressed as noted above, with postage fully prepaid and placing it for collection and mailing following the ordinary business practices of Waters & Kraus to: Charles T. Sheldon at Sedgwick Detert Moran & Arnold, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105.

**By Hand Delivery** in a sealed envelope, addressed as noted above, through services provided by the office of Waters & Kraus.

X    **By Facsimile** to the numbers as noted on the attached counsel list by placing it for facsimile transmittal following the ordinary business practices of Waters & Kraus.

**By Overnight Courier** in a sealed envelope, addressed as noted above, through services provided by (Federal Express, UPS,) and billed to Waters & Kraus.

On the date executed below, I electronically served the document(s) via LexisNexis File & Serve on the recipients designated on the Transaction Receipt located on the LexisNexis File & Serve website.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Dallas, Texas in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2006 at Dallas, Texas.

Lisa Dittemore

# Charles F. Zettner, et al vs. Buffalo Pumps, Inc., et al

### Plaintiffs' Service List

**Garlock Sealing Technologies, LLC**
Baronian, Robert H.
BARONIAN LAW FIRM
301 E. Colorado Blvd., Ste. 618
Pasadena, CA  91101
Tel:  626-568-0834           Fax:  626-449-4568

**General Motors Corporation**
*(Parent Company Fisher Body)*
Brown, Jr., Eugene
FILICE BROWN EASSA & McLEOD
1999 Harrison Street, 18th Floor
Oakland, CA 94612-3541
Tel:  510-444-3131           Fax:  510-839-7940

**J.T. Thorpe & Son**
Fadeff, Jeffery J.
BASSI, MARTINI & BLUM
351 California Street, Suite 200
San Francisco, CA 94104
Tel:  415-397-9006           Fax:  415-397-1339

**Ingersoll-Rand Company**
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
1717 St. James Place, Suite 600
Houston, TX 77056
Tel:  713-402-1717           Fax:  713-621-6746

**Thorpe Insulation Company**
Wah, Douglas G.
BISHOP, BARRY, HOWE, HANEY & RYDER
2000 Powell Street, Suite 1425
Emeryville, CA  94608
Tel: 510-596-0888           Fax:  510-596-0899

**Buffalo Pumps, Inc.**
Jackson, Gabriel A.
JACKSON & WALLACE, LLP
55 Francisco Street, 6th Floor
San Francisco, CA  94133
Tel: 415-982-6300           Fax:  415-982-6700

# Charles F. Zettner, et al vs. Buffalo Pumps, Inc., et al

## Plaintiffs' Service List

**J. Line Pump Company d/b/a American-Marsh Pump, Inc.**
Brydon, John R.
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105-1812
Tel:  415-808-0300          Fax:  415-808-0333

**BW/IP International, Inc.**
**Flowserve Corporation**
*(Formerly Known As (fka) Duriron Company)*
*(Successor-in-interest Byron Jackson)*
*(Successor-in-interest Sier-Bath Gear Co., Inc.)*
Torres, Julie A.
JACKSON & WALLACE, LLP
14724 Ventura Blvd., Suite 1210
Sherman Oaks, CA  91403
Tel:  818-379-4700          Fax:  818-379-4702

**Fryer-Knowles, Inc.**
Lyman, Roberg J.
BURNHAM BROWN
P. O. Box 119
Oakland, CA  94604
Tel:  510-444-6800          Fax:  510-835-6666

**Crane Co.**
Gill, Raymond
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM, LLP
Four Embarcadero Center, 10th Floor
San Francisco, CA  94111
Tel:  415-249-1000          Fax:  415-249-1001

**Goulds Pumps, Incorporated**
Crosby, Thomas C.
CROSBY & ROWELL LLP
The American Bag Building
299 Third Street, 2nd Floor
Oakland, CA  94607
Tel:  510-267-0300          Fax:  510-839-6610

**Yarway Corporation**
Harwell, Mortimer H.
MORGAN LEWIS & BOCKIUS, LLP
One Market Street
Spear Tower
San Francisco, CA  94105
Tel:  415-442-1000          Fax:  415-442-1001

# Charles F. Zettner, et al vs. Buffalo Pumps, Inc., et al

## Plaintiffs' Service List

**Owens-Illinois, Inc.**
Anger, Laurie K.
MORGENSTEIN JUBELIRER, LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Tel: 415-901-8700          Fax: 415-901-8701

**Joy Technologies, Inc.**
Tinkham, Brian
POOLE & SHAFFERY, LLP
445 S. Figueroa Street
Suite 2520
Los Angeles, CA 90071
Tel: 213-439-5390          Fax: 213-439-0183

**Alfa Laval, Inc.**
(Successor-in-interest Alfa-Laval Separation, Inc.); (Successor-in-interest Alfa-Laval Separator
Company); (Successor-in-interest Sharples, Inc.)
**Triple A. Machine Shop, Inc.**
Klausen, Stephen C.
Prindle, Kenneth
PRINDLE, DECKER & AMARO LLP
310 Golden Shore, 4th Floor
Long Beach, CA 90802
Tel: 562-436-3946          Fax: 562-495-0564

**Triple A. Machine Shop, Inc.**
Steig, Thomas A.
PRINDLE, DECKER & AMARO LLP
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel: 415-788-8354          Fax: 415-788-3625

**General Electric Company**
Sheldon, Charles T.
SEDGWICK DETERT MORAN & ARNOLD
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105
Tel: 415-781-7900          Fax: 415-781-2635

**Sepco Corporation**
Love, Mark A.
SELMAN-BREITMAN, LLP
33 New Montgomery
Sixth Floor
San Francisco, CA 94105
Tel: 415-979-0400          Fax: 415-979-2099

# Charles F. Zettner, et al vs. Buffalo Pumps, Inc., et al

## Plaintiffs' Service List

**Electrolux Home Products, Inc.**
**Quintec Industries, Inc.**
**Thomas Dee Engineering Co., Inc.**
McCall, Michael T.
WALSWORTYH, FRANKLIN, BEVINS & MCCALL, LLP
550 Montgomery Street
8th Floor
San Francisco, CA  94111-2534
Tel: 415-781-7072          Fax: 714-634-0686

```
-- MIC455C85C6CD14
------------------------------------------------------------------------------------------
3:39 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 14157883625
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: 415 788 3625
        Unique ID: "MIC455C85C6CD14"
        Elapsed time: 3 minutes, 14 seconds.
        Used channel 14 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD12
------------------------------------------------------------------------------------------
1:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 12134390183
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID:
        Unique ID: "MIC455C85C6CD12"
        Elapsed time: 0 minutes, 0 seconds.
        Used channel 3 on server "LA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (3941): Loop current failed
        Eicon: DivaDRCableError
        No pages sent.
3:43 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 12134390183
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: 2134390183
        Unique ID: "MIC455C85C6CD12"
        Elapsed time: 5 minutes, 52 seconds.
        Used channel 2 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD11
------------------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 14159018701
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: 9018701
        Unique ID: "MIC455C85C6CD11"
        Elapsed time: 5 minutes, 46 seconds.
        Used channel 10 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD10
------------------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 14154421001
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: Morgan Lewis
        Unique ID: "MIC455C85C6CD10"
```

```
        Elapsed time: 6 minutes, 26 seconds.
        Used channel 5 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD0F
-----------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 15108396610
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: 1 510-839-6610
        Unique ID: "MIC455C85C6CD0F"
        Elapsed time: 8 minutes, 20 seconds.
        Used channel 3 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD0E
-----------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 14152491001
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: K&LNG San Francisco
        Unique ID: "MIC455C85C6CD0E"
        Elapsed time: 3 minutes, 14 seconds.
        Used channel 15 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD0D
-----------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 15108356666
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: +5108356666
        Unique ID: "MIC455C85C6CD0D"
        Elapsed time: 3 minutes, 32 seconds.
        Used channel 2 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD17
-----------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 17146340686
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: Fax Server
        Unique ID: "MIC455C85C6CD17"
        Elapsed time: 6 minutes, 24 seconds.
        Used channel 1 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
```

```
-- MIC455C85C5CD0C
-------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
      Sent to: Attorney
      Phone: 18183794702
      Billing information: '06-0093-', 'ZETTNER.CHARLES'
      Remote ID:
      Unique ID: "MIC455C85C5CD0C"
      Elapsed time: 3 minutes, 22 seconds.
      Used channel 11 on server "DA1FAX01".
      No ANI data.
      No AOC data.
      Resulting status code (0/339; 0/0): Success
      Pages sent: 1 - 17
-- MIC455C85C5CD0B
-------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
      Sent to: Attorney
      Phone: 14158080333
      Billing information: '06-0093-', 'ZETTNER.CHARLES'
      Remote ID: 415 808 0333
      Unique ID: "MIC455C85C5CD0B"
      Elapsed time: 3 minutes, 14 seconds.
      Used channel 4 on server "DA1FAX01".
      No ANI data.
      No AOC data.
      Resulting status code (0/339; 0/0): Success
      Pages sent: 1 - 17
-- MIC455C85C5CD0A
-------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
      Sent to: Attorney
      Phone: 14159826700
      Billing information: '06-0093-', 'ZETTNER.CHARLES'
      Remote ID:
      Unique ID: "MIC455C85C5CD0A"
      Elapsed time: 3 minutes, 20 seconds.
      Used channel 7 on server "DA1FAX01".
      No ANI data.
      No AOC data.
      Resulting status code (0/339; 0/0): Success
      Pages sent: 1 - 17
-- MIC455C85C5CD09
-------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
      Sent to: Attorney
      Phone: 15105960899
      Billing information: '06-0093-', 'ZETTNER.CHARLES'
      Remote ID:
      Unique ID: "MIC455C85C5CD09"
      Elapsed time: 3 minutes, 22 seconds.
      Used channel 8 on server "DA1FAX01".
      No ANI data.
      No AOC data.
      Resulting status code (0/339; 0/0): Success
      Pages sent: 1 - 17
-- MIC455C85C5CD08
-------------------------------------------------------------------------------
3:37 PM 11/16/2006 Transmission Record
      Sent to: Attorney
      Phone: 17136216746
      Billing information: '06-0093-', 'ZETTNER.CHARLES'
      Remote ID:
```

```
        Unique ID: "MIC455C85C5CD08"
        Elapsed time: 3 minutes, 56 seconds.
        Used channel 6 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C5CD07
--------------------------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 14153971339
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID:
        Unique ID: "MIC455C85C5CD07"
        Elapsed time: 0 minutes, 14 seconds.
        Used channel 1 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/301; 0/0): Normal Busy
        No pages sent.
3:43 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 14153971339
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: 415 597 1339
        Unique ID: "MIC455C85C5CD07"
        Elapsed time: 3 minutes, 14 seconds.
        Used channel 6 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C5CD05
--------------------------------------------------------------------------------------------------
3:37 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 16264494568
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: 626 449 4568
        Unique ID: "MIC455C85C5CD05"
        Elapsed time: 3 minutes, 32 seconds.
        Used channel 13 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD15
--------------------------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 14157812635
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: 415-781-2635
        Unique ID: "MIC455C85C6CD15"
        Elapsed time: 6 minutes, 24 seconds.
        Used channel 9 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD16
--------------------------------------------------------------------------------------------------
```

```
1:39 PM 11/16/2006 Transmission Record
      Sent to: Attorney
      Phone: 14159792099
      Billing information: '06-0093-', 'ZETTNER.CHARLES'
      Remote ID:
      Unique ID: "MIC455C85C6CD16"
      Elapsed time: 0 minutes, 1 seconds.
      Used channel 2 on server "LA1FAX01".
      No ANI data.
      No AOC data.
      Resulting status code (3941): Loop current failed
      Eicon: DivaDRCableError
      No pages sent.
3:44 PM 11/16/2006 Transmission Record
      Sent to: Attorney
      Phone: 14159792099
      Billing information: '06-0093-', 'ZETTNER.CHARLES'
      Remote ID:
      Unique ID: "MIC455C85C6CD16"
      Elapsed time: 3 minutes, 28 seconds.
      Used channel 12 on server "DA1FAX01".
      No ANI data.
      No AOC data.
      Resulting status code (0/339; 0/0): Success
      Pages sent: 1 - 17
-- MIC455C85C6CD13
-------------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
      Sent to: Attorney
      Phone: 15624950564
      Billing information: '06-0093-', 'ZETTNER.CHARLES'
      Remote ID: 5626969917
      Unique ID: "MIC455C85C6CD13"
      Elapsed time: 3 minutes, 34 seconds.
      Used channel 12 on server "DA1FAX01".
      No ANI data.
      No AOC data.
      Resulting status code (0/339; 0/0): Success
      Pages sent: 1 - 17
```

| | Send Confirmation Report | | | | | | |

Line 1: Waters and Kraus      ID: 2143577252          16 Nov'06 16:00    Page  1
Line 2: Waters+Kraus          ID: 2143577252

| Job | Start time | Usage | Phone Number/Email | Type | Pages | Mode | Status |
|---|---|---|---|---|---|---|---|
| 603 | 11/16 15:55.... | 4'43" | 15108397940................. | Send............. | 17/17 | EC144 | Completed.................................... |

Total:   4'43"     Pages sent: 17     Pages printed: 0

**waterskraus**

DATE:              November 16, 2006

TO:                ALL COUNSEL OF RECORD

FAX NUMBER:        SEE ATTACHED LIST

FROM:              Lisa Dittemore, Paralegal
                   for Charles Siegel

NUMBER OF PAGES:   _17_

COMMENTS:          Charles F. Zettner vs. Buffalo Pumps, Inc, et al

PLEASE RESPOND TO THE TEXAS OFFICE

This message is intended only for the use of the addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone. IF ANY PART OF THIS TRANSMISSION WAS INCOMPLETE OR IF YOU HAVE ANY QUESTIONS, PLEASE CALL 214-357-6244. THANK YOU.

WATERS & KRAUS, LLP ATTORNEYS AND COUNSELORS
TEXAS: 3219 McKINNEY AVENUE  DALLAS, TEXAS 75204  TEL 214 357 6244  FAX 214 357 7252
CALIFORNIA: 222 NORTH SEPULVEDA BOULEVARD, SUITE 1900  EL SEGUNDO, CALIFORNIA 90245  TEL 310 414 8146  FAX 310 414 8156

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 2 8 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (No. VI) | § | MDL DOCKET NO. 875 |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES F. ZETTNER and | § | |
| JUDY J. ZETTNER, et al., | § | |
|     Plaintiffs, | § | (State Court Case No. 451024) |
| | § | |
| v. | § | CIVIL CASE NO. |
| | § | 3:06-CV-05905-PJH |
| BUFFALO PUMPS, INC., et al. | § | |
|     Defendants. | § | |

**BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER VACATING
CONDITIONAL TRANSFER ORDER TO ALLOW TRANSFEROR COURT TO RULE
ON PLAINTIFFS' MOTION FOR REMAND TO STATE COURT**

    Come now plaintiffs and file this brief in support of their motion for order vacating
conditional transfer order to allow transferor court to rule on plaintiffs' motion for remand to
state court and would respectfully show as follows:

This case was filed in state court but removed to federal court. On November 3, 2006 the Panel entered an order conditionally transferring this case to MDL-875 in the Eastern District of Pennsylvania. On November 8, 2006, the transferor court granted the removing defendant's motion to stay all proceedings pending formal transfer to MDL-875. Plaintiffs' motion for remand to state court was not ruled on and remains pending.

Plaintiffs respectfully request that the panel vacate the conditional transfer order so that the transferor court may promptly rule on plaintiffs' motion for remand to state court. Such relief is warranted for the following reasons:

### 1.    **Mr. Zettner is dying of mesothelioma.**

Mr. Zettner has terminal mesothelioma, an "invariably fatal cancer... for which asbestos exposure is the only known cause...." In re Patenaude, 210 F.3d 135, 138 (3d Cir.), cert. Denied, 531 U.S. 1011 (2000). The affidavit of Nicholas Vogelzang, one of Mr. Zettner's treating physicians, the author of the 2005 research clinical textbook "Malignant Mesothelioma," and a nationally recognized expert on the disease, is attached again here as exhibit A. Dr. Vogelzang confirms that there is "substantial medical doubt" that plaintiff will survive beyond six months, and that as his condition worsens, "his ability to participate meaningfully in any lawsuit will become severely compromised."

### 2.    **Mr. Zettner will be substantially prejudiced if he dies before trial.**

If Mr. Zettner dies before judgment, as will unquestionably will happen if this case is transferred to the MDL, plaintiffs will lose any right to recover under California law for Mr. Zettner's pain and suffering. Cal. Code Civil Proc. § 377.34. Since mesothelioma is an extremely painful disease, which essentially suffocates its victims to death over time, this is obviously a substantial element of damages.

Conversely, if the case is remanded to state court, Mr. Zettner will be entitled to an expedited trial pursuant to California's procedure for handling exigent cases.  See Cal. Code Civil Proc. §36(d), providing the right to move for preference in trial settings when there is "clear and convincing medical documentation which concludes that one of the parties suffers from an illness or condition raising substantial medical doubt of survival of that party beyond six months."

Since the conditional transfer order in this case was just entered, and the case is not scheduled for consideration at the next scheduled hearing session of the Panel on November 30, 2006, a formal transfer of this case will not occur until at least January or February of 2007. Thus, plaintiffs are in a position in which *no court* will currently decide their motion for remand to state court. This is a terribly prejudicial situation for a party dying of a terminal cancer.

### 3.      The Panel may vacate conditional transfer orders for this purpose.

The Panel has vacated conditional transfer orders in the past, to afford transferor courts an opportunity to rule promptly on motions for remand to state court.  In <u>Vasura v. ACandS, Inc.</u>, 84 F.Supp.2d 531 (S.D.N.Y. 2000), another asbestos case removed from state court, the Panel "vacated its prior transfer order to allow [the transferor] Court to decide Vasura's motion for remand." <u>Id.</u> at 533.

Plaintiffs seek only a timely ruling on their motion for remand, so that Mr. Zettner can have his day in court before he dies.

### CONCLUSION

WHEREFORE, PREMISES CONSIDERED, plaintiffs respectfully pray that the conditional transfer order be vacated.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DATED: November 16, 2006

Respectfully submitted,

NOV 2 8 2006

FILED
CLERK'S OFFICE

By: _____

Charles S. Siegel, TX Bar No. 18341875
Michael L. Armitage, CA Bar No. 152740
WATERS & KRAUS, LLP
3219 McKinney Avenue
Dallas, Texas  75204
214-357-6244
214-357-7252 (Fax)
222 N. Sepulveda Blvd., Suite 1900
El Segundo, California  90245
310-414-8146
310-414-8156 (Fax)

Jeffrey A. Kaiser, CA Bar No.160594
LEVIN, SIMES & KAISER LLP
One Bush Street, 14th Floor
San Francisco, California 94104
415-646-7160
415-981-1270 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the court and served on all counsel of record via facsimile; and also served via regular mail upon General Electric's counsel Charles T. Sheldon at Sedgwick Detert Moran & Arnold, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105 on November 16, 2006.

_____
Charles S. Siegel

**PROOF OF SERVICE**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 2 8 2006

FILED
CLERK'S OFFICE

STATE OF TEXAS §
§
COUNTY OF DALLAS §

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 3219 McKinney Avenue, Dallas, Texas 75204; and that on this date I served a true copy of the document entitled:

**BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER VACATING CONDITIONAL TRANSFER ORDER TO ALLOW TRANSFEROR COURT TO RULE ON PLAINTIFFS' MOTION FOR REMAND TO STATE COURT**

Service was effectuated by forwarding the above-noted document in the following manner:

**By Regular Mail** in a sealed envelope, addressed as noted above, with postage fully prepaid and placing it for collection and mailing following the ordinary business practices of Waters & Kraus to: Charles T. Sheldon at Sedgwick Detert Moran & Arnold, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105.

**By Hand Delivery** in a sealed envelope, addressed as noted above, through services provided by the office of Waters & Kraus.

X    **By Facsimile** to the numbers as noted on the attached counsel list by placing it for facsimile transmittal following the ordinary business practices of Waters & Kraus.

**By Overnight Courier** in a sealed envelope, addressed as noted above, through services provided by (Federal Express, UPS,) and billed to Waters & Kraus.

On the date executed below, I electronically served the document(s) via LexisNexis File & Serve on the recipients designated on the Transaction Receipt located on the LexisNexis File & Serve website.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Dallas, Texas in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 21st 2006 at Dallas, Texas.

Laura Rodriguez-Hjaltason

# PANEL SERVICE LIST (Excerpt from CTO-270)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Charles F. Zettner, et al. v. Buffalo Pumps, Inc., et al.*, N.D. California,
C.A. No. 3:06-5905

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Jeffrey A. Kaiser
Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street
36th Floor
San Francisco, CA 94104

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Alexandra M. Ozols
Sedgwick, Detert, Moran & Arnold
One Market Plaza Steuart Tower
8th Floor
San Francisco, CA 94105

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Charles S. Siegel
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, TX 75204

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinell
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

**PROOF OF SERVICE**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | **NOV 2 8 2006** |
| COUNTY OF DALLAS | § | FILED |
| | | CLERK'S OFFICE |

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 3219 McKinney Avenue, Dallas, Texas 75204; and that on this date I served a true copy of the document entitled:

**BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER VACATING
CONDITIONAL TRANSFER ORDER TO ALLOW TRANSFEROR COURT TO RULE
ON PLAINTIFFS' MOTION FOR REMAND TO STATE COURT**

Service was effectuated by forwarding the above-noted document in the following manner:

X   **By Regular Mail** in a sealed envelope, addressed as noted above, with postage fully prepaid and placing it for collection and mailing following the ordinary business practices of Waters & Kraus to: Charles T. Sheldon at Sedgwick Detert Moran & Arnold, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105.

**By Hand Delivery** in a sealed envelope, addressed as noted above, through services provided by the office of Waters & Kraus.

X   **By Facsimile** to the numbers as noted on the attached counsel list by placing it for facsimile transmittal following the ordinary business practices of Waters & Kraus.

**By Overnight Courier** in a sealed envelope, addressed as noted above, through services provided by (Federal Express, UPS,) and billed to Waters & Kraus.

On the date executed below, I electronically served the document(s) via LexisNexis File & Serve on the recipients designated on the Transaction Receipt located on the LexisNexis File & Serve website.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Dallas, Texas in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2006 at Dallas, Texas.

Lisa Dittemore

# Charles F. Zettner, et al vs. Buffalo Pumps, Inc., et al

### Plaintiffs' Service List

**Garlock Sealing Technologies, LLC**
Baronian, Robert H.
BARONIAN LAW FIRM
301 E. Colorado Blvd., Ste. 618
Pasadena, CA  91101
Tel:  626-568-0834          Fax:  626-449-4568

**General Motors Corporation**
*(Parent Company Fisher Body)*
Brown, Jr., Eugene
FILICE BROWN EASSA & McLEOD
1999 Harrison Street, 18th Floor
Oakland, CA 94612-3541
Tel:  510-444-3131          Fax:  510-839-7940

**J.T. Thorpe & Son**
Fadeff, Jeffery J.
BASSI, MARTINI & BLUM
351 California Street, Suite 200
San Francisco, CA 94104
Tel:  415-397-9006          Fax:  415-397-1339

**Ingersoll-Rand Company**
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
1717 St. James Place, Suite 600
Houston, TX 77056
Tel:  713-402-1717          Fax:  713-621-6746

**Thorpe Insulation Company**
Wah, Douglas G.
BISHOP, BARRY, HOWE, HANEY & RYDER
2000 Powell Street, Suite 1425
Emeryville, CA  94608
Tel: 510-596-0888          Fax:  510-596-0899

**Buffalo Pumps, Inc.**
Jackson, Gabriel A.
JACKSON & WALLACE, LLP
55 Francisco Street, 6th Floor
San Francisco, CA  94133
Tel: 415-982-6300          Fax:  415-982-6700

# Charles F. Zettner, et al vs. Buffalo Pumps, Inc., et al

## Plaintiffs' Service List

**J. Line Pump Company d/b/a American-Marsh Pump, Inc.**
Brydon, John R.
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105-1812
Tel:  415-808-0300            Fax:  415-808-0333

**BW/IP International, Inc.**
**Flowserve Corporation**
*(Formerly Known As (fka) Duriron Company)*
*(Successor-in-interest Byron Jackson)*
*(Successor-in-interest Sier-Bath Gear Co., Inc.)*
Torres, Julie A.
JACKSON & WALLACE, LLP
14724 Ventura Blvd., Suite 1210
Sherman Oaks, CA  91403
Tel:  818-379-4700            Fax:  818-379-4702

**Fryer-Knowles, Inc.**
Lyman, Roberg J.
BURNHAM BROWN
P. O. Box 119
Oakland, CA  94604
Tel:  510-444-6800            Fax:  510-835-6666

**Crane Co.**
Gill, Raymond
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM, LLP
Four Embarcadero Center, 10th Floor
San Francisco, CA  94111
Tel:  415-249-1000            Fax:  415-249-1001

**Goulds Pumps, Incorporated**
Crosby, Thomas C.
CROSBY & ROWELL LLP
The American Bag Building
299 Third Street, 2nd Floor
Oakland, CA  94607
Tel:  510-267-0300            Fax:  510-839-6610

**Yarway Corporation**
Harwell, Mortimer H.
MORGAN LEWIS & BOCKIUS, LLP
One Market Street
Spear Tower
San Francisco, CA  94105
Tel:  415-442-1000            Fax:  415-442-1001

# Charles F. Zettner, et al vs. Buffalo Pumps, Inc., et al

### Plaintiffs' Service List

**Owens-Illinois, Inc.**
Anger, Laurie K.
MORGENSTEIN JUBELIRER, LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Tel:  415-901-8700          Fax: 415-901-8701

**Joy Technologies, Inc.**
Tinkham, Brian
POOLE & SHAFFERY, LLP
445 S. Figueroa Street
Suite 2520
Los Angeles, CA  90071
Tel: 213-439-5390          Fax: 213-439-0183

**Alfa Laval, Inc.**
(Successor-in-interest Alfa-Laval Separation, Inc.); (Successor-in-interest Alfa-Laval Separator
Company); (Successor-in-interest Sharples, Inc.)
**Triple A. Machine Shop, Inc.**
Klausen, Stephen C.
Prindle, Kenneth
PRINDLE, DECKER & AMARO LLP
310 Golden Shore, 4th Floor
Long Beach, CA  90802
Tel: 562-436-3946          Fax: 562-495-0564

**Triple A. Machine Shop, Inc.**
Steig, Thomas A.
PRINDLE, DECKER & AMARO LLP
369 Pine Street, Suite 800
San Francisco, CA  94104
Tel: 415-788-8354          Fax: 415-788-3625

**General Electric Company**
Sheldon, Charles T.
SEDGWICK DETERT MORAN & ARNOLD
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA  94105
Tel: 415-781-7900          Fax: 415-781-2635

**Sepco Corporation**
Love, Mark A.
SELMAN-BREITMAN, LLP
33 New Montgomery
Sixth Floor
San Francisco, CA  94105
Tel: 415-979-0400          Fax: 415-979-2099

# Charles F. Zettner, et al vs. Buffalo Pumps, Inc., et al

## Plaintiffs' Service List

**Electrolux Home Products, Inc.**
**Quintec Industries, Inc.**
**Thomas Dee Engineering Co., Inc.**
McCall, Michael T.
WALSWORTYH, FRANKLIN, BEVINS & MCCALL, LLP
550 Montgomery Street
8th Floor
San Francisco, CA  94111-2534
Tel: 415-781-7072          Fax: 714-634-0686

```
-- MIC455C85C6CD14
-------------------------------------------------------------------------------
3:39 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 14157883625
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: 415 788 3625
        Unique ID: "MIC455C85C6CD14"
        Elapsed time: 3 minutes, 14 seconds.
        Used channel 14 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD12
-------------------------------------------------------------------------------
1:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 12134390183
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID:
        Unique ID: "MIC455C85C6CD12"
        Elapsed time: 0 minutes, 0 seconds.
        Used channel 3 on server "LA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (3941): Loop current failed
        Eicon: DivaDRCableError
        No pages sent.
3:43 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 12134390183
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: 2134390183
        Unique ID: "MIC455C85C6CD12"
        Elapsed time: 5 minutes, 52 seconds.
        Used channel 2 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD11
-------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 14159018701
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: 9018701
        Unique ID: "MIC455C85C6CD11"
        Elapsed time: 5 minutes, 46 seconds.
        Used channel 10 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD10
-------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 14154421001
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: Morgan Lewis
        Unique ID: "MIC455C85C6CD10"
```

```
        Elapsed time: 6 minutes, 26 seconds.
        Used channel 5 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD0F
-------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 15108396610
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: 1 510-839-6610
        Unique ID: "MIC455C85C6CD0F"
        Elapsed time: 8 minutes, 20 seconds.
        Used channel 3 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD0E
-------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 14152491001
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: K&LNG San Francisco
        Unique ID: "MIC455C85C6CD0E"
        Elapsed time: 3 minutes, 14 seconds.
        Used channel 15 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD0D
-------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 15108356666
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: +5108356666
        Unique ID: "MIC455C85C6CD0D"
        Elapsed time: 3 minutes, 32 seconds.
        Used channel 2 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD17
-------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 17146340686
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: Fax Server
        Unique ID: "MIC455C85C6CD17"
        Elapsed time: 6 minutes, 24 seconds.
        Used channel 1 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
```

```
-- MIC455C85C5CD0C
--------------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 18183794702
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID:
        Unique ID: "MIC455C85C5CD0C"
        Elapsed time: 3 minutes, 22 seconds.
        Used channel 11 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C5CD0B
--------------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 14158080333
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: 415 808 0333
        Unique ID: "MIC455C85C5CD0B"
        Elapsed time: 3 minutes, 14 seconds.
        Used channel 4 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C5CD0A
--------------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 14159826700
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID:
        Unique ID: "MIC455C85C5CD0A"
        Elapsed time: 3 minutes, 20 seconds.
        Used channel 7 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C5CD09
--------------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 15105960899
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID:
        Unique ID: "MIC455C85C5CD09"
        Elapsed time: 3 minutes, 22 seconds.
        Used channel 8 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C5CD08
--------------------------------------------------------------------------------------
3:37 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 17136216746
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID:
```

```
      Unique ID: "MIC455C85C5CD08"
      Elapsed time: 3 minutes, 56 seconds.
      Used channel 6 on server "DA1FAX01".
      No ANI data.
      No AOC data.
      Resulting status code (0/339; 0/0): Success
      Pages sent: 1 - 17
-- MIC455C85C5CD07
------------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
      Sent to: Attorney
      Phone: 14153971339
      Billing information: '06-0093-', 'ZETTNER.CHARLES'
      Remote ID:
      Unique ID: "MIC455C85C5CD07"
      Elapsed time: 0 minutes, 14 seconds.
      Used channel 1 on server "DA1FAX01".
      No ANI data.
      No AOC data.
      Resulting status code (0/301; 0/0): Normal Busy
      No pages sent.
3:43 PM 11/16/2006 Transmission Record
      Sent to: Attorney
      Phone: 14153971339
      Billing information: '06-0093-', 'ZETTNER.CHARLES'
      Remote ID: 415 597 1339
      Unique ID: "MIC455C85C5CD07"
      Elapsed time: 3 minutes, 14 seconds.
      Used channel 6 on server "DA1FAX01".
      No ANI data.
      No AOC data.
      Resulting status code (0/339; 0/0): Success
      Pages sent: 1 - 17
-- MIC455C85C5CD05
------------------------------------------------------------------------------------
3:37 PM 11/16/2006 Transmission Record
      Sent to: Attorney
      Phone: 16264494568
      Billing information: '06-0093-', 'ZETTNER.CHARLES'
      Remote ID: 626 449 4568
      Unique ID: "MIC455C85C5CD05"
      Elapsed time: 3 minutes, 32 seconds.
      Used channel 13 on server "DA1FAX01".
      No ANI data.
      No AOC data.
      Resulting status code (0/339; 0/0): Success
      Pages sent: 1 - 17
-- MIC455C85C6CD15
------------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
      Sent to: Attorney
      Phone: 14157812635
      Billing information: '06-0093-', 'ZETTNER.CHARLES'
      Remote ID: 415-781-2635
      Unique ID: "MIC455C85C6CD15"
      Elapsed time: 6 minutes, 24 seconds.
      Used channel 9 on server "DA1FAX01".
      No ANI data.
      No AOC data.
      Resulting status code (0/339; 0/0): Success
      Pages sent: 1 - 17
-- MIC455C85C6CD16
------------------------------------------------------------------------------------
```

```
1:39 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 14159792099
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID:
        Unique ID: "MIC455C85C6CD16"
        Elapsed time: 0 minutes, 1 seconds.
        Used channel 2 on server "LA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (3941): Loop current failed
        Eicon: DivaDRCableError
        No pages sent.
3:44 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 14159792099
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID:
        Unique ID: "MIC455C85C6CD16"
        Elapsed time: 3 minutes, 28 seconds.
        Used channel 12 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
-- MIC455C85C6CD13
-----------------------------------------------------------------------------------------
3:38 PM 11/16/2006 Transmission Record
        Sent to: Attorney
        Phone: 15624950564
        Billing information: '06-0093-', 'ZETTNER.CHARLES'
        Remote ID: 5626969917
        Unique ID: "MIC455C85C6CD13"
        Elapsed time: 3 minutes, 34 seconds.
        Used channel 12 on server "DA1FAX01".
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 17
```

Send Confirmation Report

Line 1: Waters and Kraus        ID: 2143577252              16 Nov'06 16:00    Page   1
Line 2: Waters+Kraus            ID: 2143577252

| Job | Start time | Usage | Phone Number/Email | Type | Pages | Mode | Status |
|-----|-----------|-------|--------------------|------|-------|------|--------|
| 603 | 11/16 15:55.... | 4'43" | 15108397940.................. | Send............ | 17/17 | EC144 | Completed........................................ |

Total:    4'43"      Pages sent: 17     Pages printed: 0

**waterskraus**

DATE:            November 16, 2006

TO:              ALL COUNSEL OF RECORD

FAX NUMBER:      SEE ATTACHED LIST

FROM:            Lisa Dittemore, Paralegal
                 for Charles Siegel

NUMBER OF PAGES:    _17_

COMMENTS:        Charles F. Zettner vs. Buffalo Pumps, Inc. et al

PLEASE RESPOND TO THE TEXAS OFFICE

This message is intended only for the use of the addressee and may contain information that is privileged and
confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication
is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.
IF ANY PART OF THIS TRANSMISSION WAS INCOMPLETE OR IF YOU HAVE ANY QUESTIONS,
PLEASE CALL 214-357-6244. THANK YOU.

WATERS & KRAUS, LLP ATTORNEYS AND COUNSELORS
TEXAS: 3219 McKINNEY AVENUE  DALLAS, TEXAS 75204  TEL 214 357 6244  FAX 214 357 7263
CALIFORNIA: 222 NORTH SEPULVEDA BOULEVARD, SUITE 1900,  EL SEGUNDO, CALIFORNIA 90245  TEL 310 414 8146  FAX 310 414 8156