**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 11 2006

DOCKET NO. 875

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-271)

PLEADING NO. 4920

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,567 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED DEC 12 2006

# SCHEDULE CTO-271 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

<u>DIST. DIV. C.A. #</u>                    <u>CASE CAPTION</u>

**ALABAMA NORTHERN**
ALN  2  06-1855                          Melba Brooks v. A.W. Chesterton Co., et al.

**CALIFORNIA NORTHERN**
CAN  3  06-5381                          Matt Hussey, et al. v. General Electric Co., et al.

**DELAWARE**
DE  1  06-668                            Betty Agee, et al. v. A.W. Chesterton, Inc., et al.
DE  1  06-673                            Lillian Harwood, et al. v. Bondex International Inc., et al.

**INDIANA NORTHERN**
INN  2  06-307                           John Cunningham v. General Electric Co., et al.

**LOUISIANA EASTERN**
LAE  2  06-9439                          Peggy P. Griffin v. Northrop Grumman Industries, et al.

**LOUISIANA MIDDLE**
LAM  3  06-458                           Cletus Brewer v. Noble Drilling Corp., et al.

**MARYLAND**
MD  1  06-2667                           William Miles v. Owens-Illinois Glass Co., et al.

**MISSISSIPPI NORTHERN**
MSN  3  06-134                           Patricia Wright, etc. v. Budd Co., et al.

**MISSISSIPPI SOUTHERN**
MSS  1  06-1064                          Robert Breazeale v. Allied Signal, Inc., et al.
MSS  1  06-1065                          Ray Lee Regan v. Allied Signal, Inc., et al.
MSS  1  06-1066                          James W. Nations v. Allied Signal, Inc., et al.
MSS  1  06-1067                          Ronald E. Nations v. Allied Signal, Inc., et al.
MSS  1  06-1068                          Malcolm Montgomery v. Allied Signal, Inc., et al.
MSS  1  06-1070                          Harry Lambert v. Emerson Electric Co., et al.
MSS  1  06-1071                          Lionel Anderson v. William Powell International Sales Corp., et al.
MSS  1  06-1074                          Tina Fitzgerald, etc. v. American Standard, Inc., et al.
MSS  1  06-1075                          Curtis Lee Jones v. Allied Signal, Inc., et al.
MSS  1  06-1076                          O'Neal Chambers, Jr., etc. v. American Standard, Inc., et al.
MSS  1  06-1089                          Robert Copeland v. General Electric Co., et al.
MSS  1  06-1096                          Charles R. Rester v. Metropolitan Life Insurance Co., et al.
MSS  1  06-1147                          George Moore v. Ingersoll-Rand Co., et al.

**NORTH CAROLINA EASTERN**
NCE  4  06-189                           Van Crawford, et al. v. AMCA/KOEHRING Co., et al.
NCE  4  06-202                           Johnnie P. Lee, et al. v. 3M Co., et al.
NCE  4  06-207                           Angela Michelle Covington, etc. v. Anchor Packing Co., et al.
NCE  4  06-208                           Freda C. Wells, etc. v. A.W. Chesterton, Inc., et al.
NCE  4  06-215                           Roland Delos Cady, et al. v. Albany International Corp., et al.
NCE  4  06-216                           Archie Clarence Forrester, et al. v. Albany International Corp., et al.

SCHEDULE- CTO-271 - TAG-ALONG ACTIONS - MDL-875                             Page 2 of 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| NCE 4 06-217 | Elizabeth A. Phelps, etc. v. Albany International Corp., et al. |
| NCE 5 06-342 | Walker H. Lee v. 3M Co., et al. |
| NCE 5 06-391 | Catherine Ruth Gailloux, etc. v. Anchor Packing Co., et al. |
| NCE 5 06-407 | Louise Julyan Stanyer, etc. v. Anchor Packing Co., et al. |
| NCE 5 06-420 | Abel Laberge, et al. v. Anchor Packing Co., et al. |
| NCE 5 06-431 | Bryan Edward Zapf, et al. v. Anchor Packing Co., et al. |
| NCE 5 06-432 | Harold John Hildebrandt v. Anchor Packing Co., et al. |
| NCE 5 06-435 | Josie Bergeron, etc. v. Anchor Packing Co., et al. |

NORTH CAROLINA MIDDLE
| | |
|---|---|
| NCM 1 06-924 | Patrick H. O'Connor, etc. v. DaimlerChrysler Corp., et al. |
| NCM 1 06-935 | Allen W. Craver, et al. v. 3M Co., et al. |
| NCM 1 06-958 | Gerald W. Sheets v. 3M Co., et al. |

NORTH CAROLINA WESTERN
| | |
|---|---|
| NCW 1 06-327 | Charles Anthony Bynum, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-328 | Albert Eugene Dellinger, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-330 | Ernest James Cornelius, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-331 | Ronald David Hamilton, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-332 | Douglas Eugene Funderburk, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-334 | James P. Butts, et al. v. 3M Co., et al. |
| NCW 1 06-337 | Hal Terry Byers v. Aqua-Chem, Inc., et al. |
| NCW 1 06-338 | Billy Grissett v. Aqua-Chem, Inc., et al. |
| NCW 1 06-339 | William Jerry Hamby v. Aqua-Chem, Inc., et al. |
| NCW 1 06-340 | Clarence Douglas Hunt, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-342 | J.C. Beaver, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-343 | Jerry Lee Hand, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-344 | Jerry Thomas Miller, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-345 | William David Hux, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-346 | Thomas H. Smart v. 3M Co., et al. |
| NCW 1 06-348 | Jerry Odell Wilson, Jr. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-349 | Judy Irene Boggs-Greer v. Aqua-Chem, Inc., et al. |
| NCW 1 06-351 | John Ashley Wright, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-352 | Roger Lee Perryman, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-353 | Owen Edward Johnson v. Aqua-Chem, Inc., et al. |
| NCW 1 06-354 | Ronald Edward Bland, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-356 | Rickey Lynn Nance, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-358 | Charles E.A. Ballard v. Aqua-Chem, Inc., et al. |
| NCW 1 06-364 | Raymond B. Simpson, et al. v. 3M Co., et al. |
| NCW 1 06-369 | Steven R. Patterson, et al. v. 3M Co., et al. |

NEBRASKA
| | |
|---|---|
| NE 8 06-639 | Mervin Sipp v. BNSF Railway Co. |
| NE 8 06-640 | Earl Motschenbacher v. BNSF Railway Co. |
| NE 8 06-641 | Ivan Boettner v. BNSF Railway Co. |
| NE 8 06-642 | James Anderson v. BNSF Railway Co. |

NEW JERSEY
| | |
|---|---|
| NJ 2 06-4899 | Malcolm Hagen, et al. v. Benjamin Foster Co., et al. |

NEW MEXICO
| | |
|---|---|
| NM 1 05-416 | Frank Torres v. Burlington Northern & Santa Fe Railway Co. |
| NM 1 06-915 | Mauricio R. Gabaldon v. Burlington Northern & Santa Fe Railway Co. |

SCHEDULE- CTO-271 - TAG-ALONG ACTIONS - MDL-875                                Page 3 of 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEW YORK EASTERN** | |
| NYE 1 06-5563 | Paula I. Guillory v. A.W. Chesterton Co., et al. |
| **OHIO NORTHERN** | |
| OHN 1 06-10007 | Harry E. Hawkins v. A-c Product Liability Trust, et al. |
| **PENNSYLVANIA WESTERN** | |
| PAW 2 06-1388 | Frank J. Suloff v. Consolidated Rail Corp., et al. |
| **SOUTH CAROLINA** | |
| SC 8 06-2885 | Donald Lee Brooks, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-2896 | Maurice Ira Phillips, et al. v. Aqua-Chem, Inc., et al. |
| **TEXAS WESTERN** | |
| TXW 6 06-299 | Donna David, etc. v. Alcoa, Inc. |
| **VIRGINIA EASTERN** | |
| VAE 2 06-9060 | Paul Allen v. American Standard, Inc., et al. |
| VAE 2 06-9061 | Carlton M. Beckman v. American Standard, Inc., et al. |
| VAE 2 06-9062 | Michael J. Bell v. American Standard, Inc., et al. |
| VAE 2 06-9063 | Phillip Bodine v. American Standard, Inc., et al. |
| VAE 2 06-9064 | Charles F. Brant v. American Standard, Inc., et al. |
| VAE 2 06-9065 | William E. Busby v. American Standard, Inc., et al. |
| VAE 2 06-9066 | Odell J. Malone v. American Standard, Inc., et al. |
| VAE 2 06-9067 | Dionico Sais v. American Standard, Inc., et al. |
| VAE 2 06-9068 | Samuel E. Crane v. American Standard, Inc., et al. |
| VAE 2 06-9069 | Jon W. Foster v. American Standard, Inc., et al. |
| VAE 2 06-9070 | Monroe v. American Standard, Inc., et al. |
| VAE 2 06-9071 | Earl J. Murphy v. American Standard, Inc., et al. |
| VAE 2 06-9072 | William H. Sheppard v. American Standard, Inc., et al. |
| VAE 2 06-9073 | James W. Bell v. American Standard, Inc., et al. |
| VAE 2 06-9074 | Stewart C. Brennan v. American Standard, Inc., et al. |
| VAE 2 06-9075 | Larry G. Brown v. American Standard, Inc., et al. |
| VAE 2 06-9076 | Frank L. Johnson v. American Standard, Inc., et al. |
| VAE 2 06-9077 | Monroe v. American Standard, Inc., et al. |
| VAE 2 06-9078 | Leonard S. Olson v. American Standard, Inc., et al. |
| **WASHINGTON WESTERN** | |
| WAW 2 05-1250 | Steven D. McAboy, etc. v. Viad Corp. |
| WAW 2 06-369 | Clint Johnson, etc. v. IMO Industries, Inc., et al. |
| **WISCONSIN EASTERN** | |
| WIE 2 06-397 | Byron Bessers v. International Paper Co., et al. |
| WIE 2 06-1076 | Janet Schueler, etc. v. American Optical Corp. |