

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 19 2006

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Peggy P. Griffin v. Northrop Grumman Industries, et al.*, E.D. Louisiana,
C.A. No. 2:06-9439

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Griffin*) on December 11, 2006. The Panel has now been advised that *Griffin* was remanded to Louisiana state court by the Honorable Jay C. Zainey in an order filed on December 14, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-271" filed on December 11, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 4926

**OFFICIAL FILE COPY**

IMAGED DEC 2 0 2006