

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 26 2006

FILED
CLERK'S OFFICE

# BEFORE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re Asbestos Products Liability Litigation | MDL Docket No. 875<br>CTO-271 |

| | | |
|---|---|---|
| JANET SCHUELER, | ) | |
|                 Plaintiff, | ) | |
| v. | ) | Case No.: WIE 06-1076 |
| AMERICAN OPTICAL CORP. | ) | |
|                 Defendant. | ) | |

## NOTICE OF OPPOSITION OF TAG-ALONG TRANSFER

Please take notice that pursuant to MDL General Rule 7.4, Plaintiff, JANET SCHUELER, in the above-entitled action, hereby files her Notice of Opposition of Tag-Along Transfer and further opposes entry of a transfer order

PLEADING NO. 4929

OFFICIAL FILE COPY

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
2006 DEC 26 A 10: 3
RECEIVED
CLERK'S OFFICE

IMAGED DEC 2 6 2006

Dated this 26th day of December, 2006.

PENN RAKAUSKI
Attorneys for Plaintiff Janet Schueler

By: _____
Steven R. Penn

Penn Rakauski
927 Main Street
Racine, WI 53403-1524
Ph: 262 636 0036
Fax: 262 636 0030

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 26 2006

FILED
CLERK'S OFFICE

## BEFORE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re Asbestos Products Liability Litigation | MDL Docket No. 875<br>CTO-271 |
| JANET SCHUELER, )<br>                              )<br>             Plaintiff, )<br>   v.                         )<br>                              )<br>AMERICAN OPTICAL CORP.        )<br>                              )<br>             Defendant.       ) | Case No.: WIE 06-1076 |

### PROOF OF SERVICE FOR NOTICE OF OPPOSITION OF TAG-ALONG TRANSFER

To:    Clerk of the Panel-Judicial Panel on Multidistrict Litigation
       Thurgood Marshall Federal Judiciary Building
       One Columbus Circle, N.E.
       Room G-255, North Lobby
       Washington, DC 20002-8004

       All counsel on "Involved Counsel List" CTO-271/ Docket No. 875

The undersigned, under penalties as provided by law pursuant to 28 U.S.C. §1407, states that on December 26, 2006, the following document, **Notice of Opposition to Tag-Along Transfer**, was served by placing the same in the U.S. Mail and mailing by First Class delivery with the proper postage to the Clerk of the Panel, Judicial Panel on Multidistrict Litigation and all Counsel listed on attached "Involved Counsel List".

2006 DEC 26 A 10: 3
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

By: _____
Steven R. Penn

ATTORNEYS FOR PLAINTIFF JANET SCHUELER
Penn Rakauski
927 Main Street
Racine, WI 53403-1524
262.636.0036

INVOLVED COUNSEL LIST (CTO-271)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Page 1 of 7

David Foxwell Albright, Sr.
Law Offices of David F. Albright
1122 Kenilworth Drive
Suite 500
Baltimore, MD 21202

David W. Allen
Goodell, DeVries, Leech & Dann
One South Street
20th Floor
Baltimore, MD 21202

Mark E. Anderson
Patterson, Dilthey, Clay, Bryson
 & Anderson
4020 WestChase Boulevard
Suite 550
Raleigh, NC 27607

James F. Archibald, III
Bradley, Arant, Rose & White
P.O. Box 830709
Birmingham, AL 35283-0709

Robert M. Arentson, Jr.
Baker, Donelson, Bearman, Caldwell
 & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

John C. Babione
Mitchell, Hurst, Jacobs & Dick
152 E. Washington Street
Indianapolis, IN 46204

S. Allen Baker, Jr.
Balch & Bingham LLP
P.O. Box 306
Birmingham, AL 35201-0306

Michael T. Bartley
Forman, Perry, Watkins, Krutz
 & Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Robert R. Baugh
Sirote & Permutt, P.C.
2222 Arlington Avenue South
P.O. Box 55727
Birmingham, AL 35255

Joshua H. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Gary A. Bezet
Kean, Miller, Hawthorne,
 D'Armond, et al.
One American Place
22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821-3513

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Janet W. Black
Ward Black, P.A.
208 West Wendover Ave.
Greensboro, NC 27401-1307

Brian M. Blythe
Bradley, Arant, Rose & White
1819 Fifth Avenue, North
Birmingham, AL 35203-2119

Joel M. Bondurant, Jr.
Haynsworth Sinkler Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

Brian C. Bossier
Blue Williams, LLP
3421 N. Causeway Boulevard
9th Floor
Metairie, LA 70002

Timothy W. Bouch
Leath, Bouch & Crawford
134 Meeting Street
P.O. Box 59
Charleston, SC 29402-0059

Alan R. Brayton
Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94948

A. Todd Brown
Hunton & Williams, LLP
Bank of America Plaza
101 Sout Tryon Street
Suite 3500
Charlotte, NC 28280

Lisa N. Busch
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038

Dennis F. Cantrell
Bingham McHale, LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-4900

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

William T. Causby
Nelson, Mullins, Riley & Scarborough, LLP
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Michael Jason Clayton
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Susan Coco
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

INVOLVED COUNSEL LIST (CTO-271) - MDL-875                                                                          Page 2 of 7

John D. Cole  
Ogletree, Deakins, Nash, Smoak  
& Stewart, P.C.  
400 West Trade Street  
Charlotte, NC 28202  

T. Hunt Cole, Jr.  
Forman, Perry, Watkins, Krutz  
& Tardy, PLLC  
P.O. Box 22608  
Jackson, MS 39225-2608  

Keith E. Coltrain  
Elmore & Wall, PA  
P.O. Box 10937  
Raleigh, NC 27605  

John F. Conley  
Glasser & Glasser, P.L.C.  
Crown Center Building  
Suite 600  
580 East Main Street  
Norfolk, VA 23510-2212  

Langdon M. Cooper  
Mullen, Holland & Cooper, P.A.  
P.O. Box 488  
301 S. York Street  
Gastonia, NC 28053-0488  

David A. Damico  
Burns, White & Hickton, LLC  
Four Northshore Center  
106 Isabella St.  
Pittsburgh, PA 15212  

Cheryl A. Danner  
Sheffer Law Firm, LLC  
101 South Fifth Street  
Suite 1600  
Louisville, KY 40202  

H. Lee Davis, Jr.  
Davis & Hamrick, L.L.P.  
P.O. Drawer 20039  
Winston-Salem, NC 27120-0039  

William Pearce Davis  
Baker, Ravenel & Bender  
P.O. Box 8057  
Columbia, SC 29202  

Timothy Andrew Dillon  
Margolis Edelstein  
1509 Gilpin Avenue  
Wilmington, DE 19806  

Ann Terrell Dorsett  
Helms, Mulliss & Wicker  
201 N. Tryon Street  
Charlotte, NC 28202  

Kathleen F. Drew  
Adams & Reese, LLP  
701 Poydras Street  
Suite 4500  
New Orleans, LA 70139  

David M. Duke  
Young, Moore & Henderson, P.A.  
P.O. Box 31627  
Raleigh, NC 27622-1330  

Andrea L. Edney  
Brunini, Grantham, Grower & Hewes  
248 East Capitol Street  
P.O. Box 119  
Jackson, MS 39205-0119  

Gary W. Fillingim  
Edward B. McDonough, Jr., P.C.  
P.O. Box 1943  
Mobile, AL 36633  

Evelyn M. Fletcher  
Hawkins & Parnell, LLP  
4000 SunTrust Plaza  
303 Peachtree Street, N.E.  
Atlanta, GA 30308-3243  

Raymond P. Forceno  
Forceno & Hannon  
111 S. Independence Mall East  
The Bourse, Suite 1000  
Philadelphia, PA 19106-2574  

Shannon S. Frankel  
Young, Moore & Henderson, P.A.  
3101 Glenwood Avenue  
Suite 200  
Raleigh, NC 27612  

Ellen B. Furman  
Goldfein & Hosmer  
1600 Market Street  
33rd Floor  
Philadelphia, PA 19103  

Ronald C. Gardner  
Gardner, Bond, Trabolsi, McDonald  
& Clement  
2200 Sixth Avenue, Suite 600  
Seattle, WA 98121  

Keith L. Gates  
Abbott, Simses & Kuchler  
210 East Capitol Street  
Suite 1090  
Jackson, MS 39201  

Geoffrey S. Gavett  
Gavett & Datt, P.C.  
15850 Crabbs Branch Way  
Suite 180  
Rockville, MD 20855  

E. Pennock Gheen  
Bullivant, Houser, Bailey, et al.  
2400 Westlake Office Tower  
1601 Fifth Avenue  
Seattle, WA 98101  

Walter T. Gilmer Jr.  
McDowell, Knight, Roedder & Sledge  
P.O. Box 350  
Mobile, AL 36601  

Richard S. Glasser  
Glasser & Glasser, P.L.C.  
Crown Center Building  
Suite 600  
580 East Main Street  
Norfolk, VA 23510  

Laura DeVaughn Goodson  
Forman, Perry, Watkins, Krutz  
& Tardy  
P.O. Box 22608  
Jackson, MS 39225-2608  

Frank J. Gordon  
Millberg Gordon & Stewars, PLLC  
1101 Haynes Street  
Suite 104  
Raleigh, NC 27604  

William M. Graham  
Wallace & Graham, P.A.  
525 North Main Street  
Salisbury, NC 28144  

Robert V. Greenlee  
Forman, Perry, Watkins, Krutz  
& Tardy  
P.O. Box 22608  
Jackson, MS 39225-2608

INVOLVED COUNSEL LIST (CTO-271) - MDL-875                                                                          Page 3 of 7

Michael C. Griffin
McGuire Woods, LLP
100 North Tryon Street
Suite 2900
Charlotte, NC 28202

Melissa K. Habeck
Forsberg & Umlauf
900 4th Avenue
Suite 1700
Seattle, WA 98164-1039

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Frances K. Hardage
Allred Law Firm
P.O. Box 3828
Jackson, MS 39207-3828

Scott Harford
Lynch Daskal Emery, LLP
264 West 40th Street
New York, NY 10018

Anthony C. Harlow
Starnes & Atchison, LLP
100 Brookwood Place
Seventh Floor
P.O. Box 598512
Birmingham, AL 35259

James A. Harris, III
Harris & Harris, LLP
Colonial Bank Building, Suite 450
2501 20th Place, South
Birmingham, AL 35223

Josephine H. Hicks
Parker, Poe, Adams & Bernstein
Three Wachovia Center
401 South Tryon Street
Suite 3000
Charlotte, NC 28202

M. King Hill, III
Venable, LLP
210 Allegheny Avenue
Towson, MD 21204

James E. Horne
Kingman, Peabody, Pierson
& Fitzharris
505 Madison Street
Suite 300
Seattle, WA 98104-1138

James G. House, III
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

John B. Isbister
Tydings & Rosenberg, LLP
100 East Pratt Street
26th Floor
Baltimore, MD 21202

Robert Jacobs
Jacobs & Crumplar, P.A.
P.O. Box 2223
Wilmington, DE 19899

Michael E. Kaemper
Atkinson & Thal
201 Third Street, N.W.
#1850
Albuquerque, NM 87102

Jennifer J. Kalas
Hinshaw & Culbertson
222 Indianapolis Blvd
Suite 202
Schererville, IN 46375

G. Patterson Keahey, Jr.
Law Offices of
G. Patterson Keahey, Jr., PC
One Independence Plaza
Suite 612
Birmingham, AL 35209

Christopher J. Keale
Sedgwick, Detert, Moran & Arnold
Three Gateway Center
100 Mulberry Street - 12th Floor
Newark, NJ 07102

Daniel J. Kelly
Haight, Brown & Bonesteel
71 Stevenson Street
20th Floor
San Francisco, CA 94105-2981

Katherine V. Kemp
Holcomb Dunbar, PA
P.O. Drawer 707
Oxford, MS 38655-0707

James G. Kennedy
Pierce, Herns, Sloan & McLeod
The Blake House
321 East Bay Street
P.O. Box 22437
Charleston, SC 29413

Kristi D. Kennedy
Currie, Johnson, Griffin, Gaines
& Myers
P.O. Box 750
Jackson, MS 39205-0750

Richard J. Keshian
Kilpatrick & Stockton, LLP
1001 W. Fourth Street
Winston-Salem, NC 27101

Claire Williams Ketner
Brunini, Grantham, Grower & Hewes
P. O. Drawer 119
Jackson, MS 39205-0119

Timothy W. Knight
Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Donald A. Krispin
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
645 Griswold St.
Detroit, MI 48226

Matthew P. Lachaussee
Dogan & Wilkinson, PLLC
P. O. Box 1618
Pascagoula, MS 39568-1618

INVOLVED COUNSEL LIST (CTO-271) - MDL-875                                                             Page 4 of 7

John J. Laffey
Whyte Hirschboeck Dudek
555 E Wells St - Ste 1900
Milwaukee, WI 53202-3819

Carter T. Lambeth
Johnson & Lambeth
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

Daphne M. Lancaster
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Frank E. Lankford, Jr.
Huie, Fernambucq & Stewart
2801 Highway 280 South
Three Protective Center, Suite 200
Birmingham, AL 35223-2484

Teresa Fizardi Lazzaroni
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Gary Allen Lee
Lee, Futrell & Perles, LLP
201 St. Charles Avenue
Suite 4120
New Orleans, LA 70170-4120

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
Commerce Place
20th Floor
One South Street
Baltimore, MD 21202

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Daniel M. Long
Locke Reynolds, LLP
201 North Illinois Street
Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961

Robert J. Lynott
Thomas & Libowitz
100 Light Street
Suite 1100
Baltimore, MD 21202-1053

Genevieve MacSteel
McGuireWoods, LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105

Moffatt Grier McDonald
Haynsworth Sinkler Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602

Kimberly P. Mangum
Barfield & Associates
P.O. Drawer 3979
233 East Capitol Street
Jackson, MS 39207-3979

Megan Trocki Mantzavinos
Marks, O'Neill, O'Brien & Courtney
913 North Market Street
Suite 800
Wilmington, DE 19801

Bruce B. Marr
McKenna Storer
33 N Lasalle Street, Suite 1400
Chicago, IL 60602-2610

De Martenson
Huie Fernambucq & Stewart, LLP
2801 Highway 280 South
Birmingham, AL 35223

John Michael Mattingly
Steven Rizzo, PC
Lincoln Place, Suite 350
1620 S.W. Taylor Street
Portland, OR 97205

Ana Marina McCann
Marshall, Dennehey, Warner, Coleman
& Goggin
1220 N. Market Street, 5th Floor
P.O. Box 888
Wilmington, DE 19899

Damon G. McClain
Sedgwick, Detert, Moran & Arnold
One Market Plaza
Steuart Tower
8th Floor
San Francisco, CA 94105

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607

Garvan F. McDaniel
Bifferato Gentilotti Biden & Balick
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

Edward Bailey McDonough, Jr.
Edward B. McDonough, Jr., P.C.
P.O. Box 1943
Mobile, AL 36633

William T. Mills, II
Porterfield, Harper, Mills & Motlow
22 Inverness Center Parkway
Suite 500
P.O. Box 530790
Birmingham, AL 35253-0790

Willard J. Moody, Jr.
Moody, Strople, Kloeppel, et al.
500 Crawford Street
Commerce Bank Bldg., Suite 300
P.O. Box 1138
Portsmouth, VA 23705

Lacey M. Moore
Nexsen, Pruet, Adams, Kleemeier
201 South Tryon Street
Suite 1200
Charlotte, NC 28202

R. Stan Morris
Cartee & Morris, LLC
P.O. Box 59767
Birmingham, AL 35259

INVOLVED COUNSEL LIST (CTO-271) - MDL-875

Page 5 of 7

Ronald L. Motley  
Motley Rice, LLC  
P.O. Box 1792  
28 Bridgeside Blvd.  
Mt. Pleasant, SC 29464  

John J. Nagle, III  
Bodie, Nagle, Dolina, Smith & Hobbs  
21 W. Susquehanna Avenue  
Towson, MD 21204  

Jeremy W. North  
North & Cobb, P.A.  
7313 York Road  
Towson, MD 21204  

Robert L. Norton  
Jones & Granger  
10000 Memorial Drive  
Suite 888  
P.O. Box 4340  
Houston, TX 77210-4340  

Richard P. O'Leary  
McCarter & English, L.L.P.  
245 Park Avenue  
27th Floor  
New York, NY 10022  

David T. Owens  
Hunton & Williams, LLP  
1601 Bryan Street  
30th Floor  
Dallas, TX 75201  

Lynne M. Parker  
Hollstein, Keating, Cattell, et al.  
12th & Orange St.  
Suite 730  
One Commerce Center  
Wilmington, DE 19801  

E. Spencer Parris  
Martin & Jones  
410 Glenwood Avenue  
Suite 200  
Raleigh, NC 27603  

Steven J. Parrott  
Dehay & Elliston, LLP  
36 S. Charles Street  
13th Floor  
Baltimore, MD 21201  

Jonathan L. Parshall  
Murphy, Spadaro & Landon  
1011 Centre Road  
Suite 210  
Wilmington, DE 19805  

Donald C. Partridge  
Forman, Perry, Watkins, Krutz & Tardy, PLLC  
200 S. Lamar Street  
City Center Building  
Suite 100  
Jackson, MS 39201-4099  

Timothy Peck  
Smith Moore, LLP  
P.O. Box 21927  
Greensboro, NC 27420  

Robert H. Pedersen  
Watkins & Eager  
P. O. Box 650  
Jackson, MS 39205  

Patrick W. Pendley  
Pendley, Baudin & Coffin, LLP  
P.O. Drawer 71  
24110 Eden Street  
Plaquemine, LA 70764-0071  

Steven R. Penn  
Penn Rakauski  
927 Main Street  
Racine, WI 53403  

Carl E. Pierce, II  
Pierce, Herns, Sloan & McLeod  
P.O. Box 22437  
Charleston, SC 29413  

Daniel Douglas Pipitone  
Chamberlain, Harlicka, White, Williams & Martin  
1200 Smith Street  
Suite 1400  
Houston, TX 77002-4496  

Christopher M. Placitella  
Cohen, Placitella & Roth  
115 Maple Avenue  
Red Bank, NJ 07701  

Timothy W. Porter  
Porter & Malouf, P.A.  
P.O. Box 12768  
Jackson, MS 39236-2768  

Steven J. Pugh  
Richarson, Plowden, Carpenter & Robinson, PA  
P.O. Drawer 7788  
Columbia, SC 29202  

Richard S. Ranieri  
Weber Gallagher, et al.  
33 Washington Street  
Suite 1005  
Newark, NJ 07102  

Hilary G. Reagin  
Hissey, Kientz & Herron, PLLC  
16800 Imperial Valley Drive  
Suite 130  
Houston, TX 77060  

Mark L. Reardon  
Elzufon Austin Reardon Tarlov & Mondell, PA  
300 Delaware Avenue  
Suite 1700  
P.O. Box 1630  
Wilmington, DE 19899-1630  

F. Grey Redditt, Jr.  
Vickers, Riis, Murray & Curran  
P.O. Drawer 2568  
Mobile, AL 36652-2568  

Simine Bazyari Reed  
Forman, Perry, Watkins, Krutz & Tardy, PLLC  
P.O. Box 22608  
Jackson, MS 39225-2608  

John J. Repcheck  
Marks, O'Neill, O'Brien & Courtney  
3200 Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  

McGready L. Richeson  
Abbott, Simses & Kuchler  
400 Lafayette Street  
Suite 200  
New Orleans, LA 70130  

Deborah L. Robinson  
Robinson Woolson  
217 E. Redwood Street  
Suite 1500  
Baltimore, MD 21202

INVOLVED COUNSEL LIST (CTO-271) - MDL-875

Page 6 of 7

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

William Rutzick
Schroeter, Goldmark & Bender
500 Central Building
810 Third Avenue
Seattle, WA 98104

Richard P. Salloum
Franke, Rainey & Salloum
P. O. Drawer 460
Gulfport, MS 39502-0460

Thomas C. Sattler
Wolfe, Snowden Law Firm
1248 O Street
Suite 830, Wells Fargo Center
Lincoln, NE 68508

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Joseph A. Sherman
Bruini, Grantham, Grower & Hewes
P.O. Box 119
Jackson, MS 39205-0119

Jason T. Shipp
Goldberg, Persky & White, PC
1030 Fifth Avenue, Third Floor
Pittsburgh, PA 15219

Chadwick Lester Shook
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

E. Terry Sibbernsen
Sibbernsen, Strigenz Law Firm
8805 Indian Hills Drive
#325
Omaha, NE 68124

Stacey L. Sims
Morris, Sakalarios & Blackwell, PLLC
1817 Hardy Street
Hattiesburg, MS 39401

Christian J. Singewald
White & Williams, LLP
824 Market Street
Suite 902
P.O. Box 709
Wilmington, DE 19899

Jena W. Smith
Baldwin & Haspel
Energy Centre, Suite 2200
1100 Poydras Street
New Orleans, LA 70163

Frances L. Spinelli
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Steven F. Stanaszak
Whyte Hirschboeck Dudek Sc
555 E Wells St - Ste 1900
Milwaukee, WI 53202-3819

William B. Stewart
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Matthew R. Straus
Weiner & Lesniak, LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788

Richard P. Sulzer
Sulzer & Williams, LLC
201 Holiday Boulevard
Suite 335
Covington, LA 70433

Frank J. Swarr
Landry & Swarr
1010 Common Street
Suite 2050
New Orleans, LA 70112

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Michael A. Tanenbaum
Sedgwick, Detert, Moran & Arnold, LLP
Three Gateway Center
12th Floor
Newark, NJ 07102

Jennifer M. Techman
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 200
Atlanta, GA 30305

Mark S. Thomas
Maupin, Taylor, PA
Highwoods Tower One
3200 Beechleaf Court, Suite 500
P.O. Drawer 19764
Raleigh, NC 27619-9764

Nathan Michael Thompson
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Karen L. Tidwall
Whyte Hirschboeck Dudek
555 E Wells St - Ste 1900
Milwaukee, WI 53202-3819

Tracy E. Tomlin
Nelson, Mullins, Riley & Scarborough
100 North Tryon Street
Suite 2400
Charlotte, NC 28202-4000

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

David L. Trewolla
Dogan & Wilkinson, PLLC
P.O. Box 23062
Jackson, MS 39225-3062

INVOLVED COUNSEL LIST (CTO-271) - MDL-875

Keith R. Truffer
Royston, Mueller, McLean & Reid
102 W. Pennsylvania Avenue
Suite 600
Towson, MD 21204

Beth E. Valocchi
Valocchi & Sasso, P.A.
1200 Pennsylvania Avenue
Suite 303
Wilmington, DE 19806

Mary W. Van Slyke
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Jeffrey A. Varas
Varas & Morgan
P.O. Box 886
Hazlehurst, MS 39083

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Allen D. Vaughan
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607-5308

Michael A. Vercher
Christian & Small, LLP
505 North 20th Street
Suite 1800
Birmingham, AL 35203-2696

Rose Marie Wade
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Michael Waller
Kirkpatrick Lockhart Nicholson & Graham, LLP
One Newark Center
10th Floor
Newark, NJ 07102

Margaret F. Ward
Moore & Jackson, LLC
305 Washington Avenue
Suite 401
Baltimore, MD 21204

Kirk G. Warner
Smith, Anderson, Blount, Dorsett, et al.
P.O. Box 2611
2500 Wachovia Capitol Center
Raleigh, NC 27602-2611

William L. Waudby
Baker, Donelson, Bearman, Caldwell & Berkowitz PC
420 North 20th Street
SouthTrust Tower, Suite 1600
Birmingham, AL 35203-5202

Michael C. Weber
LeBlanc & Waddell, LLC
6955 Perkins Road
Suite 100
Baton Rouge, LA 70808

Jacob H. Wellman
Teague, Campbell, Dennis & Gorham
4800 Six Forks Road
Suite 300
P.O. Box 19207
Raleigh, NC 27619-9207

H. Thomas Wells, Jr.
Maynard Cooper & Gale PC
2400 AmSouth Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

Kenneth L. Weltz
Lathrop & Gage, L.C.
10851 Mastin Blvd.
Building 82, Suite 1000
Overland Park, KS 66210-1669

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Paul A. Weykamp
Law Offices of Paul A. Weykamp
16 Stenersen Lane
Suite 2
Hunt Valley, MD 21030

Allan R. Wheeler
Burr & Forman
Suite 3100
South Trust Tower
420 North 20th Street
Birmingham, AL 35203

Stephen B. Williamson
Van Winkle, Buck, Wall, Starnes & Davis, P.A.
11 N. Market Street
P.O. Box 7376
Ashville, NC 28802-7376

Gordon P. Wilson
Lugenbuhl, Wheaton, et al.
601 Poydras Street
Suite 2775
New Orleans, LA 70130

Natasha L. Wilson
Lightfoot, Franklin & White
The Clark Building
400 20th Street North
Birmingham, AL 35203

Richard F. Yarborough, Jr.
Smith, Reeves & Yarborough
6360 I-55 North
Suite 201
Jackson, MS 39211

Shane C. Youtz
Youtz & Valdez, PC
900 Gold Avenue, SW
Albuquerque, NM 87102

John Anthony Zaloom
Moore & Van Allen, PLLC
430 Davis Drive
Suite 500
P.O. Box 13706
Research Triangle PA, NC 27705-4658

I. Timothy Zarsadias
Dean & Gibson, L.L.P.
Cameron Brown Building
Suite 900
301 South McDowell Street
Charlotte, NC 28204-2686