


JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 26 2006

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :
: 
_____x

This Document Relates to: : CIVIL ACTION NO. MDL 875

United States District Court :
Western District of Wisconsin :
:
YAGLA., No. 96-CV-232 :
:
[In the event the above-listed case is a multiple :
plaintiff (victim) action, this transfer is for the :
above-named party only, or said parties repre- :
sentative, and any spousal or dependent actions.]:
_____x

RECEIVED
CLERK'S OFFICE
2006 DEC -1 A 9:38
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Western District of Wisconsin, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

MDL- 875
RECOMMENDED ACTION
CRO w/ Separation of Claims
Approved/Date: MJR 12/12

OFFICIAL FILE COPY

IMAGED DEC 26 2006

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Western District of Wisconsin for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 11/20/2006

James T. Giles                    J.