MDL 875

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 27 2006

FILED
CLERK'S OFFICE

IN RE:   ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO VI)

MDL 875

CONDITIONAL TRANSFER ORDER 271

## NOTICE OF OPPOSITION TO JUDICIAL TRANSFER

COMES NOW, Cletus Brewer, plaintiff in Civil Action No. 06-458 JJB-SCR, in the United States District Court for the Middle District of Louisiana, and files this his Opposition to the Conditional Transfer Order pursuant to the Rules of Procedure of the Judicial Panel on Multi-District Litigation. In support of his opposition to the conditional transfer, the above named plaintiff would show unto the panel, the following, to wit:

1.

The plaintiff in this case first filed his petition against, Noble Drilling, Chevron USA, Inc., Baker Hughes Oilfield Operations, Inc., Noble Drilling Corporation, Union Carbide Corporation, and Conoco Phillips Company, in the 19th Judicial District Court in and for the Parish of East Baton Rouge, State of Louisiana on May 19, 2006.

2.

On June 26, 2006, Chevron, USA, Inc. filed its Notice of Removal to remove this case to the United States District Court for the Middle District of Louisiana.

PLEADING NO. 4932

OFFICIAL FILE COPY

IMAGED DEC 27 2006

3.

On November 15, 2006, Union Carbide Corporation notified the Judicial Panel on Multi-District Litigation pursuant to Rule 7.5 of the Rules of Judicial Panel of Multi-District Litigation, listing this case as a potential "Tag-A-Long" action in the asbestos cases pending in the United States District Court, Eastern District of Pennsylvania for coordinated or consolidated pre-trial proceeding pursuant to 28 U.S.C. §1407. That proceeding is MDL 875.

4.

Plaintiff respectfully suggests that this matter does not comport with the provisions of 28 U.S.C. §1407 and therefore the Conditional Transfer Order has been improvidently issued by the Judicial Panel on Multi-District Litigation §1407 states in pertinent part:

> "(a)   When civil actions involving one or more common questions of fact are pending in different districts, such actions may be transferred to any district coordinated or consolidated pre-trial proceedings. Such transfers shall be made by the judicial panel on multi-district litigation authorized by this section upon its determination that transfers for such proceedings will be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions. ***"

5.

Plaintiff herein would show that this is a single plaintiff action involving exposure by plaintiff to drilling mud containing raw asbestos while employed on vessels owned and/or leased by defendants. Further, this action is brought pursuant to the Jones Act 46 U.S.C. §466, and the General Maritime Law pursuant to the Savings to Suitors Clause, 28 U.S.C. §1333.

6.

This case is unique in that the parties made defendants herein are parties with whom plaintiff was affiliated during his working career. Most of the defendants are not traditional asbestos defendants who routinely request transfer and consolidation to the Eastern District of Pennsylvania forum.

7.

The discovery issues that will arise in the *Brewer* case are not the same, nor are there similar issues with any other case now pending in MDL 875. There will be no conservation of judicial resources by consolidation. In point of fact, a transfer of *Brewer* to MDL 875 will increase the expense of litigation to the parties.

8.

Plaintiff submits that the *Brewer* discovery will have no applicability to any other case so there is no duplicative effort. The vast majority of the discovery will occur in Louisiana or Mississippi.

9.

The Transfer Order should be stayed pending further briefing.

WHEREFORE, PREMISES CONSIDERED, the Panel should enter an Order staying the transfer of this case to the United States District Court for the Eastern District of Pennsylvania.

RESPECTFULLY SUBMITTED:

_____
PATRICK W. PENDLEY (#10421)
PENDLEY, BAUDIN & COFFIN, LLP
24110 EDEN STREET (70764)
P.O. BOX 71
PLAQUEMINE, LA 70765-0071
TELE: (225) 687-6396 FAX: (225) 687-6398
E-MAIL: pwpendley@pbclawfirm.com

# CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the above and foregoing was forwarded by U.S. Mail, postage prepaid, to the following:

Honorable Lawrence Talamo
U.S. District Court Clerk
Middle District of Louisiana
Russell B. Long Federal Building
777 Florida Street, Suite 139
Baton Rouge, LA 70801

Honorable James Brady
U.S. District Judge
Russell B. Long Federal Building
777 Florida Street, Suite 369
Baton Rouge, LA 70801

**GARY A. BEZET**
**GAYLA M. COMCLA**
Kean, Miller, Hawthorne,
D"Armond, McCowan & Jarman
P. O. Box 3513
Baton Rouge, LA 70821
*Attorney for* **Cheveron USA, Inc.**

**LANCE J.ARNOLD**
**JENA W. SMITH**
2200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2200

**DANIEL D. PIPITONE**
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, Tx 77002-1310
*Attorney for* **NOBLE DRILLING CORPORATION**

**RICHARD P. SULZER**
**ROBERT E. WILLIAMS, IV**
Sulzer & Williams, LLC
201 Holiday Boulevard, Suite 335
Covington, LA 70433
*Attorney for* **BAKER HUGHES OILFIELD OPERATIONS, INC.**

this 20th day of December, 2006.

_____
PATRICK W. PENDLEY