

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 1 2006

DOCKET NO. 875

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-271)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,567 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 2 7 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED DEC 2 7 2006

# SCHEDULE CTO-271 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN  2  06-1855 | Melba Brooks v. A.W. Chesterton Co., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN  3  06-5381 | Matt Hussey, et al. v. General Electric Co., et al. |
| **DELAWARE** | |
| DE  1  06-668 | Betty Agee, et al. v. A.W. Chesterton, Inc., et al. |
| ~~DE  1  06-673~~ | ~~Lillian Harwood, et al. v. Bondex International Inc., et al.~~ Opposed 12/26/06 |
| **INDIANA NORTHERN** | |
| INN  2  06-307 | John Cunningham v. General Electric Co., et al. |
| **LOUISIANA EASTERN** | |
| ~~LAE  2  06-9439~~ | ~~Peggy P. Griffin v. Northrop Grumman Industries, et al.~~ Vacated 12/19/06 |
| **LOUISIANA MIDDLE** | |
| ~~LAM  3  06-458~~ | ~~Cletus Brewer v. Noble Drilling Corp., et al.~~ Opposed 12/27/06 |
| **MARYLAND** | |
| MD  1  06-2667 | William Miles v. Owens-Illinois Glass Co., et al. |
| **MISSISSIPPI NORTHERN** | |
| MSN  3  06-134 | Patricia Wright, etc. v. Budd Co., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS  1  06-1064 | Robert Breazeale v. Allied Signal, Inc., et al. |
| MSS  1  06-1065 | Ray Lee Regan v. Allied Signal, Inc., et al. |
| MSS  1  06-1066 | James W. Nations v. Allied Signal, Inc., et al. |
| MSS  1  06-1067 | Ronald E. Nations v. Allied Signal, Inc., et al. |
| MSS  1  06-1068 | Malcolm Montgomery v. Allied Signal, Inc., et al. |
| MSS  1  06-1070 | Harry Lambert v. Emerson Electric Co., et al. |
| MSS  1  06-1071 | Lionel Anderson v. William Powell International Sales Corp., et al. |
| MSS  1  06-1074 | Tina Fitzgerald, etc. v. American Standard, Inc., et al. |
| MSS  1  06-1075 | Curtis Lee Jones v. Allied Signal, Inc., et al. |
| MSS  1  06-1076 | O'Neal Chambers, Jr., etc. v. American Standard, Inc., et al. |
| MSS  1  06-1089 | Robert Copeland v. General Electric Co., et al. |
| MSS  1  06-1096 | Charles R. Rester v. Metropolitan Life Insurance Co., et al. |
| MSS  1  06-1147 | George Moore v. Ingersoll-Rand Co., et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE  4  06-189 | Van Crawford, et al. v. AMCA/KOEHRING Co., et al. |
| NCE  4  06-202 | Johnnie P. Lee, et al. v. 3M Co., et al. |
| NCE  4  06-207 | Angela Michelle Covington, etc. v. Anchor Packing Co., et al. |
| NCE  4  06-208 | Freda C. Wells, etc. v. A.W. Chesterton, Inc., et al. |
| NCE  4  06-215 | Roland Delos Cady, et al. v. Albany International Corp., et al. |
| NCE  4  06-216 | Archie Clarence Forrester, et al. v. Albany International Corp., et al. |

SCHEDULE- CTO-271 - TAG-ALONG ACTIONS - MDL-875                                  Page 2 of 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| NCE 4  06-217 | Elizabeth A. Phelps, etc. v. Albany International Corp., et al. |
| NCE 5  06-342 | Walker H. Lee v. 3M Co., et al. |
| NCE 5  06-391 | Catherine Ruth Gailloux, etc. v. Anchor Packing Co., et al. |
| NCE 5  06-407 | Louise Julyan Stanyer, etc. v. Anchor Packing Co., et al. |
| NCE 5  06-420 | Abel Laberge, et al. v. Anchor Packing Co., et al. |
| NCE 5  06-431 | Bryan Edward Zapf, et al. v. Anchor Packing Co., et al. |
| NCE 5  06-432 | Harold John Hildebrandt v. Anchor Packing Co., et al. |
| NCE 5  06-435 | Josie Bergeron, etc. v. Anchor Packing Co., et al. |

NORTH CAROLINA MIDDLE
| | |
|---|---|
| NCM 1  06-924 | Patrick H. O'Connor, etc. v. DaimlerChrysler Corp., et al. |
| NCM 1  06-935 | Allen W. Craver, et al. v. 3M Co., et al. |
| NCM 1  06-958 | Gerald W. Sheets v. 3M Co., et al. |

NORTH CAROLINA WESTERN
| | |
|---|---|
| NCW 1  06-327 | Charles Anthony Bynum, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-328 | Albert Eugene Dellinger, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-330 | Ernest James Cornelius, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-331 | Ronald David Hamilton, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-332 | Douglas Eugene Funderburk, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-334 | James P. Butts, et al. v. 3M Co., et al. |
| NCW 1  06-337 | Hal Terry Byers v. Aqua-Chem, Inc., et al. |
| NCW 1  06-338 | Billy Grissett v. Aqua-Chem, Inc., et al. |
| NCW 1  06-339 | William Jerry Hamby v. Aqua-Chem, Inc., et al. |
| NCW 1  06-340 | Clarence Douglas Hunt, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-342 | J.C. Beaver, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-343 | Jerry Lee Hand, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-344 | Jerry Thomas Miller, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-345 | William David Hux, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-346 | Thomas H. Smart v. 3M Co., et al. |
| NCW 1  06-348 | Jerry Odell Wilson, Jr. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-349 | Judy Irene Boggs-Greer v. Aqua-Chem, Inc., et al. |
| NCW 1  06-351 | John Ashley Wright, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-352 | Roger Lee Perryman, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-353 | Owen Edward Johnson v. Aqua-Chem, Inc., et al. |
| NCW 1  06-354 | Ronald Edward Bland, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-356 | Rickey Lynn Nance, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  06-358 | Charles E.A. Ballard v. Aqua-Chem, Inc., et al. |
| NCW 1  06-364 | Raymond B. Simpson, et al. v. 3M Co., et al. |
| NCW 1  06-369 | Steven R. Patterson, et al. v. 3M Co., et al. |

NEBRASKA
| | |
|---|---|
| NE 8  06-639 | Mervin Sipp v. BNSF Railway Co. |
| NE 8  06-640 | Earl Motschenbacher v. BNSF Railway Co. |
| NE 8  06-641 | Ivan Boettner v. BNSF Railway Co. |
| NE 8  06-642 | James Anderson v. BNSF Railway Co. |

NEW JERSEY
| | |
|---|---|
| NJ 2  06-4899 | Malcolm Hagen, et al. v. Benjamin Foster Co., et al. |

NEW MEXICO
| | |
|---|---|
| NM 1  05-416 | Frank Torres v. Burlington Northern & Santa Fe Railway Co. |
| NM 1  06-915 | Mauricio R. Gabaldon v. Burlington Northern & Santa Fe Railway Co. |

SCHEDULE- CTO-271 - TAG-ALONG ACTIONS - MDL-875                              Page 3 of 3

<u>DIST. DIV. C.A. #</u>              <u>CASE CAPTION</u>

NEW YORK EASTERN
  NYE  1  06-5563                Paula I. Guillory v. A.W. Chesterton Co., et al.

OHIO NORTHERN
  OHN  1  06-10007               Harry E. Hawkins v. A-c Product Liability Trust, et al.

PENNSYLVANIA WESTERN
  PAW  2  06-1388                Frank J. Suloff v. Consolidated Rail Corp., et al.

SOUTH CAROLINA
  SC   8  06-2885                Donald Lee Brooks, et al. v. Aqua-Chem, Inc., et al.
  SC   8  06-2896                Maurice Ira Phillips, et al. v. Aqua-Chem, Inc., et al.

TEXAS WESTERN
  TXW  6  06-299                 Donna David, etc. v. Alcoa, Inc.

VIRGINIA EASTERN
  VAE  2  06-9060                Paul Allen v. American Standard, Inc., et al.
  VAE  2  06-9061                Carlton M. Beckman v. American Standard, Inc., et al.
  VAE  2  06-9062                Michael J. Bell v. American Standard, Inc., et al.
  VAE  2  06-9063                Phillip Bodine v. American Standard, Inc., et al.
  VAE  2  06-9064                Charles F. Brant v. American Standard, Inc., et al.
  VAE  2  06-9065                William E. Busby v. American Standard, Inc., et al.
  VAE  2  06-9066                Odell J. Malone v. American Standard, Inc., et al.
  VAE  2  06-9067                Dionico Sais v. American Standard, Inc., et al.
  VAE  2  06-9068                Samuel E. Crane v. American Standard, Inc., et al.
  VAE  2  06-9069                Jon W. Foster v. American Standard, Inc., et al.
  VAE  2  06-9070                Monroe v. American Standard, Inc., et al.
  VAE  2  06-9071                Earl J. Murphy v. American Standard, Inc., et al.
  VAE  2  06-9072                William H. Sheppard v. American Standard, Inc., et al.
  VAE  2  06-9073                James W. Bell v. American Standard, Inc., et al.
  VAE  2  06-9074                Stewart C. Brennan v. American Standard, Inc., et al.
  VAE  2  06-9075                Larry G. Brown v. American Standard, Inc., et al.
  VAE  2  06-9076                Frank L. Johnson v. American Standard, Inc., et al.
  VAE  2  06-9077                Monroe v. American Standard, Inc., et al.
  VAE  2  06-9078                Leonard S. Olson v. American Standard, Inc., et al.

WASHINGTON WESTERN
  WAW  2  05-1250                Steven D. McAboy, etc. v. Viad Corp.
  WAW  2  06-369                 Clint Johnson, etc. v. IMO Industries, Inc., et al.

WISCONSIN EASTERN
  WIE  2  06-397                 Byron Bessers v. International Paper Co., et al.
  ~~WIE  2  06-1076~~            ~~Janet Schueler, etc. v. American Optical Corp.~~ Opposed 12/26/06