

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 27 2006

FILED
CLERK'S OFFICE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :
                                  :
_____x

This Document Relates to:         :       CIVIL ACTION NO. MDL 875

United States District Court      :
Northern District of Illinois, Eastern Division :

DIGGS,         No. 01-CV-9350     :

[In the event the above-listed case is a multiple :
plaintiff (victim) action, this transfer is for the :
above-named party only, or said parties repre- :
sentative, and any spousal or dependent actions.]: 
_____x

### SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Northern District of Illinois, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

MDL-875
RECOMMENDED ACTION
CRO - 3 actions
Approved/Date: RBN 12/13/06

OFFICIAL FILE COPY
IMAGED DEC 27 2006

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Northern District of Illinois for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 11/20/2006

*James T. Giles*, J.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 27 2006

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : : | |
| This Document Relates to: | : | CIVIL ACTION NO. MDL 875 |
| United States District Court<br>Western District of North Carolina | : : | |
| Steve E. ASHE,    No. 1:99 CV 268-T | : : | |

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Western District of North Carolina, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION  NOV 29 P 3:52  RECEIVED CLERK'S OFFICE

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Western District of North Carolina for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 11/20/2006

James T. Giles            J.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 27 2006

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : | |
| | | |
| This Document Relates to: | : | CIVIL ACTION NO. MDL 875 |
| United States District Court Western District of North Carolina | : | |
| H. Dean ALLISON,    No. 1:00 CV 32-T | : | |

SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Western District of North Carolina, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Western District of North Carolina for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 11/20/2006

James T. Giles            J.