MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 27 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*Dorothy Diggs, etc. v. Pneumo-Abex Corp., et al.,* E.D. Pennsylvania
  (N.D. Illinois, C.A. No. 1:01-9350)
*Steve E. Ashe, et al. v. ACandS, Inc., et al.,* E.D. Pennsylvania
  (W.D. North Carolina, C.A. No. 1:99-268)
*H. Dean Allison, et al. v. Daniel Construction Co., Inc., et al.,* E.D. Pennsylvania
  (W.D. North Carolina, C.A. No. 1:00-32)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has, in the above-captioned actions: 1) severed all claims for punitive or exemplary damages; and 2) advised the Panel that coordinated or consolidated pretrial proceedings with respect to the remaining claims have been completed, and that remand of those claims to the transferor court, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that all claims in the above-captioned actions except the severed damages claims be remanded to their respective transferor courts.

IT IS ALSO ORDERED that, pursuant to Rule 7.6 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 436-38 (2001) (Rules), the transmittal of this order to the transferee clerk for filing shall be stayed 15 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

*[signature]*
Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 4935

OFFICIAL FILE COPY

IMAGED DEC 27 2006