**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 29 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-273)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,666 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Jeffery N. Lüthi*
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED DEC 29 2006

## SCHEDULE CTO-273 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DIST. DIV. C.A. #           CASE CAPTION

OHIO NORTHERN
OHN 1  06-10008             Vivencio E. Zareno v. A-C Product Liability Trust, et al.
OHN 1  06-10009             Michael V. Waz v. A-C Product Liability Trust, et al.

VIRGINIA EASTERN
VAE 2  06-8986              James C. Clement v. American Standard, Inc., et al.
VAE 2  06-8987              James A. Kaufman, Jr. v. American Standard, Inc., et al.
VAE 2  06-8988              Merlyn Lyon v. American Standard, Inc., et al.
VAE 2  06-8989              Samuel J. Possee v. American Standard, Inc., et al.
VAE 2  06-8990              Ernest M. Pridemore v. American Standard, Inc., et al.
VAE 2  06-8991              Jesse C. Roberts v. American Standard, Inc., et al.
VAE 2  06-8992              Robert E. Sherman, Jr. v. American Standard, Inc., et al.
VAE 2  06-8993              Cecil C. Milligan v. American Standard, Inc., et al.
VAE 2  06-8994              John L. Snedden, Sr. v. American Standard, Inc., et al.
VAE 2  06-8995              Ronald L. Dever v. American Standard, Inc., et al.
VAE 2  06-8996              Ellen G. White v. American Standard, Inc., et al.
VAE 2  06-8997              Louis A. Likes v. American Standard, Inc., et al.
VAE 2  06-8998              Rex C. Poling v. American Standard, Inc., et al.
VAE 2  06-8999              Roy W. Pritt v. American Standard, Inc., et al.
VAE 2  06-9000              Roy L. Avery v. American Standard, Inc., et al.
VAE 2  06-9001              George G. Fanning v. American Standard, Inc., et al.
VAE 2  06-9002              Raymond J. Gonzales v. American Standard, Inc., et al.
VAE 2  06-9003              Raymond P. Hunt v. American Standard, Inc., et al.
VAE 2  06-9004              Don E. Mast v. American Standard, Inc., et al.
VAE 2  06-9005              James E. Radford v. American Standard, Inc., et al.
VAE 2  06-9006              Charles W. Revelle, Sr. v. American Standard, Inc., et al.
VAE 2  06-9007              Fred A. Scheibe v. American Standard, Inc., et al.
VAE 2  06-9008              Gene E. Thudium v. American Standard, Inc., et al.
VAE 2  06-9009              Warren O. White v. American Standard, Inc., et al.
VAE 2  06-9010              Wayne R. Linnenburger v. American Standard, Inc., et al.
VAE 2  06-9011              Edward C. Marallo v. American Standard, Inc., et al.
VAE 2  06-9012              Eugene J. Richardson v. American Standard, Inc., et al.
VAE 2  06-9013              Martin S. Rodriguez v. American Standard, Inc., et al.
VAE 2  06-9014              Richard E. Wilson v. American Standard, Inc., et al.
VAE 2  06-9015              Robert Bachhofer v. American Standard, Inc., et al.
VAE 2  06-9016              Cornelius Eelman v. American Standard, Inc., et al.
VAE 2  06-9017              Ronald D. Estes v. American Standard, Inc., et al.
VAE 2  06-9018              James R. Goodson v. American Standard, Inc., et al.
VAE 2  06-9019              Lucicus W. Harper v. American Standard, Inc., et al.
VAE 2  06-9020              David R. Horne v. American Standard, Inc., et al.
VAE 2  06-9021              William M. Hurley v. American Standard, Inc., et al.
VAE 2  06-9022              Robert J. Moody v. American Standard, Inc., et al.
VAE 2  06-9023              Lawrence E. Napier v. American Standard, Inc., et al.
VAE 2  06-9024              Dwight L. Wiskur v. American Standard, Inc., et al.
VAE 2  06-9025              Theo M. Cleveland v. American Standard, Inc., et al.

SCHEDULE CTO-273 - TAG-ALONG ACTIONS - MDL-875                                    Page 2 of 3

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| VAE | 2 | 06-9026 | Darrell D. Frank v. American Standard, Inc., et al. |
| VAE | 2 | 06-9027 | Walter L. Lippert v. American Standard, Inc., et al. |
| VAE | 2 | 06-9028 | William H. Monroe, Jr., etc. (Dale Dean Miles) v. American Standard, Inc., et al. |
| VAE | 2 | 06-9029 | Ralph R. Jenkins v. American Standard, Inc., et al. |
| VAE | 2 | 06-9030 | Robert E. Roosevelt v. American Standard, Inc., et al. |
| VAE | 2 | 06-9031 | Joseph L. Smothers v. American Standard, Inc., et al. |
| VAE | 2 | 06-9032 | Carl W. Bowman, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 06-9033 | Carl K. Clemons v. American Standard, Inc., et al. |
| VAE | 2 | 06-9034 | Richard A. Ehlers v. American Standard, Inc., et al. |
| VAE | 2 | 06-9035 | Benny M. Miller v. American Standard, Inc., et al. |
| VAE | 2 | 06-9036 | Jerry A. Brust v. American Standard, Inc., et al. |
| VAE | 2 | 06-9037 | William H. Monroe, Jr., etc. (Byron Sylvanus Northrop) v. American Standard, Inc., et al. |
| VAE | 2 | 06-9038 | Myron V. Owens v. American Standard, Inc., et al. |
| VAE | 2 | 06-9039 | Mary T. Patton v. American Standard, Inc., et al. |
| VAE | 2 | 06-9040 | Harry N. Ponds, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 06-9041 | Carmen J. Tranchito v. American Standard, Inc., et al. |
| VAE | 2 | 06-9042 | Margaret E. Ulen v. American Standard, Inc., et al. |
| VAE | 2 | 06-9043 | Joseph F. Cermak v. American Standard, Inc., et al. |
| VAE | 2 | 06-9044 | Kenneth L. Devault v. American Standard, Inc., et al. |
| VAE | 2 | 06-9045 | Sherman D. Garrett v. American Standard, Inc., et al. |
| VAE | 2 | 06-9046 | Walter L. Gassner, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 06-9047 | Berkley H. Gossett, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 06-9048 | Amos T. Hill v. American Standard, Inc., et al. |
| VAE | 2 | 06-9049 | Veral L. Hines v. American Standard, Inc., et al. |
| VAE | 2 | 06-9050 | Earl D. Jones v. American Standard, Inc., et al. |
| VAE | 2 | 06-9051 | Glynn T. Kaste v. American Standard, Inc., et al. |
| VAE | 2 | 06-9052 | Warren Nelson v. American Standard, Inc., et al. |
| VAE | 2 | 06-9053 | Marion G. Packett v. American Standard, Inc., et al. |
| VAE | 2 | 06-9054 | Francis R. Panzer v. American Standard, Inc., et al. |
| VAE | 2 | 06-9055 | Narciso A. Pena v. American Standard, Inc., et al. |
| VAE | 2 | 06-9056 | Dale A. Pierce v. American Standard, Inc., et al. |
| VAE | 2 | 06-9057 | Samuel D. Shugars v. American Standard, Inc., et al. |
| VAE | 2 | 06-9058 | John T. Tobin v. American Standard, Inc., et al. |
| VAE | 2 | 06-9059 | Jon T. Godfrey v. American Standard, Inc., et al. |
| VAE | 2 | 06-9079 | Thomas B. Rains v. American Standard, Inc., et al. |
| VAE | 2 | 06-9080 | William A. Stringer v. American Standard, Inc., et al. |
| VAE | 2 | 06-9081 | William H. Monroe, Jr., etc. (Michael John Murphy) v. American Standard, Inc., et al. |
| VAE | 2 | 06-9082 | John W. Sargent v. American Standard, Inc., et al. |
| VAE | 2 | 06-9083 | Paul W. Buchanan v. American Standard, Inc., et al. |
| VAE | 2 | 06-9084 | Jess R. Burris v. American Standard, Inc., et al. |
| VAE | 2 | 06-9085 | Kathryn M. Byrne v. American Standard, Inc., et al. |
| VAE | 2 | 06-9086 | Charley C. Chaplin v. American Standard, Inc., et al. |
| VAE | 2 | 06-9087 | Albert Chirillo v. American Standard, Inc., et al. |
| VAE | 2 | 06-9088 | George M. Christ v. American Standard, Inc., et al. |
| VAE | 2 | 06-9089 | Robert G. Christie v. American Standard, Inc., et al. |
| VAE | 2 | 06-9090 | John F. Clark v. American Standard, Inc., et al. |
| VAE | 2 | 06-9091 | Leland T. Evans v. American Standard, Inc., et al. |
| VAE | 2 | 06-9092 | Robert J. Evans v. American Standard, Inc., et al. |
| VAE | 2 | 06-9093 | Harvey D. Lawrence v. American Standard, Inc., et al. |
| VAE | 2 | 06-9094 | Larry G. Mendenhall v. American Standard, Inc., et al. |
| VAE | 2 | 06-9095 | Donald R. Miller v. American Standard, Inc., et al. |
| VAE | 2 | 06-9096 | Merrill J. Price v. American Standard, Inc., et al. |
| VAE | 2 | 06-9097 | Curtis W. Greenlee v. American Standard, Inc., et al. |

SCHEDULE CTO-273 - TAG-ALONG ACTIONS - MDL-875                                    Page 3 of 3

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| VAE | 2 | 06-9098 | Howard Hale v. American Standard, Inc., et al. |
| VAE | 2 | 06-9099 | Samuel A. Bashor v. American Standard, Inc., et al. |
| VAE | 2 | 06-9100 | Robin C. Darr v. American Standard, Inc., et al. |
| VAE | 2 | 06-9101 | Robert D. McGuire v. American Standard, Inc., et al. |
| VAE | 2 | 06-9102 | Eugene C. Miller v. American Standard, Inc., et al. |