**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 11 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL IN MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

PLEADING NO. 4942

RE: NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER
Steve E. Ashe, *et al.* v. ACandS, Inc., *et al.* E.D. Pennsylvania (W.D. North Carolina, C.A. No. 1:99-268)

Defendant Amchem Products, Inc. hereby gives notice of its opposition to the Conditional Remand Order of this Panel filed December 27, 2006.

Respectfully Submitted,

*W. David Conner*

Moffatt G. McDonald
W. David Conner
HAYNSWORTH SINKLER BOYD, P.A.
Post Office Box 2048
Greenville, SC 29602
(864) 240-3200
Attorneys for Defendant Amchem Products, Inc.

Date: January 11, 2007

2007 JAN 11 P 12:05
RECEIVED
CLERK'S OFFICE
JUDICIAL PANEL MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED JAN 1 2 2007