**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 11 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL IN MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

RE:   NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER
H. Dean Allison, *et al.* v. Daniel Construction Co., Inc., *et al.* E.D. Pennsylvania
(W.D. North Carolina, C.A. No. 1:00-32

Defendants Daniel Construction Company, Inc. and Daniel International Corporation hereby give notice of their opposition to the Conditional Remand Order of this Panel filed December 27, 2006.

Respectfully Submitted,

*W. Fil Con*
Moffatt G. McDonald
W. David Conner
HAYNSWORTH SINKLER BOYD, P.A.
Post Office Box 2048
Greenville, SC 29602
(864) 240-3200
Attorneys for Defendants

Date:   January 11, 2007

PLEADING NO. 4943

RECEIVED CLERK'S OFFICE
2007 JAN 11 P 12:05
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED JAN 12 2007