**MDL 875**

**ORIGINAL**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 16 2007

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCT
LITIGATION

MDL NO. 875

## PLAINTIFFS' NOTICE OF OPPOSITION TO
## CONDITIONAL TRANSFER ORDER (CTO-272)

**This Notice of Opposition is applicable to the following individual cases:**

| Case | Civil Action No. |
|---|---|
| *Clinton Brady v. Phillips 66 Co., et al* | 1:06-cv-1202 |
| *Harvey E. Broom v. Phillips 66 Co., et al* | 1:06-cv-1200 |
| *Deloice Bullock v. Phillips 66 Co., et al* | 1:06-cv-1203 |
| *Joseph Crawford v. Phillips 66 Co., et al* | 1:06-cv-1211 |
| *Patrick Curd v. Phillips 66 Co., et al* | 1:06-cv-1214 |
| *Willie Daniels v. Phillips 66 Co., et al* | 1:06-cv-1199 |
| *Dan M. Daughdrill v. Phillips 66 Co., et al* | 1:06-cv-1212 |
| *Roland Dearman v. Phillips 66 Co., et al* | 1:06-cv-1201 |
| *George Dixon v. Phillips 66 Co., et al* | 1:06-cv-1208 |
| *Louie T. Elmer v. Phillips 66 Co., et al* | 1:06-cv-1215 |
| *Henry Herring v. Phillips 66 Co., et al* | 1:06-cv-1210 |
| *Daniel Livingston v. Phillips 66 Co., et al* | 1:06-cv-384 |
| *Ralph T. McPhail v. Phillips 66 Co., et al* | 1:06-cv-1146 |
| *Eliel Mounteer v. Phillips 66 Co., et al* | 1:06-cv-1204 |
| *Lonnie Newsom v. Phillips 66 Co., et al* | 1:06-cv-1207 |
| *Ted Piner v. Phillips 66 Co., et al* | 1:06-cv-1209 |
| *Brandon Kaye Polk v. Phillips 66 Co., et al* | 1:06-cv-383 |
| *Ray Rawls v. Phillips 66 Co., et al* | 1:06-cv-1206 |
| *Tony Thomas v. Phillips 66 Co., et al* | 1:06-cv-1213 |
| *Terry Wallace v. Phillips 66 Co., et al* | 1:06-cv-1205 |

The above referenced cases were transferred from the U.S. District Court of the Southern District of Mississippi, Southern Division.

PLEADING NO. 4945

**OFFICIAL FILE COPY**

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2007 JAN 11 P 12:05
RECEIVED
CLERK'S OFFICE

## PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-272)

**COMES NOW, PLAINTIFFS,** *Clinton Brady; Harvey Broom; Deloice Bullock; Joseph Crawford; Patrick Curd; Willie Daniels; Dan M. Daughdrill; Roland Dearman; George Dixon; Louie T. Elmer; Henry Herring; Daniel Livingston; Ralph T. McPhail; Eliel Mounteer; Lonnie Newsom; Ted Piner; Brandon Kaye Polk; Ray Rawls; Tony Thomas; and Terry Wallace*, and files this their Notice of Opposition to Conditional Transfer Order (CTO-272), and would respectfully show as follows:

1. These are Jones Act claims filed pursuant to 45 U.S.C. § 1445(a) for Plaintiffs' asbestos injuries while working on oil and gas drilling vessels in the Gulf of Mexico. As these cases were filed pursuant to the Jones Act, they were properly filed in Mississippi state court on May 19, 2004 (for *Livingston, McPhail and Polk* only) and on August 31, 2004. Pool Offshore d/b/a Pool Company filed this baseless removal almost two years after Plaintiff's case was filed. There were no new "other papers and pleadings" filed after May 19, 2004 and August 31, 2004 respectively, that could have provided a new basis for removal after the expiration of Pool's initial removal period. Plaintiffs timely filed each a Motion to Remand their case to Mississippi state court on May 5, 2006 (for *Livingston, McPhail and Polk* only) and December 29, 2006. However, the U.S. District Court for the Southern District of Mississippi has not ruled on Plaintiffs' Motions to Remand as of the time of Plaintiffs' receipt of this Conditional Transfer Order (CTO-272). Plaintiffs timely filed this Notice of Opposition to the Conditional Transfer Order.

2. Plaintiffs will file their Motion to Vacate the Conditional Transfer Order and Brief in Support thereof as required by the local rules of this Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request that the Clerk of this Panel take notice of Plaintiffs' Notice of Opposition to Conditional Transfer Order (CTO-272) and enter a briefing schedule pursuant to the Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation Court, and that the Plaintiffs be provided such other and further relief to which they may be justly entitled.

Respectfully submitted,

FRANKLIN, CARDWELL & JONES
A PROFESSIONAL CORPORATION

By: *Randy Bruchmiller/by Permission*
Gregory N. Jones
MS Bar Card No. 102152
Randy Bruchmiller
MS Bar Card No. 102094
1001 McKinney, 18th Floor
Houston, Texas 77002
(713) 222-6025 (Telephone)
(214) 222-0938 (Telecopier)

Allen R. Vaught
MS Bar Card No. 101695
1700 Pacific Avenue, Suite 1610
Dallas, Texas 75201
(214) 999-1324 (Telephone)
(214) 999-1326 (Telecopier)

**COUNSEL FOR PLAINTIFFS**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 16 2007

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

On this the 11th day of January, 2007, a true and correct copy of the above and foregoing instrument was duly served upon all parties via their counsel of record by depositing the same in the U.S. Mail, proper postage prepaid addressed to all parties on the involved counsel list attached hereto.

*Randy Bruchmiller*
Randy Bruchmiller

Jan-11-2007 10:49am From-FRANKLIN CARDWELL JONES  Case MDL No. 875 Document 4945 Filed 01/26/07 Page 5 of 8  012/015  F-757

Page 1 of 4

# INVOLVED COUNSEL LIST (CTO-272)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

David W. Allen
Goodell, DeVries, Leech & Dann, LLP
One South Street
20th Floor
Baltimore, MD 21202

Mark E. Anderson
Patterson, Dilthey, Clay, Bryson & Anderson
4020 WestChase Boulevard
Suite 550
Raleigh, NC 27607

Joshua H. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Thomas P. Bernier
Segal, McCambridge, Singer & Mahoney, Ltd.
One North Charles Street
Suite 2500
Baltimore, MD 21201

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Janet W. Black
Ward Black, P.A.
208 West Wendover Ave.
Greensboro, NC 27401-1307

Doris T. Bobadilla
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street
Suite 4040
New Orleans, LA 70139

Joel M. Bondurant, Jr.
Haynsworth Sinkler Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

Timothy W. Bouch
Leath, Bouch & Crawford
134 Meeting Street
P.O. Box 59
Charleston, SC 29402-0059

Alan R. Brayton
Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94948

Ashley E. Calhoun
Forman, Perry, Watkins, Krutz & Tardy, PLLC
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Stuart L. Cohen
Rumberger, Kirk & Caldwell
80 S.W. 8th Street
Suite 3000
Miami, FL 33130

S. Christopher Collier
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Keith E. Coltrain
Elmore & Wall, PA
3737 Glenwood Avenue
Suite 100
Raleigh, NC 27612

Andrew C. Coulam
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street
Suite 700
Providence, RI 02903

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Jack Robinson Dodson, III
Bradley, Arant, Rose & White
P.O. Box 1789
Jackson, MS 39215-1789

Maja C. Eaton
Sidley Austin, LLP
One South Dearborn Street
Chicago, IL 60603

Matthew J. Fischer
Schiff Hardin, LLP
6600 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6473

Evelyn M. Fletcher
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Jana Marie Fried
Foley & Mansfield, PLLP
4770 Biscayne Boulevard
Suite 1000
Miami, FL 33137

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Brenda Godfrey
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

INVOLVED COUNSEL LIST (CTO-272) - MDL-875

Page 2 of 4

Vincent L. Greene, IV
Motley Rice, LLC
321 South Main Street, Suite 402
P.O. Box 6067
Providence, RI 02940

S. Robert Hammond, Jr.
Ramsay & Hammond
P.O. Box 16567
Hattiesburg, MS 39404-6567

Robert A. Hannah
Hannah Estes & Ingram, P.A.
37 N. Orange Avenue
Suite 300
P.O. Box 4974
Orlando, FL 32802-4974

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Carol A. Hastings
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 North Charles Street
Baltimore, MD 21201-3804

M. King Hill, III
Venable, LLP
210 Allegheny Avenue
Towson, MD 21204

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Micah Ryan Inlow
Segal, McCambridge, Singer
& Mahoney, Ltd.
One IBM Plaza
Suite 200
330 North Wabash Avenue
Chicago, IL 60611

Clifton Wayne Jefferis
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
200 South Lamar Street
City Centre, Suite 100
P.O. Box 22608
Jackson, MS 39225-2608

Gregory N. Jones
Franklin, Cardwell & Jones
1001 McKinney
18th Floor
Houston, TX 77002

G. Patterson Keahey, Jr.
Law Offices of G. Patterson
Keahey, Jr., PC
One Independence Plaza
Suite 612
Birmingham, AL 35209

Katherine V. Kemp
Holcomb Dunbar, PA
P.O. Drawer 707
Oxford, MS 38655-0707

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Kenneth K. Kyre, Jr.
Pinto, Coates, Kyre & Brown, P.L.L.C.
P.O. Box 4848
Greensboro, NC 27404-4848

Kathleen M. LaBarge
Bice Cole Law Firm
2801 Ponce De Leon Boulevard
Suite 550
Coral Gables, FL 33134

Carter T. Lambeth
Johnson & Lambeth
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Frank E. Lankford, Jr.
Huie, Fernambucq & Stewart
2801 Highway 280 South
Three Protective Center, Suite 200
Birmingham, AL 35223-2484

Teresa Fizardi Lazzaroni
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Craig T. Liljestrand
Hinshaw & Culbertson, LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Steven Andrew Luxton
Edwards, Burns & Krider, LLP
201 N. Charles Street
Suite 1402
Baltimore, MD 21201

Thomas W. Lyons, III
Strauss, Factor, Laing & Lyons
222 Richmond Street
Suite 208
Providence, RI 02903-2914

Edward J. McCambridge
Segal, McCambridge, Singer
& Mahoney, Ltd.
One IBM Plaza
330 North Wabash Avenue
Suite 200
Chicago, IL 60611

James A. McKowen
James F. Humphreys & Associates, LC
United Center
500 Virginia Street, East
Suite 800
Charleston, WV 25301

Robert O. Meriwether
Nelson, Mullins, Riley & Scarborough
P.O. Box 11070
Columbia, SC 29211-0013

William T. Mills, II
Porterfield, Harper, Mills
& Motlow, P.A.
22 Inverness Center Parkway
Suite 500
P.O. Box 530790
Birmingham, AL 35253-0790

INVOLVED COUNSEL LIST (CTO-272) - MDL-875

Cathy Stephens Molchin
Schmidt & Molchin, P.C.
1518 First Financial Plaza
411 Hamilton Boulevard
Peoria, IL 61602

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Nagle, III
Bodie, Nagle, Dolina, Smith & Hobbs
21 W. Susquehanna Avenue
Towson, MD 21204

Kevin G. Owens
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603

Alexandra M. Ozols
Sedgwick, Detert, Moran & Arnold
One Market Plaza Steuart Tower
8th Floor
San Francisco, CA 94105

E. Spencer Parris
Martin & Jones
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

James L. Pattillo
Norman, Wood, Kendrick & Turner
505 20th Street, North
Financial Center, Suite 1600
Birmingham, AL 35203

Ronald G. Peresich
Page, Mannino, Peresich
& McDermott, PLLC
P.O. Drawer 289
759 Vieux Marche' Mall
Biloxi, MS 39533-0289

Keith J. Pflaum
Porterfield, Harper, Mills & Motlow
22 Inverness Center Parkway
Suite 500
P.O. Box 530790
Birmingham, AL 35253-0790

Timothy W. Porter
Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236-2768

Douglas L. Prochnow
Wildman Harrold Allen & Dixon, LLP
225 West Wacker Drive
Suite 3000
Chicago, IL 60606

Simine Bazyari Reed
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Deborah L. Robinson
Robinson Woolson, PA
217 E. Redwood Street
Suite 1500
Baltimore, MD 21202

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Corina E. Salazar
Abbott, Simses & Kuchler
210 East Capitol Street
Suite 1090
Jackson, MS 39201

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Stephen L. Shackelford
2001 Airport Road
Suite 301
Jackson, MS 39232

Frances L. Spinelli
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

David H. Stillman
Stillman & Associates, PC
51 Mill Street
Suite 5
Hanover, MA 02339

Jennifer M. Studebaker
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Jennifer M. Techman
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 200
Atlanta, GA 30305

Mark S. Thomas
Maupin Taylor, PA
3200 Beechleaf Court
Suite 500
P.O. Drawer 19764
Raleigh, NC 27619

Tracy E. Tomlin
Nelson, Mullins, Riley & Scarborough
100 North Tryon Street
Suite 2400
Charlotte, NC 28202-4000

R. Bart Totten
Adler, Pollock & Sheehan
2300 Financial Plaza
Providence, RI 02903

INVOLVED COUNSEL LIST (CTO-272) - MDL-875                    Page 4 of 4

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

J. Jeffrey Trotter
Adams & Reese, LLP
P.O. Box 24297
Jackson, MS 39225-4297

Keith R. Truffer
Royston, Mueller, McLean & Reid
102 W. Pennsylvania Avenue
Suite 600
Towson, MD 21204

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Allen R. Vaught
Franklin, Cardwell & Jones
1700 Pacific Avenue
Suite 1610
Dallas, TX 75214

D. W. Venable
Venable & Venable, P.A.
205 South Hoover Boulevard
Suite 403
Tampa, FL 33609

George E. Wakeman, Jr.
Adler, Cohen, Harvey, Wakeman
 & Guekguezian, LLP
75 Federal Street
10th Floor
Boston, MA 02110

Margaret F. Ward
Moore & Jackson, LLC
305 Washington Avenue
Suite 401
Baltimore, MD 21204

Kirk G. Warner
Smith, Anderson, Blount,
Dorsett, et al.
P.O. Box 2611
2500 Wachovia Capitol Center
Raleigh, NC 27602-2611

Jacob H. Wellman
Teague, Campbell, Dennis & Gorham
4800 Six Forks Road
Suite 300
P.O. Box 19207
Raleigh, NC 27619-9207

Jonathan Robert Werne
Brunini, Grantham, Grower & Hewes
P. O. Drawer 119
Jackson, MS 39205-0119

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406