**MDL 875**

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 16 2007

FILED
CLERK'S OFFICE

| | |
|---|---|
| JOYCE LIMING Personal Representative of the Estate of KENNETH LIMING | * <br> * DIST. DIV. C.A. #MD 1 06-3280 <br> * |
| Plaintiffs | * |
| v. | * |
| ACandS, INC., et al. | * |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF OPPOSITION
### TO CONDITIONAL TRANSFER ORDER

NOW COME Plaintiffs, by their undersigned attorneys, and pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, hereby serves notice of its Opposition to the Conditional Transfer Order in the above captioned matter and requests a hearing. Plaintiffs shall file a Motion to Vacate the Conditional Transfer Order and supporting brief as prescribed under Rule 7.4 (d).

Respectfully Submitted,

/s/ *Gary J. Ignatowski*
Gary J. Ignatowski (#05577)

/s/ *Sean D. Burns*
Sean D. Burns (# 27489)

THE LAW OFFICES OF PETER G. ANGELOS
100 N. Charles Street, 22nd Floor
One Charles Center
Baltimore, Maryland 21201
(410) 649-2000

Attorneys for the Plaintiffs

PLEADING NO. 4946

**OFFICIAL FILE COPY**
IMAGED JAN 1 6 2007