MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 8 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 875*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-272)*

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,570 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

PLEADING NO. 4947

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN 1 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY

IMAGED JAN 1 6 2007

# SCHEDULE CTO-272 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 2 06-1034 | Robert D. Belue, et al. v. A.O. Smith Electrical Products Co., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-6759 | Marie Corbin, et al. v. General Electric Co., et al. |
| **FLORIDA MIDDLE** | |
| FLM 8 06-2115 | Robert E. Powell, et al. v. Owens-Illinois, Inc., et al. |
| **ILLINOIS NORTHERN** | |
| ILN 1 06-3759 | Judy Smith, etc. v. Caterpillar, Inc., et al. |
| **MARYLAND** | |
| ~~MD 1 06-3280~~ | ~~Joyce Liming, etc. v. ACandS, Inc., et al.~~ Opposed 1/16/07 |
| **MISSISSIPPI SOUTHERN** | |
| ~~MSS 1 06-383~~ | ~~Brandon Kaye Polk v. Phillips 66 Co., et al.~~ Opposed 1/16/07 |
| ~~MSS 1 06-384~~ | ~~Daniel Livingston v. Phillips 66 Co., et al.~~ Opposed 1/16/07 |
| MSS 1 06-1088 | Pamela K. Wilbanks, et al. v. A.W. Chesterton Co., et al. |
| ~~MSS 1 06-1146~~ | ~~Ralph T. McPhail v. Phillips 66 Co., et al.~~ Opposed 1/16/07 |
| MSS 1 06-1166 | Robert F. Ashley v. A.W. Chesterton Co., et al. |
| MSS 1 06-1167 | Howard Austin v. A.W. Chesterton Co., et al. |
| MSS 1 06-1168 | Norval V. Beacham, Jr. v. A.W. Chesterton Co., et al. |
| MSS 1 06-1169 | John Conn v. A.W. Chesterton Co., et al. |
| MSS 1 06-1170 | Chester J. Couch v. A.W. Chesterton Co., et al. |
| MSS 1 06-1171 | Marie Davenport, etc. v. A.W. Chesterton Co., et al. |
| MSS 1 06-1172 | Willie Lee Davis v. A.W. Chesterton Co., et al. |
| MSS 1 06-1173 | Michael E. Dunn v. A.W. Chesterton Co., et al. |
| MSS 1 06-1174 | Dave Gray, Jr. v. A.W. Chesterton Co., et al. |
| MSS 1 06-1175 | Eddie Lee Gray v. A.W. Chesterton Co., et al. |
| MSS 1 06-1176 | Jefferson D. Jobe v. A.W. Chesterton Co., et al. |
| MSS 1 06-1177 | George L. Jones v. A.W. Chesterton Co., et al. |
| MSS 1 06-1178 | Vernon R. Martin v. A.W. Chesterton Co., et al. |
| MSS 1 06-1179 | Robert M. Mathes, Sr. v. A.W. Chesterton Co., et al. |
| MSS 1 06-1180 | Daniel M. Roach, Jr. v. A.W. Chesterton Co., et al. |
| MSS 1 06-1181 | Mose Selmon v. A.W. Chesterton Co., et al. |
| MSS 1 06-1182 | Marvin L. Sullivan v. A.W. Chesterton Co., et al. |
| MSS 1 06-1183 | Michael W. Walthall v. A.W. Chesterton Co., et al. |
| MSS 1 06-1184 | Robert Wilson, Jr. v. A.W. Chesterton Co., et al. |
| ~~MSS 1 06-1199~~ | ~~Willie Lee Daniels v. Phillips 66 Co., et al.~~ Opposed 1/16/07 |
| ~~MSS 1 06-1200~~ | ~~Harvey E. Broom v. Phillips 66 Co., et al.~~ Opposed 1/16/07 |
| ~~MSS 1 06-1201~~ | ~~Rolland Dearman v. Phillips 66 Co., et al.~~ Opposed 1/16/07 |
| ~~MSS 1 06-1202~~ | ~~Clinton L. Brady v. Phillips 66 Co., et al.~~ Opposed 1/16/07 |
| ~~MSS 1 06-1203~~ | ~~Deloice Bullock v. Phillips 66 Co., et al.~~ Opposed 1/16/07 |
| ~~MSS 1 06-1204~~ | ~~Eliel K. Mounteer, Sr. v. Phillips 66 Co., et al.~~ Opposed 1/16/07 |
| ~~MSS 1 06-1205~~ | ~~Terry Wallace v. Phillips 66 Co., et al.~~ Opposed 1/16/07 |
| ~~MSS 1 06-1206~~ | ~~Ray C. Rawls v. Phillips 66 Co., et al.~~ Oppose 1/16/07 |

SCHEDULE CTO-272 - TAG-ALONG ACTIONS - MDL-875                                    Page 2 of 2

DIST. DIV. C.A. #            CASE CAPTION

~~MSS 1 06-1207~~            ~~Lonnie Newsom v. Phillips 66 Co., et al.~~ Opposed 1/16/07
~~MSS 1 06-1208~~            ~~George Dixon v. Phillips 66 Co., et al.~~ Opposed 1/16/07
~~MSS 1 06-1209~~            ~~Ted L. Piner v. Phillips 66 Co., et al.~~ Opposed 1/16/07
~~MSS 1 06-1210~~            ~~Henry A. Herring v. Phillips 66 Co., et al.~~ Opposed 1/16/07
~~MSS 1 06-1211~~            ~~Joseph Crawford v. Phillips 66 Co., et al.~~ Opposed 1/16/07
~~MSS 1 06-1212~~            ~~Dan Mack Daughdrill v. Phillips 66 Co., et al.~~ Opposed 1/16/07
~~MSS 1 06-1213~~            ~~Tony N. Thomas v. Phillips 66 Co., et al.~~ Opposed 1/16/07
~~MSS 1 06-1214~~            ~~Patrick Curd v. Phillips 66 Co., et al.~~ Opposed 1/16/07
~~MSS 1 06-1215~~            ~~Louie T. Elmer v. Phillips 66 Co., et al.~~ Opposed 1/16/07

NORTH CAROLINA EASTERN
 NCE 5 06-392               Michael Gutjahr, et al. v. Anchor Packing Co., et al.
 NCE 5 06-466               Cheryle Bass, etc. v. Anchor Packing Co., et al.
 NCE 5 06-477               Donald William Pepper, et al. v. Anchor Packing Co., et al.

NORTH CAROLINA WESTERN
 NCW 1 06-375               Jimmy W. Carter v. 3M Co., et al.
 NCW 1 06-379               Boyd L. Short, et al. v. 3M Co., et al.
 NCW 1 06-380               Eddie W. Westmoreland, et al. v. 3M Co., et al.
 NCW 1 06-382               Loretta E. Humphries, etc. v. 3M Co., et al.

RHODE ISLAND
 RI 1 06-430                Cliff Levitt, etc. v. Asarco, Inc., et al.

WEST VIRGINIA SOUTHERN
 WVS 3 06-1021              Donald E. Salyers v. CSX Transportation, Inc.