MDL875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 29 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-273)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,666 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN 1 7 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY

IMAGED JAN 1 7 2007

# SCHEDULE CTO-273 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **OHIO NORTHERN** | |
| OHN 1 06-10008 | Vivencio E. Zareno v. A-C Product Liability Trust, et al. |
| OHN 1 06-10009 | Michael V. Waz v. A-C Product Liability Trust, et al. |
| **VIRGINIA EASTERN** | |
| VAE 2 06-8986 | James C. Clement v. American Standard, Inc., et al. |
| VAE 2 06-8987 | James A. Kaufman, Jr. v. American Standard, Inc., et al. |
| VAE 2 06-8988 | Merlyn Lyon v. American Standard, Inc., et al. |
| VAE 2 06-8989 | Samuel J. Possee v. American Standard, Inc., et al. |
| VAE 2 06-8990 | Ernest M. Pridemore v. American Standard, Inc., et al. |
| VAE 2 06-8991 | Jesse C. Roberts v. American Standard, Inc., et al. |
| VAE 2 06-8992 | Robert E. Sherman, Jr. v. American Standard, Inc., et al. |
| VAE 2 06-8993 | Cecil C. Milligan v. American Standard, Inc., et al. |
| VAE 2 06-8994 | John L. Snedden, Sr. v. American Standard, Inc., et al. |
| VAE 2 06-8995 | Ronald L. Dever v. American Standard, Inc., et al. |
| VAE 2 06-8996 | Ellen G. White v. American Standard, Inc., et al. |
| VAE 2 06-8997 | Louis A. Likes v. American Standard, Inc., et al. |
| VAE 2 06-8998 | Rex C. Poling v. American Standard, Inc., et al. |
| VAE 2 06-8999 | Roy W. Pritt v. American Standard, Inc., et al. |
| VAE 2 06-9000 | Roy L. Avery v. American Standard, Inc., et al. |
| VAE 2 06-9001 | George G. Fanning v. American Standard, Inc., et al. |
| VAE 2 06-9002 | Raymond J. Gonzales v. American Standard, Inc., et al. |
| VAE 2 06-9003 | Raymond P. Hunt v. American Standard, Inc., et al. |
| VAE 2 06-9004 | Don E. Mast v. American Standard, Inc., et al. |
| VAE 2 06-9005 | James E. Radford v. American Standard, Inc., et al. |
| VAE 2 06-9006 | Charles W. Revelle, Sr. v. American Standard, Inc., et al. |
| VAE 2 06-9007 | Fred A. Scheibe v. American Standard, Inc., et al. |
| VAE 2 06-9008 | Gene E. Thudium v. American Standard, Inc., et al. |
| VAE 2 06-9009 | Warren O. White v. American Standard, Inc., et al. |
| VAE 2 06-9010 | Wayne R. Linnenburger v. American Standard, Inc., et al. |
| VAE 2 06-9011 | Edward C. Marallo v. American Standard, Inc., et al. |
| VAE 2 06-9012 | Eugene J. Richardson v. American Standard, Inc., et al. |
| VAE 2 06-9013 | Martin S. Rodriguez v. American Standard, Inc., et al. |
| VAE 2 06-9014 | Richard E. Wilson v. American Standard, Inc., et al. |
| VAE 2 06-9015 | Robert Bachhofer v. American Standard, Inc., et al. |
| VAE 2 06-9016 | Cornelius Eelman v. American Standard, Inc., et al. |
| VAE 2 06-9017 | Ronald D. Estes v. American Standard, Inc., et al. |
| VAE 2 06-9018 | James R. Goodson v. American Standard, Inc., et al. |
| VAE 2 06-9019 | Lucicus W. Harper v. American Standard, Inc., et al. |
| VAE 2 06-9020 | David R. Horne v. American Standard, Inc., et al. |
| VAE 2 06-9021 | William M. Hurley v. American Standard, Inc., et al. |
| VAE 2 06-9022 | Robert J. Moody v. American Standard, Inc., et al. |
| VAE 2 06-9023 | Lawrence E. Napier v. American Standard, Inc., et al. |
| VAE 2 06-9024 | Dwight L. Wiskur v. American Standard, Inc., et al. |
| VAE 2 06-9025 | Theo M. Cleveland v. American Standard, Inc., et al. |

SCHEDULE CTO-273 - TAG-ALONG ACTIONS - MDL-875                    Page 2 of 3

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| VAE | 2 | 06-9026 | Darrell D. Frank v. American Standard, Inc., et al. |
| VAE | 2 | 06-9027 | Walter L. Lippert v. American Standard, Inc., et al. |
| VAE | 2 | 06-9028 | William H. Monroe, Jr., etc. (Dale Dean Miles) v. American Standard, Inc., et al. |
| VAE | 2 | 06-9029 | Ralph R. Jenkins v. American Standard, Inc., et al. |
| VAE | 2 | 06-9030 | Robert E. Roosevelt v. American Standard, Inc., et al. |
| VAE | 2 | 06-9031 | Joseph L. Smothers v. American Standard, Inc., et al. |
| VAE | 2 | 06-9032 | Carl W. Bowman, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 06-9033 | Carl K. Clemons v. American Standard, Inc., et al. |
| VAE | 2 | 06-9034 | Richard A. Ehlers v. American Standard, Inc., et al. |
| VAE | 2 | 06-9035 | Benny M. Miller v. American Standard, Inc., et al. |
| VAE | 2 | 06-9036 | Jerry A. Brust v. American Standard, Inc., et al. |
| VAE | 2 | 06-9037 | William H. Monroe, Jr., etc. (Byron Sylvanus Northrop) v. American Standard, Inc., et al. |
| VAE | 2 | 06-9038 | Myron V. Owens v. American Standard, Inc., et al. |
| VAE | 2 | 06-9039 | Mary T. Patton v. American Standard, Inc., et al. |
| VAE | 2 | 06-9040 | Harry N. Ponds, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 06-9041 | Carmen J. Tranchito v. American Standard, Inc., et al. |
| VAE | 2 | 06-9042 | Margaret E. Ulen v. American Standard, Inc., et al. |
| VAE | 2 | 06-9043 | Joseph F. Cermak v. American Standard, Inc., et al. |
| VAE | 2 | 06-9044 | Kenneth L. Devault v. American Standard, Inc., et al. |
| VAE | 2 | 06-9045 | Sherman D. Garrett v. American Standard, Inc., et al. |
| VAE | 2 | 06-9046 | Walter L. Gassner, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 06-9047 | Berkley H. Gossett, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 06-9048 | Amos T. Hill v. American Standard, Inc., et al. |
| VAE | 2 | 06-9049 | Veral L. Hines v. American Standard, Inc., et al. |
| VAE | 2 | 06-9050 | Earl D. Jones v. American Standard, Inc., et al. |
| VAE | 2 | 06-9051 | Glynn T. Kaste v. American Standard, Inc., et al. |
| VAE | 2 | 06-9052 | Warren Nelson v. American Standard, Inc., et al. |
| VAE | 2 | 06-9053 | Marion G. Packett v. American Standard, Inc., et al. |
| VAE | 2 | 06-9054 | Francis R. Panzer v. American Standard, Inc., et al. |
| VAE | 2 | 06-9055 | Narciso A. Pena v. American Standard, Inc., et al. |
| VAE | 2 | 06-9056 | Dale A. Pierce v. American Standard, Inc., et al. |
| VAE | 2 | 06-9057 | Samuel D. Shugars v. American Standard, Inc., et al. |
| VAE | 2 | 06-9058 | John T. Tobin v. American Standard, Inc., et al. |
| VAE | 2 | 06-9059 | Jon T. Godfrey v. American Standard, Inc., et al. |
| VAE | 2 | 06-9079 | Thomas B. Rains v. American Standard, Inc., et al. |
| VAE | 2 | 06-9080 | William A. Stringer v. American Standard, Inc., et al. |
| VAE | 2 | 06-9081 | William H. Monroe, Jr., etc. (Michael John Murphy) v. American Standard, Inc., et al. |
| VAE | 2 | 06-9082 | John W. Sargent v. American Standard, Inc., et al. |
| VAE | 2 | 06-9083 | Paul W. Buchanan v. American Standard, Inc., et al. |
| VAE | 2 | 06-9084 | Jess R. Burris v. American Standard, Inc., et al. |
| VAE | 2 | 06-9085 | Kathryn M. Byrne v. American Standard, Inc., et al. |
| VAE | 2 | 06-9086 | Charley C. Chaplin v. American Standard, Inc., et al. |
| VAE | 2 | 06-9087 | Albert Chirillo v. American Standard, Inc., et al. |
| VAE | 2 | 06-9088 | George M. Christ v. American Standard, Inc., et al. |
| VAE | 2 | 06-9089 | Robert G. Christie v. American Standard, Inc., et al. |
| VAE | 2 | 06-9090 | John F. Clark v. American Standard, Inc., et al. |
| VAE | 2 | 06-9091 | Leland T. Evans v. American Standard, Inc., et al. |
| VAE | 2 | 06-9092 | Robert J. Evans v. American Standard, Inc., et al. |
| VAE | 2 | 06-9093 | Harvey D. Lawrence v. American Standard, Inc., et al. |
| VAE | 2 | 06-9094 | Larry G. Mendenhall v. American Standard, Inc., et al. |
| VAE | 2 | 06-9095 | Donald R. Miller v. American Standard, Inc., et al. |
| VAE | 2 | 06-9096 | Merrill J. Price v. American Standard, Inc., et al. |
| VAE | 2 | 06-9097 | Curtis W. Greenlee v. American Standard, Inc., et al. |

SCHEDULE CTO-273 - TAG-ALONG ACTIONS - MDL-875

Page 3 of 3

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| VAE | 2 | 06-9098 | Howard Hale v. American Standard, Inc., et al. |
| VAE | 2 | 06-9099 | Samuel A. Bashor v. American Standard, Inc., et al. |
| VAE | 2 | 06-9100 | Robin C. Darr v. American Standard, Inc., et al. |
| VAE | 2 | 06-9101 | Robert D. McGuire v. American Standard, Inc., et al. |
| VAE | 2 | 06-9102 | Eugene C. Miller v. American Standard, Inc., et al. |