MDL 8750

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (NO. VI)

MDL No. 875 – ASBESTOS PRODUCTS LIABILITY LITIGATION

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 19 2007

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| **CLETUS BREWER** | * | CIVIL ACTION |
| | * | |
| | * | NO. 6-458 |
| **VERSUS** | * | |
| | * | JUDGE BRADY |
| | * | |
| **NOBLE DRILLING CORPORATION ET AL** | * | |
| | * | MAGISTRATE JUDGE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLEADING NO. 4950

### DEFENDANT NOBLE DRILLING CORPORATION'S
### CORPORATE DISCLOSURE STATEMENT

COMES NOW, Defendant Noble Drilling Corporation, who, Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, submits that Noble Drilling Corporation is a wholly owned corporation and no other company owns more than 10 percent of said company.

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE
WILLIAMS & MARTIN

By: _Ronnie Ammann_

DANIEL D. PIPITONE
TX State Bar No. 16024600
RONNIE A. AMMANN
TX State Bar No. 00783543
CHAMBERLAIN, HRDLICKA, WHITE
WILLIAMS & MARTIN
1200 Smith Street, Suite 1400
Houston, TX 77062
Tele: (713) 658-1818; Fax: (713) 658-2553

1

BALDWIN HASPEL, L.L.C.
LANCE J. ARNOLD (No. 18768)
JENA W. SMITH (No. 25255)
1100 Poydras Street, Ste. 2200
New Orleans, LA 70163-2200
Tele: (504) 585-7711; Fax: (504) 585-7751
*Counsel for Noble Drilling Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the DEFENDANT NOBLE DRILLING CORPORATION'S CORPORATE DISCLOSURE STATEMENT has been sent via overnight mail and file via fax to:

The Honorable Michael J. Beck
Clerk, Multidistrict Judicial Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

I further certify that a true and correct copy of the attached document, including attachments, was sent via Certified Mail, Return Receipt Requested and properly addressed to all counsel of record listed below:

Patrick W. Pendley, Esq.
Pendley, Baudin & Coffin, LLP
P. O. Drawer 71
Plaquemine, LA 70764-0071

Gary Bezet
Alicia Wheeler
Alison Benoit
Barrye Panepinto Miyagi
Carol Louise Galloway
Gayla Moncia
Gregory Anding
Robert E. Dille
Kean Miller Hawthorne, D'Armond
McGowan & Jarman
P. O. Box 3513
Baton Rouge, LA 70821-3513



James F. Holmes
Christovich and Kearney
601 Poydras, Ste. 2300
New Orleans, LA 70130-6078

Richard Sulzer
Sulzer & Williams
201 Holiday Blvd., Ste. 335
Covington, LA 70433

Kathleen F. Drew
Adams & Reese
701 Poydras, Ste. 4500
New Orleans, LA 70139

McGready L. Richeson
Lawrence Abbott
Deborah Kuchler
Sarah Iiams
Ernest Foundas
Michael Abraham
Claudia Santoyo
Jennifer Edie
Robert Guidry
Charlotte Livingston
Kendra Duay
ABBOT SIMES & KUCHLER, PC
400 Lafayette Street
Suite 200
New Orleans, LA 70130

I hereby certify to the above on this 16th day of January, 2007.

_____
Ronnie Ammann