JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

JAN 25 2007

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES F. ZETTNER and
JUDY J. ZETTNER,

    Plaintiff(s),

v.

BUFFALO PUMPS INC., et al.,

    Defendant(s).

No. C 06-5905 PJH

**ORDER REMANDING CASE
TO STATE COURT**

Pursuant to the stipulation of the parties and in view of their settlement, this case is remanded to the San Francisco Superior Court. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 11, 2007

PHYLLIS J. HAMILTON
United States District Judge

MDL- 875
RECOMMENDED ACTION

VAC CTO-270    1 action
Approved/Date:

**OFFICIAL FILE COPY**

EXHIBIT A

IMAGED JAN 25 2007