JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 2 5 2007

FILED
CLERK'S OFFICE

**MDL 875**

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Charles F. Zettner, et al. v. Buffalo Pumps, Inc., et al.*, N.D. California,
C.A. No. 3:06-5905

### ORDER VACATING CONDITIONAL TRANSFER ORDER
### AND VACATING THE JANUARY 25, 2007, HEARING SESSION

A conditional transfer order was filed in this action (*Zettner*) on November 3, 2006. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Zettner* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Zettner* was remanded to the San Francisco Superior Court, California, by the Honorable Phyllis J. Hamilton in an order filed on January 11, 2007.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-270" filed on November 3, 2006, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 14, 2006, are VACATED insofar as they relate to this action.

FOR THE PANEL:

*[signature]*

Wm. Terrell Hodges
Chairman

**OFFICIAL FILE COPY**

IMAGED JAN 2 5 2007