MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 26 2007

FILED
CLERK'S OFFICE

PLEADING NO. 4954

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN RE:   ASBESTOS PRODUCTS LIABILITY     MDL DOCKET NO: 875
LITIGATION (NO. VI)

CONDITIONAL TRANSFER ORDER 271

OPPOSITION TO PLAINTIFF'S MOTION TO
VACATE CONDITIONAL TRANSFER ORDER

NOW INTO COURT, through undersigned counsel, comes Defendant, ConocoPhillips Company, successor-in-interest to Phillips Petroleum Company, successor in interest and formerly d/b/a Drilling Specialties Company, (hereinafter, "Defendant" or "ConocoPhillips"), and files this Brief in Opposition to Motion to Vacate Conditional Transfer Order entered by the Judicial Panel on Multidistrict Litigation on December 26, 2006. Previously, a brief has been filed by Noble Drilling, Inc. in Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order. ConocoPhillips adopts herein all of the arguments set forth by Noble Drilling, Inc.

Accordingly, ConocoPhillips respectfully requests that the Panel deny Plaintiff's Motion to Vacate Conditional Transfer Order 271 and transfer this case to the United States District Court for the Eastern District of Pennsylvania, MDL 875.

The *Brewer* case meets all of the statutory requirements for transfer and monition in 28 U.S.C. §1407. Based upon the numerous common questions of fact, the

OFFICIAL FILE COPY

IMAGED JAN 29 2007

2007 JAN 26 A 10:57
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 26 2007

FILED
CLERK'S OFFICE

convenience to the parties and witnesses involved, and the just and efficient prosecution of this action, transfer to MDL 875 is warranted.

Respectfully submitted,

**ADAMS AND REESE LLP**

_Kathleen Drew_
Kathleen F. Drew (#5079)
4500 One Shell Square
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Fax: (504) 566-0210
**Attorneys for ConocoPhillips Company, successor-in-interest to Phillips Petroleum Company, successor in interest and formerly d/b/a Drilling Specialties Company**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order has been served on all counsel of record either by electronic mail, via facsimile, or by placing same in the United States Mail, postage prepaid and properly addressed this 24th day of January, 2007.

_Kathleen Drew_
Kathleen F. Drew

2007 JAN 26 A 10: 57
OFFICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

# PANEL SERVICE LIST (Excerpted from CTO-271)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Cletus Brewer v. Noble Drilling Corp., et al.,* M.D. Louisiana, C.A. No. 3:06-458

Gary A. Bezet
Kean, Miller, Hawthorne,
D'Armond, et al.
One American Place, 22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821-3513

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Kathleen F. Drew
Adams & Reese, LLP
701 Poydras Street, Suite 4500
New Orleans, LA 70139

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street, Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Patrick W. Pendley
Pendley, Baudin & Coffin, LLP
24110 Eden Street
P.O. Box 71
Plaquemine, LA 70765-0071

Daniel Douglas Pipitone
Chamberlain, Harlicka, White,
Williams & Martin
1200 Smith Street, Suite 1400
Houston, TX 77002-4496

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

McGready L. Richeson
Abbott, Simses & Kuchler
400 Lafayette Street, Suite 200
New Orleans, LA 70130

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Jena W. Smith
Baldwin & Haspel
Energy Centre, Suite 2200
1100 Poydras Street
New Orleans, LA 70163

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Richard P. Sulzer
Sulzer & Williams, LLC
201 Holiday Boulevard, Suite 335
Covington, LA 70433

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406