**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 26 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL IN MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

RE:   H. Dean Allison, *et al.* v. Daniel Construction Co., Inc., *et al.*  E.D. Pennsylvania (W.D. North Carolina, C.A. No. 1:00-32)

PLEADING NO. 4955

## MOTION TO VACATE CONDITIONAL REMAND ORDER BY DEFENDANT DANIEL INTERNATIONAL CORPORATION

Defendant Daniel International Corporation, formerly known as Daniel Construction Company, Inc., respectfully moves this Honorable Panel to vacate the Conditional Remand Order entered in the above-referenced matters on December 27, 2006, and submits the accompanying Brief and Exhibits in support thereof.

Respectfully submitted,

_W. David Conner_

Moffatt G. McDonald
W. David Conner
Scott E. Frick
HAYNSWORTH SINKLER BOYD, P.A.
Post Office Box 2048
Greenville, SC 29602
(864) 240-3200

Attorneys for Daniel International Corporation, formerly known as Daniel Construction Company, Inc.

Date:   January 25, 2007

**OFFICIAL FILE COPY**

IMAGED JAN 29 2007

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 26 2007

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL IN MULTIDISTRICT LITIGATION**
**MDL DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

RE:   H. Dean Allison, *et al.* v. Daniel Construction Co., Inc., *et al.*   E.D. Pennsylvania
(W.D. North Carolina, C.A. No. 1:00-32

### BRIEF IN SUPPORT OF MOTION TO VACATE CONDITIONAL REMAND ORDER BY DEFENDANT DANIEL INTERNATIONAL CORPORATION

Defendant Daniel International Corporation, formerly known as Daniel Construction Company, Inc. ("Daniel"), respectfully submits this Brief in Support of its Motion to Vacate the Conditional Remand Order and would show the Panel as follows:

Remand of the above-referenced action will serve against the purposes of 28 U.S.C. § 1407, namely the centralized and coordinated management of pretrial proceedings and the just and efficient conduct of this litigation, as more fully discussed below.

### A.   BACKGROUND OF THE LITIGATION

This action was filed February 16, 2000, in the United States District Court for the District of North Carolina, Western Division, by 561 plaintiffs against Daniel, which was a construction and maintenance contractor, not a manufacturer of asbestos-containing

products.[1] After transfer to the Judicial Panel in Multidistrict Litigation, the plaintiffs' only activity has been numerous amendments to the named plaintiffs in order to substitute estate representatives in the cases of deceased plaintiffs.

On April 26, 2006, the Honorable James T. Giles, United States District Court for the District of Pennsylvania, issued a Notice of Settlement Conference, scheduling 31 of the 561 plaintiffs for Court-directed settlement conferences on July 18 and August 1, 2006 (these dates were later consolidated for the convenience of the Court and counsel to August 8, 2006). On or about June 28, 2006, Daniel's counsel was provided with limited information on the plaintiffs subject to the settlement conference, including work histories and some medical reports.

Prior to the settlement conference of August 8, 2006, Daniel's counsel informed plaintiffs' counsel that it was not in possession of evidence with respect to these plaintiffs demonstrating that work performed by Daniel caused the plaintiffs to be exposed to asbestos. Such information is obviously crucial because the plaintiffs have the burden of demonstrating that Daniel exposed them to asbestos "on a regular basis over some extended period of time in proximity to where the plaintiff actually worked." Lohrmann v. Pittsburgh Corning Crop., 782 F.2d 1156, 1162-63 (4th Cir. 1986). In the absence of any evidence to this effect, Daniel's counsel informed plaintiffs' counsel that it was doubtful that meaningful settlement discussions could be had. See attached letter to Janet Ward Black, dated August 1, 2006 (Exhibit "A"). Plaintiffs' counsel has yet to provide Daniel's counsel with any further information establishing exposure attributable to Daniel pursuant to the relevant standard.

---

[1] It is worth bringing to the Panel's attention the fact that these Plaintiffs have not gone without any relief. Rather, most, if not all, have already received settlement monies from product manufacturers in other actions pending or resolved in a variety of other jurisdictions.

### B. LEGAL CONTENTIONS

#### 1. THESE CASES AGAINST DANIEL PRESENT DIFFERENT ISSUES THAN THOSE TYPICALLY SEEN IN ACTIONS BROUGHT AGAINST MANUFACTURERS.

Given the dearth of information provided about these plaintiffs to defense counsel while their case has been pending in the MDL, and particularly the lack of evidence attributing plaintiffs' exposure to Daniel, continued jurisdiction in the transferee court is necessary and prudent. Maintaining MDL jurisdiction is particularly important given the differences between the typical asbestos case brought against manufacturers and a negligence case brought against contractors, in which a contractor has defenses available to it unavailable to a manufacturer. Unlike a manufacturer, Daniel had no legal obligation to monitor the scientific and medical articles pertaining to asbestos. See Foster v. American Home Products Corp., 29 F.3d 165, 169-170 (4th Cir. 1994) ("The manufacturer's status as an expert means that at a minimum he must keep abreast of scientific knowledge, discoveries, and advances and is presumed to know what is imparted thereby."). Rather, the key question is whether Daniel negligently exposed the plaintiffs to asbestos-containing materials which caused their alleged diseases. This pure negligence standard brings into play several important "state of the art" issues, including Daniel's own reliance on manufacturers to warn of the potential hazards associated with their products; the legal requirements imposed by OSHA beginning in the early 1970s; and, in some cases, Daniel's contractual obligations to use asbestos-containing materials at certain jobsites.

Moreover, while an asbestos-containing product may have been present at a worksite continuously during a plaintiff's period of employment, contractor defendants

typically perform jobs lasting for specific periods of time. Sufficient information must be provided to a contractor defendant, therefore, so that it may ascertain whether it was actually performing work under a contract, at a particular jobsite in the vicinity of the plaintiff, and during the relevant period of time. As of yet, plaintiffs' counsel has failed to provide this crucial information. Since the August 8, 2006, settlement conference, no additional specific worksite information has been provided to counsel for Daniel for any of the 31 plaintiffs which were the subject of that settlement conference and no worksite information has been provided to counsel for Daniel for any of the other 500+ plaintiffs.

The cases against Daniel, therefore, present various issues which do not typically arise in cases brought against manufacturers. Given this reality, it is all the more critical that the plaintiffs produce adequate jobsite exposure and medical information before cases are remanded. This is especially the case here given that the remand is of 561 plaintiffs.

2. **THESE CASES SHOULD NOT BE REMANDED BECAUSE THE COORDINATED PRETRIAL PROCEEDINGS HAVE NOT BEEN COMPLETED UNDER 28 U.S.C. § 1407.**

Continued jurisdiction in the transferee court is proper to further the purpose of 28 U.S.C. § 1407, *i.e.* "to provide centralized management under court supervision of pretrial proceedings of multidistrict litigation to assure the just and efficient conduct of such actions...." In the Matter of New York City Municipal Securities Litigation, 572 F.2d 49 (2nd Cir. 1978) (internal quotation marks omitted). Even though only one action is involved, it arises from the same factual situation, involves numerous plaintiffs who share numerous questions of fact, is part of the morass of asbestos-related litigation

which is the subject of MDL 875, and which requires and benefits from coordinated proceedings. See In re First National Bank, 451 F.Supp. 995 (JPMDL 1978).

As noted above, plaintiffs' counsel has provided only generalized information as to these plaintiffs' worksites. Many of the plaintiffs were employed by Duke Power Company at its various power plants during extended periods of time. Daniel, as a contractor, is unable to determine from the information provided whether it was in fact performing any work at plaintiffs' jobsites during the time of plaintiffs' employment; and whether the plaintiffs were exposed to asbestos because of any work Daniel may have been performing at these job sites during the time of the plaintiffs' employment. From information thus far provided, Daniel's counsel is unable to determine whether Daniel in fact performed work at the plaintiffs' jobsites during the relevant time periods; whether any exposure to asbestos allegedly suffered by plaintiffs is attributed to Daniel; and whether these plaintiffs are actually suffering from any impairment related to their alleged asbestos-related condition. As of yet, sufficient information referenced above has not been provided to Daniel's counsel on the 31 plaintiffs that were the subject of the August 8, 2006, settlement conference, much less on the 561 total plaintiffs that are the subject of this conditional transfer order.

Plaintiffs cannot, therefore, meet the standard imposed by 28 U.S.C. § 1407(a) for remanding cases, which requires that "coordinated pretrial proceedings be concluded." In re Patenaude, 210 F.3d 135, 142 n.4 (3rd Cir. 2000). The key word here is "coordinated." Although various pre-trial issues could certainly occur after the cases were remanded, MDL 875 is the forum specifically designated for coordinated pretrial proceedings. See In re Asbestos Products Liab. Litig., 771 F.Supp. 415 (JPMDL 1991).

Here, plaintiffs' counsel has not provided the information that is necessary to conclude the coordinated pretrial proceedings for this very large group of plaintiffs. Thus, the transferee court's role under § 1407 has not yet been completed. Daniel respectfully submits that a remand of this case, which includes 561 Plaintiffs, would frustrate the purposes of the statute and unnecessarily serve to crowd the docket of the Western District of North Carolina.

Respectfully submitted,

*/s/ W. David Conner*

Moffatt G. McDonald
W. David Conner
Scott E. Frick
HAYNSWORTH SINKLER BOYD, P.A.
Post Office Box 2048
Greenville, SC 29602
(864) 240-3200

Attorneys for Defendants Daniel International Corporation, formerly known as Daniel Construction Company, Inc.

Date:   January 25, 2007

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 2 6 2007

FILED
CLERK'S OFFICE

**SCHEDULE OF ACTIONS**

H. Dean Allison, *et al.* v. Daniel Construction Co., Inc., *et al.*
Pending in U.S. District Court, Western District of North Carolina (Asheville)
Case No. 1:00-32
Assigned to: Judge Lacy H. Thornburg

Plaintiffs:

H. Dean Allison
Thomas M. Ard and wife, Myra F. Ard
Wayne Beheler
Kenneth Ray Blanton and wife, Patsy S. Blanton
Larry K. Broome and wife, Treva E. Broome
Ralph H. Crawford
Hoy V. Cuthbertson
Danny Duckworth
David L. Earls and wife, Deborah P. Earls
Peggy Ellis, Individually and as Personal Representative of the Estate of Banks R. Ellis
Oscar N. Ellis and wife, Nettie Ellis
Ollen J. Farris and wife, Linda Joyce Farris
James D. Faulkner and wife, Christine Faulkner
Cecil F. Foster and wife, Mattie D. Foster
E.F. Greene, Jr.
Homer M. Guffey and wife, Iva T. Guffey
Howard R. Guffey and wife, Gail E. Guffey
Jimmy D. Hodge and wife, Nancy F. Hodge
Jack F. Hollars and wife, Betty Hollars
Iver Oscar Hongisto and wife, Betty S. Hongisto
Buddy R. Humphries and wife, Barbara R. Humphries
John F. Humphries
Larry K. Humphries and wife, Theresa N. Humphries

Ronnie L. Ingle and wife, Christa M. Ingle
Clement ("Ray") Keene and wife, Barbara Jo Deatherage Keene
Tommy G. Kimbrell and wife, Carrie Kimbrell
Matthew T. Lamm and wife, Zara Lamm
Gary Lavender
Clyde McAlister and wife, Mildred J. McAlister
Leon B. Mauncey and wife, Eunice W. Mauncey
Robert L. Mauncey and wife, Teresa Mauncey
Nevert L. Nation and wife, Della B. Nation
Charles B. Parker
Roger B. Pate and wife, Joy W. Pate
Jerry Payne and wife, Denise Payne
Roger D. Phillips
Charles B. Raby and wife, Deanne L. Raby
Jackson J. Smith and wife, Carolyn S. Smith
Timothy R. Smith and wife, Mary J. Smith
Larry Splawn
Lemuel Splawn
Lisa J. Splawn
Gary L. Stout and wife, Martha L. Stout
John D. Teague and wife, Dorothy Lee Phillips Teague
Thomas C. Tipton
James H. Williams and wife, Gladys Williams
Billy H. Boone and wife, Hazel S. Boone

RECEIVED CLERK'S OFFICE
2007 JAN 26 A 11:09
JUDICIAL PANEL ON MULTIDISTRICT

Frank E. Saunders and wife, Marian Saunders
Kenneth Bromelow
John A. Cashatt and wife, Dorothy Cashatt
Lanier Matthews and wife, Ella Matthews
Sara W. Parker, Individually and as Personal Representative of the Estate of Willis L. Parker, Jr.
William L. Strother
John K. Greene and wife, Betty C. Greene
Donald C. Hollis
Jerry M. Bailey
Ernest B. Burton and wife, E. Inez Burton
Willie B. Dover and wife, Rebecca Dover
Earl G. Hess and wife, Mary N. Hess
John D. Hilton and wife Barbara Hilton
Betty J. Huff, Individually and as Personal Representative of the Estate of Floyd C. Huff
Ernest Leverett
Sanford J. Littlejohn and wife, Sara V. Littlejohn
Robert D. McCain
Donald E. Petty and wife, Kassandra W. Petty
Tommy R. Phillips and wife, Elizabeth Phillips
Tony E. Rogers and wife, Patricia
LaDonne Crawford Rogers
Kenneth R. Rushing
Albert C. Smith and wife, Shirley F. Smith
Ray Starnes and wife, Rebecca Starnes
David R. Turner
Lucius Walker, Jr.
James B. Walters and wife, Sarah B. Walters
David R. Whiteside, Sr. and wife, Linda L. Whiteside
James M. Williams
Donald R. Young

Larry Young and wife Jean Young
David Allred and wife, Joyce M. Allred
Arnold R. Floyd and wife, Ruby T. Floyd
Georgia Aldridge, Individually and as Personal Representative of the Estate of Raleigh Aldridge
James E. Ammons
Ray N. Anderson and wife, Dorothea C. Anderson
Steve E. Ashe, and wife Debra Ashe
Reese H. Austin
Robert Lee Baldwin and wife, Lillie M. Baldwin
Robert Keith Baldwin
Fred T. Ballard and wife, Ruth Etta Ballard
Reginald B. Ballard and wife, Nancy C. Ballard
Theodore Ballard, Jr.
Frank H. Barton
Grady H. Beard and wife, Suzy M. Beard
Eugene Beaver and wife, Nita S. Beaver
Gary G. Black and wife, Denise M. Black
Larry E. Blanton and wife, Madgeline Blanton
Harold T. Blythe
Homer R. Blythe and wife, Ann E. Blythe
Ben Bolt and wife, Flora M. Bolt
Floyd J. Bowman
S. Eugene Bracken and wife, Annie J. Bracken
William H. Bradley and wife, Clydean C. Bradley
David K. Brown
Fred C. Bryson and wife, Mary B. Bryson
Willie J. Burt, Jr.
Zeno Franklin Burt and wife, Jacqueline Burt
Cleveland C. Carpenter and wife, Edith G. Carpenter

Allen E. Chapman and wife, Sandra Chapman
John C. Chapman and wife, Iva Lee Chapman
Roger D. Church and wife, Loretta H. Church
James L. Cobb and wife, Rebekah Cobb
David H. Corn and wife, Phyllis Corn
Charles L. Crisp and wife, Linda S. Crisp
Robert H. Crowe and wife, Miriam Crowe
Sharon C. Cobb, Personal Representative of the Estate of Orvil L. Cupp
Conly P. Davis and wife, Linda S. Davis
Fred Davis
Richard D. Day and wife, Diane M. Day
John D. Ezell and wife, Aileen R. Ezell
Carroll D. Fletcher and wife, Sally Fletcher
Boyd M. Franklin and wife, Sandra Franklin
William M. Gaddy, Sr. and wife, Myrtle Gaddy
Clyde C. Galloway and wife, Belle T. Galloway
Herbert Gibson and wife, Kay Marlow Gibson
Elsie Godfrey, Individually and as Personal Representative of the Estate of Willie C. Godfrey
James C. Goforth and wife, Thelma W. Goforth
Joseph B. Goforth, Jr. and wife, Wanda H. Goforth
Claude S. Goodson and wife, Darlene Goodson
Barney Merrill Grant
Robert P. Grant and wife, Doris Grant
Larry W. Gregory
Joe W. Grice and wife, Laura M. Grice
William H. Hall, Jr. and wife Wanda Hall
Willie E. Harron
Thomas B. Heaton and wife, Ella Heaton

James Charlie Henline and wife, Louise W. Henline
Charles T. Hensley and wife, Madge L. Hensley
Jerry Lee Hewell and wife, Janice Hewell
Norman H. Hill and wife, Catherine Hill
Richard L. Hissa and wife, Priscilla Hissa
Faye V. Hoglen
Frank R. Holland and wife, Glenda F. Holland
Henry M. Houghton
Jack B. Hughes and wife, Sarah Hughes
Archie Humphries, Jr. and wife, Margaret M. Humphries
Douglas L. Jarrett and wife, Marilyn Jarrett
James M. Jones and wife, Tammie Jones
James A. Kisner and wife, Brenda G. Kisner
Zeno B. Lancaster and wife, Katherine B. Lancaster
James Lanier and wife, Betty Lanier
Calvin R. Luckey
Clarence Luckey, Sr.
Arthur A. McCall and wife, Edith McCall
Benjamin F. McCall and wife, Donnie V. McCall
Franklin L. McCall and wife, Betty McCall
James D. McCall and wife, Jan McCall
Rufus S. McCall and wife, Margaret McCall
Calvin McCaskill
Sherrell P. McCrary and wife, Velma McCrary
Sylvia G. McCrary and husband, John McCrary
Charles M. McGinnis and wife, Ava P. McGinnis
William P. McKelvey and wife, Fretta McKelvey
James T. Mahoney, Jr. and wife, Brenda Mahoney

Ernest R. Maney and wife, Barbara Maney
Ray E. Martin and wife Judy Horne Martin
Terry N. Martin
Eunice Coleen Mauncey and husband, Leon B. Mauncey
Gene Maxwell
John A. Michael and wife, Betty Michael
Jimmy G. Miller and wife, Linda Miller
Hubert H. Mills and wife, Glinda Mills
Benny L. Mooney and wife, Mildred Mooney
William H. Mooney, Sr. and wife, Billie Jo Mooney
James H. Morris
George H. Newman and wife, Virginia Newman
Ronnie Newton and wife, Susan Newton
Rachel Oaks and husband, Sylvester Oaks
Carrol F. Owens and wife, Cynthia Owens
Mary M. Owen
Phillip E. Owen and wife, Dorothy Owen
Oswald Henry Padgett and wife, Mabel Sue Hamrick Padgett
John A. Peeler and wife, Janice L. Peeler
Roscoe H. Ponder and wife, Grace Ponder
Dennis Joe Pressley and wife, Joyce J. Pressley
Roy L. Ramsey
Jerry E. Reid and wife, Sherri L. Reid
Gerald W. Richards and wife, Susan H. Richards
Joe B. Rogers and wife, June Rogers
Remus Leroy Roper and wife, Shirley Roper
Erwin F. Schmidt and wife, Mary Margaret Quigley Schmidt
Joe Scruggs and wife, Mary Alridge Scruggs
Roger Scruggs and wife, Wanda Kay Davidson Scruggs
Paul D. Seagle and wife, Linda Seagle
Douglas G. Sentelle and wife Cindy Sentelle
Gene A. Shires and wife, Helen Shires
Vance F. Shook
Vance Randall Shook and wife, Bronith Shook
William A. Sieber
Ed James Sitton and wife, Ethel Sitton
Nettie L. Sitton
Bruce Doyle Smith and wife, Delores Smith
John Wesley Smith and wife, Betty M. Smith
Robert A. Smith and wife, Marjorie L. Smith
William E. Smith
Bradley H. Snipes and wife, Eleanor Snipes
Carlos F. Stallings and wife, Carolyn Stallings
Nick W. Starnes and wife, Norma R. Starnes
Frank A. Stevens and wife, Ruby Stevens
Clyde C. Summey and wife, Ruth Summey
Ben J. Tate, Jr. and wife, Mary S. Tate
Betty Tate, Individually and as Personal Representative of the Estate of Ben J. Tate, Sr.
Elena G. Tate, Individually and as Personal Representative of the Estate of Bobby G. Tate
Roger Franklin Thomas and wife, Ella Shinn Thomas
William C. Thomas
Lula K. Tolbert, Individually and as Personal Representative of the Estate of Clyde Lee Tolbert
Jimmy W. Tolodziecki
Eddie Tucker
Juanita W. Watson
Roger C. Weast and wife, Patsy Weast

Freddie W. White and wife, Martha P. White
Charles E. Whitmire and wife, Bobby Jean Whitmire
Albert W. Williams and wife, Carolyn Williams
Thomas J. Woods and wife, Alicia J. Woods
Donnie I. Bailey
Daniel T. Baldwin
Krider F. Barber and wife, Emily S. Barber
Vass A. Barbour, Jr. and wife, Julie P. Barbour
Sarah Jacquelyn Bennett, Individually and as Personal Representative of the Estate of James M. Bennett
Donald Wayne Benson
William S. Black and wife, Vicki Black
Brian D. Bost
Robert F. Bost and wife, Mildred Bost
Eugene H. Brooks and wife, Jacqueline B. Brooks
Gary Lance Brown and wife, Evelyn Brown
Fred Chapman, Sr. and wife, Mary Chapman
Shirley Clark
Shirley Coble, Individually and as Personal Representative of the Estate of Leslie E. Coble
Ronald Dickinson and wife, Nora Dickinson
Hubert E. Freeman, Sr. and wife, Marilyn J. Freeman
Bobby R. Hancock and wife Elna Fay L. Hancock
Denzil R. Heffinger and wife, Betty Mae Heffinger
Franklin G. Helms and wife, Betty G. Helms
Shelby Hewell
Herbert W. Hicks, Jr.
David Holland
Edgar Eugene Homan and wife, Virginia Levell Homan

William Joyce and wife, Patsy F. Joyce
Ray B. Ketchie and wife, Peggy Eller Ketchie
Maggie Krider, Individually and as Personal Representative of the Estate of Thomas Krider
Fraces S. Lackey, Individually and as Personal Representative of the Estate of Paul G. Lackey
Thomas Lee Little and wife, Norma Jean Little
Walter H. Mabe, Jr. and wife, Kathy L. Mabe
Billy Mercer and wife, Carol F. Mercer
Hayden C. Miller and wife, Ronda W. Miller
Carl M. Mixer and wife, Agnes M. Mixer
Harget Franklin Moore and wife, Mamie Elizabeth Moore
Raymond L. Moore
Jerry Ray Mullis and wife, Hazel B. Mullis
Jimmy W. Neal, Sr. and Doreen K. Neal
Robert C. Parker and wife, Helen Parker
O'Neal Prince
Everett L. Quesinberry
J. Aubrey Saunders and wife, Georgia Smith Saunders
Edward J. Slaughter and wife, Sheila Diann Slaughter
Roger D. Smith and wife, Margie P. Smith
Loyd L. Sutton and wife, Margaret H. Sutton
Walter D. Thompson
Anderson Volger and wife, Marie Volger
Kenneth L. Wagner and wife, Carolyn I. Wagner
Robert L. Waller, Sr. and wife, Linda C. Waller
Jimmie G. Watts and wife, Linda Watts
Felix D. Wright and wife, Bessie Wright
James A. Young, Sr. and wife, Sue K. Young

Johnnie Bratten and wife, Kathleen Bratten
Julious H. Green, Sr.
Walter Naylor
Franklin Poole and wife, Shelba Poole
Ralph G. Shaw, Sr. and wife, Georgia Helms Quates Shaw
James W. Thornton and wife, Georgia Thornton
Richard Allen and wife, Dementra Krison Allen
Percy Artis
William P. Artis and wife, Mary Catherine Artis
Patricia Aspray, Individually and as Personal Representative of the Estate of Robert E. Aspray
Helen Beck, Personal Representative of the Estate of Gerald L. Beck, Sr.
Samuel M. Beck and wife, Linda S. Beck
Eddie L. Black and wife, Mary Jo G. Black
William C. Brace and wife, Betty W. Brace
Walter P. Brown and wife, Gladys Brown
Ronner Byers and wife, Frances W. Byers
Carol Jean Bynum, Individually and as Personal Representative of the Estate of Steve W. Bynum
William W. Cameron, Sr. and wife, Etta Cameron
Barney W. Craddock and wife, Ethel Joyce Owens Craddock
Talmadge Crocker
Allen S. Davis
James D. Gillespie and wife, Willa W. Gillespie
Billy R. Hackett and wife, Shirley Hackett
Joeann S. Hancock, Individually and as Personal Representative of the Estate of Marion Hancock
Max Heath and wife, Jessie Heath

Dennis R. Hicks and wife, Patricia J. Hicks
Alton L. Hughes and wife, Lena M. Hughes
Richard Allen Jones and wife, Judy Ann Fink Jones
Robert F. Lynn and wife, Ruth B. Lynn
Hayward B. McAteer and wife, Jeanette R. McAteer
Paul C. McCraw
Lee W. McKeown and wife, Frankie McKeown
James D. Messer and wife, Nancy Marie Messer
Kenneth H. Moree and wife, Lynn D. Moree
Roger D. Paige and wife, Stacie Paige
T. Calvin Parris and wife, Connie S. Parris
Jon Andrew Parrish
Kelly D. Pursley and wife, Sandra S. Pursley
Kenneth G. Smith and wife, Margaret Smith
Frederick Marc Snyder
Sarah B. Walters and husband, James B. Walters
Calvin Wilson and wife, Linda B. Wilson
Linda B. Wilson and husband, Calvin Wilson
Victor E. Yount
Lew Koehler and wife, Pamela Koehler
Tarlie E. Moore and wife, Beulah Moore
Corrine F. Smith and husband, Jerry L. Smith
Timothy L. Caldwell, Personal Representative of the Estate of Mort E. Caldwell
Daniel R. Temple, Personal Representative of the Estate of Carl C. Caldwell

<u>Defendants</u>:

Daniel Construction Company, Inc.
Daniel International Corporation

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 26 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL IN MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

RE:   H. Dean Allison, *et al.* v. Daniel Construction Co., Inc., *et al.*  E.D. Pennsylvania
(W.D. North Carolina, C.A. No. 1:00-32)

### PROOF OF SERVICE

This is to certify that copies of the following pleading:

#### MOTION TO VACATE CONDITIONAL REMAND ORDER AND
#### BRIEF IN SUPPORT OF MOTION TO VACATE CONDITIONAL REMAND ORDER BY
#### DEFENDANTS DANIEL CONSTRUCTION COMPANY, INC. AND DANIEL INTERNATIONAL
#### CORPORATION

was served upon the following counsel by depositing same in the United States Mail, postage prepaid, on January 25, 2007:

JANET WARD BLACK
WARD BLACK, P.A.
208 WEST WENDOVER AVENUE
GREENSBORO, NC 27401
*Attorney for Plaintiffs*

All counsel on Panel Service List attached.

_____
HAYNSWORTH SINKLER BOYD, P.A.

Page 1 of 2

**PANEL SERVICE LIST (Excerpted from CRO)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Steve E. Ashe, et al. v. ACandS, Inc., et al.*, E.D. Pennsylvania
(W.D. North Carolina, C.A. No. 1:99-268)
*H. Dean Allison, et al. v. Daniel Construction Co., Inc., et al.*, E.D. Pennsylvania,
C.A. No. 2:06-68941 (W.D. North Carolina, C.A. No. 1:00-32)

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Janet W. Black
Ward Black, P.A.
208 West Wendover Ave.
Greensboro, NC 27401-1307

Timothy W. Bouch
Leath, Bouch & Crawford
134 Meeting Street
P.O. Box 59
Charleston, SC 29402-0059

Michael J. Brickman
Richardson, Patrick, Westbrook
& Brickman
174 East Bay Street
Charleston, SC 29402

Alexander M. Bullock
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Keith E. Coltrain
Elmore & Wall, PA
3737 Glenwood Avenue
Suite 100
Raleigh, NC 27612

W. David Conner
Haynsworth Sinkler Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

H. Lee Davis, Jr.
Davis & Hamrick, L.L.P.
P.O. Drawer 20039
Winston-Salem, NC 27120-0039

Rodney A. Dean
Dean & Gibson, L.L.P.
Cameron Brown Building
Suite 900
301 S. McDowell Street
Charlotte, NC 28204-2686

Karl F. Edgar
Edgar & Paul
P.O. Box 16099
Chapel Hill, NC 27516

Eric Keith Engelbardt
Clarkson, Walsh, Rheney & Turner
P.O. Box 1509
Greenville, SC 29602

Eric K. Englebardt
Clarkson, Walsh, Rheneys & Thomas
1164 Woodruff Road
P.O. Box 6728
Greenville, SC 29606

C. Michael Evert, Jr.
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

John Herrick
Motley Rice, LLC
P.O. Box 1792
Mt. Pleasant, SC 29465

Jeffrey A. Kadis
Hedrick, Eatman, Gardner
& Kincheloe
6000 Fairview Road
Suite 1000
Charlotte, NC 28230

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Kenneth K. Kyre, Jr.
Pinto, Coates, Kyre & Brown
P.O. Box 4848
Greensboro, NC 27404-4848

Carter T. Lambeth
Johnson & Lambeth
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

PANEL SERVICE LIST (Excerpted from CRO) - MDL-875                                   Page 2 of 2

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Peter J. McKenna
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036-6522

Robert O. Meriwether
Nelson, Mullins, Riley & Scarborough
P.O. Box 11070
Columbia, SC 29211-0013

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Laurie M. Pennison
Hulse & Wanek
512 E. Boston Street
Covington, LA 70433

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

A. Wendel Stout, III
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Jennifer M. Techman
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 200
Atlanta, GA 30305

Mark S. Thomas
Maupin Taylor, PA
3200 Beechleaf Court
Suite 500
P.O. Drawer 19764
Raleigh, NC 27619

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Stephen B. Williamson
Van Winkle, Buck, Wall, Starnes
& Davis, P.A.
11 N. Market Street
P.O. Box 7376
Ashville, NC 28802-7376

| GREENVILLE | CHARLESTON | COLUMBIA | FLORENCE |

**Haynsworth Sinkler Boyd, P.A.**

ATTORNEYS AND COUNSELORS AT LAW

75 BEATTIE PLACE, 11TH FLOOR (29601-2119)
POST OFFICE BOX 2048 (29602-2048)
GREENVILLE, SOUTH CAROLINA
TELEPHONE 864.240.3200
FACSIMILE 864.240.3300
WEBSITE www.hsblawfirm.com

W. DAVID CONNER
DIRECT FAX NUMBER 864/240-3336
DIRECT DIAL NUMBER 864/240-3226
EMAIL DCONNER@HSBLAWFIRM.COM

August 1, 2006

Janet Ward Black
Ward Black Law
208 West Wendover Avenue
Greensboro, NC 27401

Re: MDL Settlement Conference on August 8, 2006

Dear Janet Ward:

Mott McDonald and I will attend the MDL settlement conference in Philadelphia on August 8th on behalf of Daniel International Corporation and we look forward to seeing you there. In reviewing the information you have provided about these cases and thinking about our approach to them, I think it only fair to give you advance notice of a serious concern I have regarding the likelihood of fruitful discussions.

Most of the plaintiffs in this group are deceased. Although plaintiffs' depositions may have been taken prior to their deaths in their products cases, asbestos exposure attributable to Daniel was not specifically discussed. Thus, there is no evidentiary nexus between Daniel and the plaintiffs as it relates to asbestos. Because the case against Daniel is a contractor case, our client insists upon the establishment of exposure to asbestos attributable to Daniel "on a regular basis over some extended period of time in proximity to where the plaintiff actually worked." Lohrmann v. Pittsburgh Corning Corporation, 782 F.2d 1156, 1162-63 (4th Cir. 1986).

You have provided job site information for many of the plaintiffs and some of them actually worked at job sites at which Daniel performed work. However, as I'm sure you understand and as our experience has confirmed over the years as Daniel's counsel, simply because a plaintiff worked at a location at which Daniel performed work does not mean that Daniel caused that plaintiff to be exposed to asbestos. I am not exactly certain how we move beyond this "sticking point" but felt obligated to bring it to your attention before the settlement conference so that you might also be thinking of possible solutions.

Again, we look forward to seeing you in Philadelphia on August 8th.

Very truly yours,

HAYNSWORTH SINKLER BOYD, P.A.

W. David Conner

Cc: Bruce Lassman