MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 29 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (NO. VI)

MDL No. 875 – IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION

(IN RE: CONDITIONAL TRANSFER ORDER CTO-271)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CLETUS BREWER | * | CIVIL ACTION NO. 06-458 |
| VS. | * | JUDGE: BRADY |
| NOBLEDRILLING CORPORATION, et al. | * | MAGISTRATE: RIEDLINGER |

PLEADING NO. 4956

### UNION CARBIDE'S BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER

NOW INTO COURT, comes Defendant Union Carbide Corporation ("Union Carbide), who respectfully requests that Plaintiff's Consolidated Motion to Vacate the Conditional Transfer Order be denied and would further show the Court as follows:

I.

This proceeding falls with the definition of a "tag-along" action pursuant to Rule 1.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. As such transfer to Multidistrict Litigation No. 875 is appropriate pursuant to 28 U.S.C. § 1407(c)(ii).

OFFICIAL FILE COPY

IMAGED JAN 29 2007

{W:\docs\clmatter\588\69261\pleading\00222480.DOC}

1

## II.

In the present action, Plaintiff has filed suit against various Defendants to recover damages resulting from his alleged exposure to asbestos. As Plaintiff summarized in his motion, Plaintiff has sued Defendants, rather unremarkably, for alleged exposure to "raw asbestos while he [Plaintiff] was employed on marine vessels".[1]

## III.

In his brief, Plaintiff asks the Court to vacate the Conditional Transfer Order because this matter involves a single Plaintiff, because his cause of action arose in Louisiana, and because the cost of discovery will increase if the case is transferred to Philadelphia, Pennsylvania.[2] However, these circumstances are no more unique than the circumstances in the tens-of-thousands of other asbestos cases already pending in the court system, and have already been rejected as reasons to vacate transfer.

## IV.

This Panel has previously considered, and rejected, all manner of reasons to vacate transfer, including the reasons articulated by Plaintiff. As this Panel has succinctly stated "the pendency of motions or other matters before the transferor court, the uniqueness of a party's status, the type of defendant, the docket condition of any specific federal district, the stage of pretrial proceedings, the presence of unique claims or additional claims not relating to asbestos personal injury or death, and/or the unanimity of opposition to transfer by the parties to an action, **were considered and rejected by the Panel as grounds for carving out exceptions to**

---

[1]. Plaintiff's Consolidated Motion and Brief to Vacate the Conditional Transfer Order, pg. 2, ¶ 1.
[2]. Plaintiff's Motion to Vacate the Conditional Transfer Order, pgs. 4-5.

{W:\docs\clmatter\588\69261\pleading\00222480.DOC}

2

**transfer in this extraordinary docket**". *In re Asbestos Product Liability Litigation (No. VI)*, 170 F.Supp.2d 1348, 1349 (Jud.Pan.Mult.Lit. 2001).

## V.

This case is quite simply about Plaintiff's alleged exposure to asbestos. It is no more unique than the matter of *Teressa Bell vs. Rowan Companies, Inc.*, 06-785-FJP-DLD, filed by Plaintiff's counsel, pending before the US District Court – Middle District of Louisiana, which involves the same issues -- exposure to asbestos in the oil drilling industry, many of the same Defendants, and which has also been noticed as a potential tag-a-long action. It is no more unique than the matter of *Daniel Melford vs. Peter Territo*, et al., 05-1405, involving the same issues, many of the same Defendants, and which was previously transferred to this Court.

## VII.

All Plaintiffs are unique, but the allegations in their cases are not. If it were sufficient reason to vacate transfer merely because a case involved a single Plaintiff, then Plaintiff's counsel would simply avoid this Panel's jurisdiction by parsing out their cases one-by-one. The cost of discovery cannot be reasonably asserted as grounds to vacate transfer because, regardless of where this case is pending, the discovery will still be conducted by the attorneys in Louisiana. Thus, the transfer will not affect where discovery is conducted or the cost of discovery. Finally, the fact that a cause of action arose in Louisiana is simply not enough of a distinction to defeat jurisdiction for Multi-Panel litigation. If it were, then only cases in Pennsylvania would be pending before this Panel.

## VI.

Accordingly, because this matter involves the issues for which this Judicial Panel was specifically created, Union Carbide submits that the Panel should transfer this suit for consolidation with Multidistrict Litigation No. 875 (asbestos) in the Eastern District of Pennsylvania.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 29 2007

FILED
CLERK'S OFFICE

Respectfully Submitted,

**ABBOTT, SIMSES & KUCHLER, PLC**

Lawrence E. Abbott, T.A. (La. Bar No. 2276)
Deborah D. Kuchler, T.A. (La. Bar No. 17013)
Sarah E. Iiams, T.A. (La. Bar No. 22418)
McGready L. Richeson, T.A. La. Bar No. 29398)
Ernest G. Foundas (La. Bar No. 24419)
Michael H. Abraham (La. Bar No. 2915)
Charlotte P. Livingston (La. Bar No. 26894)
Kendra L. Duay (La. Bar No. 25652)
400 Lafayette Street – Suite 200
New Orleans, LA 70130
Telephone: (504) 568-9393
Facsimile: (504) 524-1933
**Attorneys for Defendant,
Union Carbide Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Brief was sent via U.S. Mail, First Class Postage Prepaid, on this 25th day of January, 2007, properly addressed to the attached Panel Service List and via electronically to all counsel of record.

McGready L. Richeson

# INVOLVED COUNSEL LIST (CTO-271)
# DOCKET NO. 875
# IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

A. Todd Brown
Hunton & Williams, LLP
Bank of America Plaza
101 Sout Tryon Street
Suite 3500
Charlotte, NC 28280

Gary A. Bezet
Kean, Miller, Hawthorne,
D'Armond, et al.
One American Place
22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821-3513

Mark E. Anderson
Patterson, Dilthey, Clay, Bryson
& Anderson
4020 WestChase Boulevard
Suite 550
Raleigh, NC 27607

Dennis F. Cantrell
Bingham McHale, LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-4900

Janet W. Black
Ward Black, P.A.
208 West Wendover Ave.
Greensboro, NC 27401-1307

Robert M. Arentson, Jr.
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

David W. Allen
Goodell, DeVries, Leech & Dann
One South Street
20th Floor
Baltimore, MD 21202

Lisa N. Busch
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

James F. Archibald, III
Bradley, Arant, Rose & White
P.O. Box 830709
Birmingham, AL 35283-0709

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607

Brian M. Blythe
Bradley, Arant, Rose & White
1819 Fifth Avenue, North
Birmingham, AL 35203-2119

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Joel M. Bondurant, Jr.
Haynsworth Sinkler Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

S. Allen Baker, Jr.
Balch & Bingham LLP
P.O. Box 306
Birmingham, AL 35201-0306

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Timothy W. Bouch
Leath, Bouch & Crawford
134 Meeting Street
P.O. Box 59
Charleston, SC 29402-0059

Robert R. Baugh
Sirote & Permutt, P.C.
2222 Arlington Avenue South
P.O. Box 55727
Birmingham, AL 35255

Susan Coco
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

John C. Babione
Mitchell, Hurst, Jacobs & Dick
152 E. Washington Street
Indianapolis, IN 46204

William T. Causby
Nelson, Mullins, Riley & Scarborough, LLP
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Brian C. Bossier
Blue Williams, LLP
3421 N. Causeway Boulevard
9th Floor
Metairie, LA 70002

Michael T. Bartley
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Michael Jason Clayton
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Alan R. Brayton
Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94948

John D. Cole
Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.
400 West Trade Street
Charlotte, NC 28202

Ann Terrell Dorsett
Helms, Mulliss & Wicker
201 N. Tryon Street
Charlotte, NC 28202

T. Hunt Cole, Jr.
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Geoffrey S. Gavett
Gavett & Datt, P.C.
15850 Crabbs Branch Way
Suite 180
Rockville, MD 20855

David M. Duke
Young, Moore & Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622-1330

John F. Conley
Glasser & Glasser, P.L.C.
Crown Center Building
Suite 600
580 East Main Street
Norfolk, VA 23510-2212

Walter T. Gilmer Jr.
McDowell, Knight, Roedder & Sledge
P.O. Box 350
Mobile, AL 36601

Gary W. Fillingim
Edward B. McDonough, Jr., P.C.
P.O. Box 1943
Mobile, AL 36633

Keith L. Gates
Abbott, Simses & Kuchler
210 East Capitol Street
Suite 1090
Jackson, MS 39201

Kathleen F. Drew
Adams & Reese, LLP
701 Poydras Street
Suite 4500
New Orleans, LA 70139

Keith E. Coltrain
Elmore & Wall, PA
P.O. Box 10937
Raleigh, NC 27605

E. Pennock Gheen
Bullivant, Houser, Bailey, et al.
2400 Westlake Office Tower
1601 Fifth Avenue
Seattle, WA 98101

Andrea L. Edney
Brunini, Grantham, Grower & Hewes
248 East Capitol Street
P.O. Box 119
Jackson, MS 39205-0119

Langdon M. Cooper
Mullen, Holland & Cooper, P.A.
P.O. Box 488
301 S. York Street
Gastonia, NC 28053-0488

Richard S. Glasser
Glasser & Glasser, P.L.C.
Crown Center Building
Suite 600
580 East Main Street
Norfolk, VA 23510

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Cheryl A. Danner
Sheffer Law Firm, LLC
101 South Fifth Street
Suite 1600
Louisville, KY 40202

H. Lee Davis, Jr.
Davis & Hamrick, L.L.P.
P.O. Drawer 20039
Winston-Salem, NC 27120-0039

William Pearce Davis
Baker, Ravenel & Bender
P.O. Box 8057
Columbia, SC 29202

Timothy Andrew Dillon
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

Michael C. Griffin
McGuire Woods, LLP
100 North Tryon Street
Suite 2900
Charlotte, NC 28202

Melissa K. Habeck
Forsberg & Umlauf
900 4th Avenue
Suite 1700
Seattle, WA 98164-1039

Evelyn M. Fletcher
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Shannon S. Frankel
Young, Moore & Henderson, P.A.
3101 Glenwood Avenue
Suite 200
Raleigh, NC 27612

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Ronald C. Gardner
Gardner, Bond, Trabolsi, McDonald
& Clement
2200 Sixth Avenue, Suite 600
Seattle, WA 98121

James E. Horne
Kingman, Peabody, Pierson
& Fitzharris
505 Madison Street
Suite 300
Seattle, WA 98104-1138

James G. House, III
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Frances K. Hardage
Allred Law Firm
P.O. Box 3828
Jackson, MS 39207-3828

Scott Harford
Lynch Daskal Emery, LLP
264 West 40th Street
New York, NY 10018

Anthony C. Harlow
Starnes & Atchison, LLP
100 Brookwood Place
Seventh Floor
P.O. Box 598512
Birmingham, AL 35259

James A. Harris, III
Harris & Harris, LLP
Colonial Bank Building, Suite 450
2501 20th Place, South
Birmingham, AL 35223

Josephine H. Hicks
Parker, Poe, Adams & Bernstein
Three Wachovia Center
401 South Tryon Street
Suite 3000
Charlotte, NC 28202

M. King Hill, III
Venable, LLP
210 Allegheny Avenue
Towson, MD 21204

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

John B. Isbister
Tydings & Rosenberg, LLP
100 East Pratt Street
26th Floor
Baltimore, MD 21202

Robert Jacobs
Jacobs & Crumplar, P.A.
P.O. Box 2223
Wilmington, DE 19899

Michael E. Kaemper
Atkinson & Thal
201 Third Street, N.W.
#1850
Albuquerque, NM 87102

Jennifer J. Kalas
Hinshaw & Culbertson
222 Indianapolis Blvd
Suite 202
Schererville, IN 46375

G. Patterson Keahey, Jr.
Law Offices of
G. Patterson Keahey, Jr., PC
One Independence Plaza
Suite 612
Birmingham, AL 35209

Christopher J. Keale
Sedgwick, Detert, Moran & Arnold
Three Gateway Center
100 Mulberry Street - 12th Floor
Newark, NJ 07102

N:\docs\clmatter\588\69261\misc\00222893.DOC]

John J. Laffey
Whyte Hirschboeck Dudek
555 E Wells St - Ste 1900
Milwaukee, WI 53202-3819

Carter T. Lambeth
Johnson & Lambeth
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

Daphne M. Lancaster
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Frank E. Lankford, Jr.
Huie, Fernambucq & Stewart
2801 Highway 280 South
Three Protective Center, Suite 200
Birmingham, AL 35223-2484

Teresa Fizardi Lazzaroni
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Gary Allen Lee
Lee, Futrell & Perles, LLP
201 St. Charles Avenue
Suite 4120
New Orleans, LA 70170-4120

Daniel M. Long
Locke Reynolds, LLP
201 North Illinois Street
Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961

Robert J. Lynott
Thomas & Libowitz
100 Light Street
Suite 1100
Baltimore, MD 21202-1053

Genevieve MacSteel
McGuireWoods, LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105

Moffatt Grier McDonald
Haynsworth Sinkler Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602

Kimberly P. Mangum
Barfield & Associates
P.O. Drawer 3979
233 East Capitol Street
Jackson, MS 39207-3979

Megan Trocki Mantzavinos
Marks, O'Neill, O'Brien & Courtney
913 North Market Street
Suite 800
Wilmington, DE 19801

Bruce B. Marr
McKenna Storer
33 N Lasalle Street, Suite 1400
Chicago, IL 60602-2610

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
Commerce Place
20th Floor
One South Street
Baltimore, MD 21202

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Nagle, III
Bodie, Nagle, Dolina, Smith & Hobbs
21 W. Susquehanna Avenue
Towson, MD 21204

Jeremy W. North
North & Cobb, P.A.
7313 York Road
Towson, MD 21204

Robert L. Norton
Jones & Granger
10000 Memorial Drive
Suite 888
P.O. Box 4340
Houston, TX 77210-4340

Richard P. O'Leary
McCarter & English, L.L.P.
245 Park Avenue
27th Floor
New York, NY 10022

De Martenson
Huie Fernambucq & Stewart, LLP
2801 Highway 280 South
Birmingham, AL 35223

John Michael Mattingly
Steven Rizzo, PC
Lincoln Place, Suite 350
1620 S.W. Taylor Street
Portland, OR 97205

Jonathan L. Parshall
Murphy, Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE 19805

Donald C. Partridge
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

Timothy Peck
Smith Moore, LLP
P.O. Box 21927
Greensboro, NC 27420

Robert H. Pedersen
Watkins & Eager
P. O. Box 650
Jackson, MS 39205

Patrick W. Pendley
Pendley, Baudin & Coffin, LLP
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70764-0071

David T. Owens
Hunton & Williams, LLP
1601 Bryan Street
30th Floor
Dallas, TX 75201

Lynne M. Parker
Hollstein, Keating, Cattell, et al.
12th & Orange St.
Suite 730
One Commerce Center
Wilmington, DE 19801

E. Spencer Parris
Martin & Jones
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Steven J. Parrott
Dehay & Elliston, LLP
36 S. Charles Street
13th Floor
Baltimore, MD 21201

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

William Rutzick
Schroeter, Goldmark & Bender
500 Central Building
810 Third Avenue
Seattle, WA 98104

Richard P. Salloum
Franke, Rainey & Salloum
P. O. Drawer 460
Gulfport, MS 39502-0460

Steven R. Penn
Penn Rakauski
927 Main Street
Racine, WI 53403

Carl E. Pierce, II
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Daniel Douglas Pipitone
Chamberlain, Harlicka, White,
Williams & Martin
1200 Smith Street
Suite 1400
Houston, TX 77002-4496

Christopher M. Placitella
Cohen, Placitella & Roth
115 Maple Avenue
Red Bank, NJ 07701

Timothy W. Porter
Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236-2768

Stacey L. Sims
Morris, Sakalarios & Blackwell, PLLC
1817 Hardy Street
Hattiesburg, MS 39401

Christian J. Singewald
White & Williams, LLP
824 Market Street
Suite 902
P.O. Box 709
Wilmington, DE 19899

N:\docs\clmatter\588\69261\misc\00222893.DOC}

Thomas C. Sattler
Wolfe, Snowden Law Firm
1248 O Street
Suite 830, Wells Fargo Center
Lincoln, NE 68508

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Joseph A. Sherman
Bruini, Grantham, Grower & Hewes
P.O. Box 119
Jackson, MS 39205-0119

Jason T. Shipp
Goldberg, Persky & White, PC
1030 Fifth Avenue, Third Floor
Pittsburgh, PA 15219

Chadwick Lester Shook
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

E. Terry Sibbernsen
Sibbernsen, Strigenz Law Firm
8805 Indian Hills Drive
#325
Omaha, NE 68124

Jena W. Smith
Baldwin & Haspel
Energy Centre, Suite 2200
1100 Poydras Street
New Orleans, LA 70163

Frances L. Spinelli
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Steven F. Stanaszak
Whyte Hirschboeck Dudek Sc
555 E Wells St - Ste 1900
Milwaukee, WI 53202-3819

William B. Stewart
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Matthew R. Straus
Weiner & Lesniak, LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788

Richard P. Sulzer
Sulzer & Williams, LLC
201 Holiday Boulevard
Suite 335
Covington, LA 70433

Keith R. Truffer
Royston, Mueller, McLean & Reid
102 W. Pennsylvania Avenue
Suite 600
Towson, MD 21204

Beth E. Valocchi
Valocchi & Sasso, P.A.
1200 Pennsylvania Avenue
Suite 303
Wilmington, DE 19806

Mary W. Van Slyke
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Jeffrey A. Varas
Varas & Morgan
P.O. Box 886
Hazlehurst, MS 39083

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Allen D. Vaughan
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607-5308

Michael A. Vercher
Christian & Small, LLP
505 North 20th Street
Suite 1800
Birmingham, AL 35203-2696

Frank J. Swarr
Landry & Swarr
1010 Common Street
Suite 2050
New Orleans, LA 70112

Margaret F. Ward
Moore & Jackson, LLC
305 Washington Avenue
Suite 401
Baltimore, MD 21204

Kirk G. Warner
Smith, Anderson, Blount, Dorsett, et al.
P.O. Box 2611
2500 Wachovia Capitol Center
Raleigh, NC 27602-2611

William L. Waudby
Baker, Donelson, Bearman, Caldwell & Berkowitz PC
420 North 20th Street
SouthTrust Tower, Suite 1600
Birmingham, AL 35203-5202

Michael C. Weber
LeBlanc & Waddell, LLC
6955 Perkins Road
Suite 100
Baton Rouge, LA 70808

Jacob H. Wellman
Teague, Campbell, Dennis & Gorham
4800 Six Forks Road
Suite 300
P.O. Box 19207
Raleigh, NC 27619-9207

H. Thomas Wells, Jr.
Maynard Cooper & Gale PC
2400 AmSouth Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

Rose Marie Wade
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Michael Waller
Kirkpatrick Lockhart Nicholson
& Graham, LLP
One Newark Center
10th Floor
Newark, NJ 07102

Laura DeVaughn Goodson
Forman, Perry, Watkins, Krutz
& Tardy
P.O. Box 22608
Jackson, MS 39225-2608

William M. Graham
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Daniel J. Kelly
Haight, Brown & Bonesteel
71 Stevenson Street
20th Floor
San Francisco, CA 94105-2981

James G. Kennedy
Pierce, Herns, Sloan & McLeod
The Blake House
321 East Bay Street
P.O. Box 22437
Charleston, SC 29413

Kenneth L. Weltz
Lathrop & Gage, L.C.
10851 Mastin Blvd.
Building 82, Suite 1000
Overland Park, KS 66210-1669

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Paul A. Weykamp
Law Offices of Paul A. Weykamp
16 Stenersen Lane
Suite 2
Hunt Valley, MD 21030

Frank J. Gordon
Millberg Gordon & Stewars, PLLC
1101 Haynes Street
Suite 104
Raleigh, NC 27604

Robert V. Greenlee
Forman, Perry, Watkins, Krutz
& Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Katherine V. Kemp
Holcomb Dunbar, PA
P.O. Drawer 707
Oxford, MS 38655-0707

Kristi D. Kennedy
Currie, Johnson, Griffin, Gaines
& Myers
P.O. Box 750
Jackson, MS 39205-0750

Richard J. Keshian
Kilpatrick & Stockton, LLP
1001 W. Fourth Street
Winston-Salem, NC 27101

Timothy W. Knight
Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243

Donald A. Krispin
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
645 Griswold St.
Detroit, MI 48226

Ana Marina McCann
Marshall, Dennehey, Warner, Coleman
& Goggin
1220 N. Market Street, 5th Floor
P.O. Box 888
Wilmington, DE 19899

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607

Edward Bailey McDonough, Jr.
Edward B. McDonough, Jr., P.C.
P.O. Box 1943
Mobile, AL 36633

Willard J. Moody, Jr.
Moody, Strople, Kloeppel, et al.
500 Crawford Street
Commerce Bank Bldg., Suite 300
P.O. Box 1138
Portsmouth, VA 23705

Claire Williams Ketner
Brunini, Grantham, Grower & Hewes
P.O. Drawer 119
Jackson, MS 39205-0119

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Matthew P. Lachaussee
Dogan & Wilkinson, PLLC
P.O. Box 1618
Pascagoula, MS 39568-1618

Damon G. McClain
Sedgwick, Detert, Moran & Arnold
One Market Plaza
Steuart Tower
8th Floor
San Francisco, CA 94105

Garvan F. McDaniel
Bifferato Gentilotti Biden & Balick
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

William T. Mills, II
Porterfield, Harper, Mills & Motlow
22 Inverness Center Parkway
Suite 500
P.O. Box 530790
Birmingham, AL 35253-0790

Lacey M. Moore
Nexsen, Pruet, Adams, Kleemeier
201 South Tryon Street
Suite 1200
Charlotte, NC 28202

N:\docs\clmatter\588\69261\misc\00222893.DOC}

R. Stan Morris
Cartee & Morris, LLC
P.O. Box 59767
Birmingham, AL 35259

Richard S. Ranieri
Weber Gallagher, et al.
33 Washington Street
Suite 1005
Newark, NJ 07102

Mark L. Reardon
Elzufon Austin Reardon Tarlov
& Mondell, PA
300 Delaware Avenue
Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630

Simine Bazyari Reed
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

McGready L. Richeson
Abbott, Simses & Kuchler
400 Lafayette Street
Suite 200
New Orleans, LA 70130

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Jennifer M. Techman
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 200
Atlanta, GA 30305

Steven J. Pugh
Richarson, Plowden, Carpenter
& Robinson, PA
P.O. Drawer 7788
Columbia, SC 29202

Hilary G. Reagin
Hissey, Kientz & Herron, PLLC
16800 Imperial Valley Drive
Suite 130
Houston, TX 77060

F. Grey Redditt, Jr.
Vickers, Riis, Murray & Curran
P.O. Drawer 2568
Mobile, AL 36652-2568

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Deborah L. Robinson
Robinson Woolson
217 E. Redwood Street
Suite 1500
Baltimore, MD 21202

Michael A. Tanenbaum
Sedgwick, Detert, Moran & Arnold, LLP
Three Gateway Center
12th Floor
Newark, NJ 07102

Mark S. Thomas
Maupin, Taylor, PA
Highwoods Tower One
3200 Beechleaf Court, Suite 500
P.O. Drawer 19764
Raleigh, NC 27619-9764

Nathan Michael Thompson
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Tracy E. Tomlin
Nelson, Mullins, Riley & Scarborough
100 North Tryon Street
Suite 2400
Charlotte, NC 28202-4000

David L. Trewolla
Dogan & Wilkinson, PLLC
P.O. Box 23062
Jackson, MS 39225-3062

Stephen B. Williamson
Van Winkle, Buck, Wall, Starnes
& Davis, P.A.
11 N. Market Street
P.O. Box 7376
Ashville, NC 28802-7376

Natasha L. Wilson
Lightfoot, Franklin & White
The Clark Building
400 20th Street North
Birmingham, AL 35203

Shane C. Youtz
Youtz & Valdez, PC
900 Gold Avenue, SW
Albuquerque, NM 87102

I. Timothy Zarsadias
Dean & Gibson, L.L.P.
Cameron Brown Building
Suite 900
301 South McDowell Street
Charlotte, NC 28204-2686

Karen L. Tidwall
Whyte Hirschboeck Dudek
555 E Wells St - Ste 1900
Milwaukee, WI 53202-3819

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Allan R. Wheeler
Burr & Forman
Suite 3100
South Trust Tower
420 North 20th Street
Birmingham, AL 35203

Gordon P. Wilson
Lugenbuhl, Wheaton, et al.
601 Poydras Street
Suite 2775
New Orleans, LA 70130

Richard F. Yarborough, Jr.
Smith, Reeves & Yarborough
6360 I-55 North
Suite 201
Jackson, MS 39211

John Anthony Zaloom
Moore & Van Allen, PLLC
430 Davis Drive
Suite 500
P.O. Box 13706
Research Triangle PA, NC 27705-4658

David Foxwell Albright, Sr.
Law Offices of David F. Albright
1122 Kenilworth Drive
Suite 500
Baltimore, MD 21202

Joshua H. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103