JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 31 2007

FILED
CLERK'S OFFICE

**MDL 875**

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Steve E. Ashe, et al. v. ACandS, Inc., et al.*, E.D. Pennsylvania (W.D. North Carolina, C.A. No. 1:99-268)

### ORDER LIFTING STAY OF CONDITIONAL REMAND ORDER

On December 27, 2006, the Panel filed an order conditionally remanding to the Western District of North Carolina all claims except the severed claims for punitive or exemplary damages in this action (*Ashe*). Prior to expiration of that order's 15-day stay of transmittal, defendant Amchem Products, Inc., (Amchem) filed a notice of opposition to the proposed remand. Amchem subsequently failed to file the required motion and brief to vacate the conditional remand order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional remand order filed on December 27, 2006, is LIFTED. All claims except the severed claims for punitive or exemplary damages in this action are remanded to the Western District of North Carolina.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED JAN 31 2007