**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 13 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL IN MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

RE:   H. Dean Allison, *et al.* v. Daniel Construction Co., Inc., *et al.*  E.D. Pennsylvania (W.D. North Carolina, C.A. No. 1:00-32

## CORPORATE DISCLOSURE STATEMENT

Defendant Daniel International Corporation, formerly known as Daniel Construction Company, Inc., is wholly owned by Fluor Corporation, a publicly held corporation.

Respectfully submitted,

_____
Moffatt G. McDonald
W. David Conner
Scott E. Frick
HAYNSWORTH SINKLER BOYD, P.A.
Post Office Box 2048
Greenville, SC 29602
(864) 240-3200

Attorneys for Daniel International Corporation, formerly known as Daniel Construction Company, Inc.

Date:   February 5, 2007
0

PLEADING NO. 4963

**OFFICIAL FILE COPY**

IMAGED FEB 1 5 2007