**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED**

**FEB. 14, 2007**

**JEFFERY N. LÜTHI
CLERK OF THE PANEL**

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL*

## HEARING SESSION ORDER

IT IS ORDERED that on March 29, 2007, a hearing session will be held in San Antonio, Texas, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

SCHEDULE OF MATTERS FOR HEARING SESSION
March 29, 2007 -- San Antonio, Texas


**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**


MDL-1800 -- In re Michael L. Buesgens Litigation

Motion of plaintiff Michael L. Buesgens for centralization of the following actions in the United States District Court for the District of District of Columbia:

District of District of Columbia

*Michael L. Buesgens v. Charles E. Brown, et al.*, C.A. No. 1:06-1964

Western District of Texas

*Michael L. Buesgens v. United States of America, et al.*, C.A. No. 1:06-967
*Michael L. Buesgens v. Donald Ray Tawney*, Bky. Advy. No. 1:06-1248


MDL-1825 -- In re Midland National Life Insurance Co. Sales Practices Litigation

Motion of plaintiff Mary H. Bendzak for centralization of the following actions in the United States District Court for the Southern District of Iowa:

Central District of California

*John G. Migliaccio, et al. v. Midland National Life Insurance Co., et al.*,
   C.A. No. 2:06-1007

District of Hawaii

*Leatrice C. Yokoyama, et al. v. Midland National Life Insurance Co.*, C.A. No. 1:05-303

Southern District of Iowa

*Mary H. Bendzak v. Midland National Life Insurance Co.*, C.A. No. 4:05-649

Schedule of Matters for Hearing Session, Section A      p. 2
San Antonio, Texas

## MDL-1826 -- In re Graphics Processing Units Antitrust Litigation

Motion of plaintiffs Henry Truong, Trong Nguyen, Judd Eliasoph, and Stephanie Truong for centralization of the following actions in the United States District Court for the Northern District of California:

### Central District of California

*Bryan Schindelheim v. Advanced Micro Devices, Inc., et al.*, C.A. No. 2:06-7803

### Northern District of California

*Henry Truong v. Nvidia Corp., et al.*, C.A. No. 3:06-7417
*Trong Nguyen v. Nvidia Corp., et al.*, C.A. No. 3:06-7418
*Judd Eliasoph v. Nvidia Corp., et al.*, C.A. No. 3:06-7449
*Stephanie Truong v. Nvidia Corp., et al.*, C.A. No. 3:06-7451
*Rhonda Aldrich v. Nvidia Corp., et al.*, C.A. No. 3:06-7494
*Justus Austin v. Nvidia Corp., et al.*, C.A. No. 3:06-7526

## MDL-1827 -- In re TFT-LCD (Flat Panel) Antitrust Litigation

Motion of plaintiffs Judd Eliasoph, Jo Nash, Will Henderson, Jamie Maites, Henry Truong, Arthur Sorokin, Amy Forlan, and Stephanie Truong for centralization of certain of the following actions in the United States District Court for the Northern District of California and motion of plaintiff Roberta Harrell for centralization of the following actions in the United States District Court for the District of New Jersey:

### Northern District of California

*Judd Eliasoph v. LG Philips LCD Co., Ltd., et al.*, C.A. No. 3:06-7588
*Jo Nash v. LG Philips LCD Co., Ltd., et al.*, C.A. No. 3:06-7601
*Will Henderson v. LG Philips LCD Co., Ltd., et al.*, C.A. No. 3:06-7609
*Jamie Maites v. LG Philips LCD Co., Ltd., et al.*, C.A. No. 3:06-7638
*Henry Truong v. LG Philips LCD Co., Ltd., et al.*, C.A. No. 3:06-7639
*Crago Corp. v. Samsung Electronics Co., Ltd., et al.*, C.A. No. 3:06-7644
*Robert Kerson v. LG Philips LCD Co., Ltd., et al.*, C.A. No. 3:06-7678
*Karen Brock v. LG Philips LCD Co., Ltd., et al.*, C.A. No. 3:06-7679
*Ari Hakim v. LG Philips LCD Co., Ltd., et al.*, C.A. No. 3:06-7699
*Arthur Sorokin v. LG Philips LCD Co., Ltd., et al.*, C.A. No. 4:06-7600

Schedule of Matters for Hearing Session, Section A                    p. 3
San Antonio, Texas


MDL-1827 (Continued)


### Northern District of California (Continued)

*Amy Forlan v. LG Philips LCD Co., Ltd., et al.*, C.A. No. 4:06-7602
*Stephanie Truong v. LG Philips LCD Co., Ltd., et al.*, C.A. No. 4:06-7640
*Frederick Rozo v. LG Philips LCD Co., Ltd., et al.*, C.A. No. 4:06-7693

### District of New Jersey

*Nathan Muchnick, Inc. v. Sharp Corp., et al.*, C.A. No. 2:06-6107
*Roberta Harrell v. LG Philips LCD Co., Ltd., et al.*, C.A. No. 2:06-6190
*Richard A. Markham v. LG Philips LCD Co., Ltd., et al.*, C.A. No. 2:06-6191

### Eastern District of New York

*Chris Ferencsik v. LG Philips LCD Co., Ltd., et al.*, C.A. No. 1:06-6714

### Southern District of New York

*Gladys Baker v. LG Philips LCD Co., Ltd., et al.*, C.A. No. 1:06-14335
*Jack Elbaz v. LG Philips LCD Co., Ltd., et al.*, C.A. No. 1:06-14423

### Western District of Tennessee

*Audio Video Artistry v. Samsung Electronics Co., Ltd., et al.*, C.A. No. 2:06-2848


### MDL-1828 -- In re Imagitas, Inc., Drivers' Privacy Protection Act Litigation

Motion of defendant Imagitas, Inc., for centralization of the following actions in the United States District Court for the Northern District of Ohio:

### Middle District of Florida

*Marvin N. Rine, et al. v. Imagitas, Inc.*, C.A. No. 3:06-690

Schedule of Matters for Hearing Session, Section A          p. 4
San Antonio, Texas

MDL-1828 (Continued)

#### District of Massachusetts

*John J. Kendron, et al. v. Imagitas, Inc.*, C.A. No. 1:06-11893
*Neil Mathias v. Imagitas, Inc.*, C.A. No. 1:06-12061

#### District of Minnesota

*David R. Kracum, et al. v. Imagitas, Inc.*, C.A. No. 0:06-3817

#### Western District of Missouri

*Harvey W. Ressler, et al. v. Imagitas, Inc.*, C.A. No. 4:06-775

#### Southern District of New York

*Raymond A. Joao v. Imagitas, Inc.*, C.A. No. 1:06-13367

#### Northern District of Ohio

*Neil Mathias, et al. v. Imagitas, Inc.*, C.A. No. 1:06-2118
*Jeannine Bogard, et al. v. Imagitas, Inc.*, C.A. No. 5:06-2868

### MDL-1830 -- In re Air Crash at Lexington, Kentucky, on August 27, 2006

Motion of plaintiffs Kevin Fahey, et al., and Kevin Lee Winters, et al., for centralization of the following actions in the United States District Court for the Eastern District of Kentucky:

#### Southern District of Florida

*Karen L. Lykins, etc. v. Comair, Inc., et al.*, C.A. No. 0:06-61787

#### District of Kansas

*Kevin Fahey, et al. v. Comair, Inc., et al.*, C.A. No. 2:07-2002
*Kevin Lee Winters, et al. v. Comair, Inc., et al.*, C.A. No. 2:07-2003

Schedule of Matters for Hearing Session, Section A        p. 5
San Antonio, Texas

MDL-1830 (Continued)

### Eastern District of Kentucky

*Opal Blockson, etc. v. Comair, Inc.*, C.A. No. 2:06-175
*Richard Harris, etc. v. Comair, Inc., et al.*, C.A. No. 5:06-292
*Dorrit T. Landmark, et al. v. Comair, Inc.*, C.A. No. 5:06-305
*Joshua Isaac Adams, etc. v. Comair, Inc., et al.*, C.A. No. 5:06-313
*W. Richard Young, et al. v. Comair, Inc., et al.*, C.A. No. 5:06-315
*In Re Air Crash at Lexington, Kentucky, August 27, 2006*, C.A. No. 5:06-316
*Kathleen Moscoe, etc. v. Comair, Inc., et al.*, C.A. No. 5:06-318
*Jamie Hebert, etc. v. Comair, Inc., et al.*, C.A. No. 5:06-327
*Castella Washington, etc. v. Comair, Inc., et al.*, C.A. No. 5:06-333
*First Citizens Bank of Elizabethtown, Kentucky, etc. v. Comair, Inc., et al.*,
   C.A. No. 5:06-337
*First Citizens Bank of Elizabethtown, Kentucky, etc. v. Comair, Inc., et al.*,
   C.A. No. 5:06-339
*Charles Curry, et al. v. Comair, Inc., et al.*, C.A. No. 5:06-340
*Michael Simard, etc. v. Comair, Inc., et al.*, C.A. No. 5:06-342
*Comair, Inc. v. United States of America, et al.*, C.A. No. 5:06-346
*William Glen Demrow, et al. v. Comair, Inc.*, C.A. No. 5:06-371
*James T. Washington, etc. v. Comair, Inc., et al.*, C.A. No. 5:06-385
*John W. Bizzack, etc. v. Comair, Inc.*, C.A. No. 5:06-392
*Kenneth A. Hunt, etc. v. Comair, Inc., et al.*, C.A. No. 5:06-400
*Katherine Trimble v. Comair, Inc., et al.*, C.A. No. 5:06-411
*William W. Thomason, Jr., et al. v. Comair, Inc.*, C.A. No. 5:06-412
*Kyra Frederick, etc. v. Comair, Inc.*, C.A. No. 5:06-413
*Valerie A. Towles, etc. v. Comair, Inc.*, C.A. No. 5:06-429

### MDL-1831 -- In re Orthopaedic Implant Device Antitrust

Motion of defendants Zimmer Holdings, Inc.; Zimmer, Inc.; Zimmer Dental, Inc.; DePuy
Orthopaedics; Johnson & Johnson; Smith & Nephew, Inc.; Smith & Nephew, plc; Stryker Corp.;
and Biomet, Inc., for centralization of the following actions in the United States District Court
for the Southern District of Indiana:

### Northern District of Indiana

*Paul J. Chaiken DDS, P.C. v. Biomet, Inc., et al.*, C.A. No. 3:06-462

Schedule of Matters for Hearing Session, Section A                    p. 6
San Antonio, Texas

MDL-1831 (Continued)

### Southern District of Indiana

*South Central Surgical Center, LLC v. Zimmer Holdings, Inc., et al.*, C.A. No. 1:06-1068

### Western District of Tennessee

*Suzanne Kirschner v. Biomet, Inc., et al.*, C.A. No. 2:06-2469
*John Williams v. Biomet, Inc., et al.*, C.A. No. 2:06-2481

### MDL-1832 -- In re Pilgrim's Pride Fair Labor Standards Act Litigation

Motion of defendant Pilgrim's Pride Corp. for centralization of the following actions in the United States District Court for the Eastern District of Texas:

### Northern District of Alabama

*Salvador Aguilar, et al. v. Pilgrim's Pride Corp.*, C.A. No. 5:06-1673
*Irene Benford, et al. v. Pilgrim's Pride Corp.*, C.A. No. 5:06-2337

### Western District of Arkansas

*Stephania Aaron, et al. v. Pilgrim's Pride Corp.*, C.A. No. 1:06-1082

### Eastern District of Tennessee

*Rose Mary Porter v. Pilgrim's Pride Corp.*, C.A. No. 1:06-259

### Eastern District of Texas

*Barry Antee, et al. v. Pilgrim's Pride Corp.*, C.A. No. 5:06-89

MDL-1833 -- In re Funeral Casket Antitrust Litigation (No. II)

Motion of defendants Hillenbrand Industries, Inc., and Batesville Casket Company, Inc., for centralization of the following actions in the United States District Court for the Southern District of Texas:

Western District of Oklahoma

*Candace D. Robinson, etc. v. Hillenbrand Industries, Inc., et al.*, C.A. No. 5:06-1190

Southern District of Texas

*Funeral Consumers Alliance, Inc., et al. v. Service Corp. International, et al.*,
    C.A. No. 4:05-3394
*Pioneer Valley Casket Co., Inc., et al. v. Service Corp. International, et al.*,
    C.A. No. 4:05-3399

MDL-1834 -- In re Helicopter Crash Near Zachary, Louisiana, on December 9, 2004

Motion of plaintiff Charles E. Duke for centralization of the following actions in the United States District Court for the Western District of North Carolina, or in the alternative, the United States District Court for the Southern District of Indiana:

Southern District of Indiana

*Charles E. Duke v. Rolls-Royce Corp., et al.*, C.A. No. 1:06-1738

Western District of North Carolina

*Charles E. Duke, et al. v. Rolls-Royce Corp., et al.*, C.A. No. 3:05-538
*Aerial Solutions, Inc. v. Allison Engine Co., Inc., et al.*, C.A. No. 3:07-7

Schedule of Matters for Hearing Session, Section B                    p. 8
San Antonio, Texas


## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT


MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

### District of Delaware

*Lillian Harwood, et al. v. Bondex International Inc., et al.*, C.A. No. 1:06-673

### Middle District of Louisiana

*Cletus Brewer v. Noble Drilling Corp., et al.*, C.A. No. 3:06-458

### District of Maryland

*Joyce Liming, etc. v. ACandS, Inc., et al.*, C.A. No. 1:06-3280

### Southern District of Mississippi

*Brandon Kaye Polk v. Phillips 66 Co., et al.*, C.A. No. 1:06-383
*Daniel Livingston v. Phillips 66 Co., et al.*, C.A. No. 1:06-384
*Ralph T. McPhail v. Phillips 66 Co., et al.*, C.A. No. 1:06-1146
*Willie Lee Daniels v. Phillips 66 Co., et al.*, C.A. No. 1:06-1199
*Harvey E. Broom v. Phillips 66 Co., et al.*, C.A. No. 1:06-1200
*Rolland Dearman v. Phillips 66 Co., et al.*, C.A. No. 1:06-1201
*Clinton L. Brady v. Phillips 66 Co., et al.*, C.A. No. 1:06-1202
*Deloice Bullock v. Phillips 66 Co., et al.*, C.A. No. 1:06-1203
*Eliel K. Mounteer, Sr. v. Phillips 66 Co., et al.*, C.A. No. 1:06-1204
*Terry Wallace v. Phillips 66 Co., et al.*, C.A. No. 1:06-1205
*Ray C. Rawls v. Phillips 66 Co., et al.*, C.A. No. 1:06-1206
*Lonnie Newsom v. Phillips 66 Co., et al.*, C.A. No. 1:06-1207
*George Dixon v. Phillips 66 Co., et al.*, C.A. No. 1:06-1208
*Ted L. Piner v. Phillips 66 Co., et al.*, C.A. No. 1:06-1209
*Henry A. Herring v. Phillips 66 Co., et al.*, C.A. No. 1:06-1210
*Joseph Crawford v. Phillips 66 Co., et al.*, C.A. No. 1:06-1211

Schedule of Matters for Hearing Session, Section B                    p. 9
San Antonio, Texas


MDL-875 (Continued)


### Southern District of Mississippi (Continued)

*Dan Mack Daughdrill v. Phillips 66 Co., et al.*, C.A. No. 1:06-1212
*Tony N. Thomas v. Phillips 66 Co., et al.*, C.A. No. 1:06-1213
*Patrick Curd v. Phillips 66 Co., et al.*, C.A. No. 1:06-1214
*Louie T. Elmer v. Phillips 66 Co., et al.*, C.A. No. 1:06-1215

### Eastern District of Wisconsin

*Janet Schueler, etc. v. American Optical Corp.*, C.A. No. 2:06-1076


Opposition of defendant Daniel International Corp. to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Western District of North Carolina:

### Eastern District of Pennsylvania

*H. Dean Allison, et al. v. Daniel Construction Co., Inc., et al.*, C.A. No. 2:06-68941
   (W.D. North Carolina, C.A. No. 1:00-32)


## MDL-1334 -- In re Managed Care Litigation

Opposition of plaintiffs Michael A. Genord, M.D., et al., to transfer of the following action to the United States District Court for the Southern District of Florida:

### Eastern District of Michigan

*Michael A. Genord, M.D., et al. v. Blue Cross & Blue Shield of Michigan*,
   C.A. No. 2:03-72950

Schedule of Matters for Hearing Session, Section B                    p. 10
San Antonio, Texas


## MDL-1507 -- In re Prempro Products Liability Litigation

Opposition of plaintiff Lucy Trevino to transfer of the following action to the United States District Court for the Eastern District of Arkansas:

### Western District of Texas

*Minerva Hernandez, et al. v. Wyeth Pharmaceuticals, Inc., et al.*, C.A. No. 5:06-1025


## MDL-1535 -- In re Welding Fume Products Liability Litigation

Oppositions of plaintiffs Irwin L. Ginsberg, et al.; James C. Hollywood, et al.; and Anthony Alfonso, Sr., et al., to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:

### Eastern District of Pennsylvania

*Irwin L. Ginsberg, et al. v. A.O. Smith Corp., et al.*, C.A. No. 2:06-4669
*James C. Hollywood, et al. v. A.O. Smith Corp., et al.*, C.A. No. 2:06-4670
*Anthony Alfonso, Sr., et al. v. A.O. Smith Corp., et al.*, C.A. No. 2:06-4671


## MDL-1566 – In re Western States Wholesale Natural Gas Antitrust Litigation

Opposition of plaintiff Missouri Public Service Commission to transfer of the following action to the United States District Court for the District of Nevada:

### Western District of Missouri

*Missouri Public Service Commission v. ONEOK, Inc., et al.*, C.A. No. 4:06-885


## MDL-1596 – In re Zyprexa Products Liability Litigation

Opposition of plaintiff Patricia Madrid, etc., to transfer of the following action to the United States District Court for the Eastern District of New York:

### District of New Mexico

*Patricia Madrid, etc. v. Eli Lilly & Co.*, C.A. No. 6:06-1148

MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

### Eastern District of California

*Sheryl Churchman v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2479
*Irene Lear v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2830
*Allan J. English v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2833

### Northern District of California

*Dolores Lee Tazmon v. Merck & Co., Inc., et al.*, C.A. No. 3:06-7455

### Southern District of California

*Hermogenes Del Rosario v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2535
*Maria Graham, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2536
*Sandra Boardman, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2537
*Lloyd Bell, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2538
*Joseph Cornwall, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2539
*Nancy Murphy v. Merck & Co., Inc., et al.*, C.A. No. 3:07-13

### District of Colorado

*James Franklin, etc. v. Merck & Co., Inc.*, C.A. No. 1:06-2164

### Southern District of Florida

*Kenneth Bowe, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14284
*Jacob Avidon, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14285
*Veronica Clark-Atchinson v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14287
*Robin A. Curry v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14288
*Lystine Fairweather, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14289
*Mary Lee Hudson v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14290
*Walter Smith, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14291
*Warren Young, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14292
*Andrew Trax, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14293
*Helen Spano, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14294

Schedule of Matters for Hearing Session, Section B                    p. 12
San Antonio, Texas


MDL-1657 (Continued)


### Southern District of Florida (Continued)

*John Gumas v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14295
*Darrell Duncan v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14296
*James Ferguson v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14297
*Carol Morgan v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14298
*Patricia C. Putman, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14299
*Donald L. Simons v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14300
*Donna Robinson v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14301
*Gail Simmons v. Merck & Co., Inc., et al.*, C.A. No. 9:06-80994
*Anita Finnegan v. Merck & Co., Inc., et al.*, C.A. No. 9:06-80996
*Joseph Iuvara, et al. v. Merck & Co., Inc., et al.*, C.A. No. 9:06-80997
*Thomas Erling v. Merck & Co., Inc., et al.*, C.A. No. 9:06-80998


### Southern District of Illinois

*Sharon Calaway v. Merck & Co., Inc., et al.*, C.A. No. 3:06-870
*Sandra Kay Lindsey v. Merck & Co., Inc., et al.*, C.A. No. 3:06-883
*Steven Strader v. Merck & Co., Inc., et al.*, C.A. No. 3:06-896
*Patricia A. Taylor v. Merck & Co., Inc., et al.*, C.A. No. 3:06-948


### District of Nevada

*Charles Fitzgerald, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1324
*Calvin Maestro, M.D., et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1325
*George Morris, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1326
*Estate of Mary Hoffman Williams, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1327
*George Mayfield, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1328
*Barbara Wyman, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1329
*Byron Elmore, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-557


### Southern District of New York

*Ali Ghanem v. Merck & Co., Inc., et al.*, C.A. No. 1:06-11419

Schedule of Matters for Hearing Session, Section B　　　　　　　　　p. 13
San Antonio, Texas


MDL-1657 (Continued)


### District of South Carolina

*Joyce R. Sanders, etc. v. Merck & Co., Inc., et al.*, C.A. No. 4:06-3225

### Southern District of Texas

*Juan Lizardi v. Merck & Co., Inc., et al.*, C.A. No. 1:06-176
*Maria G. Gonzalez v. Merck & Co., Inc., et al.*, C.A. No. 1:06-181
*San Juanita Mares Lejia, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:06-184
*Rosario Lechuga v. Merck & Co., Inc., et al.*, C.A. No. 2:06-478
*Divine Garcia v. Merck & Co., Inc., et al.*, C.A. No. 2:06-489
*Hortencia Garza, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-494
*Pedro Hernandez v. Merck & Co., Inc., et al.*, C.A. No. 2:06-499
*John Blazier v. Merck & Co., Inc., et al.*, C.A. No. 3:06-721
*Evert Crump v. Merck & Co., Inc., et al.*, C.A. No. 3:06-723
*Richard Smith v. Merck & Co., Inc., et al.*, C.A. No. 3:06-724
*Vada Tolbert v. Merck & Co., Inc., et al.*, C.A. No. 4:06-3689
*Lynna J. Anderson, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:06-114
*Lilian Murphree v. Merck & Co., Inc., et al.*, C.A. No. 7:06-303
*Juan R. Gonzalez v. Merck & Co., Inc., et al.*, C.A. No. 7:06-319
*Adolfo De Leon v. Merck & Co., Inc., et al.*, C.A. No. 7:06-320
*Victor Saenz v. Merck & Co., Inc., et al.*, C.A. No. 7:06-321
*Francisca Villarreal, et al. v. Merck & Co., Inc., et al.*, C.A. No. 7:06-322
*Jose Zuniga v. Merck & Co., Inc., et al.*, C.A. No. 7:06-329
*Rodolfo Regalado v. Merck & Co., Inc., et al.*, C.A. No. 7:06-331
*Ludivina Pena v. Merck & Co., Inc., et al.*, C.A. No. 7:06-333
*Anita Salinas v. Merck & Co., Inc., et al.*, C.A. No. 7:06-334
*Alonzo Rivas v. Merck & Co., Inc., et al.*, C.A. No. 7:06-336
*Dora Hernandez v. Merck & Co., Inc., et al.*, C.A. No. 7:06-337
*Julio Sierra v. Merck & Co., Inc., et al.*, C.A. No. 7:06-338
*Javier Trevino v. Merck & Co., Inc., et al.*, C.A. No. 7:06-340
*Marcelina Tijerina v. Merck & Co., Inc., et al.*, C.A. No. 7:06-341

Schedule of Matters for Hearing Session, Section B                    p. 14
San Antonio, Texas


MDL-1657 (Continued)


### Southern District of Texas (Continued)

*Maria De Leon v. Merck & Co., Inc., et al.*, C.A. No. 7:06-344
*Abdon Gonzalez v. Merck & Co., Inc., et al.*, C.A. No. 7:06-345
*Maria Quintanilla v. Merck & Co., Inc., et al.*, C.A. No. 7:06-346
*Adriana Negrete v. Merck & Co., Inc., et al.*, C.A. No. 7:06-347
*Nora De Los Rios, et al. v. Merck & Co., Inc., et al.*, C.A. No. 7:06-357

### Western District of Texas

*Emil Kenneth Braune v. Merck & Co., Inc., et al.*, C.A. No. 1:06-848
*Marilyn Trent v. Merck & Co., Inc., et al.*, C.A. No. 1:06-858
*Charles Ray Garrett, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:06-859
*Shirley Ison, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:06-865
*Esther McConoghy v. Merck & Co., Inc., et al.*, C.A. No. 1:06-870
*Ruby Shaw v. Merck & Co., Inc., et al.*, C.A. No. 1:06-871
*Nathaniel Knight v. Merck & Co., Inc., et al.*, C.A. No. 1:06-901
*Selma Gonzalez, et al. v. Merck & Co., Inc., et al.*, C.A. No. 5:06-985


Motion of defendants Blizzard, McCarthy & Nabers, LLP; Tommy Jacks; Laura Ruth Jacks; and Mark Guerrero for centralization of the following action in the United States District Court for Eastern District of Louisiana:

### Southern District of New York

*Goldhaber Research Associates, LLC v. Tommy Jacks, et al.*, C.A. No. 1:06-13628

Schedule of Matters for Hearing Session, Section B                    p. 15
San Antonio, Texas

MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation
MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability
           Litigation

       Opposition of plaintiffs Laurence Schmidt, Patty Foreman, David Garner, and Lena Scher
to transfer of their respective following actions to the United States District Court for the Eastern
District of Louisiana in MDL-1657 and to the United States District Court for the Northern
District of California in MDL-1699:

                        Southern District of Illinois

       *Laurence Schmidt v. Merck & Co., Inc., et al.*, C.A. No. 3:06-878
       *Patty Foreman v. Merck & Co., Inc., et al.*, C.A. No. 3:06-897
       *David Garner v. Merck & Co., Inc., et al.*, C.A. No. 3:06-898
       *Lena Scher v. Merck & Co., Inc., et al.*, C.A. No. 3:06-906

MDL-1700 -- In re FedEx Ground Package System, Inc., Employment Practices Litigation
           (No. II)

       Oppositions of plaintiffs Terrance E. Ellison; Theodore Holloway, Jr.; and Laron Jones to
transfer of their respective following actions to the United States District Court for the Northern
District of Indiana:

                        District of Maryland

       *Terrance E. Ellison v. FedEx Ground Package System, Inc.*, C.A. No. 1:06-2491
       *Theodore Holloway, Jr. v. FedEx Ground Package System, Inc.*, C.A. No. 1:06-2500
       *Laron Jones v. FedEx Ground Package System, Inc.*, C.A. No. 1:06-2708

MDL-1706 -- In re Doral Financial Corp. Securities Litigation

       Opposition of plaintiff Robert I. Fox, etc., to transfer of the following action to the United
States District Court for the Southern District of New York:

                        District of Puerto Rico

       *Robert I. Fox, etc. v. Salomon Levis, et al.*, C.A. No. 3:06-2096

<u>MDL-1708 -- In re Guidant Corp. Implantable Defibrillators Products Liability Litigation</u>

Oppositions of plaintiffs Irene Kocol, etc., and Jimmy Hammond, et al., and defendants Health Management Associates, Inc.; Neo, Inc.; David Lovelace, D.O.; Russell Martz, D.O.; and Deepak Jaiswal, D.O., to transfer of their respective following actions to the United States District Court for the District of Minnesota:

<u>Northern District of California</u>

*Irene Kocol, etc. v. Guidant Corp., et al.*, C.A. No. 5:06-6537

<u>Eastern District of Oklahoma</u>

*Jimmy Hammond, et al. v. Health Management Associates, Inc., et al.*, C.A. No. 6:06-527

<u>MDL-1718 -- In re Ford Motor Co. Speed Control Deactivation Switch Products Liability Litigation</u>

Opposition of plaintiffs Nationwide Insurance Co. of Florida, et al., to transfer of the following action to the United States District Court for the Eastern District of Michigan:

<u>Middle District of Florida</u>

*Nationwide Insurance Co. of Florida, et al. v. Ford Motor Co., Inc., et al.*, C.A. No. 3:06-982

<u>MDL-1789 -- In re Fosamax Products Liability Litigation</u>

Oppositions of plaintiffs Nancy Ferraro, et al.; Jennifer Bogard, et al.; and Edna Goya to transfer of their respective following actions to the United States District Court for the Southern District of New York:

<u>Central District of California</u>

*Nancy Ferraro, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-7733

MDL-1789 (Continued)

### Northern District of California

*Jennifer Bogard, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-6917

### Southern District of California

*Edna Goya v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2574


### MDL-1798 -- In re Long-Distance Telephone Service Federal Excise Tax Refund Litigation

Oppositions of plaintiffs Anthony Belloni, et al., and MDL-1798 plaintiffs Virginia Sloan, et al., to transfer of the following action to the United States District Court for the District of District of Columbia:

### Southern District of New York

*Anthony Belloni, et al. v. Verizon Communications, Inc., et al.*, C.A. No. 1:06-11459


### MDL-1811 -- In re LLRice 601 Contamination Litigation

Oppositions of plaintiffs Randy Schafer, et al.; Ephron H. Lewis, et al.; and The Simpson Co. to transfer of their respective following actions to the United States District Court for the Eastern District of Missouri:

### Eastern District of Arkansas

*Randy Schafer, et al. v. Riceland Foods, Inc., et al.*, C.A. No. 4:06-1407

### Western District of Louisiana

*Ephron H. Lewis, et al. v. Bayer CropScience, LP, et al.*, C.A. No. 6:06-2334

### Southern District of Texas

*The Simpson Co. v. Bayer CropScience, LP, et al.*, C.A. No. 3:06-791

Schedule of Matters for Hearing Session, Section B                    p. 18
San Antonio, Texas

## MDL-1829 -- In re Vision Service Plan Tax Litigation

Motion of plaintiffs Vision Service Plan Insurance Company; Vision Service Plan, Inc.; Eastern Vision Service Plan, Inc.; and Vision Service Plan and defendant United States of America for centralization of the following actions in the United States District Court for the Southern District of Ohio:

### District of Connecticut

*Vision Service Plan Insurance Co. v. United States of America*, C.A. No. 3:06-959
*Vision Service Plan Insurance Co. v. Unites States of America*, C.A. No. 3:06-960

### District of Nevada

*Vision Service Plan, Inc. v. United States of America*, C.A. No. 3:06-349

### Northern District of New York

*Eastern Vision Service Plan, Inc. v. United States of America*, C.A. No. 1:06-776

### Southern District of Ohio

*Vision Service Plan v. United States of America*, C.A. No. 2:06-501

## PROCEDURES FOR ORAL ARGUMENT BEFORE THE
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001).  Rule 16.1(g) allows a maximum of twenty minutes for oral argument in each matter.  In most cases, however, less time is necessary for the expression of all views and the Panel reserves the prerogative of reducing the time requested by counsel.  Accordingly, counsel should be careful not to overstate the time requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria.  <u>See</u> <u>generally</u> <u>In re "East of the Rockies"</u> <u>Concrete Pipe Antitrust Cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L. 1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)     Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)     Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)     No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
      (i)     the dispositive issue(s) have been authoritatively decided; or
      (ii)    the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)     In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)     Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)     Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)     Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.