**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 2 0 2007

FILED
CLERK'S OFFICE

### DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Joyce Hampton, et al. v. Owens-Illinois, Inc., et al.*, E.D. Louisiana, C.A. No. 2:06-10929

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Hampton*) on February 9, 2007. The Panel has now been advised that *Hampton* was remanded to the Civil District Court for the Parish of New Orleans, Louisiana, by the Honorable Lance M. Africk in an order filed on January 29, 2007.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-274" filed on February 9, 2007, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 4967

OFFICIAL FILE COPY

IMAGED FEB 2 1 2007