**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 20 2007

FILED
CLERK'S OFFICE

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
CONDITIONAL TRANSFER ORDER (CTO-274)

### NOTICE OF OPPOSITION

COMES NOW, Plaintiff in *Anton Wagner v. Mississippi Rubber & Specialty Co., et al.*, MSS 1 06-1277; by and through counsel, and files this his Notice of Opposition to the Conditional Transfer Order (CTO-274).

RESPECTFULLY SUBMITTED, this the 19th day of February, 2007.

By: _____
John T. Givens
Attorney for Plaintiff

PLEADING NO. 4968

Of Counsel:

Timothy W. Porter, MSB No. 9687
Patrick C. Malouf, MSB No. 9702
Kimberly A. Courtney, MSB No. 100799
John T. Givens, MSB No. 101561
PORTER & MALOUF, P.A.
Post Office Box 12768
Jackson, Mississippi 39236-2768
Telephone: (601) 957-1173
Facsimile: (601) 957-7366

2007 FEB 20 A 7:39
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**

IMAGED FEB 21 2007

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 20 2007

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I, John T. Givens, the undersigned counsel for Plaintiff, do hereby certify that I have this caused to be served, via U.S. Mail, postage fully prepaid, a true and correct copy of *Plaintiff's Notice of Opposition* to all counsel of record at their usual and regular mailing addresses listed on Exhibit "A".

This, the 19th day of February, 2007.

_____
John T. Givens

2007 FEB 20 A 7:39
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

Page 1 of 5

# INVOLVED COUNSEL LIST (CTO-274)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Lawrence E. Abbott
Abbott, Simses & Kuchler
5100 Village Walk
Suite 200
Covington, LA 70433

F. S. Aldridge, III
Hunter, MacLean, Exley & Dunn
P.O. Box 9848
Savannah, GA 31412

Ronald A. Ammann
Chamberlain, Harlicka, White, Williams
& Martin
1200 Smith Street
Suite 1400
Houston, TX 77002

Laurie K. Anger
Morgenstein & Jubelirer
Spear Street Tower, 32nd Floor
One Market Plaza
San Francisco, CA 94105

Julie A. Ardoin
Murray Law Firm
909 Poydras Street
Suite 2550, LL&E Tower
New Orleans, LA 70112-4000

Lance Arnold
Baldwin & Haspel
1100 Poydras Street
Energy Centre
Suite 2200
New Orleans, LA 70163

Elizabeth A. Babin
Phelps Dunbar
365 Canal Street
Suite 2000
New Orleans, LA 70130-6534

Joseph G. Baladi
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Christopher Banaszak
Reinhart, Boerner, Van Deuren, S.C.
1000 North Water Street
Suite 2100
P.O. Box 2965
Milwaukee, WI 53201-2965

Joshua H. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Allison Naquin Benoit
Kean, Miller, et al.
301 Main Street
18th Floor
P.O. Box 3513
Baton Rouge, LA 70821

V. Brian Bevon
Motley Rice, LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Janet W. Black
Ward Black, P.A.
208 West Wendover Ave.
Greensboro, NC 27401-1307

Anna Louise Blanchard
King, Leblanc & Bland, LLP
6363 Woodway
Suite 750
Houston, TX 77057

Gregory E. Bodin
Taylor, Porter, Brooks & Phillips
P.O. Box 2471
Baton Rouge, LA 70821

Robert E. Boone, III
Bryan Cave, LLP
120 Broadway
Suite 300
Santa Monica, CA 90401

Brian C. Bossier
Blue Williams, LLP
3421 N. Causeway Boulevard
9th Floor
Metairie, LA 70002

Timothy W. Bouch
Leath, Bouch & Crawford
134 Meeting Street
P.O. Box 59
Charleston, SC 29402-0059

Wade G. Brown
Freeborn & Peters, LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

Larry G. Canada
Galloway, Johnson, Tompkins, Burr
& Smith
One Shell Square
701 Poydras Street
Suite 4040
New Orleans, LA 70139

Christine Z. Carbo
Strasburger & Price
1401 Mckinney
Ste 2200
Houston, TX 77010-4035

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
403 West North Ave.
Chicago, IL 60610-1117

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115



EXHIBIT "A"

INVOLVED COUNSEL LIST (CTO-274) - MDL-875                                      Page 2 of 5

William T. Causby
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Roy Clifton Cheatwood
Baker, Donelson, Bearman, Caldwell
& Berkowtiz
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Richard A. Chopin
Chopin Wagar Richard & Kutcher
Two Lakeway Center
3850 N. Causeway Blvd.
Suite 900
Metairie, LA 70002

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Lawrence M. Coco, III
Carroll Bufkin & Coco, PLLC
1671 Lelia Drive
Jackson, MS 39216

Susan Coco
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

William David Conner
Haynsworth Sinkler Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

James E. Culhane
Davis & Kuelthau, S.C.
111 E. Kilbourn Avenue
Suite 1400
Milwaukee, WI 53202-6613

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

William G. Davis
Milling, Benson, Woodward, LLP
339 Florida Street
Suite 300
Baton Rouge, LA 70801-1726

William Pearce Davis
Baker, Ravenel & Bender
P.O. Box 8057
Columbia, SC 29202

Robert E. Dille
Kean, Miller, Hawthorne, D'armond,
Mccowan & Jarma
P. O. Box 3513
22nd Floor
Baton Rouge, LA 70821-3513

David R. Donadio
Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94948-6169

Kathleen F. Drew
Adams & Reese, LLP
701 Poydras Street
Suite 4500
New Orleans, LA 70139

Robert S. Emmett
Baker, Donelson, Bearman, Caldwell
& Berkowtiz
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Darryl J. Foster
Lemle & Kelleher, L.L.P.
601 Poydras St.
Suite 2100
New Orleans, LA 70130-6097

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Ronald C. Gardner
Gardner, Bond, Trabolsi, McDonald
& Clement
2200 Sixth Avenue
Suite 600
Seattle, WA 98121

E. Pennock Gheen
Bullivant, Houser, Bailey, et al.
2400 Westlake Office Tower
1601 Fifth Avenue
Seattle, WA 98101

Frank J. Gordon
Millberg Gordon & Stewars, PLLC
1101 Haynes Street
Suite 104
Raleigh, NC 27604

Benjamin J. Guilbeau, Jr.
Stockwell, Sievert, Viccellio, et al.
P.O. Box 2900
Lake Charles, LA 70602

John Joseph Hainkel, III
Frilot, Partridge, Kohnke & Clements
Energy Center, Suite 3600
1100 Poydras Street
New Orleans, LA 70163-3600

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

D. Douglas Howard, Jr.
Howard, Reed & Taylor
516 N. Columbia Street
Covington, LA 70433

George L. Inabinet, Jr.
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

INVOLVED COUNSEL LIST (CTO-274) - MDL-875　　　　　　　　　　　　　　　　　　Page 3 of 5

Derek Spencer Johnson  
Sedgwick, Detert, Moran & Arnold  
One Market Plaza Steuart Tower  
8th Floor  
San Francisco, CA 94105  

Paul R. Johnson  
Filice, Brown, Eassa & McLeod  
1999 Harrison Street  
18th Floor  
Oakland, CA 94612  

Shawn Anton Kachmar  
Hunter, MacLean, Exley & Dunn  
P.O. Box 9848  
200 East St. Julian Street  
Savannah, GA 31412  

Steven Kazan  
Kazan, McClain, Abrams,  
Fernandez, et al.  
171 12th Street  
3rd Floor  
Oakland, CA 94607  

Daniel Keller  
Keller Fishback, LLP  
28720 Roadside Drive  
Suite 201  
Agoura Hills, CA 91301  

James G. Kennedy  
Pierce, Herns, Sloan & McLeod  
The Blake House  
321 East Bay Street  
P.O. Box 22437  
Charleston, SC 29413  

Kristi D. Kennedy  
Currie, Johnson, Griffin, Gaines  
& Myers  
P.O. Box 750  
Jackson, MS 39205-0750  

Claire Williams Ketner  
Brunini, Grantham, Grower & Hewes  
P. O. Drawer 119  
Jackson, MS 39205-0119  

Reginald S. Kramer  
Oldham & Dowling  
195 South Main Street  
Suite 300  
Akron, OH 44308-1314  

Daphne M. Lancaster  
Aultman, Tyner & Ruffin, Ltd.  
P. O. Drawer 750  
315 Hemphill Street  
Hattiesburg, MS 39403-0750  

David C. Landin  
Hunton & Williams, LLP  
Riverfront Plaza, East Tower  
951 East Byrd Street  
Richmond, VA 23219  

Teresa Fizardi Lazzaroni  
Hawkins & Parnell, LLP  
4000 SunTrust Plaza  
303 Peachtree Street, N.E.  
Atlanta, GA 30308-3243  

J. Burton LeBlanc, IV  
LeBlanc & Waddell, LLC  
The Essen Centre  
5353 Essen Lane  
Suite 420  
Baton Rouge, LA 70809  

Joseph E. Leblanc, Jr.  
King, Leblanc & Bland, LLP  
6363 Woodway  
Suite 750  
Houston, TX 77057  

Gary Allen Lee  
Lee, Futrell & Perles, LLP  
201 St. Charles Avenue  
Suite 4120  
New Orleans, LA 70170-4120  

Christopher K. Lightfoot  
Hailey, McNamara, Hall, Larmann  
& Papale  
One Galleria Boulevard  
Suite 1400  
P.O. Box 8288  
Metairie, LA 70011-8288  

Gene Locks  
Locks Law Firm, LLC  
1500 Walnut Street  
Philadelphia, PA 19102  

Moffatt Grier McDonald  
Haynsworth Sinkler Boyd, P.A.  
P.O. Box 2048  
Greenville, SC 29602  

Edward R. McGowan  
Montgomery Barnett  
3200 Energy Centre  
1100 Poydras Street  
New Orleans, LA 70163-3200  

Thomas G. Milazzo  
Pajares & Schexnaydre, LLC  
103 Northpark Boulevard  
Suite 110  
Covington, LA 70433-6103  

Ronald L. Motley  
Motley Rice, LLC  
P.O. Box 1792  
28 Bridgeside Blvd.  
Mt. Pleasant, SC 29464  

Colvin G. Norwood, Jr.  
McGlinchey Stafford, PLLC  
643 Magazine Street  
New Orleans, LA 70130  

Barbara B. O'Donnell  
Duncan Courington & Rydberg, LLC  
400 Poydras Street  
Suite 1200  
New Orleans, LA 70130  

Frederick Lewis Parks  
Lugenbuhl, Wheaton, et al.  
601 Poydras Street  
Suite 2775  
New Orleans, LA 70130  

Donald C. Partridge  
Forman, Perry, Watkins, Krutz  
& Tardy, PLLC  
200 S. Lamar Street  
City Center Building  
Suite 100  
Jackson, MS 39201-4099  

Patrick W. Pendley  
Pendley, Baudin & Coffin, LLP  
24110 Eden Street  
P.O. Box 71  
Plaquemine, LA 70765-0071  

Carl E. Pierce, II  
Pierce, Herns, Sloan & McLeod  
P.O. Box 22437  
Charleston, SC 29413

INVOLVED COUNSEL LIST (CTO-274) - MDL-875                                                                                   Page 4 of 5

Daniel Douglas Pipitone
Chamberlain, Harlicka, White,
Williams & Martin
1200 Smith Street
Suite 1400
Houston, TX 77002-4496

Timothy W. Porter
Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236-2768

Lawrence G. Pugh, III
Montgomery, Barnett, Brown,
Read, et al.
5353 Essen Lane
Suite 140
Baton Rouge, LA 70809

Kenan Slade Rand
Plauche, Maselli, Landry & Parkerson
201 St. Charles Avenue
Suite 4240
New Orleans, LA 70170-4240

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Janet L. Rice
Schroeter, Goldmark & Bender
810 3rd Avenue
5th Floor
Seattle, WA 98104

Michael D. Rosenberg
Whyte, Hirschboeck & Dudek, S.C.
555 East Wells Street,
Suite 1900
Milwaukee, WI 53202-3819

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

David P. Salley
Salley, Hite, Rivera & Mercer
One Canal Place
365 Canal Street
Suite 1710
New Orleans, LA 70130

Steven J. Saltiel
U.S. Attorney-Civil Division
450 Golden Gate Ave., 10th Floor
P.O. Box 36055
San Francisco, CA 94102

Jerry L. Saporito
Saporito Law Firm, LLC
639 Loyola Avenue
Suite 2100
New Orleans, LA 70113

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Mark Powell Seyler
Barkley & Thompson
1515 Poydras Street
Suite 2350
New Orleans, LA 70112

Jena W. Smith
Baldwin & Haspel
Energy Centre, Suite 2200
1100 Poydras Street
New Orleans, LA 70163

Emmett C. Sole
Stockwell, Sievert, Viccellio, et al.
First National Bank Building
One Lakeside Plaza, Suite 400
P.O. Box 2900
Lake Charles, LA 70602

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Karl R. Steinberger
Williams, Heidelberg, et al.
P.O. Box 1407
Pascagoula, MS 39568-1407

A. Wendel Stout, III
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

Glenn L.M. Swetman
Aultman, Tyner & Ruffin, Ltd.
400 Poydras Street
Suite 1900
New Orleans, LA 70130

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Cowles E. Symmes
Page, Mannino, Peresich
& McDermott, PLLC
759 Vieux Marche' Mall
P.O. Drawer 289
Biloxi, MS 39533-0289

Jennifer M. Techman
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 200
Atlanta, GA 30305

Shelley L. Thompson
Montgomery, Barnett, Brown,
Read, et al.
1100 Poydras Street
Suite 3200
New Orleans, LA 70163-3200

Tracy E. Tomlin
Nelson, Mullins, Riley & Scarborough
100 North Tryon Street
Suite 2400
Charlotte, NC 28202-4000

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Cameron Ray Waddell
Leblanc & Waddell, LLP
6955 Perkins Road
Suite 100
Baton Rouge, LA 70809

INVOLVED COUNSEL LIST (CTO-274) - MDL-875                                Page 5 of 5

Mark Hedderman Wall
Elmore & Wall
P.O. Box 1200
Charleston, SC 29402

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Kevin John Webb
Deutsch, Kerrigan & Stiles, LLP
201 Energy Parkway
Suite 200
Lafayette, LA 70508

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Jim Wetwiska
Akin, Gump, Strauss, Hauer & Feld
1111 Louisiana Street
44th Floor
Houston, TX 77002-5200

Elizabeth S. Wheeler
King, Leblanc & Bland, LLP
201 St. Charles Avenue
Suite 4500
New Orleans, LA 70170

Forrest Ren Wilkes
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
1515 Poydras Street
Suite 1300
New Orleans, LA 70112

Trevor J. Will
Foley & Lardner, LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306

Robert E. Williams, IV
Sulzer & Williams, LLC
201 Holiday Blvd., Suite 335
Covington, LA 70433

Gordon P. Wilson
Lugenbuhl, Wheaton, et al.
601 Poydras Street
Suite 2775
New Orleans, LA 70130

Gary M. Zwain
Duplass, Zwain, Bourgeois, Morton,
Pfister, et al.
3838 North Causeway Blvd.
Suite 2900
Metairie, LA 70002