MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 26 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICAL PANEL

ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE:<br>TERESSA BELL, INDIVIDUALLY AND<br>AS TESTAMENTARY EXECUTRIX<br>OF THE ESTATE OF DON BELL | * * * * | MDL DOCKET NO. 875<br><br>CIVIL ACTION |
| VERSUS | * * | NO. 06-785 |
| ROWAN COMPANIES, INC., Successor to<br>Rowan Drilling Co.; TEXACO REFINING<br>& MARKETING INC., Successor in interest<br>to Tidewater Oil Company and Getty Oil<br>Company; SCHLUMBERGER, Successor in<br>interest to Magcobar; M-J L.L.C., Successor<br>in interest to Magcobar; UNION CARBIDE<br>CORPORATION, Successor in interest to<br>Union Carbide and Carbon Corporation;<br>CONOCO PHILLIPS COMPANY, Successor<br>in interest to Phillips Petroleum Company;<br>TIDEWATER, INC., Successor in interest to<br>Tidewater Marine Service, Inc.;<br>NOBLE DRILLING CORPORATION | * * * * * * * * * * * * * * * | JURY DEMAND |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

Rowan Companies, Inc. ("Rowan"), opposes the transfer of the case captioned above to

the United States District Court for the Eastern District of Pennsylvania under 28 U.S.C.A.

PLEADING NO. 4973

OFFICIAL FILE COPY
IMAGED FEB 26 2007

2007 FEB 26 P 12:00
RECEIVED CLERK'S OFFICE

§1407, as conditionally ordered by the Judicial Panel on Multidistrict Litigation on February 9, 2007.

Pursuant to Judicial Panel on Mulitidistrict Litigation Rule 7.4(c), a Motion to Vacate the Conditional Transfer Order and a brief in support of such motion will be duly filed.

February 26, 2007

                Respectfully submitted,

                **CHOPIN, WAGAR, RICHARD**
                **& KUTCHER, L.L.P.**

By: _[signature]_
                **RICHARD A. CHOPIN, T.A. (#4088)**
                **ALEXIS M. PARRISH (#27709)**
                Two Lakeway Center, Suite 900
                3850 North Causeway Boulevard
                Metairie, LA  70002
                Tel.: (504) 830-3838 / Fax: (504) 836-9540
                *Attorneys for Rowan Companies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the _26_ day of _February_, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participant.

_____
ALEXIS M. PARRISH

2007 FEB 26 P 12:00
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE