MDL 875

BEFORE THE UNITED STATES OF AMERICAN JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION FEB 26 2007

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE: ASBESTOS PLAINTIFFS, ET AL<br>(Plaintiff Melvin Raymond only)<br>Plaintiff,<br>versus<br>OWENS ILLINOIS, INC., ET AL,<br>Defendants. | MDL DOCKET NO. 06-11140 |

PLEADING NO. 4974

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

NOW INTO COURT, through undersigned counsel, comes plaintiff, Melvin Raymond, who files this Notice of Opposition to Conditional Transfer Order in anticipation that this court will enter an order transferring this case on the grounds that this action was originally filed in state court and improperly removed by the defendants. This case has been assigned to Honorable Duval after removal. Plaintiffs, seek by way of an expedited hearing (see attached Order setting the Motion to Remand for hearing on February 7, 2007), to have the case remanded to the state court from which it was removed. Plaintiffs are awaiting the decision from Honorable Duval and anticipate same to be issued shortly. Once it is determined that there is no federal jurisdiction in this case, remand is mandatory.

WHEREFORE, plaintiffs oppose any Conditional Transfer Order.

Respectfully Submitted:

JULIE ARDOIN, LLC
Julie A. Ardoin (#22925)
909 Poydras Street, Ste 2550
New Orleans, LA 70112-4000
Phone (504) 584-5214

OFFICIAL FILE COPY
IMAGED FEB 26 2007

CIVIL COVER SHEET - ATTACHMENT "A"

Defendants remaining:

Owens-Illinois, Inc., Inc., Eagle, Inc., McCarty Corporation, Reilly Benton Company, Taylor Seidenbach, Inc., Uniroyal, Inc., Travelers Insurance Company, Commercial Union, Avondale Industries, Inc., Hopeman Brothers, Inc., Peter Territo and Charles Johnson

CIVIL COVER SHEET - ATTACHMENT "B"

STEPHEN ELLIOTT
BERNARD, CASSISA & ELLIOTT
1615 Metairie Road
Metairie, LA. 70056
Counsel for Reilly Benton

SUSAN KOHN
SIMON, PERAGINE, SMITH & REDFEARN
1100 Poydras Street, 30th Floor
New Orleans, LA. 70163
Counsel for McCarty Corporation

BLAINE MOORE
DUNCAN & COURINGTON
322 Lafayette Street
New Orleans, LA. 70130
Counsel for Hopeman Brothers, Inc. and Charles Johnson

SAMUEL ROSAMOND
CRAWFORD & LEWIS
400 Poydras St., Ste. 2100
New Orleans, LA 70130
Counsel for Commercial Union

C. KELLY LIGHTFOOT
HAILEY MCNAMARA
One Galleria Blvd., Suite 1400
Metairie, LA 70001
Counsel for Taylor Seidenbach

GORDON WILSON, ESQUIRE
LUGENBUH, WHEATON, PECK
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Counsel for Travelers

BRIAN BOSSIER
BLUE WILLIAMS
3421 N. Causeway Blvd., 9th Floor
Metairie, LA 70002

RICHARD FORMAN
FORMAN, PERRY, WATKINS & KRUTZ
P.O. Box 22608

Jackson, MS. 22608
Counsel for Owens-Illinois and Uniroyal, Inc.

LAWRENCE PUGH, III
MONTGOMERY, BARNETT, BROWN, READ,
    HAMMOND & MINTZ
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Counsel for Eagle, Inc.

GARY A. LEE
Kops, Lee, Futrell & Perles, L.L.P.
201 St. Charles Avenue, Suite 2409
New Orleans, LA 70170
Counsel for Peter Territo

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was served upon counsel for Boland Machine and Manufacturing by placing same in the United States Mail, first-class postage prepaid, properly addressed and/or by facsimile on February 26, 2007.

2007 FEB 26 P 12: 37
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: ASBESTOS PLAINTIFFS, ET AL
(Plaintiff Melvin Raymond only)

VERSUS

OWENS-ILLINOIS, ET AL

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 10 PM 2: 16

LORETTA G. WHYTE
CLERK

CIVIL ACTION NO. 06-11140

SECTION: "K"

MAG.(1)

* * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing:

IT IS ORDERED that the Motion to Remand be set for expedited hearing on the 7th day of February 2009 at 9:30 a.m.

NEW ORLEANS, LOUISIANA, this 9th Day of January, 2007.

_____
JUDGE