**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 27 2007

FILED
CLERK'S OFFICE

DOCKET NO. 875
BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

This document relates to the
following case:

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| AURELIE BREAUX WAGUESPACK<br>Plaintiff<br><br>vs.<br><br>ANCO INSULATIONS, INC., ET AL<br>Defendant | CIVIL ACTION<br><br>NO. 06-965-FJP-CN<br><br>SECTION:<br>MAGISTRATE: |

PLEADING NO. 4975

### NOTICE OF OPPOSITION TO
### CONDITIONAL TRANSFER ORDER

COMES NOW **Aurelie Breaux Waguespack**, Plaintiff in the case identified above, and, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, notifies the Panel that she opposes transfer of this case to the United States District Court for the Eastern District of Pennsylvania. A motion to vacate the conditional transfer order and supporting brief will be filed within the time permitted by Rule 7.4(d).

MDL OPP TRANSFER.ml.022607.wpd

**OFFICIAL FILE COPY**

2007 FEB 26 P 2:07
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

IMAGED FEB 27 2007

RESPECTFULLY SUBMITTED BY:

**LEBLANC & WADDELL, LLP**
J. BURTON LEBLANC, IV, Bar Roll #20491
CAMERON WADDELL, Bar Roll #24245
JODY E. ANDERMAN, Bar Roll #18764
6955 Perkins Road
Baton Rouge, LA 70808
(225) 768-7222; FAX: (225) 768-7999

**BARON & BUDD, P.C.**
LAWRENCE G. GETTYS, Bar Roll # 23753
ROXANNE LINTON, Bar Roll # 29316
6955 Perkins Road, Suite 100
Baton Rouge, LA 70808
(225) 927-5441; FAX: (225) 927-5449

By: _____
JODY E. ANDERMAN

## CERTIFICATE OF SERVICE

**I HEREBY DECLARE** that I have served this document to all counsel of record in this matter via electronic mail and/or facsimile on this 26th day of February, 2007.

_____

MDL OPP TRANSFER.ml.022607.wpd

2007 FEB 26 P 2:01
RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION