**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 8 2007

FILED
CLERK'S OFFICE

*DOCKET NO. 875*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-275)*

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,832 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED MAR 8 2007

PLEADING NO. 4977

Page 1 of 5

# SCHEDULE CTO-275 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS WESTERN** | |
| ARW  2  07-2004 | Eddie Joe Wooten, et al. v. CertainTeed Corp., et al. |
| **CALIFORNIA EASTERN** | |
| CAE  1  07-85 | Calvin Hobbs v. Burlington Northern & Santa Fe Railway Co. |
| **CALIFORNIA NORTHERN** | |
| CAN  3  07-241 | Carla Groce, et al. v. Todd Shipyards Corp., et al. |
| CAN  3  07-702 | Geraldine Burton, et al. v. A.W. Chesterton Co., et al. |
| **FLORIDA NORTHERN** | |
| FLN  3  06-479 | James Timothy Prescott, etc. v. A.W. Chesterton Co., et al. |
| **ILLINOIS CENTRAL** | |
| ILC  1  06-1308 | Nadra O'Keefe, etc. v. AGA Gas Inc., et al. |
| **ILLINOIS SOUTHERN** | |
| ILS  3  06-1058 | Jack Franklin v. CSX Transportation, Inc. |
| ILS  3  07-1 | Steven Gray, et al. v. BNSF Railway Co. |
| **KENTUCKY WESTERN** | |
| KYW  3  07-65 | Robert Moeller, et al. v. Garlock Sealing Technologies, LLC, et al. |
| **LOUISIANA EASTERN** | |
| LAE  2  06-10560 | Auter Earl Barney v. Insurance Co. of North America., et al. |
| LAE  2  07-577 | Shirley Sommers, et al. v. Air Liquide-Big Three, Inc., et al. |
| **MASSACHUSETTS** | |
| MA  1  05-11149 | Robert Grazioso, et al. v. Metropolitan Life Insurance Co., et al. |
| MA  1  06-10270 | Gary Anderson, etc. v. A.W. Chesterton Co., et al. |
| MA  1  06-11064 | Pamela V. Koger v. A.W. Chesterton Co., et al. |
| MA  1  06-11148 | John F Welch, Jr., etc. v. Metropolitan Life Insurance Co., et al. |
| **MARYLAND** | |
| MD  1  06-3319 | Linda Hudson, et al. v. Rapid-American Corp., et al. |
| **MISSOURI WESTERN** | |
| MOW  6  06-3472 | Larry F. Schauf, et al. v. 3M Co., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS  1  07-20 | Robert Irving v. ITT Corp., et al. |
| MSS  1  07-23 | Felicia White, et al. v. Owens-Illinois, Inc., et al. |
| MSS  1  07-59 | Lula Adams Grant v. William Powell International Sales Corp., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM  1  07-56 | Peggy R. Morgan v. Borg-Warner Corp., et al. |
| NCM  1  07-101 | John Wilburn Sheets, et al. v. Aqua-Chem, Inc., et al. |
| NCM  1  07-102 | Brenda T. Caudle, etc. v. Aqua-Chem, Inc., et al. |

SCHEDULE CTO-275 - TAG ALONG ACTIONS - MDL-875                                                                 Page 2 of 5

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 07-105 | Grady Vernon Holmes v. Aqua-Chem, Inc., et al. |
| NCM 1 07-107 | Carl Vernon Allmon, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 07-116 | Alden Bryan Pearson, Jr., et al. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 07-4 | Jerry Richard Alexander, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-5 | Vincent Jerome Brooks, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-6 | Ricky Alexander Cherry, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-7 | Paul Rudisill Dellinger, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-8 | James Purser Sherrill, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-10 | Clarence B. Beard, III, et al. v. 3M Co., et al. |
| NCW 1 07-13 | Johnny James Thrasher, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-14 | Abraham Norris, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-15 | Wayne Gordon Murphy, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-25 | Roland William Hager, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-26 | Wade Christopher Kastner, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-27 | John Lester Little, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-29 | Gene Alphonso McConneaughey v. Aqua-Chem, Inc., et al. |
| NCW 1 07-30 | David Steven Miller, et al.v. Aqua-Chem, Inc., et al. |
| NCW 1 07-31 | Todd Howard Sherrill v. Aqua-Chem, Inc., et al. |
| NCW 1 07-33 | Ernest Blanton Koone, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-34 | Anthony Dean Hardin, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-35 | Stephen Andrew Kularski, et al. v Aqua-Chem, Inc., et al. |
| NCW 1 07-36 | Boyd T. Towery, Jr. v. 3M Co., et al. |
| NCW 1 07-37 | Kenneth Alan McAlister, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-38 | Dean McCorkle, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-39 | Bobby Allen Sims, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-46 | Randy L. Johnson v. 3M Co., et al. |
| NCW 1 07-48 | Carroll Lee Munday, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-49 | Randy Eugene Arrowood, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-50 | Ronald Lee Hamrick, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-51 | Dennis Trevior McDowell, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-52 | James Thomas Honeycutt, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-55 | Michael E. Tuttle, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-57 | Linda Faye Bishop v. Aqua-Chem, Inc., et al. |
| NCW 1 07-58 | James Richard Hood, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-59 | Reggie Blake Norman, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-60 | Terry Alvin Devine, Sr., et al. v. Aqua-Chem, Inc., et al. |
| **NEW YORK EASTERN** | |
| NYE 1 07-258 | Charles B. Young, et al. v. A.W. Chesterton Co., et al. |
| NYE 1 07-260 | Lionel E. Cripe, et al. v. A.W. Chesterton Co., et al. |
| NYE 1 07-261 | Sari J. Gabrielli, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 07-262 | Bea Aguilar, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 07-273 | William Prestis, Sr., et al. v. A.W. Chesterton Co., et al. |
| NYE 1 07-359 | Arlene D. Welch, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 07-360 | Eleanor Koerner, etc. v. A.W. Chesterton Co., et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 06-15395 | Talbot P. Frawley, et al. v. General Electric Co., et al. |
| **OHIO NORTHERN** | |
| OHN 1 06-10006 | Rovert E. Ferguson, et al. v. Lorillard Tobacco Co., Inc., et al. |

SCHEDULE CTO-275 - TAG ALONG ACTIONS - MDL-875                          Page 3 of 5

DIST. DIV. C.A. #              CASE CAPTION

PENNSYLVANIA WESTERN
  PAW  2   07-40              Dorsey D. Weikert, Jr. v. Consolidated Rail Corp., et al.

SOUTH CAROLINA
  SC   0   07-30              Walter Steve Robinson, et al. v. Aqua-Chem, Inc., et al.
  SC   0   07-34              Roger Dale Melton, et al. v. Aqua-Chem, Inc., et al.
  SC   0   07-240             Kenneth Wayne McDonald, et al. v. Aqua-Chem, Inc., et al.
  SC   0   07-242             Wayne Brian Madsen, et al v. Aqua-Chem, Inc., et al.
  SC   0   07-257             Neil Mitchell Nolen, et al v. Aqua-Chem, Inc., et al.
  SC   0   07-258             Howard Benjamin Hodge, et al. v. Aqua-Chem, Inc., et al.
  SC   0   07-348             Harold Gene Heath, et al. v. Aqua-Chem, Inc., et al.
  SC   0   07-440             Fred Ray Baker, Sr., et al. v. Aqua-Chem, Inc., et al.
  SC   2   06-1113            Joann P. Howard, etc. v. Owens-Illinois, Inc., et al.
  SC   2   07-337             Harold L. Albertson, et al. v. Bayer CropScience, Inc., et al.
  SC   2   07-338             James Herman Collins v. Bayer CropScience, Inc., et al.
  SC   2   07-468             Thelma G. Campbell, etc. v. Owen-Illinois, Inc., et al.
  SC   6   07-241             Ernest Hoyt Horne, et al. v. Aqua-Chem, Inc., et al.
  SC   7   07-32              Mickey Lane Standridge, et al. v. Aqua-Chem, Inc., et al.
  SC   7   07-33              James Edward Parker, et al. v. Aqua-Chem, Inc., et al.
  SC   7   07-36              Roy Wade Seagle, et al. v. Aqua-Chem, Inc., et al.
  SC   7   07-367             Dennis Silvers, et al. v. Aqua-Chem, Inc., et al.
  SC   7   07-393             William E. Dover, et al. v. Aqua-Chem Inc., et al.
  SC   7   07-439             Billy Ray Gordon, et al. v. Aqua-Chem, Inc., et al.
  SC   8   06-570             Walter David James, et al. v. Aqua-Chem, Inc., et al.
  SC   8   06-941             William Maurice Gould, et al. v. Aqua-Chem, Inc., et al.
  SC   8   06-942             William Robert Cowart, et al. v. Aqua-Chem, Inc., et al.
  SC   8   07-29              Stanley Roberts Pope, et al. v. Aqua-Chem, Inc., et al.
  SC   8   07-239             Tommy Joe King v. Aqua-Chem, Inc., et al.
  SC   8   07-256             Dennis Hayden McCall, et al. v. Aqua-Chem, Inc., et al.
  SC   8   07-435             Donny Edward Stewart, et al. v. Aqua-Chem, Inc., et al.
  SC   8   07-436             Horace Alfred Kelley, et al. v. Aqua-Chem, Inc., et al.
  SC   8   07-437             Curtis Clinton Mitchum, Jr., et al. v. Aqua-Chem, Inc., et al.

TEXAS NORTHERN
  TXN  4   07-82              Marsha Geffert, et al. v. CertainTeed Corp., et al.

TEXAS SOUTHERN
  TXS  4   07-130             Allan Cardwell, et al. v. The Boeing Co., et al.

VIRGINIA EASTERN
  VAE  2   06-9103            Richard W. Grapes v. American Standard, Inc., et al.
  VAE  2   06-9104            Gordon W. Jones v. American Standard, Inc., et al.
  VAE  2   06-9105            William H. Monroe, Jr., etc. (Floyd Raymond Skangel) v. American Standard,
                              Inc., et al.
  VAE  2   06-9106            Lucy S. Ward v. American Standard, Inc., et al.
  VAE  2   06-9107            Margie E. Birmingham v. American Standard, Inc., et al.
  VAE  2   06-9108            Roberto P. Gallegos v. American Standard, Inc., et al.
  VAE  2   06-9109            Terry D. Nealey v. American Standard, Inc., et al.
  VAE  2   06-9110            Richard B. Nelson v. American Standard, Inc., et al.
  VAE  2   06-9111            Floyd C. Olson v. American Standard, Inc., et al.
  VAE  2   06-9112            Charles L. Papke v. American Standard, Inc., et al.
  VAE  2   06-9113            Leon R. Paquette v. American Standard, Inc., et al.
  VAE  2   06-9114            James H. Rickard v. American Standard, Inc., et al.
  VAE  2   06-9115            George D. Ryan v. American Standard, Inc., et al.
  VAE  2   06-9116            Willus C. Stream v. American Standard, Inc., et al.

SCHEDULE CTO-275 - TAG ALONG ACTIONS - MDL-875                Page 4 of 5

DIST. DIV. C.A. #           CASE CAPTION

VIRGINIA EASTERN
VAE 2  06-9117              Lawrence R. Watters v. American Standard, Inc., et al.
VAE 2  06-9118              Leroy White v. American Standard, Inc., et al.
VAE 2  06-9119              Eulalio Flores v. American Standard, Inc., et al.
VAE 2  06-9120              James A. Fowlkes v. American Standard, Inc., et al.
VAE 2  06-9121              Venice Linville v. American Standard, Inc., et al.
VAE 2  06-9122              Andrew G. Matson v. American Standard, Inc., et al.
VAE 2  06-9123              Justin E. Miller v. Norfolk Southern Railway Co.
VAE 2  06-9124              Tom K. Wilson v. American Standard, Inc., et al.
VAE 2  06-9125              Darwin W. Bales v. Norfolk Southern Railway Co.
VAE 2  06-9126              Joseph D. Broadhurst, Sr. v. Norfolk Southern Railway Co.
VAE 2  06-9127              Kit H. Loveless v. Norfolk Southern Railway Co.
VAE 2  06-9128              James M. Nickell v. Norfolk Southern Railway Co.
VAE 2  07-9129              Lorenzo G. Dominguez v. American Standard, Inc., et al.
VAE 2  07-9130              James C. Frizzell v. American Standard, Inc., et al.
VAE 2  07-9131              Richard J. Gordon v. American Standard, Inc., et al.
VAE 2  07-9132              M. Edward Heckman v. American Standard, Inc., et al.
VAE 2  07-9133              Arnold W. Hellenberg v. American Standard, Inc., et al.
VAE 2  07-9134              Gilbert S. Hernandez v. American Standard, Inc., et al.
VAE 2  07-9135              Donald E. Jenkins v. American Standard, Inc., et al.
VAE 2  07-9136              Charles L. Kunkleman v. American Standard, Inc., et al.
VAE 2  07-9137              Curtis E. McMorris v. American Standard, Inc., et al.
VAE 2  07-9138              James A. Miller v. American Standard, Inc., et al.
VAE 2  07-9139              Raymond J. Peters v. American Standard, Inc., et al.
VAE 2  07-9140              James M. Phillips v. American Standard, Inc., et al.
VAE 2  07-9141              John T. Swaine v. American Standard, Inc., et al.
VAE 2  07-9142              Ivan Conder v. American Standard, Inc., et al.
VAE 2  07-9143              Thomas C. Ford v. American Standard, Inc., et al.
VAE 2  07-9144              C. L. Hughes v. American Standard, Inc., et al.
VAE 2  07-9145              Paul H. Jean v. American Standard, Inc., et al.
VAE 2  07-9146              Harry L. O'Donnell v. American Standard, Inc., et al.
VAE 2  07-9147              Jack G. O'Donnell v. American Standard, Inc., et al.
VAE 2  07-9148              Clarence W. Pierce v. American Standard, Inc., et al.
VAE 2  07-9149              Carl L. Stewart v. American Standard, Inc., et al.
VAE 2  07-9150              Clifford M. Holwegner v. American Standard, Inc., et al.
VAE 2  07-9151              Richard L. Beasley v. American Standard, Inc., et al.
VAE 2  07-9152              Robert P. Carpineta v. American Standard, Inc., et al.
VAE 2  07-9153              Ronald J. Curin v. American Standard, Inc., et al.
VAE 2  07-9154              Jesse R. Garcia v. American Standard, Inc., et al.
VAE 2  07-9155              William H. Monroe, Jr., etc. (Ronald M. Jones, Jr.) v. American Standard, Inc., et al.
VAE 2  07-9156              Alton J. Hardaway v. American Standard, Inc., et al.
VAE 2  07-9157              Jose L. Otero v. American Standard, Inc., et al.
VAE 2  07-9158              Karl D. Rimer, Sr. v. American Standard, Inc., et al.
VAE 2  07-9159              Donald T. Throenle, Sr. v. American Standard, Inc., et al.
VAE 2  07-9160              Thomas H. Tillett v. American Standard, Inc., et al.
VAE 2  07-9161              Doran R. Brechmann, Sr. v. American Standard, Inc., et al.
VAE 2  07-9162              Calvin S. Redford v. American Standard, Inc., et al.
VAE 3  07-68                Barbara Anne Anderson v. Alfa Laval, Inc., et al.

WASHINGTON WESTERN
WAW 2  06-1819              Frances Baker, et al. v. C.H. Murphy/Clark-Ullman, Inc., et al.

WISCONSIN EASTERN
WIE 2  06-1169              Edmund L. Scheffel v. Dynegy Corp., et al.

SCHEDULE CTO-275 - TAG ALONG ACTIONS - MDL-875                                    Page 5 of 5

<u>DIST. DIV. C.A. #</u>                     <u>CASE CAPTION</u>

WISCONSIN WESTERN
  WIW  3   06-672              Ernest Crotteau v. Dynegy Corp., et al.