**MDL 875**

MU

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 9 2007

FILED
CLERK'S OFFICE

BEFORE THE UNITED STATES OF AMERICAN

JUDICIAL PANEL ON MULTIDISTRICT LITIGATIC

IN RE: ASBESTOS PLAINTIFFS, ET AL      *
(Plaintiff Melvin Raymond only)      *
                Plaintiff,      *
versus      *      MDL DOCKET NO.  06-11140
                         *
OWENS ILLINOIS, INC., ET AL,      *
                Defendants.      *
*    *    *    *    *    *    *    *

## MOTION AND BRIEF TO VACATE
## CONDITIONAL TRANSFER ORDER

MAY IT PLEASE THE COURT:

       Plaintiff, Melvin Raymond, anticipates that the United States District Court, Eastern District

will enter an order remanding this matter back to state court.  After removal, this case was assigned

to Honorable Duval.  Plaintiffs filed a Motion for Expedited hearing setting Plaintiff's Motion to

Remand for hearing to have the case remanded to the state court from which it was removed.  The

matter was set for February 7, 2007.  Plaintiffs are awaiting the decision from Honorable Duval  and

anticipate same to be issued shortly.  Once it is determined that there is no federal jurisdiction in this

case, remand is mandatory.

       Plaintiff, Melvin Raymond, seeks to remand this civil proceeding to the State Court from

which it was removed.  On or about December 18, 2006, this case was removed to federal court by

the defendant, Peter Territo, and is conditionally transferred to the MDL.

       Territo's basis for the removal is that he acted under the authority of an officer or agency

of the United States within the meaning of 28 U.S.C. § 1442 (a)(1); a removal that is commonly

referred to as the Federal Officer Removal statute.  In any event, the Federal Officer Removal

statute applicability to shipyard defendants generally, and Avondale specifically, has been

PLEADING No. 4979

IMAGED MAR 1 2 2007      OFFICIAL FILE COPY

RECEIVED-
CLERK'S OFFICE

addressed by the Eastern District of Louisiana, United States District Court, on at least twelve

separate occasions and by the United States District Court, Northern District of California on one

occasion. The most recent cases Hampton v. Owens-Illinois, et al, (Exhibit 1), Landry v.

Northrup Grumman (Exhibit 2). and Griffin v. Northrup Grumman (Exhibit 3) are attached.

Additional cases decided are as follows:

1.   *John Anderson v. Avondale Industries, Inc., et al.,* 1994 WL 679827 (E.D. La.).

2.   *Robert S. Overly and Louise S. Overly v. Raybestos-Manhattan, et al.,* 1996 WL
     532150 (N.D. Cal.).

3.   *Horace Porche v. Flexitallic, Inc., et al.,* 1996 WL 603919 (E.D. La.).

4.   *Dorothy Reed Gauthe, et al., v. Asbestos Corp., et al.* 1997 WL 3255 (E.D. La.).

5.   *Guidroz v. The Anchor Packing Company,* No. 98-3709 (E.D. La. 1999).

6.   *Savoie v. Northrop Grumman Ship Systems, Inc., et al, USDC Eastern District No.
     05-2086*

7.   *Mouton v. Flexitallic 1999 US Dist Lexis 5632*

8.   *Quebedeaux v. Union Pacific 6:04 CV 2232.*

9.   *Bourgeois v. AP Green 96-3764.*

10.  *Westbrook v. Asbestos Defendant 2001 WL 902 643*

In each of these cases, the court found that the government contractor/federal officer defense

was not applicable. Most notably is the fact that the *Overly, Porche* and *Gauthe* decisions all involved

workers at the Avondale facility and involved claims against Avondale Industries, Inc. and/or the

Executive Officers of Avondale Industries, Inc. This Court should also be aware that in both the

*Overly* and *Porche* decisions, which recognized the difference between a manufacturer and a

shipyard/premises owner and thus the difference in even the potential use of this defense, the removing

party (Avondale Interests and/or its insurers) has been sanctioned for the improper removal of some

of these claims.

## I.    The *Mesa* Test

In his briefs to the Eastern District of Louisiana, Peter Territo stated this removal is valid under

28 U.S.C. § 1442(a)(1), otherwise known as the Federal Officer Removal statute.  The Fifth Circuit

Court of Appeals "recognizes that § 1442(a)(1) provides the only exception to the well-pleaded

complaint rule..." *Anderson v. Avondale Industries, Inc.*, 1994 WL 679827, *2 (E.D. La.).

Title 28 U.S.C. § 1442 (a)(1) reads as follows:

> (a)    A civil action or criminal prosecution commenced in a State
> court against any of the following persons may be removed by them to
> the district court of the United States for the district and division
> embracing the place wherein it is pending:

> (1)    Any officer of the United States or any agency thereof, or person
> acting under him, for any act under the color of such office or an
> account of any right, title or authority claimed under any Act of
> Congress for the apprehension or punishment of criminals or the
> collection of the revenue.

Generally, to determine whether a removal is proper under § 1442(a)(1), the removing

defendant must satisfy the three-prong test as outlined in *Mesa v. California*, 489 U.S. 121, 124-35,

109 S.Ct. 959, 103 L.Ed. 2d 99 (1989).  However, for a non-government defendant there is a four-

prong test.  In such a case, the Court must determine whether the defendant (1) was a person; (2) acted

under the direction of a federal officer; (3) demonstrated a causal nexus between the plaintiff's claims

and the acts performed under the color of federal office; and (4) can raise a federal defense to

3

plaintiff's claims. *Guidroz v. The Anchor Packing Co.*, No. 98-3709, at 3 (E.D. La. 1999), (quoting *Mesa*, 489 U.S. at 131-32).

A.   **Acting Under Federal Authority**

As plaintiff does not dispute that Peter Territo is a person, the next step is to determine if the defendant was acting under federal authority.  It is not enough to make factual allegations that one worked under the general auspices of federal regulation or direction.  Removal must be predicated upon an officer's direct and detailed control.  *Bahrs v. Hughes Aircraft Co.*, 795 F. Supp. 934, 947 (E.D. N.Y. 1992).

Furthermore, the "right to removal is not unbounded, and only arises when 'a federal interest in the matter' exists." *Winters v. Diamond Shamrock Chemical Co.*, 149 F. 3d 387, 398 (5th Cir. 1998).  "'[The case law] allows private corporations to remove only when the corporation is so intimately involved with the government functions as to occupy essentially the position of an employee of the government.'" *Anderson*, at *4 (quoting *Willingham v. Morgan*, 395 U.S. 402, 89 S.Ct. 1813 (1969)).

As proof that defendant acted pursuant to a federal officer's directions, defendant claims that the federal regulatory environment that was present at Avondale, especially through government contract specifications, created the requisite direction of a federal officer.  However, government contract specifications are not enough to bring Territo as acting under a federal officer's direction or to be considered as a government employee.

The  testimony of Avondale Safety Supervisors Pete Territo and Eddie Blanchard detail how little control the government and Navy had over Avondale.

One need look no further than the deposition testimony of Pete Territo, a defendant Avondale supervisor responsible for the health and safety of this plaintiff during the relevant time period, in order to determine whether or not the defendants meet the stated requirements in *Mesa*. Mr. Territo testified as follows:

> Q:   So the safety department was independent from the Federal officers that were on board these vessels?
> A:   Yes.
> ********
> Q:   Were there any, to your knowledge, special [safety] rules that Avondale had to follow that weren't general rules for all shipbuilding?
> A:   No.
> ********
> Q:   To your knowledge, is there any Federal regulation or specification in the contracts with the Navy that would prevent you from putting up a [warning] sign in a Navy vessel?
> A:   If it was under construction?
> Q:   Yes.
> A:   No.
> Q:   So if you wanted to put up a warning sign because lead paint is being used or being ripped out, you could do that?
> A:   Yes.
> Q:   The regulations that are promulgated by the Federal Government, would you agree with me that those regulations are minimal standards for safety?
> A:   Minimal standards?
> Q:   In other words, is there anything preventing Avondale from doing more than what those regulations called for?
> A:   No.

Deposition of Peter R. Territo, pp. 115-150, Sept. 26, 1996; attached hereto as Exhibit 4.

Also, Eddie Blanchard, Superintendent of Outfitting during the relevant time periods and former executive officer of Avondale, had this to say about acts under the direction of federal officers:

> Q:   Am I going outside the realm of knowledge to ask you whether or not

Q: any Federal officer directed or controlled the safety department; can you tell me whether or not a Federal officer directed or controlled the safety department?

A: No, it did not.

Q: They did not?

A: Certainly not.

********

Q: Some commercial vessels like the Lykes Line, the construction of the Lykes Line was done under general regulations that had to be complied with?

A: That is true.

Q: Were there any specific regulations that a Federal officer was in there to direct and control, that you are aware of?

A: No.

Q: Did Mr. Blum [federal officer] have the authority, did he have authority over Mr. Territo, that you are aware of?

A: No.

Q: Did Mr. Blum have authority over you that you are aware of?

A: No.

Q: So that Naval or Government inspectors were there for the purpose of seeing that the general regulations were followed, and not to control the employees of Avondale?

A: Individually, that's correct.

********

Q: There was nothing in those Naval regulations or Navy this or that, or Government this or that, that said you couldn't do a better job than what was set out; is that true?  There was no prohibition, the control they established was a floor and not a ceiling?

A: That is absolutely correct.

Deposition of Eddie Blanchard, pp. 99-130, September 25, 1996.  Attached hereto as Exhibit 5.

Previously and in these proceedings in the Eastern District of Louisiana, Peter Territo called upon an army of affiants to attest to the pervasive government control.  Oddly, a key player is missing from this roster: Territo himself.  On December 30, 1998, Territo was deposed.  During five hours and 181 pages of testimony, Territo does not once mention "Big Brother" lurking over his shoulder.  Plaintiff draws the attention of the Court to the deposition index which indicates the "Navy" was

6

mentioned only twice and the "Government" but once. Neither of these references pertains to safety supervision.

When repeatedly questioned about safety procedures and who was responsible for safety at Avondale, Territo testified:

> Q:  During the time period that you were involved in the Safety Department, and we've gone through the time periods earlier in the deposition, but you would agree that during your time period in the Safety Department, it was one of your responsibilities to make sure that employees had a safe place to work?
> ****
> A:  Yes.
> Q:  And during the time period that Pete Territo was in the Safety Department, it was also his responsibility to make certain that employees had a safe place to work?
> A:  That's true.
> Q:  And during the time period that Jim O'Donnell was in the Safety Department, it was part of his responsibilities to make certain the employees had a safe place to work?
> A:  That's true.
> ****
> Q:  During the time period that you were at Avondale Shipyards, you would agree that it was part of your responsibility to identify those hazards in the shipyard?
> A:  It was Jim O'Donnell's responsibility to identify them and then relay that information to me, as his boss.
> Q:  And so part of your responsibility was knowing of the hazards as well?
> A:  Right.

Deposition of Steven Kennedy, December 30, 1998, pp. 72-4. Attached hereto as Exhibit 6.

During his deposition, Peter Territo curiously omits any reference to the "pervasive exercise of supervision and control over all aspects of safety by the United States Navy and by other agencies of the United States Government." Surely a system so rigorous would not be inadvertently omitted during testimony regarding safety personnel and procedure.

B.   **Causal Nexus**

The third prong of the *Mesa* test requires that Territo demonstrate a causal nexus between plaintiff's claims and the acts Territo performed under the color of a federal office. Territo attempts to establish this causal nexus by relating the government contracts, their specifications and the government presence at Avondale with his job duties as safety supervisor at Avondale. The government presence at Avondale is not enough to establish a causal connection.

A case commonly cited in these matters is *Fung v. Abex Corp.*, 816 F. Supp. 569 (N.D. Cal. 1992). Although *Fung* did allow removal, it is easily distinguished from the case at hand. In *Fung*, the Secretary of the Navy commanded the direction of General Dynamics at a federal facility. General Dynamics was not mixing private and military contracts; it was only building military ships at that Navy facility. Here, it is common knowledge that Avondale built and continues to build today both commercial and military vessels. Therefore, *Fung* is not persuasive.

Furthermore, in *Boyle v. United Technologies Corp.*, 108 S.Ct. 2510, 2517, 487 U.S. 500 (1988), government contracts were discussed as between the military and its supplier.

> The Court pointedly noted that the fact that a company supplies goods to the military does not, in and of itself, immunize it from liability for the injuries caused by those goods. Where the goods ordered by the military are those readily available, in substantially similar form, to commercial users, the military contractor defense does not apply. *In re Hawaii Federal Asbestos Cases v. Raymark*, 960 F.2d 806, 811 (9th Cir. 1992).

Courts have repeatedly addressed the causal nexus prong of the *Mesa* test. In *Gauthe*, the Eastern District of Louisiana stated:

> The case against the Avondale Interests centers on their failure to warn; plaintiff's allegations even with respect to a failure to provide a workplace free from the hazards of asbestos is based upon the failure to warn, not the presence of the asbestos itself or the ways and manner in which it was handled. There

8

> is no evidence that the Government restricted or prohibited Avondale's ability to notify individuals of the presence of asbestos in the work environment. Assuming that Avondale built ships under the direct supervision of the federal government, nothing about that supervision prevented Avondale from warning [plaintiff] about the dangers. Thus, there is no causal connection between the injury alleged by [plaintiff] with respect to Avondale's failure to warn and Avondale working on behalf of the federal government.

*Gauthe v. Asbestos Corp.*, 1997 WL 3255, \*3 (E.D. La. 1997).

Here, the government did not demand a product that was not already commercially available. Avondale was already doing on its own everything that the government required of them. Avondale had its own individual suppliers of asbestos. Furthermore, the Naval safety regulations that Avondale operated under while constructing Navy vessels were a minimum level; nothing prohibited Avondale from increasing any safety regulation. *See* Deposition of Eddie Blanchard, pp. 99-130, September 25, 1996. (Attached hereto as Exhibit 5).

Furthermore, defendant has repeatedly attributed a great deal of argument and exhibits to the DE1078 contract specifications. However, this program was only in effect at Avondale for an extremely limited time, i.e. 1969-73. During this period there were also commercial vessels under construction. *See* Avondale Ship List, p. 56, starting with Hull No. 1146, attached hereto as Exhibit 7. No plaintiff was working exclusively on the DE1078. In fact, the ship list attests to the fact that a majority of construction at Avondale involved commercial rather than Navy vessels.

Defendant attempts to apply *Lalonde v. Delta Field Erection*, No. 96-3244-B-M3 (M.D. La. 1998). However, in *Lalonde*, the exposure to silica occurred at a government-owned synthetic rubber plant that the government continued to operate even after a private company purchased it. Avondale did not operate exclusively for the U.S. Navy while it built the DE1078s as defendant

9

alleges.  As shown on page 59 of the attached Ship List, Avondale continued to build commercial

vessels during the same time period that it built the DE1078s.

In deciding that the government contractor defense was applicable, the court stated:

> DSM operated a federal government-owned facility, exclusively for
> the government, under the oversight and ultimate control of officers
> of federal government.  The court, therefore, concludes that the
> forgoing facts are sufficient to establish that DSM was 'acting under
> an officer of the United States or agency thereof' for the purposes of
> the removal of Section 1442(a)(1).

Most importantly, to the instant case,  is a recognition by the *Lalonde* court that the

**shipyard cases,** such as the *Overly* case involving **Avondale,** require a different result.  The

*Lalonde* court specifically recognized a different result in the context of a privately owned shipyard

stating as follows:

> In *Overly*, for example, the element of 'federal direction' applied by
> the *Overly* court was not satisfied, while the federal government
> directed Avondale to install asbestos products, it gave no direction to
> Avondale regarding workplace warnings pertaining to asbestos
> exposure.  *Overly* and similar cases pertain to government
> contractors acting as independent contractors in filling government
> procurement contracts at their own plants.  **The cases do not involve
> a government contractor acting exclusively as agent for the
> federal government in operating a government owned facility.**

*See Lalonde* at page 7, footnotes 12 and 13.  (Emphasis added).

Obviously, the court's decision, finding the government contractor defense applicable, was based

upon the fact that it was a government owned facility acting exclusively as an agent for the federal

government.  On the other hand, the court indicated that a privately/independently owned shipyard

which did both non-governmental as well as governmental contracts would not be able to avail

itself of the government contractor defense.

Although Territo has produced an abundance of evidence attesting to the regulations imposed by the federal government on the manufacture and design of ships built by Avondale for the U. S. Navy and other maritime vessels, as the *Overly* court recognized:

> **none** of these guidelines address Avondale's responsibility to warn its employees of their exposure to products containing asbestos. The government in no way restricted Avondale's ability to notify individuals of the presence of asbestos in the work environment. Thus, there is no causal connection between the control exercised by the United States over Avondale and the legal theory in which plaintiffs seek to hold Avondale liable.*Overly*, *4. (Emphasis in original).

Consequently, the court found that Avondale had no basis on which to assert application of the Federal Officer Removal Statute, and therefore remanded the case back to state court." *See Overly,* *4.

Here, the plaintiff's claim is not simply that Avondale used asbestos products; rather the claim, simply put, is that Avondale failed to inform the plaintiff of the dangers of asbestos and failed to provide him with a safe place to work.

As defendant has not established a causal nexus between plaintiff's claims and the acts defendant performed under the color of a federal office, this case should be remanded to state court.

C.   **Colorable Federal Defense**

The final prong of the Mesa test is that the removing defendant must possess a colorable federal defense. In paragraph 14 of his Notice of Removal, Territo asserts that he can raise federal defenses

11

under the Longshore and Harbor Workers Compensation Act (LHWCA) and under government contractor immunity. To establish a requisite federal defense, Territo now claims that the LHWCA provides him with co-employee immunity from his acts while employed at Avondale. This precise issue of colorable defense was examined by the courts in the Eastern District of Louisiana quite recently. In a footnote in the recent *Guidroz* decision, Judge Lemelle of Eastern District of Louisiana refused to consider arguments based on *Fillinger* because it is contrary to binding federal precedent in this Circuit. *Guidroz v. The Anchor Packing Co.*, No. 98-3709, footnote 4 at 13 (E.D. La. 1999).

In *Gauthe*, *infra*, Judge Duval of the Eastern District of Louisiana held that he was unpersuaded by the Alabama court's reasoning in *Fillinger* and refused to adopt similar reasoning in Louisiana. *Gauthe v. Asbestos Corp.*, 1997 WL 3255, *4 (E.D. La. 1997).

Territo asserts that he, as an Avondale employee, can raise a colorable federal defense as a government contractor. However, to be deemed a government contractor he must meet the test outlined by the Supreme Court in *Boyle*, 487 U. S. 500 (1988). In *Boyle*, the court set the standard for finding state law liability for design defects in military equipment. Military contractor immunity for design defects applies when (1) the United States approved reasonably precise specifications; (2) the equipment conformed to those specifications; and (3) the supplier warned the United States about the dangers in the use of the equipment that were known to the supplier but not to the United States.

In short, the *Boyle* decision was correct because UTC was an independent contractor that was manufacturing helicopters pursuant to the government's *design* for the government. The Government Defense Contract that UTC used was proper because there was direct evidence that the *design* was expressly issued by the military for the purpose of military combat.

12

UTC did not design the helicopter themselves.  They were under the supervision of what the military required them to design, and for that reason the plaintiffs' claim against the contractor was governed by the Government Contract Defense.

The *Overly* court recognized that in order to meet the *Boyle* test in a failure to warn case, a defendant like Avondale or Territo must show that the government affirmatively instructed it regarding the provision of warnings.  The court recognized that Avondale has failed to meet this prong of the *Boyle* test and stated:

> Defendants only showing on this motion relates to the government's manufacturing and engineering specifications.  Defendant has not demonstrated that the government provided "reasonably precise specifications" affecting Avondale's provision of warnings. *Boyle*, 487 U.S. at 512.  Absent a showing by the defendant that the federal government gave specific instructions to Avondale not to warn employees of the existence of asbestos, Avondale has offered no protection by government contractor immunity.

See *In Re: Hawaii Federal Asbestos Cases*, 960 F.2d 813.

The court recognized, as Plaintiff has here maintained, that Avondale fails to meet the second prong of the *Mesa* standard because Avondale has no colorable federal defense to the charges in the instant case.

As defendant cannot allege a valid colorable federal defense, this case should be remanded to state court.

## II.    **Shipyard Employer Cannot Claim This Defense for These State Based Tort Claims**

A.    ***John Anderson, et al. v. Avondale Industries, Inc., et al.*, 1994 WL 679827 (E.D. La.).**

In *Anderson,* one of the defendants removed the case of Mr. Anderson who worked at

13

Avondale from 1967 to 1980. After being diagnosed with cancer, he filed a claim against those defendants alleging that his cancer was caused by his exposure to asbestos products at Avondale Shipyards.

In *Anderson*, the court considered the *Mesa* requirements and specifically addressed the first requirement that requires a demonstration by the removing party that it acted under direction of a federal officer. *See Anderson,* *2.

In *Anderson*, court found that:

> Borden has failed to show that it "was acting under" a federal officer with respect to the allegedly injurious product, and that failure in and of itself defeats the removal, mooting any inquiry with respect to the other two prongs of *Mesa* requirement. Therefore, the Court finds that it has no jurisdiction of this matter, and it must remand this suit pursuant to 28 U.S.C. § 1447(c).

*Anderson,* *3.

In sum, the *Anderson* court recognized that the defendant was not even able to prove the applicability of the first *Mesa* requirement; therefore, review of the second two requirements was not applicable.

**B.** ***Robert S. Overly and Louise S. Overly v. Raybestos-Manhattan, et al.*, 1996 WL 532150 (N.D. Cal.)**

In *Overly*, the plaintiff alleged that as result of exposure to asbestos by working at Avondale he had acquired mesothelioma. *See Overly,* *1.

In *Overly*, the plaintiff was not pursuing a design defect claim of products liability against Avondale. Likewise, the instant case plaintiffs are not suing Territo or Avondale under design defect.

14

but are suing them for failure to warn and a negligence cause of action.  More importantly, the court

recognized that:

> Although Avondale has established that it was under substantial control by the government regarding the installation of certain products containing asbestos, it has not done so with regard to the warning of individuals of the presence of asbestos on the job site.

*Overly,* *3.

In the instant case, Territo does not even attempt to show that the government instructed him

or Avondale not to warn the plaintiffs of the dangers of asbestos products.  Because he is unable to

meet this threshold, he is unable to claim the government contractor defense.  In *Overly,* the court

specifically recognized that:

> Thus, in order to meet the *Boyle* test in failure to warn case, the defendant must show that the government affirmatively instructed it regarding the provision of warnings.
>
> Defendant's only showing on this motion relates to the government's manufacturing and engineering specifications. Defendant has not demonstrated that the government provided "reasonably precise specifications" affecting Avondale's provision of warnings. *Boyle* 487 U.S. at 512.  Absent a showing by defendant that the federal government gave specific instructions to Avondale not to warn employees of the existence of asbestos, Avondale is offered no protection by government contractor immunity. *See In re: Hawaii Federal Asbestos Cases,* 960 F.2d at 813.

*Overly,* *3.

Therefore, defendant fails to meet the second prong of the Mesa standard because Territo has no

colorable federal defense to the charges in this case.

Lastly, in *Overly,* the court stated as follows:

15

> Defendant has produced abundant evidence attesting to the regulations imposed by the federal government on the manufacture and design of ships built by Avondale for the U.S. Navy. However, none of these guidelines addresses Avondale's responsibility to warn its employees of their exposure to products containing asbestos. The government in no way restricted Avondale's ability to notify individuals of the presence of asbestos in the work environment. Thus, there is no causal connection between the control exercised by the United States or Avondale in a legal theory under which plaintiffs seek to hold Avondale liable. Consequently, Avondale has no basis on which to assert application of the Federal Officer Removal Statute, and the case must be remanded to state court.

*Overly,* *4.

Thus, because Territo was not restricted from warning the employees of the presence and dangers of asbestos at the workplace, he cannot avail itself of the government contractor defense.

**C.     *Horace Porche v. Flexitallic, Inc., et al.* 1996 WL 603919 (E.D. La.).**

*Porche* is a factually similar case in which Avondale attempted to remove on the same grounds as Territo is here. Although the *Porche* court did not address reasons for the removal because it deemed it not necessary, the court did state:

> However, the rationale underlying *Overly* is well reasoned.

*See Porche,* *2.

**D.     *Dorothy Reed Gauthe, et al., v. Asbestos Corp., et al.* 1997 WL 3255 (E.D. La.).**

In *Gauthe,* the Avondale interest removed the case on the basis of the 28 U.S.C. § 1442(a)(1) government contractor defense. As in *Porche,* the court approved of the *Overly* reasoning by stating that:

> The *Overly* case is strikingly similar to the case at bar, and the court finds its reason compelling.

16

*Gauthe*, *3.

In *Gauthe*, the court recognized that the building of vessels in response to federal government specifications calling for the use of asbestos was simply not enough to allow the shipyards to avail itself of the government contractor defense and specifically stated as follows:

> The Avondale interests opine in a Supplemental Memorandum that somehow the causal nexus issue is met solely by virtue of the requirements of the contract under which Avondale labored.  In essence they argue that to the extent they complied with the contract, any derogation Avondale may have committed with respect to its state law responsibilities to its employees should be excused, and therefore, the nexus is met.  However, to the extent that argument apparently hinges on the government contractor defense, it is inapplicable.

*Gauthe*, *2-3.

Additionally, the *Gauthe* court addressed the *Boyle* factors as discussed above stating as follows:

> With respect to the second "colorable" federal defense, that being the government contractor defense as delineated *Boyle*, 108 S. Ct. 2518, it is inapplicable in this instant.  This is not a design defect case as this defense is framed in *Boyle*, it is a failure to warn case.  Avondale did not manufacture the asbestos in question.  Nor has Mr. Gauthe sued Avondale because the asbestos was of faulty design or improperly manufactured.  He has sued Avondale solely for its failure to warn.  To stretch the government contractor defense to encompass something other than a design defect or manufacturing defect is not indicated here.

**E.**   ***Guidroz v. The Anchor Packing Company*, No. 98-3709 (E.D. La. 1999).**

Very recently in *Guidroz*, the Eastern District of Louisiana remanded the case back to the state court in which it belonged.  This case was removed by a third party defendant who used the

same arguments as Peter Territo in this removal.

**III.   Conclusion**

      For the aforementioned reasons, this Conditional Transfer should be vacated.

Respectfully submitted,

JULIE ARDOIN, LLC

Julie A. Ardoin (#22925)
909 Poydras Street, Suite 2550
New Orleans, LA 70112-4000
Phone (504) 584-5214
Fax: (504) 584-5224

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have on March 7, 2007, served a copy of the foregoing pleading on

counsel to all parties to this proceeding, by facsimile and/or mailing the same by United States mail,

properly addressed, and first class postage prepaid.

M:\Asbestos\raymond\motion to vacate final 1.wpd

Julie Ardoin, LLC
909 Poydras Street
Suite 2550
New Orleans, LA 70112

Richard C. Binzley
Thompson Hine, LLP
127 Public Square

3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Bums, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19 106-2574

Ellen Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Susan Hansen
Brownson & Ballou
225 S. 6th Street, # 4800
Minneapolis MN 55402

Reginald Kramer
Oldham & Dowling
195 S. Main Street, Suite 300
Akron OH 44308

David Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Frederick Lewis Parks
Lugenbuhl, Wheaton, et al.
601 Poydras Street
Suite 2775
New Orleans, LA 70130

John J. Repcheck
Mark, O'Neill, O'Brien & Courtney
200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West, Sutie 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.0. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
1766 Wilshire Boulevard, 6th Floor
Los Angeles, CA  90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.

Centre Square West
15th Floor
Philadelphia, PA 19102

Robert B. Swickle
Jaques Admiralty Law Firm, P.C
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Blaine Moore
Duncan & Courington, L.L.C.
322 Lafayette Street
New Orleans, Louisiana 70130

Charles Giordano
Album, Stovall, Radecker & Giordano, L.L.C.
3850 N. Causeway Boulevard
Suite 1130
Metairie, Louisiana 70002

Jay Jalanek
Kean, Miller
22nd Floor - One American Place
Baton Rouge, Louisiana 70825

Benjamin Slater, III
Mark E. Van Horn
Robert B. Acomb, III

650 Poydras Street, Suite 2600
New Orleans, Louisiana 70130-6101

R. Dean Church
Forrest RenWilkes
Forman, Perry, Watkins & Krutz
P.O. Box 22608
Jackson, Mississippi 39225

Larry Canada
Galloway, Johnson, Tompkins &Burr
4040 One Shell Square
New Orleans, Louisiana 70139

Gary A. Lee
Lee, Futrell & Perles, LLP
201 St. Charles Avenue, Suite 2409
New Orleans, Louisiana  70170

Susan Kohn
Simon, Peragine, Smith & Redfearn, L.L.P.
1100 Poydras Street
30th Floor
New Orleans, Louisiana 70163

Lawrence G. Pugh, III
Montgomery, Barnett, Brown, Read, Hammond & Mintz, LLP
1100 Poydras Street
3200 Energy Centre
New Orleans, Louisiana  70163

A. Wendel Stout
Janet McDonald
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA  70130-3672

Leon Gary
Jones, Walker, Waechter Poitevent, Carrere & Denegre, LLP
8555 United Plaza Boulevard
5th Floor, Four United Plaza

Case MDL No. 875   Document 4979   Filed 03/09/07   Page 23 of 158

Baton Rouge, LA  70809

Stephen Elliott
Dawn M. Palmisano
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
P. O. Box 55490
Metairie, LA  70005-5490

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOYCE HAMPTON, ET AL.                          CIVIL ACTION

versus                                         No.   06-10929

OWENS-ILLINOIS, ET AL.                         SECTION: "I"/3

### ORDER AND REASONS

Before the Court is the motion to remand filed on behalf of plaintiffs, Joyce Hampton, Ruby Spiess, and Linda Raimer. The motion is opposed by third-party defendant American Motorists Insurance Company ("American Motorists"). For the following reasons, plaintiffs' motion to remand is **GRANTED**.

### *BACKGROUND*

In 1999, plaintiffs Weston Hampton, now deceased, and Joyce Hampton filed this lawsuit in Orleans Parish Civil District Court.[1] Plaintiffs allege that Mr. Hampton was exposed to injurious levels of asbestos throughout his career with various employers, including a period from 1940 to 1943 during which he was a welder at Delta Shipyard ("Delta").[2] The state court lawsuit has proceeded since 1999, notwithstanding a 2001 removal attempt by other defendants,[3] with a trial date of March 19, 2007.[4] Summary judgment hearings in

---

[1]Rec. Doc. No. 1-5.   Joyce Hampton now sues individually and on behalf of her deceased husband.  As children of Mr. Hampton, Spiess and Raimer also now sue individually and on behalf of their deceased father.

[2]Rec. Doc. No. 1-7, p. 6.

[3]*See* Case No. 01-3848, Rec. Doc. No. 1.

[4]Rec. Doc. No. 9-2, p. 2.



**PLAINTIFF'S EXHIBIT**

tabbies

/

state court were scheduled for December 15, 2006.[5]  However, at the
proverbial "eleventh hour," on November 21, 2006, Eagle, Inc.
("Eagle"), a defendant in the lawsuit, filed a third-party demand
against American Motorists, an insurer of Delta, alleging that
American Motorists is liable for Delta's failure to warn and
provide a safe work environment for Mr. Hampton.[6]  Soon thereafter,
on December 14, 2006, American Motorists removed the lawsuit to
this Court based on Eagle's third-party demand and pursuant to the
federal officer removal statute, 28 U.S.C. § 1442.[7]  Plaintiffs
filed their motion to remand on December 28, 2006.[8]

### LAW AND ANALYSIS

### I. Standard of Law

The defendant has the burden to establish the existence of
federal jurisdiction.  *Winters v. Diamond Shamrock Chemical Co.*,
149 F.3d 387, 397 (5th Cir. 1998).  Here, defendant asserts that
removal is proper pursuant to 28 U.S.C. § 1442.  Section 1442
provides that a civil action commenced in a state court against any
agency or officer of the United States or any person acting under
that officer may be removed to federal court.  28 U.S.C. § 1442.

---

[5]Rec. Doc. No. 9-2, p. 7.

[6]Rec. Doc. No. 1-2, p. 8.  Eagle states that it brings its third-party
demand "only to the extent that it is determined to be liable to the
plaintiffs on the main demand."  Rec. Doc. No. 1-2, p. 7 ¶6.

[7]Rec. Doc. No. 1-1.

[8]Rec. Doc. No. 9.

In general, a federal law defense to a state law claim is
insufficient to confer subject matter jurisdiction for purposes of
removal. *Mouton v. Flexitallic, Inc.*, No. 99-162, 1999 U.S. Dist.
LEXIS 5632, at *14 (E.D. La. Apr. 14, 1999) (Porteous, J.).
However, Section 1442(a)(1) provides an exception when the
defendant can meet a three-prong test developed from *Mesa v.
California*, 489 U.S. 121, 109 S. Ct. 959, 103 L. Ed. 2d 99 (1989):
1) the defendant is "a person;" 2) the defendant acted under the
direction of a federal officer; and 3) the defendant raises a
colorable federal defense. *Id.*   There is no dispute as to
satisfaction of the first prong in this case, as corporations are
considered "persons" for purposes of removal under Section 1442.
*Winters*, 149 F.3d 387 at 398.

To satisfy the second prong, defendant must have acted
pursuant to a federal officer's directions and a causal nexus must
exist between the defendants' actions under color of federal office
and the plaintiff's claims. *Jefferson County, Ala. v. Acker*,  527
U.S. 423, 431, 119 S. Ct. 2069, 2075, 144 L. Ed. 2d 408 (1999);
*Winters*, 149 F.3d at 398.   "That nexus is established by the
federal officer's direct and detailed control over the defendant.
If a corporation only establishes that the acts occurred under the
general auspices of federal direction, however, then it is not
entitled to § 1442(a)(1) removal." *Green v. Aetna U.S. Healthcare,
Inc.*, No. 00-1292, 2000 WL 1229226, at *1 (N.D. Cal. Aug. 18,

-3-

2000)(internal citations omitted).

To satisfy the third prong, the defendant "need not prove the asserted defense, but need only articulate its 'colorable' applicability to the plaintiff's claims. *Winters*, 149 F.3d at 400.

## II. Discussion

Considering the second prong, the situation here is similar to that in *Mouton v. Flexitallic, Inc.* In *Mouton*, plaintiffs sued in state court because of asbestos exposure, and Avondale shipyards removed under Section 1442. 1999 U.S. Dist. LEXIS 5632, at *12-13. The plaintiffs specifically sued Avondale and its executive officers for failure to warn about the dangers of asbestos and failure to provide a safe work environment. The defendants asserted that they were acting under the authority of various entities of the United States, including the Navy and the Federal Maritime Commission. *Id.* at *13.

The *Mouton* defendants asserted there was sufficient federal control to satisfy the nexus requirement, relying on "numerous exhibits consisting of contract specifications, material specifications, and inspection procedures" and "affidavits of Avondale employees testifying that regulations regarding the handling of asbestos were enforced by safety inspections from the Navy and the Department of Labor." *Id.* at *17. The plaintiffs countered that they were asserting strict premises liability and

-4-

negligence, not product liability or defective design; therefore, the causal nexus could only be established if the government directed Avondale's activities regarding asbestos warnings and safety procedures. *Id.*

The Court in *Mouton* sided with plaintiffs, finding that the government did not bar Avondale from issuing safety warnings or adopting more stringent safety requirements for the use of asbestos. Therefore, *Mouton* found no causal connection between the government's direction and plaintiffs' claims. *Id.* at *19.

In this case, as in *Mouton*, the shipyard is accused of failure to warn about the dangers of asbestos and failure to provide a safe work environment.[9]  As in that case, defendant here has produced voluminous exhibits that establish how Delta was directed by the United States Maritime Commission to build "Liberty" ships for use during WWII and to use asbestos products in their production.[10]

However, on the specific issue of warnings and safety procedures, defendant has not identified any evidence that Delta was barred from instituting enhanced safety and warning procedures regarding asbestos. Indeed, as plaintiffs argue, the U.S. Maritime Commission's own guidelines, entitled "Minimum Requirements for

---

[9]The Court notes that third-party plaintiff Eagle has styled the allegations against the shipyard in specific detail, such as failure to provide "adequate changing rooms and/or showers at the work place." Rec. Doc. No. 1-2, p. 8.  Nevertheless, at their core, the Court finds that these allegations translate into two claims: failure to warn and failure to provide a safe work environment.

[10]*See* Exhibits *in globo* to Rec. Doc. No. 18.

Safety and Industrial Health in Contract Shipyards," specifically
state that its safety requirements are "only minimum requirements"
and that substandard safety conditions must "be brought to the
required standard or better."[11]  Therefore, as in *Mouton*, the Court
finds that defendant has failed to establish a causal nexus between
the government's direction pursuant to the ship construction
contracts and plaintiff's claims.  *See Mouton*, 1999 U.S. Dist.
LEXIS 5632, at *20.  As a result, this matter was improperly
removed pursuant to Section 1442 and remand is required.[12]

**III.  Request for Attorneys' Fees, Costs, and Sanctions**

In plaintiffs' motion in support of their motion to remand,
plaintiffs request attorneys' fees, costs, and sanctions for

---

[11]Rec. Doc. No. 9-5, p. 5 (emphasis added).

[12]The Court notes that defendant cites nonbinding case precedent that
could result in a different holding on these facts.  In particular, defendant
emphasizes *Lalonde v. Delta Field Erection*, a case decided by Magistrate Judge
Dalby of the Middle District of Louisiana.  No. 96-3244, 1998 WL 34301466
(M.D. La. Aug. 6, 1998).  In *Lalonde*, Judge Dalby concluded that, so long as
the defendant was engaged in the performance of federal duties when the
alleged negligent actions or omissions occurred, a casual nexus exists.  *Id.*
at *6.  However, *Lalonde* was decided prior to the Fifth Circuit's decision in
*Winters*, a failure to warn case upholding Section 1442 removal, which noted
that the defendant there was specifically barred by the government from
placing warning labels on its product.  *Winters*, 149 F.3d at 399.  The Court
in *Mouton* rejected *Lalonde*'s interpretation, *Mouton*, 1999 U.S. Dist. LEXIS
5632, at *19, and numerous other cases in the Eastern District have continued
to follow the *Mouton* approach rather than *Lalonde*.  *See, e.g., Savoie v.
Northop Grumman Ship Sys., Inc.*, No. 05-2086, slip op. at 4 (E.D. La. July 13,
2005) (Duval, J.) and cases cited therein.
   The Court likewise is unpersuaded by the other cases to which defendant
cites, *including McFarlain v. Northrop Grumman Systems Corp.*, where the
plaintiff alleged that Avondale was strictly liable for its "guarde of the
asbestos" which caused plaintiff's injuries.  No. 05-1406, slip op. at 2 (M.D.
La. Feb. 6, 2006).  That sweeping allegation is distinguishable from the
specific claims in this case.
   As defendant has failed to satisfy the causal nexus prong, the Court
need not reach the issue of whether defendant has raised a colorable federal
defense.

defendant's improper removal.[13]  The decision whether to award fees and costs is discretionary.  *Miranti v. Lee*, 3 F.3d 925, 929 (5th Cir. 1993).  "Absent unusual circumstances, courts may award attorney's fees under § 1447(c) only where the removing party lacked an objectively reasonable basis for seeking removal. Conversely, when an objectively reasonable basis exists, fees should be denied."  *Martin v. Franklin Capital Corp.*, ---U.S. ----, 126 S. Ct. 704, 711, 163 L. Ed. 2d 547 (2005) (citing *Hornbuckle v. State Farm Lloyds*, 385 F.3d 538, 541 (5th Cir. 2004); *Valdes v. Wal-Mart Stores, Inc.*, 199 F.3d 290, 293 (5th Cir. 2000)).  This Court exercises its discretion not to grant plaintiffs' request for attorneys' fees, costs, and sanctions.

Accordingly,

**IT IS ORDERED** that the motion to remand filed on behalf of plaintiffs[14] is **GRANTED** and the case is **REMANDED** to Civil District Court for the Parish of Orleans.

New Orleans, Louisiana, January   26th   , 2007.

LANCE M. AFRICK
**UNITED STATES DISTRICT JUDGE**

---

[13]Rec. Doc. No. 9-2, p. 7.

[14]Rec. Doc. No. 9.

# COPY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BONNIE R. LANDRY                                    CIVIL ACTION

VERSUS                                             NO: 06-9889

NORTHROP GRUMMAN                                   SECTION: "A" (4)
INDUSTRIES, ET AL.

## ORDER & REASONS

Before the Court is a Motion to Remand and Impose Rule 11 Sanctions (Rec. Doc. 5) filed by the Plaintiff. Defendants oppose the Motion. After a review of the record, and for the following reasons, Plaintiff's Motion to Remand is GRANTED. Further, the portion of the Motion requesting Rule 11 Sanctions is DENIED.

## I. BACKGROUND

Plaintiff filed her petition for damages in Civil District Court for the Parish of Orleans, alleging that she was exposed to injurious levels of asbestos from predominantly three sources: living in the vicinity of an asbestos plant in Marrero, Louisiana from 1949 to 1968, asbestos fibers brought home on the clothes of her spouse who worked at the "Main Yard" of Avondale Industries, Inc., from 1962 through 1964, and asbestos fibers brought home on the clothes of her spouse from his work at Chevron USA, Inc., in Belle Chasse, Louisiana. Plaintiff names a number of defendants,

PLAINTIFF'S EXHIBIT
2

(5th Cir.) *cert. denied*, 113 S. Ct 413 (1992) (*citing Mesa v. California*, 489 U.S. 121, 136-37, 109 S.Ct. 959, 968, 103 L.Ed.2d 99 (1989)). In *Mesa v. California*, the Supreme Court outlined the criteria necessary to support removal under the Federal Officer Removal Statute, and reiterated that in order to invoke the removal power of § 1442(a)(1), a person seeking removal must allege a federal law defense. *Mesa v. California*, 489 U.S. 121, 129, 109 S.Ct. 959, (1989). Under *Mesa*, the removing party must satisfy a three pronged inquiry which requires the moving "person" acting "under a federal officer" to: 1) demonstrate that it acted under the direction of a federal officer, 2) raise a colorable federal defense to the plaintiff's claims, and 3) demonstrate a causal nexus between plaintiffs' claims and acts it performed under color of federal office. *Id.* All three *Mesa* factors must be satisfied for removal to be proper.

## III. ANALYSIS

As an initial matter, this Court notes that this Motion to Remand is essentially identical to the Motion to Remand filed by the same Defendants in *Peggy Griffin v. Northrop Grumman Industries, Inc., et al.*, also before this Court. *Peggy Griffin v. Northrop Grumman Industries, Inc., et al.*, No. 06-9439 (E.D.La. 2006). In that case, the Court addressed the same issues and arguments by counsel on both sides as those contained herein.

Similar to *Griffin*, this Court finds that the instant case fits into a long line of precedent cases in which district courts have addressed the same issues contained herein, and held that removal was improper. *See Savoie v. Northrop Grumman Ship Systems, Inc., et al.*, No. 05-2086 (E.D.La. 2005); *Gauthe v. Asbestos Corp., et al.*, 1997 WL 3255 (E.D. La. 1997); *Quebedeaux v. Union Pacific Railroad*, No. 6:04-02232 (W.D. La. 2004); *Bourgeois v. A.P. Green Industries, Inc.*, No. 96-3764

3

(E.D.La. 1996); *Guidroz v. The Anchor Packing Co.*, No. 98-3764 (E.D.La. 1996); *Overly v. Raybestos-Manhattan*, No. C-96-2853 CI (N.D. Cal. 1996); *Westbrook v. Asbestos Defendants*, 2001 WL 902642 (N.D. Cal. 2001); *Mouton v. Flexitallic, Inc.*, 1999 WL 2254438 (E.D. La. 1999); *Porche v. Flexitallic, Inc.*, 1996 WL 603919 (E.D. La. 1996); *Mabile v. Hidalgo*, No.95-2200.9 (W.D.La. 1995).

As in *Griffin*, this Court notes that in *Savoie v. Northrop Grumman Ship Systems, Inc., et al.*, Section K of this Court addressed the same issues as presented in this litigation, ultimately ruling in favor of remand. *Savoie*, No. 05-2086 (E.D.La. 2005). In *Savoie*, the court found that defendant's removal "failed on the first prong, as defendant cannot demonstrate that he was acting under the direction of a federal officer specific to the claims alleged in plaintiff's petition, namely those dealing with the safety procedures and plans of Avondale." *Id.* In so ruling, the court noted that plaintiff's asserted claims were focused on a failure to use asbestos safely. *Id.*

In this litigation, a different Plaintiff advances the same claims of failure to use asbestos safely as those asserted in *Savoie*. Similarly, Defendants have sought removal utilizing the same arguments as the defendant in *Savoie*. Although Defendants acknowledge that "several divisions within the Eastern District have rejected removal by the Avondale interests based on the Federal Officer Removal Statute," they further assert that "since that time there have been several significant developments." (Def. Opp. to Motion to Remand, p. 2). More specifically, the Defendants cite three cases from the Middle District of Louisiana: *Lalonde v. Delta Field Erection, Melford v. Territo, and McFarlain v. Northrop Grumman Systems Corp.* (Def. Opp. to Motion to Remand, p. 2) citing *Lalonde v. Delta Field Erection*, No. 96-3244 (M.D.La. 1998); *Melford v. Territo*, No. 05-1405

(M.D. La. 2006);  *McFarlain v. Northrop Grumman Systems Corp*, No. 05-1506 (M.D.La. 2006)).

After a review of the record, including a review of the cases cited by the Defendants, this Court finds the decision by the court in *Savoie*, as well as the reasons in favor of remand as stated in the aforementioned line of cases, to be persuasive.  Therefore, this Court finds that remand is proper.

Accordingly;

IT IS ORDERED that Plaintiff's Motion to Remand (Rec. Doc. 5) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Impose Rule 11 Sanctions (Rec. Doc. 5) is DENIED.

New Orleans, Louisiana, Thursday, December 14, 2006.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

5

# COPY

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

PEGGY P. GRIFFIN                                    CIVIL ACTION

VERSUS                                             NO: 06-9439

NORTHROP GRUMMAN                                   SECTION: "A" (5)
INDUSTRIES, ET AL.

### ORDER & REASONS

Before the Court is a Motion to Remand and Impose Rule 11 Sanctions (Rec. Doc. 3) filed by the Plaintiff. Defendants oppose the Motion. After a review of the record, and for the following reasons, Plaintiff's Motion to Remand is **GRANTED**. Further, the portion of the Motion calling for Rule 11 Sanctions is **DENIED**.

## I. BACKGROUND

Plaintiff filed her petition for damages in Civil District Court for the Parish of Orleans, alleging that she was exposed to injurious levels of asbestos brought home by her father who worked at the Celotex plant in Marrero from 1939 to 1957, and from neighborhood exposure to asbestos fibers emanating from the main yard of Avondale shipyards from 1943 through the early 1970's. Plaintiff names a number of defendants, among them Northrop Grumman Ship Systems, Inc. f/k/a Avondale Industries, Inc., and Peter Territo, an executive officer of Avondale. Defendants Northrop



PLAINTIFF'S
EXHIBIT

3

Grumman Ship Systems, Inc., and Peter Territo removed the case on November 2, 2006 pursuant to 28 U.S.C. § 1331 in that the action arises "under the Constitution, laws or treatises of the United States" and involves persons acting under an officer of the United States pursuant to 28 U.S.C. § 1442.

## II. LEGAL STANDARD

Federal courts have limited subject matter jurisdiction and cannot entertain cases unless authorized by the Constitution and legislation. *Coury v. Prot*, 85 F.3d 244, 248 (5th Cir. 1996). The parties can never consent to federal subject matter jurisdiction, and lack of such jurisdiction is a defense that cannot be waived. *Id.* (*citing* Fed.R.Civ.P. 12(h)(3); *City of Indianapolis v. Chase Nat'l Bank*, 314 U.S. 63, 76, (1941)). Accordingly, there is a presumption against subject matter jurisdiction in federal court. *Id.* (*citing Strain v. Harrelson Rubber Co.*, 742 F.2d 888, 889 (5th Cir. 1984); 1 J. Moore, Moore's Federal Practice § 0.71[5.-1] (1996)).

The United States Court of Appeals for the Fifth Circuit recognizes that §1442 (a)(1)[1] provides the only exception to the well-pleaded complaint rule found in *Louisville & Nashville R.R. Co. v. Mottley*, 211 U.S. 149, 29 S.Ct. 42 (1908). *Aquafaith Shipping, Ltd. v. Jarillas*, 963 F.2d 806 (5th Cir.) *cert. denied*, 113 S. Ct 413 (1992) (*citing Mesa v. California*, 489 U.S. 121, 136-37, 109

---

[1](a) A civil action or criminal prosecution commenced in a State court against any of the following may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending:
(1) The United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, sued in an official or individual capacity for any act under color of such office or on account of any right, title or authority claimed under any Act of Congress for the apprehension or punishment of criminals or the collection of the revenue.

S.Ct. 959, 968, 103 L.Ed.2d 99 (1989)). In *Mesa v. California*, the Supreme Court outlined the criteria necessary to support removal under the Federal Officer Removal statute, and reiterated that in order to invoke the removal power of § 1442(a)(1), a person seeking removal must allege a federal law defense. *Mesa v. California*, 489 U.S. 121, 129, 109 S.Ct. 959, (1989). Under *Mesa*, the removing party must satisfy a three pronged inquiry which requires the moving "person" acting "under a federal officer" to: 1) demonstrate that it acted under the direction of a federal officer, 2) raise a colorable federal defense to the plaintiff's claims, and 3) demonstrate a causal nexus between plaintiffs' claims and acts it performed under color of federal office. *Id.* All three *Mesa* factors must be satisfied for removal to be proper.

## III. ANALYSIS

This Court finds the instant litigation follows a long line of precedent cases in which district courts have addressed the same issues contained herein, and held that removal was improper. *See Savoie v. Northrop Grumman Ship Systems, Inc., et al.*, No. 05-2086 (E.D.La. 2005); *Chruthe v. Asbestos Corp., et al.*, 1997 WL 3255 (E.D. La. 1997); *Quebedeaux v. Union Pacific Railroad*, No. 6:04-02232 (W.D. La. 2004); *Bourgeois v. A.P. Green Industries, Inc.*, No. 96-3764 (E.D La. 1996); *Guidroz v. The Anchor Packing Co.*, No. 98-3764 (E.D.La. 1996); *Overly v. Raybestos-Manhattan*, No. C-96-2853 CI (N.D. Cal. 1996); *Westbrook v Asbestos Defendants*, 2001 WL 902642 (N.D. Cal. 2001); *Mouton v. Flexitallic, Inc.*, 1999 WL 1254438 (E.D. La. 1999); *Porche v. Flexitallic, Inc.*, 1996 WL 603919 (E.D. La. 1996); *Mabile v. Hidalgo*, No.95-2200.9 (W.D.La. 1995).

In particular, this Court notes that in *Savoie v. Northrop Grumman Ship Systems, Inc., et al.*, Section K of this Court addressed the same issues as presented in this litigation, ultimately ruling

3

in favor of remand. *Savoie*, No. 05-2086 (E.D.La. 2005). In *Savoie*, the court found that defendant's removal "failed on the first prong, as defendant cannot demonstrate that he was acting under the direction of a federal officer specific to the claims alleged in plaintiff's petition, namely those dealing with the safety procedures and plans of Avondale." *Id.* In so ruling, the court noted that plaintiff's asserted claims were focused on a failure to use asbestos safely. *Id.*

In the instant litigation, a different Plaintiff advances essentially the same claims of a failure to use asbestos safely as those asserted in *Savoie*. Similarly, Defendants have sought removal utilizing the same arguments as the defendant in *Savoie*. Although Defendants acknowledge that "several divisions within the Eastern District have rejected removals by the Avondale interests based on the Federal Officer Removal Statute," they further assert that "since that time there have been several significant developments." (Def. Opp. to Motion to Remand, p. 2). More specifically, the Defendants cite three cases from the Middle District of Louisiana: *Lalonde v. Delta Field Erection, Melford v. Territo,* and *McFarlain v. Northrop Grumman Systems Corp.* (Def. Opp. to Motion to Remand, p. 2) *citing Lalonde v. Delta Field Erection,* No. 96-3244 (M.D.La. 1998); *Melford v. Territo,* No. 05-1405 (M.D. La. 2006); *McFarlain v. Northrop Grumman Systems Corp,* No. 05-1506 (M.D.La. 2006)).

After a review of the record, including a review of the cases cited by defendants, this Court finds the decision by the court in *Savoie,* as well as the reasons in favor of remand as stated in the aforementioned line of cases, to be persuasive. Therefore, for the reasons expressed by Section K of this Court in *Savoie,* this Court finds that remand is warranted.

Accordingly;

4

Case 2:06-cv-09439-JCZ-ALC     Document 21     Filed 12/15/2006     Page 5 of 5

IT IS ORDERED that Plaintiff's Motion to Remand (Rec. Doc. 3) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Impose Rule 11 Sanctions (Rec. Doc. 3) is DENIED.

New Orleans, Louisiana, Thursday, December 14, 2006.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

5



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DOROTHY REED GAUTHE, ET AL | CIVIL ACTION NO. 96-2454 |
| VERSUS | SECTION "F" |
| ASBESTOS CORPORATION LTD., ET AL | MAGISTRATE 3 |

---------------------------------------------------

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HORACE PORCHE | CIVIL ACTION NO. 96-2827 |
| VERSUS | CONSOLIDATED WITH 96-2879; 96-2882; |
| FLEXITALLIC INC., ET AL | 96-2880; 96-2877; 96-2878; 96-2881; 96-2828 |
| | SECTION "E" |

Deposition of PETER R. TERRITO, taken at Avondale

Industries, Inc., 5100 River Road, Avondale,

Louisiana, on Thursday, September 26, 1996.



PLAINTIFF'S
EXHIBIT
4

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6679

```
 1            of Territo 10.  This -- correct me if
 2            I'm wrong, Rob -- was produced by you
 3            guys?
 4      MR. CARAWAY:
 5            Yes.
 6  EXAMINATION BY MR. SWARR:
 7  Q.    Underneath that USS IOWA, asbestos
 8        insulation, remove, and it notes that 105
 9        of the 211 removal operations surveyed
10        were noted to have poor engineering
11        controls in place.  Can you explain to me
12        why half of the time you didn't use
13        proper or adequate engineering controls,
14        even as late as 1982?
15  A.    No, I can't answer that.
16      MR. SWARR:
17            I'm going to go ahead and pass
18            you now so I can see if I missed
19            anything, rather than me holding
20            everything up looking through my
21            notes.
22  EXAMINATION BY MS. ARDOIN:
23  Q.    Good afternoon, Mr. Territo.  My name is
24        Julie Ardoin.  I represent Horace Porche
25        and several other plaintiffs in
```

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

116

1          connection with this litigation.

2                Rob, same stipulations as yesterday

3          with Eddie Blanchard, that this is for

4          the purposes of removal, and he will be

5          made available at a later date if any

6          other issues outside of the removal --

7     MR. CARAWAY:

8                I would say, Julie, as willing as

9                I was to do that with Mr. Blanchard,

10               Mr. Territo will be made available

11               for a deposition with regard to

12               matters about which he has never had

13               an opportunity to testify.  But, as

14               you can see, I have placed almost no

15               restrictions on the scope of this

16               deposition, number one.

17               Number two, Mr. Territo has got

18               to be the most deposed man in the

19               United States.  He's given so many

20               depositions, that I can't even keep

21               count of them.  And I have got banks

22               of drawers full of them.  So, with

23               those limitations in mind, which is

24               to say that he will be made available

25               with regard to testifying about any

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie. Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6679

```
 1              particular plaintiff, whether or not
 2              he has any knowledge about any
 3              particular plaintiff, but the chances
 4              are very high that with regard to
 5              other issues, we would not
 6              voluntarily produce him.
 7         MS. ARDOIN:
 8              We will leave that up to the
 9              judge.
10    EXAMINATION BY MS. ARDOIN:
11    Q.   Mr. Territo, do you know Mr. Horace
12         Porche?
13    A.   Yes.
14    Q.   How do you know him?
15    A.   From working here at Avondale.
16    Q.   When was the first time you remember
17         seeing Mr. Porche working here at
18         Avondale?
19    A.   I don't remember.
20    Q.   Was it in the '50s?
21    A.   I don't remember.  I've been here 44
22         years, and it was in between that span
23         that I met him.  I can't give you any
24         specific year.
25    Q.   Were you a timekeeper?
```

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

118

1    A.    Yes.

2    Q.    Can you remember him as a timekeeper?

3    A.    No, I don't remember him as a timekeeper.

4    Q.    Can you remember Mr. Porche on any

5          particular vessel?

6    A.    Horace was a shipfitter.  Not any

7          particular vessel.  I have seen him on

8          vessels.

9    Q.    Have you seen him on board Navy vessels?

10   A.    It's possible that I have seen him.  I

11         don't remember.

12   Q.    The same question in regard to Government

13         subsidized vessels or Coast Guard

14         vessels.

15   A.    I don't remember.  I know I have seen him

16         on vessels.  To tell you which ones, I

17         don't know.  But I did see him, yes.

18   Q.    Have you ever seen him in close proximity

19         to a person you would identify as a

20         Federal officer or a Government

21         inspector?

22   A.    That is very possible.

23   Q.    Do you have a specific recollection of

24         that?

25   A.    No, I don't.

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie. Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

119

1    Q.    Have you ever seen Mr. Horace Porche
2          working in or around products you now
3          identify as asbestos-containing products?
4    A.    I don't remember.
5    Q.    So you have no specific recollection
6          about his work habits or work
7          environment?
8    A.    Horace was a shipfitter.  I remember him
9          doing the shipfitting work.  I can't
10         specifically give you any particular area
11         where I saw him.
12   Q.    Then, in that regard, can you tell me
13         that you know for a fact he was not
14         exposed to asbestos on board a Navy
15         vessel?
16   A.    I can't really say.  I don't know.
17   Q.    From 1952 to 1960, you were a timekeeper?
18   A.    Yes.
19   Q.    As a timekeeper, did your job duties
20         require you to go on board vessels?
21   A.    Yes.
22   Q.    Did your job duties require you to go in
23         other areas of the shipyard besides the
24         vessels?
25   A.    Yes.

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

120

1   Q.   Would it be a fair statement that as a

2        timekeeper you went all over the yard?

3   A.   Yes, just about.

4   Q.   And as a timekeeper, were you involved in

5        knowing where certain employees worked?

6   A.   Yes.  The timekeeper would go out, and

7        everyone had a clock number, and we got

8        to know these people by heart, just

9        looking at their clock numbers.

10  Q.   Did the laborers have to punch a time

11       card when they came in?

12  A.   Everybody did.

13  Q.   You were keeper of the cards, so to say?

14  A.   Yes.

15  Q.   So you had a pretty good idea of the

16       laborers coming in and out and where they

17       were working?

18  A.   Everybody was assigned to a job, and each

19       job at Avondale had a work order with an

20       item number.  A guy could be working in a

21       room like this, and you got one job

22       number, but you might have maybe six or

23       seven item numbers.  You know, electrical

24       work was one item number, piping was one.

25       So they changed jobs.  We would walk

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6670

         around and catch these people, see them
         changing jobs, find out what time they
         got on it, put it on that item.

Q.    If somebody's wife was looking for them,
         could you look at their time card and
         tell what vessel they were on board to go
         get them?

A.    We had some sheets that you could go to
         to find out what job number they were on,
         and we could tell them what vessel they
         were on.

Q.    In your experience only as a timekeeper,
         can you give me an idea of the percentage
         of the laborers that actually worked on
         board the vessels, the naval, Government
         subsidized or Coast Guard vessels?

MR. CARAWAY:

         Don't guess, Pete.  If you know.

THE WITNESS:

         No, I don't know.

EXAMINATION BY MS. ARDOIN:

Q.    Based on your personal experience?

A.    It's hard to say.  I can't put a
         percentage on it.

Q.    Mr. Horace Porche was a shipfitter, and

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

1       we are going to use him as an example.

2       What is the probability that Mr. Porche,

3       as a shipfitter, would have worked aboard

4       naval Government subsidized or other

5       vessels governed by some federal office.

6       Is it more likely than not?

7  A.   Well, it's hard to say.  You know,

8       shipfitting was on the platens.  I have

9       seen Horace on board vessels and I have

10      seen him on the platens.  The

11      shipfitters, when they built the ship,

12      they did the hull.  They got that built

13      and got it launched.  There was very few

14      fitters on there that went back to

15      building other vessels.  I can't put a

16      percentage on it.

17  Q.   You can't say whether or not it was more

18      likely than not?

19  A.   No.

20  Q.   Was it less likely?

21  A.   I really don't know.

22  Q.   Nothing you could guess at?

23  A.   No.

24  Q.   Is anybody in a better position to be

25      able to give me this information than

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

123

1          you?

2    A.    People who worked for him probably seen

3          him.

4    Q.    I want to get an idea of what percentage

5          of the fitting labor force actually

6          worked aboard naval or Government

7          vessels.

8    A.    I have no idea.

9    Q.    Now, in your capacity as a timekeeper,

10         from '52 to '60, did you have the

11         opportunity to work with Mr. Jim

12         O'Donnell?

13   A.    Yes.

14   Q.    Did you work directly for him on side

15         jobs or --

16   A.    From what year?

17   Q.    '52 to '60, you were a timekeeper; is

18         that correct?

19   A.    Yes.  Well, I worked with Mr. O'Donnell

20         part-time.  Mr. O'Donnell developed the

21         Competent Person Program, and he was

22         instrumental in getting that started

23         throughout the United States with the

24         U.S. Department of Labor, and he was an

25         elderly fellow.  He would go out to test

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6679

1    these tanks, and he was having kind of a

2    difficult time.  So, I was young, and I

3    would move like the wind, so I went up

4    there to assist him when Mr. Harry would

5    let me go up there to work with him, and

6    he taught me what to do, how to test the

7    tanks.

8         We got the chemist to come in and

9    give instructions on how to use the

10   explosive.  I would do that work in the

11   morning up until 1960, when I started

12   going to school.  But I continued to do

13   that for many, many years.

14   Q.   Now, was there a safety program in place

15        in 1960 when you became involved with the

16        safety department?

17   A.   Yes.

18   Q.   Was there written procedures?

19   A.   Well, Mr. O'Donnell, I can remember him

20        having safety rules written on a sheet

21        like this.  It was a blue sheet with kind

22        of rust colored writing on it.  And all

23        of the new hires, when they would get

24        hired in, they would sit down with Mr.

25        O'Donnell, and he would read these rules

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

125

```
 1              to them.  They had scaffolding, safety
 2              glasses, that type thing.  I think in '64
 3              he put it into a booklet form.
 4     Q.       Do you know who promulgated those rules?
 5              Was that Mr. O'Donnell saying his
 6              handwritten notes, thinking of what he
 7              wanted to discuss with these people?
 8     A.       The page I was talking about wasn't
 9              handwritten notes.  It was a half typed
10              page.  I assume Mr. O'Donnell wrote
11              those.  I found those when I came to work
12              here.
13     Q.       In 1964, when you first had a little
14              booklet, as you described it, who
15              promulgated the rules in that little
16              booklet?
17     A.       Mr. O'Donnell.
18     Q.       Was that booklet replaced by another
19              safety program or --
20     A.       Yes.
21     Q.       Is safety a situation that is continually
22              updated?
23     A.       Yes.
24     Q.       On a regular basis?
25     A.       Yes.
```

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax (504) 834-6629

126

1   Q.    In the safety rules, is that promulgated

2         by the head of the safety department?

3   A.    Yes.

4   Q.    With the input of people like yourself

5         and others in the safety department?

6   A.    Yes.

7   Q.    As far as you know, did any fellow

8         officer located at Avondale ever write a

9         safety manual, to the best of your

10        knowledge?

11  A.    The Federal officers came in with rules

12        and regulations under the Longshoremen

13        and Harbor Workers' Act, then they came

14        in with OSHA.  We were governed by it.

15  Q.    For the safety program for the employees

16        at Avondale, the ones that we just talked

17        about, did any of these Federal officers

18        located here in Avondale, did those guys

19        ever write your safety programs or

20        promulgate the safety programs?

21  A.    No.

22  Q.    Were these safety programs submitted to

23        them before they were addressed with the

24        employees?

25  A.    With the Federal officers?

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

127

1   Q.   The guys that are at Avondale.  I'm not

2        talking about the Federal Government; I'm

3        talking about the Federal officers or

4        people you identify as Federal officers

5        at Avondale.  Did you-all have to give

6        them the safety program before you gave

7        it to the employees?

8   A.   We gave it to them, yes.

9   Q.   Why did you give it to them?

10  A.   To the Department of Labor.

11  Q.   Not the Department of Labor.  I'm talking

12       about the Federal officers that are at

13       Avondale.  Were there Federal Navy

14       inspectors on board vessels?

15  A.   Yes.

16  Q.   Were there other inspectors aboard the

17       vessels?

18  A.   There was Navy inspectors.  They had

19       civilians and they had Navy personnel

20       both on board those vessels.

21  Q.   These are the guys I'm talking about.

22  A.   We submitted the safety program to the

23       Navy, yes.

24  Q.   To any of the officers here?  I don't

25       mean to confuse you, Mr. Territo.

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6679

128

```
 1   A.    Navy inspection, supervisor of
 2         shipbuilding, they got it.
 3   Q.    You sent them a copy of it?
 4   A.    Yes.
 5   Q.    Did you have to send them a copy of it?
 6   A.    I don't know whether it was in the
 7         contract or not.  I know Mr. O'Donnell
 8         used to do that, used to send it to them.
 9   Q.    Send what to them?
10   A.    They had a copy of our booklet.  They had
11         to comply with these same rules of
12         Avondale.  Whether it was Federal law or
13         not, we gave them the rules and
14         regulations, and they had to comply with
15         them.
16   Q.    So when I say "Federal officers," I'm not
17         talking about people up in Washington;
18         I'm talking about the guys on the ships.
19         You gave them your Avondale safety rules,
20         and they had to follow them?
21   A.    Yes, we gave it to the supervisor of
22         shipping.
23   Q.    You all expected them to wear hard hats,
24         because that was Avondale's rule?
25   A.    That was law, yes.
```

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

1    Q.    They had to wear steel-toed boots if they

2          were in that situation, because that was

3          Avondale's rules?

4    A.    Yes.

5    Q.    Same thing for safety belts?  If an

6          Avondale employee had to wear that or a

7          hard hat, the Navy had to wear it, right?

8    A.    Yes.

9    Q.    That was because that was you-all's

10         rules?

11   A.    Yes.

12   Q.    Now, the Navy, they never came to you and

13         wrote your rules, did they?

14   A.    No.

15   Q.    So the safety department was independent

16         from these Federal officers that were on

17         board these vessels?

18   A.    Yes.

19   Q.    All safety rules were written or

20         promulgated by the safety department at

21         Avondale; is that correct?

22   A.    Yes.

23   Q.    And no Navy inspector at any time ever

24         told you what rules you had to

25         promulgate; is that correct?

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6679

```
 1   A.   For as long as we complied with the
 2        Longshoremen and Harbor Workers' or OSHA.
 3   Q.   The Federal laws that were on the books,
 4        that applied to all shipbuilding, and you
 5        had to comply with those, also?
 6   A.   Yes.
 7   Q.   Were there any, to your knowledge,
 8        special rules that Avondale had to follow
 9        that weren't general rules for all
10        shipbuilding?
11   MR. CARAWAY:
12             Do you mean safety rules?
13   MS. ARDOIN:
14             Safety rules.
15   THE WITNESS:
16             Not that I know of.
17   EXAMINATION BY MS. ARDOIN:
18   Q.   Not that you're aware of?
19   A.   No.
20   Q.   Did any person that you might have
21        identified as a Federal officer or
22        Government inspector -- again, when I say
23        "Federal officer," I'm talking about the
24        Navy inspectors and people who have some
25        Federal authority, did at any time they
```

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6679

131

```
 1        control your safety activities at

 2        Avondale?

 3   A.   Sometimes, yes.

 4   Q.   I think in your affidavit you discussed

 5        some of the instances; is that correct?

 6   A.   Yes.

 7   Q.   One of the instances was that, Paragraph

 8        18, you recalled the insulation on a

 9        boiler near an ammo site was saturated

10        with diesel fuel, so the Navy shut it

11        down?

12   A.   They got ammo site on there, but I think

13        it was in the fire room.  I think the

14        covering got saturated with diesel oil

15        doing a little spot work in there.  The

16        thing caught fire two or three times, and

17        the Navy just came in and told us we had

18        to shut it down, get that insulation off

19        of that barge.

20   Q.   So this was an immediate threat to life,

21        wasn't it?

22   A.   Yes.

23        MR. SWARR:

24             Amosite?  I thought you said

25        Amosite.
```

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax (504) 834-6629

1    EXAMINATION BY MS. ARDOIN:

2    Q.    Basically the concentration of fumes in a

3          compartment, as cited in Paragraph 14,

4          that's an immediate threat to human life,

5          isn't it?

6    A.    Where are you?

7    Q.    Paragraph 14.

8    A.    I remember that incident.  In fact,

9          Inspector John Jolly was the one that

10         stopped that.  They were doing some

11         welding, heli-arc welding, and he claims

12         there wasn't enough ventilation in there,

13         because they had kind of a strong odor.

14         It wasn't explosive or anything.  I don't

15         think it was immediate danger to the

16         person's life, but it could make him

17         sick.  And he cautioned Avondale.

18             In fact, he put everybody out of the

19         CIC room, Central Intelligence, aboard

20         the vessel until we went up there and put

21         enough ventilation in there to change the

22         conditions, then we went back to work.

23   Q.    I've had a little bit of experience in

24         safety in my undergraduate work.  Just

25         from hearing you testify in this

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

133

```
 1        situation, I think you are very familiar
 2        and you are very concerned about closed
 3        areas and what have you as far as making
 4        sure oxygen and fumes and all that are
 5        out; isn't that true?
 6   A.   Yes.
 7   Q.   And in that situation, had you discovered
 8        this, I take it -- correct me if I'm
 9        wrong -- that this naval officer
10        discovered this before you did; is that
11        true?
12   A.   Yes.
13   Q.   Had you discovered this, you would have
14        done the same thing, wouldn't you?
15   A.   Yes.
16   Q.   Just the same as if you would have been
17        the one to observe the diesel fuel by the
18        boiler.  I take it the naval officer
19        discovered this before you?
20   A.   Yes.
21   Q.   Had you discovered this, you would have
22        taken the same action, wouldn't you?
23   A.   Sure.
24   Q.   So in these instances related in your
25        affidavit, these are instances where the
```

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

134

1       Navy discovered the problem before you

2       did; is that not correct?

3   A.  Yes.

4   Q.  Each of these instances related in the

5       affidavit, you would have taken the same

6       activity and shut down the job; is that

7       true?

8   A.  Yes.

9            (Recess in proceedings)

10      MS. ARDOIN:

11           Back on the record.

12  EXAMINATION BY MS. ARDOIN:

13  Q.  Mr. Territo, before I got called away, I

14      believe I was asking you about what type

15      of control the Navy had.  And rather than

16      trying to mischaracterize you, I'm going

17      to ask you whether or not the Navy had

18      control of your day-to-day activities.

19  A.  Didn't have full control of your day-to-

20      day activities.  They had control of what

21      took place on those vessels, yes.

22  Q.  In what manner did they exercise this

23      control?

24  A.  If something was unsafe, and they spotted

25      it, they had the authority to stop it.

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

135

```
 1   Q.   Is this the same type of authority that
 2        -- or this authority that they exercised,
 3        was it similar to the instances cited in
 4        your affidavit?
 5   A.   Yes.
 6   Q.   The work that they stopped was the same
 7        type of work you would have stopped, had
 8        you observed it before the naval officer?
 9   A.   Yes.
10   Q.   That aside, what I'm asking you is
11        whether or not the Federal officers that
12        were on board the vessel, the naval
13        inspectors, did they control the safety
14        department of Avondale?
15   A.   No.
16   Q.   Did they control any of your policies or
17        procedures or the promulgation of
18        enforcement policies and procedures?
19   A.   Well, they had the authority to stop
20        anything that they saw that was immediate
21        danger.  So that would give them some
22        control over that, yes.
23   Q.   The same authority that OSHA now has
24        today to stop work if they see immediate
25        danger?
```

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

136

1  A.   Yes.

2  Q.   Did any of these Federal officers direct

3       the promulgation of safety programs at

4       Avondale?

5  A.   No.

6  Q.   Did they direct the enforcement of safety

7       programs at Avondale?

8  A.   Well, they would oversee it, yes.  They

9       would oversee it and make sure that we

10      were doing what we were supposed to do as

11      far as the law was concerned.

12 Q.   But they didn't direct how you were to go

13      about enforcing it, did they?

14 A.   No.

15 Q.   So is it a fair statement that those

16      naval officers were overseeing all

17      operations?

18 A.   Yes.

19 Q.   Did you ever read the Walsh-Healy

20      requirements prior to 1980?

21 A.   No, I don't remember.  I don't think so.

22 Q.   Can you think of any instance wherein you

23      -- and when I use the term "you," I mean

24      you individually or you as the Avondale

25      safety department both here attempted to

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

1     implement a plan that was halted because

2     the Navy didn't want you to do this, or

3     that inspectors didn't want you to do

4     this?

5  A.  I don't remember anything like that, no.

6  Q.  As a matter of fact, Jim O'Donnell had

7     instituted the Competent Man Program,

8     right?

9  A.  Yes.

10 Q.  He presented this safety program to the

11    Navy; is that correct?

12 A.  He presented it to the U.S. Department of

13    Labor, yes.

14 Q.  They liked it so much, they adopted it,

15    didn't they?

16 A.  Yes.

17 Q.  As a matter of fact, the Government

18    agencies, including the Navy, they didn't

19    prohibit you from presenting them with

20    any safety proposals, did they?

21 A.  No.

22 Q.  They didn't tell you what your safety

23    proposals had to be, did they?

24 A.  No.  Just the rules and regulations that

25    governed us, we had to follow, that was

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

138

1           in the contract.

2    Q.    So you have OSHA regulations after '72,

3          and you have Walsh-Healy regulations and

4          other Federal regulations that applied to

5          all shipyards that Avondale was also

6          bound it; is that correct?

7    A.    Yes.

8    Q.    And there were no special regulations for

9          Avondale, were there, as far as safety is

10         concerned?  I'm not talking about the

11         other stuff.

12   A.    No.

13   Q.    So when you say the Navy had oversight

14         authority, you're talking about these

15         standards promulgated by these different

16         agencies.  If you weren't following the

17         law, they could shut you down?

18   A.    Yes.

19   Q.    Did any Federal officer ever direct the

20         day-to-day activities of the safety

21         department at Avondale?

22   A.    Not the day-to-day.  We had inspections

23         with the Navy on board vessels.  I guess

24         the Navy came with us to inspect the

25         vessels once a week, but we had three and

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

```
 1         four vessels, so every day there would be
 2         an inspector there that came from central
 3         management or supervisor of shipbuilding,
 4         which the Navy inspectors worked for that
 5         was part of the program.
 6    Q.   But did those Federal officers direct the
 7         safety program, or was it just an
 8         inspector?
 9    A.   No.  They just followed the rules with us
10         that we made inspections with them.
11    Q.   Did any Federal officer -- and again when
12         I use the term "Federal officer," I mean
13         the Federal inspectors or the ones coming
14         down -- did they exercise control over
15         the safety department at Avondale?
16    MR. CARAWAY:
17              Object to the form.  I think the
18         word "control" could be open to
19         interpretation.  But, subject to
20         that, you can answer the question.
21    THE WITNESS:
22              What was the question?
23    EXAMINATION BY MS. ARDOIN:
24    Q.   I'm asking whether Federal officers
25         controlled the safety department at
```

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

Paul W. Williams, Inc.
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

```
 1        Avondale.

 2  A.    No.

 3  Q.    Let's see if I have much left.  Paragraph

 4        6 of your affidavit, if we could look at

 5        that real quick, on the line where it

 6        says, "During the construction of naval

 7        vessels the Navy personnel would

 8        continuously inspect the vessel to ensure

 9        that applicable safety standards were

10        met."  Do you see that right here?

11  A.    Yes, I see it.

12  Q.    I don't mean to sound ignorant, but what

13        were the applicable safety standards?

14  A.    The Longshoremen and Harbor Workers' Act,

15        OSHA standards, Walsh-Healy standards.

16  Q.    But these are standards you didn't read,

17        right?

18  A.    Yes.

19  Q.    Did any naval inspector come to you and

20        say, "Mr. Territo, we are going out to

21        inspect to make sure, to ensure that the

22        applicable safety standards were met"?

23  A.    Made inspections with him, yes.

24  Q.    So you assumed the inspections would

25        include compliance with the general
```

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

141

1           Federal regulations?

2    A.    Yes.

3    Q.    Mr. Territo, did you ever get issued a

4          formal complaint because of improper use

5          of asbestos on board vessels?

6    A.    No.

7    Q.    Has the Navy -- when I say "Navy," I mean

8          any Government agency ever shut down the

9          production operations at Avondale because

10         they just didn't like the safety

11         department or the general safety in an

12         area was not complying with Federal

13         standards?

14   A.    They have stopped some jobs, yes.

15   Q.    So some jobs like the concentration of

16         fumes in a compartment or the placement

17         of a fan next to explosives?

18   A.    Yes.

19   Q.    But not just because we don't like the

20         way the insulators are insulating?

21   A.    No.

22   Q.    Or too many people aren't wearing hard

23         hats?

24   A.    No.

25   Q.    Did you ever see warning signs on board

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie. Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

```
 1        vessels prior to 1980, in regard to
 2        asbestos being used in an area?
 3   A.   Prior to 1980?
 4        MR. CARAWAY:
 5                Wait a second.  I'm going to
 6             object to the form.  Did you say
 7             "warning signs"?
 8        MS. ARDOIN:
 9                Yes.
10        MR. CARAWAY:
11                Are you talking about caution
12             labels on products or warning signs
13             put up by the shipyard?
14        MS. ARDOIN:
15                I'm sorry.
16   EXAMINATION BY MS. ARDOIN:
17   Q.   Did you ever see warning signs put up by
18        the shipyard or any subcontractor like
19        Hopeman Brothers, for example, that
20        asbestos was being used in the area, or
21        with reference whatsoever about asbestos?
22   A.   I don't remember.  Before 1980?
23   Q.   Yes.
24   A.   I don't remember.
25   Q.   To your knowledge, is there any Federal
```

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

143

```
 1        regulation or specification in the
 2        contracts with the Navy that would
 3        prevent you from putting up a sign in a
 4        naval vessel?
 5   A.   If it was under construction?
 6   Q.   Yes.
 7   A.   No.
 8   Q.   So if you wanted to put up a warning sign
 9        because lead paint is being used or lead
10        paint is being ripped out, you could do
11        that?
12   A.   Yes.
13   Q.   And you could do that back in the '50s,
14        if you wanted, or the '60s, if you
15        wanted?
16   A.   If it was something unsafe to employees,
17        yes.
18   Q.   The regulations that are promulgated by
19        the Federal Government, would you agree
20        with me that those regulations are the
21        minimal standards for safety?
22   A.   Minimal standards?
23   Q.   In other words, is there anything
24        preventing Avondale from doing more than
25        what those regulations called for?
```

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

144

1    A.    No.

2    Q.    So if you don't comply with at least the

3          minimal standards, what happens?

4          MR. CARAWAY:

5                Now?

6          MS. ARDOIN:

7                I'm sorry.  Well, we'll do it

8          both ways.

9    EXAMINATION BY MS. ARDOIN:

10   Q.    If you didn't comply with standards that

11         the Government thought you should have --

12         and I'm sorry, maybe I shouldn't ask

13         this, because you didn't know what the

14         standards were, did you?

15         MR. CARAWAY:

16               Asbestos standards in the '60s,

17         is that what you're referring to?

18         MS. ARDOIN:

19               Right.

20   EXAMINATION BY MS. ARDOIN:

21   Q.    You didn't know what those standards

22         were?

23   A.    No.

24   Q.    Did you know what the standards were for

25         closed containers?

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

145

1    A.    No.

2    Q.    Let's take something real easy like hard

3          hats.  If OSHA came and men weren't

4          wearing hard hats, what would happen?

5    A.    They would probably write a citation.

6          Depends on the severity of it.  If it was

7          predominant in the area where people

8          weren't being protected, they would write

9          a citation to us, yes.

10   Q.    Weren't there some instances where the

11         safety department was commended for going

12         above and beyond what was required?

13   A.    Yes.

14   Q.    So then the standards set by the Federal

15         Government, would you agree with me, that

16         those are minimal standards for safety?

17   A.    Yes.

18   Q.    Was the Federal Government, in your

19         opinion and based on your experience, was

20         the Federal Government's authority in

21         that, being oversite -- and I used the

22         word "authority" loosely.  Was that any

23         more stringent than what may have been on

24         a Government subsidized vessel?

25   A.    You're talking about Occupational Safety

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

```
 1           and Health?
 2    Q.     No, sir.  I want to bring you aboard a
 3           vessel in the '60s, and there are
 4           inspectors on naval vessels, and there
 5           are inspectors on Government subsidized
 6           vessels, and there are inspectors on
 7           Coast Guard vessels.  Back in the '50s,
 8           the Coast Guard wasn't part of the Navy,
 9           was it?
10    A.     Never was.  It's not today, either.
11    Q.     Maybe it comes under the broad auspices
12           of the Department of the Navy.  So there
13           are inspectors on these vessels?
14    A.     Yes.
15    Q.     Also Avondale built private lines that
16           had no involvement whatsoever with the
17           Federal Government; is that true?
18    A.     In the '60s, they subsidized -- we had
19           maritime inspectors just like we had Navy
20           inspectors.
21    Q.     I'm not talking about a Government
22           subsidized.  I'm talking about a pure
23           private one.
24           MR. CARAWAY:
25                 Do you understand the question,
```

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

1           Pete?  She wants to know what

2           Government inspectors would have been

3           at Avondale on any job which was not

4           a Government subsidized job or a

5           Federal Government job.

6       THE WITNESS:

7           Still had inspections by --

8   EXAMINATION BY MS. ARDOIN:

9   Q.   OSHA?

10  A.   -- Longshoremen and Harbor Workers, U.S.

11       Department of Labor.

12  Q.   That would include OSHA, also?

13  A.   In the '70s, that would include OSHA.

14  Q.   Were there inspectors aboard these pure

15       private vessels?

16  A.   Yes.

17  Q.   Other than the OSHA and U.S. Department

18       of Labor inspectors?

19  A.   Yes.

20  Q.   What type of inspectors were aboard

21       these?

22  A.   We had company representative that

23       inspected.  They hired an inspection

24       firm.

25  Q.   My question to you is:  Did you observe a

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

148

```
 1          difference between the inspectors'
 2          concerns over safety on board the naval
 3          vessels as you did aboard the purely
 4          private vessels?
 5   A.     No.  We did the same thing.
 6   Q.     You did the same thing?
 7   A.     Yes.
 8   Q.     Now, the purely private vessels, the
 9          inspectors on those, could they shut down
10          the job if they didn't like what was
11          going on?
12   A.     If it was something unsafe, yes.
13   Q.     Do those inspectors inspect the fire
14          extinguishers on board the vessel?
15   A.     Yes.
16   Q.     Do you have fire extinguishers in this
17          building?
18   A.     Yes.
19   Q.     Are those fire extinguishers inspected by
20          "Government people"?
21   A.     No.
22   Q.     Do you have a State Farm fire marshall
23          come and inspect your fire extinguishers?
24   A.     We have our own district.  Avondale is
25          its own fire district, registered with
```

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

1          the State of Louisiana, and our

2          inspectors inspect that.

3     Q.   Avondale pays employees to inspect the

4          Avondale fire extinguishers?

5     A.   Yes.  OSHA inspects that when they come

6          in.  We just had a wall-to-wall

7          inspection a year ago, I think.  That's

8          one of the items they inspected.

9     Q.   Mr. Territo, you said that the inspectors

10         on board the naval vessels had to comply

11         with the same safety rules that Avondale

12         promulgated for its own employees?

13    A.   Yes.

14    Q.   Did the subcontractors have to

15         promulgate, to comply with those safety

16         rules, also?

17    A.   Yes.

18    Q.   What were the duties -- don't answer this

19         if you don't know.  In regard to safety,

20         what were the duties of a subcontractor

21         if they observed a dangerous situation?

22    A.   They had the same authority to give to

23         the supervisor:  Don't do work, stop the

24         job.

25    Q.   Was a subcontractor employee under a

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6679

```
 1          responsibility to report a dangerous
 2          condition if he observed it?
 3   A.     Yes.
 4   Q.     Was that responsibility extended -- could
 5          they jump to Avondale and tell Avondale?
 6   A.     Oh, yes.  They had their supervisor.
 7          They all went through safety orientation
 8          just like Avondale employees went
 9          through.
10   Q.     Did they go through the Avondale safety
11          orientation?
12   A.     Yes, they went through Avondale, each
13          contractor.
14   Q.     So if a subcontractor discovered an
15          unsafe condition that subcontractor had a
16          duty to report it to Avondale?
17   A.     Yes.
18          MS. ARDOIN:
19                That's all I have.  Thanks, Mr.
20          Territo.
21          MR. CARAWAY:
22                Anybody else?
23                Off the record.
24          (Off-the-record discussion)
25   EXAMINATION BY MR. CARAWAY:
```

3525 North Causeway Boulevard
Suite 632
Post Office Box 8745
Metairie, Louisiana 70011-8745

**Paul W. Williams, Inc.**
Certified Shorthand Reporters

(504) 832-0937
Fax: (504) 834-6629

1

1    UNITED STATES DISTRICT COURT

2    EASTERN DISTRICT OF LOUISIANA

3

4    HORACE PORCHE          CIVIL ACTION NO.

5    VERSUS              96-2827

6    FLEXITALLIC, INC.;       CONSOLIDATED WITH
     JOHN CHANTREY;        96-2879, 96-2882
7    PETER TERRITO;        96-2880, 96-2877
     STEVEN KENNEDY;       96-2878, 96-2881
8    ALBERT BOSSIER;       96-2828
     JAMES O'DONNELL;
9    GEORGE KELMELL;       SECTION "E"
     LIBERTY MUTUAL INSURANCE COMPANY;
10   METROPOLITAN LIFE INSURANCE COMPANY,
     THE FLINTKOTE COMPANY;
11   OWENS-ILLINOIS, INC.;
     ARMSTRONG WORLD INDUSTRIES, INC.;
12   ROCK WOOL MANUFACTURING COMPANY;
     PITTSBURGH CORNING CORPORATION;
13   OWENS-CORNING FIBERGLAS CORPORATION;
     COMBUSTION ENGINEERING, INC.;
14   EAGLE, INC.;
     McCARTY CORPORATION;
15   REILLY-BENTON COMPANY, INC.;
     UNIROYAL, INC.;
16   GARLOCK, INC.;
     THE ANCHOR PACKING COMPANY;
17   ASBESTOS CLAIMS MANAGEMENT CORPORATION;
     RAPID-AMERICAN CORPORATION;
18   DRESSER INDUSTRIES, INC.;
     WESTINGHOUSE ELECTRIC CORPORATION;
19   HOPEMAN BROTHERS, INC.;
     A. W. CHESTERTON COMPANY,
20   HIGHLANDS INSURANCE COMPANY;
     A. P. GREEN INDUSTRIES, INC.;
21   AMERICAN MOTORISTS INSURANCE COMPANY;
     COMMERCIAL UNION INSURANCE COMPANY;
22   CERTAIN UNDERWRITERS AT LLOYDS OF LONDON

23              AND

24

25

2

1    UNITED STATES DISTRICT COURT

2    EASTERN DISTRICT OF LOUISIANA

3    DOROTHY REED GAUTHE, ET AL    CIVIL ACTION

4    VERSUS              NO. 96-2454

5    ASBESTOS CORPORATION LTD., ET AL    SECTION "F"
                              MAGISTRATE 3
6

7    Deposition of EDWARD BLANCHARD, taken in the
     Administrative Offices of Avondale Shipyards,
8    5100 River Road, Avondale, Louisiana 70094,
     taken on Wednesday, September 25, 1996.
9

10

11              APPEARANCES

     FOR HORACE PORCHE:
12
     MURRAY LAW FIRM
13   909 POYDRAS STREET, SUITE 2550
     NEW ORLEANS, LOUISIANA  70112
14   BY:  JULIE A. ARDOIN, ESQ.

15   FOR DOROTHY REED GAUTHE, ET AL:

16   LEBLANC, MAPLES AND WADDELL
     201 ST. CHARLES AVENUE
17   PLACE ST. CHARLES, SUITE 3204
     NEW ORLEANS, LOUISIANA 70170
18   BY:  MICKEY P. LANDRY, ESQ.

19   FOR FLEXITALLIC, INC.:
     (PORCHE CASE ONLY)
20
     DEUTSCH, KERRIGAN AND STILES
21   755 MAGAZINE STREET
     NEW ORLEANS, LOUISIANA  70130
22   BY:  WILLIAM C. HARRISON, JR., ESQ.

23   FOR HOPEMAN BROTHERS, INC.:

24   DUNCAN AND COURINGTON
     322 LAFAYETTE STREET
25   NEW ORLEANS, LOUISIANA 70130
     BY:  BLAINE A. MOORE, ESQ.

3

1    FOR WESTINGHOUSE ELECTRIC CORPORATION:

2    JONES, WALKER, WAECHTER, POITEVENT, CARRERE AND
     DENEGRE
3    PLACE ST. CHARLES, 201 ST. CHARLES AVENUE
     NEW ORLEANS, LOUISIANA 70170
4    BY:  JENNIFER L. ANDERSON, ESQ.

5    FOR METROPOLITAN LIFE INSURANCE COMPANY:

6    KEAN, MILLER, HAWTHORNE, D'ARMOND, MCCOWAN AND
     JARMAN
7    22ND FLOOR - ONE AMERICAN PLACE
     POST OFFICE BOX 3513
8    BATON ROUGE, LOUISIANA 70821
     BY:  JAY M. JALENAK, JR., ESQ.
9
     FOR THE FLINTKOTE COMPANY:
10
     HAILEY, MCNAMARA, HALL, LARMANN AND PAPALE
11   SUITE 1400, ONE GALLERIA BOULEVARD
     METAIRIE, LOUISIANA 70001
12   BY:  JAMES WALTER HAILEY, JR., ESQ.

13   FOR MINNESOTA MINING AND MANUFACTURING COMPANY:

14   HENDERSON, HANEMANN AND MORRIS
     300 LAFAYETTE STREET
15   HOUMA, LOUISIANA 70360
     BY:  KEVIN J. WEBB, ESQ.
16
     FOR RAPID AMERICAN CORPORATION:
17
     ABBOTT, SIMSES, ALBUM, KNISTER AND BAYNHAM
18   400 LAFAYETTE STREET
     NEW ORLEANS, LOUISIANA 70130
19   BY:  MICHAEL D. MORRIS, ESQ.

20   FOR AMERICAN MOTORISTS INSURANCE COMPANY:

21   PLAUCHE, MASELLI AND LANDRY
     201 ST. CHARLES AVENUE
22   PLACE ST. CHARLES, SUITE 4240
     NEW ORLEANS, LOUISIANA 70170-4240
23   BY:  ROBERT E. CARAWAY, III, ESQ.

24

25

4

1    FOR FOSTER-WHEELER CORPORATION:

2    ADAMS AND REESE
     4500 ONE SHELL SQUARE
3    NEW ORLEANS, LOUISIANA 70139
     BY:  TYSON B. SHOFSTAHL, ESQ.
4
     FOR OWENS-CORNING FIBERGLAS CORP.:
5    (GAUTHE CASE ONLY)

6    FRILOT, PARTRIDGE, KOHNKE AND CLEMENTS
     3600 ENERGY CENTRE
7    1100 POYDRAS STREET
     NEW ORLEANS, LOUISIANA 70163-3600
8    BY:  GEORGE E. CAIN, ESQ.

9    FOR PITTSBURGH CORNING CORPORATION:

10   PORTEOUS, HAINKEL, JOHNSON AND SARPY
     704 CARONDELET STREET
11   NEW ORLEANS, LOUISIANA 70130
     BY:  ROBERT F. LAKEY, ESQ.

12

13
     Reported by:
14
     Louis Jankowski
15   Certified Court Reporter
     In and For the State of Louisiana
16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S
EXHIBIT
5

EDWARD BLANCHARD, 515 Ave. H., MARRERO, La. 70072

97

1 officer that told the men how to fit the thing?

2 A. No.

3 Q. It wasn't?

4 A. No.

5 Q. And in the course of insulation,

6 since that's where we are in this litigation, in

7 the course of the insulation, did a Federal

8 officer or a Naval investigator tell the

9 insulators what to do?

10 A. Did not talk with the working people

11 at all.

12 Q. They didn't talk to them at all?

13 A. No instructions, no conversations, so

14 to speak.

15 Q. Now, in regard to the Safety

16 Department, did the Federal officers who were on

17 the boats, did they go to the Safety Department

18 and tell them this is the safety program I want

19 you to do, these are the guys I want to wear

20 respirators or steel-toed boots?

21 A. No.

22 Q. Did they do that?

23 A. Just the opposite. They may give a

24 note or tell him these people are not doing, are

25 not taking the proper steps for safety. They

98

1 would go to the Safety Department, not to us.

2 Q. So, then, the Federal regulations or

3 the contracts with Avondale where they reference

4 Federal regulations, these are general

5 regulations, like, for the production and how

6 fast the production has to go, and you, as the

7 head of production need to know what it

8 requires, and then you see to it that it's

9 complied with, but the Federal officers are

10 interested in the end product and not how it is

11 going about?

12 A. Not exactly. Not who did it, but

13 that it was done in sequence and accepted every

14 step of the way.

15 Q. But they didn't direct each different

16 aspect of it?

17 A. Nor did they comment on it.

18 Q. And they didn't control how it was

19 going about, they just looked for the end

20 product?

21 A. Well, as a matter of fact --

22 Q. They didn't control how many

23 employees you sent to the Harvey Yard?

24 A. That is right. That was management's

25 concern.

99

1 Q. Am I going outside the realm of your

2 knowledge --

3 A. Negative.

4 MR. CARAWAY:

5 She hasn't asked the question yet.

6 EXAMINATION BY MS. ARDOIN:

7 Q. Am I going outside the realm of

8 knowledge to ask you whether or not any Federal

9 officer directed or controlled the Safety

10 Department; can you tell me whether or not a

11 Federal officer directed or controlled the

12 Safety Department?

13 A. No, it did not.

14 Q. They did not do it?

15 A. Certainly not.

16 Q. Now, in Paragraph 16 on Page 4, when

17 it says, "As with the construction process, the

18 Navy inspectors had total control of the safety

19 issues on Navy projects at Avondale, and could

20 shut down the work if they felt it was not being

21 conducted safely."

22 So if the Navy saw something that they

23 thought was going to injure people, they could

24 go in and shut down the job, or they would come

25 to you because that affected production, and

100

1 they say, "look, this is not safe or this is

2 going to stop the job?"

3 A. Yes. One of the major reasons is

4 that Navy inspectors were everywhere. They

5 would be in the area also. If you hurt the

6 people that were out there and he was there, he

7 would get injured. So, they are looking out for

8 themselves as well as safety of the job. You

9 know, the Navy being the insurers of the job,

10 they were out looking for that also.

11 Q. Is that the same like OSHA could come

12 out today, or before you left, and shut down a

13 job because they felt it was unsafe?

14 A. Certainly could.

15 Q. Was there any difference between what

16 the Navy could do then and what OSHA could do?

17 A. Well, OSHA didn't usually get on the

18 Navy jobs as closely as the Navy was. They

19 looked at the overall shipyard's activity,

20 because we're doing not only Navy work but also

21 commercial work at the same time, and the

22 maritime, of course, would do the same thing

23 that the Navy did on the maritime construction.

24 So, they did their separate jobs, so, they had

25 individual authority for them.

### 101

1  Q.   So on commercial vessels like the
2  Lykes Line, the construction of the Lykes Line
3  was done under general Federal regulations that
4  had to be complied with?
5  A.   That is true.
6  Q.   Were there specific regulations that
7  a Federal officer was in there to direct and
8  control, that you are aware of?
9  A.   No.
10  Q.   Did Mr. Bloom have the authority, did
11  he have authority over Mr. Territo, that you are
12  aware of?
13  A.   No.
14  Q.   Did Mr. Bloom have authority over
15  you, that you are aware of?
16  A.   No.
17  Q.   So that Naval or Government
18  inspectors were there for the purpose of seeing
19  that the general regulations were followed, and
20  not to control the employees of Avondale?
21  A.   Individually, that's correct.
22  MS. ARDOIN:
23     I may not have any other questions.
24  Let me check.  That's it; no further
25  questions.

### 102

1  MR. CARAWAY:
2     Anyone else?
3  MR. LANDRY:
4     I'm withholding my comments until all
5  the defendants ask, or I reserve my right
6  to ask any new, further questions.
7  MR. WEBB:
8     I'll object to that based on the
9  statement that we will have the right to
10  redepose Mr. Blanchard on other matters, we
11  meaning the defendants.
12  MR. CARAWAY:
13     I'd like to ask a few questions.
14  EXAMINATION BY MR. CARAWAY:
15  Q.   Mr. Blanchard, because questions were
16  asked about a few things, I'd like to ask you
17  some questions.  If I could ask you to read
18  Paragraph Number 20 of your Affidavit for me,
19  and when you're finished, let me know.
20  A.   That's correct.
21  Q.   Paragraph Number 20 of your
22  Affidavit, what is your basis for making the
23  assertion that you did in Paragraph Number 20?
24  A.   Well, I just talked about Navy
25  inspectors, being like one of the shipyard

### 103

1  employees, they go where the work is to inspect
2  while the work is going on.  So, they have to
3  make sure it's safe for themselves as well as
4  other people, like I said before, someone
5  getting injured from working off a scaffold that
6  is not safe and things such as that, and they
7  themselves go on the scaffolds.  It required all
8  the aspects of safety to be covered, because
9  they themselves used all the scaffolds; a lot of
10  people went in where a lot of people went in.
11  If we got injured, they could very likely be
12  injured also.
13     So, ventilationwise, they wouldn't go into
14  an area that was not ventilated properly; you
15  couldn't get them in there, and I don't blame
16  them, and you seldom ever saw them wearing
17  respirators, and they knew what we knew about
18  the shipyard and what products the Navy had
19  specified to go in the ships, because if you
20  didn't use their products correctly, they would
21  let you know.
22  Q.   Let me ask you a question about job
23  sequencing that you just mentioned.  Was there a
24  procedure at Avondale during the fifties and
25  sixties and the seventies whereby the scheduling

### 104

1  of work on a vessel and the sequencing of that
2  work on the vessel was coordinated with people
3  from either the United States Department of the
4  Navy, if it was a Navy vessel, or Maritime
5  Commission personnel, if it was a subsidized
6  cargo program?
7  MR. LANDRY:
8     Let me just object to the form of the
9  question.  It's compound, and you are
10  asking for the fifties, sixties and
11  seventies, and you are asking for the Navy
12  and then you are asking for the Maritime
13  Commission.
14  MR. CARAWAY:
15     I'll break it down.
16  EXAMINATION BY MR. CARAWAY:
17  Q.   Let's talk, first of all, about the
18  destroyer escort program.  Did you have any
19  involvement in the destroyer escorts that were
20  built here at Avondale?
21  A.   Yes, I did.
22  Q.   What was your job as best you can
23  describe it on the destroyer escorts?
24  A.   Well, the destroyer escorts stretched
25  over a long period of years.  I was in charge of

EDWARD BLANCHARD, 515 Ave. H., MARRERO, La. 70072

105

1  the outfitting, which means, not in charge of
2  steel construction at that time, but in getting
3  everything else done with all of the
4  subcontractors in the yard and including dealing
5  with the Navy inspectors, getting things signed
6  off, and dealing with the Quality Control
7  Department, Quality Assurance Department and
8  generally coordinating everything to get that
9  ship in the water completed, dock trial,
10  builder's trial and official sea trial.
11      Q.   So everybody in the outfitting
12  department, one way or the other, was working
13  for you on that project; is that right?
14      A.   Indirectly, yes.
15      Q.   When you say outfitting, without me
16  asking you this question, it's not going to be
17  clear on the record, what do you mean by
18  outfitting, what is done in outfitting the
19  destroyer escorts?
20      A.   Everything that is not steel
21  construction, like, its partition-type things,
22  like, non-structural bulkheads, they operate the
23  vessel when it goes to sea are the only two
24  things that I know that would not be considered
25  outfitting; everything else is, you know, from

106

1  the steel work to the bedding and the flatware
2  in the drawers in the galley and the stove
3  cooking, is where I went.
4      Q.   Is it fair to say, Mr. Blanchard,
5  that the thermal insulation that would have been
6  put in the engine room spaces of a destroyer
7  escort would have been done during the
8  outfitting phase of a vessel's construction?
9      A.   That's correct.
10      Q.   And generally speaking, on a
11  destroyer escort, that work began approximately
12  when the ship was actually placed in the water?
13      A.   Well, I'll explain it this way:  The
14  superstructure, which is the stuff above the
15  main deck is done in one location.  The same
16  applies there until all the steel forms and
17  aluminum work is done, you cannot do the
18  outfitting, and so the hull work, which is the
19  bottom steel work, same thing applies, and done
20  simultaneously, and then they are married
21  together after the boilers and all go in, and
22  the answer to the question is, it's a
23  progression.
24      Q.   Was the thermal insulation that was
25  done in the engine room spaces, was that

107

1  performed on a destroyer escort after the hull
2  had already been launched?
3      A.   Basically, yes.
4      Q.   During the thermal insulation of
5  engine room spaces on a destroyer escort, did
6  the United States Navy have officers who were
7  involved in coordinating with you the scheduling
8  of when that thermal insulation would take
9  place?
10      A.   Yes, in that we had to have a
11  signatory, for example, for the piping to be
12  completed and tested, or else he wouldn't cover
13  the piping; that would control the schedule.  If
14  I didn't have the signature, we couldn't go
15  ahead.
16      Q.   Are you telling me, in other words,
17  that there had to be testing of the pipe
18  systems, and those had to be approved by the
19  United States Navy before insulation would even
20  begin?
21      A.   That is correct.
22      Q.   To the best of your knowledge, did
23  the materials that actually go into the engine
24  spaces as a part of the insulation of the
25  thermal pipes, were those materials dictated by

108

1  the Federal Government?
2      A.   Yes.  Early on, when the contract is
3  first signed, that material is bought.  In many
4  cases, when that material starts to be produced
5  in the factory and stacked there until they get
6  enough for the ship, the Navy pays for that
7  every month.  They quot a progress report on what
8  they have stacked in the factory, and we send an
9  individual from the Purchasing Department down
10  to see how much is there, and we get paid, and
11  we pay them for the work they've done.  So, it
12  belongs to the Navy the minute it gets put
13  together in the factory.
14      MR. LANDRY:
15          I'm sorry, you said Avondale people
16      went to the factories?
17      THE WITNESS:
18          We went to see how it was done, the
19      progress payments, yes.
20      MR. LANDRY:
21          Okay.
22      MS. ARDOIN:
23          What factories are we talking about?
24      THE WITNESS:
25          Every factory where things were being

PAGE 109  SHEET 28

109

1    built, you understand.  The Navy had a lot

2    of specifications of testing that has to be

3    done, pieces of that by the producer of

4    that particular structure or what have you,

5    while they are building, we have to send --

6    the Navy sends in inspectors also, we sent

7    in inspectors to the places where these are

8    being constructed or manufactured.

9    EXAMINATION BY MR. CARAWAY:

10   Q.   With regard to that, before we leave

11   it, you are talking about machinery such as

12   boilers and pumps and that kind of thing; is

13   that right?

14   A.   Yes.

15   Q.   You don't have any knowledge whether

16   or not Avondale sent people to a plant that

17   manufactured insulation, do you?

18   A.   Yes, they did.

19   Q.   And what knowledge is that, what are

20   you talking about?  Do you have any specific

21   memory or recollection of Avondale Shipyards

22   personnel going to the factories where

23   insulation materials were actually manufactured?

24   A.   Well, the strange thing is my wife

25   was the manager of the purchasing office, and,

PAGE 110

110

1    yes, I knew the people very well, and they went

2    constantly from one factory to the other, yes.

3    Anything that they manufactured, even to the

4    process of manufacturing, you could not, in the

5    factory, paints things that were not required to

6    be painted until we were sure that you were

7    producing the right kind of preparation for the

8    steel before painting, so we had to see that.

9    Q.   With regard to thermal insulation,

10   was the final outcome of the thermal insulation

11   installation by the Insulation Department

12   inspected by United States Government inspectors

13   on destroyer escorts?

14   A.   Positively.

15   Q.   And do you know, or do you have any

16   personal recollection of what they were

17   inspecting for?

18   A.   Well, first thing they were

19   inspecting for was that the preparation of the

20   material you were covering had to be coated

21   properly with the right millage, the right

22   paint, whether it be a heat-resistant paint or

23   not, and when it was actually accepted in the

24   pipeline of the system, then they would watch,

25   because the insulation has to be done in layers;

PAGE 111

111

1    also, you have a thermal insulation but you also

2    have a vapor barrier; you have to keep the

3    moisture from getting down into the insulation

4    as well as keeping the heat from coming out.  So

5    it's a constant inspection ongoing.

6    Q.   Did Navy personnel have a knowledge

7    of when the thermal insulation process would

8    begin and when it was scheduled to end in a

9    particular vessel?

10   A.   Positively.

11   Q.   And who would have that knowledge?

12   A.   They have our schedule.  It's just a

13   bar-type schedule, and until you get a boiler,

14   for an example, tested, you can't insulate it.

15   And they were involved in all of the tests that

16   you go through for the boilers itself, the fire

17   chamber, the piping in the boiler and the steam

18   piping that goes around the ship, every inch of

19   the sideway.

20   Q.   Would there be Navy inspectors

21   present in the engine room spaces during the

22   process of insulating?

23   A.   Yes, there were.

24   Q.   And do you have any knowledge as to

25   whether or not those Navy inspectors were

PAGE 112

112

1    observing the manner in which the thermal

2    insulation was applied?

3    A.   Yes, they were.

4    Q.   Did you ever see Navy inspectors --

5    MR. LANDRY:

6        I'm going to interrupt you; I'm going

7    to have a continuing objection to the

8    leading nature of the questioning; go

9    ahead, Robert.

10   EXAMINATION BY MR. CARAWAY:

11   Q.   Do you have any personal knowledge as

12   to whether or not those Naval inspectors were

13   inspecting the manner in which the thermal

14   insulation was applied?

15   A.   They certainly were.

16   Q.   Did anyone from the United States

17   Navy, on the destroyer escort program, ever come

18   to you as the superintendent of outfitting and

19   tell you that the manner in which insulation was

20   being performed in those engine room spaces was

21   unsafe or inappropriate?

22   A.   Never.

23   Q.   To the best of your recollection, was

24   any destroyer escort delayed in its construction

25   because of any safety concerns expressed by the

113

1    United States Navy inspector as to the manner in
2    which insulation was being installed?
3        A.   Not insulation, but other things,
4    yes.
5        Q.   You say other things, can you give us
6    some examples?
7        A.   Yes, if we were aligning a main
8    engine or auxiliary engine, if the manner didn't
9    suit them, do it over again; that's very
10   important to the Navy.
11       Q.   Can you think of any other examples
12   from your personal recollection?
13       A.   Yes; many of the ordinary pieces of
14   equipment, like the exhaust and various
15   computers, and the technical parts like that,
16   went on for months sometimes, couldn't find the
17   problem, the job was held up, could not make the
18   dock trial or the builder's trial.
19       Q.   Incidentally, Mr. Blanchard, were
20   Navy inspectors aware of the fact that there
21   would be operators and electricians and other
22   Avondale personnel in machinery spaces while
23   thermal insulation was being applied?
24   MR. LANDRY:
25           Object to the form of the question.

114

1    MR. CARAWAY:
2            To the best of your knowledge.
3    THE WITNESS:
4            Well, ask it again.
5    EXAMINATION BY MR. CARAWAY:
6        Q.   Do you have any knowledge as to
7    whether or not Navy inspectors would have been
8    aware of the fact that there were Avondale
9    operators and Avondale electricians and other
10   craftsmen in machinery spaces when insulation
11   was being applied?
12       A.   Most certainly.
13       Q.   And why would that be the case?
14       A.   Because, you know, long before, to
15   get ready to put the main equipment on the line,
16   when you get a small piping system finished, the
17   pump and all, you would test that, and the Navy
18   would test that with you way, way ahead of time
19   to mark those, cold water, no thermal insulation
20   at all, and get that behind us and then go to
21   the next item.
22           The engine room is multilevel, and it's not
23   all grating; it's partial decks, so you'd be
24   working five decks up and be down in the bottom,
25   you never even see the dust fall because that

115

1    far down, the ventilation would have the dust
2    gone with the gossamer that you have.
3            At that time we were using both our
4    Avondale Shipyard blowers and the ship's boilers
5    to keep the ship ventilated proper.
6        Q.   Let me talk to you a little bit about
7    ventilation.  During your work as superintendent
8    of outfitting, was part of your responsibility
9    to make sure that temporary ventilation systems
10   were involved in appropriate places on those
11   vessels?
12       A.   Yes, it was.
13       Q.   Did you have an individual who worked
14   for you whose job functions included making sure
15   that that was done for you?
16       A.   Individual -- had an entire group of
17   people.  Probably eight people.
18       Q.   Who was the top man in your
19   department that you looked to, to make sure that
20   those ventilation systems were put in?
21       A.   What period of time?
22       Q.   During the construction of destroyer
23   escorts.  And if it's more than one individual,
24   you can tell me.
25       A.   Yes.  I'll just use Mr. Tompkins,

116

1    Tommy Tompkins.  He'll be the man that would
2    stand out; prior to him there was a man named
3    Bill Yerdi, but Yerdi, is going too far, because
4    Tommy Tompkins had two departments, one was
5    construction ventilation, and all the other
6    things that you have to do to get the people
7    where they have to go to remove that when they
8    are finished, to make sure the lighting was in
9    there, make sure the cleaning was done, that
10   type of thing, you understand; so, it was really
11   their job.
12       Q.   The temporary ventilation systems
13   that were installed at the direction or under
14   the authority of Mr. Tompkins, were those
15   systems familiar to the United States Navy
16   inspectors?
17   MR. LANDRY:
18           I object.  He's not qualified to
19   answer for the Navy inspectors.
20   THE WITNESS:
21           Yes.  The answer to the question is
22   yes.
23   EXAMINATION BY MR. CARAWAY:
24       Q.   What is your personal knowledge with
25   regard to the Navy's knowledge and familiarity

## 117

1  with your temporary ventilation systems?

2      A.   Well, you got to know when you are

3  building multi-ships of a class, it's just a

4  repeat; if you don't see it there, where the

5  hell is it -- where the heck is it; it should be

6  there.  The ventilation has to be there when the

7  people start doing the work that creates smoke,

8  dust, and things such as that.  And it's

9  actually to remove the heat, sometimes, it's so

10  intense, but, yes, the Navy was familiar with

11  that, and I normally would take a walk through

12  and see that was there also.

13      Q.   During the construction of the

14  destroyer escorts, do you have any recollection

15  of anyone from the United States Navy or any

16  other Federal agency coming to you or to Mr.

17  Tompkins complaining about the lack of an

18  availability of temporary ventilation systems?

19      A.   No.  I've had people come to me and

20  telling me they didn't think enough was there;

21  so, we had many ways to supplement the

22  operation, individual blowers, and we had

23  portables that were carried around with a hose

24  that tied either to the supply end or the

25  discharge end where we wanted to get the air in

## 118

1  or their air out.  It would be on the deck and

2  go down to the area they were working in.

3      There was what you call an air eductor.

4  You would put the air eductor connected with a

5  compressed air hose.  When air expands, it has a

6  cooling effect.  You turn it on, and the horn

7  eductor charges the air, and it expands quickly

8  and cools as well as ventilates.  So, you could

9  always get that, because the hoses ran anywhere

10  and such.  So, it was always there to ventilate

11  an area.  Always.

12      Q.   On some of the occasions that you

13  recall where requests were made for additional

14  ventilation, were those requests ever made by

15  the United States Navy personnel or other

16  Government personnel?

17      A.   No.

18      Q.   What would happen in that case?

19      A.   If they found an area like that, they

20  write up a deficiency and pass it on to the

21  Safety Department, and they would come and

22  discuss it with me, what we had to do to get

23  some activity going on in that area with the

24  Navy.

25      Q.   Do you have any knowledge, as either

## 119

1  superintendent of outfitting or later as

2  Vice-president of Production at Avondale, as to

3  whether or not the United States Navy had the

4  right and authority to shut down any part of the

5  production process that they think was being

6  done unsafely or inadequately in any other

7  manner?

8      A.   That is correct, yes.

9      Q.   If, for example, a person known to

10  you to have such authority with the United

11  States Department of the Navy had come to you

12  and told you to shut down some part of the

13  production or process regardless of his

14  particular concerns, you would have felt

15  obliged, ultimately, to bend to his decision; is

16  that right?

17      A.   It was my decision to make, yes.

18      Q.   What I'm trying to get at, Mr.

19  Blanchard, regardless of what your opinion was

20  as to his view, if he told you to cease

21  production temporarily, would he have had the

22  authority to do that?

23      A.   Yes.

24      Q.   Let me talk to you a little bit about

25  the private subsidized program at Avondale.  Did

## 120

1  you have any involvement with the Lykes cargo

2  vessel project at Avondale?

3      A.   Definitely; one hundred percent, in

4  fact.

5      Q.   What was your job on the Lykes

6  project?

7      A.   I was in charge of production for a

8  long list of ships built here for Avondale for

9  Lykes.  In the beginning I was outfitting, and

10  later on as the man in charge of all the

11  production, so, yes.

12      Q.   When you say the man in charge of all

13  production, is it fair to say, Mr. Blanchard,

14  that you were ultimately the man whom all

15  departments reported to in the construction of

16  those vessels?

17      MR. LANDRY:

18      Just give me the year, if you don't

19  mind, because I know it expands.

20      THE WITNESS:

21      '72 on.  Vice-president, I was

22  production; that meant I could demand what

23  I wanted and get it done exactly the way I

24  wanted.

25      MR. LANDRY:

EDWARD BLANCHARD, 515 Ave. H., MARRERO, La. 70072

121

1         Thank you.

2    EXAMINATION BY MR. CARAWAY:

3         Q.   Based upon the Avondale ship list, if

4    I recall correctly, the Lykes vessels were built

5    between 1962 and 1967 at Avondale; what was your

6    job?

7         A.   Outfitting Superintendent.

8         Q.   So that was a similar position with

9    regard to the destroyer escorts?

10        A.   Yes, exactly.

11        Q.   And on that particular job, do you

12   remember any Government inspectors, and if so,

13   from what department or agencies of the United

14   States Government?

15        A.   I could never name those people, no.

16        Q.   I'm not asking you for individual

17   names, but whether they were Maritime Commission

18   inspectors, for example, on that job?

19        A.   Certainly, and they were in steel,

20   electrical, pipe insulation, outfitting, which

21   of course is all the gingerbread that I talked

22   about before.  They had representatives here,

23   just like the Navy did, but fewer in numbers.

24        Q.   Do you remember, during the course of

25   your career here at Avondale, having inspectors

122

1    here from the Department of Labor Standards or

2    the Bureau of Labor Standards?

3         A.   No.

4         Q.   Do you remember inspectors here from

5    the Department of Labor?

6         A.   What are you talking about?  You are

7    not talking about offshore, are you?

8         Q.   Or just the Department of Labor, the

9    United States Department of Labor?

10        A.   No, I never got involved with that.

11        Q.   Other than the United States Navy,

12   what agencies of the United States Navy

13   Government had inspectors with whom you were

14   familiar?

15        A.   Maritime Commission, American Bureau

16   of Shipping, Coast Guard, Public Health

17   departments of the state; that's basically it.

18        Q.   Did you have any job to do with

19   regard to the LASH vessels that were built here

20   in the 1970s?

21        A.   Yes.

22        Q.   What was your job at that time?

23        A.   I was Vice-president of Production

24   then.  We built the LASH vessels simultaneously

25   with the Navy destroyers, with the escorts.  We

123

1    built one ship a month.  In fact, we launched 13

2    ships in a year, so, we had an ongoing assembly

3    line of each one.

4         Q.   Did you have any personal involvement

5    in the construction of the States Lines cargo

6    vessels that were built here at Avondale?

7         A.   Yes, I did, from an outfitting

8    standpoint only.

9         Q.   Do you know if that project was

10   subsidized from the United States Government?

11        A.   Yes, but I was not, at that time, in

12   charge of everything.

13        Q.   Did you have any involvement in the

14   tankers that were built for the Humble Oil

15   Company?

16        A.   Here at Avondale?  Yes, I was the

17   boss then.

18        Q.   When you say the boss, are we talking

19   about Vice-president of Production?

20        A.   That's correct, yes.

21        Q.   Do you know from your personal

22   knowledge whether or not that project was

23   subsidized by the United States Government?

24        A.   The Exxon ships were not, no.

25        Q.   Can you tell us, based upon your

124

1    memory, any of the other private ship

2    construction projects that were subsidized from

3    the United States Maritime Commission?

4         A.   Well, LASH was.  I think about that

5    time is when we were thinking about this thing

6    with subsidies.  There were two subs, one of

7    building subsidy and another was the operating

8    subsidy, because when you got a ship put

9    together all along, there was no inspector there

10   for the building of the ship, indicating that

11   people came to operate the ship, because they

12   came for all the testing and things such as

13   that, so we got inspectors from the maritime,

14   then, for the ship's operation, and Coast Guard

15   came in because they were all involved in the

16   safety of the people, ABS is involved with the

17   safety of the ship, and the customer is involved

18   in the operation of the ship; there were crew

19   people here, also.

20        Q.   Tell me what you remember about the

21   involvement of the Coast Guard inspectors on

22   private cargo ships that were built here at

23   Avondale, whatever their role, what was their

24   inspector role?

25        A.   Early on, the Coast Guard people

EDWARD BLANCHARD, 515 Ave. H., MARRERO, La. 70072

125

1   dealt with the safety devices of the ship, like
2   the safety valves, the lifeboats, all safety
3   equipment for people, the preservers the people
4   had to wear, even to work on the ship, and for
5   people in case they were in a shipwreck or
6   something, then the Coast Guard became more
7   involved, and they were trying to do what ABS
8   was doing, read and look at and interpret all
9   the x-rays and all the welding and the actual
10  building of the ship.  They would come on almost
11  all inspections.
12      What we were doing, we were a school, we
13  had novice Coast Guard people, number of
14  assistant ABS people, novice Navy people that
15  came in just to see how we were building ships,
16  and they learn to be inspectors by just coming
17  in and watching what was going on, but the Coast
18  Guard became like they are now, they are very
19  involved in all aspects of the shipbuilding, the
20  welding, as well as the safety of the people,
21  the safety of the ship, also.
22      Q.   During the 1950s, did anyone from the
23  United States Coast Guard ever advise you or
24  anyone who worked for you that the manner in
25  which asbestos insulation was applied on ships

126

1   being constructed at Avondale was unsafe?
2       MR. LANDRY:
3           Let me just object.  He's already
4       testified, and he's answered that question
5       that nobody told him, Avondale didn't tell
6       him until late '79 or early '80.  So I
7       don't think he would have withheld that
8       information and tried to hurt people.
9   EXAMINATION BY MR. CARAWAY:
10      Q.   Did anybody from the United States
11  Coast Guard ever advise you that the manner in
12  which asbestos insulation was used at Avondale
13  was unsafe?
14      A.   No.
15      Q.   Did anyone from the American Bureau
16  of Shipbuilding ever advise you that the manner
17  in which insulation was used at Avondale was
18  unsafe?
19      A.   No.  Rob, the reason they didn't is
20  because there was always adequate ventilation.
21  Now, you must understand, if you can read what
22  the Government said about asbestos, if you had
23  sufficient ventilation, no mask was necessary,
24  no other protection was necessary, it was safe
25  to work in with other people and even on it,

127

1   but no other protection if you had adequate
2   ventilation, remember that; that's important.
3       Q.   To be fair, Mr. Blanchard, you've
4   attended more than one asbestos trial involving
5   Avondale executive officers within the last two
6   years; is that correct?
7       A.   That is correct, yes.
8       Q.   And you've heard testimony from Mr.
9   Territo as well as Mr. Joyce and other
10  individuals from Avondale; isn't that true?
11      A.   Yes.
12      Q.   And is it fair to say that your own
13  current opinion right now with regard to how
14  ventilation worked with regard to asbestos
15  regulations, that knowledge has come by
16  observing these ongoing asbestos trials in the
17  last couple of years?
18      A.   That's correct.  I don't classify
19  myself as an expert along those lines, but in
20  shipbuilding, it's different, I must tell you
21  that.  I want to explain this to you.  The
22  Insulation Department was a building, Eddie
23  Blanchard's office air-conditioned intake was
24  the exhaust from the asbestos shop, the
25  insulation shop.

128

1       Now, could we have known?  First of all,
2   Frenchie Bordelon didn't know he was pumping
3   death; my office, did I know I was taking death
4   in my office, I would have moved, we would have
5   changed something.  Think about that a little.
6   That's the way it was.  I can draw you a picture
7   of that.  So, we didn't know.  That's why
8   Frenchie kept insisting to me it was not
9   dangerous; he didn't think it was.
10      MR. CARAWAY:
11          That's all the questions I have.
12      Thank you, Mr. Blanchard.
13      MS. ARDOIN:
14          I just have a couple follow-up, and
15      then I'm going to go before Mickey
16      starts again.
17  EXAMINATION BY MS. ARDOIN:
18      Q.   Earlier you were telling Rob about
19  that Government inspectors were present during
20  the application of the thermal insulation.
21      A.   Yes.
22      Q.   You're not telling us that every time
23  an insulator cut a piece of cloth or pipe
24  insulation there was a Government inspector
25  standing there?

EDWARD BLANCHARD, 515 Ave. H., MARRERO, La. 70072

129

1    A.  No.  No, ma'am.

2    Q.  What I'm trying to ask is, what is

3  the function of the Government personnel that

4  was there?  Was he there to inspect what was

5  going on, or was he supervising the employees?

6    A.  I would take a moment to tell you.

7  In my earlier tenure as a superintendent, the

8  Navy and myself set up what we call a Quality

9  Control Department.  It stated what the Navy had

10  to do in this shipyard while we worked.

11  It's a control department we had.

12    The Navy called themselves Quality

13  Assurance.  They made sure we had an indepth

14  Quality Control Department with signatures for

15  everything we did.  They were not accepting

16  anything to be inspected until it was signed off

17  by them and us, and then we can go ahead.

18    Now, in later years, we had so many

19  inspectors around, the Navy said, look, we are

20  going to pay you, Avondale Shipyards, to be the

21  Quality Assurance Department, you do what we

22  were doing, and you now have to make sure that

23  you have a Quality Assurance Department indepth,

24  so that we were doing Quality Control and

25  Quality Assurance action, and that turned out to

130

1  be a big job; the Quality Assurance Department

2  head answered to the president of the company

3  only, nobody else.  So that's how we knew and

4  they knew what was going on.

5    Q.  So those Government men weren't there

6  to advise the employees, they were there to

7  inspect?

8    A.  That's correct.

9    Q.  Now, as far as for the quality that

10  they had, and what I understand, there was a

11  level of quality of all of the work that had to

12  be followed; is that correct?

13    A.  That's true.

14    Q.  There was nothing in those Naval

15  regulations or Naval this or that, or Government

16  this or Government that, that said you couldn't

17  do a better job than what was set out; is that

18  true?  There was no prohibition, the control

19  they established was a floor and not a ceiling?

20    A.  That is absolutely correct.

21  MS. ARDOIN:

22    I have no further questions.

23  MR. SHOFSTAHL:

24    I just have a couple questions for

25  you.

131

1  EXAMINATION BY MR. SHOFSTAHL:

2    Q.  Earlier you were talking about

3  building subsidies and operating subsidies with

4  regard to the commercial vessels.  With regard

5  to the Lykes project, was there a building

6  subsidy involved with that one?

7    A.  Yes, it was.

8    Q.  And did the Maritime Commission

9  inspectors inspect and test the equipment that

10  was installed on board the ships?

11    A.  Yes.

12    Q.  And that would have included things

13  such as an engine and boilers?

14    A.  Yes.

15  MR. SHOFSTAHL:

16    I have no further questions.

17  MR. LANDRY:

18    Mr. Blanchard, I have just a few

19    follow-up questions.

20  EXAMINATION BY MR. LANDRY:

21    Q.  You said something that I thought I

22  heard you say, and I don't want to

23  mischaracterize your testimony.

24    Is it your understanding that if you can't

25  see dust in the air, that there's no danger from

132

1  asbestos dust?

2    A.  That isn't my understanding.

3    Q.  So you understand that asbestos dust

4  that can injure and kill you, you may not be

5  able to see?

6    A.  You want me to answer if you are

7  correct?  I don't know if you are correct or

8  not.

9    Q.  You just don't know?

10    A.  No, I don't know.

11    Q.  So you didn't base any ventilation on

12  any dust that you saw?

13    A.  No.

14    Q.  If you didn't see dust, did you know

15  whether it was safe or not?

16    A.  I didn't make that determination.  If

17  there's no dust, there was no dust.  Dust is

18  what you see.

19    Q.  If you can't see it, you think you

20  are safe?

21    A.  I would think so, yes, if you have

22  ventilation.

23    Q.  And if you have ventilation, is there

24  a possibility of having ventilation, not seeing

25  the dust and still having the asbestos TLV,

PAGE 1  SHEET 1

1

1       CIVIL DISTRICT COURT

2       PARISH OF ORLEANS

3       STATE OF LOUISIANA

4

5   NATHANIEL GAINES AND        NO. 95-01823

6   FLORIDA MAE EIGANS GAINES

7   VERSUS          DIV. "M"

8   AVONDALE INDUSTRIES, INC., ET AL

9           consolidated with

10   NUMBER: 91-18397        DIV. "F"

11           JUDGE AD HOC

12           LEWIS S. DOHERTY, III

13   IN RE:  ASBESTOS PLAINTIFFS

14   VERSUS

15   BORDEN, INC., ET AL

16

17   Telephone Deposition of STEVEN KENNEDY, taken at

18   the Courtyard Marriott, San Antonio, Texas, on

19   December 30, 1998.

20

21

22

23   REPORTED BY:  LOUIS JANKOWSKI

24           CERTIFIED COURT REPORTER

25           STATE OF LOUISIANA

PAGE 2

2

1           APPEARANCES

2

3   FOR THE PLAINTIFFS NATHANIEL GAINES AND FLORIDA

4   MAE EIGANS GAINES:

5

6   ROUSSEL AND ROUSSEL

7   1710 Cannes Drive

8   LaPlace, Louisiana  70068

9   BY:  GEROLYN P. ROUSSEL, ESQUIRE

10

11   FOR IN RE: PLAINTIFFS:

12

13   MURRAY LAW FIRM

14   909 Poydras Street

15   LL&E Tower, Suite 2550

16   New Orleans, Louisiana 70112

17   BY:  JOSEPH A. RACE, ESQUIRE

18

19   FOR MINE SAFETY APPLIANCES:

20

21   HOFFMAN, SIEGEL, SEYDEL, BIENVENU & CENTOLA

22   650 Poydras Street

23   2100 Poydras Center

24   New Orleans, Louisiana 70130-6121

25   BY:  LAWRENCE J. CENTOLA, JR. ESQUIRE



PLAINTIFF'S
EXHIBIT
6

71

1    Q.   You didn't do any safety inspections
2  yourself?
3    A.   No.
4    Q.   So when the change occurred, or when
5  it occurred is information that you obtained
6  from hearing Jim O'Donnell talk about it?
7    A.   Yes, it was secondhand.
8    Q.   Secondhand?  You don't have any
9  personal knowledge yourself?
10    A.   No personal knowledge, no.
11    Q.   Sir, you agree that Avondale
12  Shipyards had a duty to provide its employees
13  with a safe place to work?
14    A.   Every employer has the duty to
15  provide a safe place for its employees.
16    Q.   And that would include Avondale
17  Shipyards?
18    A.   Absolutely.
19    Q.   And one of the things in connection
20  with that is hiring people who are qualified to
21  make certain that a safe place is provided?
22    A.   That's true.
23    Q.   And you would agree that the Safety
24  Department had a responsibility to identify the
25  hazards at Avondale and advise employees of

72

1  those hazards?
2    A.   Yes.
3    Q.   And part of that responsibility would
4  have been yours?
5    MR. CARAWAY:
6        Wait a second.  Don't answer the
7  question.  I object to the form of the question
8  because it doesn't state what time period you
9  are talking about.
10  EXAMINATION BY MRS. ROUSSEL:
11    Q.   During the time period that you were
12  involved in the Safety Department, and we've
13  gone through the time periods earlier in the
14  deposition, but you would agree that during your
15  time period in the Safety Department, it was one
16  of your responsibilities to make sure that
17  employees had a safe place to work?
18    MR. LEE:
19        I also object to the form of the
20  question.  If you want to ask him about the
21  time, you should refer to his position or the
22  date.
23    MRS. ROUSSEL:
24        We've been referring to dates all day
25  long.  If you want to further clarify, you do it

PAGE 73  SHEET 37

73

1   during your questions.
2      THE WITNESS:
3         Yes.
4   EXAMINATION BY MRS. ROUSSEL:
5      Q.   And during the time period that Pete
6   Territo was in the Safety Department, it was
7   also his responsibility to make certain that
8   employees had a safe place to work?
9      A.   That's true.
10      Q.   And during the time period that Jim
11   O'Donnell was in the Safety Department, it was
12   part of his responsibilities to make certain
13   that employees had a safe place to work?
14      A.   That's true.
15      Q.   And you would agree that, in
16   connection with that, identification of hazards
17   was also your responsibility and Mr. Territo's
18   responsibility?
19      MR. CARAWAY:
20         Don't answer.  I object to the form
21   of the question because it is a compound
22   question, and I would like for you to break it
23   down into individual questions.
24   EXAMINATION BY MRS. ROUSSEL:
25      Q.   During the time period that you were

PAGE 74

74

1   at Avondale Shipyards, you would agree that it
2   was part of your responsibility to identify
3   those hazards in the shipyard?
4      A.   It was Jim O'Donnell's responsibility
5   to identify them and then relay that information
6   to me, as his boss.
7      Q.   And so part of your responsibility
8   was knowing of the hazards as well?
9      A.   Right.
10      Q.   Were you aware that asbestos fibers
11   could be carried home on the clothes of a worker
12   --
13      A.   No.
14      Q.   -- and cause injury --
15      MR. CARAWAY:
16         Wait.
17   EXAMINATION BY MRS. ROUSSEL:
18      Q.   -- to the wife and could cause
19   injury?
20      A.   No.
21      Q.   Are you aware of that today?
22      A.   Not really.  I don't have any contact
23   with it, so I couldn't be positive to answer
24   that question.
25      Q.   Let me ask it in a similar way.  As

# RECORD

## OF

# VESSELS CONSTRUCTED

## AT

# AVONDALE


PLAINTIFF'S
EXHIBIT

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY – 1938         (Page 1)

| | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Length x Beam x Depth (ft.)<br>Size<br>Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 24 | 9/38 | - | 10/38 | 10/38 | Hardaway Contracting Co. | Steel Deck Barge | 120 x 32 x 8<br>130 | NO. 3 |
| 2 | 43 | - | 11/38 | 11/38 | 11/38 | J. R. McDermott | Steel Cargo Barge | 92 x 26 x 6<br>63 | ELMAX 8 |
| 3 | 43 | - | 11/38 | 11/38 | 11/38 | J. R. McDermott | Steel Cargo Barge | 92 x 26 x 6<br>63 | ELMAX 9 |
| 4 | 37 | 10/38 | 11/38 | 12/38 | 12/38 | J. R. McDermott | Steel Cargo Barge | 92 x 26 x 6<br>63 | ELMAX 2 |
| 5 | 37 | 10/38 | 11/38 | 12/38 | 12/38 | J. R. McDermott | Steel Cargo Barge | 2 x 26 x 6<br>63 | ELMAX 10 |
| 6 | 60 | 1/39 | 1/39 | 3/39 | 3/39 | U. S. Engineers (Galveston) | Steel Welded Oil Barge | 100 x 32 x 8<br>- | |
| 7 | 60 | 1/39 | 1/39 | 3/39 | 3/39 | U. S. Engineers (Galveston) | Steel Welded Oil Barge | 100 x 32 x 8<br>- | |
| 8 | 112 | 4/39 | 4/39 | 4/39 | 4/39 | L. M. Adams | Steel Welded Cargo Barge | 75 x 24 x 5.5<br>- | ADAMS 2 |
| 9 | 165 | 8/39 | 8/39 | 12/39 | 12/39 | Federal Barge Lines | Derrick Barge | 6 x 36 x 9<br>- | IWC 819 |
| 10 | 185 | 10/39 | - | 11/39 | 11/39 | Canal Barge Co. | Steel Oil Barge | 74 x 24 x 5.5<br>- | CBC 2 |
| 11 | 181 | 10/39 | - | 1/40 | 1/40 | Coast Transportation Company | Cargo Barge | 150 x 32 x 9<br>700 Gross | APPALACHEE |
| 12 | 210 | 1/40 | - | 2/40 | 2/40 | Avondale Marine Ways | 8000 BBL Oil Barge | 170 x 35 x 9.5<br>512 Gross | AVON 800 |
| 13 | 250 | 4/40 | - | 6/40 | 6/40 | Canal Barge Company | 10,000 BBL Oil Barge | 195 x 35 x 10.5<br>- | CBC 7 |
| 14 | 265 | 4/40 | - | 8/40 | 8/40 | H. C. Huffman | Steel Tug Boat | 65 x 17.5 x 9<br>- | PAY DAY |
| 15 | 266 | 5/40 | - | 5/50 | 5/40 | L. M. Adams | Steel Welded Deck Barge | 75 x 24 x 5.5<br>- | MANATEE |
| 16 | 280 | 6/40 | - | 8/40 | 8/40 | Coast Transportation Company | Steel Cargo Barge | 180 x 40 x 10.5<br>1200 | MANATEE |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY                    (Page 2)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Dept (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 17 | 290 | 7/40 | - | 11/40 | 11/40 | Coast Transportation Company | Tug Boat | 80 x 20 x 8 167 Gross | CHIPOLA 560 HP |
| 18 | 300 | 8/40 | 8/40 | 12/40 | 12/40 | Merry Bros. Brick & Tile | Twin Screw Cargo Carrier | 161 x 33 x 8 | MERRY QUEEN |
| 19 | 333 | 11/40 | - | 1/41 | 1/41 | Avondale Marine Ways | 8000 BBL Oil Barge | 170 x 35 x 9.5 512 Gross | AVON 802 |
| 20 | 360 | 11/40 | - | 2/41 | 2/41 | Avondale Marine Ways | 8000 BBL Oil Barge | 170 x 35 x 9.5 512 Gross | AVON 804 |
| 21 | 390 | 11/40 | - | 6/41 | 6/41 | Canal Barge Company | Steel Hull Tug Boat | 80 x 20 x 10 114 Gross | MARD CIDER |
| 22 | 381 | 11/40 | - | - | 6/41 | Koch-Ellis Marine Contractors | 8000 BBL Oil Barge | 170 x 35 x 9.5 512 Gross | KE-16 |
| 23 | 382 | 2/41 | 3/41 | 4/41 | 4/41 | Koch-Ellis Marine Contractor | 8000 BBL Oil Barge | 170 x 35 x 9.5 512 Gross | KE-17 |
| 24 | 383 | 3/41 | 4/41 | 5/41 | 5/41 | Koch-Ellis Marine Contractor | 8000 BBL Oil Barge | 170 x 35 x 9.5 512 Gross | KE-18 |
| 25 | 400 | 3/41 | - | 7/41 | 7/41 | Coast Transportation Company | Cargo Barge | 170 x 37.5 x 10.5 1000 | IMMOCKALEE |
| 26 | 400 | 3/41 | - | 10/41 | 10/41 | Coast Transportation Company | Cargo Barge | 170 x 37.5 x 10.5 1000 | OCHLOCKNEE |
| 27 | 402 | 3/41 | 6/41 | 7/41 | 7/41 | Chalmette Petroleum Company | 10,000 BBL Oil Tank Barge | 195 x 35 x 11 | CHALMETTE 1 |
| 28 | 425 | 4/41 | - | - | - | United Dredging Company | Tug Boat | 65 x 17 | SUPERIOR |
| 29 | 420 | 5/41 | - | 8/41 | 8/41 | Standard Oil Co. - KY | 8000 BBL Oil Barge | 170 x 35 x 9.5 | SOC 16 |
| 30 | 430 | 5/41 | - | 8/41 | 8/41 | J. C. Tourne | 8000 BBL Oil Barge | 170 x 35 x 9.5 | JTC 10 |
| 31 | 430 | 5/41 | - | 1/42 | 1/42 | J. C. Tourne | 8000 BBL Oil Barge | 170 x 35 x 9.5 | JTC 11 |
| 32 | 1431 | 1/45 | 11/45 | 12/45 | 12/45 | Thomas Jordan | Deck Cargo Barge | 92 x 26 x 6 111.72 Gross | CBC 110 |
| 33 | 475 | 6/41 | - | 7/41 | 7/41 | Mechanical Equipment Co. | Steel Diesel Tug | 100.5 x 22.5 x 11 | CORONA Diesel |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY   (Page 3)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 34 | 560 | 7/41 | - | 4/42 | - | U. S. Coast Guard | Coast Guard Cutter | - | FORSYTHIA |
| 35 | 460 | 6/41 | - | 6/41 | 6/41 | Butcher Arthur Company | Pump Barge | 24 x 12 x 3 | - |
| 36 | 1705 | 10/45 | 11/45 | 1/46 | 1/46 | Dr. O. J. McMillan | Shrimp Trawler | 65 x 18.5 x 9 68.48 Gross | ETHEL M |
| 37 | 600 | 11/41 | 4/42 | 8/42 | 1/43 | U. S. Maritime Commission | V4 Tuga | 185 x 37.5 x 21.5 1117.8 Gross | SEQUIN |
| 38 | 600 | 11/41 | 4/42 | 9/42 | 3/43 | U. S. Maritime Commission | V4 Tuga | 185 x 37.5 x 21.5 1117.8 Gross | SAND KEY |
| 39 | 600 | 11/41 | 4/42 | 10/42 | 4/43 | U. S. Maritime Commission | V4 Tuga | 185 x 37.5 x 21.5 1117.8 Gross | SANIBEL ISLAND |
| 40 | 600 | 11/41 | 8/42 | 12/42 | 4/43 | U. S. Maritime Commission | V4 Tuga | 185 x 37.5 x 21.5 1117.8 Gross | SABINE PASS |
| 41 | 700 | 8/42 | 11/42 | 3/43 | 8/43 | U. S. Maritime Commission | V4 Tuga | 185 x 37.5 x 21.5 1117.8 Gross | LIBBY ISLAND |
| 42 | 700 | 8/42 | 12/42 | 5/43 | 9/43 | U. S. Maritime Commission | V4 Tuga | 185 x 37.5 x 21.5 1117.8 Gross | ST SIMON |
| 43 | 700 | 8/42 | 3/43 | 6/43 | 10/43 | U. S. Maritime Commission | V4 Tuga | 185 x 37.5 x 21.5 1117.8 Gross | PETIT MANAN |
| 44 | 700 | 8/42 | 5/43 | 7/43 | 10/43 | U. S. Maritime Commission | V4 Tuga | 185 x 37.5 x 21.5 1117.8 Gross | BURNT ISLAND |
| 45 | 800 | 3/43 | 7/43 | 10/43 | 3/44 | U. S. Maritime Commission | N3 Coastal Cargo Carriers | 250 x 42 x 20.5 1885 Gross | ALLEN H. KNOWLES |
| 46 | 800 | 3/43 | 8/43 | 11/43 | 4/44 | U. S. Maritime Commission | N3 Coastal Cargo Carriers | 250 x 42 x 20.5 1885 Gross | CHARLES HULL. |
| 47 | 800 | 3/43 | 9/43 | 12/43 | 6/44 | U. S. Maritime Commission | N3 Coastal Cargo Carriers | 250 x 42 x 20.5 1885 Gross | GEO. W. TUCKER |
| 48 | 800 | 3/43 | 11/43 | 4/44 | 6/44 | U. S. Maritime Commission | N3 Coastal Cargo Carriers | 250 x 42 x 20.5 1885 Gross | E. C. GARDNER |
| 49 | 800 | 3/43 | 12/43 | 5/44 | 7/44 | U. S. Maritime Commission | N3 Coastal Cargo Carriers | 250 x 42 x 20.5 1885 Gross | WILLIAM S. COLLEY |
| 50 | 800 | 3/43 | 1/44 | 6/44 | 8/44 | U. S. Maritime Commission | N3 Coastal Cargo Carriers | 250 x 42 x 20.5 1885 Gross | NATHANIEL INGERSOLL |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY      (Page 4)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 51 | 1250 | 6/44 | 8/44 | 11/44 | 2/45 | U. S. Maritime Commission | N3 Coastal Cargo Carrier | 250 x 42 x 20.5 1885 Gross | SAMUEL R. CURWEN |
| 52 | 1250 | 6/44 | 8/44 | 12/44 | 3/45 | U. S. Maritime Commission | N3 Coastal Cargo Carrier | 250 x 42 x 20.5 1885 Gross | JOSIAH A. MITCHEL |
| 53 | 1250 | 6/44 | 9/44 | 1/45 | 4/45 | U. S. Maritime Commission | N3 Coastal Cargo Carrier | 250 x 42 x 20.5 1885 Gross | CHARLES PORTER LOW |
| 54 | 1250 | 6/44 | 11/44 | 2/45 | 5/45 | U. S. Maritime Commission | N3 Coastal Cargo Carrier | 250 x 42 x 20.5 1885 Gross | RICHARD W. DIXIE |
| 55 | 1250 | 6/44 | 12/44 | 6/45 | 7/45 | U. S. Maritime Commission | N3 Coastal Cargo Carrier | 250 x 42 x 20.5 1885 Gross | CHARLES McDONNELL |
| 56 | 1250 | 6/44 | 1/45 | 6/45 | 8/45 | U. S. Maritime Commission | N3 Coastal Cargo Carrier | 250 x 42 x 20.5 1885 Gross | JOHN B. JOYCE |
| 57 | 1250 | 6/44 | 3/45 | 8/45 | 10/45 | U. S. Maritime Commission | N3 Coastal Cargo Carrier | 250 x 42 x 20.5 1885 Gross | JOHN LECKIE |
| 58 | 1250 | 6/44 | 6/45 | 8/45 | 11/45 | U. S. Maritime Commission | N3 Coastal Cargo Carrier | 250 x 42 x 20.5 1885 Gross | EPHRAIM HARDING |
| 59 | 1331 | 9/44 | 10/44 | 11/44 | 11/44 | Allen Marine Co. | Treater Barge | 40 x 30 x 8 - | TREATER NO. 2 |
| 60 | 1351 | 10/44 | 10/44 | 11/44 | 12/44 | Allen Marine Co. | Treater Barge | 40 x 30 x 8 - | TREATER NO. 3 |
| 61 | 1379 | 11/44 | 4/45 | 6/45 | 6/45 | Allen Marine Co. | 6500 BBL Oil Storage Barge | 110 x 34 x 10 - | G. R. CO. 409 |
| 62 | 1401 | 12/44 | 12/44 | 4/45 | 4/45 | U. S. Army | Derrick & Sectional Barge | - - | |
| 63 | 1406 | 12/44 | 7/45 | 8/45 | 8/45 | Allen Marine Company | Oil Cargo Barge | 94 x 26 x 6.5 132.57 Gross | G. R. C. NO. 323 |
| 64 | 1406 | 12/44 | 8/45 | 8/45 | 8/45 | Allen Marine Company | Oil Cargo Barge | 94 x 26 x 6.5 132.57 Gross | G. R. C. NO. 324 |
| 65 | 1406 | 12/44 | 8/45 | 9/45 | 9/45 | Allen Marine Company | Oil Cargo Barge | 94 x 26 x 6.5 132.57 Gross | G. R. C. NO. 325 |
| 66 | 1407 | 12/44 | 6/45 | 7/45 | 7/45 | A. B. Harris & Son | Steel Barge | 150 x 35 x 8.5 366.26 Gross | HARRIS NO. 5 |
| 67 | 1407 | 12/44 | 7/45 | 8/45 | 9/45 | A. B. Harris & Son | Steel Barge | 150 x 35 x 8.5 366.26 Gross | HARRIS NO. 6 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 5)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 68 | 1412 | 1/45 | 6/45 | 7/45 | 7/45 | Allen Marine Company | Treater Barge | 56 x 30 x 8 | GULF TREATER BARGE |
| 69 | 1424 | 1/45 | 1/45 | 1/45 | 1/45 | Allen Marine Company | Radio Shack Barge | 30 x 16 x 4 | |
| 70 | 1425 | 1/45 | 1/45 | 2/45 | 2/45 | Allen Marine Company | Roustabout Barge | 55 x 20 x 4 | |
| 71 | 1424 | 1/45 | 1/45 | 1/45 | 1/45 | Allen Marine Company | Radio Shack Barge | 30 x 16 x 4 | |
| 72 | 1426 | 1/45 | 2/45 | 3/45 | 3/45 | Allen Marine Company | Work Barge | 45 x 18 x 3 | |
| 73 | 1427 | 1/45 | 2/45 | 3/45 | 3/45 | Allen Marine Company | Paraffin Barge | 60 x 20 x 5 | |
| 74 | 1426 | 1/45 | 2/45 | 3/45 | 3/45 | Allen Marine Company | Work Barge | 45 x 18 x 3 | |
| 75 | 1431 | 1/45 | 8/45 | 9/45 | 10/45 | Thomas Jordan & Co. (Canal Barge) | Deck Cargo Barge | 92 x 26 x 6 111.72 Gross | C. B. C. NO. 101 |
| 76 | 1682 | 9/45 | 9/45 | 9/45 | 9/45 | Mr. Louis J. Walet | Deck Cargo Barge | 92 x 26 x 6 111.72 Gross | WALET NO. 10 |
| 77 | 1431 | 1/45 | 9/45 | 10/45 | 10/45 | Thomas Jordan & Co. (Canal Barge) | Deck Cargo Barge | 92 x 26 x 6 111.72 Gross | C. B. C. NO. 102 |
| 78 | 1431 | 1/45 | 9/45 | 10/45 | 10/45 | Thomas Jordan & Co. (Canal Barge) | Deck Cargo Barge | 92 x 26 x 6 111.72 Gross | C. B. C. NO. 103 |
| 79 | 1431 | 1/45 | 10/45 | 10/45 | 11/45 | Thomas Jordan & Co. (Canal Barge) | Deck Cargo Barge | 92 x 26 x 6 111.72 Gross | C. B. C. NO. 104 |
| 80 | 1431 | 1/45 | 10/45 | 10/45 | 11/45 | Thomas Jordan & Co. (Canal Barge) | Deck Cargo Barge | 92 x 26 x 6 111.72 Gross | C. B. C. NO. 105 |
| 81 | 1431 | 1/45 | 10/45 | 11/45 | 11/45 | Canal Barge Company (T. Jordan) | Deck Cargo Barge | 92 x 26 x 6 111.72 Gross | C. B. C. NO. 106 |
| 82 | 1431 | 1/45 | 10/45 | 11/45 | 11/45 | Canal Barge Company (T. Jordan) | Deck Cargo Barge | 92 x 26 x 6 111.72 Gross | C. B. C. NO. 107 |
| 83 | 1431 | 1/45 | 10/45 | 11/45 | 11/45 | Canal Barge Company (T. Jordan) | Deck Cargo Barge | 92 x 26 x 6 111.72 Gross | C. B. C. NO. 108 |
| 84 | 1431 | 1/45 | 11/45 | 11/45 | 11/45 | Canal Barge Company (T. Jordan) | Deck Cargo Barge | 92 x 26 x 6 111.72 Gross | C. B. C. NO. 109 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY        (Page 6)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 85 | 1434 | 1/45 | 7/45 | 9/45 | 9/45 | Koch-Ellis Marine Contractors | 8000 BBL Oil Barge | 170 x 35 x 9.5 458.48 Gross | KE-19 |
| 86 | 1434 | 1/45 | 8/45 | 9/45 | 9/45 | Koch-Ellis Marine Contractors | 8000 BBL Oil Barge | 170 x 35 x 9.5 458.48 Gross | KE-20 |
| 87 | 1434 | 1/45 | 8/45 | 9/45 | 11/45 | Allen Boat Company | 8000 BBL Oil Barge | 170 x 35 x 9.5 458.48 Gross | JIMMY HAYES |
| 88 | 1434 | 1/45 | 8/45 | 9/45 | 11/45 | Allen Boat Company | 8000 BBL Oil Barge | 170 x 35 x 9.5 458.48 Gross | BILLY HAYES |
| 89 | 1434 | 1/45 | 8/45 | 9/45 | 12/45 | Allen Boat Company | 8000 BBL Oil Barge | 170 x 35 x 9.5 458.48 Gross | LARRY HAYES |
| 90 | 1434 | 1/45 | 9/45 | 10/45 | 10/45 | Allen Boat Company | 8000 BBL Oil Barge | 170 x 35 x 9.5 458.48 Gross | JUDY HAYES |
| 91 | 1434 | 1/45 | 9/45 | 10/45 | 10/45 | Allen Boat Company | 8000 BBL Oil Barge | 170 x 35 x 9.5 458.48 Gross | PT-801 |
| 92 | 1434 | 1/45 | 9/45 | 10/45 | 10/45 | Allen Boat Company | 8000 BBL Oil Barge | 170 x 35 x 9.5 458.48 Gross | PT-802 |
| 93 | 1434 | 1/45 | 10/45 | 10/45 | 11/45 | Mr. J. J. Brainard | 8000 BBL Oil Barge | 170 x 35 x 9.5 458.48 Gross | CATCO 82 |
| 94 | 1434 | 1/45 | 10/45 | 10/45 | 11/45 | Allen Boat Company | 8000 BBL Oil Barge | 170 x 35 x 9.5 458.48 Gross | PT-803 |
| 95 | 1435 | 1/45 | 9/45 | 10/45 | 10/45 | Louisiana Materials Co. | Comb. Deck & Oil Barge | 120 x 32 x 8 253.22 Gross | 707 |
| 96 | 1435 | 1/45 | 10/45 | 10/45 | 10/45 | Louisiana Materials Co. | Comb. Deck & Oil Barge | 120 x 32 x 8 253.22 Gross | 708 |
| 97 | 1435 | 1/45 | 10/45 | 11/45 | 11/45 | Louisiana Materials Co. | Comb. Deck & Oil Barge | 120 x 32 x 8 253.22 Gross | 709 |
| 98 | 1435 | 1/45 | 10/45 | 11/45 | 11/45 | Louisiana Materials Co. | Comb. Deck & Oil Barge | 120 x 32 x 8 253.22 Gross | 710 |
| 99 | 1435 | 1/45 | 11/45 | 12/45 | 12/45 | Louisiana Materials Co. | Comb. Deck & Oil Barge | 120 x 32 x 8 253.22 Gross | 711 |
| 100 | 1436 | 1/45 | 9/45 | 9/45 | 9/45 | A. G. Thomas | Comb. Deck & Oil Barge | 100 x 28 x 7 165 Gross | A. G. T. NO. 54 |
| 101 | 1436 | 1/45 | 9/45 | 10/45 | 10/45 | A. G. Thomas | Comb. Deck & Oil Barge | 100 x 28 x 7 165 Gross | A. G. T. NO. 56 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 7)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 102 | 1436 | 1/45 | 9/45 | 10/45 | 11/45 | Allen Boat Company | Comb. Deck & Oil Barge | 100 x 28 x 7 165 Gross | ALLEN 300 |
| 103 | 1436 | 1/45 | 10/45 | 11/45 | 12/45 | Allen Boat Company | Comb. Deck & Oil Barge | 100 x 28 x 7 165 Gross | ALLEN 301 |
| 104 | 1436 | 1/45 | 11/45 | 11/45 | 9/45 | Stock - H. L. Seabright | Comb. Deck & Oil Barge | 100 x 28 x 7 165 Gross | AVON 104 |
| 105 | 1437 | 1/45 | 8/45 | 9/45 | 9/45 | Allen Marine Company | Cargo Barge | 94 x 26 132 Net | ALLEN 604 |
| 106 | 1431 | 9/45 | 11/45 | 12/45 | 1/46 | Marine Welding & Scaling Company | Deck Barge | 92 x 26 x 6 111.72 Gross | |
| 107 | 1459 | 2/45 | - | 3/45 | 3/45 | Allen Marine Company | Work Barge | 45 x 18 x 3.5 - | CALCO IX |
| 108 | 1732 | 10/45 | 11/45 | 11/45 | 1/46 | Texas-Pacific/Missouri-Pacific RR | Pile Driver Barge | 70 x 40 x 7 - | |
| 109 | 1668 | 9/45 | 11/45 | 2/46 | 2/46 | Freeport Sulphur Co. | Liquid Sulphur Barge | 150 x 33 x 8.5 - | BARGE NO. 8 |
| 110 | 1431 | 10/45 | 11/45 | 12/45 | 12/45 | Canal Barge Company | Deck Cargo Barge | 92 x 26 x 6 111 Net | C. B. C. 111 |
| 111 | 1431 | 10/45 | 12/45 | 1/46 | 1/46 | Canal Barge Company | Deck Cargo Barge | 92 x 26 x 6 111 Net | C. B. C. 112 |
| 112 | 1431 | 10/45 | 12/45 | 1/46 | 1/46 | Canal Barge Company | Deck Cargo Barge | 92 x 26 x 6 111 Net | C. B. C. 113 |
| 113 | 1741 | 11/45 | 11/45 | 12/45 | 12/45 | Superior Oil Company | Cargo & Oil Barge | 100 x 28 x 8 196.2 Gross | BARGE NO. 7 |
| 114 | 1742 | 11/45 | 12/45 | 12/45 | 12/45 | The California Company | Deck Cargo Barge | 100 x 26 x 6.5 149.54 Gross | S-10 |
| 115 | 1743 | 3/45 | - | - | - | Allen Marine Company | Fishing Barge | 85 x 85 x 6 - | |
| 116 | 1742 | 11/45 | 12/45 | 12/45 | 12/45 | The California Company | Deck Cargo Barge | 100 x 26 x 6.5 149.54 Gross | T-100 |
| 117 | 1742 | 11/45 | 12/45 | 1/46 | 1/46 | The California Company | Deck Cargo Barge | 100 x 26 x 6.5 149.54 Gross | S-12 |
| 118 | 1742 | 11/45 | 12/45 | 1/46 | 1/46 | The California Company | Deck Cargo Barge | 100 x 26 x 6.5 149.54 Gross | S-13 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 8)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 119 | 1800 | 12/45 | 12/45 | 8/46 | 7/47 | McWilliams Dredging Co. | Steel Dredge Hull | 195 x 48.5 x 15 | CARIBBEAN |
| 120 | 1800 | 12/45 | 4/46 | 10/46 | 12/47 | McWilliams Dredging Co. | Steel Dredge Hull | 195 x 48.5 x 15 | (CHICAGO) 237C |
| 121 | 1783 | 12/45 | 1/46 | 1/46 | 4/46 | Moline Consumers | Comb. Deck & Oil Barge | 100 x 28 x 6.5 153 Gross | |
| 122 | 1783 | 12/45 | 1/46 | 2/46 | 2/46 | Pine Bluff Sand & Gravel | Comb. Deck & Oil Barge | 100 x 28 x 6.5 153 Gross | |
| 123 | 1783 | 12/45 | 1/46 | 2/46 | 4/46 | Moline Consumers | Comb. Deck & Oil Barge | 100 x 28 x 6.5 153 Gross | |
| 124 | 1783 | 12/45 | 1/46 | 2/46 | 2/46 | Pine Bluff Sand & Gravel | Comb. Deck & Oil Barge | 100 x 28 x 6.5 153 Gross | |
| 125 | 1783 | 12/45 | 2/46 | 2/46 | 2/46 | Canal Barge Company | Comb. Deck & Oil Barge | 100 x 28 x 6.5 153 Gross | C. B. C. 201 |
| 126 | 1783 | 12/45 | 2/46 | 3/46 | 3/46 | Canal Barge Company | Comb. Deck & Oil Barge | 100 x 28 x 6.5 153 Gross | C. B. C. 202 |
| 127 | 1787 | 12/45 | 3/46 | 3/46 | 3/46 | Port Arthur Towing Co. | Comb. Deck & Oil Barge | 100 x 28 x 6.5 153 Gross | PATCO NO. 4 |
| 128 | 1435 | 1/45 | 11/45 | 12/45 | 12/45 | Louisiana Materials Co. | Comb. Deck & Oil Barge | 120 x 32 x 8 253.22 Gross | 712 |
| 129 | 1811 | 1/46 | 2/46 | 3/46 | 6/46 | Productos Congelados | Shrimp Trawler | 65 x 18.5 x 9 68.48 Gross | SANTA LUCIA |
| 130 | 1811 | 1/46 | 2/46 | 4/46 | 6/46 | Productos Congelados | Shrimp Trawler | 65 x 18.5 x 9 68.48 Gross | SANTA CECILIA |
| 131 | 1811 | 1/46 | 2/46 | 4/46 | 6/46 | Productos Congelados | Shrimp Trawler | 65 x 18.5 x 9 68.48 Gross | PUNTA de LASTRE |
| 132 | 1811 | 1/46 | 3/46 | 5/46 | 6/46 | Productos Congelados | Shrimp Trawler | 65 x 18.5 x 9 68.48 Gross | SAN NICOLAS |
| 133 | 1811 | 1/46 | 4/46 | 6/46 | 6/46 | Productos Congelados | Shrimp Trawler | 65 x 18.5 x 9 68.48 Gross | BACOCHIBAMPO |
| 134 | 1811 | 1/46 | 4/46 | 6/46 | 6/46 | Productos Congelados | Shrimp Trawler | 65 x 18.5 x 9 68.48 Gross | SANTA MARGARITA |
| 135 | 1810 | 2/46 | 3/46 | 6/46 | 8/46 | C. W. Drake | Steel Tuna Clipper | 132 x 30 x 14.5 422 Gross | MAURITANIA |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 9)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 136 | 1846 | 2/46 | 2/46 | 3/46 | 4/46 | Freeport Sulphur Co. | Drilling Barge | 80 x 36 x 6.5 — | |
| 137 | 1846 | 2/46 | 2/46 | - | - | Jos. Rathbone Land Co. | Work Boat | 18 x 5 x 2.25 — | |
| 138 | 1783 | 12/45 | 3/46 | 3/46 | 4/46 | Canal Barge Company | Comb. Deck & Oil Barge | 100 x 28 x 6.5 153 Gross | C. B. C. 203 |
| 139 | 1787 | 12/45 | 3/46 | 4/46 | 4/46 | Canal Barge Company | Comb. Deck & Oil Barge | 100 x 28 x 6.5 153 Gross | |
| 140 | 1858 | 2/46 | 3/46 | 7/46 | 10/46 | Superior Oil Company | Cargo & Oil Barge | 110 x 30 x 7 192 Gross | BARGE NO. 11 |
| 141 | 1858 | 2/46 | 3/46 | 7/46 | 10/46 | Superior Oil Company | Cargo & Oil Barge | 110 x 30 x 7 192 Gross | NO. 2113 |
| 142 | 1858 | 2/46 | 4/46 | 7/46 | 10/46 | Superior Oil Company | Cargo & Oil Barge | 110 x 30 x 7 192 Gross | NO. 2114 |
| 143 | 1858 | 2/46 | 4/46 | 7/46 | 10/46 | Superior Oil Company | Cargo & Oil Barge | 110 x 30 x 7 192 Gross | NO. 2115 |
| 144 | 1811 | 3/46 | 5/46 | 7/46 | 7/46 | Productos Congelados | Shrimp Trawler | 65 x 18.5 x 9 68.48 Gross | SAN LUIS |
| 145 | 1811 | 3/46 | 7/46 | 8/46 | 9/46 | Productos Congelados | Shrimp Trawler | 65 x 18.5 x 9 68.48 Gross | CARMELITA |
| 146 | 1868 | 3/46 | 3/46 | 3/46 | 3/46 | United Gas Pipe Line | Deck Cargo Barge | 90 x 28 x 7 — | BARRE |
| 147 | 1868 | 3/46 | 3/46 | 3/46 | 3/46 | United Gas Pipe Line | Deck Cargo Barge | 90 x 28 x 7 — | LIBETTE |
| 148 | 1905 | 4/46 | 4/46 | 8/46 | 10/46 | Edward Madruga | Steel Tuna Clipper | 132 x 30 x 14.5 448 Gross | PARAMOUNT |
| 149 | 1910 | 4/46 | 6/46 | 9/46 | 11/46 | Peter F. Bullen | Steel Tuna Clipper | 132 x 30 x 14.5 448 Gross | SUN HILARITA |
| 150 | 1929 | 4/46 | - | - | 5/46 | Union Oil - Calif. | 5-G Sea Mule | 32.5 x 15 x 6 18.6 Gross | UOCO |
| 151 | 1981 | 6/46 | 6/46 | - | 6/46 | Jos. Rathbone Land Co. | Steel Work Boat | 19.5 x 5 x 2 — | |
| 152 | 1811 | 3/46 | 5/46 | 8/46 | 9/46 | Productos Marinos de Guaymas | Shrimp Trawler | 65 x 18.5 x 9 68.48 Gross | MARIA ELENA |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 10)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 153 | 1999 | 6/46 | 8/46 | 9/46 | 10/46 | Charles Z. Crain | Shrimp Trawler | 65 x 18.5 x 9 68.48 Gross | CHARLES Z. CRAIN |
| 154 | 1999 | 6/46/ | 8/46 | 10/46 | 11/46 | Productos Marinos de Guaynas | Shrimp Trawler | 65 x 18.5 x 9 68.48 Gross | GENERAL YANEZ |
| 155 | 1999 | 6/46 | 9/46 | 10/46 | 11/46 | Productos Marinos de Guaynas | Shrimp Trawler | 65 x 18.5 x 9 68.48 Gross | LUIS G. DAVILA |
| 156 | 1999 | 6/46 | 9/46 | 11/46 | 11/46 | Avondale Stock | Shrimp Trawler | 65 x 18.5 x 9 68.48 Gross | BAYOU TECHE |
| 157 | 2000 | 7/46 | 9/46 | 3/47 | 3/47 | Peter F. Bullen | Tuna Clipper | 132 x 30 x 14.5 448 Gross | SUN JASON |
| 158 | 2026 | 7/46 | 11/46 | 12/46 | 12/46 | Louisiana Dept. of Highways | Welded Steel Ferry Barge | 60 x 32 x 5 87.14 Gross | 305-028 |
| 159 | 2026 | 7/46 | 11/46 | 12/46 | 12/46 | Louisiana Dept. of Highways | Welded Steel Ferry Barge | 60 x 32 x 5 87.14 Gross | 305-029 |
| 160 | 2026 | 7/46 | 12/46 | 1/47 | 1/47 | Louisiana Dept. of Highways | Welded Steel Ferry Barge | 60 x 32 x 5 87.14 Gross | 305-030 |
| 161 | 2026 | 7/46 | 12/46 | 1/47 | 1/47 | Louisiana Dept. of Highways | Welded Steel Ferry Barge | 60 x 32 x 5 87.14 Gross | |
| 162 | 2026 | 7/46 | 12/46 | 1/47 | 1/47 | Louisiana Dept. of Highways | Welded Steel Ferry Barge | 60 x 32 x 5 87.14 Gross | |
| 163 | 2074 | 9/46 | 9/46 | 9/46 | 9/46 | Jimmy Ayres | Water Barge | 50 x 20 x 4 | |
| 164 | 2066 | 9/46 | 9/46 | - | 9/46 | Standard Oil - KY | Pontoon | - | |
| 165 | 2066 | 9/46 | 9/46 | - | 9/46 | Standard Oil - KY | Pontoon | - | |
| 166 | 2080 | 9/46 | 9/46 | 10/46 | 10/46 | J. M. Jones Lumber Co. | Derrick Barge | 80 x 34 x 5 - | |
| 167 | 2101 | 10/46 | 10/46 | 10/46 | 10/46 | Louisiana Dept. of Highways | Steel Barge | 84 x 20 x 5 - | |
| 168 | 2118 | 10/46 | 10/46 | 11/46 | 11/46 | Superior Oil Company | 8300 BBL Oil Barge | 170 x 35 x 9.5 209 Gross | NO. 13 |
| 169 | 2118 | 10/46 | 10/46 | 11/46 | 11/46 | Superior Oil Company | 8300 BBL Oil Barge | 170 x 35 x 9.5 209 Gross | NO. 14 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY     (Page 11)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 170 | 2133 | 10/46 | 11/46 | - | 11/46 | Hugh A. Hawthorne | Small Work Hull | 22 x 5.5 x - | |
| 171 | 2153 | 11/46 | 1/47 | 7/47 | 1/48 | Freeport Sulphur Co. | Dredge | - | BALLARD |
| 172 | 2152 | 11/46 | 11/46 | 1/47 | 1/47 | Avondale Marine Ways | Dry Dock | 200 x 80 x 5 | |
| 173 | 2191 | 12/46 | 12/46 | 12/46 | 12/46 | Marine Welding & Scaling Company | Pontoon | 15 x 10 x 3 | |
| 174 | 2202 | 12/46 | 2/47 | 7/47 | 10/47 | McWilliams Dredging Co. | Tug Boat | 69 | ZEPHYR II |
| 175 | 2220 | 1/47 | 1/47 | 2/47 | 2/47 | Creole Petroleum Corp. | Comb. Cargo & Oil Barge | 110 x 30 x 7 192 Gross | NO. 2132 |
| 176 | 2220 | 1/47 | 1/47 | 2/47 | 2/47 | Creole Petroleum Corp. | Comb. Cargo & Oil Barge | 110 x 30 x 7 192 Gross | NO. 2133 |
| 177 | 2220 | 1/47 | 1/47 | 2/47 | 2/47 | Creole Petroleum Corp. | Comb. Cargo & Oil Barge | 110 x 30 x 7 192 Gross | NO. 2134 |
| 178 | 2220 | 1/47 | 2/47 | 2/47 | 2/47 | Creole Petroleum Corp. | Comb. Cargo & Oil Barge | 110 x 30 x 7 192 Gross | NO. 2135 |
| 179 | 2232 | 1/47 | 1/47 | 1/47 | 1/47 | Marine Welding & Scaling Company | Work Barge | 30 x 15 x 3.5 | |
| 180 | 2307 | 2/47 | 3/47 | 3/47 | 4/47 | Standard Oil - New Jersey | Comb. Cargo & Oil Barge | 110 x 30 x 7 192 Gross | NO. 75-1 |
| 181 | 2307 | 2/47 | 3/47 | 3/47 | 4/47 | Standard Oil - New Jersey | Comb. Cargo & Oil Barge | 110 x 30 x 7 192 Gross | NO. 75-2 |
| 182 | 2308 | 3/47 | 3/47 | 5/47 | 6/47 | Standard Oil - New Jersey | Flying Bridge - C-536 | 40' 5" | NO. 2148 |
| 183 | 2308 | 3/47 | 4/47 | 6/47 | 6/47 | Standard Oil - New Jersey | Flying Bridge - C-536 | 40' 5" | NO. 2149 |
| 184 | 2308 | 3/47 | 4/47 | 6/47 | 6/47 | Standard Oil - New Jersey | Flying Bridge - C-536 | 40' 5" | NO. 2150 |
| 185 | 2308 | 3/47 | 4/47 | 6/47 | 6/47 | Standard Oil - New Jersey | Flying Bridge - C-536 | 40' 5" | NO. 2151 |
| 186 | 2308 | 3/47 | 5/47 | 7/47 | 7/47 | Standard Oil - New Jersey | Flying Bridge - C-536 | 40' 5" | NO. 2152 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY     (Page 12)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Type of Vessel | Customer | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 187 | 2308 | 3/47 | 5/47 | 6/47 | 6/47 | Flying Bridge - C-536 | Standard Oil - New Jersey | 40' 5" - | NO. 2153 |
| 188 | 2308 | 3/47 | 6/47 | 7/47 | 7/47 | Flying Bridge - C-536 | Standard Oil - New Jersey | 40' 5" - | NO. 2154 |
| 189 | 2308 | 3/47 | 5/47 | 7/47 | 7/47 | Flying Bridge - C-536 | Standard Oil - New Jersey | 40' 5" - | NO. 2155 |
| 190 | 2308 | 3/47 | 6/47 | 7/47 | 7/47 | Flying Bridge - C-536 | Standard Oil - New Jersey | 40' 5" - | NO. 2156 |
| 191 | 2308 | 3/47 | 6/47 | 7/47 | 7/47 | Flying Bridge - C-536 | Standard Oil - New Jersey | 40' 5" - | NO. 2157 |
| 192 | 2308 | 3/47 | 5/47 | 7/47 | 7/47 | Flying Bridge - C-536 | Standard Oil - New Jersey | 40' 5" - | STANVAC 1 |
| 193 | 2308 | 3/47 | 6/47 | - | 8/47 | Sedan - Type C-536A | Standard Oil - New Jersey | 40' 5" - | NO. 75-1 |
| 194 | 2308 | 3/47 | 7/47 | - | 8/47 | Sedan - Type C-536A | Standard Oil - New Jersey | 40' 5" - | NO. 75-2 |
| 195 | 2308 | 3/47 | 7/47 | 8/47 | 9/47 | Sedan - Type C-536A | Standard Oil - New Jersey | 40' 5" - | NO. 75-3 |
| 196 | 2308 | 3/47 | 7/47 | 8/47 | 9/47 | Sedan - Type C-536A | Standard Oil - New Jersey | 40' 5" - | NO. 75-4 |
| 197 | 2308 | 4/47 | 7/47 | 9/47 | 10/47 | Sedan - Type C-536A | Standard Oil - New Jersey | 40' 5" - | NO. 75-5 |
| 198 | 2308 | 4/47 | 7/47 | - | 11/47 | Sedan - Type C-536A | Standard Oil - New Jersey | 40' 5" - | NO. 75-6 |
| 199 | 2410 | 5/47 | 6/47 | 7/47 | 7/47 | Deck Barge | Humble Oil & Refining Company | 110 x 30 x 7 194 Gross | HOAR NO. 81 |
| 200 | 2410 | 5/47 | 6/47 | 7/47 | 7/47 | Deck Barge | Humble Oil & Refining Company | 110 x 30 x 7 194 Gross | HOAR NO. 82 |
| 201 | 2410 | 5/47 | 6/47 | 7/47 | 7/47 | Deck Barge | Humble Oil & Refining Company | 110 x 30 x 7 194 Gross | HOAR NO. 85 |
| 202 | 2410 | 5/47 | 7/47 | 7/47 | 7/47 | Deck Barge | Humble Oil & Refining Company | 110 x 30 x 7 194 Gross | HOAR NO. 83 |
| 203 | 2410 | 5/47 | 7/47 | 8/47 | 8/47 | Deck Barge | Humble Oil & Refining Company | 110 x 30 x 7 194 Gross | HOAR NO. 84 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 13)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 204 | 2308 | 5/47 | 6/47 | 7/47 | 10/47 | Creole Petroleum Corp. | Flying Bridge | 40' 5" | NO. 2171 |
| 205 | 2447 | 6/47 | 8/47 | 9/47 | 10/47 | Standard Oil - New Jersey | Harbor Launch | 32 / - | S.O. NO. 708A |
| 206 | 2447 | 6/47 | 9/47 | 9/47 | 10/47 | Standard Oil - New Jersey | Harbor Launch | 32 / - | S.O. NO. 708B |
| 207 | 2447 | 6/47 | 9/47 | 10/47 | 10/47 | Standard Oil - New Jersey | Harbor Launch | 32 / - | S.O. NO. 708 |
| 208 | 2458 | 6/47 | 10/47 | 3/48 | 7/48 | Creole Petroleum Corp. | Oil Well Drilling Barge | 174 x 70 x 12 / 2360 | PRAIRIE GREGG |
| 209 | 2473 | 6/47 | 7/47 | 7/47 | 7/47 | Jackson Machinery Co. | Deck Barge | 50 x 20 x 5 | |
| 210 | 2500 | 6/47 | 8/47 | 11/47 | 12/47 | Van Camp Seafood Co. | Steel Purse Seiner | 135.5 / 417 Gross | SANTA HELENA |
| 211 | 2308 | 7/47 | 8/47 | 9/47 | 11/47 | Standard Oil - New Jersey | Flying Bridge | 40' 5" / - | NO. 75-7 |
| 212 | 2308 | 7/47 | 8/47 | 9/47 | 12/47 | Standard Oil - New Jersey | Flying Bridge | 40' 5" / - | NO. 75-8 |
| 213 | 2525 | 7/47 | 7/47 | 2/48 | 4/48 | Federal Barge Lines | Integrated Tow Barge | 90.5 x 54.1 x 9.7 / 635.7 Gross | HARRY TRUMAN (POWER UNIT) |
| 214 | 2525 | 7/47 | 1/48 | 2/48 | 4/48 | Federal Barge Lines | Integrated Tow Barge | 90.5 x 54.1 x 9.7 / 635.7 Gross | HARRY TRUMAN (BOW PIECE) |
| 215 | 2595 | 9/47 | 9/47 | 12/47 | 1/48 | Creole Petroleum Corp. | Launch - Model C-536 | 40' 5" / - | NO. 2172 |
| 216 | 2595 | 9/47 | 9/47 | 12/47 | 1/48 | Creole Petroleum Corp. | Launch - Model C-536 | 40' 5" / - | NO. 2173 |
| 217 | 2665 | 9/47 | 11/47 | 1/48 | 1/48 | Creole Petroleum Corp. | Launch - Model C-559 | 45' 0" / - | NO. 2174 |
| 218 | 2665 | 9/47 | 11/47 | 1/48 | 2/48 | Creole Petroleum Corp. | Launch - Model C-559 | 45' 0" / - | NO. 2175 |
| 219 | 2665 | 9/47 | 11/47 | 1/48 | 2/48 | Creole Petroleum Corp. | Launch - Model C-559 | 45' 0" / - | NO. 2176 |
| 220 | 2665 | 9/47 | 12/47 | 1/48 | 2/48 | Creole Petroleum Corp. | Launch - Model C-559 | 45' 0" / - | NO. 2177 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 14)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 221 | 2665 | 9/47 | 12/47 | 2/48 | 2/48 | Creole Petroleum Corp. | Launch - Model C-559 | 45' 0" | NO. 2178 |
| 222 | 2665 | 9/47 | 1/48 | 2/48 | 2/48 | Creole Petroleum Corp. | Launch - Model C-559 | 45' 0" | NO. 2179 |
| 223 | 2665 | 9/47 | 1/48 | 2/48 | 2/48 | Creole Petroleum Corp. | Launch - Model C-559 | 45' 0" | NO. 2180 |
| 224 | 2665 | 9/47 | 1/48 | 2/48 | 3/48 | Creole Petroleum Corp. | Launch - Model C-559 | 45' 0" | NO. 2181 |
| 225 | 2665 | 9/47 | 1/48 | 2/48 | 3/48 | Creole Petroleum Corp. | Launch - Model C-559 | 45' 0" | NO. 2182 |
| 226 | 2665 | 9/47 | 1/48 | 3/48 | 4/48 | Creole Petroleum Corp. | Launch - Model C-559 | 45' 0" | NO. 2183 |
| 227 | 2665 | 9/47 | 2/48 | 3/48 | 4/48 | Creole Petroleum Corp. | Launch - Model C-559 | 45' 0" | NO. 2184 |
| 228 | 2665 | 9/47 | 2/48 | 3/48 | 4/48 | Creole Petroleum Corp. | Launch - Model C-559 | 45' 0" | NO. 2185 |
| 229 | 2665 | 9/47 | 2/48 | 4/48 | 4/48 | Creole Petroleum Corp. | Launch - Model C-559 | 45' 0" | NO. 2186 |
| 230 | 2620 | 9/47 | 10/47 | 12/47 | 1/48 | Alcoa Steamship Co. | Passenger Launch | 40' 5" | MANTA |
| 231 | 2620 | 9/47 | 10/47 | 12/47 | 1/48 | Alcoa Steamship Co. | Passenger Launch | 40' 5" | MORAY |
| 232 | 2620 | 9/47 | 10/47 | 12/47 | 1/48 | Alcoa Steamship Co. | Passenger Launch | 40' 5" | MANATEE |
| 233 | 2620 | 9/47 | 10/47 | 12/47 | 1/48 | Alcoa Steamship Co. | Passenger Launch | 40' 5" | MARLIN |
| 234 | 2660 | 10/47 | 12/47 | 12/47 | 12/47 | J. Ray McDermott | Bateau Work Boat | 32' | |
| 235 | 2671 | 10/47 | 11/47 | 1/48 | 1/48 | Humble Oil & Refining | Service Launch | 45' | A. L. MOORE |
| 236 | 3000 | 12/47 | 5/48 | 11/48 | 3/49 | U. S. Engineers | Lower Mooring Barge | 400 x 45 x 9 | |
| 237 | 3001 | 12/47 | 4/48 | 9/48 | 3/49 | U. S. Engineers | Mattress Sinking Barge | 176 x 54 x 9 | |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 15)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 238 | 2754 | 1/48 | 3/48 | - | 3/48 | Standard Oil - New Jersey | Knock-Down Oil Barge | 110 x 30 x 7 / - | |
| 239 | 2754 | 1/48 | 3/48 | - | 3/48 | Standard Oil - New Jersey | Knock-Down Oil Barge | 110 x 30 x 7 / - | |
| 240 | 2665 | 2/48 | 2/48 | 4/48 | 6/48 | Creole Petroleum Corp. | Launch - Model C-559 | 45' 0" / - | C-1 |
| 241 | 2809 | 2/48 | 2/48 | 3/48 | 3/48 | Independent Oil Co. | 10,000 BBL Oil Barge | 195 x 35 x 11 / 627.65 Gross | I. O. C. NO. 6 |
| 242 | 2828 | 3/28 | 3/48 | 4/48 | 4/48 | Standard Vacuum Oil Co. | Launch - Model C-559 | 45' 0" / - | |
| 243 | 2835 | 3/48 | 3/48 | 4/48 | 4/48 | Stoll Oil Refining Co. | 8300 BBL Oil Barge | 170 x 35 x 9.5 / - | ALBERT S. PRINZ |
| 244 | 2844 | 3/48 | 3/48 | 5/48 | 5/48 | Alcoa Steamship Co. | Passenger Launch | 40' 5" / - | MULLET |
| 245 | 2884 | 3/48 | 4/48 | 5/48 | 5/48 | The Texas Company | Steel Cargo Barge | 75 x 28 x 6.5 / - | NO. 626 |
| 246 | 2884 | 3/48 | 4/48 | 5/48 | 5/48 | The Texas Company | Steel Cargo Barge | 75 x 28 x 6.5 / - | NO. 627 |
| 247 | 2884 | 3/48 | 4/48 | 5/48 | 5/48 | The Texas Company | Steel Cargo Barge | 75 x 28 x 6.5 / - | NO. 628 |
| 248 | 2884 | 3/48 | 5/48 | 5/48 | 5/48 | The Texas Company | Steel Cargo Barge | 75 x 28 x 6.5 / - | NO. 629 |
| 249 | 2920 | 4/48 | 6/48 | 8/48 | 8/48 | Creole Petroleum Co. | Work Boat | 65 x 18 x 7 / - | NO. 75-9 |
| 250 | 2920 | 4/48 | 6/48 | 8/48 | 8/48 | Creole Petroleum Co. | Work Boat | 65 x 18 x 7 / - | NO. 75-10 |
| 251 | 2990 | 6/48 | 8/48 | 12/48 | 12/48 | Creole Petroleum Co. | Tug Boat | 65 / - | SAN CARLOS |
| 252 | 2990 | 6/48 | 8/48 | 12/48 | 12/48 | Creole Petroleum Co. | Tug Boat | 65 / - | SAN BENITO |
| 253 | 2995 | 6/48 | 10/48 | 1/49 | 1/49 | Creole Petroleum Co. | Tug Boat | 75 / - | SANTA CRUZ |
| 254 | 2999 | 6/48 | 9/48 | - | 10/48 | Lago Oil & Transport | Launch | 32' / - | |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 16)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|------|------|------|------|------|------|------|------|------|------|
| 255 | 3100 | 7/48 | 8/48 | 10/48 | 12/48 | Creole Petroleum Co. | Launch | 45' - | C-28 |
| 256 | 3100 | 7/48 | 9/48 | 10/48 | 12/48 | Creole Petroleum Co. | Launch | 45' - | C-29 |
| 257 | 3100 | 7/48 | 9/48 | 10/48 | 12/48 | Creole Petroleum Co. | Launch | 45' - | C-30 |
| 258 | 3100 | 7/48 | 9/48 | 11/48 | 12/48 | Creole Petroleum Co. | Launch | 45' - | C-31 |
| 259 | 3100 | 7/48 | 9/48 | 12/48 | 1/49 | Creole Petroleum Co. | Launch | 45' - | C-32 |
| 260 | 3100 | 7/48 | 10/48 | 12/48 | 1/49 | Creole Petroleum Co. | Launch | 45' - | C-33 |
| 261 | 3100 | 7/48 | 12/48 | 2/49 | 3/49 | Creole Petroleum Co. | Launch | 45' - | C-34 |
| 262 | 3100 | 7/48 | 1/49 | 2/49 | 3/49 | Creole Petroleum Co. | Launch | 45' - | C-35 |
| 263 | 3100 | 7/48 | 1/49 | 2/49 | 3/49 | Creole Petroleum Co. | Launch | 45' - | C-36 |
| 264 | 3100 | 7/48 | 1/49 | 2/49 | 3/49 | Creole Petroleum Co. | Launch | 45' - | C-37 |
| 265 | 3100 | 7/48 | 1/49 | 3/49 | 4/49 | Creole Petroleum Co. | Launch | 45' - | C-38 |
| 266 | 3100 | 7/48 | 1/49 | 2/49 | 4/49 | Creole Petroleum Co. | Launch | 45' - | C-39 |
| 267 | 3100 | 7/48 | 1/49 | 3/49 | 4/49 | Creole Petroleum Co. | Launch | 45' - | C-40 |
| 268 | 3100 | 7/48 | 2/49 | 3/49 | 5/49 | Creole Petroleum Co. | Launch | 45' - | C-41 |
| 269 | 3100 | 7/48 | 2/49 | 3/49 | 5/49 | Creole Petroleum Co. | Launch | 45' - | C-42 |
| 270 | 3100 | 7/48 | 2/49 | 4/49 | 5/49 | Creole Petroleum Co. | Launch | 45' - | C-43 |
| 271 | 3100 | 7/48 | 3/49 | 5/49 | 6/49 | Creole Petroleum Co. | Launch | 45' - | C-44 |

VESSELS CONSTRUCTED AT AVINHAILE SINCE FOUNDING OF COMPANY     (Page 17)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 272 | 3100 | 7/48 | 3/48 | 5/49 | 6/49 | Creole Petroleum Co. | Launch | 45' | C-45 |
| 273 | 3100 | 7/48 | 4/49 | 6/49 | 6/49 | Creole Petroleum Co. | Launch | 45' | C-46 |
| 274 | 3100 | 7/48 | 4/49 | 6/49 | 7/49 | Creole Petroleum Co. | Launch | 45' | C-47 |
| 275 | 3130 | 8/48 | 12/48 | 1/49 | 1/49 | Humble Oil & Refining Company | Fuel Oil Barge | 110 x 30 x 6.5 195 Gross | HUMBLE 105 |
| 276 | 3130 | 8/48 | 11/48 | 1/49 | 2/49 | Humble Oil & Refining Company | Deck Cargo & Water Barge | 110 x 30 x 6.5 195 Gross | HUMBLE 107 |
| 277 | 3130 | 8/48 | 12/48 | 1/49 | 4/49 | Humble Oil & Refining Company | Deck Cargo & Water Barge | 110 x 30 x 6.5 195 Gross | HUMBLE 106 |
| 278 | 3130 | 8/48 | 11/48 | 1/49 | 2/49 | Humble Oil & Refining Company | Deck Cargo & Water Barge | 110 x 30 x 6.5 195 Gross | HUMBLE 108 |
| 279 | 3130 | 8/48 | 12/48 | 2/49 | 2/49 | Humble Oil & Refining Company | Deck Cargo & Water Barge | 110 x 30 x 6.5 195 Gross | HUMBLE 103 |
| 280 | 3130 | 8/48 | 12/48 | 2/49 | 2/49 | Humble Oil & Refining Company | Deck Cargo & Water Barge | 110 x 30 x 6.5 195 Gross | HUMBLE 104 |
| 281 | 3160 | 9/48 | 9/48 | 11/48 | 12/48 | Humble Oil & Refining Company | Oil Barge | 150 x 32 x 9.5 346 Net | HUMBLE 101 |
| 282 | 3160 | 9/48 | 10/48 | 11/48 | 12/48 | Humble Oil & Refining Company | Oil Barge | 150 x 32 x 9.5 346 Net | HUMBLE 102 |
| 283 | 3200 | 10/48 | 1/49 | 4/49 | 8/49 | Creole Petroleum Corp. | Tug Boat | 66 x 18 x 9 70 Gross | SAN RAFAEL |
| 284 | 3200 | 10/48 | 2/49 | 4/49 | 6/49 | Creole Petroleum Corp. | Tug Boat | 66 x 18 x 9 70 Gross | SAN JUAN |
| 285 | 3200 | 10/48 | 2/49 | 5/49 | 6/49 | Creole Petroleum Corp. | Tug Boat | 66 x 18 x 9 70 Gross | SAN JOSE |
| 286 | 3200 | 10/48 | 3/49 | 5/49 | 6/49 | Creole Petroleum Corp. | Tug Boat | 66 x 18 x 9 70 Gross | SAN PABLO |
| 287 | 3200 | 10/48 | 3/49 | 5/49 | 8/49 | Creole Petroleum Corp. | Tug Boat | 66 x 18 x 9 70 Gross | SAN CRISTOBAL |
| 288 | 3200 | 10/48 | 4/49 | 5/49 | 6/49 | Creole Petroleum Corp. | Tug Boat | 66 x 18 x 9 70 Gross | SAN FELIZ |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 18)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 289 | 3201 | 10/48 | 3/49 | 5/49 | 7/49 | Creole Petroleum Corp. | Tug Boat | 77 x 20 x 10.5 / 101 Gross | SANTA BARBARA |
| 290 | 3220 | 10/48 | 10/48 | 12/48 | 1/49 | Standard Vacuum Oil Co. | Launch | 45' / - | MARGARET |
| 291 | 3320 | 1/49 | 8/49 | 8/49 | 8/49 | U. S. Engineers (N.O.) | Sectional Aluminum Barge | - / - | - |
| 292 | 3400 | 2/49 | 4/49 | 7/49 | 7/49 | Manuel A. Fernandes | Steel Tuna Vessel | 114 x 28.4 x 10.7 / 436 Gross | SEA MAGIC |
| 293 | 3401 | 2/49 | 4/49 | 8/49 | 8/49 | Azelino Gonsalves | Steel Tuna Vessel | 114 x 28.4 x 10.7 / 436 Gross | EXCALIBUR |
| 294 | 3402 | 2/49 | 4/49 | 9/49 | 9/49 | Wendell Fernandes | Steel Tuna Vessel | 114 x 28.4 x 10.7 / 436 Gross | SANTA ANITA |
| 295 | 3376 | 3/49 | 3/49 | 4/49 | 4/49 | Humble Oil & Refining Company | Deck Cargo Barge | 80 x 24 x 6 / - | HUMBLE 112 |
| 296 | 3380 | 3/49 | 3/49 | 4/49 | 4/49 | Humble Oil & Refining Company | Twin Screw Launch | 45' / 24 Gross | J. G. SLOAN, II |
| 297 | 3432 | 5/49 | 4/49 | 5/49 | 5/49 | Humble Oil & Refining Company | Deck Cargo Barge | 50 x 18 x 4 / 24.47 Gross | HUMBLE 113 |
| 298 | 3544 | 7/49 | 8/49 | 8/49 | 10/49 | Lago Oil & Refining Company | Launch | 32 x 8.5 x 3.5 / 8 Gross | NO. 13 |
| 299 | 3547 | 7/49 | 7/49 | 8/49 | 8/49 | D. W. Rhea | Barge | 110 x 30 x 6.5 / 185 Gross | C. & R. NO. 1 |
| 300 | 3547 | 7/49 | 7/49 | 8/49 | 8/49 | D. W. Rhea | Barge | 110 x 30 x 6.5 / 185 Gross | C. & R. NO. 2 |
| 301 | 3492 | 5/49 | - | - | - | San Diego Owners | Power Launch | 17 x 6.5 x 2.5 / - | OLINDA |
| 302 | 3492 | 5/49 | - | - | - | San Diego Owners | Power Launch | 17 x 6.5 x 2.5 / - | MICKEY G |
| 303 | 3492 | 5/49 | - | - | - | San Diego Owners | Power Launch | 17 x 6.5 x 2.5 / - | ANITA |
| 304 | 3572 | 8/49 | 8/49 | 9/49 | 9/49 | J. R. Moore, Jr. | Launch | 43.5 x 12.5 x 6 / 20.31 Gross | BARNACLE BILL |
| 305 | 3590 | 8/49 | 8/49 | 11/49 | 12/49 | U.S. Corps of Engineers | Diesel Launch | 45 x 13.5 x 5.5 / 25 Gross | NODAWAY (Diesel) |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY     (Page 19)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 306 | 3590 | 8/49 | 9/49 | 11/49 | 12/49 | U.S. Corps of Engineers | Diesel Launch | 45 x 13.5 x 5.5 25 Gross | SALINE (Diesel) |
| 307 | 3645 | 9/49 | 10/49 | 10/49 | 10/49 | Shell Oil Company | Steel Barge | 36 x 18 x 3.5 14.2 Gross | |
| 308 | 3676 | 11/49 | 11/49 | 11/49 | 11/49 | Delta Iron Works, Inc. | Steel Barge | 60 x 20 x 4 23.9 Gross | |
| 309 | 3693 | 11/49 | 11/49 | - | 1/50 | Fourth Jefferson Drainage District | Sectional Barge | 65.4 x 30 x 4 45.5 Gross | |
| 310 | 3715 | 12/49 | - | - | 8/50 | Marietta Transport Corp. U.S. Army | Sectionalized Arch Cargo Boat | 32 1.5 | J-3531X |
| 311 | 3715 | 12/49 | - | - | 8/50 | Marietta Transport Corp. U.S. Army | Sectionalized Arch Cargo Boat | 32 1.5 | J-3532X |
| 312 | 3719 | 12/49 | 12/49 | 1/50 | 1/50 | The Texas Company | Tank Barge | 72 x 28 x 11 82.4 | |
| 313 | 3760 | 1/50 | 1/50 | 1/50 | 1/50 | D. W. Rhea | 4420 BBL Oil Barge | 140 x 32 x 6.5 223 Gross | ORA |
| 314 | 3765 | 1/50 | 2/50 | 4/50 | 5/50 | Rowan Drilling Co. | Drilling Barge | 165 x 54 x 12 - | R. D. C. NO. 3 |
| 315 | 3770 | 1/50 | 2/50 | 3/50 | 4/50 | Rowan Drilling Co. | Power Barge | 100 x 34 x 12 - | R. D. C. NO. 2 |
| 316 | 3772 | 1/50 | 1/50 | 3/50 | 3/50 | Independent Oil Co. | 10,000 BBL Oil Barge | 194.5 x 35 x 10 627.65 Gross | I. O. C. NO. 7 |
| 317 | 3785 | - | 2/50 | 4/50 | 4/50 | Superior Oil Company | Boiler Barge | 110 x 46 x 12 - | |
| 318 | 3783 | 1/50 | 2/50 | 2/50 | 2/50 | U.S. Coast Guard | Water Barge | 32 x 16 x 3.5 - | |
| 319 | 3813 | 2/50 | 3/50 | 3/50 | 3/50 | Penrod Drilling Co. | Barge | 92 x 26 x 6.5 - | |
| 320 | 3860 | 3/50 | 4/50 | 6/50 | 6/50 | B & M Towing Co. | 20,000 BBL Oil Barge | 245 x 50 x 10.5 1142.47 Gross | B&M 2001 (B7-2970 & B7-2975) |
| 321 | 3860 | 3/50 | 4/50 | 6/50 | 6/50 | B & M Towing Co. | 20,000 BBL Oil Barge | 245 x 50 x 10.5 1142.47 Gross | B&M 2002 (B7-2970 & B7-2975) |
| 322 | 3960 | 6/50 | 6/50 | 7/50 | 7/50 | Butcher Arthur Inc. | Dry Cargo (Hopper) Barge | 195 x 35 x 11 245 | BA 1401 DC |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY     (Page 20)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 323 | 3960 | 6/50 | 6/50 | 7/50 | 7/50 | Butcher Arthur Inc. | Dry Cargo (Hopper) Barge | 195 x 35 x 11 — 245 | BA 1402 DC |
| 324 | 3960 | 6/50 | 6/50 | 7/50 | 8/50 | Butcher Arthur Inc. | Dry Cargo (Hopper) Barge | 195 x 35 x 11 — 245 | BA 1403 DC |
| 325 | 4000 | 6/50 | 8/50 | 9/50 | 10/50 | Standard Oil - KY | Lube Oil Barge | 196 x 35 x 12 — 628.57 Gross | NO. 28 |
| 326 | 4010 | 7/50 | 7/50 | 8/50 | 10/50 | Rowan Drilling Co. | Drilling Barge | 200 x 54 x 12 — 460.8 | M. G. ROWE |
| 327 | 4020 | 7/50 | 8/50 | 8/50 | 8/50 | Gulf Refining Co. | Deck Cargo Barge | 110 x 30 x 7.5 — | G. R. C. NO. 610 |
| 328 | 4025 | 7/50 | 10/50 | 11/50 | 1/51 | J. Ray McDermott | Walking Dragline Barge | 150 x 50 x 9.5 — | A. H. STALL |
| 329 | 4026 | 7/50 | 8/50 | 8/50 | 8/50 | Mrs. Milka Pellegrin | 4420 BBL Oil Barge | 140 x 32 x 6.5 — 276.5 Gross | ORA NO. 2 |
| 330 | 4036 | 8/50 | — | — | — | J. Ray McDermott | 3-Sect. Portable Dredge | — | |
| 331 | 4040 | 8/50 | 8/50 | 10/50 | 10/50 | Citizens Oil Company | 12,000 BBL Oil Barge | 195 x 40 x 11 — 772 Gross | CITIZENS NO. 3 |
| 332 | 4052 | 8/50 | 9/50 | 10/50 | 10/50 | H. G. Koch | Deck Cargo Barge | 110 x 30 x 7.5 — | KD-1 |
| 333 | 4052 | 8/50 | 9/50 | 10/50 | 10/50 | H. G. Koch | Deck Cargo Barge | 110 x 30 x 7.5 — | KD-2 |
| 334 | 4100 | 9/50 | 10/50 | 12/50 | 2/51 | Mr. Charles Kaufman | Tuna Vessel | 114 x 28 x 10.5 — 378 Gross | GULF STAR |
| 335 | 4090 | 9/50 | 9/50 | 12/50 | 12/50 | Mr. Paul K. Wabnig (Olimac Tow) | Tug Boat | 81 x 24 x 10.5 — 140.8 Gross | CARINTHIA |
| 336 | 4105 | 9/50 | 11/50 | 1/51 | 3/51 | Mr. Lewis L. Liveeley | Tuna Vessel | 114 x 28 x 10.5 — 378 Gross | CHALLENGER |
| 337 | 4095 | 9/50 | 10/50 | 10/50 | 10/50 | Scrivner & Richardson, Inc. | Deck Cargo Barge | 115 x 28 x 6 — | NO. 15 |
| 338 | 4095 | 9/50 | 10/50 | 10/50 | 10/50 | Scrivner & Richardson, Inc. | Deck Cargo Barge | 115 x 28 x 6 — | NO. 16 |
| 339 | 4095 | 9/50 | 10/50 | 10/50 | 10/50 | Scrivner & Richardson, Inc. | Deck Cargo Barge | 115 x 28 x 6 — | NO. 17 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 21)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 340 | 4110 | 9/50 | 11/50 | 1/51 | 1/51 | Freeport Sulphur Co. | Drilling Barge | 100 x 38 x 8 - | |
| 341 | 4110 | 9/50 | 11/50 | 1/51 | 1/51 | Freeport Sulphur Co. | Drilling Barge | 100 x 38 x 8 - | |
| 342 | 4056 | 9/50 | - | - | - | A. L. Mataling Barge Lines | Tank Barge | 240 x 50 x 10.6 1138.34 Gross | MBL 603 |
| 343 | 4056 | 9/50 | - | - | - | A. L. Mataling Barge Lines | Tank Barge | 240 x 50 x 10.6 1138.34 Gross | MBL 604 |
| 344 | 4200 | 10/50 | 2/51 | 4/51 | 6/51 | Louisiana Dept. of Highways | Diesel Ferry Boat | 104 x 36 x 8 233.6 Gross | ST CHARLES (Diesel) |
| 345 | 4200 | 10/50 | - | - | 6/51 | Louisiana Dept. of Highways | Landing Pontoon | 64 x 24 x 6.5 - | |
| 346 | 4200 | 10/50 | - | - | 6/51 | Louisiana Dept. of Highways | Landing Pontoon | 64 x 24 x 6.5 - | |
| 347 | 4170 | 10/50 | 1/51 | 1/51 | 4/51 | Esso Shipping Co. | Coastwise Oil Barge | 150 x 35 x 11 580 Gross | ESSO C-59 |
| 348 | 4210 | 11/50 | 1/51 | 5/51 | 6/51 | Texas Towing Co. | Diesel Tow Boat | 125 x 30 x 10.5 299 Gross | JOAN-E (Diesel) |
| 349 | 4205 | 11/50 | 12/50 | 2/51 | 2/51 | Greenville Towing Co. | Tow Boat | 99 x 26 x 10 - | Diesel |
| 350 | 4225 | 12/50 | - | - | - | Charles L. Kaufman | Power Launch | 18' - | BARBARA K. |
| 351 | 4225 | 12/50 | - | - | - | L. L. Liveeley | Power Launch | 18' - | |
| 352 | 4240 | 12/50 | 1/51 | 3/51 | 3/51 | Koch-Ellis Marine Contractors | Tow Boat | 55 x 17 x 6 17 Net | FELLA-C |
| 353 | 4245 | 12/50 | 12/50 | 3/51 | 3/51 | Humble Oil & Refining Company | Submersible Drilling Barge | 185 x 38 x 12 | HUMBLE 117 |
| 354 | 4295 | 1/51 | 2/51 | 5/51 | 6/51 | Rowan Drilling Company | Drilling Barge | 200 x 54 x 12 | L. J. HARTMANGRUBER |
| 355 | 4345 | 1/51 | 5/51 | 5/51 | 5/51 | Koch-Ellis Marine Contractors | 8300 BBL Oil Barge | 170 x 35 x 9.5 458.48 Gross | KE-24 |
| 356 | 4350 | 1/51 | 2/51 | 4/51 | 6/51 | Superior Oil Co. | Drilling Barge | 150 x 50 x 10 - | SUPCO NO. XI |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY        (Page 22)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 357 | 4365 | 2/51 | 6/51 | 10/51 | 10/51 | Socony-Vacuum Oil Co. | Diesel Tug | 1023 x 25 x 12.5 208.46 Gross | SOCONY 11 (Diesel) |
| 358 | 4502 | 4/51 | 5/51 | 8/51 | 9/51 | Plaquemine Towing Corp. | Tow Boat | 99 x 26 x 10 188 Gross | FRANK W. BANTA |
| 359 | 4514 | 4/51 | 5/51 | 7/51 | 7/51 | The Texas Company | Oil Barge | 299 x 50 x 11 1417 Gross | T-7000 |
| 360 | 4518 | 4/51 | 6/51 | 7/51 | 8/51 | Commercial Petro & Transport Co. | Oil Barge | 240 x 50 x 12 - | BA-2014 |
| 361 | 4475 | 4/51 | 8/51 | 9/51 | 11/51 | U.S. Navy | Deck Cargo Barge | 110 x 32 x 9 - | BC-6171 |
| 362 | 4475 | 4/51 | 8/51 | 10/51 | 11/51 | U.S. Navy | Deck Cargo Barge | 110 x 32 x 9 - | BC-6172 |
| 363 | 4475 | 4/51 | 9/51 | 10/51 | 11/51 | U.S. Navy | Deck Cargo Barge | 110 x 32 x 9 - | BC-6173 |
| 364 | 4475 | 4/51 | 9/51 | 10/51 | 11/51 | U.S. Navy | Deck Cargo Barge | 110 x 32 x 9 - | BC-6174 |
| 365 | 4475 | 4/51 | 9/51 | 10/51 | 11/51 | U.S. Navy | Deck Cargo Barge | 110 x 32 x 9 - | BC-6175 |
| 366 | 4475 | 4/51 | 9/51 | 10/51 | 11/51 | U.S. Navy | Deck Cargo Barge | 110 x 32 x 9 - | BC-6176 |
| 367 | 4475 | 4/51 | 9/51 | 10/51 | 11/51 | U.S. Navy | Deck Cargo Barge | 110 x 32 x 9 - | BC-6177 |
| 368 | 4475 | 4/51 | 9/51 | 10/51 | 11/51 | U.S. Navy | Deck Cargo Barge | 110 x 32 x 9 - | BC-6178 |
| 369 | 4475 | 4/51 | 10/51 | 10/51 | 12/51 | U.S. Navy | Deck Cargo Barge | 110 x 32 x 9 - | BC-6179 |
| 370 | 4475 | 4/51 | 10/51 | 11/51 | 12/51 | U.S. Navy | Deck Cargo Barge | 110 x 32 x 9 - | BC-6180 |
| 371 | 4475 | 4/51 | 10/51 | 11/51 | 12/51 | U.S. Navy | Deck Cargo Barge | 110 x 32 x 9 - | BC-6181 |
| 372 | 4475 | 4/51 | 10/51 | 11/51 | 12/51 | U.S. Navy | Deck Cargo Barge | 110 x 32 x 9 - | BC-6182 |
| 373 | 4475 | 4/51 | 10/51 | 11/51 | 12/51 | U.S. Navy | Deck Cargo Barge | 110 x 32 x 9 - | BC-6183 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY        (Page 23)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 374 | 4475 | 4/51 | 10/51 | 11/51 | 12/51 | U.S. Navy | Deck Cargo Barge | 110 x 32 x 9 — | BC-6184 |
| 375 | 4552 | 4/51 | 5/51 | 5/51 | 6/51 | Mr. Easton J. Pailegrin | Oil Barge | 140 x 32 x 6.5 262 Gross | ORA NO. 3 |
| 376 | 4545 | 5/51 | 5/51 | 6/51 | 7/51 | Bowen Drilling Co. | Boiler Barge | 100 x 32 x 12 — | |
| 377 | 4550 | 5/51 | 7/51 | 8/51 | 9/51 | Bowen Drilling Co. | Submersible Drilling Barge | 200 x 54 x 12 — | C. W. YANCEY |
| 378 | 4644 | 6/51 | 7/51 | 8/51 | 8/51 | T. Smith & Son | Hull Derick Barge | 200 x 50 x 9 — | SHARON |
| 379 | 4648 | 6/51 | 8/51 | 10/51 | 2/52 | Sun Oil Company | Drilling Barge | 200 x 54 x 12 — | SUNOCO DRILL BARGE NO. 2 |
| 380 | 4652 | 6/51 | 2/52 | 5/52 | 5/52 | Freeport Sulphur Co. | Liquid Sulphur Barge | 224 x 39 x 8.5 459.06 Gross | F. S. NO. 12 |
| 381 | 4652 | 6/51 | 2/52 | 5/52 | 5/52 | Freeport Sulphur Co. | Liquid Sulphur Barge | 224 x 39 x 8.5 459.06 Gross | F. S. NO. 13 |
| 382 | 4677 | 7/51 | 11/51 | 12/51 | 1/52 | U.S. Navy | Open Lighter Barge | 110 x 34 x 11 — | U31-1480 |
| 383 | 4677 | 7/51 | 11/51 | 12/51 | 1/52 | U.S. Navy | Open Lighter Barge | 110 x 34 x 11 — | U31-1481 |
| 384 | 4677 | 7/51 | 11/51 | 12/51 | 1/52 | U.S. Navy | Open Lighter Barge | 110 x 34 x 11 — | U31-1482 |
| 385 | 4677 | 7/51 | 11/51 | 1/52 | 1/52 | U.S. Navy | Open Lighter Barge | 110 x 34 x 11 — | U31-1483 |
| 386 | 4677 | 7/51 | 12/51 | 1/52 | 2/52 | U.S. Navy | Covered Lighter Barge | 110 x 34 x 11 — | U32-1496 |
| 387 | 4677 | 7/51 | 12/51 | 1/52 | 2/52 | U.S. Navy | Covered Lighter Barge | 110 x 34 x 11 — | U32-1497 |
| 388 | 4677 | 7/51 | 12/51 | 1/52 | 2/52 | U.S. Navy | Covered Lighter Barge | 110 x 34 x 11 — | U32-1498 |
| 389 | 4677 | 7/51 | 12/51 | 1/52 | 2/52 | U.S. Navy | Covered Lighter Barge | 110 x 34 x 11 — | U32-1499 |
| 390 | 4898 | 7/51 | 2/53 | 8/53 | 11/53 | U.S. Army Transportation | Tow Boat Pusher | 120 x 27 x 6.5 187 Gross | L3T-2196 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 24)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 391 | 4695 | 7/51 | 11/51 | 12/51 | 1/52 | Creole Petroleum Corp. | Deck Cargo Barge | 200 x 40 x 12.5 960 Gross | C-60 |
| 392 | 4695 | 7/51 | 11/51 | 1/52 | 1/52 | Creole Petroleum Corp. | Deck Cargo Barge | 200 x 40 x 12.5 960 Gross | C-61 |
| 393 | 4695 | 7/51 | 12/51 | 2/52 | 2/52 | Creole Petroleum Corp. | Deck Cargo Barge | 200 x 40 x 12.5 960 Gross | C-62 |
| 394 | 4693 | 7/51 | 12/51 | 5/52 | 7/52 | Creole Petroleum Corp. | Pile Driver Barge | 210 x 70 x 13.5 1587.6 Gross | C-4 |
| 395 | 4699 | 7/51 | 3/52 | 6/52 | 12/52 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1936 |
| 396 | 4699 | 7/51 | 3/52 | 6/52 | 12/52 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1937 |
| 397 | 4699 | 7/51 | 4/52 | 6/52 | 1/53 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1938 |
| 398 | 4699 | 7/51 | 4/52 | 7/52 | 12/52 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1939 |
| 399 | 4699 | 7/51 | 5/52 | 7/52 | 12/52 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1940 |
| 400 | 4699 | 7/51 | 5/52 | 7/52 | 1/53 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1941 |
| 401 | 4699 | 7/51 | 5/52 | 7/52 | 1/53 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1942 |
| 402 | 4699 | 7/51 | 5/52 | 8/52 | 1/53 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1943 |
| 403 | 4699 | 7/51 | 6/52 | 8/52 | 1/53 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1944 |
| 404 | 4699 | 7/51 | 6/52 | 8/52 | 1/53 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1945 |
| 405 | 4699 | 7/51 | 6/52 | 8/52 | 1/53 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1946 |
| 406 | 4699 | 7/51 | 6/52 | 8/52 | 2/53 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1947 |
| 407 | 4699 | 7/51 | 7/52 | 9/52 | 2/53 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1948 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY     (Page 25)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 408 | 4699 | 7/51 | 7/52 | 9/52 | 2/53 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1949 |
| 409 | 4699 | 7/51 | 7/52 | 9/52 | 2/53 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1950 |
| 410 | 4699 | 7/51 | 8/52 | 9/52 | 2/53 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1951 |
| 411 | 4699 | 7/51 | 8/52 | 9/52 | 2/53 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1952 |
| 412 | 4699 | 7/51 | 8/52 | 10/52 | 2/53 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1953 |
| 413 | 4699 | 7/51 | 8/52 | 10/52 | 2/53 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1954 |
| 414 | 4699 | 7/51 | 8/52 | 10/52 | 2/53 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1955 |
| 415 | 4699 | 7/51 | 8/52 | 10/52 | 3/53 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1956 |
| 416 | 4699 | 7/51 | 9/52 | 1/53 | 3/53 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1957 |
| 417 | 4699 | 7/51 | 9/52 | 1/53 | 3/53 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1958 |
| 418 | 4699 | 7/51 | 9/52 | 1/53 | 3/53 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1959 |
| 419 | 4699 | 7/51 | 9/52 | 1/53 | 3/53 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1960 |
| 420 | 4699 | 7/51 | 10/52 | 1/53 | 4/53 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1961 |
| 421 | 4699 | 7/51 | 10/52 | 1/53 | 4/53 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1962 |
| 422 | 4699 | 7/51 | 10/52 | 1/53 | 4/53 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 - | LT-1963 |
| 423 | 4745 | 8/51 | 10/51 | 10/51 | 10/51 | Mr. M. G. Koch | Deck Cargo Barge | 110 x 30 x 7.5 - | KO-3 |
| 424 | 4745 | 8/51 | 10/51 | 10/51 | 10/51 | Mr. M. G. Koch | Deck Cargo Barge | 110 x 30 x 7.5 - | KO-4 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY     (Page 26)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 425 | 4699 | 7/51 | 7/52 | 8/52 | 2/5 | U.S. Navy | Diesel Ocean Going Tug | 107 x 26.5 x 15 | U25-1435 |
| 426 | 4850 | 10/51 | 10/51 | 11/51 | 11/51 | Ayers & Company | Deck Cargo Barge | 120 x 32 x 8 270.11 Gross | AYERS 107 |
| 427 | 4850 | 10/51 | 10/51 | 11/51 | 11/51 | Ayers & Company | Deck Cargo Barge | 120 x 32 x 8 270.11 Gross | AYERS 207 |
| 428 | 4652 | 10/51 | 2/52 | 5/52 | 5/52 | Freeport Sulphur Co. | Liquid Sulphur Barge | 224 x 39 x 8.5 459.06 Gross | F. S. NO. 14 |
| 429 | 4825 | - | - | - | - | Ingram Products Co. | Tank Barge | 204.5 x 50 x 10.5 - | MANITOU |
| 430 | 4825 | - | - | - | - | Ingram Products Co. | Tank Barge | 204.5 x 50 x 10.5 - | WHITE BEAR |
| 431 | 4875 | 10/51 | 12/51 | 1/52 | 2/51 | Freeport Sulphur Co. | Drilling Barge | 100 x 38 x 8 - | R. M. MURRAY |
| 432 | 4875 | 10/51 | 1/52 | 2/52 | 2/51 | Freeport Sulphur Co. | Drilling Barge | 100 x 38 x 8 - | J. D. TRUELOVE |
| 433 | 4875 | 10/51 | 1/52 | 2/52 | 2/51 | Freeport Sulphur Co. | Drilling Barge | 100 x 38 x 8 - | JULES GUIDRY |
| 434 | 4905 | 11/51 | 12/51 | 1/52 | 1/52 | Mr. M. J. Collins | Deck Cargo Barge | 110 x 30 x 6.5 - | M. C. 2 |
| 435 | 4909 | 11/51 | 1/52 | 2/52 | 2/52 | Mr. D. W. Rhea | Deck Cargo Barge | 110 x 30 x 6.5 - | DME-1 |
| 436 | 4909 | 11/51 | 1/52 | 2/52 | 2/52 | Mr. D. W. Rhea | Deck Cargo Barge | 110 x 30 x 6.5 - | DME-2 |
| 437 | 4905 | 11/51 | 1/52 | 1/52 | 1/52 | Marine Welding & Sealing & Sales | Deck Cargo Barge | 110 x 30 x 6.5 - | |
| 438 | 5070 | 1/52 | 5/52 | 6/52 | 7/52 | Creole Petroleum Corp. | Deck Cargo Barge | 110 x 40 x 8 281.6 Gross | C-74 |
| 439 | 5070 | 1/52 | 5/52 | 6/52 | 7/52 | Creole Petroleum Corp. | Deck Cargo Barge | 110 x 40 x 8 281.6 Gross | C-75 |
| 440 | 5070 | 1/52 | 6/52 | 7/52 | 7/52 | Creole Petroleum Corp. | Deck Cargo Barge | 110 x 40 x 8 281.6 Gross | C-76 |
| 441 | 5070 | 1/52 | 6/52 | 7/52 | 7/52 | Creole Petroleum Corp. | Deck Cargo Barge | 110 x 40 x 8 281.6 Gross | C-77 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 27)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 442 | 5070 | 1/52 | 6/52 | 7/52 | 7/52 | Creole Petroleum Corp. | Deck Cargo Barge | 110 x 40 x 8 281.6 Gross | C-78 |
| 443 | 5075 | 1/52 | 5/52 | 6/52 | 8/52 | Creole Petroleum Corp. | Deck Cargo Barge | 60 x 21 x 3.5 36.8 Gross | C-65 |
| 444 | 5075 | 1/52 | 5/52 | 6/52 | 7/52 | Creole Petroleum Corp. | Deck Cargo Barge | 60 x 21 x 2.5 36.8 Gross | C-66 |
| 445 | 5075 | 1/52 | 5/52 | 6/52 | 7/52 | Creole Petroleum Corp. | Deck Cargo Barge | 60 x 21 x 2.5 36.8 Gross | C-67 |
| 446 | 5075 | 1/52 | 5/52 | 6/52 | 7/52 | Creole Petroleum Corp. | Deck Cargo Barge | 60 x 21 x 2.5 36.8 Gross | C-68 |
| 447 | 5200 | 3/52 | 10/52 | 1/54 | 3/54 | U.S. Navy | Patrol Craft Escort Vessel | 184.5 x 36 x 14.5 676 | PCE-1607 |
| 448 | 5200 | 3/52 | 10/52 | 1/54 | 5/54 | U.S. Navy | Patrol Craft Escort Vessel | 184.5 x 36 x 14.5 676 | PCE-1608 |
| 449 | 5200 | 3/52 | 12/52 | 3/54 | 6/54 | U.S. Navy | Patrol Craft Escort Vessel | 184.5 x 36 x 14.5 676 | PCE-1609 |
| 450 | 5255 | 4/52 | 8/52 | 10/52 | 12/52 | J. Ray McDermott | Dragline Barge | 150 x 50 x 9.6 - | RALPH T. McDERMOTT (A15-6025) |
| 451 | 5295 | 5/52 | 7/52 | 7/52 | 7/52 | Mr. Scott Chotin | Deck Cargo Barge | 110 x 30 x 6.5 196 Net | SC-1 |
| 452 | 5295 | 5/52 | 7/52 | 7/52 | 8/52 | Mr. D. W. Rhea | Deck Cargo Barge | 110 x 30 x 6.5 196 Net | LC NO. 1 |
| 453 | 5295 | 5/52 | 7/52 | 8/52 | 8/52 | Mr. D. W. Rhea | Deck Cargo Barge | 110 x 30 x 6.5 196 Net | C&R NO. 3 |
| 454 | 5313 | 6/52 | 6/52 | 7/52 | 7/52 | Freeport Sulphur Co. | Work Barge | 48 x 16 x 3.5 25 Net | F. S. NO. 301 |
| 455 | 5313 | 6/52 | 6/52 | 7/52 | 7/52 | Freeport Sulphur Co. | Work Barge | 48 x 16 x 3.5 25 Net | F. S. NO. 302 |
| 456 | 5319 | 6/52 | 8/52 | 9/52 | 10/52 | The California Company | Compressor Barge | 42 x 20 x 4.5 34.6 Net | |
| 457 | 5319 | 6/52 | 8/52 | 9/52 | 10/52 | The California Company | Compressor Barge | 42 x 20 x 4.5 34.6 Net | |
| 458 | 5295 | 6/52 | 7/52 | 8/52 | 8/52 | Freeport Sulphur Co. | Deck Cargo Barge | 110 x 30 x 6.5 196 Net | F. S. NO. 121 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 28)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 459 | 5295 | 6/52 | 7/52 | 7/52 | 8/52 | Freeport Sulphur Co. | Deck Cargo Barge | 110 x 30 x 6.5 / 196 Net | F. S. NO. 122 |
| 460 | 5325 | 6/52 | 11/52 | 1/52 | 7/53 | U.S. Navy | Landing Craft, Mechanized | 56 x 14 x 5'10" | LCM |
| | | | | | | ** 196 Total Hulls – LCM ** | | | |
| 655 | 5325 | 6/52 | 9/53 | 9/53 | 10/53 | U.S. Navy | Landing Craft, Mechanized | 56 x 14 x 5'10" | LCM |
| 656 | 5310 | 6/52 | 9/53 | 1/54 | 3/54 | U.S. Navy | Landing Craft, Utility | 115-1" x 34 x 6 | LCU |
| | | | | | | ** 53 Total Hulls – LCU ** | | | |
| 718 | 5310 | 6/52 | 12/54 | 3/55 | 4/55 | U.S. Navy | Landing Craft, Utility | 115-1" x 34 x 6 | LCU |
| 719 | 5400 | 7/52 | 8/52 | 9/52 | 10/52 | Humble Oil & Refining Company | Deck Cargo Barge | 50 x 18 x 4 / 29 Gross | HUMBLE 137 |
| 720 | 5409 | 8/52 | 8/52 | 9/52 | 9/52 | The California Company | Work Barge | 60 x 24 x 4 / 47.8 Gross | S-32 |
| 721 | 5435 | 8/52 | 9/52 | 9/52 | 9/52 | Paul Smith Construction Company | Deck Cargo Barge | 92 x 30 x 6.5 / 157 Gross | B-1 |
| 722 | 5446 | 8/52 | 9/52 | 9/52 | 9/52 | Mr. Julius B. Chauvin | Deck Cargo Barge | 110 x 30 x 6.5 / 196 Gross | J. S. D. NO. 4 |
| 723 | 5459 | 8/52 | 9/52 | 10/52 | 12/52 | Creole Petroleum Corp. | Deck Cargo Barge | 78 x 30 x 7 / 155.8 Gross | C-84 |
| 724 | 5462 | 8/52 | 10/52 | 10/52 | 10/52 | Neilson Barge Company | Deck Cargo Barge | 110 x 30 x 6.5 / 197.92 Gross | NEILSON-1 |
| 725 | 5462 | 8/52 | 10/52 | 11/52 | 11/52 | Neilson Barge Company | Deck Cargo Barge | 110 x 30 x 6.5 / 197.92 Gross | NEILSON-2 |
| 726 | 5575 | 10/52 | 11/52 | 12/52 | 12/52 | Mutual Oil Company | Oil Barge | 210 x 48 x 10.5 / 825.13 Gross | MURRAY MAC |
| 727 | 5663 | 12/52 | 1/53 | 2/53 | 2/53 | Coastal Petroleum Co. | 17,000 BBL Oil-Barge | 247 x 50 x 9.5 / 1046 Gross | COASTAL 7 |
| 728 | 5670 | 1/53 | 4/53 | 6/53 | 1/54 | J. Ray McDermott | Derrick Barge | 300 x 90 x 19 / 4441.01 Gross | NO. 7 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 29)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 729 | 5921 | 4/53 | 5/53 | 6/53 | 6/53 | Mr. Richard J. McGinty | Deck Cargo Barge | 120 x 30 x 7 220.52 Gross | AYERS 105 |
| 730 | 5935 | 5/53 | 5/53 | 6/53 | 6/53 | Gulf Marine Rental Service | Deck Cargo Barge | 110 x 30 x 7 - | GMR-10 |
| 731 | 5935 | 5/53 | 6/53 | 6/53 | 6/53 | Gulf Marine Rental Service | Deck Cargo Barge | 110 x 30 x 7 - | GMR-20 |
| 732 | 5935 | 5/53 | 6/53 | 6/53 | 6/52 | Gulf Marine Rental Service | Deck Cargo Barge | 110 x 30 x 7 - | GMR-30 |
| 733 | 5935 | 5/53 | 6/53 | 6/53 | 6/53 | Gulf Marine Rental Service | Deck Cargo Barge | 110 x 30 x 7 - | GMR-40 |
| 734 | 5935 | 5/53 | 6/53 | 6/53 | 6/53 | Gulf Marine Rental Service | Deck Cargo Barge | 110 x 30 x 7 - | GMR-50 |
| 735 | 5966 | 5/53 | 6/53 | 7/53 | 8/53 | The California Company | Compressor Barge | 42 x 20 x 4.5 - | S-39 |
| 736 | 5966 | 5/53 | 6/53 | 7/53 | 8/53 | The California Company | Compressor Barge | 42 x 20 x 4.5 - | S-40 |
| 737 | 5978 | 5/53 | 6/53 | 7/53 | 7/53 | Mr. Scott Chotin | Deck Cargo Barge | 110 x 30 x 7 - | SC-737 |
| 738 | 6020 | 6/53 | 8/53 | 12/53 | 1/54 | Plaquemine Towing Corp. | Tow Boat | 99 x 30 x 10 267 Gross | GEORGE W. BANTA |
| 739 | 6024 | 6/53 | 1/54 | 1/54 | 1/55 | Navy Bureau Yards & Docks | Floating Crane | 140 x 70 x 12.5 100 | BD NO. 6661 |
| 740 | 6024 | 6/53 | 2/54 | 7/54 | 1/55 | Navy Bureau Yards & Docks | Floating Crane | 140 x 70 x 12.5 100 | BD NO. 6662 |
| 741 | 6165 | 8/53 | 10/53 | 11/53 | 11/53 | Gulf Refining Co. | Tank Cargo Barge | 110 x 30 x 7.5 - | GR CO. 711 |
| 742 | 6190 | 9/53 | 9/53 | 10/53 | 10/53 | Philadelphia Quartz Co. | Liquid Cargo Barge | 170 x 35 x 10.5 - | PEQUECO 11 |
| 743 | 6210 | 9/53 | 10/53 | 10/53 | 10/53 | AMVH Company | Water Barge | 60 x 24 x 5 - | GC-20 |
| 744 | 6210 | 9/53 | 10/53 | 10/53 | 10/53 | AMVH Company | Water Barge | 60 x 24 x 5 - | WE-10 |
| ' | 6271 | 10/53 | 12/53 | 4/54 | 4/54 | Freeport Sulphur Co. | Liquid Sulphur Barge | 224 x 39 x 8.5 - | FS-19 (A15 - Box 6024) |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 30)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 746 | 6272 | 10/53 | 11/53 | 12/53 | 1/54 | Ace Terminal & Transit Company | Tank Barge | 199 x 42 x 13.5 - | APW-103 |
| 747 | 6274 | 10/53 | - | - | - | A. P. Ward & Son | Tank Barge | 225 x 40 x 11.5 - | Cancelled |
| 748 | 6274 | 10/53 | - | - | - | A. P. Ward & Son | Tank Barge | 225 x 40 x 11.5 - | Cancelled |
| 749 | 6412 | 12/53 | 7/54 | 1/55 | 4/55 | Navy Bureau Yards & Docks | Floating Cranes | 140 x 70 x 12.5 100 | YD-200 |
| 750 | 6639 | 4/54 | 5/54 | 6/54 | 6/54 | Avondale Marine Ways | Deck Cargo Barge | 240 x 72 x 15 - | TIDELANDS |
| 751 | 6640 | 4/54 | 5/54 | 5/54 | 5/54 | Garrett & Carter | Water Barge | 60 x 24 x 5 - | GC-30 |
| 752 | 6685 | 5/54 | 6/54 | 7/54 | 8/54 | Oil Transport Co., Inc. | Tank Barge | 264 x 50 x 11.25 1298 Gross | BAYOU AVERY |
| 753 | 6685 | 5/54 | 6/54 | 7/54 | 8/54 | Oil Transport Co., Inc. | Tank Barge | 180 x 50 x 11.25 926 Gross | BAYOU BLUE |
| 754 | 6685 | 5/54 | 7/54 | 8/54 | 9/54 | Oil Transport Co., Inc. | Tank Barge | 180 x 50 x 11.25 926 Gross | BAYOU CHENE |
| 755 | 6685 | 5/54 | 7/54 | 9/54 | 9/54 | Oil Transport Co., Inc. | Tank Barge | 264 x 50 x 11.25 1329 Gross | BAYOU DULAC |
| 756 | 6664 | 5/54 | 5/54 | 5/54 | 5/54 | Freeport Sulphur Co. | Work Barge | 48 x 16 x 3.5 - | |
| 757 | 6762 | 6/54 | 6/54 | 7/54 | 7/54 | Caribbean Marine Service | Catamaran Barge | 50 x 20 x 4.7 21 Gross | R. P. CLARK |
| 758 | 6868 | 7/54 | 7/54 | 8/54 | 9/54 | Kenyon Dredging Company | Dragline Barge | 175 x 49.5 x 11 855 Gross | KENYON DREDGE NO. 2 |
| 759 | 6883 | 7/54 | 8/54 | 8/54 | 8/54 | Tidewater Assoc. Oil Co. | Deck Cargo Barge | 48 x 18 x 3.5 21 Gross | MIKE |
| 760 | 6874 | 7/54 | 8/54 | 10/54 | 2/55 | Columbia-Southern Chem. Corp. | Caustic Soda Barge | 195 x 35 x 11 752 Gross | CSCC-200 |
| 761 | 6874 | 7/54 | 9/54 | 10/54 | 2/55 | Columbia-Southern Chem. Corp. | Caustic Soda Barge | 195 x 35 x 11 752 Gross | CSCC-201 |
| 762 | 6874 | 7/54 | 10/54 | 11/54 | 3/55 | Columbia Southern Chem. Corp. | Caustic Soda Barge | 195 x 35 x 11 752 Gross | CSCC-202 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 31)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 763 | 7000 | 9/54 | 10/54 | 1/55 | 2/55 | J. Ray McDermott | Derrick Barge | 300 x 90 x 19 4476 Gross | DERRICK BARGE NO. 8 |
| 764 | 7200 | 11/54 | 12/54 | 2/55 | 5/55 | J. Ray McDermott | Derrick Barge | 300 x 90 x 19 4417 Gross | DERRICK BARGE NO. 9 |
| 765 | 7210 | 11/54 | 1/55 | 2/55 | 3/55 | J. Ray McDermott | Deck Cargo Barge | 240 x 72 x 15 1995 Gross | TIDELANDS NO. 2 (A15-6023) |
| 766 | 7210 | 11/54 | 2/55 | 3/55 | 4/55 | J. Ray McDermott | Deck Cargo Barge | 240 x 72 x 15 1995 Gross | TIDELANDS NO. 3 |
| 767 | 7210 | 11/54 | 2/55 | 3/55 | 4/55 | J. Ray McDermott | Deck Cargo Barge | 240 x 72 x 15 1995 Gross | TIDELANDS NO. 4 |
| 768 | 7333 | 12/54 | 1/55 | 1/55 | 2/55 | Ingram Products Co. | Tank Barge | 155.5 x 50 x 10.25 735 Gross | MOBILE (A15-6023) |
| 769 | 7350 | 12/54 | 1/55 | 2/55 | 4/55 | Coyle Lines, Inc. | Liquid Sulphur Barge | 220 x 40 x 8.75 757 Gross | CL-110 |
| 770 | 7479 | 1/55 | 3/55 | 4/55 | 4/55 | Gulf Marine Rental Service | Oil & Deck Cargo Barge | 140 x 40 x 8.75 440 Gross | GRM 60 |
| 771 | 7525 | 2/55 | 2/55 | 3/55 | 3/55 | James Marine Equipment | Deck Cargo Barge | 128 x 32 x 8 276 Gross | MYRTLE D. NO. 83 |
| 772 | 7525 | 2/55 | 2/55 | 3/55 | 3/55 | James Marine Equipment | Deck Cargo Barge | 128 x 32 x 8 276 Gross | MAGGIE D. NO. 84 |
| 773 | 7525 | 2/55 | 3/55 | 3/55 | 3/55 | James Marine Equipment | Deck Cargo Barge | 128 x 32 x 8 276 Gross | CHARLIE D. NO. 85 |
| 774 | 7525 | 2/55 | 3/55 | 3/55 | 4/55 | James Marine Equipment | Deck Cargo Barge | 128 x 32 x 8 276 Gross | PAUL D. NO. 86 |
| 775 | 7583 | 3/55 | 4/55 | 5/55 | 5/55 | Oil Transport Co. Inc. | Tank Barge | 264 x 50 x 11.25 1298 Gross | BAYOU ELOI |
| 776 | 7583 | 3/55 | 3/55 | 5/55 | 5/55 | Oil Transport Co. Inc. | Tank Barge | 180 x 50 x 11.25 927 Gross | BAYOU FERBLANC |
| 777 | 7583 | 3/55 | 4/55 | 5/55 | 5/55 | Oil Transport Co. Inc. | Tank Barge | 180 x 50 x 11.25 927 Gross | BAYOU GENTILLY |
| 778 | 7583 | 3/55 | 5/55 | 5/55 | 5/55 | Oil Transport Co. Inc. | Tank Barge | 264 x 50 x 11.25 1329 Gross | BAYOU HERON |
| 779 | 7600 | 3/55 | 5/55 | 11/55 | 4/56 | The California Company | Deck Drilling Barge | 190 x 150 x 12 3259 Gross | S-55 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 32)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 780 | 7755 | 4/55 | 4/55 | 5/55 | 6/55 | Capt. Ernest Eggers | Oil Barge | 225 x 48 x 11.5 | C-101 |
| 781 | 7755 | 4/55 | 5/55 | 6/55 | 6/55 | Capt. Ernest Eggers | Oil Barge | 225 x 48 x 11.5 | C-102 |
| 782 | 7775 | 4/55 | 5/55 | 6/55 | 6/55 | Ingram Barge Company | Tank Barge | 199 x 42 x 13  941 Gross | FLORIDA |
| 783 | 7775 | 4/55 | 5/55 | 6/55 | 6/55 | Ingram Barge Company | Tank Barge | 199 x 42 x 13  941 Gross | ALABAMA |
| 784 | 7777 | 4/55 | 5/55 | 7/55 | 8/55 | Ingram Barge Company | Tugboat | 85 x 24 x 10.5  143 Gross | J. A. O'NEILL (Diesel) |
| 785 | 7882 | 5/55 | 5/55 | 6/55 | 6/55 | BCG Partnership | Crude Oil Barge | 150 x 35 x 9.5  412 Gross | BCG-100 |
| 786 | 7900 | 5/55 | 7/55 | 9/55 | 1/56 | J. Ray McDermott | Derrick Barge | 240 x 72 x 15  2462 Gross | DERRICK BARGE NO. 10 |
| 787 | 7904 | 5/55 | 6/55 | 7/55 | 7/55 | Canal Barge Co. Inc. | Box Barge | 260 x 50 x 10.5  1327 Gross | CBC-843 |
| 788 | 9000 | 6/55 | 9/56 | 2/57 | 6/58 | U.S. Navy | Landing Ship Tank | 442 x 62 x 38 | LST 1171- USS DESOTA COUNTY (13,700 HP) |
| 789 | 9000 | 6/55 | 3/56 | 10/56 | 1/58 | U.S. Navy | Landing Ship Tank | 442 x 62 x 38 | LST 1174- USS GRANT COUNTY (Diesel) |
| 790 | 8067 | 7/55 | 7/55 | 8/55 | 8/55 | Sealy Barges, Inc. | Liquid Cargo Barge | 195 x 35 x 10.5  622 Gross | SBI NO. 1 |
| 791 | 8090 | 7/55 | 8/55 | 1/56 | 5/56 | The California Co. | Deck Drilling Barge | 156 x 90 x 11  1040 Gross | S-45 |
| 792 | 8101 | 7/55 | 7/55 | 8/55 | 9/55 | Dixie Carriers Inc. | Oil Cargo Barge | 264 x 50 x 10.25  1255 Gross | DXE 21 |
| | 8101 | 7/55 | 8/55 | 9/55 | 9/55 | Dixie Carriers Inc. | Oil Cargo Barge | 264 x 50 x 10.25  1255 Gross | DXE 22 |
| | 8178 | 7/55 | 8/55 | 9/55 | 9/55 | Texas Towing Co. | Box Barge | 264 x 48 x 11  1285 Gross | T-2100 |
| | | 8/55 | 9/55 | 9/55 | 9/55 | Ayrex Marine Services | Deck Cargo Barge | 128 x 32 x 8  274 Gross | AYERS 108 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY   (Page 31)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 796 | 8274 | 8/55 | 9/55 | 9/55 | 10/55 | Ayres Marine Services | Deck Cargo Barge | 128 x 32 x 8 276 Gross | AYERS 208 |
| 797 | 8274 | 8/55 | 9/55 | 10/55 | 10/55 | Ayres Marine Services | Deck Cargo Barge | 128 x 32 x 8 276 Gross | AYERS 308 |
| 798 | 8274 | 8/55 | 10/55 | 10/55 | 10/55 | Ayres Marine Services | Deck Cargo Barge | 128 x 32 x 8 276 Gross | AYERS 408 |
| 799 | 8326 | 9/55 | 10/55 | 11/55 | 11/55 | Mutual Oil Company | Oil Barge | 220 x 50 x 10.5 — | GERTRUDE K (A15-6023) |
| 800 | 8352 | 9/55 | 11/55 | 12/55 | 12/55 | Tenn. Gas Transmission Company | Oil Barge | 220 x 50 x 11 — | CITIZENS NO. 4 |
| 801 | 9500 | 9/55 | 6/56 | 1/57 | 10/57 | U.S. Maritime Commission | Cargo Vessel (Ice Breaker) | 266 x 51 x 26.5 2486 Gross | USNS ELTANIN (2700 HP Diesel-Electric) |
| 802 | 9500 | 9/55 | 7/56 | 8/57 | 12/57 | U.S. Maritime Commission | Cargo Vessel (Ice Breaker) | 266 x 51 x 26.5 2486 Gross | USNS MIRFAX (2700 HP Diesel-Electric) |
| 803 | 9500 | 9/55 | 1/57 | 10/57 | 3/58 | U.S. Maritime Commission | Cargo Vessel (Ice Breaker) | 266 x 51 x 26.5 2486 Gross | USNS MIZAR (2700 HP Diesel-Electric) |
| 804 | 8418 | 9/55 | 10/55 | 10/55 | 10/55 | Gulf Marine Rental Service | Deck & Liquid Cargo Barge | 110 x 30 x 7 183 Gross | GMR 70 |
| 805 | 8418 | 9/55 | 10/55 | 10/55 | 10/55 | Gulf Marine Rental Service | Deck & Liquid Cargo Barge | 110 x 30 x 7 183 Gross | GMR 80 |
| 806 | 8440 | 9/55 | 10/55 | 11/55 | 11/55 | C.W. Gladders Towing Company | Oil Barge | 264 x 50 x 11.25 1255 Gross | GMC 201 |
| 807 | 8440 | 9/55 | 11/55 | 12/55 | 12/55 | C.W. Gladders Towing Company | Oil Barge | 264 x 50 x 11.25 1255 Gross | GMC 202 |
| 808 | 8456 | 10/55 | 11/55 | 3/56 | 1/57 | Southeastern Drilling Company | Deck Drilling Barge | 156 x 90 x 11 1197 Gross | SEDCO NO. 8 RIG 22 |
| 809 | 8501 | 10/55 | 10/55 | 11/55 | 11/55 | BCG Partnership | Deck & Liquid Cargo Barge | 110 x 30 x 7 — | BCG-200 183 Gross |
| 810 | 8501 | 10/55 | 11/55 | 11/55 | 11/55 | BCG Partnership | Deck & Liquid Cargo Barge | 110 x 30 x 7 183 Gross | BCG-300 |
| 811 | 8501 | 10/55 | 11/55 | 12/55 | 12/55 | BCG Partnership | Deck & Liquid Cargo Barge | 110 x 30 x 7 183 Gross | BCG-400 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 34)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 812 | 8522 | 10/55 | 2/56 | 2/56 | 3/56 | W. G. Hougland & Sons Partnership | Oil Barge | 180 x 50 x 11.25 927 Gross | W. G. H. NO. 21 |
| 813 | 8522 | 10/55 | 2/56 | 3/56 | 3/56 | W. G. Hougland & Sons Partnership | Oil Barge | 180 x 50 x 11.25 927 Gross | W. G. H. NO. 31 |
| 814 | 8501 | 10/55 | 11/55 | 12/55 | 12/55 | BCG Partnership | Deck & Liquid Cargo Barge | 110 x 30 x 7 183 Gross | BCG NO. 500 |
| 815 | 8525 | 1/56 | 1/56 | 3/56 | 7/56 | Creole Petroleum Corp. | Pile Driver Barge | 210 x 70 x 13.5 1760 Gross | C-5 |
| 816 | 8622 | 11/55 | 11/55 | 11/55 | 3/56 | Avondale Marine Ways | Deck Cargo Barge | 130 x 30 x 7 - | GC-40 |
| 817 | 8702 | 11/55 | 4/56 | 7/56 | 11/56 | Delta Offshore Drilling Company | Deck Drilling Barge | 156 x 90 x 11 - | DELTA OFFSHORE NO. 1 (B5-2934) |
| 818 | 8703 | 11/55 | 12/55 | 2/56 | 2/56 | Koch-Ellis Marine Contractors | Oil Cargo Barge | 190 x 50 x 10.25 875 Gross | KE-32 |
| 819 | 8703 | 11/55 | 12/55 | 1/56 | 1/56 | Koch-Ellis Marine Contractors | Oil Cargo Barge | 190 x 50 x 10.25 875 Gross | KE-33 |
| 820 | 8736 | 11/55 | 1/56 | 1/56 | 2/56 | Gulf Marine Rental Service | Deck & Liquid Cargo Barge | 110 x 30 x 7 183 Gross | GMR 90 |
| 821 | 8736 | 11/55 | 1/56 | 2/56 | 2/56 | Gulf Marine Rental Service | Deck & Liquid Cargo Barge | 110 x 30 x 7 183 Gross | GMR 105 |
| 822 | 8736 | 11/55 | 1/56 | 2/56 | 2/56 | Gulf Marine Rental Service | Deck & Liquid Cargo Barge | 110 x 30 x 7 183 Gross | GMR 115 |
| 823 | 8808 | 12/55 | 3/56 | 4/56 | 4/56 | Columbia-Southern Chem. Co. | Liquid Cargo Barge | 195 x 35 x 11 675 Gross | CSCC-226 |
| 824 | 8808 | 12/55 | 4/56 | 5/56 | 5/56 | Columbia-Southern Chem. Co. | Liquid Cargo Barge | 195 x 35 x 11 675 Gross | CSCC-227 |
| 825 | 8826 | 12/55 | 1/56 | 2/56 | 2/56 | Pevas Towing Co. | Oil Cargo Barge | 264 x 48 x 11 - | T-2200 (A15-6023) |
| 826 | 9032 | 1/56 | 12/56 | 3/57 | 10/57 | International General Electric | Power Plant Barge | 200 x 50 x 13 - | C-616 16,000 KW (Gas Turb.) |
| 827 | 8992 | 1/56 | 2/56 | 3/56 | 5/56 | Rowan Drilling Co. * | Drilling Barge | 180 x 40 x 12 - | RIG NO. 20 |
| 828 | 9200 | 2/56 | 5/56 | 6/56 | 6/56 | U. S. Corps of Engineers | Mooring Barge | 180 x 30 x 7.25 - | 5601 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 35)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 829 | 9200 | 2/56 | 6/56 | 6/56 | 6/56 | U. S. Corps of Engineers | Mooring Barge | 180 x 30 x 7.25 | 5602 |
| 830 | HH-846 | 3/56 | - | - | - | Garrett & Carter Partnership | Paraffin Barge | 27 x 14 x 4 6.8 Gross | PARAFFIN NO. 1 |
| 831 | HH-846 | 3/56 | - | - | - | Garrett & Carter Partnership | Paraffin Barge | 27 x 14 x 4 6.8 Gross | PARAFFIN NO. 2 |
| 832 | 9340 | 4/56 | 6/56 | 8/56 | 8/56 | Oil Transport Company | Tank Barge | 264 x 50 x 11.25 1298 Gross | BAYOU INDIGO |
| 833 | 9340 | 4/56 | 5/56 | 6/56 | 7/56 | Oil Transport Company | Tank Barge | 180 x 50 x 11.25 927 Gross | BAYOU JEAN |
| 834 | 9340 | 4/56 | 8/56 | 9/56 | 9/56 | Oil Transport Company | Tank Barge | 150 x 50 x 11.25 721 Gross | BAYOU KENT |
| 835 | 9340 | 4/56 | 5/56 | 7/56 | 7/56 | Oil Transport Company | Tank Barge | 180 x 50 x 11.25 927 Gross | BAYOU LAFOURCHE |
| 836 | 9340 | 4/56 | 7/56 | 8/56 | 8/56 | Oil Transport Company | Tank Barge | 264 x 50 x 11.25 1262 Gross | BAYOU MAXENT |
| 837 | 9148 | 2/56 | 4/56 | 6/56 | 6/56 | Offshore Constructors | Drilling Platform Barge | 200 x 100 x 13 | |
| 838 | 9425 | 4/56 | 4/56 | 5/56 | 5/56 | Texas Towing | Box Barge | 160 x 48 x 11 791 Gross | T-1250 |
| 839 | 9440 | 4/56 | 6/57 | 5/58 | 4/60 | Barge Facilities Inc. | Drilling Barge | 217.5 x 100 x 14 4141 Gross | S-66 |
| 840 | 9558 | 5/56 | 6/57 | 5/58 | 1/59 | U. S. Navy | DE 1033 Class, Escort Vessel | 312 x 38 x 29 1800 Full Load | DE 1033 CLAUDE JONES 9600 HP |
| 841 | 9558 | 5/56 | 10/57 | 7/58 | 4/59 | U. S. Navy | DE 1033 Class, Escort Vessel | 312 x 38 x 29 1800 Full Load | DE 1034 JOHN R. PERRY Diesel |
| 842 | 9640 | 5/56 | 6/56 | 9/56 | 10/56 | Avondale Marine Ways | Tow Boat | 50 x 20 x 7 54 Gross | BIG LOUIE |
| 843 | 9885 | 7/56 | 2/57 | 3/57 | 4/57 | Creole Petroleum Corp. | Deck Cargo Barge | 110 x 40 x 8 298 Gross | C-229 |
| 844 | 9885 | 7/56 | 3/57 | 4/57 | 4/57 | Creole Petroleum Corp. | Deck Cargo Barge | 110 x 40 x 8 298 Gross | C-230 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY       (Page 36)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 845 | 9885 | 7/56 | 3/57 | 4/57 | 4/57 | Creole Petroleum Corp. | Deck Cargo Barge | 110 x 40 x 8 298 Gross | C-231 |
| 846 | 9890 | 7/56 | 2/57 | 5/57 | 5/57 | Creole Petroleum Corp. | Well Servicing Barge | 100 x 50 x 10 448 Gross | C-232 (A-15 6025) |
| 847 | 9890 | 7/56 | 2/57 | 5/57 | 5/57 | Creole Petroleum Corp. | Well Servicing Barge | 100 x 50 x 10 448 Gross | C-233 (A-15 6025) |
| 848 | 9890 | 7/56 | 4/57 | 6/57 | 7/57 | Creole Petroleum Corp. | Well Servicing Barge | 100 x 50 x 10 448 Gross | C-234 (A-15 6025) |
| 849 | 9890 | 7/56 | 4/57 | 6/57 | 7/57 | Creole Petroleum Corp. | Well Servicing Barge | 100 x 50 x 10 448 Gross | C-235 (A-15 6025) |
| 850 | 9895 | 7/56 | 3/57 | 5/57 | 6/57 | Creole Petroleum Corp. | Well Servicing Barge | 100 x 50 x 10 448 Gross | C-236 |
| 851 | 9895 | 7/56 | 3/57 | 5/57 | 6/57 | Creole Petroleum Corp. | Well Servicing Barge | 100 x 50 x 10 448 Gross | C-239 |
| 852 | 9895 | 7/56 | 3/57 | 6/57 | 7/57 | Creole Petroleum Corp. | Well Servicing Barge | 100 x 50 x 10 448 Gross | C-240 |
| 853 | 9900 | 7/56 | 3/57 | 7/57 | 7/57 | Creole Petroleum Corp. | Well Servicing Barge | 100 x 50 x 10 448 Gross | C-246 |
| 854 | 9900 | 7/56 | 5/57 | 7/57 | 7/57 | Creole Petroleum Corp. | Well Servicing Barge | 100 x 50 x 10 448 Gross | C-247 |
| 855 | 342-56 | 10/56 | 11/56 | 12/56 | 1/57 | Brent Towing Company | Box Barge | 188.75 x 50 x 12 1040 Gross | B-117 |
| 856 | 631-56 | 12/56 | 3/57 | 4/57 | 4/57 | U. S. Corps of Engineers | Manuever Barge | 60 x 26 x 3.75 - | |
| 857 | 631-56 | 12/56 | 3/57 | 4/57 | 4/57 | U. S. Corps of Engineers | Manuever Barge | 60 x 26 x 3.75 - | |
| 858 | C7-35 | 1/57 | 5/57 | 6/57 | 7/57 | Valley Transportation | Box Barge | 280 x 50 x 12 1629 Gross | V-882 |
| 859 | C7-83 | 1/57 | 1/57 | 3/57 | 3/57 | Citizens Oil Company | Oil Barge | 220 x 50 x 11.25 - | CITIZENS NO. 5 |
| 860 | C7-113 | 1/57 | 1/57 | 3/57 | 3/57 | Ayers Marine Service | Deck Cargo Barge | 128 x 32 x 8 276 Gross | AYERS 508 |
| 861 | C7-113 | 1/57 | 2/57 | 3/57 | 3/57 | Ayers Marine Service | Deck Cargo Barge | 128 x 32 x 8 276 Gross | AYERS 608 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY            (Page 37)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 862 | C7-113 | 1/57 | 4/57 | 5/57 | 5/57 | Ayres Marine Service | Deck Cargo Barge | 128 x 32 x 8 276 Gross | AYERS 708 |
| 863 | C7-113 | 1/57 | 4/57 | 5/57 | 5/57 | Ayres Marine Service | Deck Cargo Barge | 128 x 32 x 8 276 Gross | AYERS 808 |
| 864 | C7-135 | 1/57 | 2/57 | 3/57 | 4/57 | Koch-Dupuis Partnership | Deck Cargo Barge | 110 x 30 x 7.5 206 Gross | KD-7 |
| 865 | C7-135 | 1/57 | 2/57 | 3/57 | 4/57 | Koch-Dupuis Partnership | Deck Cargo Barge | 110 x 30 x 7.5 206 Gross | KD-8 |
| 866 | C7-136 | 1/57 | 7/57 | 8/57 | 9/57 | Offshore Towing (Dixie Carriers) | Oil Barge | 210 x 40 x 13.5 940 Gross | OFFSHORE 1401 |
| 867 | C7-136 | 1/57 | 8/57 | 10/57 | 10/57 | Offshore Towing (Dixie Carriers) | Oil Barge | 210 x 40 x 13.5 940 Gross | OFFSHORE 1402 |
| 868 | C7-228 | 2/57 | 2/57 | 3/57 | 4/57 | Sabine Dredge & Const. Company | Sectional Suction Dredge | 65 x 22 | |
| 869 | C7-382 | 3/57 | 4/57 | 4/57 | 5/57 | Gulf Marine Rental Service | Barge | 110 x 30 x 7 183 Gross | GRM 125 |
| 870 | C7-382 | 3/57 | 4/57 | 5/57 | 5/57 | Gulf Marine Rental Service | Deck Cargo Barge | 110 x 30 x 7 183 Gross | CMR 135 |
| 871 | C7-135 | 1/57 | 3/57 | 4/57 | 4/57 | Koch-Dupuis Partnership | Deck Cargo Barge | 110 x 30 x 7.5 206 Gross | C-317 |
| 872 | C7-619 | 4/57 | 6/57 | 8/57 | 9/57 | Sears Oil Company | Oil Barge | 230 x 43 x 14.5 1284 Gross | ALBANY SEARS |
| 873 | C7-667 | 4/57 | 5/57 | 5/57 | 7/57 | Koch-Dupuis Partnership | Deck Cargo Barge | 110 x 30 x 7.5 207 Gross | KD-10 |
| 874 | C7-667 | 4/57 | 6/57 | 6/57 | 6/57 | Koch-Dupuis Partnership | Deck Cargo Barge | 110 x 30 x 7.5 207 Gross | KD-11 |
| 875 | C7-667 | 4/57 | 6/57 | 6/57 | 6/57 | Koch-Dupuis Partnership | Deck Cargo Barge | 110 x 30 x 7.5 207 Gross | KD-12 |
| 876 | C7-631 | 4/57 | 2/58 | 4/58 | 5/59 | International General Electric | Power Plant Barge | 200 x 50 x 12 1140 Gross | C-713 16000 KW Gas Turb. |
| 877 | C7-724 | 5/57 | 7/57 | 8/57 | 8/57 | Ayres Materiel, Inc. | Deck Cargo Barge | 150 x 32 x 8 332 Gross | AYERS 1001 |
| 878 | C7-724 | 5/57 | 7/57 | 8/57 | 8/57 | Ayres Materiel, Inc. | Deck Cargo Barge | 150 x 32 x 8 332 Gross | AYERS 1002 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 38)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 879 | C7-724 | 5/57 | 8/57 | 8/57 | 9/57 | Ayres Material, Inc. | Deck Cargo Barge | 150 x 32 x 8 332 Gross | AYERS 1003 |
| 880 | C7-724 | 5/57 | 8/57 | 9/57 | 9/57 | Ayres Material, Inc. | Deck Cargo Barge | 150 x 32 x 8 332 Gross | AYERS 1004 |
| 881 | C7-814 | 5/57 | 8/57 | 10/57 | 10/57 | Chemical Towing (Dixie Carriers) | Chemical Tank Barge | 195 x 35 x 11.5 738 Gross | CHEMICAL 801 |
| 882 | C7-814 | 5/57 | 8/57 | 10/57 | 10/57 | Chemical Towing (Dixie Carriers) | Chemical Tank Barge | 195 x 35 x 11.5 738 Gross | CHEMICAL 802 |
| 883 | C7-822 | 5/57 | 8/57 | 10/57 | 10/57 | Coyle Lines, Inc. | Hopper Barge | 200 x 50 x 11 1317 Gross | AB 701 |
| 884 | C7-822 | 5/57 | 8/57 | 10/57 | 10/57 | Coyle Lines, Inc. | Hopper Barge | 200 x 50 x 11 1317 Gross | AB 702 |
| 885 | C7-822 | 5/57 | 7/57 | 9/57 | 9/57 | Coyle Lines, Inc. | Hopper Barge | 280 x 50 x 11 1880 Gross | AB 751 |
| 886 | C7-822 | 5/57 | 10/57 | 11/57 | 11/57 | Coyle Lines, Inc. | Hopper Barge | 280 x 50 x 11 1880 Gross | AB 752 |
| 887 | C7-619 | 4/57 | 8/57 | 9/57 | 9/57 | Sears Oil Company | Oil Barge | 230 x 43 x 14.5 1284 Gross | SYRACUSE SEARS |
| 888 | C7-873 | 6/57 | 11/57 | 3/58 | 4/58 | J. Ray McDermott | Derrick Barge | 300 x 90 x 21.5 5125 Gross | DERRICK BARGE NO. 11 |
| 889 | C7-864 | 6/57 | 8/57 | 10/57 | 10/57 | Penrod Drilling Co. | Drilling Barge | 186 x 30 x 11 627 Gross | PENROD RIG 42 |
| 890 | C7-1098 | 8/57 | 11/57 | 2/58 | 3/58 | Columbia Southern Chemical Company | Liquid Caustic Soda Barge | 205 x 40 x 11 778 Gross | CSCC-204 |
| 891 | C7-1098 | 8/57 | 12/57 | 4/58 | - | Columbia Southern Chemical Company | Liquid Caustic Soda Barge | 205 x 40 x 11 778 Gross | CSCC-203 |
| 892 | C7-1388 | 10/57 | 12/57 | 3/58 | 3/58 | MARFAC Company | Propane Barge | 250 x 47 x 12 1412 Gross | CITIES SERVICE NO. 1 |
| 893 | C7-1487 | 10/57 | 10/57 | 12/57 | 12/57 | Coyle Lines, Inc. | Hopper Barge | 280 x 50 x 11 1880 Gross | AB 753 |
| 894 | C7-1487 | 10/57 | 11/57 | 12/57 | 12/57 | Coyle Lines, Inc. | Hopper Barge | 200 x 50 x 11 1317 Gross | AB 703 |
| 895 | C7-1569 | 11/57 | 12/57 | 1/58 | 2/58 | Monsanto Chemical Co. | Tall Oil Barge | 195 x 35 x 12 633 Gross | M-11 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 39)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 896 | C7-1549 | 11/57 | 1/58 | 3/58 | 3/58 | Monsanto Chemical Co. | Tall Oil Barge | 195 x 35 x 12 633 Gross | M-12 |
| 897 | C7-1549 | 11/57 | 1/58 | 3/58 | 3/58 | Monsanto Chemical Co. | Tall Oil Barge | 195 x 35 x 12 633 Gross | M-13 |
| 898 | C8-79 | 1/58 | 1/58 | 2/58 | 2/58 | Independent Oil Co. | Oil Barge | 220 x 50 x 10.5 833 Gross | I.O.C. NO. 10 |
| 899 | C8-288 | 2/58 | 3/58 | 5/58 | 5/58 | Monsanto Chemical Co. | Chlorine Barge | 195 x 35 x 11 775 Gross | M-21 |
| 900 | C8-288 | 2/58 | 3/58 | 6/58 | 6/58 | Monsanto Chemical Co. | Chlorine Barge | 195 x 35 x 11 775 Gross | M-22 |
| 901 | C8-415 | 3/58 | 5/58 | 10/58 | 11/58 | Allied Chemical Company | Nitrogen Solution Pressure Tank Barge | 240 x 43 x 17.75 1643 Gross | ALLIED CHEMICAL NO. 3 (B5-2934) |
| 902 | C8-468 | 3/58 | 4/58 | 5/58 | 5/58 | Coyles Lines, Inc. | Hopper Barge | 200 x 50 x 11 1317 Gross | AB 704 |
| 903 | C8-468 | 3/58 | 4/58 | 5/58 | 5/58 | Coyles Lines, Inc. | Hopper Barge | 280 x 50 x 11 1880 Gross | AB 754 |
| 904 | C8-532 | 4/58 | 7/58 | 6/59 | 2/60 | U. S. Corps of Engineers | Seagoing Hopper Dredge | 339.5 x 62 x 28 5386 Gross | MARKHAM 8500 HP-Diesel/Elect (B5-2936) (Box #1) |
| 905 | C8-600 | 5/58 | 10/58 | 3/59 | 11/59 | U. S. Navy | DE 1033 Class Escort Vessel | 312 x 36 x 29 1800 Full | DE-1035 CHARLES BERRY 9600 SHP |
| 906 | C8-600 | 5/58 | 11/58 | 5/59 | 2/60 | U. S. Navy | DE 1033 Class Escort Vessel | 312 x 36 x 29 1800 Full | DE-1036 USS McMORRIS 9600 SHP |
| 907 | C8-990 | 7/58 | 8/58 | 10/58 | 11/58 | Ashland Oil & Refining Company | Propylene Barge | 195 x 35 x 12.5 864 Gross | A. O. & R. CO. 100 |
| 908 | C8-1056 | 8/58 | 9/58 | 1/59 | 4/59 | Sun Oil Company | Drilling Barge | 200 x 54 x 14.5 - | SUNOCO DRILL BARGE NO. 3 |
| 909 | C8-1073 | 8/58 | 8/58 | 9/58 | 9/58 | Central Soya Co., Inc. | Hopper Barge | 195 x 35 x 11 - | AD 135 |
| 910 | C8-1073 | 8/58 | 8/58 | 9/58 | 3/58 | Central Soya Co., Inc. | Hopper Barge | 195 x 35 x 11 - | AD 136 |
| 911 | C8-1073 | 8/58 | 8/58 | 9/58 | 9/58 | Central Soya Co., Inc. | Hopper Barge | 195 x 35 x 11 - | AD 137 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY   (Page 40)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 912 | C8-1073 | 8/58 | 8/58 | 9/58 | 9/58 | Central Soya Co., Inc. | Hopper Barge | 195 x 35 x 11 — | AD 138 |
| 913 | C8-1073 | 8/58 | 8/58 | 9/58 | 9/58 | Central Soya Co., Inc. | Hopper Barge | 195 x 35 x 11 — | AD 139 |
| 914 | C8-1073 | 8/58 | 8/58 | 9/58 | 9/58 | Central Soya Co., Inc. | Hopper Barge | 195 x 35 x 11 — | AD 140 |
| 915 | C8-1073 | 8/58 | 9/58 | 9/58 | 9/58 | Central Soya Co., Inc. | Hopper Barge | 195 x 35 x 11 — | AD 141 |
| 916 | C8-1073 | 8/58 | 9/58 | 9/58 | 10/58 | Central Soya Co., Inc. | Hopper Barge | 195 x 35 x 11 — | AD 142 |
| 917 | C8-1238 | 9/58 | 9/58 | 10/58 | — | Williams - McWilliams Ind. Inc. | Pontoon Barge | 120 x 15 x 7 — | |
| 918 | C8-1238 | 9/58 | 9/58 | 10/58 | — | Williams - McWilliams Ind. Inc. | Pontoon Barge | 120 x 15 x 7 — | |
| 919 | C8-1241 | 9/58 | 9/58 | 10/58 | 10/58 | M.S.F. Company, Inc. | Hopper Barge | 195 x 35 x 11 755 Gross | MSF 21 |
| 920 | C8-1241 | 9/58 | 9/58 | 10/58 | 10/58 | M.S.F. Company, Inc. | Hopper Barge | 195 x 35 x 11 755 Gross | MSF 22 |
| 921 | C8-1241 | 9/58 | 9/58 | 10/58 | 10/58 | M.S.F. Company, Inc. | Hopper Barge | 195 x 35 x 11 755 Gross | MSF 23 |
| 922 | C8-1241 | 9/58 | 9/58 | 10/58 | 10/58 | M.S.F. Company, Inc. | Hopper Barge | 195 x 35 x 11 755 Gross | MSF 24 |
| 923 | C8-1351 | 9/58 | 10/58 | 12/58 | 12/58 | Mr. Jesse Brent | Box Barge | 188.75 x 50 x 12 1040 Gross | B-217 |
| 924 | C8-1428 | 11/58 | 11/58 | 12/58 | 12/58 | Towing Services, Inc. | Hopper Barge | 195 x 35 x 11 755 Gross | TS-3 |
| 925 | C8-1428 | 11/58 | 11/58 | 12/58 | 12/58 | Towing Services, Inc. | Hopper Barge | 195 x 35 x 11 755 Gross | TS-4 |
| 926 | C8-1495 | 11/58 | 12/58 | 12/58 | 12/58 | Magnolia Towing Company | Hopper Barge | 195 x 35 x 11 755 Gross | MTC 103 |
| 927 | C8-1495 | 11/58 | 12/58 | 12/58 | 12/58 | Magnolia Towing Company | Hopper Barge | 195 x 35 x 11 755 Gross | MTC 105 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY        (Page 41)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 928 | C8-1495 | 11/58 | 12/58 | 1/59 | 1/59 | Magnolia Towing Company | Hopper Barge | 195 x 35 x 11 755 Gross | MTC 107 |
| 929 | C8-1495 | 11/58 | 12/58 | 1/59 | 1/59 | Magnolia Towing Company | Hopper Barge | 195 x 35 x 11 755 Gross | MTC 109 |
| 930 | C9-73 | 1/59 | 1/59 | 2/59 | 3/59 | John I. Hay Company | Hopper Barge | 195 x 35 x 11 801 Gross | JIHCO 75 |
| 931 | C9-73 | 1/59 | 1/59 | 3/59 | 3/59 | John I. Hay Company | Hopper Barge | 195 x 35 x 11 801 Gross | JIHCO 76 |
| 932 | C9-73 | 1/59 | 1/59 | 3/59 | 3/59 | John I. Hay Company | Hopper Barge | 195 x 35 x 11 801 Gross | JIHCO 77 |
| 933 | C9-73 | 1/59 | 1/59 | 3/59 | 3/59 | John I. Hay Company | Hopper Barge | 195 x 35 x 11 801 Gross | JIHCO 78 |
| 934 | C9-73 | 1/59 | 2/59 | 3/59 | 3/59 | John I. Hay Company | Hopper Barge | 195 x 35 x 11 801 Gross | JIHCO 79 |
| 935 | C9-134 | 1/59 | 2/59 | 3/59 | 3/59 | Coastal Fabricators, Inc. | Derrick Barge | 200 x 60 x 12.5 1233 Gross | COASTAL NO. 1 (85-2933) |
| 936 | C9-73 | 1/59 | 3/59 | 3/59 | 3/59 | John I. Hay Company | Hopper Barge | 195 x 35 x 11 801 Gross | JIHCO 61 |
| 937 | C9-73 | 1/59 | 3/59 | 3/59 | 4/59 | John I. Hay Company | Hopper Barge | 195 x 35 x 11 801 Gross | JIHCO 62 |
| 938 | C9-73 | 1/59 | 3/59 | 4/59 | 4/59 | John I. Hay Company | Hopper Barge | 195 x 35 x 11 801 Gross | JIHCO 63 |
| 939 | C9-332 | 3/59 | 3/59 | 5/59 | 6/59 | Brewster-Bartle Offshore Company | Drilling Barge | 200 x 54 x 12 - | CAILLOU BAY (85-2933) - |
| 940 | C9-266 | 3/59 | 4/59 | 6/59 | 6/59 | Offshore Towing Co. | Tank Barge | 264 x 50 x 12 1400 Gross | ATC 1700 |
| 941 | C9-266 | 3/59 | 4/59 | 6/59 | 6/59 | Offshore Towing Co. | Tank Barge | 264 x 50 x 12 1431 Gross | ATC 1701 |
| 942 | C9-371 | 3/59 | 3/59 | 5/59 | 5/59 | McKenzie Bulk Towing Co. | Oil Barge | 250 x 50 x 12.4 1333 Gross | SP 1 |
| 943 | C9-800 | 5/59 | 11/59 | 7/60 | 3/61 | Mississippi Shipping Co. | Cargo Vessel Single Screw | 506 x 70 x 45 10,325 Gross | DEL RIO 11,460 HP Steam Turb. Watch Type (A15-6027, Box #1) |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 42)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 944 | C9-800 | 5/59 | 11/59 | 9/60 | 5/61 | Mississippi Shipping Co. | Cargo Vessel Single Screw | 506 x 70 x 45 10,325 Gross | DEL SOL 11,660 HP Steam Turb. Maccb Type (A15-6027, Box #1) |
| 945 | C9-800 | 5/59 | 4/60 | 12/60 | 7/61 | Mississippi Shipping Co. | Cargo Vessel Single Screw | 506 x 70 x 45 10,325 Gross | DEL ORO 11,660 HP Steam Turb. Maccb Type (A15-6027, Box #1) |
| 946 | C9-664 | 5/59 | 6/59 | 9/59 | 9/59 | Olin Mathieson Chemical Corporation | Sulphuric Acid Barge | 215 x 39 x 13.67 1065 Gross | O. M. C. C. NO. 4 |
| 947 | C9-824 | 6/59 | 6/59 | 7/59 | 7/59 | James Marine Equipment | Deck Cargo Barge | 150 x 32 x 8 332 Gross | JAMES 801 |
| 948 | C9-825 | 6/59 | 6/59 | 7/59 | 7/59 | M. T. James | Deck Cargo Barge | 150 x 32 x 8 332 Gross | JAMES 701 |
| 949 | C9-928 | 7/59 | 11/59 | 1/60 | 1/60 | Diamond Alkali Company | Liquified Chlorine Barge | 175 x 26 x 11 515 Gross | NO. 605 (85-2933) |
| 950 | C9-958 | 7/59 | - | - | - | James Marine Equipment | Deck Cargo Barge | 150 x 32 x 8 - | Cancelled |
| 951 | C9-958 | 7/59 | - | - | - | James Marine Equipment | Deck Cargo Barge | 150 x 32 x 8 - | Cancelled |
| 952 | C9-975 | 7/59 | 7/59 | 8/59 | 8/59 | A & D Barge Line, Inc. | Hopper Barge | 195 x 35 x 11 - | AD 163 |
| 953 | C9-975 | 7/59 | 7/59 | 8/59 | 8/59 | A & D Barge Line, Inc. | Hopper Barge | 195 x 35 x 11 - | AD 164 |
| 954 | C9-975 | 7/59 | 7/59 | 8/59 | 8/59 | A & D Barge Line, Inc. | Hopper Barge | 195 x 35 x 11 - | AD 165 |
| 955 | C9-975 | 7/59 | 7/59 | 8/59 | 8/59 | A & D Barge Line, Inc. | Hopper Barge | 195 x 35 x 11 - | AD 166 |
| 956 | C9-975 | 7/59 | 8/59 | 9/59 | 9/59 | A & D Barge Line, Inc. | Hopper Barge | 195 x 35 x 11 - | AD 167 |
| 957 | C9-975 | 7/59 | 8/59 | 9/59 | 9/59 | A & D Barge Line, Inc. | Hopper Barge | 195 x 35 x 11 - | AD 168 |
| 958 | C9-1100 | 7/59 | 8/60 | 5/61 | 11/62 | U. S. Navy | Guided Missile Destroyer (DDG) | 437.5 x 47 x 25 4500 Full | DDG-10 USS SEMMES 70,000HP Sta. Turb. (A15-6026) |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY     (Page 41)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 959 | C9-1100 | 7/59 | 11/60 | 8/61 | 3/63 | U. S. Navy | Guided Missile Destroyer (DDG) | 431.5 x 47 x 25 4500 Full | DDG-19 USS TATTNALL 70,000 HP Stm. Turb. (A15-6026) |
| 960 | C9-1070 | 8/59 | 8/59 | 9/59 | 10/59 | Delaware River Dredgers | Deck Cargo Barge | 175 x 40 x 10 624 Gross | JK-11 (B5-2933) |
| 961 | C9-1070 | 8/59 | 8/59 | 9/59 | 10/59 | Delaware River Dredgers | Deck Cargo Barge | 175 x 40 x 10 624 Gross | JK-12 (B5-2933) |
| 962 | C9-170 | 8/59 | 9/59 | 10/59 | 10/59 | Delaware River Dredgers | Deck Cargo Barge | 175 x 40 x 10 624 Gross | JK-13 (B5-2933) |
| 963 | C9-1135 | 8/59 | 9/59 | 10/59 | 10/59 | Barge B-316, Inc. | Gasoline Tank Barge | 225 x 44 x 12.75 908 Gross | B-316 |
| 964 | C9-1176 | 9/59 | 9/59 | 10/59 | 10/59 | Delaware River Dredgers | Deck Cargo Barge | 70 x 40 x 6 149 Gross | JK-14 (B5-2933) |
| 965 | C9-1032 | 9/59 | 10/59 | 11/59 | 11/59 | Chemical Barge Lines, Inc. | Tank Barge | 195 x 35 x 11 678 Gross | CBL 1252 (Double Skin) (B5-2935) |
| 966 | C9-1356 | 10/59 | 10/59 | 12/59 | 12/59 | J & S Incorporated | Box Barge | 180 x 50 x 11.25 897 Gross | CHOTIN 966 (B5-2933 & B7-2191) |
| 967 | C9-1356 | 10/59 | 10/59 | 12/59 | 12/59 | J & S Incorporated | Box Barge | 180 x 50 x 11.25 897 Gross | CHOTIN 967 (B5-2933 & B7-2192) |
| 968 | C9-1535 | 11/59 | 12/59 | 12/59 | 1/60 | James Enterprises, Inc. | Deck Cargo Barge | 150 x 32 x 8 333 Gross | JAMES 101 |
| 969 | C9-1535 | 11/59 | 12/59 | 12/59 | 1/60 | James Enterprises Inc. | Deck Cargo Barge | 150 x 32 x 8 333 Gross | JAMES 201 |
| 970 | C9-1593 | 12/59 | 12/59 | 2/60 | 2/60 | Williams McWilliams Ind. Incorporated | Derrick Barge | 180 x 60 x 12 1140 Gross | W-701 (B5-2933) |
| 971 | C-53 | 1/60 | 1/60 | 2/60 | 2/60 | John I. Hay Co. | Hopper Barge | 195 x 35 x 11 813 Gross | JIHCO 64 (A15-6027) |
| 972 | C-53 | 1/60 | 1/60 | 2/60 | 2/60 | John I. Hay Co. | Hopper Barge | 195 x 35 x 11 813 Gross | JIHCO 65 (A15-6027) |
| 973 | C-53 | 1/60 | 1/60 | 2/60 | 2/60 | John I. Hay Co. | Hopper Barge | 195 x 35 x 11 813 Gross | JIHCO 66 (A15-6027) |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 44)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 974 | C-53 | 1/60 | 1/60 | 3/60 | 3/60 | John I. Hay Co. | Hopper Barge | 195 x 35 x 11 813 Gross | JIHCO 67 (A15-6027) |
| 975 | C-53 | 1/60 | 2/60 | 3/60 | 3/60 | John I. Hay Co. | Hopper Barge | 195 x 35 x 11 813 Gross | JIHCO 68 (A15-6027) |
| 976 | C-53 | 1/60 | 2/60 | 3/60 | 3/60 | John I. Hay Co. | Hopper Barge | 195 x 35 x 11 813 Gross | JIHCO 69 (A15-6027) |
| 977 | C-534 | 4/60 | 6/60 | 7/60 | 8/60 | Union Texas Natural Gas Company | Propane Barge | 273 x 41 x 12.5 1537 Gross | MARY K (A15-6027) |
| 978 | C-534 | 4/60 | 7/60 | 8/60 | 8/60 | Union Texas Natural Gas Company | Propane Barge | 273 x 41 x 12.5 1537 Gross | MARY J (A15-6027) |
| 979 | C-643 | 5/60 | 5/60 | 6/60 | 6/60 | Magnolia Towing Company | Hopper Barge | 195 x 35 x 11 840 Gross | MTC 111 (A15-6027) |
| 980 | C-643 | 5/60 | 5/60 | 6/60 | 6/60 | Magnolia Towing Company | Hopper Barge | 195 x 35 x 11 840 Gross | MTC 113 (A15-6027) |
| 981 | C-643 | 5/60 | 5/60 | 6/60 | 6/60 | Magnolia Towing Company | Hopper Barge | 195 x 35 x 11 840 Gross | MTC 115 (A15-6027) |
| 982 | C-643 | 5/60 | 5/60 | 6/60 | 6/60 | Magnolia Towing Company | Hopper Barge | 195 x 35 x 11 840 Gross | MTC 117 (A15-6027) |
| 983 | C-643 | 5/60 | 6/60 | 6/60 | 6/60 | Magnolia Towing Company | Hopper Barge | 195 x 35 x 11 830 Gross | MTC 119 (A15-6027) |
| 984 | C-643 | 5/60 | 6/60 | 7/60 | 7/60 | Magnolia Towing Company | Hopper Barge | 195 x 35 x 11 830 Gross | MTC 121 (A15-6027) |
| 985 | C-1000 | 6/60 | 5/61 | 3/62 | 6/63 | U. S. Navy | DE 1037 Class Escort Vessel | 371.5 x 40.5 x 29.5 2514 Full | DE 1037 USS BRONSTEIN 20,000 HP Stm. Turb. (Box #1) |
| 986 | C-1000 | 6/60 | 9/61 | 6/62 | 10/63 | U. S. Navy | DE 1037 Class Escort Vessels | 371.5 x 40.5 x 29.5 2514 Full | DE 1038 USS MCCOY 20,000 HP Stm. Turb. (Box #1) |
| 987 | C-1224 | 8/60 | 9/60 | 12/60 | 2/61 | Wyandotte Transportation Company | Chlorine Tank Barge | 195 x 35 x 11 765 Gross | WYCHEM 111 (A15-6026) |
| 988 | C-1224 | 8/60 | 9/60 | 12/60 | 2/61 | Wyandotte Transportation Company | Chlorine Tank Barge | 195 x 35 x 11 765 Gross | WYCHEM 112 (A15-6026) |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 45)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 989 | C-1440 | 9/60 | 11/60 | 1/61 | 3/61 | Phillips Petroleum Co. | Ammonia-Propane Barge | 305 x 44 x 12.5 1851 Gross | MARY LEE (A15-6027) |
| 990 | C-1440 | 9/60 | 10/60 | 2/61 | 4/61 | Phillips Petroleum Co. | Ammonia-Propane Barge | 284 x 44 x 12.5 1776 Gross | MARJORIE B. (A15-6027) |
| 991 | C-137 | 1/61 | 2/61 | 5/61 | 6/61 | Esso Standard Oil Co. | Deck Cargo Barge | 186 x 90 x 13 1955 Gross | I-3 (A15-6027) |
| 992 | C1-410 | 3/61 | 6/61 | 7/61 | 7/61 | Wyandotte Transportation | Liquid Chlorine Barge | 195 x 35 x 11 - | WYCHEM 115 (A15-6026) |
| 993 | C1-730 | 6/61 | 9/61 | 1/62 | 1/63 | Kerr-McGee Oil Ind. Inc. | Mobile Offshore Platform | 3 side 330' x 260' high - | RIG 54 |
| 994 | C1-945 | 7/61 | 8/61 | 9/61 | 10/61 | Oil Transport Company Incorporated | Asphalt Barge | 235 x 45 x 15 1247 Gross | BAYOU ZACHARY (A15-6027) |
| 995 | C1-980 | 8/61 | 8/61 | 9/61 | 9/61 | Avondale (J. Nielson Incorporated) | Caustic Soda Barge | 207 x 35 x 11 - | JN-102 (A15-6027) |
| 996 | C1-980 | 8/61 | 8/61 | 9/61 | 9/61 | Avondale (J. Nielson Incorporated) | Caustic Soda Barge | 207 x 35 x 11 - | JN-103 (A15-6027) |
| 997 | C1-1060 | 8/61 | 9/61 | 10/61 | 11/61 | Brent Towing Company | Gasoline Barge | 263 x 50 x 11 1251 Nac | B-421 (A15-6027) |
| 998 | C1-1060 | 8/61 | 10/61 | 11/61 | 11/61 | Brent Towing Company | Gasoline Barge | 263 x 50 x 11 1251 Nac | B-521 (A15-6027) |
| 999 | C1-1065 | 8/61 | 8/61 | 9/61 | 10/61 | Western Contracting Company | Deck Cargo Barge | 60 x 40 x 7 - | (A15-6027) |
| 1000 | C1-1500 | 11/61 | 3/62 | 10/62 | 9/63 | Lykes Bros. Steamship Company | Cargo Vessel (C-3 Type) | 494.5 x 69 x 41.5 9927 Gross | AIMEE LYKES 11,000 HP Stm. Turb. (Box #1 and #2) |
| 1001 | C1-1500 | 11/61 | 4/62 | 12/62 | 11/63 | Lykes Bros. Steamship Company | Cargo Vessel (C-3 Type) | 494.5 x 69 x 41.5 9927 Gross | CHRISTOPHER LYKES 11,000 HP Stm. Turb. (Box #1 and #2) |
| 1002 | C1-1500 | 11/61 | 7/62 | 3/63 | 12/63 | Lykes Bros. Steamship Company | Cargo Vessel (C-3 Type) | 494.5 x 69 x 41.5 9927 Gross | MARGARET LYKES 11,000 HP Stm. Turb. (Box #1 and #2) |
| 1003 | C1-1500 | 11/61 | 11/62 | 5/63 | 2/64 | Lykes Bros. Steamship Company | Cargo Vessel (C-3 Type) | 494.5 x 69 x 41.5 9927 Gross | ALLISON LYKES 11,000 HP Stm. Turb. (Box #1 and #2) |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 46)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1004 | C1-1515 | 11/61 | 1/63 | 8/63 | 5/64 | Gulf & South American Steamship Company | Cargo Vessel (C-3 Type) | 494.5 x 69 x 41.5 9460 Gross | GULF FARMER 11,000 HP Stm. Turb. (Box #1 and #2) |
| 1005 | C1-1515 | 11/61 | 3/63 | 10/63 | 6/64 | Gulf & South American Steamship Company | Cargo Vessel (C-3 Type) | 494.5 x 69 x 41.5 9460 Gross | GULF BANKER 11,000 HP Stm. Turb. (Box #1 and #2) |
| 1006 | C1-1070 | 8/61 | 8/61 | 10/61 | 10/61 | James Enterprises, Inc. | Deck Cargo Barge | 150 x 32 x 8 333 Gross | JAMES 301 |
| 1007 | C1-1070 | 8/61 | 8/61 | 10/61 | 10/61 | James Enterprises, Inc. | Deck Cargo Barge | 150 x 32 x 8 333 Gross | JAMES 401 |
| 1008 | C1-1216 | 9/61 | 10/61 | 11/61 | 11/61 | Koch-Dupuis Partnership | Deck Cargo Barge | 110 x 30 x 6.5 | KD-14 (A15-6027) |
| 1009 | C1-1216 | 9/61 | 10/16 | 11/61 | 11/61 | Koch-Dupuis Partnership | Deck Cargo Barge | 110 x 30 x 6.5 | KD-15 (A15-6027) |
| 1010 | C1-1605 | 12/61 | 2/62 | 6/62 | 7/62 | Moran Towing Corporation | Cement Barge | 420 x 80 x 34.5 8512 Gross | ANGELA (A15-6027) |
| 1011 | C2-25 | 1/62 | 4/63 | 2/64 | 1/65 | U. S. Navy | DE 1040 Class Escort Vessel | 414.5 x 44 x 24 3403 Full | DE 1043 EDWARD MCDONNEL 35,000 HP Stm. Turb. |
| 1012 | C2-25 | 1/62 | 8/63 | 6/64 | 7/65 | U. S. Navy | DE 1040 Class Escort Vessel | 414.5 x 44 x 24 3403 Full | DE 1044 BRUMBY 35,000 HP Stm. Turb. |
| 1013 | C2-25 | 1/62 | 9/63 | 10/64 | 11/65 | U. S. Navy | DE 1040 Class Escort Vessel | 414.5 x 44 x 24 3403 Full | DE 1045 DAVIDSON 35,000 HP Stm. Turb. |
| 1014 | C2-245 | 2/62 | 6/62 | 11/62 | 4/63 | Ocean Drilling & Exploration Company | Drilling Island (Platform) | 360 x 360 x 90 1062 Gross | OCEAN DRILLER (Box #2) |
| 1015 | C1-1605 | 12/61 | 6/62 | 12/62 | 1/63 | Moran Towing Corp. | Cement Barge | 420 x 80 x 34.5 8512 Gross | ALEXANDRA (A15-6027) |
| 1016 | C2-496 | 4/62 | 4/62 | 5/62 | 5/62 | James Marine Equip. Co. | Deck Cargo Barge | 150 x 32 x 8 332 Gross | JAMES 601 |
| 1017 | C2-496 | 4/62 | 4/62 | 5/62 | 5/62 | James Marine Equip. Co. | Deck Cargo Barge | 150 x 32 x 8 332 Gross | JAMES 901 |
| 1018 | C2-496 | 4/62 | 5/62 | 5/62 | 5/62 | James Marine Equip. Co. | Deck Cargo Barge | 150 x 32 x 8 332 Gross | JAMES 1001 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 47)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1019 | C2-615 | 5/62 | 6/62 | 8/62 | 11/62 | Construction Aggregates Corporation | Dredge Hull With House | 193 x 50 x 12 -- | SENSIBAR SONS (Box #2) |
| 1020 | C2-636 | 5/62 | 5/62 | 6/62 | 8/62 | Morrison-Knudsen Co. | Material Barge | 128 x 40 x 9.25 -- | ELIZABETH S. |
| 1021 | C2-636 | 5/62 | 6/62 | 7/62 | 8/62 | Morrison-Knudsen Co. | Material Barge | 128 x 40 x 9.25 -- | JANET P. |
| 1022 | C2-636 | 5/62 | 6/62 | 8/62 | 8/62 | Morrison-Knudsen Co. | Ferry Barge | 128 x 40 x 9.25 416 Gross | ESTHER G. |
| 1023 | C2-636 | 5/62 | 7/62 | 8/62 | 8/62 | Morrison-Knudsen Co. | Crawler Crane Barge | 128 x 50 x 10 564 Gross | ELEANOR K. |
| 1024 | C2-673 | 5/62 | 6/62 | 7/62 | 8/62 | Morrison-Knudsen Co. | Deck Cargo Barge | 70 x 34 x 5 -- | BERNICE G. |
| 1025 | C2-673 | 5/62 | 6/62 | 7/62 | 8/62 | Morrison-Knudsen Co. | Deck Cargo Barge | 70 x 34 x 5 -- | ANN J. |
| 1026 | C2-673 | 5/62 | 7/62 | 7/62 | 8/62 | Morrison-Knudsen Co. | Deck Cargo Barge | 70 x 34 x 5 -- | VERA A. |
| 1027 | C2-673 | 5/62 | 7/62 | 7/62 | 8/62 | Morrison-Knudsen Co. | Deck Cargo Barge | 70 x 34 x 5 -- | MARY B. |
| 1028 | C2-1012 | 7/62 | 8/62 | 11/62 | 11/62 | Jena Marine Company | Molten Sulphur Barge | 295 x 52 x 12 1880 Gross | CBC 31 (Box #2) |
| 1029 | C2-1012 | 7/62 | 11/62 | 12/62 | 12/62 | Jena Marine Company | Molten Sulphur Barge | 295 x 52 x 12 1880 Gross | CBC 32 (Box #2) |
| 1030 | C2-1012 | 7/62 | 10/62 | 12/62 | 12/62 | Jena Marine Company | Molten Sulphur Barge | 220 x 52 x 12 1418 Gross | CBC 33 (Box #2) |
| 1031 | C2-1012 | 7/62 | 8/62 | 10/62 | 11/62 | Jena Marine Company | Molten Sulphur Barge | 220 x 52 x 12 1418 Gross | CBC 34 (Box #2) |
| 1032 | C2-1346 | 9/62 | 10/62 | 12/62 | 2/63 | Penrod Drilling Co. | Drilling Barge | 200 x 50 x 14 -- | SLOTTED HULL |
| 1033 | C2-1640 | 11/62 | 1/63 | 5/63 | 8/63 | Jahncke Service Inc. | Diesel Pipeline Dredge | 186 x 48 x 13 1263 Gross | FRITZ JAHNCKE |
| 1034 | C2-1740 | 12/62 | 1/63 | 2/63 | 2/63 | ARMCO Steel - Sheffield Division | Hopper Barge | 195 x 35 x 11 -- | SDA-1 |
| 1035 | C3-130 | 1/63 | 3/63 | 6/63 | 7/63 | Atlantic Cement Carriers | Cement Barge | 420 x 80 x 34.5 8512 Gross | ADELAIDE (A15-6027) |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY    (Page 48)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1036 | C3-440 | 4/63 | 7/63 | 11/63 | 11/63 | Union Carbide Chemical Company | Aluminum Tank Barge | 195 x 52.5 x 12.5 1210 Gross | CC-403 |
| 1037 | C3-600 | 4/63 | 7/63 | 12/63 | 9/64 | Gulf & South American Steamship Company | Cargo Vessel | 494.5 x 67 x 41.5 9460 Gross | GULF TRADER Stm. Turb. (Box #3) |
| 1038 | C3-600 | 4/63 | 8/63 | 2/64 | 11/64 | Gulf & South American Steamship Company | Cargo Vessel | 494.5 x 67 x 41.5 9460 Gross | GULF SHIPPER Stm. Turb. (Box #3) |
| 1039 | C3-600 | 4/63 | 10/63 | 5/64 | 1/65 | Gulf & South American Steamship Company | Cargo Vessel | 494.5 x 69 x 41.5 9460 Gross | GULF MERCHANT Stm. Turb. |
| 1040 | C3-100 | 4/63 | 1/64 | 9/64 | 8/65 | Lykes Brothers Steamship Company | Cargo Vessel (C-4 Type) | 540 x 76 x 42.5 11420 Gross | LOUISE LYKES 15,500 HP Stm. Turb. (85-  ) (Box #2 & #3) |
| 1041 | C3-100 | 4/63 | 3/64 | 10/64 | 1/66 | Lykes Brothers Steamship Company | Cargo Vessel (C-4 Type) | 540 x 76 x 42.5 11420 Gross | ELIZABETH LYKES 15,500 HP Stm. Turb. (85-  ) (Box #2 & #3) |
| 1042 | C3-100 | 4/63 | 6/64 | 1/65 | 5/66 | Lykes Brothers Steamship Company | Cargo Vessel (C-4 Type) | 540 x 76 x 42.5 11420 Gross | RUTH LYKES 15,500 HP Stm. Turb. (85-  ) (Box #2 & #3) |
| 1043 (SANK DURING HURRICANE 9/65) (REBUILT AS HULL NO. 1115) | C3-100 | 4/63 | 9/64 | 3/65 | - | Lykes Brothers Steamship Company | Cargo Vessel (C-4 Type) | 540 x 76 x 42.5 11420 Gross | LETITIA LYKES |
| 1044 | C3-548 | 4/63 | 5/63 | 6/63 | 6/63 | Brent Towing Company | Gasoline Barge | 264 x 50 x 11 1251 Gross | B-821 |
| 1045 | C3-548 | 4/63 | 6/63 | 7/63 | 7/63 | Brent Towing Company | Gasoline Barge | 264 x 50 x 11 1251 Gross | B-921 |
| 1046 | C3-620 | 5/63 | 6/63 | 7/63 | 7/63 | G. W. Partnership | Oil Box Barge | 240 x 50 x 11 1097 Gross | GW-100 |
| .147 | C3-630 | 5/63 | 5/63 | 7/63 | 9/63 | Chotin Towing Corp. | Towboat | 92 x 30 x 10.5 247 Gross | PAUL H. CHOTIN (Box #3) |
| 1 M | C3-1077 | 8/63 | 9/63 | 1/64 | 1/64 | Webster Marine Corp. | Sulphur Barge | 295 x 52 x 12 1819 Gross | CBC -35 |
| 11 | C3-1077 | 8/63 | 10/63 | 12/63 | 1/64 | Webster Marine Corp. | Sulphur Barge | 295 x 52 x 12 1856 Gross | CBC-36 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY                 (Page 49)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1050 | C3-1195 | 9/63 | 1/64 | 4/64 | 5/64 | San Juan Barge Company | Oil Barge | 280 x 60 x 22 3016 Gross | SAN JUAN 1 |
| 1051 | C3-1336 | 10/63 | 1/64 | 3/64 | 3/64 | Sheridan Towing Company | Bulk Cargo Barge | 350 x 66 x 31.5 6074 Gross | JAMES SHERIDAN |
| 1052 (SANK DURING HURRICANE 9/65) (REBUILT AS HULL NO. 1116) | C3-100 | 4/63 | 11/64 | 5/65 | - | Lykes Brothers Steamship Company | Cargo Vessel (C-4 Type) | 540 x 76 x 42.5 11420 Gross | GENEVIEVE LYKES |
| 1053 | C3-100 | 4/63 | 1/65 | 7/65 | 9/66 | Lykes Brothers Steamship Company | Cargo Vessel (C-4 Type) | 540 x 76 x 42.5 11420 Gross | MASON LYKES 15,500 HP Stm. Turb. (Box #2 & #3) |
| 1054 | C3-100 | 4/63 | 3/65 | 10/65 | 6/66 | Lykes Brothers Steamship Company | Cargo Vessel (C-4 Type) | 540 x 76 x 42.5 11420 Gross | MALLORY LYKES 15,500 HP Stm. Turb. (Box #2 & #3) |
| 1055 | C3-100 | 4/63 | 5/65 | 12/65 | 8/66 | Lykes Brothers Steamship Company | Cargo Vessel (C-4 Type) | 540 x 76 x 42.5 11420 Gross | STELLA LYKES 15,500 HP Stm. Turb. (Box #2 & #3) |
| 1056 | C3-1460 | 10/63 | 2/64 | 6/64 | 9/64 | Ocean Drilling & Exploration Company | Drilling Island Platform | 360 x 360 x 90 1062 Gross | OCEAN EXPLORER |
| 1057 | C3-1750 | 12/63 | 2/64 | 4/64 | 4/64 | Wyandotte Transportation Company | Liquid Chlorine Barge | 160 x 50 x 11'3" - | WYCHEM 117 (A15-6027) |
| 1058 | C3-1750 | 12/63 | 3/64 | 4/64 | 5/64 | Wyandotte Transportation Company | Liquid Chlorine Barge | 160 x 50 x 11'3" - | WYCHEM 118 (A15-6027) |
| 1059 | C3-1750 | 12/63 | 3/64 | 5/64 | 6/64 | Wyandotte Transportation Company | Liquid Chlorine Barge | 160 x 50 x 11'3" - | WYCHEM 119 (A15-6027) |
| 1060 | C4-82 | 1/64 | 1/64 | 3/64 | 5/64 | Brent Towing Company | Box Oil Barge | 220 x 50 x 11 1076 Gross | B-1120 |
| 1061 | C4-82 | 1/64 | 3/64 | 4/64 | 4/64 | Brent Towing Company | Box Oil Barge | 160 x 50 x 11 781 Gross | B-1014 |
| 1062 | C4-90 | 1/64 | 1/65 | 12/65 | 2/67 | U. S. Coast Guard | Cutter (High Endurance) | 378 x 42 x 26 | WPC 715 – HAMILTON Gas Turbine (Box #3) |
| 1 | B4-50 | 3/64 | 4/64 | 7/64 | 7/64 | Canal Barge Company | Tank Barge (Double Skin) | 195 x 50 x 14.5 1397 Gross | CBC-194 (A15-6026)(Box #3) |
| 1b | C4-530 | 4/64 | 5/64 | 8/64 | 9/64 | Freeport Sulphur Co. | Drilling Barge (Submersible) | 114 x 70 | FRED HOLDER |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 50)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1065 | C4-500 | 4/64 | 8/64 | 2/65 | 6/65 | Ocean Drilling & Exploration Company | Drilling Island Barge | 369.5 x 300 x 100 1415 Gross | OCEAN QUEEN (85-2936) |
| 1066 | C3-100 | 7/64 | 7/65 | 2/66 | 2/67 | Lykes Brothers Steamship Company | Cargo Vessel (C-4 Type) | 540 x 76 x 42.5 10723 Gross | FREDERICK LYKES 15,500 HP Stm. Turb. (Box #2 & #3) |
| 1067 | C3-100 | 7/64 | 10/65 | 4/66 | 5/67 | Lykes Brothers Steamship Company | Cargo Vessel (C-4 Type) | 540 x 76 x 42.5 10723 Gross | HOWELL LYKES 15,500 HP Stm. Turb. (Box #2 & #3) |
| 1068 | C3-100 | 7/64 | 1/66 | 6/66 | 5/67 | Lykes Brothers Steamship Company | Cargo Vessel (C-4 Type) | 540 x 76 x 42.5 10723 Gross | DOLLY TURMAN 15,500 HP Stm. Turb. (Box #2 & #3) |
| 1069 | C3-100 | 7/64 | 2/66 | 7/66 | 7/67 | Lykes Brothers Steamship Company | Cargo Vessel (C-4 Type) | 540 x 76 x 42.5 10723 Gross | VELMA LYKES 15,500 HP Stm. Turb. |
| 1070 | C4-1200 | 7/64 | 3/67 | 7/68 | 8/69 | U. S. Navy | DE 1052 Class Escort Vessel | 438 x 46.5 x 29.5 4100 Full | DE 1056 CONNOLE 35,000 HP Stm. Turb. (Box #4) |
| 1071 | C4-1200 | 7/64 | 4/67 | 1/69 | 12/69 | U. S. Navy | DE 1052 Class Escort Vessel | 438 x 46.5 x 29.5 4100 Full | DE 1059 W.S.SIMS 35,000 HP Stm. Turb. (Box #4) |
| 1072 | C4-1200 | 7/64 | 10/67 | 5/69 | 2/70 | U. S. Navy | DE 1052 Class Escort Vessel | 438 x 46.5 x 29.5 4100 Full | DE 1061 PATTERSON 35,000 HP Stm. Turb. (Box #4) |
| 1073 | C4-1200 | 7/64 | 3/68 | 6/69 | 5/70 | U. S. Navy | DE 1052 Class Escort Vessel | 438 x 46.5 x 29.5 4100 Full | DE 1068 VREELAND 35,000 HP Stm. Turb. (Box #4) |
| 1074 | C4-1200 | 7/64 | 6/68 | 8/69 | 7/70 | U. S. Navy | DE 1052 Class Escort Vessel | 438 x 46.5 x 29.5 4100 Full | DE 1072 BLAKELY 35,000 HP Stm. Turb. (Box #4) |
| 10 | C4-1200 | 7/65 | 7/68 | 11/69 | 9/70 | U. S. Navy | DE 1052 Class Escort Vessel | 438 x 46.5 x 29.5 4100 Full | DE 1075 TRIPPE 35,000 HP Stm Turb. (Box #4) |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 51)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1076 | C4-1200 | 7/64 | 1/69 | 1/70 | 11/70 | U. S. Navy | DE 1052 Class Escort Vessel | 438 x 46.5 x 29.5 4100 Full | DE 1077 OUELETT Stm. Turb. (Box #4) |
| 1077 | C4-1880 | 7/64 | 2/65 | 4/65 | 4/65 | Sheridan Barge Co. | Bulk Cargo Barge | 350 x 66 x 31.5 6074 Gross | KATHLEEN SHERIDAN (B5-2934) |
| 1078 | C4-2000 | 11/64 | 12/64 | 1/65 | 2/65 | Houston Contracting Co. | Spud Barge | 120 x 38 x 7 - | HCC-3 (B5-2936) |
| 1079 | C4-2130 | 12/64 | 1/65 | 6/65 | 8/65 | Ingram Contractors Inc. | Derrick Barge | 100 x 100 x 21.5 5720 Gross | DERRICK BARGE NO. 3 |
| 1080 | C4-2135 | 12/64 | 1/65 | 3/65 | 3/65 | Ingram Contractors Inc. | Deck Barge | 220 x 60 x 13.75 1564 Gross | INGRAM OFFSHORE 101 (B5-2936) |
| 1081 | C4-2170 | 12/64 | 6/65 | 8/65 | 12/65 | Monsanto Chemical Co. | Chlorine Barge | 195 x 35 x 12 791 Gross | M-23 (B5-293b) |
| 1082 | C5-610 | 6/65 | 11/65 | 5/66 | 8/66 | Ocean Drilling & Exploration Company | Submersible Oil Storage Barge | 90 x 88 | S.O.B. NO. 1 (B7-2971) (Box #4) |
| 1083 | C5-199 | 7/65 | 7/65 | 10/65 | 4/66 | Aluminum Co. of America | Tow Boat | 98 x 30 x 10.5 - | AKANTROESOE (B7-2971) (Box #4) |
| 1084 | C4-2250 | 12/64 | 1/65 | 2/65 | 2/65 | Ayers Material Company | Deck Cargo Barge | 150 x 32 x 8 332.6 Gross | AYERS 1007 (B5-2936) |
| 1085 | C4-2250 | 12/64 | 1/65 | 2/65 | 2/65 | Ayers Material Company | Deck Cargo Barge | 150 x 32 x 8 332.6 Gross | AYERS 1008 (B5-2936) |
| 1086 | C4-2250 | 12/64 | 1/65 | 2/65 | 2/65 | Ayers Material Company | Deck Cargo Barge | 150 x 32 x 8 332.6 Gross | AYERS 1009 (B5-2936) |
| 1087 | C4-2255 | 12/64 | 7/65 | 12/65 | 12/65 | Energy Transportation Co. | Bulk Cargo Barge | 430 x 80 x 32.5 9816 Gross | MARY ORMSTON |
| 1088 | C4-2255 | 12/64 | 7/65 | 1/66 | 1/66 | Energy Transportation Co. | Bulk Cargo Barge | 430 x 80 x 32.5 9816 Gross | DELOIS RODGERS |
| 1089 | B5-15 | 12/64 | 3/65 | 4/65 | 4/65 | Ayers Material Company | Deck Cargo Barge | 150 x 32 x 8 332.6 Gross | AYERS 1010 |
| 1090 | B5-15 | 12/64 | 3/65 | 4/65 | 4/65 | Ayers Material Company | Deck Cargo Barge | 150 x 32 x 8 332.6 Gross | AYERS 1011 |
| 1091 | B5-15 | 12/64 | 3/65 | 4/65 | 4/65 | Ayers Material Company | Deck Cargo Barge | 150 x 32 x 8 332.6 Gross | AYERS 1012 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 52)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1092 | B5-15 | 12/64 | 3/65 | 4/65 | 4/65 | Ayers Material Company | Deck Cargo Barge | 150 x 32 x 8 332.6 Gross | AYERS 1013 |
| 1093 | B5-15 | 12/64 | 4/65 | 5/65 | 5/65 | Ayers Material Company | Deck Cargo Barge | 150 x 32 x 8 332.6 Gross | AYERS 1014 |
| 1094 | B5-15 | 12/64 | 4/65 | 5/65 | 5/65 | Ayers Material Company | Deck Cargo Barge | 150 x 32 x 8 332.6 Gross | AYERS 1015 |
| 1095 | B5-15 | 12/64 | 4/65 | 5/65 | 5/65 | Ayers Material Company | Deck Cargo Barge | 150 x 32 x 8 332.6 Gross | AYERS 1016 |
| 1096 | B5-15 | 12/64 | 4/65 | 5/65 | 5/65 | Ayers Material Company | Deck Cargo Barge | 150 x 32 x 8 332.6 Gross | AYERS 1017 |
| 1097 | B5-15 | 12/64 | 5/65 | 5/65 | 5/65 | Ayers Material Company | Deck Cargo Barge | 150 x 32 x 8 332.6 Gross | AYERS 1018 |
| 1098 | B5-15 | 12/64 | 5/65 | 5/65 | 5/65 | Ayers Material Company | Deck Cargo Barge | 150 x 32 x 8 332.6 Gross | AYERS 1019 |
| 1099 | C5-56 | 1/65 | 2/65 | 5/65 | 7/65 | Southern Terminal Transport Company | Phosphoric Acid Barge | 290 x 62 x 23 3426 Gross | SP-2 (BJ-2971) |
| 1100 | C4-2025 | 1/65 | 5/65 | 10/65 | 2/66 | Ocean Drilling & Exploration Company | Drilling Island Barge | 369.5 x 300 x 100 1461 Gross | OCEAN TRAVELER |
| 1101 | C5-600 | 3/65 | 2/66 | 10/66 | 10/67 | U. S. Coast Guard | Cutter (High Endurance) | 378 x 42 x 26 - | WPC 716 DALLAS 7000 HP Diesel 36,000 HP Gas Turbine (Box #3, #4, #5, #6, and #7) |
| 1102 | C5-600 | 3/65 | 7/66 | 2/67 | 12/67 | U. S. Coast Guard | Cutter (High Endurance) | 378 x 42 x 26 - | WPC 717 MELLON 7000 HP Diesel 36,000 HP Gas Turbine (Box #3, #4, 35, #6, and #7) |
| 1103 | C5-600 | 3/65 | 10/66 | 5/67 | 3/68 | U. S. Coast Guard | Cutter (High Endurance) | 378 x 42 x 26 - | WPC 718 CHASE 7000 HP Diesel 36,000 HP Gas Turbine (Box #3, #4, #5, #6, and #7) |
| 110 | C5-800 | 4/65 | 5/65 | 8/65 | 1/66 | Perforadora Mexico, S.A. | Offshore Drilling Barge | 381 x 75 x 27 4100 Gross | INDEPENDENCIA |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY                (Page 51)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1105 | C5-800 | 4/65 | 7/65 | 10/65 | 2/66 | Perforadora Mexico, S.A. | Offshore Drilling Barge | 381 x 75 x 27 4100 Gross | REFORMA |
| 1106 | C5-800 | 4/65 | 10/65 | 2/66 | 3/66 | Perforadora Mexico, S.A. | Offshore Drilling Barge | 381 x 75 x 27 4100 Gross | REVOLUCION |
| 1107 | C5-2250 | 12/65 | 4/66 | 7/66 | 9/66 | Brown & Root, Inc. | Deck Cargo Barge | 350 x 100 x 25 8137 Gross | BAR 267 (B7-2971) |
| 1108 | C5-1460 | 8/65 | 1/66 | 6/66 | 7/66 | Houston Chemical Corp. | Chemical Barge (Independent Tank) | 195 x 35 x 12 688 Gross | HCC-101 (B7-2971) |
| 1109 | C5-1510 | 8/65 | 11/65 | 3/66 | 3/66 | Otto Candies Inc. | Tugboat | 122 x 31 x 17 192.75 Gross | BEN CANDIES 3200 HP (B7-2971) |
| 1110 | C5-1750 | 10/65 | 1/66 | 4/66 | 4/66 | Sheridan Towing Co. | Bulk Cargo Barge | 350 x 60 x 31.5 6074 Gross | PATRICIA SHERIDAN (B7-2971) |
| 1111 | C5-1775 | 10/65 | 5/66 | 6/66 | 11/66 | Brent Towing Co. | Nitrogen Solution Barge | 220 x 52.5 x 12 1365 Gross | B-2100 (Box #4 & B7-2971) |
| 1112 | C5-1775 | 10/65 | 4/66 | 5/66 | 11/66 | Brent Towing Co. | Nitrogen Solution Barge | 145.5 x 52.5 x 12 984 Gross | B-1700 (Box #4 & B7-2971) |
| 1113 | C5-1775 | 10/65 | 4/66 | 6/66 | 11/66 | Brent Towing Co. | Nitrogen Solution Barge | 165 x 52.5 x 12 1117 Gross | B-1900 (Box #4 & B7-2971) |
| 1114 | C5-1775 | 10/65 | 2/66 | 5/66 | 7/66 | Brent Towing Co. | Ammonia Trail Barge | 269 x 52.5 x 12 2499 Gross | B-2300 (Box #4 & B7-2971) |
| 1115 (Replaced Hull No. 1043) | C3-100 | 12/65 | 4/66 | 10/66 | 1/68 | Lykes Brothers Steamship Company | Cargo Vessel | 540 x 76 x 42.5 10723 Gross | LETITIA LYKES Steam Turbine 15,500 HP (Box #2 and #3) |
| 1116 (Replaced Hull No. 1052) | C3-100 | 12/65 | 6/66 | 12/66 | 4/68 | Lykes Brothers Steamship Company | Cargo Vessel | 540 x 76 x 42.5 10723 Gross | GENEVIEVE LYKES Steam Turbine 15,500 HP (Box #2 and #3) |
| 1117 | C6-280 | 2/66 | 4/66 | 4/66 | 6/66 | River Transportation Company | Caustic Soda Barge | 207 x 35 x 11 - | T-200 |
| 1118 | C6-310 | 2/66 | 7/66 | 9/66 | 4/67 | E. I. Dupont DeNemours and Company | Anhydrous Ammonia Barge | 298 x 53 x 14 2328 Gross | EIDC NO. 53 |
| 1119 | C6-310 | 2/66 | 7/66 | 10/66 | 6/67 | E. I. Dupont DeNemours and Company | Anhydrous Ammonia Barge | 298 x 53 x 14 2328 Gross | EIDC NO. 54 |
| 120 | C6-400 | 3/66 | 6/66 | 9/66 | 10/66 | Dixie Carriers, Inc. | Tank Barge | | DXE 1001 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY                    (Page 54)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1121 | C6-400 | 3/66 | 7/66 | 9/66 | 10/66 | Dixie Carriers, Inc. | Tank Barge | - - | DXE 3002 |
| 1122 | C6-400 | 3/66 | 8/66 | 9/66 | 10/66 | Dixie Carriers, Inc. | Tank Barge | - - | DXE 3003 |
| 1123 | C6-400 | 3/66 | 8/66 | 10/66 | 11/66 | Dixie Carriers, Inc. | Tank Barge | - - | DXE 3004 |
| 1124 | C6-400 | 3/66 | 10/66 | 11/66 | 11/66 | Dixie Carriers, Inc. | Tank Barge | - - | DXE 3005 |
| 1125 | C6-400 | 3/66 | 9/66 | 11/66 | 12/66 | Dixie Carriers, Inc. | Tank Barge | - - | DXE 3006 |
| 1126 | C6-700 | 5/66 | 3/67 | 12/67 | 9/68 | States Steamship Co. | Cargo Vessel - C4 | 579 x 82 x 45.5 13053 Gross | COLORADO 24,000 HP Steam Turbine Single Screw (Box #5 & B7-2969) |
| 1127 | C6-700 | 5/66 | 8/67 | 4/68 | 1/69 | States Steamship Co. | Cargo Vessel - C4 | 579 x 82 x 45.3 13053 Gross | MONTANA 24,000 HP Steam Turbine Single Screw (Box #5 & B7-2969) |
| 1128 | C6-700 | 5/66 | 9/67 | 7/68 | 3/69 | States Steamship Co. | Cargo Vessel - C4 | 579 x 82 x 45.3 13053 Gross | IDAHO 24,000 HP Steam Turbine Single Screw (Box #5 & B7-2969) |
| 1129 | C6-700 | 5/66 | 3/68 | 10/68 | 8/69 | States Steamship Co. | Cargo Vessel - C4 | 579 x 82 x 45.3 13053 Gross | WYOMING 24,000 HP Steam Turbine Single Screw (Box #5 & B7-2969) |
| 1130 | C6-700 | 5/66 | 9/68 | 2/69 | 8/69 | States Steamship Co. | Cargo Vessel - C4 | 579 x 82 x 45.3 13053 Gross | MICHIGAN 24,000 HP Steam Turbine Single Screw (Box #5 & B7-2969) |
| 11 | C6-1042 | 6/66 | 7/66 | 9/66 | 9/66 | G&W Partnership & Gulf State Fishing & Rental Tool, Inc. | Oil Barge | 120 x 50 x 10.25 | GW-200 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY      (Page 55)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1132 | C6-1042 | 6/66 | 7/66 | 9/66 | 9/66 | G&W Partnership & Gulf State Fishing & Rental Tool, Inc. | Oil Barge | 120 x 50 x 10.25 | GS-100 |
| 1133 | C6-1055 | 6/66 | 12/66 | 2/67 | 6/67 | Pittsburg Plate Glass Company | Caustic Soda Barge | 195 x 35 x 11 - | PPG 213 |
| 1134 | C6-1055 | 6/66 | 11/66 | 3/67 | 6/67 | Pittsburg Plate Glass Company | Caustic Soda Barge | 195 x 35 x 11 - | PPG 214 |
| 1135 | C6-1055 | 6/66 | 1/67 | 5/67 | 7/67 | Pittsburg Plate Glass Company | Caustic Soda Barge | 195 x 35 x 11 - | PPG 215 |
| 1136 | C6-1055 | 6/66 | 1/67 | 5/67 | 8/67 | Pittsburg Plate Glass Company | Caustic Soda Barge | 195 x 35 x 11 - | PPG 216 |
| 1137 | C6-1150 | 6/66 | 12/66 | 6/67 | 6/68 | U. S. Coast Guard | Cutter (High Endurance) | 378 x 42 x 26 2946 Gross | WPG719- BOUTWELL 36,000 HP Gas Turbine (Boxes #3-#7 & B7-2969) |
| 1138 | C6-1150 | 8/66 | 6/67 | 9/67 | 8/68 | U. S. Coast Guard | Cutter (High Endurance) | 378 x 42 x 26 2946 Gross | WPG720- SHERMAN 36,000 HP Gas Turbine (Box #3-#7 & B7-2969) |
| 1139 | C6-1150 | 8/66 | 4/67 | 11/67 | 12/68 | U. S. Coast Guard | Cutter (High Endurance) | 378 x 42 x 26 2946 Gross | WPG721- GALLATIN 36,000 HP Gas Turbine (Box #3-#7 & B7-2969) |
| 1140 | C6-1242 | 7/66 | 8/66 | 9/66 | 9/66 | Wood Hopkins Contracting Co., Inc. | Deck Barge | 120 x 42 x 8 - | WOOD-HOPKINS CONTR. CO. |
| 1141 | C6-1415 | 8/66 | 12/66 | 3/67 | 4/67 | Union Carbide Corp. | Tank Barge (Inland) | 214.5 x 50 x 12.5 1370 Gross | CC-115 |
| 1142 | C6-1415 | 8/66 | 12/66 | 4/67 | 5/67 | Union Carbide Corp. | Tank Barge (Inland) | 214.5 x 50 x 12.5 1370 Gross | CC-116 |
| 1143 | C6-1415 | 8/66 | 2/67 | 4/67 | 6/67 | Union Carbide Corp. | Tank Barge (Inland) | 214.5 x 50 x 12.5 1370 Gross | CC-117 |
| 1144 | C6-1415 | 8/66 | 3/67 | 5/67 | 9/67 | Union Carbide Corp. | Tank Barge (Inland) | 214.5 x 50 x 12.5 1370 Gross | CC-118 |
| 1145 | C6-1395 | 8/66 | 11/66 | 2/67 | 3/67 | Interstate Oil Transport Company | Bulk Oil Barge | 400 x 66 x 26.5 6410 Gross | OCEAN 90 |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY                (Page 56)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1146 | C6-1400 | 8/66 | 5/69 | 3/70 | 4/71 | U. S. Navy | DE 1078 Class Ocean Escort Vessel | 438 x 46.75 x 29.25 4100 Ton | DE1078- JOSEPH HEWES 35,000 HP Steam Turbine (Box #6) |
| 1147 | C6-1400 | 8/66 | 7/69 | 5/70 | 5/71 | U. S. Navy | DE 1078 Class Ocean Escort Vessel | 438 x 46.75 x 29.25 4100 Ton | DE1079- BOWEN 35,000 HP Steam Turbine (Box #6) |
| 1148 | C6-1400 | 8/66 | 9/69 | 6/70 | 7/71 | U. S. Navy | DE 1078 Class Ocean Escort Vessel | 438 x 46.75 x 29.25 4100 Ton | DE1080- PAUL 35,000 HP Steam Turbine (Box #6) |
| 1149 | C6-1400 | 8/66 | 11/69 | 8/70 | 9/71 | U. S. Navy | DE 1078 Class Ocean Escort Vessel | 438 x 46.75 x 29.25 4100 Ton | DE1081- AYLWIN 35,000 HP Steam Turbine (Box #6) |
| 1150 | C6-1400 | 8/66 | 1/70 | 11/70 | 10/71 | U. S. Navy | DE 1078 Class Ocean Escort Vessel | 438 x 46.75 x 29.25 4100 Ton | DE1082- ELMER MONTGOMERY 35,000 HP Steam Turbine (Box #6) |
| 1151 | C6-1400 | 8/66 | 7/70 | 1/71 | 12/71 | U. S. Navy | DE 1078 Class Ocean Escort Vessel | 438 x 46.75 x 29.25 4100 Full | DE1083- COOK Steam Turbine (Box #6) |
| 1152 | C6-1400 | 8/66 | 6/70 | 3/71 | 3/72 | U. S. Navy | DE 1078 Class Ocean Escort Vessel | 438 x 46.75 x 29.25 4100 Full | DE1084- McCANDLESS Steam Turbine (Box #6) |
| 1153 | C6-1400 | 8/66 | 7/70 | 5/71 | 6/72 | U. S. Navy | DE 1078 Class Ocean Escort Vessel | 438 x 46.75 x 29.25 4100 Full | DE1085- DONALD B. BEARY Steam Turbine (Box #6) |
| 1154 | C6-1400 | 8/66 | 10/70 | 7/71 | 6/72 | U. S. Navy | DE 1078 Class Ocean Escort Vessel | 438 x 46.75 x 29.25 4100 Full | DE1086- BREWTON Steam Turbine (Box #6) |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY                    (Page 57)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1155 | C6-1400 | 8/66 | 12/70 | 9/71 | 8/72 | U. S. Navy | DE 1078 Class Ocean Escort Vessel | 438 x 46.75 x 29.25 4100 Full | DE1087-KIRK Steam Turbine (Box #6) |
| 1156 | C6-1400 | 8/66 | 2/71 | 12/71 | 10/72 | U. S. Navy | DE 1078 Class Ocean Escort Vessel | 438 x 46.75 x 29.25 4100 Full | DE1088-BARBEY Steam Turbine (Box #6) |
| 1157 | C6-1400 | 8/66 | 4/71 | 3/72 | 12/72 | U. S. Navy | DE 1078 Class Ocean Escort Vessel | 438 x 46.75 x 29.25 4100 Full | DE1089-JESSE L. BROWN Steam Turbine (Box #6) |
| 1158 | C6-1400 | 8/66 | 6/71 | 4/72 | 2/73 | U. S. Navy | DE 1078 Class Ocean Escort Vessel | 438 x 46.75 x 29.25 4100 Full | DE1090-AINSWORTH Steam Turbine (Box #6) |
| 1159 | C6-1400 | 8/66 | 8/71 | 6/72 | 4/73 | U. S. Navy | DE 1078 Class Ocean Escort Vessel | 438 x 46.75 x 29.25 4100 Full | DE1091-MILLER Steam Turbine (Box #6) |
| 1160 | C6-1400 | 8/66 | 10/71 | 8/72 | 6/73 | U. S. Navy | DE 1078 Class Ocean Escort Vessel | 438 x 46.75 x 29.25 4100 Full | DE1092-THOMAS C. HART Steam Turbine (Box #6) |
| 1161 | C6-1400 | 8/66 | 2/72 | 10/72 | 10/73 | U. S. Navy | DE 1078 Class Ocean Escort Vessel | 438 x 46.75 x 29.25 4100 Full | DE1093-CAPODANNO Steam Turbine (Box #6) |
| 1162 | C6-1400 | 8/66 | 3/72 | 12/72 | 12/73 | U. S. Navy | DE 1078 Class Ocean Escort Vessel | 438 x 46.75 x 29.25 4100 Full | DE1094-PHARRIS Steam Turbine (Box #6) |
| 1163 | C6-1400 | 8/66 | 4/72 | 2/73 | 5/74 | U. S. Navy | DE 1078 Class Ocean Escort Vessel | 438 x 46.75 x 29.25 4100 Full | DE1095-TRUETT Steam Turbine (Box #6) |
| 1164 | C6-1400 | 8/66 | 6/72 | 3/73 | 7/74 | U. S. Navy | DE 1078 Class Ocean Escort Vessel | 438 x 46.75 x 29.25 4100 Full | DE1096-VALDEZ Steam Turbine (Box #6) |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY                    (Page 58)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1165 | C6-1400 | 8/66 | 8/72 | 5/73 | 10/74 | U. S. Navy | DE 1078 Class Ocean Escort Vessel | 438 x 46.75 x 29.25 4100 Full | DE1097-MOINESTER Steam Turbine (Box #6) |
| 1166 | C6-1950 | 12/66 | 12/66 | 3/67 | 3/67 | Brown and Root, Inc. | Pipe Laying Barge | 290 x 72 x 22 3890 Gross | 278 |
| 1167 | C6-1794 | 12/66 | 1/67 | 3/67 | 4/67 | LeBeouf Bros. Barge Co. | Oil Barge | 230 x 50 x 10.67 1159 Gross | G-15 |
| 1168 | C6-1794 | 12/66 | 3/67 | 4/67 | 4/67 | LeBeouf Bros. Barge Co. | Oil Barge | 264 x 50 x 11.75 1334 Gross | B-100 |
| 1169 | C6-1794 | 12/66 | 1/67 | 4/67 | 4/67 | LeBeouf Bros. Barge Co. | Oil Barge | 194 x 50 x 12 1128 Gross | LBT #76 |
| 1170 | C7-420 | 3/67 | 5/67 | 7/67 | 8/67 | Spentonbush Transport Service, Inc. | Waste Disposal Barge | 298 x 50 x 20.5 2777 Gross | SPARKLING WATERS |
| 1171 | C7-570 | 4/67 | 5/67 | 11/67 | 5/68 | Pittsburg Plate Glass Company | Caustic Soda Barge | 260 x 52.5 x 12 1633 Gross | PPG-251 |
| 1172 | C7-570 | 4/67 | 6/67 | 4/68 | 6/68 | Pittsburg Plate Glass Company | Caustic Soda Barge | 260 x 52.5 x 12 1633 Gross | PPG-253 |
| 1173 | C7-570 | 4/67 | 11/67 | 4/68 | 6/68 | Pittsburg Plate Glass Company | Caustic Soda Barge | 260 x 52.5 x 12 1633 Gross | PPG-252 |
| 1174 | C7-630 | 4/67 | 5/67 | 8/67 | 9/67 | Interstate Oil Transport Company | Bulk Oil Barge | 300 x 62 x 20 3165 Gross | INTERSTATE 50 |
| 1175 | C7-800 | 5/67 | 11/67 | 5/68 | 6/68 | Midland Enterprises, Inc. | Self-Loading Phosphate Barge | 472.5 x 80 x 42.5 10,851 Gross | FREEPORT 1 |
| 1176 | C7-800 | 5/67 | 1/68 | 10/68 | 10/68 | Midland Enterprises, Inc. | Self-Loading Phosphate Barge | 472.5 x 80 x 42.5 10,851 Gross | FREEPORT 2 |
| 1177 | C6-1150 | 5/67 | 7/67 | 2/68 | 2/69 | U. S. Coast Guard | Cutter (High Endurance) | 378 x 42 x 26 2946 Gross | |
| 1178 | C7-890 | 5/67 | 6/67 | 10/67 | 11/67 | Spentonbush Transport Service, Inc. | Oil Barge (Sea-Going) | 390 x 68 x 29 6294 Gross | WPG722-MORENTHAU Gas Turbine HYGRADE NO. 95 |
| 1179 | C7-1330 | 8/67 | 1/68 | 5/68 | 6/68 | Interstate Oil Transport Company | Oil Barge | 400 x 70 x 27.5 6430 Gross | OCEAN 115 |
| 1180 | C7-1400 | 8/67 | 7/69 | 7/69 | 12/69 | Humble Oil & Refining Company | Tanker (75600 DWT) | 810 x 125 x 54.5 38,144 Gross | ESSO SAN FRANCISCO 19,000 HP Steam Turbine |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 59)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1181 | C7-1400 | 8/67 | 12/68 | 11/69 | 3/70 | Humble Oil & Refining Company | Tanker (75600 DWT) | 810 x 125 x 54.5 38,144 Gross | ESSO BATON ROUGE 19,000 HP Steam Turbine |
| 1182 | C7-1400 | 8/67 | 7/69 | 3/70 | 6/70 | Humble Oil & Refining Company | Tanker (75600 DWT) | 810 x 125 x 54.5 38,144 Gross | ESSO PHILADELPHIA 19,000 HP Steam Turbine |
| 1183 | C6-1150 | 8/67 | 10/67 | 11/68 | 7/69 | U. S. Coast Guard | Cutter (High Endurance) | 378 x 42 x 26 2946 Gross | WPG723- RUSH Gas Turbine |
| 1184 | C7-1700 | 11/67 | 8/69 | 7/70 | 11/70 | Prudential Lines, Inc. | LASH - Cargo Vessel | 772 x 100 x 60 26,406 Gross | LASH ITALIA 32,000 HP Steam Turbines (Box #6) |
| 1185 | C7-1700 | 11/67 | 12/69 | 10/70 | 2/71 | Prudential Lines, Inc. | LASH - Cargo Vessel | 772 x 100 x 60 26,406 Gross | LASH TURKIYE 32,000 HP Steam Turbines (Box #6) |
| 1186 | C7-1700 | 11/67 | 3/70 | 1/71 | 4/71 | Prudential Lines, Inc. | LASH - Cargo Vessel | 772 x 100 x 60 26,406 Gross | LASH ESPANA 32,000 HP Steam Turbines (Box #6) |
| 1187 | C7-1700 | 11/67 | 5/70 | 4/71 | 7/71 | Pacific Far East Line, Inc. | LASH - Cargo Vessel | 772 x 100 x 60 26,406 Gross | THOMAS E. CUFFE 32,000 HP Steam Turbines (Box #6) |
| 1188 | C7-1700 | 11/67 | 7/70 | 5/71 | 9/71 | Pacific Far East Line, Inc. | LASH - Cargo Vessel | 772 x 100 x 60 26,406 Gross | GOLDEN BEAR 32,000 HP Steam Turbines (Box #6) |
| 1189 | C7-1700 | 11/67 | 10/70 | 8/71 | 11/71 | Pacific Far East Line, Inc. | LASH - Cargo Vessel | 772 x 100 x 60 26,406 Gross | PACIFIC BEAR 32,000 HP Steam Turbines (Box #6) |
| 1190 | C7-1700 | 11/67 | 1/71 | 10/71 | 3/72 | Pacific Far East Line, Inc. | LASH - Cargo Vessel | 772 x 100 x 60 26,406 Gross | JAPAN BEAR 32,000 HP Steam Turbines (Box #6) |

VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY          (Page 60)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1191 | C7-1700 | 11/67 | 3/71 | 1/72 | 5/72 | Pacific Far East Line, Inc. | LASH - Cargo Vessel | 772 x 100 x 60 26,406 Gross | CHINA BEAR 32,000 HP Steam Turbines (Box #6) |
| 1192 | C7-1700 | 11/67 | 5/71 | 3/72 | 10/74 | Prudential Lines, Inc. | LASH - Cargo Vessel | 772 x 100 x 60 26,406 Gross | LASH ATLANTICO 32,000 HP Steam Turbines (Box #6) |
| 1193 | C7-1700 | 11/67 | 7/71 | 4/72 | 10/74 | Prudential Lines, Inc. | LASH - Cargo Vessel | 772 x 100 x 60 26,406 Gross | LASH PACIFICO 32,000 HP Steam Turbines (Box #6) |
| 1194 | C7-1700 | 11/67 | 9/71 | 7/72 | 3/73 | Pacific Far East Line, Inc. | LASH - Cargo Vessel | 772 x 100 x 60 26,406 Gross | PHILIPPINE BEAR 32,000 HP Steam Turbines (Box #6) |
| 1195 | C8-260 | 2/68 | 8/68 | 1/69 | 1/69 | Red Star Towing & Transportation Co. | Bulk Cargo Barge | 350 x 66 x 31.5 - | SEA STAR (B5-2791) |
| 1196 | C8-1460 | 9/68 | 1/69 | 7/69 | 8/69 | J. Ray McDermott & Co., Inc. | Pipe Laying Barge | 420 x 120 x 30 11,381 Gross | LAY BARGE NO. 22 |
| 1197 | C9-490 | 3/69 | 7/69 | 11/69 | 11/69 | Interstate Oil Transport Company | Ocean-Going Oil Barge | 400 x 66 x 27 6,278 Gross | OCEAN 96 |
| 1198 | C9-600 | 12/69 | 9/69 | 12/69 | 12/69 | Interstate Oil Transport Company | Bulk Oil Barge | 300 x 62 x 21 3,164 Gross | INTERSTATE 52 |
| 1199 | W9-35 | 8/69 | 8/69 | 11/69 | 11/69 | C. F. Bean, Inc. | Dragline Barge | 145 x 39 x 8 407 Gross | DREDGE NO. 8 |
| 1200 | C8-710 | 4/68 | | | 1/71 | Prudential Lines, Inc. | LASH Lighter Barge | 61.5 x 31 x 12 450 DWT | PL-1-0001 |
| 1559 | C8-710 | 1/69 | | | 2/72 | Prudential Lines, Inc. | LASH Lighter Barge | 61.5 x 31 x 12 450 DWT | PL-1-0360 |

360 TOTAL HULLS

A:M   CONSTRUC

## VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY   (Page 23)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 365 | 4345 | 1/51 | 5/51 | 5/51 | 5/51 | Koch-Ellis Marine Contractors | 8300 BBL Oil Barge | 170 x 35 x 9.5 / 458.48 Gross | KE-24 |
| 366 | 4350 | 1/51 | 2/51 | 4/51 | 8/51 | Superior Oil Co. | Drilling Barge | 150 x 50 x 10 | SUPCO NO. XI |
| 367 | 4355 | 2/51 | 8/51 | 10/51 | 10/51 | Socony-Vacuum Oil Co. | Diesel Tug | 102.5 x 25 x 12.5 / 208.48 Gross | SOCONY 11 Diesel |
| 368 | 4502 | 4/51 | 5/51 | 8/51 | 9/51 | Plaquemine Towing Corp. | Tow Boat | 99 x 26 x 10 / 188 Gross | FRANK W. SANTA |
| 369 | 4514 | 4/51 | 5/51 | 7/51 | 7/51 | The Texas Company | Oil Barge | 299 x 50 x 11 / 1417 Gross | T-7000 |
| 390 | 4518 | 4/51 | 8/51 | 7/51 | 8/51 | Commercial Petro & Transport Co. | Oil Barge | 240 x 50 x 12 | BA-2014 |
| 391 | 4475 | 4/51 | 8/51 | 9/51 | 11/51 | U.S. Navy | Deck Cargo Barge | 110 x 32 x 9 | BC-8171 |
| 392 | 4475 | 4/51 | 8/51 | 10/51 | 11/51 | U.S. Navy | Deck Cargo Barge | 110 x 32 x 9 | BC-8172 |
| 393 | 4475 | 4/51 | 9/51 | 10/51 | 11/51 | U.S. Navy | Deck Cargo Barge | 110 x 32 x 9 | BC-8173 |
| 394 | 4475 | 4/51 | 9/51 | 10/51 | 11/51 | U.S. Navy | Deck Cargo Barge | 110 x 32 x 9 | BC-8174 |
| 395 | 4475 | 4/51 | 9/51 | 10/51 | 11/51 | U.S. Navy | Deck Cargo Barge | 110 x 32 x 9 | BC-8175 |
| 396 | 4475 | 4/51 | 9/51 | 10/51 | 11/51 | U.S. Navy | Deck Cargo Barge | 110 x 32 x 9 | BC-8176 |
| 397 | 4475 | 4/51 | 9/51 | 10/51 | 11/51 | U.S. Navy | Deck Cargo Barge | 110 x 32 x 9 | BC-8177 |
| 398 | 4475 | 4/51 | 9/51 | 10/51 | 11/51 | U.S. Navy | Deck Cargo Barge | 110 x 32 x 9 | BC-8178 |
| 399 | 4475 | 4/51 | 10/51 | 10/51 | 12/51 | U.S. Navy | Deck Cargo Barge | 110 x 32 x 9 | BC-8179 |
| 370 | 4475 | 4/51 | 10/51 | 11/51 | 12/51 | U.S. Navy | Deck Cargo Barge | 110 x 32 x 9 | BC-8180 |

A:U   CONSTRUC

## VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY   (Page 2?)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 461 | 5295 | 5/52 | 7/52 | 7/52 | 7/52 | Mr. Scott Chotin | Deck Cargo Barge | 110 x 30 x 6.5  196 Net | SC-1 |
| 462 | 5295 | 5/52 | 7/52 | 7/52 | 8/52 | Mr. D. W. Rhea | Deck Cargo Barge | 110 x 30 x 6.5  196 Net | LG NO. 1 |
| 463 | 5295 | 5/52 | 7/52 | 8/52 | 8/52 | Mr. D. W. Rhea | Deck Cargo Barge | 110 x 30 x 6.5  196 Net | C&R NO. 3 |
| 464 | 5313 | 6/52 | 8/52 | 7/52 | 7/52 | Freeport Sulphur Co. | Work Barge | 48 x 16 x 3.5  25 Net | F. S. NO. 301 |
| 465 | 5313 | 6/52 | 8/52 | 7/52 | 7/52 | Freeport Sulphur Co. | Work Barge | 48 x 16 x 3.5  25 Net | F. S. NO. 302 |
| 466 | 5319 | 6/52 | 8/52 | 9/52 | 10/52 | The California Company | Compressor Barge | 42 x 20 x 4.5  34.6 Net | |
| 467 | 5319 | 6/52 | 8/52 | 9/52 | 10/52 | The California Company | Compressor Barge | 42 x 20 x 4.5  34.6 Net | |
| 468 | 5295 | 6/52 | 7/52 | 8/52 | 8/52 | Freeport Sulphur Co. | Deck Cargo Barge | 110 x 30 x 6.5  196 Net | F. S. NO. 121 |
| 469 | 5295 | 6/52 | 7/52 | 7/52 | 8/52 | Freeport Sulphur Co. | Deck Cargo Barge | 110 x 30 x 6.5  196 Net | F. S. NO. 122 |
| 460 | 5325 | 6/52 | 11/52 | 1/53 | 7/53 | U.S. Navy | Landing Craft, Mechanized | 56 x 14 x 6'10" | LCM |

**   196 Total Hulls - LCM   **

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 665 | 5325 | 6/52 | 9/53 | 9/53 | 10/53 | U.S. Navy | Landing Craft, Mechanized | 56 x 14 x 6'10" | LCM |
| 664 | 5330 | 6/52 | 9/53 | 1/54 | 3/54 | U.S. Navy | Landing Craft, Utility | 115-1" x 24 x 6 | LCU |

**   93 Total Hulls - LCU   **

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 718 | 5330 | 6/52 | 12/54 | 3/55 | 4/55 | U.S. Navy | Landing Craft, Utility | 115-1" x 24 x 6 | LCU |
| 719 | 5400 | 7/52 | 8/52 | 9/52 | 10/52 | Humble Oil & Refining Company | Deck Cargo Barge | 50 x 18 x 4  29 Gross | HUMBLE 127 |
| 720 | 5402 | 8/52 | 8/52 | 9/52 | 9/52 | The California Company | Work Barge | 60 x 24 x 4  47.8 Gross | 5-32 |

AV CONSTRUC

## VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY     (Page 21)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Delv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 737 | 6076 | 5/53 | 6/53 | 7/53 | 7/53 | Mr. Scott Chotin | Deck Cargo Barge | 110 x 30 x 7 | SC-727 |
| 738 | 6030 | 6/53 | 8/53 | 12/53 | 1/54 | Plaquemine Towing Corp. | Tow Boat | 89 x 20 x 10 267 Gross | GEORGE W. BANTA |
| 739 | 6024 | 6/53 | 1/54 | 1/54 | 1/55 | Navy Bureau Yards & Docks | Floating Crane | 140 x 70 x 12.5 100 | BD NO. 6461 |
| 740 | 6024 | 6/53 | 2/54 | 7/54 | 1/55 | Navy Bureau Yards & Docks | Floating Crane | 140 x 70 x 12.5 100 | BD NO. 6462 |
| 741 | 6165 | 8/53 | 10/53 | 11/53 | 11/53 | Gulf Refining Co. | Tank Cargo Barge | 110 x 30 x 7.5 | GR CO. 711 |
| 742 | 6190 | 9/53 | 9/53 | 10/53 | 10/53 | Philadelphia Quartz Co. | Liquid Cargo Barge | 170 x 35 x 10.5 480.3 | PEQUECO II |
| 743 | 6210 | 9/53 | 10/53 | 10/53 | 10/53 | AMVH Company | Water Barge | 60 x 24 x 6 | GC-20 |
| 744 | 6210 | 9/53 | 10/53 | 10/53 | 10/53 | AMVH Company | Water Barge | 60 x 24 x 6 | WE-10 |
| 745 | 6271 | 10/53 | 12/53 | 4/54 | 4/54 | Freeport Sulphur Co. | Liquid Sulphur Barge | 224 x 39 x 8.5 | FS-19 |
| 746 | 6272 | 10/53 | 11/53 | 12/53 | 1/54 | Ace Terminal & Transit Company | Tank Barge | 199 x 42 x 13.5 | APW-103 |
| 747 | 6274 | 10/53 | . | . | . | A. P. Ward & Son | Tank Barge | 225 x 40 x 11.5 | Cancelled |
| 748 | 6274 | 10/53 | . | . | . | A. P. Ward & Son | Tank Barge | 225 x 40 x 11.5 | Cancelled |
| 749 | 6412 | 12/53 | 7/54 | 1/55 | 4/55 | Navy Bureau Yards & Docks | Floating Crane | 140 x 70 x 12.5 100 | YD-200 |
| 750 | 6439 | 4/54 | 5/54 | 6/54 | 6/54 | Avondale Marine Ways | Deck Cargo Barge | 240 x 72 x 15 | TIDELANDS |
| 751 | 6440 | 4/54 | 5/54 | 5/54 | 5/54 | Garrett & Carter | Water Barge | 60 x 24 x 6 | GC-30 |
| 752 | 6465 | 5/54 | 6/54 | 7/54 | 8/54 | Oil Transport Co., Inc. | Tank Barge | 264 x 50 x 11.25 1200 Gross | BAYOU AVERY |

A:V CONSTRUC

## VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY   (Page 43)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 925 | CB-1428 | 11/58 | 11/58 | 12/58 | 12/58 | Towing Services, Inc. | Hopper Barge | 195 x 35 x 11 / 755 Gross | TS-4 |
| 926 | CB-1495 | 11/58 | 12/58 | 12/58 | 12/58 | Magnolia Towing Company | Hopper Barge | 195 x 35 x 11 / 755 Gross | MTC 103 |
| 927 | CB-1495 | 11/58 | 12/58 | 12/58 | 12/58 | Magnolia Towing Company | Hopper Barge | 195 x 35 x 11 / 755 Gross | MTC 105 |
| 928 | CB-1495 | 11/58 | 12/58 | 1/59 | 1/59 | Magnolia Towing Company | Hopper Barge | 195 x 35 x 11 / 755 Gross | MTC 107 |
| 929 | CB-1495 | 11/58 | 12/58 | 1/59 | 1/59 | Magnolia Towing Company | Hopper Barge | 195 x 35 x 11 / 755 Gross | MTC 109 |
| 930 | CB-73 | 1/59 | 1/59 | 2/59 | 3/59 | John I. Hay Company | Hopper Barge | 195 x 35 x 11 / 801 Gross | JHCO 75 |
| 931 | CB-73 | 1/59 | 1/59 | 3/59 | 3/59 | John I. Hay Company | Hopper Barge | 195 x 35 x 11 / 801 Gross | JHCO 76 |
| 932 | CB-73 | 1/59 | 1/59 | 3/59 | 3/59 | John I. Hay Company | Hopper Barge | 195 x 35 x 11 / 801 Gross | JHCO 77 |
| 933 | CB-73 | 1/59 | 1/59 | 3/59 | 3/59 | John I. Hay Company | Hopper Barge | 195 x 35 x 11 / 801 Gross | JHCO 78 |
| 934 | CB-73 | 1/59 | 2/59 | 3/59 | 3/59 | John I. Hay Company | Hopper Barge | 195 x 35 x 11 / 801 Gross | JHCO 79 |
| 935 | CB-134 | 1/59 | 2/59 | 3/59 | 3/59 | Coastal Fabricators, Inc. | Derrick Barge | 200 x 60 x 12.5 / 1233 Gross | COASTAL NO. 1 |
| 936 | CB-73 | 1/59 | 3/59 | 3/59 | 3/59 | John I. Hay Company | Hopper Barge | 195 x 35 x 11 / 801 Gross | JHCO 81 |
| 937 | CB-73 | 1/59 | 3/59 | 3/59 | 4/59 | John I. Hay Company | Hopper Barge | 195 x 35 x 11 / 801 Gross | JHCO 82 |
| 938 | CB-73 | 1/59 | 3/59 | 4/59 | 4/59 | John I. Hay Company | Hopper Barge | 195 x 35 x 11 / 801 Gross | JHCO 83 |
| 939 | CB-332 | 3/59 | 3/59 | 5/59 | 6/59 | Brewster-Bartle Offshore Company | Drilling Barge | 200 x 54 x 12 | CAILLOU BAY |
| 940 | CB-366 | 3/59 | 4/59 | 6/59 | 6/59 | Offshore Towing Co. | Tank Barge | 244 x 50 x 12 / 1400 Gross | ATC 1700 |

A/M  :ONSTRUC

## VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY   (Page 69)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 2278 | 83-236 | 10/73 | 1/74 | 5/74 | 8/74 | Koch-Ellis Towing Co. | Chemical Barge | 195 x 35 x 12.5 / 845 Gross | KE 41 |
| 2279 | 83-237 | 10/73 | 1/74 | 8/74 | 8/74 | Koch-Ellis Towing Co. | Chemical Barge | 195 x 35 x 12.5 / 845 Gross | KE 42 |
| 2280 | C3-1200 | 10/73 | 4/75 | 10/75 | 9/78 | Zapata Offshore Co. | Mobile Offshore Drilling Unit | 260 x 200 x 80 / 8610 Gross | ZAPATA SARATOGA |
| 2281 | C4-227 | 2/74 | 8/74 | 1/75 | 2/76 | Pittston Marine Corp. | Oil Barge | 316.5 x 69.5 x 26 / 4179 Gross | WESTCHESTER |
| 2282 | C4-223 | 2/74 | 7/75 | 2/76 | 9/76 | SEDCO, Inc. | Semi-Submersible Drill Rig | 225 x 195 x 112 / 7031 Gross | SEDCO 707 |
| 2283 | C3-1200 | 2/74 | 6/75 | 1/76 | 12/76 | Zapata Offshore Co. | Mobile Offshore Drilling Unit | 260 x 200 x 80 / 8594 Gross | ZAPATA YORKTOWN |
| 2284 | C4-432 | 5/74 | (JOB CANCELLED) | | | | | | |
| 2285 | C5-695 | 7/75 | (JOB CANCELLED) | | | | | | |
| 2286 | C5-695 | 7/75 | (JOB CANCELLED) | | | | | | |
| 2287 | C5-695 | 7/75 | (JOB CANCELLED) | | | | | | |
| 2288 | VOID | | | | | | | | |
| 2289 | VOID | | | | | | | | |
| 2290 | VOID | | | | | | | | |
| 2291 | VOID | | | | | | | | |
| 2292 | VOID | | | | | | | | |
| 2293 | VOID | | | | | | | | |
| 2294 | VOID | | | | | | | | |
| 2295 | C4-1820 | 12/74 | 7/76 | 8/77 | 11/77 | The Standard Oil Co. of Ohio | Crude Oil Tanker (164,000DWT) | 893.5 x 173 x 75 / 74,250 Gross | ATIGUN PASS Steam Turbine |
| 2296 | C4-1820 | 12/74 | 11/76 | 9/77 | 2/78 | The Standard Oil Co. of Ohio | Crude Oil Tanker (164,000DWT) | 893.5 x 173 x 75 / 74,250 Gross | KEYSTONE CANYON Steam Turbine |

## VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY   (Page 74)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 2352 | C3-2500 | 12/85 | 11/87 | 5/89 | 4/91 | U. S. Navy | LSD-41 Class Landing Ship Dock | 609.6 x 84 x 44.5 15,623 Full | LSD-47 RUSHMORE Diesel |
| 2353 | C3-250E | 12/85 | 4/86 | 11/88 | 3/92 | U. S. Navy | LSD-41 Class Landing Ship Dock | 609.6 x 84 x 44.5 15,623 Full | LSD-49 ASHLAND Diesel |
| 2354 | C5-200A | 6/85 | 8/86 | 10/87 | 9/88 | U. S. Navy | T-AO 187 Class Aux. Oiler | 677.5 x 97.5 x 50 15,922 Gross | T-AO 193 WALTER S. DIEHL Diesel |
| 2355 | C5-200B | 2/86 | 7/87 | 12/88 | 8/89 | U. S. Navy | T-AO 187 Class Aux. Oiler | 677.5 x 97.5 x 50 15,922 Gross | T-AO 195 LEROY GRUMMAN Diesel |
| 2356 | C5-200C | 2/87 | 2/88 | 9/89 | 7/90 | U. S. Navy | T-AO 187 Class Aux. Oiler | 677.5 x 97.5 x 50 15,922 Gross | T-AO 197 PECOS Diesel |
| 2357 | C7-275 | 9/87 | 9/87 | 2/88 | 2/88 | PRI International | Oil Tank Barge | 263 x 60 x 19 2299 Gross | HUI MAANA |
| 2358 | C5-200D | 6/88 | 3/89 | 4/90 | 3/91 | U.S. Navy | T-AO 187 Class Aux. Oiler | 677.5 x 97.5 x 50 15,922 Gross | T-AO 194 JOHN ERICSSON Diesel |
| 2359 | C5-200E | 6/88 | 7/89 | 9/90 | 12/91 | U.S. Navy | T-AO 187 Class Aux. Oiler | 677.5 x 97.5 x 50 15,922 Gross | T-AO 196 KANAWHA Diesel |
| 2360 | C3-230A | 6/88 | 4/91 | 1/93 | . | U.S. Navy | LSD-41 Class (CV) Landing Ship Dock | 609.7 x 84 x 44 16,708 Full | LSD-49 (CV) HARPERS FERRY Diesel |
| 2361 | C5-275A | 6/88 | 10/88 | 2/91 | 5/92 | U.S. Navy | T-AO 187 Class Aux. Oiler | 677.5 x 97.5 x 50 15,922 Gross | T-AO 198 BIG HORN Diesel |
| 2362 | C5-275B | 10/88 | 7/90 | 10/91 | 9/92 | U.S. Navy | T-AO 187 Class Aux. Oiler | 677.5 x 97.5 x 50 15,922 Gross | T-AO 200 GUADALUPE Diesel |
| 2363 | C5-275C | 10/88 | 5/91 | 2/93 | 3/94 | U.S. Navy | T-AO 187 Class Aux. Oiler | 677.5 x 97.5 x 50 15,922 Gross | T-AO 202 YUKON Diesel |

A:U CONSTRUC

## VESSELS CONSTRUCTED AT AVONDALE SINCE FOUNDING OF COMPANY   (Page 1)

| Hull No. | Job No. | Order Date | Keel Date | Launch Date | Deliv. Date | Customer | Type of Vessel | Size Length x Beam x Depth (ft.) Tonnage | Identification/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 2364 | C8-275D | 10/88 | 6/92 | | | U.S. Navy | T-AO 187 Class Aux. Oiler | 677.5 x 97.5 x 50 15,922 Green | T-AO 204 RAPPAHANNOCK Diesel |
| 2365 | C8-275E | 3/89 | 11/90 | 5/92 | 2/93 | U.S. Navy | T-AO 187 Class Aux. Oiler | 677.5 x 97.5 x 50 15,922 Green | T-AO 199 TIPPECANOE Diesel |
| 2366 | C8-275F | 3/89 | 10/91 | . | . | U.S. Navy | T-AO 187 Class Aux. Oiler | 677.5 x 97.5 x 50 15,922 Green | T-AO 201 PATUXENT Diesel |
| 2367 | C8-275G | 3/89 | 1/94 | . | . | U.S. Navy | T-AO 187 Class Aux. Oiler | 677.5 x 97.5 x 50 15,922 Green | T-AO 203 LARAMIE Diesel |
| 2368 | C8-210 | 5/89 | 11/89 | 2/91 | 1/92 | City of New York | Floating Prison | 625 x 125 x 18 17,000 Green | VERNON C. BAIN 800 Bed |
| 2369 | C8-230B | 12/89 | 11/91 | 10/93 | . | U.S. Navy | LSD-41 Class (CV) Landing Ship Dock | 609.7 x 84 x 44 16,708 Full | LSD-50 (CV) CARTER HALL Diesel |
| 2370 | CO-100 | 4/90 | 5/91 | 6/92 | 5/93 | U.S. Navy | Oceanographic Research Vessel | 452 x 69 x 27 12,180 Green | T-AGS 45 USN WATERS |
| 2371 | C8-230C | 3/91 | 9/92 | . | . | U.S. Navy | LSD-41 Class (CV) Landing Ship Dock | 609.7 x 84 x 44 16,708 Full | LSD-51 (CV) OAK HILL |
| 2372 | C3-140 | 7/93 | . | . | . | U.S. Navy | Polar Icebreaker | 420 x 82 x 42 15,363 Green | WAGB 20 HEALY |
| 2373 | C3-222A | 9/93 | . | . | . | U.S. Navy | Strategic Sealift Ship | 950 x 105 x 92 61,300 Green | USNS BOB HOPE |
| 2374 | Reserved for Sealift | | | | | | | | |
| 2375 | Reserved for Sealift | | | | | | | | |
| 2376 | Reserved for Sealift | | | | | | | | |
| 2377 | Reserved for Sealift | | | | | | | | |
| 2378 | Reserved for Sealift | | | | | | | | |
| 2379 | C3-300 | 10/93 | . | . | . | U.S. Navy | LSD-41 Class (CV) Landing Ship Dock | 609.7 x 84 x 44 16,708 Full | LSD-52 (CV) PEARL HARBOR |

Industries,
New Orleans, LA 70150-0280
Purchasing AVONPUR NLN 78-4254
Program Management AVONPRMG MCI 6821146



**Avondale**
Shipyards Division

November 12, 1993

Mr. Andrew L. Plauche, Jr.
210 St. Charles Avenue
Suite 4240
New Orleans, Louisiana  70170-4240

Dear Mr. Plauche:

Enclosed for your information is a copy of "Record of Vessels Constructed at Avondale".

If you have any questions, please feel free to contact me.

Sincerely,

Steven M. Bossier
Insurance Manager

SMB/jtr
enclosure