

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 1 2 2007

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Anton Wagner v. Mississippi Rubber & Specialty Co., et al.,* S.D. Mississippi, C.A. No. 1:06-1277

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Wagner*) on February 9, 2007. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Wagner* filed a notice of opposition to the proposed transfer. Plaintiff in *Wagner* subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-274" filed on February 9, 2007, is LIFTED insofar as it relates to this action. The action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James T. Giles.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 4980

OFFICIAL FILE COPY
IMAGED MAR 1 2 2007