

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 13 2007

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY  :
LITIGATION (NO. VI)                 :
                                    :
_____ x

This Document Relates to:           :         CIVIL ACTION NO. 2 MDL 875

United States District Court        :
Northern District of California     :
   (San Francisco Division)         :

BALLENGER, et al., No. C 06 02271 CW :
                                    :
[In the event the above-listed case is a multiple :
plaintiff (victim) action, this transfer is for the :
above-named party only, or said parties repre-  :
sentative, and any spousal or dependent actions.]:
_____ x

PLEADING NO. 4982

RECEIVED
CLERK'S OFFICE
2007 MAR -5 A 9:29
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

### SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the Superior Court for the State of California, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since this is a serious malignancy case and all remaining issues between the parties will be best handled by the trial court;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

MDL-875   RECOMMENDED ACTION
CRO - one action
Approved/Date: RN 3/5/07

**OFFICIAL FILE COPY**

IMAGED MAR 1 4 2007

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Northern District of California for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 2/12/2007

James T. Giles            J.