DOCKET NO. 875
BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

This document relates to the
following case:

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AURELIE BREAUX WAGUESPACK<br>Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§<br>§ | CIVIL ACTION<br>NO:06-965-FJP-CN |
| ANCO INSULATIONS, INC., et al.,<br>Defendants | §<br>§ | |

## MOTION TO VACATE
## CONDITIONAL TRANSFER ORDER NO. 274

COMES NOW Plaintiff in the above styled case and respectfully moves the Panel to Vacate Conditional Transfer Order No. 274, which would transfer this case to the United States District Court for the Eastern District of Pennsylvania. This case should not be transferred because the basis for removal – federal officer jurisdiction – is no longer valid. The parties have agreed to dismissal of the alleged federal officer defendant, and no other basis for federal jurisdiction exists in this case.

For these reasons, addressed more fully in the attached brief, Plaintiff urges the Panel to vacate Conditional Transfer Order No. 274 to the extent that it transfers this case to the Eastern District of Pennsylvania.

**MOTION TO VACATE CTO-274 -- PAGE 1**

Respectfully submitted,

_____
Jody E. Anderman, LA Bar Roll No. 18764
LEBLANC & WADDELL, LLP
6955 Perkins Road, Suite 100
Baton Rouge, Louisiana 70808
Telephone: (225) 768-7222
Facsimile: (225) 768-7999
ATTORNEYS FOR PLAINTIFF,
AURELIE BREAUX WAGUESPACK

**MOTION TO VACATE CTO-274 -- PAGE 2**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 13 2007

FILED
CLERK'S OFFICE

DOCKET NO. 875
BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

This document relates to the
following case:

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AURELIE BREAUX WAGUESPACK<br>Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§<br>§ | CIVIL ACTION<br>NO:06-965-FJP-CN |
| ANCO INSULATIONS, INC., et al.,<br>Defendants | §<br>§ | |

## BRIEF IN SUPPORT OF MOTION TO VACATE
## CONDITIONAL TRANSFER ORDER NO. 274

COMES NOW Plaintiff in the above styled case and submits this Brief in Support of Motion to Vacate Conditional Transfer Order No. 274. Plaintiff would respectfully show this Court as follows:

**I.**

This case was removed to federal court on December 19, 2006, by third-party defendant Fidelity & Casualty Company of New York. Fidelity and Casualty Company of New York was made a third-party defendant by Eagle, Inc., another defendant in the case. Eagle, Inc. sued Fidelity & Casualty Company of New York as an alleged insurer of Delta Shipbuilding Company, Inc.

BRIEF IN SUPPORT OF
MOTION TO VACATE CTO-274 -- PAGE 1

## II.

Fidelity & Casualty Company of New York alleged that Delta Shipbuilding, Inc. was acting under the direction of a federal officer and that federal jurisdiction was proper under 28 U.S.C. § 1442.

## III.

After consultation, Plaintiff and Defendant Eagle, Inc. have ascertained that the evidence does not support a finding of liability against Delta Shipbuilding, Inc. Therefore, even assuming that Delta Shipbuilding, Inc. was acting under a federal officer, jurisdiction would not be proper under 28 U.S.C. § 1442. Plaintiff and Eagle, Inc. are preparing a joint motion to dismiss Fidelity & Casualty Company of New York and remand the case to state court.

## IV.

For these reasons, Plaintiff respectfully requests that this Panel vacate Conditional Transfer Order No. 274 to the extent that it transfers this case to the Eastern District of Pennsylvania.

Respectfully submitted,

Jody E. Anderman, LA Bar Roll No. 18764
LEBLANC & WADDELL, LLP
6955 Perkins Road, Suite 100
Baton Rouge, Louisiana 70808
Telephone: (225) 768-7222
Facsimile: (225) 768-7999
ATTORNEYS FOR PLAINTIFF,
AURELIE BREAUX WAGUESPACK

**BRIEF IN SUPPORT OF**
**MOTION TO VACATE CTO-274 -- PAGE 2**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DOCKET NO. 875
BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR 13 2007

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

This document relates to the
following case:

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AURELIE BREAUX WAGUESPACK<br>Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION<br>NO:06-965-FJP-CN |
| | § | |
| ANCO INSULATIONS, INC., et al.,<br>Defendants | §<br>§ | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Motion to Vacate, Brief in Support of Motion to Vacate Conditional Transfer Order No. 274, and this Certificate of Service was served by First Class Mail and/or Electronic Transmission (**as indicated by \*\*\***) on Monday, March 12, 2007 to the Middle District of Louisiana and to the following:



2007 MAR 13 A 10:25
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

**CERTIFICATE OF SERVICE - MOTION TO VACATE CTO-274 -- PAGE 1**

| | | |
|---|---|---|
| Richard C. Binzley<br>Thompson Hine, LLP<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | David C. Landin<br>Hunton & Williams, LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Robert N. Spinelli<br>Kelley, Jasons, McGuire<br>  & Spinelli<br>Center Square West<br>15th Floor<br>Philadelphia, PA 19102 |
| Edward J. Cass<br>Gallagher, Sharp, Fulton &<br>Norman<br>Bulkley Building, 7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | Gene Locks<br>Locks Law Firm, LLC<br>1500 Walnut Street<br>Philadelphia, PA 19102 | Robert E. Swickle<br>Jaques Admiralty<br>  Law Firm, P.C.<br>1570 Penobscot Building<br>The Maritime Asbestosis<br>  Legal Clinic<br>Detroit, MI 48226 |
| Adam M. Chud<br>Goodwin Procter, LLP<br>901 New York Avenue, N.W.<br>Washington, DC 20001 | Edward R. McGowan ***<br>Montgomery Barnett<br>3200 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163-3200<br>emcgowan@monbar.com | Andrew J. Trevelise<br>Reed Smith LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 |
| David A. Damico<br>Burns, White & Hickton, LLC<br>Four Northshore Center<br>106 Isabella Street<br>Pittsburgh, PA 15212 | Ronald L. Motley<br>Motley Rice, LLC<br>P. O. Box 1792<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464 | James K. Weston III<br>Tom Riley Law Firm<br>4040 First Avenue, N.E.<br>P. O. Box 998<br>Cedar Rapids, IA 52406 |
| Raymond P. Forceno<br>Forceno & Hannon<br>111 So. Independence Mall East<br>The Bourse, Suite 1000<br>Philadelphia, PA 19106-2574 | John J. Repcheck<br>Marks, O'Neill, O'Brien &<br>Courtney<br>3200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Gary M. Zwain ***<br>Duplass, Zwain, Bouregois<br>  Morton, Pfister, et al<br>3838 North Causeway Blvd.<br>Suite 2900<br>Metairie, LA 70002<br>gzwain@duplass.com |
| Ellen B. Furman<br>Goldfein & Hosmer<br>1600 Market Street<br>33rd Floor<br>Philadelphia, PA 19103 | John D. Roven<br>Roven-Kaplan, L.L.P.<br>2190 North Loop West<br>Suite 410<br>Houston, TX 77018 | Regional S. Kramer<br>Oldham & Dowling<br>195 South Main Street, Suite 300<br>Akron, OH 44308-1314 |
| Susan M. Hansen<br>Brownson & Ballou<br>225 South Sixth Street<br>Suite 4800<br>Minneapolis, MN 55402 | Richard D. Schuster<br>Vorys, Sater, Seymour &<br>  Pease, LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216 | Neil Selman<br>Selman, Brietman & Burgess<br>11766 Wilshire Boulevard<br>Sixth Floor<br>Los Angeles, CA 90025 |

**CERTIFICATE OF SERVICE - MOTION TO VACATE CTO-274 -- PAGE 2**

_____
Jody E. Anderman, LA Bar Roll No. 18764
LEBLANC & WADDELL, LLP
6955 Perkins Road, Suite 100
Baton Rouge, Louisiana 70808
Telephone: (225) 768-7222
Facsimile: (225) 768-7999
ATTORNEYS FOR PLAINTIFF,
AURELIE BREAUX WAGUESPACK

**CERTIFICATE OF SERVICE - MOTION TO VACATE CTO-274 -- PAGE 3**