**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 21 2007

FILED
CLERK'S OFFICE

1  WILLIAM A. LEVIN, ESQ., [CA SBN 98592]
   JEFFREY A. KAISER, ESQ., [CA SBN 160594]
2  MARTHA A. H. BERMAN, ESQ., [SBN 122212]
   **LEVIN SIMES KAISER & GORNICK LLP**
3  One Bush Street, 14th Floor
   San Francisco, CA 94104
4  Telephone: (415) 646-7160
   Fax: (415) 981-1270

5  Attorneys for PLAINTIFFS
   CARLA GROCE, ET AL.

PLEADING NO. 4986

## BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| CARLA GROCE, individually and on Behalf of the Estate of KENLEY GROCE, decedent; JENNIFER GROCE; by and through her Guardian Ad Litem, KELLY GROCE AND DOES ONE through TEN, inclusive,<br><br>Plaintiffs,<br><br>vs.<br><br>OWENS-ILLINOIS INC.; TODD SHIPYARDS CORPORATION; AND ELEVENTH DOE THROUGH THREE HUNDREDTH DOE, INCLUSIVE,<br><br>Defendants. | MDL Docket No. 875—In re Asbestos Products Liability Litigation (No. VI)<br><br>**NOTICE OF OBJECTION, AND OPPOSITION TO CONDITIONAL TRANSFER ORDER; DECLARATION IN SUPPORT**<br><br>[From the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO: The Honorable Jeffrey S. White<br>Courtroom: Courtroom 2, 17th Floor<br>Case No. C 07-0241 JSW]<br><br>Orig. PI Complaint Filed: March 22, 2005<br>WD Complaint Filed: November 20, 2006 |

Plaintiffs, minor JENNIFER GROCE, CARLA GROCE and KELLY GROCE, object to any Conditional Transfer Order of this case. Plaintiffs have filed a Motion to Remand in the Northern District of California. That Court has set a briefing schedule to hear this matter and the briefs have been submitted. There will be a hearing in the Northern District of California and

I:\0022.Groce\Removal\Obj.Conditional Transfer.doc    - 1 -    OBJECTION/OPPOSITION TO CONDITIONAL TRANSFER ORDER

**OFFICIAL FILE COPY**

IMAGED MAR 21 2007

Plaintiffs should be able to get their day in court on this matter that is very important to them. See Declaration of Martha A. H. Berman.

Plaintiffs object to any Conditional Transfer Order to the extent it would transfer their case to the Eastern District of Pennsylvania for consolidation with MDL asbestos cases, and until such time as the U.S. District Court for the Northern District of California decides a fully briefed motion to remand. Plaintiffs object on the basis that grounds for the removal of this action from state court was improper, the removing defendant's strategy and arguments in favor of removal are frivolous, the Northern District of California is better situated to decide the unique factual issues and questions of California law that are pertinent to the remand motion, and there are no issues raised by the remand motion that would be uniquely raised in asbestos cases.

Dated: March 19, 2007

LEVIN SIMES KAISER & GORNICK LLP

By: _____
Martha A. H. Berman
Attorneys for Plaintiffs

```
 1  WILLIAM A. LEVIN, ESQ. [SBN 98592]
    MARTHA A. H. BERMAN, ESQ. [SBN 122212]
 2  LEVIN SIMES & KAISER LLP
    One Bush Street, 14th Floor
 3  San Francisco, California 94104
    Telephone    (415) 646-7160
 4  Facsimile    (415) 981-1270

 5  Attorneys for Plaintiffs
    KEN GROCE AND CARLA GROCE
 6
 7            BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION
 8
 9  CARLA GROCE, individually and on Behalf  )  MDL Docket No. 875—In re Asbestos
    of the Estate of KENLEY GROCE, decedent; )  Products Liability Litigation (No. VI)
10  JENNIFER GROCE; by and through her       )
    Guardian Ad Litem, KELLY GROCE AND       )
11  DOES ONE through TEN, inclusive,         )  NOTICE OF OBJECTION, AND
                                             )  OPPOSITION TO CONDITIONAL
12                                           )  TRANSFER ORDER; DECLARATION
                 Plaintiffs,                 )  IN SUPPORT
13                                           )
    vs.                                      )
14                                           )  [From the UNITED STATES DISTRICT
                                             )  COURT, NORTHERN DISTRICT OF
15  OWENS-ILLINOIS INC.;TODD SHIPYARDS       )  CALIFORNIA, SAN FRANCISCO:
    CORPORATION; AND ELEVENTH DOE            )  The Honorable Jeffrey S. White
16  THROUGH THREE HUNDREDTH DOE,             )  Courtroom:   Courtroom 2, 17th Floor
    INCLUSIVE,                               )  Case No. C 07-0241 JSW]
17                                           )
                 Defendants.                 )
18                                           )
19  _____
20
21  I, MARTHA A. H. BEMAN, declare:
22      1. I am an attorney-at-law duly licensed to practice before the courts of the State of California
23  and am associated with the law firm of Levin, Simes, Kaiser & Gornick, attorneys of record in the
24  above-entitled action. I make this declaration of my own knowledge and if called as a witness in this
25  action I could and would testify competently thereto.
26
27  I:\0022.Groce\Removal\Obj.Conditional           - 3 -    DECLARATION OF MARTHA A. H. BERMAN IN
    Transfer.doc                                             SUPPORT OF OBJECTION/OPPOSITION TO
28                                                           CONDITIONAL TRANSFER ORDER
```

2. Plaintiffs, one of whom is a minor, her sister and their mother, filed a Motion to Remand in response to defendant Todd Shipyards removing this case to the District Court, Northern District of California. That Federal Court in Northern California has already set a briefing schedule to hear this matter and opposition and reply briefs have already been submitted..

3. There will be a hearing in the Northern District of California and Plaintiffs should be able to get their day in court on this matter that is very important to them before this matter is sent to the Eastern District of Pennsylvania for consolidation with the MDL asbestos cases, where it likely will not be heard - ever.

5. Plaintiffs believe that the basis for defendant Todd Shipyard's the removal of this action from state court was improper and the removing defendant's strategy and arguments in favor of removal are frivolous. Plaintiffs further believe that the Northern District of California is better situated to decide the unique factual issues and questions of California law that are pertinent to the remand motion, and there are no issues raised by the remand motion that would be uniquely raised in asbestos cases.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed this 19th day of March, 2007 in San Francisco, California.

_____
Martha A.H. Berman