**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 22 2007

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Shirley Sommers, et al. v. Air Liquide-Big Three, Inc., et al.*, E.D. Louisiana, C.A. No. 2:07-577

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Sommers*) on March 8, 2007. The Panel has now been advised that *Sommers* was remanded to the Civil District Court for the Parish of Orleans, Louisiana, by the Honorable Lance M. Africk in an order filed on March 19, 2007.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-275" filed on March 8, 2007, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 4989

**OFFICIAL FILE COPY**

IMAGED MAR 22 2007