# MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 23 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Asbestos Products Liability Litigation                                Re MDL-875

PLEADING NO. 4992

Re: Eddie Joe Wooten and Marie Wooten v. Certainteed Corporation, et al.
U.S. District Court – Western District of Arkansas - ARW 2 – Civil Action No. 07-2004

### NOTICE OF OPPOSITION TO
### CONDITIONAL TRANSFER ORDER (CTO-275)

COMES NOW the Plaintiffs, by and through their undersigned counsel, and hereby notifies the Court of their opposition to transfer this case to the Eastern District of Pennsylvania. Plaintiff has moved for remand of this action to state court as Plaintiff believes that the Federal Court lacks subject matter jurisdiction over this case.

Respectfully submitted,

RUSSELL B. WINBURN
Arkansas Bar No. 87193
Odom Law Firm, P.A.
1 East Mountain
Fayetteville, Arkansas 72701
(479) 442-7575

ATTORNEYS FOR PLAINTIFFS,
EDDIE JOE WOOTEN and MARIE WOOTEN

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
2007 MAR 22 A 11: 43
RECEIVED
CLERK'S OFFICE

## OFFICIAL FILE COPY

**IMAGED** MAR 2 3 2007



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 23 2007

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Asbestos Products Liability Litigation

Re MDL-875

### Schedule of Actions

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br><br>Eddie Joe Wooten<br>Marie Wooten<br><br>**Movant:**<br><br><br>**Defendants:**<br><br>CertainTeed Corporation,<br>Darragh Company,<br>Georgia Pacific Corporation,<br>Kelly-Moore Paint Company, Inc. | Western District of Arkansas | 2:07:2004 | Honorable Robert T. Dawson |

2007 MAR 22 A 11:43   RECEIVED CLERK'S OFFICE   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 23 2007

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Asbestos Products Liability Litigation

Re MDL-875

### Proof of Service

I hereby certify that a copy of the foregoing Notice of Opposition, Schedule of Actions and this Certificate of Service was served by First Class Mail and facsimile service on May 22, 2007, to the following:

Clerk, Western District of Arkansas
Mr. Christopher R. Johnson
U. S. District Clerk
Judge Isaac C. Parker Federal Building, Room 1038
South 6th Street and Rogers Avenue
Fort Smith, Arkansas 72902-1547

**ATTORNEY FOR DEFENDANT CERTAINTEED CORP.:**

Mr. William C. Harrison
Deutsch, Kerrigan & Stiles
755 Magazine St.
New Orleans, LA 70130

**ATTORNEY FOR DEFENDANT DARRAGH COMPANY:**

Mr. Richard N. Watts
Watts, Donovan & Tilley
200 S. Commerce, Ste. 200
Little Rock, AR 72201

2007 MAR 22 A 11:43
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED
CLERK'S OFFICE

## ATTORNEY FOR DEFENDANT KELLY-MOORE PAINT:

Mr. Franklin A. Poff, Jr.
Crisp, Boyd & Poff & Burgess, L.L.P.
2301 Moores Lane
P.O. Box 6297
Texarkana, TX 75505-6297

## ATTORNEY FOR DEFENDANT GEORGIA-PACIFIC CORPORATION:

Mr. Jason Reed
Shults Law Firm
200 West Capitol, Suite 1600
Little Rock, AR 72201-3637

_____
RUSSELL B. WINBURN