# WEITZ & LUXENBERG
### A PROFESSIONAL CORPORATION
### LAW OFFICES

180 MAIDEN LANE • NEW YORK, N.Y. 10038-4925
TEL. 212-558-5500           FAX 212-344-5461
WWW.WEITZLUX.COM

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 23 2007

FILED
CLERK'S OFFICE

PERRY WEITZ
ARTHUR M. LUXENBERG
ROBERT J. GORDON ††

BRYAN BELASKY
EDWARD S. BOSEK
MARISSA BOSEK
JOHN M. BROADDUS ⋈
DANIEL C. BURKE
PATTI BURSHTYN ††
LISA NATHANSON BUSCH
DAVID A. CHANDLER
VINCENT CHENG
EILEEN CLARKE
THOMAS COMERFORD ††
BENJAMIN DARCHE
CHARLES M. FERGUSON

STUART R. FRIEDMAN
STEVEN J. GERMAN ▲
LAWRENCE GOLDHIRSCH ⋈
ROBIN L. GREENWALD
EDWARD J. HAHN •
CATHERINE HEACOX ††
RENEE L. HENDERSON ⋈
MARIE L. IANNIELLO †⋈
ERIK JACOBS
GARY R. KLEIN ††
JERRY KRISTAL ⋈
DEBBI LANDAU
ROBERTO LARACUENTE •

DIANNE LE VERRIER
HANNAH LIM ††
JAMES C. LONG, JR. ⋈
VICTORIA MANIATIS ††
RICHARD S. McGOWAN • †† ‡
C. SANDERS McNEW •§
WILLIAM J. NUGENT
MICHAEL E. PEDERSON
PAUL J. PENNOCK ‡
STUART S. PERRY •
ELLEN RELKIN •▲
STEPHEN J. RIEGEL ††
MICHAEL P. ROBERTS

CHRIS ROMANELLI ††
DAVID ROSENBAND
SHELDON SILVER •
FRANKLIN P. SOLOMON ¶
JAMES S. THOMPSON ††
JOSH VITOW
DOUGLAS D. VON OISTE ‡
JOSEPH P. WILLIAMS
NICHOLAS WISE
LAUREN WOLPIN ≈
ALLAN ZELIKOVIC
GLENN ZUCKERMAN

* Of Counsel
‡ Also admitted in CT
⋈ Also admitted in FL
†† Also admitted in MA
¶ Also admitted in NJ
§ Also admitted in DC
| Also admitted in NJ and CT
≈ Also admitted in NJ and PA
▲ Also admitted in NJ and DC
¶ Admitted only in NJ and PA
* Also admitted in DC and TX
⋈ Admitted only in DC, MD, PA and VA
• Also admitted in DC, VA
≈ Admitted only in CO
> Admitted only in IL

**BY FAX AND MAIL**

March 22, 2007

Mr. Jeffery N. Luthi
Clerk, Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Re: Notice of Opposition To Conditional Transfer Order (CTO-275),
<u>In re: Asbestos Products Liability Litigation (No. VI)</u>, Docket No. 875

Dear Mr. Luthi:

Counsel for plaintiffs in <u>Talbot P. Frawley, et al., v. General Electric Co., et al.</u>, No. 06-15395 (S.D.N.Y.), one of the cases included in Conditional Transfer Order (CTO-275) filed on March 8, 2007, respectfully submits this Notice of Opposition to CTO-275, and its transfer of this case to the United States District Court for the Eastern District of Pennsylvania.

Plaintiff Talbot Frawley is dying of mesothelioma. Attached is a letter of Dr. Jacqueline Moline to counsel, dated January 8, 2007, which previously was submitted in support of plaintiff's application to take an expedited deposition of Mr. Frawley, which U.S. District Judge Colleen McMahon granted in a Scheduling Order, dated January 18, 2007. Dr. Moline's letter states that Mr. Frawley's "median life expectancy from the time of diagnosis [which she states to be on August 21, 2006] to death is under a year." Mr. Frawley's deposition has been completed last month in accordance with Judge McMahon's Order.

**OFFICIAL FILE COPY**

210 LAKE DRIVE EAST, SUITE 101 • CHERRY HILL, NJ 08002 • TEL 856-755-1115 • FAX 856-755-1995
76 SOUTH ORANGE AVENUE, SUITE 201 • SOUTH ORANGE, NJ 07079 • TEL 973-761-8995 • FAX 973-763-4020
215 SOUTH MONARCH STREET, SUITE 202 • ASPEN, CO 81611 • TEL 970-925-6101 • FAX 970-925-6035

IMAGED MAR 23 2007

Moreover, without any objection by defendants' counsel in this case at a discovery conference held on February 6, 2007, U.S. Magistrate Judge Michael H. Dollinger issued an expedited Discovery Order, dated February 6, 2007, a copy of which is attached. The parties have already served their initial discovery requests, as provided for in that order. The Order further requires all discovery to be completed by September 28, 2007.

Because of Mr. Frawley's rapidly deteriorating and fatal medical condition and the scheduling and commencement already of expedited discovery in the U.S. District Court for the Southern District of New York, plaintiffs submit that the transfer of their case to the In re: Asbestos Products Liability Litigation (No. VI) will eliminate any possibility that he will be alive to attend his trial, or even that he will get to participate in the discovery of his case. Accordingly, plaintiffs respectfully submit that their case not be transferred by CTO-275, and that discovery be allowed to continue pursuant to Magistrate Judge Dollinger's order.[1]

Respectfully submitted,

**WEITZ & LUXENBERG, P.C.**
Attorneys for Plaintiffs

By: _____
Stephen J. Riegel (SR-6832)
(212) 558-5838

Encls.

cc: All Counsel on Service List (By Mail)

---

[1] Because of its potential relevance to the transfer of their case, plaintiffs briefly wish to clarify the type and status of Mr. Frawley's earlier-filed asbestos personal injury complaint in the U.S. District Court for the Northern District of Ohio, No: 1:97 CV 12066, which is referred to in Judge McMahon's Order, dated March 13, 2007. This action alleged claims against General Electric Co. and others for Mr. Frawley's non-malignant injuries from his maritime asbestos exposures. It was transferred to the In re: Asbestos Products Liability Litigation (No. VI), MDL 875, and subsequently administratively dismissed pursuant to Administrative Order No. 8, filed on January 15, 2002.

The current case was filed in New York Supreme Court in November 2006 and alleged claims for Mr. Frawley's recently-diagnosed mesothelioma. This separate lawsuit is permitted under the "second disease" rule adopted by the Appellate Division, First Department of the New York Supreme Court and other Departments of that court. See Fusaro v. Porter-Hayden Co., 145 Misc. 2d 911 (Sup. Ct. N.Y. Co. 1989), aff'd, 170 A.D.2d 239 (1st Dep't 1991); Rossow v. KMH Homes, Inc., 17 A.D.3d 1121 (4th Dep't 2005).



**MOUNT SINAI SCHOOL OF MEDICINE**

Department of Community and Preventive Medicine

One Gustave L. Levy Place
Box 1057/1058
New York, NY 10029-6574

January 8, 2007

Mr. Joe Williams
Weitz and Luxenberg
180 Maiden Lane
New York, NY 10038

Re: Mr. Talbot Frawley

Dear Mr. Williams:

I have had the opportunity to review limited records related to Mr. Frawley's recent diagnosis of malignant mesothelioma, including records from Dr. Valerie Rusch, pathology and radiology reports from Orange Regional Medical Center and records from Crystal Run Health Care.

He was diagnosed with Hodgkin's lymphoma in 2001, underwent chemotherapy at that time, but had a recurrence in 2004. He was then treated with radiation and chemotherapy. In May 2006 he developed increasing shortness of breath. He underwent a cardiac evaluation that showed coronary artery disease. He had a follow-up CT scan of the chest, abdomen and pelvis in July 2006 as part of the surveillance for his Hodgkin's disease and a new pleural based mass was noted in the left upper lobe. Bilateral pleural plaques were also noted. A PET scan on August 7, 2006 showed increased uptake in the pleural based mass; no uptake was noted in any lymph nodes. A CT-guided biopsy of the pleural mass was performed on August 21, 2006 at Orange Regional Medical Center. The pathology was positive for malignant mesothelioma. A follow-up CT scan on November 9, 2006 showed persistence of the left pleural based mass with little change in size over the interval.

Malignant mesothelioma is an incurable cancer, and the median life expectancy from the time of diagnosis to death is under a year. Given Mr. Frawley's medical history and other health problems, it is unlikely he will be a candidate for extensive surgery. Even with the advent of new chemotherapeutic agents, the cancer is not curable; these treatments are only palliative. Absent additional treatments, the survival time is even shorter. Given Mr. Frawley's diagnosis of malignant mesothelioma, his prognosis is grim.

World Health Organization
Collaborating Centre in
Environmental Epidemiology



Please feel free to contact me if you need further information.

Sincerely,

Jacqueline Moline, MD, MSc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
TALBOT P. FRAWLEY and JOAN FRAWLEY,

        Plaintiffs,

    -against-

GENERAL ELECTRIC COMPANY, et al.,

        Defendants.
----------------------------------X

ORDER

06 Civ. 15395 (CM)(MHD)

2/7/07

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    A conference having been held with counsel for the respective parties on February 6, 2007,

    It is hereby ORDERED as follows:

    1. The parties are to serve their initial written discovery requests by February 16, 2007.

    2. All fact discovery is to be completed by June 29, 2007.

    3. Plaintiffs are to designate their expert witnesses and provide the information required under Fed. R. Civ. P. 26(a)(2)(B) by July 16, 2007. Defendants are to provide the equivalent information by July 30, 2007.

    4. Plaintiffs are to provide their rebuttal expert reports to defendants by August 10, 2007.

    5. Defendants are to provide their rebuttal expert reports to plaintiffs by August 20, 2007.

6. All remaining expert witness discovery is to be completed by September 28, 2007.

DATED:  New York, New York
        February 6, 2007

SO ORDERED.

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed this date to:

Joseph P. Williams, Esq.
Weitz and Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038

John C. McGuire, Esq.
Sedgwick, Detert, Moran & Arnold, LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102