**FRANCIS LAW FIRM, L.L.C.**
DANIEL R. FRANCIS, ESQ.*

6654 CHIPPEWA
ST. LOUIS, MISSOURI 63109
(314) 752-3600 TELEPHONE
(314) 457-9559 FACSIMILE

*LICENSED IN MISSOURI ARKANSAS & ILLINOIS

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR 23 2007

FILED CLERK'S OFFICE

MDL 875

PLEADING NO. 4994

March 23, 2007

**VIA FACSIMILE 202-502-2888**

Mr. Jeffery N. Lüthi
Clerk of the Panel
MDL Litigation
One Columbus Circle NE
Thurgood Marshall Federal Judiciary Bldg.
Room G-255 North Lobby
Washington, D.C. 20002

**RE: MDL – 875-In Re Asbestos Products Liability Litigation (No. VI)**
**Opposition Notice to Conditional Transfer Order**
**Underlying Case: Jack Franklin v. CSX Transportation, Inc.**
**Cause No.: 3:06-CV-1058**
**Court: U.S. District Court, Southern District of Illinois**
**Conditional Transfer Order – (CTO-275)**
**My Client: Jack Franklin**

Dear Mr. Lüthi:

Please consider this my client, Jack Franklin's timely and formal Notice of Opposition to the Conditional Transfer Order pursuant to the Conditional Order of Transfer. I am faxing the request and understand your office will serve the involved counsel. Please advise the briefing schedule.

Thank you for your attention to this matter.

Very truly yours,

Daniel R. Francis

DRF/mgm
cc: Kurt Reitz (via fax)

OFFICIAL FILE COPY

RECEIVED CLERK'S OFFICE
2007 MAR 23 A 9:55
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IMAGED MAR 2 3 2007