**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

MAR 23 2007

IN RE:   ASBESTOS PRODUCTS LIABILITY      MDL DOCKET NO: 875
        LITIGATION (NO VI)                 FILED
                                           CLERK'S OFFICE

CONDITIONAL TRANSFER ORDER 274

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL JARRELL | * | CIVIL ACTION |
| VERSUS | * | NO. 6:06-CV-2190 |
| FRANKS PETROLEUM INC., ET AL | * | JUDGE MELANCON |

### DEFENDANT HESS CORPORATION'S JOINDER IN OPPOSITION FILED BY DEFENDANT NOBLE TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER

COMES NOW, Defendant, Hess Corporation f/k/a Amerada Hess Corporation (hereinafter "Hess), through undersigned counsel, and files this joinder in the Brief In Opposition filed by Defendant Noble Drilling Corporation opposing Plaintiff's Motion to Vacate Conditional Transfer Order, entered by the Judicial Panel on Multi-District Litigation on February 9, 2007 (hereinafter "Noble's Opposition to Motion to Vacate"). For the reasons set for more fully in Noble's Opposition to Motion To Vacate, which arguments and attachments thereto are adopted herein as if set forth *in extenso,* Hess requests that the Panel deny Plaintiff's Motion to Vacate Conditional Transfer Order and transfer this case to the United States District Court for the Eastern District of Pennsylvania, MDL 875.

New Orleans, Louisiana, this 22nd day of March, 2007.

**OFFICIAL FILE COPY**

2007 MAR 23 A 11:10
RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PLEADING NO. 4995

IMAGED MAR 26 2007

Respectfully submitted:

*/s/ Amanda Nesser*

JOSEPH E. LEBLANC, JR. (#8199)
KING, LEBLANC & BLAND, P.L.L.C.
6363 Woodway, Suite 750
Houston, Texas 77057
Telephone: (713) 334-5644

and

ELIZABETH S. WHEELER (#21148)
AMANDA L. NESSER (#30003)
KING, LEBLANC & BLAND, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170-1034
Telephone: (504) 582-3800

Attorneys for Defendant, Hess Corporation

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 23 2007

FILED
CLERK'S OFFICE

# BEFORE THE JUDICAL PANEL ON MULTIDISTRICT LLITIGATION

MDL-875-In re Asbestos Products Liability Litigation (VI).  (CTO 274)

## SCHEDULE OF ACTIONS

| Case Caption(s) | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:** Daniel Jarrell<br><br>**Defendants:**<br>Franks Petroleum, Inc., Noble Drilling Corporation, Baker Hughes Oilfield Operations, Inc., successor in interest to Milchem and Milpark, The H. and S. Drilling Company, Chevron, U.S.A. Inc., Shell Oil Company and Chromalloy American Corporation successor in interest to Delta Mud and Chemical Co. and Amerada Hess Corporation | W.D. Louisiana | No. 6:06-CV-2190 | Tucker Melancon |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICAL PANEL ON MULTIDISTRICT LLITIGATION  MAR 23 2007

In re: MDL-875-Asbestos Products Liability Litigation (VI). (CTO 274)

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANT HESS CORPORATION'S JOINDER IN OPPOSITION FILED BY DEFENDANT NOBLE TO PLAINTIFF'S MOTION TO VACATECONDITIONAL TRANSFER ORDER was served by First Class Mail on March 22, 2007, to the following individuals as well as all other counsel listed on the Panel Service List attached hereto:

Honorable Marcia Leleux
U.S. District Court
Western District of Louisiana
P.O. Box 1269
Alexandria, LA  71309-1269

Honorable Tucker Melancon
U.S. District Judge
4700 John M. Shaw US Courthouse
800 Lafayette Street
Lafayette, LA  70501

Patrick W. Pendley
Pendley, Baudin & Coffin, LLP
24110 Eden Street
Plaquemine, LA  70764
Attorney for DANIEL JARRELL

Richard P. Sulzer
Robert E. Williams, IV
Sulzer & Willliams, LLC
201 Holiday Boulevard, Suite 335
Covington, LA  70433
Attorney for BAKER HUGHES OILFIELD OPERATIONS, INC.

William Davis
Milling Benson Woodward LLP
339 Florida Street, Suite 300
Baton Rouge, LA  70801
Attorney for FRANKS PETROLEUM INC.

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION   2007 MAR 23  A 11:10   RECEIVED CLERK'S OFFICE

Ronald A. Ammann
Chamberlain, Harlicka, White, et al
1200 Smith Street
Suite 1400
Houston, TX  77002
Attorney for NOBLE DRILLING COMPANY

Robert Dillie
Kean Miller
P.O. Box 3513
Baton Rouge, LA  70821
Attorney for SHELL OIL COMPANY

Christine Carbo
Strasburger & Price
1401 McKinney Street, Suite 2200
Houston, TX  77010-4035
Attorney for CHROMALLOY AMERICAN CORP.

On this 22nd day of March, 2007.

*[signature]*

S:\0029\066\PLDGS\JOINDER.OPP.MTN.VACATE.DOC

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 23 2007

FILED
CLERK'S OFFICE

# PANEL SERVICE LIST (Excerpted from CTO-274)
## DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LILTIGATION (NO. VI)

*Teressa Bell, etc. v. Rowan Companies, Inc., et al.*, M.D. Louisiana, C.A. No. 3:06-785
*Daniel Jarrell v. Franks Petroleum, Inc., et al.*, W.D. Louisiana, C.A. No. 6:06-2190

| | | |
|---|---|---|
| Ronald A. Ammann<br>Chamberlain, Harlicka, White, et al<br>1200 Smith Street<br>Suite 1400<br>Houston, TX 77002 | Richard A. Chopin<br>Chopin Wager Richard & Kutcher<br>Two Lakeway Center<br>3850 N. Causeway Blvd., Suite 900<br>Metairie, LA 70002 | Susan M. Hansen<br>Brownson & Ballou<br>225 South Sixth Street, Suite 4800<br>Minneapolis, MN 55402 |
| Lance Arnold<br>Baldwin & Haspel<br>1100 Poydras Street, Suite 2200<br>New Orleans, LA 70163 | Adam M. Chud<br>Goodwin Procter, LLP<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001 | Reginald S. Kramer<br>Oldham & Dowling<br>195 South Main Street, Suite 300<br>Akron, OH 44308-1314 |
| Allison Naquin Benoit<br>Kean Miller<br>P.O. Box 3513<br>Baton Rouge, LA 70821 | David A. Damico<br>Burns White Hickton, LLC<br>Fourth Northshore Center<br>106 Isabella Street<br>Pittsburgh, PA 15212 | David C. Landin<br>Hunton & Willliams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 |
| Gary A. Bezet<br>Kean Miller<br>P.O. Box 3513<br>Baton Rouge, LA 70821-3513 | William G. Davis<br>Milling Benson Woodward LLP<br>339 Florida Street, Suite 300<br>Baton Rouge, LA 70801-1726 | Gene Locks<br>Locks Law Firm, LLC<br>1500 Walnut Street<br>Philadelphia, PA 19102 |
| Richard C. Binzley<br>Thompson Hine, LLP<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | Robert E. Dillie<br>Kean Miller<br>P.O. Box 3513<br>Baton Rouge, LA 70821-3513 | Ronald L. Motley<br>Motley Rice, LLC<br>P.O. Box 1792<br>Mt. Pleasant, SC 29464 |
| Joseph E. LeBlanc, Jr.<br>King, LeBlanc & Bland<br>6363 Woodway, Suite 750<br>Houston, TX 77057 | Kathleen F. Drew<br>Adams & Reese<br>701 Poydras Street, Suite 4500<br>New Orleans, LA 70139 | Patrick W. Pendley<br>Pendley, Baudin & Coffin, LLP<br>24110 Eden Street<br>P.O. Box 71<br>Plaquemine, LA 70765-0071 |
| Christine Carbo<br>Strasburger & Price<br>1401 McKinney Street, Suite 2200<br>Houston, TX 77010-4035 | Raymond P. Forceno<br>Forceno & Hammon<br>111 S. Independence Mall East<br>The Bourse, Suite 1000<br>Philadelphia, PA 19106-2574 | Daniel Douglas Pipitone<br>Chamberlain, Harlicka, White, et al<br>1200 Smith Street<br>Suite 1400<br>Houston, TX 77002 |
| Edward J. Cass<br>Gallagher, Sharp, et al<br>Bulkley Building, 7th Floor<br>1501 Euclid Avenue | Ellen B. Furman<br>Goldfein & Hosner<br>1600 Market Street, 33rd Floor<br>Philadelphia, PA 19103 | John J. Repcheck<br>Marks, O'Neill, et al<br>3200 Gulf Tower<br>707 Grant Street |

| | | |
|---|---|---|
| Cleveland, OH  44115 | | Pittsburgh, PA  15219 |
| John D. Roven<br>Roven-Kaplan, LLP<br>2190 North Loop West, Suite 410<br>Houston, TX  77018 | Richard D. Schuster<br>Vorys, Sater, et al<br>P.O. Box 1008<br>Columbus, OH  43216 | Neil Selman<br>Selman, Breitman & Burgess<br>11766 Wilshire Blvd., 6th Floor<br>Los Angeles, CA  90025 |
| Jena W. Smith<br>Baldwin & Haspel<br>Energy Centre, Suite 2200<br>1100 Poydras Street<br>New Orleans, LA  70163 | Robert N. Spinelli<br>Kelley, Jasons, McGuire & Spinelli<br>Centre Square West, 15th Floor<br>Philadelphia, PA  19102 | Robert E. Swickle<br>Jaques Admiralty Law Firm, PC<br>1570 Penobscot Building<br>The Maritime Asbestosis Legal Clinic<br>Detroit, MI  48226 |
| Andrew J. Trevelise<br>Reed Smith, LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA  19103 | James K. Weston II<br>Tom Riley Law Firm<br>4040 First Avenue, N.E.<br>P.O. Box 998<br>Cedar Rapids, IA  52406 | Jim Wetwiska<br>Akin, Gump, Strauss, Hauer & Feld<br>1111 Louisiana Street, 44th Floor<br>Houston, TX  77002-5200 |
| Elizabeth S. Wheeler<br>King, LeBlanc & Bland, LLP<br>201 St. Charles Avenue, Suite 4500<br>New Orleans, LA  70170 | Robert W. Williams, IV<br>Sulzer & Williams, LLC<br>201 Holiday Blvd., Suite 335<br>Covington, LA  70433 | |