**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 26 2007

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL OF MULTI-DISTRICT LITIGATION

RE:  MDL-875 – In re Asbestos Product Liability Litigation (No. VI)

TO:  <u>VIA FACSIMILE (202) 502- 2888</u>
Jeffrey N. Lüthi
Clerk of the Panel
Judicial Panel on Multi District Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

2007 MAR 23 A 11:38
RECEIVED
CLERK'S OFFICE
JUDICIAL PANEL MULTIDISTRICT

<u>Burton et al v. A.W. Chesterton Company et al</u>
U.S. District Court Case Numbers: C07 0702 SI, C07 0712 SI, C07 0703 SI

PLEADING NO. 4996

## <u>NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-275)</u>

Plaintiffs, by and through undersigned counsel, hereby file their Notice of Opposition to the Conditional Transfer Order dated March 8, 2007.

On February 2, 2007 and February 6, 2007, The Boeing Company and McDonnell Douglas Corporation requested that the Judicial Panel on Multi-District Litigation utilize its "tag along" procedures to transfer Civil Action No. 3:07-cv-00702-SI to the MDL 875 proceedings before Judge Giles of the Eastern District of Pennsylvania. Plaintiffs oppose such requests as untimely and improper. <u>Geraldine Burton et al v. A.W. Chesterton Co. et al</u> (San Francisco Superior Court Case No. CGC-04-435672) has been pending in state court for over two years and was set for trial on February 26, 2007. Defendants' removal is improper because more than thirty days has passed since each of them were alerted to the availability of the federal officer defense. Furthermore, Plaintiffs will

**OFFICIAL FILE COPY**

IMAGED MAR 2 6 2007

demonstrate that each of these defendants waived their right to remove this case through their voluntary acts, which constitute submission to jurisdiction in the Superior Court of California.

On March 2, 2007 Plaintiff's filed a Motion to Remand and Request for Costs (including attorneys' fees) for Improper Removal. Plaintiffs' motion is set for a hearing before Judge Susan Illston in the United States District Court for the Northern District on May 4, 2007. Transfer is therefore inappropriate because federal subject matter does not exist, it will not further the convenience of the parties and witnesses, and common issues do not predominate over individual issues of fact.

Respectfully submitted this 23rd day of March, 2007

*Jessica N. Biernier*

Jessica N. Biernier
LEVIN SIMES KAISER & GORNICK, LLP
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel: (415) 646-7160
Fax: (415) 981-1270

Attorneys for Plaintiffs

## BEFORE THE JUDICIAL PANEL OF MULTI-DISTRICT LITIGATION

RE: MDL-875 – In re Asbestos Product Liability Litigation (No. VI)

TO: **VIA US MAIL**
Clerk of the Panel
Jeffrey N. Lüthi
Judicial Panel on Multi District Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

*Burton et al v. A.W. Chesterton Company et al*
U.S. District Court Case Numbers: C07 0702 SI, C07 0712 SI, C07 0703 SI

## PROOF OF SERVICE

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 44 Montgomery Street, 36th Floor, San Francisco, CA 94104; and that on the date last written, I served a true copy of the document(s) entitled:

NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER (CTO-275)

Service was effectuated by forwarding the above-noted document on all counsel on the attached Involved Counsel List (Excerpted from CTO-275) MDL 875 In Re Asbestos Product Liability Litigation, by regular United States mail, first class postage prepaid, on this 23rc day of March, 2007.

I declare under penalty of perjury, under the law of the State of California, that the foregoing is true and correct.

Executed on March 22, 2007, at San Francisco, California.

_____
Jessica N. Biernier
Attorney for Plaintiffs

# INVOLVED COUNSEL LIST (CTO-275)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Richard Damon Albert
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

Saunders Aldridge
Hunter, MacLean, Exley & Dunn
P.O. Box 9848
200 East St. Julian Street
Savannah, GA 31412-0048

Kevin C. Alexandersen
Gallagher, Sharp, Fulton & Norman
7th Floor
Bulkley Bldg.
1501 Euclid Avenue
Cleveland, OH 44115

Michael S. Allred
Allred Law Firm
P.O. Box 3828
Jackson, MS 39207

Billy D. Anderson
Kent, Good, Anderson & Bush, P.C.
Woodgate I, Suite 200
1121 E.S.E. Loop 323
Tyler, TX 75701

Kay Andrews
Brown McCarroll
111 Congress Avenue
Suite 1400
Austin, TX 78701-4043

Kenneth M. Argentieri
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
1500 Oliver Building
Pittsburgh, PA 15222

L. John Argento
Dickie, McCamey & Chilcote
Two PPG Place
Ste. 400
Pittsburgh, PA 15222-5402

Curtis R. Bailey
Kurowski, Bailey & Shultz, LLC
24 Bronze Pointe
Swansea, IL 62226

Auter Earl Barney
517 Cherry Avenue
Jackson, AL 36545

Jeffrey A. Barnwell
Leath, Bouch & Crawford
134 Meeting Street
P.O. Box 59
Charleston, SC 29402

Gino F. Battisti
Foley & Mansfield, PLLP
1001 Highlands Plaza Drive West
Suite 400
St. Louis, MO 63110

Mark J. Becker
Hullverson Law Firm
1010 Market
Suite 1550
St. Louis, MO 63101

Mary Jo Bellew
Saul Ewing, LLP
Centre Square West
1500 Market Square
38th Floor
Philadelphia, PA 19102

Yvonne D. Bennett
Bunda, Stutz & DeWitt
Ste. 650
One Seagate
Toledo, OH 43604

Matthew Phineas Bergman
Bergman & Frockt
702 Second Avenue
Suite 1601
Seattle, WA 98104

Jeffrey Noel Berman
Rumberger, Kirk & Caldwell
80 SW 8th Street
Suite 3000
Miami, FL 33130

V. Brian Bevon
Motley Rice, LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Ali Abed Beydoun
Carr Maloney, PC
1615 L Street NW
Suite 500
Washington, DC 20036

Gary A. Bezet
Kean, Miller, Hawthorne, D'Armond, et al.
One American Place
22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821-3513

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

John G. Bissell
Strong, Pipkin, Bissell & Ledyard
1301 McKinney
Suite 2100
Houston, TX 77002

Janet W. Black
Ward Black, P.A.
208 West Wendover Ave.
Greensboro, NC 27401-1307

W.C. Blanton
Blackwell Sanders Peper Martin
4801 Main Street
Suite 1000
Kansas City, MO 64112

Timothy W. Bouch
Leath, Bouch & Crawford
134 Meeting Street
P.O. Box 59
Charleston, SC 29402-0059

Susan S. Box
Roetzel & Andress
Ste. 400
222 South Main Street
Akron, OH 44308

Ernest W. Boyd, Jr.
Mehaffy & Weber, P.C.
One Allen Center, Suite 1200
500 Dallas
Houston, TX 77002

INVOLVED COUNSEL LIST (CTO-275) - MDL-875                                                                                   Page 2 of 12

John J. Boyd, Jr.
Lord & Whip, P.A.
Charles Center South
36 S. Charles Street, 10th Floor
Baltimore, MD 21201

Malcolm S. Brisker
Goodell, DeVries, Leech & Dann
One South Street
Alex Brown Building, 20th Floor
Balitmore, MD 21202

Arthur D. Bromberg
Weiner Lesniak, LLP
629 Parsippany Road
P.O. Box 438
Parsippany, NJ 07054-0438

Ward G. Brown
Freeborn & Peters, LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

Timothy S. Brunick
Clarke Dolph Rapaport Hardy & Hull
6160 Kempsville Circle
P.O. Box 13109
Norfolk, VA 23506-3109

Lora A. Brzezynski
McKenna, Long & Aldridge, LLP
1900 K Street, N.W.
Washington, DC 20006-5701

Brent M. Buckley
Buckley, King & Bluso
1400 Bank One Center
600 Superior Avenue
Cleveland, OH 44114

Lisa N. Busch
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038

Brian G. Cahill
Gass, Weber & Mullins, LLC
309 North Water Street
Milwaukee, WI 53202

Wilson H. Carroll
Phelps Dunbar, LLP
P.O. Box 23066
Jackson, MS 39225-3066

Jeniffer A.P. Carson
Governo Law Firm LLC
260 Franklin Street
Boston, MA 02110

Edward Morgan Carstarphen
Ellis, Carstarphen, Dougherty
& Goldenthal, P.C.
5847 San Felipe
Suite 1900
Houston, TX 77057

Zachary W. Carter
Dorsey & Whitney, LLP
250 Park Avenue
New York, NY 10177-1500

Christopher J. Caryl
Tucker, Ellis & West
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60607-5308

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

William T. Causby
Nelson Mullins Riley & Scarborough
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Frank A. Cecere, Jr.
Ahmuty, Demers & McManus, Esqs.
200 I.U. Willets Avenue
Albertson, NY 11507

Margaret M. Chaplinsky
Kalinoski & Chaplinsky
100 Court Avenue
Suite 205
Des Moines, IA 50309-2200

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Michael Jason Clayton
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Susan Coco
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Joseph G. Colao
Leader & Berkon
630 Third Avenue
17th Floor
New York, NY 10017

Susan J. Cole
Bice Cole Law Firm
2801 Ponce De Leon Boulevard
Suite 550
Coral Gables, FL 33134-6920

Christian Colwell
Boadhurst, Lakin & Lakin
One Elm Square
Andover, MA 01810

John F. Conley, Sr.
Glasser & Glasser, PLC
Crown Center Building
Suite 600
580 East Main Street
Norfolk, VA 23510

William David Conner
Haynsworth Sinkler Boyd, P.A
P.O. Box 2048
Greenville, SC 29602-2048

Eric David Cook
Willcox & Savage, P.C.
1800 Bank of America Center
One Commercial Place
Norfolk, VA 23510

Chad Russell Cotten
Baron & Budd
3102 Oak Lawn Ave, Ste 1100
Dallas, TX 75219-4281

Christopher V. Cotton
Shook, Hardy & Bacon
2555 Grand Blvd.
Kansas City, MO 64108

INVOLVED COUNSEL LIST (CTO-275) - MDL-875

Michael T. Crawford
1217 Waterford Ct.
Tyler, TX 75703

James E. Culhane
Davis & Kuelthau, S.C.
111 E. Kilbourn Avenue
Suite 1400
Milwaukee, WI 53202-6613

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Stephen H. Daniels
McMahon, DeGulis, Hoffman
& Lombardi
The Caxton Building
812 Huron Road, East
Suite 650
Cleveland, OH 44115-1126

Elizabeth N. Davis
Roetzel & Andress
Ste. 400
222 South Main Street
Akron, OH 44308

H. Lee Davis, Jr.
Davis & Hamrick, L.L.P.
P.O. Drawer 20039
Winston-Salem, NC 27120-0039

William Pearce Davis
Baker, Ravenel & Bender
P.O. Box 8057
Columbia, SC 29202

Paul Joseph Day
Piper Rudnick, LLP
6225 Smith Avenue
Baltimore, MD 21209-3600

Jessica M. Dean
Rasansky Law Firm
2525 McKinnon
Suite 725
Dallas, TX 75201

Brad Dejardin
444 South Flower Street
Los Angeles, CA 90007

Mark O. Denehy
Adler, Pollock & Sheehan
One Citizens Plaza
8th Floor
Providence, RI 02903-1345

Anna M. DiLonardo
Weiner & Lesniak, LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788

Thomas L. Doran
DeCaro, Doran, Siciliano,
Gallagher, et.al.
4601 Forbes Boulevard
Suite 200
P.O. Box 40
Lanham, MD 20703

George C. Doub, Jr.
George C. Doub, PC
12 West Madison Street
Baltimore, MD 21201-5231

Thomas E. Dover
Gallagher, Sharp, Fulton & Norman
1501 Euclid Avenue
7th Floor, Bulkley Building
Cleveland, OH 44115

Kathleen F. Drew
Adams & Reese, LLP
701 Poydras Street
Suite 4500
New Orleans, LA 70139

Michael W. Drumke
Schiff Hardin, LLP
233 South Wacker Drive
6600 Sears Tower
Chicago, IL 60606

Katherine S. Duyer
Gavett & Datt, P.C.
15850 Crabbs Branch Way
Suite 180
Rockville, MD 20855

Paul E. Dwyer, Jr.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Michael D. Eagen
Dinsmore & Shohl
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202

Theodore M. Eder
Segal, McCambridge, Singer
& Mahoney, Ltd.
805 3rd Avenue
19th Floor
New York, NY 10022

Gary D. Elliston
DeHay & Elliston, L.L.P.
3500 Bank of America Plaza
901 Main Street
Dallas, TX 75202-3736

Scott R. Emery
Lynch Daskal Emery, LLP
264 West 40th Street
New York, NY 10018

Nicholas L. Evanchan, Jr.
Evanchan & Palmisano
1225 West Market Street
Akron, OH 44313

Julie R. Evans
Wilson, Elser, Moskowitz, Edelman
& Dicker, LLP
150 East 42nd Street
New York, NY 10017-5639

C. Michael Evert, Jr.
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

John J. Fanning
Cullen & Dykman Bleakley Platt, LLP
177 Montague Street
Brooklyn, NY 11201

John R. Felice
Pierce, Davis & Perritano, L.L.P.
Ten Winthrop Square
Boston, MA 02110

Loring I. Fenton
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
15th Floor
New York, NY 10166

INVOLVED COUNSEL LIST (CTO-275) - MDL-875

Melissa K. Ferrell
Segal, McCambridge, Singer
& Mahoney, Ltd.
100 Congress Avenue
Suite 700
Austin, TX 78701

Evelyn M. Fletcher
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

William F. Ford
Lathrop & Gage, L.C.
2345 Grand Boulevard
Suite 2800
Kansas City, MO 64108

Adam T. Fox
1201 Elm Street
Suite 3800
Dallas, TX 75270

Daniel R. Francis
Francis Law Firm, LLC
6654 Chippewa
St. Louis, MO 63109

Laura A. Frase
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
2001 Bryan Street
Suite 1300
Dallas, TX 75201-3008

Millard Lane Fretland
Conroy, Simberg, Ganon, Krevans
& Abel
125 W. Romana Street
Suite 150
Pensacola, FL 32502

Sharla J. Frost
Powers & Frost, L.L.P.
One Houston Center, Suite 2400
1221 McKinney Street
Houston, TX 77010-2007

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Marc S. Gaffrey
Hoagland, Longo, Moran, Dunst
& Doukas
40 Paterson Street
P.O. Box 480
New Brunswick, NJ 08903

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Christian H. Gannon
Segal, McCambridge, Singer
& Mahoney, Ltd.
830 Third Avenue
Suite 400
New York, NY 10022

Amy M. Gantvoort
120 Broadway
Suite 300
Santa Monica, CA 90069

James M. Garner
Sher Garner Cahill Richter Klein, et al.
909 Poydras Street
28th Floor
New Orleans, LA 70112

J. Ric Gass
Gass, Weber & Mullins, LLC
309 North Water Street
Milwaukee, WI 53202

Kurt B. Gerstner
Campbell, Campbell, Edwards
& Conroy
One Constitution Plaza
Boston, MA 02129

Pamela S. Gilman
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street
5th Floor
Boston, MA 02109

Lawrence Gingrow
Pierce, Atwood, LLP
Pease International Tradeport
One New Hampshire Avenue
Suite 350
Portsmouth, NH 03801

Brooks L. Glahn
Adler, Cohen, Harvey, Wakeman
& Guekguezian, LLP
75 Federal Street
10th Floor
Boston, MA 02110

Richard S. Glasser
Glasser & Glasser PLC
Crown Center Building
Suite 600
580 East Main Street
Norfolk, VA 23510

Michael D. Goggans
Page, Mannino, Peresich
& McDermott, PLLC
P.O. Box 16450
Jackson, MS 39236-6450

Jack J. Goldwood
Tucker Ellis & West
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115-1475

Frank J. Gordon
Millberg Gordon & Stewars, PLLC
1101 Haynes Street
Suite 104
Raleigh, NC 27604

Thomas M. Goss
Goodell, DeVries, Leech & Dann, LLP
Commerce Place
One South Street, 20th Floor
Baltimore, MD 21202

Justin Saunders Gravatt
Duane Hauck & Gnapp
10 E. Franklin St
Richmond, VA 23219-2106

Mark C. Greene
Fowler White Boggs & Banker, PA
501 East Kennedy
Suite 1700
P.O. Box 1438
Tampa, FL 33601

INVOLVED COUNSEL LIST (CTO-275) - MDL-875                                                                     Page 5 of 12

Samuel D. Habeeb
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Katrina M. Hall
Aultman, Tyner & Ruffin, Ltd.
315 Hemphill Street
P.O. Drawer 750
Hattiesburg, MS 39403-0750

Barbara S. Hamelburg
Foley Hoag, LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210-2600

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Kip A. Harbison
Glasser & Glasser, PLC
Crown Center Building
Suite 600
580 East Main Street
Norfolk, VA 23510

Scott Harford
Lynch Daskal Emery, LLP
264 West 40th Street
New York, NY 10018

Yvette Harmon
McGuireWoods, LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105

Raymond P. Harris, Jr.
Schacter Harris
600 N. Pearl Street
Suite 2300
Dallas, TX 75201-2832

Robert P. Harris
Law Office Of Robert P. Harris
180 N. Michigan Avenue
Suite 2105
Chicago, IL 60601

Max S. Hartz
McCarroll, Nunley & Hartz
111 East Third Street
P.O. Box 925
Owensboro, KY 12302

Robin E. Harvey
Baker & Hostetler
Ste. 3200
312 Walnut Street
Cincinnati, OH 45202

Anthony C. Hayes
Nelson Mullins Riley & Scarborough
P.O. Box 11070
Columbia, SC 29211-1070

Jeffrey A. Healy
Arter & Hadden
1100 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115-1475

Richard E. Heifetz
Governo Law Firm, LLC
260 Franklin Street
Boston, MA 02110

Jennifer Boyd Herlihy
Adler, Cohen, Harvey, Wakeman
& Guekguezian, LLP
75 Federal Street
10th Floor
Boston, MA 02110

Josephine H. Hicks
Parker, Poe, Adams & Bernstein, LLP
Three Wachovia Center
401 South Tryon Street
Suite 3000
Charlotte, NC 28202

Christina T. Hidek
Sutter, O'Connell, Mannion & Farchi
3600 Erieview Tower
1301 East Ninth Street
Cleveland, OH 44114

Andrew M. Higgins
Casner & Edwards
303 Congress & Edwards, LLP
Boston, MA 02110

James P. Hoban
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615

Laura K. Hong
Squire, Sanders & Dempsey, L.L.P.
4900 Society Center
127 Public Square
Cleveland, OH 44114

Stephen Clark Howell
Brown Dean Wiseman Proctor Hart
& Howell
306 W. 7th Street
Suite 200
Fort Worth, TX 76102

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

George L. Inabinet, Jr.
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Susan A. Jackson
265 Congress Street
Boston, MA 02109

Eric J. Jacobi
Clay, Kenealy, Wagner & Adams
462 South Fourth Avenue
1730 Meidinger Tower
Louisville, KY 40202

Frederick J. Jekel
Motley Rice, LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465

Arthur Timothy Jones
Hawkins & Parnell, LLP
4000 SunTrust Plaza
300 Peachtree Street, N.E.
Atlanta, GA 30308-3243

John M. Jordan
Gardere, Wynne & Sewell, L.L.P
1601 Elm
Suite 3000
Dallas, TX 75201

Thomas C. Junker
Junker, Taddeo & Sturm, PLC
17 West Cary Street
Richmond, VA 23220

INVOLVED COUNSEL LIST (CTO-275) - MDL-875          Page 6 of 12

Shawn Anton Kachmar
Hunter, MacLean, Exley & Dunn
P.O. Box 9848
200 East St. Julian Street
Savannah, GA 31412

Kevin O. Kadlec
Bonezzi Switzer Murphy Polito
& Hupp Co., LPA
1300 East Ninth Street
1950 Penton Media Building
Cleveland, OH 44114

Jeffrey A. Kaiser
Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street
36th Floor
San Francisco, CA 94104

Edward A. Kalabus, Jr.
DeHay & Elliston, L.L.P.
Bank of America Plaza
901 Main Street
Dallas, TX 75202

Maria Katina Karos
Bell Nunnally, et al.
3232 McKinney Avenue
Suite 1400
Dallas, TX 75204

Jeannie P. Kauffman
Bacon Thornton & Palmer, LLP
Capital Office Park
6411 Ivy Lane, Suite 706
Greenbelt, MD 20770-1411

Jillian J. Keith
DeHay & Elliston, L.L.P.
Bank of America Plaza
901 Main Street
Dallas, TX 75202

Craig Ivan Kelley
Kelley & Fulton, PA
1665 Palm Beach Lakes Blvd
Suite 1000
West Palm Beach, FL 33401

Barbara Hopkins Kelly
Wilson, Elser, Moskowitz, Edelman
& Dicker, LLP
33 Washington Street
18th Floor
Newark, NJ 07102-5003

Kevin L. Kelly
Mintzer, Sarowitz, Zeris, et al.
39 Broadway
Suite 950
New York, NY 10006

James G. Kennedy
Pierce, Herns, Sloan & McLeod
The Blake House
321 East Bay Street
P.O. Box 22437
Charleston, SC 29413

Kristi D. Kennedy
Currie, Johnson, Griffin, Gaines
& Myers
P.O. Box 750
Jackson, MS 39205-0750

Kennedy Valve Manufacturi
1021 East Water Street
Elmira, NY 14901

Hadi Ty Kharazi
Kharazin & Sirabian
1145 East Shaw Avenue
Fresno, CA 93710

J. Frank Kinsel, Jr.
Cantey & Hanger, L.L.P.
2100 Burnett Plaza
801 Cherry Street
Ft. Worth, TX 76102

James N. Kline
Ulmer & Berne
1100 Skylight Office Tower
1660 West Second Street
Cleveland, OH 44113-1448

Kirsten Kneis
Kirkpatrick Lockhart Nicholson
& Graham, LLP
One Newark Center
10th Floor
Newark, NJ 07102

John A. Koepke
Jackson Walker, L.L.P.
901 Main Street
Ste. 6000
Dallas, TX 75202

John J. Kot
Waters, McPherson & McNeil
300 Lighting Way
Seacaucus, NJ 07096

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Douglas R. Kraus
Brent Coon & Associates
1515 Poydras Street
Suite 800
New Orleans, LA 70112

Peter A. Kraus
Waters & Kraus, LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Kenneth F. Krawczak
Swartz Campbell
1120 Illuminating Bldg.
55 Public Square
Cleveland, OH 44113

John A. Kristan, Jr.
Kelley Jasons McGuire & Spirelli
Ste. 1037
629 Euclid Avenue
Cleveland, OH 44114

Philip A. Kulinski
Evert Weathersby Houff
120 E. Baltimore Street
Suite 1300
Baltimore, MD 21201

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Mark B. Lavoie
McDonough, Hacking & Lavoie
One Washington Mall
Boston, MA 02108

Joseph Dwight LeBlanc, III
Frilot, Partridge, Kohnke & Clements
3600 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

Cori Leavitt
Malaby, Carlisle & Bradley
150 Broadway
Suite 1311
New York, NY 10038

# INVOLVED COUNSEL LIST (CTO-275) - MDL-875

Melissa M. Leon
Dehay & Elliston
901 Main Street
Suite 3500
Dallas, TX 75202-3736

Nicole E. Lewis
Tucker Ellis & West
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

F. Ford Loker, Jr.
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202

April M. Luna
Adler, Pollock & Sheehan, PC
175 Federal Street
Boston, MA 02110

Steven Andrew Luxton
Edwards, Burns & Krider, LLP
201 N. Charles Street
Suite 1402
Baltimore, MD 21201

Neil J. MacDonald
Hartel Kane Desantis MacDonald & Howie LLP
6301 Ivy Lane, Suite 800
Greenbelt, MD 20770

Genevieve MacSteel
McGuireWoods, LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105

Barbara E. Machin
Bunda, Stutz & Dewitt
3295 Levis Commons Blvd.
Perrysburg, OH 43551

Zoran Malesevic
Thorton & Naumes
100 Summer Street
30th Floor
Boston, MA 02110

Richard P. Marin
Marin Goodman, LLP
40 Wall Street
New York, NY 10005

Don David Martinson
Fanning, Harper & Martinson
2 Energy Square
4849 Greenville Avenue
Suite 1300
Dallas, TX 75206

Karen L. Mascio
Willman & Arnold
705 McKnight Park Drive
Pittsburgh, PA 15237

Floyd L. Matthews, Jr.
Spohrer Wilner, P.A
701 West Adams Street
Suite 2
Jacksonville, FL 32204

Alexander J. May
Brassel & Baldwin
112 West Street
Annapolis, MD 21401

George S. McCall
Kern & Wooley, LLP
5215 North O'Connor Road
Suite 1700
Irving, TX 75039

Moffatt Grier McDonald
Haynsworth Sinkler Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602

Nancy McDonald
McElroy, Deutsch, Mulvaney & Carpenter
P.O. Box 2075
1300 Mount Kemble Ave.
Morristown, NJ 07962

Lawrence McGivney
McGivney & Kluger, P.C.
80 Broad Street
23rd Floor
New York, NY 10004

Matthew M. Mendoza
Calfee, Halter & Griswold
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH 44114-2688

Daniel J. Michalec
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Jonathan Scott Miles
Williams Mullen
999 Waterside Dr.
Suite 1700
Norfolk, VA 23510

James T. Millican, II
Weston Hurd
1900 Tower at Erieview
1301 East Ninth Street
Cleveland, OH 44114-1862

Lewis Charles Miltenberger
Miltenberger Dettmer, PLLC
108 W. 8th Street
Suite 500
Forth Worth, TX 76102

John D. Mismas
Bevan and Associates
10360 Northfield Road
Northfield, OH 44067

Alan Powers Moore
Martin Disiere Jefferson & Wisdom
900 Jackson Street
Suite 710
Dallas, TX 75202

Lacey M. Moore
Nexsen, Pruet, Adams, Kleemeier
201 South Tryon Street
Suite 1200
Charlotte, NC 28202

Steven B. Moore
Rasmussen Willis Dickey & Moore
9200 Ward Parkway
Suite 310
Kansas City, MO 64114

Joseph J. Morford
Tucker Ellis & West, LLP
Huntington Building
925 Euclid Avenue
Suite 1150
Cleveland, OH 44115-1475

INVOLVED COUNSEL LIST (CTO-275) - MDL-875                                                    Page 8 of 12

Karen R. Morgan
Ellington & Associates
9800 Centre Pkwy
Suite 860
Houston, TX 77036

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

William F. Mueller
Clemente, Mueller & Tobia, LLP
218 Ridgedale Avenue
P.O. Box 1296
Morristown, NJ 07962

John J. Nagle, III
Bodie, Nagle, Dolina, Smith & Hobbs
21 W. Susquehanna Avenue
Towson, MD 21204

Jay Newton
2300 Plaza of the Americas
600 North Pearl, LB 133
Dallas, TX 75201

Robert L. Norton
Jones & Granger
10000 Memorial Drive
Suite 888
P.O. Box 4340
Houston, TX 77210-4340

Robert P. Numbrich
Baty, Holm & Numrich, PC
4600 Madison Avenue
210 Plaza West Building
Kansas City, MO 64112

Matthew C. O'Connell
Mannion & Gray
1300 E. 9th Street
Suite 1625
Cleveland, OH 44114

Robert L. O'Donnell
Vandeventer Black, LLP
500 World Trade Ctr.
Norfolk, VA 23510

Richard P. O'Leary
McCarter & English, L.L.P.
245 Park Avenue
27th Floor
New York, NY 10022

Lisa Oberg
101 California Street
Floor 41
San Francisco, CA 94111

Thomas W. Olsen
Swanson, Martin & Bell
One IBM Plaza
Suite 2900
Chicago, IL 60611

Erika A. Olson
Shepard Law Firm
10 High Street
11th Floor
Boston, MA 02210

Thomas W. Olson
Swanson, Martin & Bell, LLP
330 North Wabash
Suite 3300
Chicago, IL 60611

Edward D. Papp
Baker & Hostetler, LLP
3200 National City Center
Cleveland, OH 44114

D. Todd Parrish
Kern & Wooley
5215 N O'Connor Blvd
Suite 1700
Irving, TX 75039

Steven J. Parrott
Dehay & Elliston, LLP
36 S. Charles Street
13th Floor
Baltimore, MD 21201

Lisa M. Pascarella
Pehlivanian & Braaten, LLC
2430 Route 34
P.O. Box 648
Manasquan, NJ 08736

James E. Peckert
Peckert & Booth
132 S. Water Street
Suite 200
P.O. Box 860
Decatur, IL 62525-0860

Anthony R. Petruzzi
McLaughlin & McCaffrey, LLP
Eaton Center
1111 Superior Avenue, Suite 1350
Cleveland, OH 44114-2500

Joseph Stuart Pevsner
Thompson & Knight, LLP
1700 Pacific Avenue
Suite 3300
Dallas, TX 75201

Carl E. Pierce, II
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Joel F. Pierce
Pierce, Davis & Perritano, L.L.P.
Ten Winthrop Square
Boston, MA 02110

Frank A. Poff, Jr.
Crisp, Boyd & Poff, L.L.P.
2301 Moores Lane
P.O. Box 6297
Texarkana, TX 75505

Jeffrey Scott Poretz
Miles & Stockbridge, P.C.
1751 Pinnacle Drive
Suite 500
McLean, VA 22102-3833

Timothy W. Porter
Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236-2768

Francis R. Powell
Nutter, McClennen & Fish
155 Seaport Blvd.
Boston, MA 02210

James H. Powers
Powers & Frost, L.L.P.
One Houston Center
1221 McKinney Street
Ste. 2400
Houston, TX 77010-2007

Steven J. Pugh
Richarson, Plowden, Carpenter
& Robinson, PA
P.O. Drawer 7788
Columbia, SC 29202

Michael John Ramirez
Kirkpatrick & Lockhart, et al.
2828 N. Harwood Street
Suite 1800
Dallas, TX 75201

INVOLVED COUNSEL LIST (CTO-275) - MDL-875

Page 9 of 12

Jason Reed
Shults Law Firm, LLP
200 West Capitol
Suite 1600
Little Rock, AR 72201

William C. Reeves
Smith, Reeves & Yarborough, PLLC
6360 I-55 North
Suite 201
Jackson, MS 39211

Kurt E. Reitz
Thompson & Coburn
525 West Main Street
P.O. Box 750
Belleville, IL 62222

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Noe Reyna
Connelly, Baker, et al.
700 Louisiana
Suite 1850
Houston, TX 77002-2778

Karen M. Rheingans
Segal, McCambridge, Singer
& Mahoney, Ltd.
330 North Wabash Avenue
Suite 200
Chicago, IL 60611-3514

Joseph A. Rhodes, Jr.
Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.
P.O. Box 2757
Greenville, SC 29602

Kenneth D. Rhodes
Kacal, Adams & Law
America Tower
One Riverway
Suite 1200
Houston, TX 77056

Stephen Jeffrey Riegel
Wietz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038-4925

Crystal G. Roach
1445 Ross Avenue
Suite 3600
Dallas, TX 75202

Theodore F. Roberts
Venable, LLP
210 Allegheny Avenue
Towson, MD 21285-5517

Robert M. Rolfe
Hunton & Williams, LLP
Riverfront Plaza
951 East Byrd Street
Richmond, VA 23219

John J. Ronca, Jr.
Ronca, McDonald & Hanley
5 South Regent Street
Suite 517
Livingston, NJ 07039

Michael D. Rosenberg
Whyte, Hirschboeck & Dudek, SC
555 East Wells Street, Suite 1900
Milwaukee, WI 53202-3819

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Peter J. Rubin
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Syd A. Saloman
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

Jennifer Sardina
Davis & Young
1200 Fifth Third Center
600 Superior Avenue, E
Cleveland, OH 44114

Cary Ira Schachter
Whittenburg Whittenburg & Schachter
2300 Plaza of the Americas
600 North Pearl Street
Dallas, TX 75201

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Paul A. Scrudato
Schiff Hardin, LLP
623 Fifth Avenue
Suite 2800
New York, NY 10022

Beth A. Sebaugh
Bonezzi Switzer Murphy Polito
& Hupp Co., LPA
1300 East Ninth Street
1950 Penton Media Building
Cleveland, OH 44114

Linda R. Self
Brasher Law Firm
One Metropolitan Square
Suite 2300
211 North Broadway
St. Louis, MO 63102

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

William F. Selph, III
Simon Peragine Redfearn & Watson
1200 Washington Avenue
Suite A
Ocean Springs, MS 39564

James W. Sexton
Litchfield Cavo
6 Kimball Lane
Lynnfield, MA 01940

Rhea Hudson Sheldon
Abbott, Simses & Kuchler
210 East Capitol Street
Suite 1090
Jackson, MS 39201

Jason T. Shipp
Goldberg, Persky & White, PC
1030 Fifth Avenue
Third Floor
Pittsburgh, PA 15219

INVOLVED COUNSEL LIST (CTO-275) - MDL-875　　　　　　　　　　　　　　　　　Page 10 of 12

Kurt S. Siegfried
Ulmer & Berne, LLP
900 Penton Media Bldg.
1300 East Ninth Street
Cleveland, OH 44114

Jeffrey B. Simon
Waters & Kraus, LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Michael W. Siri
Robinson Woolson, PA
217 E. Redwood St., Suite 1500
Baltimore, MD 21202

Michelle D. Siri
Segal, McCambridge, Singer
& Mahoney, Ltd.
One N. Charles Street
Suite 2500
Baltimore, MD 21202-3316

Thomas L. Skalmoski
Weiss Berzowski Brady, LLP
700 N. Water Street
Suite 1500
Milwaukee, WI 53202

Christopher Slusher
3610 Buttonwood Drive
Suite 200
Columbia, MO 65201

Sinead Soesbe
Locke Liddell & Sapp, LLP
2200 Ross Ave
Suite 2200
Dallas, TX 75201-6776

Leo M. Spellacy, Jr.
Porter, Wright, Morris & Arthur
1700 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Anthony Lamont Springfield
Polsinelli, Shalton, Welte, Suelthaus
700 West 47th Street
Suite 1000
Kansas City, MO 64112

Jonathan L. Stark
Schneider, Smeltz, Ranney & Lafond
Ste. 1000
1111 Superior Avenue
Cleveland, OH 44114

Jay R. Starrett
Whyte, Hirschboeck & Dudek, SC
555 E Wells St., Ste 1900
Milwaukee, WI 53202-3819

Peter J. Stasz
H.B. Smith Co., Inc.
47 Westfield Industrial Park Road
Westfield, MA 01085

Katherine M. Steele
Stafford, Frey & Cooper, PC
601 Union Street
3100 Two Union Square
Seattle, WA 98101

Lonna M. Steinberg
Adler, Cohen, Harvey, Wakeman
& Guekguezian, LLP
75 Federal Street
10th Floor
Boston, MA 02110

James E. Stephenson
Bonezzi, Switzer, Murphy, Polito
& Hupp
Ste. 1950
1300 East Ninth Street
Cleveland, OH 44114-1501

David H. Stillman
Stillman & Associates, PC
51 Mill Street
Suite 5
Hanover, MA 02339

Richard T. Stilwell
Fulbright & Jaworski, L.L.P.
1301 McKinney Street
Suite 5100
Houston, TX 77010

John E. Sullivan
Baker & Hostetler
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485

Kevin A. Sullivan
Sauter, Sullivan et al.
3415 Hampton Avenue
St. Louis, MO 63139

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Michael A. Tanenbaum
Sedgwick, Detert, Moran & Arnold
Three Gateway Center
12th Floor
Newark, NJ 07102

Jennifer M. Techman
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 200
Atlanta, GA 30305

Robert E. Thackston
Hawkins, Parnell & Thackston, LLP
4514 Cole Avenue
Suite 550
Dallas, TX 75205

Mark S. Thomas
Maupin Taylor, PA
3200 Beechleaf Court
Suite 500
P.O. Drawer 19764
Raleigh, NC 27619

Steven Ray Thomas
Chambers, Templeton, Cashiola
& Thomas
2090 Broadway
Beaumont, TX 77701-4950

Leon W. Todd
Foley & Lardner, LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306

Tracy E. Tomlin
Nelson Mullins Riley & Scarborough
100 North Tryon Street
Suite 2400
Charlotte, NC 28202-4000

R. Bart Totten
Adler, Pollock & Sheehan
One Citizens Plaza
8th Floor
Providence, RI 02903

INVOLVED COUNSEL LIST (CTO-275) - MDL-875                                    Page 11 of 12

Patrick S. Tracey
Cooley, Manion & Jones, LLP
21 Custom House Street
6th Floor
Boston, MA 02110

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Keith R. Truffer
Royston, Mueller, McLean & Reid
102 W. Pennsylvania Avenue
Suite 600
Towson, MD 21204

Berlin Tsai
Pedley, Zielke, Gordinier & Pence
462 S. Fourth Avenue
2000 Medinger Tower
Louisville, KY 40202

James Derek Turrietta
Stackhouse Smith & Nexsen
P.O. Box 3640
555 E. Main Street
Norfolk, VA 23514

John C. Valenti
Butzel Long
150 W. Jefferson Avenue
Suite 100
Detroit, MI 48226

Michael P. Vanderford
Anderson, Murphy & Hopkins, L.L.P.
First Commerical Bldg.
400 West Capitol Avenue
Suite 2640
Little Rock, AR 72201

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Gerard E. Voyer
Taylor & Walker, P.C.
1300 First Virginia Tower
555 Main Street
P.O. Box 3490
Norfolk, VA 23514-3490

Andrew S. Wainwright
Thornton & Naumes, L.L.P.
100 Summer Street
30th Floor
Boston, MA 02110

Craig R. Waksler
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street
5th Floor
Boston, RI 02110

Mark Hedderman Wall
Elmore & Wall
P.O. Box 1200
Charleston, SC 29402

Gretchen Wallace
Hepler, Broom, MacDonald,
Hebrank, et al.
800 Market Street
Suite 2300
St. Louis, MO 63101-2029

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Margaret F. Ward
Moore & Jackson, LLC
305 Washington Avenue
Suite 401
Baltimore, MD 21204

Kirk G. Warner
Smith, Anderson, Blount, Dorsett, et al.
P.O. Box 2611
2500 Wachovia Capitol Center
Raleigh, NC 27602-2611

Richard N. Watts
Watts, Donovan & Tilley, P.A.
200 South Commerce Street
Suite 200
Little Rock, AR 72201-1769

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Edward J. Wilbraham
Wilbraham, Lawler & Buba
1818 Market Street
Suite 3100
Philadelphia, PA 19103-3631

Trevor J. Will
Foley & Lardner, LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306

Anthony M. Williams
Kean, Miller, Hawthorne,
D'Armond, et al.
909 Podras Street
Suite 1450
New Orleans, LA 70112

Stephen B. Williamson
Van Winkle, Buck, Wall, Starnes
& Davis, P.A.
11 N. Market Street
P.O. Box 7376
Ashville, NC 28802-7376

Russell B. Winburn
Odom Law Firm, P.A.
No. 1 East Mountain Street
P.O. Drawer 1868
Fayetteville, AR 72702

Dawn M. Wright
Thompson & Knight, LLP
1700 Pacific Ave.
Suite 3300
Dallas, TX 75201

Wendellyn Wright
Rasmussen, Willis, Dickey & Moore
9200 Ward Parkway
Suite 310
Kansas City, MO 64114

George D. Yaron
Yaron & Associates
601 California Street
21st Floor
San Francisco, CA 94111

Linda Yassky
Sonnenschein, Nath & Rosenthal, LLP
1221 Avenue of the Americas
24th Floor
New York, NY 10020

Judith A. Yavitz
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
44th Floor
New York, NY 10020-1182

INVOLVED COUNSEL LIST (CTO-275) - MDL-875					Page 12 of 12

James Steven Zavakos
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 North Charles Street
Baltimore, MD 21201-3804

Robert A. Ziogas
Glenn, Feldmann, Darby & Goodlatte
P.O. Box 2887
210 1st Street
Suite 200
Roanoke, VA 24001