☑ 003

PETER G ANGELOS

MDL 875

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL-875–In re Asbestos Products Liability Litigation (No. VI)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 26 2007

FILED
CLERK'S OFFICE

LINDA HUDSON, Personal
Representative for the Estate of
Alton Hudson, et al.
    Plaintiffs,
        v.
RAPID AMERICAN CORP., et al.
    Defendants.

\*

DIST. DIV. C.A. MD 06-3319

\* \* \* \* \* \* \* \* \*

PLEADING NO. 4997

## NOTICE OF OPPOSITION
## TO CONDITIONAL TRANSFER ORDER

NOW COME Plaintiffs, by their undersigned attorneys, and pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, hereby serves notice of its hearing. Plaintiffs shall file a Motion to Vacate the Conditional Transfer Order and supporting brief as prescribed under Rule 7.4 (d).

Respectfully Submitted,

/s/James S. Zavakos
James S. Zavakos
Federal Bar #25837
Law Offices of Peter G. Angelos, P.C.
100 N. Charles Street
One Charles Center, 22nd Floor
Baltimore, Maryland 21201
(410) 649-2000
Attorneys for Plaintiffs

2007 MAR 23 P 12:44
JUDICIAL PANEL ON
MULTIDISTRICT
RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**

IMAGED MAR 2 6 2007