MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 27 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN RE:   ASBESTOS PRODUCTS LIABILITY   MDL DOCKET NO: 875
LITIGATION (NO. VI)

CONDITIONAL TRANSFER ORDER 274

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL JARRELL | CIVIL ACTION |
| VERSUS | NO. 6:06-CV-2190 |
| FRANKS PETROLEUM INC., ET AL | JUDGE MELANCON |

### CHEVRON U.S.A., INC. AND SHELL OIL COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Defendants, Chevron U.S.A., Inc. and Shell Oil Company, oppose plaintiff's Motion to Vacate Conditional Transfer Order and in support thereof adopts by reference the arguments set forth by defendant Noble Drilling, Inc. in their memoranda in opposition to

OFFICIAL FILE COPY

PLEADING NO. 4999

RECEIVED CLERK'S OFFICE
2007 MAR 26 P 3:34
JUDICIAL PANEL ON MULTIDISTRICT

IMAGED MAR 27 2007

plaintiffs' motion to vacate conditional transfer order together with all evidence included therewith.

Respectfully submitted:

/s/ Allison N. Benoit

Gary A. Bezet (#3036)
Barrye Panepinto Miyagi (#21794)
Robert E. Dille (#23037)
Gregory M. Anding (#23622)
Scott D. Johnson (#24732)
Carol L. Galloway (#16930)
Alicia Edmond Wheeler (#28803)
Allison N. Benoit (#29087)
KEAN, MILLER, HAWTHORNE, D'ARMOND,
McCOWAN & JARMAN, LLP
Post Office Box 3513
One American Place, 22nd Floor
Baton Rouge, LA  70821
Telephone:  (225) 387-0999
***Attorneys for Chevron U.S.A., Inc. and Shell Oil Company***

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 27 2007

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion in Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order has been forwarded, via United States Mail, postage prepaid to the following:

Patrick W. Pendley
Pendley, Baudin & Coffin
P. O. Drawer 71
Plaquemine, LA 70765-0071

Richard A. Ammann
Chamberlain, Hrdlicka, White
Williams & Martin
1200 Smith Street, Suite 1400
Houston, TX 77062

Williams G. Davis
Milling, Benson and Woodward, LLP
339 Florida Street, Suite 300
Baton Rouge, LA 70801

Christine Z. Carbo
Strasburger & Price, LLP
1401 McKinney Street, Suite 2200
Houston, TX 77010-4035

Anna Louise Blanchard
King, LeBlanc & Bland, LLP
6363 Woodway, Suite 750
Houston, TX 77057

Elizabeth S. Wheeler
King, Leblanc & Bland, LLP
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170-1034

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Richard A. Chopin
Chopin, Wagar, Richard & Kutcher
Two Lakeway Center
3850 N. Causeway Blvd., Sutie 900
Metairie, LA 70002

Adam M. Chud
Goodwin Proctor, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 IsaJarrella St.
Pittsburgh, PA 15212

Kathleen F. Drew
Adams & Reese, LLP
701 Poydras St., Suite 4500
New Orleans, LA 70139

Raymond P. Forceno  
Forceno & Hannon  
111 S. Independence Mall East  
The Bourse, Suite 1000  
Philadelphia, PA  19106-2574  

Ellen B. Furman  
Goldfein & Hosmer  
1600 Market Street, 33rd Floor  
Philadelphia, PA  19103  

Susan M. Hansen  
Brownsen & Ballou  
225 South Sixth Street, Suite 4800  
Minneapolis, MN  55402  

Reginald S. Kramer  
Oldham & Dowling  
195 South Main Street, Suite 300  
Akron, OH  44308-1314  

David C. Landin  
Hunton & Williams, LLP  
Riverfront Plaza, East Tower  
951 East Byrd Street  
Richmond, VA  23219  

Gene Locks  
Locks Law Firm, LLC  
1500 Walnut Street  
Philadelphia, PA  19102  

Ronald L. Motley  
Motley Rice, LLC  
P.O. Box 1792  
28 Bridgeside Blvd.  
Mt. Pleasant, SC  29464  

John J. Repcheck  
Marks, O'Neill, O'Brien & Courtney  
3200 Gulf Tower  
707 Grant Street  
Pittsburgh, PA  15219  

John D. Roven  
Roven-Kaplan, LLP  
2190 North Loop West, Suite 410  
Houston, TX  77018  

Richard D. Schuster  
Vorys, Sater, Seymour & Pease, LLP  
52 East Gay Street  
P.O. Box 1008  
Columbus, OH  43216  

Neil Selman  
Selman, Breitman & Burgess  
11766 Wilshire Blvd.  
Sixth Floor  
Los Angeles, CA  90025  

Jena W. Smith  
Baldwin & Haspel  
Energy Centre, Suite 2200  
1100 Poydras Street  
New Orleans, LA  70163  

Robert N. Spinelli  
Kelley, Jasons, McGuire & Spinelli  
Centre Square West, 15th Floor  
Philadelphia, PA  19102  

Richard P. Sulzer  
Sulzer & Williams, LLC  
201 Holiday Boulevard, Suite 335  
Covington, LA  70433

| | |
|---|---|
| Robert E. Swickle<br>Jaques Admiralty Law Firm, P.C.<br>1570 Penobscot Building<br>The Maritime Asbestosis Legal Clinic<br>Detroit, MI  48226 | James K. Weston, II<br>Tom Riley Law Firm<br>4040 First Avenue, N.E.<br>P.O. Box 998<br>Cedar Rapids, IA  52406 |

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

Baton Rouge, Louisiana this 22 day of March, 2007

_____
Allison N. Benoit