JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION JC

**MDL 875**

MAR 29 2007

FILED
CLERK'S OFFICE

PLEADING NO. 5001

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS § | | |
| LIABILITY LITIGATION (No. VI) § | MDL DOCKET NO. 875 | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

BARBARA ANNE ANDERSON,

Plaintiff,

v.                                    CASE NO. 3:07-cv-00068-HEH

ALFA LAVAL, INC., et al.

Defendants.

### NOTICE OF WITHDRAWAL OF OPPOSITION TO TRANSFER

Comes now plaintiff, BARBARA ANNE ANDERSON, pursuant to Panel Rule 7.4(c), and files this her Withdrawal of Opposition to the Conditional Transfer Order (CTO-275) entered by the Panel on March 22, 2007.

MDL- **875**
RECOMMENDED ACTION

Lift Stay - CTO-275 - one action
Approved/Date: _____

**OFFICIAL FILE COPY**

2007 MAR 27 P 4:40
RECEIVED
CLERK'S OFFICE

IMAGED MAR 29 2007

DATED: March 28, 2007.

Respectfully submitted,

By: _____
Charles S. Siegel, TX Bar No. 18341875
WATERS & KRAUS, LLP
3219 McKinney Avenue
Dallas, Texas 75204
214-357-6244
214-357-7252 (Fax)

OF COUNSEL:

Blackwell N. Shelley, Jr.
Shelley & Schulte, P.C.
700 East Franklin Street, 12th Floor
P.O. Box 605
Richmond, VA 23218-0605
804-644-9700
804-644-9770 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the court and served on all counsel of record, in addition to counsel listed on CTO-275, via facsimile and/or regular U.S. Mail on March 28, 2007.

Carl Schwertz
Duane and Shannon, P.C.
10 East Franklin Street
Richmond, VA 23219-2106
Garlock Inc
Garlock Sealing Technologies, LLC

Christopher J. Wiemken
Taylor and Walker, P.C.
555 Main Street, Suite 1300
P.O. Box 3490
Norfolk, VA 23510
Crane Co.

Eric D. Cook
Wilcox & Savage
One Commercial Place, Suite 1800
Norfolk, VA 23510
Alfa Laval, Inc.
T H Agriculture & Nutrition, LLC (Thompson-Hayward Chemical Co.)

James G. Kennedy
Pierce, Herns, Sloan & McLeod, LLC
The Blake House, 321 East Bay Street
P.O. Box 22437
Charleston, SC 29413
Union Carbide Corporation

Jeffrey A. Poretz
Miles & Stockbridge, P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102
Georgia-Pacific Corporation

John M. Fitzpatrick
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23218
Foster Wheeler Energy Corporation

Jonathan Miles
Williams Mullen Hofheimer Nusbaum, P.C.
1700 Dominion Tower
999 Waterside Drive
Norfolk, VA 23510
Tyco International (US) Inc.
Tyco Valves and Controls, Inc.
Yarway Corporation

Kira A. Ligato
Clarke, Dolph, Rapaport, Hardy & Hull, PLC
Smithfield Building, Suite 101A
6160 Kempsville Circle
Norfolk, VA 23502
Bondex International, Inc.
IMO Industries, Inc.
RPM International, Inc.
RPM, Inc.

Lisa M. Norrett
McKenna, Long & Aldridge LLP
1900 K. Street, N.W.
Washington, DC 20006
Philips Electronics North America Corporation

M.F. Connell Mullins
Spotts Fain, PC
411 E. Franklin Street
Suite 600
Richmond, VA 23219
CBS Corporation f/k/a Viacom, Inc. f/k/a Westinghouse Electric Corp.
Ingersoll-Rand Company

Robert L. O'Donnell
Vandeventer Black LLP
500 World Trade Center
101 W. Main Street
Norfolk, VA 23510
Owens-Illinois, Inc.

Thomas C. Junker
Junker, Taddeo & Sturm, PLC
17 West Cary Street
Richmond, VA 23220
General Electric Company

Charles S. Siegel