MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 29 2007

FILED
CLERK'S OFFICE

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Maria J. Ballenger, et al. v. Agco Corp., et al.,* N.D. California, C.A. No. 4:06-2271

### ORDER STRIKING PLEADING

The Clerk has filed the pleading styled as "Defendant Todd Shipyards Corporation's Conditional Opposition to and/or Request for Clarification of Conditional Remand Order." It is, however, deficient in the area(s) checked below:

____ Insufficient number of copies (Rule 5.12(a))

____ Incomplete service or notation regarding lack of service on all parties in all actions (Rule 5.2(a))

____ Counsel lists do not identify party represented and/or do not include complete names and addresses (Rule 5.2(a))

____ Service of motion in affected district courts not complete (Rule 5.12(c) and Rule 5.2(b))

____ Supporting brief not included (Rule 7.2(a)(i))

____ Schedule incomplete and/or not included (Rule 7.2(a)(ii))

____ Schedule lists state court actions (Rule 7.2(a)(ii)(B))

____ Papers do not comply regarding format, heading, attorney in charge of case, or brief contains excessive number of pages (Rule 7.1(f))

____ Remand motion does not include affidavit complying with requirements of Rule 7.6(d)

__X__ Other -- A *conditional* opposition and request for clarification of the Panel's Conditional Remand Order (CRO) are not contemplated by the Panel's Rules.

The Clerk is hereby ORDERED to strike the above instrument(s) from the record and notify counsel of such action.

Dated: March 29, 2007

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

OFFICIAL FILE COPY
IMAGED MAR 29 2007

PLEADING NO. 5004