MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 29 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
OF MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCT        MDL DOCKET No. 875
LITIGATION

This Opposition Relates to:           from the:

CLINTON BRADY, ET AL.                 UNITED STATES DISTRICT
        PLAINTIFFS                    COURT FOR THE SOUTHERN
                                      DISTRICT OF MISSISSIPPI,
                                      EASTERN DIVISION

VERSUS                                CIVIL ACTION NO. 1:06 cv 1202 WJG

PHILLIPS 66 COMPANY, ET AL.
        DEFENDANTS

## UNOPPOSED MOTION TO WITHDRAW CONDITIONAL TRANSFER ORDER (CTO-272), OPPOSITION TO MOTION TO VACATE AND AFFIDAVIT OF LAURA DOERRE

TO THE HONORABLE MULTIDISTRICT PANEL:

COMES NOW, through undersigned counsel, Defendant, Pool Offshore d/b/a Pool Company, (hereinafter "Pool Offshore"), who moves to withdraw from the Court's consideration Transfer Order (CTO-272)[1], Pool Offshore's Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order (CTO-272), and the Affidavit of Laura Doerre. Pool Offshore represents that the Plaintiff's claim against it has been settled, and therefore the pending Transfer is now moot. As such, Pool Offshore requests that the Court remove the Transfer Order, Opposition to Motion to Vacate, and Affidavit of Laura Doerre from its consideration.

---

[1] Transfer Order (CTO-272) applied to all actions listed on the Schedule of Actions attached hereto as Exhibit "A." This Unopposed Motion withdraws the transfer and Opposition of all Plaintiff's, individually, and *in globo*.

OFFICIAL FILE COPY

IMAGED MAR 30 2007

Respectfully submitted this 28 day of March, 2007.

POOL OFFSHORE

BY: DORIS T. BOBADILLA (MS Bar No. 99869)

GALLOWAY, JOHNSON, TOMPKINS,
 BURR & SMITH
One Shell Square – 40th Floor
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456

OF COUNSEL

RICHARD O. BURSON (Ms. Bar No. 7580)
Ferris Burson Entrekin & Follis, PLLC
Post Office Drawer 1289
Laurel, MS 39441
Phone: 601-649-5399
Fax: 601-649-5799

BEFORE THE JUDICIAL PANEL
OF MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCT LITIGATION | MDL DOCKET No. 875 |
| This Opposition Relates to: | from the: |
| CLINTON BRADY, ET AL.<br>PLAINTIFFS | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, EASTERN DIVISION |
| VERSUS | CIVIL ACTION NO. 1:06 cv 1202 WJG |
| PHILLIPS 66 COMPANY, ET AL.<br>DEFENDANTS | |

## ORDER

**Considering the foregoing Motion;**

**IT IS HEREBY ORDERED** that Transfer Order (CTO-272), Pool Offshore Company's Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order (CTO-272), and the Affidavit of Laura Doerre are hereby withdrawn from the record.

Washington, D.C., this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 29 2007

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

On the 28th day of March, 2007, a true and correct copy of the above and foregoing instrument was duly served upon all parties via their counsel of record by depositing same in the U.S. mail, proper postage prepaid (or via electronic means) addressed to all parties on the Panel Service List attached hereto.

_____
DORIS T. BOBADILLA

## SCHEDULE OF ACTIONS/PANEL SERVICE LIST (Excerpted from CTO-272)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Brandon Kaye Polk v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-383 (Judge Walter J. Gex III)
*Daniel Livingston v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-384 (Judge Walter J. Gex III)
*Ralph T. McPhail v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1146 (Judge Walter J. Gex III)
*Willie Lee Daniels v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1199
    (Judge Walter J. Gex III)
*Harvey E. Broom v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1200 (Judge Walter J. Gex III)
*Rolland Dearman v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1201 (Judge Walter J. Gex III)
*Clinton L. Brady v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1202 (Judge Walter J. Gex III)
*Deloice Bullock v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1203 (Judge Walter J. Gex III)
*Eliel K. Mounteer, Sr. v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1204
    (Judge Walter J. Gex III)
*Terry Wallace v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1205 (Judge Walter J. Gex III)
*Ray C. Rawls v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1206 (Judge Walter J. Gex III)
*Lonnie Newsom v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1207 (Judge Walter J. Gex III)
*George Dixon v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1208 (Judge Walter J. Gex III)
*Ted L. Piner v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1209 (Judge Walter J. Gex III)
*Henry A. Herring v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1210 (Judge Walter J. Gex III)
*Joseph Crawford v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1211 (Judge Walter J. Gex III)
*Dan Mack Daughdrill v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1212
    (Judge Walter J. Gex III)
*Tony N. Thomas v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1213 (Judge Walter J. Gex III)
*Patrick Curd v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1214 (Judge Walter J. Gex III)
*Louie T. Elmer v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1215 (Judge Walter J. Gex III)

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Doris T. Bobadilla
Galloway, Johnson, Tompkins, Burr
& Smith
701 Poydras Street
Suite 4040
New Orleans, LA 70139

Ashley E. Calhoun
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Jack Robinson Dodson, III
Bradley, Arant, Rose & White
P.O. Box 1789
Jackson, MS 39215-1789

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

S. Robert Hammond, Jr.
Ramsay & Hammond
P.O. Box 16567
Hattiesburg, MS 39404-6567

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Gregory N. Jones
Franklin, Cardwell & Jones
1001 McKinney
18th Floor
Houston, TX 77002

Katherine V. Kemp
Holcomb Dunbar, PA
P.O. Drawer 707
Oxford, MS 38655-0707

SCHEDULE OF ACTIONS/PANEL SERVICE LIST (Excerpted from CTO-272) - MDL-875  Page 2 of 2

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Ronald G. Peresich
Page, Mannino, Peresich
& McDermott, PLLC
P.O. Drawer 289
759 Vieux Marche' Mall
Biloxi, MS 39533-0289

Simine Bazyari Reed
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Corina E. Salazar
Abbott, Simses & Kuchler
210 East Capitol Street
Suite 1090
Jackson, MS 39201

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Jennifer M. Studebaker
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal
Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

J. Jeffrey Trotter
Adams & Reese, LLP
P.O. Box 24297
Jackson, MS 39225-4297

Allen R. Vaught
Franklin, Cardwell & Jones
1700 Pacific Avenue
Suite 1610
Dallas, TX 75214

Jonathan Robert Werne
Brunini, Grantham, Grower & Hewes
P. O. Drawer 119
Jackson, MS 39205-0119

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406