FRANKLIN, CARDWELL & JONES
A PROFESSIONAL CORPORATION

**MDL 875**

1700 PACIFIC AVENUE.
SUITE 1610
DALLAS, TEXAS 75201

214.999.1324 TELEPHONE
800.644.5082 TOLL FREE
214.999.1326 FACSIMILE

INTERNET:
http://www.fcj.com

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

April 2, 2007

APR - 3 2007

FILED
CLERK'S OFFICE

Judicial Panel on MDL
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Bldg.
Room G-255, North Lobby
Washington, DC 20002
ATTN: Theresa Bishop

*Via Facsimile No. 202-502-2888*

PLEADING NO. 5007

Re: **CTO-272, MDL Docket No. 875 SET FOR SUBMISSION MARCH 29, 2007
U.S. DISTRICT COURT – SAN ANTONIO**
*Brandon Kaye Polk v. Phillips 66 Company, et al.*; CA No. 1:06-383;
*Daniel Livingston v. Phillips 66 Company, et al.*; CA No. 1:06-384;
*Ralph T. McPhail v. Phillips 66 Company, et al.*; CA No. 1:06-1146;
*Willie Lee Daniels v. Phillips 66 Company, et al.*; CA No. 1:06-1199;
*Harvey E. Broom v. Phillips 66 Company, et al.*; CA No. 1:06-1200;
*Rolland Dearman v. Phillips 66 Company, et al.*; CA No. 1:06-1201;
*Clinton L. Brady v. Phillips 66 Company, et al.*; CA No. 1:06-1202;
*Deloice Bullock v. Phillips 66 Company, et al.*; CA No. 1:06-1203;
*Eliel K. Mounteer, Sr. v. Phillips 66 Company, et al.*; CA No. 1:06-1204;
*Terry Wallace v. Phillips 66 Company, et al.*; CA No. 1:06-1205;
*Ray C. Rawls v. Phillips 66 Company, et al.*; CA No. 1:06-1206;
*Lonnie Newsom v. Phillips 66 Company, et al.*; CA No. 1:06-1207;
*George Dixon v. Phillips 66 Company, et al.*; CA No. 1:06-1208;
*Ted L. Piner v. Phillips 66 Company, et al.*; CA No. 1:06-1209;
*Henry A. Herring v. Phillips 66 Company, et al.*; CA No. 1:06-1210;
*Joseph Crawford v. Phillips 66 Company, et al.*; CA No. 1:06-1211;
*Dan Mack Daughdrill v. Phillips 66 Company, et al.*; CA No. 1:06-1212;
*Tony N. Thomas v. Phillips 66 Company, et al.*; CA No. 1:06-1213;
*Patrick Curd v. Phillips 66 Company, et al.*; CA No. 1:06-1214;
*Louie T. Emler v. Phillips 66 Company, et al.*; CA No. 1:06-1215;

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2007 APR -2 P 4: 20
RECEIVED CLERK'S OFFICE

Dear Ms. Bishop:

Please be advised that **Plaintiffs' Joint Motion to Remand** relating to all actions listed above previously sent to you for filing was for informational purposes only. The Motion was contemporaneously filed with a joint motion to dismiss and motion to

HOUSTON OFFICE
1001 MCKINNEY, 18TH FLOOR HOUSTON, TEXAS 77002 713.222.6025 TELEPHONE 713.222.0938 FACSIMILE
INTERNET: http://www.fcj.com

**OFFICIAL FILE COPY** IMAGED APR 5 2007

FRANKLIN, CARDWELL & JONES
A PROFESSIONAL CORPORATION

April 2, 2007
Page 2 of 2

remand for each Plaintiff listed above with the Honorable Walter Gex, III of the United States District Court, Southern District of Mississippi.

    Since the above-referenced cases were set for submission on March 29, 2007 in San Antonio, Texas, we felt that the Panel should be aware of these Motions and the actions of the parties. If the Panel has already been advised of the motions filed by the parties, then please disregard Plaintiffs' Joint Motion to Remand and return it to us in the self-addressed, stamped envelop provided.

    If you have any questions, please do not hesitate to contact me at (800) 644-4082. By copy of this letter, we are advising all counsel listed on the Panel Service List of same.

Very truly yours,

Gregory N. Jones

GNJ:cs

cc:    See the attached Schedule of Actions/Panel Service List

Apr-02-2007 02:22pm Case FRANKLIN CARDWELL JONES Document 5007 Filed 04/03/07 +9724349823 Page 3 of 11 T-159 P.004/005 F-995

Page 1 of 2

## SCHEDULE OF ACTIONS/PANEL SERVICE LIST (Excerpted from CTO-272)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Brandon Kaye Polk v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-383 (Judge Walter J. Gex III)
*Daniel Livingston v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-384 (Judge Walter J. Gex III)
*Ralph T. McPhail v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1146 (Judge Walter J. Gex III)
*Willie Lee Daniels v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1199
    (Judge Walter J. Gex III)
*Harvey E. Broom v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1200 (Judge Walter J. Gex III)
*Rolland Dearman v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1201 (Judge Walter J. Gex III)
*Clinton L. Brady v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1202 (Judge Walter J. Gex III)
*Deloice Bullock v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1203 (Judge Walter J. Gex III)
*Eliel K. Mounteer, Sr. v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1204
    (Judge Walter J. Gex III)
*Terry Wallace v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1205 (Judge Walter J. Gex III)
*Ray C. Rawls v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1206 (Judge Walter J. Gex III)
*Lonnie Newsom v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1207 (Judge Walter J. Gex III)
*George Dixon v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1208 (Judge Walter J. Gex III)
*Ted L. Piner v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1209 (Judge Walter J. Gex III)
*Henry A. Herring v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1210 (Judge Walter J. Gex III)
*Joseph Crawford v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1211 (Judge Walter J. Gex III)
*Dan Mack Daughdrill v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1212
    (Judge Walter J. Gex III)
*Tony N. Thomas v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1213 (Judge Walter J. Gex III)
*Patrick Curd v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1214 (Judge Walter J. Gex III)
*Louie T. Elmer v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1215 (Judge Walter J. Gex III)

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Doris T. Bobadilla
Galloway, Johnson, Tompkins, Burr
& Smith
701 Poydras Street
Suite 4040
New Orleans, LA 70139

Ashley E. Calhoun
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Jack Robinson Dodson, III
Bradley, Arant, Rose & White
P.O. Box 1789
Jackson, MS 39215-1789

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

S. Robert Hammond, Jr.
Ramsay & Hammond
P.O. Box 16567
Hattiesburg, MS 39404-6567

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Gregory N. Jones
Franklin, Cardwell & Jones
1001 McKinney
18th Floor
Houston, TX 77002

Katherine V. Kemp
Holcomb Dunbar, PA
P.O. Drawer 707
Oxford, MS 38655-0707

SCHEDULE OF ACTIONS/PANEL SERVICE LIST (Excerpted from CTO-272) - MDL-875    Page 2 of 2

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Ronald G. Peresich
Page, Mannino, Peresich
& McDermott, PLLC
P.O. Drawer 289
759 Vieux Marche' Mall
Biloxi, MS 39533-0289

Simine Bazyari Reed
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

John J. Repcheck
Marks; O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Corina E. Salazar
Abbott, Simses & Kuchler
210 East Capitol Street
Suite 1090
Jackson, MS 39201

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Jennifer M. Studebaker
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal
Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

J. Jeffrey Trotter
Adams & Reese, LLP
P.O. Box 24297
Jackson, MS 39225-4297

Allen R. Vaught
Franklin, Cardwell & Jones
1700 Pacific Avenue
Suite 1610
Dallas, TX 75214

Jonathan Robert Werne
Brunini, Grantham, Grower & Hewes
P. O. Drawer 119
Jackson, MS 39205-0119

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

**ORIGINAL**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 3 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCT LITIGATION | MDL DOCKET NO. 875 |
| This Motion Relates to:<br>CLINTON BRADY, ET AL.,[1]<br>Plaintiffs | from the:<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, SOUTHERN DIVISION |
| VERSUS | Civil Action No. 1:06-CV-1202 [1] |
| PHILLIPS 66 CO., ET AL.,<br>Defendants | |

## JOINT MOTION TO REMAND

TO THE HONORABLE MULTIDISTRICT PANEL:

COME NOW Plaintiffs and Defendants Pool Offshore Company ("Pool Offshore") and Nabors Offshore Corporation ("Nabors"), and file their Joint Motion to Remand, and would respectfully show as follows:

1.  Plaintiffs in the cases identified on Schedule A attached hereto have reached a settlement with Pool Offshore and Nabors, the parties that removed the cases from state court to this Court based on allegations that this Court had exclusive jurisdiction under the Outer Continental Shelf Lands Act, 43 U.S.C. § 1331 (the "OCSLA"), even though Plaintiffs never asserted claims related to the OCSLA.[2] Plaintiffs have never asserted claims related to the OCSLA; instead, their claims sound in common law tort (products lilability and negligence) and the Jones Act. Because Pool and Nabors have withdrawn their removal motions and supporting

---

[1] *See* attached Exhibit A for a complete Schedule of Actions which lists all actions (and Plaintiffs) subject to this filing.
[2] Other than the OCSLA, Defendants have asserted no other allegations of exclusive federal jurisdiction, such as adversity, because none exists. Each of the Plaintiffs in these cases live in Mississippi, and worked on land oil and gas rigs in Mississippi where they were exposed to asbestos drilling mud additives manufactured or distributed by Defendants, some of which are Mississippi Defendants.

affidavits, as moot and have been dismissed from the lawsuit, with prejudice, these cases must be remanded to the Mississippi state courts in which they were originally filed. *Richendollar v. Diamond M. Drilling Co.*, 784 F.2d 580, 583 (5th Cir. 1986) (holding a federal court's subject-matter jurisdiction is based on the nature of the underlying claim). Remand is mandatory because Plaintiffs' underlying claims do not support federal subject-matter jurisdiction. *See* 28 U.S.C. § 1447. For the same reason, remand has not been waived. *Id.*

   2. These cases arise out of Plaintiffs' alleged frequent and sustained exposure to asbestos drilling mud additives used in the oil and gas drilling industry on land based drilling rigs (including rigs in the state of Mississippi), on barges in the waterways within the state of Mississippi, and on drilling rigs in the Gulf of Mexico and adjoining bodies of navigable water. Plaintiffs' drilling mud asbestos exposure occurred at numerous drilling locations at various times from the early 1960s to late 1980s. Plaintiffs in the removed cases, and many other similarly exposed oilfield workers, filed suit for their asbestos-related injuries in Mississippi Circuit Court in Jones County, Mississippi. Plaintiffs assert causes of action against the manufacturers and distributors of these asbestos drilling mud additives under Mississippi state law for their exposure to these products during the course of drilling operations conducted on land-based drilling rigs in the state of Mississippi, barges on inland waterways and on offshore drilling rigs. Plaintiffs also assert causes of action against the defendants under general maritime law and against Pool Offshore (only one of Plaintiffs' many employers) under the Jones Act for their exposure during drilling operations conducted on a vessel in navigable bodies of water, including intercoastal waterways of Mississippi and the Gulf of Mexico.

3. Oilfield workers bringing asbestos cases are different from the "traditional" asbestos cases previously filed in Mississippi. First, the claims were not brought against a laundry list of peripheral defendants. Indeed, the "traditional" asbestos cases upon which Pool Offshore bases its Motion had as many as seventy (70) defendants. In these oilfield worker asbestos cases, suit was brought against the two (2) manufacturers and the few suppliers of a product that consisted of pure asbestos. Specifically, the defendants are Union Carbide Corporation; Phillips Petroleum Company; and their distributors, Montello, Inc., Mississippi Mud Company, Oilfield Services and Supply Co.; and the Baker Hughes Defendants; as well as the offshore oilfield employers at the time of exposure, if applicable. Given the extraordinarily limited focus of these oilfield worker cases, the factual and legal issues presented are similarly narrow as compared with "traditional" claims. Indeed, the vast majority of the discovery and legal issues ordinarily associated with "traditional" asbestos cases are irrelevant to oilfield worker cases.

4. Jones Act suits, as well as common law tort claims based on products liability or negligence, are generally non-removable unless they are fraudulently pleaded. *Hufnagel v. Omega Servs. Indus., Inc.*, 182 F.3d 340, 345 (5th Cir. 1999). A defendant's burden of proving the Jones Act was fraudulently pleaded is heavy. *Burchett v. Cargill, Inc.*, 48 F.3d 173, 176 (5th Cir. 1995). In these cases, there have been no assertions or proof of "fraudulent pleadings." Thus, because state common law claims have been asserted by Mississippi residents against Mississippi defendants, together with Jones Act claims, the only way the Outer Continental Shelf Lands Act could keep the case in federal court is if there is an OCSLA claim that is separate and independent from the Jones Act claim. 28 U.S.C. § 1441(c); *see also Lockhart v. Applied Coating Servs., Inc.*, 2005 WL 1574208, *4 (E.D.La. 2005) (not designated for publication).

Having withdrawn their removal petitions and evidence in support thereof, Defendants Pool Offshore and Nabors Drilling now agree that remand is appropriate. There is no remaining allegation or showing, therefore, of fraudulent joinder, that the Jones Act was fraudulently pleaded, or that there is an independent ground for application of the OCSLA. Based on well-settled law, these cases should be remanded. *See Pate v. Standard Dredging Corp.* 193 F.2d 2878 (5th Cir. 1952); *Symoenides v. Cosmar Compania Naviera, S.A.*, 494 F. Supp. 240 (W.D. La. 1980).

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request that the Clerk of this Panel enter an order vacating Conditional Transfer Order 272, for remand of the individual cases subject to CTO-272 to their Mississippi state court, and that the Plaintiffs be provided such other and further relief to which they may be entitled.

Respectfully submitted,

FRANKLIN, CARDWELL & JONES
A Professional Corporation

BY: /s/ Gregory N. Jones
Gregory N. Jones
Bar Card No. 102152
Allen R. Vaught
Bar Card No. 101695
Randy Bruchmiller
Bar Card No. 102094
1700 Pacific Ave, Suite 1610
Dallas, Texas 75214
214 999 1324 - telephone
214 999 1326 – facsimile

**ATTORNEYS FOR PLAINTIFFS**

RECEIVED CLERK'S OFFICE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION 2007 MAR 27 A 10:30

POOL OFFSHORE

*Doris J. Bobadilla / by Permission ca*
BY: DORIS T. BOBADILLA (MS Bar No. 99869)

GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
One Shell Square – 40th Floor
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456

OF COUNSEL

RICHARD O. BURSON (Ms. Bar No. 7580)
Ferris Burson Entrekin & Follis, PLLC
Post Office Drawer 1289
Laurel, MS 39441
Phone: (601) 649-5399
Fax:    (601) 649-5799

## CERTIFICATE OF SERVICE

On this the 26th day of March, 2007, a true and correct copy of the above and foregoing instrument was duly served upon all parties via their counsel of record by depositing the same in the U.S. Mail, proper postage prepaid (or via electronic means) addressed to all parties on the involved counsel list attached hereto.

Gregory N. Jones

# SCHEDULE OF ACTIONS/PANEL SERVICE LIST (Excerpted from CTO-272)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Brandon Kaye Polk v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-383 (Judge Walter J. Gex III)
*Daniel Livingston v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-384 (Judge Walter J. Gex III)
*Ralph T. McPhail v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1146 (Judge Walter J. Gex III)
*Willie Lee Daniels v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1199
    (Judge Walter J. Gex III)
*Harvey E. Broom v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1200 (Judge Walter J. Gex III)
*Rolland Dearman v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1201 (Judge Walter J. Gex III)
*Clinton L. Brady v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1202 (Judge Walter J. Gex III)
*Deloice Bullock v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1203 (Judge Walter J. Gex III)
*Eliel K. Mounteer, Sr. v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1204
    (Judge Walter J. Gex III)
*Terry Wallace v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1205 (Judge Walter J. Gex III)
*Ray C. Rawls v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1206 (Judge Walter J. Gex III)
*Lonnie Newsom v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1207 (Judge Walter J. Gex III)
*George Dixon v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1208 (Judge Walter J. Gex III)
*Ted L. Piner v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1209 (Judge Walter J. Gex III)
*Henry A. Herring v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1210 (Judge Walter J. Gex III)
*Joseph Crawford v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1211 (Judge Walter J. Gex III)
*Dan Mack Daughdrill v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1212
    (Judge Walter J. Gex III)
*Tony N. Thomas v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1213 (Judge Walter J. Gex III)
*Patrick Curd v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1214 (Judge Walter J. Gex III)
*Louie T. Elmer v. Phillips 66 Co., et al.*, S.D. Mississippi, C.A. No. 1:06-1215 (Judge Walter J. Gex III)

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Doris T. Bobadilla
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street
Suite 4040
New Orleans, LA 70139

Ashley E. Calhoun
Forman, Perry, Watkins, Krutz & Tardy, PLLC
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Jack Robinson Dodson, III
Bradley, Arant, Rose & White
P.O. Box 1789
Jackson, MS 39215-1789

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

S. Robert Hammond, Jr.
Ramsay & Hammond
P.O. Box 16567
Hattiesburg, MS 39404-6567

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Gregory N. Jones
Franklin, Cardwell & Jones
1001 McKinney
18th Floor
Houston, TX 77002

Katherine V. Kemp
Holcomb Dunbar, PA
P.O. Drawer 707
Oxford, MS 38655-0707

SCHEDULE OF ACTIONS/PANEL SERVICE LIST (Excerpted from CTO-272) - MDL-875        Page 2 of 2

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Ronald G. Peresich
Page, Mannino, Peresich
& McDermott, PLLC
P.O. Drawer 289
759 Vieux Marche' Mall
Biloxi, MS 39533-0289

Simine Bazyari Reed
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Corina E. Salazar
Abbott, Simses & Kuchler
210 East Capitol Street
Suite 1090
Jackson, MS 39201

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Jennifer M. Studebaker
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal
Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

J. Jeffrey Trotter
Adams & Reese, LLP
P.O. Box 24297
Jackson, MS 39225-4297

Allen R. Vaught
Franklin, Cardwell & Jones
1700 Pacific Avenue
Suite 1610
Dallas, TX 75214

Jonathan Robert Werne
Brunini, Grantham, Grower & Hewes
P. O. Drawer 119
Jackson, MS 39205-0119

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406