**MDL 875**

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 9 2007

FILED
CLERK'S OFFICE

In re Asbestos Product Liability Litigation (No. VI)

| | |
|---|---|
| JACK FRANKLIN, ) | |
| ) | |
| Plaintiff, ) | MDL Docket No. 875 |
| ) | |
| v. ) | Case No. 3:06-cv-1058 |
| ) | |
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER

COMES NOW Plaintiff, Jack Franklin, by and through his attorney, Daniel R. Francis of the Francis Law Firm, L.L.C., and pursuant to Rule 7.4D of the Rules of Procedure of the Judicial Panel on Multi-District Litigation, states as follows:

1. Plaintiff Jack Franklin has filed a two-count complaint against CSX Transportation, Inc. pursuant to the Federal Employer's Liability Act, 45 U.S.C. § 51. Count I is for cumulative trauma injuries sustained to his back and spine. Count II is for asbestos injuries sustained by his exposure to asbestos at work. A copy of the complaint is attached as Exhibit 1.

2. That the primary claim in this case is the cumulative trauma orthopedic claim and its facts and circumstances will be much different than those in the asbestos claim.

Respectfully Submitted,

FRANCIS LAW FIRM, L.L.C.

PLEADING No. 5010

OFFICIAL FILE COPY

JUDICIAL PANEL ON
2007 APR -5 A 11:05
RECEIVED
CLERK'S OFFICE

IMAGED APR 1 0 2007

By: /s/ Daniel R. Francis
DANIEL R. FRANCIS #6203035
6654 Chippewa
St. Louis, Missouri 63109
(314) 752-3600
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was mailed, postage prepaid, to all attorneys of record this 4th day of April , 2007 to Kurt Reitz, Esq., 525 West Main Street, P.O. Box 750, Belleville, Illinois 62222-0750.

/s/ Daniel R. Francis

2007 APR -5 A 11:05
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 9 2007

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANAL**
**ON MULTIDISTRICT LITIGATION**

In re Asbestos Product Liability Litigation (No. VI)

| | |
|---|---|
| JACK FRANKLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | MDL Docket No. 875 |
| vs. ) | |
| ) | Case No. 3:06-cv-1058 |
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S**
**MOTION TO VACATE CONDITIONAL TRANSFER ORDER**

COMES NOW Plaintiff, Jack Franklin, by and through his attorney, Daniel R. Francis of the Francis Law Firm, L.L.C., and files this Memorandum in Support of Plaintiff Jack Franklin's Motion to Vacate the Conditional Transfer Order. This matter should not be transferred to the Multidistrict Litigation Panel. The Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 FRD 425 and 28 U.S.C. 1407 do not require or compel the transfer of this matter. Specifically:

The order of the judicial panel on multi-district litigation, Docket No. 875, only requires transfers to the Eastern District of Pennsylvania where: (1) the actions involve common questions of facts relating to injuries caused by exposure to asbestos, and (2) centralization under 28 USC § 1407 will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. In Re Asbestos Products Liability Litigation, (No. VI), 771 F.Supp 415 (J.P.M.L. 1991).

No reported cases were found that support Defendant's argument that when a non-related FELA non-asbestos personal injury claim is filed simultaneously with a separate FELA asbestos claim, the court is required to transfer both claims.

Plaintiff requests the conditional order to transfer be vacated as this is a FELA case concerning an on-job exposure and is unique to this Plaintiff. Plaintiff will be injured if this action is transferred. In fact, it becomes more burdensome to all parties to with a Midwest Illinois case in Pennsylvania.

Allowing this two count complaint to be transferred would neither serve the convenience of the parties and witnesses, nor further the just and efficient conduct of this litigation.

WHEREFORE Plaintiff respectfully request the conditional order of transfer be vacated. In the alternative should the court find Count II, the FELA asbestos claim is a transferable claim, the Plaintiff requests and consents that the two counts be severed and only the asbestos claim be submitted and transferred to the MDL court.

Respectfully Submitted,

FRANCIS LAW FIRM, L.L.C.

By: /s/ Daniel R. Francis
DANIEL R. FRANCIS #6203035
6654 Chippewa
St. Louis, MO 63109
(314) 752-3600
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was mailed, postage prepaid, to all attorneys of record this ___ day of April, 2007, including

2

Kurt Reitz, Esq., 525 West Main Street, P.O. Box 750, Belleville, Illinois 62222-0750
and those counsel on the MDL list of attorneys.

*Daniel R. Francis*

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 9 2007

FILED
CLERK'S OFFICE

In re Asbestos Product Liability Litigation (No. VI)

| | |
|---|---|
| JACK FRANKLIN,               ) | |
|                              ) | |
| Plaintiff,                   ) | MDL Docket No. 875 |
|                              ) | |
| v.                           ) | Case No. 3:06-cv-1058 |
|                              ) | |
| CSX TRANSPORTATION, INC.,    ) | |
|                              ) | |
| Defendants.                  ) | |

## CERTIFICATE OF MAILING

COMES NOW Plaintiff, Jack Franklin, by his attorney, Daniel R. Francis of the Francis Law Firm, L.L.C., and certifies that a copy of Plaintiff's Motion to Vacate the Conditional Transfer Order and Plaintiff's Memorandum in Support of Plaintiff's Motion to Vacate Conditional Transfer Order was transmitted via U.S. Mail, First Class, postage prepaid, to all attorneys on the attached MDL Panel Service List, attached hereto, this 5 day of April, 2007.

Respectfully Submitted,

FRANCIS LAW FIRM, L.L.C.

By: _Daniel R. Francis_
DANIEL R. FRANCIS #6203035
6654 Chippewa
St. Louis, Missouri 63109
(314) 752-3600
Attorneys for Plaintiff

2007 APR -9  A 10:06
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

## PANEL SERVICE LIST (Excerpted from CTO-275)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Jack Franklin v. CSX Transportation, Inc.,* S.D. Illinois, C.A. No. 3:06-1058

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Daniel R. Francis
Francis Law Firm, LLC
6654 Chippewa
St. Louis, MO 63109

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Kurt E. Reitz
Thompson & Coburn
525 West Main Street
P.O. Box 750
Belleville, IL 62222

John J. Repcheck
Marks, O'Neill, O'Brien
& Courtney, PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406