MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 11 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI)

MDL DOCKET NO. 875

CONDITIONAL TRANSFER ORDER 274

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL JARRELL** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 6:06-CV-2190** |
| **FRANKS PETROLEUM INC., ET AL** | * | **JUDGE MELANCON** |

*********************************************

## CORPORATE DISCLOSURE STATEMENT
## OF HESS CORPORATION

NOW INTO COURT, through undersigned counsel, comes Defendant, Hess Corporation, formerly known as Amerada Hess Corporation, and makes the following disclosure pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation:

Hess Corporation has no parent corporation, nor does any publicly held corporation own ten percent or more of its stock.

New Orleans, Louisiana, this 22nd day of March, 2007.

/s/ Amanda Wilson

JOSEPH E. LEBLANC, JR. (#8199)
KING, LEBLANC & BLAND, P.L.L.C.
6363 Woodway, Suite 750
Houston, Texas 77057
Telephone: (713) 334-5644

and

**OFFICIAL FILE COPY**

IMAGED APR 1 2 2007

PLEADING NO. 5013

2007 MAR 23 A 11:10
RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

ELIZABETH S. WHEELER (#21148)
AMANDA L. NESSER (#30003)
KING, LEBLANC & BLAND, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170-1034
Telephone: (504) 582-3800

Attorneys for Defendant, Hess Corporation

**BEFORE THE JUDICAL PANEL ON MULTIDISTRICT LITIGATION**

In re: MDL-875-Asbestos Products Liability Litigation (VI). (CTO 274)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing CORPORATE DISCLOSURE STATEMENT OF HESS CORPORATION was served by First Class Mail on March 22, 2007, to the following individuals as well as all other counsel listed on the Panel Service List attached hereto:

Honorable Marcia Leleux
U.S. District Court
Western District of Louisiana
P.O. Box 1269
Alexandria, LA  71309-1269

Honorable Tucker Melancon
U.S. District Judge
4700 John M. Shaw US Courthouse
800 Lafayette Street
Lafayette, LA  70501

Patrick W. Pendley
Pendley, Baudin & Coffin, LLP
24110 Eden Street
Plaquemine, LA  70764
Attorney for DANIEL JARRELL

Richard P. Sulzer
Robert E. Williams, IV
Sulzer & Willliams, LLC
201 Holiday Boulevard, Suite 335
Covington, LA  70433
Attorney for BAKER HUGHES OILFIELD OPERATIONS, INC.

William Davis
Milling Benson Woodward LLP
339 Florida Street, Suite 300
Baton Rouge, LA  70801
Attorney for FRANKS PETROLEUM INC.

Ronald A. Ammann
Chamberlain, Harlicka, White, et al
1200 Smith Street
Suite 1400
Houston, TX 77002
Attorney for NOBLE DRILLING COMPANY

Robert Dillie
Kean Miller
P.O. Box 3513
Baton Rouge, LA 70821
Attorney for SHELL OIL COMPANY

Christine Carbo
Strasburger & Price
1401 McKinney Street, Suite 2200
Houston, TX 77010-4035
Attorney for CHROMALLOY AMERICAN CORP.

On this 22nd day of March, 2007.

*[signature]*

S:\0029\066\PLDGS\CORP.DISC2.HESS.DOC

4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 11 2007

FILED
CLERK'S OFFICE

# PANEL SERVICE LIST (Excerpted from CTO-274)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Teressa Bell, etc. v. Rowan Companies, Inc., et al.*, M.D. Louisiana, C.A. No. 3:06-785
*Daniel Jarrell v. Franks Petroleum, Inc., et al.*, W.D. Louisiana, C.A. No. 6:06-2190

| | | |
|---|---|---|
| Ronald A. Ammann<br>Chamberlain, Harlicka, White, et al<br>1200 Smith Street<br>Suite 1400<br>Houston, TX 77002 | Richard A. Chopin<br>Chopin Wager Richard & Kutcher<br>Two Lakeway Center<br>3850 N. Causeway Blvd., Suite 900<br>Metairie, LA 70002 | Susan M. Hansen<br>Brownson & Ballou<br>225 South Sixth Street, Suite 4800<br>Minneapolis, MN 55402 |
| Lance Arnold<br>Baldwin & Haspel<br>1100 Poydras Street, Suite 2200<br>New Orleans, LA 70163 | Adam M. Chud<br>Goodwin Procter, LLP<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001 | Reginald S. Kramer<br>Oldham & Dowling<br>195 South Main Street, Suite 300<br>Akron, OH 44308-1314 |
| Allison Naquin Benoit<br>Kean Miller<br>P.O. Box 3513<br>Baton Rouge, LA 70821 | David A. Damico<br>Burns White Hickton, LLC<br>Fourth Northshore Center<br>106 Isabella Street<br>Pittsburgh, PA 15212 | David C. Landin<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 |
| Gary A. Bezet<br>Kean Miller<br>P.O. Box 3513<br>Baton Rouge, LA 70821-3513 | William G. Davis<br>Milling Benson Woodward LLP<br>339 Florida Street, Suite 300<br>Baton Rouge, LA 70801-1726 | Gene Locks<br>Locks Law Firm, LLC<br>1500 Walnut Street<br>Philadelphia, PA 19102 |
| Richard C. Binzley<br>Thompson Hine, LLP<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | Robert E. Dillie<br>Kean Miller<br>P.O. Box 3513<br>Baton Rouge, LA 70821-3513 | Ronald L. Motley<br>Motley Rice, LLC<br>P.O. Box 1792<br>Mt. Pleasant, SC 29464 |
| Joseph E. LeBlanc, Jr.<br>King, LeBlanc & Bland<br>6363 Woodway, Suite 750<br>Houston, TX 77057 | Kathleen F. Drew<br>Adams & Reese<br>701 Poydras Street, Suite 4500<br>New Orleans, LA 70139 | Patrick W. Pendley<br>Pendley, Baudin & Coffin, LLP<br>24110 Eden Street<br>P.O. Box 71<br>Plaquemine, LA 70765-0071 |
| Christine Carbo<br>Strasburger & Price<br>1401 McKinney Street, Suite 2200<br>Houston, TX 77010-4035 | Raymond P. Forceno<br>Forceno & Hammon<br>111 S. Independence Mall East<br>The Bourse, Suite 1000<br>Philadelphia, PA 19106-2574 | Daniel Douglas Pipitone<br>Chamberlain, Harlicka, White, et al<br>1200 Smith Street<br>Suite 1400<br>Houston, TX 77002 |
| Edward J. Cass<br>Gallagher, Sharp, et al<br>Bulkley Building, 7th Floor<br>1501 Euclid Avenue | Ellen B. Furman<br>Goldfein & Hosner<br>1600 Market Street, 33rd Floor<br>Philadelphia, PA 19103 | John J. Repcheck<br>Marks, O'Neill, et al<br>3200 Gulf Tower<br>707 Grant Street |

| | | |
|---|---|---|
| Cleveland, OH  44115 | | Pittsburgh, PA  15219 |
| John D. Roven<br>Roven-Kaplan, LLP<br>2190 North Loop West, Suite 410<br>Houston, TX  77018 | Richard D. Schuster<br>Vorys, Sater, et al<br>P.O. Box 1008<br>Columbus, OH  43216 | Neil Selman<br>Selman, Breitman & Burgess<br>11766 Wilshire Blvd., 6th Floor<br>Los Angeles, CA  90025 |
| Jena W. Smith<br>Baldwin & Haspel<br>Energy Centre, Suite 2200<br>1100 Poydras Street<br>New Orleans, LA  70163 | Robert N. Spinelli<br>Kelley, Jasons, McGuire & Spinelli<br>Centre Square West, 15th Floor<br>Philadelphia, PA  19102 | Robert E. Swickle<br>Jaques Admiralty Law Firm, PC<br>1570 Penobscot Building<br>The Maritime Asbestosis Legal Clinic<br>Detroit, MI  48226 |
| Andrew J. Trevelise<br>Reed Smith, LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA  19103 | James K. Weston II<br>Tom Riley Law Firm<br>4040 First Avenue, N.E.<br>P.O. Box 998<br>Cedar Rapids, IA  52406 | Jim Wetwiska<br>Akin, Gump, Strauss, Hauer & Feld<br>1111 Louisiana Street, 44th Floor<br>Houston, TX  77002-5200 |
| Elizabeth S. Wheeler<br>King, LeBlanc & Bland, LLP<br>201 St. Charles Avenue, Suite 4500<br>New Orleans, LA  70170 | Robert W. Williams, IV<br>Sulzer & Williams, LLC<br>201 Holiday Blvd., Suite 335<br>Covington, LA  70433 | |