**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 11 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Asbestos Products Liability Litigation                    Re MDL-875

---

Re:  Eddie Joe Wooten and Marie Wooten v. Certainteed Corporation, et al.
     U.S. District Court – Western District of Arkansas - ARW 2 – Civil Action No. 07-2004

---

### PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Comes now the Plaintiffs, by and through their undersigned counsel, and for their Motion to Vacate Conditional Transfer Order states as follows:

1.     This action for personal injuries was originally filed on November 3, 2006 in the Circuit Court of Sebastian County, Arkansas against CertainTeed Corporation ("CertainTeed"), Darragh Company ("Darragh"), Georgia Pacific Corporation ("Georgia Pacific") and Kelly- Moore Paint Company, Inc ("Kelly-Moore").

2.     While CertainTeed Corporation, Georgia Pacific Corporation and Kelly-Moore Paint Company, Inc. are all diverse citizens within the meaning of 28 U.S.C. Sec 1332, Darragh Company is a corporation organized and existing under the laws of the State of Arkansas with its principal place of business in Little Rock, Arkansas. As such, Darragh Company is a non-diverse defendant. (See Plaintiffs Complaint, paragraphs 3-6, attached as Exhibit "A" and copy of the incorporation information for Darragh Company obtained from the Arkansas Secretary of State's website attached as Exhibit "B.")

---

**OFFICIAL FILE COPY**

**IMAGED APR 1 2 2007**

3.     Plaintiffs' complaint makes allegations of negligence, strict liability, and breach of express and implied warranties against all named defendants based upon Eddie Joe Wooten's exposure to asbestos-containing products manufactured, sold and distributed by the named Defendants. (See Plaintiffs' Complaint attached as Exhibit "A.")

4.     Plaintiffs' complaint also specifically alleges the citizenship of Darragh and affirmatively states that there is not complete diversity of citizenship among the defendants. (See Exhibit "A," paragraphs 6 and 7.)

5.     Since at least 1955, Darragh has been a supplier of building materials. Darragh did not manufacture products, but rather sold and distributed products manufactured by other companies. Yellow pages advertisements for this company from 1955-1965 indicate that they sold a variety of materials that contained asbestos including plasters, insulation products, refractory materials, siding materials, and sewer pipe. (See yellow pages advertisements attached as Exhibit "C.") Additionally, Plaintiff has invoices obtained from W.R. Grace & Co.-Conn. indicating that Darragh distributed W.R. Grace's asbestos-containing acoustical plasters to jobsites in Texarkana, Arkansas, Little Rock, Arkansas, Van Buren, Arkansas and Russellville, Arkansas. (See invoices attached as Exhibit "D.") Other invoices from W.R. Grace list Darragh as the supplier but do not contain information regarding the jobsite where the product was used.

6.     Although discovery in this case is far from complete—Plaintiff has not yet even had an opportunity to serve discovery materials on Defendants—the information Plaintiff has at this time substantiates that Darragh sold and distributed asbestos-containing materials in central and western Arkansas. Additionally, the information reveals that at least some of the materials that Darragh sold

were materials that Mr. Wooten has testified he used during his career. (See Wooten deposition excerpts attached as Exhibit "E.")

7.     On December 27, 2006, Eddie Joe Wooten's deposition was taken in his home. Counsel for CertainTeed, Georgia Pacific and Kelly-Moore were present at the deposition, but counsel for Darragh did not appear alth6ugh Darragh's counsel received timely notice of the deposition. (See Notice of Deposition attached as Exhibit "F.") At that time, Mr. Wooten was gravely ill and did not recall the Darragh Company. (See Deposition excerpts included in the Notice of Removal.) Mr. Wooten died of malignant mesothelioma on January 2, 2007.

8.     On January 17, 2006, Plaintiffs' counsel was served with a copy of the Notice of Removal. The Notice of Removal is signed by counsel for CertainTeed, Georgia Pacific, and Kelly-Moore, but the Notice of Removal is not signed by counsel for Darragh. Darragh was properly served with the complaint and filed an answer on November 17, 2006. (See Darragh's Answer attached as Exhibit "G.") There is no written notice in the file that Darragh has consented to removal.

9.     Plaintiffs have filed a Motion to Remand this action with the United States District Court for the Western District of Arkansas and this Motion is currently pending in that Court. Because the issue of subject matter jurisdiction is one which should be decided by the District Court in Arkansas, the Conditional Transfer Order should be vacated.

10.     Until the issue of subject matter jurisdiction is resolved by the District Court, this Panel does not have jurisdiction to transfer this case to any other court.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray for an order of this Court vacating the Conditional Transfer Order until the District Court has ruled on Plaintiffs' Motion for Remand.

Respectfully submitted,

RUSSELL B. WINBURN
Arkansas Bar No. 87193
Odom Law Firm, P.A.
1 East Mountain
Fayetteville, Arkansas 72701
(479) 442-7575

ATTORNEYS FOR PLAINTIFFS,
EDDIE JOE WOOTEN and MARIE WOOTEN

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 11 2007

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

In re Asbestos Products Liability Litigation                                    Re MDL-875

## Schedule of Actions

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br><br>Eddie Joe Wooten<br>Marie Wooten<br><br>**Movant:**<br><br><br>**Defendants:**<br><br>CertainTeed Corporation,<br>Darragh Company,<br>Georgia Pacific Corporation,<br>Kelly-Moore Paint Company, Inc. | Western District of Arkansas | 2:07:2004 | Honorable Robert T. Dawson |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED 2007
GREENWOOD DIST.
FILED
2006 NOV 3 PM 2 02
CLERK'S OFFICE
*Margo Shelby*
CIR. CLERK  SEB. CO.

IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS

EDDIE JOE WOOTEN and MARIE WOOTEN                    PLAINTIFFS

v.                    NO. CV-06-324-G  V

CERTAINEED CORPORATION,
DARRAGH COMPANY,
GEORGIA-PACIFIC CORPORATION,
KELLY-MOORE PAINT COMPANY, INC.                    DEFENDANTS

## COMPLAINT

Comes now the Plaintiffs, by and through his undersigned counsel, and for their

Complaint against the Defendants, state and allege as follows:

1.      Plaintiffs Eddie Joe Wooten and Marie Wooten are citizens and residents of

Mansfield, Sebastian County, Arkansas. At all relevant times hereto, Eddie Joe Wooten and

Marie Wooten were husband and wife.

2.      The Defendants, acting through their agents, servants, and/or employees,

caused and have caused in the past certain asbestos and asbestos-containing materials to be

placed in the stream of interstate commerce with the result that said asbestos and asbestos-

containing materials came into use by Eddie Joe Wooten or at his worksites.

3.      Certain-Teed Corporation is a foreign corporation organized and existing under

the laws of a state other than Arkansas. At all relevant times hereto, Certain-Teed

manufactured, sold and distributed asbestos-containing base sheets, textiles, cements, joint

PLAINTIFF'S
EXHIBIT
A
(12-00)

treatment compounds, acoustical plasters, and dry wall materials. These materials were purchased and/or used by Eddie Joe Wooten in the course and scope of his employment, and these materials were also used by others at locations where Eddie Joe Wooten worked. The use of these materials created dangerous levels of asbestos to which Eddie Joe Wooten was exposed. These exposures were of sufficient duration and intensity so as to be a substantial contributing factor in the development of mesothelioma in Eddie Joe Wooten.

4.    Georgia Pacific Corporation is a foreign corporation organized and existing under the laws of a state other than Arkansas. At all relevant times hereto, Georgia Pacific Corporation manufactured, sold and distributed asbestos-containing base sheets, textiles, cements, joint treatment compounds, acoustical plasters, and dry wall materials. These materials were purchased and/or used by Eddie Joe Wooten in the course and scope of his employment, and these materials were also used by others at locations where Eddie Joe Wooten worked. The use of these materials created dangerous levels of asbestos to which Eddie Joe Wooten was exposed. These exposures were of sufficient duration and intensity so as to be a substantial contributing factor in the development of mesothelioma in Eddie Joe Wooten.

5.    Kelly-Moore Paint Company, Inc. is a foreign corporation organized and existing under the laws of a state other than Arkansas. At all relevant times hereto, Kelly-Moore Paint Company, Inc. manufactured, sold and distributed asbestos-containing base sheets, paints, cements, joint treatment compounds, acoustical plasters, and dry wall materials. These materials were purchased and/or used by Eddie Joe Wooten in the course and scope of his employment, and these materials were also used by others at locations where Eddie Joe Wooten worked. The use of these materials created dangerous levels of asbestos to which Eddie Joe Wooten was exposed. These exposures were of sufficient duration and

intensity so as to be a substantial contributing factor in the development of mesothelioma in Eddie Joe Wooten.

6.     The Darragh Company is a corporation organized and existing under the laws of the State of Arkansas with its principal place of business in Little Rock, Arkansas.

7.     This Court has jurisdiction over the parties and the subject matter of this action as the Plaintiffs were injured in part in Sebastian County, Arkansas and that the Defendants herein were, or are, doing business in Sebastian County, Arkansas.   There is not complete diversity of citizenship among the Defendants and venue is proper.

8.     Between 1959 and 1974, Eddie Joe Wooten was employed as a drywall installer at various locations in the United States where he came into contact with asbestos dust and asbestos-containing products and materials manufactured, sold and/or distributed by, *inter alia*, the named defendants.

9.     During the course and scope of his employment, Eddie Joe Wooten was exposed to Defendants' asbestos which exposure directly and proximately caused him to develop malignant mesothelioma.

10.    The illnesses and disabilities of Eddie Joe Wooten are the direct and proximate result of the negligence, recklessness, and willfulness of the Defendants, in that they produced, sold, and otherwise put into the stream of interstate commerce, asbestos and asbestos-containing materials which the Defendants, and each of them, knew were deleterious, poisonous, and highly harmful to the Plaintiff's body, lungs, respiratory system, skin, and health.

11.    The illnesses and disabilities of Eddie Joe Wooten are the direct and proximate result of the negligence, recklessness, and willfulness of the Defendants, in that even though the Defendants knew, or in the exercise of ordinary care, should have known, that the

asbestos-containing materials were deleterious, poisonous, and highly harmful to the Plaintiff's body, lungs, respiratory system, skin, and health, the Defendants nonetheless:

    a.   Failed to advise the Plaintiff of the dangerous characteristics of their asbestos product;

    b.   Failed or omitted to provide the Plaintiff with the knowledge as to what would be reasonably safe and sufficient wearing apparel and proper protective equipment and appliances, if, in truth, he was in any way able to protect himself from being poisoned and disabled as he was by exposure to such a deleterious and harmful asbestos;

    c.   Failed and omitted to place any warnings or sufficient warnings on their containers of said asbestos products to warn the handlers thereof of the dangers to their health in coming into contact with said asbestos products;

    d.   Failed and omitted to take reasonable precautions or to exercise reasonable care to publish, adopt, and enforce a safety plan and a safe method of handling said asbestos products;

    e.   Inadequately warned, if, in fact, they warned at all, persons such as the Plaintiff of the dangers to their health in coming into contact with and breathing said asbestos and asbestos materials;

    f.   Did not recommend methods to improve the work environment;

    g.   Did not develop alternative products;

    h.   Continued to use a known cancer causing products, to-wit; asbestos;

i. Failed to package their asbestos in containers that would not break open and leak;

j. Failed to make recommendations and adopt a plan for the proper disposal of their asbestos products;

12. As a result of the foregoing negligence, recklessness, and willfulness, the Plaintiff has been damaged severely as set forth below. At all relevant times, it was feasible for the Defendants to warn the Plaintiff, test their asbestos products, and design safer asbestos products and/or packaging.

## SECOND CAUSE OF ACTION

13. Plaintiffs reallege and incorporate by reference Paragraphs 1 - 12 of this Complaint.

14. That subsequent to the time that the Defendants caused the asbestos products to be sold and placed on the Plaintiff's jobsites, the Defendants knew, or in the exercise of ordinary care, should have known that asbestos is deleterious, carcinogenic, and harmful to persons using these products, but nevertheless, the Defendants negligently and recklessly failed and refused to warn and advise the Plaintiff of the dangerous characteristics thereof, and the dangers to the health and welfare of persons coming in contact with and breathing products even until the present, despite their knowledge of the presence of their product on the Plaintiff's jobsites. That to the present, possessed with information uniquely available to them relating to the dangerous effects of continued asbestos exposure, the Defendants have refused to provide that information to the Plaintiff, despite the Defendants' knowledge that their asbestos has contaminated the Plaintiff's jobsites.

15. The Plaintiff has furthermore suffered continuing and lingering injury to himself due to the Defendants asbestos fibers previously inhaled. Said fibers, once inhaled, cause repeated and continued injury to the Plaintiff.

16.     As a proximate result of the aforesaid acts of the Defendants, the Plaintiff has been damaged as set forth below.

## THIRD CAUSE OF ACTION

17.     Plaintiffs reallege and incorporate by reference Paragraphs 1 – 16 of this Complaint.

18.     Plaintiff alleges that Plaintiff was a person whom the Defendants might reasonably have expected to use, consume, or be affected by their asbestos products.

19.     Plaintiff alleges that each Defendant was guilty of the breach of an express warranty by failing to manufacture and deliver said asbestos products in a condition of good materials and workmanship and free from defects.

20.     Plaintiff alleges that each Defendant was guilty of the breach of implied warranty in that the asbestos-containing products were not of merchantable quality, nor safe and fit for the purposes for which they were intended.

Plaintiff alleges that each Defendant was guilty of the breach of an implied warranty for fitness for a particular purpose in that the Defendants had reason to know of the particular purpose and use of their asbestos-containing products and that the Plaintiff relied upon the Defendants skill and/or judgment to select, provide, supply, and/or otherwise deliver suitable goods.

In spite of these warranties, said products were expected to and did reach the Plaintiff, in that such products were supplied by the Defendants in a defective condition without substantial change from the condition in which they were sold, said defects rendering the products unreasonably dangerous and not reasonably fit for their intended uses.  The defective condition of the Defendants products were the proximate cause of harm to the Plaintiff and said asbestos-containing products, directly and indirectly, Plaintiff's asbestos related diseases.

## FOURTH CAUSE OF ACTION

21.     Plaintiffs reallege and incorporate by reference Paragraphs 1 – 20 of this Complaint.

22.     Plaintiff, and others in his position were working in close proximity to the asbestos and asbestos materials of the Defendants, and each of them, and Plaintiff's presence, as well as others in their position, was known, or, in the exercise of reasonable care, should have been anticipated by the Defendants, and each of them.

23.     The Defendants, and each of them, have possessed for over fifty (50) years of medical and scientific data which clearly indicates that the products, asbestos and asbestos-containing products, were hazardous to the health and safety of the Plaintiff, and others in his position, and prompted by pecuniary motives, the Defendants, and each of them, individually and collectively, ignored and failed to act upon said medical and scientific data, conspired to defraud the public, and in particular, the users of the said medical and scientific data, depriving them, therefore, of the opportunity of free choice as to whether or not to expose themselves to the asbestos-containing products of the Defendants.  As a result, the Plaintiff has been severely damaged as is set forth below.

## FIFTH CAUSE OF ACTION

24.     Plaintiffs reallege and incorporate by reference Paragraphs 1 - 23 of this Complaint.

Plaintiff further alleges that at the time the Defendants, and each of them, sold and/or delivered the aforesaid asbestos-containing products and at the time said products were used by the Plaintiff in the manner and environment intended, they were in a defective condition and were unreasonably dangerous and unsafe for reasonable, foreseeable use and consumption in that they were deleterious, poisonous, and highly harmful to the Plaintiff's body.

The above was the proximate cause of the severe damages sustained by the Plaintiff in violation of the rule of strict liability torts, as set forth in 2d Restatement of Tort, 2d. §402(a) and the Arkansas Products Liability Act of 1979,  Ark. Code Ann. § 16-116-101, et seq., and Arkansas Common and Case Law.

## SIXTH CAUSE OF ACTION

25.    Plaintiffs reallege and incorporate by reference Paragraphs 1 - 24 of this Complaint.

26.    That at various times from 1956 to the filing of this lawsuit, Defendants had actual knowledge of the dangers to Plaintiff of asbestos exposure; nevertheless, Defendants deliberately, intentionally and purposefully withheld such information from Plaintiff, thus denying him of the knowledge with which to take necessary safety precautions such as periodic chest x-rays and medical examinations and avoiding further dust exposure, the specifics of Defendants' intentional acts being as follows:

a.    Failing to warn prior users of the need for monitoring due to prior asbestos exposure;

b.    Never issued recall type letters or notices to prior users;

c.    Frustrated the publication of articles on the asbestos health hazards in the literature;

d.    Top management officials of Defendants rejected advice of other corporate officials and/or trade organizations to warn of the hazards of their asbestos products, such rejection by top management officials being motivated by the possibility of adverse effects on profits;

e.    Intentional inadequacy and delay of use of warnings on asbestos products.

f.   Failed to advise Plaintiff of medical findings known to Defendants concerning the dangers of asbestos exposure and exposure to other industrial dusts created by the use of their products;

g.   Suppressed the dissemination of information to Plaintiff concerning the hazards of asbestos exposure and exposure to other industrial dusts created by the use of their products.

27.   The foregoing willful, deliberate, intentional, purposeful, and/or grossly negligent acts of the Defendants were the direct and proximate cause of Plaintiff's injuries and damages hereinafter described, and the Plaintiff is, therefore, entitled to compensatory and punitive damages.

## SEVENTH CAUSE OF ACTION

28.   Plaintiffs re-allege and incorporate by reference Paragraphs 1 - 27 of this Complaint.

29.   That during, before and after Plaintiff's exposure to asbestos products manufactured by Defendants, the Defendants falsely represented facts, including the dangers of asbestos exposure and exposure to other industrial dusts created by the use of their products to Plaintiff in the paragraphs above, while Defendants each had actual knowledge of said dangers of asbestos exposure and exposure to other industrial dusts to persons such as Plaintiff. Defendants each knew of the falsity of their representations and/or made the representations in reckless disregard to their truth or falsity.

30.   The foregoing representations were material conditions precedent to Plaintiff's continued exposure to asbestos-containing products and Defendants each intended that the Plaintiff act upon the representations by continuing his exposure to the asbestos products. Plaintiff was ignorant of the falsity of Defendants' representations and rightfully relied upon the representations.

31.   As a direct and proximate result of the Plaintiff's reliance upon Defendants false representations, Plaintiff has suffered injuries and damages hereinafter described.

32.   As a direct and proximate result of the aforementioned acts and conduct of Defendants, Plaintiff was caused to suffer, and will continue to suffer in the future, severe anxieties, hysterias or phobias, any and all of which may develop or has developed due to plaintiff's diagnosis of malignant pleural mesothelioma resulting from exposure, directly and indirectly to the asbestos products of the Defendants.

As a direct and proximate result of the aforesaid, Plaintiff has suffered and will continue to suffer permanent and ongoing psychological damage which has or may require further psychological and/or medical treatment.  As a direct and proximate result of the aforementioned acts and conduct of the Defendants, Plaintiff has experienced physical pain, suffering and mental anguish in the past and will continue to experience such physical pain and suffering and mental anguish in the future due to Plaintiff's diagnosis of mesothelioma.

As a direct and proximate result of the aforementioned acts and conduct of Defendants, Plaintiff and has in the past been, and Plaintiff will continue in the future, to be required to seek and obtain medical treatment, incurring substantial medical expenses as a result thereof.  Further, Plaintiffs have and will continue to incur annually and periodically throughout the remainder of their lives substantial medical expenses for medical monitoring and surveillance of their conditions in order to establish the early detection thereof, of additional asbestos-caused and/or related disease not yet manifest, including but not limited to cancer, resulting from his prior exposures to the asbestos products of Defendants.

As a direct and proximate result of the aforementioned acts and conduct of the Defendants, Plaintiff further and severally alleges that he now suffers from malignant mesothelioma.  Further, that his enjoyment of life has been impaired and that his expected lifespan has been greatly shortened.  Finally, as a direct and proximate result of the

aforementioned acts and conducts of the Defendants, Plaintiff will show that his earning capacity has been greatly diminished by the above numerated injuries in that he has lost wages in the past and will continue to incur lost wages in the future as a direct result of his prior exposures, directly and indirectly, to the asbestos products of the Defendants.

33.     Plaintiff also alleges that he should recover of and from each of the Defendants herein punitive damages for the willful, deliberate, reckless, malicious, and/or grossly negligent acts of the Defendants. Punitive damages should be assessed against the Defendants because the Plaintiff's injuries could have been prevented or mitigated by the Defendants proper warnings and instructions. The Defendants, however, motivated by greed for monetary gain, profits and earnings, intentionally chose not to warn the users of their products of the dangers known to them in the use, handling and storage of asbestos materials. Further, said punitive damages should be assessed against the Defendants because the Plaintiff's injuries or damages would not have occurred had Defendants not individually and collectively conspired by omission and commission to manipulate, alter, change or detrimentally affect the scientific, medical and technological research affecting the progressive studies and reports regarding asbestos hazards, thus inhibiting and delaying public knowledge and awareness of asbestos hazards to a delayed point in time subsequent to the Plaintiff's injurious exposures.

34.     As a direct and proximate result of all Defendants actions as stated above, and the Plaintiff's reliance upon Defendants' false representations, Plaintiff has suffered injuries and damages hereinafter described, specifically:

a.     As a result of the development of asbestos-related diseases and other industrial dust diseases caused by breathing the Defendant's asbestos-containing products, Plaintiff has suffered and sustained very serious injuries to his person requiring medical treatment.

b.   Plaintiff has further suffered great pain, extreme nervousness, depression and mental anguish as a direct result of the aforesaid injuries.

c.   Plaintiff verily believes that his injuries and illnesses are permanent in nature and that they will be forced to suffer the same for the remainder of his life, and that his enjoyment of life has been greatly impaired and, further, that his expected life span has been greatly shortened.

d.   Plaintiff further has suffered a diminishment in his earning capacities by the above enumerated injuries and has sustained lost wages in the past and will continue to incur lost wages in the future as a result of his exposures, both directly and indirectly, to the asbestos products of Defendants.

35.   Plaintiffs re-allege and incorporate by reference paragraph 1-34 of this Complaint.

36.   As a result of the negligent and wrongful acts of the Defendants, the Marie Wooten is entitled to damages for loss of services, society and companionship of her husband these damages also being known as Loss of Consortium under Arkansas Law. Marie Wooten's damages are a proximate result of all Defendants actions as stated above.

WHEREFORE, Plaintiff prays that the Defendants be ordered to appear and answer the Complaint herein; that upon final trial of this action to a jury that Plaintiff be granted against Defendants, jointly and severally, for their damages, for an amount in excess of that required for jurisdiction for compensation for medical expenses, pain and suffering, lost wages and earning power, disability and future medical monitoring; and that Plaintiff receive an amount in excess of that required for jurisdiction in punitive damages for the willful, deliberate, reckless, malicious and/or grossly indifferent acts of the Defendants; that Plaintiff recover

costs of suit herein expended and interest at the legal rate on all of the above and that Plaintiff be awarded such other and further relief, both at law and at equity, to which this Court, in its discretion, may find him to be justly entitled.

PLAINTIFFS DEMAND A TRIAL BY JURY.

Respectfully submitted,

EDDIE JOE WOOTEN and
MARIE WOOTEN

By: _____

RUSSELL B. WINBURN
BAR # 87193
ODOM LAW FIRM
1 EAST MOUNTAIN
P.O. DRAWER 1868
FAYETTEVILLE, AR  72702-1868
(479) 442-7575



### Arkansas SECRETARY OF STATE — Business/Commercial Services

SEARCH [Go]

#### Search Incorporations, Cooperatives, Banks and Insurance Companies

| | |
|---|---|
| Corporation Name | DARRAGH COMPANY |
| Fictitious Names | ARKANSAS EGG COMPANY |
| | GOLD-N-FRESH EGG PRODUCTS COMPANY |
| | WONDER CHICK HATCHERY |
| Filing # | 100014936 |
| Filing Type | For Profit Corporation |
| Filed under Act | Dom Bus Corp; 576 of 1965 |
| Status | Good Standing |
| Principal Address | |
| Reg. Agent | KRAMER DARRAGH |
| Agent Address | 1401 E. 6TH |
| | LITTLE ROCK, AR 72201 |
| Date Filed | 01/09/1922 |
| Officers | F. RICHARD DUNLAP, Secretary |
| | F. KRAMER DARRAGH, III, President |
| | F. RICHARD DUNLAP, Vice-President |
| | F. RICHARD DUNLAP, Treasurer |
| Foreign Name | N/A |
| Foreign Address | |
| State of Origin | N/A |

State Capitol, Rm 256
Little Rock, AR 72201
501-682-1010
Email

**Purchase a Certificate of Good Standing for this Entity**

**Pay Franchise Tax for this corporation**

Use your browser's back button to return to the Search Results

Begin New Search

Site Map | Accessibility Policy | Privacy Statement | Security Statement



PLAINTIFF'S
EXHIBIT
B
( 1 pg )

## Building Materials—Wholesale

Ark-Land Products Inc 1638 E 15--FRanklin 5-1614

**ARK-MO LBR CO THE**

LUMBER - MILLWORK
GOLD BOND INSULATION
MULE-HIDE ROOFING
DEXTER HARDWARE
BARRETT ARMOROOF ROOFING

1000 W Bway NLR--------FRanklin 4-1275

**ARK FOUNDRY CO** 1423 E 6----FRanklin 2-6261
(See Advertisement This Page)
Big Rock Stone & Matrl Co
Ft Of Ashley St-FRanklin 4-0381
**COURTNEY BLDG MATRL CO**
601 W Washngtn NLR-FRanklin 2-3136

**DARRAGH COMPANY**

Masonry Materials - Plaster
Metal Lath - Roofing - Siding
Building Paper - Polyetheline
Aluminum Windows - Steel Door
Frames - Waterproofing Materials
Form Ties - Expansion Joints
Insulation Products


HOME OF
TIME
PROVEN
BUILDING
MATERIALS

*"FOR INFORMATION CALL"*

Darragh Company 1401 E 6----FRanklin 5-0123

Dyke Bros 4th & Poplar Sts NLR--FRanklin 2-5288
**FISCHER CEMENT & ROOFING CO**
Distributor Georgia White Marble Chips
205 N Arch-------------FRanklin 5-8175
**FISCHER LIME & CEMENT CO**
1650 E Washngtn NLR-FRanklin 6-2331
(See Advertisement This Page)

**LYMAN LAMB CO**
DISTRIBUTORS OF NATIONALLY
KNOWN BUILDING MATERIALS
U. S. GYPSUM CO, FLINTKOTE, TOCH BROS.
5022  W  32----------------MOhawk 3-8331

**MALLORY BLDG MATRL CO**
Cantrl at River Rd-MOhawk 3-6328
**MAY SUPPLY CO** 1115 E 2-----FRanklin 4-7456
**PLANTERS LBR CO**
410 E Washngtn NLR-FRanklin 4-1288
Scott Sash & Door Co Inc
223 Rector-FRanklin 2-4135

**SOUTHLAND BUILDING PRODUCTS**

PLYWOOD - DOORS

MILLWORK

DECORATIVE LAMINATES



*"FOR INFORMATION CALL"*
*WHOLESALE ONLY*
SOUTHLAND BLDG PRODUCTS CO
400 Shall-FRanklin 2-5282

Southland Bldg Products Co
400 Shall-FRanklin 2-5282
Tennessee Products & Chemi Corp
800 W 2 NLR-FRanklin 2-3820

## Building Reports

Dodge F W Corp  Wallace Bldg---FRanklin 5-1395

## Building Specialties

**ACOUSTICS & SPECIALTIES CO**
317 E Markm-FRanklin 2-4123
**AMERICAN METAL WINDOW CO**
See Ad At Windows-Metal
819 W 7----------------FRanklin 5-8186

**ARK BUILDERS SUPPLY CO**

Complete Line of
Building Specialties

Including Metal Doors & Frames - Flag
Poles - Metal Windows - Vault Doors
Metal Partitions - Metal Lockers
Chalk & Tack Boards - Metal Tablets &
Letters - X-Ray Protective Materials
Laundry & Garbage Chutes
Fire Extinguishers

1118 W Markm-----------FRanklin 5-5397



# Building Materials

*Wholesale Distributors*
**JOHNS-MANVILLE PRODUCTS**
Asbestos Shingles • Asbestos Siding • Rock Wool Home Insulation
Asbestos Flexboard • Insulation Board Products • Hard Board
Asphalt Shingles • Roll Roofings
Complete Line of J-M Building Accessories



● METAL LATH - REINFORCING STEEL ●
● SUPERIOR HEAT CIRCULATORS ●
● STEELTEX ● METAL WINDOWS & SCREEN ●
STEEL BUILDINGS

*WRITE - WIRE OR PHONE*

CALL FRanklin
2-6261
If No Answer Call
MOhawk 6-9258
or Skyline 3-1342

**ARKANSAS AFC FOUNDRY CO.**

1423 E. SIXTH ST.

# FISCHER LIME AND CEMENT CO.

1650 EAST WASHINGTON, N. L. R.

*Your*

## WHOLESALE BUILDING MATERIALS DISTRIBUTOR

*Call FRanklin 6-2331*

*For*

## BUILDING MATERIALS AND SPECIALTIES

● MIAMI CABINETS &
  BATHROOM ACCESSORIES
● WALLBOARD
● ROCK WOOL AND
  FIBERGLAS INSULATION
● STRAND GARAGE DOORS
● BUILDERS HARDWARE
● GLASS
● WATERPROOFING
● CELOTEX INSULATION PRODUCTS

● PLASTER AGGREGATE
● PLASTER
● METAL MOULDINGS
● PLYWOOD
● ORNAMENTAL IRON
● NAILS & WIRE MESH
● COUNTER TOP MATERIALS
● ROOFING, SIDING & BUILDING PAPER
● PER—FIT ALUMINUM WINDOWS

● TRUSCON STEEL - WINDOWS & SASH
● STEEL - REINFORCING & STRUCTURAL

*"Since 1906 Fischer Service*

PLAINTIFF'S
EXHIBIT
C

## Building Materials—Retail—(Cont'd)

**REYNOLDS ALUMINUM BUILDING MATERIALS** 

Gutters and Downspouts, Windows, Reflective Insulation, Flashing, Corrugated and S-V Crimp Roofing, Weatherboard Siding, Industrial Corrugated, Nails and Accessories.

*"WHERE TO BUY THEM"*

JOBBER

Koolvent Aluminum Awning Co
 3408 E Bway NLR--WIndsor 5-2172

**ROBINSON LBR CO** 2615 W 12--FRanklin 2-2263
**ROOD FRED R LBR CO**
 204 River Rd--MOhawk 6-9120
**ROSEDALE LBR & PAINT CO**
 8100 Asher--LOcust 5-2302
**SCOTT LBR CO** 1616 S Hayes---MOhawk 6-8374
**STRAN-STEEL ARCHITECTURAL PRODUCTS** 

Curtain-wall and complete lightweight structural systems. Multi-purpose joists and studs feature distinctive nailing groove for fast collateral materials application. High tensile, columns and beams.

*"FOR INFORMATION CALL"*

DEALER

Withrow Nevil C Co Inc
 1401 Cantrl Rd--MOhawk 6-5461

Twin City Lbr & Moulding Co
 3101 E Washngtn NLR--WIndsor 5-1772
**UNITED BUILDERS SUPPLY**
 522 W 22 NLR--FRanklin 5-7747
**VENABLE LBR CO**
 1109 W 34 NLR--SKyline 3-3411

*Is that store open tonight? Many businesses list the hours they are open in these YELLOW PAGES.*

## Building Materials—Retail—(Cont'd)

**VISQUEEN FILM** 

The permanent multi-use vapor barrier.
LIGHTWEIGHT
EASY-TO-HANDLE
TRANSPARENT
  LOW COST
 REDUCES LABOR COSTS
Perfect for All-Weather Closures and Covers.

*"WHERE TO BUY IT"*

**DARRAGH COMPANY**
  1401 E 6  FRanklin 5-0123

West End Lbr & Matrl Co
 2800 Asher-MOhawk 3-4168

## Building Materials—Wholesale

**ARK FOUNDRY CO** 1423 E 6-----FRanklin 2-6261
 (See Advertisement This Page)
Ark-Land Products Inc 1638 E 15--FRanklin 5-1614

**ARK-MO LBR CO THE**

LUMBER - MILLWORK
GOLD BOND INSULATION
MULE-HIDE ROOFING
DEXTER HARDWARE
BARRETT ARMOROOF ROOFING

1000 W Bway NLR--------FRanklin 4-1275

Big Rock Stone & Matrl Co
 Ft Of Ashley St-FRanklin 4-0381
**COURTNEY BLDG MATRL CO**
 601 W Washngtn NLR-FRanklin 2-3136

Here's a help to home managers: These YELLOW PAGES are packed with buying facts about things needed to run a home. Consult them to find "Where-to-Buy-It."

## Building Materials—Wholesale (Cont'd)

**DARRAGH COMPANY**

Masonry Materials - Plaster
Metal Lath - Roofing - Siding
Building Paper - Polyethelene
Aluminum Windows - Steel Door
Frames - Waterproofing Materials
Form Ties - Expansion Joints
Insulation Products

*"FOR INFORMATION*

Darragh Company 1401 E 6----FF

Dyke Bros 4th & Poplar Sts NLR--FF
**FISCHER CEMENT & ROOFING CO**
 Distributor Georgia White Marble C
 205 N Arch------------FF
**FISCHER LIME & CEMENT CO**
 1650 E Washngtn NLR-FF
 (See Advertisement Following I

**LYMAN LAMB CO**

DISTRIBUTORS OF NATIONA
KNOWN BUILDING MATERI
U. S. GYPSUM CO, FLINTKOTE, TO
5022 W 32----------------MOI

**MALLORY BLDG MATRL CO**
 Cantrl at River Rd--M
**MAY SUPPLY CO** 1115 E 2------FI
**PLANTERS LBR CO**
 410 E Washngtn NLR-FI

The YELLOW PAGES
where to buy the pro
services you want. They
you find the stores ar
people best fitted to su
needs. Look in the Y
PAGES.





# BUILDING MATERIALS

*Wholesale Distributors*
**JOHNS-MANVILLE PRODUCTS**

Asbestos Shingles ● Asbestos Siding
Rock Wool Home Insulation ● Asbestos
Flexboard ● Insulation Board Products ●
Hard Board ● Asphalt Shingles ● Roll
Roofings ● Complete Line of J-M
Building Accessories.

METAL LATH – REINFORCING STEEL
SUPERIOR HEAT CIRCULATORS
STEELTEX ● METAL WINDOWS
& SCREEN ● STEEL BUILDINGS

CALL FRanklin
2-6261
If No Answer Call
MOhawk 6-9258
or SKyline 3-1342

# ARKANSAS FOUNDRY CO.



IT'S EASIER
TO SHOP...whe
you plan your tri
the YELLOW f

## Building Materials—Wholesale

**ARK FOUNDRY CO** 1423 E 6----FRanklin 2-6261
  (See Advertisement This Page)
Ark-Land Products Inc 1638 E 15--FRanklin 5-1614
**ARK LBR CO THE**
  4801½ Crestwd-MOhawk 6-5489

**K-MO LBR CO THE**
  LUMBER - MILLWORK
  GOLD BOND INSULATION
  MULE-HIDE ROOFING
  DEXTER HARDWARE
  BARRETT ARMOROOF ROOFING
1000 W Bway NLR--------FRanklin 4-1275

Big Rock Stone & Matrl Co
  Ft of Ashley St-FRanklin 4-0381
**BUSH-CALDWELL CO** 105 Scott-FRanklin 3-3441
**COURTNEY BLDG MATRL CO**
  601 W Washngtn NLR-FRanklin 2-3136
**DARRAGH COMPANY**

Masonry Materials - Plaster
Metal Lath - Roofing - Siding
Building Paper - Polyethelene
Aluminum Windows - Steel Door
Frames - Waterproofing Materials
Form Ties - Expansion Joints
Insulation Products



"FOR INFORMATION CALL"
Darragh Company 1401 E 6----FRanklin 5-0123
Dyke Bros 4th & Poplar Sts NLR--FRanklin 2-5288
**FISCHER CEMENT & ROOFING CO**
  Distributor Georgia White Marble Chips.
  205 N Arch--------------FRanklin 5-8175
**FISCHER LIME & CEMENT CO**
  1650 E Washngtn NLR-FRanklin 6-2331
**LYMAN LAMB CO**
  DISTRIBUTORS OF NATIONALLY
  KNOWN BUILDING MATERIALS
  U. S. GYPSUM CO, FLINTKOTE, TOCH BROS.
  5022 W 32--------------MOhawk 8-3331

**LLORY BLDG MATRL CO**
  Cantrl at River Rd-MOhawk 3-6328
**MAY SUPPLY CO** 3115 E 2-----FRanklin 2-3101
**PLANTERS LBR CO**
  410 E Washngtn NLR-FRanklin 4-1288
**REYNOLDS ALUMINUM SUPPLIES—**
REYNOLDS ALUMINUM SUPPLY CO
  Aluminum Building Products–Steel–
  Asphalt and Asbestos Roofing Products–
  Insulation–Plywood
  703 North Royal Av Memphis Tenn
  (Toll Call)-JAckson 5-4717

Rood Fred R Lbr Co 204 River Rd-MOhawk 6-9120
**SCOTT SASH & DOOR CO INC**
  223 Rector-FRanklin 2-4135
Southland Bldg Products Co
  400 Shall-FRanklin 2-5282

## Building Reports

Dodge F W Corp 300 Scott-------FRanklin 5-1395

## Building Specialties

Acoustics & Specialties Co
  317 E Markm-FRanklin 2-4123
**AMERICAN METAL WINDOW CO**
  See Ad At Windows-Metal
  819 W 7--------------FRanklin 5-8186
Architectural Specialties Inc
  400 Shall-FRanklin 8-8456
**ARK BUILDERS SUPPLY INC**

Finish Hardwares
Complete Line Of
BUILDERS SPECIALTIES
For
Commercial - Architectural
& Residential Construction

1118 W Markham---------FRanklin 5-5397

Ark Builders Supply Inc
  1118 W Markm-FRanklin 5-5397
**ARK FOUNDRY CO** 1423 E 6----FRanklin 2-6261

## Building Specialties—(Cont'd)

**NATIONAL BUILDERS SUPPLY INC**
  Metal Windows - Fire Doors
  Overhead Type Garage Doors - Asphalt
  Tile Floors - Acoustical Materials
  Hollow Metal Doors And Frames -
  Toilet Partitions - Incinerators
  Accordion Doors & Aluminum Doors
3519 Cantrl Rd----------MOhawk 6-9491

**SCHMELZER G R SALES ASSOCTS**

Corruform - Tufcor - Steel Roof Deck
Laminated Wood Products
Metal Lath - Metal Windows
Toilet & Hospital Compartments
Hollow Metal Doors & Frames
Metal Specialties

124 River Rd----------MOhawk 6-6664

**WILSON BERLIN CO**
  "Engineered Products"
  Air Conditioning Specialties
  Accordion Doors - Folding Partitions
  Laminated Beams & Arches
  Expansion Joints - Paving Products
  Roof Decks- Ceiling & Sidewall Panels
  Folding Bleachers - Gym Products
Gazet Bldg ----------FRanklin 2-1210

**WITHROW NEVIL C CO INC**
  1401 Cantrl Rd-MOhawk 6-5461

## Building Wrecking

See Wrecking–Buildings

*Shopping Is as Simple as A-B-C
If You Use The YELLOW PAGES.*

## Buildings–See Office Buildings

## Buildings–Steel–See Steel Buildings

## Bulbs—Flowering

See Nurseries (Nurserymen); Also Seeds & Bulbs

## Burglar Alarms

**ARK BURGLAR & FIRE ALARM CO**
  Alarms For Stores - Homes - Factories -
  Warehouses - Burglar & Hold-Up Protection
  Day or Night Call
  7115 W 12--------------MOhawk 3-2209

## Burglar Guards

**ARNOLD AWNING & IRON WKS**
  8400 New Benton Hway-LOcust 5-1524

## Burial Associations

**OWENS & CO** 500 Main NLR----FRanklin 4-0313
Ruebel Funeral Home 1210 Wolfe-FRanklin 4-0207

## Burial Insurance–See Insurance

## Burlap

**K-QUALITY BAG CO INC**
  New & Used Burlap
  422 E Markm----------FRanklin 4-0374

## Burners

See Gas Burners; Gasoline Burners; Oil Burners
Also Pear Burners

## Bus Bodies

**WARD BODY WKS INC**
  805 Harkrider Conway-FRanklin 5-0709

HANDY- These YELLOW PAGES
will tell you where you can buy
most anything.



# BUILDING MATERIALS





*Wholesale Distributors*
**JOHNS-MANVILLE PRODUCTS**

Asbestos Shingles ● Asbestos Siding
Rock Wool Home Insulation ● Asbestos
Flexboard ● Insulation Board Products ●
Hard Board ● Asphalt Shingles ● Roll
Roofings ● Complete Line of J-M
Building Accessories

METAL LATH – REINFORCING STEEL
SUPERIOR HEAT CIRCULATORS
STEELTEX ● METAL WINDOWS
& SCREEN ● STEEL BUILDINGS

CALL FRanklin
2-6261
If No Answer Call
TOwnsend 8-3721
MO 6-5869

# ARKANSAS AFD FOUNDRY CO.

Case MDL No. 8751  Document 5014  Filed 04/11/07  Page 23 of 67

## Building Materials—Wholesale—(Cont'd)

**ARK-MO LBR CO THE**
LUMBER - MILLWORK
GOLD BOND INSULATION
UPSON PRODUCTS
DEXTER HARDWARE
BARRETT ARMOROOF ROOFING.
1000 W Bway NLR--------FRanklin 4-1275

Big Rock Stone & Matrl Co
Ft Of Ashley St-FRanklin 4-0381
BUSH-CALDWELL CO 105 Scott-FRanklin 2-3441
COURTNEY BLDG MATRL CO
601 W Washngtn NLR-FRanklin 2-3136

**DARRAGH COMPANY**
Masonry Materials - Plaster
Metal Lath - Roofing - Siding
Building Paper - Polyethelne
Thiokol Compounds - Steel Door
Frames - Waterproofing Materials
Form Ties - Expansion Joints
Insulation Products


NOW OF
TIME
PROVEN
BUILDING
MATERIALS

"FOR INFORMATION CALL"
Darragh Company 1401 E 6-----FRanklin 5-0123

DONNA FILL CO 400 Shall------FRanklin 5-3266
Dyke Bros 4th & Poplar Sts NLR--FRanklin 2-5288
FISCHER CEMENT & ROOFING CO
Distributor Georgia White Marble Chips
205 N Arch-------------FRanklin 5-8175
FISCHER LIME & CEMENT CO
1650 E Washngtn NLR-FRanklin 6-2331
**LYMAN LAMB CO**
DISTRIBUTORS OF NATIONALLY
KNOWN BUILDING MATERIALS
U. S. GYPSUM CO, FLINTKOTE, TOCH BROS.
5022 W 32-------------MOhawk 3-8331

MALLORY BLDG MATRL CO
Cantrl at River Rd-MOhawk 3-6328
MAY SUPPLY CO 1115 E 2-----FRanklin 2-3101

*Use The YELLOW PAGES.*



You'll love an
**EXTENSION TELEPHONE**
in
**COLOR**



Convenient . . . and designed to
beautify your home or office. Nine
exciting colors — light beige, aqua
blue, white, light gray, moss green,
ivory, cherry red, pastel yellow, and
rose pink.
For information call the telephone
business office.

## Building Materials—Wholesale—(Cont'd)

Pioneer Lbr & Bldg Matrls Co
2510 W 10-FRanklin 4-6369
**PLANTERS LBR CO**
410 E Washngtn NLR-FRanklin 4-1288
**REYNOLDS ALUMINUM SUPPLIES—**
REYNOLDS ALUMINUM SUPPLY CO
Aluminum Building Products–Steel–
Asphalt and Asbestos Roofing Products–
Insulation–Plywood
703 North Royal Av Memphis Tenn
(Toll Call) JAckson 5-4717

Rood Fred R Whlsle Bldg Matrl Co
204 River Rd-MOhawk 6-9409
SCOTT SASH & DOOR CO INC
223 Rector-FRanklin 2-4135
Southland Bldg Products Co
400 Shall-FRanklin 5-5282

**VISQUEEN FILM**
The permanent multi-use
vapor barrier.
LIGHTWEIGHT
EASY-TO-HANDLE
TRANSPARENT

VisQueen
POLYETHYLENE FILM
LOW COST
REDUCES LABOR COSTS
Perfect for All-Weather Closures and Covers.
"WHERE TO BUY IT"
DISTRIBUTOR
**DARRAGH COMPANY**
1401 E 6-FRanklin 5-0123

## Building Reports
Dodge F W Corp 300 Scott------FRanklin 5-1395

## Building Specialties
**AMERICAN METAL WINDOW CO**
See Ad At Windows-Metal
339 W 7-----------------FRanklin 5-8186
Architectural Specialties Inc
400 Shall-FRanklin 5-8456

**ARK BUILDERS SUPPLY INC**
One Stop Source For
Finish Hardware & Building
Specialties
COMMERCIAL · RESIDENTIAL
ARCHITECTURAL
Estimate & Bid Service
Without Obligation
1118 W Markm----------FRanklin 5-5397

ARK FOUNDRY CO 1423 E 6----FRanklin 2-6261
BUSH-CALDWELL CO 105 Scott-FRanklin 2-3441
ERWIN WILL B CO INC
317 W Markm-FRanklin 5-1108
**NATIONAL BUILDERS SUPPLY**
Metal Windows - Fire Doors
Dwyer Kitchens - Composition Flooring
Louvers - Acoustical Materials
Hollow Metal Doors And Frames
Toilet Partitions - Incinerators
Accordion Doors & Vault Doors
3519 Cantrl Rd-----------MOhawk 6-9491

**SCHMELZER G R SALES ASSOCTS**
Corruform - Tufcor - Steel Roof Deck
Laminated Wood Products
Metal Lath - Metal Windows
Toilet & Hospital Compartments
Hollow Metal Doors & Frames
Metal Specialties
200 River Rd-------------MOhawk 6-6664

Your friends are not so far away.
You can reach them quickly and
economically with a long distance

## Building Specialties—(Cont'd)
**WILSON BERLIN CO**
"Engineered Products"
Accordion Doors · Folding Partitions
Laminated Beams & Arches
Expansion Joints · Paving Products
Roof Deck - Ceiling & Sidewall Panel
Folding Bleachers · Gym Products
Aluminum Windows · Porcelain Panel
Gazette Bldg -------------FRanklin 2-

**WITHROW NEVIL C CO INC**
1401 Cantrl Rd-MOhawk 6

## Building Wrecking
See Wrecking-Buildings

## Buildings—See Office Buildings

## Buildings—Steel—See Steel Buildings

## Bulbs—Flowering
See Nurseries (Nurserymen); Also Seeds & B

## Bulldozers
A-1 Rental Co 900 S Hayes------MOhawk 3

## Burglar Alarms
**ARK BURGLAR & FIRE ALARM CO**
Alarms For Stores - Homes - Factories
Warehouses · Burglar & Hold-Up Protecti
Day or Night Call
7115 W 12-------------------MOhawk 3-

## Burial Associations
**OWENS & CO** 500 Main NLR----FRanklin
Ruebel Funeral Home 1210 Wolfe-FRanklin

## Burial Insurance—See Insurance

## Burlap
**K-QUALITY BAG CO INC**
New & Used Burlap
422 E Markm-------------FRanklin

## Burners
See Gas Burners; Gasoline Burners; Oil B
Also Pear Burners

## Bus Bodies
**WARD BODY WKS INC**
805 Harkrider Conway-FRanklin
Wayne Coach Sales Co 3131 E Bway-WIndsor

## Bus Companies—City
Citizens Coach Co 2000 Thayer----FRanklin

Here's a help to home mana
These YELLOW PAGES
packed with buying facts a
things needed to run a h
Consult them to find "Wher
Buy-It."


*The personal touch means so much*
CALL
LONG
DISTANCE

Bargain rates when you call *station
station*. For example, you can make th
station calls generally for the price
two *person-to-person*. And remember
call-by-number . . . it's twice as fast.

## ding Materials—Wholesale— (Cont'd)

**NSWANGER & CO**
- Alwintite Aluminum Windows & Doors
  - Closet Doors
  - Doors & Frames
- Shutters - Shower Doors & Tub Enclosures
- Jalousies - Mirrors - Bathroom Cabinets
- Fiberglas Panels - Art Glass
- Glass Blocks - Thermopane

2400 Commercial------------FRanklin 4-0336
Nights—Sundays & Holidays call: SKyline 3-5173
Or --------------------------MOhawk 6-7538

**BUSH-CALDWELL CO** 105 Scott—FRanklin 2-3441
**COURTNEY BLDG MATRL CO**
601 W Washngtn NLR—FRanklin 2-3136

**DARRAGH COMPANY**
Masonry Materials – Plaster – Metal
Lath – Sewer Pipe – Building Paper –
Polyethylene – Thiokol Compounds –
Folding Doors—Waterproofing Materials
Form Ties – Expansion Joints – In-
sulation Products – Plastic Skylights.


NONE MORE PROVEN
TIME PROVEN
BUILDING MATERIALS

*"FOR INFORMATION CALL"*

Darragh Company 1401 E 6----FRanklin 5-0123

**DONNA FILL CO** 400 Shall------FRanklin 5-3266
Dyke Bros 4th & Poplar Sts NLR—FRanklin 2-5288
**FISCHER LIME & CEMENT CO**
1650 E Washngtn NLR—FRanklin 6-2331
**GUNN DISTRIBG CO INC**
1801 E 22–FRanklin 4-4381
**LYMAN LAMB CO**
DISTRIBUTORS OF NATIONALLY
KNOWN BUILDING MATERIALS
U. S. GYPSUM CO, FLINTKOTE, TOCH BROS.
5022 W 32------------------LOcust 5-7521

**MALLORY BLDG MATRL CO**
Cantrl at River Rd–MOhawk 3-6328
**SUPPLY CO** 1115 E 2-----FRanklin 2-3101

## Building Materials—Wholesale— (Cont'd)

**MECHANICS LBR CO**
- Flintkote Products
- Curtis Woodwork
- USG Products
- Dierks Lumber
- Weyerhaeuser Products
- Plywood & Wallboard
- Consoweld
- Insulation Products
- Treated Lumber & Posts

NLR Store 600 Main NLR-----FRanklin 2-3456
LR Store 10th & Spring-----FRanklin 5-3353

Pioneer Lbr & Bldg Matrls Co
2510 W 10–FRanklin 4-6369

**PLANTERS LBR CO**
410 E Washngtn NLR–FRanklin 4-1288
Rood Fred R Whlsle Bldg Matrls Co
204 River Rd–MOhawk 6-9409

**SCOTT SASH & DOOR CO INC**
223 Rector–FRanklin 2-4135
South-West Supply Co
701 W Washngtn NLR–FRanklin 4-1259
Southland Bldg Products Co
400 Shall–FRanklin 2-5282

**VISQUEEN FILM**
The permanent multi-use
vapor barrier.
LIGHTWEIGHT
EASY-TO-HANDLE
TRANSPARENT
VisQueen
POLYETHYLENE FILM
LOW COST
REDUCES LABOR COSTS
Perfect for All-Weather Closures and Covers.

*"WHERE TO BUY IT"*
DISTRIBUTOR
**DARRAGH COMPANY**
1401 E 6–FRanklin 5-0123

## Building Reports
Dodge F W Corp 300 Scott-------FRanklin 5-1395

## Building Specialties

**AMERICAN METAL WINDOW CO**
See Ad At Windows-Metal
819 W 7-----------------FRanklin 5-8186
Architectural Specialties Inc
901 E 7–FRanklin 5-8456
Ark Builders Supply Inc
1118 W Markm–FRanklin 5-5397
(See Advertisement This Page)
**ARK FOUNDRY CO** 1423 E 6---FRanklin 2-6261
**BUSH-CALDWELL CO**
*"Arkansas' Largest Stock
of Builders Hardware"*
Schlage - Corbin - Stanley - Amerock
All Types of Steel & Aluminum
Windows - Window-Walls - Doors &
Frames

105 Scott------------------FRanklin 2-3441

**ERWIN WILL B CO INC**
317 W Markm–FRanklin 5-1108
**NATIONAL BUILDERS SUPPLY**
Metal Windows - Fire Doors
Dwyer Kitchens - Composition Flooring
Louvers - Acoustical Materials
Hollow Metal Doors And Frames -
Toilet Partitions - Incinerators
Accordion Doors & Vault Doors
3519 Cantrl Rd-----------MOhawk 6-9491

**SCHMELZER G R SALES ASSOCTS**
*"Wall - Floor - Roof Deck Systems"*
Corruform - Tufcor - Cofar
Steel Deck - Highway Products
Laminated Wood Products
Doors & Windows - Hollow Metal
Wall Coverings - Ventilators
Concrete Admixtures
Architectural Aluminum

200 River Rd-------------MOhawk 6-6664

(Continued Next Page)



# ARKANSAS BUILDERS SUPPLY Inc.

**Building Specialties – Finish Hardware**
COMMERCIAL – ARCHITECTURAL
RESIDENTIAL

- Steel Doors and Frames
  Stock & Custom
- Steel and Aluminum Windows
- Chalkboard and Tackboard
- Display Cases and Trim
- Metal Lockers & Toilet Partitions
- Folding Doors and Flag Poles
- Metal Letters & Memorial Tablets
- Curtain Walls - Vault Doors
- Casework
- Builders Hardware - All Kinds

*"You Name It – We Have It"*

## Dial FRanklin 5-5397
1118 WEST MARKHAM




# BUILDING MATERIALS

*Wholesale Distributors*
**JOHNS-MANVILLE PRODUCTS**

Asbestos Shingles ● Asbestos Siding
Rock Wool Home Insulation ● Asbestos
Flexboard ● Insulation Board Products ●
Hard Board ● Asphalt Shingles ● Roll
Roofings ● Complete Line of J-M
Building Accessories

METAL LATH – REINFORCING STEEL
SUPERIOR HEAT CIRCULATORS
STEELTEX ● METAL WINDOWS
& SCREEN ● STEEL BUILDINGS

CALL FRanklin 2-6261
If No Answer Call
TOwnsend 8-3721

# ARKANSAS AFCO FOUNDRY CO.
1423 E. SIXTH ST.

*1961*

## Building Materials—Wholesale—(Cont'd)

GUNN DISTRIBG CO INC
1801 E 22—FRanklin 4-4381

**MAN LAMB CO**
DISTRIBUTORS OF NATIONALLY
KNOWN BUILDING MATERIALS
U. S. GYPSUM CO, FLINTKOTE, TOCH BROS.
W 32——————————————LOcust 5-7521

MAY SUPPLY CO 1115 E 2————FRanklin 2-3101

MECHANICS LBR CO
Flintkote Products
Curtis Woodwork
USG Products
Dierks Lumber
Weyerhaeuser Products
Plywood & Wallboard
Consweld
Insulation Products
Treated Lumber & Posts
NLR Store 600 Main NLR————FRanklin 2-3456
LR Store 10th & Spring————FRanklin 5-3353

Pioneer Lbr & Bldg Matrls Co
2510 W 10—FRanklin 4-6369
PLANTERS LBR CO
410 E Washngtn NLR—FRanklin 4-1288
(See Advertisement Preceding Page)
Rood Fred R Whlsle Bldg Matrls Co
204 River Rd—MOhawk 6-9409
SCOTT SASH & DOOR CO INC
1520 E 4—FRanklin 2-4135
Southland Bldg Products Co
400 Shall—FRanklin 2-5282
South-West Supply Co
701 W Washngtn NLR—FRanklin 4-1259

## Building Reports

Dodge F W Corp 300 Scott———FRanklin 5-1395

## Building Specialties

**AMERICAN METAL WINDOW CO**
See Ad At Windows-Metal
819  W 7———————————————FRanklin 5-8186
Architectural Specialties Inc
901 E 7—FRanklin 5-8456
Ark Builders Supply Inc
1118 W Markm—FRanklin 5-5397
(See Advertisement This Page)

**BUSH-CALDWELL CO**
*"Arkansas' Largest Stock
of Builders Hardware"*
Schlage - Corbin - Stanley - Amerock
All Types of Steel & Aluminum
Windows - Window-Walls - Doors &
Frames
105 Scott——————————————FRanklin 2-3441

ERWIN WILL B CO INC
317 W Markm—FRanklin 5-1108

**NATIONAL BUILDERS SUPPLY**
Metal Windows - Fire Doors
Dwyer Kitchens - Composition Flooring
Louvers - Acoustical Materials
Hollow Metal Doors And Frames -
Toilet Partitions - Incinerators
Accordion Doors & Vault Doors
3519 Cantrl Rd——————————MOhawk 6-9491

**SCHMELZER G R SALES ASSOCTS**
*"Wall - Floor - Roof Deck Systems"*
Corruform - Tufcor - Cofar
Steel Deck - Highway Products
Laminated Wood Products
Doors & Windows - Hollow Metal
Wall Coverings - Ventilators
Concrete Admixtures
Architectural Aluminum
200 River Rd——————————MOhawk 6-6664

Looking for your nearest dealer?
Find i...

## Building Specialties—(Cont'd)

**WILSON BERLIN CO**
*"Engineered Products"*
Roof Deck - Ceiling & Wall Panels
Laminated Arches, Beams & Trusses
Skylights - Louvers - Ventilators
Folding Doors, Partitions & Tables
Concrete Admixtures - Flashings - Tubes
Office & Toilet Partitions
Gazette Bldg——————————FRanklin 2-1210

**WITHROW NEVIL C CO INC**
1401 Cantrl Rd—MOhawk 6-5461

**WOOD LEO P CO**
Commercial Building Products
Sales & Serv
Metal Windows - Hollow Metal Doors &
Frames - Steel Joists - Hardware - Toilet
Partitions - Institutional Equipment - Solar
Shades - Patio Doors - Prefabricated Fire
Proofed Steel Columns
Wallace Bldg——————————FRanklin 4-3211

## Building Wrecking

See Wrecking—Buildings

## Buildings—See Office Buildings

## Buildings—Steel—See Steel Buildings

## Built-In Appliances

See Specific Headings, Such As Ranges & Stoves;
Refrigerators & Freezers; Etc.

## Bulbs—Flowering

See Nurseries (Nurserymen); Also Seeds & Bulbs

## Burglar Alarms

A D T Co Lafayet Hotel————FRanklin 4-9136
**ADT PROTECTION SERVICE—**
A D T CO Lafayet Hotel————FRanklin 4-9136
**ACE PROTECTION SERV**
Alarms For Stores - Homes - Factories -
Warehouses - Burglar & Hold-Up Protection
Day or Night Call
7115 W 12——————————————MOhawk 3-2209
Ark Burglar & Fire Alarm Co
7115 W 12-MOhawk 3-2209

## Burial Associations

Dubisson Ins Assn
Burial Insurance
905 Gaines——————————FRanklin 4-5025
**HEALEY & ROTH** 815 Main——FRanklin 4-3738
**OWENS & CO** 500 Main NLR——FRanklin 4-0312
Ruebel Funeral Home 1210 Wolfe-FRanklin 4-0207

## Burial Insurance—See Insurance

## Burlap

Ark Cotton Products Co
110 Gum NLR-FRanklin 4-0374

## Burners

See Gas Burners

The YELLOW PAGES tell you
where to buy the products and
services you want. They also
help you find the stores and
tradespeople best fitted to sup-
ply your needs. Look in the



# DARRAGH COMPANY

TIME PROVEN BUILDING MATERIALS

Distributors of

★ STYROFOAM
★ THIOKOL COMPOUNDS
★ MASONRY MATERIALS
★ PLASTER
★ METAL LATH
★ CLAY SEWER PIPE
★ BUILDING PAPER
★ POLYETHYLENE
★ FOLDING DOORS
★ WATERPROOFING MATERIALS
★ FORM TIES
★ EXPANSION JOINTS
★ INSULATION PRODUCTS
★ CONCRETE COLORING

# FR 5-0123

1401 E 6



# ARKANSAS BUILDERS SUPPLY Inc.

Building Specialties – Finish Hardware
COMMERCIAL – ARCHITECTURAL
RESIDENTIAL

● Steel Doors and Frames
  Stock & Custom
● Steel and Aluminum Windows
● Chalkboard and Tackboard
● Display Cases and Trim
● Metal Lockers & Toilet Partitions
● Folding Doors and Flag Poles
● Metal Letters & Memorial Tablets
● Curtain Walls - Vault Doors
● Casework
● Builders Hardware - All Kinds

*"You Name It – We Have It"*

# Dial FRanklin 5-5397



# Building Materials

**WHOLESALE DISTRIBUTORS**

of

**JOHNS-MANVILLE PRODUCTS**

Asbestos Shingles ● Asbestos Siding
Rock Wool Home Insulation ● Asbestos
Flexboard ● Insulation Board Products ●
Hard Board ● Asphalt Shingles ● Roll
Roofings ● Complete Line of J-M Building
Accessories

METAL LATH – REINFORCING STEEL
SUPERIOR HEAT CIRCULATORS
CORRULUX ● METAL WINDOWS
STEEL DOORS & FRAMES

**FRanklin
2-6261**
If No Answer Call
TOwnsend 8-3721   MOhawk 3-5769

## AFCO

**ARKANSAS
FOUNDRY
COMPANY**

1423 E SIXTH ST ● BLDG MATL OFFICE 6th & PARKER

---

# DISTRIBUTORS OF

| | |
|---|---|
| Forming Materials and Accessories | Masonry Materials |
| Reinforcing Materials | Refractories |
| Moisture & Vapor Barriers | Fireplaces & Accessories |
| Polyethylene – Paper | Flashing Materials |
| Hardboard | Siding Materials |
| Expansion Joints & Sealers | Insulation |
| Thickols & Epoxys | Plaster & Metal Lath |
| Waterproofing Materials | Folding Doors |
| Concrete Treatments | Plastic Sheets |
| Hardeners & Coloring | Sewer Pipe |
| Curing Compounds | Ramset Fastening System |
| Nails | Wood Roof & Floor Trusses & Component Parts |

**FRanklin 5-0123**

## DARRAGH COMPANY


TIME PROVEN
BUILDING MATERIALS

1401 E. 6th Little Rock

Over 50 Years in Arkansas

---



**LUMBER**
FOR EVERY
BUILDING NEED

DEALER
or
BUILDER

PAINT - HARDWARE
MOULDING - ROOFING - FLOORING
PLYWOOD - TEXTOLITE
DOORS – WINDOWS

## PLANTERS LUMBER CO

FR 4-1288

410 E WASHINGTON NLR

---

**INDIVIDUAL LISTINGS**

In the alphabetical pages of the
telephone directory for other mem-
bers of the family are a big conven-
ience, yet the cost is small. And it
will save them lost calls, too.

---



Building Materials—Retail—(Cont'd)

**MASONITE PANEL PRODUCTS**

Royalcote, Peg-Board, Seadrift,
Panelok, Shadowvent, Panel-
groove, Ridgegroove, Ridgeline,
Sunline. Hardboard Panel prod-
ucts for farm, handyman proj-
ects, product components, Decorative and wood-grained
interior panels. Vertical and horizontal sidings.

*"WHERE TO BUY THEM"*

*WHOLESALERS*

**FISCHER LIME & CEMENT CO**
1650 E Washngtn NLR-FRanklin 6-2911
Southland Bldg Products Co
400 Shall-FRanklin 2-5261
*DEALERS-RETAIL*
**KAUFMAN JOE P LBR CO**
5100 Asher-LOcust 5-7581
Warren Lbr Co  417CypressNLR-FRanklin 4-4463
*DSC HOME IMPROVEMENT DEALERS*
**KAUFMAN JOE P LBR CO**
5100 Asher-LOcust 5-7581
**WARREN LBR CO**
417 Cypress NLR-FRanklin 4-4463

**McCOLLUM-KELLEY LBR & SUPPLY CO**
2522 E Bway NLR-WIndsor 5-1486

**MECHANICS LBR CO**

EVERYTHING FOR THE
BUILDER
TO BUILD OR REMODEL

NLR Store 600 Main NLR---FRanklin 2-3456
LR Store 10th & Spring----FRanklin 5-3353

**MONARCH MILL & LBR CO**
2611 W 7-FRanklin 2-7108
**OAK FOREST LBR CO** 5722 W 12-MOhawk 6-7484
Pioneer Lbr & Bldg Matrls Co
2510 W 10-FRanklin 4-6369
**PLANTERS LBR CO**
410 E Washngtn NLR-FRanklin 4-1288
**SCOTT LUMBER COMPANY**
1615 S University-MOhawk 6-B374
**TWIN CITY LBR CO**
See Ad At Lumber-Retail
3101 E Washngtn NLR------WIndsor 5-1772
**VENABLE LBR CO** 1109W34NLR-SKyline 3-3411
**WARREN LBR CO**
417 Cypress NLR-FRanklin 4-4463
Warren Lbr Co 417 Cypress NLR---FRanklin 5-7867
West End Lbr & Matrl Co
2800 Asher-MOhawk 3-4169

## Building Materials—Wholesale

**ADAMS BUILDERS SUPPLY**
924 W 15 NLR-FRanklin 4-7193
**ARK FOUNDRY CO** 1423 E 6------FRanklin 2-6261
(See Advertisement This Page)
Ark-Land Products Inc
E 22nd & Boyce Sts-FRanklin 5-1614
**ARK LOUISIANA HOME MODERNIZERS
INC** Cantrl & River Rds---------MOhawk 4-3836
Big Rock Stone & Matrl Co
Ft Of Ashley St-FRanklin 4-0381
**BINSWANGER GLASS CO**
2400 Commercial-FRanklin 4-0336
Borchert Martin Co
601 W Washngtn NLR-FRanklin 2-3136
**BUSH-CALDWELL CO** 105 Scott-FRanklin 2-3441
**COMMERCIAL CORP THE**
2824 Barrow Rd-LOcust 5-5547
Darragh Company 1401 E 6-------FRanklin 5-0123
(See Advertisement This Page)
**DONNA FILL CO** 400 Shall-------FRanklin 5-3266
Dyke Bros 4th & Poplar Sts NLR---FRanklin 2-5286
**FISCHER LIME & CEMENT CO**
1650 E Washngtn NLR-FRanklin 6-2911
**GUNN DISTRIBG CO INC**
1801 E 22-FRanklin 4-4387
**MAY SUPPLY CO** 1115 E 2-----FRanklin 2-3107

---

The YELLOW PAGES place your
name and telephone number be-
fore the buyer at the very moment
he wants your products and serv-
ices.

lding Materials—Wholesale—
Cont'd)

**MECHANICS LBR CO**
Flintkote Products
Curtis Woodwork
USG Products
Dierks Lumber
Weyerhaeuser Products
Plywood & Wallboard
Consoweld
Insulation Products
Treated Lumber & Posts
NLR Store 600 Main NLR----FRanklin 2-3456
LR Store 10th & Spring-----FRanklin 5-3353

**ARKS & WARNKE MANUFACTURERS**
REP Wallace Bldg-FRanklin 6-1981
oneer Lbr & Bldg Matrls Co
2510 W 10-FRanklin 4-6369
**LANTERS LBR CO**
410 E Washngtn NLR-FRanklin 4-1288
(See Advertisement This Page)
sedale Bldg Supply Co Inc
2824 Barrow Rd-LOcust 5-5547
**OTT SASH & DOOR CO INC**
1520 E 4-FRanklin 2-4135
uth-West Supply Co
701 W Washngtn NLR-FRanklin 4-1259
uthland Bldg Products Co
1800 Lincln-FRanklin 2-5282
ILLIAMS ROOFING SUPPLY CO
1001 E 2-FRanklin 4-1251

**lding Reports**
dge F W Corp 300 Scott-------FRanklin 5-1395

**lding Specialties**
**UMINUM PRODUCTS CO**
Aluminum Systems for Modernization · Deco-
rating and Solar Screening · Aluminum Glass
Doors · Awning & Jalousie Windows · Wood-
A-Lume Windows · Float-Away Metal Closet
Doors · Tub Enclosures · Metal Folding Doors ·
r Doors · Sho-Do-Co Patio Glass Doors ·
View Transparent Shades · Kaiser
e Screens & Aluminum Screens
801 W Markm------------FRanklin 4-8782

**ERICAN METAL WINDOW CO**
See Our Ads at Windows · Metal
Windows · Metal · Manufacturers
and Doors · Sliding
819 W 7------------------FRanklin 5-8186

Builders Supply Inc
1118 W Markm-FRanklin 5-5397
(See Advertisement This Page)
H-CALDWELL CO 105 Scott-FRanklin 2-3441
VIN WILL B CO INC
922 W Markm-FRanklin 5-1108
head Door Co Of Little Rock
991 E 7-FRanklin 5-8456
(Continued Next Page)

*lling Long Distance is faster,*
*asier when you use the AREA*
*CODE.*


UMBER
OR EVERY
DING NEED
DEALER
or
BUILDER
PAINT · HARDWARE
DING · ROOFING · FLOORING
PLYWOOD · TEXTOLITE
DOORS · WINDOWS
LANTERS LUMBER CO
FR 4-1288
410 E WASHINGTON NLR


*Building Materials*
WHOLESALE DISTRIBUTORS
of
JOHNS-MANVILLE PRODUCTS
Asbestos Shingles · Asbestos Siding
Rock Wool Home Insulation · Asbestos
Flexboard · Insulation Board Products ·
Hard Board · Asphalt Shingles · Roll
Roofings · Complete Line of J-M Building
Accessories
FRanklin
2-6261
If No Answer Call
MOhawk 3-1444 LOcust 5-8157

METAL LATH – REINFORCING STEEL
SUPERIOR HEAT CIRCULATORS
CORRULUX · METAL WINDOWS
STEEL DOORS & FRAMES

**AFCO** ARKANSAS
FOUNDRY
COMPANY
1423 E SIXTH ST · BLDG MATL OFFICE 6th & PARKER


ARKANSAS
BUILDERS
SUPPLY Inc.

"ONE STOP" Headquarters for
Building Specialties

● Steel Doors and Frames in Stock
Standards & Specials
● Steel and Aluminum Windows
● Chalkboard · Tackboard & Trim
● Flag Poles · Vault Doors
● Toilet Partitions & Accessories
● Dwyer Kitchens
● Metal Letters & Memorial Tablets
● Window Wall Materials
● Specialties Erection Service
● Laboratory Case Work
● Builders Hardware · All Kinds

"You Name It – We Have It"

**Dial FRanklin 5-5397**
After Hours Call MO 3-7797 or SK 3-3582
1118 WEST MARKHAM

"Arkansas'
Most Complete Stock
of Construction Materials"
DISTRIBUTORS OF

Forming Materials
and Accessories
Reinforcing Materials
Moisture & Vapor Barriers
Polyethylene · Paper
Hardboard
Expansion Joints & Sealers
Thiokols & Epoxys
Waterproofing Materials
Concrete Treatments
Hardeners & Coloring
Curing Compounds
Nails

Masonry Materials
Refractories
Fireplaces & Accessories
Flashing Materials
Gypsum Board
Siding Materials
Insulation
Plaster & Metal Lath
Folding Doors
Plastic Sheets
Sewer Pipe
Ramset Fastening System
Wood Roof & Floor Trusses
& Component Parts

**FRanklin 5-0123**
or FRanklin 5-1237

**DARRAGH COMPANY**
1401 E. 6th Little Rock
TIME PROVEN BUILDING MATERIALS



IN STOCK at LITTLE ROCK

One Of The South's Most Complete Stock Of Construction Materials

**DISTRIBUTORS OF**

| | |
|---|---|
| Forming Materials and Accessories | Masonry Materials |
| Reinforcing Materials | Refractories |
| Moisture & Vapor Barriers | Fireplaces & Accessories |
| Polyethylene - Paper | Flashing Materials |
| Hardboard | Gypsum Board |
| Expansion Joints & Sealers | Siding Materials |
| Thiokols & Epoxys | Insulation |
| Waterproofing Materials | Plaster & Metal Lath |
| Concrete Treatments | Folding Doors |
| Hardeners & Coloring | Plastic Sheets |
| Curing Compounds | Sewer Pipe |
| Nails | Ramset Fastening System |

*"Phone The Friendly Numbers"*

**FR 5-0123 or FR 5-1237**



DARRAGH CONSTRUCTION MATERIALS

**1401 E 6th**

---



**ARKANSAS BUILDERS SUPPLY Inc.**

"ONE STOP" Headquarters for Building Specialties

● Steel Frames, Standard & Special
● All Kinds Metal Doors
● Windows & Window Walls
● Chalkboard - Tackboard & Trim
● Flag Poles - Vault Doors
● Toilet & Office Partitions
● Dwyer Compact Kitchens
● Metal Letters & Memorial Tablets
● Laundry & Rubbish Chutes
● Fountains, Display
● Louvers
● Builders Hardware - All Kinds

*"You Name It - We Sell It"*

**Dial FRanklin 5-5397**

After Hours Call MO 3-7797 or SK 3-3582

**800 WEST MARKHAM**

---

(Cont'd)

Ark-Land Products Inc
   Scott Hamiltn Dr & Hoerner St--LOcust 5-5664
Ark-Land Products Inc
   E 22nd & Boyce Sts--FRanklin 5-1614
**ARKMO-KEYS SUPPLY CO**
   1000 W Bway NLR--FRanklin 5-1246
Big Rock Stone & Matrl Co
   Ft Of Ashley St--Franklin 4-0381
**BINSWANGER GLASS CO**
   2400 Commercial--FRanklin 4-0336
Borchert Martin Co
   601 W Washngtn NLR--FRanklin 2-3136
**BUSH-CALDWELL CO** 105 Scott--FRanklin 3-3441
**CONCRETE PRODUCTS CO**
   8830 New Benton Hwy--LOcust 5-7503
Darragh Company
   Construction Materials 1401 E 6--FRanklin 5-0123
   Construction Materials 1401 E 6--FRanklin 5-1237
   (See Advertisement This Page)
**DONNA FILL CO** 400 Shall------FRanklin 5-3266
Dyke Bros 4th & Poplar Sts NLR--FRanklin 2-5288
   Paulette Roy
   Mobile Telephone--Dial Long Distance
   Ask For Mobile Service Operator And
   Then Ask For------------------JL3-2446
**FISCHER LIME & CEMENT CO**
   1650 E Washngtn NLR--FRanklin 6-2911

**LONG-BELL DISTRIBUTION CENTER**
*"8½ Years of Dependable Service"*
Look First To Long-Bell
4501 Asher-------------------MOhawk 6-9453

**MAY SUPPLY CO** 1115 E 2-----FRanklin 2-3101

---

Nine out of ten people use the YELLOW PAGES. Know why? Simply because it's the easy way to find what you want—when you want it.

---



**LUMBER**
FOR EVERY BUILDING NEED
DEALER or BUILDER

PAINT - HARDWARE
MOULDING - ROOFING - FLOORING
PLYWOOD - TEXTOLITE
DOORS — WINDOWS

**PLANTERS LUMBER CO**

**FR 4-1287**

**410 E WASHINGTON NLR**

---

**STOCKING BUILDING SPECIALTIES**

- Hardware
- Metal Frames
- Metal Doors
- Thresholds
- Weather Stripping
- Toilet Accessories
- Brick Vents
- Access Doors
- Corkboard
- Chalkboard
- Door Louvers
- Stair Nosings

And Others
Local Hollow Metal Fabrication

*"We Stock What We Sell"*

**FR 5-0221**

**BUILDERS SERVICE INC**

**100 N. State**

---

Building Materials—Wholesale (Cont'd)

**MECHANICS LBR CO**
   Flintkote Products
   Curtis Woodwork
   USG Products
   Dierks Lumber
   Weyerhaeuser Products
   Plywood & Wallboard
   Consoweld
   Insulation Products
   Treated Lumber & Posts

NLR Store 600 Main NLR-----FRanklin 2-3₍
LR Store 10th & Spring-----FRanklin 5-3₍

**PARKS & WARNKE MANUFACTURERS REPRESENTATIVE**
   701 W Washngtn NLR--FRanklin 4.
Pioneer Lbr & Bldg Matrls Co
   2510 W 10--FRanklin 4.
**PLANTERS LBR CO**
   410 E Washngtn NLR--FRanklin 4.
   (See Advertisement This Page)
Rosedale Building Supply Co Inc
   8108 Asher--LOcust 5-
**SCOTT SASH & DOOR CO INC**
   1520 E 4--FRanklin 2-
Southland Bldg Products Co
   1800 Cantrl Rd--FRanklin 2-
Three States Supply Co
   311 Industrial--FRanklin 4-
**WILLIAMS ROOFING SUPPLY CO**
   1001 E 2--FRanklin 4.

**Building Reports**
Dodge F W Co A Div Of McGraw-Hill Inc
   300 Scott--FRanklin 5-

**Building Specialties**
**ALUMINUM PRODUCTS CO**
   Aluminum Systems for Modernization - D
   rating and Solar Screening - Aluminum G
   Doors - Awning & Jalousie Windows - W
   A-Lume Windows - Float-Away Metal Cl
   Doors - Tub Enclosures - Metal Folding Doo
   Shower Doors - Sho-Do-Co Patio Glass Doo
   Plastic View Transparent Shades - Ka
   Shade Screens & Aluminum Screens
   801 W Markm--------------FRanklin 4-8
Ark Builders Supply Inc
   800 W Markm-FRanklin 5
   (See Advertisement This Page)
Builders Serv Inc 100 N State-----FRanklin 5
   (See Advertisement This Page)
**BUSH-CALDWELL CO** 105 Scott-FRanklin 2
**CHENAULT SPECIALTIES**
   6408 Fourche Dam Pike-FRanklin 4
Conmat Of Ark Inc 411 Center-----FRanklin 4
Dyke Bldg Specialties
   114 Magnlia NLR-FRanklin 5
**ERWIN WILL B CO INC**
   922 W Markm-FRanklin 5
**SCHMELZER SALES ASSOCTS INC**
   "Wall - Floor - Roof Deck Systems
   Corruform - Tufcor - Cofar
   Steel Deck - Highway Products
   Laminated Wood Products
   Doors & Windows - Hollow Metal
   Wall Coverings - Ventilators
   Concrete Admixtures
   Architectural Aluminum
   3519 Cantrl Rd-----------MOhawk 6-2
**WILSON BERLIN CO**
   *"Engineered Products"*
   Roof Deck - Ceiling & Wall Panels
   Laminated Arches, Beams & Trusses
   Skylights - Louvers - Ventilators
   Folding Doors, Partitions & Tables
   Concrete Admixtures - Flashings - Tuber
   Office & Toilet Partitions
   Gazette Bldg -------------FRanklin 2-1
**WITHROW NEVIL C CO INC**
   Metal Windows - Ceiling & Wall Panels
   Louvers - Ventilators
   Folding Doors & Partitions
   Concrete Admixtures & Hardener - Flashin
   Office & Toilet Partitions - Glare Control
   1401 Rebsamen Pk Rd-------MOhawk 6-5



# Building Materials

1965

WHOLESALE DISTRIBUTORS
of

- Asbestos Shingles ● Asbestos Siding
- Fiberglass Installation ● Asbestos
- Flexboard ● Aluminum Siding
- Aluminum ● Farm Products
- Acoustical - Decorative Ceiling Tiles
- Asphalt Shingles ● Roll Roofing
- Plywood (All Types)
- Sonotubes ● Builtup Roofing Materials
- Expansion Joint and Sealers
- Polyethylene ● Sewer Pipe
- Forming Materials and Accessories
- Nails ● Floor Tile

METAL LATH – REINFORCING STEEL
SUPERIOR HEAT CIRCULATORS
CORRULUX ● METAL WINDOWS
STEEL DOORS & FRAMES

FR 2-6261
If No Answer Call
MOhawk 3-1444

**AFCO**

ARKANSAS
FOUNDRY
COMPANY

1423 E SIXTH ST ● BLDG MATL OFFICE 6th & PARKER

---



IN STOCK at LITTLE ROCK

One Of The South's
Most Complete Stock Of
Construction Materials

DISTRIBUTORS OF

| | |
|---|---|
| Forming Materials and Accessories | Masonry Materials |
| Reinforcing Materials | Refractories |
| Moisture & Vapor Barriers | Fireplaces & Accessories |
| Polyethylene - Paper | Flashing Materials |
| Hardboard | Plastics |
| Expansion Joints & Sealers | Siding Materials |
| Thiokols & Epoxys | Insulation |
| Waterproofing Materials | Plaster & Metal Lath |
| Concrete Treatments | Folding Doors |
| Hardeners & Coloring | Plastic Sheets |
| Curing Compounds | Sewer Pipe |
| Nails | Ramset Fastening System |

"Phone The Friendly Numbers"

FR 5-0123 or FR 5-1237


DARRAGH CONSTRUCTION MATERIALS

1401 E 6th

---



## LUMBER

FOR EVERY
BUILDING NEED

DEALER
or
BUILDER

PAINT - HARDWARE
MOULDING - ROOFING - FLOORING
PLYWOOD - TEXTOLITE
DOORS – WINDOWS

**PLANTERS LUMBER CO**

FR 4-1287

410 E WASHINGTON NLR

---

# You can See
### which telephone
### is ringing...



with lamp signals that
tell you which line or
telephone to answer,
show which lines are in
use, and assist those
with impaired hearing.

CALL THE TELEPHONE BUSINESS OFFICE

---

## Building Materials—Wholesale

AFCO BUILDING MATERIALS—
    ARK FOUNDRY CO 1423 E 6--FRank

ADAMS BUILDERS SUPPLY
            924 W 15 NLR-FRank
ARK FOUNDRY CO 1423 E 6-----FRank
    ★ FOR MORE INFORMATION
    See Advertisement This Page
Ark-Land Products Inc
        Scott Hamilton Dr & Hoerner St-LOcu
Ark-Land Products Inc
            E 22nd & Boyce Sts-FRank
ARKHOLA SAND & GRAVEL CO
        8830 New Benton Hway-LOcu
ARKMO-KEYS SUPPLY CO
        1000 W Bway NLR-FRankl
Big Rock Stone & Matrl Co
            Ft Of Ashley St-FRankl
BINSWANGER GLASS CO
            2400 Commercial-FRankl
Borchert Martin Co
            601 W Washngtn NLR-FRankl
BUSH-CALDWELL CO 105 Scott-FRankl
DARRAGH COMPANY
    Construction Materials 1401 E 6-FRankl
    Construction Materials 1401 E 6-FRankl
    ★ FOR MORE INFORMATION
    See Advertisement This Page
DONNA FILL CO 400 Shall------FRankl
Dyke Bros 4th & Poplar Sts NLR--FRankl
DYKE BUILDERS SERV
            1915 N Pierce-MOhav
    Paulette Roy
    Mobile Telephone—Dial Long Distance
    Ask For Mobile Service Operator An
    Then Ask For-----------------
FISCHER LIME & CEMENT CO
        1650 E Washngtn NLR-FRankl
LONG-BELL DISTRIBUTION CENTER—
    "86 Years of Dependable Service
    Look First To Long-Bell
    4501 Asher---------------MOhawk
MAY SUPPLY CO 1115 E 2-----FRankl
MECHANICS LUMBER CO—
            Roof Trusses
    Flintkote Products - USG Prod
    Custom and Curtis Woodwor
    Dierks & Weyerhaeuser Produ
        Plywood & Wallboard
            Consoweld
        Insulation Products
        Treated Lumber & Posts
    Redwood - Cedar & Fir Lumb
    NLR Store 600 Main NLR----FRanklin
    LR Store 10th & Spring-----FRanklin
MID-SOUTH SIDING WHLSLE INC
            2226 Cantrl Rd-MOhav
N B C Matrls Inc 406 E Markm----FRankl
PARKS & ASSOCIATES
            Coml Warehse-FRankli
Pioneer Lbr & Bldg Matrls Co
            2510 W 10-FRankli
PLANTERS LBR CO
        410 E Washngtn NLR-FRankli
    ★ FOR MORE INFORMATION
    See Advertisement This Page
REYNOLDS ALUMINUM SUPPLY CO
    703 North Royal Av Memphis Tenn-901 !
SCOTT SASH & DOOR CO INC
            1520 E 4-FRankli
Southland Bldg Products Co
            1800 Cantrl Rd-FRankli
Three States Supply Co
            311 Industrial-FRankli
WARNKE CHUCK INC
        701 W Washngtn NLR-FRankli
WILLIAMS ROOFING SUPPLY CO
            1001 E 2-FRankli

---

Your Long Distance call
go through twice as fast
you call by number. Reme
keep a list of frequently
    telephone numbers
always call by numb
        fastest se

8-10 (20M-1-67) EPC

INVOICE

**ZONOLITE DIVISION**
W.R. GRACE & CO.
P.O. BOX 7093 CHICAGO, ILLINOIS 60680

GRACE

7197952

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST. | TERRITORY | OUR ORDER NO. | CUST. ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|
| 1/22/68 | 10-379 | 1-03-119 | 212 | 212 | 122 | | 4351 |
| SHIPPED VIA | | | SHIPPED FROM | | | CAR NO. | BILL OF LADING NO. | CHECKED |
| 07805 | ZONOLITE TRUCK | | L. ROCK | | | | 1-41 |

$\begin{smallmatrix}S & OLD \\ & TO\end{smallmatrix}$  DARRAGH CO.
CONSTRUCTION MATERIALS DIV.
P.O. BOX 927
LITTLE ROCK, ARK. 72203

$\begin{smallmatrix}S & HIP \\ & TO\end{smallmatrix}$

SAME

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | BAGS INSULATING FILL              ( -01-01-1-02) | | |
| | | BAGS ATTIC INSULATION            ( -01-02-1-04) | | |
| 410 | 410 | BAGS MASONRY FILL                  (23-04-01-1-02) | 1.26 | $ 516.60 |
| | | BAGS PLAIN CONCRETE AGGREGATE     ( -02-02-1-02) | | |
| 100 | 100 | BAGS STABILIZED CONCRETE AGGREGATE (24-02-01-1-02) | 1.41 | 141.00 |
| 50 | 50 | BAGS PLASTER AGGREGATE            (23-03-01-1-02) | 1.24 | 62.00 |
| | | BAGS INDUSTRIAL INSULATION        ( -07-01-1-02) | | |
| | | BAGS PERL-AG PLASTER              (35-09-02-1-02) | | |
| | | BAGS PERLITE CONCRETE AGGREGATE   (35-09-01-1-02) | | |
| 100 | 100 | ECONO-WHITE 70 AP (41-08-21-1-17) | 2.50 | 250.00 |
| 50 | 50 | AP, TAN (41-08-01-1-17) | 1.83 | 91.50 |
| | | | $ | 1061.10 |

NMLRP 0008001

ST0060-1-643-76

2% CASH DISCOUNT ALLOWED IF PAID BY  2/6/68
$820.57
NO CASH DISCOUNT - NET 30 DAYS

PLEASE MAKE ALL REMITTANCES PAYABLE TO ZONOLITE DIVISION, W. R. GRACE & CO.

THIS ORDER IS SCHEDULED FOR SHIPMENT ON OR ABOUT   30104631

**PLAINTIFF'S EXHIBIT**
D
(10 pgs)
tabbies

Z B-10 (45M-6/60) E PC

INVOICE

**ZONOLITE**

W. R. GRACE & CO.

**GRACE**

CONSTRUCTION PRODUCTS DIVISION
P.O. BOX 7093   CHICAGO, ILLINOIS 60680

| INVOICE DATE | INVOICE NO. | LOCATION | | PLANT | DIST. | TERRITORY | OUR ORDER NO. | CUST ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|---|
| 2/25/70 | 18-550 | | 1-003-119 | 612 | 612 | 122 | | 4496-4549 |
| SHIPPED VIA | | | CUST NO. | SHIPPED FROM | | | CAR NO. | BILL OF LADING NO.  CHECKED |
| CUSTOMERS TRUCK | | | 07805 | L. ROCK | | | | 2-95 |

S OLD TO  DARRAGH CO.
CONSTRUCTION MATERIALS DIV.
P.O. BOX 927
LITTLE ROCK, ARK. 72203

S HIP TO   SAME

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | BAGS INSULATING FILL | ( -01-01-1-02) | | |
| | | BAGS ATTIC INSULATION | ( -01-02-1-04) | | |
| | | BAGS MASONRY FILL | ( -04-01-1-02) | | |
| | | BAGS PLAIN CONCRETE AGGREGATE | ( . -02-02-1-02) | | |
| | | BAGS STABILIZED CONCRETE AGGREGATE | ( -02-01-1-02) | NMLRP  0008004 | |
| | | BAGS PLASTER AGGREGATE | ( -03-01-1-02) | | |
| | | BAGS INDUSTRIAL INSULATION | ( -07-01-1-02) | | |
| 18 | 18 | BAGS PERL-AG PLASTER | (35-09-02-1-02) | 1.29 | $ 12.90 |
| | | BAGS PERLITE CONCRETE AGGREGATE | (35-09-01-1-02) | | |
| 7 | 7 | ECONO-WHITE AP 70 (41-08-32-1-17) | | 2.70 | 18.90 |
| | | | | | $ 31.80 |

30103736

STP60-1-643-76

☒ $ .64 CASH DISCOUNT ALLOWED IF PAID BY 3/8/70
☐ NO CASH DISCOUNT · NET 30 DAYS

PLEASE MAKE ALL REMITTANCES PAYABLE TO CONSTRUCTION PRODUCTS DIVISION, W. R. GRACE & CO.

THIS ORDER IS SCHEDULED FOR SHIPMENT ON OR ABOUT

MR00075909

**GRACE**

ZONOLITE DIVISION
W.R. GRACE & CO.
P.O. BOX 7093 CHICAGO, ILLINOIS 60680

7197990

| INVOICE DATE | INVOICE NO. | LOCATION | | PLANT | DIST. | TERRITORY | OUR ORDER NO. | CUST. ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|---|
| 12/29/67 | 10-873 | | 1-03-119 | 13 | 13 | 07 | | 2608, 2611 |
| SHIPPED VIA | | | | SHIPPED FROM | | | CAR NO. | BILL OF LADING NO / CHECKED |
| 07305 | CUSTOMERS TRUCK | | | L. ROCK | | | | 12-116 |

SOLD TO
DARRAGH CO.
CONSTRUCTION MATERIALS DIV.
P.O. BOX 927
LITTLE ROCK, ARK. 72203

SHIP TO
SAME

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | BAGS INSULATING FILL | ( -01-01-1-02) | | |
| | | BAGS ATTIC INSULATION | ( -01-02-1-04) | | |
| | | BAGS MASONRY FILL | ( -04-01-1-02) | | |
| | | BAGS PLAIN CONCRETE AGGREGATE | ( -02-02-1-02) | | |
| | | BAGS STABILIZED CONCRETE AGGREGATE | ( -02-01-1-02) | | |
| 35 | 35 | BAGS PLASTER AGGREGATE | (23-03-01-1-02) | 1.19 | $ 41.65 |
| | | BAGS INDUSTRIAL INSULATION | ( -07-01-1-02) | | |
| | | BAGS PERL-AG PLASTER | (35-09-02-1-02) | | |
| | | BAGS PERLITE CONCRETE AGGREGATE | (35-09-01-1-02) | | |
| 35 | 35 | AP TAN (41-08-01-1-17) | | 1.78 | 62.30 |
| 70 | 70 | ECONO-WHITE 70 (41-08-21-1-17) | | 2.45 | 171.50 |
| | | | | | $ 275.45 |

30104668

ST#60-1-543-76

[ ] X   5.51 CASH DISCOUNT ALLOWED IF PAID BY   1/13/68
[ ] NO CASH DISCOUNT - NET 30 DAYS

PLEASE MAKE ALL REMITTANCES PAYABLE TO ZONOLITE DIVISION, W. R. GRACE & CO.

NMLRP 0007978

MR00075834

OD2-11-G 30M-8-64i

**GRACE**

# ZONOLITE DIVISION
## W. R. GRACE & CO.
P.O. BOX 7093  CHICAGO, ILLINOIS · 60680

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST. | TERRITORY | OUR ORDER NO. |
|---|---|---|---|---|---|---|
| 5/24/68 | 18-863 | 1-003-119 | 212 | 213 | 122 | 3136, 3135, 3138 |

SHIPPED VIA: 07805  CUSTOMERS TRUCK

SHIPPED FROM: L. ROCK  CAR NO.

9-120

7176441

**S OLD TO**
BARRACH CO.
CONSTRUCTION MATERIALS DIV.
P.O. BOX 927
LITTLE ROCK, ARK. 72203

**S HIP TO**
SAME

| SQUARE FEET | BAGS | GLASS FIBER INSULATION | | | | PROD. DES. # | LIST PRICE | LESS DISC. | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | STANDARD | 15" | 01-10 - | -9-25 | | | | | |
| | | MEDIUM | 15" | 01-10 - | -9-26 | | | | | |
| | | FUL-THIK | 15" | 01-10 - | -9-27 | | | | | |
| | | XTRA-THIK | 15" | 01-10 - | -9-28 | | | | | |
| | | STANDARD | 23" | 01-10 - | -9-35 | | | | | |
| | | MEDIUM | 23" | 01-10 - | -9-36 | | | | | |
| 1300 | 5 | FUL-THIK | 23" | 01-10 00 | -9-37 | | $ 48.75/M | 2-6% | 43.00/M | $ 59.45 |
| | | XTRA-THIK | 23" | 01-10 - | -9-38 | | | | | |
| | | SUPER FINE | | 01-10 - | -9-40 | | | | | |
| | | SILL SEALER | | 01-10 - | -9-00 | | | | | |
| | 1200 | LBS. BENTONITE 12 BAGS | | | | | 1.75 | | | 21.00 |
| | 20 | WF (23-04-01-1-2002) | | | | | 1.26 | | | 25.20 |
| | 41 | PA (23-03-01-1-02) | | | | | 1.19 | 30094729 | | 48.79 |
| | 17 | AP WHITE (41-00-02-1-17) | | | | | 2.07 | | | 35.19 |
| | | | | | | | | | | $ 189.63 |

ST060-1643-76    Legend

F  FOIL — K=KRAFT BATTS — B=KRAFT BLANKETS

☒ S 3.79 _____ CASH DISCOUNT ALLOWED IF PAID BY 10/7/68
☐ NO CASH DISCOUNT · NET 30 DAYS

THIS ORDER IS SCHEDULED FOR SHIPMENT ON OR ABOUT ...

NMLRP  0016980

MR00075955

INVOICE

**ZONOLITE DIVISION**
W. R. GRACE & CO.
P.O. BOX 7093   CHICAGO, ILLINOIS 60680

7198109

**GRACE**

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST. | TERRITORY | OUR ORDER NO. | CU 2535,2941,2965, |
|---|---|---|---|---|---|---|---|
| 6/25/68 | 18-908 | 1-003-119 | 212 | 212 | 122 | | 2978 2910,2917,2922, |
| SHIPPED VIA | | | SHIPPED FROM | | CAR NO. | | BILL OF LADING NO.  CHECKED |
| 07805 | CUSTOMERS TRUCK | | L. ROCK | | | | 8-138 |

S OLD TO
DARRAGH CO.
CONSTRUCTION MATERIALS DIV.
P.O. BOX 927
LITTLE ROCK, ARK. 72203

S HIP TO   SAME

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 12 | 12 | BAGS 1200 LBS.VOLCLAY BENTONITE POWDER | 1.75 | $ 21.00 |
| 127 | 127 | AP TAB (41-08-01-1-17) | 1.75 | 226.06 |
| 40 | 40 | 500 BAGS 1 TON ZONOLITE MK(41-06-01-1-19) | 85.00/TON | 85.00 |
| 75 | 75 | MF (13-34-01-1-92) | 1.26 | 94.50 |
| | | | | $ 426.56 |

30104784

STP60-1-643-76

☒ $ 8.53  CASH DISCOUNT ALLOWED IF PAID BY   7/8/68
☐ NO CASH DISCOUNT - NET 30 DAYS

PLEASE MAKE ALL REMITTANCES PAYABLE TO ZONOLITE DIVISION, W. R. GRACE & CO.
THIS ORDER IS SCHEDULED FOR SHIPMENT ON OR ABOUT _____

NMLRP 0007949.

MR00075959

B-9125M-11-68-11 PT.IEPC

**GRACE**

**ZONOLITE DIVISION**
W. R. GRACE & CO.
P.O. BOX 7090   CHICAGO, ILLINOIS 60680

| INVOICE DATE | INVOICE NO. | LOCATION | | PLANT | DIST. | TERRITORY | OUR ORDER NO. | | CUST. ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|---|---|
| 2/25/69 | 10-526 | 1-003-119 | | 212 | 212 | 122 | | | 03481-03477 |
| SHIPPED VIA | | | | SHIPPED FROM | | | CAR NO. | | BILL OF LADING NO.   CHECKED |
| 07805 | CUSTOMERS TRUCK | | | L. ROCK | | | | | 2-116 |

7175969

S OLD TO   DARRACH CO.
CONSTRUCTION MATERIALS DIV.
P.O. BOX 927
LITTLE ROCK, ARK. 72203

S HIP TO   SAME

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 4 | 4 | BAGS BENTONITE POWDER 400LBS. | 1.75 | $ 7.00 |
| 18 | 18 | AP TAN (41-08-01-1-17) | 2.03 | 36.54 |
| | | | | $ 43.54 |

ST860-1-043-76

$ .87   CASH DISCOUNT ALLOWED IF PAID BY **3/9/69**
☐ NO CASH DISCOUNT - NET 30 DAYS

PLEASE MAKE ALL REMITTANCES PAYABLE TO ZONOLITE DIVISION, W. R. GRACE & CO.
THIS ORDER IS SCHEDULED FOR SHIPMENT ON OR ABOUT ____ 30094817

NMLRP 0016981

MR00075960

**GRACE**

**ZONOLITE DIVISION**
W. R. GRACE & CO.
P.C. BOX 7093   CHICAGO, ILLINOIS 60600

7198081

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST | TERRITORY | OUR ORDER NO. | CUST. ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|
| 5/23/68 | 10-790 | 1-003-119 | 212 | 212 | 122 | | 2774-02891 |
| SHIPPED VIA | | | SHIPPED FROM | | | CAR NO. | BILL OF LADING NO. / CHECKED |
| 07805 | CUSTOMERS TRUCK | | L. ROCK | | | | 5-122 |

S OLD TO
DARRAGH CO.
CONSTRUCTION MATERIALS DIV.
P.O. BOX 927
LITTLE ROCK, ARK. 72203

S HIP TO

SAME

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 5 | 5 | 50# BAGS .125 TONS ZONOLITE MK(41-06-01-1-19) | 85.00/TON | $ 10.63 |
| 6 | 6 | BAGS VOLCLAY BENTONITE 600 LBS. | 2.50/BAG | 15.00 |
| | | | | $ 25.63 |

ST#60-1-543-76

☐ $   .5¢  CASH DISCOUNT ALLOWED IF PAID BY  6/7/68
☐ NO CASH DISCOUNT - NET 30 DAYS

PLEASE MAKE ALL REMITTANCES PAYABLE TO ZONOLITE DIVISION, W. R. GRACE & CO.
THIS ORDER IS SCHEDULED FOR SHIPMENT ON OR ABOUT ___   30104755

NMLRP 0007882

MR00075950

B-3D-5 (35M-6-67) EPC

**GRACE**

INVOICE

## ZONOLITE DIVISION
### W.R. GRACE & CO.

P.O. BOX 7093 CHICAGO, ILLINOIS  60680

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST. | TERRITORY | OUR ORDER NO. |
|---|---|---|---|---|---|---|
| 9/24/68 | | | 212 | | | |

SHIPPED VIA
Customers Truck

SHIPPED FROM
Little Rock

CAR NO.

CUS...
BILL
9-120   CHECKED   DB

SOLD TO  Darragh Company
Little Rock Arkansas

SHIP TO

SAME

7176442

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | 1200 | lbs Bentonite ( 12 - 100 lb. bags) | | |
| | | BAGS ATTIC INSULATION | | |
| | 20 | BAGS MASONRY FILL #3ss | | |
| | | BAGS PLAIN CONCRETE AGGREGATE | | |
| | | BAGS STABILIZED CONCRETE AGGREGATE | | |
| | 41 | BAGS PLASTER AGGREGATE #3ss | | |
| | | BAGS INDUSTRIAL INSULATION | | |
| | | BAGS PERL-AG PLASTER | | |
| | | BAGS PERLITE CONCRETE AGGREGATE | | |
| | 17 | Bags Acoustical Plastic ( Bos White ) | | |
| | 1380 | sq ft. 2" F.T. Leacoat Kraft Glass Fiber ( 5 bags) | | |

RECEIVED BY_____          DATE_____

**DELIVERY RECEIPT**

30094730

MR00075686

GRACE

**ZONOLITE DIVISION**
W.R. GRACE & CO.
P.O. BOX 7093 CHICAGO, ILLINOIS 60680

7197990

| INVOICE DATE | INVOICE NO. | LOCATION | | PLANT | DIST. | TERRITORY | OUR ORDER NO. | | CUST. ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|---|---|
| 12/29/67 | 10-873 | | 1-03-119 | 13 | 13 | 07 | | | 2608, 2611 |
| SHIPPED VIA | | | | SHIPPED FROM | | CAR NO. | | | BILL OF LADING NO.   CHECKED |
| 07805 | CUSTOMERS TRUCK | | | L. ROCK | | | | | 12-116 |

SOLD TO
DARRAGH CO.
CONSTRUCTION MATERIALS DIV.
P.O. BOX 927
LITTLE ROCK, ARK. 72203

SHIP TO
SAME

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | BAGS INSULATING FILL | ( -01-01-1-02) | | |
| | | BAGS ATTIC INSULATION | ( -01-02-1-04) | | |
| | | BAGS MASONRY FILL | ( -04-01-1-02) | | |
| | | BAGS PLAIN CONCRETE AGGREGATE | ( -02-02-1-02) | | |
| | | BAGS STABILIZED CONCRETE AGGREGATE | ( -02-01-1-02) | | |
| 35 | 35 | BAGS PLASTER AGGREGATE | (23-03-01-1-02) | 1.19 | $ 41.65 |
| | | BAGS INDUSTRIAL INSULATION | ( -07-01-1-02) | | |
| | | BAGS PERL-AG PLASTER | (35-09-02-1-02) | | |
| | | # BAGS PERLITE CONCRETE AGGREGATE | (35-09-01-1-02) | | |
| 35 | 35 | AP TAN (41-08-01-1-17) | | 1.78 | 62.30 |
| 70 | 70 | ECONO-WHITE 70 (41-08-21-1-17) | | 2.45 | 171.50 |
| | | | | | $ 275.45 |

30104668

ST#60-1-543-76

☐ X   5.51 CASH DISCOUNT ALLOWED IF PAID BY   1/13/68
☐ NO CASH DISCOUNT · NET 30 DAYS

PLEASE MAKE ALL REMITTANCES PAYABLE TO ZONOLITE DIVISION, W. R. GRACE & CO.

NMLRP 0007978

MR00075834

MR0007591G

NMLRP 001010

W. R. GRACE & CO.

**GRACE**

**ZONOLITE**
CONSTRUCTION PRODUCTS DIVISION
P.O. BOX 7093   CHICAGO, ILLINOIS 60680

| INVOICE DATE | INVOICE NO | LOCATION | PLANT | DIST | TERRITORY | OUR ORDER NO. |
| 12-22-70 | 10-572 | 1-003-119 | 612 | 612 | 122 | |

| | CUST. ORDER NO AND DATE | CHECKED |
| | 0010 | |

116112

| SHIPPED VIA | CUST. NO. | SHIPPED FROM | CAR NO | BILL OF LADING NO. |
| PICK UP | 07805 | LITTLE ROCK | | 12-72 |

SOLD TO   DARRAGH COMPANY
CONSTRUCTION MATERIALS DIV.
P. O. BOX 927
LITTLE ROCK, ARKANSAS 72203

SHIP TO   SAME

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 2 | 2 | BAGS AP (DEC WHITE) (41-08-02-1-17) | 2.08 | $ 4.16 |

35106060

ST# 60-1-643-76

☐ % CASH DISCOUNT ALLOWED IF PAID BY   1-9-71
☐ NO CASH DISCOUNT - NET 30 DAYS

PLEASE MAKE ALL REMITTANCES PAYABLE TO CONSTRUCTION PRODUCTS DIVISION, W. R. GRACE & CO.

SALES ANALYSIS

IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
GREENWOOD DISTRICT

EDDIE JOE WOOTEN and MARIE WOOTEN, )
                                       )
                Plaintiffs,      )
                                       )
vs.                                )    NO. CV-06-324-G-V
                                     )
CERTAINTEED CORPORATION, et al.,   )
                                     )
             Defendants.      )
                                     )

VIDEOTAPED DEPOSITION OF EDDIE JOE WOOTEN

Taken at 315 Darlene Drive, Mansfield,

Arkansas, on December 27, 2006, at 9:51 a.m.

PLAINTIFF'S
EXHIBIT
E
(10 pgs)
tabbies

Deposition of Wooten, Eddie - Vol. 1 - Taken December 27, 2006

Page 11

1    A.     It was a general paint contractor out of Kansas

2    City, and I do not recall their name.

3    Q.     Okay.  And was that -- Were you doing painting on

4    that job, as well?

5    A.     Painting and drywall.

6    Q.     You did some drywall there, too?

7    A.     Yes.

8    Q.     Okay.  Did you do more painting or more drywall at

9    Fort Chaffee?

10   A.     Painting.

11   Q.     Okay.  So you were primarily a painter?

12   A.     Yes.

13   Q.     Can you tell me the kinds of -- well, first of all,

14   let me -- in connection with the painting work that you

15   did after the Air Force, do you recall working with any

16   paints that you think may have contained asbestos?

17   A.     Well, not right offhand, but I worked with several

18   different types of paint.

19   Q.     Okay.  The drywall work that you did at Fort

20   Chaffee, can you tell the jury a little bit about the

21   drywall work that you were doing at Fort Chaffee?

22   A.     Other than it just was a regular -- regular drywall

23   program, taping, mudding, sanding.

24   Q.     What types of buildings were you working on?

25   A.     Barracks.

Deposition of Wooten, Eddie - Vol. 1 - Taken December 27, 2006

1   Q.    Do you recall working around other crafts while you

2   were working at -- at Fort Chaffee?

3   A.    Yes.

4   Q.    What other -- are some of the other crafts that you

5   can remember working around at Fort Chaffee?

6   A.    Well, there was insulators and -- mainly insulators,

7   I guess, but there was also -- oh.  Well, I just can't

8   name them.

9   Q.    Okay.  Do you recall maybe electricians?

10  A.    Yeah, there were electricians, plumbers, pipe

11  fitters, all sorts of --

12  Q.    What about roofers?

13  A.    Yes.

14  Q.    Do you recall whether or not any of the buildings

15  that you worked in or around had a boiler in them?

16  A.    I'm sure they did.  They were all boiler-operated.

17  Q.    Do you specifically recall working around a boiler

18  while you were there?

19  A.    No.

20  Q.    Okay.

21  A.    They were just in the buildings I was in.

22  Q.    And you don't recall who manufactured any of those

23  boilers, do you?

24  A.    No, I don't.

25  Q.    Do you recall approximately how long the job at Fort

Deposition of Wooten, Eddie - Vol. 1 - Taken December 27, 2006

Page 20

1    Q.    Okay.  And would that include -- What types of

2    buildings would you classify as -- as being commercial

3    type of work?

4    A.    Bank buildings, hos -- hospitals.

5    Q.    Okay.

6    A.    I've got to rest.  I've got to rest.

7    Q.    Okay.

8              MR. HARRISON:  Let's go off the record, take

9    a break.

10             THE VIDEOGRAPHER:  The time is 10:12.  We're

11   off the record.

12                   (Wherein, a break was taken.)

13             THE VIDEOGRAPHER:  The time is 10:18.  We're

14   on the record.

15   Q.    (Mr. Winburn continued.)  Mr. Wooten, we're back on

16   the record after taking a short break.  And again, any

17   time you need to take a break or anything, you just let us

18   know, and we can do that right away, okay?

19         Now, we were talking about the jobs that you did in

20   Des Moines.  Do you recall how much time you spent in Des

21   Moines working for the Cagle branch over there?

22   A.    Between six and seven years.

23   Q.    And did I understand you to say that you did both

24   hands-on work and supervisory work?

25   A.    Yeah.  By the time I left Des Moines, I was mostly

Deposition of Wooten, Eddie - Vol. 1 - Taken December 27, 2006

1  mesothelioma, about how long ago that was?

2  A.    In June.

3  Q.    June of 2006?

4  A.    Yes.

5  Q.    This year?

6       And how did you learn that you had mesothelioma?

7  A.    Medical examination.

8  Q.    Do you remember who told you that you had

9  mesothelioma?

10  A.    I don't remember.  I can't remember the doctor's

11  name.

12  Q.    Mr. Wooten, I want you to try, if you can, to

13  explain to the ladies and gentlemen of the jury a little

14  bit about what your life's been like since you've been

15  diagnosed with mesothelioma.  Can you do that for us?

16  A.    Just been terrible.  That's all I can tell you.

17  It's -- it's progressed forward until it's just now

18  constant pain.  It hasn't been constant pain up until now.

19  Q.    You're holding your left side.  Is that where it

20  hurts you?

21  A.    Yes.

22  Q.    Can you describe the pain?

23  A.    It's just -- just a terrible pain.  It's constant.

24  It's an ache, and it's not a sharp ache like comes in.

25  It's just a -- a constant ache.

Deposition of Wooten, Eddie - Vol. 1 - Taken December 27, 2006

1   Q.    Are you taking medication for that pain?

2   A.    Yes.

3   Q.    Do you need to stop for a minute?

4   A.    Okay.

5   Q.    Okay.  What kind of medication are you taking for

6   your pain?

7   A.    I'm taking morphine, and I'm also taking something

8   called -- What is it, neomorphine (sp) or something?

9   What -- what's the --

10  Q.    She can't -- she can't answer for you.

11  A.    Oh.

12  Q.    If you don't remember, it's okay.

13  A.    Well, I'm taking two different high-powered drugs.

14  One of them is -- seemed like it's neodexatron (sp), and

15  another one is a morphine.

16  Q.    When you take this medication, does it make the pain

17  go away?

18  A.    No.  It -- it eases it up, though, sometimes.  But

19  it's -- it started slowing that down.

20  Q.    Are you able to sleep in a bed now?

21  A.    Yes, I'm still sleeping in a bed.

22  Q.    Okay.

23  A.    And it's painful.

24  Q.    Is it less painful when you're sitting in your chair

25  kind of like you are now?

Deposition of Wooten, Eddie - Vol. 1 - Taken December 27, 2006

1    Q.    Let me ask it this way.  Mr. Wooten, to the best of

2    your memory, when did you leave Mr. Cagle's employment?

3    A.    Probably '74.

4    Q.    Okay.  And after you left Mr. Cagle, where did you

5    go to work?

6    A.    For myself.

7    Q.    You were self-employed?

8    A.    (Witness nods head affirmatively.)

9    Q.    And where was that?  Where was the -- that work

10   located?

11   A.    Here.

12   Q.    Is that Mansfield?

13   A.    Yes.

14   Q.    And what did you do here in Mansfield?

15   A.    Well, I owned some cattle, which I continued to

16   raise; and I was familiar with construction, so I built a

17   house and started a housing construction.

18                   THE WITNESS:  Come in, Kay.

19                   THE VIDEOGRAPHER:  The time is 10:59.  We're

20   off the record.

21        (Wherein, an off-the-record discussion was had.)

22                   THE VIDEOGRAPHER:  The time is 10:59.  We're

23   on the record.

24   Q.    (Mr. Harrison continued.)  Mr. Cagle, you mentioned

25   that in '74, you moved back to Mansfield, and you did some

Deposition of Wooten, Eddie - Vol. 1 - Taken December 27, 2006

Page 51

1    A.    It's too -- been too long ago.

2    Q.    Do you remember any of the names of the companies

3    that you ordered the material from?

4    A.    No.  It's too long ago.

5    Q.    You ordered some materials from companies like Big

6    Horn and Celotex and U.S. Gypsum.  Do any of those

7    companies ring a bell --

8    A.    Yes.

9    Q.    -- for fireproofing?

10   A.    For fireproofing?

11   Q.    Yes, sir.

12   A.    Come again.  I didn't hear them all.

13   Q.    Some of the company names you gave us earlier that

14   you ordered directly from were Celotex, Big Horn Gypsum,

15   and U.S. Gypsum.  Do you remember using any fireproofing

16   from those companies?

17   A.    Yes.

18   Q.    Mr. Wooten, you have listed on this Number 3 a joint

19   compound from CertainTeed when you were working for Cagle

20   Drywall.  Do you remember ever using a CertainTeed joint

21   compound at any other time other than when you were

22   working for Cagle Drywall?

23   A.    Oh, I couldn't remember anything like that.

24   Q.    Okay.  Thank you, sir.  Those are all the questions

25   I have.

Deposition of Wooten, Eddie - Vol. 1 - Taken December 27, 2006

Page 53

1       When you went to -- Why did you come back to

2    Arkansas in 1974?

3    A.    Because this was my original home.  I'd been born

4    and raised here.

5    Q.    And you just wanted to get back home?

6    A.    (Witness nods head affirmatively.)

7    Q.    Yes?

8    A.    Yeah.

9    Q.    When you did your home-building business here, how

10   long did -- how long was that -- how long were you

11   involved in building homes in this area?

12   A.    From 1957 until I just phased it out.

13   Q.    I mean in 1974 when you came back here, did you

14   build houses in this area after that?

15   A.    After 1974?

16   Q.    Yes, sir.

17   A.    Yeah.

18   Q.    Okay.  And where did you build them?

19   A.    Here.

20   Q.    Okay.  In Mansfield?

21   A.    Yeah, and surrounding area.

22   Q.    Okay.  About how many houses would you build in a

23   year or however you can describe that?

24   A.    Probably maybe 150.

25   Q.    All right.  Where did --

Deposition of Wooten, Eddie - Vol. 1 - Taken December 27, 2006

Page 63

1   Q.    And who did the drywall work for you?

2   A.    He did.

3   Q.    Okay.  And do you know where he purchased his

4   materials?

5   A.    No, I don't.

6   Q.    Did he purchase the materials, or did you supply

7   them?

8   A.    Possibly both ways.  I don't know.  We just bought

9   the materials.

10  Q.    Okay.  Were you around him much while he was doing

11  his work, or did you trust him to pretty much do it?

12  A.    Considerably.

13  Q.    You were around him considerably?  What -- what does

14  that mean?  I mean --

15  A.    That means quite a bit.

16  Q.    Okay.  How often?

17  A.    I'd see him every day --

18  Q.    Okay.

19  A.    -- I suppose.  Might not have saw him every day, but

20  I could have.

21  Q.    So you were on -- you were on the job sites

22  regularly; and if he happened -- if he was at the job site

23  where you were, then you'd see him working.

24  A.    Yeah.

25  Q.    Is that what you're saying?  Okay.

IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
GREENWOOD DISTRICT

EDDIE JOE WOOTEN and MARIE WOOTEN                     PLAINTIFFS

v.                          NO. CV-06-324-G-V

CERTAINTEED CORPORATION, et al.                      DEFENDANTS

---

### NOTICE TO TAKE VIDEO DEPOSITION OF PLAINTIFF EDDIE JOE WOOTEN

---

TO:   Counsel for Defendants

Please take notice that, pursuant to Rules 26 and 30 of the Arkansas Rules of Civil Procedure, Plaintiffs will take the deposition upon oral examination of PLAINTIFF EDDIE JOE WOOTEN.

The deposition will take place before a duly qualified court reporter and videographer on Wednesday, December 27, 2006, beginning at 10:00 o'clock a.m. (CST) at the following location:

315 Darlene Drive
Mansfield, Arkansas 72944

The deposition will be video taped and will continue from day to day until completed.

Respectfully submitted,

RUSSELL B. WINBURN
Odom Law Firm, P.A.
One East Mountain
Post Office Drawer 1868
Fayetteville, Arkansas 72702-1868
Telephone: (479) 442-7575
Facsimile:  (479) 442-9008

PAUL J. DOOLITTLE
Motley Rice
Post Office Box 1792
Mt. Pleasant, South Carolina 29465

ATTORNEYS FOR PLAINTIFFS,
EDDIE JOE WOOTEN AND MARIE WOOTEN



PLAINTIFF'S
EXHIBIT
F
(2 pp.)

## CERTIFICATE OF SERVICE

I, Russell B. Winburn, attorney herein, do hereby certify that a true and correct copy of the foregoing document has been served on the following attorneys of record via email and first class mail:

### ATTORNEY FOR DEFENDANT CERTAINTEED CORP.:

Mr. William C. Harrison
Deutsch, Kerrigan & Stiles
755 Magazine St.
New Orleans, LA 70130
wharrison@dkslaw.com

### ATTORNEY FOR DEFENDANT DARRAGH COMPANY:

Mr. Richard N. Watts
Watts, Donovan & Tilley
200 S. Commerce, Ste. 200
Little Rock, AR 72201
rwatts@wdt-law.com

### ATTORNEY FOR DEFENDANT KELLY-MOORE PAINT:

Mr. Franklin A. Poff, Jr.
Crisp, Boyd, Poff & Burgess, L.L.P.
2301 Moores Lane
P.O. Box 6297
Texarkana, TX 75505-6297
fpoff@cbplaw.com

On the 19th day of December, 2006.

RUSSELL B. WINBURN

IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
GREENWOOD DISTRICT

FILED
GREENWOOD DIST.

2006 NOV 17 AM 10 28

EDDIE JOE WOOTEN and
MARIE WOOTEN

v.                    NO. CV-06-324-G V

CERTAINTEED CORPORATION,
DARRAGH COMPANY,
GEORGIA-PACIFIC CORPORATION, and
KELLY-MOORE PAINT COMPANY, INC.                    DEFENDANTS

## ANSWER OF DARRAGH COMPANY

Comes now the Defendant, DARRAGH COMPANY, and for its Answer to
Complaint, states:

1.      It is without knowledge or information sufficient to form a belief as to
the truth of the allegations regarding residency of the Plaintiffs, places of
incorporation of the other Defendants or principal places of business of such
Defendants.  It therefore cannot admit Paragraphs 1, 2, 3, 4, 5 and 7 of the
Complaint.

2.      It generally admits it is a corporation organized under the laws of the
State of Arkansas and further admits its principal place of business is in Little Rock,
Arkansas.

3.      It is without knowledge or information sufficient to form a belief as to
the truth of the allegations regarding the employment history of the Plaintiff, EDDIE
JOE WOOTEN, and therefore denies all such contentions as have been set forth in

1 of 4



PLAINTIFF'S
EXHIBIT
G
(4 pgs)

Paragraphs 2, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35 and 36 of the Complaint.

4.    It generally denies it mined, manufactured, sold or distributed products containing asbestos to which the Plaintiff, EDDIE JOE WOOTEN, was exposed and which caused any damages or injuries to that individual or to MARIE WOOTEN.

5.    It is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding damages or injuries allegedly sustained by the Plaintiffs and therefore denies all related contentions as have been set forth in Paragraphs 2, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35 and 36 of the Complaint.

6.    It denies all other material allegations regarding negligence, breach of contract, breach of warranty, strict liability, damages or injuries set forth in the Complaint, including punitive damages, unless specifically admitted to in this Answer.  Pleading further, and in the affirmative, it states:

(a)    The Complaint fails to set forth facts sufficient to form a cause of action as against this Defendant;

(b)    The Complaint fails to set forth facts sufficient to allow this Defendant to form a proper response in accordance with the laws of the State of Arkansas;

(c)    The Complaint should be dismissed for inadequate or insufficient process;

(d)     The Complaint should be dismissed for inadequacy or insufficiency of service of process;

(e)     Some or all of the claims alleged by the Plaintiffs are barred by the applicable statutes of limitation;

(f)     If the Plaintiffs sustained damages, such were proximately caused by the acts or omissions of person or persons over whom this Defendant had no control and from whom this Defendant is entitled to contribution and indemnity;

(g)     It reserves the right to plead negligence, breach of warranty or strict liability as against an entity not a party to this litigation in accordance with the laws of the State of Arkansas;

(h)     At all times relevant to the events set forth in the Complaint, it acted in conformity with the then-existing state of knowledge;

(i)     Plaintiff, EDDIE JOE WOOTEN, knew or should have known of the risks associated with asbestos and assumed the risk of injuries or damages;

(j)     Plaintiff, EDDIE JOE WOOTEN, failed to take proper precautions in accordance with the then-existing knowledge and further failed to comply with certain safeguards with regard to the handling of asbestos or working with materials containing asbestos; and

(k)     It adopts all other affirmative defenses set forth by the other Defendants

to this litigation.

7.     It requests trial by jury.

WHEREFORE, Defendant prays for dismissal of Complaint, for costs and for all other proper relief.

WATTS, DONOVAN & TILLEY, P.A.
200 S. COMMERCE STREET, SUITE 200
LITTLE ROCK, AR 72201-1769
(501) 372-1406
(501) 372-1209 FAX

By: _Richard Watts_____
RICHARD N. WATTS (82174)


## CERTIFICATE OF SERVICE

I, Richard N. Watts, hereby certify that a copy of the above and foregoing pleading was mailed to all attorneys of record as listed below this 16 day of November, 2006.

Mr. Russell B. Winburn
Attorney at Law
Odom & Elliott, P.A.
P.O. Drawer 1868
Fayetteville, AR 72702-1868
(Counsel for Plaintiffs)

_Richard Watts_____
RICHARD N. WATTS

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 11 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Asbestos Products Liability Litigation                    Re MDL-875

Re:  Eddie Joe Wooten and Marie Wooten v. Certainteed Corporation, et al.
     U.S. District Court – Western District of Arkansas - ARW 2 – Civil Action No. 07-2004

**PLAINTIFFS' MEMORANDUM BRIEF IN SUPPORT OF MOTION TO
VACATE CONDITIONAL TRANSFER ORDER AND MOTION TO REMAND**

### I. BACKGROUND

This action for personal injuries was originally filed on November 3, 2006 in the Circuit

Court of Sebastian County, Arkansas against CertainTeed Corporation ("CertainTeed"), Darragh

Company ("Darragh"), Georgia Pacific Corporation ("Georgia Pacific") and Kelly-Moore Paint

Company, Inc ("Kelly-Moore"). On December 27, 2006, Eddie Joe Wooten's deposition was taken

at his home in Mansfield, Sebastian County, Arkansas. On January 17, 2007, Plaintiffs' counsel was

served with a Notice of Removal filed by CertainTeed, Georgia Pacific and Kelly-Moore ("the

Removing Defendants"). The Notice of Removal was only signed by counsel for CertainTeed,

Georgia Pacific and Kelly-Moore and there is no written confirmation in the file that Darragh has

consented to removal of this action. In their Notice of Removal, the Removing Defendants claim

that this case "became removable" within the meaning of 28 U.S.C. Sec. 1446(b) after Mr. Wooten

2007 APR -6  P 3: 2

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

testified in his deposition that he could not personally recall any information about Darragh. The Removing Defendants claim that Darragh was fraudulently joined in the action to defeat diversity jurisdiction and that Plaintiffs have no cognizable claim against Darragh.

At the outset, it should be noted that the Removing Defendants, as the parties invoking federal jurisdiction, bears the burden of affirmatively and clearly establishing the existence of federal subject matter jurisdiction. *See, e.g., McNutt v. General Motors Acceptance Corp. of Indiana*, 298 U.S. 178, 56 S.Ct. 780, 80 L.Ed. 1135 (1936); *Hoekel v. Plumbing Planning Corporation, 20 F. 3d 839 (8th Cir. 1994)*. Indeed, Congress did not intend the removal statute "to effect a wholesale dislocation in the allocation of judicial business between state and federal courts." *Boys Markets, Inc. v. Retail Clerks Union, Local 770,* 398 U.S. 235, 247, 90 S.Ct. 1583, 1590, 26 L.Ed.2d 199 (1970), *citing, City of Greenwood v. Peacock*, 384 U.S. 808, 86 S.Ct. 1800, 16 L.Ed.2d 944 (1966). It was pointed out by the Honorable Franklin Waters, United States District Judge for the Western District of Arkansas, in *Brightwell v. A.H. Robins Co., et al,* CIV 99-5061 (W.D. Ark. 1999) that removal statutes must be construed strictly against removal. See also *Schwinn Bicycle Co. v. Brown*, 535 F. Supp. 486, 487 (W.D. Ark. 1982); *Mulcahey v. Columbia Organic Chem. Co., 29 F.3d 148, 151 (4th Cir.1994)*); *Kohl v. American Home Products Corp., et al,* CIV 99-3085 (W.D. Ark. 1999). The heavy burden of establishing the propriety of removal falls upon the removing party. If federal jurisdiction is doubtful, remand is necessary. *See*: *Brightwell*, supra, citing *Insurance Corp. of Ireland, Ltd. v. Compagnie des Bauxites de Guinee*, 465 U.S. 694, 702, 102 S. Ct. 2099, 2104, 72 L.Ed. 1214 (1941).

It is Plaintiffs' position that this Court does not have subject matter over this case since there is not complete diversity of citizenship pursuant to 28 U.S.C. Sec 1332. The case did not "become

removable" within the meaning of 28 U.S.C. Sec. 1446(b) following the deposition of Mr. Wooten since there is no requirement under Arkansas law that a plaintiff in an asbestos case must personally identify the companies who manufactured, sold or supplied the products to which he was exposed. Instead it is well-established that the plaintiff can prove his exposure to a defendant's product through other means such as the testimony of co-workers. It is further the Plaintiffs' position that Darragh was not "fraudulently joined" in this case in order to defeat diversity jurisdiction. As will be set forth more fully below, Darragh was a supplier of asbestos-containing materials in Arkansas, and Plaintiffs' Complaint states a cause of action against Darragh for negligence, strict liability and breach of express and implied warranties. Finally, it is Plaintiffs' position that the Notice of Removal is fatally defective because Darragh did not join in the Notice of Removal and Darragh has not provided their written consent to removal. Because there is no "unanimity" among the Defendants concerning removal, the Notice of Removal cannot stand.

## II.  APPLICABLE LAW

### A.  REMOVAL AND REMAND

A civil action is only removable if the Plaintiffs could have originally brought the action in federal court. 28 U.S.C. Sec. 1441(a). If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded. 28 U.S.C. Sec. 1447(c). Federal district courts have jurisdiction over civil actions when the amount in controversy exceeds $75,000.00 and when the action is between citizens of different states. 28 U.S.C. Sec. 1332(a). When Plaintiff has joined a non-diverse party as a defendant in its state case, the removing party may only avoid remand by demonstrating that the non-diverse party was fraudulently joined. *Wiles v. Capitol Indemnity Corp.*, 280 F.3d 868, 871 (8th Cir. 2002). If state law might impose liability on the resident

defendant under the facts alleged in the Complaint, there is no fraudulent joinder. *Filla v. Norfolk Southern Ry. Co.*, 336 F.3d 806 (8th Cir. 2003). If there is a reasonable basis in fact and law supporting the claim, the joinder is not fraudulent. *Filla*, *supra* at 810.

If federal jurisdiction is invoked pursuant to the removal statute, any doubts about the propriety of that removal are to be resolved in favor of remand. *Transit Cas. Co. v. Certain Underwriters at Lloyd's of London*, 119 F.3d 619 (8th Cir. 1997); *In re: Business Men's Assurance Co. of America*, 992 F.2d 181, 183 (8th Cir. 1993). If the sufficiency of the Complaint against the non-diverse defendant is questionable, the district court should not decide the doubtful question in connection with a motion to remand but instead should remand the case and allow the state court to resolve the question. *Filla*, *supra*, (quoting *Iowa Pub. Serv. Co. v. Med. Bow Coal Co.*, 556 F.2d 400 (8th Cir. 1977).

Removal is untimely unless a notice of removal is filed within 30 days "after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. Sec 1446(b). Where there are multiple defendants, all must join in a petition to remove within thirty days of service. *Thorn v. Almagamated Transit Union*, 305 F.3d 826, 833 (8th Cir. 2002). Consequently, each defendant must join or consent within thirty days of service on that defendant for removal to be effective. *Amteco, Inc. v. BWAY Corp.*, 241 F.Supp.2d 1028, 1030 (E.D. Mo. 2003). Although a deposition has been held to be "other paper" within the meaning of 28 U.S.C. Sec. 1446(b), the removal period begins with the giving of the testimony and not the receipt of the transcript. *Huffman v. Saul Holdings Ltd.*, 194 F.3d 1072, 1078 (10th Cir. 1999).

## B. ARKANSAS SUBSTANTIVE LAW

Under Arkansas law, negligence is established by proof that the defendant owed a duty to the Plaintiff, that the defendant breached the duty, and that the breach was a proximate cause of Plaintiffs' injuries. *Brascumb v. Freeman*, 360 Ark. 171, 200 S.W.3d 411 (2004). A failure to exercise ordinary care is negligence. AMI 303. To recover under a strict liability theory in Arkansas, the plaintiff must prove that the defendant supplied the product in a defective condition that rendered it unreasonable dangerous and that the defective condition was a proximate cause of the injury. *Lee v. Martin*, 74 Ark. App. 193, 45 S.W.3d 860 (2001). Breach of an implied warranty of merchantability requires proof that the defendants sold a product that was not in merchantable condition, that the unmerchantable condition was the proximate cause of damages and that the plaintiff was a person whom the defendant might reasonably be expected to be affected by the product. AMI 1010. Breach of an express warranty requires proof that an express warranty was created, that the product did not conform to the express warranty, that the failure of the product to conform to the warranty was the proximate cause of damages and that the plaintiff was a person whom the defendant might reasonable be expected to be affected by the product. AMI 1012.

In an asbestos case proximate cause is established by a showing that a plaintiff worked with and/or around a particular defendant's product with sufficient frequency and regularity that it is more probable than not that the exposure caused injury. *Chavers v. General Motors Corp.*, 349 Ark. 550, 79 S.W. 3d 361 (2002). It is not necessary that a named plaintiff testify personally regarding the identity or use of a particular product as long as testimony from other witnesses establishes the frequency, regularity and proximity of the plaintiff's exposure. *Jackson v. Anchor Packing Co.*, 994

F.2d 1295 (8th Cir. 1993); *Slaughter v. Southern Talc, Co.*, 949 F.2d 167 (5th Cir. 1991); *Rotando v. Keene Corp.*, 956 F. 2d 436 (3rd Cir. 1992).

III.  ARGUMENT

A.  REMOVAL IS IMPROPER BECAUSE ALL<br>DEFENDANTS DID NOT CONSENT

It is well-established that in order for a case to be properly removed, each defendant must consent to removal within thirty days after receipt "of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable…." The Removing Defendants contend that this action "became removable" on December 27, 2006, the date that Mr. Wooten was deposed, and the sole basis for this contention is that Mr. Wooten was unable to personally provide any testimony regarding Darragh. (See Notice of Removal, page 3.) While Plaintiffs do not concede that the case "became removable" as a result of Mr. Wooten's testimony, the issue of whether remand is proper can be easily resolved because it is undisputed that Darragh has not provided its written consent to the removal. Under the rule of unanimity set forth in the applicable case law and followed in every district in the country, the failure of a defendant to provide written consent to removal is a fatal flaw in the removal process warranting remand.

The Removing Defendants contend that this action "became removable" on December 27, 2006. Assuming, *arguendo*, that this contention is correct, under Rule 6(a) of the Federal Rules of Civil Procedure, the thirty day period for all defendants to consent in writing to removal ended on January 26, 2007. Although Darragh did not attend the deposition, they received proper notice of

the deposition and, for whatever reason, chose not to attend. It is therefore clear that the removal process is fatally flawed. Therefore the Court should remand this action to state court.

### B.  THIS ACTION DID NOT "BECOME REMOVABLE" FOLLOWING MR. WOOTEN'S DEPOSITION

The Removing Defendants claim that this action "became removable" following Mr. Wooten's deposition because Mr. Wooten could not provide any testimony regarding Darragh. The Removing Defendants claim that Mr. Wooten's failure to provide such testimony makes it impossible for Plaintiffs to meet the causation standard set forth in the _Chavers_ case. The Removing Defendants' position is without merit.

It should be noted that Mr. Wooten's deposition was noticed by Plaintiffs' counsel in an effort to perpetuate Mr. Wooten's testimony. As it turns out, Mr. Wooten died on January 2, 2007, six days after he was deposed. At the time that Mr. Wooten was deposed he was in constant pain and was taking morphine. (See Wooten deposition transcript pages 33-34.) Further, he was unable to recall many details regarding his work including the names of the contractors for whom he worked, many of the jobsites on which he'd worked, or the names of the companies from which he ordered materials. (See Wooten deposition pages 11, 20 and 51.) However, Mr. Wooten was able to testify about some of the jobs that he worked on, the brand names of materials that he used, the work that he did when he lived in Arkansas and the fact that he recalled working around insulators, pipefitters and drywallers while working in Arkansas. (See Wooten deposition, pages 11-12, 40, 53 and 63.)

It is also important to note that, other than the deposition of Mr. Wooten, no discovery has been conducted in this case. Plaintiffs have not yet had the opportunity to obtain relevant documents from Darragh or to depose their witnesses in order to confirm that Darragh's products were used in

close proximity to Mr. Wooten on a frequent and regular basis. Essentially, the Removing Defendants are asking this Court to determine as a matter of law that Plaintiffs cannot prove causation as to Darragh before any discovery has been conducted. Clearly no Court is in a position to make such a determination at this point in the proceedings, and, as the <u>Filla</u> court held, the district court should remand cases with doubtful questions of substantive law to the state court for determination.

As this Court is well aware, a proposition in a case may be proven by direct as well as circumstantial evidence. AMI 108. Simply because Mr. Wooten was unable to personally state that Darragh supplied asbestos-containing products that he either used or worked close to does not preclude Plaintiffs from calling other witnesses or introducing documents to meet their burden of proof. Thus to suggest that this case "became removable" based upon the testimony of a single witness without any additional discovery is completely without merit and calls into question the motives of the Removing Defendants especially in light of the fact that Plaintiffs moved in state court for an expedited trial date.

### C. DARRAGH WAS NOT "FRAUDULENTLY JOINED"

Set forth above are the elements required under Arkansas state law in order for Plaintiffs to maintain a cause of action against Darragh for negligence, strict liability and breach of express and implied warranties. It is abundantly clear that (a) Plaintiffs' Complaint sets forth sufficient facts to support a cause of action under all of these theories and (b) that the allegations in the Complaint are directed toward <u>each</u> of the defendants. Plaintiffs' negligence claims are found at paragraphs 8-12, 13-16, and 25-27. Plaintiffs' claim for strict liability is found at paragraph 24, and Plaintiffs'

warranty claims are set forth in paragraphs 17-20. Each of these allegations is clearly directed at all of the Defendants, including Darragh.

For instance, Plaintiffs' negligence claims state that Mr. Wooten was "exposed to Defendants' asbestos which exposures directly and proximately caused him to develop malignant mesothelioma" and that "the Defendants, and each of them, knew" that their products were harmful to Plaintiffs. (See Complaint paragraphs 9 and 10.) (Emphasis supplied.) Further and with respect to the breach of warranty claims the Complaint states, "Plaintiff alleges that each Defendant was guilty of the breach of an express warranty…" and, "Plaintiff alleges that each Defendant was guilty of the breach of implied warranty…." (See Complaint, paragraphs 19 and 20.) (Emphasis supplied.) A fair reading of Plaintiffs' Complaint leaves no doubt that Plaintiffs' allegations are sufficient under Arkansas law and are directed toward all of the Defendants. Pleadings are to be liberally construed and are sufficient if they advise a party of its obligations and allege a breach of them. *Thomas v. Pierce*, 87 Ark. App. 26, 184 S.W.3d 489 (2004).

In addition to the allegations contained in the Complaint, Plaintiff has also been able to establish that Darragh was a supplier of asbestos-containing products in the state during time periods when Mr. Wooten worked in Arkansas. (See Exhibits "C" and "D" attached to Plaintiffs' Motion for Remand.) These documents also confirm that Darragh supplied the types of materials that Mr. Wooten testified he worked with and/or around during his career in drywall and as a builder. For instance, invoice No. 10-378 indicates that Darragh purchased 410 bags of W.R. Grace's "masonry fill", 100 bags of "Econo-White" acoustical plaster, and 50 bags of "AP Tan" acoustical plaster. These invoices were obtained through independent investigation by Plaintiffs' counsel without the benefit of discovery. It is known to Plaintiffs' counsel through prior litigation that W.R. Grace's

"masonry fill" went under the trade name "Zonolite" and contained tremolite asbestos. It is also known to Plaintiffs' counsel that W.R. Grace's acoustical plasters contained approximately 17% chrysotile asbestos. The yellow pages advertisements confirm that Darragh sold other asbestos-containing materials including insulation and sewer pipe.

Under the facts alleged in the Complaint as well as the other exhibits attached hereto, it is clear that state law might impose liability on Darragh. Therefore under the applicable Eighth Circuit law, the Removing Defendants have not established that Darragh was "fraudulently joined" in this action. Plaintiffs respectfully request that this Court vacate the Conditional Transfer Order and that this case be immediately remanded to the Circuit Court of Sebastian County, Arkansas.

Respectfully submitted,

RUSSELL B. WINBURN
Arkansas Bar No. 87193
Odom Law Firm, P.A.
1 East Mountain
Fayetteville, Arkansas 72701
(479) 442-7575

ATTORNEYS FOR PLAINTIFFS,
EDDIE JOE WOOTEN and MARIE WOOTEN

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 11 2007

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

In re Asbestos Products Liability Litigation                                Re MDL-875

## Proof of Service

I hereby certify that a copy of the foregoing Notice of Opposition, Schedule of Actions and this Certificate of Service was served by First Class Mail on the 9th day of April, 2007, to the following:

Clerk, Western District of Arkansas
Mr. Christopher R. Johnson
U. S. District Clerk
Judge Isaac C. Parker Federal Building, Room 1038
South 6th Street and Rogers Avenue
Fort Smith, Arkansas 72902-1547

## PANEL SERVICE LIST (Excerpted from CTO-275)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
*Eddie Joe Wooten, et al. v. CertainTeed Corp., et al.*, W.D. Arkansas, C.A. No. 2:07-2004

ATTORNEY FOR DEFENDANT
CERTAINTEED CORP.:

Mr. William C. Harrison
Deutsch, Kerrigan & Stiles
755 Magazine St.
New Orleans, LA 70130

ATTORNEY FOR DEFENDANT
DARRAGH COMPANY:

Mr. Richard N. Watts
Watts, Donovan & Tilley
200 S. Commerce, Ste. 200
Little Rock, AR 72201

ATTORNEY FOR DEFENDANT
KELLY-MOORE PAINT:

Mr. Franklin A. Poff, Jr.
Crisp, Boyd & Poff & Burgess,
L.L.P.
2301 Moores Lane
P.O. Box 6297
Texarkana, TX 75505-6297

ATTORNEY FOR DEFENDANT
GEORGIA-PACIFIC
CORPORATION:

Mr. Jason Reed
Shults Law Firm
200 West Capitol, Suite 1600
Little Rock, AR 72201-3637

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, NW.
Washington, DC 20001

David A. Daniico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

RECEIVED CLERK'S OFFICE
2007 APR 11 P 4:30

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-13 14

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brion &
Courtney
3200 Gulf Tower

707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease,
LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Robert N. Spinelli
Kelley, Jasons, McGuire & Spineili
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal
Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

_____

RUSSELL B. WINBURN