MDL – 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 12 2007

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Carla Groce, et al. v. Todd Shipyards Corp., et al.*, N.D. California, C.A. No. 3:07-241

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING THE MAY 31, 2007, HEARING SESSION

A conditional transfer order was filed in this action (*Groce*) on March 8, 2007. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Groce* filed a notice of opposition to the proposed transfer. Plaintiffs in *Groce* subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-275" filed on March 8, 2007, is LIFTED insofar as it relates to this action. The action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James T. Giles.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 12, 2007, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

OFFICIAL FILE COPY

IMAGED APR 12 2007