MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 12 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY       MDL DOCKET NO: 875
LITIGATION (NO VI)

CONDITIONAL TRANSFER ORDER 274

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TERESSA BELL, INDIVIDUALLY AND AS TESTAMENTARY EXECUTRIX OF THE ESTATE OF DON BELL | CIVIL ACTION NO.: 3:06-CV-785 |
| | JUDGE: JAMES J. BRADY |
| VERSUS | |
| | MAG. JUDGE: DOCIA L. DALBY |
| ROWAN COMPANIES, INC., ET AL | |

***********************************************************************

**TEXACO REFINING AND MARKETING INC.'S OPPOSITION
TO PLAINTIFF AND ROWAN COMPANIES, INC'S MOTION
TO VACATE CONDITIONAL TRANSFER ORDER**

Defendant, Texaco Refining and Marketing Inc. (hereinafter, "Texaco" or "defendant"), hereby opposes Plaintiff and Rowan Companies, Inc.'s Motion to Vacate Conditional Transfer Order entered by the Judicial Panel on Multi-District Litigation on February 9, 2007. Defendant, Noble Drilling, Inc., has opposed Plaintiff and Rowan's Motion to Vacate Conditional transfer Order. Noble's brief (filed on March 22, 2007) sets forth in detail why this case should be transferred to the United States District Court

**OFFICIAL FILE COPY**

for the Eastern District of Pennsylvania, MDL 875. Texaco adopts and incorporates by reference, as if set forth herein, all of the arguments set forth by Noble Drilling, Inc. For all of the reasons asserted by Noble, Texaco respectfully requests that the Court deny Plaintiff and Rowan's Motion to Vacate Conditional Transfer Order 274, and, further, that this case be transferred to the United States District Court for the Eastern District of Pennsylvania, MDL 875.

This case meets all of the statutory requirements for transfer set forth in 28 U.S.C. § 1407. Based upon the numerous common questions of fact, the convenience to the parties and witnesses involved, and the just and efficient prosecution of this action, transfer to MDL 875 is warranted.

Respectfully submitted:

**s/ Barrye Panepinto Miyagi**
Gary A. Bezet, Trial Attorney (#3036)
Gayla M. Moncla (#19713)
Barrye Panepinto Miyagi (#21794)
Robert E. Dille (#23037)
Gregory M. Anding (#23622)
Carol L. Galloway (#16930)
Alicia E. Wheeler (#28803)
Allison N. Benoit (#29087)
KEAN, MILLER, HAWTHORNE, D'ARMOND, McCOWAN & JARMAN, LLP
Post Office Box 3513
One American Place, 22nd Floor
Baton Rouge, LA 70821
Telephone: (225) 387-0999

*Attorneys for Texaco Refining and Marketing Inc.*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 12 2007

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order has been faxed and mailed, via United States Mail, postage prepaid to Plaintiff's counsel, and emailed to all other known counsel of record this 23rd day of March, 2007.

**s/ Barrye Panepinto Miyagi**
Barrye Panepinto Miyagi

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 12 2007

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Texaco Refining and Marketing Inc.'s Opposition to Plaintiff and Rowan Companies, Inc.'s Motion to Vacate Conditional Transfer Order, filed with the Judicial Panel on Multi-District Litigation in the above captioned matter on April 10, 2007, was sent via United States Mail, first class postage prepaid, on April 10, 2007, properly addressed to the attached Panel Service List.

_____
Barrye Panepinto Miyagi

2007 APR 12 A 11:12
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

## PANEL SERVICE LIST (Excerpted from CTO-274)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Teressa Bell, etc. v. Rowan Companies, Inc., et al.,* M.D. Louisiana, C.A. No. 3:06-785
*Daniel Jarrell v. Franks Petroluem, Inc., et al.,* W.D. Louisiana, C.A. No. 6:06-2190

Ronald A. Ammann
Chamberlain, Harlicka, White, Williams & Martin
1200 Smith Street
Suite 1400
Houston, TX 77002

Lance Arnold
Baldwin & Haspel
1100 Poydras Street
Energy Centre
Suite 2200
New Orleans, LA 70163

Allison Naquin Benoit
Kean, Miller, et al.
301 Main Street
18th Floor
P.O. Box 3513
Baton Rouge, LA 70821

Gary A. Bezet
Kean, Miller, Hawthorne, et al.
P.O. Box 3513
Baton Rouge, LA 70821-3513

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Anna Louise Blanchard
King, Leblanc & Bland, LLP
6363 Woodway
Suite 750
Houston, TX 77057

Christine Z. Carbo
Strasburger & Price
1401 Mckinney
Ste 2200
Houston, TX 77010-4035

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Richard A. Chopin
Chopin Wagar Richard & Kutcher
Two Lakeway Center
3850 N. Causeway Blvd.
Suite 900
Metairie, LA 70002

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

William G. Davis
Milling, Benson, Woodward, LLP
339 Florida Street
Suite 300
Baton Rouge, LA 70801-1726

Robert E. Dille
Kean, Miller, Hawthorne, D'armond, McCowan & Jarma
P. O. Box 3513
22nd Floor
Baton Rouge, LA 70821-3513

Kathleen F. Drew
Adams & Reese, LLP
701 Poydras Street
Suite 4500
New Orleans, LA 70139

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Patrick W. Pendley
Pendley, Baudin & Coffin, LLP
P.O. Box 71
Plaquemine, LA 70765-0071

Daniel Douglas Pipitone
Chamberlain, Harlicka, White, Williams & Martin
1200 Smith Street
Suite 1400
Houston, TX 77002-4496

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney, PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

PANEL SERVICE LIST (Excerpted from 274) - MDL-875

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Jena W. Smith
Baldwin & Haspel
Energy Centre, Suite 2200
1100 Poydras Street
New Orleans, LA 70163

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Jim Wetwiska
Akin, Gump, Strauss, Hauer & Feld
1111 Louisiana Street
44th Floor
Houston, TX 77002-5200

Elizabeth S. Wheeler
King, Leblanc & Bland, LLP
201 St. Charles Avenue
Suite 4500
New Orleans, LA 70170

Robert E. Williams, IV
Sulzer & Williams, LLC
201 Holiday Blvd., Suite 335
Covington, LA 70433

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 13 2007

FILED
CLERK'S OFFICE



KEAN MILLER HAWTHORNE D'ARMOND McCOWAN & JARMAN LLP
ATTORNEYS AT LAW

SHELLEY R. LORREN, PARALEGAL
225.382.4636; DIRECT FAX: 225.388.9133
shelley.lorren@KEANMILLER.COM

April 13, 2007

**VIA FACSIMILE 202-502-2888**

Attention: Theresa Bishop

Honorable Jeffrey Luthi
Clerk, Multidistrict Judicial Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-256, North Lobby
Washington, DC 20002-8004

> Request of Deft. Texaco Refining & Marketing, Inc., for Extension of Time to File Response – GRANTED
>
> (cdm - 4/13/07)

  Re:   *Teressa Bell, Individually as Testamentary Executrix of the Estate of Don Bell*
        USDC – Middle District of Louisiana
        Docket No. 06-785-JJB-DLD
        Our File Number: 12583-195

Dear Ms. Bishop:

We represent Texaco Refining and Marketing, Inc. in connection with the captioned matter.

Please accept this letter as our request to accept as a late filing our Opposition to Plaintiff and Rowan Companies, Inc.'s Motion to Vacate Conditional Transfer Order. We erroneously filed our Opposition in the Middle District. As soon as we realized our error, we immediately forwarded our Opposition to you.

We apologize for any inconvenience this may have caused.

RECEIVED CLERK'S OFFICE
2007 APR 13 P 3: 42
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

1154129_1

22ND FLOOR   ONE AMERICAN PLACE   POST OFFICE BOX 3513   BATON ROUGE, LOUISIANA 70821   PHONE 225.387.0999   FAX 225.388.9133   keanmiller.com

BATON ROUGE    NEW ORLEANS    LAKE CHARLES    PLAQUEMINE

Honorable Jeffrey Luthi
Clerk, Multidistrict Judicial Litigation
April 13, 2007
Page 2

---

    Thank you for your attention to this matter. Please do not hesitate to contact us if you have any questions.

                Very truly yours,

                KEAN   MILLER   HAWTHORNE   D'ARMOND
                McCOWAN & JARMAN LLP

                *[signature]*

                Shelley R. Lorren, Legal Assistant to
                Barrye Panepinto Miyagi

SRL/cpl

1154129_1