**MDL 875**

BEFORE THE JUDICAL PANEL

ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 8 2007

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| IN RE:<br>TERESSA BELL, INDIVIDUALLY AND<br>AS TESTAMENTARY EXECUTRIX<br>OF THE ESTATE OF DON BELL | * * * * | MDL DOCKET NO. 875<br>CIVIL ACTION |
| VERSUS | * * | NO. 06-785 |
| ROWAN COMPANIES, INC., Successor to<br>Rowan Drilling Co.; TEXACO REFINING<br>& MARKETING INC., Successor in interest<br>to Tidewater Oil Company and Getty Oil<br>Company; SCHLUMBERGER, Successor in<br>interest to Magcobar; M-J L.L.C., Successor<br>in interest to Magcobar; UNION CARBIDE<br>CORPORATION, Successor in interest to<br>Union Carbide and Carbon Corporation;<br>CONOCO PHILLIPS COMPANY, Successor<br>in interest to Phillips Petroleum Company;<br>TIDEWATER, INC., Successor in interest to<br>Tidewater Marine Service, Inc.;<br>NOBLE DRILLING CORPORATION | * * * * * * * * * * * * * * * | JURY DEMAND |

PLEADING NO. 5019

* * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**MOTION AND INCOPORATED MEMORANDUM TO WITHDRAW
MOTION TO VACATE TRANSFER TO MULTIDISTRICT LITIGATION PANEL**</u>

**NOW INTO COURT**, comes Rowan Companies, Inc. ("Rowan"), who moves to withdraw its previously filed Motion to Vacate the Transfer to the Multidistrict Litigation Panel in the instant matter.

The complaint in this case was filed on September 8, 2006, in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana. The case was removed to the Middle District of Louisiana on October 10, 2006. Included as defendants are various companies who allegedly owned and/or leased marine vessels, others that allegedly employed plaintiff's

decedent or who were leasees of related properties on which the decedent worked. As against defendants, plaintiff seeks equitable relief and damages for the alleged injuries claimed to have been suffered by the decedent, Don Bell. Defendants deny plaintiff's claims.

Originally, Rowan believed this case to be factually distinguishable from the cases pending before the Eastern District of Pennsylvania regarding asbestos exposure. However, after continued discovery and discussion of the facts of this matter, Rowan now acknowledges that the facts of plaintiff's case do involve significant common issues of fact and law with other cases pending before the Eastern District of Pennsylvania. As such, the just and efficient conduct of the case will be best served by transfer to the Eastern District of Pennsylvania. Rowan respectfully withdraws its Motion to Vacate the Transfer Order and requests that this panel transfer the instant action to the Eastern District of Pennsylvania for inclusion with other cases pending there regarding alleged asbestos exposure.

Respectfully submitted,

**CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**

By: *Richard A Chopin*

RICHARD A. CHOPIN, T.A. (#4048)
ALEXIS M. PARRISH (#27709)
Two Lakeway Center, Suite 900
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 830-3838
Facsimile: (504) 836-9540
Attorneys for Rowan Companies, Inc.

2007 APR 17 P 12:01
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 8 2007

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I hereby certify that on the ___17___ day of ___April___, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all parties listed on the panel service list provided by the Judicial Panel on Multidistrict Litigation with its letter of February 26, 2007, a copy of which is attached hereto.

*Richard A. Chopin*

RICHARD A. CHOPIN

2007 APR 17 P 12:01
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

## PANEL SERVICE ADDRESS LIST:

Ronald A. Ammann
Chamberlain, Harlicka, White, Williams
& Martin
1200 Smith Street
Suite 1400
Houston, TX 77002

Lance Arnold
Baldwin & Haspel
1100 Poydras Street
Energy Centre
Suite 2200
New Orleans, LA 70163

Allison Naquin Benoit
Kean, Miller, et al
301 Main Street
18th Floor
P.O. Box 3513
Baton Rouge, LA 70821

Gary A. Bezet
Kean, Miller, Hawthorne, et al
P.O. Box 3513
Baton Rouge, LA 70821-3513

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Anna Louise Blanchard
King, Leblanc & Bland, LLP
6363 Woodway
Suite 750
Houston, TX 77057

Christine Z. Carbo
Strasburger & Price
1401 Mckinney
Suite 2200
Houston, TX 77010-4035

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkey Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

2007 APR 17 P 12:01
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

William G. Davis
Milling, Benson, Woodward, LLP
339 Florida Street
Suite 300
Baton Rouge, LA 70801-1726

Robert E. Dille
Kean, Miller, Hawthorne, D'armond
McCowan & Jarma
P.O. Box 3513
22nd Floor
Baton Rouge, LA 70821

Kathleen F. Drew
Adams & Reese, LLP
701 Poydras Street
Suite 4500
New Orleans, LA 70139

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 Byrd Street
Richmond, VA 23219

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Patrick W. Pendley
Pendley, Baudin & Coffin, LLP
P.O. Box 71
Plaquemine, LA 70765-0071

Daniel Douglas Pipitone
Chamberlain, Harlicks, White, Williams & Martin
1200 Smith Street
Suite 1400
Houston, TX 77002

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney, PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd.
Sixth Floor
Los Angeles, CA  90025

Jena W. Smith
Baldwin & Haspel
Energy Centre, Suite 2200
1100 Poydras Street
New Orleans, LA  70163

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA  19102

Robert E. Swickle
Jaques Admiralty Law Firm, PC
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI  48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Jim Wetwiska
Akin, Gump, Strauss, Hauer & Feld
1111 Louisiana Street
44th Floor
Houston, TX 77002-5200

Elizabeth S. Wheeler
King, Leblanc & Bland LLP
201 St. Charles Avenue
Suite 4500
New Orleans, LA 70170

Robert E. Williams, IV
Sulzer & Williams LLC
201 Holiday Blvd., Ste. 335
Covington, LA 70433