JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 19 2007

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Melvin Raymond v. Borden, Inc., et al.*, E.D. Louisiana, C.A. No. 2:06-11140

### ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE MAY 31, 2007, HEARING SESSION

A conditional transfer order was filed in this action (*Raymond*) on February 9, 2007. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Raymond* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Raymond* was remanded to the Orleans Parish Civil District Court, New Orleans, Louisiana, by the Honorable Stanwood R. Duval, Jr., in an order filed on April 16, 2007.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-274" filed on February 9, 2007, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 12, 2007, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

OFFICIAL FILE COPY

IMAGED APR 1 9 2007