MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 19 2007

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Janet Schueler v. American Optical Corp.*, E.D. Wisconsin, C.A. No. 2:06-1076

### BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA,[*] JUDGES OF THE PANEL

### ORDER VACATING CONDITIONAL TRANSFER

Before the Panel is an unopposed motion brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiff in an action pending in the Eastern District of Wisconsin (*Schueler*). Movant asks the Panel to vacate the respective portion of its order conditionally transferring *Schueler* to the Eastern District of Pennsylvania for inclusion in the centralized pretrial proceedings occurring there in this docket before Judge James T. Giles.

On the basis of the papers filed and hearing session held (without oral argument), the Panel finds that transfer of *Schueler* to the Eastern District of Pennsylvania would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of this litigation. Plaintiff in *Schueler* is not raising allegations of injuries or wrongful death caused by asbestos or asbestos-containing products, and the action thus presently falls outside the ambit established by the Panel for this docket.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-271" is vacated insofar as it relates to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

**OFFICIAL FILE COPY**

---

[*]  Judge Scirica took no part in the disposition of this matter.

IMAGED APR 20 2007