UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AURELIE BREAUX WAGUESPACK

VERSUS

ANCO INSULATIONS, INC., et al.

CIVIL ACTION

NO. 06-965-FJP-CN

## RULING

Before the Court is the plaintiff's Motion to Remand Case to State Court filed on March 14, 2007.[1] Because the defendants have failed to oppose this motion within twenty days as required by Local Rule 7.5M, the Court must assume the defendants have no opposition to this motion.[2] Furthermore, based on the evidence submitted with the motion, the Court also finds the motion should be granted as a matter of fact and law. This case shall be remanded to the Nineteenth Judicial District for the Parish of East Baton Rouge.

IT IS SO ORDERED.

Baton Rouge, Louisiana, April 18, 2007.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 14.

[2] See Local Rule 7.5M, which requires "[e]ach respondent opposing a motion [to] file a response, including opposing affidavits, memorandum, and such supporting documents as are then available, within 20 days after service of the motion."

MDL- 875
Do RECOMMENDED ACTION

VAC CTO / HO / action
Approved/Date: KN 4/20/07

**OFFICIAL FILE COPY**

IMAGED APR 20 2007