BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 24 2007

FILED
CLERK'S OFFICE

| | |
|---|---|
| JACK FRANKLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **MDL DOCKET NO. 875** |
| ) | IN RE ASBESTOS PRODUCTS |
| CSX TRANSPORTATION, INC., ) | LIABILITY LITIGATION (NO. VI) |
| ) | |
| Defendants. ) | FELA ACTION |

## RULE 5.3 DISCLOSURE STATEMENT

The undersigned, counsel of record for CSX Transportation, Inc., furnishes the following in compliance with the Rules of Procedure of the Judicial Panel on Multidistrict Litigation 5.3:

1.   Any parent corporation:

CSX Transportation, Inc. is a wholly owned subsidiary of CSX Corporation.

2.   Any publicly held corporation that owns 10% or more of its stock:

CSX Corporation.

Respectfully submitted,

_____
Kurt E. Reitz, #06187793
Crystal M. Campbell, #06285091
525 West Main Street
P.O. Box 750
Belleville, Illinois 62222-0750
618-277-4700
FAX 618-236-3434
kreitz@thompsoncoburn.com

Attorney for Defendant

OF COUNSEL:
THOMPSON COBURN LLP

OFFICIAL FILE COPY

3550069

IMAGED APR 2 5 2007

## Certificate of Service

The undersigned hereby certifies that on this 16th day of April, 2007, I mailed a copy of the foregoing document, postage prepaid, to:

Mr. Daniel R. Francis
Francis Law Firm, L.L.C.
6654 Chippewa
St. Louis, Missouri 63109

Attorneys for Plaintiff

_____

2007 APR 17 A 11: 21
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE