Case MDL No. 875   Document 5031   Filed 04/26/07   Page 1 of 6

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 26 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL DOCKET NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| EDDIE JOE WOOTEN and MARIE WOOTEN, ) ) Plaintiffs, ) ) v. ) ) CERTAINTEED CORP., ET AL., ) ) Defendants. ) ) | No. 07-2004 (W.D. Ark.) |

## OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CTO-275

Defendants CertainTeed Corporation, Kelley-Moore Paint Company, Inc., and Georgia Pacific Corporation respectfully submit this Opposition to plaintiffs' Motion To Vacate Conditional Transfer Order ("CTO") 275, which was filed on April 11, 2007, and docketed as Pleading No. 5014. Plaintiffs ask the Panel to vacate CTO-275 as it pertains to the action transferred from the United States District Court for the Western District of Arkansas that is listed above.

Defendants oppose plaintiffs' motion. As we discuss below, plaintiffs' motion contradicts well-settled Panel precedent and is premised on a fundamental misunderstanding of the co-equal competence of federal courts. For these reasons, the Panel should deny plaintiffs' motion.

Plaintiffs acknowledge that this case falls within the category of cases that should be transferred to MDL-875. See Pl. Mot. at 2 (claims concern alleged "exposure to asbestos-containing products"). Plaintiffs nonetheless argue (Pl. Mot. at 3) that the case should

PLEADING NO. 5031

2007 APR 26 P 3: 54
RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**

IMAGED APR 27 2007

not be transferred because plaintiffs have moved the transferor court to remand this action to state court.

The Panel has consistently rejected plaintiffs' arguments against transfer. In its initial opinion creating this MDL docket, the Panel made clear that "distinctions based on such matters as the pendency of motions or other matters before the transferor court" do not present a basis "for carving out exceptions to transfer in this extraordinary docket." *In re Asbestos Prods. Liab. Litig. (VI)*, MDL No. 875 (J.P.M.L. Feb. 8, 2007) (Transfer Order), at 1-2, citing *In re Asbestos Prods. Liab. Litig. (VI)*, 771 F. Supp. 415 (J.P.M.L. 1991). The Panel has repeatedly reaffirmed this position,[1] and has explicitly held that the pendency of a motion for remand to state court is not a proper basis for denial of transfer. See, *e.g.*, *In re Asbestos Prods. Liab. Litig.* (VI), MDL No. 875 (J.P.M.L. Feb. 8, 2007) (Transfer Order), at 1 n.1 ("Plaintiffs have argued that transfer of their actions should be denied or deferred in order to permit the resolution of motions to remand the actions to state court. There is no need to delay transfer in order to accommodate such an interest.").[2]

Plaintiffs' motion also ignores the legal and functional equivalence of two co-equal federal courts. The transferee court, the United States District Court for the Eastern District of Pennsylvania, is just as competent as the transferor court to decide expeditiously whether removal from the state court was proper. In keeping with Panel precedent, Plaintiffs should avail themselves of Panel Rule 7.6 (remand by the transferee court) rather than seeking relief here.

---

[1] *E.g.*, *In re Asbestos Prods. Liab. Litig. (VI)*, MDL No. 875 (J.P.M.L. Dec. 18, 2006) (Transfer Order), at 1-2; *In re Asbestos Prods. Liab. Litig. (VI)*, MDL No. 875 (J.P.M.L. Oct. 16, 2006) (Transfer Order), at 1-2.

[2] The transferor court has sufficient time to rule on a motion to remand prior to final transfer because, "as a practical matter, there is a lag time of at least three to four months from the filing of an action" to final transfer. *In re Asbestos Prods. Liab. Litig. (VI)*, MDL No. 875 (J.P.M.L. Feb. 8, 2007) (Transfer Order), at 1 n.1.

For these reasons, the Panel should deny plaintiffs' motion.

Dated: April 26, 2007

                                              Respectfully submitted,

                                              John D. Aldock
                                              Elizabeth Runyan Geise
                                              Valerie E. Ross
                                              Adam M. Chud
                                              Goodwin Procter LLP
                                              901 New York Avenue, N.W.
                                              Washington, D.C. 20001
                                              Tel.: (202) 346-4000
                                              Fax: (202) 346-4444

                                              *Counsel for CertainTeed Corporation*

                                              Franklin A. Poff, Jr.
                                              Crisp, Boyd, Poff, & Burgess, LLP
                                              2301 Moores Lane
                                              P.O. Box 6297
                                              Texarkana, TX 75505

                                              *Counsel for Kelley-Moore Paint Co., Inc.*

                                              Jason Reed
                                              Shults Law Firm
                                              200 West Capitol, Suite 1600
                                              Little Rock, AR 72201

                                              *Counsel for Georgia-Pacific Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 26th day of April, 2007, I caused an original, four copies, and one computer readable disk copy of the foregoing Opposition to Plaintiffs' Motion To Vacate CTO-275 to be served by hand on the Clerk of the Panel:

Jeffrey N. Lüthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-225, North Lobby
Washington, D.C. 20002-8004

I further certify that, on this 26th day of April, 2007, I caused copies of the foregoing Opposition to be served by first-class mail, postage prepaid, on the counsel on the attached service list.

I finally certify that, on this 26th day of April, 2007, I caused a copy of the foregoing Opposition to be served by first-class mail, postage prepaid, on the Clerk of the transferee court:

Michael E. Kunz
Clerk of the Court
United States District Court for the
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

_____
Adam M. Chud



## SERVICE LIST

Mr. William C. Harrison
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA  70130

Mr. Richard N. Watts
Watts, Donovan & Tilley
200 S. Commerce Street, Suite 200
Little Rock, AR  72201

Mr. Russell B. Winburn
Odom Law Firm, PA
1 East Mountain
Fayetteville, AR  72701

Mr. James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, NE
P.O. Box 998
Cedar Rapids, IA  52406

Mr. Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH  44114

Mr. David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Mr. Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard, 6th Floor
Los Angeles, CA  90025

Mr. Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH  44115

Mr. David A. Daniico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA  15212

Mr. Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA  19106

Ms. Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA  19103

Ms. Susan M. Hansen
Brownson & Ballou
225 South Sixth Street, Suite 4800
Minneapolis, MN  55402

Mr. Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH  44308-1314

Mr. Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Boulevard
Mt. Pleasant, SC  29464

Mr. John D. Roven
Roven-Kaplan, LLP
2190 North Loop West, Suite 410
Houston, TX  77018

Mr. Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA  19102

Mr. Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

Mr. Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA  19102

Mr. John J. Repcheck
Marks, O'Neill, O'Brion & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219

Mr. Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216

Mr. Robert E. Swickle
Jaques Admiralty Law Firm, PC
The Maritime Asbestosis Legal Clinic
1570 Penobscot Building
Detroit, MI  48226