

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 27 2007

FILED
CLERK'S OFFICE

DOCKET NO. 875

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL TRANSFER ORDER (CTO-276)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,014 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED APR 3 0 2007

# SCHEDULE CTO-276 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM  2  07-84 | James R. Bain, et al. v. A.O. Smith Electrical Products Co., et al. |
| **CALIFORNIA CENTRAL** | |
| CAC  2  07-1192 | Elaine Scarbrough, et al. v. General Electric Co., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN  3  06-6301 | Edward McIntyre v. Warren Pumps, LLC |
| CAN  3  07-1688 | Joseph Brewster, et al. v. A.W. Chesterton Co., et al. |
| **DELAWARE** | |
| DE  1  07-149 | Mary M. Collins, etc. v. Metropolitan Life Insurance Co., et al. |
| **ILLINOIS CENTRAL** | |
| ILC  1  07-1037 | Carol Durbin, etc. v. Pneumo-Abex Corp., et al. |
| ILC  1  07-1038 | Alan Nussbaum, et al. v. Pneumo-Abex Corp., et al. |
| **ILLINOIS SOUTHERN** | |
| ILS  3  07-110 | Nathaniel Cummings, et al. v. BNSF Railway Co. |
| **LOUISIANA EASTERN** | |
| LAE  2  07-1422 | Frank Bradley v. Northrop Grumman Systems Corp., et al. |
| **MASSACHUSETTS** | |
| MA  1  07-10205 | William J. Hilbert, Jr., et al. v. Northrop Grumman Corp. |
| **MINNESOTA** | |
| MN  0  07-1174 | Ronald Kaufhold v. Soo Line Railroad Co. |
| **MISSOURI WESTERN** | |
| MOW  4  07-184 | Patrick L. Kroske v. Union Carbide Corp., et al. |
| **MISSISSIPPI NORTHERN** | |
| MSN  1  07-63 | Morris Ball v. H-C Auto Electric Co., et al. |
| MSN  1  07-64 | Bobby Earl McDaniel v. H-C Auto Electric Co., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS  1  07-141 | Robert L. Reeves v. Afton Pumps, Inc., et al. |
| MSS  1  07-468 | Richard L. Watson v. Hopeman Brothers, Inc., et al. |
| MSS  1  07-472 | Evelyn Quilly Welch-Ward, etc. v. Anchor Packing Co., et al. |
| **MONTANA** | |
| MT  4  07-16 | J. Murray Hurlburt, et al. v. Bondex, Inc., et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE  4  07-9 | Glenda Evelyn Wilson, etc. v. Anchor Packing Co., et al. |
| NCE  4  07-36 | Carolyn D. Hux, et al. v. Anchor Packing Co., et al. |
| NCE  7  07-26 | Billy Futch, Jr. v. Aqua-Chem, Inc., et al. |
| NCE  7  07-34 | Kathy Belinda Patterson, etc. v. Anchor Packing Co., et al. |

SCHEDULE CTO-276 - TAG-ALONG ACTIONS - MDL-875                                         Page 2 of 4

**DIST. DIV. C.A. #**           **CASE CAPTION**

NORTH CAROLINA MIDDLE
NCM  1   07-158              Wilbert Butler, et al. v. Aqua-Chem, Inc., et al.
NCM  1   07-159              Gary Lee Livengood, et al. v. Aqua-Chem, Inc., et al.
NCM  1   07-160              Benny Dale Myers, et al. v. Aqua-Chem, Inc., et al.
NCM  1   07-161              Lloyd Vernon Snead, et al. v. Aqua-Chem, Inc., et al.
NCM  1   07-194              Kenneth B. Lawson, et al. v. A.W. Chesterton, Inc., et al.
NCM  1   07-199              Robert D. Erby, et al. v. 3M Co., et al.
NCM  1   07-203              Jackson Elwood Simmons, Sr., et al. v. Aqua-Chem, Inc., et al.
NCM  1   07-242              Archie T. Thornton, et al. v. A.W. Chesterton, Inc., et al.

NORTH CAROLINA WESTERN
NCW  1   07-24               Carol Dean Farmer, Sr., et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-61               Paul Steven Abernathy, et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-63               David Anthony Berg, et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-64               Gary Sigmon Gabriel, et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-67               Reginald David Hallman, et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-68               Robert W. Atwell, Jr., et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-70               Roger Michael Hamrick, et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-71               Michael Hill, et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-77               Kenneth Franklin McJunkins, et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-80               Albert David Hedspeth, Jr., et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-81               Garry Lynn Hull, et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-82               Jerry McCain, et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-83               Robert Marvin Poole, et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-84               Charles Tony Shephard, et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-85               William Todd Tallent, et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-88               John Ruben Bradley, et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-89               Paul Aaron Goforth, et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-90               Lawrence Leroy Redding, et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-91               Leonard Floyd Stewart, Jr., et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-92               Ann C. Taylor, etc. v. Aqua-Chem, Inc., et al.
NCW  1   07-93               Clarence Jay Wagoner, et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-94               Inez C. Garland, et al. v. Asbestos Corp., Ltd., et al.
NCW  1   07-99               Donald W. Hunter, et al. v. 3M Co., et al.
NCW  1   07-102              Dewey Carlton Aiken, et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-103              David Scott Bumgarner, et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-104              Michael Eugene Burris, et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-105              Edward William Fortner, et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-106              Barry Dean McCurry, et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-107              Leroy Elliott Revels, et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-108              Richard Dana Smith, et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-109              Kent J. McCoy, et al. v. A.W. Chesterton, Inc., et al.
NCW  1   07-110              Sterlin Columbus Whiteside v. Aqua-Chem, Inc., et al.
NCW  1   07-111              Thad Dale Jones, et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-112              Guy D. Blaylock, et al. v. Crown Cork & Seal Co., Inc., et al.

NEW YORK EASTERN
NYE  1   07-684              John Suverkrubbe v. A.W. Chesterton Co., et al.

NEW YORK SOUTHERN
NYS  1   01-6291             Joan B. Hart, etc. v. American Steamship Co., et al.
NYS  1   06-14309            Vincent Polito v. General Electric Co.

SCHEDULE CTO-276 - TAG-ALONG ACTIONS - MDL-875                                Page 3 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **OHIO NORTHERN** | |
| OHN 1 07-10001 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN 1 07-10002 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN 1 07-10003 | Sinforoso C. Longanilla v. A-C Product Liability Trust, et al. |
| OHN 1 07-10004 | Roland Barker v. A-C Product Liability Trust, et al. |
| OHN 1 07-10005 | James R. Noble v. A-C Product Liability Trust, et al. |
| OHN 1 07-10006 | Richard W. Stone v. A-C Product Liability Trust, et al. |
| **OREGON** | |
| OR 3 06-1428 | Daniel Dillon v. 3M Co., et al. |
| **PUERTO RICO** | |
| PR 3 06-1583 | Bruno Reyes, et al. v. Johns Manville Corp., et al. |
| **RHODE ISLAND** | |
| RI 1 07-50 | Robert W. Campbell, et al. v. Buffalo Pumps, Inc., et al. |
| **SOUTH CAROLINA** | |
| SC 0 07-505 | Alton Roger Dye, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 07-507 | John Walker Glenn v. Aqua-Chem, Inc., et al. |
| SC 0 07-580 | Ernest G. LaCasse, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC 0 07-581 | Kenneth Bruce Jones, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 07-765 | Charles Sidney Huskey, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 07-645 | Windell Sutton Powell, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 07-646 | Charles Allen Thrift, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 07-647 | Vernon Eugene Morgan v. Aqua-Chem, Inc., et al. |
| SC 8 07-504 | Marion Hilton King, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-506 | Aileen W. Mayfield v. Aqua-Chem, Inc., et al. |
| SC 8 07-579 | Michael Steven Thompson, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-582 | Gary Eugene Wood, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-583 | Ramon Massey, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-644 | Kenneth Leonard Hyde, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-766 | John Lewis Lee, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-767 | Jerome Byron Wilson, et al. v. Aqua-Chem, Inc., et al. |
| **TENNESSEE EASTERN** | |
| TNE 3 07-69 | Archie Weeks, et al. v. CertainTeed Corp., et al. |
| **TEXAS SOUTHERN** | |
| TXS 4 07-775 | Peggy Yeates, et al. v. International Paper Co. |
| **VIRGINIA EASTERN** | |
| VAE 2 07-9163 | Ronald L. Roberson v. American Standard, Inc., et al. |
| VAE 2 07-9164 | Carl L. Wilson v. American Standard, Inc., et al. |
| VAE 2 07-9165 | William W. Harman v. American Standard, Inc., et al. |
| VAE 2 07-9166 | Paul D. Kraciun v. American Standard, Inc., et al. |
| VAE 2 07-9167 | Jack E. Leveridge v. American Standard, Inc., et al. |
| VAE 2 07-9168 | Benjamin J. Martindale v. American Standard, Inc., et al. |
| VAE 2 07-9169 | Joseph R. Saavedra v. American Standard, Inc., et al. |
| VAE 2 07-9170 | William H. Monroe, Jr., etc. (Therman Wilton Hammett) v. American Standard, Inc., et al. |
| VAE 2 07-9171 | Fred Geisel v. American Standard, Inc., et al. |

SCHEDULE CTO-276 - TAG-ALONG ACTIONS - MDL-875                                   Page 4 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| VAE 2 07-9172 | Douglas J. Wyttenbach v. American Standard, Inc., et al. |
| VAE 2 07-9173 | Gilmer T. Carter, Jr. v. American Standard, Inc., et al. |
| VAE 2 07-9174 | Kenneth D. Berry v. American Standard, Inc., et al. |
| VAE 2 07-9175 | Terence L. Firman v. American Standard, Inc., et al. |
| VAE 2 07-9176 | Robert Earl Stewart v. American Standard, Inc., et al. |
| VAE 2 07-9177 | Ray Young v. American Standard, Inc., et al. |
| VAE 2 07-9178 | William F. Barone v. American Standard, Inc., et al. |
| VAE 2 07-9179 | John P. Fritz v. American Standard, Inc., et al. |
| VAE 2 07-9180 | Robert H. Parkinson v. American Standard, Inc., et al. |
| VAE 2 07-9181 | Roger D. Sogard v. American Standard, Inc., et al. |
| VAE 4 07-3204 | Jesse L. Boone v. Amchem Products, Inc., et al. |
| VAE 4 07-3205 | Steve Everett Carpenter v. Amchem Products, Inc., et al. |
| VAE 4 07-3206 | Faustino Cortes-Garcia v. Amchem Products, Inc., et al. |
| VAE 4 07-3207 | Jimmie Dale Davis v. Amchem Products, Inc., et al. |
| VAE 4 07-3208 | Philip Morrell Delp v. Amchem Products, Inc., et al. |
| VAE 4 07-3209 | Clarence Andre Gary v. Amchem Products, Inc., et al. |
| VAE 4 07-3210 | Roy Elliott Gray v. Amchem Products, Inc., et al. |
| VAE 4 07-3211 | David Eugene Headrick v. Amchem Products, Inc., et al. |
| VAE 4 07-3212 | Thomas Earl Horton v. Amchem Products, Inc., et al. |
| VAE 4 07-3213 | Edward J. Jefferson v. Amchem Products, Inc., et al. |
| VAE 4 07-3214 | Kirkland Johnson v. Amchem Products, Inc., et al. |
| VAE 4 07-3215 | Hilary Mitchell Leary v. Amchem Products, Inc., et al. |
| VAE 4 07-3216 | Gordon Leland v. Amchem Products, Inc., et al. |
| VAE 4 07-3217 | Gene Woodrow Link v. Amchem Products, Inc., et al. |
| VAE 4 07-3218 | Ronald Nolan Price, Sr. v. Amchem Products, Inc., et al. |
| VAE 4 07-3219 | Jackie Spencer v. Amchem Products, Inc., et al. |
| VAE 4 07-3220 | Lavelle Stoner, Sr. v. Amchem Products, Inc., et al. |
| VAE 4 07-3221 | Nathaniel Cornelius Walker v. Amchem Products, Inc., et al. |