

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 3 2007

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Elaine Scarbrough, et al. v. General Electric Co., et al.,* C.D. California,
   C.A. No. 2:07-1192
*Joseph Brewster, et al. v. A.W. Chesterton Co., et al.,* N.D. California,
   C.A. No. 3:07-1688

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this actions (*Scarbrough* and *Brewster*) on April 27, 2007. The Panel has now been advised that *Scarbrough* was remanded to the Los Angeles County Superior Court, California, by the Honorable R. Gary Klausner, in a minute order filed on April 18, 2007. The Panel has been further advised that *Brewster* was remanded to the Superior Court of California for the County of San Francisco, California, by the Honorable William Alsup, in an order filed on April 6, 2007.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-276" filed on April 27, 2007, is VACATED insofar as it relates to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED MAY 8 2007