MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 9 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO VI)                                MDL DOCKET NO: 875

CONDITIONAL TRANSFER ORDER 274

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TERESSA BELL, INDIVIDUALLY AND AS TESTAMENTARY EXECUTRIX OF THE ESTATE OF DON BELL | CIVIL ACTION NO.: 3:06-CV-785 |
| VERSUS | JUDGE: JAMES J. BRADY |
| ROWAN COMPANIES, INC., ET AL | MAG. JUDGE: DOCIA L. DALBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CORPORATE DISCLOSURE STATEMENT
## OF TEXACO REFINING AND MARKETING INC.

NOW INTO COURT, through undersigned counsel, come defendant, Texaco Refining and Marketing Inc., and makes the following disclosure pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation:

Shell Oil Company acquired all of the outstanding stock of Texaco Refining and Marketing Inc. in 2002, after which Texaco Refining and Marketing Inc. changed it's name to TMR Company. Shell Oil Company owns all of the outstanding stock of TMR Company.

1159887_1

**OFFICIAL FILE COPY**

IMAGED MAY 1 0 2007

Baton Rouge, Louisiana, this _4th_ day of May, 2007.

_[signature]_

Gary A. Bezet, Trial Attorney (#3036)
Gayla M. Moncla (#19713)
Barrye Panepinto Miyagi (#21794)
Robert E. Dille (#23037)
Gregory M. Anding (#23622)
Carol L. Galloway (#16930)
Alicia E. Wheeler (#28803)
Allison N. Benoit (#29087)
KEAN, MILLER, HAWTHORNE, D'ARMOND, McCOWAN & JARMAN, LLP
Post Office Box 3513
One American Place, 22nd Floor
Baton Rouge, LA 70821
Telephone: (225) 387-0999
***Attorneys for Texaco Refining and Marketing Inc.***

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## **CERTIFICATE OF SERVICE**

MAY - 9 2007

FILED
CLERK'S OFFICE

I hereby certify that a copy of the foregoing CORPORATE DISCLOSURE STATEMENT OF Texaco Refining and Marketing Inc. was served by first class mail on May 4, 2007, to the following individuals as well as all other counsel listed on the Panel Service List attached hereto:

Honorable Lawrence Talamo
Clerk of Court
United States District Court
Middle District of Louisiana
Russell B. Long Federal Bldg. & Courthouse
777 Florida Street, Suite 139
Baton Rouge, LA 70801

Honorable James J. Brady
United States District Judge
United States District Court
Middle District of Louisiana
Russell B. Long Federal Bldg. & Courthouse
777 Florida Street, Suite 369
Baton Rouge, LA 70801

Honorable Docia L. Dalby
United States Magistrate Judge
United States District Court
Middle District of Louisiana
Russell B. Long Federal Bldg. & Courthouse
777 Florida Street, Suite 265
Baton Rouge, LA 70801

Mr. Patrick W. Pendley
PENDLEY BAUDIN & COFFIN
P. O. Drawer 71
24110 Eden St.
Plaquemine, LA 70764-0071
*Counsel for Plaintiffs*

Ronald A. Ammann
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street
Suite 1400
Houston, TX 77062
*Counsel for Noble Drilling Corporation*

Lance J. Arnold
Baldwin Haspel
1100 Poydras Street
Energy Centre, Suite 2200
New Orleans, LA 70163
*Counsel for Noble Drilling Corporation*

Richard A. Chopin
Alexis Marie Myers
Chopin, Wagar, Richard, & Kutcher, LLP
3850 N. Causeway Blvd.
Suite 900
Metairie, LA 70002
*Counsel for Rowan Companies, Inc.*

Kathleen F. Drew
Adams & Reese - N.O.
701 Poydras Street
Suite 4500
New Orleans, LA 70139
*Counsel for ConocoPhillips Company*

1159887_1

3

Amanda L. Nesser
KING LEBLANC & BLAND PLLC
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170-1034
**Counsel for Hess Corporation**

_____
Barrye Panepinto Miyagi

1159887_1

4

PANEL SERVICE LIST (Excerpted from CTO-274)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI)
Teressa Bell, et al v. Rowan Companies, et al, M.D. LA C.A. No. 3:06-785

Ronald A. Amman
Chamberlain, Harkicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, TX 77002

Richard A. Chopin
Chopin Wager Richard & Kutcher
Two Lakeway Center
3850 N. Causeway Blvd., Suite 900
Metairie, LA 70002

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street, Suite 4800
Minneapolis, MN 55402

Lance Arnold
Baldwin & Haspel
1100 Poydras St., Suite 2200
Energy Centre
New Orleans, LA 70163

Adam M. Chud
Goodwin Procter, LLP
901 New York Ave., N.W.
Washington, DC 20001

Reginald S. Kramer
Oldham & Dowling
195 So. Main Street
Suite 300
Akron, OH 44308-1314

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

David C. Landin
Hunton & Williams, LLP
Rierfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

William G. Davis
Milling, Benson, Woodward, LLP
339 Florida Street, Suite 300
Baton Rouge, LA 70801-1726

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Patrick W. Pendley
Pendley, Baudin & Coffin, LLP
P.O. Box 71
Plaquemine, LA 70765-0071

Anna Louise Blanchard
King LeBlanc & Bland, LLP
6363 Woodway
Suite 750
Houston, TX 77057

Kathleen F. Drew
Adams & Reese LLP
701 Poydras Street
Suite 4500
New Orleans, LA 70139

Daniel Douglas Pipitone
Chamberlain, Harlocka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, TX 77002-4496

Christine Z. Carbo
Strasburger & Price
1401 McKinney
Suite 2200
Houston, TX 77010-4035

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 100
Philadelphia, PA 19106-2574

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Buckley Bldg., 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Ellen B. Furman
Goldfein & Hosner
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Robert J. Repcheck
Marks O'Neill, O'Brien & Courtner, PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Elizabeth S. Wheeler
King, LeBlanc & Bland, LLP
201 St. Charles Avenue
Suite 4500
New Orleans, LA 70170

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Robert E. Williams, IV
Sulzer & Williams, LLC
201 Holiday Blvd., Suite 335
Covington, LA 70433

Neil Selman
Selman, Breitman & Burgess
11766 Silshire Blvd., 6th Floor
Los Angeles, CA 90025

Jena W. Smith
Baldwin & Haspel
Energy Centre, Suite 2200
1100 Poydras Street
New Orleans, LA 70163

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, PC
1570 Penobscot Bldg.
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadephia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Jim Wetwiska
Akin, Gump, Strauss, Hauer & Feld
1111 Louisiana Street
44th Floor
Houston, TX 77002-5200