MDL 875

ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON✦PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 9 2007

FILED
CLERK'S OFFICE

PLEADING NO. 5036

**BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | **MDL DOCKET NO. 875**<br>**CTO-276** |
| This Document Relates to:<br>EDWARD MCINTYRE vs. WARREN PUMPS LLC | |

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD MCINTYRE,<br><br>   Plaintiff,<br><br>vs.<br><br>WARREN PUMPS LLC<br><br>   Defendant. | No. C06-6301-WHA |

**PLAINTIFF'S NOTICE OF OPPOSITION
TO CONDITIONAL TRANSFER ORDER 276**

The undersigned is in receipt of the Conditional Transfer Order (CTO-276) filed with the Clerk of the Judicial Panel on Multi-District Litigation on April 27, 2007. Pursuant to JPML Rule 7.4(c), within **fifteen (15) days** of the filing of CTO-276, the undersigned hereby notifies the Clerk of the Judicial Panel on Multi-District Litigation that Plaintiff is in Opposition to Conditional Transfer Order 276.

K:\Injured\106109\Fed\JPML\Notice of Opposition.wpd         1
PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 276
MDL DOCKET NO. 875, CTO-276 (Northern District of California Case No. C06-6301-WHA)

OFFICIAL FILE COPY

IMAGED MAY 9 2007

1  Pursuant to JPML Rule 5.12 (a) only the original of *this* document is filed; no copies are
2  submitted.

3  Following the filing of the instant notice, within fifteen (15) days, pursuant to JPML Rule
4  7.4(d) and Rule 16.1(b), Plaintiff will file his: (1) Motion to Vacate the Conditional Transfer
5  Order, (2) Brief in Support, and (3) a one page document captioned "Reasons Why Oral
6  Argument Should, or need not, be heard".  Pursuant to Rule 5.12(a) (as amended by the Order of
7  the Panel of April 19, 2005) original plus four copies of these documents will be submitted to the
8  Clerk of Court.

9  This Notice will be transmitted to the Clerk of the Panel by facsimile to (202) 502-2888
10 for immediate filing, with original following by mail to: Jeffery N. Luthi, Clerk of the Panel, One
11 Columbus Circle, NE, Thurgood Marshall Federal Judiciary Building, Room G-255, North
12 Lobby, Washington, DC 20002.

13 Dated: 5/8/07                                                BRAYTON❖PURCELL LLP

By: _____
David R. Donadio
State Bar of California #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)
Attorneys for Plaintiff

K:\Injured\106109\Fed\JPML\Notice of Opposition.wpd                2
PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 276
MDL DOCKET NO. 875, CTO-276 (Northern District of California Case No. C06-6301-WHA

**PROOF OF SERVICE**

I am over 18 years of age and not a party to the within action. I am employed in the County of Marin, California; my business address is 222 Rush Landing Road, P.O. Box 6169, Novato, California, 94948-6169.

On the _8th_ day of May, 2007, I served the within:

**PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 276**

on the interested party(ies) in this action as follows:

James P. Cunningham
Evan C. Nelson
Carroll Burdick & McDonough LLP
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, California 94104
Facsimile: 415-989-0932
Attorneys for Defendant WARREN PUMPS LLC

__X__ BY OFFICE MAILING: I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed this _8th_ day of May, 2007, at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature: _/s/ Carol M. Wall_

Carol M. Wall
[name printed]