**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DOCKET NO. 875
BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAY 15 2007

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

This document relates to the
following case:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARY M. COLLINS, Individually and as Personal Representative of the Heirs and Estate of JAMES DANIEL COLLINS, Deceased, | Case No. 07-CV-149 |
| Plaintiffs, | (Removed on March 14, 2007, from the Superior Court of the State of Delaware, in and for New Castle County, C.A. No. 06C-02-281-ASB) |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY; ET AL., | |
| Defendants. | |

PLEADING NO. 5040

### NOTICE OF OPPOSITION TO
### CONDITIONAL TRANSFER ORDER NO. 276

COMES NOW Plaintiff in the case identified above, and, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, notifies the Panel that she opposes transfer of this case to the United States District Court for the Eastern District of Pennsylvania. A motion to vacate the conditional transfer order and supporting brief will be filed within the time permitted by Rule 7.4(d).

NOTICE OF OPPOSITION -- PAGE 1

OFFICIAL FILE COPY

2007 MAY 14 P 3: 42
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

IMAGED MAY 15 2007

Respectfully submitted,

By: /s/ Sean R. Cox

Sean R. Cox
Federal Bar No. 32186
**BARON & BUDD, P.C.**
The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, Texas 75219
Phone: 214/521-3605
Fax: 214/520-1181

~ and ~

**WEISS & SAVILLE, P.A.**
1220 North Market Street, Suite 604
P.O. Box 370
Wilmington, DE 19899
Phone: 302/656-0400
Fax: 302/656-5011

*Attorneys for Plaintiff*

Date: May 14, 2007

### CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2007, a true and correct copy of the above and foregoing instrument was served on Defendant Volkswagen of America, Inc. via U.S. Certified Mail Return Receipt Requested, and on all other defendants named in this suit via U.S. Certified Mail Return Receipt Requested to Defense Coordinating Counsel, Loreto P. Rufo, pursuant to Delaware In re Asbestos Litigation Standing Order No. 1, as amended on October 13, 2006.

/s/ Sean R. Cox, #32186

**NOTICE OF OPPOSITION -- PAGE 2**