

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 1 5 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In Re ASBESTOS PRODUCTS LIABILITY ) MDL DOCKET NO. 875
LITIGATION ) MAY 14, 2007

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

|  |  |
|---|---|
| PATRICK KROSKE | ) |
| Plaintiff, | ) |
| v. | ) Case No: 07-0184-CV-W-GAF |
| UNION CARBIDE | ) |
| Defendant. | ) |

### PLAINTIFF'S NOTICE OF OPPOSITION
### TO CONDITIONAL TRANSFER ORDER

Plaintiff Patrick Kroske, by and through his attorneys, hereby provides Plaintiff's Notice of Opposition to the Conditional Transfer Order of April 27, 2007, pursuant to Panel Rule Panel Rule 7.4(c) which affords all parties the opportunity to oppose transfer by providing notification of objection to the Clerk of the Panel within fifteen (15) days of entry of a conditional transfer order.

Plaintiff also expressly reserves his right to file a motion to vacate the conditional transfer order and brief in support thereof pursuant to Panel Rule 7.4(d) within fifteen (15) days of the filing of the instant notice of opposition on the basis that (i) no ruling has been entered on Plaintiff's Motion to Remand this cause to state court in which the case was originally filed in the United States District Court for the Western District of Missouri (*see* Exhibit "A" - Pacer docket sheet) and (ii) transferring this action to the

PLEADING NO. 5041

OFFICIAL FILE COPY
IMAGED MAY 1 5 2007

MDL will prove inconvenient to the Plaintiff and witnesses and will deprive the Plaintiff of just and efficient conduct of the action.

Respectfully submitted this 10th day of May, 2007.

_____
Robert B. Ramsey
Attorney for Plaintiff
**Brent Coon & Associates**
2010 S. Big Bend Blvd.
St. Louis, MO 63117
Phone:(314)646-0644
Fax:(314)646-1136
Email: bob.ramsey@bcoonlaw.com

## CERTIFICATE OF SERVICE

I, Robert Ramsey, hereby certify that I caused a copy of the foregoing documents: 1. Motion to Vacate Conditional transfer Order; and 2. Brief in Support Thereof to be served to the Clerk of the Judicial Clerk by facsimile on May 10, 2007, and pursuant to Panel Rule 5.2 on the "Panel Service List" attached hereto by placing a copy in a properly addressed envelope with proper First Class Postage prepaid and depositing said envelope in the United States Mail.

*[signature: Robert Ramsey]*

RECEIVED CLERK'S OFFICE 2007 MAY 14 A 10:19

**4:07-cv-00184-SOW** Kroske v. Union Carbide
Scott O. Wright, presiding
**Date filed:** 03/07/2007 **Date of last filing:** 05/01/2007

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed & Entered:* 03/07/2007 | Notice of Removal |
| 2 | *Filed & Entered:* 03/07/2007 | Answer to Complaint |
| 3 | *Filed & Entered:* 03/08/2007 | Notice of EAPADMIN |
| 4 | *Filed & Entered:* 03/08/2007 | Rule 16 Notice |
| 5 | *Filed & Entered:* 03/20/2007 | Notice of Appearance |
| 6 | *Filed & Entered:* 03/20/2007 | Answer to Complaint |
| 7 | *Filed & Entered:* 03/22/2007 | Notice of Appearance |
| 8 | *Filed & Entered:* 03/22/2007 | Answer to Complaint |
| 9 | *Filed & Entered:* 03/22/2007 | Notice of filing |
| 10 | *Filed & Entered:* 03/22/2007 | Notice of Appearance |
| 11 | *Filed & Entered:* 03/22/2007 | Answer to Complaint |
| 12 | *Filed & Entered:* 03/22/2007 | Notice of filing |
| 13 | *Filed & Entered:* 03/22/2007 | Notice of filing |
| 14 | *Filed & Entered:* 03/22/2007 | Notice of filing |
| 15 | *Filed & Entered:* 03/22/2007 | Notice of Appearance |
| 16 | *Filed & Entered:* 03/22/2007 | Notice of Appearance |
| 17 | *Filed & Entered:* 03/22/2007 | Notice of filing |
| 18 | *Filed & Entered:* 03/23/2007 | Order Transferring/Reassigning Case |
| 19 | *Filed & Entered:* 03/26/2007 | Notice of filing |
| 20 | *Filed & Entered:* 03/26/2007 | Notice of filing |
| 21 | *Filed & Entered:* 03/26/2007 | Notice of filing |
| 22 | *Filed & Entered:* 03/26/2007 | Notice of filing |
| 23 | *Filed & Entered:* 03/26/2007 | Notice of filing |
| 24 | *Filed & Entered:* 03/26/2007 | Notice of filing |
| 25 | *Filed & Entered:* 03/26/2007 | Notice of filing |
| 26 | *Filed & Entered:* 03/26/2007 | Notice of Appearance |
| 27 | *Filed & Entered:* 03/26/2007 | Notice of filing |
| 28 | *Filed & Entered:* 03/26/2007 | Disclosure of corporate interests |
| 29 | *Filed & Entered:* 03/26/2007 | Jury Demand |
| 30 | *Filed & Entered:* 03/26/2007 | Notice of filing |
| 31 | *Filed & Entered:* 03/26/2007 | Notice of filing |

PLAINTIFF'S EXHIBIT A   ALL-STATE LEGAL®

| | | | |
|---|---|---|---|
| 32 | *Filed & Entered:* | 03/27/2007 | Notice of Appearance |
| 33 | *Filed & Entered:* | 03/27/2007 | Notice of filing |
| 34 | *Filed & Entered:* | 03/27/2007 | Answer to Complaint |
| 35 | *Filed & Entered:* | 03/27/2007 | Answer to Complaint |
| 36 | *Filed & Entered:* | 03/27/2007 | Notice of Appearance |
| 37 | *Filed & Entered:* | 03/27/2007 | Notice of filing |
| 38 | *Filed & Entered:* | 03/27/2007 | Jury Demand |
| 39 | *Filed & Entered:* | 03/27/2007 | Answer to Complaint |
| 40 | *Filed & Entered:* | 03/28/2007 | Answer to Complaint |
| 41 | *Filed & Entered:* | 03/29/2007 | Notice of Appearance |
| 42 | *Filed & Entered:* | 03/29/2007 | Answer to Complaint |
| 43 | *Filed & Entered:* | 03/29/2007 | Jury Demand |
| 44 | *Filed & Entered:* | 03/29/2007 | Disclosure of corporate interests |
| 45 | *Filed & Entered:* | 03/29/2007 | Notice of filing |
| 46 | *Filed & Entered:* | 03/29/2007 | Answer to Complaint (Notice of Removal) |
| 47 | *Filed & Entered:* | 03/29/2007 | Answer to Complaint (Notice of Removal) |
| 48 | *Filed & Entered:* | 03/29/2007 | Notice of Appearance |
| 49 | *Filed & Entered:* | 03/29/2007 | Answer to Complaint |
| 50 | *Filed & Entered:* | 03/29/2007 | Notice of filing |
| 51 | *Filed & Entered:* | 03/29/2007 | Disclosure of corporate interests |
| 52 | *Filed & Entered:* | 03/30/2007 | Notice of filing |
| 53 | *Filed & Entered:* | 03/30/2007 | Notice of filing |
| 54 | *Filed & Entered:* | 03/30/2007 | Notice of Appearance |
| 55 | *Filed & Entered:* | 03/30/2007 | DESIGNATION |
| 56 | *Filed & Entered:* | 03/30/2007 | Notice of filing |
| 57 | *Filed & Entered:* | 03/30/2007 | Answer to Complaint |
| 58 | *Filed & Entered:* | 03/30/2007 | Answer to Complaint |
| 59 | *Filed & Entered:* | 03/30/2007 | Notice of filing |
| 60 | *Filed & Entered:* | 03/30/2007 | Notice of filing |
| 61 | *Filed & Entered:* *Terminated:* | 04/02/2007 04/05/2007 | Motion for Order |
| 62 | *Filed & Entered:* *Terminated:* | 04/02/2007 04/05/2007 | Motion for Order |
| 63 | *Filed & Entered:* | 04/03/2007 | Notice of filing |
| 64 | *Filed & Entered:* | 04/03/2007 | Notice of filing |
| 65 | *Filed & Entered:* | 04/03/2007 | Notice of filing |
| 66 | *Filed & Entered:* | 04/03/2007 | Notice of Appearance |
| 67 | *Filed & Entered:* | 04/03/2007 | Notice of Appearance |

| | | | |
|---|---|---|---|
| 68 | *Filed & Entered:* | 04/03/2007 | Notice of filing |
| 69 | *Filed & Entered:* | 04/03/2007 | Notice of filing |
| 70 | *Filed & Entered:* | 04/03/2007 | Notice of filing |
| 71 | *Filed & Entered:* | 04/03/2007 | Answer to Complaint |
| 72 | *Filed & Entered:* | 04/05/2007 | Order on Motion for Miscellaneous Relief |
| 73 | *Filed & Entered:* | 04/05/2007 | Motion to Remand |
| 74 | *Filed & Entered:* | 04/05/2007 | Suggestions in Support of Motion |
| 75 | *Filed & Entered:* | 04/05/2007 | Notice of Appearance |
| 76 | *Filed & Entered:* | 04/05/2007 | Notice of Appearance |
| 77 | *Filed & Entered:* | 04/05/2007 | Notice of Appearance |
| 78 | *Filed & Entered:* | 04/05/2007 | Notice of filing |
| 79 | *Filed & Entered:* | 04/06/2007 | Notice of filing |
| 80 | *Filed & Entered:* | 04/06/2007 | Answer to Complaint |
| 81 | *Filed & Entered:* | 04/06/2007 | Notice of filing |
| 82 | *Filed & Entered:* | 04/06/2007 | Notice of Appearance |
| 83 | *Filed & Entered:* *Terminated:* | 04/06/2007 04/09/2007 | Motion for Extension of Time |
| 84 | *Filed & Entered:* | 04/06/2007 | Notice of filing |
| 85 | *Filed & Entered:* | 04/06/2007 | Notice of Appearance |
| 86 | *Filed & Entered:* | 04/06/2007 | Notice of filing |
| 87 | *Filed & Entered:* | 04/06/2007 | Notice of filing |
| 88 | *Filed & Entered:* | 04/06/2007 | Notice of Appearance |
| 89 | *Filed & Entered:* | 04/06/2007 | Notice of Appearance |
| 90 | *Filed & Entered:* | 04/06/2007 | Notice of filing |
| 91 | *Filed & Entered:* | 04/06/2007 | Notice of Appearance |
| 92 | *Filed & Entered:* | 04/06/2007 | Notice of filing |
| 93 | *Filed & Entered:* | 04/06/2007 | Notice of Appearance |
| 94 | *Filed & Entered:* | 04/06/2007 | Notice of filing |
| 95 | *Filed & Entered:* | 04/06/2007 | Notice of filing |
| 96 | *Filed & Entered:* | 04/06/2007 | Notice of Appearance |
| 97 | *Filed & Entered:* | 04/06/2007 | Notice of filing |
| 98 | *Filed & Entered:* | 04/09/2007 | Order on Motion for Extension of Time |
| 99 | *Filed & Entered:* | 04/10/2007 | Answer to Complaint |
| 100 | *Filed & Entered:* | 04/10/2007 | Answer to Complaint |
| 101 | *Filed & Entered:* | 04/10/2007 | Answer to Complaint |
| 102 | *Filed & Entered:* | 04/10/2007 | Notice of filing |
| 103 | *Filed & Entered:* | 04/10/2007 | Notice of filing |
| 104 | *Filed & Entered:* | 04/10/2007 | Notice of filing |

| | | | |
|---|---|---|---|
| 105 | Filed & Entered: | 04/10/2007 | Notice of filing |
| 106 | Filed & Entered: | 04/10/2007 | Notice of filing |
| 107 | Filed & Entered: | 04/10/2007 | Notice of filing |
| 108 | Filed & Entered: | 04/13/2007 | Disclosure of corporate interests |
| 109 | Filed & Entered: | 04/13/2007 | Notice of Appearance |
| 110 | Filed & Entered: | 04/13/2007 | Notice of filing |
| 111 | Filed & Entered: Terminated: | 04/16/2007 04/16/2007 | Motion to Appear Pro Hac Vice |
| 112 | Filed & Entered: | 04/16/2007 | Order on Motion to Appear Pro Hac Vice |
| 113 | Filed & Entered: | 04/17/2007 | Suggestions in Opposition to Motion |
| 114 | Filed & Entered: Terminated: | 04/17/2007 05/01/2007 | Motion to Withdraw as Attorney |
| 115 | Filed & Entered: | 04/20/2007 | Disclosure of corporate interests |
| 116 | Filed & Entered: | 04/20/2007 | Disclosure of corporate interests |
| 117 | Filed & Entered: | 04/20/2007 | Disclosure of corporate interests |
| 118 | Filed & Entered: | 04/24/2007 | Answer to Complaint |
| 119 | Filed & Entered: | 04/24/2007 | Answer to Complaint |
| 120 | Filed & Entered: | 04/24/2007 | Notice of Appearance |
| 121 | Filed & Entered: | 04/24/2007 | Motion to Dismiss Party |
| 122 | Filed & Entered: | 04/24/2007 | Notice of filing |
| 123 | Filed & Entered: Terminated: | 04/25/2007 04/26/2007 | Motion to Appear Pro Hac Vice |
| 124 | Filed & Entered: | 04/26/2007 | Order on Motion to Appear Pro Hac Vice |
| 125 | Filed & Entered: | 04/27/2007 | Proposed Witness List |
| 126 | Filed & Entered: | 04/27/2007 | Proposed Witness List |
| 127 | Filed & Entered: | 05/01/2007 | Order on Motion to Withdraw as Attorney |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/08/2007 12:27:28 | | | |
| PACER Login: | bc2412 | Client Code: | |
| Description: | History/Documents | Search Criteria: | 4:07-cv-00184-SOW |
| Billable Pages: | 3 | Cost: | 0.24 |