**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 15 2007

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

DOCKET NO. 875

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

ROBERT L. REEVES                                                        **Plaintiff**

v.                                                       CASE NO. 1:07CV141WJG

AFTON PUMPS, INC., et al.                                             **Defendants**

PLEADING NO. 5042

### PLAINTIFF'S NOTICE OF OPPOSITION TO
### CONDITIONAL TRANSFER ORDER (CTO-276)

Plaintiff Robert L. Reeves hereby files his notice of opposition to the conditional transfer order dated April 27, 2007 (CTO-276). Defendants Ford Motor Company and General Motors Corporation removed this action from Mississippi state court on February 28, 2007, claiming federal subject matter jurisdiction based on complete diversity of citizenship and fraudulent joinder.

Reeves filed a motion to remand that remains pending in the United States District Court for the Southern District of Mississippi. The motion has been fully briefed since March 30, 2007, and the parties anticipate a ruling in the near future. Reeves' motion is premised on the grounds that there is no removal jurisdiction because the removing

**OFFICIAL FILE COPY**
IMAGED MAY 15 2007

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
'07 MAY 14 P 1:30
RECEIVED
CLERK'S OFFICE

defendants did not satisfy their burden of showing complete diversity or that all defendants consented to the removal. Pending resolution of his motion to remand, Reeves contends that transfer would be inappropriate because federal subject matter jurisdiction does not exist, a transfer will not further the convenience of the parties or witnesses, and common issues do not predominate over individual issues of fact.

May 14, 2007

Respectfully submitted

ATTORNEYS FOR PLAINTIFF

WILLIAM B. KIRKSEY
KIRKSEY & ASSOCIATES
Suite 100-M, Heritage Building
401 E. Capital Street
Jackson, Mississippi 39201
(601) 354-4662
(601) 354-2433
MSB No. 4183

CHARLES W. BRANHAM, III
SIMON, EDDINS & GREENSTONE LLP
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204

BRIAN P. BARROW
SIMON, EDDINS & GREENSTONE LLP
301 E. Ocean Boulevard, Suite 1950
Long Beach, California 90802
(562) 590-3400
(562) 590-3412