**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 15 2007

FILED
CLERK'S OFFICE

JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS )
LIABILITY LITIGATION )
(NO. VI) )
) DOCKET NO. 875
) CTO-276
) ILC 1 07-1037
)

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER TO MDL-875 – IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION

TO: Clerk of the Court, Jeffrey N. Lüthi:

Plaintiff, Carol Durbin, ILC 1 07-1037, hereby gives notice of her opposition to the conditional transfer order CTO-276 filed by the panel on April 27, 2007; Plaintiff will file a motion and brief in opposition to the transfer of this case, within the time provided by Rule.

CAROL DURBIN, Special Administrator of
the Estate of Dewey Durbin, Deceased,
Plaintiff,

By: _____
JAMES WYLDER

PLEADING NO. 5043

WYLDER CORWIN KELLY LLP
Attorneys for Plaintiffs
207 E. Washington, Suite 102
Bloomington, IL 61701
309/828-5099, 309/828-4099 fax
JR/je/el

**OFFICIAL FILE COPY**

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2007 MAY 14 P 12:05
RECEIVED CLERK'S OFFICE

Files:Durbin 06 L 191:Motions:Not of Oppos Trans MDL.doc

IMAGED MAY 15 2007

JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS )
LIABILITY LITIGATION )
(NO. VI) ) DOCKET NO. 875
) CTO-276
) ILC 1 07-1037
)

## CERTIFICATE OF SERVICE

James Wylder, attorney for Plaintiff, Carol Durbin, in ILC 1 07-1037, certifies that service of Plaintiff's Notice of Opposition was served via facsimile on each of the following:

Nicole Behnen (Honeywell International, Inc.)
Polsinelli Shalton Wilte Suelthaus
100 S. Fourth Street, Suite 1100
St. Louis, MO 63102
Tel 314/231-1950, Fax 314/231-1776

Robert W. Scott (Pneumo Abex Corp./Pneumo Abex LLC)
Swain Hartshorn & Scott
Associated Bank Plaza, Suite 1812
411 Hamilton Blvd.
Peoria, IL 61602
Tel 309/637-1700 Fax 309/637-1708

Thomas Peters (Illinois Central Railroad Company)
Gundlach Lee Eggmann Boyle & Roessler
5000 W. Main
P.O. Box 23560
Belleville, IL 62223-0560
Tel 618/277-9000, Fax 618/277-4594

James Peckert (Metropolitan Life Insurance Company)
Kehart Peckert & Booth
233 S. Wacker Dr.
P. O Box 860
132 S. Water St., Suite 200
Decatur, IL 62525-0860
Tel 217/428-4689, Fax 217/422-7950

*(Received stamp: JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, 2007 MAY 14 P 12: 05, RECEIVED CLERK'S OFFICE)*

Files:Durbin 06 L 191:Forms:COS-Not of Oppos Trans MDL..doc

Joshua Lee (Owens-Illinois, Inc.)
Schiff Hardin LLP
233 S. Wacker Dr.
Chicago, IL 60606-6473
Tel 312/258-5649, Fax 312/258-5600

Plaintiff further certifies that a copy of Plaintiff's Notice of Opposition and this certificate was filed with the Clerk of the District Court in which this action is pending.

CAROL DURBIN, Special Administrator of the Estate of Dewey Durbin, Deceased, Plaintiff,

By: _____/s/ James Wylder_____
　　　　JAMES WYLDER

WYLDER CORWIN KELLY LLP
Attorneys for Plaintiffs
207 E. Washington, Suite 102
Bloomington, IL 61701
309/828-5099, 309/828-4099 fax
JR/el

Files:Durbin 06 L 191:Forms:COS-Not of Oppos Trans MDL.doc