**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 15 2007

FILED
CLERK'S OFFICE

JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS )
LIABILITY LITIGATION )
(NO. VI) )
                            ) DOCKET NO. 875
                            ) CTO-276
                            ) ILC 1 07-1038
                            )

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER TO MDL-875 – IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION

TO: Clerk of the Court, Jeffrey N. Lüthi:

Plaintiffs, Alan Nussbaum and Roxy Nussbaum, ILC 1 07-1038, hereby give notice of their opposition to the conditional transfer order CTO-276 filed by the panel on April 27, 2007; Plaintiffs will file a motion and brief in opposition to the transfer of this case, within the time provided by Rule.

ALAN NUSSBAUM AND ROXY
NUSSBAUM, Plaintiffs,

By: _____
      JAMES WYLDER

PLEADING NO. 5044

WYLDER CORWIN KELLY LLP
Attorneys for Plaintiffs
207 E. Washington, Suite 102
Bloomington, IL 61701
309/828-5099, 309/828-4099 fax
JR/je/el

2007 MAY 14 P 12:05
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**

Files:Nussbaum 06 L 190:Motions:Not of Oppos Trans MDL.doc

IMAGED MAY 15 2007

JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS     )
LIABILITY LITIGATION        )
(NO. VI)                    )   DOCKET NO. 875
                            )   CTO-276
                            )   ILC 1 07-1038
                            )

## CERTIFICATE OF SERVICE

James Wylder, attorney for Plaintiffs, Alan Nussbaum and Roxy Nussbaum, in

ILC 1 07-1038, certifies that service of Plaintiffs' Notice of Opposition was served via

facsimile on each of the following:

        Nicole Behnen (Honeywell International, Inc.)
        Polsinelli Shalton Wilte Suelthaus
        100 S. Fourth Street, Suite 1100
        St. Louis, MO 63102
        Tel 314/231-1950, Fax 314/231-1776

        Robert W. Scott (Pneumo Abex Corp./Pneumo Abex LLC)
        Swain Hartshorn & Scott
        Associated Bank Plaza, Suite 1812
        411 Hamilton Blvd.
        Peoria, IL 61602
        Tel 309/637-1700 Fax 309/637-1708

        Thomas Peters (Illinois Central Railroad Company)
        Gundlach Lee Eggmann Boyle & Roessler
        5000 W. Main
        P.O. Box 23560
        Belleville, IL 62223-0560
        Tel 618/277-9000, Fax 618/277-4594

        James Peckert (Metropolitan Life Insurance Company)
        Kehart Peckert & Booth
        233 S. Wacker Dr.
        P. O Box 860
        132 S. Water St., Suite 200
        Decatur, IL 62525-0860
        Tel 217/428-4689, Fax 217/422-7950

*Stamp: RECEIVED CLERK'S OFFICE 2007 MAY 14 P 12:05 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

       Joshua Lee (Owens-Illinois, Inc.)
       Schiff Hardin LLP
       233 S. Wacker Dr.
       Chicago, IL 60606-6473
       Tel 312/258-5649, Fax 312/258-5600

Plaintiff further certifies that a copy of Plaintiff's Notice of Opposition and this certificate was filed with the Clerk of the District Court in which this action is pending.

       CAROL DURBIN, Special Administrator of
       the Estate of Dewey Durbin, Deceased,
       Plaintiff,

       By: _____
               JAMES WYLDER

WYLDER CORWIN KELLY LLP
Attorneys for Plaintiffs
207 E. Washington, Suite 102
Bloomington, IL 61701
309/828-5099, 309/828-4099 fax
JR/el