MDL 875

JL
RN
TB
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 17 2007

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY      :
LITIGATION (NO. VI)                     :
                                        :
                                        :
_____x

This Document Relates to:               :       CIVIL ACTION NO. MDL 875

United States District Court            :
Southern District of Georgia            :
                                        :
Frank DREW, Jr., No. 96-222             :
                                        :
[In the event the above-listed case is a multiple   :
plaintiff (victim) action, this transfer is for the :
above-named party only, or said parties repre-      :
sentative, and any spousal or dependent actions.]:  :
_____x       MDL- 875
                                                 RECOMMENDED ACTION
                                                 CRO   2 orders/2actions
                        SUGGESTION OF REMAND     Approved/Date: RN 5/1/07

        THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the

United States District Court for the Southern District of Georgia, and the Court having reviewed this

case and having had settlement conferences with the parties, and now believing that such motion is

appropriate since few defendants remain for trial;

        THE COURT FINDS that the issue of punitive damages must be resolved at a further

date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

**OFFICIAL FILE COPY**

IMAGED MAY 17 2007

PLEADING NO. 5046

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Southern District of Georgia for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 4/19/2007

James T. Giles          J.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 17 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY :
LITIGATION (NO. VI) :
 :
 :
_____x

This Document Relates to:    :   CIVIL ACTION NO. MDL 875

United States District Court    :
Western District of Pennsylvania  :
 :
Frank MATYKO, dec., No. 91-1395 :
 :
[In the event the above-listed case is a multiple :
plaintiff (victim) action, this transfer is for the :
above-named party only, or said parties repre- :
sentative, and any spousal or dependent actions.]:
_____x

SUGGESTION OF REMAND

   THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the

United States District Court for the Western District of Pennsylvania, and the Court having reviewed this

case and having had settlement conferences with the parties, and now believing that such motion is

appropriate since few defendants remain for trial;

   THE COURT FINDS that the issue of punitive damages must be resolved at a further

date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Western District of Pennsylvania for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 4/19/2007

James T. Giles                    J.