JL

MDL 8751

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 23 2007

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILLIAM J. HILBERT, JR., et al. )
    Plaintiff, )
    )
v. ) Civil No. 07-10205-NG
    )
NORTHROP GRUMMAN CORP., et al. )
    Defendant. )

GERTNER, D.J.:

### ORDER OF REMAND

Pursuant to this Court's Order adopting the Report and Recommendation re: granting Plaintiff's Motion for Remand [docket # 3] and denying Defendant's Motion to Stay [docket # 15], the above-captioned action is hereby **REMANDED** to the state court for further proceedings consistent with said order.

SO ORDERED.

Date: April 13, 2007    /s/NANCY GERTNER, U.S.D.J.

PLEADING NO. 5049

MDL-875 Vacate CTO Final
RECOMMENDED ACTION

Approved/Date: JL 23 May 07

**OFFICIAL FILE COPY**

**IMAGED** MAY 23 2007

RECEIVED CLERK'S OFFICE 2007 MAY 22 A 10: 47 JUDICIAL PANEL ON