

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 23 2007

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*William J. Hilbert, Jr., et al. v. Northrop Grumman Corp.*, D. Massachusetts,
C.A. No. 1:07-10205

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Hilbert*) on April 27, 2007. In the absence of any opposition, the conditional transfer order was finalized with respect to *Hilbert* on May 15, 2007. The Panel has now been advised that *Hilbert* was remanded to Massachusetts state court by the Honorable Nancy Gertner in an order signed on April 13, 2007.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-276" filed on April 27, 2007, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5050

**OFFICIAL FILE COPY**

IMAGED MAY 23 2007