JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

MAY 11 2007

DOCKET NO. 875

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-277)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,014 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 30 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

PLEADING NO. 5056

OFFICIAL FILE COPY

IMAGED MAY 30 2007

Page 1 of 2

SCHEDULE CTO-277 - TAG-ALONG ACTIONS
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC 2  07-2241 | Kellie Appleton-Hultz, et al. v. Amcord Inc., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3  07-1273 | Erlinda Riker, et al. v. General Electric Co., et al. |
| **LOUISIANA EASTERN** | |
| LAE 2  07-2208 | Euelis Sheppard v. Northrop Grumman Systems Corp., et al. |
| **MISSISSIPPI NORTHERN** | |
| MSN 1  06-63 | Jimmy Barnes v. Crown Cork & Seal Co. USA, Inc., et al. |
| MSN 3  06-50 | Doris McDaniel, et al. v. Garlock, Inc., et al. |
| MSN 3  06-52 | Ruby Nell Joshlin v. Garlock, Inc., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1  06-254 | John Brewer v. Ametek, Inc., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1  07-273 | Howard Price Peacock, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM 1  07-285 | Mary M. Willis, etc. v. A.W. Chesterton Co., et al. |
| NCM 1  07-301 | Michael Eugene Perry, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1  07-302 | Jered Ray Ferguson, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1  07-303 | Betty C. Morgan, etc. v. Aqua-Chem, Inc., et al. |
| NCM 1  07-305 | Russell Dean Rumley v. Aqua-Chem, Inc., et al. |
| NCM 1  07-306 | Edwin Phillip Seefeldt, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1  07-307 | Michael Wilburn Warren, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1  07-309 | William M. Welch, etc. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1  07-72 | Tom Johnson, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  07-73 | Calvin C. Landrum, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  07-74 | Daniel Ray Merritt, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  07-118 | Claudette S. Byers v. American Investors, LLC, et al. |
| NCW 1  07-119 | Wyley A. Miller, et al. v. A.W. Chesterton Co., et al. |
| NCW 1  07-121 | James Edmon Burgess, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  07-123 | Sarah S. Julen, etc. v. A.W. Chesterton Co., et al. |
| NCW 1  07-124 | James Oric Morris, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  07-126 | Michael W. Fisher, et al. v. A.W. Chesterton Co., et al. |
| NCW 1  07-128 | Robert Dean Patrick, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  07-129 | Charles Robert Puckett, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  07-130 | Eula H. Seagle, etc. v. A.W. Chesterton, Co., et al. |
| NCW 1  07-131 | John Wesley Hill v. Aqua-Chem, Inc., et al. |
| NCW 1  07-132 | Robert E. Lee Prather v. Aqua-Chem, Inc., et al. |
| NCW 1  07-138 | Edward Hugh Barkley, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  07-139 | David Alexander Beatty, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  07-140 | Jack David Ledford, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  07-141 | Carl Alexander McCullough, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  07-146 | Julie Ann Cox v. Aqua-Chem, Inc., et al. |

SCHEDULE CTO-277 - TAG-ALONG ACTIONS (MDL-875)                                Page 2 of 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| NCW 1 07-147 | Harold Currence, Jr. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-148 | Ricky Lewis Maiers v. Aqua-Chem, Inc., et al. |
| NCW 1 07-149 | Joyce M. Parris, etc. v. A.W. Chesterton Co., et al. |
| NCW 1 07-150 | Randy Allan Walker v. Aqua-Chem, Inc., et al. |

NEW YORK EASTERN

| NYE 1 07-998 | Rosemarie Egerton, etc. v. A.W. Chesterton Co., et al. |
|---|---|
| NYE 1 07-1361 | Brendan Leahy, etc. v. A.W. Chesterton Co., et al. |

SOUTH CAROLINA

| SC 6 07-967 | Billy Grey Butler v. Aqua-Chem, Inc., et al. |
|---|---|
| SC 7 07-966 | Walter Allen Brock, Jr. v. Aqua-Chem, Inc., et al. |
| SC 7 07-968 | David Monroe Cornmesser, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 07-1023 | Guy Edward Ivey, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-965 | Edward Barker, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-970 | David Walter Denard, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-971 | Bruce Terrell Harbert v. Aqua-Chem, Inc., et al. |
| SC 8 07-972 | Stephen Wayne Holliday, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-973 | Benjamin Eugene Owens, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-974 | Olin Ronald Tucker, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-1019 | Christopher Lee Brown v. Aqua-Chem, Inc., et al. |
| SC 8 07-1020 | Bobie Coleman, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-1021 | Franklin Eddie Craig, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-1022 | Dennis Ray Dale, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-1024 | David Franklin Messer, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-1101 | Curtis Lee Smith, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-1102 | Charles Braxton Williams, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-1105 | William Alexander Smith v. Aqua-Chem, Inc., et al. |

TEXAS EASTERN

| TXE 5 07-35 | Elbert Atwood, et al. v. A.O. Smith Corp., et al. |
|---|---|