

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 31 2007

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FRANK BRADLEY | * | CIVIL ACTION |
| VERSUS | * | NO: 07-1422 |
| NORTHROP GRUMMAN SYSTEMS CORPORATION, ET AL | * | SECTION: "D"(3) |

### J U D G M E N T

For reasons set forth in the court's "Order and Reasons" of April 12, 2007, wherein the court granted the Plaintiff's "Motion to Remand,

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be and is hereby **REMANDED** to the Civil District Court for the Parish of Orleans, State of Louisiana, for lack of subject matter jurisdiction.

New Orleans, Louisiana, this **12th** day of **April, 2007.**

A.J. McNAMARA
UNITED STATES DISTRICT JUDGE

MDL- 875
RECOMMENDED ACTION

Vac CTO-276 final Jackson
Approved/Date: yr 31May07

**OFFICIAL FILE COPY**

IMAGED MAY 31 2007