MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 31 2007

FILED
CLERK'S OFFICE

## DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Frank Bradley v. Northrop Grumman Systems Corp., et al.*, E.D. Louisiana,
C.A. No. 2:07-1422

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Bradley*) on April 27, 2007. In the absence of any opposition, the conditional transfer order was finalized with respect to *Bradley* on May 15, 2007. The Panel has now been advised that *Bradley* was remanded to the Civil District Court for the Parish of Orleans, Louisiana, by the Honorable A.J. McNamara in an order signed on April 12, 2007.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-276" filed on April 27, 2007, is VACATED insofar as it relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5058

**OFFICIAL FILE COPY**
IMAGED MAY 3 1 2007