MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN -7 2007

FILED
CLERK'S OFFICE

PLEADING NO. 5063

# DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Euelis Sheppard v. Northrop Grumman Systems Corp., et al.*, E.D. Louisiana, C.A. No. 2:07-2208

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Sheppard*) on May 11, 2007. In the absence of any opposition, the conditional transfer order was finalized with respect to *Sheppard* on May 30, 2007. The Panel has now been advised that *Sheppard* was remanded to the Civil District Court for the Parish of Orleans, Louisiana state court by the Honorable Carl J. Barbier in an order filed on May 24, 2007.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-277" filed on May 11, 2007, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

OFFICIAL FILE COPY

IMAGED JUN 7 2007