


JUN - 7 2007

FILED
CLERK'S OFFICE

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Richard Zglinicki, et al. v. Armstrong International, Inc., et al.*, W.D. New York, C.A. No. 1:07-278

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Zglinicki*) on May 23, 2007. The Panel has now been advised that *Zglinicki* was remanded to the New York State Supreme Court, by the Honorable Hugh B. Scott in an order filed on June 4, 2007.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-278" filed on May 23, 2007, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5065

**OFFICIAL FILE COPY**

IMAGED JUN 7 2007