MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 2 3 2007

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-278)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,137 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

PLEADING NO. 5066

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN - 8 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED JUN 8 2007

## SCHEDULE CTO-278 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 2 07-286 | Robert Cobb, et al. v. Albany International Co., et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 06-1413 | Bonnie Marowitz, et al. v. Garlock Sealing Technologies, et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 4 07-1274 | Maxine Finkelstein, etc. v. General Electric Co. |
| **MARYLAND** | |
| MD 1 07-1063 | Sherri Lea Millar, et al. v. A.W. Chesterton Co., Inc., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 07-587 | Teresa Anderson, etc. v. Garlock, Inc., et al. |
| MSS 1 07-588 | William L. Barnes v. Garlock, Inc., et al. |
| MSS 1 07-589 | Clarence Bell v. Garlock, Inc., et al. |
| MSS 1 07-590 | Alvin J. Brown v. Garlock, Inc., et al. |
| MSS 1 07-591 | Richard M. Carnegie v. Garlock, Inc., et al. |
| MSS 1 07-592 | Arthur Clark v. Garlock, Inc., et al. |
| MSS 1 07-593 | Elvis Colenburg v. Garlock, Inc., et al. |
| MSS 1 07-594 | John Collier, Jr. v. Garlock, Inc., et al. |
| MSS 1 07-595 | James Ellis v. Garlock, Inc., et al. |
| MSS 1 07-596 | Ed Haley v. Garlock, Inc., et al. |
| MSS 1 07-597 | Virgie Hall, etc. v. Garlock, Inc., et al. |
| MSS 1 07-598 | Katie Harried, etc. v. Garlock, Inc., et al. |
| MSS 1 07-599 | Willie R. Harried v. Garlock, Inc., et al. |
| MSS 1 07-600 | Johnny Hudson v. Garlock, Inc., et al. |
| MSS 1 07-601 | Marshall Jenkins v. Garlock, Inc., et al. |
| MSS 1 07-602 | Albert Johnson v. Garlock, Inc., et al. |
| MSS 1 07-603 | John R. Jones v. Garlock, Inc., et al. |
| MSS 1 07-604 | Robert L. King v. Garlock, Inc., et al. |
| MSS 1 07-605 | Charles E. Noble v. Garlock, Inc., et al. |
| MSS 1 07-606 | Hezikiah Queen, Jr. v. Garlock, Inc., et al. |
| MSS 1 07-607 | Peter Queen, III v. Garlock, Inc., et al. |
| MSS 1 07-608 | Willie L. Queen v. Garlock, Inc., et al. |
| MSS 1 07-609 | Roger L. Rankin v. Garlock, Inc., et al. |
| MSS 1 07-610 | Bennie L. Rogers v. Garlock, Inc., et al. |
| MSS 1 07-611 | Henry C. Sampson v. Garlock, Inc., et al. |
| MSS 1 07-612 | Willa M. Sampson v. Garlock, Inc., et al. |
| MSS 1 07-613 | Roger Suddeth v. Garlock, Inc., et al. |
| MSS 1 07-614 | Mary Thomas, etc. v. Garlock, Inc., et al. |
| MSS 1 07-615 | Warren Turner, Jr. v. Garlock, Inc., et al. |
| MSS 1 07-623 | Ray Allen Tucker v. Nikko Materials USA, Inc., et al. |

SCHEDULE CTO-278-TAG-ALONG ACTIONS - MDL-875                              Page 2 of 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NORTH CAROLINA WESTERN** | |
| NCW 1 07-161 | Joe Carson Bass, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-162 | Camilla Elizabeth Bridges, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-163 | Richard Luther Campbell, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-164 | David Keith MacIntosh, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-165 | Richard G. Reid, et al. v. A.W. Chesterton Co., et al. |
| NCW 1 07-166 | Homer M. Guffey, etc. v. A.W. Chesterton Co., Inc., et al. |
| NCW 1 07-168 | William C. Simmons, et al. v. A.W. Chesterton Co., Inc., et al. |
| NCW 1 07-169 | Michael Blake Carswell, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-170 | Patrick Thomas Price, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-171 | Joye Davis Guinn, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-172 | Ricky Lee Jennings, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-173 | Lonnie Leroy Josey, Jr., et al. v. Aqua-Chem, Inc., et al. |
| **NEBRASKA** | |
| NE 8 07-154 | James Sautter, etc. v. A.W. Chesterton Co., et al. |
| **NEW YORK EASTERN** | |
| NYE 1 07-1362 | Walter McCormick v. A.W. Chesterton Co., Inc., et al. |
| **NEW YORK WESTERN** | |
| ~~NYW 1 07-278~~ | ~~Richard Zglinicki, et al. v. Armstrong International, Inc., et al.~~ Vacated 6/7/07 |
| **SOUTH CAROLINA** | |
| SC 0 07-1263 | Napolean Maloney, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 07-1266 | James Isaac Robinson, III, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 07-1309 | Jimmie Roger Chapman, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 07-1312 | Reggie Kay Martin, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 07-1313 | William Lewis Wood, et al. v. Aqua-Chem, Inc., et al. |
| SC 2 07-1108 | Alan E. Fritz, et al. v. Bayer CropScience, Inc., et al. |
| SC 7 07-1265 | Abraham Lincoln Stroupe, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 07-1268 | Robert Dean Bentley, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 07-1269 | Roy Lee Tyson v. Aqua-Chem, Inc., et al. |
| SC 7 07-1310 | Furman Edgar Heatherly, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-1264 | John Steven Knox, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-1305 | Richard Taylor Bond, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-1307 | Richard Fred Carver v. Aqua-Chem, Inc., et al. |
| **TEXAS NORTHERN** | |
| TXN 4 06-536 | William Stumpf, etc. v. 3M Co., et al. |
| TXN 4 06-537 | Lilly Laucys, etc. v. 3M Co., et al. |
| TXN 4 06-876 | Sebastiana Moncada, etc. v. 3M Co., et al. |
| TXN 4 07-65 | Lina Dominelli, etc. v. 3M Co., et al. |