

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 8 2007

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Asbestos Products Liability ) 
Litigation (Patrick L. Kroske) )          **MDL DOCKET NO. 875**

### DEFENDANT E.I. DUPONT DE NEMOURS AND COMPANY'S
### <u>CORPORATE DISCLOSURE STATEMENT</u>

COMES NOW Defendant E.I. DuPont De Nemours and Company ("DuPont"), by and through its attorneys, Spencer Fane Britt & Browne LLP, Russell W. Baker, Jr. and Benjamin T. Clark, and pursuant to Panel Rule 5.3 respectfully submits its Corporate Disclosure Statement. DuPont states that it is not owned by, nor does it have, any parent corporation. DuPont further states that no publicly held company owns more than 10% of DuPont's stock.

Respectfully Submitted,

SPENCER FANE BRITT & BROWNE LLP

Ben Clark

Russell W. Baker, Jr.          MO #27504
Benjamin T. Clark              MO #53155
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Tel: (816) 474-8100
Fax: (816) 474-3216

ATTORNEYS FOR DEFENDANT
E. I. du PONT de NEMOURS AND
COMPANY

**PLEADING No. 5068**

RECEIVED
CLERK'S OFFICE
2007 JUN -4 P 4: 31
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## OFFICIAL FILE COPY

**IMAGED** JUN 1 1 2007

WA 907409.1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 8 2007

**CERTIFICATE OF SERVICE**

FILED
CLERK'S OFFICE

I, Benjamin T. Clark, hereby certify that I caused a copy of the foregoing document to be served to the Clerk of the Judicial Clerk by regular U.S. Mail, postage prepaid, on June 1, 2007, and pursuant to Panel Rule 5.2 on the "Panel Service List" attached hereto by placing a copy in an addressed envelope, by regular U.S. Mail, postage prepaid.

Ben Clark

_____
Attorney for Defendant
E.I. du Pont de Nemours And Company

2007 JUN -4 P 4: 31

RECEIVED
CLERK'S OFFICE

NO PANEL ON

WA 907409.1

**PANEL SERVICE LIST (EXCERPTED FROM CTO-276)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Patrick L. Kroske v. Union Carbide Corp., et al.,* W.D. Missouri, C.A. No. 4:07-184

Jack T. Bangert
Sherman, Taff & Bangert, P.C.
1100 Main Street, Suite 3000
P.O. Box 26530
Kansas City, MO 64196

Terese A. Drew
Hinshaw & Culbertson, LLP
701 Market Street, Suite 1300
St. Louis, MO 63101

Thomas J. Kernell
Roberts & Perryman
One US Bank Plaza, Suite 2300
St. Louis, MO 63101

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Joshua M. Ellwanger
Blackwell Sanders Peper
Martin, LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

Edward J. Cass
Gallagher, Sharp, Fulton &
Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Margaret M. Chaplinsky
Kalinoski & Chaplinsky
100 Court Avenue, Suite 205
Des Moines, IA 50309-2200

William F. Ford
Lathrop & Gage, L.C.
2345 Grand Blvd., Suite 2800
Kansas City, MO 64108

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

James C. Morrow
Morrow, Willnauer & Klosterman
Executive Hills East, Building B
10401 Holmes, Ste. 300
Kansas City, MO 64131-4509

Virginia M. Giokaris
Rasmussen Willis Dickey &
Moore
9200 Ward Parkway, Suite 310
Kansas City, MO 64114

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

WA 906781.1

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Emily A. Hartz
Rasmussen, Willis, Dickey &
Moore
9200 Ward Parkway, Ste. 310
Kansas City, MO 64114

Joseph Benjamin Dioszeghy
Rasmussen Willis Dickey &
Moore
9200 Ward Parkway, Ste. 310
Kansas City, MO 64114
Robert G. Raleigh
Armstrong Teasdale, LLP
One Metropolitan Square
211 North Broadway
Suite 2600
St. Louis, MO 63102-2740

R. Scott Smith
Furry & Smith
Hidden Creek Office Park
Building 5
4215 South Hocker, Ste. 300
Independence, MO 64055

Thomas E. Rice, Jr.
Baker, Sterchi, Cowden &
Rice
Crown Center
2400 Pershing Road
Suite 500
Kansas City, MO 64108

Maggie L. Nigro
Husch & Eppenberger
1200 Main Street, Suite 2300
Kansas City, MO 64105-2122

Robert P. Numbrich
Baty, Holm & Numrich, PC
4600 Madison Avenue
210 Plaza West Building
Kansas City, MO 64112-3012

Charles L. Joley
Donovan, Rose, Nester & Joley
8 East Washington Street
Belleville, IL 62220

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd.
Sixth Floor
Los Angeles, CA 90025

John J. Repcheck
Marks, O'Neill, O'Brien &
Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Anthony Lamont Springfield
Polsinelli, Shalton, Welte,
Suelthaus
700 West 47th Street
Suite 1000
Kansas City, MO 64112-1802

Lawrence S. Denk
Foley & Mansfield, PLLP
1001 Highlands Plaza Drive West
Suite 400
St. Louis, MO 63110

Lori C. Imsland
Lashly & Baer, P.C.
714 Locust Street
St. Louis, MO 63101

Brian R. Plegge
Moser & Marsalek
200 N. Broadway, Suite 700
St. Louis, MO 63102-2753

Robert B. Ramsey
Brent Coon & Associates
2010 South Big Bend Blvd.
St. Louis, MO 63117

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Kyle N. Roehler
Foland Wickens Eisfelder Roper &
Hofer, PC
911 Main Street, Suite 3000
Kansas City, MO 64105

WA 906781.1

Bryant Matthew Struble
Thompson Coburn, LLP
One US Bank Plaza
Suite 2600
St. Louis, MO 63101-1693

Bridget B. Romero
Lathrop & Gage, L.C.
2345 Grand Blvd., Suite 2800
Kansas City, MO 64108

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
645 Griswold St.
The Maritime Asbestosis Legal
Clinic
Detroit, MI 48226-4192

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

David A. Schott
Hoagland, Fitzgerald, et al.
401 Market Street
P.O. Box 130
Alton, IL 62002

Gretchen Wallace
Hepler, Broom, MacDonald,
Hebrank, et al.
103 West Vandalia Street
Suite 300
P.O. Box 510
Edwardsville, MO 62025-0510

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

WA 906781.1