BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                                   MDL DOCKET NO. 875

This Document Relates To:
ROBERT L. REEVES
vs. AFTON PUMPS, INC., ET AL.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROBERT L. REEVES                                                PLAINTIFF

VS.                                              CIVIL ACTION NO. 1:07CV141WJG

AFTON PUMPS, INC., ET AL                                        DEFENDANTS

## CORPORATE DISCLOSURE STATEMENT

Please check one box:

[✓] The nongovernmental corporate party, <u>EXCELSIOR, Inc.</u>, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

6-6-07                                           BY: /s/ Simine Reed
Date                                             SIMINE B. REED [MSB #101259]
                                                 Counsel for EXCELSIOR, Inc.

**OFFICIAL FILE COPY**

IMAGED JUN 1 1 2007

OF COUNSEL:

FORMAN PERRY WATKINS KRUTZ & TARDY LLP
200 South Lamar Street
Post Office Box 22608
Jackson, Mississippi 39225-2608
Telephone:  (601) 960-8600
Facsimile:   (601) 946-8614

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                                    MDL DOCKET NO. 875

This Document Relates To:
ROBERT L. REEVES
vs. AFTON PUMPS, INC., ET AL.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROBERT L. REEVES                                                      PLAINTIFF

VS.                                                    CIVIL ACTION NO. 1:07CV141WJG

AFTON PUMPS, INC., ET AL                                           DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2007, I served by first-class mail, postage prepaid, an original and four (4) copies of the foregoing Corporate Disclosure Statement of EXCELSIOR, Inc. on the Clerk of the Panel, and one copy of the said foregoing document was also served by first-class mail, postage prepaid, on the parties set forth on the attached Panel Service List.

Respectfully submitted,

/s/ Simine B. Reed
SIMINE B. REED [MSB #101259]
Counsel for EXCELSIOR, Inc.