MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 8 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    MDL DOCKET NO. 875

This Document Relates To:
ROBERT L. REEVES
vs. AFTON PUMPS, INC., ET AL.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ROBERT L. REEVES**                                    **PLAINTIFF**

VS.                                    CIVIL ACTION NO. 1:07CV141WJG

**AFTON PUMPS, INC., ET AL**                          **DEFENDANTS**

PLEADING NO. 5070

## CORPORATE DISCLOSURE STATEMENT

Please check one box:

[✓] The nongovernmental corporate party, <u>Warren Pumps, Inc.</u>, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

6 June 2007
Date

BY: _____
JENNIFER M. STUDEBAKER (MSB # 10433)
JONATHAN K. HUTH (MSB #100084)
SIMINE B. REED (MSB # 101259)
Counsel for Warren Pumps, Inc.

JUN - 7 A 10:47

RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**

IMAGED JUN 1 1 2007

OF COUNSEL:

FORMAN PERRY WATKINS KRUTZ & TARDY LLP
200 South Lamar Street
Post Office Box 22608
Jackson, Mississippi 39225-2608
Telephone: (601) 960-8600
Facsimile:  (601) 946-8614

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 8 2007

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**                                    **MDL DOCKET NO. 875**

**This Document Relates To:**
**ROBERT L. REEVES**
**vs. AFTON PUMPS, INC., ET AL.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**ROBERT L. REEVES**                                                 **PLAINTIFF**

**VS.**                                                              **CIVIL ACTION NO. 1:07CV141WJG**

**AFTON PUMPS, INC., ET AL**                                         **DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6TH day of June, 2007, I served by first-class mail, postage prepaid, an original and four (4) copies of the foregoing Corporate Disclosure Statement of Warren Pumps, Inc. on the Clerk of the Panel, and one copy of the said foregoing document was also served by first-class mail, postage prepaid, on the parties set forth on the attached Panel Service List.

Respectfully submitted,

*/s/ Jennifer M. Studebaker*

JENNIFER M. STUDEBAKER (MSB # 10433)
JONATHAN K. HUTH (MSB #100084)
SIMINE B. REED (MSB # 101259)
Counsel for Warren Pumps, Inc.

# PANEL SERVICE LIST (Excerpted from CTO-276)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Robert L. Reeves v. Afton Pumps, Inc., et al.,* S.D. Mississippi, C.A. No. 1:07-141

Joseph G. Baladi
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Brian P. Barrow
Simon, Eddins & Greenstone, LLP
301 E. Ocean Boulevard
Suite 1950
Long Beach, CA 90802

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

James H. Bolin
Butler, Snow, O'Mara, Stevens
& Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Nathaniel A. Bosio
Dogan & Wilkinson, PLLC
P.O. Box 1618
734 Dalmas Ave
Pascagoula, MS 39568-1618

Stefan G. Bourn
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Charles W. Branham, III
Simon Eddins & Greenstone
3232 McKinney Avenue, Suite 610
Dallas, TX 75204

Byron N. Brown, IV
Wyatt, Tarrant & Combs, LLP
1715 Aaron Brenner Drive
The Renaissance Center, Suite 800
Memphis, TN 38120-4367

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39533-1377

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Michael Jason Clayton
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Richard M. Crump
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
200 South Lamar Street
Jackson, MS 39225-2608

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Jessica B. DeGroote
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O Box 22608
Jackson, MS 39225-2608

Adam K. Draney
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Jeffrey Pierce Fultz
Beason Willingham, LLP
The Neils Emperson Building
808 Travis, Suite 1608
Houston, TX 77002

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Michael D. Goggans
Page, Mannino, Peresich & McDermott
P.O. Box 16450
Jackson, MS 39236-6450

Samuel D. Habeeb
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street, Suite 4800
Minneapolis, MN 55402

Christy C. Hendrix
Sulzer & Williams, LLC
201 Holiday Blvd., Suite 335
Covington, LA 70433

Jonathan P. Hilbun
Montgomery, Barnett, Brown,
Read, et al.
1100 Poydras St.
3200 Energy Centre
New Orleans, LA 70163-3200

James Gordon House III
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

PANEL SERVICE LIST (Excerpted from CTO-276) - MDL-875                    Page 2 of 2

Laurie J. Hutchings  
Duncan Courington & Rydberg, LLC  
400 Poydras Street, Suite 1200  
New Orleans, LA 70130  

Faye M. James  
Wilkins Stephens & Tipton  
P. O. Box 13429  
Jackson, MS 39236-3429  

Katherine V. Kemp  
Holcomb Dunbar, PA  
P.O. Drawer 707  
Oxford, MS 38655-0707  

William B. Kirksey  
Kirksey & Associates  
401 E. Capitol Street at Congress  
Suite 100-M  
P.O. Box 33  
Jackson, MS 39205-0033  

Reginald S. Kramer  
Oldham & Dowling  
195 South Main Street, Suite 300  
Akron, OH 44308-1314  

Matthew P. Lachaussee  
Dogan & Wilkinson, PLLC  
P. O. Box 1618  
Pascagoula, MS 39568-1618  

Daphne M. Lancaster  
Aultman, Tyner & Ruffin, Ltd.  
P. O. Drawer 750  
315 Hemphill Street  
Hattiesburg, MS 39403-0750  

David C. Landin  
Hunton & Williams, LLP  
Riverfront Plaza, East Tower  
951 East Byrd Street  
Richmond, VA 23219  

Gene Locks  
Locks Law Firm, LLC  
1500 Walnut Street  
Philadelphia, PA 19102  

Kimberly P. Mangum  
Barfield & Associates  
P.O. Drawer 3979  
233 East Capitol Street  
Jackson, MS 39207-3979  

Clinton W. Moody  
Forman, Perry, Watkins, Krutz  
& Tardy, PLLC  
200 S. Lamar Street  
City Center Building, Suite 100  
Jackson, MS 39201-4099  

Kyle S. Moran  
Phelps Dunbar, LLP  
NorthCourt One, Suite 300  
2304 19th Street  
Gulfport, MS 39501  

Ronald L. Motley  
Motley Rice, LLC  
P.O. Box 1792  
28 Bridgeside Blvd.  
Mt. Pleasant, SC 29464  

Donald C. Partridge  
Forman, Perry, Watkins, Krutz  
& Tardy, PLLC  
200 S. Lamar Street  
City Center Building  
Suite 100  
Jackson, MS 39201-4099  

Simine Bazyari Reed  
Forman, Perry, Watkins, Krutz  
& Tardy, PLLC  
P.O. Box 22608  
Jackson, MS 39225-2608  

John J. Repcheck  
Marks, O'Neill, O'Brien & Courtney  
3200 Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  

John D. Roven  
Roven-Kaplan, L.L.P.  
2190 North Loop West, Suite 410  
Houston, TX 77018  

Richard D. Schuster  
Vorys, Sater, Seymour & Pease, LLP  
52 East Gay Street  
P.O. Box 1008  
Columbus, OH 43216-1008  

Neil Selman  
Selman, Breitman & Burgess  
11766 Wilshire Boulevard, Sixth Fl.  
Los Angeles, CA 90025  

William F. Selph, III  
Simon Peragine Redfearn & Watson  
1200 Washington Avenue, Suite A  
Ocean Springs, MS 39564  

Joseph A. Sherman  
Bruini, Grantham, Grower & Hewes  
P.O. Drawer 119  
Jackson, MS 39205-0119  

Frances L. Spinelli  
Evert Weathersby & Houff, LLC  
3405 Piedmont Road, N.E.  
Suite 200  
Atlanta, GA 30305  

Robert N. Spinelli  
Kelley, Jasons, McGuire & Spinelli  
Centre Square West, 15th Floor  
Philadelphia, PA 19102  

Jennifer M. Studebaker  
Forman, Perry, Watkins, Krutz & Tardy  
P.O. Box 22608  
Jackson, MS 39225-2608  

Robert E. Swickle  
Jaques Admiralty Law Firm, P.C.  
1370 Penobscot Building  
645 Griswold St.  
The Maritime Asbestosis Legal Clinic  
Detroit, MI 48226-4192  

Cowles E. Symmes  
Page, Mannino, Peresich & McDermott  
759 Vieux Marche' Mall  
P.O. Drawer 289  
Biloxi, MS 39533-0289  

Andrew J. Trevelise  
Reed Smith, LLP  
2500 One Liberty Place  
1650 Market Street  
Philadelphia, PA 19103  

Mary W. Van Slyke  
Page, Mannino, Peresich & McDermott  
P.O. Drawer 289  
Biloxi, MS 39533-0289  

Carey R. Varnado  
Montague, Pittman & Varnado  
P.O. Drawer 1975  
Hattiesburg, MS 39403-1975

PANEL SERVICE LIST (Excerpted from CTO-276) - MDL-875       Page 3 of 3

Thomas E. Vaughn
Vaughn, Boweden & Wooten
P.O. Drawer 240
Gulfport, MS 39502-0240

Rose Marie Wade
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Michael E. Whitehead
Page, Mannino, Peresich
& McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289