**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 14 2007

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHERRI LEA MILLAR, ET AL.        *
                                 *
v.                               *   Civil No. JFM-07-1063
                                 *
A.W. CHESTERTON COMPANY, ET AL.  *
                              *****

ORDER

Upon consideration of defendant's motion to withdraw notice of removal of civil action, it is, this 16th day of May 2007

ORDERED that this action be remanded to the Circuit Court of Maryland for Baltimore City.

/s/
J. Frederick Motz
United States District Judge

MDL- **875**
RECOMMENDED ACTION
Vacate CTO-278 as to one action
Approved/Date: _____

RECEIVED
CLERK'S OFFICE
2007 JUN 12 P 2:22
PANEL ON

PLEADING NO. 5078

**OFFICIAL FILE COPY**

IMAGED JUN 14 2007