

**875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 4 2007

FILED
CLERK'S OFFICE

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Sherri Lea Millar, et al. v. A.W. Chesterton Co., Inc., et al.*, D. Maryland,
C.A. No. 1:07-1063

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Millar*) on May 23, 2007. In the absence of any opposition, the conditional transfer order was finalized with respect to *Millar* on June 8, 2007. The Panel has now been advised that *Millar* was remanded to the Circuit Court of Maryland for Baltimore City, by the Honorable J. Frederick Motz in an order dated May 16, 2007.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-278" filed on May 23, 2007, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED JUN 1 4 2007