**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED**

**JUNE 14, 2007**

**JEFFERY N. LÜTHI
CLERK OF THE PANEL**

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL*

## HEARING SESSION ORDER

IT IS ORDERED that on July 26, 2007, a hearing session will be held in Minneapolis, Minnesota, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

IMAGED JUN 1 4 2007

SCHEDULE OF MATTERS FOR HEARING SESSION
July 26, 2007 -- Minneapolis, Minnesota


**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**


MDL-1851 -- In re Desloratadine Patent Litigation

Motion of plaintiff Schering Corp. for centralization of the following actions in the United States District Court for the District of New Jersey:

Middle District of Florida

*Schering Corp. v. GeoPharma, Inc., et al.*, C.A. No. 8:06-1843

Eastern District of Michigan

*Schering Corp. v. Caraco Pharmaceutical Laboratories, Ltd., et al.*, C.A. No. 2:06-14386

District of New Jersey

*Schering Corp. v. Zydus Pharmaceuticals, USA, Inc., et al.*, C.A. No. 3:06-4715


MDL-1852 -- In re Flash Memory Antitrust Litigation

Motion of defendants Samsung Semiconductor, Inc.; Hynix Semiconductor America, Inc.; Micron Technology, Inc.; Micron Semiconductor Products, Inc.; Hitachi America, Ltd.; and Renesas Technology America, Inc., for centralization of the following actions in a single United States district court:

Northern District of California

*Jason Perkins v. Samsung Electronics Co., Ltd., et al.*, C.A. No. 3:07-1360
*James Burt v. Samsung Electronics Co., Ltd., et al.*, C.A. No. 3:07-1388
*TechToysForLess v. Samsung Electronics Co., Ltd., et al.*, C.A. No. 3:07-1418
*Thomas Y. Huh v. Samsung Electronics Co., Ltd., et al.*, C.A. No. 3:07-1459
*Fred W. Krahmer v. Samsung Electronics Co., Ltd., et al.*, C.A. No. 3:07-1460
*Keith Alderman v. Samsung Electronics Co., Ltd., et al.*, C.A. No. 3:07-1489
*Jacob Greenwell v. Samsung Electronics Co., Ltd., et al.*, C.A. No. 3:07-1524
*Lynn Sweatman v. Samsung Electronics Co., Ltd., et al.*, C.A. No. 3:07-1613

Schedule of Matters for Hearing Session, Section A                    p. 2
Minneapolis, Minnesota


MDL-1852 (Continued)


### Northern District of California (Continued)

*Carman Pellitteri v. Samsung Electronics Co., Ltd., et al.*, C.A. No. 3:07-1614
*Kevin's Computer & Photo v. Samsung Electronics Co., Ltd., et al.*, C.A. No. 3:07-1665
*Joseph P. Theisen v. Hitachi, Ltd., et al.*, C.A. No. 3:07-1680
*George Davis v. Samsung Electronics Co., Ltd., et al.*, C.A. No. 3:07-1735
*Trong Nguyen v. Samsung Electronics Co., Ltd., et al.*, C.A. No. 4:07-86
*A Computer Place, Inc., et al. v. Samsung Electronics Co., Ltd., et al.*,
    C.A. No. 4:07-1020
*Roxanne Miller v. Samsung Electronics Co., Ltd., et al.*, C.A. No. 4:07-1147
*Peter Burke v. Samsung Electronics Co., Ltd., et al.*, C.A. No. 4:07-1236

### Southern District of New York

*Brian Levy v. Samsung Electronics Co., Ltd., et al.*, C.A. No. 1:07-2242


### MDL-1853 -- In re The TJX Companies, Inc., Fair and Accurate Credit Transactions Act (FACTA) Litigation

Motion, as amended, of defendants Marshalls of CA, LLC; Marshall of MA, Inc.; T.J. Maxx of CA, LLC; and The TJX Companies, Inc., for centralization of the following actions in the United States District Court for the District of Kansas:

### Central District of California

*Jessica Clark v. Marshalls of MA, Inc., et al.*, C.A. No. 2:06-8135
*Alis Bersekian v. TJ Maxx of CA, LLC, et al.*, C.A. No. 2:07-503

### Northern District of Illinois

*Monica Mendez v. The TJX Companies, Inc.*, C.A. No. 1:07-2486

### District of Kansas

*Lety Ramirez v. The TJX Companies, Inc.*, C.A. No. 2:07-2115

Schedule of Matters for Hearing Session, Section A                    p. 3
Minneapolis, Minnesota

MDL-1853 (Continued)

### District of Nevada

*Amber Tolley-McNerney v. The TJX Companies, Inc.*, C.A. No. 3:07-91

### District of Rhode Island

*Margie Caranci v. Marshalls of MA, Inc., et al.*, C.A. No. 1:07-173

### MDL-1854 -- In re Tyson Foods, Inc., Fair Labor Standards Act Litigation

Motion of defendants Tyson Foods, Inc.; Tyson Chicken, Inc.; and Tyson Farms, Inc., for centralization of the following actions in the United States District Court for the Northern District of Alabama:

### Northern District of Alabama

*Sheila Ackles, et al. v. Tyson Foods, Inc.*, C.A. No. 1:06-2249
*Carol Ann Buchanan, et al. v. Tyson Chicken, Inc., et al.*, C.A. No. 1:06-4930
*Florence Dobbins, et al. v. Tyson Chicken, Inc., et al.*, C.A. No. 4:06-4912
*Roosevelt Potter, et al. v. Tyson Chicken, Inc., et al.*, C.A. No. 4:06-4931

### Western District of Arkansas

*Levette Adams, et al. v. Tyson Foods, Inc.*, C.A. No. 4:07-4019

### Middle District of Georgia

*Deltha McCluster, et al. v. Tyson Foods, Inc.*, C.A. No. 4:06-143
*Sharon Mitchell v. Tyson Foods, Inc.*, C.A. No. 5:07-35
*Wanda L. Atkins, et al. v. Tyson Foods, Inc.*, C.A. No. 5:07-84

### Southern District of Indiana

*Ava Joyner v. Tyson Foods, Inc.*, C.A. No. 1:07-141

Schedule of Matters for Hearing Session, Section A                           p. 4
Minneapolis, Minnesota


MDL-1854 (Continued)


### Western District of Kentucky

*Janet Garrett v. Tyson Foods, Inc.*, C.A. No. 4:07-15

### District of Maryland

*Thomas Lee White v. Tyson Foods, Inc.*, C.A. No. 1:07-279

### Southern District of Mississippi

*Princess Brown v. Tyson Foods, Inc.*, C.A. No. 3:07-53
*Addie Jones, et al. v. Tyson Foods, Inc., et al.*, C.A. No. 3:07-80
*Lillie Williams, et al. v. Tyson Foods, Inc., et al.*, C.A. No. 3:07-87
*J.D. Walton, et al. v. Tyson Foods, Inc., et al.*, C.A. No. 5:07-28

### Western District of Missouri

*Pamela Woodworth v. Tyson Foods, Inc.*, C.A. No. 3:07-5013

### Eastern District of Oklahoma

*Carol Balch, et al. v. Tyson Foods, Inc.*, C.A. No. 6:07-63

### Eastern District of Texas

*Winfred Earl v. Tyson Foods, Inc.*, C.A. No. 6:07-49

## MDL-1855 -- In re Nissan North America, Inc., Odometer Litigation

Motion of defendant Nissan North America, Inc., for centralization of the following actions in the United States District Court for the Eastern District of Michigan:

### District of Idaho

*Philip King, et al. v. Nissan North America, Inc., et al.*, C.A. No. 1:07-68

### Northern District of Illinois

*Brian Yellen v. Nissan North America, Inc., et al.*, C.A. No. 1:07-513

### Western District of Kentucky

*Benita G. Simon, et al. v. Nissan North America, Inc., et al.*, C.A. No. 3:07-102

### Eastern District of Texas

*Rebecca Womack v. Nissan North America, Inc., et al.*, C.A. No. 2:06-479

## MDL-1856 -- In re Depo-Provera Products Liability Litigation

Motion of plaintiffs Cindy Winward and Kimberly Cable for centralization of the following actions in the United States District Court for the District of New Jersey:

### Northern District of California

*Cindy Winward v. Pfizer Inc., et al.*, C.A. No. 4:07-878
*Kimberly Cable v. Pfizer Inc., et al.*, C.A. No. 4:07-879

### District of New Jersey

*Priscilla D. Riddell, et al. v. Pfizer Inc., et al.*, C.A. No. 3:06-5418

Schedule of Matters for Hearing Session, Section A                    p. 6
Minneapolis, Minnesota

MDL-1857 -- In re Schering Marketing and Sales Practices Litigation (No. II)

Motion of plaintiffs Beryl A'Dare Bratton, et al., for centralization of the following actions in the United States District Court for the District of Arizona or, in the alternative, the United States District Court for the District of Massachusetts:

District of Arizona

*Beryl A'Dare Bratton, et al. v. Schering-Plough Corp., et al.*, C.A. No. 2:07-653

District of New Jersey

*International Brotherhood of Teamsters Local No. 331 Health & Welfare Trust Fund, et al. v. Schering Plough Corp., et al.*, C.A. No. 2:06-5774

MDL-1859 -- In re Vitamin Shoppe Marketing and Sales Practices Litigation

Motion of plaintiffs Catherine Guittard, et al., for centralization of the following actions in the United States District Court for the District of New Jersey:

Northern District of California

*Sara Pineda, et al. v. Vitamin Shoppe Industries, Inc.*, C.A. No. 3:07-1533

Southern District of California

*Sharilyn B. Castro v. Vitamin Shoppe Industries, Inc.*, C.A. No. 3:07-135

District of New Jersey

*Elena Klyachman v. The Vitamin Shoppe, et al.*, C.A. No. 2:07-1528
*Catherine Guittard, et al. v. Vitamin Shoppe Industries, Inc.*, C.A. No. 2:07-1827

### MDL-1860 -- In re American Equity Deferred Annuity Marketing and Sales Practices Litigation

Motion of plaintiff Mary H. Bendzak for centralization of the following actions in the United States District Court for the Southern District of Iowa:

#### Central District of California

*Bernard McCormack v. American Equity Investment Life Insurance Co., et al.,*
   C.A. No. 2:05-6735
*Gust Anagnostis, et al. v. American Equity Investment Life Insurance Co., et al.,*
   C.A. No. 2:06-388

#### Southern District of Iowa

*Mary H. Bendzak v. American Equity Investment Life Insurance Co.*, C.A. No. 4:06-340

### MDL-1861 -- In re Wellnx Marketing and Sales Practices Litigation

Motion of defendants Wellnx Life Sciences Inc., Derek Woodgate, Brad Woodgate, and Scott Welch for centralization of the following actions in the United States District Court for the District of Maryland:

#### District of Arizona

*Diandra Johnson, et al. v. NxCare, Inc., et al.*, C.A. No. 4:07-69

#### Central District of California

*Giselle Rideaux, et al. v. NxCare, Inc., et al.*, C.A. No. 2:07-2399

#### Middle District of Georgia

*Tammy M. Britton v. NxCare, Inc., et al.*, C.A. No. 4:07-61

#### District of Kansas

*Cindy Dias, et al. v. NxCare, Inc., et al.*, C.A. No. 2:07-2066

Schedule of Matters for Hearing Session, Section A                    p. 8
Minneapolis, Minnesota

MDL-1861 (Continued)

### District of Maryland

*Dana Weeks v. NxCare, Inc., et al.*, C.A. No. 1:07-367

### Western District of Missouri

*Christine Bartell, et al. v. NxCare, Inc., et al.*, C.A. No. 6:07-3050

### District of Nevada

*Olivia Daniel, et al. v. NxCare, Inc., et al.*, C.A. No. 2:07-482

### Eastern District of North Carolina

*Mary Cobb v. NxCare, Inc., et al.*, C.A. No. 4:07-50

### Eastern District of Tennessee

*Christy Lee Adkins, et al. v. NxCare, Inc., et al.*, C.A. No. 3:07-63

### MDL-1862 -- In re Vonage Marketing and Sales Practices Litigation

Motion of plaintiffs Budd Nahay, et al., for centralization of the following actions in the United States District Court for the District of New Jersey:

### Central District of California

*Kai Porter v. Vonage Holdings Corp., et al.*, C.A. No. 2:07-1850

### Southern District of California

*Alex Nevelson v. Vonage Holdings Corp.*, C.A. No. 3:07-732

Schedule of Matters for Hearing Session, Section A                    p. 9
Minneapolis, Minnesota


MDL-1862 (Continued)


### District of New Jersey

*Budd Nahay, et al. v. Vonage America, Inc., et al.*, C.A. No. 3:06-5801

### Western District of Washington

*Darlene Pennock v. Vonage America, Inc., et al.*, C.A. No. 2:07-320


### MDL-1863 -- In re The Paradies Shops, Inc., Fair and Accurate Credit Transactions Act (FACTA) Litigation

Motion of plaintiff Melanie A. Klingensmith for centralization of the following actions in the United States District Court for the Western District of Pennsylvania:

### Central District of California

*Paul Kelly v. The Paradies Shops, Inc.*, C.A. No. 2:07-1294

### Western District of Pennsylvania

*Melanie A. Klingensmith v. The Paradies Shops, Inc.*, C.A. No. 2:07-322


### MDL-1864 -- In re Charlotte Russe, Inc., Fair and Accurate Credit Transactions Act (FACTA) Litigation

Motion of defendant Charlotte Russe, Inc., for centralization of the following actions in the United States District Court for the Central District of California:

### Central District of California

*Frida Najarian v. Charlotte Russe, Inc., et al.*, C.A. No. 2:07-501

### Western District of Pennsylvania

*Alison Lampenfeld v. Charlotte Russe Holding, Inc., et al.*, C.A. No. 2:07-355

Schedule of Matters for Hearing Session, Section A                    p. 10
Minneapolis, Minnesota

## MDL-1865 -- In re Household Goods Movers Antitrust Litigation

Motion of plaintiffs Donald J. Beach, et al., for centralization of the following actions in the United States District Court for the District of South Carolina:

### Northern District of Illinois

*Gary Moad, et al. v. Atlas Van Lines, Inc., et al.*, C.A. No. 1:07-2506

### District of South Carolina

*Donald J. Beach, et al. v. Atlas Van Lines, Inc., et al.*, C.A. No. 2:07-764

## MDL-1866 -- In re Brimonidine Patent Litigation

Motion of Allergan, Inc., for centralization of the following actions in the United States District Court for the District of Delaware:

### Central District of California

*Allergan, Inc. v. Exela Pharmsci, Inc., et al.*, C.A. No. 2:07-1967

### District of Delaware

*Allergan, Inc. v. Apotex, Inc., et al.*, C.A. No. 1:07-278

### Eastern District of Virginia

*Exela Pharmsci, Inc. v. Allergan, Inc.*, C.A. No. 1:07-338

MDL-1867 -- In re General Motors OnStar Contract Litigation

Motion of defendants OnStar Corp. and General Motors Corp. for centralization of the following actions in the United States District Court for the Eastern District of Michigan:

Northern District of California

*Margaret A. Gonzales, et al. v. General Motors Corp, et al.*, C.A. No. 3:07-2580

Eastern District of Michigan

*Howard Morris, et al. v. General Motors Corp.*, C.A. No. 2:07-11830
*Robert C. Weaver v. OnStar Corp., et al.*, C.A. No. 4:07-12036

Eastern District of Pennsylvania

*Robert G. Gordon, et al. v. OnStar Corp., et al.*, C.A. No. 2:07-1602

# SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs Edward McIntyre; Mary M. Collins, etc.; Carol Durbin, etc.; Alan Nussbaum, et al.; Robert L. Reeves; and Patrick L. Kroske to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Northern District of California

*Edward McIntyre v. Warren Pumps, LLC*, C.A. No. 3:06-6301

District of Delaware

*Mary M. Collins, etc. v. Metropolitan Life Insurance Co., et al.*, C.A. No. 1:07-149

Central District of Illinois

*Carol Durbin, etc. v. Pneumo-Abex Corp., et al.*, C.A. No. 1:07-1037
*Alan Nussbaum, et al. v. Pneumo-Abex Corp., et al.*, C.A. No. 1:07-1038

Southern District of Mississippi

*Robert L. Reeves v. Afton Pumps, Inc., et al.*, C.A. No. 1:07-141

Western District of Missouri

*Patrick L. Kroske v. Union Carbide Corp., et al.*, C.A. No. 4:07-184

Schedule of Matters for Hearing Session, Section B                    p. 13
Minneapolis, Minnesota


## MDL-1373 -- In re Bridgestone/Firestone, Inc., Tires Products Liability Litigation

Opposition of plaintiffs Monica Del Carmen Gonzalez-Servin, et al., to transfer of the following action to the United States District Court for the Southern District of Indiana:

### District of South Dakota

*Monica Del Carmen Gonzalez-Servin, et al. v. Ford Motor Co., et al.,*
C.A. No. 1:05-1023


## MDL-1472 -- In re Global Crossing Ltd. Securities & "ERISA" Litigation

Opposition of defendants Citigroup, Inc.; Salomon Smith Barney, Inc.; and Jack Grubman to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Central District of California:

### Southern District of New York

*Abe Nachom v. Citigroup, Inc., et al.,* C.A. No. 1:03-4521 (C.D. California, C.A. No. 2:03-520)


## MDL-1535 -- In re Welding Fume Products Liability Litigation

Opposition of plaintiffs Christopher Painter, et al., to transfer of the following action to the United States District Court for the Northern District of Ohio:

### Southern District of California

*Christopher Painter, et al. v. BOC Group, Inc., et al.,* C.A. No. 3:07-659

MDL-1566 -- In re Western States Wholesale Natural Gas Antitrust Litigation

Opposition of plaintiffs Heartland Regional Medical Center, et al., to transfer of the following action to the United States District Court for the District of Nevada:

Western District of Missouri

*Heartland Regional Medical Center, et al. v. ONEOK, Inc., et al.*, C.A. No. 5:07-6048

MDL-1596 -- In re Zyprexa Products Liability Litigation

Oppositions of defendants Paul B. Andelin, M.D. and Ralph A. Schmitz, M.D. to transfer of the following action to the United States District Court for the Eastern District of New York:

Western District of Missouri

*Gail Eaton v. Eli Lilly & Co., et al.*, C.A. No. 3:07-5026

MDL-1596 -- In re Zyprexa Products Liability Litigation
MDL-1769 -- In re Seroquel Products Liability Litigation

Opposition of plaintiff Commonwealth of Pennsylvania to transfer of the following action to the United States District Court for the Eastern District of New York in MDL-1596 and to the United States District Court for the Middle District of Florida in MDL-1769:

Eastern District of Pennsylvania

*Commonwealth of Pennsylvania v. Eli Lilly & Co., et al.*, C.A. No. 2:07-1083

Schedule of Matters for Hearing Session, Section B                    p. 15
Minneapolis, Minnesota


## MDL-1604 -- In re Ocwen Federal Bank FSB Mortgage Servicing Litigation

Oppositions of plaintiffs Kathy Baham, etc.; Charles Gray, et al.; Mark Simpson, et al.; Rafael Garcia, et al.; and Lynette Brooks to transfer of their respective following actions to the United States District Court for the Northern District of Illinois:

### Northern District of Texas

*Kathy Baham, etc. v. Ocwen Loan Servicing, LLC, et al.*, C.A. No. 3:07-404
*Charles Gray, et al. v. Ocwen Loan Servicing, LLC, et al.*, C.A. No. 4:07-156
*Mark Simpson, et al. v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 5:07-40

### Southern District of Texas

*Rafael Garcia, et al. v. Ocwen Loan Servicing, LLC*, C.A. No. 2:07-109

### Western District of Texas

*Lynette Brooks v. Ocwen Loan Servicing, LLC, et al.*, C.A. No. 1:07-172


## MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

Oppositions of plaintiffs Michael C. Valle; Ben Orpilla; Richard Booth, et al.; and Donald Brumfield, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

### Central District of California

*Michael C. Valle v. Merck & Co., Inc.*, C.A. No. 2:07-837

### Southern District of California

*Ben Orpilla v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2162

### District of Nevada

*Richard Booth, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:07-470

Schedule of Matters for Hearing Session, Section B                                    p. 16
Minneapolis, Minnesota


MDL-1657 (Continued)


### Southern District of West Virginia

*Donald Brumfield, et al. v. Merck & Co., Inc.*, C.A. No. 5:07-89


## MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

Oppositions of plaintiffs James Darty and Tammy Shea Brady, etc., to transfer of their respective following actions to the United States District Court for the Northern District of California:

### Northern District of Alabama

*James Darty v. G.D. Searle, LLC, et al.*, C.A. No. 2:07-671

### Western District of Kentucky

*Tammy Shea Brady, etc. v. Pfizer Inc., et al.*, C.A. No. 3:07-206


## MDL-1708 -- In re Guidant Corp. Implantable Defibrillators Products Liability Litigation

Opposition of plaintiff Eluterio Vela to transfer of the following action to the United States District Court for the District of Minnesota:

### Southern District of Texas

*Eluterio Vela v. Guidant Corp., et al.*, C.A. No. 7:07-47

MDL-1715 -- In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

Oppositions of plaintiffs Paula Rubijono; Lorene Elders; and Porter Stadaker, et al., to transfer of their respective following actions to the United States District Court for the Northern District of Illinois:

### District of Massachusetts

*Paula Rubijono v. Ameriquest Mortgage Co., Bky. Advy.* No. 1:07-1076

### Eastern District of Pennsylvania

*Lorene Elders v. Ameriquest Mortgage Co.*, C.A. No. 2:06-5274

### Middle District of Tennessee

*Porter Stadaker, et al. v. Ameriquest Mortgage Co.*, C.A. No. 3:07-409

MDL-1718 -- In re Ford Motor Co. Speed Control Deactivation Switch Products Liability
Litigation

Opposition of plaintiff State Farm Mutual Automobile Insurance Co., etc., to transfer of the following action to the United States District Court for the Eastern District of Michigan:

### Central District of Illinois

*State Farm Mutual Automobile Insurance Co., etc. v. Ford Motor Co.*,
C.A. No. 3:07-3063

MDL-1726 -- In re Medtronic, Inc., Implantable Defibrillators Products Liability Litigation

Oppositions of plaintiffs Robert W. Sims and Ola Marie Malone to transfer of their respective following actions to the United States District Court for the District of Minnesota:

### Eastern District of Pennsylvania

*Robert W. Sims v. Medtronic, Inc.*, C.A. No. 2:07-1573

Schedule of Matters for Hearing Session, Section B                    p. 18
Minneapolis, Minnesota


MDL-1726 (Continued)


### Southern District of Texas

*Ola Marie Malone v. Medtronic, Inc.*, C.A. No. 4:07-813


### MDL-1742 -- In re Ortho Evra Products Liability Litigation

Opposition of plaintiff Angela Massey to transfer of the following action to the United States District Court for the Northern District of Ohio:

### Southern District of Mississippi

*Angela Massey v. Johnson & Johnson, et al.*, C.A. No. 3:07-164


### MDL-1785 -- In re Bausch & Lomb Inc. Contact Lens Solution Products Liability Litigation

Oppositions of plaintiffs Sally Santmyer, Michael Terney, and Nancie Drake to transfer of their respective following actions to the United States District Court for the District of South Carolina:

### Central District of California

*Sally Santmyer v. Bausch & Lomb, Inc.*, C.A. No. 8:07-196

### Northern District of Mississippi

*Michael Terney v. Bausch & Lomb, Inc.*, C.A. No. 2:07-45

### Eastern District of Texas

*Nancie Drake v. Bausch & Lomb, Inc.*, C.A. No. 6:07-201

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (effective April 2, 2001). Rule 16.1(g) allows a maximum of twenty minutes for oral argument in each matter. In most cases, however, less time is necessary for the expression of all views and the Panel reserves the prerogative of reducing the time requested by counsel. Accordingly, counsel should be careful not to overstate the time requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria. See generally In re "East of the Rockies" Concrete Pipe Antitrust Cases, 302 F. Supp. 244, 255-56 (J.P.M.L. 1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:    HEARING SESSIONS AND ORAL ARGUMENT

(a)     Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)     Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)     No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:

     (i)     the dispositive issue(s) have been authoritatively decided; or

     (ii)    the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)     In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)     Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)     Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)     Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)      So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.   Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)      After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.