**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE PANEL ON MULTIDISTRICT LITIGATION

JUN 29 2007

FILED
CLERK'S OFFICE

IN RE: )
ASBESTOS PRODUCTS LIABILITY ) MDL Docket No. 875
)

*This Pleading relates to the following action:*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

PATRICK KROSKE, )
　　　　　　　　　　　　　　　　　 )
　　　Plaintiff, )
　　　　　　　　　　　　　　　　　 )
v. ) No. 4:07-CV-0184-SOW
　　　　　　　　　　　　　　　　　 )
INDUSTRIAL HOLDINGS CORPORATION )
f/k/a THE CARBORUNDUM COMPANY, )
　　　　　　　　　　　　　　　　　 )
　　　Defendant. )

## DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 3.1 of the Local Rules of the United States District Court for the Western District of Missouri notice is hereby given by counsel of record for INDUSTRIAL HOLDINGS CORPORATION f/k/a THE CARBORUNDUM COMPANY, that the following corporate interests are disclosed:

1. The parent companies of the corporation:

Lehman Brothers Holdings Inc.

2. Subsidiaries not wholly owned by the corporation and affiliates that have issued shares to the public:

None

**OFFICIAL FILE COPY**

IMAGED JUN 29 2007

PLEADING NO. 5085

3. Any publicly held company that owns ten percent (10%) or more of the corporation:

See response to No. 1 above.

HEPLER, BROOM, MacDONALD,
HEBRANK, TRUE & NOCE, LLC

By: _____
ROBERT H. SANDS     MO #52386
rhs@heplerbroom.com
Attorney for Defendant
103 W. Vandalia Street, Suite 300
Edwardsville, IL 62025
Phone: 618-656-0184
Fax:  618-656-1364

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2007, the foregoing was faxed to the clerk of the MDL Teresa Bishop (202-502-2888) and served by first class mail to:

- Brent Coon and Associates, 2010 S. Big Bend Blvd, St. Louis, MO 63105

2007 JUN 26 A 10: 58
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE