

**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION / 2007

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875<br>CLERK'S OFFICE |

*This Document Relates To:*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**ROBERT L. REEVES**                                                    **PLAINTIFF**

**V.**                                              **CIVIL ACTION NO: 1:07CV141WJG**

**AFTON PUMPS, INC., ET AL.**                                       **DEFENDANTS**

### CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant, Henry Vogt Machine Company, pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and files this Corporate Disclosure Statement and would respectfully show unto the Court that Henry Vogt Machine Company does not have publicly traded stock and no publicly held company owns ten percent (10%) or more of its stock.

THIS the 19th day of June, 2007.

                                                        Respectfully submitted,

                                                        Byron N. Brown (MS 101640)
                                                        WYATT, TARRANT & COMBS, LLP
                                                        1715 Aaron Brenner Drive, Suite 800
                                                        Memphis, TN 38120-4367
                                                        (901) 537-1000

                                                        Counsel for Henry Vogt Machine Co.

**OFFICIAL FILE COPY**

RECEIVED CLERK'S OFFICE 2007 JUN 20 A 11:06 MDL PANEL ON

IMAGED JUN 2 1 2007

PLEADING NO. 5090

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via regular U.S. mail, postage prepaid, on the parties set forth on the attached Panel Service List, this 19th day of June, 2007:

_____
Byron N. Brown

575458.1

PANEL SERVICE LIST (Excerpted from CTO-276)  
DOCKET NO. 875  
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Page 1 of 3

*Robert L. Reeves v. Afton Pumps, Inc., et al.,* S.D. Mississippi, C.A. No. 1:07-141

Joseph G. Baladi  
Watkins & Eager  
P.O. Box 650  
Jackson, MS 39205-0650

Brian P. Barrow  
Simon, Eddins & Greenstone, LLP  
301 E. Ocean Boulevard  
Suite 1950  
Long Beach, CA 90802

Richard C. Binzley  
Thompson Hine, LLP  
127 Public Square  
3900 Key Center  
Cleveland, OH 44114

James H. Bolin  
Butler, Snow, O'Mara, Stevens & Cannada, PLLC  
P.O. Box 22567  
Jackson, MS 39225-2567

Nathaniel A. Bosio  
Dogan & Wilkinson, PLLC  
P.O. Box 1618  
734 Delmas Ave  
Pascagoula, MS 39568-1618

Stefan G. Bourn  
Forman, Perry, Watkins, Krutz & Tardy, PLLC  
P.O. Box 22608  
Jackson, MS 39225-2608

Charles W. Branham, III  
Simon Eddins & Greenstone  
3232 McKinney Avenue, Suite 610  
Dallas, TX 75204

Byron N. Brown, IV  
Wyatt, Tarrant & Combs, LLP  
1715 Aaron Brenner Drive  
The Renaissance Center, Suite 800  
Memphis, TN 38120-4367

Patrick R. Buchanan  
Brown, Buchanan & Sessoms  
P.O. Box 1377  
Biloxi, MS 39533-1377

Edward J. Cass  
Gallagher, Sharp, Fulton & Norman  
Bulkley Building, 7th Floor  
1501 Euclid Avenue  
Cleveland, OH 44115

Adam M. Chud  
Goodwin Procter, LLP  
901 New York Avenue, N.W.  
Washington, DC 20001

Michael Jason Clayton  
Forman, Perry, Watkins, Krutz & Tardy, PLLC  
P.O. Box 22608  
Jackson, MS 39225-2608

Richard M. Crump  
Forman, Perry, Watkins, Krutz & Tardy, PLLC  
P.O. Box 22608  
200 South Lamar Street  
Jackson, MS 39225-2608

David A. Damico  
Burns, White & Hickton, LLC  
Four Northshore Center  
106 Isabella St.  
Pittsburgh, PA 15212

Jessica B. DeGroote  
Forman, Perry, Watkins, Krutz & Tardy, PLLC  
P.O Box 22608  
Jackson, MS 39225-2608

Adam K. Draney  
Daniel, Coker, Horton & Bell  
P.O. Box 1084  
Jackson, MS 39215-1084

Raymond P. Forceno  
Forceno & Hannon  
111 S. Independence Mall East  
The Bourse, Suite 1000  
Philadelphia, PA 19106-2574

Jeffrey Pierce Fultz  
Beason Willingham, LLP  
The Neils Emperson Building  
808 Travis, Suite 1608  
Houston, TX 77002

Ellen B. Furman  
Goldfein & Hosmer  
1600 Market Street, 33rd Floor  
Philadelphia, PA 19103

Michael D. Goggans  
Page, Mannino, Peresich & McDermott  
P.O. Box 16450  
Jackson, MS 39236-6450

Samuel D. Habeeb  
Forman, Perry, Watkins, Krutz & Tardy  
P.O. Box 22608  
Jackson, MS 39225-2608

Susan M. Hansen  
Brownson & Ballou  
225 South Sixth Street, Suite 4800  
Minneapolis, MN 55402

Christy C. Hendrix  
Sulzer & Williams, LLC  
201 Holiday Blvd., Suite 335  
Covington, LA 70433

Jonathan P. Hilbun  
Montgomery, Barnett, Brown, Read, et al.  
1100 Poydras St.  
3200 Energy Centre  
New Orleans, LA 70163-3200

James Gordon House III  
Forman, Perry, Watkins, Krutz & Tardy  
P.O. Box 22608  
Jackson, MS 39225-2608

Jeffrey P. Hubbard  
Wells, Moore, Simmons & Hubbard  
P.O. Box 1970  
Jackson, MS 39215-1970

PANEL SERVICE LIST (Excerpted from CTO-276) - MDL-875

Page 2 of 2

Laurie J. Hutchings
Duncan Courington & Rydberg, LLC
400 Poydras Street, Suite 1200
New Orleans, LA 70130

Faye M. James
Wilkins Stephens & Tipton
P. O. Box 13429
Jackson, MS 39236-3429

Katherine V. Kemp
Holcomb Dunbar, PA
P.O. Drawer 707
Oxford, MS 38655-0707

William B. Kirksey
Kirksey & Associates
401 E. Capitol Street at Congress
Suite 100-M
P.O. Box 33
Jackson, MS 39205-0033

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

Matthew P. Lachaussee
Dogan & Wilkinson, PLLC
P. O. Box 1618
Pascagoula, MS 39568-1618

Daphne M. Lancaster
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Kimberly P. Mangum
Barfield & Associates
P.O. Drawer 3979
233 East Capitol Street
Jackson, MS 39207-3979

Clinton W. Moody
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
200 S. Lamar Street
City Center Building, Suite 100
Jackson, MS 39201-4099

Kyle S. Moran
Phelps Dunbar, LLP
NorthCourt One, Suite 300
2304 19th Street
Gulfport, MS 39501

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Donald C. Partridge
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

Simine Bazyari Reed
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard, Sixth Fl.
Los Angeles, CA 90025

William F. Selph, III
Simon Peragine Redfearn & Watson
1200 Washington Avenue, Suite A
Ocean Springs, MS 39564

Joseph A. Sherman
Bruini, Grantham, Grower & Hewes
P.O. Drawer 119
Jackson, MS 39205-0119

Frances L. Spinelli
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 200
Atlanta, GA 30305

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Jennifer M. Studebaker
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
645 Griswold St.
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Cowles E. Symmes
Page, Mannino, Peresich & McDermott
759 Vieux Marche' Mall
P.O. Drawer 289
Biloxi, MS 39533-0289

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Mary W. Van Slyke
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

PANEL SERVICE LIST (Excerpted from CTO-276) - MDL-875

Page 3 of 3

Thomas E. Vaughn
Vaughn, Boweden & Wooten
P.O. Drawer 240
Gulfport, MS 39502-0240

Rose Marie Wade
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Michael E. Whitehead
Page, Mannino, Peresich
& McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289