JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

JUN 27 2007

FILED
CLERK'S OFFICE

*DOCKET NO. 875*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-282)*

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,268 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5093

OFFICIAL FILE COPY

IMAGED JUN 27 2007

# SCHEDULE CTO-282 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **OHIO NORTHERN** | |
| OHN 1 07-10007 | Leonard R. Bautista v. A-C Product Liability Trust, et al. |
| **VIRGINIA EASTERN** | |
| VAE 2 07-9186 | William H. Monroe, Jr., etc. (Salvador M. Arellano) v. American Standard, Inc., et al. |
| VAE 2 07-9187 | William H. Monroe, Jr., etc. (Heber Ayers, Jr.) v. American Standard, Inc., et al. |
| VAE 2 07-9188 | Barbara E. Baker v. American Standard, Inc., et al. |
| VAE 2 07-9189 | William H. Monroe, Jr., etc. (Leo John Carollo) v. American Standard, Inc., et al. |
| VAE 2 07-9190 | Arthur A. Dean v. American Standard, Inc., et al. |
| VAE 2 07-9191 | Paul M. Broadwater v. American Standard, Inc., et al. |
| VAE 2 07-9192 | Terry S. Franklin v. American Standard, Inc., et al. |
| VAE 2 07-9193 | Jerry G. Johnson v. American Standard, Inc., et al. |
| VAE 2 07-9194 | Lonnie R. Kennedy v. American Standard, Inc., et al. |
| VAE 2 07-9195 | Charles E. Willie v. American Standard, Inc., et al. |
| VAE 2 07-9196 | Helen J. Limbers v. American Standard, Inc., et al. |
| VAE 2 07-9197 | John L. McMillin, Jr. v. American Standard, Inc., et al. |
| VAE 2 07-9198 | Duane D. Skoglund v. American Standard, Inc., et al. |
| VAE 2 07-9199 | William H. Monroe, etc. (Brendan E. Marriott) v. American Standard, Inc., et al. |
| VAE 2 07-9200 | Bernard M. Shannon, Sr. v. American Standard, Inc., et al. |
| **WISCONSIN EASTERN** | |
| WIE 2 07-203 | Christopher John Anderson v. Owens-Corning Corp., et al. |