IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CIVIL ACTION NO. MDL 875 |
| This Document Relates to: | |
| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT MISSISSIPPI SOUTHERN DIVISION | |
| JAMES A. HAMMONS, *Plaintiff*,  No. 1:03-cv-00627-WJG  No. 1:04-cv-00678-WJG  vs. | |
| ILLINOIS CENTRAL RAILROAD, *Defendant*. | MDL- 875  RECOMMENDED ACTION  CRO - 3 actions  Approved/Date: 6/19/07 |

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion to Remand to the United States District Court for the Southern District of Mississippi, Southern Division, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since only one defendant remains for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

**OFFICIAL FILE COPY**

IMAGED JUL 2 2007

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Southern District of Mississippi, Southern Division, for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

Date: 6/12/2007

BY THE COURT:

Hon. James T. Giles

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 2 2007

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY  :
LITIGATION (NO. VI)                 :
                                    :
_____ x

This Document Relates to:           :         CIVIL ACTION NO. 2 MDL 875

United States District Court        :
~~Eastern~~ District of Louisiana   :
Middle                              :
Daniel MELFORD, No. 3:05-1405, Sec A, Mag3  :    FILED   JUN 1 2 2007

[In the event the above-listed case is a multiple   :
plaintiff (victim) action, this transfer is for the :
above-named party only, or said parties repre-      :
sentative, and any spousal or dependent actions.]:
_____ x

2007 JUN 21 A 10: 08
JUDICIAL PANEL ON
RECEIVED CLERK'S OFFICE

SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Eastern District of Louisiana, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the ~~Eastern~~ Middle District of Louisiana for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 6/12/2007

_____
James T. Giles                    J.