# MDL 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEIGH COLE, SR. | * | CIVIL ACTION NO. 2:07-cv-3049 |
| | * | |
| VS. | * | JUDGE:          FALLON |
| | * | SECTION:        L |
| | * | |
| NORTHROP GRUMMAN SHIP, | * | MAGISTRATE:     SHUSHAN |
| SYSTEMS, INC., ET AL | * | DIVISION:       1 |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Pertains to:*   **MDL-875 – In re Asbestos Products Liability Litigation (No. IV)**
**CONDITIONAL TRANSFER ORDER 281 (CTO-281)**
**Schedule CTO-281 - Tag-Along Action**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff to file his

Notice of Opposition to Conditional Transfer Order, on the grounds that this action was

originally filed in state court, was improperly removed by one defendant, and Plaintiff is

currently seeking to have the case remanded to the state court from which it was

wrongfully removed. The hearing on Plaintiff's Motion to Remand was conducted on

June 20, 2007. The District Court Judge, the Honorable Eldon Fallon, took the matter

under advisement and Plaintiff anticipates a ruling on the Motion to Remand very soon.

Once it is determined that there is no federal jurisdiction in this case, remand is

mandatory. *Insigna v. LaBella*, 485 F.2d 249 (11th Cir. 1988); *Bobby Jones Garden Apts.*

*v. Suleski*, 391 F.2d 172 (5th Cir. 1968).

OFFICIAL FILE COPY

IMAGED JUL 3 2007

PLEADING No. 5098

**WHEREFORE**, Plaintiff respectfully requests that this matter not be transferred to the Asbestos Multidistrict Litigation before this Honorable Court can rule on Plaintiff's Motion to Remand.

Respectfully submitted,

**LANDRY & SWARR, L.L.C.**

s/David R. Cannella
Mickey P. Landry (La. Bar No. 22817)
Frank J. Swarr (La. Bar No. 23322)
David R. Cannella (La. Bar 26231)
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
Telephone: (504) 299-1214
Facsimile: (504) 299-1215

COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 2nd day of July, 2007, served a copy of the foregoing on counsel to all parties in this proceedings by facsimile and/or mailing same by Unites State mail, properly addressed and postage prepaid.

s/David R. Cannella
DAVID R. CANNELLA

OppCondTransferOrder.doc

2007 JUL -3 A 11:21 RECEIVED CLERK'S OFFICE PANEL ON

2

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone:  [202] 502-2800
Fax:             [202] 502-2888

http://www.jpml.uscourts.gov

June 22, 2007

TO INVOLVED COUNSEL

Re:  MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Dear Counsel:                          (See Attached CTO-281)

Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter.  This matter is transferred pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001). Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office **BY FACSIMILE**, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court.  Your cooperation would be appreciated.

**NOTICE OF OPPOSITION DUE ON OR BEFORE:  July 9, 2007   (4 p.m. EST)**
(Facsimile transmission is suggested.)

If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel Rules before filing your Notice of Opposition.

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By_Teresa Bishop_
Deputy Clerk

Attachments

JPML Form 39

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 22 2007

FILED
CLERK'S OFFICE

*DOCKET NO. 875*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-281)*

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C.§ 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,268 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**SCHEDULE CTO-281 - TAG-ALONG ACTIONS**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Page 1 of 2

DIST. DIV. C.A. #                              CASE CAPTION

CALIFORNIA NORTHERN
  CAN 3 07-2824
                                   Helen Hutchison, et al. v. A.W. Chesterton Co., et al.

LOUISIANA EASTERN
  LAE 2 07-3049
                                   Leigh Cole, Sr. v. Northrop Grumman Ship Systems, Inc., et al.

MARYLAND
  MD 1 07-1489
                                   David L. Cheezum, etc. v. Anchor Packing Co., et al.

MINNESOTA
  MN 0 05-1599
                                   Gary Lee Kopp v. Garlock Sealing Technologies, LLC, et al.

MISSISSIPPI NORTHERN
  MSN 1 07-134
                                   Bobby Lee Sanders v. Garlock, Inc., et al.

MISSISSIPPI SOUTHERN
  MSS 1 07-666        Dorothy Dixon v. John Crane, Inc., et al.
  MSS 1 07-667        Patricia Sheriff, etc. v. Plastics Engineering Co., et al.
  MSS 1 07-668        Alfred William McKenzie v. Ingersoll-Rand Co., et al.
  MSS 1 07-670        Cora Mae McDonald v. Plastics Engineering Co., et al.
  MSS 1 07-675        Eddie L. Bennett, et al. v. Aqua-Chem, Inc., et al.
  MSS 1 07-677        Lillie Mae Miggins v. Minnesota Mining & Manufacturing Co., et al.
  MSS 1 07-679        Lettie L. Winters v. Owens-Illinois, Inc., et al.
  MSS 1 07-685        Emma Lee Jones v. Aqua-Chem, Inc., et al.

NORTH CAROLINA MIDDLE
  NCM 1 07-440        John E. Tyner, et al. v. A.W. Chesterton Co., Inc., et al.
  NCM 1 07-451        Cecil Angus Johnson, et al. v. Aqua-Chem, Inc., et al.
  NCM 1 07-452        Wendell Cole Church v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
  NCW 1 07-185        Buddy Reese White, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 07-186        Joey Michael Gibson, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 07-187        Henry E. Nichols, Sr., et al. v. Aqua-Chem, Inc., et al.
  NCW 1 07-188        Howard Glenn Scruggs, etc. v. Aqua-Chem, Inc., et al.
  NCW 1 07-189        Douglas Lynn Piguerra, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 07-190        William Charles Morrow, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 07-191        Loretta Burnette Hatley, etc. v. 3M Co., et al.
  NCW 1 07-192        Jerry Eugene Sherrill, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 07-194        William E. Denny, et al. v. A.W. Chesterton Co., Inc., et al.
  NCW 1 07-197        Jessie Sam Best, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 07-198        Jerry Young Beatty, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 07-199        Charles Alexander Ratchford, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 07-201        George Edward Rhyne, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW 1 07-202        Adlia Bryant Nichols, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 07-203        Donald Ray Barber, et al. v. Aqua-Chem, Inc., et al.

SCHEDULE CTO-281 - TAG-ALONG ACTIONS - MDL-875

Page 2 of 2

DIST. DIV. C.A. #                              CASE CAPTION

NEW YORK SOUTHERN
  NYS 1  07-4771                Salvatore Gitto, et al. v. A.W. Chesterton Co., Inc., et al.

OHIO SOUTHERN
  OHS 2  06-494                 Melinda Fulop-Sowizral, et al. v. Triple A in the USA., Inc., et al.

SOUTH CAROLINA
  SC 0  07-1535                 James Wardon Holcomb, et al. v. Aqua-Chem, Inc., et al.
  SC 0  07-1540                 Otis Curry Griffin, Jr., et al. v. Aqua-Chem, Inc., et al.
  SC 7  07-1536                 Robert Eugene Hyatt, et al. v. Aqua-Chem, Inc., et al.
  SC 8  07-1537                 Randall McCracken, et al. v. Aqua-Chem, Inc., et al.
  SC 8  07-1539                 James Douglas Boggs, et al. v. Borg-Warner Morse Tec, Inc., et al.
  SC 8  07-1541                 Donald Eugene Havice, et al. v. Aqua-Chem, Inc., et al.

TEXAS SOUTHERN
  TXS 3  07-262                 Helen J. Burrow, et al. v. Amoco Chemical Co., et al.
  TXS 4  07-1563                Harriett I. Ruiz, etc. v. Allis Chalmers Corp. Product Liability Trust, et
                                al.

WASHINGTON EASTERN
  WAE 2  06-5066                Victor Cruz v. BNSF Railway Co.