**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 3 2007

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

---------------------------------X

In re:

**SALVATORE GITTO and PHYLLIS GITTO,**
(Civil action pending in the United States District
Court for the Southern District of New York, Case
No. 07 Civ. 04771 (DC)).

MDL No. 875

**NOTICE OF OPPOSITION TO
CONDITIONAL TRANSFER
ORDER (CTO-281)**

---------------------------------X

PLEADING NO. 5099

PLEASE TAKE NOTICE that, pursuant to Rule 7.4 of the Rules of Procedure of the Judical Panel on Multidistrict Litigation, Plaintiffs hereby oppose the Conditional Transfer Order (CTO-281) issued with respect to the above-captioned case.

Dated: June 29, 2007

Respectfully submitted,

LEVY PHILLIPS & KONIGSBERG, LLP
*Attorneys for* Plaintiff

Jerome H. Block
800 Third Avenue, 13th Floor
New York, New York 10022
(212) 605-6200

00096121.WPD

**OFFICIAL FILE COPY**

IMAGED JUL 3 2007