MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 10 2007

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION   FILED
CLERK'S OFFICE

IN RE:  ASBESTOS PRODUCTS LIABILITY  §
          LITIGATION (No. IV)              §   MDL DOCKET NO. 875
                                           §
                                           §

*Victor Cruz vs. BNSF Railway Company*; United States District Court, Eastern District of Washington, Spokane Division, Cause No. 06-CV-5066-FVS.

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

**COMES NOW**, Plaintiff Victor Cruz ("Plaintiff"), by and through his undersigned counsel, hereby notifies the Judicial Panel on Multidistrict Litigation pursuant to 7.4(c) of the General Rules for Multidistrict Litigation of His Opposition to Conditional Transfer Order 281 ("CTO-281"), which orders transfer of the above-entitled action as a "tag along."

1. Plaintiff is an individual who filed a lawsuit in the United States District Court for the Eastern District of Washington at Spokane on or about August 24, 2006. Plaintiff's lawsuit was brought pursuant to the Federal Employers' Liability Act to recover for work-related injuries sustained in the course and scope of his employment with BNSF Railway Company. Plaintiff's lawsuit against BNSF Railway Company includes, in part, a claim for asbestos-related lung injuries. His lawsuit also includes occupational injuries to his body as a whole, including his low back, knees, hips and hearing.

2. By notice dated June 22, 2007 from the Panel for Multi-District Litigation, Plaintiff was advised of a Conditional Transfer Order ("CTO-281") ordering the transfer of his case to the Eastern District of Pennsylvania as a "tag-along action."

3. Plaintiff opposes the transfer of his case to the Eastern District of Pennsylvania. Plaintiff will file a Motion and Brief in Support of this opposition in accordance with Rule 7.4(d)

OFFICIAL FILE COPY
IMAGED JUL 1 0 2007
PLEADING NO. 5100

of the General Rules for Multidistrict Litigation, or in accordance with any briefing schedule set by the Clerk of the Panel.

Respectfully submitted this 5th day of July, 2007.

INGEBRITSON & ASSOCIATES, P.A.

By: /s/ Kathryn M. Kohn
Kathryn M. Kohn
Russell A. Ingebritson
825 Nicollet Mall, Suite 1025
Minneapolis, MN 55402
(612) 340-8290
(612) 342-2990 - Fax
k.m.kohn@att.net

- and -

W. RONALD GROSHONG
W. Ronald Groshong
300 - 110th Avenue, N.E., #601
Bellevue, WA 98004
(425) 990-5885
(425) 990-5887 - Fax

**ATTORNEYS FOR PLAINTIFF
VICTOR CRUZ**

Jul. 5. 2007 6:05PM   INGEBRITSON AND ASSOCIATES   No. 3995   P. 4/10

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 10 2007

FILED
CLERK'S OFFICE

## UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN RE:  ASBESTOS PRODUCTS LIABILITY §
        LITIGATION (No. IV)             §    MDL DOCKET NO. 875
                                        §
                                        §

*Victor Cruz vs. BNSF Railway Company*; United States District Court, Eastern District of Washington, Spokane Division, Cause No. 06-CV-5066-FVS.

### CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July, 2007, I served the foregoing *Notice of Opposition to Conditional Transfer Order* by First Class Mail upon all counsel on the Involved Counsel list attached to this Certificate.

In addition, William Thomas Montgomery was also served at:

MONTGOMERY, SCARP, MACDOUGAL, PLLC
1218 Third Avenue, Suite 2700
Seattle, WA 98101

DATED: July 5, 2007      By: _____
                         Kathryn M. Kohn, MN #326598
                         INGEBRITSON & ASSOCIATES, P.A.
                         825 Nicollet Mall, Suite 1025
                         Minneapolis, MN 55402
                         (612) 340-8290

## INVOLVED COUNSEL LIST (CTO-281)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

MONTGOMERY, SCARP,
MACDOUGAL, PLLC
1218 Third Avenue, Suite 2700
Seattle, WA 98101

John M. Anderson
Bassford Remele, PA
33 South 6th Street, Suite 3800
Minneapolis, MN 55402-3701

Joseph G. Baladi
Watkins & Eger
P.O. Box 650
Jackson, MS 39205-0650

David T. Biderman
Perkins Cole, LLP
Four Embarcadero Ctr. #2400
San Francisco, CA 94111

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

John G. Bissell
Strong, Pipkin, Bissell & Ledyard
1301 McKinney, Suite 2100
Houston, TX 77002

Janet W. Black
Ward Black, PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Anthony Michael Blalock
Burnham & Brown
1901 Harrison St., 11th Floor
P.O. Box 119
Oakland, CA 94604

James H. Bolin
Butler, Snow, O'Mara, Stevens
& Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Timothy J. Boone
Boone Smith & Assoc., LLC
1349 E. Broad Street, 2nd Floor
Columbus, OH 43205

Nathaniel A. Bosio
Dogan & Wilkinson, PLLC
P.O. Box 1618
734 Dalmas Avenue
Pascagoula, MS 39568-1618

Brian C. Bossier
Blue Williams, LLP
3421 N. Causeway Blvd., 9th Floor
Metairie, LA 70002

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39533-1377

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th loor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington DC 20001

Michael Jason Clayton
Foreman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Ian P. Cloud
Heard, Robins, Cloud & Lubel LLP
500 Dallas, Suite 3100
Houston, TX 77002

Susan Coco
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Kaye N. Courington
Duncan, Courington & Rydberg LLC
400 Poydras Street, Suite 1200
New Orleans, LA 70130

Hubert A. Crouch, III
Crouch & Ramey
1445 Rose Avenue, Suite 2300
Dallas, TX 75202

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

Nicholas L. Evanchan, Jr.
Evanchan & Palmisano
One GOGO Plaza, Suite 300
Akron, OH 44311

James J. Fabian
Pfiefer & Fabian
326 Saint Paul Place, Suite 100
Baltimore, MD 21202

Jeffrey J. Fadeff
Bassi, Martini, Edlin & Blum, LLP
351 California Street, Suite 200
San Francisco, CA 94104

Keith W. Foley
Mehaffy & Weber, P.C.
2615 Calder, Suite 800
Beaumont, TX 77701

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suit 1000
Philadelphia, PA 19106-2574

Page 1

## INVOLVED COUNSEL LIST (CTO-281) MDL-875

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Keith L. Gates
Abbot, Simses & Kuchler
210 E. Capital Street, Suite 1090
Jackson, MS 39201

Dan J. Gendreau
Rider Bennett, LLP
33 South 6th Street, Suite 4900
Minneapolis, MN 55402

Michael Chad Gerke
Strong, Pipking, Bissell & Ledyard
1301 McKinney, Suite 2100
Houston, TX 77010

David M. Glaspy
Glaspy & Glaspy
One Walnut Creek Center, Suite 750
100 Pringle Avenue
Walnut Creek, CA 94596

W. Ronald Groshong
Law Office of W. Ronald Groshong
300 – 11th Avenue, N.E., Suite 601
Bellevue, WA 98004

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street, Suite 4800
Minneapolis, MN 55402

Michael P. Harvey
311 Northcliff Drive
Rocky River, OH 44116

Bradley A. Hays
Aultman, Tyner & Ruffin, Ltd.
P.O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Lelsley W. Hempfling
Berg & Androphy
3704 Travis Street
Houston, TX 7702

Jeffrey P. Hubbard
Wells, Moore, Summons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Paul R. Johnson
Filice, Bown & Eassa & McLeod
1999 Harrison Sreet, 18th Floor
Oakland, CA 94612

Mark S. Kannett
Becherer, Kannett & Schweitzer
2200 Powell Street, Suite 805
Emeryville, CA 94608

Erika H. Klie
Robinson Law Offices
1140 Main Street
Wheeling, WV 26003

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

Elizabeth Aten Lamberson
Crouch & Ramey
1445 Rose Avenue, Suite 3600
Dallas, TX 95202

Daphne M. Lancaster
Aultman, Tyner & Ruffin, Ltd.
P.O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

H. Seward Lawlor
Glasser & Glasser PLC
580 East Main Street
600 Crown Center
Norfolk, VA 23510

Richard T. Lawrence
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Gary Allen Lee
Lee, Futrell & Perles LLP
201 St. Charles Avenue, Suite 4120
New Orleans, LA 70170-4120

Mark W. Lee
Maslon, Edelman, Borman & Brand
3300 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402-4140

Stephen C. Lewis
Barg Coffin Lewis & Trapp LLP
One Market - Steuart Tower
Suite 2700
San Francisco, CA 94105-1475

Christopher K. Lightfoot
Hailey, McNamara, Hall, Larmann & Papale
One Galleria Blvd, Suite 1400
P.O. Box 8288
Metairle, LA 70011-8288

Gene Locks
Locks Law Firm LLC
1500 Walnut Street
Philadelphia, PA 19102

Page 2

INVOLVED COUNSEL LIST (CTO-281) MDL-875

Christopher O. Massenburg
Autlman, Tyner & Ruffin, Ltd.
P.O. Drawer 750
315 Hemphill Street
Hattisburg, MS 39403-0750

Karen Kay Maston
Connelly, Baker, et al.
700 Louisiana, Suite 1850
Houston, TX 77002-2778

Kenneth J. McCarthy
Knox Ricksen, LLP
1300 Clay Street, Suite 650
Oakland, CA 94612

Roger L. McClearly
Beirne, Maynard & Parsons
1300 Post Oak Blvd. 25th Floor
Houston, TX 77056

Thomas G. Milazzo
Pajares & Schexnaydre, LLC
103 Northpark Blvd, Suite 110
Covington, LA 70433-6103

Edward W. Mizell
Butler, Snow, O'Mara, Stevens
& Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

O. Stephen Montagnet III
McCraney & Montagnet, PLLC
P.O. Box 16368
Jackson, MS 39236

Willard J. Moody, Jr.
Moody, Strople, Kloeppel, et al.
7400 Baymeadows Way
Suite 105
Jacksonville, FL 32256

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Stephen Craig Musilli

CBC Companies, Inc. -2
250 E. Town Street
Columbus, OH 43215

Thomas M. Nosewicz
Jones, Walker, Waechter, et. al.
Place St. Charles, 49th Floor
201 St. Charles Ave.
New Orleans, LA 70170

Lisa L. Oberg
Mckenna, Long & Aldridge, LLP
101 California St., 41st Floor
San Francisco, CA 94111

Peter T. Paladino, Jr.
Goldberg, Persky, Jennings & White
Ketchum Center, 3rd Floor
1030 5th Avenue
Pittsburgh, PA 15219

Ralph J. Palmisano
Evanchan & Palmisano
Twin Oaks Estate
1225 W. Market Street
Akron, OH 44313

Donald C. Partridge
Forman, Perry, Watkins, Krutz & Tardy, PLLC
200 S. Lamar Street
City Center Building, Suite 100
Jackson, MS 39201-4099

Donald C. Partridge
Foreman, Perry, Watkins, Krtuz & Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Robert H. Pedersen
Wakins & Egar
P.O. Box 650
Jackson, MS 39205

Michael S. Polk
Sieben, Polk, LaVerdiere, Jones & Hawn
999 Westview Drive
Hastings, MN 55033-2495

Frank D. Pond
Pond North LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

Timothy W. Porter
Porter & Malouf PA
P.O. Box 12768
Jackson, MS 39236-2768

Simine Bazyari Reed
Foreman, Perry, Watkins, Krutz & Tardy PLLC
P.O. Box 22608
Jackson, MS 39225-2608

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Henry D. Rome
Howard, Rome, Martin & Ridley LLP
1775 Woodside Road, Suite 200
Redwood, CA 94061

Samuel M. Rosamond, III
Crawford Lewis, PLLC
400 Poydras Street, Suite 2100
New Orleans, LA 70130

John D. Roven
Roven-Kaplan LLP
2190 North Loop West, Suite 410
Houston, TX 77018

Page 3

## INVOLVED COUNSEL LIST (CTO-281) MDL-875

Andrew Sapon
Bivona & Cohen
88 Pine Street
New York, NY 10005

Bradley P. Scarp
Montgomery Scarp MacDougall PLLC
1218 3rd Avenue, Suite 2700
Seattle, WA 98101

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Beth A. Sebaugh
Bonessi Switzer Murphy & Polito Co., LPA
326 Superior Avenue
Cleveland, OH 44114

Rebecca C. Sechrist
Bunda, Stutz & DeWitt
3295 Levis Commons Blvd.
Perrysburg, OH 43551

Neil Selman
Selman, Breitman & Burgess
11756 Wilshire Blvd, 6th Floor
Los Angeles, CA 90025

Stacey L. Sims
Morris, Sakalarios & Blackwell, PLLC
1817 Hardy Street
Hattiesburg, MS 39401

Edward M. Slaughter
Hawkins, Parnell & Thackston LLP
4514 Cole Avenue, Suite 550
Dallas, TX 75205

Audrey Ann Smith
Brent Coon & Assoc.
44 Montgomery Street, Suite 800
San Francisco, CA 94104

James David Smith
Smith Law Firm
1200 Smith Street, Suite 2250
Houston, TX 77022

John Albert Smyth, III
Maynard, Cooper & Gale, PC
1901 Sixth Avenue, North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203

Frances L. Spinelli
Evert, Weathersby & Houff, LLC
3405 Peidmont Road, NE, Suite 200
Atlanta, GA 30305

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Carmen Victoria St. George
Levy, Phillips & Konigsberg LLP
800 Third Avenue, 13th Floor
New York, NY 10022

Frank J. Swarr
Landry & Swarr
1010 Common St. #2050
New Orleans, LA 70112

Robert E. Swickle
Jaques Admiralty Law Firm PC
1370 Penobscot Bldg
645 Griswold Street
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Brian Thomas Swift
Brown, McCarroll
1111 Bagby Street, 47th Floor
Houston, TX 77002

Cowles E. Symmes
Page, Mannino, Peresich & McDermott, PLLC
759 Vieux Marche' Mall
P.O. Drawer 289
Biloxi, MS 39533-0289

Thomas W. Taylor
Andrews & Kurth
600 Travis, Suite 4200
Houston, TX 77002-2778

Jennifer M. Techman
Evert Weathersby & Houff, LLC
3405 Piedmont Road, NE, Suite 200
Atlanta, GA 30305

Patrick T. Tierney
Collins, Buckley, Sauntry & Haugh
West 1100 First National Bank Bldg.
332 Minnesota St.
St. Paul, MN 55101

Tracey E. Tomlin
Nelson, Mullins, Riley & Scarborough
100 N. Tryon Street, #2400
Charlotte, NC 28202-4000

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

David L. Trewolla
Dogan & Wilkinson PLLC
P.O. Box 23062
Jackson, MS 39225-3062

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Page 4

INVOLVED COUNSEL LIST (CTO-281) MDL-875

Michael A. Vasquez
Vasquez & Estrada
Courthouse Square
1000 4th Floor, Suite 700
San Rafel, CA 94901

Rose Marie Wade
Evert Weathersby & Houff, LLC
3405 Piedmont Road, NE, #225
Atlanta, GA 30305

Mona L. Wallace
Wallace & Graham, PA
525 North Main Street
Salisbury, NC 28144

Courtney Paige Watson
Strong, Pipkin, Bissell & Ledyard
1301 McKinney, Suite 2100
Houston, TX 77010

Harold K. Watson
Locke Liddell & Sapp, LLP
600 Travis Street
3400 JP Morgan Chase Tower
Houston, TX 77002

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Gordon P. Wilson
Lugenguhl, Wheaton, et al.
601 Poydras Street, Suite 2775
New Orleans, LA 70130

Sarah B. Windham
Aultman, Tyner & Ruffin, Ltd
P.O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750