MDL 875

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUN 22 2007

FILED CLERK'S OFFICE

PLEADING NO. 5101

***DOCKET NO. 875***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-281)***

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C.§ 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,268 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 10 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY

IMAGED JUL 10 2007

# SCHEDULE CTO-281 - TAG-ALONG ACTIONS
# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 07-2824 | Helen Hutchison, et al. v. A.W. Chesterton Co., et al. |
| **LOUISIANA EASTERN** | |
| ~~LAE 2 07-3049~~ | ~~Leigh Cole, Sr. v. Northop Grumman Ship Systems, Inc., et al.~~ **Opposed 7/3/07** |
| **MARYLAND** | |
| MD 1 07-1489 | David L. Cheezum, etc. v. Anchor Packing Co., et al. |
| **MINNESOTA** | |
| MN 0 05-1599 | Gary Lee Kopp v. Garlock Sealing Technologies, LLC, et al. |
| **MISSISSIPPI NORTHERN** | |
| MSN 1 07-134 | Bobby Lee Sanders v. Garlock, Inc., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 07-666 | Dorothy Dixon v. John Crane, Inc., et al. |
| MSS 1 07-667 | Patricia Sheriff, etc. v. Plastics Engineering Co., et al. |
| MSS 1 07-668 | Alfred William McKenzie v. Ingersoll-Rand Co., et al. |
| MSS 1 07-670 | Cora Mae McDonald v. Plastics Engineering Co., et al. |
| MSS 1 07-675 | Eddie L. Bennett, et al. v. Aqua-Chem, Inc., et al. |
| MSS 1 07-677 | Lillie Mae Miggins v. Minnesota Mining & Manufacturing Co., et al. |
| MSS 1 07-679 | Lettie L. Winters v. Owens-Illinois, Inc., et al. |
| MSS 1 07-685 | Emma Lee Jones v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 07-440 | John E. Tyner, et al. v. A.W. Chesterton Co., Inc., et al. |
| NCM 1 07-451 | Cecil Angus Johnson, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 07-452 | Wendell Cole Church v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 07-185 | Buddy Reese White, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-186 | Joey Michael Gibson, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-187 | Henry E. Nichols, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-188 | Howard Glenn Scruggs, etc. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-189 | Douglas Lynn Piguerra, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-190 | William Charles Morrow, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-191 | Loretta Burnette Hatley, etc. v. 3M Co., et al. |
| NCW 1 07-192 | Jerry Eugene Sherrill, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-194 | William E. Denny, et al. v. A.W. Chesterton Co., Inc., et al. |
| NCW 1 07-197 | Jessie Sam Best, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-198 | Jerry Young Beatty, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-199 | Charles Alexander Ratchford, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-201 | George Edward Rhyne, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-202 | Adlia Bryant Nichols, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-203 | Donald Ray Barber, et al. v. Aqua-Chem, Inc., et al. |

SCHEDULE CTO-281 - TAG-ALONG ACTIONS - MDL-875



| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| NEW YORK SOUTHERN | |
| ~~NYS 1 07-4771~~ | ~~Salvatore Gitto, et al. v. A.W. Chesterton Co., Inc., et al.~~ **Opposed 7/3/07** |
| OHIO SOUTHERN | |
| OHS 2 06-494 | Melinda Fulop-Sowizral, et al. v. Triple A in the USA., Inc., et al. |
| SOUTH CAROLINA | |
| SC 0 07-1535 | James Wardon Holcomb, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 07-1540 | Otis Curry Griffin, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC 7 07-1536 | Robert Eugene Hyatt, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-1537 | Randall McCracken, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-1539 | James Douglas Boggs, et al. v. Borg-Warner Morse Tec, Inc., et al. |
| SC 8 07-1541 | Donald Eugene Havice, et al. v. Aqua-Chem, Inc., et al. |
| TEXAS SOUTHERN | |
| TXS 3 07-262 | Helen J. Burrow, et al. v. Amoco Chemical Co., et al. |
| TXS 4 07-1563 | Harriett I. Ruiz, etc. v. Allis Chalmers Corp. Product Liability Trust, et al. |
| WASHINGTON EASTERN | |
| ~~WAE 2 06-5066~~ | ~~Victor Cruz v. BNSF Railway Co.~~ **Opposed 7/10/07** |