

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 13 2007

FILED
CLERK'S OFFICE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**WILLIAM CARR**                                                 **PLAINTIFF**

V.                                                                                 Civ. Action No. 1:05cv261D-D

**CERTAINTEED**
**JOHN CRANE, formerly known as Crane Packing Company;**
**KELLY MOORE PAINT COMPANY;**
**KOMP EQUIPMENT COMPANY, INC.;**
**METROPOLITAN LIFE INSURANCE CO.;**
**SMITHS GROUP PLC, as parent of JOHN CRANE, formerly known as Crane Packing Company;**
**and JOHN DOES 1 through 20, who are individuals,**
**proprietorships, corporations or other entities whose names**
**and identities are otherwise unknown to Plaintiff**       **DEFENDANTS**

PLEADING NO. 5103

### Order of Dismissal

This cause having come on to be heard on this day and date on the Motion of the Plaintiff to voluntarily dismiss this case, and the Court having considered said motion, finds that it should be granted. Therefore, it is

ORDERED AND ADJUDGED that this cause is hereby dismissed with prejudice with all parties to bear their own costs.

SO ORDERED AND ADJUDGED this the 17th day of January, 2006.

                                                       Glen H. Davidson
                                                       Chief Judge

MDL- 875
RECOMMENDED ACTION

Vac CTO-257 (final) / action
Approved/Date: JX 12 July 07

**OFFICIAL FILE COPY**

IMAGED JUL 1 3 2007