MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 13 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DOCKET NO. 875

### IN RE Asbestos Products Liability Litigation (No. VI)

*William Carr v. Certainteed Corp., et al.*, N.D. Mississippi, C.A. No. 1:05-261

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Carr*) on January 24, 2006. In the absence of any opposition, the conditional transfer order was finalized with respect to *Carr* on February 9, 2006. The Panel has now been advised, however, that *Carr* was dismissed in the Northern District of Mississippi by the Honorable Glen H. Davidson in an order filed on January 17, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-257" filed on January 24, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5104

**OFFICIAL FILE COPY**

IMAGED JUL 1 3 2007