MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 16 2007

FILED
CLERK'S OFFICE

DOCKET NO. 875
## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

This document relates to the following case:

Robert L. Reeves v. Afton Pumps, Inc., et al.
USDC for the Southern District of Mississippi, Southern Division
Civil Action No. 1:07CV141WJG

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 5.3 of the Rules of the Procedure of the Judicial Panel on Multidistrict Litigation, the undersigned representative of **JOHNSON CONTROLS, INC.**, in the above captioned action, certifies that it is a not a wholly owned subsidiary of any parent company. Additionally, **JOHNSON CONTROLS, INC.** does not have publicly traded stock and no public company owns ten percent (10%) or more of its stock.

This the 28 day of June, 2007

Respectfully Submitted,

**JOHNSON CONTROLS, INC.,** DEFENDANT

By: _____
COUNSEL FOR SAID DEFENDANT

PLEADING NO. 5109

OFFICIAL FILE COPY

RECEIVED
CLERK'S OFFICE
2007 JUL -2 P 3:24

IMAGED JUL 17 2007

**CERTIFICATE OF SERVICE**

I, the undersigned counsel, do hereby certify that on the 29 day of June, 2007, I served by first-class mail, postage prepaid, an original and four (4) copies of the foregoing Corporate Disclosure Statement on the Clerk of the Panel and one copy of the said foregoing document was served on the parties set forth on the attached Panel Service List by first-class mail, postage prepaid.

Counsel for Said Defendant

**PANEL SERVICE LIST (Excerpted from CTO-276)**

DOCKET NO. 875 IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Robert L. Reeves v. Afton Pumps, Inc., et al., S.D. Mississippi, C.A. No.1 :07-141

Joseph G. Baladi
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Brian P. Barrow
Simon, Eddins & Greenstone, LLP
301 E. Ocean Boulevard
Suite 1950
Long Beach, CA 90802

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

James H. Bolin
Butler, Snow, O'Mara. Stevens & Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Nathaniel A. Bosio
Dogan & Wilkinson, PLLC
P.O. Box 1618
734 Dalmas Ave
Pascagoula, MS 39568-1618

Stefan- G. Bourn
Forman, Perry, Watkins, Krutz & Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Charles W. Branhamm III
Simon Eddins & Greenstone
3232 McKinney Avenue, Suite 610
Dallas, TX.75204

Byron N. Brown, IV
Wyatt, Tennant & Combs, LLP
1715 Aaron Brenner Drive
The Renaissance Center, Suite 800
Memphis, TN 38120-4367

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39533-1377

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building. 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 NewYorkAvenue,N.W.
Washington, DC 20001

Michael Jason Clayton
Forman, Perry, Watkins, Krutz & Tardy. PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Richard M. Crump
Forman, Perry, Watkins, Krutz &. Tardy, PLLC
P.O. Box 22608
200 South Lamar Street
Jackson, MS 39225-2608

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh. PA 15212

Jessica B. DeGroote
Fonnan, Perry, Watkins, Krutz & Tardy, PLLC
P. O Box 22608
Jackson, MS 39225

Adam K. Draney
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

Raymond P. Porceno
Porceno &. Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Jeffrey Pierce Fultz
Beason Willingham. LLP
The Neils Emperson Building
808 Travis, Suite 1608
Houston, TX 77002

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Michael D. Goggans
Page, Mannino, Peresich & McDermott
P.O. Box 16450
Jackson; MS 39236-6450

Samuel D. Habeeb
Forman, Perry. Watkins, Krutz &. Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Susan M. Hansen
Brownson &. Ballou
225 South Sixth Street, Suite 4800
Minneapolis, MN 55402

Christy C. Hendrix
Sulzer & Williams, LLC
201 Holiday Blvd., Suite 335
Covington, LA 70433

Jonathan P. Hilbun
Montgomery, Barnett, Brown, Read. et al.
1100 Poydras St.
3200 Energy Centre
New Orleans, LA 70163-3200

James Gordon House, III
Forman, Perry, Watkins, Krutz; & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Laurie J. Hutchings
Duncan Courington & Rydberg, LLC
400 Poydras Street
Suite 1200
New Orleans, LA 70130

Faye M. James
Wilkins Stephens & Tipton
P. O. Box 13429
Jackson, MS 39236-3429

Katherine V. Kemp
Holcomb Dunbar, PA
P.O. Drawer 707
Oxford, MS 38655-0707

William B. Kirksey
Kirksey & Associates
401 E. Capitol Street at Congress Suite 100-M
P.O. Box 33
Jackson, MS 39205-0033.

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OR 44308-1314

Matthew P. Lachaussee
Dogan & Wilkinson, PLLC
P. O. Box 1618
Pascagoula, MS 39568-1618

Daphne M. Lancaster
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower 951
East Byrd Street
Richmond, VA 23219

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Kimberly P. Mangum
Barfield & Associates
P.O. Drawer 3979
233 East Capitol Street
Jackson, MS 39207-3979

Clinton W. Moody
Forman, Perry, Watkins, Krutz & Tardy, PLLC
200 S. Lamar Street
City Center Building, Suite 100
Jackson, MS 39201-4099

Kyle S. Moran
Phelps Dunbar, LLP
NorthCourt One, Suite 300
2304 19th Street
Gulfport, MS 39501

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Donald C. Partridge
Forman, Perry, Watkins, Krutz & Tardy, PLLC
200 S. Lamar Street
City Center Building Suite 100
Jackson, MS 39201-4099

Simine Bazyari Reed
Forman, Peny, Watkins, Krutz & Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225.2608

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Raven-Kaplan, L.L.P.
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard, Sixth Fl.
Los Angeles, CA 90025

William F. Selph, III
Simon Peragine Redfearn & Watson
1200 Washington Avenue, Suite A
Ocean Springs, MS 39564

Joseph A. Sherman
Brunini, Grantham, Grower & Hewes
P.O. Drawer 119
Jackson, MS 39205-0119

Frances L. Spinelli
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E. Suite 200
Atlanta, GA 30305

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia. PA 19102

Jennifer M. Studebaker
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
645 Griswold St.
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Cowles E. Symmes
Page, Mannino, Peresich & McDennott
759 Vieux Marche' Mall
P.O. Drawer 289
Biloxi MS 39533-0289

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Mary W. Van Slyke
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403

Thomas E. Vaughn
Vaughn, Boweden & Wooten
P.O. Drawer 240
Gulfport, MS 39502-0240

Rose Marie Wade
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.B. Suite 225
Atlanta, GA 30305

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Michael E. Whitehead
Page Mannino Peresich & McDennott
P.O. Drawer 289
Biloxi, MS 39533-0289