**MDL 875**

LEVY, PHILLIPS & KONIGSBERG, LLP
ATTORNEYS AT LAW
800 THIRD AVENUE
NEW YORK, N.Y. 10022

(212) 605-6200
FAX: (212) 605-6290
E-MAIL: lpk@lpklaw.com

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 16 2007

FILED
CLERK'S OFFICE

NEW JERSEY OFFICE
QUAKERBRIDGE EXECUTIVE CENTER
101 GROVERS MILL ROAD
LAWRENCEVILLE, NJ 08648
TELEPHONE: (609) 720-0400
FAX: (609) 720-0457

GOSHEN OFFICE
42 PARK PLACE
GOSHEN, NEW YORK 10924
TELEPHONE: (845) 294-2002

July 13, 2007

**Via Facsimile 202-502-2888**

Jeffery M Luthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Fed. Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

> Request of pltfs. in Gitto, et al., NYS 1:07-4771 for Extension of Time to File Motion/Brief to Vacate CTO-- GRANTED TO AND INCLUDING **AUGUST 3, 2007**
>
> (cdm - 7/16/07)

Re: *Gitto, Salvatore and Phyllis - S.D. New York, C.A. No. 1:07-4771*
(Judge Denny Chin)

Dear Mr. Luthi:

We represent the plaintiffs in the above captioned case and write to request an extension of time for the filing of our motion and brief to vacate the Conditional Transfer Order. These papers are presently due on July 18, 2007. We request that this deadline be extended until August 24, 2007 - in light of a pending motion to remand this case to state court which will be decided by Judge Denny Chin. Assuming the motion to remand is granted, any issue as to whether this case should be transferred will be rendered moot.

This case was removed solely by one defendant, Eaton Hydraulics Inc., formerly known as Vickers Incorporated ("Vickers") on June 5, 2007. Plaintiffs filed a motion to remand on June 13, 2007. This Court issued a Conditional Transfer Order ("CTO") to MDL-875 on June 22, 2007. Vickers requested that Judge Chin stay the motion to remand and briefing schedule on the motion to remand pending resolution of the CTO. Judge Chin declined to grant this request and Vickers filed its opposition to plaintiffs' motion to remand on July 6, 2007. Judge Chin subsequently permitted a separate defendant to file papers concerning the remand issue which are due on July 23, 2007 and simultaneously ordered plaintiffs to file their reply papers in support of their motion to remand by August 3, 2007.

Plaintiffs filed their Notice of Opposition to Transfer with MDL-875 on June 29, 2007. Plaintiffs motion and brief to vacate the CTO is currently due on July 18, 2007.

PLEADING NO. 5112

00096703.WPD

**OFFICIAL FILE COPY**

**IMAGED JUL 1 7 2007**

Spoke w/ Mr. Block on 7/16/07 @ 10:20 am. (+b)

Jeffery M Luthi
Clerk of the Panel
July 13, 2007
Page 2

    Plaintiffs request an extension until August 24, 2007, as this will afford Judge Chin a reasonable amount of time (3 weeks) to rule on plaintiffs' motion to remand after receiving plaintiffs' reply brief on August 3.

    If Judge Chin grants plaintiffs' motion to remand to state court, then there will be no need to engage in motion practice before MDL-875. Because any motion practice with the MDL court will be rendered moot by an order remanding this case to state court, the extension requested by plaintiffs would serve the interests of judicial economy and preserve the resources of the parties.

    Thank you for your consideration of this matter.

                        Very truly yours,

                        LEVY PHILLIPS & KONIGSBERG, LLP

                        By: _____
                             Jerome H. Block

cc:    All Counsel in the Gitto case.