**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 2 2007

FILED
CLERK'S OFFICE

## THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL NO. 875

### IN RE Asbestos Products Liability Litigation (No. VI)

*James A. Hammons v. Illinois Central Railroad Co.,* **E.D. Pennsylvania,**
   (S.D. Mississippi, C.A. No. 1:03-627)
*Karen Hammons, etc. v. Illinois Central Railroad Co.,* **E.D. Pennsylvania,**
   (S.D. Mississippi, C.A. No. 1:04-678)
*Daniel W. Melford, Sr. v. Peter Territo, et al.,* **E.D. Pennsylvania,**
   (M.D. Louisiana, C.A. No. 3:05-1405)

### CONDITIONAL REMAND ORDER

The transferee court in this litigation has, in the above-captioned actions: 1) severed all claims for punitive or exemplary damages; and 2) advised the Panel that coordinated or consolidated pretrial proceedings with respect to the remaining claims have been completed, and that remand of those claims to the transferor court, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that all claims in the above-captioned actions except the severed damages claims be remanded to their respective transferor courts.

IT IS ALSO ORDERED that, pursuant to Rule 7.6 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 436-38 (2001) (Rules), the transmittal of this order to the transferee clerk for filing shall be stayed 15 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g),and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 1 8 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED JUL 1 8 2007

PLEADING NO. 5115