



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 2 6 2007

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

---

This Document Relates to:

United States District Court
Southern District of Mississippi

William MOULDER., No. 1:05 CV 39 WJG

CIVIL ACTION NO. 2 MDL 875

FILED   JUN 2 5 2007

PLEADING NO. 5119

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Defendant's Motion To Remand to the Circuit Court of Claiborne County, Mississippi, and the Court having reviewed this case and believing that the remand issues would be more appropriately addressed by the United States District Court for the Southern District of Mississippi;

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Southern District of Mississippi for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

MDL-875
RECOMMENDED ACTION

CRO - 3 actions
Approved/Date: RPW 7/16/07
     JTG 16 July 07

Date: 6/22/2007

BY THE COURT:

_____
James T. Giles              J.

**OFFICIAL FILE COPY**

IMAGED JUL 2 6 2007

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 26 2007

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | FILED JUN 2 5 2007 |
| This Document Relates to: | CIVIL ACTION NO. 2 MDL 875 |
| United States District Court Southern District of Mississippi | |
| Gene BEAZLEY., No. 1:05 CV 38 WJG | |

### SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Defendant's Motion To Remand to the Circuit Court of Copiah County, Mississippi, and the Court having reviewed this case and believing that the remand issues would be more appropriately addressed by the United States District Court for the Southern District of Mississippi;

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Southern District of Mississippi for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 6/22/2007

_____
James T. Giles                J.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 26 2007

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :
　　　　　　　　　　　　　　　　　　　　　:
―――――――――――――――――――――x

This Document Relates to:　　　　　　　　　　: 　　CIVIL ACTION NO. 2 MDL 875

United States District Court　　　　　　　　　:
Southern District of Mississippi　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:　　FILED   JUN 25 2007
Willie HAMBERLIN., No. 1:05 CV 41 WJG　:
―――――――――――――――――――――x

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Defendant's Motion To Remand to the Circuit Court of Jefferson County, Mississippi, and the Court having reviewed this case and believing that the remand issues would be more appropriately addressed by the United States District Court for the Southern District of Mississippi;

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Southern District of Mississippi for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 6/22/2007

_____
James T. Giles　　　　J.