JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

JUL 26 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 875

### IN RE Asbestos Products Liability Litigation (No. VI)

*Gene Beazley, et al. v. A.W. Chesterton Co., et al.,* E.D. Pennsylvania,
  (S.D. Mississippi, C.A. No. 1:05-38)
*William Moulder, et al. v. Monsanto Co., et al.,* E.D. Pennsylvania,
  (S.D. Mississippi, C.A. No. 1:05-39)
*Willie Hamberlin, et al. v. Owens-Illinois, Inc., et al.,* E.D. Pennsylvania,
  (S.D. Mississippi, C.A. No. 1:05-41)

### CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that, given the particular circumstances of the above-captioned actions, the pending motion for remand to state court and all other outstanding motions would be more appropriately addressed by the transferor court and that remand to that court, as provided in 28 U.S.C. § 1407(a), is appropriate.[1]

IT IS THEREFORE ORDERED that the above-captioned actions be remanded to the United States District Court for the Southern District of Mississippi.

IT IS ALSO ORDERED that, pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001) (Rules), the transmittal of this order to the transferee clerk for filing shall be stayed 15 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

OFFICIAL FILE COPY

PLEADING NO. 5120

---

[1] In the event that the transferor court denies the pending motion for remand to state court, this action again may be subject to inclusion in this docket.

IMAGED JUL 2 6 2007