# MDL 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875 (In re Asbestos Products Liability Litigation)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 27 2007

FILED
CLERK'S OFFICE

| | |
|---|---|
| PATRICK L. KROSKE | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| A.T. CALLAS COMPANY, et al., | ) ) |
| Defendants. | ) |

### THE SHERWIN-WILLIAMS COMPANY'S
### CORPORATE DISCLOSURE STATEMENT

COMES NOW, The Sherwin-Williams Company, Defendant in the above-styled matter and pursuant to Rule of Procedure of the Judicial Panel on Multidistrict Litigation 5.3 files this Corporate Disclosure Statement as follows:

(1) The Sherwin-Williams Company is a corporation whose shares are publicly traded;

(2) The Sherwin-Williams Company does not have a parent corporation; and

(3) No publicly held corporation owns 10% or more of The Sherwin-Williams Company's stock.

Respectfully submitted this 24th day of July, 2007.

THOMPSON COBURN LLP

*Lindsay Hedrick*

Tracy Jonathan Cowan, Missouri Bar #40229
Lindsay A. Hedrick, Missouri Bar #58699
One US Bank Plaza
St. Louis, Missouri 63101
PHONE 314-552-6000
FAX 314-552-7000

*Attorneys for Defendant*
*The Sherwin-Williams Company*

PLEADING NO. 5121

4547771

**OFFICIAL FILE COPY**

IMAGED JUL 30 2007

RECEIVED 2007 JUL 24 P 12:20