MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 18 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 875

### IN RE Asbestos Products Liability Litigation (No. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-283)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,272 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG - 3 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED AUG 3 2007

# SCHEDULE CTO-283 - TAG-ALONG ACTIONS
## MDL NO. 875
## IN RE Asbestos Products Liability Litigation (No. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 07-2542 | James Guthrie, et al. v. General Electric Co., et al. |
| CAN 3 07-2543 | Michael Halseth, et al. v. General Electric Co., et al. |
| **MINNESOTA** | |
| MN 0 05-2783 | Wallace Lynn Whitman v. Garlock Sealing Technologies, LLC, et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 07-695 | Augustus Smith v. Owens-Illinois, Inc., et al. |
| MSS 1 07-905 | Charles A. Watson, Jr. v. Budd Co., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 07-474 | Hylton Boone Kallam, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 07-476 | Thomas Corl, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 07-477 | Kenneth Wayne Laws, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 07-479 | Michael Albert Atkins, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 07-480 | James Franklin Hopper, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 07-481 | Gerard August Minderlein, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 07-494 | Florence H. Starnes, et al. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 07-206 | K. Fermon Faulkner, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-207 | Lloyd Albert Honeycutt v. Aqua-Chem, Inc., et al. |
| NCW 1 07-208 | Harvey Stanley Freeman, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-209 | Horace Lee Smith v. Aqua-Chem, Inc., et al. |
| NCW 1 07-210 | Thomas Scott Burleson, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-211 | Christopher Clinton Black, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-212 | Joseph Lloyd Crain, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-221 | Michael Anthony Sloan v. Aqua-Chem, Inc., et al. |
| NCW 1 07-222 | Larry Mayfield, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-223 | Larry Elvin Hovis, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-225 | Robert James Young, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-227 | Losie Brooklyn Browning, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-229 | Raymond Walter Bishop, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-230 | Brian K. Calloway, et al. v. The Anchor Packing Co., et al. |
| **SOUTH CAROLINA** | |
| SC 6 07-1758 | Francis Carroll Yongue, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 07-1712 | John Wayne Hyatt v. Aqua-Chem, Inc., et al. |
| SC 8 07-1627 | William Hugh Rogers, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-1713 | Joseph Webb v. Aqua-Chem, Inc., et al. |
| SC 8 07-1714 | Rube Elzie Turner v. Aqua-Chem, Inc., et al. |
| SC 8 07-1715 | Marion Sturgis Isom, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-1759 | Glen Edward Long, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-1760 | Joseph Terrell Denny, et al. v. Aqua-Chem, Inc., et al. |